# EXHIBIT B

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| EXAMINATION OF MICHAEL KOPRESKI (4.3.19) | EXAMINATION OF MICHAEL KOPRESKI (4.3.19) | | | | |
| | | | | | |
| 8  BY MR. BACHUS: | 8  BY MR. BACHUS: | | | | |
| 9      Q.  Good morning, Doctor.  Could | 9      Q.  Good morning, Doctor.  Could | | | | |
| 10  you please state your full name for the | 10  you please state your full name for the | | | | |
| 11  record? | 11  record? | | | | |
| 12      A.  Yes, my name is Michael | 12      A.  Yes, my name is Michael | | | | |
| 13  Kopreski. | 13  Steven Kopreski. | | | | |
| 14      Q.  Okay.  We're here today | 14      Q.  Okay.  We're here today | | | | |
| 15  pursuant to a Notice of Deposition and | 15  pursuant to a Notice of Deposition and | | | | |
| 16  I've got a copy of the notice.  I've made | 16  I've got a copy of the notice.  I've made | | | | |
| 17  it Exhibit 1 to the deposition. | 17  it Exhibit 1 to the deposition. | | | | |
| 18      I'll hand a copy to counsel. | 18      I'll hand a copy to counsel. | | | | |
| 19      MR. KEENAN:  Thank you. | 19      MR. KEENAN:  Thank you. | | | | |
| 20  BY MR. BACHUS: | 20  BY MR. BACHUS: | | | | |
| 21      Q.  And, Doctor, you understand | 21      Q.  And, Doctor, you understand | | | | |
| 22  that you're here today to have an oral | 22  that you're here today to have an oral | | | | |
| 23  examination of you based on your personal | 23  examination of you based on your personal | | | | |
| 24  knowledge in this case? | 24  knowledge in this case? | | | | |
| 16 | 16 | | | | |
| 1      A.  I have -- I understand that, | 1      A.  I have -- I understand that, | | | | |
| 2  yes. | 2  yes. | | | | |
| 3      Q.  Previously, you provided | 3      Q.  Previously, you provided | | | | |
| 4  some corporate testimony in this case; is | 4  some corporate testimony in this case; is | | | | |
| 5  that accurate? | 5  that accurate? | | | | |
| 6      A.  I did.  I was a 30(b)(6) | 6      A.  I did.  I was a 30(b)(6) | | | | |
| 7  deposition witness. | 7  deposition witness. | | | | |
| 8      Q.  And in that deposition, you | 8      Q.  And in that deposition, you | | | | |
| 9  were answering questions on behalf of | 9  were answering questions on behalf of | | | | |
| 10  Sanofi. | 10  Sanofi. | | | | |
| 11      A.  That's correct. | 11      A.  That's correct. | | | | |
| 12      Q.  And, today, you're going to | 12      Q.  And, today, you're going to | | | | |
| 13  be answering questions on your own | 13  be answering questions on your own | | | | |
| 14  behalf.  Do you understand that -- | 14  behalf.  Do you understand that -- | | | | |
| 15      A.  Yes. | 15      A.  Yes. | | | | |
| 16      Q.  -- distinction? | 16      Q.  -- distinction? | | | | |
| 17      A.  Yes, I understand. | 17      A.  Yes, I understand. | | | | |
| 18      Q.  All right.  Great. | 18      Q.  All right.  Great. | | | | |
| 19      Before the deposition, we | 19      Before the deposition, we | | | | |
| 20  were given a copy of a business card and | 20  were given a copy of a business card and | | | | |
| 21  this is you, Dr. Michael Kopreski; is | 21  this is you, Dr. Michael Kopreski; is | | | | |
| 22  that right? | 22  that right? | | | | |
| 23      A.  It is and I'd just like to | 23      A.  It is and I'd just like to | | | | |
| 24  state this:  I am currently retired from | 24  state this:  I am currently retired from | | | | |
| 17 | 17 | | | | |
| 1  Sanofi, so this is my business card prior | 1  Sanofi, so this is my business card prior | | | | |
| 2  to my retirement. | 2  to my retirement. | | | | |
| 3      Q.  All right.  And prior to | 3      Q.  All right.  And prior to | | | | |
| 4  your retirement, according to this | 4  your retirement, according to this | | | | |
| 5  business card, you were the associate | 5  business card, you were the associate | | | | |
| 6  vice president, global pharmacovigilance | 6  vice president, global pharmacovigilance | | | | |
| 7  and epidemiology? | 7  and epidemiology? | | | | |
| 8      A.  That is correct. | 8      A.  That is correct. | | | | |
| 9      Q.  And is that the position | 9      Q.  And is that the position | | | | |
| 10  that you last held at Sanofi? | 10  that you last held at Sanofi? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 11   A.   Yes, that was -- | 11   A.   Yes, that was -- | | | | |
| 12   Q.   And for how -- | 12   Q.   And for how -- | | | | |
| 13   A.   -- that was my last | 13   A.   -- that was my last | | | | |
| 14  position. | 14  position. | | | | |
| 15   Q.   -- how long did you hold | 15   Q.   -- how long did you hold | | | | |
| 16  that position? | 16  that position? | | | | |
| 17   A.   Well, the titles changed | 17   A.   Well, the titles changed | | | | |
| 18  during my time at Sanofi, but basically, | 18  during my time at Sanofi, but basically, | | | | |
| 19  I was in that position -- I started at | 19  I was in that position -- I started at | | | | |
| 20  Sanofi in 2002 and I became head of the | 20  Sanofi in 2002 and I became head of the | | | | |
| 21  oncology pharmacovigilance group in 2005. | 21  oncology pharmacovigilance group in 2005. | | | | |
| 22      - - - | 22      - - - | | | | |
| 23      (Deposition Exhibit No. | 23      (Deposition Exhibit No. | | | | |
| 24   Kopreski-2, 5/18 Curriculum Vitae | 24   Kopreski-2, 5/18 Curriculum Vitae | | | | |
| 18 | 18 | | | | |
| 1    of Michael Steven Kopreski, M.D., | 1    of Michael Steven Kopreski, M.D., | | | | |
| 2    was marked for identification.) | 2    was marked for identification.) | | | | |
| 3      - - - | 3      - - - | | | | |
| 4  BY MR. BACHUS: | 4  BY MR. BACHUS: | | | | |
| 5   Q.   What I have marked as | 5   Q.   What I have marked as | | | | |
| 6  Exhibit 2 is a copy of your curriculum | 6  Exhibit 2 is a copy of your curriculum | | | | |
| 7  vitae that was also attached as an | 7  vitae that was also attached as an | | | | |
| 8  exhibit to a previous deposition. | 8  exhibit to a previous deposition. | | | | |
| 9        I'll hand this copy | 9        I'll hand this copy | | | | |
| 10  (Indicating) to your counsel. | 10  (Indicating) to your counsel. | | | | |
| 11   A.   Yes, that is not -- that's | 11   A.   Yes, that is not -- that's | | | | |
| 12  my -- that is not the current curriculum | 12  my -- that is not the current curriculum | | | | |
| 13  vitae. | 13  vitae. | | | | |
| 14   Q.   Yeah, this morning, we were | 14   Q.   Yeah, this morning, we were | | | | |
| 15  handed an updated C.V., but I don't know | 15  handed an updated C.V., but I don't know | | | | |
| 16  that it was updated in any of the | 16  that it was updated in any of the | | | | |
| 17  respects that I want to ask about. | 17  respects that I want to ask about. | | | | |
| 18   A.   Sure. | 18   A.   Sure. | | | | |
| 19   Q.   You can let me know. | 19   Q.   You can let me know. | | | | |
| 20   A.   Sure.  There was only one | 20   A.   Sure.  There was only one | | | | |
| 21  minor change on the update and that was | 21  minor change on the update and that was | | | | |
| 22  the removal of a document that I had as a | 22  the removal of a document that I had as a | | | | |
| 23  submitted publication -- a publication | 23  submitted publication -- a publication | | | | |
| 24  under submission that was removed off the | 24  under submission that was removed off the | | | | |
| 19 | 19 | | | | |
| 1  curriculum vitae, and nothing else has | 1  curriculum vitae, and nothing else has | | | | |
| 2  changed. | 2  changed. | | | | |
| 3   Q.   The C.V. that we have marked | 3   Q.   The C.V. that we have marked | | | | |
| 4  as Exhibit 2 to the deposition indicates | 4  as Exhibit 2 to the deposition indicates | | | | |
| 5  that you graduated from the State | 5  that you graduated from the State | | | | |
| 6  University of New York at Stony Brook in | 6  University of New York at Stony Brook in | | | | |
| 7  1976 -- | 7  1976 -- | | | | |
| 8   A.   That's correct. | 8   A.   That's correct. | | | | |
| 9   Q.   -- is that right? | 9   Q.   -- is that right? | | | | |
| 10   A.   Yes. | 10   A.   Yes. | | | | |
| 11   Q.   And that you then attended | 11   Q.   And that you then attended | | | | |
| 12  Boston University School of Medicine? | 12  Boston University School of Medicine? | | | | |
| 13   A.   That's correct. | 13   A.   That's correct. | | | | |
| 14   Q.   And got a Master's degree in | 14   Q.   And got a Master's degree in | | | | |
| 15  '82 and then your -- your M.D. -- your | 15  '82 and then your -- your M.D. -- your | | | | |
| 16  Doctorate degree in medicine was from | 16  Doctorate degree in medicine was from | | | | |
| 17  Boston University School of Medicine, | 17  Boston University School of Medicine, | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18  1984; is that right? | 18  1984; is that right? | | | | |
| 19      A.  That's correct. | 19      A.  That's correct. | | | | |
| 20      Q.  At the bottom of page 1 of | 20      Q.  At the bottom of page 1 of | | | | |
| 21  Exhibit 2, under appointments and | 21  Exhibit 2, under appointments and | | | | |
| 22  employment, it indicates that you did | 22  employment, it indicates that you did | | | | |
| 23  retire from Sanofi in December of 2017 -- | 23  retire from Sanofi in December of 2017 -- | | | | |
| 24      A.  Correct. | 24      A.  Correct. | | | | |
| 20 | 20 | | | | |
| 1      Q.  -- is that right?  Are you | 1      Q.  -- is that right?  Are you | | | | |
| 2  being compensated by Sanofi for the time | 2  being compensated by Sanofi for the time | | | | |
| 3  that you put in to prepare for today's | 3  that you put in to prepare for today's | | | | |
| 4  deposition and to attend today's | 4  deposition and to attend today's | | | | |
| 5  deposition? | 5  deposition? | | | | |
| 6      A.  I made it clear that | 6      A.  I made it clear that | | | | |
| 7  compensation was not dependent upon my | 7  compensation was not dependent upon my | | | | |
| 8  giving the deposition, but I anticipate | 8  giving the deposition, but I anticipate | | | | |
| 9  being compensated. | 9  being compensated. | | | | |
| 10      Q.  Can you tell us what is the | 10      Q.  Can you tell us what is the | | | | |
| 11  -- and I understand that you're retired. | 11  -- and I understand that you're retired. | | | | |
| 12  Right? | 12  Right? | | | | |
| 13      A.  Uh-hum. | 13      A.  Uh-hum. | | | | |
| 14      Q.  And this is probably not how | 14      Q.  And this is probably not how | | | | |
| 15  you prefer spending your retirement; is | 15  you prefer spending your retirement; is | | | | |
| 16  that true? | 16  that true? | | | | |
| 17      A.  That's -- I certainly can | 17      A.  That's -- I certainly can | | | | |
| 18  say under oath that is true. | 18  say under oath that is true. | | | | |
| 19      Q.  All right. | 19      Q.  All right. | | | | |
| 20      A.  Yes. | 20      A.  Yes. | | | | |
| 21      Q.  Tell the jury how you're | 21      Q.  Tell the jury how you're | | | | |
| 22  being compensated to your understanding. | 22  being compensated to your understanding. | | | | |
| 23  If it's by the hour, what the hourly rate | 23  If it's by the hour, what the hourly rate | | | | |
| 24  would be and how much time you may have | 24  would be and how much time you may have | | | | |
| 21 | 21 | | | | |
| 1  spent preparing for this deposition. | 1  spent preparing for this deposition. | | | | |
| 2      A.  For this deposition, I'm | 2      A.  For this deposition, I'm | | | | |
| 3  going to request an hourly rate of $250. | 3  going to request an hourly rate of $250. | | | | |
| 4      Q.  Okay. | 4      Q.  Okay. | | | | |
| 5      A.  And the amount of time that | 5      A.  And the amount of time that | | | | |
| 6  I spent -- again, there have been | 6  I spent -- again, there have been | | | | |
| 7  multiple depositions, but -- but since | 7  multiple depositions, but -- but since | | | | |
| 8  the preparation for this deposition, | 8  the preparation for this deposition, | | | | |
| 9  since the last 30(b)(6), I would estimate | 9  since the last 30(b)(6), I would estimate | | | | |
| 10  around 110 to 120 hours. | 10  around 110 to 120 hours. | | | | |
| 11      Q.  All right.  Now, again going | 11      Q.  All right.  Now, again going | | | | |
| 12  back to Exhibit 2 at the bottom with the | 12  back to Exhibit 2 at the bottom with the | | | | |
| 13  reference years of 2011 to 2017, this is | 13  reference years of 2011 to 2017, this is | | | | |
| 14  -- indicates associate vice president, | 14  -- indicates associate vice president, | | | | |
| 15  head of the oncology area, and then that | 15  head of the oncology area, and then that | | | | |
| 16  flows onto the top of page 2 of Exhibit 2 | 16  flows onto the top of page 2 of Exhibit 2 | | | | |
| 17  and it says safety surveillance and risk | 17  and it says safety surveillance and risk | | | | |
| 18  management? | 18  management? | | | | |
| 19      A.  That's correct. | 19      A.  That's correct. | | | | |
| 20      Q.  And so you were the head of | 20      Q.  And so you were the head of | | | | |
| 21  the oncology area for Sanofi responsible | 21  the oncology area for Sanofi responsible | | | | |
| 22  for safety surveillance and risk | 22  for safety surveillance and risk | | | | |
| 23  management? | 23  management? | | | | |
| 24      A.  That's correct.  So if I can | 24      A.  That's correct.  So if I can | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| **22** | **22** | | | | |
| 1 just maybe assist you, Mr. Bachus, to | 1 just maybe assist you, Mr. Bachus, to | | | | |
| 2 speed up, you'll see in 2002 to 2005, I | 2 speed up, you'll see in 2002 to 2005, I | | | | |
| 3 was director -- I was a global safety | 3 was director -- I was a global safety | | | | |
| 4 officer. And then in 2005, I became the | 4 officer. And then in 2005, I became the | | | | |
| 5 head of the unit and the titles and even | 5 head of the unit and the titles and even | | | | |
| 6 the unit name changed, but it was | 6 the unit name changed, but it was | | | | |
| 7 essentially the same position until my | 7 essentially the same position until my | | | | |
| 8 retirement. | 8 retirement. | | | | |
| 9 Q. All right. | 9 Q. All right. | | | | |
| 10 A. Those were just a -- you | 10 A. Those were just a -- you | | | | |
| 11 know, as -- as the company changed or | 11 know, as -- as the company changed or | | | | |
| 12 titles and various -- there were | 12 titles and various -- there were | | | | |
| 13 different titles, but I don't want to | 13 different titles, but I don't want to | | | | |
| 14 confuse that with -- with the job | 14 confuse that with -- with the job | | | | |
| 15 function itself. | 15 function itself. | | | | |
| 16 Q. So when there's a reference | 16 Q. So when there's a reference | | | | |
| 17 to global safety officers or head of | 17 to global safety officers or head of | | | | |
| 18 global pharmacovigilance, does that mean | 18 global pharmacovigilance, does that mean | | | | |
| 19 everybody in oncology would report to you | 19 everybody in oncology would report to you | | | | |
| 20 on safety surveillance and risk | 20 on safety surveillance and risk | | | | |
| 21 management? | 21 management? | | | | |
| 22 A. The -- no, not exactly. So | 22 A. The -- no, not exactly. So | | | | |
| 23 when you say oncology, first off, I | 23 when you say oncology, first off, I | | | | |
| 24 assume you're referring to | 24 assume you're referring to | | | | |
| **23** | **23** | | | | |
| 1 pharmacovigilance oncology. There are | 1 pharmacovigilance oncology. There are | | | | |
| 2 various oncology departments. | 2 various oncology departments. | | | | |
| 3 Not all of the oncology | 3 Not all of the oncology | | | | |
| 4 drugs would fall into my unit. A lot of | 4 drugs would fall into my unit. A lot of | | | | |
| 5 the smaller marketed oncology drugs would | 5 the smaller marketed oncology drugs would | | | | |
| 6 be handled in some of the -- some of the | 6 be handled in some of the -- some of the | | | | |
| 7 marketing units, but the major marketed | 7 marketing units, but the major marketed | | | | |
| 8 oncology drugs and the developmental | 8 oncology drugs and the developmental | | | | |
| 9 oncology drugs would fall underneath my | 9 oncology drugs would fall underneath my | | | | |
| 10 unit. | 10 unit. | | | | |
| 11 Depending upon the structure | 11 Depending upon the structure | | | | |
| 12 at the time or the year, people involved | 12 at the time or the year, people involved | | | | |
| 13 in global pharmacovigilance that were | 13 in global pharmacovigilance that were | | | | |
| 14 involved in oncology, certainly the -- | 14 involved in oncology, certainly the -- | | | | |
| 15 the global safety officers dealing with | 15 the global safety officers dealing with | | | | |
| 16 the drugs that my unit would be | 16 the drugs that my unit would be | | | | |
| 17 responsible for would report to me. At | 17 responsible for would report to me. At | | | | |
| 18 various times, the PV scientists would | 18 various times, the PV scientists would | | | | |
| 19 report to me. At other times, they were | 19 report to me. At other times, they were | | | | |
| 20 just part of the group, but were not my | 20 just part of the group, but were not my | | | | |
| 21 direct reports. So it depended -- so it | 21 direct reports. So it depended -- so it | | | | |
| 22 depends upon the year. | 22 depends upon the year. | | | | |
| 23 Q. The -- | 23 Q. The -- | | | | |
| 24 A. Additionally, I'm in -- I'm | 24 A. Additionally, I'm in -- I'm | | | | |
| **24** | **24** | | | | |
| 1 in the global pharmacovigilance, but | 1 in the global pharmacovigilance, but | | | | |
| 2 there were also local affiliates that -- | 2 there were also local affiliates that -- | | | | |
| 3 that might have people responsible for | 3 that might have people responsible for | | | | |
| 4 oncology drugs that would not be | 4 oncology drugs that would not be | | | | |
| 5 reporting to me. | 5 reporting to me. | | | | |
| 6 Q. Specific to Taxotere, from | 6 Q. Specific to Taxotere, from | | | | |
| 7 2005 to your retirement in 2017, would | 7 2005 to your retirement in 2017, would | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 8  the global safety officers at Sanofi in | 8  the global safety officers at Sanofi in | | | | |
| 9  pharmacovigilance report to you? | 9  pharmacovigilance report to you? | | | | |
| 10      A.   To the best of my | 10      A.   To the best of my | | | | |
| 11  recollection, not entirely for that | 11  recollection, not entirely for that | | | | |
| 12  entire time.  The global safety officers | 12  entire time.  The global safety officers | | | | |
| 13  involved in the development side of -- in | 13  involved in the development side of -- in | | | | |
| 14  other words, development product issues | 14  other words, development product issues | | | | |
| 15  would report to me. | 15  would report to me. | | | | |
| 16            But it's my recollection -- | 16            But it's my recollection -- | | | | |
| 17  and I -- I could be off on this, but it's | 17  and I -- I could be off on this, but it's | | | | |
| 18  to the best of my recollection, there was | 18  to the best of my recollection, there was | | | | |
| 19  a period of time where there was a split | 19  a period of time where there was a split | | | | |
| 20  in divisions between the development and | 20  in divisions between the development and | | | | |
| 21  the marketed products; and during that | 21  the marketed products; and during that | | | | |
| 22  time, there would have been probably | 22  time, there would have been probably | | | | |
| 23  separate -- separate global safety | 23  separate -- separate global safety | | | | |
| 24  officers responsible for the marketed -- | 24  officers responsible for the marketed -- | | | | |
|                                25 |                                25 | | | | |
| 1  marketing issues of Taxotere. | 1  marketing issues of Taxotere. | | | | |
| 2      Q.   Taxotere was a marketed | 2      Q.   Taxotere was a marketed | | | | |
| 3  product in 2005, wasn't it? | 3  product in 2005, wasn't it? | | | | |
| 4      A.   Yes, it was, but it also had | 4      A.   Yes, it was, but it also had | | | | |
| 5  development activities at the same time. | 5  development activities at the same time. | | | | |
| 6      Q.   Right. | 6      Q.   Right. | | | | |
| 7      A.   So depending upon the year, | 7      A.   So depending upon the year, | | | | |
| 8  the structures in the reporting would | 8  the structures in the reporting would | | | | |
| 9  change. | 9  change. | | | | |
| 10            More recently and at the | 10            More recently and at the | | | | |
| 11  time of retirement, the global issues of | 11  time of retirement, the global issues of | | | | |
| 12  both marketed and development were | 12  both marketed and development were | | | | |
| 13  handled by the same global safety | 13  handled by the same global safety | | | | |
| 14  officer, who did report to me. | 14  officer, who did report to me. | | | | |
| 15      Q.   So that the jury | 15      Q.   So that the jury | | | | |
| 16  understands, when we refer to a drug as a | 16  understands, when we refer to a drug as a | | | | |
| 17  marketed drug, that means it's for sale? | 17  marketed drug, that means it's for sale? | | | | |
| 18      A.   It is -- it is approved in | 18      A.   It is -- it is approved in | | | | |
| 19  some country in the world. | 19  some country in the world. | | | | |
| 20      Q.   All right. | 20      Q.   All right. | | | | |
| 21      A.   And that would make it a | 21      A.   And that would make it a | | | | |
| 22  marketed product.  But, again, for -- | 22  marketed product.  But, again, for -- | | | | |
| 23  just so I'm not confusing the jury, | 23  just so I'm not confusing the jury, | | | | |
| 24  because I know this is a little -- a | 24  because I know this is a little -- a | | | | |
|                                26 |                                26 | | | | |
| 1  little confusing, you can have a product | 1  little confusing, you can have a product | | | | |
| 2  that is marketed and yet is still in | 2  that is marketed and yet is still in | | | | |
| 3  development. | 3  development. | | | | |
| 4            So, for example, when -- | 4            So, for example, when -- | | | | |
| 5  when Taxotere was first approved in the | 5  when Taxotere was first approved in the | | | | |
| 6  United States, it was approved for the -- | 6  United States, it was approved for the -- | | | | |
| 7  for the lung cancer and breast cancer | 7  for the lung cancer and breast cancer | | | | |
| 8  indications; but later on in its | 8  indications; but later on in its | | | | |
| 9  development, it obtained approval for | 9  development, it obtained approval for | | | | |
| 10  other indications, such as prostate | 10  other indications, such as prostate | | | | |
| 11  cancer and head and neck cancer. | 11  cancer and head and neck cancer. | | | | |
| 12            At the time -- there was a | 12            At the time -- there was a | | | | |
| 13  time when the prostate cancer indication | 13  time when the prostate cancer indication | | | | |
| 14  was not yet marketed.  It was under | 14  was not yet marketed.  It was under | | | | |
| 15  development, even though the breast | 15  development, even though the breast | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| 16 cancer and the lung cancer were marketed. | 16 cancer and the lung cancer were marketed. | | | | |
| 17 So you can -- so you can | 17 So you can -- so you can | | | | |
| 18 have a product, and Taxotere's a good | 18 have a product, and Taxotere's a good | | | | |
| 19 example, where it has both development | 19 example, where it has both development | | | | |
| 20 activities going on and marketed | 20 activities going on and marketed | | | | |
| 21 activities going on at the same time. | 21 activities going on at the same time. | | | | |
| 22 Q. In 2005, Taxotere was a | 22 Q. In 2005, Taxotere was a | | | | |
| 23 marketed product for breast cancer. | 23 marketed product for breast cancer. | | | | |
| 24 Would you agree? | 24 Would you agree? | | | | |
| 27 | 27 | | | | |
| 1 A. Yes. | 1 A. Yes. | | | | |
| 2 Q. From 2005 until your | 2 Q. From 2005 until your | | | | |
| 3 retirement, as it related to Taxotere as | 3 retirement, as it related to Taxotere as | | | | |
| 4 a marketed product for breast cancer, did | 4 a marketed product for breast cancer, did | | | | |
| 5 the global safety officers report to you | 5 the global safety officers report to you | | | | |
| 6 in pharmacovigilance? | 6 in pharmacovigilance? | | | | |
| 7 A. Not always as -- to my | 7 A. Not always as -- to my | | | | |
| 8 recollection. To my recollection, around | 8 recollection. To my recollection, around | | | | |
| 9 the 2005 period, or maybe shortly after | 9 the 2005 period, or maybe shortly after | | | | |
| 10 that, there was a separation of units | 10 that, there was a separation of units | | | | |
| | | | | | |
| 11 between the marketed product unit and the | 11 between the marketed product unit and the | | | | |
| 12 development product unit. | 12 development product unit. | | | | |
| 13 And my recollection is that | 13 And my recollection is that | | | | |
| 14 there was a time -- and, you know, going | 14 there was a time -- and, you know, going | | | | |
| 15 back 2005, you know, I could be a little | 15 back 2005, you know, I could be a little | | | | |
| 16 off on my recollection as to was it | 16 off on my recollection as to was it | | | | |
| 17 before I became head or after, but my | 17 before I became head or after, but my | | | | |
| 18 recollection is, there was a time where | 18 recollection is, there was a time where | | | | |
| 19 the marketed -- the global safety officer | 19 the marketed -- the global safety officer | | | | |
| 20 responsible for marketed products had a | 20 responsible for marketed products had a | | | | |
| 21 different line of reporting from the | 21 different line of reporting from the | | | | |
| 22 development products. | 22 development products. | | | | |
| 23 That -- later on, those -- | 23 That -- later on, those -- | | | | |
| 24 those two divisions were joined into a | 24 those two divisions were joined into a | | | | |
| 28 | 28 | | | | |
| 1 single division and both marketed | 1 single division and both marketed | | | | |
| 2 activities and -- and development | 2 activities and -- and development | | | | |
| 3 activities all reported to me. | 3 activities all reported to me. | | | | |
| 4 Q. For what period of time are | 4 Q. For what period of time are | | | | |
| 5 you certain that -- for Taxotere related | 5 you certain that -- for Taxotere related | | | | |
| 6 to the marketed product sale of Taxotere | 6 to the marketed product sale of Taxotere | | | | |
| 7 and its use for breast cancer, for what | 7 and its use for breast cancer, for what | | | | |
| 8 period of time did the global safety | 8 period of time did the global safety | | | | |
| 9 officers in pharmacovigilance all report | 9 officers in pharmacovigilance all report | | | | |
| 10 to you? | 10 to you? | | | | |
| 11 A. I'm sorry. I can't recall | 11 A. I'm sorry. I can't recall | | | | |
| 12 the specific time when that occurred. | 12 the specific time when that occurred. | | | | |
| 13 Q. What's your best -- what's | 13 Q. What's your best -- what's | | | | |
| 14 your best estimate? | 14 your best estimate? | | | | |
| 15 A. I really could be | 15 A. I really could be | | | | |
| 16 substantially off. I -- I don't recall. | 16 substantially off. I -- I don't recall. | | | | |
| 17 Q. Nonetheless, you were the | 17 Q. Nonetheless, you were the | | | | |
| 18 head of safety surveillance and risk | 18 head of safety surveillance and risk | | | | |
| 19 management in the global | 19 management in the global | | | | |
| 20 pharmacovigilance and epidemiology at | 20 pharmacovigilance and epidemiology at | | | | |
| 21 Sanofi over Taxotere from 2005 to 2017? | 21 Sanofi over Taxotere from 2005 to 2017? | | | | |
| 22 A. I'm sorry. Could you repeat | 22 A. I'm sorry. Could you repeat | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 23 that? | 23 that? | | | | |
| 24 Q. Sure. | 24 Q. Sure. | | | | |
| 29 | 29 | | | | |
| 1 A. I was the head of? | 1 A. I was the head of? | | | | |
| 2 Q. You were the head of safety | 2 Q. You were the head of safety | | | | |
| 3 surveillance and risk management in the | 3 surveillance and risk management in the | | | | |
| 4 global pharmacovigilance and epidemiology | 4 global pharmacovigilance and epidemiology | | | | |
| 5 department at Sanofi over Taxotere from | 5 department at Sanofi over Taxotere from | | | | |
| 6 2005 to 2017. | 6 2005 to 2017. | | | | |
| 7 A. I was -- I was -- I was -- | 7 A. I was -- I was -- I was -- | | | | |
| 8 you know, if you look at my C.V., which | 8 you know, if you look at my C.V., which | | | | |
| 9 is up there -- and maybe this will direct | 9 is up there -- and maybe this will direct | | | | |
| 10 you -- maybe this will help on the issue | 10 you -- maybe this will help on the issue | | | | |
| 11 that I can't recall, maybe, but I'm not | 11 that I can't recall, maybe, but I'm not | | | | |
| 12 positive, but you'll see that the title | 12 positive, but you'll see that the title | | | | |
| 13 in 2005 to 2010 says global studies | 13 in 2005 to 2010 says global studies | | | | |
| 14 pharmacovigilance unit, and I was -- I | 14 pharmacovigilance unit, and I was -- I | | | | |
| 15 was the head of the oncology division of | 15 was the head of the oncology division of | | | | |
| 16 what we call the CSPU. | 16 what we call the CSPU. | | | | |
| 17 There was -- the marketing | 17 There was -- the marketing | | | | |
| 18 counterpart to the best of my | 18 counterpart to the best of my | | | | |
| 19 recollection was called the MPPU, so it's | 19 recollection was called the MPPU, so it's | | | | |
| 20 the marketed product pharmacovigilance | 20 the marketed product pharmacovigilance | | | | |
| 21 unit. So you have that split. | 21 unit. So you have that split. | | | | |
| 22 Now, on my C.V., I'm saying | 22 Now, on my C.V., I'm saying | | | | |
| 23 2005 to 2010 and -- and that might be an | 23 2005 to 2010 and -- and that might be an | | | | |
| 24 indication of when that split occurs, | 24 indication of when that split occurs, | | | | |
| 30 | 30 | | | | |
| 1 because you can see in 2010 to 2011, that | 1 because you can see in 2010 to 2011, that | | | | |
| 2 there's a different title, but there's | 2 there's a different title, but there's | | | | |
| 3 also a different unit. Those two units | 3 also a different unit. Those two units | | | | |
| 4 are now combined into the oncology | 4 are now combined into the oncology | | | | |
| 5 division medical safety evaluation group. | 5 division medical safety evaluation group. | | | | |
| 6 So I was the head of the | 6 So I was the head of the | | | | |
| 7 respective oncology units that -- | 7 respective oncology units that -- | | | | |
| 8 outlined here showing for the development | 8 outlined here showing for the development | | | | |
| 9 from 2005 through 2017, although the | 9 from 2005 through 2017, although the | | | | |
| 10 names differ. | 10 names differ. | | | | |
| 11 But in terms of the marketed | 11 But in terms of the marketed | | | | |
| 12 side, I was not responsible for the | 12 side, I was not responsible for the | | | | |
| 13 oncology marketed side to the best of my | 13 oncology marketed side to the best of my | | | | |
| 14 recollection until the CSPU and the MPPU | 14 recollection until the CSPU and the MPPU | | | | |
| 15 combined into the MSC, which you see up | 15 combined into the MSC, which you see up | | | | |
| 16 in the medical safety evaluation group. | 16 in the medical safety evaluation group. | | | | |
| 17 I'm sorry if that's a little | 17 I'm sorry if that's a little | | | | |
| 18 confusing. | 18 confusing. | | | | |
| 19 Q. That's fine. | 19 Q. That's fine. | | | | |
| 20 A. I'm trying -- | 20 A. I'm trying -- | | | | |
| 21 Q. I'm trying to -- what I -- | 21 Q. I'm trying to -- what I -- | | | | |
| 22 A. I'm trying to, you know, | 22 A. I'm trying to, you know, | | | | |
| 23 tell you what's going on. | 23 tell you what's going on. | | | | |
| 24 Q. I had understood from your | 24 Q. I had understood from your | | | | |
| 31 | 31 | | | | |
| 1 previous testimony that although the job | 1 previous testimony that although the job | | | | |
| 2 title changed between 2005 and 2017, that | 2 title changed between 2005 and 2017, that | | | | |
| 3 essentially your job duties were the | 3 essentially your job duties were the | | | | |
| 4 same. That's what I thought you said. | 4 same. That's what I thought you said. | | | | |
| 5 A. Well, yes -- what I -- what | 5 A. Well, yes -- what I -- what | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 6  I meant by that, not that the job duties | 6  I meant by that, not that the job duties | | | | |
| 7  were identical, you know.  The -- the | 7  were identical, you know.  The -- the | | | | |
| 8  drugs changed.  The personnel changed and | 8  drugs changed.  The personnel changed and | | | | |
| 9  the scope of the drugs that we were | 9  the scope of the drugs that we were | | | | |
| 10  responsible for changed over that period | 10  responsible for changed over that period | | | | |
| 11  of time. | 11  of time. | | | | |
| 12        But the type -- the type of | 12        But the type -- the type of | | | | |
| 13  activity that I would have in terms of | 13  activity that I would have in terms of | | | | |
| 14  leading the group was similar.  That's | 14  leading the group was similar.  That's | | | | |
| 15  what I -- that's what I had meant, but -- | 15  what I -- that's what I had meant, but -- | | | | |
| 16        Q.   The description at the last | 16        Q.   The description at the last | | | | |
| 17  time that you worked for Sanofi was that | 17  time that you worked for Sanofi was that | | | | |
| 18  the head -- the oncology area -- and, | 18  the head -- the oncology area -- and, | | | | |
| 19  again, carrying over second page of | 19  again, carrying over second page of | | | | |
| 20  Exhibit 2 -- safety surveillance and risk | 20  Exhibit 2 -- safety surveillance and risk | | | | |
| 21  management, global pharmacovigilance and | 21  management, global pharmacovigilance and | | | | |
| 22  epidemiology; correct? | 22  epidemiology; correct? | | | | |
| 23        A.   Yes. | 23        A.   Yes. | | | | |
| 24        Q.   And that meant that Dr. | 24        Q.   And that meant that Dr. | | | | |
| 32 | 32 | | | | |
| 1  Palatinsky reported to you; correct? | 1  Palatinsky reported to you; correct? | | | | |
| 2        A.   Correct. | 2        A.   Correct. | | | | |
| 3        Q.   And that meant that Dr. | 3        Q.   And that meant that Dr. | | | | |
| 4  Hangai reported to you. | 4  Hangai reported to you. | | | | |
| 5        A.   Correct. | 5        A.   Correct. | | | | |
| 6        Q.   All right. | 6        Q.   All right. | | | | |
| 7        A.   Yeah, just -- just, Mr. | 7        A.   Yeah, just -- just, Mr. | | | | |
| 8  Bachus, so we don't get entirely | 8  Bachus, so we don't get entirely | | | | |
| 9  confused, if you look at my C.V., you'll | 9  confused, if you look at my C.V., you'll | | | | |
| 10  see the change in the names between the | 10  see the change in the names between the | | | | |
| 11  different units over the different times. | 11  different units over the different times. | | | | |
| 12  And the last one you see is -- is the | 12  And the last one you see is -- is the | | | | |
| 13  SSRM, but the predecessor unit to that | 13  SSRM, but the predecessor unit to that | | | | |
| 14  was the MSC and the predecessor unit to | 14  was the MSC and the predecessor unit to | | | | |
| 15  that was the two divisions that I | 15  that was the two divisions that I | | | | |
| 16  mentioned to you on the marketed side, | 16  mentioned to you on the marketed side, | | | | |
| 17  the MPPU, and on the development side, | 17  the MPPU, and on the development side, | | | | |
| 18  the CSPU. | 18  the CSPU. | | | | |
| 19        Q.   Just so that my record is | 19        Q.   Just so that my record is | | | | |
| 20  clear, Dr. Palatinsky reported to you. | 20  clear, Dr. Palatinsky reported to you. | | | | |
| 21        A.   Yes, I hired Dr. Palatinsky. | 21        A.   Yes, I hired Dr. Palatinsky. | | | | |
| 22        Q.   And Dr. Hangai reported to | 22        Q.   And Dr. Hangai reported to | | | | |
| 23  you. | 23  you. | | | | |
| 24        A.   That's correct. | 24        A.   That's correct. | | | | |
| 33 | 33 | | | | |
| 1        Q.   You were their boss. | 1        Q.   You were their boss. | | | | |
| 2        A.   That's correct. | 2        A.   That's correct. | | | | |
| 3        Q.   Okay. | 3        Q.   Okay. | | | | |
| 4        A.   While they were GSOs. | 4        A.   While they were GSOs. | | | | |
| 5        Q.   Yes, while they were global | 5        Q.   Yes, while they were global | | | | |
| 6  safety officers -- | 6  safety officers -- | | | | |
| 7        A.   While they were -- | 7        A.   While they were -- | | | | |
| 8        Q.   -- over Taxotere. | 8        Q.   -- over Taxotere. | | | | |
| 9        A.   Correct. | 9        A.   Correct. | | | | |
| 10        Q.   I think we're -- | 10        Q.   I think we're -- | | | | |
| 11        A.   That's -- | 11        A.   That's -- | | | | |
| 12        Q.   -- speaking over one | 12        Q.   -- speaking over one | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 13  another.  Let me repeat again for a clear | 13  another.  Let me repeat again for a clear | | | | |
| 14  record. | 14  record. | | | | |
| 15        During the period of time | 15        During the period of time | | | | |
| 16  that Dr. Palatinsky and Dr. Hangai were | 16  that Dr. Palatinsky and Dr. Hangai were | | | | |
| 17  global safety officers over Taxotere in | 17  global safety officers over Taxotere in | | | | |
| 18  pharmacovigilance, you were their boss. | 18  pharmacovigilance, you were their boss. | | | | |
| 19        A.   That is correct. | 19        A.   That is correct. | | | | |
| 20        Q.   All right. | 20        Q.   All right. | | | | |
| 21            I have some -- some | 21            I have some -- some | | | | |
| 22  housekeeping items I want to go over. | 22  housekeeping items I want to go over. | | | | |
| 23  Then we're going to go through some | 23  Then we're going to go through some | | | | |
| 24  documents.  Okay? | 24  documents.  Okay? | | | | |
|                                          34 |                                          34 | | | | |
| 1        A.   Okay. | 1        A.   Okay. | | | | |
| | | **Not previously ruled on.**  Irrelevant, Lack of Foundation, Scope, Calls for expert opinion (FRE 702), Cumulative of Regulatory Expert Testimony - This line of questioning (designated testimony from pages 34-43) calls for general opinions regarding all drugs and side effects of all drugs. Dr. Kopreski has not been designated as an expert. Additionally,  Plaintiffs' experts intend to express these  opinions, rendering this testimony cumulative. | The case is about side effects and Sanofi's knowledge of the same. The testimony could not be more relevant. This witness testified that he was responsible for side-effect surveillance at Sanofi. Understanding side effects was his job every day. This is clearly admissible testimony under FRE 701 | | |
| 2        Q.   You agree with me that all | 2        Q.   You agree with me that all | | | | |
| 3  drugs have side effects? | 3  drugs have side effects? | | | | |
| 4        A.   To the best of the -- the | 4        A.   To the best of the -- the | | | | |
| 5  best of my knowledge, I don't know any | 5  best of my knowledge, I don't know any | | | | |
| 6  drugs that don't have the potential for | 6  drugs that don't have the potential for | | | | |
| 7  side effects. | 7  side effects. | | | **OVERRULED** | |
| 8        Q.   All right. | 8        Q.   All right. | | | | |
| 9            You agree with me that most | 9            You agree with me that most | **Not previously ruled on.**  Completeness, subject to objections | | | |
| 10  side effects are temporary and go away | 10  side effects are temporary and go away | | | | |
| 11  after you stop taking a drug? | 11  after you stop taking a drug? | | | | |
| 12        A.   What do you mean by most?  I | 12        A.   What do you mean by most?  I | | | | |
| 13  mean, clearly -- clearly, there are many | 13  mean, clearly -- clearly, there are many | | | | |
| 14  side effects.  For example, if you take | 14  side effects.  For example, if you take | | | | |
| 15  Adriamycin and you get cardiotoxicity, | 15  Adriamycin and you get cardiotoxicity, | | | | |
| 16  that may not recover. | 16  that may not recover. | | | | |
| 17            So when you say most, are | 17            So when you say most, are | | | | |
| 18  you referring to numbers or -- I mean, | 18  you referring to numbers or -- I mean, | | | | |
| 19  maybe you want to clarify that? | 19  maybe you want to clarify that? | | | | |
| 20        Q.   Sure.  Let me rephrase the | 20        Q.   Sure.  Let me rephrase the | | | | |
| 21  question.  And I want to also make sure | 21  question.  And I want to also make sure | | | | |
| 22  that you and I understand, I'm not | 22  that you and I understand, I'm not | | | | |
| 23  referring at this time specifically to | 23  referring at this time specifically to | | | | |
| 24  Taxotere.  I'm talking in a general | 24  Taxotere.  I'm talking in a general | | | | |
|                                          35 |                                          35 | | | | |
| 1  sense, based on your knowledge and your | 1  sense, based on your knowledge and your | | | | |
| 2  experience and the 20 years that you have | 2  experience and the 20 years that you have | | | | |
| 3  -- we've just gone over in your resume | 3  -- we've just gone over in your resume | | | | |
| 4  where you were in a very high-level | 4  where you were in a very high-level | | | | |
| 5  position in pharmacovigilance with a drug | 5  position in pharmacovigilance with a drug | | | | |
| 6  company.  Okay? | 6  company.  Okay? | | | | |
| 7        A.   Sure. | 7        A.   Sure. | | | | |
| 8        Q.   So that's the basis. | 8        Q.   So that's the basis. | | | | |
| 9        A.   Sure, no, I understand. | 9        A.   Sure, no, I understand. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Not previously ruled on.** | Cumulative and unnecessary for completeness | | |
| 10      Q.   And the general knowledge. | 10      Q.   And the general knowledge. | Completeness, subject to objections | | | |
| 11  All right?  "Most" meaning more than | 11  All right?  "Most" meaning more than | | | | |
| 12  half, I suppose, or you can say -- you | 12  half, I suppose, or you can say -- you | | | | |
| 13  can substitute "many" if you want, but | 13  can substitute "many" if you want, but | | | | |
| 14  that many or most side effects are | 14  that many or most side effects are | | | | |
| 15  temporary and they go away after you stop | 15  temporary and they go away after you stop | | | | |
| 16  taking the drug, do you agree with that? | 16  taking the drug, do you agree with that? | | | | |
| 17      A.   I think that's -- I think | 17      A.   I think that's -- I think | | | | OVERRULED |
| 18  most -- most events will recover, but if | 18  most -- most events will recover, but if | | | | |
| 19  you look at a specific type of event, | 19  you look at a specific type of event, | | | | |
| 20  okay, very often within that type of | 20  okay, very often within that type of | | | | |
| 21  event -- let's take an example, heart | 21  event -- let's take an example, heart | | | | |
| 22  attack or myocardial infarction.  You | 22  attack or myocardial infarction.  You | | | | |
| 23  know, you will have some that recover and | 23  know, you will have some that recover and | | | | |
| 24  some that don't recover. | 24  some that don't recover. | | | | |
| 36 | 36 | | | | |
| 1      But the majority of | 1      But the majority of | | | | |
| 2  toxicities, you know, tend to be -- you | 2  toxicities, you know, tend to be -- you | | | | |
| 3  know, in a very broad sense, tend to | 3  know, in a very broad sense, tend to | | | | |
| 4  recover. | 4  recover. | | | | |
| 5      Q.   All right.  Toxicities is | 5      Q.   All right.  Toxicities is | | | | |
| 6  another word for side effect.  Do you | 6  another word for side effect.  Do you | | | | |
| 7  agree? | 7  agree? | | | | |
| 8      A.   Well, that -- yes, that was | 8      A.   Well, that -- yes, that was | | | | |
| 9  -- that was the manner that I was using | 9  -- that was the manner that I was using | | | | |
| | | **Not previously ruled on.** | | | |
| 10  it. | 10  it. | Completeness, subject to objections | | | |
| 11      Q.   All right. | 11      Q.   All right. | | | | |
| | | **Not previously ruled on.** | The case is about side effects and Sanofi's knowledge of the same. The testimony could not be more relevant. This witness testified that he was responsible for side-effect surveillance at Sanofi. Understanding side effects was his job every day. This is clearly admissible testimony under FRE 701 | | |
| | | Irrelevant; Lack of Foundation; Scope, Calls for expert opinion (FRE 702); Cumulative of Regulatory Expert Testimony; Speculation; Vague and Ambiguous | | | |
| 12      And, again, to make sure | 12      And, again, to make sure | | | | |
| 13  that the record is accurate, you agree | 13  that the record is accurate, you agree | | | | |
| 14  that the majority of side effects tend to | 14  that the majority of side effects tend to | | | | |
| 15  recover after you stop taking the drug. | 15  recover after you stop taking the drug. | | | | |
| 16  Not all, most. | 16  Not all, most. | | | | OVERRULED |
| 17      A.   Or even while you're on the | 17      A.   Or even while you're on the | | | | |
| 18  drug sometimes.  You know, again, it | 18  drug sometimes.  You know, again, it | | | | |
| 19  depends upon the nature of the side | 19  depends upon the nature of the side | | | | |
| 20  effect. | 20  effect. | | | | |
| 21      Q.   Sure. | 21      Q.   Sure. | | | | |
| 22      A.   But the majority of side | 22      A.   But the majority of side | | | | |
| 23  effects are not of a nature that don't | 23  effects are not of a nature that don't | | | | |
| 24  recover. | 24  recover. | | | | |
| 37 | 37 | | | | |
| | | **Not previously ruled on.** | The case is about side effects and Sanofi's knowledge of the same. The testimony could not be more relevant. This witness testified that he was responsible for side-effect surveillance at Sanofi. Understanding side effects was his job every day. This is clearly admissible testimony under FRE 701, 702, 703, 704, 705 | | |
| | | Completeness, subject to objections | | | OVERRULED |
| 1      If you look at certain side | 1      If you look at certain side | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 2   effects, by their nature -- you know, if | 2   effects, by their nature -- you know, if | | | | |
| 3   you have a side effect of stroke, by its | 3   you have a side effect of stroke, by its | | | | |
| 4   nature, it's not going to recover. | 4   nature, it's not going to recover. | | | | |
| | | **Not previously ruled on.** | The case is about side effects and Sanofi's knowledge of the same. The testimony could not be more relevant. This witness testified that he was responsible for side-effect surveillance at Sanofi. Understanding side effects was his job every day. This is clearly admissible testimony under FRE 701, 702, 703, 704, 705 | **OVERRULED** | |
| | | Irrelevant; Lack of Foundation; Scope, Calls for expert opinion (FRE 702); Cumulative of Regulatory Expert Testimony; Speculation; Vague and Ambiguous | | | |
| 5      Q.   Some side effects are | 5      Q.   Some side effects are | | | | |
| 6   permanent and never go away, do you agree | 6   permanent and never go away, do you agree | | | | |
| 7   with that? | 7   with that? | | | | |
| 8      A.   Yes. | 8      A.   Yes. | | | | |
| | | **Not previously ruled on.** | | | |
| 9      Q.   It's important -- | 9      Q.   It's important -- | Completeness, subject to objections | | | |
| 10      A.   But, you know, again, I | 10      A.   But, you know, again, I | | | | |
| 11   don't -- I don't want to make side | 11   don't -- I don't want to make side | | | | |
| 12   effects divided into sort of | 12   effects divided into sort of | | | | |
| 13   black-and-white buckets where this group | 13   black-and-white buckets where this group | | | | |
| 14   recovers and this group doesn't recover. | 14   recovers and this group doesn't recover. | | | | |
| 15      What I'm saying is that for | 15      What I'm saying is that for | | | | |
| 16   most side effects, you will have -- for a | 16   most side effects, you will have -- for a | | | | |
| 17   particular side effect, most times it may | 17   particular side effect, most times it may | | | | |
| 18   recover, but sometimes it may not. | 18   recover, but sometimes it may not. | | | | |
| 19      Q.   Sure.  And I'm just trying | 19      Q.   Sure.  And I'm just trying | | | | |
| 20   to go through some -- again, some general | 20   to go through some -- again, some general | | | | |
| 21   concepts.  Hopefully this is kind of the | 21   concepts.  Hopefully this is kind of the | | | | |
| 22   easy part. | 22   easy part. | | | | |
| 23      Nonetheless -- | 23      Nonetheless -- | | | | |
| 24      A.   Well, I'm -- | 24      A.   Well, I'm -- | | | | |
| 38 | 38 | | | | |
| 1      MR. KEENAN:  It's fine. | 1      MR. KEENAN:  It's fine. | | | | |
| 2      It's fine.  It's fine. | 2      It's fine.  It's fine. | | | | |
| 3   BY MR. BACHUS: | 3   BY MR. BACHUS: | | | | |
| 4      Q.   I'm not -- these are -- I | 4      Q.   I'm not -- these are -- I | | | | |
| 5   want you to know, I'm not asking trick | 5   want you to know, I'm not asking trick | | | | |
| 6   questions.  Okay?  I understand, and I | 6   questions.  Okay?  I understand, and I | | | | |
| 7   think it's important, what you're saying | 7   think it's important, what you're saying | | | | |
| 8   is that there may be the same side effect | 8   is that there may be the same side effect | | | | |
| 9   that in some cases recovers, in some | 9   that in some cases recovers, in some | | | | |
| 10   cases doesn't. | 10   cases doesn't. | | | | |
| 11      A.   Correct, correct. | 11      A.   Correct, correct. | | | | |
| 12      Q.   I'm asking in generalities | 12      Q.   I'm asking in generalities | | | | |
| 13   that you agree that most side effects are | 13   that you agree that most side effects are | | | | |
| 14   temporary, some side effects never go | 14   temporary, some side effects never go | | | | |
| 15   away. | 15   away. | | | | |
| 16      A.   I haven't studied the | 16      A.   I haven't studied the | | | | |
| 17   recovery rate of most side effects, but I | 17   recovery rate of most side effects, but I | | | | |
| 18   think that's probably a fair statement. | 18   think that's probably a fair statement. | | | | |
| 19   That would -- that would be my | 19   That would -- that would be my | | | | |
| 20   impression. | 20   impression. | | | | |
| 21      Q.   All right. | 21      Q.   All right. | | | | |
| 22      And you agree it's important | 22      And you agree it's important | | | | |
| 23   for doctors to know about permanent side | 23   for doctors to know about permanent side | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 24  effects. | 24  effects. | | | | |
| 39 | 39 | | | | |
| 1      A.   Well, I think it's important | 1      A.   Well, I think it's important | | | | |
| 2  for doctors to know about medicine and | 2  for doctors to know about medicine and | | | | |
| 3  within the scope of medicine is -- I | 3  within the scope of medicine is -- I | | | | |
| 4  agree would include knowledge about the | 4  agree would include knowledge about the | | | | |
| 5  safety profiles of drugs that they're | 5  safety profiles of drugs that they're | | | | |
| 6  giving.  I think that's a fair statement. | 6  giving.  I think that's a fair statement. | | | | |
| 7      Q.   When it comes to a | 7      Q.   When it comes to a | | | | |
| 8  particular drug, do you agree that the | 8  particular drug, do you agree that the | | | | |
| 9  drug companies are in the best position | 9  drug companies are in the best position | | | | |
| 10  to know about their drugs? | 10  to know about their drugs? | | | | |
| 11      A.   Many times, they are, but | 11      A.   Many times, they are, but | | | | |
| 12  not all the time. | 12  not all the time. | | | | |
| 13      Q.   Who would be in a better | 13      Q.   Who would be in a better | | | | |
| 14  position to know about their drug than | 14  position to know about their drug than | | | | |
| 15  the drug company that manufactures it? | 15  the drug company that manufactures it? | | | | |
| 16      A.   Sometimes the clinician is | 16      A.   Sometimes the clinician is | | | | |
| 17  in a better position or investigator or | 17  in a better position or investigator or | | | | |
| 18  regulatory agency.  It depends on what is | 18  regulatory agency.  It depends on what is | | | | |
| 19  the knowledge and the -- and the | 19  the knowledge and the -- and the | | | | |
| 20  expertise. | 20  expertise. | | | | |
| 21      The drug company relies upon | 21      The drug company relies upon | | | | |
| 22  information -- well, the information that | 22  information -- well, the information that | | | | |
| 23  a drug company has can be broken down to | 23  a drug company has can be broken down to | | | | |
| 24  its own -- its own clinical studies, and | 24  its own -- its own clinical studies, and | | | | |
| 40 | 40 | | | | |
| 1  then beyond that, it relies upon | 1  then beyond that, it relies upon | | | | |
| 2  information that it's receiving from | 2  information that it's receiving from | | | | |
| 3  other sources that's being provided to | 3  other sources that's being provided to | | | | |
| 4  it, sent to it, whether it be from | 4  it, sent to it, whether it be from | | | | |
| 5  physicians or patients or regulatory | 5  physicians or patients or regulatory | | | | |
| 6  authorities. | 6  authorities. | | | | |
| 7      Q.   The drug company may be | 7      Q.   The drug company may be | | | | |
| 8  looking at internal clinical trial | 8  looking at internal clinical trial | | | | |
| 9  information or external information that | 9  information or external information that | | | | |
| 10  might come from scientific literature, | 10  might come from scientific literature, | | | | |
| 11  abstracts, spontaneous adverse event | 11  abstracts, spontaneous adverse event | | | | |
| 12  reports; but at the end of the day, the | 12  reports; but at the end of the day, the | | | | |
| 13  drug company is responsible for knowing | 13  drug company is responsible for knowing | | | | |
| 14  about their drugs; correct? | 14  about their drugs; correct? | | | | |
| 15      A.   Drug companies certainly | 15      A.   Drug companies certainly | | | | |
| 16  should know about their drugs, as should | 16  should know about their drugs, as should | | | | |
| 17  physicians and regulatory authorities. | 17  physicians and regulatory authorities. | | | | |
| 18  It's -- it's -- but the drug company is | 18  It's -- it's -- but the drug company is | | | | |
| 19  to a large extent dependent upon | 19  to a large extent dependent upon | | | | |
| 20  receiving outside information. | 20  receiving outside information. | | | | |
| 21      And sometimes the physician, | 21      And sometimes the physician, | | | | |
| 22  through his clinical experience, may have | 22  through his clinical experience, may have | | | | |
| 23  a deeper appreciation of some aspects and | 23  a deeper appreciation of some aspects and | | | | |
| 24  may not share it with a company. | 24  may not share it with a company. | | | | |
| 41 | 41 | | | | |
| 1      So, you know, it's not an -- | 1      So, you know, it's not an -- | | | | |
| 2  it's not an all-or-none question.  I | 2  it's not an all-or-none question.  I | | | | |
| 3  mean... | 3  mean... | | | | |
| 4      Q.   You certainly agree that | 4      Q.   You certainly agree that | | | | |
| 5  drug companies are required to identify | 5  drug companies are required to identify | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 6  new side effects before their drugs come | 6  new side effects before their drugs come | | | | |
| 7  on the market. | 7  on the market. | | | | |
| 8      A.  Well, before a drug comes on | 8      A.  Well, before a drug comes on | | | | |
| 9  the market, a drug company is required to | 9  the market, a drug company is required to | | | | |
| 10  conduct a -- thorough clinical studies | 10  conduct a -- thorough clinical studies | | | | |
| 11  and demonstrate, along its development, | 11  and demonstrate, along its development, | | | | |
| 12  the safety profile of that -- of that | 12  the safety profile of that -- of that | | | | |
| 13  drug and to provide that information to | 13  drug and to provide that information to | | | | |
| 14  the health authorities in the process of | 14  the health authorities in the process of | | | | |
| 15  marketing approval. | 15  marketing approval. | | | | |
| 16      Now, after the drug comes on | 16      Now, after the drug comes on | | | | |
| 17  the market, there may be other effects | 17  the market, there may be other effects | | | | |
| 18  that are seen. | 18  that are seen. | | | | |
| 19  Q.  So you actually started on | 19      Q.  So you actually started on | **Not previously ruled on.**<br><br>Vague and Ambiguous, Calls for legal conclusion, Cumulative of Plaintiff's Regulatory Expert Testimony. | This witness who has testified that he was responsible for surveillance of taxotere side effects at Sanofi is being asked basic questions about the obligation to continue to monitor side effects even AFTER a drug is approved for sale.  This is exactly what his job was at Sanofi and is clearly relevant and admissible under CRE 701 | | |
| 20  my next question -- | 20  my next question -- | | | | |
| 21      A.  Okay. | 21      A.  Okay. | | | | |
| 22      Q.  -- which is, that obligation | 22      Q.  -- which is, that obligation | | | | OVERRULED |
| 23  to identify either new side effects or | 23  to identify either new side effects or | | | | |
| 24  new characteristics of a previously known | 24  new characteristics of a previously known | | | | |
| 42 | 42 | | | | |
| 1  side effect doesn't stop or end once a | 1  side effect doesn't stop or end once a | | | | |
| 2  drug comes on the market.  True? | 2  drug comes on the market.  True? | | | | |
| 3      A.  That's correct. | 3      A.  That's correct. | | | | |
| 4      Q.  In fact, the obligation of | 4      Q.  In fact, the obligation of | **Not previously ruled on.**<br><br>Completeness, subject to objections | Cumulative to designated testimony and unnecessary for completeness | | |
| 5  the drug company to identify new side | 5  the drug company to identify new side | | | | |
| 6  effects or to look for new | 6  effects or to look for new | | | | |
| 7  characteristics of previously known side | 7  characteristics of previously known side | | | | |
| 8  effects is an ongoing obligation for the | 8  effects is an ongoing obligation for the | | | | |
| 9  drug company; correct? | 9  drug company; correct? | | | | |
| 10      A.  The drug company continues | 10      A.  The drug company continues | | | | |
| 11  to monitor its drugs throughout the life | 11  to monitor its drugs throughout the life | | | | OVERRULED |
| 12  cycle. | 12  cycle. | | | | |
| 13      Now, when I say life cycle, | 13      Now, when I say life cycle, | | | | |
| 14  I mean, you know, from -- from the start | 14  I mean, you know, from -- from the start | | | | |
| 15  of development to the end of it being on | 15  of development to the end of it being on | | | | |
| 16  the market, through the life cycle of the | 16  the market, through the life cycle of the | | | | |
| 17  product. | 17  product. | | | | |
| 18      Q.  And you agree that drug | 18      Q.  And you agree that drug | | | | |
| 19  companies have the responsibility to | 19  companies have the responsibility to | | | | |
| 20  provide adequate warnings to doctors | 20  provide adequate warnings to doctors | | | | |
| 21  about the known risks regarding their | 21  about the known risks regarding their | | | | |
| 22  products. | 22  products. | | | | |
| 23      A.  Well, drug companies have a | 23      A.  Well, drug companies have a | | | | |
| 24  responsibility defined by the regulations | 24  responsibility defined by the regulations | | | | |
| 43 | 43 | | | | |
| 1  of the various countries; and to the best | 1  of the various countries; and to the best | | | | |
| 2  of my knowledge, part of those | 2  of my knowledge, part of those | | | | |
| 3  regulations are -- are to have the safety | 3  regulations are -- are to have the safety | | | | |
| 4  profile be provided within its labeling | 4  profile be provided within its labeling | | | | |
| 5  documents. | 5  documents. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Not previously ruled on.  Lack of Foundation, Scope - Dr. Kopreski worked in pharmacovigilance and this question relates to labeling regulations, which were handled by Sanofi's regulatory department.  Calls for expert opinion (FRE 702).  Cumulative of regulatory expert testimony.  Vague and Ambiguous, Misleading | This witness who has testified that he was responsible for surveillance of taxotere side effects at Sanofi. He is being asked about his knowledge in that capacity. He clarifies the limitation on his knowledge and then provides testimony based on his personal knowedlge in his role at the company.  relevant and admissible under FRE 701 | | |
| 6     Q.  You agree that a drug | 6     Q.  You agree that a drug | | | | |
| 7  company must update its label when new | 7  company must update its label when new | | | | OVERRULED |
| 8  information becomes available that causes | 8  information becomes available that causes | | | | |
| 9  the current labeling to become | 9  the current labeling to become | | | | |
| 10  inaccurate, false, or misleading. | 10  inaccurate, false, or misleading. | | | | |
| 11     A.  The -- if there is error in | 11     A.  The -- if there is error in | | | | |
| 12  the label -- you know, you're -- you're | 12  the label -- you know, you're -- you're | | | | |
| 13  asking labeling questions, which, you | 13  asking labeling questions, which, you | | | | |
| 14  know, certainly goes beyond my expertise. | 14  know, certainly goes beyond my expertise. | | | | |
| 15     But to the best of my | 15     But to the best of my | | | | |
| 16  knowledge, if there's -- if there's | 16  knowledge, if there's -- if there's | | | | |
| 17  faulty or inaccurate information, that | 17  faulty or inaccurate information, that | | | | |
| 18  would need to be corrected. | 18  would need to be corrected. | | | | |
| 19          - - - | 19          - - - | | | | |
| 20       (Deposition Exhibit No. | 20       (Deposition Exhibit No. | | | | |
| 21     Kopreski-3, 10/2/15 Supplement | 21     Kopreski-3, 10/2/15 Supplement | | | | |
| 22     Request from Kim to Polizzano, | 22     Request from Kim to Polizzano, | | | | |
| 23     Sanofi_00837649 through | 23     Sanofi_00837649 through | | | | |
| 24     Sanofi_00837651, was marked for | 24     Sanofi_00837651, was marked for | | | | |
| 44 | 44 | | | | |
| 1     identification.) | 1     identification.) | | | | |
| 2          - - - | 2          - - - | | | | |
| 3  BY MR. BACHUS: | 3  BY MR. BACHUS: | | | | |
| 4     Q.  And let me show you what | 4     Q.  And let me show you what | | | | |
| 5  I've marked as Exhibit 3 and I'll hand | 5  I've marked as Exhibit 3 and I'll hand | | | | |
| 6  this to your counsel.  And this is a | 6  this to your counsel.  And this is a | | | | |
| 7  communication from the United States Food | 7  communication from the United States Food | | | | |
| 8  and Drug Administration. | 8  and Drug Administration. | | | | |
| 9          And I was really just trying | 9          And I was really just trying | | | | |
| 10  to focus on one portion of this document | 10  to focus on one portion of this document | | | | |
| 11  that identifies a Code of Federal | 11  that identifies a Code of Federal | | | | |
| 12  Regulations.  It's in the -- under the | 12  Regulations.  It's in the -- under the | | | | |
| 13  big topic "Prescribing Information," but | 13  big topic "Prescribing Information," but | | | | |
| 14  if you go down to the last sentence of | 14  if you go down to the last sentence of | | | | |
| 15  that first paragraph where it says, "You | 15  that first paragraph where it says, "You | | | | |
| 16  must update your PI" -- do you understand | 16  must update your PI" -- do you understand | | | | |
| 17  PI to be the product insert, which is the | 17  PI to be the product insert, which is the | | | | |
| 18  labeling? | 18  labeling? | | | | |
| 19     A.  That's what I would assume | 19     A.  That's what I would assume | | | | |
| 20  it to be. | 20  it to be. | | | | |
| 21     Q.  All right.  This states, | 21     Q.  All right.  This states, | | | | |
| 22  Exhibit 3 does, "You must update your PI" | 22  Exhibit 3 does, "You must update your PI" | | | | |
| 23  -- or label -- "when new information | 23  -- or label -- "when new information | | | | |
| 24  becomes available that causes the | 24  becomes available that causes the | | | | |
| 45 | 45 | | | | |
| 1  labeling to become inaccurate, false, or | 1  labeling to become inaccurate, false, or | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2  misleading."  And then it cites to a Code | 2  misleading."  And then it cites to a Code | | | | |
| 3  of Federal Regulation. | 3  of Federal Regulation. | | | | |
| 4        Do you see that? | 4        Do you see that? | | | | |
| 5        A.   I do. | 5        A.   I do. | | | | |
| 6        Q.   You don't disagree with that | 6        Q.   You don't disagree with that | | | | |
| 7  statement from the FDA, do you? | 7  statement from the FDA, do you? | | | | |
| 8        A.   Well, they're citing -- | 8        A.   Well, they're citing -- | | | | |
| 9  they're citing regulation.  I'm not | 9  they're citing regulation.  I'm not | | | | |
| 10  personally familiar with that regulation, | 10  personally familiar with that regulation, | | | | |
| 11  but I have no reason to disagree that | 11  but I have no reason to disagree that | | | | |
| 12  that's a correct citation of the | 12  that's a correct citation of the | | | | |
| 13  regulation. | 13  regulation. | | | | |
| 14        Q.   Sure.  And, again, drug on | 14        Q.   Sure.  And, again, drug on | | | | |
| 15  your more than 20 years in safety and | 15  your more than 20 years in safety and | | | | |
| 16  pharmaceutical drugs and as a medical | 16  pharmaceutical drugs and as a medical | | | | |
| 17  doctor and as the oncology head at Sanofi | 17  doctor and as the oncology head at Sanofi | | | | |
| 18  for many years, it's not new information | 18  for many years, it's not new information | | | | |
| 19  to you that a label needs to be updated | 19  to you that a label needs to be updated | | | | |
| 20  when new safety information becomes | 20  when new safety information becomes | | | | |
| 21  available that causes the current | 21  available that causes the current | | | | |
| 22  labeling to be inaccurate, false, or | 22  labeling to be inaccurate, false, or | | | | |
| 23  misleading. | 23  misleading. | | | | |
| 24        A.   Well, again, as I -- as I | 24        A.   Well, again, as I -- as I | | | | |
| 46 | 46 | | | | |
| 1  previously stated, I would presume that | 1  previously stated, I would presume that | | | | |
| 2  if there was -- if there was an error in | 2  if there was -- if there was an error in | | | | |
| 3  the labeling, it needs to be corrected. | 3  the labeling, it needs to be corrected. | | | | |
| 4        Q.   Well, this talks about new | 4        Q.   Well, this talks about new | | | | |
| 5  information.  Do you see that?  I've | 5  information.  Do you see that?  I've | | | | |
| 6  pointed -- | 6  pointed -- | | | | |
| 7        A.   I do. | 7        A.   I do. | | | | |
| 8        Q.   Right.  So I just want to be | 8        Q.   Right.  So I just want to be | | | | |
| 9  clear, this is talking about, you must | 9  clear, this is talking about, you must | | | | |
| 10  update your label when new information | 10  update your label when new information | | | | |
| 11  becomes available that causes the | 11  becomes available that causes the | | | | |
| 12  labeling to become inaccurate, false, or | 12  labeling to become inaccurate, false, or | | | | |
| 13  misleading. | 13  misleading. | | | | |
| 14          You understood that as -- as | 14          You understood that as -- as | | | | |
| 15  -- | 15  -- | | | | |
| 16        A.   Yes. | 16        A.   Yes. | | | | |
| 17        Q.   -- head of the oncology | 17        Q.   -- head of the oncology | | | | |
| 18  division. | 18  division. | | | | |
| 19        A.   Certainly -- certainly, as I | 19        A.   Certainly -- certainly, as I | | | | |
| 20  just said.  If one becomes aware of an | 20  just said.  If one becomes aware of an | | | | |
| 21  error in the labeling, it would seem to | 21  error in the labeling, it would seem to | | | | |
| 22  me that you need to -- need to correct | 22  me that you need to -- need to correct | | | | |
| 23  that error.  I mean, that just sort of | 23  that error.  I mean, that just sort of | | | | |
| 24  makes common sense, let alone the | 24  makes common sense, let alone the | | | | |
| 47 | 47 | | | | |
| 1  regulation that you're citing. | 1  regulation that you're citing. | | | | |
| 2        Q.   Do you agree that doctors | 2        Q.   Do you agree that doctors | | | | |
| 3  rely on drug companies to warn them about | 3  rely on drug companies to warn them about | | | | |
| 4  a drug's known risks? | 4  a drug's known risks? | | | | |
| 5        A.   In part, I think doctors | 5        A.   In part, I think doctors | | | | |
| 6  rely upon a body of their clinical | 6  rely upon a body of their clinical | | | | |
| 7  experience and medical information that's | 7  experience and medical information that's | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 8  in publications, information received | 8  in publications, information received | | | | |
| 9  from drug companies, and information | 9  from drug companies, and information | | | | |
| 10  garnered from meetings to understand the | 10  garnered from meetings to understand the | | | | |
| 11  risks of drugs. | 11  risks of drugs. | | | | |
| 12      Q.   For example, even when a | 12      Q.   For example, even when a | | | | |
| 13  regulatory agency wants new information | 13  regulatory agency wants new information | | | | |
| 14  put in the label, it's not the regulatory | 14  put in the label, it's not the regulatory | | | | |
| 15  agency that actually updates the label | 15  agency that actually updates the label | | | | |
| 16  itself to send to the doctors.  Right? | 16  itself to send to the doctors.  Right? | | | | |
| 17      A.   I would have to refer the | 17      A.   I would have to refer the | | | | |
| 18  process of that to somebody in | 18  process of that to somebody in | | | | |
| 19  regulatory. | 19  regulatory. | | | | |
| 20      Q.   Do you agree that the drug | 20      Q.   Do you agree that the drug | | | | |
| 21  company is the entity that is required to | 21  company is the entity that is required to | | | | |
| 22  update its label, as the Code of Federal | 22  update its label, as the Code of Federal | | | | |
| 23  Regulation that we just discussed | 23  Regulation that we just discussed | | | | |
| 24  requires? | 24  requires? | | | | |
| 48 | 48 | | | | |
| 1      A.   Again, you know, I can have | 1      A.   Again, you know, I can have | | | | |
| 2  presumptions, but I'd prefer -- I'd refer | 2  presumptions, but I'd prefer -- I'd refer | | | | |
| 3  that to regulatory people that actually | 3  that to regulatory people that actually | | | | |
| 4  handle this.  This is not within the | 4  handle this.  This is not within the | | | | |
| 5  scope of pharmacovigilance. | 5  scope of pharmacovigilance. | | | | |
| 6      Q.   Sure.  Let's go back just | 6      Q.   Sure.  Let's go back just | | | | |
| 7  briefly to Exhibit 3.  I put it back up | 7  briefly to Exhibit 3.  I put it back up | | | | |
| 8  here, in that same sentence.  Do you see | 8  here, in that same sentence.  Do you see | | | | |
| 9  who it says must update the label? | 9  who it says must update the label? | | | | |
| 10      A.   I don't -- | 10      A.   I don't -- | | | | |
| 11      Q.   You -- do you see who this | 11      Q.   You -- do you see who this | | | | |
| 12  is addressed to?  Sanofi?  Right? | 12  is addressed to?  Sanofi?  Right? | | | | |
| 13      A.   Yes. | 13      A.   Yes. | | | | |
| 14      Q.   And do you see who this is | 14      Q.   And do you see who this is | | | | |
| 15  from, the Food and Drug Administration? | 15  from, the Food and Drug Administration? | | | | |
| 16  Do you see that? | 16  Do you see that? | | | | |
| 17      A.   I do. | 17      A.   I do. | | | | |
| 18      Q.   And do you see that the Food | 18      Q.   And do you see that the Food | | | | |
| 19  and Drug Administration, not only is it | 19  and Drug Administration, not only is it | | | | |
| 20  citing a regulation, but it's making a | 20  citing a regulation, but it's making a | | | | |
| 21  statement in communication to Sanofi that | 21  statement in communication to Sanofi that | | | | |
| 22  says you, Sanofi, must update your label | 22  says you, Sanofi, must update your label | | | | |
| 23  when new information becomes available | 23  when new information becomes available | | | | |
| 24  that causes the labeling to become | 24  that causes the labeling to become | | | | |
| 49 | 49 | | | | |
| 1  inaccurate, false, or misleading. | 1  inaccurate, false, or misleading. | | | | |
| 2      You agree that what the FDA | 2      You agree that what the FDA | | | | |
| 3  is indicating, that it's the company that | 3  is indicating, that it's the company that | | | | |
| 4  has the responsibility to update the | 4  has the responsibility to update the | | | | |
| 5  label when new information becomes | 5  label when new information becomes | | | | |
| 6  available; correct? | 6  available; correct? | | | | |
| 7      A.   Well, I think -- I think the | 7      A.   Well, I think -- I think the | | | | |
| 8  company would be -- well, I would say the | 8  company would be -- well, I would say the | | | | |
| 9  market authorization holder, which is the | 9  market authorization holder, which is the | | | | |
| 10  person responsible, because sometimes | 10  person responsible, because sometimes | | | | |
| 11  drugs are sold by other companies than | 11  drugs are sold by other companies than | | | | |
| 12  the market authorization holder, I would | 12  the market authorization holder, I would | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 13  say that market authorization holder | 13  say that market authorization holder | | | | |
| 14  would have, I would presume, | 14  would have, I would presume, | | | | |
| 15  responsibility. | 15  responsibility. | | | | |
| 16        But, again, that's a | 16        But, again, that's a | | | | |
| 17  regulatory question that I would refer to | 17  regulatory question that I would refer to | | | | |
| 18  the regulatory people. | 18  the regulatory people. | | | | |
| 19        Q.   And the marketing | 19        Q.   And the marketing | | | | |
| 20  authorization holder for Taxotere between | 20  authorization holder for Taxotere between | | | | |
| 21  2005 and 2015 was Sanofi; correct? | 21  2005 and 2015 was Sanofi; correct? | | | | |
| 22        A.   To the best of my knowledge. | 22        A.   To the best of my knowledge. | | | | |
| 23        Q.   All right.  You agree that | 23        Q.   All right.  You agree that | | | | |
| 24  the safety information that is included | 24  the safety information that is included | | | | |
| 50 | 50 | | | | |
| 1  in the label is there to inform.  Right? | 1  in the label is there to inform.  Right? | | | | |
| 2  That's the purpose. | 2  That's the purpose. | | | | |
| 3        A.   The safety information in -- | 3        A.   The safety information in -- | | | | |
| 4  in the label -- well, you're referring to | 4  in the label -- well, you're referring to | | | | |
| 5  the United -- the USPI? | 5  the United -- the USPI? | | | | |
| 6        Q.   Sure.  Well, let's talk | 6        Q.   Sure.  Well, let's talk | | | | |
| 7  about the United States label.  When | 7  about the United States label.  When | | | | |
| 8  safety information is put in the label, | 8  safety information is put in the label, | | | | |
| 9  it's there for a purpose and that's to | 9  it's there for a purpose and that's to | | | | |
| 10  inform; correct? | 10  inform; correct? | | | | |
| 11        A.   I think -- I think the label | 11        A.   I think -- I think the label | | | | |
| 12  informs, informs physicians, that's | 12  informs, informs physicians, that's | | | | |
| 13  correct. | 13  correct. | | | | |
| 14        Q.   And when doctors are | 14        Q.   And when doctors are | | | | |
| 15  informed by drug companies, then those | 15  informed by drug companies, then those | | | | |
| 16  doctors are in the best position to tell | 16  doctors are in the best position to tell | | | | |
| 17  their patients about the risks of drugs; | 17  their patients about the risks of drugs; | | | | |
| 18  correct? | 18  correct? | | | | |
| 19        A.   As I -- as I mentioned, the | 19        A.   As I -- as I mentioned, the | | | | |
| 20  physician gains information from many | 20  physician gains information from many | | | | |
| 21  sources and the more they know -- the | 21  sources and the more they know -- the | | | | |
| 22  more -- you know, they have -- they have | 22  more -- you know, they have -- they have | | | | |
| 23  -- they do need -- they should | 23  -- they do need -- they should | | | | |
| 24  communicate -- I say should because there | 24  communicate -- I say should because there | | | | |
| 51 | 51 | | | | |
| 1  are lots of studies showing that | 1  are lots of studies showing that | | | | |
| 2  physicians are not very good at | 2  physicians are not very good at | | | | |
| 3  communicating risks and particularly poor | 3  communicating risks and particularly poor | | | | |
| 4  communicating long-term risks, but | 4  communicating long-term risks, but | | | | |
| 5  physicians should inform patients about | 5  physicians should inform patients about | | | | |
| 6  the risks of drugs, I agree. | 6  the risks of drugs, I agree. | | | | |
| 7        Q.   Let me just back up for a | 7        Q.   Let me just back up for a | | | | |
| 8  moment, because I feel that the answer | 8  moment, because I feel that the answer | | | | |
| 9  got a little astray from what I was | 9  got a little astray from what I was | | | | |
| 10  trying to ask and maybe -- | 10  trying to ask and maybe -- | | | | |
| 11        A.   I'm sorry. | 11        A.   I'm sorry. | | | | |
| 12        Q.   -- it was a poorly worded | 12        Q.   -- it was a poorly worded | | | | |
| 13  question.  Let me see if I can be more | 13  question.  Let me see if I can be more | | | | |
| 14  specific. | 14  specific. | | | | |
| 15        A.   Okay. | 15        A.   Okay. | | | | |
| 16        Q.   We agree that the safety | 16        Q.   We agree that the safety | Not previously ruled on.<br><br>Vague and Ambiguous | Clearly releveant and in no way is this question vague or ambiguous | | |
| 17  information contained in the label is | 17  information contained in the label is | | | | OVERRULED |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18   there to inform doctors; correct? | 18   there to inform doctors; correct? | | | | |
| 19      A.   I would agree, yes. | 19      A.   I would agree, yes. | | | | |
| | | Not previously ruled on. | Cumulative and unnecessary for completeness | | |
| 20      Q.   All right.  By including | 20      Q.   All right.  By including | Completeness, subject to objections | | | |
| 21   safety information in a label to inform | 21   safety information in a label to inform | | | | |
| 22   doctors, that puts doctors in a position | 22   doctors, that puts doctors in a position | | | | |
| 23   to relay that information about safety to | 23   to relay that information about safety to | | | | |
| 24   patients, do you agree with that? | 24   patients, do you agree with that? | | | | |
| 52 | 52 | | | | |
| 1      A.   I would say it aids doctors | 1      A.   I would say it aids doctors | | | | |
| 2   in relaying that information, | 2   in relaying that information, | | | | OVERRULED |
| 3   particularly in oncology, because in | 3   particularly in oncology, because in | | | | |
| 4   oncology, doctors will often use | 4   oncology, doctors will often use | | | | |
| 5   off-label protocols and regimens that are | 5   off-label protocols and regimens that are | | | | |
| 6   not in the label. | 6   not in the label. | | | | |
| 7        So in those circumstances, | 7        So in those circumstances, | | | | |
| 8   they need to rely upon publications that | 8   they need to rely upon publications that | | | | |
| 9   they're basing their decision to proceed | 9   they're basing their decision to proceed | | | | |
| 10   with an off-labeled use. | 10   with an off-labeled use. | | | | |
| 11      Q.   The more the doctors know, | 11      Q.   The more the doctors know, | | | | |
| 12   the better; correct? | 12   the better; correct? | | | | |
| 13      A.   Well, that's -- that's what | 13      A.   Well, that's -- that's what | | | | |
| 14   I've been told in medical school by -- by | 14   I've been told in medical school by -- by | | | | |
| 15   many a people -- well, actually, I don't | 15   many a people -- well, actually, I don't | | | | |
| 16   know if I've ever actually been told | 16   know if I've ever actually been told | | | | |
| 17   that, but, yes. | 17   that, but, yes. | | | | |
| 18      Q.   Doctors being provided | 18      Q.   Doctors being provided | | | | |
| 19   information and in the best position to | 19   information and in the best position to | | | | |
| 20   inform patients about that safety | 20   inform patients about that safety | | | | |
| 21   information then allows patients to make | 21   information then allows patients to make | | | | |
| 22   informed decisions; correct? | 22   informed decisions; correct? | | | | |
| 23      A.   I mean, I can say in my | 23      A.   I mean, I can say in my | | | | |
| 24   personal practice as an oncologist, as a | 24   personal practice as an oncologist, as a | | | | |
| 53 | 53 | | | | |
| 1   physician, that I -- that I felt it was | 1   physician, that I -- that I felt it was | | | | |
| 2   important to try to understand the safety | 2   important to try to understand the safety | | | | |
| 3   of products from multiple sources, | 3   of products from multiple sources, | | | | |
| 4   literature, meetings, the label, and to | 4   literature, meetings, the label, and to | | | | |
| 5   -- to take that information and convey it | 5   -- to take that information and convey it | | | | |
| 6   to the patient in a way that they could | 6   to the patient in a way that they could | | | | |
| 7   understand and help in their treatment | 7   understand and help in their treatment | | | | |
| 8   decisions. | 8   decisions. | | | | |
| 9        You know, that's certainly | 9        You know, that's certainly | | | | |
| 10   the way that -- when I was a practicing | 10   the way that -- when I was a practicing | | | | |
| 11   oncologist and was seeing patients, | 11   oncologist and was seeing patients, | | | | |
| 12   that's -- that's what I would try to | 12   that's -- that's what I would try to | | | | |
| 13   strive to try to give patients that | 13   strive to try to give patients that | | | | |
| 14   understanding. | 14   understanding. | | | | |
| 15        But -- but, again, it comes | 15        But -- but, again, it comes | | | | |
| 16   from many sources, the label being one of | 16   from many sources, the label being one of | | | | |
| 17   the sources. | 17   the sources. | | | | |
| 18      Q.   By having safety information | 18      Q.   By having safety information | | | | |
| 19   provided to doctors puts doctors in a | 19   provided to doctors puts doctors in a | | | | |
| 20   position to tell patients, which then | 20   position to tell patients, which then | | | | |
| 21   allows patients to make informed | 21   allows patients to make informed | | | | |
| 22   decisions, that's what you were taught; | 22   decisions, that's what you were taught; | | | | |
| 23   correct? | 23   correct? | | | | |
| 24      A.   Again, it's -- it's an | 24      A.   Again, it's -- it's an | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 54 | 54 | | | | |
| 1  obligation for a practicing physician to | 1  obligation for a practicing physician to | | | | |
| 2  understand medicine; and if you're going | 2  understand medicine; and if you're going | | | | |
| 3  to be giving drugs to a patient, | 3  to be giving drugs to a patient, | | | | |
| 4  particularly a cancer drug where there | 4  particularly a cancer drug where there | | | | |
| 5  are many potential side effects, where | 5  are many potential side effects, where | | | | |
| 6  there's many aspects of whether a drug | 6  there's many aspects of whether a drug | | | | |
| 7  will work and whether it will hurt, and | 7  will work and whether it will hurt, and | | | | |
| 8  when you're trying to develop the | 8  when you're trying to develop the | | | | |
| 9  benefit/risk assessment and you're trying | 9  benefit/risk assessment and you're trying | | | | |
| 10  to convey that and choose the best | 10  to convey that and choose the best | | | | |
| 11  regimen for that patient, one of the | 11  regimen for that patient, one of the | | | | |
| 12  things that you want to know as a | 12  things that you want to know as a | | | | |
| 13  physician is both the benefits and the | 13  physician is both the benefits and the | | | | |
| 14  risks.  And you obtain that information | 14  risks.  And you obtain that information | | | | |
| 15  from many different sources, particularly | 15  from many different sources, particularly | | | | |
| 16  if you're going to use a drug in | 16  if you're going to use a drug in | | | | |
| 17  off-labeled manner. | 17  off-labeled manner. | | | | |
| 18       Now, what I mean by an | 18       Now, what I mean by an | | | | |
| 19  off-labeled manner is in a manner that's | 19  off-labeled manner is in a manner that's | | | | |
| 20  not recommended in the label, but | 20  not recommended in the label, but | | | | |
| 21  oncologists will often provide drugs in | 21  oncologists will often provide drugs in | | | | |
| 22  an off-labeled manner.  In those | 22  an off-labeled manner.  In those | | | | |
| 23  circumstances, not only are you going to | 23  circumstances, not only are you going to | | | | |
| 24  look at the label, but you're going to | 24  look at the label, but you're going to | | | | |
| 55 | 55 | | | | |
| 1  look at the studies and the meetings that | 1  look at the studies and the meetings that | | | | |
| 2  are advocating that off-labeled use. | 2  are advocating that off-labeled use. | | | | |
| 3       Q.   Do you agree that telling | 3       Q.   Do you agree that telling | | | | |
| 4  the patients -- doctors telling the | 4  the patients -- doctors telling the | | | | |
| 5  patients safety information allows | 5  patients safety information allows | | | | |
| 6  patients to make informed decisions? | 6  patients to make informed decisions? | | | | |
| 7       A.   I think patients often don't | 7       A.   I think patients often don't | | | | |
| 8  understand medical terminology and -- and | 8  understand medical terminology and -- and | | | | |
| 9  on top of that, they're being hit with | 9  on top of that, they're being hit with | | | | |
| 10  the shock of their disease. | 10  the shock of their disease. | | | | |
| 11       So, you know, it's -- it's | 11       So, you know, it's -- it's | | | | |
| 12  -- again, the way that I would practice | 12  -- again, the way that I would practice | | | | |
| 13  medicine is to recognize that the patient | 13  medicine is to recognize that the patient | | | | |
| 14  may not understand something, to take | 14  may not understand something, to take | | | | |
| 15  time and spend time with the patient. | 15  time and spend time with the patient. | | | | |
| 16       And I do think that is part | 16       And I do think that is part | | | | |
| 17  of the responsibility of a physician. | 17  of the responsibility of a physician. | | | | |
| 18  They need to share the knowledge that | 18  They need to share the knowledge that | | | | |
| 19  they've gathered in, and they've gotten | 19  they've gathered in, and they've gotten | | | | |
| 20  knowledge from many sources, through | 20  knowledge from many sources, through | | | | |
| 21  their training, through their experience | 21  their training, through their experience | | | | |
| 22  with other patients.  They need to take | 22  with other patients.  They need to take | | | | |
| 23  that in and they need to explain it and | 23  that in and they need to explain it and | | | | |
| 24  share it to patients.  For me, that's the | 24  share it to patients.  For me, that's the | | | | |
| 56 | 56 | | | | |
| 1  way medicine should be practiced. | 1  way medicine should be practiced. | | | | |
| 2       Q.   I want to back up, because I | 2       Q.   I want to back up, because I | | | | |
| 3  think that you were referring maybe in | 3  think that you were referring maybe in | | | | |
| 4  your answer to Taxotere or to oncology | 4  your answer to Taxotere or to oncology | | | | |
| 5  drugs and I'm, again, just talking about | 5  drugs and I'm, again, just talking about | | | | |
| 6  in a general medical sense. | 6  in a general medical sense. | | | | |
| 7       A.   Okay. | 7       A.   Okay. | | | | |
| 8       Q.   Not related to a specific | 8       Q.   Not related to a specific | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 9  drug.  It might be an antibiotic for a | 9  drug.  It might be an antibiotic for a | | | | |
| 10  sore throat.  I don't know.  Okay? | 10  sore throat.  I don't know.  Okay? | | | | |
| 11      A.   Okay. | 11      A.   Okay. | | | | |
| 12      Q.   So let me rephrase the | 12      Q.   So let me rephrase the | | | | |
| 13  question and maybe with that mindset -- | 13  question and maybe with that mindset -- | | | | |
| 14      A.   Sure. | 14      A.   Sure. | | | | |
| 15      Q.   -- here's the question:  Do | 15      Q.   -- here's the question:  Do | | | | |
| 16  you agree that doctors telling patients | 16  you agree that doctors telling patients | | | | |
| 17  about safety risks and information allows | 17  about safety risks and information allows | | | | |
| 18  patients to make informed decisions? | 18  patients to make informed decisions? | | | | |
| 19  That simple. | 19  That simple. | | | | |
| 20      A.   Yes, yes, I think -- I think | 20      A.   Yes, yes, I think -- I think | | | | |
| 21  making informed -- when patients make | 21  making informed -- when patients make | | | | |
| 22  informed decisions, the doctor needs to | 22  informed decisions, the doctor needs to | | | | |
| 23  include a discussion -- or should include | 23  include a discussion -- or should include | | | | |
| 24  a discussion of risks with that patient. | 24  a discussion of risks with that patient. | | | | |
| 57 | 57 | | | | |
| 1      Q.   All right. | 1      Q.   All right. | | | | |
| 2          Do you agree with me that | 2          Do you agree with me that | | | | |
| 3  the FDA does not develop drugs? | 3  the FDA does not develop drugs? | | | | |
| 4      A.   You know, I'm -- I'm | 4      A.   You know, I'm -- I'm | | | | |
| 5  hesitating because I -- you know, when I | 5  hesitating because I -- you know, when I | | | | |
| 6  was at the NCI, there were -- you know, | 6  was at the NCI, there were -- you know, | | | | |
| 7  there were collaborations to -- there are | 7  there were collaborations to -- there are | | | | |
| 8  -- what I recall on some projects. | 8  -- what I recall on some projects. | | | | |
| 9          But for the most part, I | 9          But for the most part, I | | | | |
| 10  think the sentiment that you're trying to | 10  think the sentiment that you're trying to | | | | |
| 11  put forward is that drugs are developed, | 11  put forward is that drugs are developed, | | | | |
| 12  you know, by drug companies in | 12  you know, by drug companies in | | | | |
| 13  collaboration with -- with regulatory | 13  collaboration with -- with regulatory | | | | |
| 14  authorities. | 14  authorities. | | | | |
| 15          And by collaboration, what I | 15          And by collaboration, what I | | | | |
| 16  mean is that usually every step of the | 16  mean is that usually every step of the | | | | |
| 17  development is done with the approval of | 17  development is done with the approval of | | | | |
| 18  the regulatory authority, such as the | 18  the regulatory authority, such as the | | | | |
| 19  FDA. | 19  FDA. | | | | |
| 20          So -- so if -- if you want | 20          So -- so if -- if you want | | | | |
| 21  to -- if you want to start a study for a | 21  to -- if you want to start a study for a | | | | |
| 22  drug development, it usually needs to get | 22  drug development, it usually needs to get | | | | |
| 23  the protocol approved and monitored by | 23  the protocol approved and monitored by | | | | |
| 24  the FDA. | 24  the FDA. | | | | |
| 58 | 58 | | | | |
| 1          So there's a collaboration, | 1          So there's a collaboration, | | | | |
| 2  but it's the drug company -- and I think | 2  but it's the drug company -- and I think | | | | |
| 3  this is what you're trying to get to, Mr. | 3  this is what you're trying to get to, Mr. | | | | |
| 4  Bachus, it's the drug company that is | 4  Bachus, it's the drug company that is | | | | |
| 5  taking that responsibility of | 5  taking that responsibility of | | | | |
| 6  development. | 6  development. | | | | |
| 7      - - - | 7      - - - | | | | |
| 8      (Deposition Exhibit No. | 8      (Deposition Exhibit No. | | | | |
| 9  Kopreski-4, Six-Page Website | 9  Kopreski-4, Six-Page Website | | | | |
| 10  Printout - Consumer Updates - "Is | 10  Printout - Consumer Updates - "Is | | | | |
| 11  It Really 'FDA Approved?'", was | 11  It Really 'FDA Approved?'", was | | | | |
| 12  marked for identification.) | 12  marked for identification.) | | | | |
| 13      - - - | 13      - - - | | | | |
| 14  BY MR. BACHUS: | 14  BY MR. BACHUS: | | | | |
| 15      Q.   Let me show you what's been | 15      Q.   Let me show you what's been | | | | |
| 16  marked as Exhibit 4 to the deposition. | 16  marked as Exhibit 4 to the deposition. | | | | |
| 17  I've handed it to your counsel. | 17  I've handed it to your counsel. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18      Dr. Kopreski, I think what I | 18      Dr. Kopreski, I think what I | | | | |
| 19  asked was a very simple and | 19  asked was a very simple and | | | | |
| 20  straightforward question and I want to | 20  straightforward question and I want to | | | | |
| 21  reask the question.  I want to show you, | 21  reask the question.  I want to show you, | | | | |
| 22  this is a document that is from -- a | 22  this is a document that is from -- a | | | | |
| 23  printout from the FDA itself off of their | 23  printout from the FDA itself off of their | | | | |
| 24  website. | 24  website. | | | | |
| 59 | 59 | | | | |
| 1       And if you go to page 2 of | 1       And if you go to page 2 of | | | | |
| 2  Exhibit 4 at the bottom -- and I'll put | 2  Exhibit 4 at the bottom -- and I'll put | | | | |
| 3  it up here -- under the topic where it | 3  it up here -- under the topic where it | | | | |
| 4  says "FDA approves new drugs and | 4  says "FDA approves new drugs and | | | | |
| 5  biologics" -- do you see that? | 5  biologics" -- do you see that? | | | | |
| 6      A.  Uh-hum. | 6      A.  Uh-hum. | | | | |
| 7      Q.  Yes, you do?  I'm sorry. | 7      Q.  Yes, you do?  I'm sorry. | | | | |
| 8  Uh-hum won't work for the record. | 8  Uh-hum won't work for the record. | | | | |
| 9      A.  I'm sorry.  FDA -- | 9      A.  I'm sorry.  FDA -- | | | | |
| 10     Q.  Yeah, go down towards the | 10     Q.  Yeah, go down towards the | | | | |
| 11  bottom -- you can look on the screen, | 11  bottom -- you can look on the screen, | | | | |
| 12  also. | 12  also. | | | | |
| 13     A.  Okay. | 13     A.  Okay. | | | | |
| 14     Q.  It might familiarize you | 14     Q.  It might familiarize you | | | | |
| 15  with what area of the document I'm | 15  with what area of the document I'm | | | | |
| 16  referring to -- it's the part that's | 16  referring to -- it's the part that's | | | | |
| 17  titled "FDA approves new drugs and | 17  titled "FDA approves new drugs and | | | | |
| 18  biologics." It's on page 2 of 6 -- if | 18  biologics." It's on page 2 of 6 -- if | | | | |
| 19  you go down to the bottom right-hand | 19  you go down to the bottom right-hand | | | | |
| 20  corner on Exhibit 4, you see it says 2 of | 20  corner on Exhibit 4, you see it says 2 of | | | | |
| 21  6 -- do you see that?  I've marked it | 21  6 -- do you see that?  I've marked it | | | | |
| 22  with an arrow next to it here for you.  2 | 22  with an arrow next to it here for you.  2 | | | | |
| 23  of 6. | 23  of 6. | | | | |
| 24     A.  Oh, okay.  I'm sorry.  I'm | 24     A.  Oh, okay.  I'm sorry.  I'm | | | | |
| 60 | 60 | | | | |
| 1  being thrown off by the cover page. | 1  being thrown off by the cover page. | | | | |
| 2      Q.  That's okay.  That's okay. | 2      Q.  That's okay.  That's okay. | | | | |
| 3      A.  Yes. | 3      A.  Yes. | | | | |
| 4      Q.  And then if you go down to | 4      Q.  And then if you go down to | | | | |
| 5  -- there's a part three-quarters of the | 5  -- there's a part three-quarters of the | | | | |
| 6  way down the page and it says "FDA | 6  way down the page and it says "FDA | | | | |
| 7  approves new drugs and biologics."  Do | 7  approves new drugs and biologics."  Do | | | | |
| 8  you see that? | 8  you see that? | | | | |
| 9      A.  Yes. | 9      A.  Yes. | | | | |
| 10     Q.  And then the second | 10     Q.  And then the second | | | | |
| 11  paragraph, it says, the "FDA does not | 11  paragraph, it says, the "FDA does not | | | | |
| 12  develop or test products before approving | 12  develop or test products before approving | | | | |
| 13  them."  Do you see that? | 13  them."  Do you see that? | | | | |
| 14     A.  Yes. | 14     A.  Yes. | | | | |
| 15     Q.  Do you disagree with the | 15     Q.  Do you disagree with the | | | | |
| 16  statement by the FDA itself that it does | 16  statement by the FDA itself that it does | | | | |
| 17  not develop or test products before | 17  not develop or test products before | | | | |
| 18  approving them? | 18  approving them? | | | | |
| 19     A.  I don't disagree with the | 19     A.  I don't disagree with the | | | | |
| 20  statement, but as I -- as I just | 20  statement, but as I -- as I just | | | | |
| 21  testified, I want to point out that -- | 21  testified, I want to point out that -- | | | | |
| 22  that I don't think your previous question | 22  that I don't think your previous question | | | | |
| 23  was as simple as you intended, because | 23  was as simple as you intended, because | | | | |
| 24  there is -- there is a collaboration, | 24  there is -- there is a collaboration, | | | | |
| 61 | 61 | | | | |
| 1  even with large pharma, a collaboration | 1  even with large pharma, a collaboration | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 2  of -- and an interaction between the FDA | 2  of -- and an interaction between the FDA | | | | |
| 3  and the company developing the drug. | 3  and the company developing the drug. | | | | |
| 4     Q.   Let me see if I can restate | 4     Q.   Let me see if I can restate | | | | |
| 5  the question. | 5  the question. | | | | |
| 6     A.   Okay. | 6     A.   Okay. | | | | |
| 7     Q.   All right?  Do you agree | 7     Q.   All right?  Do you agree | | | | |
| 8  with me, Doctor, that the FDA does not | 8  with me, Doctor, that the FDA does not | | | | |
| 9  develop or test products before approving | 9  develop or test products before approving | | | | |
| 10  them? | 10  them? | | | | |
| 11     A.   I see the statement that's | 11     A.   I see the statement that's | | | | |
| 12  down on this document that you're saying | 12  down on this document that you're saying | | | | |
| 13  is from the FDA.  I don't have any reason | 13  is from the FDA.  I don't have any reason | | | | |
| 14  to challenge that, although -- although | 14  to challenge that, although -- although | | | | |
| 15  I'm not sure if that's correct. | 15  I'm not sure if that's correct. | | | | |
| 16          But, you know -- you know, | 16          But, you know -- you know, | | | | |
| 17  does -- I mean, who does testing of food | 17  does -- I mean, who does testing of food | | | | |
| 18  products, for example, and underneath the | 18  products, for example, and underneath the | | | | |
| 19  FDA mandate, do they do any testing of | 19  FDA mandate, do they do any testing of | | | | |
| 20  products?  It says -- it says here they | 20  products?  It says -- it says here they | | | | |
| 21  don't, but I'm not sure -- you know, I | 21  don't, but I'm not sure -- you know, I | | | | |
| 22  just don't know the FDA regulations that | 22  just don't know the FDA regulations that | | | | |
| 23  well to be able to respond to that. | 23  well to be able to respond to that. | | | | |
| 24     Q.   First of all, just for | 24     Q.   First of all, just for | | | | |
| 62 | 62 | | | | |
| 1  clarification, I've shown now on the | 1  clarification, I've shown now on the | | | | |
| 2  screen at the bottom-left the web address | 2  screen at the bottom-left the web address | | | | |
| 3  from which this was printed. | 3  from which this was printed. | | | | |
| 4     A.   Uh-hum. | 4     A.   Uh-hum. | | | | |
| 5     Q.   And you feel free to go | 5     Q.   And you feel free to go | | | | |
| 6  there yourself during a break, if you | 6  there yourself during a break, if you | | | | |
| 7  would like to, but this is where -- the | 7  would like to, but this is where -- the | | | | |
| 8  location printed from the FDA website | 8  location printed from the FDA website | | | | |
| 9  itself, where the FDA is stating in this | 9  itself, where the FDA is stating in this | | | | |
| 10  document that the FDA does not develop or | 10  document that the FDA does not develop or | | | | |
| 11  test products before they approve them. | 11  test products before they approve them. | | | | |
| 12          And all I'm asking is | 12          And all I'm asking is | | | | |
| 13  whether you agree with the FDA's own | 13  whether you agree with the FDA's own | | | | |
| 14  statement. | 14  statement. | | | | |
| 15     A.   I don't have any reason to | 15     A.   I don't have any reason to | | | | |
| 16  disagree, but I don't have enough | 16  disagree, but I don't have enough | | | | |
| 17  knowledge I don't think to agree, because | 17  knowledge I don't think to agree, because | | | | |
| 18  I know, you know, having worked at the | 18  I know, you know, having worked at the | | | | |
| 19  NCI, that there's -- there's a lot of | 19  NCI, that there's -- there's a lot of | | | | |
| 20  collaboration going on and there's a lot | 20  collaboration going on and there's a lot | | | | |
| 21  of testing going on by the government. | 21  of testing going on by the government. | | | | |
| 22     Q.   Do you agree with me that | 22     Q.   Do you agree with me that | | | | |
| 23  the FDA did not develop or test Taxotere? | 23  the FDA did not develop or test Taxotere? | | | | |
| 24     A.   Taxotere to my knowledge -- | 24     A.   Taxotere to my knowledge -- | | | | |
| 63 | 63 | | | | |
| 1  and this really goes back way -- way | 1  and this really goes back way -- way | | | | |
| 2  before my time at the company, but | 2  before my time at the company, but | | | | |
| 3  Taxotere was primarily developed by | 3  Taxotere was primarily developed by | | | | |
| 4  Rhone-Poulenc Rorer. | 4  Rhone-Poulenc Rorer. | | | | |
| 5     Q.   You don't have any | 5     Q.   You don't have any | | | | |
| 6  information, Doctor, during the 20 years | 6  information, Doctor, during the 20 years | | | | |
| 7  that you worked in oncology at Sanofi of | 7  that you worked in oncology at Sanofi of | | | | |
| 8  the FDA being involved in developing or | 8  the FDA being involved in developing or | | | | |
| 9  testing Taxotere, do you? | 9  testing Taxotere, do you? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10       A.   I don't have any knowledge | 10       A.   I don't have any knowledge | | | | |
| 11  of that, no. | 11  of that, no. | | | | |
| 12       Q.   Do you agree with me -- we | 12       Q.   Do you agree with me -- we | | | | |
| 13  should just go back -- stay on this | 13  should just go back -- stay on this | | | | |
| 14  document for a minute, just ask the | 14  document for a minute, just ask the | | | | |
| 15  follow-up question here. | 15  follow-up question here. | | | | |
| 16          Do you agree that the FDA | 16          Do you agree that the FDA | | | | |
| 17  reviews the results of laboratory animal | 17  reviews the results of laboratory animal | | | | |
| 18  and human clinical testing done by | 18  and human clinical testing done by | | | | |
| 19  manufacturers? | 19  manufacturers? | | | | |
| 20       A.   Yes. | 20       A.   Yes. | | | | |
| 21       Q.   I think we may have covered | 21       Q.   I think we may have covered | | | | |
| 22  this next issue already, but I want to | 22  this next issue already, but I want to | | | | |
| 23  make sure. | 23  make sure. | | | | |
| 24          Do you agree that the FDA | 24          Do you agree that the FDA | | | | |
| 64 | 64 | | | | |
| 1  relies on drug companies to report | 1  relies on drug companies to report | | | | |
| 2  ongoing safety issues, including those | 2  ongoing safety issues, including those | | | | |
| 3  involving common identified side effects? | 3  involving common identified side effects? | | | | |
| 4       A.   Does the FDA rely upon drug | 4       A.   Does the FDA rely upon drug | | | | |
| 5  companies to report -- there's a body of | 5  companies to report -- there's a body of | | | | |
| 6  regulations that -- that the drug | 6  regulations that -- that the drug | | | | |
| 7  companies have to fulfill in terms of -- | 7  companies have to fulfill in terms of -- | | | | |
| 8  in terms of reporting, that's correct. | 8  in terms of reporting, that's correct. | | | | |
| 9       Q.   We may have covered this as | 9       Q.   We may have covered this as | | | | |
| 10  well, but let me just ask again:  When | 10  well, but let me just ask again:  When | | | | |
| 11  there's new evidence of a causal | 11  there's new evidence of a causal | | | | |
| 12  association between a drug or a new | 12  association between a drug or a new | | | | |
| 13  characteristic of a previously known side | 13  characteristic of a previously known side | | | | |
| 14  effect, that drug companies are required | 14  effect, that drug companies are required | | | | |
| 15  to update their labels with serious | 15  to update their labels with serious | | | | |
| 16  common side effects? | 16  common side effects? | | | | |
| 17       A.   If there is a -- | 17       A.   If there is a -- | | | | |
| 18       Q.   Do you want me to reask the | 18       Q.   Do you want me to reask the | | | | |
| 19  question? | 19  question? | | | | |
| 20       A.   Yeah -- | 20       A.   Yeah -- | | | | |
| 21       Q.   Maybe I'll reask the | 21       Q.   Maybe I'll reask the | | | | |
| 22  question -- | 22  question -- | | | | |
| 23       A.   Yeah, can you just put it up | 23       A.   Yeah, can you just put it up | | | | |
| 24  on the screen?  Maybe I'll just -- | 24  on the screen?  Maybe I'll just -- | | | | |
| 65 | 65 | | | | |
| 1          MR. KEENAN:  It's right | 1          MR. KEENAN:  It's right | | | | |
| 2  here. | 2  here. | | | | |
| 3          THE WITNESS:  Okay.  Let | 3          THE WITNESS:  Okay.  Let | | | | |
| 4  me... | 4  me... | | | | |
| 5          (Pause.) | 5          (Pause.) | | | | |
| 6          THE WITNESS:  Why is it | 6          THE WITNESS:  Why is it | | | | |
| 7  going up?  Why is it scrolling? | 7  going up?  Why is it scrolling? | | | | |
| 8          MR. KEENAN:  There we go. | 8          MR. KEENAN:  There we go. | | | | |
| 9          (Pause.) | 9          (Pause.) | | | | |
| 10          MR. BACHUS:  I think I | 10          MR. BACHUS:  I think I | | | | |
| 11  should reask the question.  I | 11  should reask the question.  I | | | | |
| 12  think there's a part of the | 12  think there's a part of the | | | | |
| 13  question that could be rephrased | 13  question that could be rephrased | | | | |
| 14  to make it more clear for you. | 14  to make it more clear for you. | | | | |
| 15          MR. KEENAN:  Let me just | 15          MR. KEENAN:  Let me just | | | | |
| 16  check, how do we -- it stopped | 16  check, how do we -- it stopped | | | | |
| 17  scrolling. | 17  scrolling. | | | | |
| 18          THE COURT REPORTER:  Hit up | 18          THE COURT REPORTER:  Hit up | | | | |

| PLAINTIFF'S DESIGNATIONS | | SANOFI'S DESIGNATIONS | | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | | Sanofi Affirmative Designations | | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | | Sanofi Counter-Designations | | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | | |
| 19 | top where it's blinking, where it | 19 | top where it's blinking, where it | | | | |
| 20 | says -- | 20 | says -- | | | | |
| 21 | MR. KEENAN:  Right there | 21 | MR. KEENAN:  Right there | | | | |
| 22 | (Indicating)? | 22 | (Indicating)? | | | | |
| 23 | THE WITNESS:  Yes. | 23 | THE WITNESS:  Yes. | | | | |
| 24 | MR. BACHUS:  Where it says | 24 | MR. BACHUS:  Where it says | | | | |
| | 66 | | 66 | | | | |
| 1 | realtime? | 1 | realtime? | | | | |
| 2 | THE COURT REPORTER: | 2 | THE COURT REPORTER: | | | | |
| 3 | Actually, use the cursor. | 3 | Actually, use the cursor. | | | | |
| 4 | MR. BACHUS:  Matt, just let | 4 | MR. BACHUS:  Matt, just let | | | | |
| 5 | me know when you're ready. | 5 | me know when you're ready. | | | | |
| 6 | MR. KEENAN:  Okay.  Yeah. | 6 | MR. KEENAN:  Okay.  Yeah. | | | | |
| 7 | BY MR. BACHUS: | 7 | BY MR. BACHUS: | | | | |
| 8 | Q.   Do you agree with me that | 8 | Q.   Do you agree with me that | | | | |
| 9 | when there's new evidence of a causal | 9 | when there's new evidence of a causal | | | | |
| 10 | association between a drug and a common | 10 | association between a drug and a common | | | | |
| 11 | side effect or a new characteristic is | 11 | side effect or a new characteristic is | | | | |
| 12 | identified of a previously known side | 12 | identified of a previously known side | | | | |
| 13 | effect and there's a causal association | 13 | effect and there's a causal association | | | | |
| 14 | between that side effect and the drug, | 14 | between that side effect and the drug, | | | | |
| 15 | that a drug company has an obligation to | 15 | that a drug company has an obligation to | | | | |
| 16 | update their labels about it? | 16 | update their labels about it? | | | | |
| 17 | (Pause.) | 17 | (Pause.) | | | | |
| 18 | THE WITNESS:  So -- so let | 18 | THE WITNESS:  So -- so let | | | | |
| 19 | me -- let me just go over a few | 19 | me -- let me just go over a few | | | | |
| 20 | things, Mr. Bachus, to make sure | 20 | things, Mr. Bachus, to make sure | | | | |
| 21 | it's what you're intending, | 21 | it's what you're intending, | | | | |
| 22 | because you're using terms that | 22 | because you're using terms that | | | | |
| 23 | have pharmacovigilance meaning, | 23 | have pharmacovigilance meaning, | | | | |
| 24 | may have different meanings to a | 24 | may have different meanings to a | | | | |
| | 67 | | 67 | | | | |
| 1 | lay person, but when I read it, I | 1 | lay person, but when I read it, I | | | | |
| 2 | see the pharmacovigilance.  I want | 2 | see the pharmacovigilance.  I want | | | | |
| 3 | to make sure it's exactly the | 3 | to make sure it's exactly the | | | | |
| 4 | question that you're intending to | 4 | question that you're intending to | | | | |
| 5 | ask. | 5 | ask. | | | | |
| 6 | So when you say causal | 6 | So when you say causal | | | | |
| 7 | association, in pharmacovigilance | 7 | association, in pharmacovigilance | | | | |
| 8 | speak, that means a possible | 8 | speak, that means a possible | | | | |
| 9 | relationship.  It doesn't mean | 9 | relationship.  It doesn't mean | | | | |
| 10 | that it's -- that it's causing the | 10 | that it's -- that it's causing the | | | | |
| 11 | effect, that it's clearly causing | 11 | effect, that it's clearly causing | | | | |
| 12 | the effect, but a causal | 12 | the effect, but a causal | | | | |
| 13 | association suggests a possible | 13 | association suggests a possible | | | | |
| 14 | relationship and that suggests | 14 | relationship and that suggests | | | | |
| 15 | that it's an adverse reaction | 15 | that it's an adverse reaction | | | | |
| 16 | instead of an adverse event.  So | 16 | instead of an adverse event.  So | | | | |
| 17 | that's the first thing I want to | 17 | that's the first thing I want to | | | | |
| 18 | clarify with you, if that's what | 18 | clarify with you, if that's what | | | | |
| 19 | you were intending. | 19 | you were intending. | | | | |
| 20 | And then the second thing | 20 | And then the second thing | | | | |
| 21 | you say, a common side effect. | 21 | you say, a common side effect. | | | | |
| 22 | Common is a term for frequency and | 22 | Common is a term for frequency and | | | | |
| 23 | it would mean between 1 and 10 | 23 | it would mean between 1 and 10 | | | | |
| 24 | percent frequency.  So let me -- | 24 | percent frequency.  So let me -- | | | | |
| | 68 | | 68 | | | | |
| 1 | let me just clarify, was that what | 1 | let me just clarify, was that what | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2    you were intending? | 2    you were intending? | | | | |
| 3        MR. BACHUS: Yes and yes. | 3        MR. BACHUS: Yes and yes. | | | | |
| 4        THE WITNESS: Okay. | 4        THE WITNESS: Okay. | | | | |
| 5  BY MR. BACHUS: | 5  BY MR. BACHUS: | | | | |
| 6    Q.  So you want me to repeat the | 6    Q.  So you want me to repeat the | | | | |
| 7  question? | 7  question? | | | | |
| 8    A.  No, I have the question. | 8    A.  No, I have the question. | | | | |
| 9    Q.  I need a clear record, | 9    Q.  I need a clear record, | | | | |
| 10  though.  I need a question and I need an | 10  though.  I need a question and I need an | | | | |
| 11  answer on the record. | 11  answer on the record. | | | | |
| 12    A.  Okay. | 12    A.  Okay. | | | | |
| 13    Q.  I don't need a question and | 13    Q.  I don't need a question and | | | | |
| 14  another question that I answer. | 14  another question that I answer. | | | | |
| 15    A.  Okay. | 15    A.  Okay. | | | | |
| 16    Q.  So it would be better if I | 16    Q.  So it would be better if I | | | | |
| 17  just repeat it. | 17  just repeat it. | | | | |
| 18    A.  Whatever is best for you, | 18    A.  Whatever is best for you, | | | | |
| 19  sure. | 19  sure. | | | | |
| 20    Q.  All right. | 20    Q.  All right. | | | | |
| 21        Do you agree with me that | 21        Do you agree with me that | | | | |
| 22  when there's new evidence of a causal | 22  when there's new evidence of a causal | | | | |
| 23  association between a drug and a common | 23  association between a drug and a common | | | | |
| 24  side effect or a new characteristic is | 24  side effect or a new characteristic is | | | | |
| 69 | 69 | | | | |
| 1  identified of a previously known side | 1  identified of a previously known side | | | | |
| 2  effect and there's a causal association | 2  effect and there's a causal association | | | | |
| 3  between that side effect and the drug, | 3  between that side effect and the drug, | | | | |
| 4  that a drug company has an obligation to | 4  that a drug company has an obligation to | | | | |
| 5  update their labels about it? | 5  update their labels about it? | | | | |
| 6    A.  Yeah, if -- if you -- if you | 6    A.  Yeah, if -- if you -- if you | | | | |
| 7  can demonstrate and it has to be -- it | 7  can demonstrate and it has to be -- it | | | | |
| 8  has to be proven, okay, so it's not just | 8  has to be proven, okay, so it's not just | | | | |
| 9  an observation, but it's coming to a | 9  an observation, but it's coming to a | | | | |
| 10  conclusion -- if you can demonstrate that | 10  conclusion -- if you can demonstrate that | | | | |
| 11  there is a new adverse reaction that is | 11  there is a new adverse reaction that is | | | | |
| 12  not in the label, then that label should | 12  not in the label, then that label should | | | | |
| 13  be updated. | 13  be updated. | | | | |
| 14        Now, in terms of the | 14        Now, in terms of the | | | | |
| 15  obligations, that's really a regulatory | 15  obligations, that's really a regulatory | | | | |
| 16  question that I'm -- that I'm unable to | 16  question that I'm -- that I'm unable to | | | | |
| 17  answer. | 17  answer. | | | | |
| 18    Q.  In addition to -- just to be | 18    Q.  In addition to -- just to be | | | | |
| 19  clear, in addition to a newly identified | 19  clear, in addition to a newly identified | | | | |
| 20  side effect, the same is true for a new | 20  side effect, the same is true for a new | | | | |
| 21  characteristic of a previously known side | 21  characteristic of a previously known side | | | | |
| 22  effect, as was included in the question. | 22  effect, as was included in the question. | | | | |
| 23  True? | 23  True? | | | | |
| 24    A.  If it's a new | 24    A.  If it's a new | | | | |
| 70 | 70 | | | | |
| 1  characteristic, again, you know, it would | 1  characteristic, again, you know, it would | | | | |
| 2  depend upon what the label is and what | 2  depend upon what the label is and what | | | | |
| 3  the new characteristic is.  It doesn't | 3  the new characteristic is.  It doesn't | | | | |
| 4  necessarily lead to a labeling update. | 4  necessarily lead to a labeling update. | | | | |
| 5        I mean, the question I think | 5        I mean, the question I think | | | | |
| 6  is a little too nonspecific for me to | 6  is a little too nonspecific for me to | | | | |
| 7  give you a specific answer at this time. | 7  give you a specific answer at this time. | | | | |
| 8    Q.  If a new characteristic of a | 8    Q.  If a new characteristic of a | | | | |
| 9  previously known common side effect is | 9  previously known common side effect is | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 10  identified that is unlisted in the label | 10  identified that is unlisted in the label | | | | |
| 11  at the time that this identification is | 11  at the time that this identification is | | | | |
| 12  made, then the drug company needs to | 12  made, then the drug company needs to | | | | |
| 13  update its label; correct? | 13  update its label; correct? | | | | |
| 14      A.  If you have -- if you have a | 14      A.  If you have -- if you have a | | | | |
| 15  new adverse reaction and -- then usually | 15  new adverse reaction and -- then usually | | | | |
| 16  the label would be -- would be updated. | 16  the label would be -- would be updated. | | | | |
| 17  Again, whether there's an obligation to | 17  Again, whether there's an obligation to | | | | |
| 18  is a question with regards to obligation | 18  is a question with regards to obligation | | | | |
| 19  per regulation and, with that respect, I | 19  per regulation and, with that respect, I | | | | |
| 20  would have to refer to the regulatory | 20  would have to refer to the regulatory | | | | |
| 21  experts to answer that question. | 21  experts to answer that question. | | | | |
| 22      Q.  Based on your knowledge, | 22      Q.  Based on your knowledge, | | | | |
| 23  skill, and experience, do you know what a | 23  skill, and experience, do you know what a | | | | |
| 24  CBE is? | 24  CBE is? | | | | |
| 71 | 71 | | | | |
| 1      A.  CBE? | 1      A.  CBE? | | | | |
| 2      Q.  Yes. | 2      Q.  Yes. | | | | |
| 3      A.  Nothing's coming to mind at | 3      A.  Nothing's coming to mind at | | | | |
| 4  the moment. | 4  the moment. | | | | |
| 5      Q.  All right. | 5      Q.  All right. | | | | |
| 6          Do you agree with me that | 6          Do you agree with me that | | | | |
| 7  drug companies develop drugs? | 7  drug companies develop drugs? | | | | |
| 8      A.  Yes. | 8      A.  Yes. | | | | |
| 9      Q.  Do you agree with me that | 9      Q.  Do you agree with me that | | | | |
| 10  drug companies test drugs that they | 10  drug companies test drugs that they | | | | |
| 11  develop? | 11  develop? | | | | |
| 12      A.  Yes. | 12      A.  Yes. | | | | |
| 13      Q.  Do you agree with me that | 13      Q.  Do you agree with me that | | | | |
| 14  drug companies write the drug's label to | 14  drug companies write the drug's label to | | | | |
| 15  provide risk information? | 15  provide risk information? | | | | |
| 16      A.  In collaboration with -- | 16      A.  In collaboration with -- | | | | |
| 17  with the regulatory agency and underneath | 17  with the regulatory agency and underneath | | | | |
| 18  the guidelines of the regulatory agency. | 18  the guidelines of the regulatory agency. | | | | |
| 19  So the label in Europe is different than | 19  So the label in Europe is different than | | | | |
| 20  the label in the United States, for | 20  the label in the United States, for | | | | |
| 21  example. | 21  example. | | | | |
| 22      Q.  Let me rephrase the question | 22      Q.  Let me rephrase the question | | | | |
| 23  and make it specific to the United | 23  and make it specific to the United | | | | |
| 24  States. | 24  States. | | | | |
| 72 | 72 | | | | |
| 1      A.  Okay. | 1      A.  Okay. | | | | |
| 2      Q.  So that there's not | 2      Q.  So that there's not | | | | |
| 3  confusion. | 3  confusion. | | | | |
| 4          That in the United States, | 4          That in the United States, | | | | |
| 5  drug companies are responsible for | 5  drug companies are responsible for | | | | |
| 6  writing the drug label to provide risk | 6  writing the drug label to provide risk | | | | |
| 7  information to doctors. | 7  information to doctors. | | | | |
| 8      A.  That's correct, but, again, | 8      A.  That's correct, but, again, | | | | |
| 9  I'm -- I'm -- my expertise is not in | 9  I'm -- I'm -- my expertise is not in | | | | |
| 10  labeling. | 10  labeling. | | | | |
| 11      Q.  Drug companies continually | 11      Q.  Drug companies continually | | | | |
| 12  monitor, study, and analyze safety issues | 12  monitor, study, and analyze safety issues | | | | |
| 13  with their drugs. | 13  with their drugs. | | | | |
| 14      A.  Drug companies -- | 14      A.  Drug companies -- | | | | |
| 15      Q.  Oh, let me repeat it.  Okay? | 15      Q.  Oh, let me repeat it.  Okay? | | | | |
| 16  Because I don't think that there was a do | 16  Because I don't think that there was a do | | | | |
| 17  you agree, for instance.  There's more | 17  you agree, for instance.  There's more | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18  statement than question. | 18  statement than question. | | | | |
| 19      A.  I would have -- I would have | 19      A.  I would have -- I would have | | | | |
| 20  answered. | 20  answered. | | | | |
| 21      Q.  Let me see if I can restate | 21      Q.  Let me see if I can restate | | | | |
| 22  it. | 22  it. | | | | |
| 23      A.  Okay. | 23      A.  Okay. | | | | |
| 24      Q.  As I read it, I don't think | 24      Q.  As I read it, I don't think | | | | |
| 73 | 73 | | | | |
| 1  I ended it with a question.  Okay? | 1  I ended it with a question.  Okay? | | | | |
| 2      A.  Okay. | 2      A.  Okay. | | | | |
| 3      Q.  Do you agree with me that | 3      Q.  Do you agree with me that | | | | |
| 4  drug companies continually monitor, | 4  drug companies continually monitor, | | | | |
| 5  study, and analyze safety issues with | 5  study, and analyze safety issues with | | | | |
| 6  their drugs? | 6  their drugs? | | | | |
| 7      A.  Yes.  I'm not sure how | 7      A.  Yes.  I'm not sure how | | | | |
| 8  you're defining study, but, yes, drug | 8  you're defining study, but, yes, drug | | | | |
| 9  companies are continually monitoring | 9  companies are continually monitoring | | | | |
| 10  safety information that they receive | 10  safety information that they receive | | | | |
| 11  about their drugs as part of routine | 11  about their drugs as part of routine | | | | |
| 12  pharmacovigilance practice.  And they | 12  pharmacovigilance practice.  And they | | | | |
| 13  analyze that information as part -- as -- | 13  analyze that information as part -- as -- | | | | |
| 14  as part of routine pharmacovigilance | 14  as part of routine pharmacovigilance | | | | |
| 15  practice. | 15  practice. | | | | |
| 16      Q.  Now I want to ask you just a | 16      Q.  Now I want to ask you just a | | | | |
| 17  few housekeeping questions about | 17  few housekeeping questions about | | | | |
| 18  Taxotere.  Okay? | 18  Taxotere.  Okay? | | | | |
| 19      A.  Okay. | 19      A.  Okay. | | | | |
| 20      Q.  So we talked more generally | 20      Q.  So we talked more generally | | | | |
| 21  before, but I'm going to ask you some | 21  before, but I'm going to ask you some | | | | |
| 22  questions related to Taxotere.  Okay? | 22  questions related to Taxotere.  Okay? | | | | |
| 23      A.  Okay. | 23      A.  Okay. | | | | |
| 24      Q.  Do you agree with me that | 24      Q.  Do you agree with me that | | | | |
| 74 | 74 | | | | |
| 1  there is no way to know which patients | 1  there is no way to know which patients | | | | |
| 2  who take Taxotere may suffer from | 2  who take Taxotere may suffer from | | | | |
| 3  permanent or irreversible hair loss? | 3  permanent or irreversible hair loss? | | | | |
| 4      A.  To the best of my knowledge, | 4      A.  To the best of my knowledge, | | | | |
| 5  there's -- there's been -- to the best -- | 5  there's -- there's been -- to the best -- | | | | |
| 6  to the best of my knowledge, in terms of | 6  to the best of my knowledge, in terms of | | | | |
| 7  recovery of -- of hair loss or alopecia, | 7  recovery of -- of hair loss or alopecia, | | | | |
| 8  I don't think there's been any -- any | 8  I don't think there's been any -- any | | | | |
| 9  clear way of predicting recovery. | 9  clear way of predicting recovery. | | | | |
| 10      Q.  I think I understand your | 10      Q.  I think I understand your | | | | |
| 11  answer.  I want to make sure -- | 11  answer.  I want to make sure -- | | | | |
| 12      A.  I can try again. | 12      A.  I can try again. | | | | |
| 13      Q.  -- I understand your answer. | 13      Q.  -- I understand your answer. | | | | |
| 14  And so, again, I think it's -- I think | 14  And so, again, I think it's -- I think | | | | |
| 15  we're on the same page and I think it's | 15  we're on the same page and I think it's | | | | |
| 16  an easy question to answer, frankly, but | 16  an easy question to answer, frankly, but | | | | |
| 17  I'll reask it.  Okay? | 17  I'll reask it.  Okay? | | | | |
| 18      Do you agree with me that | 18      Do you agree with me that | | | | |
| 19  there's no way to know which patients who | 19  there's no way to know which patients who | | | | |
| 20  take Taxotere may suffer from permanent | 20  take Taxotere may suffer from permanent | | | | |
| 21  or irreversible hair loss and which ones | 21  or irreversible hair loss and which ones | | | | |
| 22  will totally recover? | 22  will totally recover? | | | | |
| 23      A.  Without getting into | 23      A.  Without getting into | | | | |
| 24  definitions of what irreversible and | 24  definitions of what irreversible and | | | | |
| 75 | 75 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 1  permanent hair loss is, let me just say | 1  permanent hair loss is, let me just say | | | | |
| 2  recovery from alopecia.  Okay? | 2  recovery from alopecia.  Okay? | | | | |
| 3        To the best of my knowledge, | 3        To the best of my knowledge, | | | | |
| 4  at this time, there's been no clearly | 4  at this time, there's been no clearly | | | | |
| 5  demonstrated way of demonstrating -- | 5  demonstrated way of demonstrating -- | | | | |
| 6  demonstrating which patients may have | 6  demonstrating which patients may have | | | | |
| 7  prolonged recovery. | 7  prolonged recovery. | | | | |
| 8        And I'm -- I'm trying to be | 8        And I'm -- I'm trying to be | | | | |
| 9  careful when I say at this time, because | 9  careful when I say at this time, because | | | | |
| 10  I do think there's some research that may | 10  I do think there's some research that may | | | | |
| 11  be going on in the future looking at | 11  be going on in the future looking at | | | | |
| 12  things such as a genomic analysis or | 12  things such as a genomic analysis or | | | | |
| 13  genetic analysis to see if there might be | 13  genetic analysis to see if there might be | | | | |
| 14  some predictability. | 14  some predictability. | | | | |
| 15        But that's not -- that's not | 15        But that's not -- that's not | | | | |
| 16  available at this time to my knowledge | 16  available at this time to my knowledge | | | | |
| 17  and I don't believe anything of that sort | 17  and I don't believe anything of that sort | | | | |
| 18  was available during the time that I was | 18  was available during the time that I was | | | | |
| 19  -- that I was at Sanofi. | 19  -- that I was at Sanofi. | | | | |
| 20        Q.  Let me -- well, when you | 20        Q.  Let me -- well, when you | | | | |
| 21  were sitting as a corporate | 21  were sitting as a corporate | | | | |
| 22  representative, we had some discussion | 22  representative, we had some discussion | | | | |
| 23  about what irreversible or permanent | 23  about what irreversible or permanent | | | | |
| 24  might mean. | 24  might mean. | | | | |
| 76 | 76 | | | | |
| 1        A.  Uh-hum. | 1        A.  Uh-hum. | | | | |
| 2        Q.  You may recall that.  I just | 2        Q.  You may recall that.  I just | | | | |
| 3  want it to be clear, you understand what | 3  want it to be clear, you understand what | | | | |
| 4  the term "irreversible" means, don't you, | 4  the term "irreversible" means, don't you, | | | | |
| 5  Doctor? | 5  Doctor? | | | | |
| 6        A.  Well, I understand it from a | 6        A.  Well, I understand it from a | | | | |
| 7  medical perspective and from a lay | 7  medical perspective and from a lay | | | | |
| 8  perspective, and I don't think they're | 8  perspective, and I don't think they're | | | | |
| 9  particularly the same. | 9  particularly the same. | | | | |
| 10        Q.  Do you understand what the | 10        Q.  Do you understand what the | | | | |
| 11  word "permanent" means? | 11  word "permanent" means? | | | | |
| 12        A.  Again, from a -- from a -- I | 12        A.  Again, from a -- from a -- I | | | | |
| 13  understand what permanent means, a | 13  understand what permanent means, a | | | | |
| 14  commonly used word, from a lay | 14  commonly used word, from a lay | | | | |
| 15  perspective.  I think when you talk about | 15  perspective.  I think when you talk about | | | | |
| 16  it from a -- when you apply it into a | 16  it from a -- when you apply it into a | | | | |
| 17  medical context, that's more difficult to | 17  medical context, that's more difficult to | | | | |
| 18  define. | 18  define. | | | | |
| 19        We can get into that | 19        We can get into that | | | | |
| 20  discussion if you want to, but -- | 20  discussion if you want to, but -- | | | | |
| 21        Q.  Do you understand what | 21        Q.  Do you understand what | | | | |
| 22  reversibility means? | 22  reversibility means? | | | | |
| 23        A.  Again, from a -- from a lay | 23        A.  Again, from a -- from a lay | | | | |
| 24  perspective, it's a -- it's a common | 24  perspective, it's a -- it's a common | | | | |
| 77 | 77 | | | | |
| 1  word.  I certainly understand it.  As you | 1  word.  I certainly understand it.  As you | | | | |
| 2  apply it in a medical perspective, it | 2  apply it in a medical perspective, it | | | | |
| 3  creates a different context. | 3  creates a different context. | | | | |
| 4        Q.  What does reversibility mean | 4        Q.  What does reversibility mean | | | | |
| 5  in a medical context? | 5  in a medical context? | | | | |
| 6        A.  Okay.  So -- so -- | 6        A.  Okay.  So -- so -- | | | | |
| 7        Q.  Let me strike the question. | 7        Q.  Let me strike the question. | | | | |
| 8  I'll reask a different question. | 8  I'll reask a different question. | | | | |
| 9        A.  Okay. | 9        A.  Okay. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10    Q.  I'll withdraw the question. | 10    Q.  I'll withdraw the question. | | | | |
| 11         What is the difference | 11         What is the difference | | | | |
| 12  regarding the definition of reversibility | 12  regarding the definition of reversibility | | | | |
| 13  between what you believe the common | 13  between what you believe the common | | | | |
| 14  understanding is and what the medical | 14  understanding is and what the medical | | | | |
| 15  understanding is, if there is any | 15  understanding is, if there is any | | | | |
| 16  distinction? | 16  distinction? | | | | |
| 17    A.  Well, let me, you know, try | 17    A.  Well, let me, you know, try | | | | |
| 18  to clarify my answer then.  From a lay | 18  to clarify my answer then.  From a lay | | | | |
| 19  perspective, you know, something is | 19  perspective, you know, something is | | | | |
| 20  reversible or irreversible.  It's | 20  reversible or irreversible.  It's | | | | |
| 21  irreversible if it cannot -- if it cannot | 21  irreversible if it cannot -- if it cannot | | | | |
| 22  return.  Okay?  That -- from a -- from a | 22  return.  Okay?  That -- from a -- from a | | | | |
| 23  lay perspective. | 23  lay perspective. | | | | |
| 24         But from a medical | 24         But from a medical | | | | |
| 78 | 78 | | | | |
| 1  perspective, medical perspective, you | 1  perspective, medical perspective, you | | | | |
| 2  would say something is irreversible if | 2  would say something is irreversible if | | | | |
| 3  you knew that the medical conditions were | 3  you knew that the medical conditions were | | | | |
| 4  such that it would not permit it to | 4  such that it would not permit it to | | | | |
| 5  return.  In other words, you're | 5  return.  In other words, you're | | | | |
| 6  guaranteeing that it cannot -- that it | 6  guaranteeing that it cannot -- that it | | | | |
| 7  cannot recover. | 7  cannot recover. | | | | |
| 8         For example, you would have | 8         For example, you would have | | | | |
| 9  -- you would know that there are no other | 9  -- you would know that there are no other | | | | |
| 10  potential influences that could be | 10  potential influences that could be | | | | |
| 11  affecting the condition.  Those | 11  affecting the condition.  Those | | | | |
| 12  conditions would have to be removed.  You | 12  conditions would have to be removed.  You | | | | |
| 13  would have to have a sufficient amount of | 13  would have to have a sufficient amount of | | | | |
| 14  time.  You might need some biopsy | 14  time.  You might need some biopsy | | | | |
| 15  evidence.  For example, in alopecia, you | 15  evidence.  For example, in alopecia, you | | | | |
| 16  might see scarring of -- of the skin, | 16  might see scarring of -- of the skin, | | | | |
| 17  which suggests that it's going to be | 17  which suggests that it's going to be | | | | |
| 18  difficult to have recovery. | 18  difficult to have recovery. | | | | |
| 19         So there's a -- so there's a | 19         So there's a -- so there's a | | | | |
| 20  set of conditions medically that would | 20  set of conditions medically that would | | | | |
| 21  have to say, I don't see the likelihood | 21  have to say, I don't see the likelihood | | | | |
| 22  -- I don't see that recovery is possible | 22  -- I don't see that recovery is possible | | | | |
| 23  and we've gone a sufficient amount of | 23  and we've gone a sufficient amount of | | | | |
| 24  time to see recovery.  Okay? | 24  time to see recovery.  Okay? | | | | |
| 79 | 79 | | | | |
| 1         But from a lay perspective, | 1         But from a lay perspective, | | | | |
| 2  you don't need all those conditions.  All | 2  you don't need all those conditions.  All | | | | |
| 3  right?  You can just say, we're going to | 3  right?  You can just say, we're going to | | | | |
| 4  call it irreversible if we don't expect | 4  call it irreversible if we don't expect | | | | |
| 5  it to come back, not if we're proven. | 5  it to come back, not if we're proven. | | | | |
| 6         Now, that's very important | 6         Now, that's very important | | | | |
| 7  because if you're talking with a patient, | 7  because if you're talking with a patient, | | | | |
| 8  okay, and you tell a patient this is | 8  okay, and you tell a patient this is | | | | |
| 9  irreversible, you're doing them a | 9  irreversible, you're doing them a | | | | |
| 10  disservice if their hair comes back nine | 10  disservice if their hair comes back nine | | | | |
| 11  years later, as we've seen in -- in, you | 11  years later, as we've seen in -- in, you | | | | |
| 12  know, at least one case that I'm thinking | 12  know, at least one case that I'm thinking | | | | |
| 13  of. | 13  of. | | | | |
| 14    Q.  Frankly, I don't hear a | 14    Q.  Frankly, I don't hear a | | | | |
| 15  difference in the definition. | 15  difference in the definition. | | | | |
| 16  Irreversible to a lay person means it's | 16  Irreversible to a lay person means it's | | | | |
| 17  not coming back.  Irreversible medically | 17  not coming back.  Irreversible medically | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18  means it's not coming back.  True? | 18  means it's not coming back.  True? | | | | |
| 19      A.  That's true in both cases. | 19      A.  That's true in both cases. | | | | |
| 20      Q.  Okay. | 20      Q.  Okay. | | | | |
| 21      A.  Okay?  But what I'm saying, | 21      A.  Okay?  But what I'm saying, | | | | |
| 22  in -- in trying to define if something is | 22  in -- in trying to define if something is | | | | |
| 23  irreversible, there's a difference, | 23  irreversible, there's a difference, | | | | |
| 24  because how do you know if something's | 24  because how do you know if something's | | | | |
| 80 | 80 | | | | |
| 1  irreversible unless you can demonstrate | 1  irreversible unless you can demonstrate | | | | |
| 2  it's not coming back?  But how do you | 2  it's not coming back?  But how do you | | | | |
| 3  know if it's not going to come back over | 3  know if it's not going to come back over | | | | |
| 4  time?  See, that's -- that's -- that's | 4  time?  See, that's -- that's -- that's | | | | |
| 5  the distinction. | 5  the distinction. | | | | |
| 6          And what I'm saying is, if | 6          And what I'm saying is, if | | | | |
| 7  you're going to use that term medically, | 7  you're going to use that term medically, | | | | |
| 8  you would like to have a body of medical | 8  you would like to have a body of medical | | | | |
| 9  evidence to give you a high degree of | 9  evidence to give you a high degree of | | | | |
| 10  confidence that it's not going to come | 10  confidence that it's not going to come | | | | |
| 11  back over time, whether that time -- you | 11  back over time, whether that time -- you | | | | |
| 12  know, you may say, if it doesn't come | 12  know, you may say, if it doesn't come | | | | |
| 13  back in five years, I'm going to call it | 13  back in five years, I'm going to call it | | | | |
| 14  irreversible.  But then if it comes back | 14  irreversible.  But then if it comes back | | | | |
| 15  nine years, obviously, you're wrong.  It | 15  nine years, obviously, you're wrong.  It | | | | |
| 16  wasn't irreversible.  It reversed. | 16  wasn't irreversible.  It reversed. | | | | |
| 17      Q.  Dr. Palatinsky, I believe, | 17      Q.  Dr. Palatinsky, I believe, | | | | |
| 18  testified that with respect to alopecia, | 18  testified that with respect to alopecia, | | | | |
| 19  that it was reasonable to consider it to | 19  that it was reasonable to consider it to | | | | |
| 20  be irreversible or permanent if four | 20  be irreversible or permanent if four | | | | |
| 21  years in duration from onset of alopecia, | 21  years in duration from onset of alopecia, | | | | |
| 22  and there's no hair regrowth.  That's the | 22  and there's no hair regrowth.  That's the | | | | |
| 23  kind of thing that you're speaking about; | 23  kind of thing that you're speaking about; | | | | |
| 24  correct? | 24  correct? | | | | |
| 81 | 81 | | | | |
| 1      A.  Yes, if you're going to -- | 1      A.  Yes, if you're going to -- | | | | |
| 2  if -- if you take Dr. Palatinsky or Dr. | 2  if -- if you take Dr. Palatinsky or Dr. | | | | |
| 3  Hangai trying to do an analysis to look | 3  Hangai trying to do an analysis to look | | | | |
| 4  at the topic of, quote, irreversible | 4  at the topic of, quote, irreversible | | | | |
| 5  alopecia, and it's basically, the event's | 5  alopecia, and it's basically, the event's | | | | |
| 6  alopecia that doesn't recover over time | 6  alopecia that doesn't recover over time | | | | |
| 7  and isn't expected to recover, it's | 7  and isn't expected to recover, it's | | | | |
| 8  reasonable in the analysis to use a | 8  reasonable in the analysis to use a | | | | |
| 9  timeline definition. | 9  timeline definition. | | | | |
| 10          If you define in a certain | 10          If you define in a certain | | | | |
| 11  way an analysis, then you're basically | 11  way an analysis, then you're basically | | | | |
| 12  saying, this is the definition I'm using | 12  saying, this is the definition I'm using | | | | |
| 13  and this is what I find using that | 13  and this is what I find using that | | | | |
| 14  definition. | 14  definition. | | | | |
| 15          So it's -- it's okay to do | 15          So it's -- it's okay to do | | | | |
| 16  an analysis and use a set definition, but | 16  an analysis and use a set definition, but | | | | |
| 17  I think it's a very different | 17  I think it's a very different | | | | |
| 18  circumstance when you're -- when you're | 18  circumstance when you're -- when you're | | | | |
| 19  going to advise a patient as to whether | 19  going to advise a patient as to whether | | | | |
| 20  or not there's any chance of recovery. | 20  or not there's any chance of recovery. | | | | |
| 21          If you're going -- if you're | 21          If you're going -- if you're | | | | |
| 22  going to tell a patient there's no chance | 22  going to tell a patient there's no chance | | | | |
| 23  of recovery, you really need to have some | 23  of recovery, you really need to have some | | | | |
| 24  firm medical grounds, in my opinion, to | 24  firm medical grounds, in my opinion, to | | | | |
| 82 | 82 | | | | |
| 1  say that. | 1  say that. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2   Q.  When you use -- | 2   Q.  When you use -- | | | | |
| 3   A.  For example, biopsy, showing | 3   A.  For example, biopsy, showing | | | | |
| 4  scarring; for example, knowing that | 4  scarring; for example, knowing that | | | | |
| 5  they're not on any medications that might | 5  they're not on any medications that might | | | | |
| 6  be causing alopecia; that a sufficient | 6  be causing alopecia; that a sufficient | | | | |
| 7  amount of time has passed; that there's | 7  amount of time has passed; that there's | | | | |
| 8  no nutritional deficiencies; that there's | 8  no nutritional deficiencies; that there's | | | | |
| 9  no -- no stress involved.  These are the | 9  no -- no stress involved.  These are the | | | | |
| 10  kinds of factors that would need to be | 10  kinds of factors that would need to be | | | | |
| 11  assessed. | 11  assessed. | | | | |
| 12   Q.  What I'm hearing from you is | 12   Q.  What I'm hearing from you is | | | | |
| 13  that, medically, the term "irreversible" | 13  that, medically, the term "irreversible" | | | | |
| 14  is more sure than what a common person | 14  is more sure than what a common person | | | | |
| 15  might believe. | 15  might believe. | | | | |
| 16   A.  Actually, what I'm saying is | 16   A.  Actually, what I'm saying is | | | | |
| 17  that, in my mind, if you're going to -- | 17  that, in my mind, if you're going to -- | | | | |
| 18  if you're going to tell a person -- and | 18  if you're going to tell a person -- and | | | | |
| 19  we don't just need to talk about | 19  we don't just need to talk about | | | | |
| 20  alopecia, okay -- if you're going to tell | 20  alopecia, okay -- if you're going to tell | | | | |
| 21  a person this is going to happen to you | 21  a person this is going to happen to you | | | | |
| 22  and there's no way this is not going to | 22  and there's no way this is not going to | | | | |
| 23  happen to you, then you need pretty | 23  happen to you, then you need pretty | | | | |
| 24  strong grounds to say that. | 24  strong grounds to say that. | | | | |
| 83 | 83 | | | | |
| 1        Now, my medical experience | 1        Now, my medical experience | | | | |
| 2  is -- is, there is never certain -- | 2  is -- is, there is never certain -- | | | | |
| 3  there's seldom certainty in medicine. | 3  there's seldom certainty in medicine. | | | | |
| 4   Q.  Seldom, is that what you | 4   Q.  Seldom, is that what you | | | | |
| 5  said? | 5  said? | | | | |
| 6   A.  Seldom, seldom certainty in | 6   A.  Seldom, seldom certainty in | | | | |
| 7  medicine. | 7  medicine. | | | | |
| 8   Q.  Okay. | 8   Q.  Okay. | | | | |
| 9   A.  I mean, I've -- you know, | 9   A.  I mean, I've -- you know, | | | | |
| 10  I've seen patients who's had conditions | 10  I've seen patients who's had conditions | | | | |
| 11  where the prognosis was tremendously | 11  where the prognosis was tremendously | | | | |
| 12  dismal and I really didn't think they | 12  dismal and I really didn't think they | | | | |
| 13  were going to survive, temperatures | 13  were going to survive, temperatures | | | | |
| 14  highest that I've ever seen, for example, | 14  highest that I've ever seen, for example, | | | | |
| 15  and a week later they go home, you know? | 15  and a week later they go home, you know? | | | | |
| 16        So -- so you have to be very | 16        So -- so you have to be very | | | | |
| 17  -- very careful when you're talking black | 17  -- very careful when you're talking black | | | | |
| 18  and white in terms of medicine because -- | 18  and white in terms of medicine because -- | | | | |
| 19  because the body likes to humble us. | 19  because the body likes to humble us. | | | | |
| 20   Q.  So that there's consistency | 20   Q.  So that there's consistency | | | | |
| 21  amongst doctors in characterizing medical | 21  amongst doctors in characterizing medical | | | | |
| 22  issues, we use a more likely true than | 22  issues, we use a more likely true than | | | | |
| 23  not true medical certainty standard. | 23  not true medical certainty standard. | | | | |
| 24  Right? | 24  Right? | | | | |
| 84 | 84 | | | | |
| 1   A.  I think it's generally | 1   A.  I think it's generally | | | | |
| 2  unwise for physicians to use medical | 2  unwise for physicians to use medical | | | | |
| 3  certainty.  At least that's my opinion. | 3  certainty.  At least that's my opinion. | | | | |
| 4  You may -- you may have physicians that | 4  You may -- you may have physicians that | | | | |
| 5  -- that use certainty, but, you know, | 5  -- that use certainty, but, you know, | | | | |
| 6  I've been humbled enough in my own career | 6  I've been humbled enough in my own career | | | | |
| 7  to think that it's generally unwise, and | 7  to think that it's generally unwise, and | | | | |
| 8  it's particularly unwise in the field of | 8  it's particularly unwise in the field of | | | | |
| 9  oncology. | 9  oncology. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10    Q.   You agree with me there's no | 10    Q.   You agree with me there's no | | | Sustained. Calls for Speculation | |
| 11  way to know which patients who take | 11  way to know which patients who take | | | | |
| 12  Taxotere may suffer from prolonged hair | 12  Taxotere may suffer from prolonged hair | | | | |
| 13  loss. | 13  loss. | | | | |
| 14    A.   I think I'd go back to my | 14    A.   I think I'd go back to my | | | | |
| 15  previous testimony. | 15  previous testimony. | | | | |
| 16    Q.   Which is yes. | 16    Q.   Which is yes. | | | | |
| 17    A.   Which was that as of today, | 17    A.   Which was that as of today, | | | | |
| 18  to the best of my knowledge, you can't be | 18  to the best of my knowledge, you can't be | | | | |
| 19  -- you can't be certain about predicting | 19  -- you can't be certain about predicting | | | | |
| 20  who -- who will and who won't have | 20  who -- who will and who won't have | | | | |
| 21  prolonged hair loss. | 21  prolonged hair loss. | | | | |
| 22    Q.   Do you agree with me that | 22    Q.   Do you agree with me that | | | | |
| 23  there's -- well, and I'll reframe the | 23  there's -- well, and I'll reframe the | | | | |
| 24  question. | 24  question. | | | | |
|                          85 |                          85 | | | | |
| 1      As of the time that you | 1      As of the time that you | | | | |
| 2  retired from Sanofi in 2017, there's no | 2  retired from Sanofi in 2017, there's no | | | | |
| 3  way to know for those patients who do | 3  way to know for those patients who do | | | | |
| 4  suffer from prolonged hair loss from | 4  suffer from prolonged hair loss from | | | | |
| 5  Taxotere how severe that hair loss may | 5  Taxotere how severe that hair loss may | | | | |
| 6  be. | 6  be. | | | | |
| 7    A.   For those patients who do | 7    A.   For those patients who do | | | | |
| 8  suffer from prolonged hair loss, there's | 8  suffer from prolonged hair loss, there's | | | | |
| 9  no way of knowing how severe that hair | 9  no way of knowing how severe that hair | | | | |
| 10  loss may be? | 10  loss may be? | | | | |
| 11    Q.   Right.  That -- let me | 11    Q.   Right.  That -- let me | | | | |
| 12  rephrase. | 12  rephrase. | | | | |
| 13    A.   Yeah, I'm miss -- | 13    A.   Yeah, I'm miss -- | | | | |
| 14    Q.   I understand the confusion, | 14    Q.   I understand the confusion, | | | | |
| 15  I believe. | 15  I believe. | | | | |
| 16      In the first instance, we | 16      In the first instance, we | | | OUT | |
| 17  don't know which patients who take | 17  don't know which patients who take | | | | |
| 18  Taxotere are going to have prolonged hair | 18  Taxotere are going to have prolonged hair | | | | |
| 19  loss; and of those who end up with | 19  loss; and of those who end up with | | | | |
| 20  prolonged hair loss, we can't predict on | 20  prolonged hair loss, we can't predict on | | | | |
| 21  the front side how severe or what degree | 21  the front side how severe or what degree | | | | |
| 22  of hair loss is going to be prolonged. | 22  of hair loss is going to be prolonged. | | | | |
| 23  True? | 23  True? | | | | |
| 24    A.   With -- before it occurs, | 24    A.   With -- before it occurs, | | | | |
|                          86 |                          86 | | | | |
| 1  you mean. | 1  you mean. | | | | |
| 2    Q.   Yes. | 2    Q.   Yes. | | | | |
| 3    A.   Before the -- before -- | 3    A.   Before the -- before -- | | | | |
| 4  because once it occurs, it's a different | 4  because once it occurs, it's a different | | | | |
| 5  story. | 5  story. | | | | |
| 6    Q.   Sure. | 6    Q.   Sure. | | | | |
| 7    A.   Right?  So for an individual | 7    A.   Right?  So for an individual | | | OUT | |
| 8  patient, now -- now having gone through | 8  patient, now -- now having gone through | | | | |
| 9  the 30(b)(6) depositions and my time in | 9  the 30(b)(6) depositions and my time in | | | | |
| 10  Sanofi and, you know, obviously looking | 10  Sanofi and, you know, obviously looking | | | | |
| 11  at many cases, one can see patterns.  We | 11  at many cases, one can see patterns.  We | | | | |
| 12  can -- we can see that more of the cases | 12  can -- we can see that more of the cases | | | | |
| 13  of hair loss occur in patients, you know, | 13  of hair loss occur in patients, you know, | | | | |
| 14  who are clearly receiving combinational | 14  who are clearly receiving combinational | | | | |
| 15  agents than -- than single agents. | 15  agents than -- than single agents. | | | | |
| 16  There's more hair loss in patients who | 16  There's more hair loss in patients who | | | | |
| 17  are on antihormonal agents.  You know, so | 17  are on antihormonal agents.  You know, so | | | | |
| 18  there are -- you know, there are -- there | 18  there are -- you know, there are -- there | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19  may be some patterns that are emerging. | 19  may be some patterns that are emerging. | | | | |
| 20          But I think on an individual | 20          But I think on an individual | | | | |
| 21  basis, you can't see a patient and | 21  basis, you can't see a patient and | | | | |
| 22  predict you're going to have a very slow | 22  predict you're going to have a very slow | | | | |
| 23  recovery or not, because there are -- | 23  recovery or not, because there are -- | | | | |
| 24  there are too many factors involved, | 24  there are too many factors involved, | | | | |
| 87 | 87 | | | | |
| 1  number one; and number two, to the best | 1  number one; and number two, to the best | | | | |
| 2  of my knowledge, it's still unclear and | 2  of my knowledge, it's still unclear and | | | | |
| 3  unknown as actually what causes the hair | 3  unknown as actually what causes the hair | | | | |
| 4  loss. So, you know, it's hard to | 4  loss. So, you know, it's hard to | | | | |
| 5  predict. | 5  predict. | | | | |
| 6       Q.  I think by your answer that | 6       Q.  I think by your answer that | | | | |
| 7  maybe you misunderstood my question and | 7  maybe you misunderstood my question and | | | | |
| 8  I'll -- | 8  I'll -- | | | | |
| 9       A.  I'm sorry. | 9       A.  I'm sorry. | | | | |
| 10      Q.  -- I'll try to restate. | 10      Q.  -- I'll try to restate. | | | | |
| 11          When we -- if I use the -- | 11          When we -- if I use the -- | | | | |
| 12  the term "degree of hair loss," do you | 12  the term "degree of hair loss," do you | | | | |
| 13  understand that -- is that language we | 13  understand that -- is that language we | | | | |
| 14  can agree on in terms of that -- I'm not | 14  can agree on in terms of that -- I'm not | | | | |
| 15  talking about frequency and instead I'm | 15  talking about frequency and instead I'm | | | | |
| 16  talking about the degree or impact? | 16  talking about the degree or impact? | | | | |
| 17      A.  Okay. So I do think we have | 17      A.  Okay. So I do think we have | | | | |
| 18  an area that may be confusing and -- and | 18  an area that may be confusing and -- and | | | | |
| 19  thanks for the opportunity to clarify it | 19  thanks for the opportunity to clarify it | | | | |
| 20  and to clarify -- | 20  and to clarify -- | | | | |
| 21      Q.  I just -- just answer that | 21      Q.  I just -- just answer that | | | | |
| 22  piece. Then I can reask the question. | 22  piece. Then I can reask the question. | | | | |
| 23      A.  Yeah, I will. So there's a | 23          A.  Yeah, I will. So there's a | | | | |
| 24  difference between severity, which is | 24  difference between severity, which is | | | | |
| 88 | 88 | | | | |
| 1  degree, okay, and it can be judged by | 1  degree, okay, and it can be judged by | | | | |
| 2  grade -- there's a difference between | 2  grade -- there's a difference between | | | | |
| 3  severity and outcome. Whether -- let's | 3  severity and outcome. Whether -- let's | | | | |
| 4  take irreversible hair loss. Okay? Or | 4  take irreversible hair loss. Okay? Or | | | | |
| 5  severe persistent hair loss don't work | 5  severe persistent hair loss don't work | | | | |
| 6  together. Okay? | 6  together. Okay? | | | | |
| 7          Now, that's contrary to | 7          Now, that's contrary to | | | | |
| 8  perhaps the lay perspective. When you -- | 8  perhaps the lay perspective. When you -- | | | | |
| 9  when you -- when you say hair loss hasn't | 9  when you -- when you say hair loss hasn't | | | | |
| 10  recovered in a long time, you might | 10  recovered in a long time, you might | | | | |
| 11  think, well, that's severe, but it's -- | 11  think, well, that's severe, but it's -- | | | | |
| 12  pharmacovigilantly speaking, it's not. | 12  pharmacovigilantly speaking, it's not. | | | | |
| 13  It's very different. | 13  It's very different. | | | | |
| 14          So severity is based on | 14          So severity is based on | | | | |
| 15  grade, and outcome is a different | 15  grade, and outcome is a different | | | | |
| 16  category from severity. So when you say | 16  category from severity. So when you say | | | | |
| 17  degree, I -- I hear maybe severity, but | 17  degree, I -- I hear maybe severity, but | | | | |
| 18  maybe that's not what you're meaning? | 18  maybe that's not what you're meaning? | | | | |
| 19      Q.  Let me reask the question. | 19      Q.  Let me reask the question. | | | | |
| 20      A.  Okay. | 20      A.  Okay. | | | | |
| 21      Q.  Do you agree that there's no | 21      Q.  Do you agree that there's no | | | | |
| 22  way to know, in advance of taking | 22  way to know, in advance of taking | | | | |
| 23  Taxotere, for those patients who do | 23  Taxotere, for those patients who do | | | | |
| 24  suffer prolonged alopecia what the | 24  suffer prolonged alopecia what the | | | | |
| 89 | 89 | | | | |
| 1  severity or grade of that hair loss may | 1  severity or grade of that hair loss may | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2  be? | 2  be? | | | | |
| 3      A.   For an individual patient, | 3      A.   For an individual patient, | | | | |
| 4  no; however, if you have a regimen that | 4  no; however, if you have a regimen that | | | | |
| 5  you're using in terms of grade, you can | 5  you're using in terms of grade, you can | | | | |
| 6  -- you can look at that regimen, look at | 6  -- you can look at that regimen, look at | | | | |
| 7  the frequency and say, out of a large | 7  the frequency and say, out of a large | | | | |
| 8  population of patients on the same | 8  population of patients on the same | | | | |
| 9  regimen, you know, a certain percent have | 9  regimen, you know, a certain percent have | | | | |
| 10  mild hair loss, a certain percent have | 10  mild hair loss, a certain percent have | | | | |
| 11  very severe hair loss.  You can -- you | 11  very severe hair loss.  You can -- you | | | | |
| 12  know, you can look at the data over a | 12  know, you can look at the data over a | | | | |
| 13  large number of patients. | 13  large number of patients. | | | | |
| 14          But for an individual | 14          But for an individual | | | | |
| 15  patient, you don't know if that patient's | 15  patient, you don't know if that patient's | | | | |
| 16  going to end up in the grade I/II -- or | 16  going to end up in the grade I/II -- or | | | | |
| 17  in the grade 1 camp or the grade II camp, | 17  in the grade 1 camp or the grade II camp, | | | | |
| 18  okay. | 18  okay. | | | | |
| 19          So I think for an individual | 19          So I think for an individual | | | | |
| 20  patient, with perhaps -- perhaps an | 20  patient, with perhaps -- perhaps an | | | | |
| 21  exception of if someone has seen those | 21  exception of if someone has seen those | | | | |
| 22  agents before and suffered severe hair | 22  agents before and suffered severe hair | | | | |
| 23  loss with the regimen before, that might | 23  loss with the regimen before, that might | | | | |
| 24  be more predictive of -- of a likelihood | 24  be more predictive of -- of a likelihood | | | | |
| 90 | 90 | | | | |
| 1  to have severe hair loss and -- and if -- | 1  to have severe hair loss and -- and if -- | | | | |
| 2  you know, so -- so there may be some | 2  you know, so -- so there may be some | | | | |
| 3  factors that might make something more | 3  factors that might make something more | | | | |
| 4  likely. | 4  likely. | | | | |
| 5          But, still, for an | 5          But, still, for an | | | | |
| 6  individual patient, I don't think you can | 6  individual patient, I don't think you can | | | | |
| 7  predict. | 7  predict. | | | | |
| 8      Q.   So you were talking about | 8      Q.   So you were talking about | | | | |
| 9  hair loss.  Let's talk for a moment about | 9  hair loss.  Let's talk for a moment about | | | | |
| 10  hair regrowth. | 10  hair regrowth. | | | | |
| 11      A.   Okay. | 11      A.   Okay. | | | | |
| 12      Q.   All right?  You agree with | 12      Q.   All right?  You agree with | | | | |
| 13  me that, in advance, by the time that you | 13  me that, in advance, by the time that you | | | | |
| 14  left Sanofi, there was no way to predict | 14  left Sanofi, there was no way to predict | | | | |
| 15  of those women who took Taxotere who | 15  of those women who took Taxotere who | | | | |
| 16  suffered from prolonged alopecia what | 16  suffered from prolonged alopecia what | | | | |
| 17  amount of hair regrowth they might expect | 17  amount of hair regrowth they might expect | | | | |
| 18  in what timeframe. | 18  in what timeframe. | | | | |
| 19      A.   So you're asking if a | 19      A.   So you're asking if a | | | | |
| 20  patient that already is exhibiting | 20  patient that already is exhibiting | | | | |
| 21  prolonged alopecia or delayed recovery -- | 21  prolonged alopecia or delayed recovery -- | | | | |
| 22  you're saying once they have it, can we | 22  you're saying once they have it, can we | | | | |
| 23  predict will it come back? | 23  predict will it come back? | | | | |
| 24      Q.   No.  I'm saying when they | 24      Q.   No.  I'm saying when they | | | | |
| 91 | 91 | | | | |
| 1  walk in -- | 1  walk in -- | | | | |
| 2      A.   When they walk in -- | 2      A.   When they walk in -- | | | | |
| 3      Q.   When they walk in the door | 3      Q.   When they walk in the door | | | | |
| 4  before they've ever had any medication -- | 4  before they've ever had any medication -- | | | | |
| 5      A.   Okay, okay. | 5      A.   Okay, okay. | | | | |
| 6      Q.   -- any Taxotere, by the time | 6      Q.   -- any Taxotere, by the time | | | | |
| 7  that you left Sanofi, there was no way to | 7  that you left Sanofi, there was no way to | | | | |
| 8  predict of those women who were going to | 8  predict of those women who were going to | | | | |
| 9  have prolonged alopecia what the -- what | 9  have prolonged alopecia what the -- what | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  the regrowth of that hair is going to -- | 10  the regrowth of that hair is going to -- | | | | |
| 11  to look like, whether it's going to be | 11  to look like, whether it's going to be | | | | |
| 12  very little regrowth, significant | 12  very little regrowth, significant | | | | |
| 13  regrowth, that that is -- that can't be | 13  regrowth, that that is -- that can't be | | | | |
| 14  -- that cannot be predicted on the front | 14  -- that cannot be predicted on the front | | | | |
| 15  side. | 15  side. | | | | |
| 16       A.   Well, I think, as I said in | 16       A.   Well, I think, as I said in | | | | |
| 17  response to the question of predicting | 17  response to the question of predicting | | | | |
| 18  the severity of alopecia, you know, you | 18  the severity of alopecia, you know, you | | | | |
| 19  can -- you can look at probabilities | 19  can -- you can look at probabilities | | | | |
| 20  based upon large studies, but when it | 20  based upon large studies, but when it | | | | |
| 21  comes to the individual patient, an | 21  comes to the individual patient, an | | | | |
| 22  individual woman, I think it's very hard | 22  individual woman, I think it's very hard | | | | |
| 23  to make predictions, as far as -- as far | 23  to make predictions, as far as -- as far | | | | |
| 24  as I know. | 24  as I know. | | | | |
| 92 | 92 | | | | |
| 1       Q.   You would agree with me that | 1       Q.   You would agree with me that | | | OUT | |
| 2  every woman who takes Taxotere is at risk | 2  every woman who takes Taxotere is at risk | | | | |
| 3  of suffering from some degree of | 3  of suffering from some degree of | | | | |
| 4  prolonged hair loss. | 4  prolonged hair loss. | | | | |
| 5       A.   There is a risk with | 5       A.   There is a risk with | | | | |
| 6  chemotherapeutic drugs, including | 6  chemotherapeutic drugs, including | | | | |
| 7  Taxotere -- with many -- let me rephrase | 7  Taxotere -- with many -- let me rephrase | | | | |
| 8  that. | 8  that. | | | | |
| 9       Many chemotherapeutic drugs, | 9       Many chemotherapeutic drugs, | | | OUT | |
| 10  including Taxotere, have a risk of | 10  including Taxotere, have a risk of | | | | |
| 11  alopecia, and the recovery from alopecia | 11  alopecia, and the recovery from alopecia | | | | |
| 12  can be variable. | 12  can be variable. | | | | |
| 13       So you have -- you always | 13       So you have -- you always | | | | |
| 14  have a diminishing risk of -- as you go | 14  have a diminishing risk of -- as you go | | | | |
| 15  out in the timeframe from recovery.  In | 15  out in the timeframe from recovery.  In | | | | |
| 16  other words, you have most patients | 16  other words, you have most patients | | | | |
| 17  recover from this time period, some | 17  recover from this time period, some | | | | |
| 18  recover further out, and fewer further | 18  recover further out, and fewer further | | | | |
| 19  out.  You're going to have that -- that | 19  out.  You're going to have that -- that | | | | |
| 20  drop-off curve. | 20  drop-off curve. | | | | |
| 21       So, you know, as I said, I | 21       So, you know, as I said, I | | | | |
| 22  don't think you can predict who's -- can | 22  don't think you can predict who's -- can | | | | |
| 23  easily predict for an individual patient, | 23  easily predict for an individual patient, | | | | |
| 24  except for some of the, you know, | 24  except for some of the, you know, | | | | |
| 93 | 93 | | | | |
| 1  conditions that I had mentioned. | 1  conditions that I had mentioned. | | | | |
| 2       MR. BACHUS:  Let me move to | 2       MR. BACHUS:  Let me move to | | | | |
| 3  strike as nonresponsive as it | 3  strike as nonresponsive as it | | | | |
| 4  relates to things other than | 4  relates to things other than | | | | |
| 5  Taxotere, and I'm going to reask | 5  Taxotere, and I'm going to reask | | | | |
| 6  the question. | 6  the question. | | | | |
| 7  BY MR. BACHUS: | 7  BY MR. BACHUS: | | | | |
| 8       Q.   And to be clear, I'm asking | 8       Q.   And to be clear, I'm asking | | | | |
| 9  you about -- | 9  you about -- | | | | |
| 10       A.   Let me understand what -- | 10       A.   Let me understand what -- | | | | |
| 11       Q.   Yeah, I'm asking you about | 11       Q.   Yeah, I'm asking you about | | | | |
| 12  Taxotere. | 12  Taxotere. | | | | |
| 13       A.   Okay. | 13       A.   Okay. | | | | |
| 14       Q.   I'm not asking you about any | 14       Q.   I'm not asking you about any | | | | |
| 15  other drug in the world other than | 15  other drug in the world other than | | | | |
| 16  Taxotere.  Okay?  And I'm going to reask | 16  Taxotere.  Okay?  And I'm going to reask | | | | |
| 17  my question and let's see if I can get an | 17  my question and let's see if I can get an | | | | |
| 18  answer that is responsive to a question | 18  answer that is responsive to a question | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19  that is about Taxotere. Okay? | 19  that is about Taxotere. Okay? | | | | |
| 20    A.  Okay. | 20    A.  Okay. | | | | |
| 21    Q.  Do you agree with me that | 21    Q.  Do you agree with me that | | | Overruled | |
| 22  every woman who takes Taxotere is at risk | 22  every woman who takes Taxotere is at risk | | | | |
| 23  of suffering from some degree of | 23  of suffering from some degree of | | | | |
| 24  irreversible hair loss? | 24  irreversible hair loss? | | | | |
| 94 | 94 | | | | |
| 1    MR. KEENAN:  Objection; | 1    MR. KEENAN:  Objection; | | | | |
| 2  form. | 2  form. | | | | |
| 3    (Pause.) | 3    (Pause.) | | | | |
| 4    THE WITNESS:  I would agree | 4    THE WITNESS:  I would agree | | | | |
| 5  that every woman who takes | 5  that every woman who takes | | | | |
| 6  Taxotere who is at risk of hair | 6  Taxotere who is at risk of hair | | | | |
| 7  loss can have variability in the | 7  loss can have variability in the | | | | |
| 8  recovery of their hair loss. | 8  recovery of their hair loss. | | | | |
| 9  BY MR. BACHUS: | 9  BY MR. BACHUS: | | | | |
| 10    Q.  Including some risk that | 10    Q.  Including some risk that | | | | |
| 11  it's irreversible. | 11  it's irreversible. | | | | |
| 12    A.  Again, I had mentioned, you | 12    A.  Again, I had mentioned, you | | | | |
| 13  know, as an oncologist, I don't like to | 13  know, as an oncologist, I don't like to | | | | |
| 14  say absolute, so to say absolutely | 14  say absolute, so to say absolutely | | | | |
| 15  there's no risk or absolutely there is a | 15  there's no risk or absolutely there is a | | | | |
| 16  risk, you know, I -- I think is not the | 16  risk, you know, I -- I think is not the | | | | |
| 17  way the question should be handled. | 17  way the question should be handled. | | | | |
| 18    Q.  Do you agree that all | 18    Q.  Do you agree that all | | | | |
| 19  doctors prescribing Taxotere need to be | 19  doctors prescribing Taxotere need to be | | | | |
| 20  warned about the risk of prolonged, | 20  warned about the risk of prolonged, | | | | |
| 21  permanent, or irreversible hair loss so | 21  permanent, or irreversible hair loss so | | | | |
| 22  that everyone at risk can make an | 22  that everyone at risk can make an | | | | |
| 23  informed decision about whether they want | 23  informed decision about whether they want | | | | |
| 24  to take Taxotere? | 24  to take Taxotere? | | | | |
| 95 | 95 | | | | |
| 1    MR. KEENAN:  Objection; | 1    MR. KEENAN:  Objection; | | | | |
| 2  form. | 2  form. | | | | |
| 3    THE WITNESS:  I think all | 3    THE WITNESS:  I think all | | | | |
| 4  doctors prescribing Taxotere | 4  doctors prescribing Taxotere | | | | |
| 5  should be aware that alopecia may | 5  should be aware that alopecia may | | | | |
| 6  occur with Taxotere, and I -- I | 6  occur with Taxotere, and I -- I | | | | |
| 7  think a practicing physician | 7  think a practicing physician | | | | |
| 8  should know that inherent in | 8  should know that inherent in | | | | |
| 9  alopecia is -- is variable | 9  alopecia is -- is variable | | | | |
| 10  recovery. | 10  recovery. | | | | |
| 11    And, further, through their | 11    And, further, through their | | | | |
| 12  very practice with their own | 12  very practice with their own | | | | |
| 13  patients, if they have ever | 13  patients, if they have ever | | | | |
| 14  prescribed Taxotere before, they | 14  prescribed Taxotere before, they | | | | |
| 15  should have a fairly good sense of | 15  should have a fairly good sense of | | | | |
| 16  what those recovery patterns are | 16  what those recovery patterns are | | | | |
| 17  over the number of the patients | 17  over the number of the patients | | | | |
| 18  that they've seen. | 18  that they've seen. | | | | |
| 19  BY MR. BACHUS: | 19  BY MR. BACHUS: | | | | |
| 20    Q.  So you agree with me that | 20    Q.  So you agree with me that | | | | |
| 21  all doctors prescribing Taxotere need to | 21  all doctors prescribing Taxotere need to | | | | |
| 22  be warned about the risk of prolonged or | 22  be warned about the risk of prolonged or | | | | |
| 23  irreversible or permanent alopecia being | 23  irreversible or permanent alopecia being | | | | |
| 24  causally associated with the use of | 24  causally associated with the use of | | | | |
| 96 | 96 | | | | |
| 1  Taxotere. | 1  Taxotere. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2      MR. KEENAN:  Objection; | 2      MR. KEENAN:  Objection; | | | | |
| 3    form. | 3    form. | | | | |
| 4      THE WITNESS:  Well, no, I | 4      THE WITNESS:  Well, no, I | | | | |
| 5    don't agree with that statement, | 5    don't agree with that statement, | | | | |
| 6    because, first off, we would need | 6    because, first off, we would need | | | | |
| 7    to clarify your term "causally | 7    to clarify your term "causally | | | | |
| 8    associated with the use" and, you | 8    associated with the use" and, you | | | | |
| 9    know, so -- so I wouldn't agree | 9    know, so -- so I wouldn't agree | | | | |
| 10    with the implication that -- that | 10    with the implication that -- that | | | | |
| 11    there's -- that Taxotere causes | 11    there's -- that Taxotere causes | | | | |
| 12    irreversible alopecia. | 12    irreversible alopecia. | | | | |
| 13      And I -- and, further, I | 13      And I -- and, further, I | | | | |
| 14    think that doctors prescribing | 14    think that doctors prescribing | | | | |
| 15    Taxotere should be familiar with | 15    Taxotere should be familiar with | | | | |
| 16    the safety pattern of Taxotere if | 16    the safety pattern of Taxotere if | | | | |
| 17    they're going to prescribe it, | 17    they're going to prescribe it, | | | | |
| 18    including the fact that Taxotere | 18    including the fact that Taxotere | | | | |
| 19    causes alopecia. | 19    causes alopecia. | | | | |
| 20  BY MR. BACHUS: | 20  BY MR. BACHUS: | | | | |
| 21      Q.  From a medical safety | 21      Q.  From a medical safety | | | | |
| 22  pharmacovigilance perspective, when I use | 22  pharmacovigilance perspective, when I use | | | | |
| 23  the word causally associated with, what | 23  the word causally associated with, what | | | | |
| 24  does that mean to you? | 24  does that mean to you? | | | | |
| 97 | 97 | | | | |
| 1      A.  From a pharmacovigilance | 1      A.  From a pharmacovigilance | | | | |
| 2  perspective, it would mean a possibility | 2  perspective, it would mean a possibility | | | | |
| 3  of a relationship.  From a regulatory | 3  of a relationship.  From a regulatory | | | | |
| 4  perspective, that possibility of a | 4  perspective, that possibility of a | | | | |
| 5  relationship would indicate a potential | 5  relationship would indicate a potential | | | | |
| 6  adverse reaction as opposed to an adverse | 6  adverse reaction as opposed to an adverse | | | | |
| 7  event. | 7  event. | | | | |
| 8      Let me just clarify this -- | 8      Let me just clarify this -- | | | | |
| 9      Q.  I just -- | 9      Q.  I just -- | | | | |
| 10      A.  That's fine. | 10      A.  That's fine. | | | | |
| 11      Q.  -- asked you what you meant | 11      Q.  -- asked you what you meant | | | | |
| 12  by causally associated. | 12  by causally associated. | | | | |
| 13      A.  That's fine. | 13      A.  That's fine. | | | | |
| 14      Q.  That's the definition I want | 14      Q.  That's the definition I want | | | | |
| 15  to -- your definition -- | 15  to -- your definition -- | | | | |
| 16      A.  Okay. | 16      A.  Okay. | | | | |
| 17      Q.  -- is what I want applied to | 17      Q.  -- is what I want applied to | | | | |
| 18  the question -- | 18  the question -- | | | | |
| 19      A.  Okay. | 19      A.  Okay. | | | | |
| 20      Q.  -- when I reask my question. | 20      Q.  -- when I reask my question. | | | | |
| 21      A.  Okay. | 21      A.  Okay. | | | | |
| 22      Q.  Okay? | 22      Q.  Okay? | | | | |
| 23      Do you agree with me that | 23      Do you agree with me that | | | | |
| 24  all doctors who prescribe Taxotere need | 24  all doctors who prescribe Taxotere need | | | | |
| 98 | 98 | | | | |
| 1  to be warned about the risk of Taxotere | 1  to be warned about the risk of Taxotere | | | | |
| 2  being causally associated with prolonged | 2  being causally associated with prolonged | | | | |
| 3  alopecia? | 3  alopecia? | | | | |
| 4      A.  I think doctors -- as I -- | 4      A.  I think doctors -- as I -- | | | | |
| 5  as I previously -- doctors need to know | 5  as I previously -- doctors need to know | | | | |
| 6  the safety profile of Taxotere.  That | 6  the safety profile of Taxotere.  That | | | | |
| 7  includes alopecia. | 7  includes alopecia. | | | | |
| 8      Doctors should understand | 8      Doctors should understand | | | | |
| 9  that alopecia, the term "alopecia," | 9  that alopecia, the term "alopecia," | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9, 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  carries within the term the persistent | 10  carries within the term the persistent | | | | |
| 11  and permanent alopecia as part of the | 11  and permanent alopecia as part of the | | | | |
| 12  spectrum of recovering from alopecia. | 12  spectrum of recovering from alopecia. | | | | |
| 13        Now, as you know, the FDA in | 13        Now, as you know, the FDA in | | | | |
| 14  2015, I believe, improved the labeling to | 14  2015, I believe, improved the labeling to | | | | |
| 15  be more explicit in terms of the | 15  be more explicit in terms of the | | | | |
| 16  observation of permanent alopecia, and I | 16  observation of permanent alopecia, and I | | | | |
| 17  do not disagree with that improvement in | 17  do not disagree with that improvement in | | | | |
| 18  the labeling. | 18  the labeling. | | | | |
| 19        Q.  I think you misunderstood my | 19        Q.  I think you misunderstood my | | | | |
| 20  question and I'm going to attempt to | 20  question and I'm going to attempt to | | | | |
| 21  reask in a manner that might make it more | 21  reask in a manner that might make it more | | | | |
| 22  understandable, but I want to preface, I | 22  understandable, but I want to preface, I | | | | |
| 23  think -- what I was hearing from you is | 23  think -- what I was hearing from you is | | | | |
| 24  some discussion about how a doctor should | 24  some discussion about how a doctor should | | | | |
|                                         99 |                                         99 | | | | |
| 1  be warned.  I'm not asking -- | 1  be warned.  I'm not asking -- | | | | |
| 2        A.  Okay. | 2        A.  Okay. | | | | |
| 3        Q.  -- the how.  Okay?  I'm not | 3        Q.  -- the how.  Okay?  I'm not | | | | |
| 4  asking the how.  I'm asking the if and | 4  asking the how.  I'm asking the if and | | | | |
| 5  listen to the question carefully -- | 5  listen to the question carefully -- | | | | |
| 6        A.  Okay. | 6        A.  Okay. | | | | |
| 7        Q.  -- all right? | 7        Q.  -- all right? | | | | |
| 8        Do you agree that all | 8        Do you agree that all | | | | |
| 9  doctors who prescribe Taxotere need to be | 9  doctors who prescribe Taxotere need to be | | | | |
| 10  warned about the risk of prolonged | 10  warned about the risk of prolonged | | | | |
| 11  alopecia being causally associated with | 11  alopecia being causally associated with | | | | |
| 12  the use of Taxotere? | 12  the use of Taxotere? | | | | |
| 13        MR. KEENAN:  Objection; | 13        MR. KEENAN:  Objection; | | | | |
| 14  form. | 14  form. | | | | |
| 15        MR. BACHUS:  Not how they | 15        MR. BACHUS:  Not how they | | | | |
| 16  should be warned, if. | 16  should be warned, if. | | | | |
| 17        THE WITNESS:  So I agree | 17        THE WITNESS:  So I agree | | | | |
| 18  that all doctors should be | 18  that all doctors should be | | | | |
| 19  informed that alopecia is | 19  informed that alopecia is | | | | |
| 20  associated with the use of | 20  associated with the use of | | | | |
| 21  Taxotere. | 21  Taxotere. | | | | |
| 22        I -- I think I answered. | 22        I -- I think I answered. | | | | |
| 23        MR. BACHUS:  Well, you're | 23        MR. BACHUS:  Well, you're | | | | |
| 24  not answering -- if that were the | 24  not answering -- if that were the | | | | |
|                                        100 |                                        100 | | | | |
| 1  question that I asked, then you | 1  question that I asked, then you | | | | |
| 2  would be responsive to that | 2  would be responsive to that | | | | |
| 3  question, but that's not the | 3  question, but that's not the | | | | |
| 4  question that I asked. | 4  question that I asked. | | | | |
| 5  BY MR. BACHUS: | 5  BY MR. BACHUS: | | | | |
| 6        Q.  I understand from your | 6        Q.  I understand from your | | | | |
| 7  previous testimony that you are a firm | 7  previous testimony that you are a firm | | | | |
| 8  believer that the word "alopecia" is | 8  believer that the word "alopecia" is | | | | |
| 9  nondurational. Okay? I get that. | 9  nondurational. Okay? I get that. | | | | |
| 10        A.  Okay. | 10        A.  Okay. | | | | |
| 11        Q.  That's not what I'm asking | 11        Q.  That's not what I'm asking | | | | |
| 12  you about. | 12  you about. | | | | |
| 13        A.  Okay. | 13        A.  Okay. | | | | |
| 14        Q.  I'm not asking you -- again, | 14        Q.  I'm not asking you -- again, | | | | |
| 15  I'm not asking you how they should be | 15  I'm not asking you how they should be | | | | |
| 16  warned or what word should be used to | 16  warned or what word should be used to | | | | |
| 17  provide the warning -- | 17  provide the warning -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18    A.   And when you say "warn," are | 18    A.   And when you say "warn," are | | | | |
| 19  you talking about -- | 19  you talking about -- | | | | |
| 20    Q.   In the label. | 20    Q.   In the label. | | | | |
| 21    A.   You're not talking about the | 21    A.   You're not talking about the | | | | |
| 22  warnings section of the label.  You're | 22  warnings section of the label.  You're | | | | |
| 23  just talking about being in the label. | 23  just talking about being in the label. | | | | |
| 24    Q.   In the label. | 24    Q.   In the label. | | | | |
| 101 | 101 | | | | |
| 1    A.   Okay. | 1    A.   Okay. | | | | |
| 2    Q.   Do you agree with me that | 2    Q.   Do you agree with me that | | | | |
| 3  all doctors who prescribe Taxotere need | 3  all doctors who prescribe Taxotere need | | | | |
| 4  to be informed about the risk of | 4  to be informed about the risk of | | | | |
| 5  prolonged alopecia being causally | 5  prolonged alopecia being causally | | | | |
| 6  associated with the use of Taxotere? | 6  associated with the use of Taxotere? | | | | |
| 7    MR. KEENAN:  Objection to | 7    MR. KEENAN:  Objection to | | | | |
| 8  the form. | 8  the form. | | | | |
| 9    MR. BACHUS:  Not how they | 9    MR. BACHUS:  Not how they | | | | |
| 10  should be warned, if they should | 10  should be warned, if they should | | | | |
| 11  be warned. | 11  be warned. | | | | |
| 12    THE WITNESS:  Or should they | 12    THE WITNESS:  Or should they | | | | |
| 13  know. | 13  know. | | | | |
| 14    MR. BACHUS:  Not my question | 14    MR. BACHUS:  Not my question | | | | |
| 15  either. | 15  either. | | | | |
| 16    THE WITNESS:  Okay.  And in | 16    THE WITNESS:  Okay.  And in | | | | |
| 17  what year are we talking about? | 17  what year are we talking about? | | | | |
| 18  Are we talking about today? | 18  Are we talking about today? | | | | |
| 19    MR. BACHUS:  Yes. | 19    MR. BACHUS:  Yes. | | | | |
| 20    THE WITNESS:  Okay.  So, you | 20    THE WITNESS:  Okay.  So, you | | | | |
| 21  know, as -- as -- as I said in the | 21  know, as -- as -- as I said in the | | | | |
| 22  previous testimony, referring to | 22  previous testimony, referring to | | | | |
| 23  today, that, you know, in 2015, | 23  today, that, you know, in 2015, | | | | |
| 24  the FDA was more -- dictated more | 24  the FDA was more -- dictated more | | | | |
| 102 | 102 | | | | |
| 1  explicit language regarding | 1  explicit language regarding | | | | |
| 2  permanent alopecia and I was in | 2  permanent alopecia and I was in | | | | |
| 3  agreement with -- with that being | 3  agreement with -- with that being | | | | |
| 4  in the label. | 4  in the label. | | | | |
| 5    MR. BACHUS:  I'm going to | 5    MR. BACHUS:  I'm going to | | | | |
| 6  move to strike as nonresponsive in | 6  move to strike as nonresponsive in | | | | |
| 7  that I didn't ask you -- | 7  that I didn't ask you -- | | | | |
| 8    THE WITNESS:  How -- how is | 8    THE WITNESS:  How -- how is | | | | |
| 9  it -- | 9  it -- | | | | |
| 10    MR. BACHUS:  Let me just | 10    MR. BACHUS:  Let me just | | | | |
| 11  make a record.  Okay? | 11  make a record.  Okay? | | | | |
| 12    THE WITNESS:  Okay. | 12    THE WITNESS:  Okay. | | | | |
| 13    MR. BACHUS:  And you don't | 13    MR. BACHUS:  And you don't | | | | |
| 14  have to -- you don't have to be | 14  have to -- you don't have to be | | | | |
| 15  the judge and neither do I about | 15  the judge and neither do I about | | | | |
| 16  it.  We'll let the judge make a | 16  it.  We'll let the judge make a | | | | |
| 17  decision.  I just need to make a | 17  decision.  I just need to make a | | | | |
| 18  record. | 18  record. | | | | |
| 19    I'm objecting to it as | 19    I'm objecting to it as | | | | |
| 20  nonresponsive.  I didn't ask | 20  nonresponsive.  I didn't ask | | | | |
| 21  anything about the FDA.  I didn't | 21  anything about the FDA.  I didn't | | | | |
| 22  ask anything about what the FDA | 22  ask anything about what the FDA | | | | |
| 23  required.  I asked Dr. Kopreski, | 23  required.  I asked Dr. Kopreski, | | | | |
| 24  okay -- as an individual, I asked | 24  okay -- as an individual, I asked | | | | |
| 103 | 103 | | | | |
| 1    you, based on your knowledge, | 1    you, based on your knowledge, | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2    skill, your training, and your | 2    skill, your training, and your | | | | |
| 3    experience that we've already | 3    experience that we've already | | | | |
| 4    covered with your C.V., right, and | 4    covered with your C.V., right, and | | | | |
| 5    what I asked you was, do you agree | 5    what I asked you was, do you agree | | | | |
| 6    with me that all doctors who | 6    with me that all doctors who | | | | |
| 7    prescribe Taxotere need to be | 7    prescribe Taxotere need to be | | | | |
| 8    informed about the risk of | 8    informed about the risk of | | | | |
| 9    prolonged alopecia being causally | 9    prolonged alopecia being causally | | | | |
| 10   associated with the use of | 10   associated with the use of | | | | |
| 11   Taxotere? | 11   Taxotere? | | | | |
| 12      THE WITNESS:  I believe I've | 12      THE WITNESS:  I believe I've | | | | |
| 13   answered the question several | 13   answered the question several | | | | |
| 14   times now. | 14   times now. | | | | |
| 15  BY MR. BACHUS: | 15  BY MR. BACHUS: | | | | |
| 16      Q.   What's the responsive | 16      Q.   What's the responsive | | | | |
| 17  answer?  Yes, you do agree that all | 17  answer?  Yes, you do agree that all | | | | |
| 18  doctors who prescribe Taxotere need to be | 18  doctors who prescribe Taxotere need to be | | | | |
| 19  informed about the risk of prolonged | 19  informed about the risk of prolonged | | | | |
| 20  alopecia being causally associated with | 20  alopecia being causally associated with | | | | |
| 21  the use of Taxotere; correct? | 21  the use of Taxotere; correct? | | | | |
| 22      A.   I mean, what I've said is | 22      A.   I mean, what I've said is | | | | |
| 23  doctors should be informed about safety | 23  doctors should be informed about safety | | | | |
| 24  profiles.  I've said doctors should be -- | 24  profiles.  I've said doctors should be -- | | | | |
| 104 | 104 | | | | |
| 1   should be aware that alopecia is | 1   should be aware that alopecia is | | | | |
| 2   associated with Taxotere, and I've said | 2   associated with Taxotere, and I've said | | | | |
| 3   that -- that I'm, you know, in agreement | 3   that -- that I'm, you know, in agreement | | | | |
| 4   with the label as it currently stands. | 4   with the label as it currently stands. | | | | |
| 5      MR. KEENAN:  Let's -- can we | 5      MR. KEENAN:  Let's -- can we | | | | |
| 6   take a -- is this a good time for | 6   take a -- is this a good time for | | | | |
| 7   a break? | 7   a break? | | | | |
| 8      MR. BACHUS:  Sure. | 8      MR. BACHUS:  Sure. | | | | |
| 9      THE VIDEO TECHNICIAN:  Stand | 9      THE VIDEO TECHNICIAN:  Stand | | | | |
| 10   by, please.  The time is 10:52 | 10   by, please.  The time is 10:52 | | | | |
| 11   a.m.  We're off the record. | 11   a.m.  We're off the record. | | | | |
| 12      (A recess was taken from | 12      (A recess was taken from | | | | |
| 13   10:52 a.m. to 11:11 a.m.) | 13   10:52 a.m. to 11:11 a.m.) | | | | |
| 14      THE VIDEO TECHNICIAN:  Okay. | 14      THE VIDEO TECHNICIAN:  Okay. | | | | |
| 15   We are back on the record.  The | 15   We are back on the record.  The | | | | |
| 16   time is 11:11 a.m. | 16   time is 11:11 a.m. | | | | |
| 17  BY MR. BACHUS: | 17  BY MR. BACHUS: | | | | |
| 18      Q.   So I want to move on from | 18      Q.   So I want to move on from | | | | |
| 19  this topic, but I need to -- to make sure | 19  this topic, but I need to -- to make sure | | | | |
| 20  that the jury isn't confused and that I'm | 20  that the jury isn't confused and that I'm | | | | |
| 21  not confused and that you're not | 21  not confused and that you're not | | | | |
| 22  confused -- | 22  confused -- | | | | |
| 23      A.   Okay. | 23      A.   Okay. | | | | |
| 24      Q.   -- about the answer and I | 24      Q.   -- about the answer and I | | | | |
| 105 | 105 | | | | |
| 1   want to make sure that you understand, I | 1   want to make sure that you understand, I | | | | |
| 2   want you to be able to give your answer | 2   want you to be able to give your answer | | | | |
| 3   and I'm not -- you know, I think what | 3   and I'm not -- you know, I think what | | | | |
| 4   you've been giving me maybe in trying to | 4   you've been giving me maybe in trying to | | | | |
| 5   respond is not only the answer, but a | 5   respond is not only the answer, but a | | | | |
| 6   because, here's why I think the way that | 6   because, here's why I think the way that | | | | |
| 7   I do.  And that's fine.  But I think we | 7   I do.  And that's fine.  But I think we | | | | |
| 8   need to have the answer, also -- | 8   need to have the answer, also -- | | | | |
| 9      A.   I -- | 9      A.   I -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10    Q.  -- so that -- let me just -- | 10    Q.  -- so that -- let me just -- | | | | |
| 11  I'm -- just as a prefatory, like, so you | 11  I'm -- just as a prefatory, like, so you | | | | |
| 12  can say yes or no and then explain or if | 12  can say yes or no and then explain or if | | | | |
| 13  you have some other -- but I think I get | 13  you have some other -- but I think I get | | | | |
| 14  where you're coming from, and I took some | 14  where you're coming from, and I took some | | | | |
| 15  notes during the break and I want to take | 15  notes during the break and I want to take | | | | |
| 16  another stab at it.  Okay? | 16  another stab at it.  Okay? | | | | |
| 17       A.  Okay. | 17       A.  Okay. | | | | |
| 18       Q.  All right. | 18       Q.  All right. | | | | |
| 19            I think that you agree with | 19            I think that you agree with | | | | |
| 20  the statement -- and I'll make the | 20  the statement -- and I'll make the | | | | |
| 21  statement again, but I think you agree | 21  statement again, but I think you agree | | | | |
| 22  with the statement because you -- first | 22  with the statement because you -- first | | | | |
| 23  of all, you agree -- you agree with me | 23  of all, you agree -- you agree with me | | | | |
| 24  that doctors need to be informed | 24  that doctors need to be informed | | | | |
| 106 | 106 | | | | |
| 1  regarding the safety profile of Taxotere. | 1  regarding the safety profile of Taxotere. | | | | |
| 2       A.  Correct. | 2       A.  Correct. | | | | |
| 3       Q.  And you agree with me that | 3       Q.  And you agree with me that | | | | |
| 4  part of the safety profile of Taxotere is | 4  part of the safety profile of Taxotere is | | | | |
| 5  alopecia. | 5  alopecia. | | | | |
| 6       A.  Correct. | 6       A.  Correct. | | | | |
| 7       Q.  And you agree with me that, | 7       Q.  And you agree with me that, | | | | |
| 8  in your view, permanent alopecia is part | 8  in your view, permanent alopecia is part | | | | |
| 9  of the definition of the word "alopecia." | 9  of the definition of the word "alopecia." | | | | |
| 10  Right? | 10  Right? | | | | |
| 11       A.  Not definition of the word, | 11       A.  Not definition of the word, | | | | |
| 12  but it -- it is -- alopecia's the | 12  but it -- it is -- alopecia's the | | | | |
| 13  diagnosis.  Right?  So you have a -- when | 13  diagnosis.  Right?  So you have a -- when | | | | |
| 14  you say permanent alopecia, however you | 14  you say permanent alopecia, however you | | | | |
| 15  want to define permanent, because there | 15  want to define permanent, because there | | | | |
| 16  is no -- there is no definition -- there | 16  is no -- there is no definition -- there | | | | |
| 17  is no uniform medical definition | 17  is no uniform medical definition | | | | |
| 18  permanent alopecia, so however you want | 18  permanent alopecia, so however you want | | | | |
| 19  to define permanent, that's a descriptor. | 19  to define permanent, that's a descriptor. | | | | |
| 20  That's not the diagnosis. | 20  That's not the diagnosis. | | | | |
| 21       Q.  And permanent alopecia is | 21       Q.  And permanent alopecia is | | | | |
| 22  part of alopecia. | 22  part of alopecia. | | | | |
| 23       A.  Alopecia has variable | 23       A.  Alopecia has variable | | | | |
| 24  recovery, that's correct, and we've | 24  recovery, that's correct, and we've | | | | |
| 107 | 107 | | | | |
| 1  talked about that, you know, quite | 1  talked about that, you know, quite | | | | |
| 2  extensively in the previous depositions. | 2  extensively in the previous depositions. | | | | |
| 3       Q.  And permanent alopecia is | 3       Q.  And permanent alopecia is | | Testimony was withdrawn | | |
| 4  part of the safety profile for Taxotere. | 4  part of the safety profile for Taxotere. | | | | |
| 5       A.  Alopecia is part of the | 5       A.  Alopecia is part of the | | | | |
| 6  safety profile of Taxotere, and within | 6  safety profile of Taxotere, and within | | | | |
| 7  that safety profile of alopecia would | 7  that safety profile of alopecia would | | | | |
| 8  include persisting and permanent | 8  include persisting and permanent | | | | |
| 9  alopecia. | 9  alopecia. | | | | |
| 10       Q.  Okay.  I think everything | 10       Q.  Okay.  I think everything | | | | |
| 11  that we just discussed is the "because" | 11  that we just discussed is the "because" | | | | |
| 12  to -- to my original question, so I -- | 12  to -- to my original question, so I -- | | | | |
| 13  I'm going to try to restate the original | 13  I'm going to try to restate the original | | | | |
| 14  question and add in the "because" that we | 14  question and add in the "because" that we | | | | |
| 15  just went over and see if we can't just | 15  just went over and see if we can't just | | | | |
| 16  reach an agreement.  Okay? | 16  reach an agreement.  Okay? | | | | |
| 17            And I'd like you, when you | 17            And I'd like you, when you | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18  respond, if you can, respond -- if you | 18  respond, if you can, respond -- if you | | | | |
| 19  need to respond something more than yes | 19  need to respond something more than yes | | | | |
| 20  or no, state yes or no first if it | 20  or no, state yes or no first if it | | | | |
| 21  applies.  Okay? | 21  applies.  Okay? | | | | |
| 22       A.   Well -- | 22       A.   Well -- | | | | |
| 23       Q.   Let me -- if it -- | 23       Q.   Let me -- if it -- | | | | |
| 24       A.   Go ahead.  Go ahead. | 24       A.   Go ahead.  Go ahead. | | | | |
|                              108 |                              108 | | | | |
| 1       Q.   I just want the jury to be | 1       Q.   I just want the jury to be | | | | |
| 2  clear on what you're trying to say. | 2  clear on what you're trying to say. | | | | |
| 3  Okay? | 3  Okay? | | | | |
| 4       A.   Okay. | 4       A.   Okay. | | | | |
| 5       Q.   So you agree with me that | 5       Q.   So you agree with me that | | | | |
| 6  all doctors prescribing Taxotere need to | 6  all doctors prescribing Taxotere need to | | | | |
| 7  be informed about the risk of prolonged | 7  be informed about the risk of prolonged | | | | |
| 8  alopecia being causally associated with | 8  alopecia being causally associated with | | | | |
| 9  taking Taxotere because doctors need to | 9  taking Taxotere because doctors need to | | | | |
| 10  be informed about the safety profile, | 10  be informed about the safety profile, | | | | |
| 11  because part of the safety profile of | 11  because part of the safety profile of | | | | |
| 12  Taxotere is alopecia, and because, in | 12  Taxotere is alopecia, and because, in | | | | |
| 13  your view, permanent alopecia is part of | 13  your view, permanent alopecia is part of | | | | |
| 14  the term "alopecia" and part of the | 14  the term "alopecia" and part of the | | | | |
| 15  safety profile; correct? | 15  safety profile; correct? | | | | |
| 16       A.   If you -- you have a lot of | 16       A.   If you -- you have a lot of | | | | |
| 17  parts and subparts to that question. | 17  parts and subparts to that question. | | | | |
| 18       So I agree that physicians | 18       So I agree that physicians | | | | |
| 19  prescribing Taxotere should have an | 19  prescribing Taxotere should have an | | | | |
| 20  understanding of the safety profile of | 20  understanding of the safety profile of | | | | |
| 21  that drug.  I agree, consequently, that | 21  that drug.  I agree, consequently, that | | | | |
| 22  they should know that Taxotere safety | 22  they should know that Taxotere safety | | | | |
| 23  profile includes alopecia. | 23  profile includes alopecia. | | | | |
| 24       That's -- you know, that's | 24       That's -- you know, that's | | | | |
|                              109 |                              109 | | | | |
| 1  -- I'm -- I'm finished. | 1  -- I'm -- I'm finished. | | | | |
| 2       Q.   And because, in your view, | 2       Q.   And because, in your view, | | | | |
| 3  permanent alopecia is part of the term | 3  permanent alopecia is part of the term | | | | |
| 4  "alopecia" and part of the safety | 4  "alopecia" and part of the safety | | | | |
| 5  profile; correct? | 5  profile; correct? | | | | |
| 6       A.   In my view, there are | 6       A.   In my view, there are | | | | |
| 7  variable recovery times of alopecia; that | 7  variable recovery times of alopecia; that | | | | |
| 8  recovery time can include -- as been well | 8  recovery time can include -- as been well | | | | |
| 9  documented in the literature, can include | 9  documented in the literature, can include | | | | |
| 10  patients that do not seem to recover for | 10  patients that do not seem to recover for | | | | |
| 11  years. | 11  years. | | | | |
| 12       Q.   Do you agree with me that | 12       Q.   Do you agree with me that | | | | |
| 13  drug companies can communicate | 13  drug companies can communicate | | | | |
| 14  information to doctors through labeling? | 14  information to doctors through labeling? | | | | |
| 15       A.   Yes. | 15       A.   Yes. | | | | |
| 16       Q.   Do you agree with me that | 16       Q.   Do you agree with me that | | | | |
| 17  drug companies can communicate | 17  drug companies can communicate | | | | |
| 18  information about their drugs through | 18  information about their drugs through | | | | |
| 19  sales representatives who talk with | 19  sales representatives who talk with | | | | |
| 20  doctors? | 20  doctors? | | | | |
| 21       A.   To a degree as defined by | 21       A.   To a degree as defined by | | | | |
| 22  regulation.  Sales representatives are | 22  regulation.  Sales representatives are | | | | |
| 23  restricted in -- by regulation, as far as | 23  restricted in -- by regulation, as far as | | | | |
| 24  I know, by what they can and cannot say. | 24  I know, by what they can and cannot say. | | | | |
|                              110 |                              110 | | | | |
| 1       Q.   Do you agree with me that | 1       Q.   Do you agree with me that | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2 drug companies can communicate | 2 drug companies can communicate | | | | |
| 3 information about their drugs with | 3 information about their drugs with | | | | |
| 4 doctors through written materials | 4 doctors through written materials | | | | |
| 5 provided by sales representatives to | 5 provided by sales representatives to | | | | |
| 6 doctors? | 6 doctors? | | | | |
| 7 A. I agree, again, to a -- to a | 7 A. I agree, again, to a -- to a | | | | |
| 8 limited -- let me -- let's strike that | 8 limited -- let me -- let's strike that | | | | |
| 9 answer and let me start over. | 9 answer and let me start over. | | | | |
| 10 As in the -- as in the | 10 As in the -- as in the | | | | |
| 11 previous response, sales representatives | 11 previous response, sales representatives | | | | |
| 12 by regulation are restricted in what they | 12 by regulation are restricted in what they | | | | |
| 13 can and cannot share with physicians, | 13 can and cannot share with physicians, | | | | |
| 14 including literature that they can and | 14 including literature that they can and | | | | |
| 15 cannot share, as far as -- as far as I | 15 cannot share, as far as -- as far as I | | | | |
| 16 know, period. | 16 know, period. | | | | |
| 17 Q. The limitations that you are | 17 Q. The limitations that you are | | | | |
| 18 describing are limitations consistent -- | 18 describing are limitations consistent -- | | | | |
| 19 meaning that they can discuss information | 19 meaning that they can discuss information | | | | |
| 20 consistent with what's in the labeling. | 20 consistent with what's in the labeling. | | | | |
| 21 Right? | 21 Right? | | | | |
| 22 A. That is my understanding. | 22 A. That is my understanding. | | | | |
| 23 Q. All right. | 23 Q. All right. | | | | |
| 24 You agree with me that drug | 24 You agree with me that drug | | | | |
| 111 | 111 | | | | |
| 1 companies can communicate with doctors | 1 companies can communicate with doctors | | | | |
| 2 through dear healthcare provider letters | 2 through dear healthcare provider letters | | | | |
| 3 that drug companies can send directly to | 3 that drug companies can send directly to | | | | |
| 4 doctors. | 4 doctors. | | | | |
| 5 A. I agree that -- that | 5 A. I agree that -- that | | | | |
| 6 pharmaceutical companies can send letters | 6 pharmaceutical companies can send letters | | | | |
| 7 to physicians, but I believe -- I believe | 7 to physicians, but I believe -- I believe | | | | |
| 8 -- and, again, this gets outside of my | 8 -- and, again, this gets outside of my | | | | |
| 9 area, but my understanding is, those | 9 area, but my understanding is, those | | | | |
| 10 letters have to be within the confines of | 10 letters have to be within the confines of | | | | |
| 11 the FDA regulations or pending review and | 11 the FDA regulations or pending review and | | | | |
| 12 discussions with the FDA in certain | 12 discussions with the FDA in certain | | | | |
| 13 circumstances, depending upon the nature | 13 circumstances, depending upon the nature | | | | |
| 14 of the letter. | 14 of the letter. | | | | |
| 15 Q. Nonetheless, you agree that | 15 Q. Nonetheless, you agree that | | | | |
| 16 drug companies can communicate with | 16 drug companies can communicate with | | | | |
| 17 doctors through dear doctor or dear | 17 doctors through dear doctor or dear | | | | |
| 18 healthcare provider letters. | 18 healthcare provider letters. | | | | |
| 19 A. Yes. | 19 A. Yes. | | | | |
| 20 Q. All right. And you agree | 20 Q. All right. And you agree | | | | |
| 21 with me that drug companies can | 21 with me that drug companies can | | | | |
| 22 communicate with doctors through | 22 communicate with doctors through | | | | |
| 23 television advertisements? | 23 television advertisements? | | | | |
| 24 A. I certainly see a lot of ads | 24 A. I certainly see a lot of ads | | | | |
| 112 | 112 | | | | |
| 1 these days on television. My personal | 1 these days on television. My personal | | | | |
| 2 opinion is, I'm not sure if that's, you | 2 opinion is, I'm not sure if that's, you | | | | |
| 3 know, an effective way of communicating, | 3 know, an effective way of communicating, | | | | |
| 4 but I -- but other than seeing the ads, I | 4 but I -- but other than seeing the ads, I | | | | |
| 5 have no expertise on the regulations or | 5 have no expertise on the regulations or | | | | |
| 6 the -- or the other parameters of | 6 the -- or the other parameters of | | | | |
| 7 communicating on television. | 7 communicating on television. | | | | |
| 8 Q. Without regard to what the | 8 Q. Without regard to what the | | | | |
| 9 parameters might be, you agree with me | 9 parameters might be, you agree with me | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  that drug companies can buy television | 10  that drug companies can buy television | | | | |
| 11  advertisements and communicate with | 11  advertisements and communicate with | | | | |
| 12  doctors and patients through TV ads. | 12  doctors and patients through TV ads. | | | | |
| 13  Right?  Because you've seen those | 13  Right?  Because you've seen those | | | | |
| 14  yourself. | 14  yourself. | | | | |
| 15      A.   I have seen TV ads, I'm sure | 15      A.   I have seen TV ads, I'm sure | | | | |
| 16  everybody has seen now TV ads, advocating | 16  everybody has seen now TV ads, advocating | | | | |
| 17  drugs, but I -- I have no personal | 17  drugs, but I -- I have no personal | | | | |
| 18  knowledge about how or under -- you know, | 18  knowledge about how or under -- you know, | | | | |
| 19  how -- how they would communicate with -- | 19  how -- how they would communicate with -- | | | | |
| 20  you know, by that medium.  That was not | 20  you know, by that medium.  That was not | | | | |
| 21  something that I dealt with at all when I | 21  something that I dealt with at all when I | | | | |
| 22  was at Sanofi. | 22  was at Sanofi. | | | | |
| 23      Q.   Without regard to regulatory | 23      Q.   Without regard to regulatory | | | | |
| 24  parameters, you agree with me that drug | 24  parameters, you agree with me that drug | | | | |
| 113 | 113 | | | | |
| 1  companies can communicate with doctors | 1  companies can communicate with doctors | | | | |
| 2  and patients through radio ads, don't | 2  and patients through radio ads, don't | | | | |
| 3  you? | 3  you? | | | | |
| 4      A.   I wouldn't know about radio. | 4      A.   I wouldn't know about radio. | | | | |
| 5  I would take a -- I would think if they | 5  I would take a -- I would think if they | | | | |
| 6  can communicate on -- through television | 6  can communicate on -- through television | | | | |
| 7  ads, that communication through radio ads | 7  ads, that communication through radio ads | | | | |
| 8  might be a possibility, but I have no | 8  might be a possibility, but I have no | | | | |
| 9  knowledge, nor can I particularly | 9  knowledge, nor can I particularly | | | | |
| 10  remember hearing a drug ad on the radio. | 10  remember hearing a drug ad on the radio. | | | | |
| 11      Q.   You agree that drug | 11      Q.   You agree that drug | | | | |
| 12  companies can communicate with doctors | 12  companies can communicate with doctors | | | | |
| 13  and patients through magazine | 13  and patients through magazine | | | | |
| 14  advertisements, don't you? | 14  advertisements, don't you? | | | | |
| 15      A.   With doctors? | 15      A.   With doctors? | | | | |
| 16      Q.   Doctors, yes. | 16      Q.   Doctors, yes. | | | | |
| 17      A.   With doctors, yes, I think, | 17      A.   With doctors, yes, I think, | | | | |
| 18  again, within the regulations that allow | 18  again, within the regulations that allow | | | | |
| 19  them to communicate, there can be | 19  them to communicate, there can be | | | | |
| 20  communication in medical magazines. | 20  communication in medical magazines. | | | | |
| | | Not previously ruled on.<br><br>Completeness, subject to objections | Sanofi provides zero explanation regarding what topic or questions this additional testimony is intended to "complete".  This testimony does NOT serve to complete any of the testimony designated by Plaintiffs and therefore must be stricken | | |
| 21      Q.   Do you agree with me that | 21      Q.   Do you agree with me that | | | | |
| 22  based on your knowledge of the -- | 22  based on your knowledge of the -- | | | | |
| 23  Taxotere's safety profile, that in 1996, | 23  Taxotere's safety profile, that in 1996, | | | | |
| 24  there had been no causal association | 24  there had been no causal association | | | | |
| 114 | 114 | | | | |
| 1  established between Taxotere use and | 1  established between Taxotere use and | | | | |
| 2  irreversible hair loss? | 2  irreversible hair loss? | | | | |
| 3      A.   In 1996? | 3      A.   In 1996? | | | | |
| 4      Q.   Yeah. | 4      Q.   Yeah. | | | | |
| 5      A.   Well, in 1996, my | 5      A.   Well, in 1996, my | | | | |
| 6  understanding and recollection is, | 6  understanding and recollection is, | | | | |
| 7  alopecia was in the label, so in terms of | 7  alopecia was in the label, so in terms of | | | | |
| 8  whether alopecia is associated with | 8  whether alopecia is associated with | | | | |
| 9  Taxotere in 1996, I think it was | 9  Taxotere in 1996, I think it was | | | | |
| 10  recognized an association. | 10  recognized an association. | | | | SUSTAINED |
| 11      In terms, though, of the | 11      In terms, though, of the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 12  causation, whether -- in terms of whether | 12  causation, whether -- in terms of whether | | | | |
| 13  there is a potential relationship of | 13  there is a potential relationship of | | | | |
| 14  prolonged -- prolonged recovery from | 14  prolonged -- prolonged recovery from | | | | |
| 15  alopecia, again, as I had previous | 15  alopecia, again, as I had previous | | | | |
| 16  testified, I believe that that would have | 16  testified, I believe that that would have | | | | |
| 17  been recognized as being in the label | 17  been recognized as being in the label | | | | |
| 18  under the term of alopecia. | 18  under the term of alopecia. | | | | |
| 19      In terms -- if you're using | 19      In terms -- if you're using | | | | |
| 20  causal association to indicate whether | 20  causal association to indicate whether | | | | |
| 21  Taxotere is the cause of the delayed | 21  Taxotere is the cause of the delayed | | | | |
| 22  recovery, I don't think even today -- or | 22  recovery, I don't think even today -- or | | | | |
| 23  at least at the time that I left the | 23  at least at the time that I left the | | | | |
| 24  company -- that we had, you know, | 24  company -- that we had, you know, | | | | |
| 115 | 115 | | | | |
| 1  evidence of Taxotere causing a delay -- | 1  evidence of Taxotere causing a delay -- | | | | |
| 2  in and of itself causing delay of the | 2  in and of itself causing delay of the | | | | |
| 3  recovery. | 3  recovery. | | | | |
| 4      MR. BACHUS:  I'm going to | 4      MR. BACHUS:  I'm going to | | | | |
| 5      move to strike as nonresponsive. | 5      move to strike as nonresponsive. | | | | |
| 6      And to be clear, when I reask the | 6      And to be clear, when I reask the | | | | |
| 7      question, I'm not asking about a | 7      question, I'm not asking about a | | | | |
| 8      label.  I'm not asking about what | 8      label.  I'm not asking about what | | | | |
| 9      words are in a label or not in a | 9      words are in a label or not in a | | | | |
| 10     label.  Nothing about my question | 10     label.  Nothing about my question | | | | |
| 11     is about labeling.  Okay? | 11     is about labeling.  Okay? | | | | |
| 12         I will reask the question | 12         I will reask the question | | | | |
| 13     and answer to the best of your | 13     and answer to the best of your | | | | |
| 14     ability responsively, please. | 14     ability responsively, please. | | | | |
| 15  BY MR. BACHUS: | 15  BY MR. BACHUS: | | | | |
| 16     Q.  Do you agree with me that as | 16     Q.  Do you agree with me that as | | | | |
| 17  of 1996, no causal association had been | 17  of 1996, no causal association had been | | | | |
| 18  established between Taxotere use and | 18  established between Taxotere use and | | | | |
| 19  irreversible hair loss? | 19  irreversible hair loss? | | | | |
| 20         MR. KEENAN:  Object to the | 20         MR. KEENAN:  Object to the | | | | |
| 21     form. | 21     form. | | | | |
| 22         THE WITNESS:  And what do | 22         THE WITNESS:  And what do | | | | |
| 23     you mean by causal association? | 23     you mean by causal association? | | | | |
| 24         MR. BACHUS:  When I say the | 24         MR. BACHUS:  When I say the | | | | |
| 116 | 116 | | | | |
| 1      word or the term "causal | 1      word or the term "causal | | | | |
| 2      association," I think I've used | 2      association," I think I've used | | | | |
| 3      that term several times this | 3      that term several times this | | | | |
| 4      morning and I think each time that | 4      morning and I think each time that | | | | |
| 5      I've used it, I've asked you for | 5      I've used it, I've asked you for | | | | |
| 6      your definition when that term is | 6      your definition when that term is | | | | |
| 7      used.  Right?  You recall doing | 7      used.  Right?  You recall doing | | | | |
| 8      that previously? | 8      that previously? | | | | |
| 9         THE WITNESS:  Yes, yes. | 9         THE WITNESS:  Yes, yes. | | | | |
| 10  BY MR. BACHUS: | 10  BY MR. BACHUS: | | | | |
| 11     Q.  Do you recall your answer? | 11     Q.  Do you recall your answer? | | | | |
| 12     A.  So -- | 12     A.  So -- | | | | |
| 13     Q.  Do you recall your answer | 13     Q.  Do you recall your answer | | | | |
| 14  when I asked you previously what you | 14  when I asked you previously what you | | | | |
| 15  understood causal association -- | 15  understood causal association -- | | | | |
| 16     A.  I believe so.  We talked | 16     A.  I believe so.  We talked | | | | |
| 17  about possible relationship. | 17  about possible relationship. | | | | |
| 18     Q.  Okay. | 18     Q.  Okay. | | | | |
| 19     A.  From a regulatory | 19     A.  From a regulatory | | | | |
| 20  standpoint. | 20  standpoint. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 21    Q.   For the duration of this | 21    Q.   For the duration of this | | | | |
| 22  deposition -- | 22  deposition -- | | | | |
| 23    A.   Okay. | 23    A.   Okay. | | | | |
| 24    Q.   -- when I use the term | 24    Q.   -- when I use the term | | | | |
| 117 | 117 | | | | |
| 1  "causal association," I'm referring to | 1  "causal association," I'm referring to | | | | |
| 2  the definition as you've testified about | 2  the definition as you've testified about | | | | |
| 3  it. Okay? | 3  it. Okay? | | | | |
| 4    A.   Okay. | 4    A.   Okay. | | | | |
| 5    Q.   All right. I'll reask the | 5    Q.   All right. I'll reask the | | | | |
| 6  question for a third time. | 6  question for a third time. | | | | |
| 7       Do you agree with me, Dr. | 7       Do you agree with me, Dr. | | | | |
| 8  Kopreski, that as of 1996, no causal | 8  Kopreski, that as of 1996, no causal | | | | |
| 9  association had been established between | 9  association had been established between | | | | |
| 10  Taxotere use and irreversible hair loss? | 10  Taxotere use and irreversible hair loss? | | | | |
| 11    A.   I don't think I would agree | 11    A.   I don't think I would agree | | | | |
| 12  with that since a possible relationship | 12  with that since a possible relationship | | | | |
| 13  between Taxotere and alopecia was in the | 13  between Taxotere and alopecia was in the | | | | |
| 14  label in 1996. | 14  label in 1996. | | | | |
| 15    Q.   What information are you | 15    Q.   What information are you | | | | |
| 16  aware of that leads you to believe that a | 16  aware of that leads you to believe that a | | | | |
| 17  causal association between Taxotere and | 17  causal association between Taxotere and | | | | |
| 18  irreversible hair loss had been | 18  irreversible hair loss had been | | | | |
| 19  established as early as 1996? | 19  established as early as 1996? | | | | |
| 20    A.   The information that I'm | 20    A.   The information that I'm | | | | |
| 21  aware of is -- is that alopecia was | 21  aware of is -- is that alopecia was | | | | |
| 22  observed in clinical trials and -- and | 22  observed in clinical trials and -- and | | | | |
| 23  accordingly, there was support for -- I | 23  accordingly, there was support for -- I | | | | |
| 24  would presume there was support for | 24  would presume there was support for | | | | |
| 118 | 118 | | | | |
| 1  alopecia in the label because I was not | 1  alopecia in the label because I was not | | | | |
| 2  at the company in 1996 or even in | 2  at the company in 1996 or even in | | | | |
| 3  Rhone-Poulenc Rorer subsequently. I | 3  Rhone-Poulenc Rorer subsequently. I | | | | |
| 4  joined with Aventis. | 4  joined with Aventis. | | | | |
| 5       MR. BACHUS:  I'm going to | 5       MR. BACHUS:  I'm going to | | | | |
| 6    move to strike that as | 6    move to strike that as | | | | |
| 7    nonresponsive.  I'm going to ask | 7    nonresponsive.  I'm going to ask | | | | |
| 8    you a question again. | 8    you a question again. | | | | |
| 9       THE WITNESS:  I thought I -- | 9       THE WITNESS:  I thought I -- | | | | |
| 10  BY MR. BACHUS: | 10  BY MR. BACHUS: | | | | |
| 11    Q.   Doctor, what information are | 11    Q.   Doctor, what information are | | | | |
| 12  you aware of that leads you to believe | 12  you aware of that leads you to believe | | | | |
| 13  that a causal association between | 13  that a causal association between | | | | |
| 14  Taxotere and irreversible hair loss had | 14  Taxotere and irreversible hair loss had | | | | |
| 15  been established as early as 1996? | 15  been established as early as 1996? | | | | |
| 16       MR. KEENAN:  Objection; | 16       MR. KEENAN:  Objection; | | | | |
| 17    form. | 17    form. | | | | |
| 18       THE WITNESS:  I'm aware that | 18       THE WITNESS:  I'm aware that | | | | |
| 19    alopecia was in the label in 1996. | 19    alopecia was in the label in 1996. | | | | |
| 20    I was not at the company at the | 20    I was not at the company at the | | | | |
| 21    time and I'm limited in providing | 21    time and I'm limited in providing | | | | |
| 22    further information. | 22    further information. | | | | |
| 23  BY MR. BACHUS: | 23  BY MR. BACHUS: | | | | |
| 24    Q.   Do you agree with me that it | 24    Q.   Do you agree with me that it | | | | |
| 119 | 119 | | | | |
| 1  would be highly inappropriate for a drug | 1  would be highly inappropriate for a drug | | | | |
| 2  company to tell clinical trial enrollees | 2  company to tell clinical trial enrollees | | | | |
| 3  that alopecia was temporary if, in fact, | 3  that alopecia was temporary if, in fact, | | | | |
| 4  the company had already established a | 4  the company had already established a | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5  causal association between Taxotere use | 5  causal association between Taxotere use | | | | |
| 6  and irreversible hair loss -- | 6  and irreversible hair loss -- | | | | |
| 7       MR. KEENAN:  Object to the | 7       MR. KEENAN:  Object to the | | | | |
| 8       form. | 8       form. | | | | |
| 9  BY MR. BACHUS: | 9  BY MR. BACHUS: | | | | |
| 10     Q.   -- in 1996 or thereafter? | 10     Q.   -- in 1996 or thereafter? | | | | |
| 11        THE WITNESS:  I do not think | 11        THE WITNESS:  I do not think | | | | |
| 12    it would be appropriate to... | 12    it would be appropriate to... | | | | |
| 13        (Pause.) | 13        (Pause.) | | | | |
| 14        THE WITNESS:  It would be | 14        THE WITNESS:  It would be | | | | |
| 15    appropriate to tell the -- the | 15    appropriate to tell the -- the | | | | |
| 16    patients in a clinical trial that | 16    patients in a clinical trial that | | | | |
| 17    alopecia had been observed in | 17    alopecia had been observed in | | | | |
| 18    1996; but in terms of the way that | 18    1996; but in terms of the way that | | | | |
| 19    it is stated, I would -- I would | 19    it is stated, I would -- I would | | | | |
| 20    need to see precisely the wording | 20    need to see precisely the wording | | | | |
| 21    of how it was stated in order to | 21    of how it was stated in order to | | | | |
| 22    -- in order to respond. | 22    -- in order to respond. | | | | |
| 23  BY MR. BACHUS: | 23  BY MR. BACHUS: | | | | |
| 24     Q.   I'm going to ask you to -- | 24     Q.   I'm going to ask you to -- | | | | |
| 120 | 120 | | | | |
| 1  and you have -- you have my question in | 1  and you have -- you have my question in | | | | |
| 2  front of you.  Right?  In realtime, do | 2  front of you.  Right?  In realtime, do | | | | |
| 3  you not? | 3  you not? | | | | |
| 4      A.   Yeah, I think I answered it. | 4      A.   Yeah, I think I answered it. | | | | |
| 5      Q.   Okay.  And -- | 5      Q.   Okay.  And -- | | | | |
| 6      A.   I think I said -- | 6      A.   I think I said -- | | | | |
| 7      Q.   My question -- | 7      Q.   My question -- | | | | |
| 8      A.   Okay. | 8      A.   Okay. | | | | |
| 9      Q.   -- and I don't mean to | 9      Q.   -- and I don't mean to | | | | |
| 10  interrupt you -- | 10  interrupt you -- | | | | |
| 11      A.   Sure. | 11      A.   Sure. | | | | |
| 12      Q.   -- my question, though, | 12      Q.   -- my question, though, | | | | |
| 13  which is right in front of you, it's | 13  which is right in front of you, it's | | | | |
| 14  listed as page -- and, again, this is | 14  listed as page -- and, again, this is | | | | |
| 15  just the realtime transcript, not the | 15  just the realtime transcript, not the | | | | |
| 16  actual, but it's listed as page 106, line | 16  actual, but it's listed as page 106, line | | | | |
| 17  17. | 17  17. | | | | |
| 18        Do you see that? | 18        Do you see that? | | | | |
| 19        MR. KEENAN:  Right here | 19        MR. KEENAN:  Right here | | | | |
| 20    (Indicating). | 20    (Indicating). | | | | |
| 21        THE WITNESS:  Yes. | 21        THE WITNESS:  Yes. | | | | |
| 22  BY MR. BACHUS: | 22  BY MR. BACHUS: | | | | |
| 23      Q.   And that question asks you | 23      Q.   And that question asks you | | | | |
| 24  whether you agree with me that it would | 24  whether you agree with me that it would | | | | |
| 121 | 121 | | | | |
| 1  be highly inappropriate for a drug | 1  be highly inappropriate for a drug | | | | |
| 2  company to tell clinical trial enrollees | 2  company to tell clinical trial enrollees | | | | |
| 3  that alopecia was temporary if, in fact, | 3  that alopecia was temporary if, in fact, | | | | |
| 4  the company had already established a | 4  the company had already established a | | | | |
| 5  causal -- a causal association between | 5  causal -- a causal association between | | | | |
| 6  Taxotere use and irreversible hair les in | 6  Taxotere use and irreversible hair les in | | | | |
| 7  1996 or thereafter. | 7  1996 or thereafter. | | | | |
| 8        MR. KEENAN:  Objection; | 8        MR. KEENAN:  Objection; | | | | |
| 9    form. | 9    form. | | | | |
| 10        THE WITNESS:  I -- let me | 10        THE WITNESS:  I -- let me | | | | |
| 11    give my answer a different way. | 11    give my answer a different way. | | | | |
| 12        I don't think I can answer | 12        I don't think I can answer | | | | |
| 13    this question without knowing more | 13    this question without knowing more | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 14   detail on the manner that it's -- | 14   detail on the manner that it's -- | | | | |
| 15   that it's being told and what else | 15   that it's being told and what else | | | | |
| 16   the company is saying about it. | 16   the company is saying about it. | | | | |
| 17  BY MR. BACHUS: | 17  BY MR. BACHUS: | | | | |
| 18      Q.   Well, my hypothetical is | 18      Q.   Well, my hypothetical is | | | | |
| 19  pretty clear.  The company is telling -- | 19  pretty clear.  The company is telling -- | | | | |
| 20  just in my hypothetical, that the company | 20  just in my hypothetical, that the company | | | | |
| 21  tells clinical trial enrollees that | 21  tells clinical trial enrollees that | | | | |
| 22  alopecia was temporary.  That's it. | 22  alopecia was temporary.  That's it. | | | | |
| 23  Isn't that highly inappropriate if the | 23  Isn't that highly inappropriate if the | | | | |
| 24  company had already established a causal | 24  company had already established a causal | | | | |
| 122 | 122 | | | | |
| 1  association between Taxotere use and | 1  association between Taxotere use and | | | | |
| 2  irreversible hair loss? | 2  irreversible hair loss? | | | | |
| 3      A.   Well, what I -- what I first | 3      A.   Well, what I -- what I first | | | | |
| 4  off said was that the company had | 4  off said was that the company had | | | | |
| 5  established that alopecia was observed. | 5  established that alopecia was observed. | | | | |
| 6  So if the company had said alopecia was | 6  So if the company had said alopecia was | | | | |
| 7  not observed, I think -- I think that | 7  not observed, I think -- I think that | | | | |
| 8  would be incorrect if it had been | 8  would be incorrect if it had been | | | | |
| 9  observed. | 9  observed. | | | | |
| 10      Q.   I'm confused -- | 10      Q.   I'm confused -- | | | | |
| 11      A.   Now -- | 11      A.   Now -- | | | | |
| 12          MR. KEENAN:  Let him finish. | 12          MR. KEENAN:  Let him finish. | | | | |
| 13          MR. BACHUS:  I am.  I | 13          MR. BACHUS:  I am.  I | | | | |
| 14  thought he was finished.  I think | 14  thought he was finished.  I think | | | | |
| 15  everybody can agree there was a | 15  everybody can agree there was a | | | | |
| 16  pregnant pause. | 16  pregnant pause. | | | | |
| 17          THE WITNESS:  There was a | 17          THE WITNESS:  There was a | | | | |
| 18  pregnant pause.  I'm sorry -- | 18  pregnant pause.  I'm sorry -- | | | | |
| 19          MR. BACHUS:  All right. | 19          MR. BACHUS:  All right. | | | | |
| 20  Thank you. | 20  Thank you. | | | | |
| 21          THE WITNESS:  -- that's | 21          THE WITNESS:  -- that's | | | | |
| 22  perhaps part of my style of | 22  perhaps part of my style of | | | | |
| 23  speaking and -- and thinking. | 23  speaking and -- and thinking. | | | | |
| 24      If -- if the company, you | 24      If -- if the company, you | | | | |
| 123 | 123 | | | | |
| 1  know, had -- had made a statement | 1  know, had -- had made a statement | | | | |
| 2  about whether specific events were | 2  about whether specific events were | | | | |
| 3  observed or not observed, whether | 3  observed or not observed, whether | | | | |
| 4  -- that all the events had | 4  -- that all the events had | | | | |
| 5  recovered, it would depend upon | 5  recovered, it would depend upon | | | | |
| 6  whether the company had observed | 6  whether the company had observed | | | | |
| 7  that or not and, further, given | 7  that or not and, further, given | | | | |
| 8  the spectrum that we can see in | 8  the spectrum that we can see in | | | | |
| 9  the recovery of alopecia, was | 9  the recovery of alopecia, was | | | | |
| 10  there any statement to say that, | 10  there any statement to say that, | | | | |
| 11  you know, non-observed events may | 11  you know, non-observed events may | | | | |
| 12  occur. | 12  occur. | | | | |
| 13  BY MR. BACHUS: | 13  BY MR. BACHUS: | | | | |
| 14      Q.   Do you agree with me that if | 14      Q.   Do you agree with me that if | | | | |
| 15  Sanofi made affirmative representations | 15  Sanofi made affirmative representations | | | | |
| 16  to clinical trial enrollees that hair | 16  to clinical trial enrollees that hair | | | | |
| 17  loss was temporary, if that happened, and | 17  loss was temporary, if that happened, and | | | | |
| 18  if, hypothetically speaking, at the exact | 18  if, hypothetically speaking, at the exact | | | | |
| 19  same time, Sanofi had already established | 19  same time, Sanofi had already established | | | | |
| 20  a causal association between Taxotere use | 20  a causal association between Taxotere use | | | | |
| 21  and irreversible, nontemporary alopecia, | 21  and irreversible, nontemporary alopecia, | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 22  that would be inappropriate, wouldn't it? | 22  that would be inappropriate, wouldn't it? | | | | |
| 23     A.  If the company said all | 23     A.  If the company said all | | | | |
| 24  alopecia is temporary and did not say, | 24  alopecia is temporary and did not say, | | | | |
| 124 | 124 | | | | |
| 1  but other unobserved events may occur, | 1  but other unobserved events may occur, | | | | |
| 2  then I -- that would be, I think, unusual | 2  then I -- that would be, I think, unusual | | | | |
| 3  for the way the clinical trial enrollees | 3  for the way the clinical trial enrollees | | | | |
| 4  are usually treated. | 4  are usually treated. | | | | |
| 5     In 1996, you're talking | 5     In 1996, you're talking | | | | |
| 6  about a very early stage of development. | 6  about a very early stage of development. | | | | |
| 7  The drug is not that old, and a lot of | 7  The drug is not that old, and a lot of | | | | |
| 8  clinical trials are going on.  And within | 8  clinical trials are going on.  And within | | | | |
| 9  those clinical trials, enrollees usually | 9  those clinical trials, enrollees usually | | | | |
| 10  and physicians are usually told, this is | 10  and physicians are usually told, this is | | | | |
| 11  what we've seen up to this point, but we | 11  what we've seen up to this point, but we | | | | |
| 12  may see something that we haven't seen. | 12  may see something that we haven't seen. | | | | |
| 13  That's part of medical development. | 13  That's part of medical development. | | | | |
| 14     So the hypothetical that | 14     So the hypothetical that | | | | |
| 15  you're sort of posing I think is a very | 15  you're sort of posing I think is a very | | | | |
| 16  unusual hypothetical. | 16  unusual hypothetical. | | | | |
| 17     Q.  My hypothetical is pretty | 17     Q.  My hypothetical is pretty | | | | |
| 18  simple. | 18  simple. | | | | |
| 19     A.  You're saying they didn't -- | 19     A.  You're saying they didn't -- | | | | |
| 20  I'm sorry.  I'm sorry. | 20  I'm sorry.  I'm sorry. | | | | |
| 21     Q.  My hypothetical to you, | 21     Q.  My hypothetical to you, | | | | |
| 22  Doctor, is pretty simple and I'm really | 22  Doctor, is pretty simple and I'm really | | | | |
| 23  having difficulty understanding why you | 23  having difficulty understanding why you | | | | |
| 24  can't acknowledge that it would be | 24  can't acknowledge that it would be | | | | |
| 125 | 125 | | | | |
| 1  inappropriate. | 1  inappropriate. | | | | |
| 2     If a drug company | 2     If a drug company | Not previously ruled on.  Completeness, subject to objections | Sanofi provides zero explanation regarding what topic or questions this additional testimony is intended to "complete".  This testimony does NOT serve to complete any of the testimony designated by Plaintiffs and therefore must be stricken | | SUSTAINED |
| 3  hypothetically is saying one thing to | 3  hypothetically is saying one thing to | | | | |
| 4  clinical trial enrollees while absolutely | 4  clinical trial enrollees while absolutely | | | | |
| 5  knowing another thing that is | 5  knowing another thing that is | | | | |
| 6  contradictory, isn't that inappropriate? | 6  contradictory, isn't that inappropriate? | | | | |
| 7     MR. KEENAN:  Objection; | 7     MR. KEENAN:  Objection; | | | | |
| 8  form. | 8  form. | | | | |
| 9     MR. BACHUS:  If that | 9     MR. BACHUS:  If that | | | | |
| 10  happened, hypothetically speaking. | 10  happened, hypothetically speaking. | | | | |
| 11     THE WITNESS:  Okay.  So | 11     THE WITNESS:  Okay.  So | Not previously ruled on.  Completeness, subject to objections | Sanofi provides zero explanation regarding what topic or questions this additional testimony is intended to "complete".  This testimony does NOT serve to complete any of the testimony designated by Plaintiffs and therefore must be stricken | | |
| 12  there is a -- there's a very big | 12  there is a -- there's a very big | | | | |
| 13  difference in saying what we have | 13  difference in saying what we have | | | | |
| 14  observed, okay, and recognizing | 14  observed, okay, and recognizing | | | | |
| 15  that a profile of an event may go | 15  that a profile of an event may go | | | | |
| 16  beyond what you've observed. | 16  beyond what you've observed. | | | | |
| 17     If you -- if you -- | 17     If you -- if you -- | | | | |
| 18     MR. BACHUS:  But... | 18     MR. BACHUS:  But... | | | | |
| 19     THE WITNESS:  If you have a | 19     THE WITNESS:  If you have a | | | | |
| 20  -- if you've only observed a heart | 20  -- if you've only observed a heart | | | | |
| 21  attack where the patient | 21  attack where the patient | | | | |
| 22  recovered, okay, it would be known | 22  recovered, okay, it would be known | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 23   to have a possible relationship of | 23   to have a possible relationship of | | | | |
| 24   a heart attack that doesn't | 24   a heart attack that doesn't | | | | |
| 126 | 126 | | | | SUSTAINED |
| 1   recover. | 1   recover. | | | | |
| 2   But if you're going to -- if | 2   But if you're going to -- if | | | | |
| 3   you're going to say, this is what | 3   you're going to say, this is what | | | | |
| 4   we have observed, okay, you've | 4   we have observed, okay, you've | | | | |
| 5   only observed the heart attack | 5   only observed the heart attack | | | | |
| 6   recovered, but you should have | 6   recovered, but you should have | | | | |
| 7   language that says, but there may | 7   language that says, but there may | | | | |
| 8   be additional events that we have | 8   be additional events that we have | | | | |
| 9   not observed. | 9   not observed. | | | | |
| 10   And to my knowledge, usually | 10   And to my knowledge, usually | | | | |
| 11   when we discuss -- particularly in | 11   when we discuss -- particularly in | | | | |
| 12   the early stages of development | 12   the early stages of development | | | | |
| 13   discuss what may be seen by a | 13   discuss what may be seen by a | | | | |
| 14   clinical trial patient, we have | 14   clinical trial patient, we have | | | | |
| 15   additional language that says, | 15   additional language that says, | | | | |
| 16   this is what we've seen, but that | 16   this is what we've seen, but that | | | | |
| 17   doesn't rule out the possibility | 17   doesn't rule out the possibility | | | | |
| 18   of seeing something else. | 18   of seeing something else. | | | | |
| 19   MR. BACHUS:  Move to strike | 19   MR. BACHUS:  Move to strike | | | | |
| 20   as nonresponsive. | 20   as nonresponsive. | | | | |
| 21   I'll go with your heart | 21   I'll go with your heart | | | | |
| 22   attack scenario: | 22   attack scenario: | | | | |
| 23 BY MR. BACHUS: | 23 BY MR. BACHUS: | | | | |
| 24   Q.   If a drug company had | 24   Q.   If a drug company had | | Overruled | | |
| 127 | 127 | | | | |
| 1   observed fatal heart attacks, yet told | 1   observed fatal heart attacks, yet told | | | | |
| 2   clinical trial enrollees that there were | 2   clinical trial enrollees that there were | | | | |
| 3   no fatal heart attacks, would that be | 3   no fatal heart attacks, would that be | | | | |
| 4   appropriate? | 4   appropriate? | | | | |
| 5   A.   If they had observed fatal | 5   A.   If they had observed fatal | | | | |
| 6   heart attacks? | 6   heart attacks? | | | | |
| 7   Q.   Yes. | 7   Q.   Yes. | | | | |
| 8   A.   And they said that they had | 8   A.   And they said that they had | | | | |
| 9   never observed a fatal heart attack even | 9   never observed a fatal heart attack even | | | | |
| 10   though they observed a fatal heart | 10   though they observed a fatal heart | | | | |
| 11   attack, that -- that would be | 11   attack, that -- that would be | | | | |
| 12   misinformation. | 12   misinformation. | | | | |
| 13   Now, how the misinformation | 13   Now, how the misinformation | | | | |
| 14   got in there is a different question. | 14   got in there is a different question. | | | | |
| 15   Q.   That wouldn't be appropriate | 15   Q.   That wouldn't be appropriate | | | | |
| 16   if they did that in the hypothetical with | 16   if they did that in the hypothetical with | | | | |
| 17   the heart attack, would it? | 17   the heart attack, would it? | | | | |
| 18   A.   I would want them to have | 18   A.   I would want them to have | | | | |
| 19   current information in telling that. | 19   current information in telling that. | | | | |
| 20   Q.   Likewise -- | 20   Q.   Likewise -- | | | | |
| 21   A.   Now -- | 21   A.   Now -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previously Overruled.**<br><br>Improper Hypothetical; Speculation; Foundation; Irrelevant; Unduly Prejudicial; Argumentative; Improper 30(B)(6) testimony; Canadian Informed Consent (MIL 31) - This line of questioning (designated testimony from 127-34) is an improper hypothetical posed to a lay witness.  Plaintiff asked Dr. Kopreski a series of hypothetical questions about what "Sanofi" may or may not have done.  First, this line of questioning is an improper hypothetical posed to a lay witness as it misrepresents the evidence of this case and creates undue prejudice to Sanofi.  These hypotheticals do not relate to any specific set of circumstances that occurred prior to Plaintiff's treatment in 2008, nor do they relate to the warning Plaintiff received. They also imply that Sanofi intentionally withheld safety data, which is unsupported by the evidence. Second, Dr. Kopreski was not testifying as a 30(b)(6) witness and, therefore, he had no foundation to offer opinion testimony about Sanofi's intent of what it may or may not have done in any given hypothetical. 127:22 ("Sanofi had…");  128:17 ("If they did…"); 133:16 ("and if the company")<br><br>This objection is a standing objection to improper hypothetical testimony and is hereinafter referred to as "Standing Objection to Improper Hypothetical Testimony." | This witness is being asked a very simple question: Would it be appropriate from a drug safety perspective for sanofi to identify permanent hair loss in side effect drug surveillance but despite that knowledge only disclose to prescribers temporary hair loss as an outcome.  This witness agrees under oath that doing so would be inappropriate. This is highly relevant testimony because this is precisely what Sanofi did prior to Ms. Kahn being prescribed taxotere.  Having the top safety officer at Sanofi at the time acknowledge that doing so would be inappropriate is important information for the jury to hear.  This is one piece of important evidence.  The jury will be able to use this information along with other evidence showing that sanofi was aware of PCIA in 2008 and that Sanofi made the decision to only tell prescribers and patients about temporary hair loss as an outcome to decide if Sanofi failed to adequately warn of PCIA in 2008. | **SUSTAINED** | |
| 22      Q.   Likewise, if Sanofi had | 22      Q.   Likewise, if Sanofi had | | | Overruled | |
| 23  observed a causal association between | 23  observed a causal association between | | | | |
| 24  Taxotere and irreversible hair loss, but | 24  Taxotere and irreversible hair loss, but | | | | |
| 128 | 128 | | | | |
| 1  told their clinical and trial -- clinical | 1  told their clinical and trial -- clinical | | | | |
| 2  trial enrollees that they had only | 2  trial enrollees that they had only | | | | |
| 3  observed temporary hair loss, wouldn't | 3  observed temporary hair loss, wouldn't | | | | |
| 4  that equally be inappropriate? | 4  that equally be inappropriate? | | | | |
| 5      A.   So if they had cases of | 5      A.   So if they had cases of | | | | |
| 6  irreversible hair loss and they said that | 6  irreversible hair loss and they said that | | | | |
| 7  they had only observed temporary, again, | 7  they had only observed temporary, again, | | | | |
| 8  I think that would be inaccurate -- | 8  I think that would be inaccurate -- | | | | |
| 9  inaccurate. | 9  inaccurate. | | | | |
| 10      Q.   Can you say inappropriate or | 10      Q.   Can you say inappropriate or | | | | |
| 11  is it appropriate but inaccurate? | 11  is it appropriate but inaccurate? | | | | |
| 12      A.   Well, it would be | 12      A.   Well, it would be | | | | |
| 13  inaccurate.  Okay?  Now, how -- how did | 13  inaccurate.  Okay?  Now, how -- how did | | | | |
| 14  that end up?  How did -- you know, that | 14  that end up?  How did -- you know, that | | | | |
| 15  would have to be -- that would have to be | 15  would have to be -- that would have to be | | | | |
| 16  looked at because -- | 16  looked at because -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Not previously ruled on.<br><br>Improper Hypothetical; Argumentative; Improper 30(b)(6) testimony; Speculation; Foundation; Irrelevant; Unduly Prejudicial; Cumulative; Canadian Informed Consent (MIL 31). Standing Objection to Improper Hypothetical Testimony. | This witness is being asked a very simple question: Would it be appropriate from a drug safety perspective for sanofi to identify permanent hair loss in side effect drug surveillance but despite that knowledge only disclose to prescribers temporary hair loss as an outcome.  This witness agrees under oath that doing so would be inappropriate. This is highly relevant testimony because this is precisely what Sanofi prior to Ms. Kahn being prescribed taxotere.  Having the top safety officer at Sanofi at the time acknowledge that doing so would be inappropriate is important information for the jury to hear.  This is one piece of important evidence.  The jury will be able to use this information along with other evidence showing that sanofi was aware of PCIA in 2008 and that Sanofi made the decision to only tell prescibers and patients about temporary hair loss as an outcome to decide if Sanofi failed to adequately warn of PCIA in 2008. | SUSTAINED | |
| 17      Q.   If they did it willfully, | 17      Q.  If they did it willfully, | | | | |
| 18  that would be atrocious, wouldn't it? | 18  that would be atrocious, wouldn't it? | | | | |
| 19      A.   Well, if they did it | 19      A.  Well, if they did it | | | | |
| 20  willfully, that certainly would be | 20  willfully, that certainly would be | | | | |
| 21  inappropriate in my mind. | 21  inappropriate in my mind. | | | | |
| 22      Q.   Is it your testimony today | 22      Q.  Is it your testimony today | | | | |
| 23  that a causal association had been | 23  that a causal association had been | | | | |
| 24  established between Taxotere use and | 24  established between Taxotere use and | | | | |
| 129 | 129 | | | | |
| 1  irreversible hair loss in 1996? | 1  irreversible hair loss in 1996? | | | | |
| 2       MR. KEENAN:  Objection; | 2       MR. KEENAN:  Objection; | | | | |
| 3       form. | 3       form. | | | | |
| 4       THE WITNESS:  My testimony | 4       THE WITNESS:  My testimony | | | | |
| 5   is that a relationship between | 5   is that a relationship between | | | | |
| 6   Taxotere and alopecia -- the | 6   Taxotere and alopecia -- the | | | | |
| 7   diagnosis is alopecia.  And my | 7   diagnosis is alopecia.  And my | | | | |
| 8   testimony in 1996, there was | 8   testimony in 1996, there was | | | | |
| 9   established a diagnosis, to my | 9   established a diagnosis, to my | | | | |
| 10   knowledge -- and, again, I wasn't | 10   knowledge -- and, again, I wasn't | | | | |
| 11   in the company in 1996, but to my | 11   in the company in 1996, but to my | | | | |
| 12   knowledge, in 1996, alopecia had | 12   knowledge, in 1996, alopecia had | | | | |
| 13   been reported as -- with a | 13   been reported as -- with a | | | | |
| 14   possible relationship to Taxotere. | 14   possible relationship to Taxotere. | | | | |
| 15       MR. BACHUS:  I move to | 15       MR. BACHUS:  I move to | | | | |
| 16   strike as nonresponsive. | 16   strike as nonresponsive. | | | | |
| 17       I'll ask one more time and | 17       I'll ask one more time and | | | | |
| 18   if you answer the same way, that's | 18   if you answer the same way, that's | | | | |
| 19   fine, but I just want to make sure | 19   fine, but I just want to make sure | | | | |
| 20   you're hearing my question. | 20   you're hearing my question. | | | | |
| 21  BY MR. BACHUS: | 21  BY MR. BACHUS: | | | | |
| 22      Q.   I'm not asking about just | 22      Q.  I'm not asking about just | | | | |
| 23  alopecia in general.  I'm talking about a | 23  alopecia in general.  I'm talking about a | | | | |
| 24  specific type of alopecia.  Whether it | 24  specific type of alopecia.  Whether it | | | | |
| 130 | 130 | | | | |
| 1  falls within the definition of alopecia | 1  falls within the definition of alopecia | | | | |
| 2  is not the question.  Whether the word | 2  is not the question.  Whether the word | | | | |
| 3  "alopecia" was in the label is not the | 3  "alopecia" was in the label is not the | | | | |
| 4  question.  Okay? | 4  question.  Okay? | | | | |
| 5       I'm asking a very simple and | 5       I'm asking a very simple and | | | | |
| 6  specific question:  Is it your testimony | 6  specific question:  Is it your testimony | | | | |
| 7  today, Doctor, that by 1996, a causal | 7  today, Doctor, that by 1996, a causal | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 8  association had been established between | 8  association had been established between | | | | |
| 9  the use of Taxotere and irreversible | 9  the use of Taxotere and irreversible | | | | |
| 10  alopecia? | 10  alopecia? | | | | |
| 11       MR. KEENAN:  Objection; | 11       MR. KEENAN:  Objection; | | | | |
| 12       form. | 12       form. | | | | |
| 13       THE WITNESS:  Again, I think | 13       THE WITNESS:  Again, I think | | | | |
| 14    I'm going to have to rely on my | 14    I'm going to have to rely on my | | | | |
| 15    previous testimony, which I'll | 15    previous testimony, which I'll | | | | |
| 16    capsulize that in 1996, alopecia | 16    capsulize that in 1996, alopecia | | | | |
| 17    was in the label. | 17    was in the label. | | | | |
| 18       I don't agree with you that | 18       I don't agree with you that | | | | |
| 19    irreversible alopecia is some | 19    irreversible alopecia is some | | | | |
| 20    specific type of alopecia.  It's a | 20    specific type of alopecia.  It's a | | | | |
| 21    recovery of alopecia.  It's a | 21    recovery of alopecia.  It's a | | | | |
| 22    descriptor of alopecia, but the | 22    descriptor of alopecia, but the | | | | |
| 23    diagnostic term is alopecia.  And | 23    diagnostic term is alopecia.  And | | | | |
| 24    alopecia was in the label in 1996 | 24    alopecia was in the label in 1996 | | | | |
| 131 | 131 | | | | |
| 1    indicating that there was a | 1    indicating that there was a | | | | |
| 2    possible relationship between | 2    possible relationship between | | | | |
| 3    Taxotere and alopecia. | 3    Taxotere and alopecia. | | | | |
| 4  BY MR. BACHUS: | 4  BY MR. BACHUS: | | | | |
| 5       Q.  And to be clear, your | 5       Q.  And to be clear, your | | | | |
| 6  testimony is that by 1996, there was a | 6  testimony is that by 1996, there was a | | | | |
| 7  causal association established between | 7  causal association established between | | | | |
| 8  Taxotere use and something other than | 8  Taxotere use and something other than | | | | |
| 9  temporary alopecia. | 9  temporary alopecia. | | | | |
| 10     A.  No.  To be clear, I am not | 10     A.  No.  To be clear, I am not | | | | |
| 11  saying in my testimony that there are any | 11  saying in my testimony that there are any | | | | |
| 12  cases of alopecia that was irreversible | 12  cases of alopecia that was irreversible | | | | |
| 13  in 1996.  I don't frankly recall if there | 13  in 1996.  I don't frankly recall if there | | | | |
| 14  was any event in 1996.  I don't think | 14  was any event in 1996.  I don't think | | | | |
| 15  there's anything from 1995 or before in | 15  there's anything from 1995 or before in | | | | |
| 16  terms of a case of irreversible alopecia. | 16  terms of a case of irreversible alopecia. | | | | |
| 17  So my testimony is not that irreversible | 17  So my testimony is not that irreversible | | | | |
| 18  alopecia was being observed. | 18  alopecia was being observed. | | | | |
| 19       I would have to be -- you | 19       I would have to be -- you | | | | |
| 20  know, I can't recall such a case and as | 20  know, I can't recall such a case and as | | | | |
| 21  -- as you know -- you know, we went in | 21  -- as you know -- you know, we went in | | | | |
| 22  your 30(b)(6)s through a number of those | 22  your 30(b)(6)s through a number of those | | | | |
| 23  early cases, so, you know, perhaps if -- | 23  early cases, so, you know, perhaps if -- | | | | |
| 24  if I'm missing in my recollection, you | 24  if I'm missing in my recollection, you | | | | |
| 132 | 132 | | | | |
| 1  can refresh me, but I certainly don't | 1  can refresh me, but I certainly don't | | | | |
| 2  recall anything from 1995 and earlier. | 2  recall anything from 1995 and earlier. | | | | |
| 3       So my testimony is -- is not | 3       So my testimony is -- is not | | | | |
| 4  that cases of irreversible alopecia have | 4  that cases of irreversible alopecia have | | | | |
| 5  been observed, but my testimony is is | 5  been observed, but my testimony is is | | | | |
| 6  that alopecia had been observed and my | 6  that alopecia had been observed and my | | | | |
| 7  testimony also is is that alopecia has a | 7  testimony also is is that alopecia has a | | | | |
| 8  differential of recovery time, but that's | 8  differential of recovery time, but that's | | | | |
| 9  not the diagnosis.  The diagnosis is | 9  not the diagnosis.  The diagnosis is | | | | |
| 10  alopecia. | 10  alopecia. | | | | |
| 11       Q.  Based on your understanding | 11       Q.  Based on your understanding | | | | |
| 12  of the term "alopecia," a drug company | 12  of the term "alopecia," a drug company | | | | |
| 13  should never represent that it's | 13  should never represent that it's | | | | |
| 14  temporary, correct, and use the word | 14  temporary, correct, and use the word | | | | |
| 15  "alopecia" in conjunction with the word | 15  "alopecia" in conjunction with the word | | | | |
| 16  "temporary"? | 16  "temporary"? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 17      A.   Should a -- if a drug | 17      A.   Should a -- if a drug | | | | |
| 18  company is representing what's been | 18  company is representing what's been | | | | |
| 19  observed, it may have only observed | 19  observed, it may have only observed | | | | |
| 20  temporary and I think that would be a | 20  temporary and I think that would be a | | | | |
| 21  correct statement then.  The question is | 21  correct statement then.  The question is | | | | |
| 22  is the statement correct or not. | 22  is the statement correct or not. | | | | |
| 23      Q.   And if the company had | 23      Q.   And if the company had | | | | |
| 24  observed permanent, then the correct | 24  observed permanent, then the correct | | | | |
| 133 | 133 | | | | |
| 1  statement would be we have observed | 1  statement would be we have observed | | | | |
| 2  temporary and permanent alopecia.  That | 2  temporary and permanent alopecia.  That | | | | |
| 3  would be correct, too.  Right? | 3  would be correct, too.  Right? | | | | |
| 4      A.   Well, it depends -- | 4      A.   Well, it depends -- | | | | |
| 5  permanent in 1996 I don't think was a -- | 5  permanent in 1996 I don't think was a -- | | | | |
| 6  you know, an understood term, certainly | 6  you know, an understood term, certainly | | | | |
| 7  not diagnostic, but, you know, that -- I | 7  not diagnostic, but, you know, that -- I | | | | |
| 8  don't think that term was commonly being | 8  don't think that term was commonly being | | | | |
| 9  used in 1996. | 9  used in 1996. | | | | |
| 10        However -- however, to get, | 10        However -- however, to get, | | | | |
| 11  I think, to the underlying point, I think | 11  I think, to the underlying point, I think | | | | |
| 12  if -- I think if the company is going to | 12  if -- I think if the company is going to | | | | |
| 13  make a statement about what it observes, | 13  make a statement about what it observes, | | | | |
| 14  it should be making a correct statement | 14  it should be making a correct statement | | | | |
| 15  about what's been observed. | 15  about what's been observed. | | | | |
| | | **Previously Overruled.** | This witness is being asked a very simple question: Would it be appropriate from a drug safety perspective for sanofi to identify permanent hair loss in side effect drug surveillance but despite that knowledge only disclose to prescribers temporary hair loss as an outcome.  This witness agrees under oath that doing so would be inappropriate. This is highly relevant testimony because this is precisely what Sanofi did prior to Ms. Kahn being prescribed taxotere.  Having the top safety officer at Sanofi at the time acknowldge that doing so would be inappropriate is important information for the jury to hear.  This is one piece of important evidence.  The jury will be able to use this information along with other evidence showing that sanofi was aware of PCIA in 2008 and that Sanofi made the decision to only tell prescibers and patients about temporary hair loss as an outcome to decide if Sanofi failed to adequately warn of PCIA in 2008. | | SUSTAINED |
| | | Improper Hypothetical; Improper 30(b)(6) testimony; Argumentative; Speculation; Foundation; Irrelevant; Unduly Prejudicial;  Vague; Confusing; Cumulative; Standing objection to Improper Hypothetical Testimony. | | | |
| 16      Q.   And if the company therefore | 16      Q.   And if the company therefore | | | | |
| 17  has observed temporary alopecia and | 17  has observed temporary alopecia and | | | **Overruled** | |
| 18  permanent alopecia, it should describe | 18  permanent alopecia, it should describe | | | | |
| 19  both. | 19  both. | | | | |
| 20      A.   Well, what do you mean by | 20      A.   Well, what do you mean by | | | | |
| 21  permanent?  That -- when you say | 21  permanent?  That -- when you say | | | | |
| 22  permanent, are you talking about a period | 22  permanent, are you talking about a period | | | | |
| 23  of time or are you talking about that it | 23  of time or are you talking about that it | | | | |
| 24  hasn't recovered? | 24  hasn't recovered? | | | | |
| 134 | 134 | | | | |
| 1      Q.   In my hypothetical, it has | 1      Q.   In my hypothetical, it has | | | | |
| 2  never recovered. | 2  never recovered. | | | | |
| 3      A.   I think -- I think if | 3      A.   I think -- I think if | | | | |
| 4  there's clear evidence that it hasn't | 4  there's clear evidence that it hasn't | | | | |
| 5  recovered, then to me what would be | 5  recovered, then to me what would be | | | | |
| 6  appropriate would be being factual with | 6  appropriate would be being factual with | | | | |
| 7  what the evidence is at the time. | 7  what the evidence is at the time. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 8    Q.  So if we've only observed | 8    Q.  So if we've only observed | | | | |
| 9  temporary, it's appropriate to add in | 9  temporary, it's appropriate to add in | | | | |
| 10  temporary alopecia.  If we've only | 10  temporary alopecia.  If we've only | | | | |
| 11  observed permanent, then we would put in | 11  observed permanent, then we would put in | | | | |
| 12  permanent.  If we've observed both, it | 12  permanent.  If we've observed both, it | | | | |
| 13  would be appropriate to add in both. | 13  would be appropriate to add in both. | | | | |
| 14    A.  As long as -- as long as you | 14    A.  As long as -- as long as you | | | | |
| 15  don't place a limitation and tell the | 15  don't place a limitation and tell the | | | | |
| 16  patient, you know, that other events | 16  patient, you know, that other events | | | | |
| 17  cannot be seen. | 17  cannot be seen. | | | | |
| 18    Q.  All right. | 18    Q.  All right. | | | | |
| 19    A.  You know, I think -- I think | 19    A.  You know, I think -- I think | | | | |
| 20  you basically put down what has been | 20  you basically put down what has been | | | | |
| 21  observed -- now -- | 21  observed -- now -- | | | | |
| 22    Q.  And -- | 22    Q.  And -- | | | | |
| 23    A.  -- recognizing -- | 23    A.  -- recognizing -- | | | | |
| 24  recognizing in these documents, you know, | 24  recognizing in these documents, you know, | | | | |
| 135 | 135 | | | | |
| 1  new information's coming in all the time | 1  new information's coming in all the time | | | | |
| 2  and these documents are written over a | 2  and these documents are written over a | | | | |
| 3  period of months and reviewed -- and, | 3  period of months and reviewed -- and, | | | | |
| 4  you know, sometimes these things need to | 4  you know, sometimes these things need to | | | | |
| 5  be updated.  Sometimes one makes the best | 5  be updated.  Sometimes one makes the best | | | | |
| 6  attempt to get it right, but if something | 6  attempt to get it right, but if something | | | | |
| 7  new is coming in that month or -- you | 7  new is coming in that month or -- you | | | | |
| 8  know, then that should be updated. | 8  know, then that should be updated. | | | | |
| 9      But in general, you should | 9      But in general, you should | | | | |
| 10  be putting in what you are aware of at | 10  be putting in what you are aware of at | | | | |
| 11  the time, but particularly in early | 11  the time, but particularly in early | | | | |
| 12  clinical trials, you should make it clear | 12  clinical trials, you should make it clear | | | | |
| 13  that -- that other events may be seen. | 13  that -- that other events may be seen. | | | | |
| 14      That's the nature of early | 14      That's the nature of early | | | | |
| 15  trials, that -- that you don't have a | 15  trials, that -- that you don't have a | | | | |
| 16  very large patient population and -- and | 16  very large patient population and -- and | | | | |
| 17  other events, particularly rare events or | 17  other events, particularly rare events or | | | | |
| 18  very uncommon events, are unlikely to be | 18  very uncommon events, are unlikely to be | | | | |
| 19  seen as frequently in early trials as | 19  seen as frequently in early trials as | | | | |
| 20  might occur later on in the life cycle of | 20  might occur later on in the life cycle of | | | | |
| 21  the trial. | 21  the trial. | | | | |
| 22      MR. BACHUS:  I'll move to | 22      MR. BACHUS:  I'll move to | | | | |
| 23    strike as nonresponsive and I'll | 23    strike as nonresponsive and I'll | | | | |
| 24    reask the question so that I have | 24    reask the question so that I have | | | | |
| 136 | 136 | | | | |
| 1    an appropriate record. | 1    an appropriate record. | | | | |
| 2  BY MR. BACHUS: | 2  BY MR. BACHUS: | | | | |
| 3    Q.  The question that I asked, | 3    Q.  The question that I asked, | | | | |
| 4  which you can see for yourself is on page | 4  which you can see for yourself is on page | | | | |
| 5  121, starting with line 12, you gave an | 5  121, starting with line 12, you gave an | | | | |
| 6  answer and then I don't know what | 6  answer and then I don't know what | | | | |
| 7  happened. | 7  happened. | | | | |
| 8      But I'm going to reask the | 8      But I'm going to reask the | | | | |
| 9  question from page 121, line 12 on this | 9  question from page 121, line 12 on this | | | | |
| 10  realtime transcript:  So if we've only | 10  realtime transcript:  So if we've only | | | Plaintif Response to Objection: testimony withdrawn | |
| 11  observed temporary, it's appropriate to | 11  observed temporary, it's appropriate to | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 12  add in temporary alopecia.  If we've only | 12  add in temporary alopecia.  If we've only | | | | |
| 13  observed permanent, then we would put in | 13  observed permanent, then we would put in | | | | |
| 14  permanent.  If we've observed both, it | 14  permanent.  If we've observed both, it | | | | |
| 15  would be appropriate to add in both. | 15  would be appropriate to add in both. | | | | |
| 16       Do you agree with that? | 16       Do you agree with that? | | | | |
| 17     A.  I think I've answered this | 17     A.  I think I've answered this | | | | |
| 18  several times already and what I agreed | 18  several times already and what I agreed | | | | |
| 19  with is if -- it would be appropriate to | 19  with is if -- it would be appropriate to | | | | |
| 20  put in the observation that was being | 20  put in the observation that was being | | | | |
| 21  observed at the time, provided that there | 21  observed at the time, provided that there | | | | |
| 22  was caveat language that allowed for the | 22  was caveat language that allowed for the | | | | |
| 23  recognition that events that have not | 23  recognition that events that have not | | | | |
| 24  been observed may be observed in the | 24  been observed may be observed in the | | | | |
| 137 | 137 | | | | |
| 1  future. | 1  future. | | | | |
| 2       MR. BACHUS:  Thank you. | 2       MR. BACHUS:  Thank you. | | | | |
| 3       - - - | 3       - - - | | | | |
| 4       (Deposition Exhibit No. | 4       (Deposition Exhibit No. | | | | |
| 5       Kopreski-5, Series of CIOMS | 5       Kopreski-5, Series of CIOMS | | | | |
| 6       Suspect Adverse Reaction Reports, | 6       Suspect Adverse Reaction Reports, | | | | |
| 7       Sanofi_02705693, was marked for | 7       Sanofi_02705693, was marked for | | | | |
| 8       identification.) | 8       identification.) | | | | |
| 9       - - - | 9       - - - | | | | |
| 10  BY MR. BACHUS: | 10  BY MR. BACHUS: | | | | |
| 11     Q.  I'd like to hand you what's | 11     Q.  I'd like to hand you what's | | | | |
| 12  been marked as Exhibit 5 to the | 12  been marked as Exhibit 5 to the | | | | |
| 13  deposition. | 13  deposition. | | | | |
| 14       MR. KEENAN:  Thank you. | 14       MR. KEENAN:  Thank you. | | | | |
| 15       THE WITNESS:  Before we -- | 15       THE WITNESS:  Before we -- | | | | |
| 16  I'm sorry, Mr. Bachus, for this | 16  I'm sorry, Mr. Bachus, for this | | | | |
| 17  interruption, but before we | 17  interruption, but before we | | | | |
| 18  proceed to this exhibit, could I | 18  proceed to this exhibit, could I | | | | |
| 19  have a three-minute break? | 19  have a three-minute break? | | | | |
| 20       MR. BACHUS:  Sure. | 20       MR. BACHUS:  Sure. | | | | |
| 21       MR. KEENAN:  So we're using | 21       MR. KEENAN:  So we're using | | | | |
| 22  -- | 22  -- | | | | |
| 23       THE VIDEO TECHNICIAN:  One | 23       THE VIDEO TECHNICIAN:  One | | | | |
| 24  second.  The time is 11 -- | 24  second.  The time is 11 -- | | | | |
| 138 | 138 | | | | |
| 1       MR. BACHUS:  I'll explain to | 1       MR. BACHUS:  I'll explain to | | | | |
| 2  you off the record. | 2  you off the record. | | | | |
| 3       THE VIDEO TECHNICIAN:  The | 3       THE VIDEO TECHNICIAN:  The | | | | |
| 4  time is 11:49 a.m.  Off the | 4  time is 11:49 a.m.  Off the | | | | |
| 5  record. | 5  record. | | | | |
| 6       (A recess was taken from | 6       (A recess was taken from | | | | |
| 7  11:49 a.m. to 11:58 a.m.) | 7  11:49 a.m. to 11:58 a.m.) | | | | |
| 8       THE VIDEO TECHNICIAN:  Okay. | 8       THE VIDEO TECHNICIAN:  Okay. | | | | |
| 9  We are back on the record.  The | 9  We are back on the record.  The | | | | |
| 10  time is 11:58 a.m. | 10  time is 11:58 a.m. | | | | |
| 11  BY MR. BACHUS: | 11  BY MR. BACHUS: | | | | |
| 12     Q.  Dr. Kopreski, I've handed | 12     Q.  Dr. Kopreski, I've handed | | | | |
| 13  you what's been marked as Exhibit 5 to | 13  you what's been marked as Exhibit 5 to | | | | |
| 14  the deposition.  You'll note that on the | 14  the deposition.  You'll note that on the | | | | |
| 15  front of Exhibit 5 -- | 15  front of Exhibit 5 -- | | | | |
| 16     A.  I'm sorry.  I have Exhibit | 16     A.  I'm sorry.  I have Exhibit | | | | |
| 17  10 marked? | 17  10 marked? | | | | |
| 18       MR. KEENAN:  It is not -- | 18       MR. KEENAN:  It is not -- | | | | |
| 19  there's no exhibit sticker.  This | 19  there's no exhibit sticker.  This | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 20    is 5 in this deposition. | 20    is 5 in this deposition. | | | | |
| 21      THE WITNESS: Okay. | 21      THE WITNESS: Okay. | | | | |
| 22      MR. BACHUS: Yeah, I was | 22      MR. BACHUS: Yeah, I was | | | | |
| 23    about to say, if you look on the | 23    about to say, if you look on the | | | | |
| 24    screen, it says Exhibit 5, but | 24    screen, it says Exhibit 5, but | | | | |
| 139 | 139 | | | | |
| 1    you'll also note that on the front | 1    you'll also note that on the front | | | | |
| 2    cover of Exhibit -- Exhibit 5 is | 2    cover of Exhibit -- Exhibit 5 is | | | | |
| 3    an Exhibit 10 from your corporate | 3    an Exhibit 10 from your corporate | | | | |
| 4    deposition. | 4    deposition. | | | | |
| 5      THE WITNESS: Okay. Thank | 5      THE WITNESS: Okay. Thank | | | | |
| 6    you. | 6    you. | | | | |
| 7  BY MR. BACHUS: | 7  BY MR. BACHUS: | | | | |
| 8    Q.  All right? But you'll note | 8    Q.  All right? But you'll note | | | | |
| 9  that this Exhibit 5 that we have | 9  that this Exhibit 5 that we have | | | | |
| 10  incorporates Exhibits 10, 11, 12, 13, and | 10  incorporates Exhibits 10, 11, 12, 13, and | | | | |
| 11  I think 14 is the last -- 14 -- from the | 11  I think 14 is the last -- 14 -- from the | | | | |
| 12  corporate deposition. Okay? | 12  corporate deposition. Okay? | | | | |
| 13    A.  Okay. | 13    A.  Okay. | | | | |
| 14    Q.  If you could take a look at | 14    Q.  If you could take a look at | **Previously Overruled.**<br><br>Irrelevant, Unduly Prejudicial, Misleading, Confusing, Hearsay, Adverse Event Reports (MIL 5): Exhibit 5 is a series of adverse event reports that Plaintiff will likely argue are purported "notice" to Sanofi, however, they are not relevant to notice. These reports occurred in 1999. Plaintiff's experts do not allege that Sanofi should have updated its labeling until 2006, so these 1999 reports could not have served as "notice" for establishing a causal association/label change. These complaints are also not relevant to the issue of causation and contain hearsay.<br><br>This objection is a standing objection to all testimony related to Exhibit 5 and is hereinafter referred to as "Standing Objection to Exhibit 5." | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that following these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | **OVERRULED** | |
| 15  the second page of Exhibit 5, which would | 15  the second page of Exhibit 5, which would | | | | |
| 16  be this first page of the CIOMs adverse | 16  be this first page of the CIOMs adverse | | | | |
| 17  reaction report? | 17  reaction report? | | | | |
| 18    A.  Okay. | 18    A.  Okay. | | | | |
| 19    Q.  You're familiar with this | 19    Q.  You're familiar with this | | | | |
| 20  type of report, aren't you, Doctor? | 20  type of report, aren't you, Doctor? | | | | |
| 21    A.  I am. | 21    A.  I am. | | | | |
| 22    Q.  And these are reports that | 22    Q.  And these are reports that | | | | |
| 23  were received by Sanofi; correct? | 23  were received by Sanofi; correct? | | Overruled | | |
| 24    A.  To the best of my knowledge. | 24    A.  To the best of my knowledge. | | | | |
| 140 | 140 | | | | |
| 1    Q.  Right. And an adverse | 1    Q.  Right. And an adverse | | | | |
| 2  reaction report like this can come from | 2  reaction report like this can come from | | | | |
| 3  more than one source, would you agree | 3  more than one source, would you agree | | | | |
| 4  with that? | 4  with that? | | | | |
| 5    A.  Yes. | 5    A.  Yes. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 6  Q.  You may get an adverse<br>7  reaction report from -- from a patient.<br>8  You may get a report from a clinical<br>9  trial.  You may get a report from a<br>10  doctor's office or a pharmacist; correct?<br>11  A.  That's correct.<br>12  Q.  So if we look at the second<br>13  page of Exhibit 5 and we just look down<br>14  at the source, which is in box 24d, this<br>15  came from a healthcare professional and<br>16  from a study; isn't that right?<br>17  A.  It says that it came from --<br>18  yes, that's correct, from a healthcare<br>19  professional and a study.<br>20  Q.  And I'm also going to go<br>21  over it on the screen, too.<br>22  A.  Okay. | 6  Q.  You may get an adverse<br>7  reaction report from -- from a patient.<br>8  You may get a report from a clinical<br>9  trial.  You may get a report from a<br>10  doctor's office or a pharmacist; correct?<br>11  A.  That's correct.<br>12  Q.  So if we look at the second<br>13  page of Exhibit 5 and we just look down<br>14  at the source, which is in box 24d, this<br>15  came from a healthcare professional and<br>16  from a study; isn't that right?<br>17  A.  It says that it came from --<br>18  yes, that's correct, from a healthcare<br>19  professional and a study.<br>20  Q.  And I'm also going to go<br>21  over it on the screen, too.<br>22  A.  Okay. | Previously Overruled.<br><br>Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is testifying about the various ways his safety department at Sanofi would learn about reports of side effects including PCIA. | Overruled | OVERRULED |
| 23  Q.  This report indicates it was<br>24  received by the manufacturer on February<br>141<br>1  the 9th, 1999.  Do you agree with that?<br>2  A.  Yes, I do.<br>3  Q.  And do you agree with me<br>4  that this report, if you look up at the<br>5  top, was received from a Dr. Nabholtz?<br>6  Do you see that?<br>7  A.  Yes, I do.<br>8  Q.  And Dr. Nabholtz was one of<br>9  the evaluators for a clinical trial,<br>10  clinical trial 702?  Do you remember<br>11  that? | 23  Q.  This report indicates it was<br>24  received by the manufacturer on February<br>141<br>1  the 9th, 1999.  Do you agree with that?<br>2  A.  Yes, I do.<br>3  Q.  And do you agree with me<br>4  that this report, if you look up at the<br>5  top, was received from a Dr. Nabholtz?<br>6  Do you see that?<br>7  A.  Yes, I do.<br>8  Q.  And Dr. Nabholtz was one of<br>9  the evaluators for a clinical trial,<br>10  clinical trial 702?  Do you remember<br>11  that? | Previously Overruled.<br><br>Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that followng these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | Overruled | OVERRULED |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 12      A.   I --- | 12      A.   I --- | | | | |
| 13      Q.   If you look at the screen, | 13      Q.   If you look at the screen, | | | | |
| 14   you'll see where I've highlighted. | 14   you'll see where I've highlighted. | | | | |
| 15      A.   Yes, yes, I believe that is | 15      A.   Yes, yes, I believe that is | | | | |
| 16   correct. | 16   correct. | | | | |
| 17      Q.   All right. | 17      Q.   All right. | | | | |
| 18      And if you look at -- the | 18      And if you look at -- the | | | | |
| 19   next page on this particular adverse | 19   next page on this particular adverse | | | | |
| 20   event report indicates that this patient | 20   event report indicates that this patient | | | | |
| 21   experienced grade II alopecia during | 21   experienced grade II alopecia during | | | | |
| 22   course one of chemotherapy in 1996. | 22   course one of chemotherapy in 1996. | | | | |
| 23      Do you see that? | 23      Do you see that? | | | | |
| 24      A.   Yes.  If I could just | 24      A.   Yes.  If I could just | | | | |
| 142 | 142 | | | | |
| 1   refresh myself on this entire report, | 1   refresh myself on this entire report, | | | | |
| 2   that might help. | 2   that might help. | | | | |
| 3      Q.   Sure, and I'm going to ask | 3      Q.   Sure, and I'm going to ask | | | | |
| 4   very limited questions about it. | 4   very limited questions about it. | | | | |
| 5      A.   Okay. | 5      A.   Okay. | | | | |
| 6      (Pause.) | 6      (Pause.) | | | | |
| 7      THE WITNESS:  Okay. | 7      THE WITNESS:  Okay. | | | | |
| 8   BY MR. BACHUS: | 8   BY MR. BACHUS: | | | | |
| | | **Previously Overruled.**<br><br>Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that followng these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | | **OVERRULED** |
| 9      Q.   If you look on the top of | 9      Q.   If you look on the top of | | | **Overruled** | |
| 10   page 2, you see that Dr. Nabholtz says | 10   page 2, you see that Dr. Nabholtz says | | | | |
| 11   that the grade II alopecia continues as | 11   that the grade II alopecia continues as | | | | |
| 12   of 1999, although the eighth and final | 12   of 1999, although the eighth and final | | | | |
| 13   course of the drug was completed in 1997. | 13   course of the drug was completed in 1997. | | | | |
| 14      Do you see that at the top? | 14      Do you see that at the top? | | | | |
| 15      A.   Yes, I do. | 15      A.   Yes, I do. | | | | |
| 16      Q.   And, again, you can look at | 16      Q.   And, again, you can look at | | | | |
| 17   the screen. | 17   the screen. | | | | |
| 18      A.   Yes, I do. | 18      A.   Yes, I do. | | | | |
| 19      Q.   And if you look at box 12 | 19      Q.   And if you look at box 12 | | | **Overruled** | |
| 20   under other outcome, do you see that Dr. | 20   under other outcome, do you see that Dr. | | | | |
| 21   Nabholtz characterized this alopecia | 21   Nabholtz characterized this alopecia | | | | |
| 22   grade II that was continuing as medically | 22   grade II that was continuing as medically | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 23 significant? | 23 significant? | | | | |
| 24 A. Yes. | 24 A. Yes. | | | | |
| 143 | 143 | | | | |
| 1 Q. All right. And this -- | 1 Q. All right. And this -- | | | | |
| 2 again, this would have been a report -- | 2 again, this would have been a report -- | | | | |
| 3 according to page 2 of Exhibit 5, this | 3 according to page 2 of Exhibit 5, this | | | | |
| 4 was a report that was received by the | 4 was a report that was received by the | | | | |
| 5 company from one of its clinical trial | 5 company from one of its clinical trial | | | | |
| 6 evaluators, Dr. Nabholtz, in February of | 6 evaluators, Dr. Nabholtz, in February of | | | | |
| 7 1999; correct? | 7 1999; correct? | | | | |
| 8 A. That is correct. | 8 A. That is correct. | | | | |
| 9 Q. And if you would look at -- | 9 Q. And if you would look at -- | | | | |
| 10 you continue to go a couple of pages in | 10 you continue to go a couple of pages in | | | | |
| 11 and you'll see where there's an Exhibit | 11 and you'll see where there's an Exhibit | | | | |
| 12 11 -- 11 sticker? It looks like this if | 12 11 -- 11 sticker? It looks like this if | | | | |
| 13 you look on the screen. Do you see | 13 you look on the screen. Do you see | Not previously ruled on.<br><br>Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events); MIL 24 (Foreign Labeling/Regulatory). Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999. The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial. Dr. Nabholtz characterizes PCIA as a serious side effect. This evidence goes to the issue of Notice. Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated. What Sanofi did or didn't do with this important clinical trial information is important. Here we know that followng these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999. This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | OVERRULED | |
| 14 Exhibit 11? | 14 Exhibit 11? | | | | |
| 15 A. I do. | 15 A. I do. | | | | |
| 16 Q. Okay. Now, that's again -- | 16 Q. Okay. Now, that's again -- | | | | |
| 17 that's Exhibit 11 from your corporate | 17 that's Exhibit 11 from your corporate | | | | |
| 18 deposition. It's part of Exhibit 5 here, | 18 deposition. It's part of Exhibit 5 here, | | | | |
| 19 though. Okay? We're still looking at | 19 though. Okay? We're still looking at | | | | |
| 20 Exhibit 5. | 20 Exhibit 5. | | | | |
| 21 A. Okay. | 21 A. Okay. | | | | |
| 22 Q. But it's an easy way -- | 22 Q. But it's an easy way -- | | | | |
| 23 A. Sure. | 23 A. Sure. | | | | |
| 24 Q. -- to identify -- | 24 Q. -- to identify -- | | | | |
| 144 | 144 | | | | |
| 1 A. That's fine. | 1 A. That's fine. | | | | |
| 2 Q. -- the next adverse event | 2 Q. -- the next adverse event | | | | |
| 3 report. | 3 report. | | | | |
| 4 A. Okay. That's fine. | 4 A. Okay. That's fine. | | | | |
| 5 Q. All right? And if you would | 5 Q. All right? And if you would | | | Overruled | |
| 6 look at this second adverse event report, | 6 look at this second adverse event report, | | | | |
| 7 if we look at the top again, do you see | 7 if we look at the top again, do you see | | | | |
| 8 that this is Dr. Nabholtz again? | 8 that this is Dr. Nabholtz again? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 9      A.  Yes, I do.  If you again | 9      A.  Yes, I do.  If you again | | | | |
| 10  just give me a moment to look at this | 10  just give me a moment to look at this | | | | |
| 11  exhibit? | 11  exhibit? | | | | |
| 12          MR. BACHUS:  Sure. | 12          MR. BACHUS:  Sure. | | | | |
| 13          THE WITNESS:  I know I've | 13          THE WITNESS:  I know I've | | | | |
| 14      seen these in the 30(b)(6) and | 14      seen these in the 30(b)(6) and | | | | |
| 15      we've talked about these -- | 15      we've talked about these -- | | | | |
| 16          MR. BACHUS:  You have and | 16          MR. BACHUS:  You have and | | | | |
| 17      we're not going to go over them | 17      we're not going to go over them | | | | |
| 18      again in detail.  I just wanted to | 18      again in detail.  I just wanted to | | | | |
| 19      ask a -- | 19      ask a -- | | | | |
| 20          THE WITNESS:  Sure. | 20          THE WITNESS:  Sure. | | | | |
| 21          MR. BACHUS:  -- couple of | 21          MR. BACHUS:  -- couple of | | | | |
| 22      questions about them. | 22      questions about them. | | | | |
| 23          THE WITNESS:  Sure. | 23          THE WITNESS:  Sure. | | | | |
| 24      (Pause.) | 24      (Pause.) | | | | |
| 145 | 145 | | | | |
| 1      THE WITNESS:  Okay, Mr. | 1      THE WITNESS:  Okay, Mr. | | | | |
| 2      Bachus. | 2      Bachus. | | | | |
| 3  BY MR. BACHUS: | 3  BY MR. BACHUS: | | | | |
| 4      Q.  If you go to the top of this | 4      Q.  If you go to the top of this | **Previously Overruled.**<br><br>Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that follwing these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | | **OVERRULED** |
| 5  adverse event report, this is also a | 5  adverse event report, this is also a | | | | |
| 6  clinical trial participant from TAX702. | 6  clinical trial participant from TAX702. | | | Overruled | |
| 7  Do you see that? | 7  Do you see that? | | | | |
| 8      A.  That's correct. | 8      A.  That's correct. | | | | |
| 9      Q.  And if you go to the bottom | 9      Q.  And if you go to the bottom | | | | |
| 10  on the date received in box 24c, that, | 10  on the date received in box 24c, that, | | | | |
| 11  again, this is the same date as the | 11  again, this is the same date as the | | | | |
| 12  previous adverse event report we looked | 12  previous adverse event report we looked | | | | |
| 13  at, February the 9th, 1999. | 13  at, February the 9th, 1999. | | | | |
| 14      Do you see that? | 14      Do you see that? | | | | |
| 15      A.  That is correct. | 15      A.  That is correct. | | | | |
| 16      Q.  And, again, it's from a | 16      Q.  And, again, it's from a | | | | |
| 17  study participant being reported by a | 17  study participant being reported by a | | | | |
| 18  healthcare professional; is that right? | 18  healthcare professional; is that right? | | | | |
| 19      A.  That's correct. | 19      A.  That's correct. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Previously Overruled.<br><br>Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that followng these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | | |
| 20    Q.  And this particular | 20    Q.  And this particular | | | Overruled | OVERRULED |
| 21  patient -- Dr. Nabholtz is explaining | 21  patient -- Dr. Nabholtz is explaining | | | | |
| 22  under the description on page 2 of the | 22  under the description on page 2 of the | | | | |
| 23  CIOMS report that this patient | 23  CIOMS report that this patient | | | | |
| 24  experienced grade II alopecia in 1996 | 24  experienced grade II alopecia in 1996 | | | | |
| 146 | 146 | | | | |
| 1  after her first course of chemotherapy, | 1  after her first course of chemotherapy, | | | | |
| 2  but alopecia is still ongoing to this | 2  but alopecia is still ongoing to this | | | | |
| 3  date, which is the February 2009 date. | 3  date, which is the February 2009 date. | | | | |
| 4      Do you see that? | 4      Do you see that? | | | | |
| 5     A.  Yes, I do. | 5     A.  Yes, I do. | | | | |
| 6     Q.  And, again, Dr. Nabholtz | 6     Q.  And, again, Dr. Nabholtz | | | | |
| 7  alerts the company that he considers this | 7  alerts the company that he considers this | | | | |
| 8  to be medically significant.  Do you see | 8  to be medically significant.  Do you see | | | | |
| 9  that in box 12? | 9  that in box 12? | | | | |
| 10     A.  Yes, I do. | 10     A.  Yes, I do. | | | | |
| 11     Q.  All right. | 11     Q.  All right. | | | | |
| 12      If you would go onto the | 12      If you would go onto the | | | | |
| 13  next page, you'll see a yellow sticker | 13  next page, you'll see a yellow sticker | | | | |
| 14  for Exhibit 12 from the corporate | 14  for Exhibit 12 from the corporate | | | | |
| 15  deposition.  Again, this is still part of | 15  deposition.  Again, this is still part of | | | | |
| 16  Exhibit 5 in this deposition. | 16  Exhibit 5 in this deposition. | | | | |
| 17      Do you see that? | 17      Do you see that? | | | | |
| 18     A.  Yes. | 18     A.  Yes. | | | | |
| 19     Q.  All right.  And this is | 19     Q.  All right.  And this is | | | | |
| 20  another CIOMS report.  And if you look, | 20  another CIOMS report.  And if you look, | | | | |
| 21  do you agree that this CIOMS report also | 21  do you agree that this CIOMS report also | | | | |
| 22  came from Dr. Nabholtz? | 22  came from Dr. Nabholtz? | | | | |
| 23     A.  I agree.  Yes, it's from Dr. | 23     A.  I agree.  Yes, it's from Dr. | | | | |
| 24  Nabholtz. | 24  Nabholtz. | | | | |
| 147 | 147 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | Previously Overruled. Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that followng these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | OVERRULED | |
| 1    Q.   And is another clinical | 1    Q.   And is another clinical | | Overruled | | |
| 2  trial participant from TAC702? | 2  trial participant from TAC702? | | | | |
| 3    A.   Yes, this is from the same | 3    A.   Yes, this is from the same | | | | |
| 4  study, 702 | 4  study, 702. | | | | |
| 5    Q.   And if you go to the bottom, | 5    Q.   And if you go to the bottom, | | | | |
| 6  this looks like it was reported on the | 6  this looks like it was reported on the | | | | |
| 7  same date -- | 7  same date -- | | | | |
| 8    A.   Yes. | 8    A.   Yes. | | | | |
| 9    Q.   -- February 9th, 1999? | 9    Q.   -- February 9th, 1999? | | | | |
| 10    A.   So if you just again give me | 10    A.   So if you just again give me | | | | |
| 11  a moment? | 11  a moment? | | | | |
| 12    Q.   Sure.  I was looking at box | 12    Q.   Sure.  I was looking at box | | | | |
| 13  24c for the date. | 13  24c for the date. | | | | |
| 14    A.   Yes, no, just a moment to | 14    A.   Yes, no, just a moment to | | | | |
| 15  look at -- | 15  look at -- | | | | |
| 16    Q.   Sure. | 16    Q.   Sure. | | | | |
| 17    A.   It's brief. | 17    A.   It's brief. | | | | |
| 18       (Pause.) | 18       (Pause.) | | | | |
| 19       THE WITNESS:  Okay. | 19       THE WITNESS:  Okay. | | | | |
| 20  BY MR. BACHUS: | 20  BY MR. BACHUS: | | | | |
| 21    Q.   Do you see on the -- in box | 21    Q.   Do you see on the -- in box | | | | |
| 22  24c that this is an adverse event that | 22  24c that this is an adverse event that | | | | |
| 23  was reported to the company on February | 23  was reported to the company on February | | | | |
| 24  9th, 1999? | 24  9th, 1999? | | | | |
| 148 | 148 | | | | |
| 1    A.   I do. | 1    A.   I do. | | | | |
| 2    Q.   And, again, it is from a | 2    Q.   And, again, it is from a | | | | |
| 3  clinical trial and from a healthcare | 3  clinical trial and from a healthcare | | | | |
| 4  professional?  Do you see that at the | 4  professional?  Do you see that at the | | | | |
| 5  bottom? | 5  bottom? | | | | |
| 6    A.   Yes. | 6    A.   Yes. | | | | |
| 7    Q.   You can look -- | 7    Q.   You can look -- | | | | |
| 8    A.   Yes -- yes, I do. | 8    A.   Yes -- yes, I do. | | | | |
| 9    Q.   -- at the screen, too. | 9    Q.   -- at the screen, too. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previously Overruled.**  Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that followng these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | **OVERRULED** | |
| 10        And in this case, in the | 10        And in this case, in the | | | **Overruled** | |
| 11   description on the following page, Dr. | 11   description on the following page, Dr. | | | | |
| 12   Nabholtz is reporting that this patient | 12   Nabholtz is reporting that this patient | | | | |
| 13   experienced grade II alopecia on | 13   experienced grade II alopecia on | | | | |
| 14   September of 1996; and then it says, on | 14   September of 1996; and then it says, on | | | | |
| 15   the next line, grade II alopecia | 15   the next line, grade II alopecia | | | | |
| 16   continues as of this date, although the | 16   continues as of this date, although the | | | | |
| 17   eighth and final drug -- course of the | 17   eighth and final drug -- course of the | | | | |
| 18   drug was in January of 1997. | 18   drug was in January of 1997. | | | | |
| 19        Do you see that? | 19        Do you see that? | | | | |
| 20     A.   I do. | 20     A.   I do. | | | | |
| 21     Q.   And, again in box 12, Dr. | 21     Q.   And, again in box 12, Dr. | | | | |
| 22   Nabholtz notified the company that he | 22   Nabholtz notified the company that he | | | | |
| 23   felt this was medically significant.  Do | 23   felt this was medically significant.  Do | | | | |
| 24   you see that? | 24   you see that? | | | | |
|                                   149 |                                   149 | | | | |
| 1     A.   Yes. | 1     A.   Yes. | | | | |
| 2     Q.   And then if you would turn | 2     Q.   And then if you would turn | | | | |
| 3   to what is marked as Exhibit 13 -- in the | 3   to what is marked as Exhibit 13 -- in the | | | | |
| 4   corporate deposition, you'll see that | 4   corporate deposition, you'll see that | | | | |
| 5   yellow sticker again?  Do you see that? | 5   yellow sticker again?  Do you see that? | | | | |
| 6     A.   Yes, I do. | 6     A.   Yes, I do. | | | | |
| 7     Q.   -- and then in my copy, this | 7     Q.   -- and then in my copy, this | | | | |
| 8   one is stapled backwards in terms of the | 8   one is stapled backwards in terms of the | | | | |
| 9   -- what's the first page and the second | 9   -- what's the first page and the second | | | | |
| 10   page of that CIOMS report. | 10   page of that CIOMS report. | | | | |
| 11        MR. KEENAN:  Yes, it is. | 11        MR. KEENAN:  Yes, it is. | | | | |
| 12        Got it, uh-hum. | 12        Got it, uh-hum. | | | | |
| 13        THE WITNESS:  So you're | 13        THE WITNESS:  So you're | | | | |
| 14   looking at what -- maybe you can | 14   looking at what -- maybe you can | | | | |
| 15   give me the -- the last four of | 15   give me the -- the last four of | | | | |
| 16   the control -- manufacturer | 16   the control -- manufacturer | | | | |
| 17   control number? | 17   control number? | | | | |
| 18        MR. BACHUS:  It is 05 -- | 18        MR. BACHUS:  It is 05 -- | | | | |
| 19   it's right here -- | 19   it's right here -- | | | | |
| 20        THE WITNESS:  5268? | 20        THE WITNESS:  5268? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 21        MR. BACHUS: 5268. | 21        MR. BACHUS: 5268. | | | | |
| 22        THE WITNESS: Okay. | 22        THE WITNESS: Okay. | | | | |
| 23        MR. BACHUS: Yep. | 23        MR. BACHUS: Yep. | | | | |
| 24        THE WITNESS: Okay. | 24        THE WITNESS: Okay. | | | | |
| 150 | 150 | | | | |
| 1  BY MR. BACHUS: | 1  BY MR. BACHUS: | | | | |
| 2      Q.   And that's the patient | 2      Q.   And that's the patient | | | | |
| 3  identification number? | 3  identification number? | | | | |
| 4      A.   Yes. | 4      A.   Yes. | | | | |
| 5      Q.   All right.  And this is, | 5      Q.   All right.  And this is, | | | | |
| 6  again, from Dr. Nabholtz, if you look at | 6  again, from Dr. Nabholtz, if you look at | | | | |
| 7  the top in box 7 -- | 7  the top in box 7 -- | | | | |
| 8      A.   Correct. | 8      A.   Correct. | | | | |
| 9      Q.   -- and again there's a | 9      Q.   -- and again there's a | | | | |
| 10  clinical trial participant from TAX702. | 10  clinical trial participant from TAX702. | | | | |
| 11  Do you see that? | 11  Do you see that? | | | | |
| 12      A.   Yes, correct. | 12      A.   Yes, correct. | | | | |
| 13      Q.   And the report date is the | 13      Q.   And the report date is the | | | Overruled | |
| 14  same as the other three that we've | 14  same as the other three that we've | | | | |
| 15  already discussed, which is February the | 15  already discussed, which is February the | | | | |
| 16  9th, 1999.  Do you see that?  It's on box | 16  9th, 1999.  Do you see that?  It's on box | | | | |
| 17  24. | 17  24. | | | | |
| 18      A.   Yes, I do. | 18      A.   Yes, I do. | | | | |
| 19      Q.   And the report source is a | 19      Q.   And the report source is a | | | | |
| 20  study and a healthcare professional.  Do | 20  study and a healthcare professional.  Do | | | | |
| 21  you see that in box 24d? | 21  you see that in box 24d? | | | | |
| 22      A.   Yes. | 22      A.   Yes. | | | | |
| 23      Q.   All right.  Now we actually | 23      Q.   All right.  Now we actually | | | | |
| 24  have to roll forward a page for the | 24  have to roll forward a page for the | | | | |
| 151 | 151 | | | | |
| 1  description only because they're stapled | 1  description only because they're stapled | | | | |
| 2  backwards. | 2  backwards. | | | | |
| 3      A.   That's fine. | 3      A.   That's fine. | | | | |
| 4      Q.   And in this fourth case | 4      Q.   And in this fourth case | | | | |
| 5  being reported by Dr. Nabholtz, he's | 5  being reported by Dr. Nabholtz, he's | | | | |
| 6  indicating that she experienced grade II | 6  indicating that she experienced grade II | | | | |
| 7  alopecia in 1996; and that although her | 7  alopecia in 1996; and that although her | | | | |
| 8  alopecia had reduced to grade 1, she -- | 8  alopecia had reduced to grade 1, she -- | | | | |
| 9  it says, she still has patchy thin hair | 9  it says, she still has patchy thin hair | | | | |
| 10  with scalp showing. | 10  with scalp showing. | | | | |
| 11        Do you see that? | 11        Do you see that? | | | | |
| 12      A.   Yes. | 12      A.   Yes. | | | | |
| 13      Q.   And again in box 12 under | 13      Q.   And again in box 12 under | | | Overruled | |
| 14  outcome, Dr. Nabholtz indicates this is | 14  outcome, Dr. Nabholtz indicates this is | | | | |
| 15  medically significant.  Do you agree with | 15  medically significant.  Do you agree with | | | | |
| 16  that? | 16  that? | | | | |
| 17      A.   Yes, I do. | 17      A.   Yes, I do. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Previously Overruled.<br><br>Foundation; Scope; Irrelevant; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that followng these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told prescibers what Sanofi itself had learned about PCIA. | OVERRULED | |
| 18     Q.   So by February the 9th of | 18     Q.   So by February the 9th of | | | | |
| 19  1999, you would agree with me that it had | 19  1999, you would agree with me that it had | | | | |
| 20  been reported to Sanofi by Dr. Nabholtz, | 20  been reported to Sanofi by Dr. Nabholtz, | | | | |
| 21  a clinical study doctor, that he had | 21  a clinical study doctor, that he had | | | | |
| 22  observed four cases of persistent or | 22  observed four cases of persistent or | | | | |
| 23  ongoing alopecia out of the clinical | 23  ongoing alopecia out of the clinical | | | | |
| 24  trial study 702. | 24  trial study 702. | | | | |
| 152 | 152 | | | | |
| 1     Would you agree with that? | 1     Would you agree with that? | | | | |
| 2     A.   It was reported to | 2     A.   It was reported to | | | | |
| 3  pharmacovigilance, yes. | 3  pharmacovigilance, yes. | | | | |
| | | Not previously ruled on.<br><br>Completeness, subject to objection | | | |
| 4     Q.   And when you say reported to | 4     Q.   And when you say reported to | | | | |
| 5  pharmacovigilance, you mean reported -- | 5  pharmacovigilance, you mean reported -- | | | | |
| 6  just so that the jury understands, that's | 6  just so that the jury understands, that's | | | | |
| 7  part of the company.  Right? | 7  part of the company.  Right? | | | | |
| 8     A.   Pharmacovigilance is part of | 8     A.   Pharmacovigilance is part of | | | | |
| 9  the company, but what I'm saying is, I | 9  the company, but what I'm saying is, I | | | | |
| 10  don't know if the status -- the | 10  don't know if the status -- the | | | | |
| 11  completion date of study 702, so I don't | 11  completion date of study 702, so I don't | | | | |
| 12  know if this data is -- has been entered | 12  know if this data is -- has been entered | | | | |
| 13  and finalized in the clinical database, | 13  and finalized in the clinical database, | | | | |
| 14  nor do I know if it's been reconciled. | 14  nor do I know if it's been reconciled. | | | | |
| 15     Q.   Fair enough. | 15     Q.   Fair enough. | | | | |
| 16     But what we do know is that | 16     But what we do know is that | | | OVERRULED | |
| 17  those adverse event reports that we have | 17  those adverse event reports that we have | | | | |
| 18  just identified from February 9th, 1999 | 18  just identified from February 9th, 1999 | | | | |
| 19  were actually received by the company, | 19  were actually received by the company, | | | | |
| 20  according to the documents. | 20  according to the documents. | | | | |
| 21     A.   The company did receive them | 21     A.   The company did receive them | | | | |
| 22  according to these documents, the reports | 22  according to these documents, the reports | | | | |
| 23  of pharmacovigilance, but again I don't | 23  of pharmacovigilance, but again I don't | | | | |
| 24  know the status of the study.  That has | 24  know the status of the study.  That has | | | | |
| 153 | 153 | | | | |
| 1  some bearing in terms of reconciliation | 1  some bearing in terms of reconciliation | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2  dates and finalization dates of the | 2  dates and finalization dates of the | | | | |
| 3  clinical database -- | 3  clinical database -- | | | | |
| 4      Q.  Sure. | 4      Q.  Sure. | | | | |
| 5      A.  -- and how that information | 5      A.  -- and how that information | | | | |
| 6  was treated. | 6  was treated. | | | | |
| 7      Q.  If you turn to the next | 7      Q.  If you turn to the next | | | | |
| 8  page, you should -- two pages down -- | 8  page, you should -- two pages down -- | | | | |
| 9  you'll find another exhibit sticker from | 9  you'll find another exhibit sticker from | | | | |
| 10  the corporate deposition, Exhibit 14? | 10  the corporate deposition, Exhibit 14? | | | | |
| 11      A.  Okay. | 11      A.  Okay. | | | | |
| 12      Q.  Have you located that? | 12      Q.  Have you located that? | | | | |
| 13      A.  So -- no. | 13      A.  So -- no. | | | | |
| 14          Here we go.  Okay. | 14          Here we go.  Okay. | | | | |
| 15      Q.  All right. | 15      Q.  All right. | | | | |
| 16          Now, again, we're still in | 16          Now, again, we're still in | | | | |
| 17  Exhibit 5 of our -- of our deposition | 17  Exhibit 5 of our -- of our deposition | | | | |
| 18  here today, but this is -- this is an | 18  here today, but this is -- this is an | | | | |
| 19  Exhibit 14 sticker from the corporate | 19  Exhibit 14 sticker from the corporate | | | | |
| 20  deposition. | 20  deposition. | | | | |
| 21          And if you go to the first | 21          And if you go to the first | | | | |
| 22  page of this -- this final CIOMS report, | 22  page of this -- this final CIOMS report, | | | | |
| 23  you'll note that again it's Dr. Nabholtz | 23  you'll note that again it's Dr. Nabholtz | | | | |
| 24  who's making this report. | 24  who's making this report. | | | | |
| 154 | 154 | | | | |
| 1          Do you see that at the top | 1          Do you see that at the top | | | | |
| 2  in box 7? | 2  in box 7? | | | | |
| 3      A.  I do. | 3      A.  I do. | | | | |
| 4      Q.  And -- but this actually is | 4      Q.  And -- but this actually is | | | | |
| 5  from a different clinical trial.  Do you | 5  from a different clinical trial.  Do you | | | | |
| 6  see this?  This is from TAX316.  Do you | 6  see this?  This is from TAX316.  Do you | | | | |
| 7  see that? | 7  see that? | | | | |
| 8      A.  Yes, I do. | 8      A.  Yes, I do. | | | | |
| 9      Q.  Okay. | 9      Q.  Okay. | | | | |
| 10          And this report was made by | 10          And this report was made by | | | | |
| 11  Dr. Nabholtz about ten days after he made | 11  Dr. Nabholtz about ten days after he made | | | | |
| 12  the report of the other four observations | 12  the report of the other four observations | | | | |
| 13  from clinical trial 702.  Do you see that | 13  from clinical trial 702.  Do you see that | | | | |
| 14  in box 24, the date of February the 19th, | 14  in box 24, the date of February the 19th, | | | | |
| 15  1999? | 15  1999? | | | | |
| 16      A.  Yes, 19th of February, 1999, | 16      A.  Yes, 19th of February, 1999, | | | | |
| 17  correct. | 17  correct. | | | | |
| 18      Q.  Again, box 24D indicates | 18      Q.  Again, box 24D indicates | | | | |
| 19  this is a study participant and the | 19  this is a study participant and the | | | | |
| 20  report is coming from a healthcare | 20  report is coming from a healthcare | | | | |
| 21  professional.  Do you see that? | 21  professional.  Do you see that? | | | | |
| 22      A.  Yes, I do. | 22      A.  Yes, I do. | | | | |
| 23      Q.  In box 24D? | 23      Q.  In box 24D? | | | | |
| 24      A.  Yes. | 24      A.  Yes. | | | | |
| 155 | 155 | | | | |
| 1          Will you just give me a | 1          Will you just give me a | | | | |
| 2  moment to look at the case? | 2  moment to look at the case? | | | | |
| 3      Q.  Sure. | 3      Q.  Sure. | | | | |
| 4          (Pause.) | 4          (Pause.) | | | | |
| 5          THE WITNESS:  Okay. | 5          THE WITNESS:  Okay. | | | | |
| 6  BY MR. BACHUS: | 6  BY MR. BACHUS: | | | | |
| 7      Q.  If you would look at page 1 | 7      Q.  If you would look at page 1 | | | | |
| 8  of 4 of this CIOMS report at the top, I | 8  of 4 of this CIOMS report at the top, I | | | | |
| 9  also have it on the screen, Dr. Nabholtz | 9  also have it on the screen, Dr. Nabholtz | | | | |
| 10  reports that the final cycle of | 10  reports that the final cycle of | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 11  chemotherapy was administered on | 11  chemotherapy was administered on | | | | |
| 12  Halloween 1997. | 12  Halloween 1997. | | | | |
| 13           Do you see that? | 13           Do you see that? | | | | |
| 14        A.   Yes, I do, although I'm -- | 14        A.   Yes, I do, although I'm -- | | | | |
| 15  minor, but I'm not sure in Canada if | 15  minor, but I'm not sure in Canada if | | | | |
| 16  Halloween is on the 31st of October -- | 16  Halloween is on the 31st of October -- | | | | |
| 17        Q.   Okay. | 17        Q.   Okay. | | | | |
| 18        A.   -- but -- I don't know, but | 18        A.   -- but -- I don't know, but | | | | |
| 19  -- | 19  -- | | | | |
| 20        Q.   All right. | 20        Q.   All right. | | | | |
| 21        A.   -- minor point. | 21        A.   -- minor point. | | | | |
| 22        Q.   If you look at the top of | 22        Q.   If you look at the top of | | | | |
| 23  page 2 of 4 as the description continues, | 23  page 2 of 4 as the description continues, | | | | |
| 24  Dr. Nabholtz is reporting that although | 24  Dr. Nabholtz is reporting that although | | | | |
| 156 | 156 | | | | |
| 1  the patient regrew some hair, it was | 1  the patient regrew some hair, it was | | | | |
| 2  patchy with much of the scalp showing. | 2  patchy with much of the scalp showing. | | | | |
| 3           Do you see that? | 3           Do you see that? | | | | |
| 4        A.   Yes, I do. | 4        A.   Yes, I do. | | | | |
| 5        Q.   And that the investigator, | 5        Q.   And that the investigator, | | | | |
| 6  which is Dr. Nabholtz, considers this to | 6  which is Dr. Nabholtz, considers this to | | | | |
| 7  be an important medical event of ongoing | 7  be an important medical event of ongoing | | | | |
| 8  alopecia as of December 2000 -- 2000 -- | 8  alopecia as of December 2000 -- 2000 -- | | | | |
| 9  December 1998. | 9  December 1998. | | | | |
| 10           Do you see that? | 10           Do you see that? | | | | |
| 11        A.   Yes. | 11        A.   Yes. | | | | |
| 12        Q.   And, again, this was a | 12        Q.   And, again, this was a | | | | |
| 13  report according to the documentation | 13  report according to the documentation | | | | |
| 14  that you have in front of you that was | 14  that you have in front of you that was | | | | |
| 15  received by the manufacturer, Sanofi, on | 15  received by the manufacturer, Sanofi, on | | | | |
| 16  February the 19th of 1999; correct?  It's | 16  February the 19th of 1999; correct?  It's | | | | |
| 17  in box 24c? | 17  in box 24c? | | | | |
| 18        A.   24c, 19th of February, 1999, | 18        A.   24c, 19th of February, 1999, | | | | |
| 19  correct. | 19  correct. | | | | |
| 20        Q.   Now, these documents that | 20        Q.   Now, these documents that | Not previously ruled on.<br><br>Foundation; Scope; Irrelevant; Speculation; Misleading; MIL 5 (Adverse Events).  Standing objection to Exhibit 5. | Here the witness is being asked about the patients who were documented in Sanofi's files as suffering from PCIA in a Sanofi clinical trial in 1999.  The reports come directly to Sanofi from Dr. Nabholtz the chair of the Sanofi clinical trial.  Dr. Nabholtz characterizes PCIA as a serious side effect.  This evidence goes to the issue of Notice.  Contrary to Sanofi's lawyers objection, Notice is cummulative and not isolated.  What Sanofi did or didn't do with this important clinical trial information is important. Here we know that followng these documented cases of PCIA that Dr. Nabholtz set forth a protocol for Sanofi to confidentially analyze the "reversibility of alopecia" following taxotere use in 2002. Despite the existence of the protocol the findings from this analysis have never been produced. This testimony related to Exhibit 5 is the written proof that Nabholtz notified the safety department at Sanofi of cases of PCIA in 1999.  This is relevant to Sanofi's analysis of PCIA following Taxotere use and relevant to when Sanofi actually came to learn that Taxotere causes PCIA and whether Sanofi timely told presciber what Sanofi itself had learned about PCIA. | OVERRULED | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 21  we've just discussed that combine to make | 21  we've just discussed that combine to make | | | | |
| 22  up what is Exhibit 5 to this deposition, | 22  up what is Exhibit 5 to this deposition, | | | | |
| 23  these are documents that are maintained | 23  these are documents that are maintained | | | | |
| 24  in the regular course of business at | 24  in the regular course of business at | | | | |
| 157 | 157 | | | | |
| 1  Sanofi as part of its pharmacovigilance | 1  Sanofi as part of its pharmacovigilance | | | | |
| 2  efforts; correct? | 2  efforts; correct? | | | | |
| 3     A.   Yes. | 3     A.   Yes. | | | | |
| 4     - - - | 4     - - - | | | | |
| 5       (Deposition Exhibit No. | 5       (Deposition Exhibit No. | | | | |
| 6     Kopreski-6, 1/15/01 "Phase II | 6     Kopreski-6, 1/15/01 "Phase II | | | | |
| 7     Study of Docetaxel, Doxorubicin, | 7     Study of Docetaxel, Doxorubicin, | | | | |
| 8     and Cyclophosphamide as First-Line | 8     and Cyclophosphamide as First-Line | | | | |
| 9     Chemotherapy for Metastatic Breast | 9     Chemotherapy for Metastatic Breast | | | | |
| 10     Cancer" Article by Nabholtz, | 10     Cancer" Article by Nabholtz, | | | | |
| 11     Mackey, Smylie, etc., | 11     Mackey, Smylie, etc., | | | | |
| 12     Sanofi_00217666 through | 12     Sanofi_00217666 through | | | | |
| 13     Sanofi_00217673, was marked for | 13     Sanofi_00217673, was marked for | | | | |
| 14     identification.) | 14     identification.) | | | | |
| 15     - - - | 15     - - - | | | | |
| 16  BY MR. BACHUS: | 16  BY MR. BACHUS: | | | | |
| 17     Q.   I'll hand you what's been | 17     Q.   I'll hand you what's been | **Previous Objection Overruled, in part.  Not previously ruled on, in part.**  Completeness, subject to objections | This testimony does not serve to complete the testimony designated by plaintiff.  Plaintiff's designation relates to individual adverse event reports received by Sanofi.  The defendants proposed designations relate to a journal publication outside of the Sanofi safety department. This is not completeness testimony | | |
| 18  marked as Exhibit 6 -- oh, thank you -- | 18  marked as Exhibit 6 -- oh, thank you -- | | | | |
| 19  Doctor, do you now have Exhibit 6 in | 19  Doctor, do you now have Exhibit 6 in | | | Overruled | |
| 20  front of you? | 20  front of you? | | | | |
| 21     A.   I do. | 21     A.   I do. | | | | |
| 22     Q.   If you look at the top of | 22     Q.   If you look at the top of | | | | |
| 23  Exhibit 6 -- and, again, I do have it on | 23  Exhibit 6 -- and, again, I do have it on | | | | |
| 24  the screen here -- do you see that this | 24  the screen here -- do you see that this | | | | |
| 158 | 158 | | | | |
| 1  is a publication article that lists as | 1  is a publication article that lists as | | | | |
| 2  the first author Dr. Nabholtz? | 2  the first author Dr. Nabholtz? | | | | |
| 3     A.   Yes, I -- I do see that this | 3     A.   Yes, I -- I do see that this | | | | |
| 4  is a publication of, I believe, the study | 4  is a publication of, I believe, the study | | | | |
| 5  we were just referring to, the 702, by | 5  we were just referring to, the 702, by | | | | |
| 6  Dr. Nabholtz, that was produced under the | 6  Dr. Nabholtz, that was produced under the | | | | |
| 7  auspices of Sanofi. | 7  auspices of Sanofi. | | | | |
| 8     Q.   So this publication by Dr. | 8     Q.   So this publication by Dr. | | | Overruled | OVERRULED |
| 9  Nabholtz was published in the Journal of | 9  Nabholtz was published in the Journal of | | | | |
| 10  Clinical Oncology.  Do you see that? | 10  Clinical Oncology.  Do you see that? | | | | |
| 11     A.   That's correct. | 11     A.   That's correct. | | | | |
| 12     Q.   And it was published January | 12     Q.   And it was published January | | | | |
| 13  the 15th of 2001.  Do you see that? | 13  the 15th of 2001.  Do you see that? | | | | |
| 14     A.   Yes, I do. | 14     A.   Yes, I do. | | | | |
| 15     Q.   And information that is | 15     Q.   And information that is | | | | |
| 16  included here was, it says supported by | 16  included here was, it says supported by | | | | |
| 17  Aventis Pharma Research and Development | 17  Aventis Pharma Research and Development | | | | |
| 18  out of France; is that right? | 18  out of France; is that right? | | | | |
| 19     A.   It's -- yes, it's a study | 19     A.   It's -- yes, it's a study | | | | |
| 20  that was supported by Sanofi, that's | 20  that was supported by Sanofi, that's | | | | |
| 21  correct. | 21  correct. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 22   Q.   And when you say Sanofi -- | 22   Q.   And when you say Sanofi -- | | | | |
| 23   A.   To the best of my knowledge. | 23   A.   To the best of my knowledge. | | | | |
| 24   Q.   -- the Aventis Pharma is | 24   Q.   -- the Aventis Pharma is | | | | |
| 159 | 159 | | | | |
| 1  actually what we know as Sanofi; is that | 1  actually what we know as Sanofi; is that | | | | |
| 2  right? | 2  right? | | | | |
| 3   A.   Yes.  Sanofi was formed by | 3   A.   Yes.  Sanofi was formed by | | | | |
| 4  the merger of Aventis and Sanofi. | 4  the merger of Aventis and Sanofi. | | | | |
| 5   Q.   And Sanofi and Aventis are | 5   Q.   And Sanofi and Aventis are | | | | |
| 6  both French companies; is that right? | 6  both French companies; is that right? | | | | |
| 7   A.   Well, they're international | 7   A.   Well, they're international | | | | |
| 8  companies, but their headquarters are in | 8  companies, but their headquarters are in | | | | |
| 9  France and I don't know -- you know, in | 9  France and I don't know -- you know, in | | | | |
| 10  terms of -- in terms of corporate filing, | 10  terms of -- in terms of corporate filing, | | | | |
| 11  et cetera, what nationality, but | 11  et cetera, what nationality, but | | | | |
| 12  certainly they're international -- | 12  certainly they're international -- | | | | |
| 13  international in makeup and in scope. | 13  international in makeup and in scope. | | | | |
| 14   Q.   Now, at the top of this | 14   Q.   Now, at the top of this | **Not previously ruled on.**<br><br>Completeness, subject to objections | This testimony does not serve to complete the testimony designated by plaintiff.  Plaintiff's designation relates to individual adverse event reports received by Sanofi.  The defendants proposed designations relate to a journal publication outside of the Sanofi safety department. This is not completeness testimony | **OVERRULED** | |
| 15  study, it says phase two study of -- and | 15  study, it says phase two study of -- and | | | | |
| 16  then it says docetaxel.  And just to be | 16  then it says docetaxel.  And just to be | | | | |
| 17  clear, docetaxel is the same thing as | 17  clear, docetaxel is the same thing as | | | | |
| 18  Taxotere; correct? | 18  Taxotere; correct? | | | | |
| 19   A.   Docetaxel -- well, Taxotere | 19   A.   Docetaxel -- well, Taxotere | | | | |
| 20  is docetaxel.  Taxotere is Sanofi's trade | 20  is docetaxel.  Taxotere is Sanofi's trade | | | | |
| 21  name of docetaxel. | 21  name of docetaxel. | | | | |
| 22   Q.   All right. | 22   Q.   All right. | | | | |
| 23   A.   So Taxotere is a -- is a | 23   A.   So Taxotere is a -- is a | | | | |
| 24  Sanofi drug. | 24  Sanofi drug. | | | | |
| 160 | 160 | | | | |
| 1   Q.   If you would turn to page | 1   Q.   If you would turn to page | **Not previously ruled on.**<br><br>Completeness, subject to objections | This testimony does not serve to complete the testimony designated by plaintiff.  Plaintiff's designation relates to individual adverse event reports received by Sanofi.  The defendants proposed designations relate to a journal publication outside of the Sanofi safety department. This is not completeness testimony | **OVERRULED** | |
| 2  317 in the periodical, it's page -- | 2  317 in the periodical, it's page -- | | | | |
| 3  actually page 4 of our Exhibit No. 6 -- | 3  actually page 4 of our Exhibit No. 6 -- | | | | |
| 4  and at the bottom, it has a subtopic that | 4  and at the bottom, it has a subtopic that | | | | |
| 5  says "Tolerability and Toxicity." | 5  says "Tolerability and Toxicity." | | | | |
| 6      Do you see that? | 6      Do you see that? | | | | |
| 7   A.   Yes, I do. | 7   A.   Yes, I do. | | | | |
| 8   Q.   And it says:  All 54 | 8   Q.   And it says:  All 54 | | | | |
| 9  patients in the study were eligible for | 9  patients in the study were eligible for | | | | |
| 10  toxicity assessments. | 10  toxicity assessments. | | | | |
| 11      Do you see that? | 11      Do you see that? | | | | |
| 12   A.   I do. | 12   A.   I do. | | | | |
| 13   Q.   And if we turn to the next | 13   Q.   And if we turn to the next | | | | |
| 14  page, which is page 318 -- the number is | 14  page, which is page 318 -- the number is | | | | |
| 15  on the other side of the page, on the | 15  on the other side of the page, on the | | | | |
| 16  left-hand side of the page, at the top, | 16  left-hand side of the page, at the top, | | | | |
| 17  page 318 -- if you go down, it says:  The | 17  page 318 -- if you go down, it says:  The | | | | |
| 18  most common treatment-related chronic | 18  most common treatment-related chronic | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19  nonhematologic toxicity was alopecia. | 19  nonhematologic toxicity was alopecia. | | | | |
| 20      Do you see that? | 20      Do you see that? | | | | |
| 21    A.  I do. | 21    A.  I do. | | | | |
| 22      Q.  And nonhematologic, that | 22      Q.  And nonhematologic, that | | | | |
| 23  means what?  Not related to blood? | 23  means what?  Not related to blood? | | | | |
| 24    A.  Yes. | 24    A.  Yes. | | | | |
| 161 | 161 | | | | |
| 1      Q.  And then it says:  With long | 1      Q.  And then it says:  With long | Not previously ruled on.  Completeness, subject to objections | This testimony does not serve to complete the testimony designated by plaintiff.  Plaintiff's designation relates to individual adverse event reports received by Sanofi.  The defendants proposed designations relate to a journal publication outside of the Sanofi safety department. This is not completeness testimony | OVERRULED | |
| 2  lasting (longer than two years) partial | 2  lasting (longer than two years) partial | | | | |
| 3  alopecia in four patients. | 3  alopecia in four patients. | | | | |
| 4      Do you see that? | 4      Do you see that? | | | | |
| 5    A.  That's correct.  This is a | 5    A.  That's correct.  This is a | | | | |
| 6  Sanofi-endorsed publication referring to | 6  Sanofi-endorsed publication referring to | | | | |
| 7  the four patients that we, I believe, | 7  the four patients that we, I believe, | | | | |
| 8  just went over. | 8  just went over. | | | | |
| 9      Q.  So at the conclusion of the | 9      Q.  So at the conclusion of the | | | Overruled | |
| 10  study and by time of publication, Dr. | 10  study and by time of publication, Dr. | | | | |
| 11  Nabholtz is reporting that 4 out of 54 | 11  Nabholtz is reporting that 4 out of 54 | | | | |
| 12  patients had alopecia lasting longer than | 12  patients had alopecia lasting longer than | | | | |
| 13  two years; is that accurate? | 13  two years; is that accurate? | | | | |
| 14    A.  That's -- I think that's -- | 14    A.  That's -- I think that's -- | | | | |
| 15  I think that's accurate, yes. | 15  I think that's accurate, yes. | | | | |
| 16      Q.  And do you agree with me | 16      Q.  And do you agree with me | | | | |
| 17  that 4 out of 54 represents 7.4 percent | 17  that 4 out of 54 represents 7.4 percent | | | | |
| 18  of the study -- patients in the study are | 18  of the study -- patients in the study are | | | | |
| 19  reported to have had alopecia lasting | 19  reported to have had alopecia lasting | | | | |
| 20  longer than two years, as published in | 20  longer than two years, as published in | | | | |
| 21  the Journal of Clinical Oncology? | 21  the Journal of Clinical Oncology? | | | | |
| 22    A.  Well, in this -- in this -- | 22    A.  Well, in this -- in this -- | | | | |
| 23  I would have to do the math, but I'm | 23  I would have to do the math, but I'm | | | | |
| 24  willing to concede, I remember it was | 24  willing to concede, I remember it was | | | | |
| 162 | 162 | | | | |
| 1  around that in this study involving the | 1  around that in this study involving the | | | | |
| 2  T-AC regimen, the Taxotere, doxorubicin, | 2  T-AC regimen, the Taxotere, doxorubicin, | | | | |
| 3  and cyclophosphamide regimen. | 3  and cyclophosphamide regimen. | | | | |
| 4      Q.  And this publication that is | 4      Q.  And this publication that is | Allowed to play in *Earnest*.  Completeness, subject to objections | This testimony does not serve to complete the testimony designated by plaintiff.  Plaintiff's designation relates to individual adverse event reports received by Sanofi.  The defendants proposed designations relate to a journal publication outside of the Sanofi safety department. This is not completeness testimony | OVERRULED | |
| 5  Exhibit 6 that was published on January | 5  Exhibit 6 that was published on January | | | | |
| 6  the 15th, 2001, this publication was | 6  the 15th, 2001, this publication was | | | | |
| 7  known certainly to Sanofi at the time of | 7  known certainly to Sanofi at the time of | | | | |
| 8  publication in January of 2001; correct? | 8  publication in January of 2001; correct? | | | | |
| 9    A.  The information in here was | 9    A.  The information in here was | | | | |
| 10  Sanofi-confidential information that | 10  Sanofi-confidential information that | | | | |
| 11  Sanofi would have had -- had to basically | 11  Sanofi would have had -- had to basically | | | | |
| 12  agree with -- not only agree with the | 12  agree with -- not only agree with the | | | | |
| 13  publication, but likely provide the data | 13  publication, but likely provide the data | | | | |
| 14  and support, as well as review the | 14  and support, as well as review the | | | | |
| 15  publication, so that would be a correct | 15  publication, so that would be a correct | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9, 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 16  statement. | 16  statement. | | | | |
| 17       Q.   No question Sanofi knew | 17       Q.   No question Sanofi knew | | | | |
| 18  about the study at the time it was | 18  about the study at the time it was | | | | |
| 19  published in 2001; correct? | 19  published in 2001; correct? | | | | |
| 20       A.   I would assume that they | 20       A.   I would assume that they | | | | |
| 21  would based on what I just said, although | 21  would based on what I just said, although | | | | |
| 22  I was not with the company at that time. | 22  I was not with the company at that time. | | | | |
| 23       Q.   Is this type of study, this | 23       Q.   Is this type of study, this | | | | |
| 24  documentation, the kind of study that | 24  documentation, the kind of study that | | | | |
| 163 | 163 | | | | |
| 1  Sanofi would look for and keep in its | 1  Sanofi would look for and keep in its | | | | |
| 2  pharmacovigilance practice? | 2  pharmacovigilance practice? | | | | |
| 3       A.   I'm not sure I understand | 3       A.   I'm not sure I understand | | | | |
| 4  the question. | 4  the question. | | | | |
| 5       Q.   Sure.  Is this the kind of | 5       Q.   Sure.  Is this the kind of | | | | |
| 6  article -- when you're keeping up with | 6  article -- when you're keeping up with | | | | |
| 7  information related to side effects and | 7  information related to side effects and | | | | |
| 8  your drugs, is this the kind of article | 8  your drugs, is this the kind of article | | | | |
| 9  that Sanofi would keep and have as part | 9  that Sanofi would keep and have as part | | | | |
| 10  of its pharmacovigilance practice related | 10  of its pharmacovigilance practice related | | | | |
| 11  to Taxotere? | 11  to Taxotere? | | | | |
| 12       A.   You mean the | 12       A.   You mean the | | | | |
| 13  pharmacovigilance database or -- Sanofi | 13  pharmacovigilance database or -- Sanofi | | | | |
| 14  would want to know if the cases -- if the | 14  would want to know if the cases -- if the | | | | |
| 15  specific cases described, I think, are | 15  specific cases described, I think, are | | | | |
| 16  part of the database, which -- which they | 16  part of the database, which -- which they | | | | |
| 17  are as -- as we just reviewed. | 17  are as -- as we just reviewed. | | | | |
| 18       Q.   Well, one of the things that | 18       Q.   Well, one of the things that | | Overruled | | |
| 19  I think we discussed in the corporate | 19  I think we discussed in the corporate | | | | |
| 20  deposition -- I don't know if we've | 20  deposition -- I don't know if we've | | | | |
| 21  discussed it much today -- is how medical | 21  discussed it much today -- is how medical | | | | |
| 22  literature is one of the sources that the | 22  literature is one of the sources that the | | | | |
| 23  company relies upon for safety | 23  company relies upon for safety | | | | |
| 24  information; correct? | 24  information; correct? | | | | |
| 164 | 164 | | | | |
| 1       A.   That's correct, yes. | 1       A.   That's correct, yes. | | | | |
| 2       Q.   And so I guess what I'm | 2       Q.   And so I guess what I'm | | | | |
| 3  asking, maybe a better way to ask it | 3  asking, maybe a better way to ask it | | | | |
| 4  would be, this is medical literature | 4  would be, this is medical literature | | | | |
| 5  related to Taxotere, and I presume it's | 5  related to Taxotere, and I presume it's | | | | |
| 6  the kind of information that Sanofi would | 6  the kind of information that Sanofi would | | | | |
| 7  be interested in keeping as part of its | 7  be interested in keeping as part of its | | | | |
| 8  records on safety in Taxotere. | 8  records on safety in Taxotere. | | | | |
| 9       Am I right about that? | 9       Am I right about that? | | | | |
| 10       A.   I -- well, when you say | 10       A.   I -- well, when you say | | | | |
| 11  keeping records, I mean, this information | 11  keeping records, I mean, this information | | | | |
| 12  is kept -- is kept within the -- within | 12  is kept -- is kept within the -- within | | | | |
| 13  the trial database and the -- the four | 13  the trial database and the -- the four | | | | |
| 14  alopecia events that we just reviewed, as | 14  alopecia events that we just reviewed, as | | | | |
| 15  we -- as we discussed, is in the | 15  we -- as we discussed, is in the | | | | |
| 16  pharmacovigilance database. | 16  pharmacovigilance database. | | | | |
| 17       Q.   Would you agree with me that | 17       Q.   Would you agree with me that | | | | |
| 18  there are times in pharmacovigilance | 18  there are times in pharmacovigilance | | | | |
| 19  where the company or somebody working at | 19  where the company or somebody working at | | | | |
| 20  the company would do medical literature | 20  the company would do medical literature | | | | |
| 21  searches for important information about | 21  searches for important information about | | | | |
| 22  their drugs? | 22  their drugs? | | | | |
| 23       A.   Yes, medical literature | 23       A.   Yes, medical literature | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 24   search is a part of the pharmacovigilance | 24   search is a part of the pharmacovigilance | | | | |
| 165 | 165 | | | | |
| 1   practice. | 1   practice. | | | | |
| 2       Q.   And part of | 2       Q.   And part of | | | | |
| 3   pharmacovigilance and conducting medical | 3   pharmacovigilance and conducting medical | | | | |
| 4   literature searches, it could be an | 4   literature searches, it could be an | | | | |
| 5   internal request to do a medical | 5   internal request to do a medical | | | | |
| 6   literature search; it could be that a | 6   literature search; it could be that a | | | | |
| 7   medical literature search is done in | 7   medical literature search is done in | | | | |
| 8   response to a request from a doctor | 8   response to a request from a doctor | | | | |
| 9   that's external or otherwise; correct? | 9   that's external or otherwise; correct? | | | | |
| 10       A.   Yes, there's -- there's | 10       A.   Yes, there's -- there's | | | | |
| 11   routine searches and, as we went through | 11   routine searches and, as we went through | | | | |
| 12   the 30(b)(6) depositions, there are | 12   the 30(b)(6) depositions, there are | | | | |
| 13   physicians that requested information. | 13   physicians that requested information. | | | | |
| 14       Q.   Right.  If a physician or | 14       Q.   Right.  If a physician or | | | | |
| 15   pharmacist or somebody requests | 15   pharmacist or somebody requests | | | | |
| 16   information about your drug, one of the | 16   information about your drug, one of the | | | | |
| 17   things you might do is a medical | 17   things you might do is a medical | | | | |
| 18   literature search. | 18   literature search. | | | | |
| 19       A.   Yeah, we had gone over that | 19       A.   Yeah, we had gone over that | | | | |
| 20   on the 30(b)(6), correct. | 20   on the 30(b)(6), correct. | | | | |
| 21       Q.   And so as part of conducting | 21       Q.   And so as part of conducting | | | | |
| 22   that medical literature search, wherever | 22   that medical literature search, wherever | | | | |
| 23   that search results -- wherever those | 23   that search results -- wherever those | | | | |
| 24   search results are kept, that's what I'm | 24   search results are kept, that's what I'm | | | | |
| 166 | 166 | | | | |
| 1   referring to as to whether this Nabholtz | 1   referring to as to whether this Nabholtz | | | | |
| 2   document would be the kind of document | 2   document would be the kind of document | | | | |
| 3   that you would keep. | 3   that you would keep. | | | | |
| 4       I don't know whether you | 4       I don't know whether you | | | | |
| 5   keep it in a file or whether you scanned | 5   keep it in a file or whether you scanned | | | | |
| 6   it in back in the day or what, but it's | 6   it in back in the day or what, but it's | | | | |
| 7   the kind of information that you want to | 7   the kind of information that you want to | | | | |
| 8   have. | 8   have. | | | | |
| 9       A.   Yeah, maybe I wasn't clear | 9       A.   Yeah, maybe I wasn't clear | | | | |
| 10   in my response, because of -- the | 10   in my response, because of -- the | | | | |
| 11   information in the Nabholtz is clearly in | 11   information in the Nabholtz is clearly in | | | | |
| 12   the Sanofi clinical trial database and in | 12   the Sanofi clinical trial database and in | | | | |
| 13   -- in -- the SAEs are in the | 13   -- in -- the SAEs are in the | | | | |
| 14   pharmacovigilance database. | 14   pharmacovigilance database. | | | | |
| 15       Now, what I may not have | 15       Now, what I may not have | | | | |
| 16   been clear about is the study itself.  I | 16   been clear about is the study itself.  I | | | | |
| 17   don't know what the process would have | 17   don't know what the process would have | | | | |
| 18   been at that time regarding a Sanofi | 18   been at that time regarding a Sanofi | | | | |
| 19   publication and how that would have been | 19   publication and how that would have been | | | | |
| 20   dealt with. | 20   dealt with. | | | | |
| 21       Q.   You weren't there when it | 21       Q.   You weren't there when it | | | | |
| 22   was published in 2001. | 22   was published in 2001. | | | | |
| 23       A.   I wasn't there in 2001, | 23       A.   I wasn't there in 2001, | | | | |
| 24   that's correct. | 24   that's correct. | | | | |
| 167 | 167 | | | | |
| 1       Q.   You would expect, though, | 1       Q.   You would expect, though, | | | | |
| 2   that your predecessor or somebody in | 2   that your predecessor or somebody in | | | | |
| 3   pharmacovigilance responsible for the | 3   pharmacovigilance responsible for the | | | | |
| 4   safety of Taxotere would in some way | 4   safety of Taxotere would in some way | | | | |
| 5   catalog this type of information | 5   catalog this type of information | | | | |
| 6   published in what is a well-known | 6   published in what is a well-known | | | | |
| 7   publication; correct? | 7   publication; correct? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 8    MR. KEENAN:  Object to the | 8    MR. KEENAN:  Object to the | | | | |
| 9    form. | 9    form. | | | | |
| 10    THE WITNESS:  Yeah, I don't | 10    THE WITNESS:  Yeah, I don't | | | | |
| 11    think I should speculate on | 11    think I should speculate on | | | | |
| 12    something when I wasn't there and | 12    something when I wasn't there and | | | | |
| 13    processes are continually | 13    processes are continually | | | | |
| 14    changing, so you would have to | 14    changing, so you would have to | | | | |
| 15    refer back to the processes of | 15    refer back to the processes of | | | | |
| 16    that time. | 16    that time. | | | | |
| 17    MR. BACHUS:  Okay. | 17    MR. BACHUS:  Okay. | | | | |
| 18    THE WITNESS:  And I don't | 18    THE WITNESS:  And I don't | | | | |
| 19    have knowledge of that. | 19    have knowledge of that. | | | | |
| 20    - - - | 20    - - - | | | | |
| 21    (Deposition Exhibit No. | 21    (Deposition Exhibit No. | | | | |
| 22    Kopreski-7, 2/28/02 Statistical | 22    Kopreski-7, 2/28/02 Statistical | | | | |
| 23    Analysis Plan, RP56976V - 316, "A | 23    Analysis Plan, RP56976V - 316, "A | | | | |
| 24    Multicenter Phase III Randomized | 24    Multicenter Phase III Randomized | | | | |
| 168 | 168 | | | | |
| 1    Trial Comparing Docetaxel in | 1    Trial Comparing Docetaxel in | | | | |
| 2    Combination with Doxorubicin and | 2    Combination with Doxorubicin and | | | | |
| 3    Cyclophosphamide (TAC) Versus | 3    Cyclophosphamide (TAC) Versus | | | | |
| 4    5-Fluororacil in Combination with | 4    5-Fluororacil in Combination with | | | | |
| 5    Doxorubicin and Cyclophosphamide | 5    Doxorubicin and Cyclophosphamide | | | | |
| 6    (FAC) as Adjuvant Treatment of | 6    (FAC) as Adjuvant Treatment of | | | | |
| 7    Operable Breast Cancer Patients | 7    Operable Breast Cancer Patients | | | | |
| 8    with Positive Axillary Lymph | 8    with Positive Axillary Lymph | | | | |
| 9    Nodes," Sanofi_01234391 through | 9    Nodes," Sanofi_01234391 through | | | | |
| 10    Sanofi_01234437, was marked for | 10    Sanofi_01234437, was marked for | | | | |
| 11    identification.) | 11    identification.) | | | | |
| 12    - - - | 12    - - - | | | | |
| 13  BY MR. BACHUS: | 13  BY MR. BACHUS: | | | | |
| | | **Previously Overruled.** | The defendants objection to this testimony is entirely without merit.  This designated testimony relates to the "statistical analysis plan" put forth by Dr. Nabholtz in 2002.  This plan included analyzing the "reversibility of alopecia following taxotere use.  Dr. Kopreski testifies that he never participated in and never saw this analysis of the "reversibility of alopecia" during his tenure at Sanofi.  Further, Dr. Kopreski has testifed that the TAX 316 data referenced by Sanofi in its objection only concerned "ongoing" alopecia and is NOT an analysis of the "reversibility" of alopecia. This testimony is relevant because it documents that Sanofi was on notice of PCIA following Taxotere use by 2002 and that Dr. Nabholtz (a clinical trial chair appointed by Sanofi) wanted Sanofi to analyze PCIA. Was the "reversibility" analysis ever done and if so what were the conclusions reached? Where is the "reversibility of hair loss analysis" and what were the conclusions reached before Ms. Kahn was ever prescribed taxotere?  It is important for the jury to understand when Sanofi was on Notice of PCIA, what they did to investigate it, what the conclusions were and what they did or didnt tell prescribers about it and why. | OVERRULED | |
| | | Misleading, Confusing, and Unduly Prejudicial:  Permitting this exhibit and the testimony related to it without Sanofi's counter designations on TAX316 and ongoing alopecia would cause confusion, mislead the jury, and cause undue prejudice to Sanofi. As designated, Plaintiff implies that TAX316 looked at reversibility/irreversibility of alopecia, but omit all context regarding how "ongoing alopecia" was assessed in TAX316. If Plaintiff's designations are permitted, Sanofi would be prejudiced because it would imply that "ongoing alopecia" in TAX316 corresponds to what plaintiff's characterize as irreversible alopecia (alopecia 6 months after chemotherapy). Sanofi's affirmative and counter designations are necessary to provide complete and accurate testimony regarding how reversibility was measured in TAX316.

This objection is a standing objection to all testimony related to Exhibit 7 and is hereinafter referred to as "Standing Objection to Exhibit 7." | | | |
| 14    Q.  I'm going to hand you what's | 14    Q.  I'm going to hand you what's | | | Overruled | |
| 15    been marked as Exhibit 7.  Do you have | 15    been marked as Exhibit 7.  Do you have | | | | |
| 16    Exhibit 7 in front of you, Doctor? | 16    Exhibit 7 in front of you, Doctor? | | | | |
| 17    A.  I do, thank you. | 17    A.  I do, thank you. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18    Q.   Okay.  So we talked about | 18    Q.   Okay.  So we talked about | | | | |
| 19  the adverse event reports in 1999.  We | 19  the adverse event reports in 1999.  We | | | | |
| 20  talked about the Journal of Clinical | 20  talked about the Journal of Clinical | | | | |
| 21  Oncology publication in 2001, and this | 21  Oncology publication in 2001, and this | | | | |
| 22  document is a statistical analysis plan. | 22  document is a statistical analysis plan. | | | | |
| 23  And if you look towards the bottom of the | 23  And if you look towards the bottom of the | | | | |
| 24  document, there's a date on the document | 24  document, there's a date on the document | | | | |
|                                         169 |                                         169 | | | | |
| 1  and that date is -- | 1  and that date is -- | | | | |
| 2     A.   28th of February -- | 2     A.   28th of February -- | | | | |
| 3     Q.   -- February 28, 2002.  Do | 3     Q.   -- February 28, 2002.  Do | **Previously Overruled.**<br><br>Misleading; Confusing; Unduly Prejudicial. Standing objection to Exhibit 7. | The defendants objection to this testimony is entirely without merit.  This designated testimony relates to the "statistical analysis plan" put forth by Dr. Nabholtz in 2002.  This plan included analyzing the "reversibility of alopecia following taxotere use.  Dr. Kopreski testifies that he never participated in and never saw this analysis of the "reversibility of alopecia" during his tenure at Sanofi.  Further, Dr. Kopreski has testifed that the TAX 316 data referenced by Sanofi in its objection only concerned "ongoing" alopeica and is NOT an analysis of the "reversibility" of alopecia. This testimony is relevant because it documents that Sanofi was on notice of PCIA following Taxotere use by 2002 and that Dr. Nabholtz (a clinical trial chair appointed by Sanofi) wanted Sanofi to analyze PCIA. Was the "reversibility" analysis ever done and if so what were the results? Where is the "reversibility of hair loss analysis" and what were the conclusions reached before Ms. Kahn was ever prescribed taxotere? It is important for the jury to understand when Sanofi was on Notice of PCIA, what they did to investigate it, what the conclusions were and what they did or didnt tell prescribers about it and why. | **OVERRULED** | |
| 4  you see that? | 4  you see that? | | | | |
| 5     A.   Yes, I do. | 5     A.   Yes, I do. | | | | |
| 6     Q.   And if you go to the top, | 6     Q.   And if you go to the top, | | | | |
| 7  this is a statistical analysis plan | 7  this is a statistical analysis plan | | | | |
| 8  regarding a clinical trial at Sanofi that | 8  regarding a clinical trial at Sanofi that | | | | |
| 9  is labeled as TAX316. | 9  is labeled as TAX316. | | | | |
| 10         Do you agree with me? | 10         Do you agree with me? | | | | |
| 11    A.   Yes. | 11    A.   Yes. | | | | |
| 12    Q.   And, again, we see, though, | 12    Q.   And, again, we see, though, | | | | |
| 13  the word "docetaxel" and in the jury's | 13  the word "docetaxel" and in the jury's | | | | |
| 14  mind, we can substitute Taxotere when we | 14  mind, we can substitute Taxotere when we | | | | |
| 15  see "docetaxel"; correct? | 15  see "docetaxel"; correct? | | | | |
| 16    A.   In this -- in this case, you | 16    A.   In this -- in this case, you | | | | |
| 17  can make that substitution because this | 17  can make that substitution because this | | | | |
| 18  is a Sanofi trial, but you cannot | 18  is a Sanofi trial, but you cannot | | | | |
| 19  routinely make that substitution because | 19  routinely make that substitution because | | | | |
| 20  there are generic non-Sanofi docetaxels | 20  there are generic non-Sanofi docetaxels | | | | |
| 21  that patients have received. | 21  that patients have received. | | | | |
| 22    Q.   After 2011; correct? | 22    Q.   After 2011; correct? | | | | |
| 23    A.   I don't know the exact time | 23    A.   I don't know the exact time | | | | |
| 24  -- | 24  -- | | | | |
|                                         170 |                                         170 | | | | |
| 1    Q.   All right. | 1    Q.   All right. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2      A.  -- that Taxotere went | 2      A.  -- that Taxotere went | | | | |
| 3  generic.  But this is, as you say, a | 3  generic.  But this is, as you say, a | | | | |
| 4  trial of Taxotere in combination with | 4  trial of Taxotere in combination with | | | | |
| 5  docetaxel and cyclophosphamide or the | 5  docetaxel and cyclophosphamide or the | | | | |
| 6  T-AC regimen, as we've extensively | 6  T-AC regimen, as we've extensively | | | | |
| 7  discussed in the past. | 7  discussed in the past. | | | | |
| 8      Q.   For purposes of a case where | 8      Q.   For purposes of a case where | | | | |
| 9  the use of docetaxel occurred in 2009, we | 9  the use of docetaxel occurred in 2009, we | | | | |
| 10  can look at this docetaxel on the first | 10  can look at this docetaxel on the first | | | | |
| 11  page of Exhibit 7 and we can just think | 11  page of Exhibit 7 and we can just think | | | | |
| 12  about that as that is Taxotere; correct? | 12  about that as that is Taxotere; correct? | | | | |
| 13      A.  A case prior to 2009? | 13      A.  A case prior to 2009? | | | | |
| 14      Q.   In 2009. | 14      Q.   In 2009. | | | | |
| 15      A.  A case in 2009. | 15      A.  A case in 2009. | | | | |
| 16      Q.   Yeah. | 16      Q.   Yeah. | | | | |
| 17      A.   Again, I don't know when | 17      A.   Again, I don't know when | | | | |
| 18  non-Sanofi Taxoteres were being used and | 18  non-Sanofi Taxoteres were being used and | | | | |
| 19  not necessarily when they came on the | 19  not necessarily when they came on the | | | | |
| 20  market, but when were they -- when were | 20  market, but when were they -- when were | | | | |
| 21  they being used. | 21  they being used. | | | | |
| 22        But if it's a Sanofi trial, | 22        But if it's a Sanofi trial, | | | | |
| 23  you can make the assumption that it's | 23  you can make the assumption that it's | | | | |
| 24  Taxotere. | 24  Taxotere. | | | | |
| 171 | 171 | | | | |
| 1      Q.   And this is a Sanofi trial. | 1      Q.   And this is a Sanofi trial. | | | | |
| 2      A.   This is a Sanofi trial. | 2      A.   This is a Sanofi trial. | | | | |
| 3      Q.   And as a Sanofi trial, when | 3      Q.   And as a Sanofi trial, when | | | Overruled | |
| 4  we see the word "docetaxel," we can | 4  we see the word "docetaxel," we can | | | | |
| 5  presume that's Taxotere. | 5  presume that's Taxotere. | | | | |
| 6      A.   You can treat them the same. | 6      A.   You can treat them the same. | | | | |
| 7      Q.   All right.  And if you look | 7      Q.   All right.  And if you look | Not previously ruled on.<br><br>Misleading; Confusing; Vague and Ambiguous; Unduly Prejudicial. Standing objection to Exhibit 7. | The defendants objection to this testimony is entirely without merit.  This designated testimony relates to the "statistical analysis plan" put forth by Dr. Nabholtz in 2002.  This plan included analyzing the "reversibility of alopecia following taxotere use.  Dr. Kopreski testifies that he never participated in and never saw this analysis of the "reversibility of alopecia" during his tenure at Sanofi.  Further, Dr. Kopreski has testifed that the TAX 316 data referenced by Sanofi in its objection only concerned "ongoing" alopeica and is NOT an analysis of the "reversibility" of alopecia. This testimony is relevant because it documents that Sanofi was on notice of PCIA following Taxotere use by 2002 and that Dr. Nabholtz (a clinical trial chair appointed by Sanofi) wanted Sanofi to analyze PCIA. Was the "reversibility" analysis ever done and if so what were the results? Where is the "reversibility of hair loss analysis" and what were the conclusions reached before Ms. Kahn was ever prescribed taxotere?  It is important for the jury to understand when Sanofi was on Notice of PCIA, what they did to investigate it, what the conclusions were and what they did or didnt tell prescribers about it and why. | | OVERRULED |
| 8  down at the name of the study chair, the | 8  down at the name of the study chair, the | | | | |
| 9  study chair is listed as Dr. Nabholtz. | 9  study chair is listed as Dr. Nabholtz. | | | | |
| 10  Do you see that? | 10  Do you see that? | | | | |
| 11      A.   Yes. | 11      A.   Yes. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 12    Q.   And if you would -- and | 12    Q.   And if you would -- and | | | | |
| 13  again it's February the 2nd -- February | 13  again it's February the 2nd -- February | | | | |
| 14  28th, 2002; correct? | 14  28th, 2002; correct? | | | | |
| 15    A.   28th of February, 2002. | 15    A.   28th of February, 2002. | | | | |
| 16    Q.   All right.  If you would | 16    Q.   All right.  If you would | | | | |
| 17  turn to page 30 of 47 -- the numbers are | 17  turn to page 30 of 47 -- the numbers are | | | | |
| 18  in the top right-hand corner of Exhibit | 18  in the top right-hand corner of Exhibit | | | | |
| 19  7.  The document I think is double -- I | 19  7.  The document I think is double -- I | | | | |
| 20  don't know if your document is | 20  don't know if your document is | | | | |
| 21  double-sided.  Mine is.  But if you turn | 21  double-sided.  Mine is.  But if you turn | | | | |
| 22  the page -- you'll see numbering at the | 22  the page -- you'll see numbering at the | | | | |
| 23  top -- you can look -- I'll show you on | 23  top -- you can look -- I'll show you on | | | | |
| 24  the -- if you look on the screen, you'll | 24  the -- if you look on the screen, you'll | | | | |
| 172 | 172 | | | | |
| 1  see where the numbering system is. | 1  see where the numbering system is. | | | | |
| 2    A.   I'm sorry that I got | 2    A.   I'm sorry that I got | | | | |
| 3  distracted.  I was just confused as to | 3  distracted.  I was just confused as to | | | | |
| 4  whether this is the same Nabholtz as the | 4  whether this is the same Nabholtz as the | | | | |
| 5  previous Dr. Nabholtz and not -- because | 5  previous Dr. Nabholtz and not -- because | | | | |
| 6  the case is previously from Canada and | 6  the case is previously from Canada and | | | | |
| 7  this Dr. Nabholtz is in California. | 7  this Dr. Nabholtz is in California. | | | | |
| 8          But there was no question | 8          But there was no question | | | | |
| 9  there.  I apologize for my distraction. | 9  there.  I apologize for my distraction. | | | | |
| 10    Q.   Okay.  And the Dr. Nabholtz | 10    Q.   Okay.  And the Dr. Nabholtz | | | | |
| 11  listed on the statistical analysis plan | 11  listed on the statistical analysis plan | | | | |
| 12  is Jean-Marc Nabholtz, M.D.  Do you see | 12  is Jean-Marc Nabholtz, M.D.  Do you see | | | | |
| 13  that? | 13  that? | | | | |
| 14    A.   Yes, I do. | 14    A.   Yes, I do. | | | | |
| 15    Q.   Okay. | 15    Q.   Okay. | | | | |
| 16    A.   I'm sorry.  You want me to | 16    A.   I'm sorry.  You want me to | | | | |
| 17  turn to what page now? | 17  turn to what page now? | | | | |
| | | Previously Overruled.  Misleading; Confusing; Unduly Prejudicial. Standing objection to Exhibit 7. | The defendants objection to this testimony is entirely without merit.  This designated testimony relates to the "statistical analysis plan" put forth by Dr. Nabholtz in 2002.  This plan included analyzing the "reversibility of alopecia following taxotere use.  Dr. Kopreski testifies that he never participated in and never saw this analysis of the "reversibility of alopecia" during his tenure at Sanofi.  Further, Dr. Kopreski has testifed that the TAX 316 data referenced by Sanofi in its objection only concerned "ongoing" alopecia and is NOT an analysis of the "reversibility" of alopecia. This testimony is relevant because it documents that Sanofi was on notice of PCIA following Taxotere use by 2002 and that Dr. Nabholtz (a clinical trial chair appointed by Sanofi) wanted Sanofi to analyze PCIA. Was the "reversibility" analysis ever done and if so what were the results? Where is the "reversibility of hair loss analysis" and what were the conclusions reached before Ms. Kahn was ever prescribed taxotere?  It is important for the jury to understand when Sanofi was on Notice of PCIA, what they did to investigate it, what the conclusions were and what they did or didnt tell prescribers about it and why. | OVERRULED | |
| 18    Q.   Turn to page 30 of 47 and | 18    Q.   Turn to page 30 of 47 and | | | | |
| 19  look for a section titled "11.7 | 19  look for a section titled "11.7 | | | Overruled | |
| 20  Reversibility." | 20  Reversibility." | | | | |
| 21    A.   Yes. | 21    A.   Yes. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 22   Q.   And we discussed earlier | 22   Q.   And we discussed earlier | | | | |
| 23   what reversibility is; correct? | 23   what reversibility is; correct? | | | | |
| 24   A.   We did -- well, we discussed | 24   A.   We did -- well, we discussed | | | | |
| 173 | 173 | | | | |
| 1   the way that I view reversibility. | 1   the way that I view reversibility. | | | | |
| | | **Previously Overruled.** | The defendants objection to this testimony is entirely without merit.  This designated testimony relates to the "statistical analysis plan" put forth by Dr. Nabholtz in 2002.  This plan included analyzing the "reversibility of alopecia following taxotere use.  Dr. Kopreski testifies that he never participated in and never saw this analysis of the "reversibility of alopecia" during his tenure at Sanofi.  Further, Dr. Kopreski has testifed that the TAX 316 data referenced by Sanofi in its objection only concerned "ongoing" alopeica and is NOT an analysis of the "reversibility" of alopecia. This testimony is relevant because it documents that Sanofi was on notice of PCIA following Taxotere use by 2002 and that Dr. Nabholtz (a clinical trial chair appointed by Sanofi) wanted Sanofi to analyze PCIA. Was the "reversibility" analysis ever done and if so what were the results? Where is the "reversibility of hair loss analysis" and what were the conclusions reached before Ms. Kahn was ever prescribed taxotere?  It is important for the jury to understand when Sanofi was on Notice of PCIA, what they did to investigate it, what the conclusions were and what they did or didnt tell prescribers about it and why. | | **OVERRULED** |
| | | Misleading; Confusing; Vague and Confusing; Unduly Prejudicial. Standing objection to Exhibit 7. | | | |
| 2   Q.   And you agree with me that | 2   Q.   And you agree with me that | | | Overruled | |
| 3   as part of the TAX316 statistical | 3   as part of the TAX316 statistical | | | | |
| 4   analysis plan, as promulgated by the | 4   analysis plan, as promulgated by the | | | | |
| 5   study chair Dr. Nabholtz, that if you | 5   study chair Dr. Nabholtz, that if you | | | | |
| 6   look at page 30 of 47, it says that the | 6   look at page 30 of 47, it says that the | | | | |
| 7   reversibility of the following adverse | 7   reversibility of the following adverse | | | | |
| 8   events will be analyzed. | 8   events will be analyzed. | | | | |
| 9   Do you see that? | 9   Do you see that? | | | | |
| 10   A.   I do. | 10   A.   I do. | | | | |
| 11   Q.   And what's the first adverse | 11   Q.   And what's the first adverse | | | | |
| 12   event that's listed as one that is going | 12   event that's listed as one that is going | | | | |
| 13   to be analyzed for reversibility? | 13   to be analyzed for reversibility? | | | | |
| 14   A.   Alopecia. | 14   A.   Alopecia. | | | | |
| 15   Q.   Okay.  So at least as of | 15   Q.   Okay.  So at least as of | **Previous Objection Overruled.** | | | |
| 16   2002, would you agree with me that the -- | 16   2002, would you agree with me that the -- | Completeness, subject to objections | | | |
| 17   that Sanofi was going to look at the | 17   that Sanofi was going to look at the | | | | |
| 18   reversibility of alopecia as part of its | 18   reversibility of alopecia as part of its | | | | |
| 19   TAX316 clinical trial? | 19   TAX316 clinical trial? | | | | |
| 20   A.   Well, certainly on this | 20   A.   Well, certainly on this | | | | |
| 21   date, on this particular document -- I | 21   date, on this particular document -- I | | | | |
| 22   don't know, you know, if this is the | 22   don't know, you know, if this is the | | | | |
| 23   final document or not, but on this | 23   final document or not, but on this | | | | |
| 24   document, it includes that statement. | 24   document, it includes that statement. | | | | |
| 174 | 174 | | | | |
| 1   But I think there are | 1   But I think there are | | | | |
| 2   earlier statistical analysis plans that | 2   earlier statistical analysis plans that | | | | |
| 3   -- | 3   -- | | | | |
| 4   Q.   As -- | 4   Q.   As -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5      A.  And I believe -- I believe | 5      A.  And I believe -- I believe | | | | |
| 6  they also have this similar language. | 6  they also have this similar language. | | | | |
| 7      Q.   As -- | 7      Q.   As -- | | | | |
| 8      A.   But I would have to check on | 8      A.   But I would have to check on | | | | |
| 9  that.  You know, I'm not... | 9  that.  You know, I'm not... | | | | |
| 10     Q.   Did you -- and I know this | 10     Q.   Did you -- and I know this | | | | |
| 11  predates your work for the company as | 11  predates your work for the company as | | | | |
| 12  well -- | 12  well -- | | | | |
| 13     A.   It does, yes. | 13     A.   It does, yes. | | | | |
| 14     Q.   -- the date of this | 14     Q.   -- the date of this | | | | |
| 15  statistical analysis plan that includes | 15  statistical analysis plan that includes | | | | |
| 16  -- that they intended to analyze the | 16  -- that they intended to analyze the | | | | |
| 17  reversibility of alopecia, but did you | 17  reversibility of alopecia, but did you | | | | |
| 18  ever participate prior to 2017 in any | 18  ever participate prior to 2017 in any | | | | |
| 19  sort of -- what -- your departure any | 19  sort of -- what -- your departure any | | | | |
| 20  sort of analysis of the reversibility of | 20  sort of analysis of the reversibility of | | | | |
| 21  alopecia or see that analysis? | 21  alopecia or see that analysis? | | | | |
| 22     A.   On this particular study? | 22     A.   On this particular study? | | | | |
| 23     Q.   Yes. | 23     Q.   Yes. | | | | |
| 24     A.   I do not recall doing so | 24     A.   I do not recall doing so | | | | |
|                        175 |                        175 | | | | |
| 1  prior to the 30(b)(6) depositions. | 1  prior to the 30(b)(6) depositions. | | | | |
| 2      Q.   Prior to your departure from | 2      Q.   Prior to your departure from | | | | |
| 3  Sanofi in retirement; correct? | 3  Sanofi in retirement; correct? | | | | |
| 4      A.   At the time of the 30(b)(6) | 4      A.   At the time of the 30(b)(6) | | | | |
| 5  depositions -- | 5  depositions -- | | | | |
| 6      Q.   I understand that, but the | 6      Q.   I understand that, but the | | | | |
| 7  jury may not know when that was. | 7  jury may not know when that was. | | | | |
| 8      A.   I'm sorry. | 8      A.   I'm sorry. | | | | |
| 9      Q.   So I'm just trying to make a | 9      Q.   So I'm just trying to make a | | | | |
| 10  simple statement for the record. | 10  simple statement for the record. | | | | |
| 11     A.   Sure, sure. | 11     A.   Sure, sure. | | | | |
| | | Previously Overruled.<br><br>Misleading; Confusing; Vague and Confusing; Unduly Prejudicial; MIL 26 (Post-Dates Treatment). Standing objection to Exhibit 7. | The defendants objection to this testimony is entirely without merit.  This designated testimony relates to the "statistical analysis plan" put forth by Dr. Nabholtz in 2002.  This plan included analyzing the "reversibility of alopecia following taxotere use. Dr. Kopreski testifies that he never participated in and never saw this analysis of the "reversibility of alopecia" during his tenure at Sanofi.  Further, Dr. Kopreski has testifed that the TAX 316 data referenced by Sanofi in its objection only concerned "ongoing" alopeica and is NOT an analysis of the "reversibility" of alopecia. This testimony is relevant because it documents that Sanofi was on notice of PCIA following Taxotere use by 2002 and that Dr. Nabholtz (a clinical trial chair appointed by Sanofi) wanted Sanofi to analyze PCIA. Was the "reversibility" analysis ever done and if so what were the results? Where is the "reversibility of hair loss analysis" and what were the conclusions reached before Ms. Kahn was ever prescribed taxotere? It is important for the jury to understand when Sanofi was on Notice of PCIA, what they did to investigate it, what the conclusions were and what they did or didnt tell prescribers about it and why. | | BOTH PARTIES DESIGNATED? |
| 12     Q.   You did not participate in | 12     Q.   You did not participate in | | | Overruled | |
| 13  or review any analysis of the | 13  or review any analysis of the | | | | |
| 14  reversibility of alopecia related to this | 14  reversibility of alopecia related to this | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 15  study at any time before you retired from | 15  study at any time before you retired from | | | | |
| 16  the company in 2017. | 16  the company in 2017. | | | | |
| 17      A.   I'm not -- I'm not recalling | 17      A.   I'm not -- I'm not recalling | | | | |
| 18  so. | 18  so. | | | | |
| | | Previous Objection Overruled. | | | |
| 19      Q.   Right. | 19      Q.   Right. | Completeness, subject to objections | | | |
| 20      A.   However, you know, this -- | 20      A.   However, you know, this -- | | | | |
| 21  the study analysis went on for -- you | 21  the study analysis went on for -- you | | | | |
| 22  know, there were internal -- interim | 22  know, there were internal -- interim | | | | |
| 23  studies also that go past the 2002 date, | 23  studies also that go past the 2002 date, | | | | |
| 24  but I'm not recalling any participation | 24  but I'm not recalling any participation | | | | |
| 176 | 176 | | | | |
| 1  at this time. | 1  at this time. | | | | |
| | | Previously Overruled. | The defendants objection to this testimony is entirely without merit.  This designated testimony relates to the "statistical analysis plan" put forth by Dr. Nabholtz in 2002.  This plan included analyzing the "reversibility of alopecia following taxotere use.  Dr. Kopreski testifies that he never participated in and never saw this analysis of the "reversibility of alopecia" during his tenure at Sanofi.  Further, Dr. Kopreski has testifed that the TAX 316 data referenced by Sanofi in its objection only concerned "ongoing" alopeica and is NOT an analysis of the "reversibility" of alopecia. This testimony is relevant because it documents that Sanofi was on notice of PCIA following Taxotere use by 2002 and that Dr. Nabholtz (a clinical trial chair appointed by Sanofi) wanted Sanofi to analyze PCIA. Was the "reversibility" analysis ever done and if so what were the results? Where is the "reversibility of hair loss analysis" and what were the conclusions reached before Ms. Kahn was ever prescribed taxotere?  It is important for the jury to understand when Sanofi was on Notice of PCIA, what they did to investigate it, what the conclusions were and what they did or didnt tell prescribers about it and why. | | OVERRULED |
| | | Misleading; Undue Prejudice; Irrelevant; Confusing.  Standing objection to Exhibit 7. | | | |
| 2      Q.   And you see at the bottom of | 2      Q.   And you see at the bottom of | | | | |
| 3  this document that this document is | 3  this document that this document is | | | | |
| 4  marked as confidential.  Do you see that? | 4  marked as confidential.  Do you see that? | | | | |
| 5      A.   I do. | 5      A.   I do. | | | | |
| 6      Q.   So this is a document that | 6      Q.   So this is a document that | | | | |
| 7  would have been kept in the regular | 7  would have been kept in the regular | | | | |
| 8  course of business for Sanofi and kept | 8  course of business for Sanofi and kept | | | | |
| 9  confidential? | 9  confidential? | | | | |
| 10      A.   It's a confidential | 10      A.   It's a confidential | | | | |
| 11  document, yes. | 11  document, yes. | | | | |
| 12      Q.   Of what ultimately is | 12      Q.   Of what ultimately is | | | | |
| 13  Sanofi; correct? | 13  Sanofi; correct? | | | | |
| 14      A.   Correct. | 14      A.   Correct. | | | | |
| 15      MR. BACHUS: So I have an | 15      MR. BACHUS: So I have an | | | | |
| 16  exhibit that is not this whole | 16  exhibit that is not this whole | | | | |
| 17  document, but I did bring the | 17  document, but I did bring the | | | | |
| 18  entirety of the clinical study | 18  entirety of the clinical study | | | | |
| 19  report and so I will do what you | 19  report and so I will do what you | | | | |
| 20  want in terms of marking it.  I'm | 20  want in terms of marking it.  I'm | | | | |
| 21  happy to mark it in its entirety. | 21  happy to mark it in its entirety. | | | | |
| 22  I'm happy to have you look at it. | 22  I'm happy to have you look at it. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 23  But I thought, instead, that | 23  But I thought, instead, that | | | | |
| 24  the excerpts of the pages that I | 24  the excerpts of the pages that I | | | | |
| 177 | 177 | | | | |
| 1  wanted to discuss would be marked | 1  wanted to discuss would be marked | | | | |
| 2  as the exhibit.  I'm happy to do | 2  as the exhibit.  I'm happy to do | | | | |
| 3  it however you want. | 3  it however you want. | | | | |
| 4  MR. KEENAN:  I'd prefer you | 4  MR. KEENAN:  I'd prefer you | | | | |
| 5  mark the entire exhibit. | 5  mark the entire exhibit. | | | | |
| 6  MR. BACHUS:  Okay. | 6  MR. BACHUS:  Okay. | | | | |
| 7  MR. KEENAN:  Because Mike, | 7  MR. KEENAN:  Because Mike, | | | | |
| 8  Dr. Kopreski, may want to refer to | 8  Dr. Kopreski, may want to refer to | | | | |
| 9  other sections.  Okay. | 9  other sections.  Okay. | | | | |
| 10  MR. BACHUS:  Fair enough. | 10  MR. BACHUS:  Fair enough. | | | | |
| 11  We'll mark the entirety. | 11  We'll mark the entirety. | | | | |
| 12  - - - | 12  - - - | | | | |
| 13  (Deposition Exhibit No. | 13  (Deposition Exhibit No. | | | | |
| 14  Kopreski-8, 1/21/04 Clinical Study | 14  Kopreski-8, 1/21/04 Clinical Study | | | | |
| 15  Report, RP56976V - 316, This study | 15  Report, RP56976V - 316, This study | | | | |
| 16  report presents the results of the | 16  report presents the results of the | | | | |
| 17  second interim analysis at 55 | 17  second interim analysis at 55 | | | | |
| 18  months medial follow-up "A | 18  months medial follow-up "A | | | | |
| 19  Multicenter Phase III Randomized | 19  Multicenter Phase III Randomized | | | | |
| 20  Trial Comparing Docetaxel in | 20  Trial Comparing Docetaxel in | | | | |
| 21  Combination with Doxorubicin and | 21  Combination with Doxorubicin and | | | | |
| 22  Cyclophosphamide (TAC) Versus | 22  Cyclophosphamide (TAC) Versus | | | | |
| 23  5-Fluoroacil in Combination with | 23  5-Fluoroacil in Combination with | | | | |
| 24  Doxorubicin and Cyclophosphamide | 24  Doxorubicin and Cyclophosphamide | | | | |
| 178 | 178 | | | | |
| 1  (FAC) as Adjuvant Treatment of | 1  (FAC) as Adjuvant Treatment of | | | | |
| 2  Operable Breast Cancer Patients | 2  Operable Breast Cancer Patients | | | | |
| 3  with Positive Axillary Lymph | 3  with Positive Axillary Lymph | | | | |
| 4  Nodes," Sanofi_01202099 through | 4  Nodes," Sanofi_01202099 through | | | | |
| 5  Sanofi_01202331, was marked for | 5  Sanofi_01202331, was marked for | | | | |
| 6  identification.) | 6  identification.) | | | | |
| 7  - - - | 7  - - - | | | | |
| 8  MR. BACHUS:  The copy that I | 8  MR. BACHUS:  The copy that I | | | | |
| 9  have in addition for you is not | 9  have in addition for you is not | | | | |
| 10  the whole thing. | 10  the whole thing. | | | | |
| 11  MR. KEENAN:  That's fine. | 11  MR. KEENAN:  That's fine. | | | | |
| 12  That's fine.  Thank you. | 12  That's fine.  Thank you. | | | | |
| 13  MR. BACHUS:  So I'll hand | 13  MR. BACHUS:  So I'll hand | | | | |
| 14  you what's been marked as Exhibit | 14  you what's been marked as Exhibit | | | | |
| 15  8. | 15  8. | | | | |
| 16  MR. WOOL:  You just need to | 16  MR. WOOL:  You just need to | | | | |
| 17  remember to give that one back -- | 17  remember to give that one back -- | | | | |
| 18  MR. BACHUS:  Yeah, this is | 18  MR. BACHUS:  Yeah, this is | | | | |
| 19  the only time where we've handed | 19  the only time where we've handed | | | | |
| 20  you the original that he's keeping | 20  you the original that he's keeping | | | | |
| 21  track of, so the court reporter | 21  track of, so the court reporter | | | | |
| 22  will need that original Exhibit 8 | 22  will need that original Exhibit 8 | | | | |
| 23  at the end. | 23  at the end. | | | | |
| 24  THE WITNESS:  All right. | 24  THE WITNESS:  All right. | | | | |
| 179 | 179 | | | | |
| | | Previous Objection Overruled, in part. | This designation is not necessary for completeness. The preceding testimony designated by Plaintiff relates solely to Exhibit 7. Here Defendants completeness designations relate to an entirely different exhibit (Exhibit 8).  Plaintiff did not designate any testimony regarding Exhibit 8. | | |
| | | Completeness, subject to objections | | | |
| 1  MR. BACHUS:  And I will | 1  MR. BACHUS:  And I will | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2    write on this copy Exhibit 8 at | 2    write on this copy Exhibit 8 at | | | | |
| 3    the top. | 3    the top. | | | | |
| 4  BY MR. BACHUS: | 4  BY MR. BACHUS: | | | | |
| 5    Q.  So, again, we talked about | 5    Q.  So, again, we talked about | | | Overruled | |
| 6  1999/2001 with the Journal of Clinical | 6  1999/2001 with the Journal of Clinical | | | | |
| 7  Oncology, the 2002 statistical analysis | 7  Oncology, the 2002 statistical analysis | | | | |
| 8  plan; and then I want to talk with you | 8  plan; and then I want to talk with you | | | | |
| 9  about what I marked as Exhibit 8, which | 9  about what I marked as Exhibit 8, which | | | | |
| 10  is, if you look at the top of the | 10  is, if you look at the top of the | | | | |
| 11  document, it's labeled a clinical study | 11  document, it's labeled a clinical study | | | | |
| 12  report related to the TAX316 clinical | 12  report related to the TAX316 clinical | | | | |
| 13  trial. | 13  trial. | | | | SUSTAINED. Outside scope of direct. |
| 14    Do you see that? | 14    Do you see that? | | | | |
| 15    A.  I do. | 15    A.  I do. | | | | |
| 16    Q.  And there's a date on this | 16    Q.  And there's a date on this | | | | |
| 17  first page of the document as well, and | 17  first page of the document as well, and | | | | |
| 18  that date shows that now we're January of | 18  that date shows that now we're January of | | | | |
| 19  2004. | 19  2004. | | | | |
| 20    Do you see that? | 20    Do you see that? | | | | |
| 21    A.  I do. | 21    A.  I do. | | | | |
| 22    Q.  And if you look back towards | 22    Q.  And if you look back towards | | | | |
| 23  the top, it says:  This study report | 23  the top, it says:  This study report | | | | |
| 24  presents the results of the second | 24  presents the results of the second | | | | |
| 180 | 180 | | | | |
| 1  interim analysis at 55 months follow-up. | 1  interim analysis at 55 months follow-up. | | | | |
| 2  Do you see that? | 2  Do you see that? | | | | |
| 3    Again, I'm on the front page | 3    Again, I'm on the front page | | | | |
| 4  of Exhibit 8. There's -- | 4  of Exhibit 8. There's -- | | | | |
| 5    A.  Yes. | 5    A.  Yes. | | | | |
| 6    Q.  -- also a Bates labeled page | 6    Q.  -- also a Bates labeled page | | | | |
| 7  here, which is Sanofi_4856873? | 7  here, which is Sanofi_4856873? | | | | |
| 8    A.  Yes, I do see that. | 8    A.  Yes, I do see that. | | | | |
| 9    Q.  Okay.  So this 55 months, do | 9    Q.  Okay.  So this 55 months, do | | | | |
| 10  you agree with me 55 months is about four | 10  you agree with me 55 months is about four | | | | |
| 11  and a half years? | 11  and a half years? | | | | |
| 12    A.  About. | 12    A.  About. | | | | |
| 13    Q.  And if you look at the -- | 13    Q.  And if you look at the -- | | | | |
| 14  towards the middle of the document, it | 14  towards the middle of the document, it | | | | |
| 15  gives a list of the principal | 15  gives a list of the principal | | | | |
| 16  investigators and says that the study | 16  investigators and says that the study | | | | |
| 17  chair until November of 2002 is Dr. | 17  chair until November of 2002 is Dr. | | | | |
| 18  Jean-Marc Nabholtz, M.D. | 18  Jean-Marc Nabholtz, M.D. | | | | |
| 19    Do you see that? | 19    Do you see that? | | | | |
| 20    A.  I do see that and I do see, | 20    A.  I do see that and I do see, | | | | |
| 21  back to the earlier issue I posed, his | 21  back to the earlier issue I posed, his | | | | |
| 22  address is now marked in Canada. | 22  address is now marked in Canada. | | | | |
| 23    Q.  Same name, Jean-Marc | 23    Q.  Same name, Jean-Marc | | | | |
| 24  Nabholtz, but he's not at UCLA, he's back | 24  Nabholtz, but he's not at UCLA, he's back | | | | |
| 181 | 181 | | | | |
| 1  in Canada or maybe it's before he went to | 1  in Canada or maybe it's before he went to | | | | |
| 2  UC -- I guess it's after. | 2  UC -- I guess it's after. | | | | |
| 3    A.  Well -- although the case | 3    A.  Well -- although the case | | | | |
| 4  reports were before, then he was in UCLA, | 4  reports were before, then he was in UCLA, | | | | |
| 5  and this one is marked Canada, but -- | 5  and this one is marked Canada, but -- | | | | |
| 6    Q.  So -- | 6    Q.  So -- | | | | |
| 7    A.  -- the same name. | 7    A.  -- the same name. | | | | |
| 8    Q.  Just going back, that the | 8    Q.  Just going back, that the | | | | |
| 9  1999 adverse event reports had Dr. | 9  1999 adverse event reports had Dr. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  Nabholtz in Canada.  The 2001 Journal of | 10  Nabholtz in Canada.  The 2001 Journal of | | | | |
| 11  Clinical Oncology doesn't list an address | 11  Clinical Oncology doesn't list an address | | | | |
| 12  for him, I don't believe.  The | 12  for him, I don't believe.  The | | | | |
| 13  statistical analysis plan had him in Los | 13  statistical analysis plan had him in Los | | | | |
| 14  Angeles.  And now we have him, in 2004, | 14  Angeles.  And now we have him, in 2004, | | | | |
| 15  is listed as being back in Canada; | 15  is listed as being back in Canada; | | | | |
| 16  correct? | 16  correct? | | | | |
| 17     A.   The Nabholtz references that | 17     A.   The Nabholtz references that | | | | |
| 18  were referred to, that's correct. | 18  were referred to, that's correct. | | | | |
| 19  Whether the same Nabholtz was in | 19  Whether the same Nabholtz was in | | | | |
| 20  1999, you know, we could find that out. | 20  1999, you know, we could find that out. | | | | |
| 21     Q.   If you could turn to page | 21     Q.   If you could turn to page | | | | |
| 22  136 of that 200-page document that you | 22  136 of that 200-page document that you | | | | |
| 23  have in front of you -- | 23  have in front of you -- | | | | |
| 24     A.   Okay. | 24     A.   Okay. | | | | |
| 182 | 182 | | | | |
| 1     Q.   -- there's a Bates label | 1     Q.   -- there's a Bates label | | | | |
| 2  page number that I'll read into the | 2  page number that I'll read into the | | | | |
| 3  record for purposes of the record and | 3  record for purposes of the record and | | | | |
| 4  it's Sanofi_04857008. | 4  it's Sanofi_04857008. | | | | |
| 5     A.   You said page 130 -- | 5     A.   You said page 130 -- | | | | |
| 6     Q.   136 of 200.  It says that in | 6     Q.   136 of 200.  It says that in | | | | |
| 7  the top right-hand corner of the page. | 7  the top right-hand corner of the page. | | | | |
| 8     A.   And the last few numbers of | 8     A.   And the last few numbers of | | | | |
| 9  the -- | 9  the -- | | | | |
| 10     Q.   The Bates label page | 10     Q.   The Bates label page | | | | |
| 11  numbering is -- ends in 7008. | 11  numbering is -- ends in 7008. | | | | |
| 12     A.   So I have a different Bates | 12     A.   So I have a different Bates | | | | |
| 13  number for my -- for my page 136. | 13  number for my -- for my page 136. | | | | |
| 14     Q.   Okay.  Can you read that | 14     Q.   Okay.  Can you read that | | | | |
| 15  into the record, too, please? | 15  into the record, too, please? | | | | |
| 16     A.   Let me -- | 16     A.   Let me -- | | | | |
| 17     Q.   Because there's multiple | 17     Q.   Because there's multiple | | | | |
| 18  copies of it. | 18  copies of it. | | | | |
| 19     A.   Let me make sure we have the | 19     A.   Let me make sure we have the | | | | |
| 20  same page. | 20  same page. | | | | |
| 21     Q.   Is that table -- table 51? | 21     Q.   Is that table -- table 51? | | | | |
| 22     A.   I have table 29. | 22     A.   I have table 29. | | | | |
| 23        MR. KEENAN:  It looks like | 23        MR. KEENAN:  It looks like | | | | |
| 24  this (Indicating). | 24  this (Indicating). | | | | |
| 183 | 183 | | | | |
| 1        THE WITNESS:  No.  No, I | 1        THE WITNESS:  No.  No, I | | | | |
| 2  have a different page here. | 2  have a different page here. | | | | |
| 3        MR. KEENAN:  The Bates | 3        MR. KEENAN:  The Bates | | | | |
| 4  number should be right here, 7008. | 4  number should be right here, 7008. | | | | |
| 5        THE WITNESS:  Yeah, but -- | 5        THE WITNESS:  Yeah, but -- | | | | |
| 6  page 136. | 6  page 136. | | | | |
| 7        MR. KEENAN:  Yeah, I don't | 7        MR. KEENAN:  Yeah, I don't | | | | |
| 8  know.  Go to the Bates number, | 8  know.  Go to the Bates number, | | | | |
| 9  7008. | 9  7008. | | | | |
| 10        MR. BACHUS:  Try the Bates | 10        MR. BACHUS:  Try the Bates | | | | |
| 11  label page number and see in it's | 11  label page number and see in it's | | | | |
| 12  the same pagination.  If not, we | 12  the same pagination.  If not, we | | | | |
| 13  can take a break and get that | 13  can take a break and get that | | | | |
| 14  cleared up. | 14  cleared up. | | | | |
| 15        THE WITNESS:  What's the | 15        THE WITNESS:  What's the | | | | |
| 16  first -- 048?  No, I start with | 16  first -- 048?  No, I start with | | | | |
| 17  012. | 17  012. | | | | |
| 18        MR. KEENAN:  It doesn't look | 18        MR. KEENAN:  It doesn't look | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19   like his numbers -- | 19   like his numbers -- | | | | |
| 20   THE WITNESS: In fact, my | 20   THE WITNESS: In fact, my | | | | |
| 21   pages don't say of 200. | 21   pages don't say of 200. | | | | |
| 22   MR. KEENAN: His -- what | 22   MR. KEENAN: His -- what | | | | |
| 23   does your Bates number start with? | 23   does your Bates number start with? | | | | |
| 24   THE WITNESS: My page goes | 24   THE WITNESS: My page goes | | | | |
| 184 | 184 | | | | |
| 1   up to 233. | 1   up to 233. | | | | |
| 2   MR. KEENAN: Yeah, his Bates | 2   MR. KEENAN: Yeah, his Bates | | | | |
| 3   number just for the record is | 3   number just for the record is | | | | |
| 4   01202099 to -- | 4   01202099 to -- | | | | |
| 5   MR. WOOL: Why don't we do | 5   MR. WOOL: Why don't we do | | | | |
| 6   this: Why don't we go off the | 6   this: Why don't we go off the | | | | |
| 7   record, just make a copy of the | 7   record, just make a copy of the | | | | |
| 8   pages from that one -- we're all | 8   pages from that one -- we're all | | | | |
| 9   working on -- just the three or | 9   working on -- just the three or | | | | |
| 10   four pages like we have this | 10   four pages like we have this | | | | |
| 11   little excerpt and then we're all | 11   little excerpt and then we're all | | | | |
| 12   on the same page. | 12   on the same page. | | | | |
| 13   MR. KEENAN: Yeah, sure. | 13   MR. KEENAN: Yeah, sure. | | | | |
| 14   MR. BACHUS: We can have Jen | 14   MR. BACHUS: We can have Jen | | | | |
| 15   do that. | 15   do that. | | | | |
| 16   MR. WOOL: It just seems to | 16   MR. WOOL: It just seems to | | | | |
| 17   be different copies -- | 17   be different copies -- | | | | |
| 18   THE WITNESS: Yeah, if it | 18   THE WITNESS: Yeah, if it | | | | |
| 19   would help, I can just -- if you | 19   would help, I can just -- if you | | | | |
| 20   think these are essentially the | 20   think these are essentially the | | | | |
| 21   same copies, I could just find | 21   same copies, I could just find | | | | |
| 22   table 51 here. Let me just -- | 22   table 51 here. Let me just -- | | | | |
| 23   MR. BACHUS: We can do that | 23   MR. BACHUS: We can do that | | | | |
| 24   and then make the copies after | 24   and then make the copies after | | | | |
| 185 | 185 | | | | |
| 1   when we take a lunch break. | 1   when we take a lunch break. | | | | |
| 2   THE WITNESS: Sure. Let me | 2   THE WITNESS: Sure. Let me | | | | |
| 3   see if table 51 is -- is | 3   see if table 51 is -- is | | | | |
| 4   essentially the same. | 4   essentially the same. | | | | |
| 5   Yes. Yes, I have -- I have | 5   Yes. Yes, I have -- I have | | | | |
| 6   table 51 on Bates number 01202267. | 6   table 51 on Bates number 01202267. | | | | |
| 7   My page is 179. | 7   My page is 179. | | | | |
| 8   MR. KEENAN: But that's the | 8   MR. KEENAN: But that's the | | | | |
| 9   table, yeah, uh-hum. | 9   table, yeah, uh-hum. | | | | |
| 10   MR. BACHUS: You have table | 10   MR. BACHUS: You have table | | | | |
| 11   51 identified? | 11   51 identified? | | | | |
| 12   MR. KEENAN: Yes. | 12   MR. KEENAN: Yes. | | | | |
| 13   MR. BACHUS: We'll get the | 13   MR. BACHUS: We'll get the | | | | |
| 14   pagination straight during the | 14   pagination straight during the | | | | |
| 15   lunch break, make appropriate | 15   lunch break, make appropriate | | | | |
| 16   copies, and make sure that they're | 16   copies, and make sure that they're | | | | |
| 17   distributed, because apparently | 17   distributed, because apparently | | | | |
| 18   the larger document is a different | 18   the larger document is a different | | | | |
| 19   set of the same document. | 19   set of the same document. | | | | |
| 20   THE WITNESS: That's fine. | 20   THE WITNESS: That's fine. | | | | |
| 21   MR. BACHUS: Okay. | 21   MR. BACHUS: Okay. | | | | |
| 22   THE WITNESS: Just so we're | 22   THE WITNESS: Just so we're | | | | |
| 23   together here. | 23   together here. | | | | |
| 24   BY MR. BACHUS: | 24   BY MR. BACHUS: | | | | |
| 186 | 186 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 1    Q.   Table 51 of Exhibit 8<br>2  describes adverse events during the<br>3  treatment phase that persisted into the<br>4  follow-up phase.  Do you agree with me?<br>5    A.   Yes.<br>6    Q.   And in the Taxotere arm of<br>7  the study, it looks like there were 744<br>8  participants; is that correct?<br>9    A.   That is correct, in the --<br>10    Q.   In the TAC.<br>11    A.   In the safety population.<br>12    Q.   In the safety population.<br>13    A.   Yes.<br>14    Q.   Those people who were<br>15  followed for safety?<br>16    A.   Yes.<br>17    Q.   And then below that, that on<br>18  the page, it says follow-up, do you see<br>19  that, I've highlighted it Taxotere 744?<br>20    A.   Correct, that --<br>21    Q.   Follow-up.<br>22    A.   That would be a period<br>23  starting 30 days after the last<br>24  treatment. | 1    Q.   Table 51 of Exhibit 8<br>2  describes adverse events during the<br>3  treatment phase that persisted into the<br>4  follow-up phase.  Do you agree with me?<br>5    A.   Yes.<br>6    Q.   And in the Taxotere arm of<br>7  the study, it looks like there were 744<br>8  participants; is that correct?<br>9    A.   That is correct, in the --<br>10    Q.   In the TAC.<br>11    A.   In the safety population.<br>12    Q.   In the safety population.<br>13    A.   Yes.<br>14    Q.   Those people who were<br>15  followed for safety?<br>16    A.   Yes.<br>17    Q.   And then below that, that on<br>18  the page, it says follow-up, do you see<br>19  that, I've highlighted it Taxotere 744?<br>20    A.   Correct, that --<br>21    Q.   Follow-up.<br>22    A.   That would be a period<br>23  starting 30 days after the last<br>24  treatment. | Previous Objection Overruled.<br><br>Completeness, subject to objections | This designation is not necessary for completeness. The preceding testimony designated by Plaintiff relates solely to Exhibit 7. Here Defendants completeness designations relate to an entirely different exhibit (Exhibit 8).  Plaintiff did not designate any testimony regarding Exhibit 8. | Overruled | |
| 187 | 187 | | | | SUSTAINED |
| 1    Q.   Okay.  And then it has, in<br>2  follow-up, whether the adverse event is<br>3  ongoing or resolved.  Do you see that?<br>4    A.   I do.<br>5    Q.   And if we go over to the<br>6  first side effect that's listed, we have<br>7  alopecia.  Do you see that on the<br>8  left-hand side of the column?<br>9    A.   I do.<br>10    Q.   And if we follow that over<br>11  to what is listed as ongoing -- and I --<br>12  again, I've documented it on the screen<br>13  as well -- it looks like there were 3.2<br>14  percent of the Taxotere patients who were<br>15  reported as having ongoing alopecia at<br>16  the 55-month follow-up timeframe.<br>17        You agree with me?  That's<br>18  what's reported here?<br>19    A.   That is -- the -- the<br>20  55-month was the follow-up period, but<br>21  that does not mean all -- all patients<br>22  were followed for a full 55 months.<br>23    Q.   When this information was<br>24  reported to the FDA, this table is what | 1    Q.   Okay.  And then it has, in<br>2  follow-up, whether the adverse event is<br>3  ongoing or resolved.  Do you see that?<br>4    A.   I do.<br>5    Q.   And if we go over to the<br>6  first side effect that's listed, we have<br>7  alopecia.  Do you see that on the<br>8  left-hand side of the column?<br>9    A.   I do.<br>10    Q.   And if we follow that over<br>11  to what is listed as ongoing -- and I --<br>12  again, I've documented it on the screen<br>13  as well -- it looks like there were 3.2<br>14  percent of the Taxotere patients who were<br>15  reported as having ongoing alopecia at<br>16  the 55-month follow-up timeframe.<br>17        You agree with me?  That's<br>18  what's reported here?<br>19    A.   That is -- the -- the<br>20  55-month was the follow-up period, but<br>21  that does not mean all -- all patients<br>22  were followed for a full 55 months.<br>23    Q.   When this information was<br>24  reported to the FDA, this table is what | | | | |
| 188 | 188 | | | | |
| 1  information documentation Sanofi would<br>2  have reported in 2004; is that right?<br>3    A.   That's correct to the best<br>4  of my knowledge. | 1  information documentation Sanofi would<br>2  have reported in 2004; is that right?<br>3    A.   That's correct to the best<br>4  of my knowledge. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5       Q.   And this is a document that, | 5       Q.   And this is a document that, | | | | |
| 6   I didn't create this table, Sanofi | 6   I didn't create this table, Sanofi | | | | |
| 7   created this table; correct? | 7   created this table; correct? | | | | |
| 8       A.   That's -- again, I was not | 8       A.   That's -- again, I was not | | | | |
| 9   involved in -- in the creation of the | 9   involved in -- in the creation of the | | | | |
| 10   table or clinical study report, but I | 10   table or clinical study report, but I | | | | |
| 11   assume that this was produced by -- by | 11   assume that this was produced by -- by | | | | |
| 12   the Sanofi team. | 12   the Sanofi team. | | | | |
| 13       Q.   If we go to the -- | 13       Q.   If we go to the -- | | | | |
| 14       A.   I'm -- since I did, you | 14       A.   I'm -- since I did, you | | | | |
| 15   know, review this as part of the 30(b)(6) | 15   know, review this as part of the 30(b)(6) | | | | |
| 16   deposition, I'm happy to talk about this | 16   deposition, I'm happy to talk about this | | | | |
| 17   study; but I just want to make clear that | 17   study; but I just want to make clear that | | | | |
| 18   in terms of my involvement, I was not | 18   in terms of my involvement, I was not | | | | |
| 19   involved in producing this. | 19   involved in producing this. | | | | |
| 20       Q.   Well, if we go to page 1 of | 20       Q.   Well, if we go to page 1 of | | | | |
| 21   the exhibit, it has Aventis Pharma and | 21   the exhibit, it has Aventis Pharma and | | | | |
| 22   that is ultimately Sanofi; correct? | 22   that is ultimately Sanofi; correct? | | | | |
| 23       A.   So the distinction I'm | 23       A.   So the distinction I'm | | | | |
| 24   trying to say is, I assume that -- this | 24   trying to say is, I assume that -- this | | | | |
| 189 | 189 | | | | |
| 1   is -- this is a Sanofi study.  This is an | 1   is -- this is a Sanofi study.  This is an | | | | |
| 2   Aventis study and -- and I'm assuming | 2   Aventis study and -- and I'm assuming | | | | |
| 3   that this study report was -- was created | 3   that this study report was -- was created | | | | |
| 4   by -- by the Sanofi team as opposed to | 4   by -- by the Sanofi team as opposed to | | | | |
| 5   being outsourced to a CRO. | 5   being outsourced to a CRO. | | | | |
| 6       Q.   You're familiar with | 6       Q.   You're familiar with | | | | |
| 7   clinical study reports. | 7   clinical study reports. | | | | |
| 8       A.   I am. | 8       A.   I am. | | | | |
| 9       Q.   And clinical study reports | 9       Q.   And clinical study reports | | | | |
| 10   are done in the regular course of | 10   are done in the regular course of | | | | |
| 11   business at Sanofi as well; correct? | 11   business at Sanofi as well; correct? | | | | |
| 12       A.   Yes, they are done at | 12       A.   Yes, they are done at | | | | |
| 13   Sanofi. | 13   Sanofi. | | | | |
| 14       Q.   All I was trying to make | 14       Q.   All I was trying to make | | | | |
| 15   clear is that this table and what's | 15   clear is that this table and what's | | | | |
| 16   reported in the table is a report that is | 16   reported in the table is a report that is | | | | |
| 17   made by the company.  It's not a report | 17   made by the company.  It's not a report | | | | |
| 18   that was put together by me or anybody | 18   that was put together by me or anybody | | | | |
| 19   else working on behalf of the plaintiff; | 19   else working on behalf of the plaintiff; | | | | |
| 20   correct? | 20   correct? | | | | |
| 21       A.   That's correct, this is a -- | 21       A.   That's correct, this is a -- | | | | |
| 22   this is a table that was made by the | 22   this is a table that was made by the | | | | |
| 23   company or on behalf of the company. | 23   company or on behalf of the company. | | | | |
| 24       Q.   And this was the company -- | 24       Q.   And this was the company -- | | | | |
| 190 | 190 | | | | |
| 1       A.   As -- as far as I know. | 1       A.   As -- as far as I know. | | | | |
| 2       Q.   I'm sorry.  I thought you | 2       Q.   I'm sorry.  I thought you | | | | |
| 3   were done. | 3   were done. | | | | |
| 4       A.   Sorry. | 4       A.   Sorry. | | | | |
| 5       Q.   And this is what the company | 5       Q.   And this is what the company | | | Overruled | |
| 6   was reporting in January of 2004, | 6   was reporting in January of 2004, | | | | |
| 7   correct, if we look at the date on page | 7   correct, if we look at the date on page | | | | |
| 8   1? | 8   1? | | | | |
| 9       A.   Yes. | 9       A.   Yes. | | | | |
| 10       Q.   Okay. | 10       Q.   Okay. | | | | |
| 11       A.   Yes, this appears to be the | 11       A.   Yes, this appears to be the | | | | |
| 12   clinical study report that is dated | 12   clinical study report that is dated | | | | |
| 13   January 2004. | 13   January 2004. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 14   MR. BACHUS: All right.  Why | 14   MR. BACHUS: All right.  Why | | | | |
| 15   don't we take a break, it may be a | 15   don't we take a break, it may be a | | | | |
| 16   good time to -- oh, do you want to | 16   good time to -- oh, do you want to | | | | |
| 17   do one more?  Okay.  Then we'll | 17   do one more?  Okay.  Then we'll | | | | |
| 18   straighten that out afterwards? | 18   straighten that out afterwards? | | | | |
| 19   (Pause.) | 19   (Pause.) | | | | |
| 20   - - - | 20   - - - | | | | |
| 21   (Deposition Exhibit No. | 21   (Deposition Exhibit No. | | | | |
| 22   Kopreski-9, 1/19/06 Rapporteur | 22   Kopreski-9, 1/19/06 Rapporteur | | | | |
| 23   Assessment Report for Taxotere, | 23   Assessment Report for Taxotere, | | | | |
| 24   "Follow-up measure of variation | 24   "Follow-up measure of variation | | | | |
| 191 | 191 | | | | |
| 1   IIS4 (adjuvant breast cancer): | 1   IIS4 (adjuvant breast cancer): | | | | |
| 2   Safety update report of study TAX | 2   Safety update report of study TAX | | | | |
| 3   316," Sanofi_01294924 through | 3   316," Sanofi_01294924 through | | | | |
| 4   Sanofi_01294934, was marked for | 4   Sanofi_01294934, was marked for | | | | |
| 5   identification.) | 5   identification.) | | | | |
| 6   - - - | 6   - - - | | | | |
| 7   BY MR. BACHUS: | 7   BY MR. BACHUS: | | | | |
| 8   Q.  This is what's been marked | 8   Q.  This is what's been marked | | | | |
| 9   as Exhibit 9. | 9   as Exhibit 9. | | | | |
| 10   MR. KEENAN:  Thank you. | 10   MR. KEENAN:  Thank you. | | | | |
| 11   (Pause.) | 11   (Pause.) | | | | |
| 12   BY MR. BACHUS: | 12   BY MR. BACHUS: | | | | |
| 13   Q.  Do you have Exhibit 9, | 13   Q.  Do you have Exhibit 9, | Previous Objection Overruled.  Completeness, subject to objections | This designation regarding Exhibit 9 is not necessary for completeness. Plaintiff did not designate any testimony regarding Exhibit 9. So there is simply nothing to "complete". | Overruled | SUSTAINED |
| 14   Doctor? | 14   Doctor? | | | | |
| 15   A.  I do, thank you. | 15   A.  I do, thank you. | | | | |
| 16   Q.  All right.  Exhibit 9 | 16   Q.  All right.  Exhibit 9 | | | | |
| 17   identifies itself as a Taxotere and | 17   identifies itself as a Taxotere and | | | | |
| 18   there's docetaxel, the word right next to | 18   there's docetaxel, the word right next to | | | | |
| 19   it there.  Do you see that?  On page 1, | 19   it there.  Do you see that?  On page 1, | | | | |
| 20   it's got Taxotere and then it says | 20   it's got Taxotere and then it says | | | | |
| 21   docetaxel right next to it? | 21   docetaxel right next to it? | | | | |
| 22   A.  Yes, if I could just take a | 22   A.  Yes, if I could just take a | | | | |
| 23   few moments to look at this exhibit? | 23   few moments to look at this exhibit? | | | | |
| 24   MR. BACHUS: Sure. | 24   MR. BACHUS: Sure. | | | | |
| 192 | 192 | | | | |
| 1   (Pause.) | 1   (Pause.) | | | | |
| 2   MR. BACHUS: Just let me | 2   MR. BACHUS: Just let me | | | | |
| 3   know when you're ready to proceed. | 3   know when you're ready to proceed. | | | | |
| 4   THE WITNESS: Sure. | 4   THE WITNESS: Sure. | | | | |
| 5   (Pause.) | 5   (Pause.) | | | | |
| 6   THE WITNESS: Okay.  Why | 6   THE WITNESS: Okay.  Why | | | | |
| 7   don't we go ahead.  If I need to | 7   don't we go ahead.  If I need to | | | | |
| 8   do further review, I can let you | 8   do further review, I can let you | | | | |
| 9   know. | 9   know. | | | | |
| 10   MR. BACHUS: Okay.  Sure. | 10   MR. BACHUS: Okay.  Sure. | | | | |
| 11   BY MR. BACHUS: | 11   BY MR. BACHUS: | | | | |
| 12   Q.  So, again, this is Exhibit 9 | 12   Q.  So, again, this is Exhibit 9 | | | | |
| 13   and it's regarding Taxotere (docetaxel) | 13   and it's regarding Taxotere (docetaxel) | | | | |
| 14   and then the company is listed as | 14   and then the company is listed as | | | | |
| 15   Aventis.  Do you see that? | 15   Aventis.  Do you see that? | | | | |
| 16   A.  Yes. | 16   A.  Yes. | | | | |
| 17   Q.  And, again, that is -- for | 17   Q.  And, again, that is -- for | | | | |
| 18   our purposes, that's Sanofi; correct? | 18   our purposes, that's Sanofi; correct? | | | | |
| 19   A.  Yes. | 19   A.  Yes. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 20   Q.   And it says it's a safety | 20   Q.   And it says it's a safety | | | | |
| 21   update report of study TAX316.  Do you | 21   update report of study TAX316.  Do you | | | | |
| 22   see that? | 22   see that? | | | | |
| 23       A.   I do. | 23       A.   I do. | | | | |
| 24       Q.   On page 1? | 24       Q.   On page 1? | | | | |
| 193 | 193 | | | | |
| 1       A.   In other words, this is not | 1       A.   In other words, this is not | | | | |
| 2   the initial submission report. | 2   the initial submission report. | | | | |
| 3       Q.   Right. | 3       Q.   Right. | | | | |
| 4       A.   Which I think probably would | 4       A.   Which I think probably would | | | | |
| 5   have been provided to the EMA around 2004 | 5   have been provided to the EMA around 2004 | | | | |
| 6   or 2005, but -- but this is an updated | 6   or 2005, but -- but this is an updated | | | | |
| 7   report on top of that previous report. | 7   report on top of that previous report. | | | | |
| 8       Q.   And the date of this updated | 8       Q.   And the date of this updated | Previous Objection Overruled.  Completeness, subject to objections | This designation regarding Exhibit 9 is not necessary for completeness. Plaintiff did not designate any testimony regarding Exhibit 9. So there is simply nothing to "complete". | Overruled | |
| 9   report, now we're in 2006. A few moments | 9   report, now we're in 2006. A few moments | | | | |
| 10   ago, we were looking at table 51 from | 10   ago, we were looking at table 51 from | | | | |
| 11   2004.  Do you remember that? | 11   2004.  Do you remember that? | | | | |
| 12       A.   The -- the clinical study | 12       A.   The -- the clinical study | | | | |
| 13   document that we were looking at, the | 13   document that we were looking at, the | | | | |
| 14   final 55-month analysis clinical study | 14   final 55-month analysis clinical study | | | | |
| 15   report, was 2004, but this is not -- this | 15   report, was 2004, but this is not -- this | | | | |
| 16   is a totally different document. | 16   is a totally different document. | | | | |
| 17       Q.   Right. | 17       Q.   Right. | | | | |
| 18       A.   So just not to confuse.  And | 18       A.   So just not to confuse.  And | | | | SUSTAINED |
| 19   it has a different date accordingly. | 19   it has a different date accordingly. | | | | |
| 20       Q.   And if you would turn to | 20       Q.   And if you would turn to | | | | |
| 21   page 7 of Exhibit 9 -- and the numbers of | 21   page 7 of Exhibit 9 -- and the numbers of | | | | |
| 22   these pages are on the bottom -- and | 22   these pages are on the bottom -- and | | | | |
| 23   you'll see there there's a table 1? | 23   you'll see there there's a table 1? | | | | |
| 24       A.   Okay. | 24       A.   Okay. | | | | |
| 194 | 194 | | | | |
| 1       Q.   Do you see that? | 1       Q.   Do you see that? | | | | |
| 2       A.   Yes. | 2       A.   Yes. | | | | |
| 3       Q.   And table 1 says:  Table 1 | 3       Q.   And table 1 says:  Table 1 | | | | |
| 4   is an update of table 51 from the TAX316 | 4   is an update of table 51 from the TAX316 | | | | |
| 5   CSR.  Do you see that? | 5   CSR.  Do you see that? | | | | |
| 6       A.   I do. | 6       A.   I do. | | | | |
| 7       Q.   And so as you were saying a | 7       Q.   And so as you were saying a | | | | |
| 8   moment ago, before, we were looking in | 8   moment ago, before, we were looking in | | | | |
| 9   2004. This is updated information in | 9   2004. This is updated information in | | | | |
| 10   2006; correct? | 10   2006; correct? | | | | |
| 11       A.   Well -- | 11       A.   Well -- | | | | |
| 12       Q.   Let me help you.  I think | 12       Q.   Let me help you.  I think | | | | |
| 13   there's a -- | 13   there's a -- | | | | |
| 14       A.   I don't -- that's not really | 14       A.   I don't -- that's not really | | | | |
| 15   -- | 15   -- | | | | |
| 16       Q.   Go -- if you go to page 10 | 16       Q.   Go -- if you go to page 10 | | | Overruled | |
| 17   really quickly.  We'll come back to the | 17   really quickly.  We'll come back to the | | | | |
| 18   table -- | 18   table -- | | | | |
| 19       A.   Okay. | 19       A.   Okay. | | | | |
| 20       Q.   -- but I think this will | 20       Q.   -- but I think this will | | | | |
| 21   help.  If you go to page 10 -- | 21   help.  If you go to page 10 -- | | | | |
| 22       A.   Yes. | 22       A.   Yes. | | | | |
| 23       Q.   -- you'll see at the bottom | 23       Q.   -- you'll see at the bottom | | | Overruled | |
| 24   it says: The additional information in | 24   it says: The additional information in | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 195 | 195 | | | | |
| 1  the follow-up period represents 22 | 1  the follow-up period represents 22 | | | | |
| 2  additional months of safety data for the | 2  additional months of safety data for the | | | | |
| 3  pivotal TAX316, with now a median | 3  pivotal TAX316, with now a median | | | | |
| 4  follow-up of more than six years. | 4  follow-up of more than six years. | | | | |
| 5       Do you see that?  And, | 5       Do you see that?  And, | | | | |
| 6  again, I've got it up on the -- | 6  again, I've got it up on the -- | | | | |
| 7     A.  Okay. | 7     A.  Okay. | | | | |
| 8     Q.  -- on the screen -- | 8     Q.  -- on the screen -- | | | | |
| 9     A.  Yes. | 9     A.  Yes. | | | | |
| 10    Q.  -- as well.  So this | 10    Q.  -- as well.  So this | | | | |
| 11  represents 22 additional months of data | 11  represents 22 additional months of data | | | | |
| 12  and is -- now the median follow-up is | 12  and is -- now the median follow-up is | | | | |
| 13  more than six years. | 13  more than six years. | | | | |
| 14    A.  If I can just have a second. | 14    A.  If I can just have a second. | | | | |
| 15       MR. BACHUS:  Sure. | 15       MR. BACHUS:  Sure. | | | | |
| 16       (Pause.) | 16       (Pause.) | | | | |
| 17  BY MR. BACHUS: | 17  BY MR. BACHUS: | | | | |
| 18    Q.  Do you agree with me on | 18    Q.  Do you agree with me on | | | | |
| 19  that? | 19  that? | | | | |
| 20    A.  I'm -- I'm just trying to | 20    A.  I'm -- I'm just trying to | | | | |
| 21  get context of this. | 21  get context of this. | | | | |
| 22       (Pause.) | 22       (Pause.) | | | | |
| 23       THE WITNESS:  You wouldn't | 23       THE WITNESS:  You wouldn't | | | | |
| 24  happen to have the request that | 24  happen to have the request that | | | | |
| 196 | 196 | | | | |
| 1  generated this report, would you? | 1  generated this report, would you? | | | | |
| 2       MR. BACHUS:  I don't have | 2       MR. BACHUS:  I don't have | | | | |
| 3  that in front of me right now. | 3  that in front of me right now. | | | | |
| 4       THE WITNESS:  Because I seem | 4       THE WITNESS:  Because I seem | | | | |
| 5  to remember -- | 5  to remember -- | | | | |
| 6       MR. BACHUS:  The table | 6       MR. BACHUS:  The table | | | | |
| 7  itself is also helpful because | 7  itself is also helpful because | | | | |
| 8  there's a date with a cut-off date | 8  there's a date with a cut-off date | | | | |
| 9  of March -- this information, a | 9  of March -- this information, a | | | | |
| 10  cut-off date of March 2005 in the | 10  cut-off date of March 2005 in the | | | | |
| 11  table -- or 2006, actually, I | 11  table -- or 2006, actually, I | | | | |
| 12  think, 2006.  It's hard to read | 12  think, 2006.  It's hard to read | | | | |
| 13  it. | 13  it. | | | | |
| 14       THE WITNESS:  Could I | 14       THE WITNESS:  Could I | | | | |
| 15  briefly look at the previous | 15  briefly look at the previous | | | | |
| 16  exhibit of the study report? | 16  exhibit of the study report? | | | | |
| 17       MR. BACHUS:  Sure.  You want | 17       MR. BACHUS:  Sure.  You want | | | | |
| 18  to look at exhibit number -- | 18  to look at exhibit number -- | | | | |
| 19       MR. KEENAN:  Is it 7? | 19       MR. KEENAN:  Is it 7? | | | | |
| 20       MR. BACHUS:  7? | 20       MR. BACHUS:  7? | | | | |
| 21       MR. KEENAN:  No, 8. | 21       MR. KEENAN:  No, 8. | | | | |
| 22       MR. BACHUS:  Or 8.  It's 8. | 22       MR. BACHUS:  Or 8.  It's 8. | | | | |
| 23       THE WITNESS:  Thank you. | 23       THE WITNESS:  Thank you. | | | | |
| 24       (Pause.) | 24       (Pause.) | | | | |
| 197 | 197 | | | | |
| 1       THE WITNESS:  Okay.  Thank | 1       THE WITNESS:  Okay.  Thank | | | | |
| 2  you.  Let me have this just for a | 2  you.  Let me have this just for a | | | | |
| 3  second nearby. | 3  second nearby. | | | | |
| 4       MR. BACHUS:  Are you ready | 4       MR. BACHUS:  Are you ready | | | | |
| 5  to continue? | 5  to continue? | | | | |
| 6       THE WITNESS:  Yes.  Yes. | 6       THE WITNESS:  Yes.  Yes. | | | | |
| 7  BY MR. BACHUS: | 7  BY MR. BACHUS: | | | | |
| 8    Q.  All right.  Again, just to | 8    Q.  All right.  Again, just to | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 9  reframe where we are, if you look at page | 9  reframe where we are, if you look at page | | | | |
| 10  7 of Exhibit 9, where table 1 is -- and, | 10  7 of Exhibit 9, where table 1 is -- and, | | | | |
| 11  again, I put this up on the screen -- | 11  again, I put this up on the screen -- | | | | |
| 12  table 1 is an update of table 51 from the | 12  table 1 is an update of table 51 from the | | | | |
| 13  TAX316 CSR. | 13  TAX316 CSR. | | | | |
| 14         Do you see that language? | 14         Do you see that language? | | | | |
| 15       A.   I do see that. | 15       A.   I do see that. | | | | |
| 16       Q.   Okay. | 16       Q.   Okay. | | | | |
| 17         And there's a cut-off date | 17         And there's a cut-off date | | | | |
| 18  here that looks like it's March of 2005 | 18  here that looks like it's March of 2005 | | | | |
| 19  for information.  It's hard to read. | 19  for information.  It's hard to read. | | | | |
| 20  I've tried to blow it up -- | 20  I've tried to blow it up -- | | | | |
| 21       A.   Yeah. | 21       A.   Yeah. | | | | |
| 22       Q.   -- on the screen here.  It's | 22       Q.   -- on the screen here.  It's | | | | |
| 23  not a great copy, but that would make | 23  not a great copy, but that would make | | | | |
| 24  some sense since the publication date is | 24  some sense since the publication date is | | | | |
| 198 | 198 | | | | |
| 1  January of 2006 for this document. | 1  January of 2006 for this document. | | | | |
| 2       A.   I -- it's probably | 2       A.   I -- it's probably | | | | |
| 3  reasonable to be 2005.  It is difficult | 3  reasonable to be 2005.  It is difficult | | | | |
| 4  to read. | 4  to read. | | | | |
| 5       Q.   And, again, the update, now | 5       Q.   And, again, the update, now | Previous Objection Overruled, in part.  Previous Objection Not Ruled On, in part.    Completeness, subject to objections | This designation regarding Exhibit 9 is not necessary for completeness. Plaintiff did not designate any testimony regarding Exhibit 9. So there is simply nothing to "complete". | | |
| 6  with 22 additional months of data, shows, | 6  with 22 additional months of data, shows, | | | | |
| 7  again, if we look at -- here's the | 7  again, if we look at -- here's the | | | | |
| 8  Taxotere arm and follow-up and it says up | 8  Taxotere arm and follow-up and it says up | | | | |
| 9  here, treatment-emergent adverse events | 9  here, treatment-emergent adverse events | | | | |
| 10  persisting into the follow-up, correct, | 10  persisting into the follow-up, correct, | | | | |
| 11  regardless of relationship? | 11  regardless of relationship? | | | | |
| 12       A.   Yes. | 12       A.   Yes. | | | | |
| 13       Q.   And then in the follow-up, | 13       Q.   And then in the follow-up, | | | Overruled | |
| 14  it has ongoing or resolved and then has | 14  it has ongoing or resolved and then has | | | | |
| 15  21, which I think is down 1 individual -- | 15  21, which I think is down 1 individual -- | | | | |
| 16       A.   Yes. | 16       A.   Yes. | | | | |
| 17       Q.   -- at the 77-month | 17       Q.   -- at the 77-month | | | | |
| 18  follow-up.  Alopecia was reported to be | 18  follow-up.  Alopecia was reported to be | | | | |
| 19  ongoing in the follow-up in the TAC arm | 19  ongoing in the follow-up in the TAC arm | | | | |
| 20  at now 77 months; correct? | 20  at now 77 months; correct? | | | | |
| 21       A.   Alopecia was reported to be | 21       A.   Alopecia was reported to be | | | | |
| 22  ongoing for 21 patients in the follow-up, | 22  ongoing for 21 patients in the follow-up, | | | | |
| 23  meaning, for the benefit of the jury, | 23  meaning, for the benefit of the jury, | | | | |
| 24  again, I -- that ongoing refers to | 24  again, I -- that ongoing refers to | | | | |
| 199 | 199 | | | | |
| 1  whether or not there was documented | 1  whether or not there was documented | | | | |
| 2  resolution.  But the follow-up period of | 2  resolution.  But the follow-up period of | | | | |
| 3  -- you said 77 months -- does not | 3  -- you said 77 months -- does not | | | | |
| 4  necessarily indicate that all patients | 4  necessarily indicate that all patients | | | | |
| 5  went for 77 months. | 5  went for 77 months. | | | | |
| 6       Q.   What the company -- you | 6       Q.   What the company -- you | | | | |
| 7  would agree with me that what the company | 7  would agree with me that what the company | | | | |
| 8  was reporting in table 1 on Exhibit 9 to | 8  was reporting in table 1 on Exhibit 9 to | | | | |
| 9  a regulatory authority was that at 77 | 9  a regulatory authority was that at 77 | | | | |
| 10  months -- that the updated information | 10  months -- that the updated information | | | | |
| 11  was that at 77 months, alopecia was | 11  was that at 77 months, alopecia was | | | | |
| 12  ongoing for 21 of the patients; correct? | 12  ongoing for 21 of the patients; correct? | | | | |
| 13  That's what's reported. | 13  That's what's reported. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 14      A.   That's what's reported and | 14      A.   That's what's reported and | | | | |
| 15   the regulatory authority would understand | 15   the regulatory authority would understand | | | | |
| 16   what ongoing means, which means that the | 16   what ongoing means, which means that the | | | | |
| 17   -- it is up to the point that the patient | 17   -- it is up to the point that the patient | | | | |
| 18   was -- was being followed.  As the last | 18   was -- was being followed.  As the last | | | | |
| 19   time that alopecia was recorded, it was | 19   time that alopecia was recorded, it was | | | | |
| 20   still ongoing. | 20   still ongoing. | | | | |
| 21      Q.   Okay. | 21      Q.   Okay. | | | | |
| 22      A.   But it does not mean that | 22      A.   But it does not mean that | | | | |
| 23   each patient went for 77 months.  If you | 23   each patient went for 77 months.  If you | | | | |
| 24   have a patient that died two weeks into | 24   have a patient that died two weeks into | | | | |
| 200 | 200 | | | | |
| 1   the follow-up who had alopecia, that | 1   the follow-up who had alopecia, that | | | | |
| 2   alopecia would be ongoing. | 2   alopecia would be ongoing. | | | | |
| 3      Q.   You -- | 3      Q.   You -- | | | | |
| 4      A.   If the -- I'm sorry.  Go | 4      A.   If the -- I'm sorry.  Go | | | | |
| 5   ahead. | 5   ahead. | | | | |
| 6      Q.   You would agree with me that | 6      Q.   You would agree with me that | | | | |
| 7   this table doesn't make a representation | 7   this table doesn't make a representation | | | | |
| 8   that any patient died two weeks after | 8   that any patient died two weeks after | | | | |
| 9   getting alopecia; correct? | 9   getting alopecia; correct? | | | | |
| 10      A.   The regulatory authority has | 10      A.   The regulatory authority has | | | | |
| 11   the -- the documentation of -- of all the | 11   the -- the documentation of -- of all the | | | | |
| 12   statistical -- or I'm sorry -- all of the | 12   statistical -- or I'm sorry -- all of the | | | | |
| 13   safety information that was built into | 13   safety information that was built into | | | SUSTAINED | |
| 14   this representation and they would | 14   this representation and they would | | | | |
| 15   understand, also, what the 77-month | 15   understand, also, what the 77-month | | | | |
| 16   period would be.  They would have how | 16   period would be.  They would have how | | | | |
| 17   long patients were -- were being -- being | 17   long patients were -- were being -- being | | | | |
| 18   treated. | 18   treated. | | | | |
| 19          So I don't know whether or | 19          So I don't know whether or | | | | |
| 20   not somebody died two weeks or not, but | 20   not somebody died two weeks or not, but | | | | |
| 21   that information would be available to | 21   that information would be available to | | | | |
| 22   the regulatory authority, as would the | 22   the regulatory authority, as would the | | | | |
| 23   information be -- and I think it said -- | 23   information be -- and I think it said -- | | | | |
| 24   I read someplace in here that -- if you | 24   I read someplace in here that -- if you | | | | |
| 201 | 201 | | | | |
| 1   look on that paragraph you were pointing | 1   look on that paragraph you were pointing | | | | |
| 2   out, a little below, it says, for those | 2   out, a little below, it says, for those | | | | |
| 3   events, the follow-up was interrupted if | 3   events, the follow-up was interrupted if | | | | |
| 4   the subject was to receive additional | 4   the subject was to receive additional | | | | |
| 5   nonprotocol chemotherapy. | 5   nonprotocol chemotherapy. | | | | |
| 6          So a lot of -- a lot of the | 6          So a lot of -- a lot of the | | | | |
| 7   patients, whether they had a relapse or | 7   patients, whether they had a relapse or | | | | |
| 8   an occurrence, would go off study and | 8   an occurrence, would go off study and | | | | |
| 9   receive another therapy.  And they're | 9   receive another therapy.  And they're | | | | |
| 10   also being included in the 77-month | 10   also being included in the 77-month | | | | |
| 11   cut-off, but -- but they're not -- but | 11   cut-off, but -- but they're not -- but | | | | |
| 12   the follow-up period is stopping | 12   the follow-up period is stopping | | | | |
| 13   beforehand, as -- as it says here. | 13   beforehand, as -- as it says here. | | | | |
| 14          So -- | 14          So -- | | | | |
| 15      Q.   The purpose of -- the | 15      Q.   The purpose of -- the | | | | |
| 16   purpose here is to make sure that when | 16   purpose here is to make sure that when | | | | |
| 17   we're communicating with regulatory | 17   we're communicating with regulatory | | | | |
| 18   agencies, that we're clear, unequivocal, | 18   agencies, that we're clear, unequivocal, | | | | |
| 19   so that everybody's on the same page; | 19   so that everybody's on the same page; | | | | |
| 20   correct? | 20   correct? | | | | |
| 21      A.   So the regulatory agencies | 21      A.   So the regulatory agencies | | | Overruled | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 22 are very familiar with pharmacovigilance | 22 are very familiar with pharmacovigilance | | | | |
| 23 in clinical study protocol language, so | 23 in clinical study protocol language, so | | | | |
| 24 we are on the same page; and not only | 24 we are on the same page; and not only | | | | |
| 202 | 202 | | | | |
| 1 that, but they have the data. | 1 that, but they have the data. | | | | |
| 2 Q. Okay. | 2 Q. Okay. | | | | |
| 3 A. So, you know, I've -- as you | 3 A. So, you know, I've -- as you | | | | |
| 4 know, in my review during the 30(b)(6), I | 4 know, in my review during the 30(b)(6), I | | | | |
| 5 found many patients had resolution of | 5 found many patients had resolution of | | | | |
| 6 their alopecia or did not document them | 6 their alopecia or did not document them | | | | |
| 7 going on beyond six months that were | 7 going on beyond six months that were | | | | |
| 8 still considered ongoing. And the | 8 still considered ongoing. And the | | | | |
| 9 question is, how can that be? | 9 question is, how can that be? | | | | |
| 10 Well, that's because you | 10 Well, that's because you | | | | |
| 11 might have been seen for alopecia, or | 11 might have been seen for alopecia, or | | | | |
| 12 let's say, three months after treatment, | 12 let's say, three months after treatment, | | | | |
| 13 it's ongoing, and be followed up just for | 13 it's ongoing, and be followed up just for | | | | |
| 14 efficacy, for example, at the 77-month | 14 efficacy, for example, at the 77-month | | | | |
| 15 point, with no further recording of the | 15 point, with no further recording of the | | | | |
| 16 status of your -- of your alopecia. | 16 status of your -- of your alopecia. | | | | |
| 17 So I think when you talk | 17 So I think when you talk | | | | |
| 18 about ongoing in these numbers, you have | 18 about ongoing in these numbers, you have | | | | |
| 19 to be very careful and I -- you know, I | 19 to be very careful and I -- you know, I | | | | |
| 20 am quite sure that the regulatory | 20 am quite sure that the regulatory | | | | |
| 21 agencies who's familiar with the | 21 agencies who's familiar with the | | | | |
| 22 definitions of ongoing and -- and the | 22 definitions of ongoing and -- and the | | | | |
| 23 follow-up period and the protocol and | 23 follow-up period and the protocol and | | | | |
| 24 have all the data know exactly what's | 24 have all the data know exactly what's | | | | |
| 203 | 203 | | | | |
| 1 being discussed. | 1 being discussed. | | | | |
| 2 MR. BACHUS: Okay. I move | 2 MR. BACHUS: Okay. I move | | | | |
| 3 to strike as absolutely | 3 to strike as absolutely | | | | |
| 4 nonresponsive to the previous | 4 nonresponsive to the previous | | | | |
| 5 question. | 5 question. | | | | |
| 6 BY MR. BACHUS: | 6 BY MR. BACHUS: | | | | |
| 7 Q. This communication is to | 7 Q. This communication is to | | | | |
| 8 European regulatory agency, but it's the | 8 European regulatory agency, but it's the | | | | |
| 9 exact same TAX316 study; correct? | 9 exact same TAX316 study; correct? | | | | |
| 10 A. That's correct. This is a | 10 A. That's correct. This is a | | | | |
| 11 communication to the European regulatory | 11 communication to the European regulatory | | | | |
| 12 authorities who have the -- the study | 12 authorities who have the -- the study | | | | |
| 13 data. | 13 data. | | | | |
| 14 Q. It's the same TAX316 is my | 14 Q. It's the same TAX316 is my | | | | |
| 15 point. Is that true? It's the same -- | 15 point. Is that true? It's the same -- | | | | |
| 16 there's not a -- I just don't want the | 16 there's not a -- I just don't want the | | | | |
| 17 jury to be confused. | 17 jury to be confused. | | | | |
| 18 There's not a TAX316 study | 18 There's not a TAX316 study | | | | |
| 19 that occurred for the European regulatory | 19 that occurred for the European regulatory | | | | |
| 20 agency submission and a different TAX316 | 20 agency submission and a different TAX316 | | | | |
| 21 for the United States. It's the same | 21 for the United States. It's the same | | | | |
| 22 TAX316; isn't that true? | 22 TAX316; isn't that true? | | | | |
| 23 A. There was one study. In | 23 A. There was one study. In | | | | |
| 24 terms of -- in terms of this follow-up | 24 terms of -- in terms of this follow-up | | | | |
| 204 | 204 | | | | |
| 1 period, if you're talking about this | 1 period, if you're talking about this | | | | |
| 2 document, I'm not sure -- I mean, when | 2 document, I'm not sure -- I mean, when | | | | |
| 3 you say the same, you're referring to the | 3 you say the same, you're referring to the | | | | |
| 4 study itself. | 4 study itself. | | | | |
| 5 Q. I am. | 5 Q. I am. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 6      A.   Okay.  There's only to my | 6      A.   Okay.  There's only to my | | | | |
| 7  knowledge one TAX316 study that was | 7  knowledge one TAX316 study that was | | | | |
| 8  submitted both to the United States and | 8  submitted both to the United States and | | | | |
| 9  -- and to Europe. | 9  -- and to Europe. | | | | |
| 10          MR. KEENAN:  Are we near a | 10          MR. KEENAN:  Are we near a | | | | |
| 11    stopping point? | 11    stopping point? | | | | |
| 12          MR. BACHUS:  Yes. | 12          MR. BACHUS:  Yes. | | | | |
| 13          MR. KEENAN:  Okay.  Go on. | 13          MR. KEENAN:  Okay.  Go on. | | | | |
| 14    Go on.  That's fine. | 14    Go on.  That's fine. | | | | |
| 15  BY MR. BACHUS: | 15  BY MR. BACHUS: | | | | |
| 16      Q.   Now we're in 2006 with | 16      Q.   Now we're in 2006 with | Previous Objection Overruled.  Completeness, subject to objections | This designation regarding Exhibit 9 is not necessary for completeness. Plaintiff did not designate any testimony regarding Exhibit 9. So there is simply nothing to "complete". | Overruled | SUSTAINED |
| 17  Exhibit 9, and in 2006, the | 17  Exhibit 9, and in 2006, the | | | | |
| 18  representation made in table 1 is that | 18  representation made in table 1 is that | | | | |
| 19  there remain more than 3 percent of | 19  there remain more than 3 percent of | | | | |
| 20  patients in the TAC arm who were reported | 20  patients in the TAC arm who were reported | | | | |
| 21  as having ongoing alopecia in table 1; | 21  as having ongoing alopecia in table 1; | | | | |
| 22  correct? | 22  correct? | | | | |
| 23       It's right on the screen. | 23       It's right on the screen. | | | | |
| 24      A.   I wouldn't say that the | 24      A.   I wouldn't say that the | | | | |
| 205 | 205 | | | | |
| 1  representation is that there remains more | 1  representation is that there remains more | | | | |
| 2  than 3 percent.  The representation is, | 2  than 3 percent.  The representation is, | | | | |
| 3  of the patients that have the analysis in | 3  of the patients that have the analysis in | | | | |
| 4  2006, regardless of when they may have | 4  2006, regardless of when they may have | | | | |
| 5  gone off study, that 21 of those | 5  gone off study, that 21 of those | | | | |
| 6  patients, which I -- 21 of those patients | 6  patients, which I -- 21 of those patients | | | | |
| 7  had -- had not -- or were technically | 7  had -- had not -- or were technically | | | | |
| 8  still ongoing because they didn't show a | 8  still ongoing because they didn't show a | | | | |
| 9  resolution or because they were lost to | 9  resolution or because they were lost to | | | | |
| 10  follow-up or because they went on to | 10  follow-up or because they went on to | | | | |
| 11  another study or another -- another | 11  another study or another -- another | | | | |
| 12  treatment. | 12  treatment. | | | | |
| 13       So I somewhat disagree with | 13       So I somewhat disagree with | | | | |
| 14  the way that you phrased the question. | 14  the way that you phrased the question. | | | | |
| 15          MR. BACHUS:  Okay.  Thank | 15          MR. BACHUS:  Okay.  Thank | | | | |
| 16    you.  We'll take a break. | 16    you.  We'll take a break. | | | | |
| 17          MR. KEENAN:  Okay.  Very | 17          MR. KEENAN:  Okay.  Very | | | | |
| 18    good. | 18    good. | | | | |
| 19          THE VIDEO TECHNICIAN: | 19          THE VIDEO TECHNICIAN: | | | | |
| 20    Remove your microphones.  The time | 20    Remove your microphones.  The time | | | | |
| 21    is 1:14 p.m.  We're off the | 21    is 1:14 p.m.  We're off the | | | | |
| 22    record. | 22    record. | | | | |
| 23          (A luncheon recess was taken | 23          (A luncheon recess was taken | | | | |
| 24    from 1:14 p.m. to 2:09 p.m.) | 24    from 1:14 p.m. to 2:09 p.m.) | | | | |
| 206 | 206 | | | | |
| 1       - - - | 1       - - - | | | | |
| 2       (Deposition Exhibit No. | 2       (Deposition Exhibit No. | | | | |
| 3  Kopreski-10, March 2006 E-Mail | 3  Kopreski-10, March 2006 E-Mail | | | | |
| 4  Chain Among Freedman, Velez, | 4  Chain Among Freedman, Velez, | | | | |
| 5  Neibart, etc., Sanofi_01035459 and | 5  Neibart, etc., Sanofi_01035459 and | | | | |
| 6  Sanofi_01035460, was marked for | 6  Sanofi_01035460, was marked for | | | | |
| 7  identification.) | 7  identification.) | | | | |
| 8       - - - | 8       - - - | | | | |
| 9          THE VIDEO TECHNICIAN:  Okay. | 9          THE VIDEO TECHNICIAN:  Okay. | | | | |
| 10    We are back on the record.  The | 10    We are back on the record.  The | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 11    time is 2:09 p.m. | 11    time is 2:09 p.m. | | | | |
| 12  BY MR. BACHUS: | 12  BY MR. BACHUS: | | | | |
| 13      Q.  Dr. Kopreski, I'm going to | 13      Q.  Dr. Kopreski, I'm going to | | | | |
| 14  hand you what has been marked as Exhibit | 14  hand you what has been marked as Exhibit | | | | |
| 15  10. This is Exhibit 10 to your | 15  10. This is Exhibit 10 to your | | | | |
| 16  deposition.  It also has a sticker on it | 16  deposition.  It also has a sticker on it | | | Overruled | |
| 17  from Ms. Freedman's deposition that is | 17  from Ms. Freedman's deposition that is | | | | |
| 18  Exhibit 2 from her deposition. | 18  Exhibit 2 from her deposition. | | | | |
| 19      We were previously talking | 19      We were previously talking | | | | |
| 20  about the 77-month TAX316 follow-up data | 20  about the 77-month TAX316 follow-up data | | | | |
| 21  from January of 2006.  This document you | 21  from January of 2006.  This document you | | | | |
| 22  see at the top is an e-mail chain from | 22  see at the top is an e-mail chain from | | | | |
| 23  March of 2006, so just a couple of months | 23  March of 2006, so just a couple of months | | | | |
| 24  later. | 24  later. | | | | |
| 207 | 207 | | | | |
| 1      And if we -- it's better if | 1      And if we -- it's better if | | | | |
| 2  we start on the back page, page 2, | 2  we start on the back page, page 2, | | | | |
| 3  because that's the earlier e-mail.  And | 3  because that's the earlier e-mail.  And | | | | |
| 4  you're not on this initial e-mail, but | 4  you're not on this initial e-mail, but | | | | |
| 5  you are cc'd and I have some questions | 5  you are cc'd and I have some questions | | | | |
| 6  about your involvement, but I think for | 6  about your involvement, but I think for | | | | |
| 7  -- for purposes of trying to set where we | 7  -- for purposes of trying to set where we | | | | |
| 8  are, it's important to go through this | 8  are, it's important to go through this | | | | |
| 9  e-mail. | 9  e-mail. | | | | |
| 10      A.  Sure. | 10      A.  Sure. | | | | |
| | | Not previously ruled on.<br><br>Irrelevant: This document and surrounding testimony is irrelevant because it concerns an inquiry from a Danish physician.  They label and regulatory response was guided by the SmPC (European label) and EMA (European regulatory authority).<br><br>Unduly Prejudicial and Mislead:  Plaintiff highlights language about not recommending a literature search that is meant to mislead the jury into believing that Sanofi was a "bad actor" or should have conducted such a search.  This testimony will be substantially more prejudicial than probative.  Plaintiff has designated Dr. Amy Freedman's testimony on this same issue who, if admitted, can explain what she meant by it.<br><br>Hearsay Within Hearsay: This document contains a question from a Danish physician.  The physician's question is hearsay, as this individual is not an employee of Sanofi.<br><br>MIL: Exhibit 2 is an inquiry from a Danish physician and violates Sanofi's MIL regarding individual adverse event reports (MIL 5) and regarding Foreign Regulatory and Labeling (MIL 24).<br><br>Lacks Foundation: Exhibit 10 is an email chain between Amy Freedman, Steven Neibart, Emanuel Palatinsky, Marina Velez, and Dr. Kopreski.  Dr. Kopreski did not send any emails in this chain, thus, this email chain lacks | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told theTaxotere safety team not to conduct a literature search in 2006  when the taxotere safety team was specifically asked what the company knew about taxotere causing PCIA.  It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | Plaintiff response to objection: Foundation provided; relevant to company knowledge/notice prior to 2011; within personal knowledge | |
| 11      Q.  Okay? So the first e-mail I | 11      Q.  Okay? So the first e-mail I | | | | SUSTAINED |
| 12  want to go through is on page 2 of | 12  want to go through is on page 2 of | | | | |
| 13  Exhibit No. 10 and it is a -- from Heidi | 13  Exhibit No. 10 and it is a -- from Heidi | | | | |
| 14  Filtenborg from -- it looks like from | 14  Filtenborg from -- it looks like from | | | | |
| 15  Denmark. | 15  Denmark. | | | | |
| 16      Did you know Heidi? | 16      Did you know Heidi? | | | | |
| 17      A.  No. | 17      A.  No. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18    Q.  You see at the top.  And | 18    Q.  You see at the top.  And | | | | |
| 19  it's dated Friday, March the 3rd, 2006 at | 19  it's dated Friday, March the 3rd, 2006 at | | | | |
| 20  8:34 a.m.  And she indicates -- and she's | 20  8:34 a.m.  And she indicates -- and she's | | | | |
| 21  sending this to global pharmacovigilance | 21  sending this to global pharmacovigilance | | | | |
| 22  and it says PH dash U.S. or slash U.S. | 22  and it says PH dash U.S. or slash U.S. | | | | |
| 23       Do you know what that is? | 23       Do you know what that is? | | | | |
| 24    A.  That appears to just be a | 24    A.  That appears to just be a | | | | |
| 208 | 208 | | | | |
| 1  designation of pharmacovigilance in the | 1  designation of pharmacovigilance in the | | | | |
| 2  U.S. | 2  U.S. | | | | |
| 3    Q.  Okay.  And she indicates | 3    Q.  Okay.  And she indicates | | | | |
| 4  that she's received a question from a | 4  that she's received a question from a | | | | |
| 5  Danish doctor and the question being | 5  Danish doctor and the question being | | | | |
| 6  asked is, is there any | 6  asked is, is there any | | | | |
| 7  documentation/knowledge about the | 7  documentation/knowledge about the | | | | |
| 8  reversibility of alopecia after Taxotere | 8  reversibility of alopecia after Taxotere | | | | |
| 9  treatment.  And then, in parens says, | 9  treatment.  And then, in parens says, | | | | |
| 10  expected timeframe. | 10  expected timeframe. | | | | |
| 11       Do you see that? | 11       Do you see that? | | | | |
| 12    A.  Yes. | 12    A.  Yes. | | | | |
| 13    Q.  And this is, again, an | 13    Q.  And this is, again, an | | | | |
| 14  e-mail from March of 2006 and it | 14  e-mail from March of 2006 and it | | | | |
| 15  references that this patient has had | 15  references that this patient has had | | | | |
| 16  alopecia since 2004.  Do you see that? | 16  alopecia since 2004.  Do you see that? | | | | |
| 17    A.  Uh-hum. | 17    A.  Uh-hum. | | | | |
| 18    Q.  And that appears to trigger, | 18    Q.  And that appears to trigger, | **Not previously ruled on.**<br><br>Lack of Foundation; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 10. | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told theTaxotere safety team not to conduct a literature search in 2006  when the taxotere safety team was specifically asked what the company knew about taxotere causing PCIA.  It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | SUSTAINED | |
| 19  if we turn back to page 1 of Exhibit 10, | 19  if we turn back to page 1 of Exhibit 10, | | | | |
| 20  some activity.  And if we go to the | 20  some activity.  And if we go to the | | | | |
| 21  bottom e-mail on page 1 of Exhibit 10 -- | 21  bottom e-mail on page 1 of Exhibit 10 -- | | | | |
| 22  and, again, I've got it up here -- | 22  and, again, I've got it up here -- | | | | |
| 23  basically, there's a Marina Velez from | 23  basically, there's a Marina Velez from | | | | |
| 24  that PH slash US. | 24  that PH slash US. | | | | |
| 209 | 209 | | | | |
| 1       And did you know Marina | 1       And did you know Marina | | | | |
| 2  Velez? | 2  Velez? | | | | |
| 3    A.  I believe I did. | 3    A.  I believe I did. | | | | |
| 4    Q.  And she says -- | 4    Q.  And she says -- | **Not previously ruled on.**<br><br>Completeness, subject to objections | | | |
| 5    A.  But I'm not certain because | 5    A.  But I'm not certain because | | | | |
| 6  I don't know the last name. | 6  I don't know the last name. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 7    Q.   How about Steven Neibart? | 7    Q.   How about Steven Neibart? | | | | |
| 8    A.   Steve Neibart is one of the | 8    A.   Steve Neibart is one of the | | | | |
| 9   global safety officers in my group. | 9   global safety officers in my group. | | | | |
| 10    Q.   So you -- | 10    Q.   So you -- | | | | |
| 11    A.   So Steve -- | 11    A.   So Steve -- | | | | |
| 12    Q.   -- you were his boss? | 12    Q.   -- you were his boss? | | | | |
| 13    A.   He reported to me.  I'm | 13    A.   He reported to me.  I'm | | | | |
| 14  sorry. | 14  sorry. | | | | |
| 15    Q.   I didn't mean to talk over | 15    Q.   I didn't mean to talk over | | | | |
| 16  you. | 16  you. | | | | |
| 17    A.   No, I'm sorry. | 17    A.   No, I'm sorry. | | | | |
| 18    Q.   Let me reask just so we have | 18    Q.   Let me reask just so we have | | | | |
| 19  a clean record.  Okay? | 19  a clean record.  Okay? | | | | |
| | | **Not previously ruled on.**<br><br>Lack of Foundation; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 10. | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told theTaxotere safety team not to conduct a literature search in 2006  when the taxotere safety team was specifically asked what the company knew about taxotere causing PCIA.  It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | SUSTAINED | |
| 20        So Steven Neibart worked | 20        So Steven Neibart worked | | | | |
| 21   underneath you, you were his boss; is | 21   underneath you, you were his boss; is | | | | |
| 22   that correct? | 22   that correct? | | | | |
| 23    A.   I was his manager, yes. | 23    A.   I was his manager, yes. | | | | |
| 24    Q.   All right.  And it says: | 24    Q.   All right. And it says: | | | | |
| 210 | 210 | | | | |
| 1   Dear Steve, I understand Emanuel is not | 1   Dear Steve, I understand Emanuel is not | | | | |
| 2   here today, so I am forwarding you this | 2   here today, so I am forwarding you this | | | | |
| 3   e-mail for, and it says our -- I think | 3   e-mail for, and it says our -- I think | | | | |
| 4   it's our affiliate in Denmark, and it's | 4   it's our affiliate in Denmark, and it's | | | | |
| 5   signed by Marina. | 5   signed by Marina. | | | | |
| 6        Emanuel, is that Dr. | 6        Emanuel, is that Dr. | | | | |
| 7   Palatinsky, Emanuel Palatinsky that's | 7   Palatinsky, Emanuel Palatinsky that's | | | | |
| 8   probably being referenced there? | 8   probably being referenced there? | | | | |
| 9    A.   I would assume so since he | 9    A.   I would assume so since he | | | | |
| 10  is being cc'd. | 10  is being cc'd. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Not previously ruled on.  Lack of Foundation; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 10. | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told theTaxotere safety team not to conduct a literature search in 2006  when the taxotere safety team was specifically asked what the company knew about taxotere causing PCIA.  It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | SUSTAINED | |
| 11      Q.   Then there's an e-mail right | 11      Q.   Then there's an e-mail right | | | | |
| 12   above that e-mail which is from Steven | 12   above that e-mail which is from Steven | | | | |
| 13   Neibart to Emanuel Palatinsky and saying | 13   Neibart to Emanuel Palatinsky and saying | | | | |
| 14   to Emanuel, please address this on your | 14   to Emanuel, please address this on your | | | | |
| 15   return. | 15   return. | | | | |
| 16          Do you see that? | 16          Do you see that? | | | | |
| 17      A.   I do. | 17      A.   I do. | | | | |
| 18      Q.   And it says:  Apparently, | 18      Q.   And it says:  Apparently, | | | | |
| 19   this is an inquiry, not an SAE. | 19   this is an inquiry, not an SAE. | | | | |
| 20          What's the difference | 20          What's the difference | | | | |
| 21   between an inquiry and an SAE, if you | 21   between an inquiry and an SAE, if you | | | | |
| 22   know? | 22   know? | | | | |
| 23      A.   Well, I -- to answer your -- | 23      A.   Well, I -- to answer your -- | | | | |
| 24   to answer your question, an SAE is a | 24   to answer your question, an SAE is a | | | | |
| 211 | 211 | | | | |
| 1   serious adverse event that has -- that's | 1   serious adverse event that has -- that's | | | | |
| 2   defined by regulatory as meeting several | 2   defined by regulatory as meeting several | | | | |
| 3   criteria that could potentially be | 3   criteria that could potentially be | | | | |
| 4   treated in a expedited manner. | 4   treated in a expedited manner. | | | | |
| 5          So I would suppose that what | 5          So I would suppose that what | | | | |
| 6   Steve is essentially saying here is that | 6   Steve is essentially saying here is that | | | | |
| 7   this is not a potentially expedited case | 7   this is not a potentially expedited case | | | | |
| 8   and it can await your return, can you | 8   and it can await your return, can you | | | | |
| 9   address that on your return. | 9   address that on your return. | | | | |
| 10      Q.   Okay. | 10      Q.   Okay. | | | | |
| 11      A.   I think that's why he sort | 11      A.   I think that's why he sort | | | | |
| 12   of made that reference. | 12   of made that reference. | | | | |
| 13      Q.   To inquiry, do you see that | 13      Q.   To inquiry, do you see that | | | | |
| 14   where he says this is an inquiry? | 14   where he says this is an inquiry? | | | | |
| 15      A.   Well, an inquiry is -- you | 15      A.   Well, an inquiry is -- you | | | | |
| 16   know, is a query. | 16   know, is a query. | | | | |
| 17      Q.   A request for information. | 17      Q.   A request for information. | | | | |
| 18      A.   Right. | 18      A.   Right. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previously Sustained.** Lack of Foundation; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 10. | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told theTaxotere safety team not to conduct a literature search in 2006  when the taxotere safety team was specifically asked what the company knew about taxotere causing PCIA.  It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | | SUSTAINED |
| 19      Q.   And so this is March the 3rd | 19      Q.   And so this is March the 3rd | | | Sustained | |
| 20  at 4:44 p.m. and then it says, at the | 20  at 4:44 p.m. and then it says, at the | | | | |
| 21  bottom:  Let me know if you'd like to | 21  bottom:  Let me know if you'd like to | | | | |
| 22  discuss.  And then it says:  Perhaps Amy | 22  discuss.  And then it says:  Perhaps Amy | | | | |
| 23  might know if we have a file on this | 23  might know if we have a file on this | | | | |
| 24  topic. | 24  topic. | | | | |
| 212 | 212 | | | | |
| 1      Do you see that? | 1      Do you see that? | | | | |
| 2    A.   I do. | 2    A.   I do. | | | | |
| | | **Previous Objection Sustained.** | | | SUSTAINED |
| 3      Q.   Do you know what -- based | 3      Q.   Do you know what -- based | Completeness, subject to objections | | Out | |
| 4  upon the fact that you were the head of | 4  upon the fact that you were the head of | | | | |
| 5  this department, do you know what -- have | 5  this department, do you know what -- have | | | | |
| 6  any idea what they might mean when they | 6  any idea what they might mean when they | | | | |
| 7  say, Amy might know if we have a file on | 7  say, Amy might know if we have a file on | | | | |
| 8  this topic? | 8  this topic? | | | | |
| 9      A.   Well, if -- if you recall my | 9      A.   Well, if -- if you recall my | | | | |
| 10  earlier testimony where I described that | 10  earlier testimony where I described that | | | | |
| 11  the handling of oncology was divided into | 11  the handling of oncology was divided into | | | | |
| 12  two separate divisions, into the -- into | 12  two separate divisions, into the -- into | | | | |
| 13  the marketed product pharmacovigilance | 13  the marketed product pharmacovigilance | | | | |
| 14  unit, the MPPU, and the clinical studies | 14  unit, the MPPU, and the clinical studies | | | | |
| 15  pharmacovigilance unit, the CSPU, | 15  pharmacovigilance unit, the CSPU, | | | | |
| 16  remember -- | 16  remember -- | | | | |
| 17      Q.   Yes. | 17      Q.   Yes. | | | | |
| 18      A.   Remember I talked about that | 18      A.   Remember I talked about that | | | | |
| 19  period of time.  So -- and we had thought | 19  period of time.  So -- and we had thought | | | | |
| 20  from my -- from my C.V. where I make | 20  from my -- from my C.V. where I make | | | | |
| 21  notation of being -- from 2005 to 2010 as | 21  notation of being -- from 2005 to 2010 as | | | | |
| 22  being therapeutic area head in the CSPU, | 22  being therapeutic area head in the CSPU, | | | | |
| 23  while I said I didn't remember the exact | 23  while I said I didn't remember the exact | | | | |
| 24  time that there was this division, I | 24  time that there was this division, I | | | SUSTAINED |
| 213 | 213 | | | | |
| 1  surmise from that that it was perhaps the | 1  surmise from that that it was perhaps the | | | | |
| 2  2005 to 2010 timeframe. | 2  2005 to 2010 timeframe. | | | | |
| 3      So the date here is 2006 and | 3      So the date here is 2006 and | | | | |
| 4  that suggests that, you know, there was | 4  that suggests that, you know, there was | | | | |
| 5  this division between the CSPU and the | 5  this division between the CSPU and the | | | | |
| 6  MPPU at that time.  Amy would have been | 6  MPPU at that time.  Amy would have been | | | | |
| 7  responsible for docetaxel in the MPPU or | 7  responsible for docetaxel in the MPPU or | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 8 the marketed products, so she would have | 8 the marketed products, so she would have | | | | |
| 9 been the responsible GSO. | 9 been the responsible GSO. | | | | |
| 10 And I think what Steve is | 10 And I think what Steve is | | | | |
| 11 probably saying here is maybe the other | 11 probably saying here is maybe the other | | | | |
| 12 Taxotere GSO besides Emanuel, Amy, who is | 12 Taxotere GSO besides Emanuel, Amy, who is | | | | |
| 13 responsible for the marketed product side | 13 responsible for the marketed product side | | | | |
| 14 of things, might have some information on | 14 of things, might have some information on | | | | |
| 15 the topic or might want to feed in some | 15 the topic or might want to feed in some | | | | |
| 16 reply on the topic. | 16 reply on the topic. | | | | |
| 17 That -- that would be -- you | 17 That -- that would be -- you | | | | |
| 18 know, not having spoken with Steve, that | 18 know, not having spoken with Steve, that | | | | |
| 19 would be the way that I would interpret | 19 would be the way that I would interpret | | | | |
| 20 this e-mail. | 20 this e-mail. | | | | |
| 21 Q. So you were brought into the | 21 Q. So you were brought into the | **Not previously ruled on.**<br><br>Lack of Foundation; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events). Standing Objection to Exhibit 10. | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told the Taxotere safety team not to conduct a literature search in 2006 when the company knew about taxotere causing PCIA. It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | SUSTAINED | |
| 22 e-mail and cc'd on this March 3rd, 2006 | 22 e-mail and cc'd on this March 3rd, 2006 | | | | |
| 23 e-mail. Do you see that? | 23 e-mail. Do you see that? | | | | |
| 24 A. Yes, I do. | 24 A. Yes, I do. | | | | |
| 214 | 214 | | | | |
| 1 Q. And then Amy, who at this | 1 Q. And then Amy, who at this | | | | |
| 2 time, according to your testimony, would | 2 time, according to your testimony, would | | | | |
| 3 have been the global safety officer | 3 have been the global safety officer | | | | |
| 4 responsible for Taxotere in March of 2006 | 4 responsible for Taxotere in March of 2006 | | | | |
| 5 -- is that right? | 5 -- is that right? | | | | |
| 6 A. Well -- | 6 A. Well -- | | | | |
| 7 Q. -- along with Emanuel | 7 Q. -- along with Emanuel | | | | |
| 8 Palatinsky? | 8 Palatinsky? | | | | |
| 9 A. Well, again, just to be | 9 A. Well, again, just to be | | | | |
| 10 clear on my testimony, I'm unsure of the | 10 clear on my testimony, I'm unsure of the | | | | |
| 11 dates, but that's my supposition that I'm | 11 dates, but that's my supposition that I'm | | | | |
| 12 sort of putting together; and as I | 12 sort of putting together; and as I | | | | |
| 13 recall, Amy was the global safety officer | 13 recall, Amy was the global safety officer | | | | |
| 14 for Taxotere on the MPPU side and Emanuel | 14 for Taxotere on the MPPU side and Emanuel | | | | |
| 15 was the global safety officer for | 15 was the global safety officer for | | | | |
| 16 Taxotere on the CSPU side. | 16 Taxotere on the CSPU side. | | | | |
| 17 Q. And you've said that several | 17 Q. And you've said that several | | | | |
| 18 times. I'm just trying to short-circuit | 18 times. I'm just trying to short-circuit | | | Sustained | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previously Sustained.**<br><br>Lack of Foundation; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 10. | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told theTaxotere safety team not to conduct a literature search in 2006  when the taxotere safety team was specifically asked what the company knew about taxotere causing PCIA.  It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | | |
| 19  this and understand that Amy Freedman, | 19  this and understand that Amy Freedman, | | | | |
| 20  who writes this e-mail on March the 5th, | 20  who writes this e-mail on March the 5th, | | | | |
| 21  2006 at 2:17 p.m. and sends that back to | 21  2006 at 2:17 p.m. and sends that back to | | | | |
| 22  Steven Neibart, to Dr. Palatinsky, and | 22  Steven Neibart, to Dr. Palatinsky, and | | | | |
| 23  cc's you, she would have been a global | 23  cc's you, she would have been a global | | | | |
| 24  safety officer over Taxotere on this | 24  safety officer over Taxotere on this | | | | |
| 215 | 215 | | | | |
| 1  date; correct? | 1  date; correct? | | | | SUSTAINED |
| 2     A.  That's my recollection. | 2     A.  That's my recollection. | | | | |
| 3        Q.  Okay.  And what she writes | 3        Q.  Okay.  And what she writes | | | | |
| 4  is: I know there were some irreversible | 4  is: I know there were some irreversible | | | | |
| 5  cases of alopecia -- do you see that? | 5  cases of alopecia -- do you see that? | | | | |
| 6     A.  Uh-hum. | 6     A.  Uh-hum. | | | | |
| 7        Q.  -- as documented in clinical | 7        Q.  -- as documented in clinical | | | | |
| 8  trials.  And then she goes on to say: | 8  trials.  And then she goes on to say: | | | | |
| 9  I'm sorry that I do not have more to | 9  I'm sorry that I do not have more to | | | | |
| 10  offer. | 10  offer. | | | | |
| 11        Do you see that? | 11        Do you see that? | | | | |
| 12     A.  Yes. | 12     A.  Yes. | | | | |
| 13        Q.  And then she says:  This is | 13        Q.  And then she says:  This is | | | | |
| 14  the kind of thing that a noncompany | 14  the kind of thing that a noncompany | | | | |
| 15  physician would review in their practice | 15  physician would review in their practice | | | | |
| 16  and possibly report in the literature. | 16  and possibly report in the literature. | | | | |
| 17        Do you see that? | 17        Do you see that? | | | | |
| 18     A.  Okay. | 18     A.  Okay. | | | | |
| 19        Q.  And then she says:  However, | 19        Q.  And then she says:  However, | | | | |
| 20  I am not, in all caps, advising a | 20  I am not, in all caps, advising a | | | | |
| 21  literature search for this topic, | 21  literature search for this topic, | | | | |
| 22  exclamation point. | 22  exclamation point. | | | | |
| 23        Do you see that? | 23        Do you see that? | | | | |
| 24     A.  I do. | 24     A.  I do. | | | | |
| 216 | 216 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previous Objection Sustained.**<br><br>Completeness, subject to objections | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told theTaxotere safety team not to conduct a literature search in 2006  when the taxotere safety team was specifically asked what the company knew about taxotere causing PCIA.  It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | SUSTAINED | |
| 1     Q.   Were you involved in any way | 1     Q.   Were you involved in any way | | | | |
| 2  in the decision made by Amy Freedman as | 2  in the decision made by Amy Freedman as | | | | |
| 3  documented in this e-mail to not conduct | 3  documented in this e-mail to not conduct | | | | |
| 4  a literature search on this topic of | 4  a literature search on this topic of | | | | |
| 5  irreversible alopecia? | 5  irreversible alopecia? | | | | |
| 6      A.   Not -- not that I recall, | 6      A.   Not -- not that I recall, | | | | |
| 7  but I -- I'm being cc'd and I don't | 7  but I -- I'm being cc'd and I don't | | | | |
| 8  particularly recall this entire case, but | 8  particularly recall this entire case, but | | | | |
| 9  I -- | 9  I -- | | | | |
| | | **Previously Sustained.**<br><br> Lack of Foundation; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 10. | Here the witness is being asked about whether Amy Freedman, an employee this witness managed, ever explained why she emphatically told theTaxotere safety team not to conduct a literature search in 2006  when the taxotere safety team was specifically asked what the company knew about taxotere causing PCIA.  It is both relevant and appropriate to ask the boss of Ms. Freedman whether she provided any explanation about this direction not to research the issue and appropriate to further inquire about whether that direction came from this witness. The statements regarding the underlying communications are not being offered to prove the truth of the matter asserted. The evidence is being offered to show notice to Sanofi of reports of PCIA and what Sanofi did or did not do to investigate the reports of PCIA and why Sanofi did or did not tell prescribers what it learned about PCIA following Taxotere use. | SUSTAINED | |
| 10     Q.   Do you have any recollection | 10     Q.   Do you have any recollection | | | | |
| 11  as you sit here today as to why Ms. | 11  as you sit here today as to why Ms. | | | | |
| 12  Freedman was writing that she is not, in | 12  Freedman was writing that she is not, in | | | | |
| 13  all caps, advising a literature search | 13  all caps, advising a literature search | | | | |
| 14  for this topic in response to this Danish | 14  for this topic in response to this Danish | | | | |
| 15  doctor's inquiry? | 15  doctor's inquiry? | | | | |
| 16      A.   No.  I think you'd have to | 16      A.   No.  I think you'd have to | | | | |
| 17  direct that to Dr. Freedman. | 17  direct that to Dr. Freedman. | | | | |
| 18     MR. BACHUS:  Okay.  Again, | 18     MR. BACHUS:  Okay.  Again, | | | | |
| 19     that was March of 2006. | 19     that was March of 2006. | | | | |
| 20        - - - | 20        - - - | | | | |
| 21      (Deposition Exhibit No. | 21      (Deposition Exhibit No. | | | | |
| 22  Kopreski-11, Communication | 22  Kopreski-11, Communication | | | | |
| 23  Regarding a 4/25/06 Meeting, with | 23  Regarding a 4/25/06 Meeting, with | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 24     the Subject Being "Discussion of | 24     the Subject Being "Discussion of | | | | |
| 217 | 217 | | | | |
| 1     Proposed Changes to Section 4.0PL" | 1     Proposed Changes to Section 4.0PL" | | | | |
| 2     from Diamond to Kopreski, et al, | 2     from Diamond to Kopreski, et al, | | | | |
| 3     with Attachments, Beginning with | 3     with Attachments, Beginning with | | | | |
| 4     Sanofi_05364125, was marked for | 4     Sanofi_05364125, was marked for | | | | |
| 5     identification.) | 5     identification.) | | | | |
| 6      - - - | 6      - - - | | | | |
| 7  BY MR. BACHUS: | 7  BY MR. BACHUS: | | | | |
| 8       Q.  I'm going to hand you what | 8       Q.  I'm going to hand you what | | | | |
| 9  is being marked as Exhibit No. 11. | 9  is being marked as Exhibit No. 11. | | | | |
| 10  They're a group of documents and I want | 10  They're a group of documents and I want | | | | |
| 11  to describe for you what this group of | 11  to describe for you what this group of | | | | |
| 12  documents represents. | 12  documents represents. | | | | |
| 13        The first is an e-mail and | 13        The first is an e-mail and | | | | |
| 14  behind the e-mail are the attachments | 14  behind the e-mail are the attachments | | | | |
| 15  that were attached to the e-mail.  Okay? | 15  that were attached to the e-mail.  Okay? | | | | |
| 16       A.  So these are the attachments | 16       A.  So these are the attachments | | | | |
| 17  here (Indicating). | 17  here (Indicating). | | | | |
| 18       Q.  Right.  So the first part of | 18       Q.  Right.  So the first part of | | | | |
| 19  it is an e-mail and then you'll see where | 19  it is an e-mail and then you'll see where | | | | |
| 20  it indicates with -- behind the e-mail | 20  it indicates with -- behind the e-mail | | | | |
| 21  that files are produced natively and | 21  that files are produced natively and | | | | |
| 22  there are multiple additional documents | 22  there are multiple additional documents | | | | |
| 23  that are attached behind it that we'll go | 23  that are attached behind it that we'll go | | | | |
| 24  over that were attached to the e-mail. | 24  over that were attached to the e-mail. | | | | |
| 218 | 218 | | | | |
| 1  Okay? | 1  Okay? | | | | |
| 2       A.  Okay. | 2       A.  Okay. | | | | |
| 3       Q.  This is how we received this | 3       Q.  This is how we received this | | | | |
| 4  production from Sanofi, is the e-mail | 4  production from Sanofi, is the e-mail | | | | |
| 5  followed by the attachments as separate | 5  followed by the attachments as separate | | | | |
| 6  documents.  Okay? | 6  documents.  Okay? | | | | |
| 7       A.  Okay. | 7       A.  Okay. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previously Overruled** - this designated testimony was permitted to play in Earnest.<br><br>Foreign Labeling (MIL 24); Unduly Prejudicial; Irrelevant; Misleading Confusing: These documents were specifically called out on Sanofi's MIL 24. European health authorities requested that Sanofi reword a section of it's European label. See MIL 24 (Doc 12968) at 94 ("[T]he meeting was 'to discuss the requested changes from the EMEA for patient leaflet (section 4.0) for Taxotere. . . . We have been requested to reword this section giving more detailed information.'"). These documents and Kopreski's testimony discuss the then current and proposed European labeling being considered in response to this foreign request. In Earnest, this Court held that foreign labeling is improper. While the Court ruled submissions to foreign bodies (e.g., a submission characterizing TAX316 clinical trial data) were permissible, implicit in the Court's ruling was the understanding that plaintiff could not put on evidence related to the "submission of labeling" or "draft foreign labeling." Otherwise, the exception would swallow the rule leading to irrelevant, prejudicial, and confusing testimony regarding different labeling standards abroad and proposed or draft labeling that was never used. Consistent with Judge Fallon's ruling in Xarelto, this evidence should be excluded as it is foreign labeling and draft labeling that Sanofi revised at the request of a foreign regulatory body. See, e.g., In re: Xarelto (Rivaroxaban) Prods. Liab. Litig., 2017 WL 2780760, at *6 ("What is not admissible, however, is what the Defendants did or what they put on Xarelto's label in other countries in order to comply with foreign regulatory bodies or agencies. This information is irrelevant."). Additionally, Plaintiff has also characterized this Exhibit as a "no notes" meeting, insinuating that Sanofi intended to hide permanent alopecia from the public. This characterization is unduly prejudicial and an intentional misrepresentation of the facts. It is regular practice at Sanofi for | In the Earnest trial the court appropriately permitted the use of this evidence without reference to any foreign label. Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.) The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere can cause two different outcomes regarding hairl loss: 1. temporary hair loss and 2. permament hair loss The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about. The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. It goes to both notice and company knowledge regarding PCIA. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA. Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential outcome of Taxotere use. This is | | |
| 8    Q.   Now, this is a meeting | 8    Q.   Now, this is a meeting | | | | |
| 9   invite and the meeting invite is on | 9   invite and the meeting invite is on | | | | |
| 10   4/25/2006, so we're about a -- maybe a | 10   4/25/2006, so we're about a -- maybe a | | | | |
| 11   month after the Amy Freedman e-mail that | 11   month after the Amy Freedman e-mail that | | | | |
| 12   we just discussed, and the subject is | 12   we just discussed, and the subject is | | | | |
| 13   going to be proposed changes to section 4 | 13   going to be proposed changes to section 4 | | | | |
| 14   of a product label. | 14   of a product label. | | | | |
| 15        Do you see that, at the top, | 15        Do you see that, at the top, | | | | |
| 16   under "Subject"? | 16   under "Subject"? | | | | |
| 17        A.   Discussion of proposed | 17        A.   Discussion of proposed | | | | |
| 18   changes to section 4 PL, yes. | 18   changes to section 4 PL, yes. | | | | |
| 19        Q.   And then there's a list of | 19        Q.   And then there's a list of | | | | |
| 20   required attendees for the meeting and -- | 20   required attendees for the meeting and -- | | | | |
| 21        A.   All right.  So I -- | 21        A.   All right.  So I -- | | | | |
| 22        Q.   Hold on.  Let me just ask a | 22        Q.   Hold on.  Let me just ask a | | | Sustained | |
| 23   question. | 23   question. | | | | |
| 24        A.   Okay. | 24        A.   Okay. | | | | |
| 219 | 219 | | | | |
| 1        Q.   It looks like the first | 1        Q.   It looks like the first | | | Overruled | |
| 2   listed required attendee would be | 2   listed required attendee would be | | | | |
| 3   yourself.  Do you see that? | 3   yourself.  Do you see that? | | | | |
| 4        A.   I see myself on the list. | 4        A.   I see myself on the list. | | | | |

OVERRULED

Overruled

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previous Objection Overruled** - this designated testimony was permitted to play in *Earnest*.<br><br>Completeness, subject to objections | In the Earnest trial the court appropriately permitted the use of this evidence without reference to any foreign label. Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.) The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permanent hair loss The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about. The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. Testimony certainly goes both to Notice and company knowledge. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA. Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential | OVERRULED | |
| 5    Q.   All right. | 5    Q.   All right. | | | | |
| 6    A.   But I do want to highlight | 6    A.   But I do want to highlight | | | Overruled. | |
| 7   that -- that required attendees an | 7   that -- that required attendees an | | | | |
| 8   indication that this is something they | 8   indication that this is something they | | | | |
| 9   would like you to be at, but that doesn't | 9   would like you to be at, but that doesn't | | | | |
| 10   necessarily that this is a meeting that | 10   necessarily that this is a meeting that | | | | |
| 11   was attended.  In fact, there were times | 11   was attended.  In fact, there were times | | | | |
| 12   where I had two or even three required | 12   where I had two or even three required | | | | |
| 13   meetings occurring at the same time. | 13   meetings occurring at the same time. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previously Overruled** - this designated testimony was permitted to play in *Earnest* .  Irrelevant; Hearsay; Misleading; Confusing; Unduly Prejudicial; MIL 24 (Foreign Labeling and Regulatory Bodies).  Standing Objection to Exhibit 11. | In the Earnest trial  the court appropriately permitted the use of this evidence without reference to any foreign label.  Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.)  The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permament hair loss  The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. Testimony certainly goes both to Notice and company knowledge. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential | OVERRULED | |
| 14    Q.  You agree that this | 14    Q.  You agree that this | | | | |
| 15  document, Exhibit 11, lists yourself as a | 15  document, Exhibit 11, lists yourself as a | | | | |
| 16  required attendee? | 16  required attendee? | | | | |
| 17    A.  I am -- I am listed.  I'm | 17    A.  I am -- I am listed.  I'm | | | | |
| 18  just trying to clarify that doesn't mean | 18  just trying to clarify that doesn't mean | | | | |
| 19  -- | 19  -- | | | | |
| 20    Q.  No, I appreciate it. | 20    Q.  No, I appreciate it. | | | | |
| 21    A.  -- that I would have | 21    A.  -- that I would have | | | | |
| 22  attended. | 22  attended. | | | | |
| 23    Q.  And the PL at the top, is | 23    Q.  And the PL at the top, is | | | | |
| 24  that patient leaflet? | 24  that patient leaflet? | | | | |
| 220 | 220 | | | | |
| 1    A.  I don't know.  I -- I think | 1    A.  I don't know.  I -- I think | | | | |
| 2  that's a very good assumption. | 2  that's a very good assumption. | | | | |
| 3    Q.  Okay. | 3    Q.  Okay. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Not previously ruled on, in part. Previous Objection Overruled, in part. - Designated testimony 220:17-221:1 was permitted to play in *Earnest*.<br><br>Completeness, subject to objections | In the Earnest trial the court appropriately permitted the use of this evidence without reference to any foreign label.  Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.)  The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permamant hair loss  The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. Testimony certainly goes both to Notice and company knowledge. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential | 220:4-15 - Withdrawn | OVERRULED |
| 4      If you look down into the | 4      If you look down into the | | | | |
| 5  meeting invite, it says, down towards the | 5  meeting invite, it says, down towards the | | | | |
| 6  bottom -- and you can see on the screen | 6  bottom -- and you can see on the screen | | | | |
| 7  by there, it says:  This meeting has been | 7  by there, it says:  This meeting has been | | | | |
| 8  scheduled to discuss requested changes | 8  scheduled to discuss requested changes | | | | |
| 9  from the EMEA for patient leaflet section | 9  from the EMEA for patient leaflet section | | | | |
| 10  4.0 for Taxotere. | 10  4.0 for Taxotere. | | | | |
| 11      Do you see that? | 11      Do you see that? | | | | |
| 12      A.  I do. | 12      A.  I do. | | | | |
| 13      Q.  And what is the EMEA for the | 13      Q.  And what is the EMEA for the | | | | |
| 14  jury? | 14  jury? | | | | |
| 15      A.  That's basically the | 15      A.  That's basically the | | | | |
| 16  European equivalent of the FDA. | 16  European equivalent of the FDA. | | | | |
| 17      Q.  And what is a patient | 17      Q.  And what is a patient | | | Overruled | |
| 18  leaflet? | 18  leaflet? | | | | |
| 19      A.  Patient leaflet would be a | 19      A.  Patient leaflet would be a | | | | |
| 20  part of the labeling that is designed for | 20  part of the labeling that is designed for | | | | |
| 21  the patient, with the patient's -- the | 21  the patient, with the patient's -- the | | | | |
| 22  patient reading it as opposed to, let's | 22  patient reading it as opposed to, let's | | | | |
| 23  say, the package insert, which is | 23  say, the package insert, which is | | | | |
| 24  designed more for physicians in terms of | 24  designed more for physicians in terms of | | | | |
| 221 | 221 | | | | |
| 1  the language and -- and the tone. | 1  the language and -- and the tone. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Previously Overruled.<br><br>Irrelevant; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 24 (Foreign Labeling and Regulatory Bodies).  Standing Objection to Exhibit 11. | In the Earnest trial  the court appropriately permitted the use of this evidence without reference to any foreign label.  Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.)  The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees.  During the meeting the attendees specifically discussed various ways to  inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permanent hair loss  The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential outcome of Taxotere use. This is highly relevant and important testimony. | | SUSTAINED |
| 2      Q.   And so at the bottom, it | 2      Q.   And so at the bottom, it | | | | |
| 3  says:  It's important -- it is important | 3  says:  It's important -- it is important | | | | |
| 4  each functional group is represented at | 4  each functional group is represented at | | | | |
| 5  this meeting -- then it goes onto the | 5  this meeting -- then it goes onto the | | | | |
| 6  next page, which is page 2 of Exhibit 11. | 6  next page, which is page 2 of Exhibit 11. | | | | |
| 7      A.   By at least one delegate. | 7      A.   By at least one delegate. | | | | |
| 8      Q.   -- by at least one delegate. | 8      Q.   -- by at least one delegate. | | | | |
| 9           And then it goes on to say: | 9           And then it goes on to say: | | | | |
| 10  If you're unable to join the discussion, | 10  If you're unable to join the discussion, | | | | |
| 11  please provide your comments to me by | 11  please provide your comments to me by | | | | |
| 12  phone or voicemail, but not in writing. | 12  phone or voicemail, but not in writing. | | | | |
| 13           Do you see that? | 13           Do you see that? | | | | |
| 14      A.   I do. | 14      A.   I do. | | | | |
| 15      Q.   Why would the company not | 15      Q.   Why would the company not | | | Overruled | |
| 16  want those who can't attend as a delegate | 16  want those who can't attend as a delegate | | | | |
| 17  to at least provide their thoughts in | 17  to at least provide their thoughts in | | | | |
| 18  writing? | 18  writing? | | | | |
| 19      A.   You would have to ask Jane | 19      A.   You would have to ask Jane | | | | |
| 20  Diamond that question.  I really do not | 20  Diamond that question.  I really do not | | | | |
| 21  that would be the case -- do not know why | 21  that would be the case -- do not know why | | | | |
| 22  that would be the case. | 22  that would be the case. | | | | |
| 23      Q.   Okay. | 23      Q.   Okay. | | | | |
| 24      A.   Could I just finish reading | 24      A.   Could I just finish reading | | | | |
| 222 | 222 | | | | |
| 1  this document? | 1  this document? | | | | |
| 2      Q.   The meeting invite? | 2      Q.   The meeting invite? | | | | |
| 3      A.   Yes, please. | 3      A.   Yes, please. | | | | |
| 4      Q.   Sure. | 4      Q.   Sure. | | | | |
| 5           (Pause.) | 5           (Pause.) | | | | |
| 6           THE WITNESS:  Okay. | 6           THE WITNESS:  Okay. | | | | |
| 7  BY MR. BACHUS: | 7  BY MR. BACHUS: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 **12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| | | **Previous Objection Overruled.** | Not necessary for completeness | | |
| 8   Q.   Now, the first attachment in | 8   Q.   Now, the first attachment in | | | | |
| 9   order attached to the meeting is -- and | 9   order attached to the meeting is -- and | Completeness, subject to objections | | **Overruled** | |
| 10   these pages are not numbered as they were | 10   these pages are not numbered as they were | | | | **OVERRULED** |
| 11   produced, but it says "Current PL" at the | 11   produced, but it says "Current PL" at the | | | | |
| 12   top. | 12   top. | | | | |
| 13       Do you see that? | 13       Do you see that? | | | | |
| 14   A.   Yes, I do. | 14   A.   Yes, I do. | | | | |
| 15   Q.   So the first attachment | 15   Q.   So the first attachment | | | | |
| 16   appears to be what was the -- what the | 16   appears to be what was the -- what the | | | | |
| 17   current patient leaflet said. | 17   current patient leaflet said. | | | | |
| 18       And if you go down towards | 18       And if you go down towards | | | | |
| 19   the bottom of this document, it has a | 19   the bottom of this document, it has a | | | | |
| 20   listing of some very common and common | 20   listing of some very common and common | | | | |
| 21   adverse events.  And you see there's -- | 21   adverse events.  And you see there's -- | | | | |
| 22   one, two, three, four -- the fourth | 22   one, two, three, four -- the fourth | | | | |
| 23   bullet point from the bottom on that page | 23   bullet point from the bottom on that page | | | | |
| 24   2, it says:  Very common temporary hair | 24   2, it says:  Very common temporary hair | | | | |
| 223 | 223 | | | | |
| 1   loss.  After your treatment, normal hair | 1   loss.  After your treatment, normal hair | | | | |
| 2   growth should return. | 2   growth should return. | | | | |
| 3       Do you see that? | 3       Do you see that? | | | | |
| 4   A.   I -- I do see, but maybe you | 4   A.   I -- I do see, but maybe you | | | | |
| 5   can help me understand the context of | 5   can help me understand the context of | | | | |
| 6   this going back to the meeting invite | 6   this going back to the meeting invite | | | | |
| 7   page, because I see it says:  The | 7   page, because I see it says:  The | | | | |
| 8   rapporteur considers that more | 8   rapporteur considers that more | | | | |
| 9   information should be given in patient | 9   information should be given in patient | | | | |
| 10   leaflet about possible adverse events in | 10   leaflet about possible adverse events in | | | | |
| 11   accordance with the information given in | 11   accordance with the information given in | | | | |
| 12   the SmPC.  In the current section 4.0, | 12   the SmPC.  In the current section 4.0, | | | | |
| 13   only side effects classified as common or | 13   only side effects classified as common or | | | | |
| 14   very common are listed.  We have been | 14   very common are listed.  We have been | | | | |
| 15   requested to reword this section giving | 15   requested to reword this section giving | | | | |
| 16   more detailed information. | 16   more detailed information. | | | | |
| 17       But I don't see any | 17       But I don't see any | | | | |
| 18   information on the request.  Do you have | 18   information on the request.  Do you have | | | | |
| 19   any knowledge or documents more about | 19   any knowledge or documents more about | | | | |
| 20   what the actual request was from the EMA? | 20   what the actual request was from the EMA? | | | | |
| 21   Q.   So I get to ask the | 21   Q.   So I get to ask the | | | | |
| 22   questions today.  I hope you understand | 22   questions today.  I hope you understand | | | | |
| 23   that. | 23   that. | | | | |
| 24   A.   I do.  I'm just trying to | 24   A.   I do.  I'm just trying to | | | | |
| 224 | 224 | | | | |
| 1   see -- if I understand that, I can answer | 1   see -- if I understand that, I can answer | | | | |
| 2   your questions easier. | 2   your questions easier. | | | | |
| | | **Previous Objection Overruled** - Designated testimony 224:3-225:24 was permitted to play in *Earnest* . | Not necessary for completeness | | |
| 3   Q.   And so I think my question | 3   Q.   And so I think my question | | | | |
| 4   to you was simply whether you see the | 4   to you was simply whether you see the | Completeness, subject to objections | | **Overruled** | |
| 5   attachment that says current patient | 5   attachment that says current patient | | | | |
| 6   leaflet and if four bullet points from | 6   leaflet and if four bullet points from | | | | |
| 7   the bottom you see the portion that says: | 7   the bottom you see the portion that says: | | | | |
| 8   Very common temporary loss of hair, | 8   Very common temporary loss of hair, | | | | |
| 9   period.  After your treatment, normal | 9   period.  After your treatment, normal | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  hair growth should return. | 10  hair growth should return. | | | | |
| 11        Do you see that? | 11        Do you see that? | | | | |
| 12    A.   I do. | 12    A.   I do. | | | | |
| 13    Q.   Okay. | 13    Q.   Okay. | | | | |
| 14        Do you know who wrote that | 14        Do you know who wrote that | | | | |
| 15  language? | 15  language? | | | | |
| 16    A.   No, I do not. | 16    A.   No, I do not. | | | | |
| 17    Q.   And based upon the meeting | 17    Q.   And based upon the meeting | | | Overruled | |
| 18  invite, this is the current patient | 18  invite, this is the current patient | | | | |
| 19  leaflet at the time that they wanted to | 19  leaflet at the time that they wanted to | | | | OVERRULED |
| 20  be updated; correct? | 20  be updated; correct? | | | | |
| 21    A.   Well, the top of the page | 21    A.   Well, the top of the page | | | | |
| 22  says current PL.  That's -- that's the | 22  says current PL.  That's -- that's the | | | | |
| 23  only information I have here. | 23  only information I have here. | | | | |
| 24    Q.   Well, you've been in this | 24    Q.   Well, you've been in this | | | | |
| 225 | 225 | | | | |
| 1  industry for decades.  You, I'm sure, | 1  industry for decades.  You, I'm sure, | | | | |
| 2  have dealt with these types of required | 2  have dealt with these types of required | | | | |
| 3  meetings previously. | 3  meetings previously. | | | | |
| 4    A.   True.  But you asked me if | 4    A.   True.  But you asked me if | | | | |
| 5  this was the current package leaflet.  I | 5  this was the current package leaflet.  I | | | | |
| 6  don't have an official patient leaflet | 6  don't have an official patient leaflet | | | | |
| 7  corresponding to this date to know | 7  corresponding to this date to know | | | | |
| 8  whether this indeed is the current one. | 8  whether this indeed is the current one. | | | | |
| 9        So I -- I'm willing to | 9        So I -- I'm willing to | | | | |
| 10  proceed in the line of questioning as if | 10  proceed in the line of questioning as if | | | | |
| 11  it is and assume that it is because it | 11  it is and assume that it is because it | | | | |
| 12  says current PL, but I can't under oath | 12  says current PL, but I can't under oath | | | | |
| 13  say that it is. | 13  say that it is. | | | | |
| 14    Q.   Sure.  The meeting was set | 14    Q.   Sure.  The meeting was set | | | | |
| 15  to discuss updating the current PL; | 15  to discuss updating the current PL; | | | | |
| 16  correct? | 16  correct? | | | | |
| 17    A.   Apparently so, yes. | 17    A.   Apparently so, yes. | | | | |
| | | Previously Overruled.

Irrelevant; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 24 (Foreign Labeling and Regulatory Bodies).  Standing Objection to Exhibit 11. | In the Earnest trial  the court appropriately permitted the use of this evidence without reference to any foreign label.  Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.)  The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees.  During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permament hair loss  The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Sanofi. The testimony goes to both Notice and company knowledge. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential outcome of Taxotere use.  This is | | |
| 18    Q.   An attachment to the e-mail | 18    Q.   An attachment to the e-mail | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19    to the meeting contains this page, which | 19   to the meeting contains this page, which | | | | |
| 20   at the top identifies itself as "Current | 20   at the top identifies itself as "Current | | | | OVERRULED |
| 21   PL"; correct? | 21   PL"; correct? | | | | |
| 22        A.   That's what it says, | 22        A.   That's what it says, | | | | |
| 23   "Current PL." | 23   "Current PL." | | | | |
| 24        Q.   Okay. | 24        Q.   Okay. | | | | |
| 226 | 226 | | | | |
| 1        If you turn past the current | 1        If you turn past the current | Designated  testimony was permitted to play in *Earnest* | | Overruled | |
| 2   PL, you'll see a document that has a | 2   PL, you'll see a document that has a | | | | |
| 3   title at the top that says "Draft | 3   title at the top that says "Draft | | | | |
| 4   Proposal 1." | 4   Proposal 1." | | | | |
| 5        A.   Okay. | 5        A.   Okay. | | | | |
| 6        Q.   Do you see that? | 6        Q.   Do you see that? | | | | |
| 7        A.   I do. | 7        A.   I do. | | | | |
| 8        Q.   This was also attached to | 8        Q.   This was also attached to | | | | |
| 9   the e-mail and a draft proposal, what -- | 9   the e-mail and a draft proposal, what -- | | | | |
| 10   what does a proposal draft mean to you in | 10   what does a proposal draft mean to you in | | | | |
| 11   pharmacovigilance? | 11   pharmacovigilance? | | | | |
| 12        A.   Well, I don't think there's | 12        A.   Well, I don't think there's | | | | |
| 13   any -- anything unique to | 13   any -- anything unique to | | | | |
| 14   pharmacovigilance in the word draft | 14   pharmacovigilance in the word draft | | | | |
| 15   proposal.  It is a draft meaning it's not | 15   proposal.  It is a draft meaning it's not | | | | |
| 16   finalized.  It's -- it's a -- and | 16   finalized.  It's -- it's a -- and | | | | |
| 17   proposal 1 would suggest that this is a | 17   proposal 1 would suggest that this is a | | | | |
| 18   nonfinalized, non -- probably nonreviewed | 18   nonfinalized, non -- probably nonreviewed | | | | |
| 19   proposal that's being made. | 19   proposal that's being made. | | | | |
| 20        Q.   Okay.  And if you -- | 20        Q.   Okay.  And if you -- | | | | |
| 21        A.   I would imagine it's being | 21        A.   I would imagine it's being | | | | |
| 22   attached for discussion. | 22   attached for discussion. | | | | |
| 23        Q.   I'm sorry.  Were you able to | 23        Q.   I'm sorry.  Were you able to | | | | |
| 24   finish? | 24   finish? | | | | |
| 227 | 227 | | | | |
| 1        A.   Yes.  Sorry. | 1        A.   Yes.  Sorry. | | | | |
| | | **Previously Overruled.** - Designated testimony 227:2-7; 227:14-229:4 was permitted to play in *Earnest* . <br><br>Irrelevant; Hearsay; Speculation; Argumentative; Misleading; Confusing; Unduly Prejudicial; MIL 24 (Foreign Labeling and Regulatory Bodies).  Standing Objection to Exhibit 11. | In the Earnest trial  the court appropriately permitted the use of this evidence without reference to any foreign label.  Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.)  The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permament hair loss  The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. The testimony goes to both Notice and company knowldege. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential outcome of Taxotere use. This is | | |
| 2        Q.   All right.  If you go down | 2        Q.   All right.  If you go down | | | Overruled | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 3  to the proposal on page 1 of draft | 3  to the proposal on page 1 of draft | | | | |
| 4  proposal number 1, under "Very Common," | 4  proposal number 1, under "Very Common," | | | | |
| 5  do you see, it says very common and then | 5  do you see, it says very common and then | | | | |
| 6  it says, "(experienced in more than 1 in | 6  it says, "(experienced in more than 1 in | | | | OVERRULED |
| 7  10 patients)."  Do you see that? | 7  10 patients)."  Do you see that? | | | | |
| 8       You can look on the | 8       You can look on the | | | Overruled | |
| 9  screen -- | 9  screen -- | | | | |
| 10     A.  Okay. | 10     A.  Okay. | | | | |
| 11     Q.  -- you may orient yourself | 11     Q.  -- you may orient yourself | | | | |
| 12  to that document. | 12  to that document. | | | | |
| 13     A.  Yes, I do see that. | 13     A.  Yes, I do see that. | | | | |
| 14     Q.  All right. | 14     Q.  All right. | | | Overruled | |
| 15       And then -- one, two, | 15       And then -- one, two, | | | | |
| 16  three -- four bullet points down, it | 16  three -- four bullet points down, it | | | | |
| 17  says, under "Very Common": Short-term | 17  says, under "Very Common": Short-term | | | | |
| 18  hair loss, after normal -- after | 18  hair loss, after normal -- after | | | | |
| 19  treatment, normal hair growth should | 19  treatment, normal hair growth should | | | | |
| 20  return. | 20  return. | | | | |
| 21       Do you see that? | 21       Do you see that? | | | | |
| 22     A.  I do see that. | 22     A.  I do see that. | | | | |
| 23     Q.  And then if you turn the | 23     Q.  And then if you turn the | | | | |
| 24  page to the second page of proposal | 24  page to the second page of proposal | | | | |
| 228 | 228 | | | | |
| 1  number 1, at the bottom, under what's | 1  number 1, at the bottom, under what's | | | | |
| 2  termed as "Rare," it says: Alopecia | 2  termed as "Rare," it says: Alopecia | | | | |
| 3  (hair loss) that did not reverse at the | 3  (hair loss) that did not reverse at the | | | | |
| 4  end of the study. | 4  end of the study. | | | | |
| 5       Do you see that? | 5       Do you see that? | | | | |
| 6     A.  I do. | 6     A.  I do. | | | | |
| 7     Q.  Clearly, whoever -- well, | 7     Q.  Clearly, whoever -- well, | | | | |
| 8  first of all, do you know who drafted | 8  first of all, do you know who drafted | | | | |
| 9  proposal number 1? | 9  proposal number 1? | | | | |
| 10     A.  Excuse me.  No. | 10     A.  Excuse me.  No. | | | | |
| | | Previous Objection Overruled. | Not necessary for completeness | | |
| 11     Q.  Would you agree with me that | 11     Q.  Would you agree with me that | Completeness, subject to objections | | | OVERRULED |
| 12  clearly whoever it was that drafted | 12  clearly whoever it was that drafted | | | | |
| 13  proposal number 1 was able to identify | 13  proposal number 1 was able to identify | | | | |
| 14  and describe two distinct types of hair | 14  and describe two distinct types of hair | | | | |
| 15  loss related to the use of Taxotere, one | 15  loss related to the use of Taxotere, one | | | | |
| 16  that was identified as occurring in -- as | 16  that was identified as occurring in -- as | | | | |
| 17  a very common side effect, in more than 1 | 17  a very common side effect, in more than 1 | | | | |
| 18  in 10 patients, as short-term hair loss | 18  in 10 patients, as short-term hair loss | | | | |
| 19  and the second at rare, alopecia that did | 19  and the second at rare, alopecia that did | | | | |
| 20  not reverse at the end of the study. | 20  not reverse at the end of the study. | | | | |
| 21       Do you see that? | 21       Do you see that? | | | | |
| 22     A.  I do, but I don't think I | 22     A.  I do, but I don't think I | | | | |
| 23  agree with the way that you posed your | 23  agree with the way that you posed your | | | | |
| 24  question. I don't think they're | 24  question. I don't think they're | | | | |
| 229 | 229 | | | | |
| 1  describing two distinct types. I think | 1  describing two distinct types. I think | | | | |
| 2  they're describing two different patterns | 2  they're describing two different patterns | | | | |
| 3  of recovery in terms of duration and | 3  of recovery in terms of duration and | | | | |
| 4  frequency -- | 4  frequency -- | | | | |
| 5     Q.  One of them that recovers | 5     Q.  One of them that recovers | | | | |
| 6  and one of them that does not reverse at | 6  and one of them that does not reverse at | | | | |
| 7  the end of the study; correct? | 7  the end of the study; correct? | | | | |
| 8     A.  Yes. | 8     A.  Yes. | | | | |
| 9     Q.  So clearly by the time that | 9     Q.  So clearly by the time that | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  draft proposal 1 was created by Sanofi, | 10  draft proposal 1 was created by Sanofi, | | | | |
| 11  the company knew how to describe those | 11  the company knew how to describe those | | | | |
| 12  two different outcomes of alopecia; | 12  two different outcomes of alopecia; | | | | |
| 13  correct? | 13  correct? | | | | |
| 14      A.  Well, again, I'm not going | 14      A.  Well, again, I'm not going | | | | |
| 15  to presume who created the document since | 15  to presume who created the document since | | | | |
| 16  I don't know who created the document; | 16  I don't know who created the document; | | | | |
| 17  and, you know, the document basically, | 17  and, you know, the document basically, | | | | |
| 18  you know, in my view, states what I | 18  you know, in my view, states what I | | | | |
| 19  previously testified. | 19  previously testified. | | | | |
| 20      MR. BACHUS:  I'm going to | 20      MR. BACHUS:  I'm going to | | | | |
| 21  move to strike.  I don't think you | 21  move to strike.  I don't think you | | | | |
| 22  answered my question. | 22  answered my question. | | | | |
| 23      The question, you should be | 23      The question, you should be | | | | |
| 24  able to see on the realtime | 24  able to see on the realtime | | | | |
| 230 | 230 | | | | |
| 1  monitor, is page 212, line 02 and | 1  monitor, is page 212, line 02 and | | | | |
| 2  I'll reask the question and ask | 2  I'll reask the question and ask | | | | |
| 3  that you provide a responsive | 3  that you provide a responsive | | | | |
| 4  answer:  So clearly by the time | 4  answer:  So clearly by the time | | | | |
| 5  that draft proposal 1 was created | 5  that draft proposal 1 was created | | | | |
| 6  by Sanofi, the company knew how to | 6  by Sanofi, the company knew how to | | | | |
| 7  describe those two different | 7  describe those two different | | | | |
| 8  outcomes of alopecia; correct? | 8  outcomes of alopecia; correct? | | | | |
| 9      THE WITNESS:  So I cannot | 9      THE WITNESS:  So I cannot | | | | |
| 10  agree to that for the reasons that | 10  agree to that for the reasons that | | | | |
| 11  I said. | 11  I said. | | | | |
| 12  BY MR. BACHUS: | 12  BY MR. BACHUS: | | | | |
| 13      Q.  You cannot agree that the | 13      Q.  You cannot agree that the | | | | |
| 14  company knew how to describe two | 14  company knew how to describe two | | | | |
| 15  different outcomes of alopecia despite | 15  different outcomes of alopecia despite | | | | |
| 16  the fact that proposal number 1, which | 16  the fact that proposal number 1, which | | | | |
| 17  we're looking at now, says very common is | 17  we're looking at now, says very common is | | | | |
| 18  short-term hair loss and then the second | 18  short-term hair loss and then the second | | | | |
| 19  outcome that would be described is on | 19  outcome that would be described is on | | | | |
| 20  page 2 of proposal 1 at the bottom that | 20  page 2 of proposal 1 at the bottom that | | | | |
| 21  says, alopecia that did not reverse at | 21  says, alopecia that did not reverse at | | | | |
| 22  the end of the study. | 22  the end of the study. | | | | |
| 23      So you see those in writing | 23      So you see those in writing | | | | |
| 24  on a proposal, but cannot agree that the | 24  on a proposal, but cannot agree that the | | | | |
| 231 | 231 | | | | |
| 1  company knew how to describe two | 1  company knew how to describe two | | | | |
| 2  different outcomes; is that right? | 2  different outcomes; is that right? | | | | |
| 3      A.  I think I didn't agree with | 3      A.  I think I didn't agree with | | | | |
| 4  your statement, but you struck -- you -- | 4  your statement, but you struck -- you -- | | | | |
| 5  you know, you struck it, so let me go | 5  you know, you struck it, so let me go | | | | |
| 6  back to your original question and I'll | 6  back to your original question and I'll | | | | |
| 7  clarify what I'm not agreeing with. | 7  clarify what I'm not agreeing with. | | | | |
| 8      If we could move up? | 8      If we could move up? | | | | |
| 9      MR. KEENAN:  Sure. | 9      MR. KEENAN:  Sure. | | | | |
| 10      MR. BACHUS:  Sure.  Going | 10      MR. BACHUS:  Sure.  Going | | | | |
| 11  back to the question, which I'll | 11  back to the question, which I'll | | | | |
| 12  reask so we have a clean record. | 12  reask so we have a clean record. | | | | |
| 13      THE WITNESS:  Okay. | 13      THE WITNESS:  Okay. | | | | |
| 14      MR. BACHUS:  It first | 14      MR. BACHUS:  It first | | | | |
| 15  appears, though, on page 202, line | 15  appears, though, on page 202, line | | | | |
| 16  02 on this realtime:  So clearly | 16  02 on this realtime:  So clearly | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 17    by the time that draft proposal 1 | 17    by the time that draft proposal 1 | | | | |
| 18    was created by Sanofi, the company | 18    was created by Sanofi, the company | | | | |
| 19    knew how to describe those two | 19    knew how to describe those two | | | | |
| 20    different outcomes of alopecia; | 20    different outcomes of alopecia; | | | | |
| 21    correct? | 21    correct? | | | | |
| 22        THE WITNESS:  So what I can | 22        THE WITNESS:  So what I can | | | | |
| 23    not agree to is the first portion | 23    not agree to is the first portion | | | | |
| 24    of your statement, which reads, so | 24    of your statement, which reads, so | | | | |
| 232 | 232 | | | | |
| 1    clearly by the time that the draft | 1    clearly by the time that the draft | | | | |
| 2    proposal 1 was created by Sanofi. | 2    proposal 1 was created by Sanofi. | | | | |
| 3        I don't know who created | 3        I don't know who created | | | | |
| 4    this draft proposal, so I -- I | 4    this draft proposal, so I -- I | | | | |
| 5    can't under oath say I agree that | 5    can't under oath say I agree that | | | | |
| 6    this was a proposal drafted by | 6    this was a proposal drafted by | | | | |
| 7    Sanofi. | 7    Sanofi. | | | | |
| 8        MR. BACHUS:  I'll rephrase | 8        MR. BACHUS:  I'll rephrase | | | | |
| 9    the question. | 9    the question. | | | | |
| 10        THE WITNESS:  Okay. | 10        THE WITNESS:  Okay. | | | | |
| 11  BY MR. BACHUS: | 11  BY MR. BACHUS: | | | | |
| 12    Q.   So clearly by the time that | 12    Q.   So clearly by the time that | Not previously ruled on.<br><br>Completeness, subject to objections | Not necessary for completeness | | |
| 13  the required attendees read draft | 13  the required attendees read draft | | | | |
| 14  proposal number 1 in 2006, Sanofi was on | 14  proposal number 1 in 2006, Sanofi was on | | | | |
| 15  notice that there was a way to describe | 15  notice that there was a way to describe | | | | |
| 16  two different outcomes of alopecia in the | 16  two different outcomes of alopecia in the | | | | |
| 17  patient leaflet. | 17  patient leaflet. | | | | |
| 18    A.   So I would consider these | 18    A.   So I would consider these | | | | |
| 19  draft proposals, not necessarily by -- | 19  draft proposals, not necessarily by -- | | | | |
| 20  reviewed by management, although many of | 20  reviewed by management, although many of | | | | OVERRULED |
| 21  the managers are being invited to the | 21  the managers are being invited to the | | | | |
| 22  meeting, and so, you know, number one, I | 22  meeting, and so, you know, number one, I | | | | |
| 23  don't think one can say Sanofi as the | 23  don't think one can say Sanofi as the | | | | |
| 24  company was on notice. | 24  company was on notice. | | | | |
| 233 | 233 | | | | |
| 1        But, secondly, I'm not in | 1        But, secondly, I'm not in | | | | |
| 2    the position to make any statement about | 2    the position to make any statement about | | | | |
| 3    Sanofi the company since I'm here | 3    Sanofi the company since I'm here | | | | |
| 4    representing myself and not representing | 4    representing myself and not representing | | | | |
| 5    -- not here as a Sanofi company | 5    -- not here as a Sanofi company | | | | |
| 6    representative, as I was in the | 6    representative, as I was in the | | | | |
| 7    30(b)(6)s. | 7    30(b)(6)s. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Not previously ruled on.** Irrelevant; Hearsay; Speculation; Misleading; Confusing; Unduly Prejudicial; MIL 24 (Foreign Labeling and Regulatory Bodies). Standing Objection to Exhibit 11. | In the Earnest trial the court appropriately permitted the use of this evidence without reference to any foreign label. Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.) The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permanent hair loss The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. The testimony goes to both Notice and company knowldege. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential outcome of Taxotere use. This is | **Plaintiffs response to objections: designatin is relevant toSanofi notice that Taxotere cuases permanent hair loss. Plaintiff may elicit evidence showing what Sanofi said about hair loss to foreign regulatory bodies. Rec. Doc. 821, Subsection VII.; not unduly prejudicial** | SUSTAINED |
| 8    Q.   Going back for a moment to | 8    Q.   Going back for a moment to | | | | |
| 9  the first page of Exhibit 11 under | 9  the first page of Exhibit 11 under | | | | |
| 10  required attendees, you are a required | 10  required attendees, you are a required | | | | |
| 11  attendee; correct? | 11  attendee; correct? | | | | |
| 12    A.   I was. | 12    A.   I was. | | | | |
| 13    Q.   Amy Freedman, who was | 13    Q.   Amy Freedman, who was | | | | |
| 14  another global safety officer for | 14  another global safety officer for | | | | |
| 15  Taxotere, she was a required attendee; | 15  Taxotere, she was a required attendee; | | | | |
| 16  correct? | 16  correct? | | | | |
| 17    A.   Yeah, everybody -- | 17    A.   Yeah, everybody -- | | | | |
| 18    Q.   This entire list -- | 18    Q.   This entire list -- | | | | |
| 19    A.   This list, sure. | 19    A.   This list, sure. | | | | |
| 20    Q.   And so do you think that | 20    Q.   And so do you think that | | | | |
| 21  there was an expectation that anybody on | 21  there was an expectation that anybody on | | | | |
| 22  this list look at the proposals in the | 22  this list look at the proposals in the | | | | |
| 23  current PL either before as part of the | 23  current PL either before as part of the | | | | |
| 24  meeting? | 24  meeting? | | | | |
| 234 | 234 | | | | |
| 1    A.   Was there an expectation -- | 1    A.   Was there an expectation -- | | | | |
| 2    Q.   Yes. | 2    Q.   Yes. | | | | |
| 3    A.   -- that they look at it?  I | 3    A.   -- that they look at it?  I | | | | |
| 4  think that would not be an unusual | 4  think that would not be an unusual | | | | |
| 5  practice to look at it -- you know, if it | 5  practice to look at it -- you know, if it | | | | |
| 6  was attached to look at it before the | 6  was attached to look at it before the | | | | |
| 7  meeting -- | 7  meeting -- | | | | |
| 8    Q.   What were you going to do at | 8    Q.   What were you going to do at | **Previous Objection Overruled -** Designated testimony 234:8-234:19 was permitted to play in *Earnest*. Completeness, subject to objections | Not necessary for completeness | | SUSTAINED |
| 9  the meeting if you didn't discuss the | 9  the meeting if you didn't discuss the | | | | |
| 10  proposals? | 10  proposals? | | | | |
| 11    A.   No, I'm sure the meeting -- | 11    A.   No, I'm sure the meeting -- | | | | |
| 12  I'm sure at the meeting they were | 12  I'm sure at the meeting they were | | | | |
| 13  discussing the proposal.  Whether -- | 13  discussing the proposal.  Whether -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 14  whether people looked at it before the | 14  whether people looked at it before the | | | | |
| 15  meeting or looked at it during the | 15  meeting or looked at it during the | | | | |
| 16  meeting, I can't answer that.  I can't | 16  meeting, I can't answer that.  I can't | | | | |
| 17  answer for myself because I don't have | 17  answer for myself because I don't have | | | | |
| 18  recollection of this, but I can't | 18  recollection of this, but I can't | | | | |
| 19  certainly answer for other people, also. | 19  certainly answer for other people, also. | | | | |
| 20      Q.   Somebody probably attended | 20      Q.   Somebody probably attended | | | | |
| 21  the meeting in person, don't you think? | 21  the meeting in person, don't you think? | | | | |
| 22      A.   I would be speculating. | 22      A.   I would be speculating. | | | | |
| 23      Q.   "It is important each | 23      Q.   "It is important each | | | | |
| 24  functional group is represented at this | 24  functional group is represented at this | | | | |
| 235 | 235 | | | | |
| 1  meeting by at least one delegate." | 1  meeting by at least one delegate." | | | | |
| 2  Right?  That's what is on Exhibit | 2  Right?  That's what is on Exhibit | | | | |
| 3  11? | 3  11? | | | | |
| 4      A.   Yes. | 4      A.   Yes. | | | | |
| 5      Q.   Do you expect that all of | 5      Q.   Do you expect that all of | | | | |
| 6  these people, including yourself, would | 6  these people, including yourself, would | | | | |
| 7  ignore the request for a meeting and | 7  ignore the request for a meeting and | | | | |
| 8  nobody attended in person? | 8  nobody attended in person? | | | | |
| 9      A.   By attending in person -- | 9      A.   By attending in person -- | | | | |
| 10  let me -- let me clarify your question | 10  let me -- let me clarify your question | | | | |
| 11  because maybe I'm misunderstanding your | 11  because maybe I'm misunderstanding your | | | | |
| 12  question. | 12  question. | | | | |
| 13          When you say attending in | 13          When you say attending in | | | | |
| 14  person, are you including | 14  person, are you including | | | | |
| 15  teleconferencing attendings -- | 15  teleconferencing attendings -- | | | | |
| 16      Q.   Sure. | 16      Q.   Sure. | | | | |
| 17      A.   Okay.  In that case, yes. | 17      A.   Okay.  In that case, yes. | | | | |
| 18  Some meetings are purely teleconference, | 18  Some meetings are purely teleconference, | | | | |
| 19  everybody appears by teleconference. | 19  everybody appears by teleconference. | | | | |
| | | **Previously Overruled** - Designated testimony 235:20-236:13, 236:22-238:8, and 238:13-15 was permitted to play in *Earnest* .<br><br>Irrelevant; Hearsay; Speculation; Argumentative; Misleading; Confusing; Unduly Prejudicial; MIL 24 (Foreign Labeling and Regulatory Bodies).  Standing Objection to Exhibit 11. | In the Earnest trial  the court appropriately permitted the use of this evidence without reference to any foreign label.  Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.)  The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permamant hair loss  The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. The testimony goes to both Notice and company knowldege. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential outcome of Taxotere use. This is | Overruled | |
| 20      Q.   So when the people who | 20      Q.   So when the people who | | | | |
| 21  bothered to attend this mandatory, | 21  bothered to attend this mandatory, | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 22  important meeting got as far as draft | 22  important meeting got as far as draft | | | | |
| 23  proposal number 1 -- | 23  proposal number 1 -- | | | | |
| 24    A.   Yes. | 24    A.   Yes. | | | | |
| 236 | 236 | | | | |
| 1    Q.   -- at that point in time in | 1    Q.   -- at that point in time in | | | | |
| 2  the year 2006, somebody in a management | 2  the year 2006, somebody in a management | | | | |
| 3  position at Sanofi related -- with their | 3  position at Sanofi related -- with their | | | | |
| 4  work related to Taxotere would have had | 4  work related to Taxotere would have had | | | | |
| 5  the opportunity to see, whether they | 5  the opportunity to see, whether they | | | | |
| 6  wrote it or not, which you can't testify | 6  wrote it or not, which you can't testify | | | | |
| 7  about, that there -- that you can | 7  about, that there -- that you can | | | | |
| 8  characterize short-term hair loss as an | 8  characterize short-term hair loss as an | | | | |
| 9  outcome and you can characterize alopecia | 9  outcome and you can characterize alopecia | | | | |
| 10  that did not reverse at the end of the | 10  that did not reverse at the end of the | | | | |
| 11  study as an outcome.  Right? | 11  study as an outcome.  Right? | | | | |
| 12    A.   I would think that would be | 12    A.   I would think that would be | | | | |
| 13  a reasonable assumption. | 13  a reasonable assumption. | | | | |
| 14    Q.   All right. | 14    Q.   All right. | | | | |
| 15        If you move through the | 15        If you move through the | | | | |
| 16  document next to proposal number 2 -- and | 16  document next to proposal number 2 -- and | | | | |
| 17  let me know when you found that.  Again, | 17  let me know when you found that.  Again, | | | OVERRULED | |
| 18  we're on Exhibit 11 and we're discussing | 18  we're on Exhibit 11 and we're discussing | | | | |
| 19  this meeting that was scheduled to occur | 19  this meeting that was scheduled to occur | | | | |
| 20  -- well, the -- April the 25th, 2006. | 20  -- well, the -- April the 25th, 2006. | | | | |
| 21    A.   Okay. | 21    A.   Okay. | | | | |
| 22    Q.   Do you see the draft | 22    Q.   Do you see the draft | | | Overruled | |
| 23  proposal number 2? | 23  proposal number 2? | | | | |
| 24    A.   Yes, I do. | 24    A.   Yes, I do. | | | | |
| 237 | 237 | | | | |
| 1    Q.   All right.  If you would | 1    Q.   All right.  If you would | | | | |
| 2  turn to page 2 of draft proposal number 2 | 2  turn to page 2 of draft proposal number 2 | | | | |
| 3  of the patient leaflet -- turn to page 2. | 3  of the patient leaflet -- turn to page 2. | | | | |
| 4    A.   Okay. | 4    A.   Okay. | | | | |
| 5    Q.   -- there's an area of | 5    Q.   -- there's an area of | | | | |
| 6  proposal number 2, it's about -- one, | 6  proposal number 2, it's about -- one, | | | | |
| 7  two, three, four -- five paragraphs from | 7  two, three, four -- five paragraphs from | | | | |
| 8  the bottom and it starts with "Skin and | 8  the bottom and it starts with "Skin and | | | | |
| 9  subcutaneous tissue disorders"? | 9  subcutaneous tissue disorders"? | | | | |
| 10    A.   Okay. | 10    A.   Okay. | | | | |
| 11    Q.   Do you see that? | 11    Q.   Do you see that? | | | | |
| 12    A.   Yes, I do. | 12    A.   Yes, I do. | | | | |
| 13    Q.   And it lists hair loss | 13    Q.   And it lists hair loss | | | | |
| 14  (alopecia) -- do you see that? | 14  (alopecia) -- do you see that? | | | | |
| 15    A.   I do. | 15    A.   I do. | | | | |
| 16    Q.   -- as very common and then | 16    Q.   -- as very common and then | | | | |
| 17  there's a semicolon.  Do you see that? | 17  there's a semicolon.  Do you see that? | | | | |
| 18    A.   Yes. | 18    A.   Yes. | | | | |
| 19    Q.   And then listed as uncommon, | 19    Q.   And then listed as uncommon, | | | | |
| 20  alopecia (hair loss) that did not -- it | 20  alopecia (hair loss) that did not -- it | | | | |
| 21  says did not reversible, but -- did not | 21  says did not reversible, but -- did not | | | | |
| 22  reversible at the end of the study. | 22  reversible at the end of the study. | | | | |
| 23        Do you see that? | 23        Do you see that? | | | | |
| 24    A.   I do. | 24    A.   I do. | | | | |
| 238 | 238 | | | | |
| 1    Q.   So here again, in April of | 1    Q.   So here again, in April of | | | | |
| 2  2006, in proposal 2 to a patient leaflet, | 2  2006, in proposal 2 to a patient leaflet, | | | | |
| 3  being discussed are two different | 3  being discussed are two different | | | | |
| 4  outcomes of alopecia described as such in | 4  outcomes of alopecia described as such in | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5  this draft proposal; correct? | 5  this draft proposal; correct? | | | | |
| 6      A.   Two different outcomes of | 6      A.   Two different outcomes of | | | | |
| 7  resolution, yes, I think that's a | 7  resolution, yes, I think that's a | | | | |
| 8  reasonable statement. | 8  reasonable statement. | | | | |
| 9      Q.   If you keep moving through | 9      Q.   If you keep moving through | | | | |
| 10  Exhibit No. 11 and you'll see a proposal | 10  Exhibit No. 11 and you'll see a proposal | | | | |
| 11  number 3. | 11  number 3. | | | | |
| 12      A.   Okay. | 12      A.   Okay. | | | | |
| 13      Q.   Have you found draft | 13      Q.   Have you found draft | | | Overruled | |
| 14  proposal number 3? | 14  proposal number 3? | | | | |
| 15      A.   I have. | 15      A.   I have. | | | | |
| 16      Q.   On draft proposal number 3, | 16      Q.   On draft proposal number 3, | | | | |
| 17  if you turn to -- well, first of all, | 17  if you turn to -- well, first of all, | | | | |
| 18  let's take note at the top, the second | 18  let's take note at the top, the second | | | | |
| 19  column is very common.  Do you see that? | 19  column is very common.  Do you see that? | | | | |
| 20  Very common side effects? | 20  Very common side effects? | | | | |
| 21      A.   Yes. | 21      A.   Yes. | | | | |
| 22      Q.   And then common side effects | 22      Q.   And then common side effects | | | | |
| 23  -- | 23  -- | | | | |
| 24      A.   Yes. | 24      A.   Yes. | | | | |
| 239 | 239 | | | | |
| 1      Q.   -- are between 1 and 10 | 1      Q.   -- are between 1 and 10 | | | | |
| 2  percent; and then uncommon, it says less | 2  percent; and then uncommon, it says less | | | | |
| 3  than 1 percent or up to 1 percent; | 3  than 1 percent or up to 1 percent; | | | | |
| 4  correct? | 4  correct? | | | | |
| 5      A.   .1 to 1, yes. | 5      A.   .1 to 1, yes. | | | | |
| 6      Q.   If you turn to page 2 of | 6      Q.   If you turn to page 2 of | **Previously Overruled. -** Designated testimony was permitted to play in *Earnest* .<br><br>Irrelevant; Hearsay; Speculation; Argumentative; Misleading; Confusing; Unduly Prejudicial; MIL 24 (Foreign Labeling and Regulatory Bodies).  Standing Objection to Exhibit 11. | In the *Earnest* trial  the court appropriately permitted the use of this evidence without reference to any foreign label.  Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.)  The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hair loss and 2. permanent hair loss  The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi.  The testimony goes to both Notice and company knowldege. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential outcome of Taxotere use. This is | Overruled | OVERRULED |
| 7  proposal number 3 and again look under | 7  proposal number 3 and again look under | | | | |
| 8  "Skin and subcutaneous tissue disorders," | 8  "Skin and subcutaneous tissue disorders," | | | | |
| 9  it's the third set of boxes down -- | 9  it's the third set of boxes down -- | | | | |
| 10      A.   Yes, I see it. | 10      A.   Yes, I see it. | | | | |
| 11      Q.   -- that under very common, | 11      Q.   -- that under very common, | | | | |
| 12  it describes hair loss.  Do you see that? | 12  it describes hair loss.  Do you see that? | | | | |
| 13  Alopecia.  Meaning occurs in greater than | 13  Alopecia.  Meaning occurs in greater than | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 14 10 percent; correct? | 14 10 percent; correct? | | | | |
| 15    A.   Yes, I do see that. | 15    A.   Yes, I do see that. | | | | |
| 16    Q.   And then do you see over in | 16    Q.   And then do you see over in | | | | |
| 17  the uncommon, it says alopecia | 17  the uncommon, it says alopecia | | | | |
| 18  nonreversible at the end of the study. | 18  nonreversible at the end of the study. | | | | |
| 19          Do you see that? | 19          Do you see that? | | | | |
| 20    A.   I do see that. | 20    A.   I do see that. | | | | |
| 21    Q.   Do you agree with me that in | 21    Q.   Do you agree with me that in | | | | |
| 22  April of 2006, in Taxotere patient | 22  April of 2006, in Taxotere patient | | | | |
| 23  leaflet proposals 1, 2, and 3, there are | 23  leaflet proposals 1, 2, and 3, there are | | | | |
| 24  three different ways to present two | 24  three different ways to present two | | | | |
|                240 |                240 | | | | |
| 1  different outcomes for alopecia so that | 1  different outcomes for alopecia so that | | | | |
| 2  the patient can understand the | 2  the patient can understand the | | | | |
| 3  distinction? | 3  distinction? | | | | |
| 4    A.   I agree -- I agree that in | 4    A.   I agree -- I agree that in | | | | |
| 5  patient leaflets 1, 2, and 3, there are | 5  patient leaflets 1, 2, and 3, there are | | | | |
| 6  the different presentations related to | 6  the different presentations related to | | | | |
| 7  recovery. | 7  recovery. | | | | |
| 8    Q.   And you agree that one of | 8    Q.   And you agree that one of | | | | |
| 9  those descriptions is a nonreversible or | 9  those descriptions is a nonreversible or | | | | |
| 10  irreversible alopecia and the other is a | 10  irreversible alopecia and the other is a | | | | |
| 11  reversible alopecia. | 11  reversible alopecia. | | | | |
| 12    A.   Well, certainly the | 12    A.   Well, certainly the | | | | |
| 13  description in 3 is nonreversible at the | 13  description in 3 is nonreversible at the | | | | |
| 14  end of the study and in -- in -- the same | 14  end of the study and in -- in -- the same | | | | |
| 15  -- same type of statement in leaflet 2. | 15  -- same type of statement in leaflet 2. | | | | |
| 16          And in leaflet 1 -- I'm | 16          And in leaflet 1 -- I'm | | | | |
| 17  sorry, because I know we just -- | 17  sorry, because I know we just -- | | | | |
| 18    Q.   Proposal number 1, I've got | 18    Q.   Proposal number 1, I've got | | | | |
| 19  it up on the screen for you. | 19  it up on the screen for you. | | | | |
| 20    A.   Okay.  Thank you. | 20    A.   Okay.  Thank you. | | | | |
| 21    Q.   Short-term hair loss is -- | 21    Q.   Short-term hair loss is -- | | | | |
| 22  they're reversible. | 22  they're reversible. | | | | |
| 23    A.   Yes. | 23    A.   Yes. | | | | |
| 24    Q.   Alopecia that did not | 24    Q.   Alopecia that did not | | | | |
|                241 |                241 | | | | |
| 1  reverse at the end of the study -- | 1  reverse at the end of the study -- | | | | |
| 2    A.   Okay. | 2    A.   Okay. | | | | |
| 3    Q.   -- is the irreversible. | 3    Q.   -- is the irreversible. | | | | |
| 4    A.   Yes.  Yes, so you have | 4    A.   Yes.  Yes, so you have | | | | |
| 5  language -- similar language in the first | 5  language -- similar language in the first | | | | |
| 6  three. | 6  three. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previously Overruled** - Designated testimony was permitted to play in *Earnest*.<br><br>Irrelevant; Misleading; Confusing; Unduly Prejudicial; MIL 24 (Foreign Labeling and Regulatory Bodies).  Standing Objection to Exhibit 11. | In the Earnest trial  the court appropriately permitted the use of this evidence without reference to any foreign label.  Here the witness is being asked about a meeting held at Sanofi in the United States in 2006 (long before Ms. Kahn was ever prescribed Taxotere.)  The meeting was specifically regarding Taxotere and the meeting attendees involved US taxotere safety employees. During the meeting the attendees specifically discussed various ways to inform prescribers and patients that Taxotere use can cause two different outcomes regarding hairl loss: 1. temporary hairl loss and 2. permanent hair loss  The emails produced regarding this meeting show that this witness was a mandatory attendee of the meeting he is being asked about.  The testimony could not be more relevant to the claims Ms. Kahn alleges against Ssnofi. The testimony goes to both Notice and company knowldege. In 2006, more than two years before Kahn was prescribed Taxotere, Sanofi US safety and regulatory employees sat in a room and discussed multiple ways for the company to infrom prescribers and future patients about the fact that taxotere use can cause PCIA.  Yet despite the notice and the knowledge documented in these 2006 emails Sanofi did not inform Ms. Kahn or her prescriber about PCIA as a potential outcome of Taxotere use. This is | OVERRULED | |
| 7      Q.   Right.  That was April of | 7     Q.   Right.  That was April of | | | | |
| 8 2006. | 8 2006. | | | | |
| 9      Do you have any independent | 9      Do you have any independent | | | | |
| 10  recollection as to your participation in | 10  recollection as to your participation in | | | | |
| 11  the meeting regarding updating the | 11  the meeting regarding updating the | | | | |
| 12  patient leaflet for Taxotere? | 12  patient leaflet for Taxotere? | | | | |
| 13      A.   No, I'm afraid I don't | 13      A.   No, I'm afraid I don't | | | | |
| 14  recall that. | 14  recall that. | | | | |
| 15           - - - | 15           - - - | | | | |
| 16      (Deposition Exhibit No. | 16      (Deposition Exhibit No. | | | | |
| 17  Kopreski-12, 12/15/06 Abstract | 17  Kopreski-12, 12/15/06 Abstract | | | | |
| 18  "Persistent significant alopecia | 18  "Persistent significant alopecia | | | | |
| 19  (PSA) from adjuvant docetaxel | 19  (PSA) from adjuvant docetaxel | | | | |
| 20  after doxorubicin/cyclophosphamide | 20  after doxorubicin/cyclophosphamide | | | | |
| 21  (AC) chemotherapy in women with | 21  (AC) chemotherapy in women with | | | | |
| 22  breast cancer," Sanofi_04196131, | 22  breast cancer," Sanofi_04196131, | | | | |
| 23  was marked for identification.) | 23  was marked for identification.) | | | | |
| 24           - - - | 24           - - - | | | | |
| 242 | 242 | | | | |
| 1  BY MR. BACHUS: | 1  BY MR. BACHUS: | | | | |
| 2      Q.   I'm going to hand you what | 2      Q.   I'm going to hand you what | | | | |
| 3  we'll mark as Exhibit 12 to the | 3  we'll mark as Exhibit 12 to the | | | | |
| 4  deposition. | 4  deposition. | | | | |
| 5      MR. KEENAN:  Do you have one | 5      MR. KEENAN:  Do you have one | | | | |
| 6  for me? | 6  for me? | | | | |
| 7      MR. BACHUS:  I handed two | 7      MR. BACHUS:  I handed two | | | | |
| 8  over -- it's just one page. | 8  over -- it's just one page. | | | | |
| 9      MR. KEENAN:  Oh, sorry. | 9      MR. KEENAN:  Oh, sorry. | | | | |
| 10  BY MR. BACHUS: | 10  BY MR. BACHUS: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Previously Overruled, in part.  Not previously ruled on, in part.<br><br>Hearsay:  Exhibit 12 is an abstract by Dr. Sedlacek, which has been marked up by Plaintiff's counsel, constituting inadmissible hearsay.  Additionally, It is not a business record, and was instead printed off an online sources.<br><br>Improper Attorney Testimony: Because this exhibit has been marked up by Plaintiff's counsel during a deposition, all annotations constitute improper attorney testimony.<br><br>Lacks Foundation: A proper foundation to this specific exhibit (and the annotations contained throughout) was not established by Plaintiff's counsel.<br><br>Misleading, Confusing, and Unduly Prejudicial:  Permitting this exhibit at trial would cause confusion, mislead the jury, and unduly prejudice Sanofi.<br><br>MIL:  This exhibit violates Sanofi's MILs relating to Adverse Events (MIL 5).<br><br>This objection is a standing objection to all testimony related to Exhibit 12 and is hereinafter referred to as "Standing Objection to Exhibit 12." | Here the witness is being asked about the Sedlacek abstract. Sanofi's counsel fails to inform the court that this abstract was produced to Plaintiffs by Sanofi with meta-data showing the abstract in Sanofi's possession since the week of the Sedlacek presentation in San Antonio December 2006. In the Earnest trial this court permitted the use of this evidence.  The testimony is relevant and goes to the issue of Notice to Sanofi regarding PCIA more than a year before Ms. Kahn was prescribed taxotere. The testimony is very straightforward and is neither confusing or misleading. | | OVERRULED |
| 11      Q.  Sir, do you now have Exhibit | 11      Q.  Sir, do you now have Exhibit | | | Overruled | |
| 12  No. 12? | 12  No. 12? | | | | |
| 13      A.  Yes, I do. | 13      A.  Yes, I do. | | | | |
| 14      Q.  And if you look at the | 14      Q.  And if you look at the | | | | |
| 15  bottom of Exhibit No. 12, you'll see a | 15  bottom of Exhibit No. 12, you'll see a | | | | |
| 16  date and this is December the 15th, 2006. | 16  date and this is December the 15th, 2006. | | | | |
| 17  So we were -- previously we were talking | 17  So we were -- previously we were talking | | | | |
| 18  about April of 2006 with respect to the | 18  about April of 2006 with respect to the | | | | |
| 19  patient leaflet and we were talking | 19  patient leaflet and we were talking | | | | |
| 20  about, I believe, February of 2006 -- | 20  about, I believe, February of 2006 -- | | | | |
| 21      A.  Yes. | 21      A.  Yes. | | | | |
| 22      Q.  -- regarding the e-mail with | 22      Q.  -- regarding the e-mail with | | | | |
| 23  Amy Freedman.  This is now December. | 23  Amy Freedman.  This is now December. | | | | |
| 24         This at the top indicates | 24         This at the top indicates | | | | |
| 243 | 243 | | | | |
| 1  that this is a -- an abstract regarding | 1  that this is a -- an abstract regarding | | | | |
| 2  persistent significant alopecia from | 2  persistent significant alopecia from | | | | |
| 3  docetaxel -- from adjuvant docetaxel, | 3  docetaxel -- from adjuvant docetaxel, | | | | |
| 4  which is Taxotere, after doxorubicin and | 4  which is Taxotere, after doxorubicin and | | | | |
| 5  cyclophosphamide chemotherapy in women | 5  cyclophosphamide chemotherapy in women | | | | |
| 6  with breast cancer. | 6  with breast cancer. | | | | |
| 7         Do you see that? | 7         Do you see that? | | | | |
| 8      A.  I do see it. | 8      A.  I do see it. | | | | |
| 9      Q.  And this is being presented | 9      Q.  And this is being presented | | | Overruled | |
| 10  -- this topic is being presented at | 10  -- this topic is being presented at | | | | |
| 11  something called the San Antonio Breast | 11  something called the San Antonio Breast | | | | |
| 12  Cancer Symposium? | 12  Cancer Symposium? | | | | |
| 13      A.  Okay. | 13      A.  Okay. | | | | |
| 14      Q.  Are you familiar with that? | 14      Q.  Are you familiar with that? | | | | |
| 15      A.  I'm familiar with it.  I've | 15      A.  I'm familiar with it.  I've | | | | |
| 16  never attended it, though. | 16  never attended it, though. | | | | |
| 17      Q.  Why during all of your years | 17      Q.  Why during all of your years | | | | |
| 18  with Sanofi and oncology did you not | 18  with Sanofi and oncology did you not | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19  attend the San Antonio breast conference | 19  attend the San Antonio breast conference | | | | |
| 20  -- breast cancer symposium? | 20  -- breast cancer symposium? | | | | |
| 21      A.   I tended to -- when I was | 21      A.   I tended to -- when I was | | | | |
| 22  attending conferences, I tended to go to | 22  attending conferences, I tended to go to | | | | |
| 23  the American Society of Clinical Oncology | 23  the American Society of Clinical Oncology | | | | |
| 24  conferences; but neither at Sanofi nor in | 24  conferences; but neither at Sanofi nor in | | | | |
| 244 | 244 | | | | |
| 1  previous times, during fellowship or at | 1  previous times, during fellowship or at | | | | |
| 2  the NCI, did I -- did I attend this -- | 2  the NCI, did I -- did I attend this -- | | | | |
| 3  this conference. | 3  this conference. | | | | |
| | | Previously overruled, in part.  Not previously ruled on, in part.  Hearsay; Lack of Foundation; Scope; Irrelevant; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 12. | Here the witness is being asked about the Sedlacek abstract. Sanofi's counsel fails to inform the court that this abstract was produced to Plaintiffs by Sanofi with meta-data showing the abstract in Sanofi's possession since the week of the Sedlacek presentation in San Antonio December 2006. In the Earnest trial this court permitted the use of this evidence.  The testimony is relevant and goes to the issue of Notice to Sanofi regarding PCIA more than a year before Ms. Kahn was prescribed taxotere. The testimony is very straightforward and is neither confusing or misleading. | | OVERRULED |
| 4      Q.   So this abstract from this | 4      Q.   So this abstract from this | | | | |
| 5  presentation given by a Dr. Sedlacek -- | 5  presentation given by a Dr. Sedlacek -- | | | | |
| 6  do you see -- and it says that the | 6  do you see -- and it says that the | | | | |
| 7  presentation was going to be given on | 7  presentation was going to be given on | | | | |
| 8  Friday, December 15th, 2006 at 7:00 a.m. | 8  Friday, December 15th, 2006 at 7:00 a.m. | | | | |
| 9      Do you see that at the | 9      Do you see that at the | | | OVERRULED | |
| 10  bottom? | 10  bottom? | | | | |
| 11      A.   Yes, I do. | 11      A.   Yes, I do. | | | | |
| 12      Q.   And Dr. Sedlacek is | 12      Q.   And Dr. Sedlacek is | | | Overruled | |
| 13  addressing the issue of Taxotere and what | 13  addressing the issue of Taxotere and what | | | | |
| 14  he describes as persistent significant | 14  he describes as persistent significant | | | | |
| 15  alopecia.  Do you agree with that? | 15  alopecia.  Do you agree with that? | | | | |
| 16      A.   Yes, I do. | 16      A.   Yes, I do. | | | | |
| 17      Q.   And what Dr. Sedlacek says | 17      Q.   And what Dr. Sedlacek says | | | | |
| 18  is that, unfortunately, the one side | 18  is that, unfortunately, the one side | | | | |
| 19  effect possibly most dreaded by patients | 19  effect possibly most dreaded by patients | | | | |
| 20  is alopecia. | 20  is alopecia. | | | | |
| 21      Do you see that? | 21      Do you see that? | | | | |
| 22      A.   I do see that statement in | 22      A.   I do see that statement in | | | | |
| 23  the abstract. | 23  the abstract. | | | | |
| 24      Q.   Do you agree with that | 24      Q.   Do you agree with that | Completeness, subject to objections | Not necessary for completeness | | |
| 245 | 245 | | | | |
| 1  statement, that the one side effect | 1  statement, that the one side effect | | | | |
| 2  possibly most dreaded by patient -- by | 2  possibly most dreaded by patient -- by | | | | |
| 3  the breast cancer patient is alopecia? | 3  the breast cancer patient is alopecia? | | | | OVERRULED |
| 4      A.   No.  I think the most | 4      A.   No.  I think the most | | | | |
| 5  dreaded side effect is probably death | 5  dreaded side effect is probably death | | | | |
| 6  from the -- from the toxicity. | 6  from the -- from the toxicity. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | **Previously Overruled.**<br><br>Hearsay; Lack of Foundation; Scope; Irrelevant; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 12. | Here the witness is being asked about the Sedlacek abstract. Sanofi's counsel fails to inform the court that this abstract was produced to Plaintiffs by Sanofi with meta-data showing the abstract in Sanofi's possession since the week of the Sedlacek presentation in San Antonio December 2006. In the Earnest trial this court permitted the use of this evidence.  The testimony is relevant and goes to the issue of Notice to Sanofi regarding PCIA more than a year before Ms. Kahn was prescribed taxotere. The testimony is very straightforward and is neither confusing or misleading. | Overruled | |
| 7      Q.  Dr. Sedlacek says, | 7      Q.  Dr. Sedlacek says, | | | | |
| 8  "Unfortunately, the one side effect | 8  "Unfortunately, the one side effect | | | | |
| 9  possibly most dreaded by the patient is | 9  possibly most dreaded by the patient is | | | | OVERRULED |
| 10  alopecia.  Yet, we have always told our | 10  alopecia.  Yet, we have always told our | | | | |
| 11  female patients 'don't worry, it will | 11  female patients 'don't worry, it will | | | | |
| 12  always come back.'" | 12  always come back.'" | | | | |
| 13          Do you see that? | 13          Do you see that? | | | | |
| 14      A.  Yes, I see the statement | 14      A.  Yes, I see the statement | | | | |
| 15  that Dr. Sedlacek would tell his female | 15  that Dr. Sedlacek would tell his female | | | | |
| 16  patients, don't worry, it will always | 16  patients, don't worry, it will always | | | | |
| 17  come back. | 17  come back. | | | | |
| 18      Q.  Then he goes on to say, | 18      Q.  Then he goes on to say, | | | | |
| 19  "This last statement may not be true." | 19  "This last statement may not be true." | | | | |
| 20          Do you see that? | 20          Do you see that? | | | | |
| 21      A.  I see that statement, | 21      A.  I see that statement, | | | | |
| 22  correct. | 22  correct. | | | | |
| 23      Q.  Do you agree that in | 23      Q.  Do you agree that in | | | | |
| 24  December of 2006, that Sanofi was made | 24  December of 2006, that Sanofi was made | | | | |
| 246 | 246 | | | | |
| 1  aware of and knew about this abstract and | 1  aware of and knew about this abstract and | | | | |
| 2  this presentation? | 2  this presentation? | | | | |
| 3      A.  I became aware of this | 3      A.  I became aware of this | | | | |
| 4  abstract during my preparations for the | 4  abstract during my preparations for the | | | | |
| 5  30(b)(6), but I do not know at the time | 5  30(b)(6), but I do not know at the time | | | | |
| 6  that Sanofi was made aware of this | 6  that Sanofi was made aware of this | | | | |
| 7  abstract. | 7  abstract. | | | | |
| | | **Not previously ruled on.**<br><br>Completeness, subject to objections | Not necessary for completeness | | |
| 8      Q.  Would you be surprised to | 8      Q.  Would you be surprised to | | | | |
| 9  learn that there is meta data indicating | 9  learn that there is meta data indicating | | | | |
| 10  that in December of 2006, that Sanofi had | 10  that in December of 2006, that Sanofi had | | | | |
| 11  a copy of this very document? | 11  a copy of this very document? | | | | |
| 12      A.  Would I be surprised? | 12      A.  Would I be surprised? | | | | |
| 13      Q.  Yes. | 13      Q.  Yes. | | | | |
| 14      A.  That Sanofi had this | 14      A.  That Sanofi had this | | | | |
| 15  document? | 15  document? | | | | |
| 16      Q.  Yes. | 16      Q.  Yes. | | | | |
| 17      A.  Well, again, you know, I was | 17      A.  Well, again, you know, I was | | | | |
| 18  not aware of this document myself, but | 18  not aware of this document myself, but | | | | OVERRULED |
| 19  became aware of it during my preparations | 19  became aware of it during my preparations | | | | |
| 20  for the 30(b)(6); at which time, I was | 20  for the 30(b)(6); at which time, I was | | | | |
| 21  aware -- or was made aware -- that Sanofi | 21  aware -- or was made aware -- that Sanofi | | | | |
| 22  was receiving individual cases pertaining | 22  was receiving individual cases pertaining | | | | |
| 23  to this document and -- and was in | 23  to this document and -- and was in | | | | |
| 24  discussion with the site. | 24  discussion with the site. | | | | |
| 247 | 247 | | | | |
| 1      So, no, it would -- in view | 1      So, no, it would -- in view | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2  of that, it would not surprise me that | 2  of that, it would not surprise me that | | | | |
| 3  Sanofi was made aware of this document. | 3  Sanofi was made aware of this document. | | | | |
| 4      Q.  Is it your testimony today | 4      Q.  Is it your testimony today | | | | |
| 5  that at no time between December of 2006 | 5  that at no time between December of 2006 | | | | |
| 6  and when you left Sanofi for retirement | 6  and when you left Sanofi for retirement | | | | |
| 7  in 2017 that you had never heard of the | 7  in 2017 that you had never heard of the | | | | |
| 8  Sedlacek abstract regarding persistent | 8  Sedlacek abstract regarding persistent | | | | |
| 9  significant alopecia and docetaxel use? | 9  significant alopecia and docetaxel use? | | | | |
| 10      A.  No, that wouldn't be my | 10      A.  No, that wouldn't be my | | | | |
| 11  testimony.  But my testimony today is, I | 11  testimony.  But my testimony today is, I | | | | |
| 12  don't recall specifically being aware of | 12  don't recall specifically being aware of | | | | |
| 13  Sedlacek, but it's certainly possible | 13  Sedlacek, but it's certainly possible | | | | |
| 14  that I was made aware.  I just don't | 14  that I was made aware.  I just don't | | | | |
| 15  recall. | 15  recall. | | | | |
| 16      Q.  And to be clear, do you have | 16      Q.  And to be clear, do you have | | | | |
| 17  any recollection of being made aware of | 17  any recollection of being made aware of | | | | |
| 18  the Sedlacek abstract regarding | 18  the Sedlacek abstract regarding | | | | |
| 19  persistent significant alopecia from | 19  persistent significant alopecia from | | | | |
| 20  adjuvant Taxotere use before you retired? | 20  adjuvant Taxotere use before you retired? | | | | |
| 21      A.  I don't recall. | 21      A.  I don't recall. | | | | |
| 22      Q.  Were you ever made aware of | 22      Q.  Were you ever made aware of | | | | |
| 23  the fact that the company was sending out | 23  the fact that the company was sending out | | | | |
| 24  correspondence -- when requested by | 24  correspondence -- when requested by | | | | |
| 248 | 248 | | | | |
| 1  physicians for information about alopecia | 1  physicians for information about alopecia | | | | |
| 2  and permanent hair loss, that Sanofi was | 2  and permanent hair loss, that Sanofi was | | | | |
| 3  sending out copies of this abstract? | 3  sending out copies of this abstract? | | | | |
| 4      A.  I do recall in the process | 4      A.  I do recall in the process | | | | |
| 5  of my 30(b)(6) depositions of at least | 5  of my 30(b)(6) depositions of at least | | | | |
| 6  one inquiry from a physician site where | 6  one inquiry from a physician site where | | | | |
| 7  there was a reference to this document. | 7  there was a reference to this document. | | | | |
| 8      Q.  So in this abstract, Dr. | 8      Q.  So in this abstract, Dr. | Previously Overruled, in part.  Not previously ruled on, in part.<br><br>Hearsay; Lack of Foundation; Scope; Irrelevant; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 12. | Here the witness is being asked about the Sedlaeck abstract. Sanofi's counsel fails to inform the court that this abstract was produced to Plaintiffs by Sanofi with meta-data showing the abstract in Sanofi's possession since the week of the Sedlacek presentation in San Antonio December 2006. In the Earnest trial this court permitted the use of this evidence.  The testimony is relevant and goes to the issue of Notice to Sanofi regarding PCIA more than a year before Ms. Kahn was prescribed taxotere. The testimony is very straightforward and is neither confusing or misleading. | Overruled | OVERRULED |
| 9  Sedlacek documents providing three | 9  Sedlacek documents providing three | | | | |
| 10  different groups, group A, group B, and | 10  different groups, group A, group B, and | | | | |
| 11  group C, who received different regimens | 11  group C, who received different regimens | | | | |
| 12  of anticancer treatment, group A being | 12  of anticancer treatment, group A being | | | | |
| 13  doxorubicin without a taxane -- do you | 13  doxorubicin without a taxane -- do you | | | | |
| 14  see that? | 14  see that? | | | | |
| 15      A.  I do. | 15      A.  I do. | | | | |
| 16      Q.  -- and doxorubicin, that's | 16      Q.  -- and doxorubicin, that's | Completeness, subject to objections | Not necessary for completeness | | |
| 17  the same thing as Adriamycin? | 17  the same thing as Adriamycin? | | | | |
| 18      A.  Correct. | 18      A.  Correct. | | | | |
| 19      Q.  And so if we look at the TAC | 19      Q.  And so if we look at the TAC | | | | |
| 20  grouping, when we were looking at TAX316, | 20  grouping, when we were looking at TAX316, | | | | |
| 21  the T in the TAC is Taxotere; is that | 21  the T in the TAC is Taxotere; is that | | | | |
| 22  correct? | 22  correct? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 23   A.   That's correct. | 23   A.   That's correct. | | | | |
| 24   Q.   The A is Adriamycin? | 24   Q.   The A is Adriamycin? | | | | |
| 249 | 249 | | | | OVERRULED |
| 1   A.   Adriamycin. | 1   A.   Adriamycin. | | | | |
| 2   Q.   Which is also known as | 2   Q.   Which is also known as | | | | |
| 3   doxorubicin; correct? | 3   doxorubicin; correct? | | | | |
| 4   A.   Yes, the -- the regimen in | 4   A.   Yes, the -- the regimen in | | | | |
| 5   TAX316 was -- was TAC, T-AC, which is | 5   TAX316 was -- was TAC, T-AC, which is | | | | |
| 6   Taxotere, and the A is Adriamycin or | 6   Taxotere, and the A is Adriamycin or | | | | |
| 7   doxorubicin and the C is cyclophosphamide | 7   doxorubicin and the C is cyclophosphamide | | | | |
| 8   versus a FAC regimen, F-AC, which also is | 8   versus a FAC regimen, F-AC, which also is | | | | |
| 9   the Adriamycin, cyclophosphamide, but | 9   the Adriamycin, cyclophosphamide, but | | | | |
| 10   with fluorouracil. | 10   with fluorouracil. | | | | |
| | | **Previously Overruled.**<br><br>Hearsay; Lack of Foundation; Scope; Irrelevant; Misleading; Confusing; Unduly Prejudicial; MIL 5 (Adverse Events).  Standing Objection to Exhibit 12. | Here the witness is being asked about the Sedlaeck abstract. Sanofi's counsel fails to inform the court that this abstract was produced to Plaintiffs by Sanofi with meta-data showing the abstract in Sanofi's possession since the week of the Sedlaeck presentation in San Antonio December 2006. In the Earnest trial this court permitted the use of this evidence.  The testimony is relevant and goes to the issue of Notice to Sanofi regarding PCIA more than a year before Ms. Kahn was prescribed taxotere. The testimony is very straightforward and is neither confusing or misleading. | Overruled | |
| 11   Q.   So group A that was followed | 11   Q.   So group A that was followed | | | | |
| 12   by Dr. Sedlacek, by report, Dr. Sedlacek | 12   by Dr. Sedlacek, by report, Dr. Sedlacek | | | | |
| 13   reports in his table that those who | 13   reports in his table that those who | | | | |
| 14   received just the doxorubicin regimen | 14   received just the doxorubicin regimen | | | | |
| 15   without a taxane, out of 258 patients | 15   without a taxane, out of 258 patients | | | | |
| 16   that he followed, 0 percent of them, by | 16   that he followed, 0 percent of them, by | | | | |
| 17   report, experienced persistent | 17   report, experienced persistent | | | | |
| 18   significant alopecia; correct?  That's | 18   significant alopecia; correct?  That's | | | | |
| 19   what he reports. | 19   what he reports. | | | | |
| 20   A.   The group -- the group A | 20   A.   The group -- the group A | | | | |
| 21   reports 0 alopecia. | 21   reports 0 alopecia. | | | | |
| 22   Q.   And then he has a group B, | 22   Q.   And then he has a group B, | | | | |
| 23   if we go back up to the top, and this is | 23   if we go back up to the top, and this is | | | | |
| 24   using -- group B is doxorubicin plus | 24   using -- group B is doxorubicin plus | | | | |
| 250 | 250 | | | | |
| 1   paclitaxel.  Do you see that? | 1   paclitaxel.  Do you see that? | | | | |
| 2   A.   I do. | 2   A.   I do. | | | | |
| 3   Q.   And paclitaxel is a drug | 3   Q.   And paclitaxel is a drug | | | | |
| 4   called Taxol; is that right? | 4   called Taxol; is that right? | | | | |
| 5   A.   That is correct. | 5   A.   That is correct. | | | | |
| 6   Q.   And in group B, by report, | 6   Q.   And in group B, by report, | | | | |
| 7   Dr. Sedlacek followed 126 women who | 7   Dr. Sedlacek followed 126 women who | | | | |
| 8   received a group B regimen with | 8   received a group B regimen with | | | | |
| 9   Adriamycin plus paclitaxel, which is | 9   Adriamycin plus paclitaxel, which is | | | | |
| 10   Taxol, and by report, 0 percent of the | 10   Taxol, and by report, 0 percent of the | | | | |
| 11   126 in group B had persistent significant | 11   126 in group B had persistent significant | | | | |
| 12   alopecia; correct? | 12   alopecia; correct? | | | | |
| 13   A.   He reports 0 percent, that | 13   A.   He reports 0 percent, that | | | | |
| 14   is correct. | 14   is correct. | | | | |
| 15   Q.   And then there's a group C | 15   Q.   And then there's a group C | | | | |
| 16   and in group C, it's got doxorubicin plus | 16   and in group C, it's got doxorubicin plus | | | | |
| 17   docetaxel, so, again, it's that | 17   docetaxel, so, again, it's that | | | | |
| 18   doxorubicin, which is the Adriamycin, as | 18   doxorubicin, which is the Adriamycin, as | | | | |
| 19   well, the same thing, plus docetaxel | 19   well, the same thing, plus docetaxel | | | | |
| 20   which we have previously indicated that's | 20   which we have previously indicated that's | | | | OVERRULED |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | OVERRULED |
| 21 Taxotere -- right? | 21 Taxotere -- right? | | | | |
| 22    A.   That's Taxo -- well -- | 22    A.   That's Taxo -- well -- | | | | |
| 23    Q.   In 2006. | 23    Q.   In 2006. | | | | |
| 24    A.   In 2006, I presume that | 24    A.   In 2006, I presume that | | | Overruled | |
| 251 | 251 | | | | |
| 1  would be just Taxotere. | 1  would be just Taxotere. | | | | |
| 2    Q.   Okay -- and by report, group | 2    Q.   Okay -- and by report, group | | | | |
| 3  C, Dr. Sedlacek followed 112 women and 7 | 3  C, Dr. Sedlacek followed 112 women and 7 | | | | |
| 4  of them or, from a percentage standpoint, | 4  of them or, from a percentage standpoint, | | | | |
| 5  6.3 percent of women in group C, the | 5  6.3 percent of women in group C, the | | | | |
| 6  doxorubicin plus Taxotere, reported | 6  doxorubicin plus Taxotere, reported | | | | |
| 7  persistent significant alopecia; correct? | 7  persistent significant alopecia; correct? | | | | |
| 8    A.   Yes, in group C, there were | 8    A.   Yes, in group C, there were | | | | |
| 9  7 patients being reported as having | 9  7 patients being reported as having | | | | |
| 10  persistent alopecia. | 10  persistent alopecia. | | | | |
| 11    Q.   Down under the discussion | 11    Q.   Down under the discussion | | | | |
| 12  portion of this abstract, there's a | 12  portion of this abstract, there's a | | | | |
| 13  description -- right above the | 13  description -- right above the | | | | |
| 14  discussion, I suppose. | 14  discussion, I suppose. | | | | |
| 15    A.   Okay. | 15    A.   Okay. | | | | |
| 16    Q.   -- it says:  Most of the | 16    Q.   -- it says:  Most of the | | | | |
| 17  patients with PSA, which is persistent | 17  patients with PSA, which is persistent | | | | |
| 18  significant alopecia, describe their hair | 18  significant alopecia, describe their hair | | | | |
| 19  as male pattern baldness and are wearing | 19  as male pattern baldness and are wearing | | | | |
| 20  wigs; correct? | 20  wigs; correct? | | | | |
| 21    A.   That's what the statement | 21    A.   That's what the statement | | | | |
| 22  says. | 22  says. | | | | |
| 23    Q.   All right. | 23    Q.   All right. | | | | |
| 24        And under the discussion | 24        And under the discussion | | | | |
| 252 | 252 | | | | |
| 1  section at the end, Dr. Sedlacek informs, | 1  section at the end, Dr. Sedlacek informs, | | | | |
| 2  "Such an emotionally devastating long | 2  "Such an emotionally devastating long | | | | |
| 3  term toxicity from this combination must | 3  term toxicity from this combination must | | | | |
| 4  be taken into account when deciding on | 4  be taken into account when deciding on | | | | |
| 5  adjuvant chemotherapy programs in women | 5  adjuvant chemotherapy programs in women | | | | |
| 6  who likely will be cured from their | 6  who likely will be cured from their | | | | |
| 7  breast cancer." | 7  breast cancer." | | | | |
| 8        Do you see that? | 8        Do you see that? | | | | |
| 9    A.   I do see that. | 9    A.   I do see that. | | | | |
| 10    Q.   And women most likely to be | 10    Q.   And women most likely to be | | | | |
| 11  cured from their breast cancer are going | 11  cured from their breast cancer are going | | | | |
| 12  to be women who have early stage breast | 12  to be women who have early stage breast | | | | |
| 13  cancer; isn't that right? | 13  cancer; isn't that right? | | | | |
| 14    A.   That would be patients with | 14    A.   That would be patients with | | | | |
| 15  -- with nonmetastatic breast cancer. | 15  -- with nonmetastatic breast cancer. | | | | |
| 16    Q.   Had -- well, do you know | 16    Q.   Had -- well, do you know | | | | |
| 17  whether anyone from Sanofi, representing | 17  whether anyone from Sanofi, representing | | | | |
| 18  Sanofi, attended or was present at the | 18  Sanofi, attended or was present at the | | | | |
| 19  actual presentation by Dr. Sedlacek in | 19  actual presentation by Dr. Sedlacek in | | | | |
| 20  December of 2006? | 20  December of 2006? | | | | |
| 21    A.   I don't -- I don't know the | 21    A.   I don't -- I don't know the | | | | |
| 22  answer to that, no. | 22  answer to that, no. | | | | |
| | | Not previously ruled on. | Not necessary for completeness | | |
| 23    Q.   Before your retirement, do | 23    Q.   Before your retirement, do | Completeness, subject to objections | | | |
| 24  you know if anyone from Sanofi made | 24  you know if anyone from Sanofi made | | | | |
| 253 | 253 | | | | |
| 1  contact with Dr. Sedlacek to discuss the | 1  contact with Dr. Sedlacek to discuss the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2  results of his presentation in 2006? | 2  results of his presentation in 2006? | | | | |
| 3      A.  Well, I -- well, I know that | 3      A.  Well, I -- well, I know that | | | | |
| 4  there was contact about the individual | 4  there was contact about the individual | | | | |
| 5  cases with the site, but I don't have | 5  cases with the site, but I don't have | | | | |
| 6  firsthand knowledge of who -- who and -- | 6  firsthand knowledge of who -- who and -- | | | | |
| 7  who contacted the site. | 7  who contacted the site. | | | | |
| 8      Q.  Do you know if at any time | 8      Q.  Do you know if at any time | | | | OVERRULED |
| 9  after this abstract was published in | 9  after this abstract was published in | | | | |
| 10  December of 2006 anyone at Sanofi ever | 10  December of 2006 anyone at Sanofi ever | | | | |
| 11  attempted to replicate this study? | 11  attempted to replicate this study? | | | | |
| 12      A.  Well, I think it would be | 12      A.  Well, I think it would be | | | | |
| 13  very difficult to replicate the study as | 13  very difficult to replicate the study as | | | | |
| 14  it's done because it has some serious | 14  it's done because it has some serious | | | | |
| 15  methodologic flaws to it that would | 15  methodologic flaws to it that would | | | | |
| 16  probably be very difficult to replicate | 16  probably be very difficult to replicate | | | | |
| 17  those -- those flaws. | 17  those -- those flaws. | | | | |
| 18      Q.  Okay.  My question wasn't | 18      Q.  Okay.  My question wasn't | | | | |
| 19  about the difficulty that might be posed | 19  about the difficulty that might be posed | | | | |
| 20  by anything.  My question was, do you | 20  by anything.  My question was, do you | | | | |
| 21  know if at any time after this abstract | 21  know if at any time after this abstract | | | | |
| 22  was published in December of 2006 anyone | 22  was published in December of 2006 anyone | | | | |
| 23  at Sanofi ever attempted to replicate the | 23  at Sanofi ever attempted to replicate the | | | | |
| 24  study.  It seems to me to be a yes/no. | 24  study.  It seems to me to be a yes/no. | | | | |
| 254 | 254 | | | | |
| 1      A.  No, as I testified before, I | 1      A.  No, as I testified before, I | | | | |
| 2  was -- I don't recall being familiar with | 2  was -- I don't recall being familiar with | | | | |
| 3  this study, nor actions that may have | 3  this study, nor actions that may have | | | | |
| 4  occurred related to it prior to my | 4  occurred related to it prior to my | | | | |
| 5  retirement. | 5  retirement. | | | | |
| 6      Q.  Do you recall there being | 6      Q.  Do you recall there being | | | | |
| 7  some important emergency meeting that was | 7  some important emergency meeting that was | | | | |
| 8  held in your oncology group in | 8  held in your oncology group in | | | | |
| 9  pharmacovigilance related to this | 9  pharmacovigilance related to this | | | | |
| 10  published information that came forth in | 10  published information that came forth in | | | | |
| 11  December of 2006 showing that group C | 11  December of 2006 showing that group C | | | | |
| 12  involving Taxotere was the only group | 12  involving Taxotere was the only group | | | | |
| 13  that had any significant amount of | 13  that had any significant amount of | | | | |
| 14  patients reporting persistent significant | 14  patients reporting persistent significant | | | | |
| 15  alopecia?  Do you remember holding a | 15  alopecia?  Do you remember holding a | | | | |
| 16  meeting? | 16  meeting? | | | | |
| 17      A.  You know, again, repeating | 17      A.  You know, again, repeating | | | | |
| 18  my previous testimony, I don't -- I don't | 18  my previous testimony, I don't -- I don't | | | | |
| 19  recall, you know, my awareness or actions | 19  recall, you know, my awareness or actions | | | | |
| 20  related to this study; however, I would | 20  related to this study; however, I would | | | | |
| 21  say that the -- that the recognition of | 21  say that the -- that the recognition of | | | | |
| 22  persistent alopecia was already in the | 22  persistent alopecia was already in the | | | | |
| 23  core safety data sheet at the time -- at | 23  core safety data sheet at the time -- at | | | | |
| 24  the time of this, at 2006, so this would | 24  the time of this, at 2006, so this would | | | | |
| 255 | 255 | | | | |
| 1  have been seen and treated as an expected | 1  have been seen and treated as an expected | | | | |
| 2  event. | 2  event. | | | | |
| 3      Q.  An expected event, yet you | 3      Q.  An expected event, yet you | | | | |
| 4  have -- | 4  have -- | | | | |
| 5      A.  Or a listed -- | 5      A.  Or a listed -- | | | | |
| 6      Q.  A listed event -- yet you | 6      Q.  A listed event -- yet you | | | | |
| 7  have an oncologist, Dr. Sedlacek, from | 7  have an oncologist, Dr. Sedlacek, from | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 8  the Rocky Mountain Cancer Centers in | 8  the Rocky Mountain Cancer Centers in | | | | |
| 9  Denver, Colorado reporting in his | 9  Denver, Colorado reporting in his | | | | |
| 10  abstract that the one side effect that is | 10  abstract that the one side effect that is | | | | |
| 11  dreaded most by patients is alopecia, | 11  dreaded most by patients is alopecia, | | | | |
| 12  "Yet, we have always told our female | 12  "Yet, we have always told our female | | | | |
| 13  patients 'don't worry, it will come | 13  patients 'don't worry, it will come | | | | |
| 14  back.'" | 14  back.'" | | | | |
| 15       A.   Is that a question? | 15       A.   Is that a question? | | | | |
| 16       Q.   So you have that | 16       Q.   So you have that | | | | |
| 17  information.  Obviously, here's an | 17  information.  Obviously, here's an | | | | |
| 18  oncologist from at Rocky Mountain Cancer | 18  oncologist from at Rocky Mountain Cancer | | | | |
| 19  Center in Denver, Colorado who has no | 19  Center in Denver, Colorado who has no | | | | |
| 20  idea -- | 20  idea -- | | | | |
| 21       A.   Well -- | 21       A.   Well -- | | | | |
| 22       Q.   -- that your product causes | 22       Q.   -- that your product causes | | | | |
| 23  permanent alopecia. | 23  permanent alopecia. | | | | |
| 24       A.   Well, I think the abstract | 24       A.   Well, I think the abstract | | | | |
| 256 | 256 | | | | |
| 1  speaks for itself that that's not true; | 1  speaks for itself that that's not true; | | | | |
| 2  that the -- that he reports seven cases | 2  that the -- that he reports seven cases | | | | |
| 3  of -- in his own practice of persistent | 3  of -- in his own practice of persistent | | | | |
| 4  alopecia and yet he says, I tell my | 4  alopecia and yet he says, I tell my | | | | |
| 5  patients we have never seen it. | 5  patients we have never seen it. | | | | |
| 6          So -- you know, so I think | 6          So -- you know, so I think | | | | |
| 7  the supposition is not true.  He in his | 7  the supposition is not true.  He in his | | | | |
| 8  own practice is saying that I have seen | 8  own practice is saying that I have seen | | | | |
| 9  this multiple times. | 9  this multiple times. | | | | |
| 10       Q.   You're talking about the | 10       Q.   You're talking about the | | | | |
| 11  seven that are identified in this study? | 11  seven that are identified in this study? | | | | |
| 12       A.   Correct.  They -- | 12       A.   Correct.  They -- | | | | |
| 13       Q.   I think what he is -- maybe | 13       Q.   I think what he is -- maybe | | | | |
| 14  I'm wrong.  Maybe you take it | 14  I'm wrong.  Maybe you take it | | | | |
| 15  differently. | 15  differently. | | | | |
| 16          What I think that this | 16          What I think that this | | | | |
| 17  doctor is doing is he's saying, hey, you | 17  doctor is doing is he's saying, hey, you | | | | |
| 18  know what I've learned through this | 18  know what I've learned through this | | | | |
| 19  study?  That there's a significant common | 19  study?  That there's a significant common | | | | |
| 20  number of users of docetaxel (Taxotere) | 20  number of users of docetaxel (Taxotere) | | | | |
| 21  who experience persistent significant | 21  who experience persistent significant | | | | |
| 22  alopecia; yet before this, we've always | 22  alopecia; yet before this, we've always | | | | |
| 23  told our female patients, don't worry, it | 23  told our female patients, don't worry, it | | | | |
| 24  will come back, that statement may not be | 24  will come back, that statement may not be | | | | |
| 257 | 257 | | | | |
| 1  true. | 1  true. | | | | |
| 2       A.   Well, I -- I disagree | 2       A.   Well, I -- I disagree | | | | |
| 3  because I'm reading it perhaps more | 3  because I'm reading it perhaps more | | | | |
| 4  literally of what he says.  He says, | 4  literally of what he says.  He says, | | | | |
| 5  "Yet, we have always told our patients | 5  "Yet, we have always told our patients | | | | |
| 6  'don't worry, it will always come back.'" | 6  'don't worry, it will always come back.'" | | | | |
| 7  And, yet, he has seen over a course of | 7  And, yet, he has seen over a course of | | | | |
| 8  time -- and this -- this -- over a period | 8  time -- and this -- this -- over a period | | | | |
| 9  of 15 years, he's seen 7 events. | 9  of 15 years, he's seen 7 events. | | | | |
| 10          So to me, that's a | 10          So to me, that's a | | | | |
| 11  contradiction.  If he has seen these | 11  contradiction.  If he has seen these | | | | |
| 12  events and if he has these concerns, why | 12  events and if he has these concerns, why | | | | |
| 13  hasn't he told his patients this and why | 13  hasn't he told his patients this and why | | | | |
| 14  is he making this statement? | 14  is he making this statement? | | | | |
| 15       Q.   What he actually says here, | 15       Q.   What he actually says here, | | | | |
| 16  Doctor, is that he took treatment and he | 16  Doctor, is that he took treatment and he | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 17  reviewed prior data.  Do you see that? | 17  reviewed prior data.  Do you see that? | | | | |
| 18  We -- were reviewed.  Do you see that? | 18  We -- were reviewed.  Do you see that? | | | | |
| 19      A.   I do see that. | 19      A.   I do see that. | | | | |
| 20      Q.   What does that mean when | 20      Q.   What does that mean when | | | | |
| 21  somebody says "were reviewed"? | 21  somebody says "were reviewed"? | | | | |
| 22      A.   "Were reviewed," he's saying | 22      A.   "Were reviewed," he's saying | | | | |
| 23  this is a retrospective analysis -- | 23  this is a retrospective analysis -- | | | | |
| 24      Q.   Right. | 24      Q.   Right. | | | | |
| 258 | 258 | | | | |
| 1      A.   -- over a period of 15 years | 1      A.   -- over a period of 15 years | | | | |
| 2  and yet this is a practicing physician | 2  and yet this is a practicing physician | | | | |
| 3  who should know his patients and know the | 3  who should know his patients and know the | | | | |
| 4  toxicities that we're seeing.  And what | 4  toxicities that we're seeing.  And what | | | | |
| 5  is being said here, what it means to me | 5  is being said here, what it means to me | | | | |
| 6  as an oncologist is, he has a body of | 6  as an oncologist is, he has a body of | | | | |
| 7  evidence that he has accumulated -- and | 7  evidence that he has accumulated -- and | | | | |
| 8  he doesn't know to go back to charts -- | 8  he doesn't know to go back to charts -- | | | | |
| 9  if this is such a dramatic event, he | 9  if this is such a dramatic event, he | | | | |
| 10  doesn't need to go back to the chart to | 10  doesn't need to go back to the chart to | | | | |
| 11  do a review.  He should know clinically | 11  do a review.  He should know clinically | | | | |
| 12  what he has seen in his own practice. | 12  what he has seen in his own practice. | | | | |
| 13      Q.   So Dr. Sedlacek from your | 13      Q.   So Dr. Sedlacek from your | | | | |
| 14  testimony, since he's seen seven | 14  testimony, since he's seen seven | | | | |
| 15  patients, he should be telling them; | 15  patients, he should be telling them; | | | | |
| 16  correct?  Since he's seen seven patients | 16  correct?  Since he's seen seven patients | | | | |
| 17  with -- let me make -- the question | 17  with -- let me make -- the question | | | | |
| 18  wasn't a good one.  Let me restate. | 18  wasn't a good one.  Let me restate. | | | | |
| 19           Based on your testimony, | 19           Based on your testimony, | | | | |
| 20  because Dr. Sedlacek has seen persistent | 20  because Dr. Sedlacek has seen persistent | | | | |
| 21  significant alopecia following Taxotere | 21  significant alopecia following Taxotere | | | | |
| 22  use in seven patients, he should be | 22  use in seven patients, he should be | | | | |
| 23  telling the rest of his patients what he | 23  telling the rest of his patients what he | | | | |
| 24  has seen before they undergo Taxotere | 24  has seen before they undergo Taxotere | | | | |
| 259 | 259 | | | | |
| 1  treatment; correct? | 1  treatment; correct? | | | | |
| 2      A.   Well, with regard to Dr. | 2      A.   Well, with regard to Dr. | | | | |
| 3  Sedlacek's abstract, I think my testimony | 3  Sedlacek's abstract, I think my testimony | | | | |
| 4  is -- is that, as I read this, I see an | 4  is -- is that, as I read this, I see an | | | | |
| 5  inconsistency between a statement that | 5  inconsistency between a statement that | | | | |
| 6  says you -- "we have always told our | 6  says you -- "we have always told our | | | | |
| 7  patients 'don't worry, it will always | 7  patients 'don't worry, it will always | | | | |
| 8  come back'" and the fact that he's | 8  come back'" and the fact that he's | | | | |
| 9  reporting seven patients. | 9  reporting seven patients. | | | | |
| 10           But I think as an | 10           But I think as an | | | | |
| 11  oncologist, as I testified to I believe | 11  oncologist, as I testified to I believe | | | | |
| 12  earlier, it's important for the physician | 12  earlier, it's important for the physician | | | | |
| 13  to inform patients about their experience | 13  to inform patients about their experience | | | | |
| 14  that they have through their own | 14  that they have through their own | | | | |
| 15  knowledge, through their own practice, | 15  knowledge, through their own practice, | | | | |
| 16  regarding potential toxicities. | 16  regarding potential toxicities. | | | | |
| 17           MR. BACHUS:  Move to strike | 17           MR. BACHUS:  Move to strike | | | | |
| 18       as nonresponsive.  I'm going to | 18       as nonresponsive.  I'm going to | | | | |
| 19       ask the question again. | 19       ask the question again. | | | | |
| 20  BY MR. BACHUS: | 20  BY MR. BACHUS: | | | | |
| 21      Q.   Is it your testimony that | 21      Q.   Is it your testimony that | | | | |
| 22  because Dr. Sedlacek has seen persistent | 22  because Dr. Sedlacek has seen persistent | | | | |
| 23  significant alopecia following Taxotere | 23  significant alopecia following Taxotere | | | | |
| 24  use in seven patients, he should be | 24  use in seven patients, he should be | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 260 | 260 | | | | |
| 1  telling the rest of his patients what he | 1  telling the rest of his patients what he | | | | |
| 2  has seen regarding persistent significant | 2  has seen regarding persistent significant | | | | |
| 3  alopecia before they undergo Taxotere | 3  alopecia before they undergo Taxotere | | | | |
| 4  treatment? | 4  treatment? | | | | |
| 5      A.   I think that's a | 5      A.   I think that's a | | | | |
| 6  misrepresentation of my testimony, but, | 6  misrepresentation of my testimony, but, | | | | |
| 7  rather, what my testimony was referring | 7  rather, what my testimony was referring | | | | |
| 8  to, that if -- is that I consider there's | 8  to, that if -- is that I consider there's | | | | |
| 9  an inconsistency in the statement, that | 9  an inconsistency in the statement, that | | | | |
| 10  he says, we "have always told our | 10  he says, we "have always told our | | | | |
| 11  patients 'don't worry, it will always | 11  patients 'don't worry, it will always | | | | |
| 12  come back'" and yet he himself in his own | 12  come back'" and yet he himself in his own | | | | |
| 13  clinical practice is reporting seven | 13  clinical practice is reporting seven | | | | |
| 14  patients that -- that he would have been | 14  patients that -- that he would have been | | | | |
| 15  aware of -- that he should have been | 15  aware of -- that he should have been | | | | |
| 16  aware of independent of the retrospective | 16  aware of independent of the retrospective | | | | |
| 17  review. | 17  review. | | | | |
| 18      Q.   Do you believe that because | 18      Q.   Do you believe that because | | | Overruled | |
| 19  Dr. Sedlacek has seen persistent | 19  Dr. Sedlacek has seen persistent | | | | |
| 20  significant alopecia following Taxotere | 20  significant alopecia following Taxotere | | | | |
| 21  use in seven of his patients, he should | 21  use in seven of his patients, he should | | | | |
| 22  be telling the rest of his patients what | 22  be telling the rest of his patients what | | | | |
| 23  he has seen regarding significant | 23  he has seen regarding significant | | | | |
| 24  persistent alopecia before they undergo | 24  persistent alopecia before they undergo | | | | |
| 261 | 261 | | | | |
| 1  Taxotere treatment? | 1  Taxotere treatment? | | | | |
| 2      A.   I believe that it's -- that | 2      A.   I believe that it's -- that | | | | |
| 3  it's prudent and incumbent upon | 3  it's prudent and incumbent upon | | | | |
| 4  oncologists to try to describe to | 4  oncologists to try to describe to | | | | |
| 5  patients what potential toxicities are, | 5  patients what potential toxicities are, | | | | |
| 6  using in part their own clinical | 6  using in part their own clinical | | | | |
| 7  knowledge. | 7  knowledge. | | | | |
| 8      So on that basis, I -- I -- | 8      So on that basis, I -- I -- | | | | |
| 9  I would say -- and I don't know whether | 9  I would say -- and I don't know whether | | | | |
| 10  Dr. Sedlacek did or did not do this, but | 10  Dr. Sedlacek did or did not do this, but | | | | |
| 11  I would say that when advising patients | 11  I would say that when advising patients | | | | |
| 12  about toxicities, an oncologist should | 12  about toxicities, an oncologist should | | | | |
| 13  draw upon their prior experience. | 13  draw upon their prior experience. | | | | |
| 14      Q.   How many cases or reports of | 14      Q.   How many cases or reports of | | | Sustained | |
| 15  persistent significant alopecia should | 15  persistent significant alopecia should | | | | |
| 16  Sanofi have received before Sanofi | 16  Sanofi have received before Sanofi | | | | |
| 17  started telling the rest of the patients | 17  started telling the rest of the patients | | | | |
| 18  what Sanofi had seen regarding | 18  what Sanofi had seen regarding | | | | |
| 19  significant persistent alopecia before | 19  significant persistent alopecia before | | | | |
| 20  those patients undergo Taxotere | 20  those patients undergo Taxotere | | | | |
| 21  treatment? | 21  treatment? | | | | |
| 22      A.   Well, I think Sanofi has | 22      A.   Well, I think Sanofi has | | | | |
| 23  provided information, as, again, we've | 23  provided information, as, again, we've | | | | |
| 24  talked about, including statements about | 24  talked about, including statements about | | | | |
| 262 | 262 | | | | |
| 1  alopecia and including statements within | 1  alopecia and including statements within | | | | |
| 2  the core safety information on | 2  the core safety information on | | | | |
| 3  persistence and information on ongoing | 3  persistence and information on ongoing | | | | |
| 4  alopecia. | 4  alopecia. | | | | |
| 5      So, you know, I -- I think | 5      So, you know, I -- I think | | | | |
| 6  -- I think that body of information is | 6  -- I think that body of information is | | | | |
| 7  there. | 7  there. | | | | |
| 8      MR. BACHUS: Move to strike | 8      MR. BACHUS: Move to strike | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 9      as nonresponsive. | 9      as nonresponsive. | | | | |
| 10           THE WITNESS:  Okay. | 10           THE WITNESS:  Okay. | | | | |
| 11  BY MR. BACHUS: | 11  BY MR. BACHUS: | | | | |
| 12      Q.   My question asked - and you | 12      Q.   My question asked - and you | | | | |
| 13  can see it if you'd like to reread the | 13  can see it if you'd like to reread the | | | | |
| 14  question -- on page 243, line 15 of the | 14  question -- on page 243, line 15 of the | | | | |
| 15  realtime:  How many cases or reports of | 15  realtime:  How many cases or reports of | | | | |
| 16  persistent significant alopecia should | 16  persistent significant alopecia should | | | | |
| 17  Sanofi have received before Sanofi | 17  Sanofi have received before Sanofi | | | | |
| 18  started telling the rest of the patients | 18  started telling the rest of the patients | | | | |
| 19  what Sanofi had seen regarding | 19  what Sanofi had seen regarding | | | | |
| 20  significant persistent alopecia before | 20  significant persistent alopecia before | | | | |
| 21  those patients undergo Taxotere | 21  those patients undergo Taxotere | | | | |
| 22  treatment? | 22  treatment? | | | | |
| 23      A.   So the event is alopecia, so | 23      A.   So the event is alopecia, so | | | | |
| 24  the question's how -- how many reports of | 24  the question's how -- how many reports of | | | | |
| 263 | 263 | | | | |
| 1  alopecia should be seen before you put it | 1  alopecia should be seen before you put it | | | | |
| 2  into the label -- | 2  into the label -- | | | | |
| 3      Q.   How many cases or reports of | 3      Q.   How many cases or reports of | | | | |
| 4  persistent significant alopecia should | 4  persistent significant alopecia should | | | | |
| 5  Sanofi have received before Sanofi | 5  Sanofi have received before Sanofi | | | | |
| 6  started telling the rest of the patients | 6  started telling the rest of the patients | | | | |
| 7  what Sanofi had learned regarding | 7  what Sanofi had learned regarding | | | | |
| 8  significant persistent alopecia? | 8  significant persistent alopecia? | | | | |
| 9      A.   So based on my knowledge of | 9      A.   So based on my knowledge of | | | | |
| 10  Taxotere, I think alopecia as a toxicity | 10  Taxotere, I think alopecia as a toxicity | | | | |
| 11  should have been in the label from the | 11  should have been in the label from the | | | | |
| 12  very beginning and I believe it probably | 12  very beginning and I believe it probably | | | | |
| 13  was in the label. | 13  was in the label. | | | | |
| 14           In terms of refinement of -- | 14           In terms of refinement of -- | | | | |
| 15  or further descriptions in terms of | 15  or further descriptions in terms of | | | | |
| 16  persistent, I would point out that that | 16  persistent, I would point out that that | | | | |
| 17  was entered in the core document in 2004 | 17  was entered in the core document in 2004 | | | | |
| 18  and submitted to the FDA, I believe, in | 18  and submitted to the FDA, I believe, in | | | | |
| 19  2004. | 19  2004. | | | | |
| 20      Q.   How many cases, Doctor, or | 20      Q.   How many cases, Doctor, or | | | | |
| 21  reports of an adverse event like | 21  reports of an adverse event like | | | | |
| 22  persistent significant alopecia should | 22  persistent significant alopecia should | | | | |
| 23  the company have received before it | 23  the company have received before it | | | | |
| 24  started telling the future patients what | 24  started telling the future patients what | | | | |
| 264 | 264 | | | | |
| 1  it had learned about persistent alopecia? | 1  it had learned about persistent alopecia? | | | | |
| 2      A.   Well, the submission to | 2      A.   Well, the submission to | | | | |
| 3  Europe and the FDA was based on the | 3  Europe and the FDA was based on the | | | | |
| 4  TAX316 data as I recall, so that was a | 4  TAX316 data as I recall, so that was a | | | | |
| 5  study. | 5  study. | | | | |
| 6      Q.   How many cases? | 6      Q.   How many cases? | | | | |
| 7      A.   How many patients were in | 7      A.   How many patients were in | | | | |
| 8  the study? | 8  the study? | | | | |
| 9      Q.   Can you read along with me | 9      Q.   Can you read along with me | | | | |
| 10  the question?  I don't think that you're | 10  the question?  I don't think that you're | | | | |
| 11  answering the question.  I just want you | 11  answering the question.  I just want you | | | | |
| 12  to answer my question. | 12  to answer my question. | | | | |
| 13      A.   I -- | 13      A.   I -- | | | | |
| 14      Q.   How many cases or reports of | 14      Q.   How many cases or reports of | | | | |
| 15  persistent significant alopecia should | 15  persistent significant alopecia should | | | | |
| 16  Sanofi have received before Sanofi | 16  Sanofi have received before Sanofi | | | | |
| 17  started telling the rest of the patients | 17  started telling the rest of the patients | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 18  what Sanofi had learned regarding | 18  what Sanofi had learned regarding | | | | |
| 19  persistent alopecia? | 19  persistent alopecia? | | | | |
| 20      A.  Well, I'm having a difficult | 20      A.  Well, I'm having a difficult | | | | |
| 21  time trying to pinpoint a number of cases | 21  time trying to pinpoint a number of cases | | | | |
| 22  because the data was based on an entire | 22  because the data was based on an entire | | | | |
| 23  study and in -- with regard to the | 23  study and in -- with regard to the | | | | |
| 24  alopecia, on an earlier study. | 24  alopecia, on an earlier study. | | | | |
| 265 | 265 | | | | |
| 1      But in terms if you try to | 1      But in terms if you try to | | | | |
| 2  take a given event and you say how many | 2  take a given event and you say how many | | | | |
| 3  cases of that event should be observed, | 3  cases of that event should be observed, | | | | |
| 4  that's going to depend upon the quality | 4  that's going to depend upon the quality | | | | |
| 5  of the case and the assessment of the | 5  of the case and the assessment of the | | | | |
| 6  cases. | 6  cases. | | | | |
| 7      I don't -- you know, I don't | 7      I don't -- you know, I don't | | | | |
| 8  think there's a -- you can't just say | 8  think there's a -- you can't just say | | | | |
| 9  we've seen so many cases.  You have to | 9  we've seen so many cases.  You have to | | | | |
| 10  assess the cases and determine the | 10  assess the cases and determine the | | | | |
| 11  quality of the case. | 11  quality of the case. | | | | |
| 12      Q.  But you're comfortable | 12      Q.  But you're comfortable | | | | |
| 13  stating that Dr. Sedlacek should have | 13  stating that Dr. Sedlacek should have | | | | |
| 14  started telling his patients after seven; | 14  started telling his patients after seven; | | | | |
| 15  correct? | 15  correct? | | | | |
| 16      A.  Now you're asking -- you're | 16      A.  Now you're asking -- you're | | | | |
| 17  asking me a separate -- you're asking me | 17  asking me a separate -- you're asking me | | | | |
| 18  a different question. | 18  a different question. | | | | |
| 19      Q.  I am.  That's what I get to | 19      Q.  I am.  That's what I get to | | | | |
| 20  do, is I get to ask you questions. | 20  do, is I get to ask you questions. | | | | |
| 21      A.  Okay.  Okay.  But what | 21      A.  Okay.  Okay.  But what | | | | |
| 22  you're asking me is, from a -- | 22  you're asking me is, from a -- | | | | |
| 23      Q.  That's the question.  Right? | 23      Q.  That's the question.  Right? | | | | |
| 24  You're comfortable stating that Dr. | 24  You're comfortable stating that Dr. | | | | |
| 266 | 266 | | | | |
| 1  Sedlacek should have started telling his | 1  Sedlacek should have started telling his | | | | |
| 2  patients after seven cases; correct? | 2  patients after seven cases; correct? | | | | |
| 3      A.  No, I'm not comfortable | 3      A.  No, I'm not comfortable | | | | |
| 4  making any statement on how Dr. Sedlacek | 4  making any statement on how Dr. Sedlacek | | | | |
| 5  should be practicing his practice.  That | 5  should be practicing his practice.  That | | | | |
| 6  -- that is up to Dr. Sedlacek and that | 6  -- that is up to Dr. Sedlacek and that | | | | |
| 7  wasn't my testimony. | 7  wasn't my testimony. | | | | |
| 8      My testimony, if I recall it | 8      My testimony, if I recall it | | | | |
| 9  properly, was that it was my opinion that | 9  properly, was that it was my opinion that | | | | |
| 10  physicians should inform patients about | 10  physicians should inform patients about | | | | |
| 11  potential benefits and risks, potential | 11  potential benefits and risks, potential | | | | |
| 12  toxicities; and in the process of making | 12  toxicities; and in the process of making | | | | |
| 13  that information, they should rely upon | 13  that information, they should rely upon | | | | |
| 14  their clinical experience.  I believe | 14  their clinical experience.  I believe | | | | |
| 15  that was my testimony. | 15  that was my testimony. | | | | |
| 16      I'm not making any statement | 16      I'm not making any statement | | | | |
| 17  about Dr. Sedlacek or how he discussed | 17  about Dr. Sedlacek or how he discussed | | | | |
| 18  things with his patients or his practice. | 18  things with his patients or his practice. | | | | |
| 19      Q.  You don't think -- based on | 19      Q.  You don't think -- based on | | | | |
| 20  your review of this abstract, you don't | 20  your review of this abstract, you don't | | | | |
| 21  think that Dr. Sedlacek was getting up to | 21  think that Dr. Sedlacek was getting up to | | | | |
| 22  give a presentation about the fact that | 22  give a presentation about the fact that | | | | |
| 23  women lose their hair following docetaxel | 23  women lose their hair following docetaxel | | | | |
| 24  treatment, do you? | 24  treatment, do you? | | | | |
| 267 | 267 | | | | |
| 1      A.  Oh, I think Dr. Sedlacek was | 1      A.  Oh, I think Dr. Sedlacek was | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2   trying to highlight a finding that he | 2   trying to highlight a finding that he | | | | |
| 3   considered noteworthy. | 3   considered noteworthy. | | | | |
| 4       Q.   Wasn't Dr. Sedlacek trying | 4       Q.   Wasn't Dr. Sedlacek trying | | | | |
| 5   to give a presentation, not about the | 5   to give a presentation, not about the | | | | |
| 6   fact that they will lose their hair, but | 6   fact that they will lose their hair, but | | | | |
| 7   instead about the fact that it won't be | 7   instead about the fact that it won't be | | | | |
| 8   coming back? | 8   coming back? | | | | |
| 9       A.   From the title, that -- that | 9       A.   From the title, that -- that | | | | |
| 10   does appear to be a key part of his | 10   does appear to be a key part of his | | | | |
| 11   presentation. | 11   presentation. | | | | |
| 12       Q.   I mean -- | 12       Q.   I mean -- | | | | |
| 13       A.   That's my interpretation of | 13       A.   That's my interpretation of | | | | |
| 14   his presentation, that this is a | 14   his presentation, that this is a | | | | |
| 15   presentation on persistent alopecia. | 15   presentation on persistent alopecia. | | | | |
| 16       Q.   He says, unfortunately the | 16       Q.   He says, unfortunately the | | | | |
| 17   one side effect most dreaded is alopecia. | 17   one side effect most dreaded is alopecia. | | | | |
| 18   Right?  He understands there's alopecia. | 18   Right?  He understands there's alopecia. | | | | |
| 19   His concern is the fact, not that people | 19   His concern is the fact, not that people | | | | |
| 20   are losing their hair, it's that it's not | 20   are losing their hair, it's that it's not | | | | |
| 21   regrowing in a common population of | 21   regrowing in a common population of | | | | |
| 22   patients after using Taxotere. | 22   patients after using Taxotere. | | | | |
| 23       Right? | 23       Right? | | | | |
| 24       A.   I see the data that he's | 24       A.   I see the data that he's | | | | |
| 268 | 268 | | | | |
| 1   presenting and I agree that he's trying | 1   presenting and I agree that he's trying | | | | |
| 2   to highlight that there are some patients | 2   to highlight that there are some patients | | | | |
| 3   that -- that have persistent alopecia. | 3   that -- that have persistent alopecia. | | | | |
| 4       - - - | 4       - - - | | | | |
| 5       (Deposition Exhibit No. | 5       (Deposition Exhibit No. | | | | |
| 6   Kopreski-13, Treatment Consent | 6   Kopreski-13, Treatment Consent | | | | |
| 7   Form at the Cross Cancer Institute | 7   Form at the Cross Cancer Institute | | | | |
| 8   in "A Phase II, Open-Label, | 8   in "A Phase II, Open-Label, | | | | |
| 9   Multicenter, Pilot Study of the | 9   Multicenter, Pilot Study of the | | | | |
| 10   Safety and Efficacy of Two | 10   Safety and Efficacy of Two | | | | |
| 11   Docetaxel-Based Regimens Plus | 11   Docetaxel-Based Regimens Plus | | | | |
| 12   Bevacizumab for the Adjuvant | 12   Bevacizumab for the Adjuvant | | | | |
| 13   Treatment of Patients with Node | 13   Treatment of Patients with Node | | | | |
| 14   Positive or High Risk Node | 14   Positive or High Risk Node | | | | |
| 15   Negative Breast Cancer," | 15   Negative Breast Cancer," | | | | |
| 16   Sanofi_01376525, was marked for | 16   Sanofi_01376525, was marked for | | | | |
| 17   identification.) | 17   identification.) | | | | |
| 18       - - - | 18       - - - | | | | |
| 19   BY MR. BACHUS: | 19   BY MR. BACHUS: | | | | |
| 20       Q.   I'm going to hand you what's | 20       Q.   I'm going to hand you what's | | | | |
| 21   been marked as Exhibit 13.  Do you now | 21   been marked as Exhibit 13.  Do you now | | | | |
| 22   have Exhibit No. 13, Doctor? | 22   have Exhibit No. 13, Doctor? | | | | |
| 23       A.   I do, thank you. | 23       A.   I do, thank you. | | | | |
| 24       Q.   Looking at Exhibit 13, | 24       Q.   Looking at Exhibit 13, | | | | |
| 269 | 269 | | | | |
| 1   if you'll see at the top of Exhibit No. | 1   if you'll see at the top of Exhibit No. | | | | |
| 2   13, there's a date -- | 2   13, there's a date -- | | | | |
| 3       A.   Yes. | 3       A.   Yes. | | | | |
| 4       Q.   -- January of 2007? | 4       Q.   -- January of 2007? | | | | |
| 5       A.   Yes. | 5       A.   Yes. | | | | |
| 6       Q.   Now, a few moments ago when | 6       Q.   Now, a few moments ago when | | | | |
| 7   we were talking about Sedlacek and his | 7   we were talking about Sedlacek and his | | | | |
| 8   presentation, that was in December of | 8   presentation, that was in December of | | | | |
| 9   2006.  Do you recall that? | 9   2006.  Do you recall that? | | | | |
| 10       A.   Okay. | 10       A.   Okay. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 11    Q.  So now we're the next month. | 11    Q.  So now we're the next month. | | | | |
| 12  It's January of 2007.  Do you see that | 12  It's January of 2007.  Do you see that | | | | |
| 13  this is a -- a consent form for a study | 13  this is a -- a consent form for a study | | | | |
| 14  involving two docetaxel or Taxotere-based | 14  involving two docetaxel or Taxotere-based | | | | |
| 15  regimens? | 15  regimens? | | | | |
| 16    A.  Well, plus bevacizumab. | 16    A.  Well, plus bevacizumab. | | | | |
| 17    Q.  Well, that's one of the | 17    Q.  Well, that's one of the | | | | |
| 18  regimens.  I think that the common drug | 18  regimens.  I think that the common drug | | | | |
| 19  in the study is Taxotere.  It's two | 19  in the study is Taxotere.  It's two | | | | |
| 20  docetaxel-based regimens. | 20  docetaxel-based regimens. | | | | |
| 21    A.  Plus bevacizumab.  It looks | 21    A.  Plus bevacizumab.  It looks | | | | |
| 22  like the common drug is the bevacizumab. | 22  like the common drug is the bevacizumab. | | | | |
| 23    Q.  Okay. | 23    Q.  Okay. | | | | |
| 24    A.  As well as the docetaxel, | 24    A.  As well as the docetaxel, | | | | |
| 270 | 270 | | | | |
| 1  but I mean, you know.  We would have to | 1  but I mean, you know.  We would have to | | | | |
| 2  look at the study itself.  I think it | 2  look at the study itself.  I think it | | | | |
| 3  probably highlights it on page 3. | 3  probably highlights it on page 3. | | | | |
| 4    Q.  And in this consent form, | 4    Q.  And in this consent form, | | | | |
| 5  this is from a clinical trial in Canada. | 5  this is from a clinical trial in Canada. | | | | |
| 6  Do you see the Alberta Cancer Board? | 6  Do you see the Alberta Cancer Board? | | | | |
| 7    A.  Okay. | 7    A.  Okay. | | | | |
| 8    Q.  Do you see that? | 8    Q.  Do you see that? | | | | |
| 9    A.  I do see it. | 9    A.  I do see it. | | | | |
| 10    Q.  All right. | 10    Q.  All right. | | | | |
| 11       If you would turn to page | 11       If you would turn to page | | | | |
| 12  6 -- and these highlights were on the | 12  6 -- and these highlights were on the | | | | |
| 13  document when they were produced to us. | 13  document when they were produced to us. | | | | |
| 14  They are not highlights that we placed on | 14  They are not highlights that we placed on | | | | |
| 15  the document. | 15  the document. | | | | |
| 16    A.  So you don't like green. | 16    A.  So you don't like green. | | | | |
| 17    Q.  I'm just wanting to let you | 17    Q.  I'm just wanting to let you | | | | |
| 18  know that -- | 18  know that -- | | | | |
| 19    A.  Okay. | 19    A.  Okay. | | | | |
| 20    Q.  -- I haven't made any | 20    Q.  -- I haven't made any | | | | |
| 21  highlights on this document, that this is | 21  highlights on this document, that this is | | | | |
| 22  the way that -- that the document was | 22  the way that -- that the document was | | | | |
| 23  produced to us. | 23  produced to us. | | | | |
| 24       Do you see that -- well, | 24       Do you see that -- well, | | | | |
| 271 | 271 | | | | |
| 1  first of all, this consent form, this is | 1  first of all, this consent form, this is | | | | |
| 2  the type of form that a participant in a | 2  the type of form that a participant in a | | | | |
| 3  clinical trial would be given and then | 3  clinical trial would be given and then | | | | |
| 4  sign after reading; is that true?  That's | 4  sign after reading; is that true?  That's | | | | |
| 5  what a -- | 5  what a -- | | | | |
| 6    A.  Yes. | 6    A.  Yes. | | | | |
| 7    Q.  -- consent form is? | 7    Q.  -- consent form is? | | | | |
| 8    A.  Yes, that's -- that would be | 8    A.  Yes, that's -- that would be | | | | |
| 9  true. | 9  true. | | | | |
| 10    Q.  And presenting and getting | 10    Q.  And presenting and getting | | | | |
| 11  written consent from a clinical trial | 11  written consent from a clinical trial | | | | |
| 12  participant is something that is | 12  participant is something that is | | | | |
| 13  commonplace. | 13  commonplace. | | | | |
| 14    A.  It's required, yes. | 14    A.  It's required, yes. | | | | |
| 15    Q.  On page 6 of 16 at the top, | 15    Q.  On page 6 of 16 at the top, | | | | |
| 16  on the first part of the highlight where | 16  on the first part of the highlight where | | | | |
| 17  it says "What are the side effects?" -- | 17  it says "What are the side effects?" -- | | | | |
| 18  do you see that? | 18  do you see that? | | | | |
| 19    A.  I do. | 19    A.  I do. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 20      Q.  -- and it said -- it goes | 20      Q.  -- and it said -- it goes | | | | |
| 21  through and just says: Every medical | 21  through and just says: Every medical | | | | |
| 22  treatment, including the standard | 22  treatment, including the standard | | | | |
| 23  treatment, has side effects. | 23  treatment, has side effects. | | | | |
| 24      Do you see that? | 24      Do you see that? | | | | |
| 272 | 272 | | | | |
| 1     A.  Yes. | 1     A.  Yes. | | | | |
| 2     Q.  We talked a little bit about | 2     Q.  We talked a little bit about | | | | |
| 3  that this morning.  Right? | 3  that this morning.  Right? | | | | |
| 4     A.  Yes, I do see that. | 4     A.  Yes, I do see that. | | | | |
| 5     Q.  And -- | 5     Q.  And -- | | | | |
| 6     A.  Which the -- which the | 6     A.  Which the -- which the | | | | |
| 7  doctor will explain to you. | 7  doctor will explain to you. | | | | |
| 8     Q.  Yes.  And it says -- on the | 8     Q.  Yes.  And it says -- on the | | | | |
| 9  second line of the first paragraph under | 9  second line of the first paragraph under | | | | |
| 10  "What are the side effects?" on page 6, | 10  "What are the side effects?" on page 6, | | | | |
| 11  it says: It is important that you know | 11  it says: It is important that you know | | | | |
| 12  and understand the possible side effects | 12  and understand the possible side effects | | | | |
| 13  of the treatment given in this study. | 13  of the treatment given in this study. | | | | |
| 14      Do you see that? | 14      Do you see that? | | | | |
| 15     A.  Yes, I do. | 15     A.  Yes, I do. | | | | |
| 16     Q.  And then below there's a | 16     Q.  And then below there's a | | | | |
| 17  table with -- listing a drug, a route, | 17  table with -- listing a drug, a route, | | | | |
| 18  and then reported side effects.  Do you | 18  and then reported side effects.  Do you | | | | |
| 19  see that?  On page 6? | 19  see that?  On page 6? | | | | |
| 20     A.  I do. | 20     A.  I do. | | | | |
| 21     Q.  And do you see the first | 21     Q.  And do you see the first | | | | |
| 22  drug listed is doxorubicin? | 22  drug listed is doxorubicin? | | | | |
| 23     A.  Yes. | 23     A.  Yes. | | | | |
| 24     Q.  And that's the Adriamycin | 24     Q.  And that's the Adriamycin | | | | |
| 273 | 273 | | | | |
| 1  that we talked about a few minutes ago | 1  that we talked about a few minutes ago | | | | |
| 2  when we were talking about Dr. Sedlacek's | 2  when we were talking about Dr. Sedlacek's | | | | |
| 3  study; correct? | 3  study; correct? | | | | |
| 4     A.  Correct. | 4     A.  Correct. | | | | |
| 5     Q.  And this is the -- the | 5     Q.  And this is the -- the | | | | |
| 6  Adriamycin or doxorubicin was -- when | 6  Adriamycin or doxorubicin was -- when | | | | |
| 7  given alone in the Sedlacek study, 0 | 7  given alone in the Sedlacek study, 0 | | | | |
| 8  percent had what he described as | 8  percent had what he described as | | | | |
| 9  significant persistent alopecia; correct? | 9  significant persistent alopecia; correct? | | | | |
| 10     A.  For doxorubicin? | 10     A.  For doxorubicin? | | | | |
| 11     Q.  Yeah.  In group A of Dr. | 11     Q.  Yeah.  In group A of Dr. | | | | |
| 12  Sedlacek's study? | 12  Sedlacek's study? | | | | |
| 13     A.  In group A, it was 0 | 13     A.  In group A, it was 0 | | | | |
| 14  percent, but I wouldn't interpret that to | 14  percent, but I wouldn't interpret that to | | | | |
| 15  say that 0 percent of persistent alopecia | 15  say that 0 percent of persistent alopecia | | | | |
| 16  for doxorubicin or Adriamycin.  I think | 16  for doxorubicin or Adriamycin.  I think | | | | |
| 17  that would be -- | 17  that would be -- | | | | |
| 18     Q.  Just group A? | 18     Q.  Just group A? | | | | |
| 19     A.  Just for group A. | 19     A.  Just for group A. | | | | |
| 20     Q.  Which was the doxorubicin | 20     Q.  Which was the doxorubicin | | | | |
| 21  delivery without a taxane. | 21  delivery without a taxane. | | | | |
| 22     A.  That's correct. | 22     A.  That's correct. | | | | |
| 23     Q.  So anyway, that's the drug | 23     Q.  So anyway, that's the drug | | | | |
| 24  we're talking about. | 24  we're talking about. | | | | |
| 274 | 274 | | | | |
| 1      And do you notice here under | 1      And do you notice here under | | | | |
| 2  reported side effects that one of the | 2  reported side effects that one of the | | | | |
| 3  side effects listed is hair loss?  It's | 3  side effects listed is hair loss?  It's | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 4  right here -- | 4  right here -- | | | | |
| 5      A.  Yes, I do see it. | 5      A.  Yes, I do see it. | | | | |
| 6      Q.  All right -- and that again | 6      Q.  All right -- and that again | | | | |
| 7  is related to the Adriamycin. | 7  is related to the Adriamycin. | | | | |
| 8          Now, if we turn to the next | 8          Now, if we turn to the next | | | | |
| 9  page and this is cyclophosphamide.  Do | 9  page and this is cyclophosphamide.  Do | | | | |
| 10  you see that?  This is page 7? | 10  you see that?  This is page 7? | | | | |
| 11      A.  Yes, I do see that. | 11      A.  Yes, I do see that. | | | | |
| 12      Q.  All right.  And on page 7, | 12      Q.  All right.  And on page 7, | | | | |
| 13  it's in the first column of side effects, | 13  it's in the first column of side effects, | | | | |
| 14  do you see where it says hair loss? | 14  do you see where it says hair loss? | | | | |
| 15      A.  Yes, I see that. | 15      A.  Yes, I see that. | | | | |
| 16      Q.  And then if we turn to the | 16      Q.  And then if we turn to the | | | | |
| 17  next page under docetaxel, do you see in | 17  next page under docetaxel, do you see in | | | | |
| 18  the first column -- docetaxel, that's | 18  the first column -- docetaxel, that's | | | | |
| 19  Taxotere.  Right? | 19  Taxotere.  Right? | | | | |
| 20      A.  That's correct. | 20      A.  That's correct. | | | | |
| 21      Q.  -- in the first column, it | 21      Q.  -- in the first column, it | | | | |
| 22  says hair loss.  Do you see that? | 22  says hair loss.  Do you see that? | | | | |
| 23      A.  Correct. | 23      A.  Correct. | | | | |
| 24      Q.  And then if you go over to | 24      Q.  And then if you go over to | | | | |
| 275 | 275 | | | | |
| 1  the second column on the right, you see | 1  the second column on the right, you see | | | | |
| 2  it says permanent hair loss.  Do you see | 2  it says permanent hair loss.  Do you see | | | | |
| 3  that? | 3  that? | | | | |
| 4      A.  Yes, I do see that. | 4      A.  Yes, I do see that. | | | | |
| 5      Q.  And if you just flip back | 5      Q.  And if you just flip back | | | | |
| 6  just for a second, only because the top | 6  just for a second, only because the top | | | | |
| 7  of page 8 actually starts on the bottom | 7  of page 8 actually starts on the bottom | | | | |
| 8  of page 7 where it says "Reported Side | 8  of page 7 where it says "Reported Side | | | | |
| 9  Effects."  Do you see that? | 9  Effects."  Do you see that? | | | | |
| 10      A.  Yes. | 10      A.  Yes. | | | | |
| 11      Q.  So the reported side effects | 11      Q.  So the reported side effects | | | | |
| 12  -- then you carry that over onto the | 12  -- then you carry that over onto the | | | | |
| 13  Taxotere page -- the reported side | 13  Taxotere page -- the reported side | | | | |
| 14  effects listed in this informed consent | 14  effects listed in this informed consent | | | | |
| 15  form are hair loss and permanent hair | 15  form are hair loss and permanent hair | | | | |
| 16  loss. | 16  loss. | | | | |
| 17          Do you see that? | 17          Do you see that? | | | | |
| 18      A.  I do see that. | 18      A.  I do see that. | | | | |
| 19      Q.  Do you agree with me that | 19      Q.  Do you agree with me that | | | | |
| 20  there are two different outcomes of | 20  there are two different outcomes of | | | | |
| 21  alopecia being described in the Taxotere | 21  alopecia being described in the Taxotere | | | | |
| 22  portion of this informed consent form for | 22  portion of this informed consent form for | | | | |
| 23  this Canadian clinical trial? | 23  this Canadian clinical trial? | | | | |
| 24      A.  No, I don't see that as two | 24      A.  No, I don't see that as two | | | | |
| 276 | 276 | | | | |
| 1  different outcomes.  I see that as a | 1  different outcomes.  I see that as a | | | | |
| 2  further clarification of -- that the | 2  further clarification of -- that the | | | | |
| 3  range of outcomes for hair loss could be | 3  range of outcomes for hair loss could be | | | | |
| 4  -- include permanent hair loss. | 4  -- include permanent hair loss. | | | | |
| 5      Q.  Clearly when the Canadian | 5      Q.  Clearly when the Canadian | | | | |
| 6  Taxotere clinical trial informed consent | 6  Taxotere clinical trial informed consent | | | | |
| 7  form was created in this version, January | 7  form was created in this version, January | | | | |
| 8  8, 2007, Sanofi was aware of permanent | 8  8, 2007, Sanofi was aware of permanent | | | | |
| 9  hair loss being a reported side effect | 9  hair loss being a reported side effect | | | | |
| 10  related to its product; correct? | 10  related to its product; correct? | | | | |
| 11      A.  Again, it was in the company | 11      A.  Again, it was in the company | | | | |
| 12  core safety data sheet. | 12  core safety data sheet. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 13   Q.  Is the answer, yes, that by | 13   Q.  Is the answer, yes, that by | | | | |
| 14  January the 8th, 2007, that the company | 14  January the 8th, 2007, that the company | | | | |
| 15  was clearly aware that permanent hair | 15  was clearly aware that permanent hair | | | | |
| 16  loss was a reported side effect? | 16  loss was a reported side effect? | | | | |
| 17      A.   The company would have | 17      A.   The company would have | | | | |
| 18  considered, to the best of my knowledge, | 18  considered, to the best of my knowledge, | | | | |
| 19  permanent hair loss as a listed event. | 19  permanent hair loss as a listed event. | | | | |
| 20      Q.   Meaning -- well, first of | 20      Q.   Meaning -- well, first of | | | | |
| 21  all, let's -- you agree with me, this is | 21  all, let's -- you agree with me, this is | | | | |
| 22  a Sanofi-Aventis document. Right?  Look | 22  a Sanofi-Aventis document. Right?  Look | | | | |
| 23  at the top, "Treatment Consent | 23  at the top, "Treatment Consent | | | | |
| 24  Sanofi-Aventis."  Look at the top of page | 24  Sanofi-Aventis."  Look at the top of page | | | | |
| 277 | 277 | | | | |
| 1  8. | 1  8. | | | | |
| 2      A.   I don't think I -- I don't | 2      A.   I don't think I -- I don't | | | | |
| 3  necessarily think I would agree with you. | 3  necessarily think I would agree with you. | | | | |
| 4  I'm not in the clinical development group | 4  I'm not in the clinical development group | | | | |
| 5  that would interact with the site in | 5  that would interact with the site in | | | | |
| 6  terms of this document, but -- this | 6  terms of this document, but -- this | | | | |
| 7  appears to be a Sanofi-Aventis protocol, | 7  appears to be a Sanofi-Aventis protocol, | | | | |
| 8  but the -- but as I understand it, the | 8  but the -- but as I understand it, the | | | | |
| 9  informed consents are produced by the | 9  informed consents are produced by the | | | | |
| 10  individual institutions very often. | 10  individual institutions very often. | | | | |
| 11       This appears to be a | 11       This appears to be a | | | | |
| 12  informed consent that is -- that is from | 12  informed consent that is -- that is from | | | | |
| 13  the Alberta Cancer Board. | 13  the Alberta Cancer Board. | | | | |
| 14      Q.   And this is a Sanofi | 14      Q.   And this is a Sanofi | | | | |
| 15  clinical trial; correct? | 15  clinical trial; correct? | | | | |
| 16      A.   This is a Sanofi clinical | 16      A.   This is a Sanofi clinical | | | | |
| 17  trial. | 17  trial. | | | | |
| 18      Q.   And according to the consent | 18      Q.   And according to the consent | | | | |
| 19  form signed -- to be used, under reported | 19  form signed -- to be used, under reported | | | | |
| 20  side effects, again, top of page 7, | 20  side effects, again, top of page 7, | | | | |
| 21  carrying over, reported side effects of | 21  carrying over, reported side effects of | | | | |
| 22  Taxotere, permanent hair loss. | 22  Taxotere, permanent hair loss. | | | | |
| 23      A.   Permanent hair loss is in | 23      A.   Permanent hair loss is in | | | | |
| 24  the consent form, that is correct. | 24  the consent form, that is correct. | | | | |
| 278 | 278 | | | | |
| 1      Q.   And that's because permanent | 1      Q.   And that's because permanent | | | | |
| 2  hair loss was a known side effect of | 2  hair loss was a known side effect of | | | | |
| 3  Taxotere treatment and had been reported | 3  Taxotere treatment and had been reported | | | | |
| 4  to the company before January 8th, 2007; | 4  to the company before January 8th, 2007; | | | | |
| 5  correct? | 5  correct? | | | | |
| 6       MR. KEENAN:  Object to form. | 6       MR. KEENAN:  Object to form. | | | | |
| 7       THE WITNESS:  Permanent hair | 7       THE WITNESS:  Permanent hair | | | | |
| 8   loss would have been considered by | 8   loss would have been considered by | | | | |
| 9   the company, to the best of my | 9   the company, to the best of my | | | | |
| 10   knowledge, as a listed event. | 10   knowledge, as a listed event. | | | | |
| 11  BY MR. BACHUS: | 11  BY MR. BACHUS: | | | | |
| 12      Q.   And what does that mean, a | 12      Q.   And what does that mean, a | | | | |
| 13  listed event? | 13  listed event? | | | | |
| 14      A.   That means -- | 14      A.   That means -- | | | | |
| 15      Q.   I'm not asking -- well, hold | 15      Q.   I'm not asking -- well, hold | | | | |
| 16  on. Let me withdraw the question.  I | 16  on. Let me withdraw the question.  I | | | | |
| 17  think I know what it means and I don't | 17  think I know what it means and I don't | | | | |
| 18  think it's answering my question. | 18  think it's answering my question. | | | | |
| 19       I'll move to strike your | 19       I'll move to strike your | | | | |
| 20  answer and I'll reask the question. | 20  answer and I'll reask the question. | | | | |
| 21       MR. KEENAN:  He hasn't | 21       MR. KEENAN:  He hasn't | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 22   answered it yet. | 22   answered it yet. | | | | |
| 23 BY MR. BACHUS: | 23 BY MR. BACHUS: | | | | |
| 24      Q.  Well, I'm not asking you | 24      Q.  Well, I'm not asking you | | | | |
| 279 | 279 | | | | |
| 1   about a label. | 1   about a label. | | | | |
| 2      A.  Okay. | 2      A.  Okay. | | | | |
| 3      Q.  All right?  There's nothing | 3      Q.  All right?  There's nothing | | | | |
| 4   in my question about a label and if | 4   in my question about a label and if | | | | |
| 5   you're talking about a listed event | 5   you're talking about a listed event | | | | |
| 6   because you're going to say that that | 6   because you're going to say that that | | | | |
| 7   means Sanofi would have considered it to | 7   means Sanofi would have considered it to | | | | |
| 8   be in the label, that's not the question | 8   be in the label, that's not the question | | | | |
| 9   that I asked you.  And so I'm going to | 9   that I asked you.  And so I'm going to | | | | |
| 10  ask you, if you could, listen to the | 10  ask you, if you could, listen to the | | | | |
| 11  question I asked.  And we can find it on | 11  question I asked.  And we can find it on | | | | |
| 12  page 259, line 8 of the realtime | 12  page 259, line 8 of the realtime | | | | |
| 13  transcript -- again, that may not be the | 13  transcript -- again, that may not be the | | | | |
| 14  end location -- do you see it?  Here it | 14  end location -- do you see it?  Here it | | | | |
| 15  is. | 15  is. | | | | |
| 16         I'll restate the question: | 16         I'll restate the question: | | | | |
| 17  And that's because permanent hair loss | 17  And that's because permanent hair loss | | | | |
| 18  was a known side effect of Taxotere | 18  was a known side effect of Taxotere | | | | |
| 19  treatment and had been reported to the | 19  treatment and had been reported to the | | | | |
| 20  company before January the 8th, 2007; | 20  company before January the 8th, 2007; | | | | |
| 21  correct? | 21  correct? | | | | |
| 22      A.  So alopecia was a known side | 22      A.  So alopecia was a known side | | | | |
| 23  effect of Taxotere and the spectrum of | 23  effect of Taxotere and the spectrum of | | | | |
| 24  recovery associated with alopecia would | 24  recovery associated with alopecia would | | | | |
| 280 | 280 | | | | |
| 1   have been anticipated. | 1   have been anticipated. | | | | |
| 2         I believe you're correct | 2         I believe you're correct | | | | |
| 3   that cases of permanent hair loss were | 3   that cases of permanent hair loss were | | | | |
| 4   reported to the company prior to 2007 | 4   reported to the company prior to 2007 | | | | |
| 5   based upon my recollection of the | 5   based upon my recollection of the | | | | |
| 6   30(b)(6) depositions. | 6   30(b)(6) depositions. | | | | |
| 7      Q.  Sanofi's clinical trial | 7      Q.  Sanofi's clinical trial | | | | |
| 8   enrollment form lists permanent hair loss | 8   enrollment form lists permanent hair loss | | | | |
| 9   as a reported side effect of its drug; | 9   as a reported side effect of its drug; | | | | |
| 10  correct? | 10  correct? | | | | |
| 11      A.  Sanofi's -- I'm not sure | 11      A.  Sanofi's -- I'm not sure | | | | |
| 12  what you're referring to as a clinical | 12  what you're referring to as a clinical | | | | |
| 13  trial enrollment form. | 13  trial enrollment form. | | | | |
| 14      Q.  Right here, page 8 of 16 | 14      Q.  Right here, page 8 of 16 | | | | |
| 15  that I'm showing to the jury right now, | 15  that I'm showing to the jury right now, | | | | |
| 16  permanent hair loss. | 16  permanent hair loss. | | | | |
| 17      A.  You mean the patient consent | 17      A.  You mean the patient consent | | | | |
| 18  form. | 18  form. | | | | |
| 19      Q.  Sure. | 19      Q.  Sure. | | | | |
| 20      A.  You said clinical trial | 20      A.  You said clinical trial | | | | |
| 21  enrollment form. | 21  enrollment form. | | | | |
| 22      Q.  Sure, they can be called | 22      Q.  Sure, they can be called | | | | |
| 23  different things. | 23  different things. | | | | |
| 24      A.  Okay.  Okay.  Yes, you can | 24      A.  Okay.  Okay.  Yes, you can | | | | |
| 281 | 281 | | | | |
| 1   see on -- well, I don't know if this is, | 1   see on -- well, I don't know if this is, | | | | |
| 2   again, a company document or produced by | 2   again, a company document or produced by | | | | |
| 3   Alberta Cancer Board, but the -- but I | 3   Alberta Cancer Board, but the -- but I | | | | |
| 4   agree that this document lists permanent | 4   agree that this document lists permanent | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5  hair loss as a possible reported side | 5  hair loss as a possible reported side | | | | |
| 6  effect. | 6  effect. | | | | |
| 7      Q.  And of the drugs listed in | 7      Q.  And of the drugs listed in | | | | |
| 8  this consent form that we just discussed, | 8  this consent form that we just discussed, | | | | |
| 9  the doxorubicin and the cyclophosphamide, | 9  the doxorubicin and the cyclophosphamide, | | | | |
| 10  the only one of the three that lists | 10  the only one of the three that lists | | | | |
| 11  permanent hair loss as a side effect is | 11  permanent hair loss as a side effect is | | | | |
| 12  docetaxel or Taxotere; correct? | 12  docetaxel or Taxotere; correct? | | | | |
| 13      A.  The only -- I don't recall | 13      A.  The only -- I don't recall | | | | |
| 14  seeing permanent hair loss for the | 14  seeing permanent hair loss for the | | | | |
| 15  Adriamycin or cyclophosphamide in this | 15  Adriamycin or cyclophosphamide in this | | | | |
| 16  particular informed consent form, but the | 16  particular informed consent form, but the | | | | |
| 17  informed consent form does specify that | 17  informed consent form does specify that | | | | |
| 18  events -- and I'll read to you -- these | 18  events -- and I'll read to you -- these | | | | |
| 19  side effects may or may not be more | 19  side effects may or may not be more | | | | |
| 20  severe when the drugs are taken together. | 20  severe when the drugs are taken together. | | | | |
| 21      Q.  But the tables describe | 21      Q.  But the tables describe | | | | |
| 22  reported side effects.  Right? | 22  reported side effects.  Right? | | | | |
| 23      A.  Correct. | 23      A.  Correct. | | | | |
| 24      Q.  And the only one of the | 24      Q.  And the only one of the | | | | |
| 282 | 282 | | | | |
| 1  three drugs that we've discussed, the | 1  three drugs that we've discussed, the | | | | |
| 2  cyclophosphamide, the doxorubicin, and | 2  cyclophosphamide, the doxorubicin, and | | | | |
| 3  the Taxotere, the only one that includes | 3  the Taxotere, the only one that includes | | | | |
| 4  permanent hair loss as a reported side | 4  permanent hair loss as a reported side | | | | |
| 5  effect is the Taxotere; correct? | 5  effect is the Taxotere; correct? | | | | |
| 6      A.  That is correct. | 6      A.  That is correct. | | | | |
| 7      Q.  And that was January of | 7      Q.  And that was January of | | | | |
| 8  2007; correct? | 8  2007; correct? | | | | |
| 9      A.  Yes, correct, in this | 9      A.  Yes, correct, in this | | | | |
| 10  document. | 10  document. | | | | |
| 11      MR. BACHUS:  Why don't we | 11      MR. BACHUS:  Why don't we | | | | |
| 12  take a break to make sure that we | 12  take a break to make sure that we | | | | |
| 13  have the pagination right before I | 13  have the pagination right before I | | | | |
| 14  give you another CSR. | 14  give you another CSR. | | | | |
| 15      MR. KEENAN:  Okay.  All | 15      MR. KEENAN:  Okay.  All | | | | |
| 16  right. | 16  right. | | | | |
| 17      THE VIDEO TECHNICIAN:  The | 17      THE VIDEO TECHNICIAN:  The | | | | |
| 18  time is 3:37 p.m.  We're off the | 18  time is 3:37 p.m.  We're off the | | | | |
| 19  record. | 19  record. | | | | |
| 20      (A recess was taken from | 20      (A recess was taken from | | | | |
| 21  3:37 p.m. to 3:54 p.m.) | 21  3:37 p.m. to 3:54 p.m.) | | | | |
| 22      THE VIDEO TECHNICIAN:  The | 22      THE VIDEO TECHNICIAN:  The | | | | |
| 23  time is 3:54 p.m.  Back on the | 23  time is 3:54 p.m.  Back on the | | | | |
| 24  record. | 24  record. | | | | |
| 283 | 283 | | | | |
| 1      - - - | 1      - - - | | | | |
| 2      (Deposition Exhibit No. | 2      (Deposition Exhibit No. | | | | |
| 3  Kopreski-14, 11/9/09 Clinical | 3  Kopreski-14, 11/9/09 Clinical | | | | |
| 4  Study Report, "A multicenter Phase | 4  Study Report, "A multicenter Phase | | | | |
| 5  3 randomized trial comparing | 5  3 randomized trial comparing | | | | |
| 6  docetaxel in combination with | 6  docetaxel in combination with | | | | |
| 7  doxorubicin and cyclophosphamide | 7  doxorubicin and cyclophosphamide | | | | |
| 8  (TAC) versus 5-fluorouracil in | 8  (TAC) versus 5-fluorouracil in | | | | |
| 9  combination with doxorubicin and | 9  combination with doxorubicin and | | | | |
| 10  cyclophosphamide (FAC) as adjuvant | 10  cyclophosphamide (FAC) as adjuvant | | | | |
| 11  treatment of high risk operable | 11  treatment of high risk operable | | | | |
| 12  breast cancer patients with | 12  breast cancer patients with | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 13   negative axillary lymph nodes," | 13   negative axillary lymph nodes," | | | | |
| 14   Sanofi_01061758 Sanofi_01061958, | 14   Sanofi_01061758 Sanofi_01061958, | | | | |
| 15   was marked for identification.) | 15   was marked for identification.) | | | | |
| 16          - - - | 16          - - - | | | | |
| 17  BY MR. BACHUS: | 17  BY MR. BACHUS: | | | | |
| 18   Q.  I hand you what's been | 18   Q.  I hand you what's been | | | | |
| 19  marked as Exhibit No. 14. And, again, | 19  marked as Exhibit No. 14. And, again, | | | | |
| 20  I've handed your counsel -- I think he's | 20  I've handed your counsel -- I think he's | | | | |
| 21  now handed you -- the entirety of this | 21  now handed you -- the entirety of this | | | | |
| 22  clinical study report. I really am just | 22  clinical study report. I really am just | | | | |
| 23  going to ask you a question about the | 23  going to ask you a question about the | | | | |
| 24  first page and then one of the tables. | 24  first page and then one of the tables. | | | | |
| 284 | 284 | | | | |
| 1  And so I've also given your counsel an | 1  And so I've also given your counsel an | | | | |
| 2  abbreviated version that just has the | 2  abbreviated version that just has the | | | | |
| 3  pages I'm going to ask questions about, | 3  pages I'm going to ask questions about, | | | | |
| 4  but you have the whole document. | 4  but you have the whole document. | | | | |
| 5   A.  Okay. | 5   A.  Okay. | | | | |
| 6   Q.  You agree with me that | 6   Q.  You agree with me that | | | | |
| 7  Exhibit No. 14 is a clinical study report | 7  Exhibit No. 14 is a clinical study report | | | | |
| 8  regarding a TAX301 clinical trial study? | 8  regarding a TAX301 clinical trial study? | | | | |
| 9   A.  Yes, it's a clinical study | 9   A.  Yes, it's a clinical study | | | | |
| 10  report on TAX301/GEICAM 9805. | 10  report on TAX301/GEICAM 9805. | | | | |
| 11   Q.  And this TAX301 is different | 11   Q.  And this TAX301 is different | | | | |
| 12  than TAX316; correct? | 12  than TAX316; correct? | | | | |
| 13   A.  Yes, it is different in that | 13   A.  Yes, it is different in that | | | | |
| 14  this is a study on patients who have | 14  this is a study on patients who have | | | | |
| 15  node-negative disease, while TAX316 is | 15  node-negative disease, while TAX316 is | | | | |
| 16  node-positive. | 16  node-positive. | | | | |
| 17   Q.  And the study initiation | 17   Q.  And the study initiation | | | | |
| 18  date, as listed on Exhibit 14, page 1, is | 18  date, as listed on Exhibit 14, page 1, is | | | | |
| 19  June the 21st, 1999. Do you see that? | 19  June the 21st, 1999. Do you see that? | | | | |
| 20  I've highlighted that on the screen. | 20  I've highlighted that on the screen. | | | | |
| 21   A.  Yes, I do. | 21   A.  Yes, I do. | | | | |
| 22   Q.  And then the study cut-off | 22   Q.  And then the study cut-off | | | | |
| 23  date is March the 4th, 2009. Do you see | 23  date is March the 4th, 2009. Do you see | | | | |
| 24  that? | 24  that? | | | | |
| 285 | 285 | | | | |
| 1   A.  I do. | 1   A.  I do. | | | | |
| 2   Q.  I'd ask you to turn to table | 2   Q.  I'd ask you to turn to table | | | | |
| 3  number 93. And for your convenience, | 3  number 93. And for your convenience, | | | | |
| 4  I've marked that in your copy with the | 4  I've marked that in your copy with the | | | | |
| 5  little sticky. | 5  little sticky. | | | | |
| 6   A.  Okay. | 6   A.  Okay. | | | | |
| 7   Q.  Just one other housekeeping | 7   Q.  Just one other housekeeping | | | | |
| 8  matter before I get to the table, back on | 8  matter before I get to the table, back on | | | | |
| 9  page 1, the report date -- and you can | 9  page 1, the report date -- and you can | | | | |
| 10  see it on the screen, Doctor. | 10  see it on the screen, Doctor. | | | | |
| 11   A.  Okay. | 11   A.  Okay. | | | | |
| 12   Q.  -- the report date for this | 12   Q.  -- the report date for this | | | | |
| 13  is November the 9th of 2009. Do you see | 13  is November the 9th of 2009. Do you see | | | | |
| 14  that? | 14  that? | | | | |
| 15   A.  Yes, I do. | 15   A.  Yes, I do. | | | | |
| 16   Q.  So we were previously | 16   Q.  So we were previously | | | | |
| 17  talking about different dates going back. | 17  talking about different dates going back. | | | | |
| 18  Now we're at November 9th, 2009. | 18  Now we're at November 9th, 2009. | | | | |
| 19      If we again turn to table | 19      If we again turn to table | | | | |
| 20  93 -- and it's on page 195 of the entire | 20  93 -- and it's on page 195 of the entire | | | | |
| 21  document that I've sent to you. It's | 21  document that I've sent to you. It's | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 13, 24, 25, 26, 27 | | | | |
| 22  also -- for Bates label purposes, I'll | 22  also -- for Bates label purposes, I'll | | | | |
| 23  identify it as 01061952.  And -- have you | 23  identify it as 01061952.  And -- have you | | | | |
| 24  found table 93? | 24  found table 93? | | | | |
| 286 | 286 | | | | |
| 1    A.   Yes, I have, thank you. | 1    A.   Yes, I have, thank you. | | | | |
| 2    Q.   -- and table 93 is a table | 2    Q.   -- and table 93 is a table | | | | |
| 3  of treatment-emergent adverse events with | 3  of treatment-emergent adverse events with | | | | |
| 4  an onset during chemotherapy that | 4  an onset during chemotherapy that | | | | |
| 5  persisted into the follow-up in the | 5  persisted into the follow-up in the | | | | |
| 6  safety population. | 6  safety population. | | | | |
| 7         Do you agree with me? | 7         Do you agree with me? | | | | |
| 8    A.   That's what the table says, | 8    A.   That's what the table says, | | | | |
| 9  yes. | 9  yes. | | | | |
| 10    Q.   And as reported in the | 10    Q.   And as reported in the | | | | |
| 11  table, in the Taxotere arm, there are 532 | 11  table, in the Taxotere arm, there are 532 | | | | |
| 12  safety population patients? | 12  safety population patients? | | | | |
| 13    A.   I believe that's what it | 13    A.   I believe that's what it | | | | |
| 14  refers to.  I would have to go back and | 14  refers to.  I would have to go back and | | | | |
| 15  confirm, but to expedite matters, let's | 15  confirm, but to expedite matters, let's | | | | |
| 16  -- let's say that's the safety | 16  -- let's say that's the safety | | | | |
| 17  population. | 17  population. | | | | |
| 18    Q.   Well, I'm identifying for | 18    Q.   Well, I'm identifying for | | | | |
| 19  you what table 93 indicates as the safety | 19  you what table 93 indicates as the safety | | | | |
| 20  population.  Do you see where it says | 20  population.  Do you see where it says | | | | |
| 21  safety population right here | 21  safety population right here | | | | |
| 22  (indicating)? | 22  (indicating)? | | | | |
| 23    A.   Oh.  Yes.  Okay, yes, thank | 23    A.   Oh.  Yes.  Okay, yes, thank | | | | |
| 24  you. | 24  you. | | | | |
| 287 | 287 | | | | |
| 1    Q.   And then it says TAC 532? | 1    Q.   And then it says TAC 532? | | | | |
| 2    A.   Yes, okay. | 2    A.   Yes, okay. | | | | |
| 3    Q.   And as reported in table 93, | 3    Q.   And as reported in table 93, | | | | |
| 4  there are -- this is a table of adverse | 4  there are -- this is a table of adverse | | | | |
| 5  events persisting into the follow-up | 5  events persisting into the follow-up | | | | |
| 6  period, and then there's a column of | 6  period, and then there's a column of | | | | |
| 7  resolved and then there's a column of | 7  resolved and then there's a column of | | | | |
| 8  ongoing. | 8  ongoing. | | | | |
| 9         Do you see that? | 9         Do you see that? | | | | |
| 10    A.   I do. | 10    A.   I do. | | | | |
| 11    Q.   And if you look on the | 11    Q.   And if you look on the | | | | |
| 12  left-hand side -- and I'm again doing | 12  left-hand side -- and I'm again doing | | | | |
| 13  this on the screen as well -- do you see | 13  this on the screen as well -- do you see | | | | |
| 14  alopecia is the first listed adverse | 14  alopecia is the first listed adverse | | | | |
| 15  event in the table? | 15  event in the table? | | | | |
| 16    A.   I do. | 16    A.   I do. | | | | |
| 17    Q.   And as reported, if you look | 17    Q.   And as reported, if you look | | | | |
| 18  on the ongoing column, what's reported in | 18  on the ongoing column, what's reported in | | | | |
| 19  table 93 is that in the Taxotere safety | 19  table 93 is that in the Taxotere safety | | | | |
| 20  population, 6.1 percent of the -- that | 20  population, 6.1 percent of the -- that | | | | |
| 21  population of patients were reported as | 21  population of patients were reported as | | | | |
| 22  having ongoing alopecia at the conclusion | 22  having ongoing alopecia at the conclusion | | | | |
| 23  of the TAX301 study. | 23  of the TAX301 study. | | | | |
| 24    A.   No, I don't think that's -- | 24    A.   No, I don't think that's -- | | | | |
| 288 | 288 | | | | |
| 1       MR. KEENAN:  Objection to | 1       MR. KEENAN:  Objection to | | | | |
| 2    form. | 2    form. | | | | |
| 3       THE WITNESS:  I don't | 3       THE WITNESS:  I don't | | | | |
| 4    believe that's correct. | 4    believe that's correct. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5  BY MR. BACHUS: | 5  BY MR. BACHUS: | | | | |
| 6       Q.  Do you agree with me that | 6       Q.  Do you agree with me that | | | | |
| 7  the table reports, under ongoing for | 7  the table reports, under ongoing for | | | | |
| 8  alopecia, 6.1 percent of the patient | 8  alopecia, 6.1 percent of the patient | | | | |
| 9  population? | 9  population? | | | | |
| 10       A.  No, I -- I believe what the | 10       A.  No, I -- I believe what the | | | | |
| 11  table is reporting is -- is 3 patients | 11  table is reporting is -- is 3 patients | | | | |
| 12  have ongoing out of the 49 patients that | 12  have ongoing out of the 49 patients that | | | | |
| 13  had alopecia persisting to the follow-up | 13  had alopecia persisting to the follow-up | | | | |
| 14  period, those 49 patients being out of | 14  period, those 49 patients being out of | | | | |
| 15  the total of 532 safety population. | 15  the total of 532 safety population. | | | | |
| 16       So without, you know, | 16       So without, you know, | | | | |
| 17  checking the math, you should have 49 | 17  checking the math, you should have 49 | | | | |
| 18  over the 532 should come out to be 9.2 | 18  over the 532 should come out to be 9.2 | | | | |
| 19  and then 3 over the -- of those 49, there | 19  and then 3 over the -- of those 49, there | | | | |
| 20  are 3 patients who are still ongoing, and | 20  are 3 patients who are still ongoing, and | | | | |
| 21  that 3 over the 49 should come out to be | 21  that 3 over the 49 should come out to be | | | | |
| 22  6.1. | 22  6.1. | | | | |
| 23       Q.  Do you see here on the chart | 23       Q.  Do you see here on the chart | | | | |
| 24  where what is reported by Sanofi in this | 24  where what is reported by Sanofi in this | | | | |
| 289 | 289 | | | | |
| 1  clinical study report in table 93 is that | 1  clinical study report in table 93 is that | | | | |
| 2  6.1 percent report ongoing alopecia? | 2  6.1 percent report ongoing alopecia? | | | | |
| 3       A.  If you see next to the | 3       A.  If you see next to the | | | | |
| 4  6.1 -- it says 3 patients, 6.1 and if you | 4  6.1 -- it says 3 patients, 6.1 and if you | | | | |
| 5  look above, that's an ongoing and you see | 5  look above, that's an ongoing and you see | | | | |
| 6  a footnote A for the ongoing. | 6  a footnote A for the ongoing. | | | | |
| 7       If you look at footnote A, | 7       If you look at footnote A, | | | | |
| 8  it says:  Percentages were calculated | 8  it says:  Percentages were calculated | | | | |
| 9  based on the number of patients followed | 9  based on the number of patients followed | | | | |
| 10  for each event during the follow-up | 10  for each event during the follow-up | | | | |
| 11  period. | 11  period. | | | | |
| 12       Q.  Right. | 12       Q.  Right. | | | | |
| 13       A.  So 5 -- so it's of the 49 -- | 13       A.  So 5 -- so it's of the 49 -- | | | | |
| 14  and the math is very simple, 3 over 49. | 14  and the math is very simple, 3 over 49. | | | | |
| 15  3 over 532 is not 6.1 percent. | 15  3 over 532 is not 6.1 percent. | | | | |
| 16       Q.  Sure.  Of the 49 people that | 16       Q.  Sure.  Of the 49 people that | | | | |
| 17  were followed for alopecia into the | 17  were followed for alopecia into the | | | | |
| 18  follow-up period, 6.1 percent of those | 18  follow-up period, 6.1 percent of those | | | | |
| 19  had alopecia reported as ongoing at the | 19  had alopecia reported as ongoing at the | | | | |
| 20  end of the study; correct? | 20  end of the study; correct? | | | | |
| 21       A.  I would -- I would -- I | 21       A.  I would -- I would -- I | | | | |
| 22  think that's correct. | 22  think that's correct. | | | | |
| 23       Q.  All right.  Thank you. | 23       Q.  All right.  Thank you. | | | | |
| 24       A.  Are you -- | 24       A.  Are you -- | | | | |
| 290 | 290 | | | | |
| 1       MR. WOOL:  Yeah, that's the | 1       MR. WOOL:  Yeah, that's the | | | | |
| 2  marked exhibit. | 2  marked exhibit. | | | | |
| 3       THE WITNESS:  You're through | 3       THE WITNESS:  You're through | | | | |
| 4  with this?  Okay. | 4  with this?  Okay. | | | | |
| 5       - - - | 5 | | | | |
| 6       (Deposition Exhibit No. | 6       (Deposition Exhibit No. | | | | |
| 7  Kopreski-15, 12/9/09-12/13/09 | 7  Kopreski-15, 12/9/09-12/13/09 | | | | |
| 8  Abstract Presentation on "Long | 8  Abstract Presentation on "Long | | | | |
| 9  Term Persistent Alopecia and | 9  Term Persistent Alopecia and | | | | |
| 10  Suboptimal Hair Regrowth After | 10  Suboptimal Hair Regrowth After | | | | |
| 11  Adjuvant Chemotherapy for Breast | 11  Adjuvant Chemotherapy for Breast | | | | |
| 12  Cancer: Alert for an Emerging Side | 12  Cancer: Alert for an Emerging Side | | | | |
| 13  Effect: Alopers Observatory," | 13  Effect: Alopers Observatory," | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 14    Sanofi_04196135, was marked for | 14    Sanofi_04196135, was marked for | | | | |
| 15    identification.) | 15    identification.) | | | | |
| 16      - - - | 16      - - - | | | | |
| 17  BY MR. BACHUS: | 17  BY MR. BACHUS: | | | | |
| 18    Q.   I'm going to hand you what's | 18    Q.   I'm going to hand you what's | | | | |
| 19  been marked as Exhibit 15.  Now, the last | 19  been marked as Exhibit 15.  Now, the last | | | | |
| 20  document that we looked at, that clinical | 20  document that we looked at, that clinical | | | | |
| 21  study report with the 6.1 percent, was | 21  study report with the 6.1 percent, was | | | | |
| 22  dated November the 9th, 2009. | 22  dated November the 9th, 2009. | | | | |
| 23       And now I do want to show | 23       And now I do want to show | | | | |
| 24  you this Exhibit No. 15 and the date at | 24  you this Exhibit No. 15 and the date at | | | | |
| 291 | 291 | | | | |
| 1  the bottom of this is December 13th, | 1  the bottom of this is December 13th, | | | | |
| 2  2009. | 2  2009. | | | | |
| 3       Do you see that, the bottom | 3       Do you see that, the bottom | | | | |
| 4  of page 1 of Exhibit 15?  You can look on | 4  of page 1 of Exhibit 15?  You can look on | | | | |
| 5  the screen, too. | 5  the screen, too. | | | | |
| 6    A.   Yes -- well, yes, it's a | 6    A.   Yes -- well, yes, it's a | | | | |
| 7  period of time I think of the -- of the | 7  period of time I think of the -- of the | | | | |
| 8  conference itself, from December 9th to | 8  conference itself, from December 9th to | | | | |
| 9  December 13th. | 9  December 13th. | | | | |
| 10    Q.   Oh, I see.  Yes.  Wednesday, | 10    Q.   Oh, I see.  Yes.  Wednesday, | | | | |
| 11  December 9th, 2009 to December 13th, | 11  December 9th, 2009 to December 13th, | | | | |
| 12  2009.  And this is, again, the San | 12  2009.  And this is, again, the San | | | | |
| 13  Antonio breast conference -- breast | 13  Antonio breast conference -- breast | | | | |
| 14  cancer symposium; correct? | 14  cancer symposium; correct? | | | | |
| 15    A.   Correct. | 15    A.   Correct. | | | | |
| 16    Q.   And this is another | 16    Q.   And this is another | | | | |
| 17  abstract; is that right? | 17  abstract; is that right? | | | | |
| 18    A.   Yes. | 18    A.   Yes. | | | | |
| 19    Q.   And this is an abstract that | 19    Q.   And this is an abstract that | | | | |
| 20  is from a group of doctors different than | 20  is from a group of doctors different than | | | | |
| 21  Dr. Sedlacek.  True? | 21  Dr. Sedlacek.  True? | | | | |
| 22    A.   Correct. | 22    A.   Correct. | | | | |
| 23    Q.   And the first doctor listed | 23    Q.   And the first doctor listed | | | | |
| 24  on this document is Dr. Bourgeois.  Do | 24  on this document is Dr. Bourgeois.  Do | | | | |
| 292 | 292 | | | | |
| 1  you see that? | 1  you see that? | | | | |
| 2    A.   I do. | 2    A.   I do. | | | | |
| 3    Q.   And this is an abstract | 3    Q.   And this is an abstract | | | | |
| 4  about long-term persistent alopecia and | 4  about long-term persistent alopecia and | | | | |
| 5  suboptimal hair regrowth after | 5  suboptimal hair regrowth after | | | | |
| 6  chemotherapy for breast cancer.  Do you | 6  chemotherapy for breast cancer.  Do you | | | | |
| 7  see that? | 7  see that? | | | | |
| 8    A.   I do see that. | 8    A.   I do see that. | | | | |
| 9    Q.   And you've had the | 9    Q.   And you've had the | | | | |
| 10  opportunity to review this abstract | 10  opportunity to review this abstract | | | | |
| 11  before today, haven't you? | 11  before today, haven't you? | | | | |
| 12    A.   Within the course of my | 12    A.   Within the course of my | | | | |
| 13  30(b)(6) depositions, I did see this | 13  30(b)(6) depositions, I did see this | | | | |
| 14  abstract, as well as many of the cases | 14  abstract, as well as many of the cases | | | | |
| 15  associated with this abstract. | 15  associated with this abstract. | | | | |
| 16    Q.   There's a network that's | 16    Q.   There's a network that's | | | | |
| 17  identified in this abstract called OMIT, | 17  identified in this abstract called OMIT, | | | | |
| 18  do you see that, in the document? | 18  do you see that, in the document? | | | | |
| 19    A.   I do see that. | 19    A.   I do see that. | | | | |
| 20    Q.   And it's the Drugs and | 20    Q.   And it's the Drugs and | | | | |
| 21  Emerging Therapeutics Observatory that | 21  Emerging Therapeutics Observatory that | | | | |
| 22  was created by this group? | 22  was created by this group? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 23    A.   I do see that. | 23    A.   I do see that. | | | | |
| 24    Q.   And this group indicates | 24    Q.   And this group indicates | | | | |
| 293 | 293 | | | | |
| 1  that they quickly drew up a case report | 1  that they quickly drew up a case report | | | | |
| 2  form and mailed it to the oncologists in | 2  form and mailed it to the oncologists in | | | | |
| 3  Western France to collect data.  Do you | 3  Western France to collect data.  Do you | | | | |
| 4  see that? | 4  see that? | | | | |
| 5    A.   I do. | 5    A.   I do. | | | | |
| 6    Q.   And at any time either | 6    Q.   And at any time either | | | | |
| 7  before or after this Bourgeois abstract, | 7  before or after this Bourgeois abstract, | | | | |
| 8  to your knowledge, did Sanofi ever | 8  to your knowledge, did Sanofi ever | | | | |
| 9  quickly draw up a case report form and | 9  quickly draw up a case report form and | | | | |
| 10  mail it to oncologists to collect data on | 10  mail it to oncologists to collect data on | | | | |
| 11  persisting or irreversible or permanent | 11  persisting or irreversible or permanent | | | | |
| 12  alopecia? | 12  alopecia? | | | | |
| 13    A.   It is my belief that Sanofi | 13    A.   It is my belief that Sanofi | | | | |
| 14  collected surveillance information on | 14  collected surveillance information on | | | | |
| 15  Taxotere toxicity.  I don't think it was | 15  Taxotere toxicity.  I don't think it was | | | | |
| 16  -- to my knowledge, I'm not aware of | 16  -- to my knowledge, I'm not aware of | | | | |
| 17  surveillance being restricted to alopecia | 17  surveillance being restricted to alopecia | | | | |
| 18  itself. | 18  itself. | | | | |
| 19    Q.   And to be clear, are you | 19    Q.   And to be clear, are you | | | | |
| 20  testifying that to your knowledge, Sanofi | 20  testifying that to your knowledge, Sanofi | | | | |
| 21  drew up a case report form and mailed it | 21  drew up a case report form and mailed it | | | | |
| 22  to every oncologist known to be selling | 22  to every oncologist known to be selling | | | | |
| 23  its drug in the United States? | 23  its drug in the United States? | | | | |
| 24    A.   I don't believe that's what | 24    A.   I don't believe that's what | | | | |
| 294 | 294 | | | | |
| 1  my testimony was. | 1  my testimony was. | | | | |
| 2    Q.   Is it your testimony that | 2    Q.   Is it your testimony that | | | | |
| 3  Sanofi at any time drew up any case | 3  Sanofi at any time drew up any case | | | | |
| 4  report form and mailed it to a group of | 4  report form and mailed it to a group of | | | | |
| 5  oncologists anywhere in the United States | 5  oncologists anywhere in the United States | | | | |
| 6  to collect data regarding persisting or | 6  to collect data regarding persisting or | | | | |
| 7  permanent alopecia? | 7  permanent alopecia? | | | | |
| 8    A.   I do not believe that was my | 8    A.   I do not believe that was my | | | | |
| 9  testimony. | 9  testimony. | | | | |
| 10    Q.   Because that never happened. | 10    Q.   Because that never happened. | | | | |
| 11  Right? | 11  Right? | | | | |
| 12    A.   I wouldn't know. | 12    A.   I wouldn't know. | | | | |
| 13    Q.   Well, wouldn't you know, | 13    Q.   Well, wouldn't you know, | | | | |
| 14  since you were the head of safety in | 14  since you were the head of safety in | | | | |
| 15  oncology over Taxotere for ten years? | 15  oncology over Taxotere for ten years? | | | | |
| 16    A.   Not necessarily.  It would | 16    A.   Not necessarily.  It would | | | | |
| 17  have been probably conducted by another | 17  have been probably conducted by another | | | | |
| 18  -- another group. | 18  -- another group. | | | | |
| 19    Q.   You don't think that if | 19    Q.   You don't think that if | | | | |
| 20  somebody at Sanofi drew up a case report | 20  somebody at Sanofi drew up a case report | | | | |
| 21  form and mailed it to oncologists in the | 21  form and mailed it to oncologists in the | | | | |
| 22  United States to collect safety data | 22  United States to collect safety data | | | | |
| 23  related to permanent or persistent | 23  related to permanent or persistent | | | | |
| 24  alopecia that you would have ever been | 24  alopecia that you would have ever been | | | | |
| 295 | 295 | | | | |
| 1  told about it?  In the ten years that you | 1  told about it?  In the ten years that you | | | | |
| 2  were there, they would not tell you as | 2  were there, they would not tell you as | | | | |
| 3  the head of oncology? | 3  the head of oncology? | | | | |
| 4    A.   Well, it might have been | 4    A.   Well, it might have been | | | | |
| 5  handled in marketing.  I mean, I'm not | 5  handled in marketing.  I mean, I'm not | | | | |
| 6  saying that they did or that they didn't. | 6  saying that they did or that they didn't. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 7  I said I'm not aware. | 7  I said I'm not aware. | | | | |
| 8       But you're asking would I | 8       But you're asking would I | | | | |
| 9  have known and that -- you know, the | 9  have known and that -- you know, the | | | | |
| 10  assumption that I would have known I | 10  assumption that I would have known I | | | | |
| 11  think is not necessarily a correct | 11  think is not necessarily a correct | | | | |
| 12  assumption. | 12  assumption. | | | | |
| 13       Q.  There was poor communication | 13       Q.  There was poor communication | | | | |
| 14  between the various departments at Sanofi | 14  between the various departments at Sanofi | | | | |
| 15  such that you wouldn't have known if the | 15  such that you wouldn't have known if the | | | | |
| 16  company drew up safety case report forms | 16  company drew up safety case report forms | | | | |
| 17  and mailed them regarding an oncology | 17  and mailed them regarding an oncology | | | | |
| 18  product that you were the head of safety | 18  product that you were the head of safety | | | | |
| 19  over? | 19  over? | | | | |
| 20       A.  Again, I testified that -- | 20       A.  Again, I testified that -- | | | | |
| 21  that there were times where the marketed | 21  that there were times where the marketed | | | | |
| 22  drugs were separated from the development | 22  drugs were separated from the development | | | | |
| 23  drugs and I wasn't the head of both | 23  drugs and I wasn't the head of both | | | | |
| 24  groups. | 24  groups. | | | | |
| 296 | 296 | | | | |
| 1       I think the communication | 1       I think the communication | | | | |
| 2  between departments at Sanofi from my | 2  between departments at Sanofi from my | | | | |
| 3  experiences was fairly good. | 3  experiences was fairly good. | | | | |
| 4       Q.  The drawn-up case report | 4       Q.  The drawn-up case report | | | | |
| 5  forms that were mailed out resulted in | 5  forms that were mailed out resulted in | | | | |
| 6  information coming in about 66 cases of | 6  information coming in about 66 cases of | | | | |
| 7  persistent alopecia. | 7  persistent alopecia. | | | | |
| 8       Do you see that? | 8       Do you see that? | | | | |
| 9       A.  Yes. | 9       A.  Yes. | | | | |
| 10       Q.  And those 66 cases were | 10       Q.  And those 66 cases were | | | | |
| 11  identified from 15 different institutions | 11  identified from 15 different institutions | | | | |
| 12  that responded; is that right?  Do you | 12  that responded; is that right?  Do you | | | | |
| 13  see it says 15 institutions? | 13  see it says 15 institutions? | | | | |
| 14       You can see it on the screen | 14       You can see it on the screen | | | | |
| 15  if you want to. | 15  if you want to. | | | | |
| 16       A.  Yes, yes, I do see that. | 16       A.  Yes, yes, I do see that. | | | | |
| 17       Q.  All right. | 17       Q.  All right. | | | | |
| 18       And amongst the chemotherapy | 18       And amongst the chemotherapy | | | | |
| 19  regimens, would you agree with me that | 19  regimens, would you agree with me that | | | | |
| 20  there were cases where the only | 20  there were cases where the only | | | | |
| 21  identified chemotherapy or anticancer | 21  identified chemotherapy or anticancer | | | | |
| 22  agent given was Taxotere? | 22  agent given was Taxotere? | | | | |
| 23       You can look on the screen | 23       You can look on the screen | | | | |
| 24  -- | 24  -- | | | | |
| 297 | 297 | | | | |
| 1       A.  I -- I can't draw that | 1       A.  I -- I can't draw that | | | | |
| 2  conclusion from what's in the abstract, | 2  conclusion from what's in the abstract, | | | | |
| 3  because while it does cite that there | 3  because while it does cite that there | | | | |
| 4  were three cases where patients received | 4  were three cases where patients received | | | | |
| 5  docetaxel, it also cites a number of | 5  docetaxel, it also cites a number of | | | | |
| 6  patients that received anticancer and | 6  patients that received anticancer and | | | | |
| 7  antihormonal agents and it doesn't -- | 7  antihormonal agents and it doesn't -- | | | | |
| 8  it's written in such a way that the -- | 8  it's written in such a way that the -- | | | | |
| 9  the two groups could overlap. | 9  the two groups could overlap. | | | | |
| 10       Q.  When you got this | 10       Q.  When you got this | | | | |
| 11  information as the head of safety over | 11  information as the head of safety over | | | | |
| 12  Taxotere, did you immediately call Dr. | 12  Taxotere, did you immediately call Dr. | | | | |
| 13  Bourgeois and get great clarification | 13  Bourgeois and get great clarification | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 14  about the number of monotherapy Taxotere | 14  about the number of monotherapy Taxotere | | | | |
| 15  cases? | 15  cases? | | | | |
| 16       A.  I don't remember seeing this | 16       A.  I don't remember seeing this | | | | |
| 17  until I was preparing for the 30(b)(6) | 17  until I was preparing for the 30(b)(6) | | | | |
| 18  depositions. | 18  depositions. | | | | |
| 19       Q.  You weren't made aware of | 19       Q.  You weren't made aware of | | | | |
| 20  the fact that 66 new cases of persisting | 20  the fact that 66 new cases of persisting | | | | |
| 21  alopecia had been uncovered in less than | 21  alopecia had been uncovered in less than | | | | |
| 22  an 11-month period of time -- | 22  an 11-month period of time -- | | | | |
| 23       A.  Well, I -- | 23       A.  Well, I -- | | | | |
| 24       Q.  -- the vast majority of | 24       Q.  -- the vast majority of | | | | |
| 298 | 298 | | | | |
| 1  those, some 95 percent of those, having | 1  those, some 95 percent of those, having | | | | |
| 2  taken your drug, Taxotere? | 2  taken your drug, Taxotere? | | | | |
| 3       A.  So I -- I would like to | 3       A.  So I -- I would like to | | | | |
| 4  correct my testimony, because as I recall | 4  correct my testimony, because as I recall | | | | |
| 5  now, I misspoke. | 5  now, I misspoke. | | | | |
| 6       I believe I was made aware | 6       I believe I was made aware | | | | |
| 7  of this and also made aware of these | 7  of this and also made aware of these | | | | |
| 8  number of cases as a part of a French | 8  number of cases as a part of a French | | | | |
| 9  Health Authority request, which resulted | 9  Health Authority request, which resulted | | | | |
| 10  in a clinical overview from Dr. | 10  in a clinical overview from Dr. | | | | |
| 11  Palatinsky in 2011. | 11  Palatinsky in 2011. | | | | |
| 12       Q.  When you received | 12       Q.  When you received | | | | |
| 13  information about a new set of 66 | 13  information about a new set of 66 | | | | |
| 14  patients who had been discovered to have | 14  patients who had been discovered to have | | | | |
| 15  persisting alopecia in 2009, what did Dr. | 15  persisting alopecia in 2009, what did Dr. | | | | |
| 16  Bourgeois say when you spoke to him? | 16  Bourgeois say when you spoke to him? | | | | |
| 17       A.  I believe I just testified | 17       A.  I believe I just testified | | | | |
| 18  that I was made aware of the information | 18  that I was made aware of the information | | | | |
| 19  via a French Health Authority request | 19  via a French Health Authority request | | | | |
| 20  that I seem to remember was around 2010. | 20  that I seem to remember was around 2010. | | | | |
| 21       At that time, and along with | 21       At that time, and along with | | | | |
| 22  the French Health Authority request, | 22  the French Health Authority request, | | | | |
| 23  there was a -- there was a review of | 23  there was a -- there was a review of | | | | |
| 24  cases and a clinical overview that was | 24  cases and a clinical overview that was | | | | |
| 299 | 299 | | | | |
| 1  produced by Dr. Palatinsky, as I recall, | 1  produced by Dr. Palatinsky, as I recall, | | | | |
| 2  in January of 2011. | 2  in January of 2011. | | | | |
| 3       Q.  So you never spoke to Dr. | 3       Q.  So you never spoke to Dr. | | | | |
| 4  Bourgeois is what you really mean.  True? | 4  Bourgeois is what you really mean.  True? | | | | |
| 5  You never spoke to him. | 5  You never spoke to him. | | | | |
| 6       A.  No, no, I -- I would not | 6       A.  No, no, I -- I would not | | | | |
| 7  have spoken with Dr. Bourgeois. | 7  have spoken with Dr. Bourgeois. | | | | |
| 8       Q.  Did you call any of the | 8       Q.  Did you call any of the | | | | |
| 9  doctors who are listed up here to speak | 9  doctors who are listed up here to speak | | | | |
| 10  to them, as the chief safety officer over | 10  to them, as the chief safety officer over | | | | |
| 11  Taxotere in 2010? | 11  Taxotere in 2010? | | | | |
| 12       A.  Communications with | 12       A.  Communications with | | | | |
| 13  investigators would have been done in | 13  investigators would have been done in | | | | |
| 14  another department, and I'm not aware of | 14  another department, and I'm not aware of | | | | |
| 15  whether or not there were any specific | 15  whether or not there were any specific | | | | |
| 16  communications with Dr. Bourgeois with | 16  communications with Dr. Bourgeois with | | | | |
| 17  relating to this particular abstract. | 17  relating to this particular abstract. | | | | |
| 18       Q.  Well, I was asking about you | 18       Q.  Well, I was asking about you | | | | |
| 19  personally. | 19  personally. | | | | |
| 20       A.  No, I didn't -- | 20       A.  No, I didn't -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 21    Q.   Did you call any of the | 21    Q.   Did you call any of the | | | | |
| 22  doctors listed on this abstract to find | 22  doctors listed on this abstract to find | | | | |
| 23  out more information? | 23  out more information? | | | | |
| 24    A.   No, no.  Personally in my | 24    A.   No, no.  Personally in my | | | | |
| 300 | 300 | | | | |
| 1  role, I would not be calling physicians. | 1  role, I would not be calling physicians. | | | | |
| 2    Q.   Did you direct anybody to | 2    Q.   Did you direct anybody to | | | | |
| 3  make contact with these doctors to get | 3  make contact with these doctors to get | | | | |
| 4  more information? | 4  more information? | | | | |
| 5    A.   I believe the cases were | 5    A.   I believe the cases were | | | | |
| 6  received within the pharmacovigilance | 6  received within the pharmacovigilance | | | | |
| 7  database, and I would have to go back and | 7  database, and I would have to go back and | | | | |
| 8  review those cases in terms of what | 8  review those cases in terms of what | | | | |
| 9  additional information was sought and who | 9  additional information was sought and who | | | | |
| 10  within pharmacovigilance was doing that. | 10  within pharmacovigilance was doing that. | | | | |
| 11    Q.   Do you recall -- | 11    Q.   Do you recall -- | | | | |
| 12    A.   I -- | 12    A.   I -- | | | | |
| 13    Q.   -- as you sit here today | 13    Q.   -- as you sit here today | | | | |
| 14  making any request of any person working | 14  making any request of any person working | | | | |
| 15  underneath you to contact the doctors | 15  underneath you to contact the doctors | | | | |
| 16  listed on this abstract to find out more | 16  listed on this abstract to find out more | | | | |
| 17  information about these 66 patients and | 17  information about these 66 patients and | | | | |
| 18  their observations?  Especially as it | 18  their observations?  Especially as it | | | | |
| 19  relates to monotherapy Taxotere use. | 19  relates to monotherapy Taxotere use. | | | | |
| 20    A.   Again, we have many of these | 20    A.   Again, we have many of these | | | | |
| 21  cases in our database and I think that's | 21  cases in our database and I think that's | | | | |
| 22  what we would have done our evaluation | 22  what we would have done our evaluation | | | | |
| 23  based on. | 23  based on. | | | | |
| 24       I don't recall personally | 24       I don't recall personally | | | | |
| 301 | 301 | | | | |
| 1  having spoken with Dr. Bourgeois or any | 1  having spoken with Dr. Bourgeois or any | | | | |
| 2  of these other French investigators. | 2  of these other French investigators. | | | | |
| 3    Q.   Or directing anybody to do | 3    Q.   Or directing anybody to do | | | | |
| 4  so; correct?  By recollection. | 4  so; correct?  By recollection. | | | | |
| 5    A.   Well, I did -- I was | 5    A.   Well, I did -- I was | | | | |
| 6  involved in the direction of Dr. Emanuel | 6  involved in the direction of Dr. Emanuel | | | | |
| 7  Palatinsky to be looking into this issue | 7  Palatinsky to be looking into this issue | | | | |
| 8  by reviewing the cases within our | 8  by reviewing the cases within our | | | | |
| 9  database in alignment with the French | 9  database in alignment with the French | | | | |
| 10  Health Authority request -- | 10  Health Authority request -- | | | | |
| 11    Q.   Do you know what it means to | 11    Q.   Do you know what it means to | | | | |
| 12  call somebody? | 12  call somebody? | | | | |
| 13    A.   I'm sorry? | 13    A.   I'm sorry? | | | | |
| 14    Q.   Do you know what it means to | 14    Q.   Do you know what it means to | | | | |
| 15  call somebody? | 15  call somebody? | | | | |
| 16    A.   Again -- | 16    A.   Again -- | | | | |
| 17    Q.   Do you know what it means to | 17    Q.   Do you know what it means to | | | | |
| 18  call somebody?  That's the question. | 18  call somebody?  That's the question. | | | | |
| 19    A.   Yes, I do. | 19    A.   Yes, I do. | | | | |
| 20    Q.   Okay. | 20    Q.   Okay. | | | | |
| 21    A.   Yes, I do. | 21    A.   Yes, I do. | | | | |
| 22    Q.   Do you hear me asking the | 22    Q.   Do you hear me asking the | | | | |
| 23  question about whether you directed | 23  question about whether you directed | | | | |
| 24  anybody to call somebody? | 24  anybody to call somebody? | | | | |
| 302 | 302 | | | | |
| 1    A.   I didn't direct Dr. | 1    A.   I didn't direct Dr. | | | | |
| 2  Palatinsky to call anybody. | 2  Palatinsky to call anybody. | | | | |
| 3    Q.   All right. | 3    Q.   All right. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 4       In the conclusion, do you | 4       In the conclusion, do you | | | | |
| 5  agree that this group of doctors | 5  agree that this group of doctors | | | | |
| 6  concluded in part by stating:  It's an | 6  concluded in part by stating:  It's an | | | | |
| 7  important side effect and must be | 7  important side effect and must be | | | | |
| 8  considered by oncologists as optimal | 8  considered by oncologists as optimal | | | | |
| 9  information to give to curable patients? | 9  information to give to curable patients? | | | | |
| 10        Do you see that on the | 10        Do you see that on the | | | | |
| 11  conclusion, the second sentence? | 11  conclusion, the second sentence? | | | | |
| 12       A.  Yes, I do see that. | 12       A.  Yes, I do see that. | | | | |
| 13       Q.  And above that, just above | 13       Q.  And above that, just above | | | | |
| 14  that, in the paragraph above, it says: | 14  that, in the paragraph above, it says: | | | | |
| 15  Some oncologists quickly decided to | 15  Some oncologists quickly decided to | | | | |
| 16  change their standard regimen from FAC a | 16  change their standard regimen from FAC a | | | | |
| 17  hundred, docetaxel a hundred to EC 100 | 17  hundred, docetaxel a hundred to EC 100 | | | | |
| 18  followed by weekly paclitaxel. | 18  followed by weekly paclitaxel. | | | | |
| 19        Do you see that? | 19        Do you see that? | | | | |
| 20       A.  Yes, and it continues to | 20       A.  Yes, and it continues to | | | | |
| 21  say:  Forthcoming data on persistent | 21  say:  Forthcoming data on persistent | | | | |
| 22  alopecia will be presented. | 22  alopecia will be presented. | | | | |
| 23       Q.  At this symposium.  Right? | 23       Q.  At this symposium.  Right? | | | | |
| 24       A.  Correct. | 24       A.  Correct. | | | | |
| 303 | 303 | | | | |
| 1       Q.  That you didn't attend; | 1       Q.  That you didn't attend; | | | | |
| 2  correct? | 2  correct? | | | | |
| 3       A.  I testified already that I | 3       A.  I testified already that I | | | | |
| 4  did not attend this. | 4  did not attend this. | | | | |
| 5       Q.  Well, we were talking about | 5       Q.  Well, we were talking about | | | | |
| 6  a different -- | 6  a different -- | | | | |
| 7       A.  I'm sorry.  No, I did not -- | 7       A.  I'm sorry.  No, I did not -- | | | | |
| 8  I think I testified I have not attended | 8  I think I testified I have not attended | | | | |
| 9  any San Antonio Breast Cancer Symposiums | 9  any San Antonio Breast Cancer Symposiums | | | | |
| 10  in my career. | 10  in my career. | | | | |
| 11            - - - | 11            - - - | | | | |
| 12            (Deposition Exhibit No. | 12            (Deposition Exhibit No. | | | | |
| 13       Kopreski-16, 9/9/10 Clinical Study | 13       Kopreski-16, 9/9/10 Clinical Study | | | | |
| 14       Report on "A Multicenter phase III | 14       Report on "A Multicenter phase III | | | | |
| 15       randomized trial comparing | 15       randomized trial comparing | | | | |
| 16       docetaxel in combination with | 16       docetaxel in combination with | | | | |
| 17       doxorubicin and cyclophosphamide | 17       doxorubicin and cyclophosphamide | | | | |
| 18       (TAC) versus 5-flurorouracil in | 18       (TAC) versus 5-flurorouracil in | | | | |
| 19       combination with doxorubicin and | 19       combination with doxorubicin and | | | | |
| 20       cyclophosphamide (FAC) as adjuvant | 20       cyclophosphamide (FAC) as adjuvant | | | | |
| 21       treatment of operable breast | 21       treatment of operable breast | | | | |
| 22       cancer patients with positive | 22       cancer patients with positive | | | | |
| 23       axillary lymph nodes, 10-year | 23       axillary lymph nodes, 10-year | | | | |
| 24       follow-up," Sanofi_02645200 | 24       follow-up," Sanofi_02645200 | | | | |
| 304 | 304 | | | | |
| 1       through Sanofi_02645278, was | 1       through Sanofi_02645278, was | | | | |
| 2       marked for identification.) | 2       marked for identification.) | | | | |
| 3            - - - | 3            - - - | | | | |
| 4  BY MR. BACHUS: | 4  BY MR. BACHUS: | | | | |
| 5       Q.  I'm going to hand you what's | 5       Q.  I'm going to hand you what's | | | | |
| 6  been marked as Exhibit 16 to the | 6  been marked as Exhibit 16 to the | | | | |
| 7  deposition and then a copy to your | 7  deposition and then a copy to your | | | | |
| 8  counsel. | 8  counsel. | | | | |
| 9        You now have what's been | 9        You now have what's been | | | | |
| 10  handed to you as Exhibit 16? | 10  handed to you as Exhibit 16? | | | | |
| 11       A.  Yes, thank you. | 11       A.  Yes, thank you. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 12      Q.   This is the clinical study | 12      Q.   This is the clinical study | | | | |
| 13   report for the ten-year follow-up on the | 13   report for the ten-year follow-up on the | | | | |
| 14   TAX316 clinical trial; is that right? | 14   TAX316 clinical trial; is that right? | | | | |
| 15      A.   Yes, correct. | 15      A.   Yes, correct. | | | | |
| 16      Q.   And that's -- again, that's | 16      Q.   And that's -- again, that's | | | | |
| 17   different than the TAX301 clinical trial | 17   different than the TAX301 clinical trial | | | | |
| 18   that we discussed a few minutes ago; | 18   that we discussed a few minutes ago; | | | | |
| 19   correct? | 19   correct? | | | | |
| 20      A.   Yes, this is -- | 20      A.   Yes, this is -- | | | | |
| 21      Q.   Those are not the same. | 21      Q.   Those are not the same. | | | | |
| 22      A.   This trial is for | 22      A.   This trial is for | | | | |
| 23   node-positive -- node-positive patients | 23   node-positive -- node-positive patients | | | | |
| 24   and the GEICAM study is for node-negative | 24   and the GEICAM study is for node-negative | | | | |
| 305 | 305 | | | | |
| 1   patients -- | 1   patients -- | | | | |
| 2      Q.   And the report -- | 2      Q.   And the report -- | | | | |
| 3      A.   -- although the regimens, | 3      A.   -- although the regimens, | | | | |
| 4   T-AC versus F-AC, are the same as I | 4   T-AC versus F-AC, are the same as I | | | | |
| 5   recall. | 5   recall. | | | | |
| 6      Q.   The report date for this was | 6      Q.   The report date for this was | | | | |
| 7   September the 9th, 2010.  Do you see that | 7   September the 9th, 2010.  Do you see that | | | | |
| 8   on the first page? | 8   on the first page? | | | | |
| 9      A.   I do -- I do see the report | 9      A.   I do -- I do see the report | | | | |
| 10   date for this ten-year follow-up.  Of | 10   date for this ten-year follow-up.  Of | | | | |
| 11   course, the initial report was submitted | 11   course, the initial report was submitted | | | | |
| 12   back in 2004, I believe. | 12   back in 2004, I believe. | | | | |
| 13      Q.   So this is new information | 13      Q.   So this is new information | | | | |
| 14   with a first patient that participated in | 14   with a first patient that participated in | | | | |
| 15   1997 and now we have the completion date. | 15   1997 and now we have the completion date. | | | | |
| 16   The last patient follow-up date was | 16   The last patient follow-up date was | | | | |
| 17   January 25th, 2010. | 17   January 25th, 2010. | | | | |
| 18      Do you see that? | 18      Do you see that? | | | | |
| 19      A.   Yes, I do. | 19      A.   Yes, I do. | | | | |
| 20      Q.   And previously, we looked at | 20      Q.   And previously, we looked at | | | | |
| 21   four and a half years of data, but now | 21   four and a half years of data, but now | | | | |
| 22   we're looking at ten years of data; | 22   we're looking at ten years of data; | | | | |
| 23   correct? | 23   correct? | | | | |
| 24      A.   Correct. | 24      A.   Correct. | | | | |
| 306 | 306 | | | | |
| 1      Q.   If you'd please turn to page | 1      Q.   If you'd please turn to page | | | | |
| 2   37 of the document, but it's table 7? | 2   37 of the document, but it's table 7? | | | | |
| 3      A.   (Witness complies.) | 3      A.   (Witness complies.) | | | | |
| 4      Okay. | 4      Okay. | | | | |
| 5      Q.   Now, do you agree with me | 5      Q.   Now, do you agree with me | | | | |
| 6   that table 7 is the end of study | 6   that table 7 is the end of study | | | | |
| 7   follow-up information regarding patients | 7   follow-up information regarding patients | | | | |
| 8   with treatment-emergent adverse events | 8   with treatment-emergent adverse events | | | | |
| 9   that arose during the treatment period | 9   that arose during the treatment period | | | | |
| 10   and persisted into the follow-up period? | 10   and persisted into the follow-up period? | | | | |
| 11      A.   That's -- that's correct. | 11      A.   That's -- that's correct. | | | | |
| 12      Q.   Okay. | 12      Q.   Okay. | | | | |
| 13      And the Taxotere arm of this | 13      And the Taxotere arm of this | | | | |
| 14   study describes adverse events that | 14   study describes adverse events that | | | | |
| 15   persisted into the follow-up period and | 15   persisted into the follow-up period and | | | | |
| 16   either resolved or were documented as | 16   either resolved or were documented as | | | | |
| 17   ongoing, would you agree with that? | 17   ongoing, would you agree with that? | | | | |
| 18      A.   Correct. | 18      A.   Correct. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19    Q.   And the first adverse event | 19    Q.   And the first adverse event | | | | |
| 20  or side effect listed is alopecia in the | 20  or side effect listed is alopecia in the | | | | |
| 21  table on the far left side, which I've | 21  table on the far left side, which I've | | | | |
| 22  highlighted.  Do you agree with me? | 22  highlighted.  Do you agree with me? | | | | |
| 23    A.   Yes. | 23    A.   Yes. | | | | |
| 24    Q.   And under the column titled | 24    Q.   And under the column titled | | | | |
| 307 | 307 | | | | |
| 1  "Ongoing," do you agree with me that the | 1  "Ongoing," do you agree with me that the | | | | |
| 2  final number reported in table 7 is the | 2  final number reported in table 7 is the | | | | |
| 3  alopecia ongoing is 4.2 percent? | 3  alopecia ongoing is 4.2 percent? | | | | |
| 4    A.   Well, the 4.2 percent, | 4    A.   Well, the 4.2 percent, | | | | |
| 5  again, refers -- and I refer you to the | 5  again, refers -- and I refer you to the | | | | |
| 6  subgroup A -- percentages calculated over | 6  subgroup A -- percentages calculated over | | | | |
| 7  the number of patients for each event | 7  the number of patients for each event | | | | |
| 8  during the follow-up period. | 8  during the follow-up period. | | | | |
| 9          So it's -- in other words, I | 9          So it's -- in other words, I | | | | |
| 10  think the 29 patients is being divided -- | 10  think the 29 patients is being divided -- | | | | |
| 11    Q.   By 687. | 11    Q.   By 687. | | | | |
| 12    A.   By 687, not by the 744, the | 12    A.   By 687, not by the 744, the | | | | |
| 13  number of patients who received Taxotere. | 13  number of patients who received Taxotere. | | | | |
| 14    Q.   Of those patients that were | 14    Q.   Of those patients that were | | | | |
| 15  in the clinical trial that were followed | 15  in the clinical trial that were followed | | | | |
| 16  up after the end of treatment for | 16  up after the end of treatment for | | | | |
| 17  persisting alopecia, as reported, 4.2 | 17  persisting alopecia, as reported, 4.2 | | | | |
| 18  percent are reported as ongoing in table | 18  percent are reported as ongoing in table | | | | |
| 19  7; correct? | 19  7; correct? | | | | |
| 20    A.   Correct, 4.2 percent, | 20    A.   Correct, 4.2 percent, | | | | |
| 21  regardless of the duration that the | 21  regardless of the duration that the | | | | |
| 22  follow-up could be performed, were | 22  follow-up could be performed, were | | | | |
| 23  reported as ongoing as the last follow-up | 23  reported as ongoing as the last follow-up | | | | |
| 24  for alopecia. | 24  for alopecia. | | | | |
| 308 | 308 | | | | |
| 1          MR. BACHUS:  All right. | 1          MR. BACHUS:  All right. | | | | |
| 2          - - - | 2          - - - | | | | |
| 3          (Deposition Exhibit No. | 3          (Deposition Exhibit No. | | | | |
| 4     Kopreski-17, Redacted 3/5/10 | 4     Kopreski-17, Redacted 3/5/10 | | | | |
| 5     Article in The Globe and Mail | 5     Article in The Globe and Mail | | | | |
| 6     "'It's devastating...no going back | 6     "'It's devastating...no going back | | | | |
| 7     to normal'; Women angered they | 7     to normal'; Women angered they | | | | |
| 8     weren't warned about permanent | 8     weren't warned about permanent | | | | |
| 9     hair loss, but maker of cancer | 9     hair loss, but maker of cancer | | | | |
| 10     drug says risk is low," | 10     drug says risk is low," | | | | |
| 11     Sanofi_05920825 and | 11     Sanofi_05920825 and | | | | |
| 12     Sanofi_05920826, was marked for | 12     Sanofi_05920826, was marked for | | | | |
| 13     identification.) | 13     identification.) | | | | |
| 14          - - - | 14          - - - | | | | |
| 15  BY MR. BACHUS: | 15  BY MR. BACHUS: | | | | |
| 16    Q.   I'm going to hand you what's | 16    Q.   I'm going to hand you what's | | | | |
| 17  been marked as Exhibit 17.  Doctor, | 17  been marked as Exhibit 17.  Doctor, | | | | |
| 18  you've been handed Exhibit 17.  If you'll | 18  you've been handed Exhibit 17.  If you'll | | | | |
| 19  turn to the very last page -- there's | 19  turn to the very last page -- there's | | | | |
| 20  only three pages -- the last page of | 20  only three pages -- the last page of | | | | |
| 21  Exhibit 17, you'll see that this document | 21  Exhibit 17, you'll see that this document | | | | |
| 22  was produced by your lawyer -- by the | 22  was produced by your lawyer -- by the | | | | |
| 23  lawyers for Sanofi -- as having this | 23  lawyers for Sanofi -- as having this | | | | |
| 24  document coming out of your custodian | 24  document coming out of your custodian | | | | |
| 309 | 309 | | | | |
| 1  file. | 1  file. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2    A.   Okay. | 2    A.   Okay. | | | | |
| 3    Q.   All right? | 3    Q.   All right? | | | | |
| 4         And the date, if you'll look | 4         And the date, if you'll look | | | | |
| 5  at the date of this document that it was | 5  at the date of this document that it was | | | | |
| 6  created in your computer system in your | 6  created in your computer system in your | | | | |
| 7  custodial file, is March of 2010.  All | 7  custodial file, is March of 2010.  All | | | | |
| 8  right? | 8  right? | | | | |
| 9    A.   Yes. | 9    A.   Yes. | | | | |
| 10    Q.   So you can agree with me, I | 10    Q.   So you can agree with me, I | | | | |
| 11  believe, that the head safety officer | 11  believe, that the head safety officer | | | | |
| 12  over Taxotere had knowledge of this Globe | 12  over Taxotere had knowledge of this Globe | | | | |
| 13  and Mail article regarding permanent hair | 13  and Mail article regarding permanent hair | | | | |
| 14  loss and Taxotere back in 2010; correct? | 14  loss and Taxotere back in 2010; correct? | | | | |
| 15    A.   Yes, I -- I do believe I was | 15    A.   Yes, I -- I do believe I was | | | | |
| 16  aware of this. | 16  aware of this. | | | | |
| 17    Q.   And this is an article | 17    Q.   And this is an article | | | | |
| 18  published by a Canadian newspaper; is | 18  published by a Canadian newspaper; is | | | | |
| 19  that your understanding? | 19  that your understanding? | | | | |
| 20    A.   I do not recall -- | 20    A.   I do not recall -- | | | | |
| 21    Q.   Have you ever heard of a | 21    Q.   Have you ever heard of a | | | Sustained | |
| 22  publication called The Globe and Mail? | 22  publication called The Globe and Mail? | | | | |
| 23    A.   Only with reference to this | 23    A.   Only with reference to this | | | | |
| 24  document. | 24  document. | | | | |
|                310 |                310 | | | | |
| 1    Q.   Before or after this, you've | 1    Q.   Before or after this, you've | | | | |
| 2  never seen or heard of The Globe and | 2  never seen or heard of The Globe and | | | | |
| 3  Mail.  That's fine. | 3  Mail.  That's fine. | | | | |
| 4    A.   I -- if you had asked me | 4    A.   I -- if you had asked me | | | | |
| 5  independent of all this, I probably would | 5  independent of all this, I probably would | | | | |
| 6  have guessed it was a British newspaper. | 6  have guessed it was a British newspaper. | | | | |
| 7    Q.   All right. | 7    Q.   All right. | | | | |
| 8    A.   But... | 8    A.   But... | | | | |
| 9    Q.   At the top, it says, "Women | 9    Q.   At the top, it says, "Women | | | Sustained | |
| 10  angered they weren't warned about | 10  angered they weren't warned about | | | | |
| 11  permanent hair loss."  Do you see that? | 11  permanent hair loss."  Do you see that? | | | | |
| 12    A.   I see that. | 12    A.   I see that. | | | | |
| 13    Q.   So chief safety officer over | 13    Q.   So chief safety officer over | | | | |
| 14  Taxotere in 2010 sees the top headline | 14  Taxotere in 2010 sees the top headline | | | | |
| 15  that women are angered that they weren't | 15  that women are angered that they weren't | | | | |
| 16  warned about permanent hair loss relating | 16  warned about permanent hair loss relating | | | | |
| 17  to Taxotere; correct? | 17  to Taxotere; correct? | | | | |
| 18    A.   Yes. | 18    A.   Yes. | | | | |
| 19    Q.   And the first paragraph that | 19    Q.   And the first paragraph that | | | | |
| 20  you would have read in 2010 would say | 20  you would have read in 2010 would say | | | | |
| 21  that women who took a drug to fight | 21  that women who took a drug to fight | | | | |
| 22  breast cancer say they were never warned | 22  breast cancer say they were never warned | | | | |
| 23  of a side effect, permanent hair loss, | 23  of a side effect, permanent hair loss, | | | | |
| 24  that left them looking sick long after | 24  that left them looking sick long after | | | | |
|                311 |                311 | | | | |
| 1  they were treated for the disease; | 1  they were treated for the disease; | | | | |
| 2  correct? | 2  correct? | | | | |
| 3    A.   That's what the first | 3    A.   That's what the first | | | | |
| 4  paragraph says, correct. | 4  paragraph says, correct. | | | | |
| 5    Q.   And more importantly, that's | 5    Q.   And more importantly, that's | | | | |
| 6  what you would have read in 2010. | 6  what you would have read in 2010. | | | | |
| 7    A.   Well, that's in the first | 7    A.   Well, that's in the first | | | | |
| 8  paragraph. | 8  paragraph. | | | | |
| 9    Q.   Right. | 9    Q.   Right. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10       And in this document, if you | 10       And in this document, if you | | | | |
| 11  go down on the first page -- I mean, the | 11  go down on the first page -- I mean, the | | | | |
| 12  first column on the left-hand side -- | 12  first column on the left-hand side -- | | | | |
| 13  what is also noted is that these -- well, | 13  what is also noted is that these -- well, | | | | |
| 14  there's a quote:  We want every woman | 14  there's a quote:  We want every woman | | | | |
| 15  who's been offered Taxotere to know it is | 15  who's been offered Taxotere to know it is | | | | |
| 16  a possibility so it is her choice whether | 16  a possibility so it is her choice whether | | | | |
| 17  to take the risk or not. | 17  to take the risk or not. | | | | |
| 18       Do you see that? | 18       Do you see that? | | | | |
| 19     A.   I do. | 19     A.   I do. | | | | |
| 20     Q.   And you agree with that, | 20     Q.   And you agree with that, | | | | |
| 21  don't you, that you want every woman | 21  don't you, that you want every woman | | | | |
| 22  who's been offered Taxotere to know about | 22  who's been offered Taxotere to know about | | | | |
| 23  the possibility of permanent hair loss so | 23  the possibility of permanent hair loss so | | | | |
| 24  that it's her choice whether to take the | 24  that it's her choice whether to take the | | | | |
| 312 | 312 | | | | |
| 1  risk or not; correct? | 1  risk or not; correct? | | | | |
| 2     A.   Well, as I testified | 2     A.   Well, as I testified | | | | |
| 3  earlier, I think patients should be aware | 3  earlier, I think patients should be aware | | | | |
| 4  of the benefits and the risks associated | 4  of the benefits and the risks associated | | | | |
| 5  with drugs and alopecia is one of the | 5  with drugs and alopecia is one of the | | | | |
| 6  risks and not -- the recovery time of | 6  risks and not -- the recovery time of | | | | |
| 7  alopecia varies and some patients do not | 7  alopecia varies and some patients do not | | | | |
| 8  recover over years, if at all. | 8  recover over years, if at all. | | | | |
| 9     Q.   Why can't you just say, yes, | 9     Q.   Why can't you just say, yes, | | | | |
| 10  Mr. Bachus, we at Sanofi, absolutely we | 10  Mr. Bachus, we at Sanofi, absolutely we | | | | |
| 11  wanted every woman who's been offered | 11  wanted every woman who's been offered | | | | |
| 12  Taxotere to know it is possible that she | 12  Taxotere to know it is possible that she | | | | |
| 13  may end up with permanent hair loss so | 13  may end up with permanent hair loss so | | | | |
| 14  that it's her choice whether to take that | 14  that it's her choice whether to take that | | | | |
| 15  risk or not? | 15  risk or not? | | | | |
| 16       MR. KEENAN:  Object to the | 16       MR. KEENAN:  Object to the | | | | |
| 17  form. | 17  form. | | | | |
| 18       THE WITNESS:  First off, I'm | 18       THE WITNESS:  First off, I'm | | | | |
| 19  not here, you know, as a Sanofi | 19  not here, you know, as a Sanofi | | | | |
| 20  company representative, so my | 20  company representative, so my | | | | |
| 21  comments and my opinions are | 21  comments and my opinions are | | | | |
| 22  obviously reflections of Sanofi. | 22  obviously reflections of Sanofi. | | | | |
| 23       But, second, I think I | 23       But, second, I think I | | | | |
| 24  answered the question in the way | 24  answered the question in the way | | | | |
| 313 | 313 | | | | |
| 1  that I feel comfortable answering | 1  that I feel comfortable answering | | | | |
| 2  the question. | 2  the question. | | | | |
| 3  BY MR. BACHUS: | 3  BY MR. BACHUS: | | | | |
| 4     Q.   Which is, you don't feel | 4     Q.   Which is, you don't feel | | | | |
| 5  comfortable saying, yes, that during my | 5  comfortable saying, yes, that during my | | | | |
| 6  time at Sanofi where I served as the | 6  time at Sanofi where I served as the | | | | |
| 7  chief safety officer over Taxotere, yes, | 7  chief safety officer over Taxotere, yes, | | | | |
| 8  I wanted every woman who's being offered | 8  I wanted every woman who's being offered | | | | |
| 9  Taxotere to know about the possibility of | 9  Taxotere to know about the possibility of | | | | |
| 10  permanent hair loss so that it was her | 10  permanent hair loss so that it was her | | | | |
| 11  choice whether to take the drug or not. | 11  choice whether to take the drug or not. | | | | |
| 12  You don't feel comfortable just saying | 12  You don't feel comfortable just saying | | | | |
| 13  yes to that.  Right? | 13  yes to that.  Right? | | | | |
| 14       MR. KEENAN:  Object to the | 14       MR. KEENAN:  Object to the | | | | |
| 15  form. | 15  form. | | | | |
| 16       THE WITNESS:  Well, I think | 16       THE WITNESS:  Well, I think | | | | |
| 17  I -- I think I provided an answer | 17  I -- I think I provided an answer | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18    to the question and I don't think | 18    to the question and I don't think | | | | |
| 19    there was anything, you know, | 19    there was anything, you know, | | | | |
| 20    wrong with the answer that I | 20    wrong with the answer that I | | | | |
| 21    provided you. | 21    provided you. | | | | |
| 22        But I -- the time that I was | 22        But I -- the time that I was | | | | |
| 23    -- in the time that I was there, | 23    -- in the time that I was there, | | | | |
| 24    this -- this particular event, as | 24    this -- this particular event, as | | | | |
| 314 | 314 | | | | |
| 1    I recall, was closely looked at | 1    I recall, was closely looked at | | | | |
| 2    and analyzed by the company. | 2    and analyzed by the company. | | | | |
| 3  BY MR. BACHUS: | 3  BY MR. BACHUS: | | | | |
| 4        Q.   When I asked you previously, | 4        Q.   When I asked you previously, | | | | |
| 5    you said, "I answered the question in the | 5    you said, "I answered the question in the | | | | |
| 6    way that I feel comfortable answering the | 6    way that I feel comfortable answering the | | | | |
| 7    question"; correct? | 7    question"; correct? | | | | |
| 8        A.   Of course.  That's what I'm | 8        A.   Of course.  That's what I'm | | | | |
| 9    trying to do in all these questions. | 9    trying to do in all these questions. | | | | |
| 10        Q.   And you don't feel | 10        Q.   And you don't feel | | | | |
| 11    comfortable saying yes -- as the safety | 11    comfortable saying yes -- as the safety | | | | |
| 12    commander for Taxotere at Sanofi, you | 12    commander for Taxotere at Sanofi, you | | | | |
| 13    don't feel comfortable just saying, yes, | 13    don't feel comfortable just saying, yes, | | | | |
| 14    I do want every woman who's been offered | 14    I do want every woman who's been offered | | | | |
| 15    Taxotere to know and understand it's | 15    Taxotere to know and understand it's | | | | |
| 16    possible that she may have permanent hair | 16    possible that she may have permanent hair | | | | |
| 17    loss so that it can be her choice whether | 17    loss so that it can be her choice whether | | | | |
| 18    she chooses to take our product or not. | 18    she chooses to take our product or not. | | | | |
| 19        MR. KEENAN:  Object to the | 19        MR. KEENAN:  Object to the | | | | |
| 20    form. | 20    form. | | | | |
| 21  BY MR. BACHUS: | 21  BY MR. BACHUS: | | | | |
| 22        Q.   Right? | 22        Q.   Right? | | | | |
| 23        A.   I feel comfortable giving | 23        A.   I feel comfortable giving | | | | |
| 24    the best answer I feel I can give and I | 24    the best answer I feel I can give and I | | | | |
| 315 | 315 | | | | |
| 1  stand by my answer. | 1  stand by my answer. | | | | |
| 2        Q.   And that answer is not yes. | 2        Q.   And that answer is not yes. | | | | |
| 3        A.   My answer is the answer that | 3        A.   My answer is the answer that | | | | |
| 4  I gave. | 4  I gave. | | | | |
| 5        Q.   Which was not yes. | 5        Q.   Which was not yes. | | | | |
| 6        MR. KEENAN:  Come on, let's | 6        MR. KEENAN:  Come on, let's | | | | |
| 7    move -- | 7    move -- | | | | |
| 8        THE WITNESS:  I can read the | 8        THE WITNESS:  I can read the | | | | |
| 9    answer over. | 9    answer over. | | | | |
| 10        MR. BACHUS:  We don't have | 10        MR. BACHUS:  We don't have | | | | |
| 11    to.  The jury will hear it. | 11    to.  The jury will hear it. | | | | |
| 12        THE WITNESS:  Okay. | 12        THE WITNESS:  Okay. | | | | |
| 13  BY MR. BACHUS: | 13  BY MR. BACHUS: | | | | |
| 14        Q.   If you'll look over on the | 14        Q.   If you'll look over on the | | | | |
| 15    other side of this article, it says:  The | 15    other side of this article, it says:  The | | | | |
| 16    bottom line, he said -- and they were | 16    bottom line, he said -- and they were | | | | |
| 17    referring to Dr. Bourgeois, if you look | 17    referring to Dr. Bourgeois, if you look | | | | |
| 18    down here (Indicating) -- they apparently | 18    down here (Indicating) -- they apparently | | | | |
| 19    called Dr. Bourgeois, The Globe and Mail | 19    called Dr. Bourgeois, The Globe and Mail | | | | |
| 20    did, or he called them, I don't know | 20    did, or he called them, I don't know | | | | |
| 21    which, but they spoke to him -- he says | 21    which, but they spoke to him -- he says | | | | |
| 22    it has an important impact on quality of | 22    it has an important impact on quality of | | | | |
| 23    life, permanent hair loss. | 23    life, permanent hair loss. | | | | |
| 24        Do you agree that permanent | 24        Do you agree that permanent | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 316 | 316 | | | | |
| 1 hair loss would have an important impact | 1 hair loss would have an important impact | | | | |
| 2 on quality of life? | 2 on quality of life? | | | | |
| 3     A.   It may -- | 3     A.   It may -- | | | | |
| 4     Q.   In some women. | 4     Q.   In some women. | | | | |
| 5     A.   It may in some women, sure. | 5     A.   It may in some women, sure. | | | | |
| 6     Q.   And The Globe and Mail in | 6     Q.   And The Globe and Mail in | | | | |
| 7 this article quotes Dr. Bourgeois as | 7 this article quotes Dr. Bourgeois as | | | | |
| 8 saying, the bottom line is that patients | 8 saying, the bottom line is that patients | | | | |
| 9 have to be informed of the risks. | 9 have to be informed of the risks. | | | | |
| 10         Do you agree with Dr. | 10         Do you agree with Dr. | | | | |
| 11 Bourgeois that the bottom line is, | 11 Bourgeois that the bottom line is, | | | | |
| 12 Taxotere patients have to be informed of | 12 Taxotere patients have to be informed of | | | | |
| 13 the risk of permanent hair loss? | 13 the risk of permanent hair loss? | | | | |
| 14     A.   I think patients should be | 14     A.   I think patients should be | | | | |
| 15 informed of risks, yes.  I testified to | 15 informed of risks, yes.  I testified to | | | | |
| 16 that.  And as -- as part -- and that | 16 that.  And as -- as part -- and that | | | | |
| 17 should be communicated by the physicians | 17 should be communicated by the physicians | | | | |
| 18 in part. | 18 in part. | | | | |
| 19         As I recall, the Canadian | 19         As I recall, the Canadian | | | | |
| 20 label had persistent alopecia in the | 20 label had persistent alopecia in the | | | | |
| 21 label at this time, so -- you know, I | 21 label at this time, so -- you know, I | | | | |
| 22 don't have the Canadian label in front of | 22 don't have the Canadian label in front of | | | | |
| 23 me and I could be mistaken on that, but | 23 me and I could be mistaken on that, but | | | | |
| 24 that's -- that's my recollection. | 24 that's -- that's my recollection. | | | | |
| 317 | 317 | | | | |
| 1         So in terms of -- in terms | 1         So in terms of -- in terms | | | | |
| 2 of were patients in Canada aware that | 2 of were patients in Canada aware that | | | | |
| 3 alopecia should have persistent -- could | 3 alopecia should have persistent -- could | | | | |
| 4 have persistent alopecia, I think that, | 4 have persistent alopecia, I think that, | | | | |
| 5 as I recall, would have been part of the | 5 as I recall, would have been part of the | | | | |
| 6 label and that should have been -- the | 6 label and that should have been -- the | | | | |
| 7 patient should have been informed of such | 7 patient should have been informed of such | | | | |
| 8 risks. | 8 risks. | | | | |
| 9     Q.   You agree that the risk | 9     Q.   You agree that the risk | | | | |
| 10 being considered in this Globe and Mail | 10 being considered in this Globe and Mail | | | | |
| 11 article is permanent hair loss.  Right? | 11 article is permanent hair loss.  Right? | | | | |
| 12 You agree with that? | 12 You agree with that? | | | | |
| 13     A.   The article -- the article | 13     A.   The article -- the article | | | | |
| 14 is about permanent hair loss. | 14 is about permanent hair loss. | | | | |
| 15     Q.   And it's about -- | 15     Q.   And it's about -- | | | | |
| 16         MR. KEENAN:  Are you done? | 16         MR. KEENAN:  Are you done? | | | | |
| 17     Are you done answering?  Are you | 17     Are you done answering?  Are you | | | | |
| 18     done answering? | 18     done answering? | | | | |
| 19         THE WITNESS:  Yes. | 19         THE WITNESS:  Yes. | | | | |
| 20 BY MR. BACHUS: | 20 BY MR. BACHUS: | | | | |
| 21     Q.   And it's about women angered | 21     Q.   And it's about women angered | | | | |
| 22 that they weren't warned.  Right?  That's | 22 that they weren't warned.  Right?  That's | | | | |
| 23 what the article says. | 23 what the article says. | | | | |
| 24     A.   That's right. | 24     A.   That's right. | | | | |
| 318 | 318 | | | | |
| 1     Q.   And what the article says is | 1     Q.   And what the article says is | | | | |
| 2 that Dr. Bourgeois is quoted as saying, | 2 that Dr. Bourgeois is quoted as saying, | | | | |
| 3 the bottom line is, patients have to be | 3 the bottom line is, patients have to be | | | | |
| 4 informed of the risks of permanent hair | 4 informed of the risks of permanent hair | | | | |
| 5 loss. | 5 loss. | | | | |
| 6     A.   I have no problem with what | 6     A.   I have no problem with what | | | | |
| 7 Dr. Bourgeois said, patients have to be | 7 Dr. Bourgeois said, patients have to be | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 8 informed of the risks. That's -- I've | 8 informed of the risks. That's -- I've | | | | |
| 9 said earlier that's the way medicine | 9 said earlier that's the way medicine | | | | |
| 10 should be practiced. | 10 should be practiced. | | | | |
| 11 The oncologists in Canada | 11 The oncologists in Canada | | | | |
| 12 should have had a discussion about -- | 12 should have had a discussion about -- | | | | |
| 13 about all the risks of Taxotere with the | 13 about all the risks of Taxotere with the | | | | |
| 14 patients, including alopecia, and -- and | 14 patients, including alopecia, and -- and | | | | |
| 15 within the Canadian label, as I recall, | 15 within the Canadian label, as I recall, | | | | |
| 16 is highlighting information on persistent | 16 is highlighting information on persistent | | | | |
| 17 alopecia. | 17 alopecia. | | | | |
| 18 Q. So you agree that patients | 18 Q. So you agree that patients | | | | |
| 19 not only in Canada, but patients around | 19 not only in Canada, but patients around | | | | |
| 20 the world -- I mean, do you think that | 20 the world -- I mean, do you think that | | | | |
| 21 women in Canada should be treated | 21 women in Canada should be treated | | | | |
| 22 differently in terms of being warned | 22 differently in terms of being warned | | | | |
| 23 about risks than women in other parts of | 23 about risks than women in other parts of | | | | |
| 24 the world? | 24 the world? | | | | |
| 319 | 319 | | | | |
| 1 MR. KEENAN: Object to the | 1 MR. KEENAN: Object to the | | | | |
| 2 form. | 2 form. | | | | |
| 3 THE WITNESS: Well, first | 3 THE WITNESS: Well, first | | | | |
| 4 off, as an oncologist who has | 4 off, as an oncologist who has | | | | |
| 5 taken care of many patients, | 5 taken care of many patients, | | | | |
| 6 including those who are dying of | 6 including those who are dying of | | | | |
| 7 cancer, I think it's important to | 7 cancer, I think it's important to | | | | |
| 8 treat each patient as an | 8 treat each patient as an | | | | |
| 9 individual, regardless of -- of | 9 individual, regardless of -- of | | | | |
| 10 where they may be located or their | 10 where they may be located or their | | | | |
| 11 nationality. | 11 nationality. | | | | |
| 12 BY MR. BACHUS: | 12 BY MR. BACHUS: | | | | |
| 13 Q. Not just Canadian women | 13 Q. Not just Canadian women | | | | |
| 14 should be informed about the risk of | 14 should be informed about the risk of | | | | |
| 15 permanent hair loss; all women who take | 15 permanent hair loss; all women who take | | | | |
| 16 your drug should be; correct? | 16 your drug should be; correct? | | | | |
| 17 MR. KEENAN: Object to the | 17 MR. KEENAN: Object to the | | | | |
| 18 form. | 18 form. | | | | |
| 19 THE WITNESS: I think | 19 THE WITNESS: I think | | | | |
| 20 physicians should -- and I think | 20 physicians should -- and I think | | | | |
| 21 physicians do and I think it's | 21 physicians do and I think it's | | | | |
| 22 actually insulting to physicians | 22 actually insulting to physicians | | | | |
| 23 to imply otherwise -- physicians | 23 to imply otherwise -- physicians | | | | |
| 24 treat patients to the best of | 24 treat patients to the best of | | | | |
| 320 | 320 | | | | |
| 1 their ability as individuals. | 1 their ability as individuals. | | | | |
| 2 Now, that's not to negate | 2 Now, that's not to negate | | | | |
| 3 that there are differences in | 3 that there are differences in | | | | |
| 4 healthcare from country to | 4 healthcare from country to | | | | |
| 5 country. There are differences in | 5 country. There are differences in | | | | |
| 6 regulatory aspects, differences in | 6 regulatory aspects, differences in | | | | |
| 7 what goes into a label and what | 7 what goes into a label and what | | | | |
| 8 doesn't, what one health authority | 8 doesn't, what one health authority | | | | |
| 9 accepts into the label and | 9 accepts into the label and | | | | |
| 10 doesn't. | 10 doesn't. | | | | |
| 11 BY MR. BACHUS: | 11 BY MR. BACHUS: | | | | |
| 12 Q. That's your answer on | 12 Q. That's your answer on | | | | |
| 13 whether American women had the right to | 13 whether American women had the right to | | | | |
| 14 be informed about permanent hair loss -- | 14 be informed about permanent hair loss -- | | | | |
| 15 MR. KEENAN: Object to the | 15 MR. KEENAN: Object to the | | | | |
| 16 form. | 16 form. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9, 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 17  BY MR. BACHUS: | 17  BY MR. BACHUS: | | | | |
| 18      Q.  -- in 2010 related to the | 18      Q.  -- in 2010 related to the | | | | |
| 19  use of Taxotere? | 19  use of Taxotere? | | | | |
| 20          MR. KEENAN:  Object to the | 20          MR. KEENAN:  Object to the | | | | |
| 21      form. | 21      form. | | | | |
| 22  BY MR. BACHUS: | 22  BY MR. BACHUS: | | | | |
| 23      Q.  Same answer? | 23      Q.  Same answer? | | | | |
| 24      A.  I think -- I think | 24      A.  I think -- I think | | | | |
| 321 | 321 | | | | |
| 1  physicians should inform the patients to | 1  physicians should inform the patients to | | | | |
| 2  -- about the benefits and risks of cancer | 2  -- about the benefits and risks of cancer | | | | |
| 3  drugs based on their fund of knowledge, | 3  drugs based on their fund of knowledge, | | | | |
| 4  which includes the multiple sources that | 4  which includes the multiple sources that | | | | |
| 5  I referred to previously at the beginning | 5  I referred to previously at the beginning | | | | |
| 6  of this testimony. | 6  of this testimony. | | | | |
| 7      Q.  Including the label.  Right? | 7      Q.  Including the label.  Right? | | | | |
| 8      A.  It includes the label, | 8      A.  It includes the label, | | | | |
| 9  absolutely.  It includes the label.  It | 9  absolutely.  It includes the label.  It | | | | |
| 10  includes their clinical experience.  It | 10  includes their clinical experience.  It | | | | |
| 11  includes their knowledge from other | 11  includes their knowledge from other | | | | |
| 12  physicians, symposiums, textbooks, even | 12  physicians, symposiums, textbooks, even | | | | |
| 13  lay information. | 13  lay information. | | | | |
| 14          - - - | 14          - - - | | | | |
| 15          (Deposition Exhibit No. | 15          (Deposition Exhibit No. | | | | |
| 16      Kopreski-18, 1/18/11 Document | 16      Kopreski-18, 1/18/11 Document | | | | |
| 17      Authored by Emanuel Palatinsky, | 17      Authored by Emanuel Palatinsky, | | | | |
| 18      M.D. Entitled "Clinical Overview | 18      M.D. Entitled "Clinical Overview | | | | |
| 19      Docetaxel - Persistent Alopecia," | 19      Docetaxel - Persistent Alopecia," | | | | |
| 20      Sanofi_05072543 through | 20      Sanofi_05072543 through | | | | |
| 21      Sanofi_05072584, was marked for | 21      Sanofi_05072584, was marked for | | | | |
| 22      identification.) | 22      identification.) | | | | |
| 23          - - - | 23          - - - | | | | |
| 24  BY MR. BACHUS: | 24  BY MR. BACHUS: | | | | |
| 322 | 322 | | | | |
| 1      Q.  I hand you what's been | 1      Q.  I hand you what's been | | | | |
| 2  marked as Exhibit 18. | 2  marked as Exhibit 18. | | | | |
| 3          MR. KEENAN:  I only got one | 3          MR. KEENAN:  I only got one | | | | |
| 4      copy -- oh, we got two.  Okay. | 4      copy -- oh, we got two.  Okay. | | | | |
| 5  BY MR. BACHUS: | 5  BY MR. BACHUS: | | | | |
| 6      Q.  Doctor, you're familiar with | 6      Q.  Doctor, you're familiar with | | | | |
| 7  the document that is Exhibit 18, this | 7  the document that is Exhibit 18, this | | | | |
| 8  clinical overview for docetaxel, which is | 8  clinical overview for docetaxel, which is | | | | |
| 9  Taxotere.  Right?  Clinical overview for | 9  Taxotere.  Right?  Clinical overview for | | | | |
| 10  Taxotere? | 10  Taxotere? | | | | |
| 11      A.  Yes, that is correct. | 11      A.  Yes, that is correct. | | | | |
| 12      Q.  Persistent alopecia.  Right? | 12      Q.  Persistent alopecia.  Right? | | | | |
| 13      A.  That is correct. | 13      A.  That is correct. | | | | |
| 14      Q.  If you could turn to section | 14      Q.  If you could turn to section | | | | |
| 15  5.2, which is -- I don't see page numbers | 15  5.2, which is -- I don't see page numbers | | | | |
| 16  on this final version, but 5.2, under | 16  on this final version, but 5.2, under | | | | |
| 17  "Background" -- | 17  "Background" -- | | | | |
| 18      A.  Yes. | 18      A.  Yes. | | | | |
| 19      Q.  -- let me know when you're | 19      Q.  -- let me know when you're | | | | |
| 20  with me. | 20  with me. | | | | |
| 21      A.  Yes, go ahead. | 21      A.  Yes, go ahead. | | | | |
| 22      Q.  First of all, do you agree | 22      Q.  First of all, do you agree | | | | |
| 23  that this clinical overview document that | 23  that this clinical overview document that | | | | |
| 24  is Exhibit No. 18 is a document created | 24  is Exhibit No. 18 is a document created | | | | |
| 323 | 323 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 1  by Sanofi in the course and scope of its | 1  by Sanofi in the course and scope of its | | | | |
| 2  business? | 2  business? | | | | |
| 3      A.   It was created by Dr. | 3      A.   It was created by Dr. | | | | |
| 4  Palatinsky. | 4  Palatinsky. | | | | |
| 5      Q.   And Dr. Palatinsky was -- | 5      Q.   And Dr. Palatinsky was -- | | | | |
| 6      A.   Who was an employee of | 6      A.   Who was an employee of | | | | |
| 7  Sanofi, correct. | 7  Sanofi, correct. | | | | |
| 8      Q.   All right.  And the reason | 8      Q.   All right.  And the reason | | | | |
| 9  that this clinical overview was created | 9  that this clinical overview was created | | | | |
| 10  was not because you or Dr. Palatinsky | 10  was not because you or Dr. Palatinsky | | | | |
| 11  uncovered a new safety signal or a | 11  uncovered a new safety signal or a | | | | |
| 12  characteristic of a side effect that is | 12  characteristic of a side effect that is | | | | |
| 13  -- that was new.  Right?  That's not how | 13  -- that was new.  Right?  That's not how | | | | |
| 14  this emanated. | 14  this emanated. | | | | |
| 15      A.   This document was produced | 15      A.   This document was produced | | | | |
| 16  following a request from the French | 16  following a request from the French | | | | |
| 17  Health Authority. | 17  Health Authority. | | | | |
| 18      Q.   So on the date of this | 18      Q.   So on the date of this | | | | |
| 19  document, as we work through time, is | 19  document, as we work through time, is | | | | |
| 20  January the 18th, 2011.  It says final | 20  January the 18th, 2011.  It says final | | | | |
| 21  version.  Do you see that at the top? | 21  version.  Do you see that at the top? | | | | |
| 22      A.   Yes, I do. | 22      A.   Yes, I do. | | | | |
| 23      Q.   Okay.  And under 5.2, it | 23      Q.   Okay.  And under 5.2, it | | | | |
| 24  indicates:  Following reports of alopecia | 24  indicates:  Following reports of alopecia | | | | |
| 324 | 324 | | | | |
| 1  persisting for several months after the | 1  persisting for several months after the | | | | |
| 2  completion of adjuvant or neoadjuvant | 2  completion of adjuvant or neoadjuvant | | | | |
| 3  chemotherapy, the French Health Products | 3  chemotherapy, the French Health Products | | | | |
| 4  Safety Agency analyzed their national | 4  Safety Agency analyzed their national | | | | |
| 5  database; correct? | 5  database; correct? | | | | |
| 6      A.   Correct. | 6      A.   Correct. | | | | |
| 7      Q.   And what the French Health | 7      Q.   And what the French Health | | | | |
| 8  Authority said is that it found cases of | 8  Authority said is that it found cases of | | | | |
| 9  irreversible alopecia following | 9  irreversible alopecia following | | | | |
| 10  chemotherapy with Taxotere.  Right? | 10  chemotherapy with Taxotere.  Right? | | | | |
| 11      A.   Correct. | 11      A.   Correct. | | | | |
| 12      Q.   And so on July 9th of 2010, | 12      Q.   And so on July 9th of 2010, | | | | |
| 13  the French Health Products Safety Agency | 13  the French Health Products Safety Agency | | | | |
| 14  requested that Sanofi review the | 14  requested that Sanofi review the | | | | |
| 15  spontaneous reports of persistent | 15  spontaneous reports of persistent | | | | |
| 16  alopecia together with published | 16  alopecia together with published | | | | |
| 17  literature; correct? | 17  literature; correct? | | | | |
| 18      A.   Correct, that's what it | 18      A.   Correct, that's what it | | | | |
| 19  says. | 19  says. | | | | |
| 20      Q.   And this document details | 20      Q.   And this document details | | | | |
| 21  that review, would you agree with me | 21  that review, would you agree with me | | | | |
| 22  there? | 22  there? | | | | |
| 23      A.   That was -- the intent of | 23      A.   That was -- the intent of | | | | |
| 24  this document was to respond to that | 24  this document was to respond to that | | | | |
| 325 | 325 | | | | |
| 1  request. | 1  request. | | | | |
| 2      Q.   If you would turn to section | 2      Q.   If you would turn to section | | | | |
| 3  5:3 -- or 5.3.  I'm sorry.  It's not a | 3  5:3 -- or 5.3.  I'm sorry.  It's not a | | | | |
| 4  colon. | 4  colon. | | | | |
| 5      A.   Yes. | 5      A.   Yes. | | | | |
| 6      Q.   -- so 5.3 talks about the | 6      Q.   -- so 5.3 talks about the | | | | |
| 7  method that was undertaken by your | 7  method that was undertaken by your | | | | |
| 8  company to analyze the adverse event | 8  company to analyze the adverse event | | | | |
| 9  reports that had been received by the | 9  reports that had been received by the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  company as well as literature; correct? | 10  company as well as literature; correct? | | | | |
| 11       A.   The method that Dr. | 11       A.   The method that Dr. | | | | |
| 12  Palatinsky applied to this search, | 12  Palatinsky applied to this search, | | | | |
| 13  correct. | 13  correct. | | | | |
| 14       Q.   And Dr. Palatinsky worked | 14       Q.   And Dr. Palatinsky worked | | | | |
| 15  for you.  Right? | 15  for you.  Right? | | | | |
| 16       A.   Well, he -- I was his | 16       A.   Well, he -- I was his | | | | |
| 17  manager.  He was an employee of Sanofi. | 17  manager.  He was an employee of Sanofi. | | | | |
| 18       Q.   He's an employee of Sanofi | 18       Q.   He's an employee of Sanofi | | | | |
| 19  working under you as his manager. | 19  working under you as his manager. | | | | |
| 20       A.   Correct. | 20       A.   Correct. | | | | |
| 21       Q.   All right. | 21       Q.   All right. | | | | |
| 22            And this document under | 22            And this document under | | | | |
| 23  5.3.1 says:  A cumulative search was | 23  5.3.1 says:  A cumulative search was | | | | |
| 24  performed in the AWAREs database; | 24  performed in the AWAREs database; | | | | |
| 326 | 326 | | | | |
| 1  correct? | 1  correct? | | | | |
| 2       A.   Yes. | 2       A.   Yes. | | | | |
| 3       Q.   And the idea was to detect | 3       Q.   And the idea was to detect | | | | |
| 4  all associated cases from all report | 4  all associated cases from all report | | | | |
| 5  sources containing the diagnosis of | 5  sources containing the diagnosis of | | | | |
| 6  persistent alopecia with Taxotere; | 6  persistent alopecia with Taxotere; | | | | |
| 7  correct? | 7  correct? | | | | |
| 8       A.   That's what the document | 8       A.   That's what the document | | | | |
| 9  says, correct. | 9  says, correct. | | | | |
| 10       Q.   Now, the results were, there | 10       Q.   Now, the results were, there | | | | |
| 11  were 1,620 cases. | 11  were 1,620 cases. | | | | |
| 12       A.   Of alopecia detected by the | 12       A.   Of alopecia detected by the | | | | |
| 13  search, correct. | 13  search, correct. | | | | |
| 14       Q.   There were -- let me repeat | 14       Q.   There were -- let me repeat | | | | |
| 15  the question. | 15  the question. | | | | |
| 16       A.   Okay. | 16       A.   Okay. | | | | |
| 17       Q.   You used the AWARE database | 17       Q.   You used the AWARE database | | | | |
| 18  to detect all associated cases from all | 18  to detect all associated cases from all | | | | |
| 19  report sources containing a diagnosis of | 19  report sources containing a diagnosis of | | | | |
| 20  persistent alopecia with docetaxel.  Do | 20  persistent alopecia with docetaxel.  Do | | | | |
| 21  you see that? | 21  you see that? | | | | |
| 22       A.   That was the -- that was the | 22       A.   That was the -- that was the | | | | |
| 23  intent, correct. | 23  intent, correct. | | | | |
| 24       Q.   Right. | 24       Q.   Right. | | | | |
| 327 | 327 | | | | |
| 1            And the initial query | 1            And the initial query | | | | |
| 2  revealed 1,620 cases.  That's what the | 2  revealed 1,620 cases.  That's what the | | | | |
| 3  results section says right here. | 3  results section says right here. | | | | |
| 4       A.   I think you're | 4       A.   I think you're | | | | |
| 5  misinterpreting that. | 5  misinterpreting that. | | | | |
| 6       Q.   Do you agree with me that | 6       Q.   Do you agree with me that | | | | |
| 7  under "Results," 5.3.2, that it says the | 7  under "Results," 5.3.2, that it says the | | | | |
| 8  query retrieved 1,620 cases?  Do you | 8  query retrieved 1,620 cases?  Do you | | | | |
| 9  agree it states that or not? | 9  agree it states that or not? | | | | |
| 10       A.   It does state that, but | 10       A.   It does state that, but | | | | |
| 11  those are not all cases of persistent | 11  those are not all cases of persistent | | | | |
| 12  alopecia, as the rest of the document | 12  alopecia, as the rest of the document | | | | |
| 13  goes on to describe. | 13  goes on to describe. | | | | |
| 14       Q.   One of the things that you | 14       Q.   One of the things that you | | | | |
| 15  are required to assess is outcome with | 15  are required to assess is outcome with | | | | |
| 16  adverse event reports; correct? | 16  adverse event reports; correct? | | | | |
| 17       A.   We're required -- we assess | 17       A.   We're required -- we assess | | | | |
| 18  data that we have within our database. | 18  data that we have within our database. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 19  That's -- that's different than -- than | 19  That's -- that's different than -- than | | | | |
| 20  the way you've posed the question. | 20  the way you've posed the question. | | | | |
| 21      Q.  Good pharmacovigilance | 21      Q.  Good pharmacovigilance | | | | |
| 22  practice includes assessing the outcome | 22  practice includes assessing the outcome | | | | |
| 23  of reported adverse events; correct? | 23  of reported adverse events; correct? | | | | |
| 24      A.  If that data is available, | 24      A.  If that data is available, | | | | |
| 328 | 328 | | | | |
| 1  that's correct. | 1  that's correct. | | | | |
| 2      Q.  Here, the outcome data -- | 2      Q.  Here, the outcome data -- | | | | |
| 3  and that's pretty important -- outcome | 3  and that's pretty important -- outcome | | | | |
| 4  data is pretty important if you're trying | 4  data is pretty important if you're trying | | | | |
| 5  to determine whether somebody has | 5  to determine whether somebody has | | | | |
| 6  permanent or persistent alopecia beyond a | 6  permanent or persistent alopecia beyond a | | | | |
| 7  certain window of time; correct? | 7  certain window of time; correct? | | | | |
| 8      A.  That's correct, yes. | 8      A.  That's correct, yes. | | | | |
| 9      Q.  Here, the outcome in your | 9      Q.  Here, the outcome in your | | | | |
| 10  database was unknown for a thousand of | 10  database was unknown for a thousand of | | | | |
| 11  the 1,620 cases; correct? | 11  the 1,620 cases; correct? | | | | |
| 12      A.  That's what it says.  That's | 12      A.  That's what it says.  That's | | | | |
| 13  -- that's understandable. | 13  -- that's understandable. | | | | |
| 14      Q.  And so in your analysis, Dr. | 14      Q.  And so in your analysis, Dr. | | | | |
| 15  Palatinsky states:  In any event, cases | 15  Palatinsky states:  In any event, cases | | | | |
| 16  where the outcome of alopecia was unknown | 16  where the outcome of alopecia was unknown | | | | |
| 17  will not be discussed further; correct? | 17  will not be discussed further; correct? | | | | |
| 18      A.  Yeah, if -- if the outcome | 18      A.  Yeah, if -- if the outcome | | | | |
| 19  was not provided to assist in determining | 19  was not provided to assist in determining | | | | |
| 20  if -- if there was indeed evidence of | 20  if -- if there was indeed evidence of | | | | |
| 21  persistent irreversible alopecia, that | 21  persistent irreversible alopecia, that | | | | |
| 22  seems to be an appropriate search | 22  seems to be an appropriate search | | | | |
| 23  strategy. | 23  strategy. | | | | |
| 24      The fact that there's so | 24      The fact that there's so | | | | |
| 329 | 329 | | | | |
| 1  many cases of unknown reflect probably | 1  many cases of unknown reflect probably | | | | |
| 2  two aspects:  It reflects that outcome | 2  two aspects:  It reflects that outcome | | | | |
| 3  may not have been reported in solicited | 3  may not have been reported in solicited | | | | |
| 4  cases and due to the fact that alopecia | 4  cases and due to the fact that alopecia | | | | |
| 5  may have been included as one of multiple | 5  may have been included as one of multiple | | | | |
| 6  events and as a nonserious case, which | 6  events and as a nonserious case, which | | | | |
| 7  was not reconciled for outcome. | 7  was not reconciled for outcome. | | | | |
| 8      MR. BACHUS:  I'll move to | 8      MR. BACHUS:  I'll move to | | | | |
| 9  strike as nonresponsive.  I'll | 9  strike as nonresponsive.  I'll | | | | |
| 10  point your attention, please, to | 10  point your attention, please, to | | | | |
| 11  page 307 -- 306, line 24, and ask | 11  page 307 -- 306, line 24, and ask | | | | |
| 12  you, please, to listen to the | 12  you, please, to listen to the | | | | |
| 13  question again and provide a | 13  question again and provide a | | | | |
| 14  responsive answer. | 14  responsive answer. | | | | |
| 15      MR. KEENAN:  I'm scrolling | 15      MR. KEENAN:  I'm scrolling | | | | |
| 16  up. | 16  up. | | | | |
| 17      MR. BACHUS:  Okay. | 17      MR. BACHUS:  Okay. | | | | |
| 18      (Pause.) | 18      (Pause.) | | | | |
| 19      MR. BACHUS:  307:02 on the | 19      MR. BACHUS:  307:02 on the | | | | |
| 20  realtime -- actually, it's 306:24. | 20  realtime -- actually, it's 306:24. | | | | |
| 21  I'm sorry.  I was reading the line | 21  I'm sorry.  I was reading the line | | | | |
| 22  I highlighted -- | 22  I highlighted -- | | | | |
| 23      MR. KEENAN:  Okay.  Yeah. | 23      MR. KEENAN:  Okay.  Yeah. | | | | |
| 24      MR. BACHUS:  -- to stop it. | 24      MR. BACHUS:  -- to stop it. | | | | |
| 330 | 330 | | | | |
| 1      Are you ready, Doctor? | 1      Are you ready, Doctor? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2   And so in -- it should say | 2   And so in -- it should say | | | | |
| 3   in the -- in your analysis, Dr. | 3   in the -- in your analysis, Dr. | | | | |
| 4   Palatinsky states, in any event, | 4   Palatinsky states, in any event, | | | | |
| 5   cases where the outcome of | 5   cases where the outcome of | | | | |
| 6   alopecia was unknown will not be | 6   alopecia was unknown will not of | | | | |
| 7   discussed further; correct? | 7   discussed further; correct? | | | | |
| 8       Isn't that what the document | 8       Isn't that what the document | | | | |
| 9   says?  You can look up on the | 9   says?  You can look up on the | | | | |
| 10   screen:  In any event, the cases | 10   screen:  In any event, the cases | | | | |
| 11   where the outcome of alopecia was | 11   where the outcome of alopecia was | | | | |
| 12   unknown will not be discussed | 12   unknown will not be discussed | | | | |
| 13   further?  I'm just asking whether | 13   further?  I'm just asking whether | | | | |
| 14   that's what the document states. | 14   that's what the document states. | | | | |
| 15       THE WITNESS:  Dr. Palatinsky | 15       THE WITNESS:  Dr. Palatinsky | | | | |
| 16   describes his strategy and, in | 16   describes his strategy and, in | | | | |
| 17   that description, he includes the | 17   that description, he includes the | | | | |
| 18   statement that you reference. | 18   statement that you reference. | | | | |
| 19       MR. BACHUS:  All right. | 19       MR. BACHUS:  All right. | | | | |
| 20  BY MR. BACHUS: | 20  BY MR. BACHUS: | | | | |
| 21   Q.   And then in another 418 | 21   Q.   And then in another 418 | | | | |
| 22   cases, the last outcome reported was less | 22   cases, the last outcome reported was less | | | | |
| 23   than 12 months following the last dose of | 23   than 12 months following the last dose of | | | | |
| 24   chemotherapy. | 24   chemotherapy. | | | | |
| 331 | 331 | | | | |
| 1       A.   That's what the statement | 1       A.   That's what the statement | | | | |
| 2   says, correct. | 2   says, correct. | | | | |
| 3     Q.   Right.  And so that 400 -- | 3     Q.   Right.  And so that 400 -- | | | | |
| 4   those 418 cases were also then eliminated | 4   those 418 cases were also then eliminated | | | | |
| 5   because the outcome wasn't resolved, the | 5   because the outcome wasn't resolved, the | | | | |
| 6   outcome last reported was less than 12 | 6   outcome last reported was less than 12 | | | | |
| 7   months following the last date of | 7   months following the last date of | | | | |
| 8   chemotherapy. | 8   chemotherapy. | | | | |
| 9       A.   So Dr. Palatinsky defined -- | 9       A.   So Dr. Palatinsky defined -- | | | | |
| 10  as I believe elsewhere in the document -- | 10  as I believe elsewhere in the document -- | | | | |
| 11   maybe it was in the -- in this method -- | 11   maybe it was in the -- in this method -- | | | | |
| 12   maybe it was in this methodology section, | 12   maybe it was in this methodology section, | | | | |
| 13   but defined his search for the -- for the | 13   but defined his search for the -- for the | | | | |
| 14   persistent alopecia as alopecia that | 14   persistent alopecia as alopecia that | | | | |
| 15   persisted beyond one year. | 15   persisted beyond one year. | | | | |
| 16     Q.   First, you eliminated a | 16     Q.   First, you eliminated a | | | | |
| 17   thousand cases because the outcome was | 17   thousand cases because the outcome was | | | | |
| 18   unknown altogether and then you | 18   unknown altogether and then you | | | | |
| 19   eliminated another 418 cases because the | 19   eliminated another 418 cases because the | | | | |
| 20   last outcome that you had documented was | 20   last outcome that you had documented was | | | | |
| 21   during a period of time less than 12 | 21   during a period of time less than 12 | | | | |
| 22   months following the last dose of | 22   months following the last dose of | | | | |
| 23   chemotherapy; correct?  That's what it | 23   chemotherapy; correct?  That's what it | | | | |
| 24   says. | 24   says. | | | | |
| 332 | 332 | | | | |
| 1       A.   Correct, correct. | 1       A.   Correct, correct. | | | | |
| 2     Q.   So -- | 2     Q.   So -- | | | | |
| 3       A.   He -- remember there was no | 3       A.   He -- remember there was no | | | | |
| 4   -- -- there's no set definition at the | 4   -- -- there's no set definition at the | | | | |
| 5   time, or even -- even now, for persistent | 5   time, or even -- even now, for persistent | | | | |
| 6   alopecia and he made a definition. | 6   alopecia and he made a definition. | | | | |
| 7       I believe he made that | 7       I believe he made that | | | | |
| 8   definition looking at some of the | 8   definition looking at some of the | | | | |
| 9   feedback on the -- that he received on | 9   feedback on the -- that he received on | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10 the French Health Authority request, but | 10 the French Health Authority request, but | | | | |
| 11 I would refer you to Dr. Palatinsky to | 11 I would refer you to Dr. Palatinsky to | | | | |
| 12 clarify his basis of that. | 12 clarify his basis of that. | | | | |
| 13    Q.  So when the French Health | 13    Q.  So when the French Health | | | | |
| 14 Authority asked you to examine the | 14 Authority asked you to examine the | | | | |
| 15 database of persisting alopecia, you guys | 15 database of persisting alopecia, you guys | | | | |
| 16 eliminated 91 percent of the cases from | 16 eliminated 91 percent of the cases from | | | | |
| 17 consideration in your analysis because | 17 consideration in your analysis because | | | | |
| 18 not enough information was known about | 18 not enough information was known about | | | | |
| 19 the outcome of the reported alopecia; | 19 the outcome of the reported alopecia; | | | | |
| 20 correct? | 20 correct? | | | | |
| 21    MR. KEENAN:  Object to the | 21    MR. KEENAN:  Object to the | | | | |
| 22 form. | 22 form. | | | | |
| 23    THE WITNESS:  The way that I | 23    THE WITNESS:  The way that I | | | | |
| 24 interpret this is that, the cases | 24 interpret this is that, the cases | | | | |
| 333 | 333 | | | | |
| 1 that were eliminated did not have | 1 that were eliminated did not have | | | | |
| 2 sufficient information to classify | 2 sufficient information to classify | | | | |
| 3 them as persistent alopecia | 3 them as persistent alopecia | | | | |
| 4 underneath the terms and the | 4 underneath the terms and the | | | | |
| 5 definitions that Dr. Palatinsky | 5 definitions that Dr. Palatinsky | | | | |
| 6 applied to this analysis. | 6 applied to this analysis. | | | | |
| 7 BY MR. BACHUS: | 7 BY MR. BACHUS: | | | | |
| 8    Q.  You didn't have the outcome | 8    Q.  You didn't have the outcome | | | | |
| 9 data and, as a result, only considered 9 | 9 data and, as a result, only considered 9 | | | | |
| 10 percent of the cases in your database | 10 percent of the cases in your database | | | | |
| 11 regarding these alopecias; correct? | 11 regarding these alopecias; correct? | | | | |
| 12    A.  In view that the objective | 12    A.  In view that the objective | | | | |
| 13 is to perform this in a clearly | 13 is to perform this in a clearly | | | | |
| 14 methodologic and defined scientific | 14 methodologic and defined scientific | | | | |
| 15 approach defined in this paper, that | 15 approach defined in this paper, that | | | | |
| 16 would be correct. | 16 would be correct. | | | | |
| 17    Q.  If we go to, in the same | 17    Q.  If we go to, in the same | | | | |
| 18 exhibit, Exhibit 18 -- and there's not | 18 exhibit, Exhibit 18 -- and there's not | | | | |
| 19 page numbers, but if we go to section 6 | 19 page numbers, but if we go to section 6 | | | | |
| 20 which is at the end, "Safety Discussion | 20 which is at the end, "Safety Discussion | | | | |
| 21 and Conclusions" -- are you with me? | 21 and Conclusions" -- are you with me? | | | | |
| 22 It's like the second page from the back | 22 It's like the second page from the back | | | | |
| 23 -- actually, it's the last page before -- | 23 -- actually, it's the last page before -- | | | | |
| 24    A.  Okay.  I have it. | 24    A.  Okay.  I have it. | | | | |
| 334 | 334 | | | | |
| 1    Q.  Okay -- it says "6. Safety | 1    Q.  Okay -- it says "6. Safety | | | | |
| 2 Discussions and Conclusions" at the top? | 2 Discussions and Conclusions" at the top? | | | | |
| 3 Do you see that? | 3 Do you see that? | | | | |
| 4    A.  Yes. | 4    A.  Yes. | | | | |
| 5    Q.  All right.  And having | 5    Q.  All right.  And having | | | | |
| 6 eliminated 91 percent of your databased | 6 eliminated 91 percent of your databased | | | | |
| 7 cases, the conclusion reached is:  The | 7 cases, the conclusion reached is:  The | | | | |
| 8 available evidence does not show that | 8 available evidence does not show that | | | | |
| 9 irreversible alopecia is caused by | 9 irreversible alopecia is caused by | | | | |
| 10 docetaxel alone. | 10 docetaxel alone. | | | | |
| 11    That was the conclusion. | 11    That was the conclusion. | | | | |
| 12 Right? | 12 Right? | | | | |
| 13    A.  Well, after eliminating what | 13    A.  Well, after eliminating what | | | | |
| 14 you're estimating to be 91 percent of | 14 you're estimating to be 91 percent of | | | | |
| 15 cases being cases that did not clearly | 15 cases being cases that did not clearly | | | | |
| 16 demarcate or show evidence of persistent | 16 demarcate or show evidence of persistent | | | | |
| 17 or irreversible alopecia and looking at | 17 or irreversible alopecia and looking at | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18  the remaining cases available, we reached | 18  the remaining cases available, we reached | | | | |
| 19  the conclusion that you underlined, that | 19  the conclusion that you underlined, that | | | | |
| 20  the available evidence does not show that | 20  the available evidence does not show that | | | | |
| 21  irreversible alopecia is caused by | 21  irreversible alopecia is caused by | | | | |
| 22  docetaxel alone. | 22  docetaxel alone. | | | | |
| 23     Q.  And that determination was | 23     Q.  And that determination was | | | | |
| 24  made January 18th, 2011; correct?  That's | 24  made January 18th, 2011; correct?  That's | | | | |
| 335 | 335 | | | | |
| 1  the date -- | 1  the date -- | | | | |
| 2     A.  That -- that is correct; | 2     A.  That -- that is correct; | | | | |
| 3  however, in preparation for this | 3  however, in preparation for this | | | | |
| 4  deposition, I went back and reviewed | 4  deposition, I went back and reviewed | | | | |
| 5  those -- all the cases that only mention | 5  those -- all the cases that only mention | | | | |
| 6  -- that do not mention combinational | 6  -- that do not mention combinational | | | | |
| 7  agents and I stand by the conclusion. | 7  agents and I stand by the conclusion. | | | | |
| 8     Q.  In January -- by January of | 8     Q.  In January -- by January of | | | | |
| 9  2011, you and the company had knowledge | 9  2011, you and the company had knowledge | | | | |
| 10  about the adverse event reports that were | 10  about the adverse event reports that were | | | | |
| 11  Exhibit 5, those from the Nabholtz 1999. | 11  Exhibit 5, those from the Nabholtz 1999. | | | | |
| 12  Right? | 12  Right? | | | | |
| 13     A.  That's correct. | 13     A.  That's correct. | | | | |
| 14     Q.  Were aware of the | 14     Q.  Were aware of the | | | | |
| 15  publication in the Journal of Clinical | 15  publication in the Journal of Clinical | | | | |
| 16  Oncology that concluded 7.4 percent, had | 16  Oncology that concluded 7.4 percent, had | | | | |
| 17  made a decision in the statistical | 17  made a decision in the statistical | | | | |
| 18  analysis plan that there was going to be | 18  analysis plan that there was going to be | | | | |
| 19  follow-up, were aware of the TAX316 | 19  follow-up, were aware of the TAX316 | | | | |
| 20  55-month data, the 77-month data.  Those | 20  55-month data, the 77-month data.  Those | | | | |
| 21  you were all aware of; correct? | 21  you were all aware of; correct? | | | | |
| 22     A.  We were aware of these when | 22     A.  We were aware of these when | | | | |
| 23  we made the conclusion, and I am still | 23  we made the conclusion, and I am still | | | | |
| 24  aware of them as I say that the | 24  aware of them as I say that the | | | | |
| 336 | 336 | | | | |
| 1  conclusion persists is correct, because | 1  conclusion persists is correct, because | | | | |
| 2  the conclusion -- it says -- first off, | 2  the conclusion -- it says -- first off, | | | | |
| 3  it doesn't say possible relationship.  It | 3  it doesn't say possible relationship.  It | | | | |
| 4  says caused by, it says by docetaxel | 4  says caused by, it says by docetaxel | | | | |
| 5  alone. | 5  alone. | | | | |
| 6        I think, if not all, the | 6        I think, if not all, the | | | | |
| 7  vast majority of what you've just put | 7  vast majority of what you've just put | | | | |
| 8  down are in combinational agents. | 8  down are in combinational agents. | | | | |
| 9     Q.  You are aware of the patient | 9     Q.  You are aware of the patient | | | | |
| 10  leaflet discussion where permanent | 10  leaflet discussion where permanent | | | | |
| 11  alopecia was described or irreversible | 11  alopecia was described or irreversible | | | | |
| 12  alopecia was described separately than | 12  alopecia was described separately than | | | | |
| 13  temporary alopecia; correct? | 13  temporary alopecia; correct? | | | | |
| 14     A.  We -- again, by my | 14     A.  We -- again, by my | | | | |
| 15  testimony, I -- this particular thing I | 15  testimony, I -- this particular thing I | | | | |
| 16  don't think I could recall. | 16  don't think I could recall. | | | | |
| 17     Q.  No doubt, though, you | 17     Q.  No doubt, though, you | | | | |
| 18  testified that the company was aware -- | 18  testified that the company was aware -- | | | | |
| 19  that somebody on this list -- | 19  that somebody on this list -- | | | | |
| 20     A.  Well -- well -- | 20     A.  Well -- well -- | | | | |
| 21     Q.  Hold on.  Hold on.  Let me | 21     Q.  Hold on.  Hold on.  Let me | | | | |
| 22  ask the question. | 22  ask the question. | | | | |
| 23     A.  Okay. | 23     A.  Okay. | | | | |
| 24     Q.  Somebody on this list of | 24     Q.  Somebody on this list of | | | | |
| 337 | 337 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 1  required attendees that I'm showing right | 1  required attendees that I'm showing right | | | | |
| 2  now that's Exhibit 11, page 1 -- somebody | 2  now that's Exhibit 11, page 1 -- somebody | | | | |
| 3  on this list was certainly aware that | 3  on this list was certainly aware that | | | | |
| 4  there were three different ways you could | 4  there were three different ways you could | | | | |
| 5  state irreversible alopecia and | 5  state irreversible alopecia and | | | | |
| 6  distinguish it from temporary alopecia. | 6  distinguish it from temporary alopecia. | | | | |
| 7  Right?  We already went down that road. | 7  Right?  We already went down that road. | | | | |
| 8      A.   We went down that road. | 8      A.   We went down that road. | | | | |
| 9      Q.   Okay. | 9      Q.   Okay. | | | | |
| 10     A.   And -- | 10     A.   And -- | | | | |
| 11     Q.   And -- | 11     Q.   And -- | | | | |
| 12     A.   And I highlighted in terms | 12     A.   And I highlighted in terms | | | | |
| 13  of awareness that persistent alopecia is | 13  of awareness that persistent alopecia is | | | | |
| 14  in the company core safety information | 14  in the company core safety information | | | | |
| 15  and that permanent and irreversible | 15  and that permanent and irreversible | | | | |
| 16  alopecia would thereby be considered | 16  alopecia would thereby be considered | | | | |
| 17  listed. | 17  listed. | | | | |
| 18      But that does not reflect | 18      But that does not reflect | | | | |
| 19  upon whether or not docetaxel alone | 19  upon whether or not docetaxel alone | | | | |
| 20  definitively causes as opposed to being | 20  definitively causes as opposed to being | | | | |
| 21  possibly related.  And I think that's the | 21  possibly related.  And I think that's the | | | | |
| 22  distinction you need to -- you need to | 22  distinction you need to -- you need to | | | | |
| 23  draw. | 23  draw. | | | | |
| 24     Q.   You were aware of Exhibit | 24     Q.   You were aware of Exhibit | | | | |
| 338 | 338 | | | | |
| 1  12, the abstract from Sedlacek denoting | 1  12, the abstract from Sedlacek denoting | | | | |
| 2  group A, group B, and group C and the 6.3 | 2  group A, group B, and group C and the 6.3 | | | | |
| 3  percent of group C with the Taxotere that | 3  percent of group C with the Taxotere that | | | | |
| 4  he reported as having persistent | 4  he reported as having persistent | | | | |
| 5  significant alopecia; correct?  You're | 5  significant alopecia; correct?  You're | | | | |
| 6  aware of that. | 6  aware of that. | | | | |
| 7      A.   At -- | 7      A.   At -- | | | | |
| 8      Q.   At the 2011 timeframe. | 8      Q.   At the 2011 timeframe. | | | | |
| 9      A.   I think I testified I did | 9      A.   I think I testified I did | | | | |
| 10  not recall; however, again, the Sedlack | 10  not recall; however, again, the Sedlack | | | | |
| 11  is a abstract that talks about | 11  is a abstract that talks about | | | | |
| 12  combinational therapy.  It does not talk | 12  combinational therapy.  It does not talk | | | | |
| 13  about Taxotere alone. | 13  about Taxotere alone. | | | | |
| 14     Q.   You are aware of the | 14     Q.   You are aware of the | | | | |
| 15  Taxotere two docetaxel-based regimen | 15  Taxotere two docetaxel-based regimen | | | | |
| 16  consent form that is Exhibit No. 13 | 16  consent form that is Exhibit No. 13 | | | | |
| 17  defining permanent hair loss as a | 17  defining permanent hair loss as a | | | | |
| 18  reported side effect of Taxotere in 2011; | 18  reported side effect of Taxotere in 2011; | | | | |
| 19  correct? | 19  correct? | | | | |
| 20     A.   Again, in 2011, the | 20     A.   Again, in 2011, the | | | | |
| 21  persistent alopecia is in the Taxotere | 21  persistent alopecia is in the Taxotere | | | | |
| 22  core safety information, but the document | 22  core safety information, but the document | | | | |
| 23  that you're referring to is a document | 23  that you're referring to is a document | | | | |
| 24  that pertains to combinational therapy | 24  that pertains to combinational therapy | | | | |
| 339 | 339 | | | | |
| 1  and -- and does not impact the conclusion | 1  and -- and does not impact the conclusion | | | | |
| 2  of Taxotere alone. | 2  of Taxotere alone. | | | | |
| 3      There's no evidence that -- | 3      There's no evidence that -- | | | | |
| 4  of cause -- I'm not saying causality. | 4  of cause -- I'm not saying causality. | | | | |
| 5  We're not saying possible relationship. | 5  We're not saying possible relationship. | | | | |
| 6  We're saying causes.  And there's a | 6  We're saying causes.  And there's a | | | | |
| 7  distinction there. | 7  distinction there. | | | | |
| 8      Q.   And the only question | 8      Q.   And the only question | | | | |
| 9  pending is whether you were aware of the | 9  pending is whether you were aware of the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  existence of the Canadian consent form | 10  existence of the Canadian consent form | | | | |
| 11  listing permanent hair loss as a known | 11  listing permanent hair loss as a known | | | | |
| 12  reported side effect of Taxotere at the | 12  reported side effect of Taxotere at the | | | | |
| 13  time that you reached your conclusion, | 13  time that you reached your conclusion, | | | | |
| 14  and the answer is yes. | 14  and the answer is yes. | | | | |
| 15     A.  No, that answer is no.  I | 15     A.  No, that answer is no.  I | | | | |
| 16  don't -- I believe I testified I was not | 16  don't -- I believe I testified I was not | | | | |
| 17  aware of the Canadian informed consent | 17  aware of the Canadian informed consent | | | | |
| 18  form. | 18  form. | | | | |
| 19     Q.  You were aware of the | 19     Q.  You were aware of the | | | | |
| 20  GEICAM-TAX301 ten-year follow-up with 6.1 | 20  GEICAM-TAX301 ten-year follow-up with 6.1 | | | | |
| 21  percent; correct? | 21  percent; correct? | | | | |
| 22     A.  I'm aware that that's in the | 22     A.  I'm aware that that's in the | | | | |
| 23  company core safety information and -- | 23  company core safety information and -- | | | | |
| 24  and, again, that that's a combinational | 24  and, again, that that's a combinational | | | | |
| 340 | 340 | | | | |
| 1  regimen of Taxotere in combination with | 1  regimen of Taxotere in combination with | | | | |
| 2  Adriamycin and cyclophosphamide. | 2  Adriamycin and cyclophosphamide. | | | | |
| 3     Q.  And you were aware -- at the | 3     Q.  And you were aware -- at the | | | | |
| 4  time that you submitted the 2011 clinical | 4  time that you submitted the 2011 clinical | | | | |
| 5  overview to the French agency, you were | 5  overview to the French agency, you were | | | | |
| 6  aware of the 66 patients in France, | 6  aware of the 66 patients in France, | | | | |
| 7  correct, that we discussed on Exhibit No. | 7  correct, that we discussed on Exhibit No. | | | | |
| 8  15? | 8  15? | | | | |
| 9     A.  Yes, and the -- | 9     A.  Yes, and the -- | | | | |
| 10     Q.  You were aware of it. | 10     Q.  You were aware of it. | | | | |
| 11  That's the only question. | 11  That's the only question. | | | | |
| 12     A.  I previously testified my | 12     A.  I previously testified my | | | | |
| 13  awareness to that. | 13  awareness to that. | | | | |
| 14     Q.  And you were aware that | 14     Q.  And you were aware that | | | | |
| 15  amongst those reports were, as reported, | 15  amongst those reports were, as reported, | | | | |
| 16  monotherapy Taxotere cases. | 16  monotherapy Taxotere cases. | | | | |
| 17     A.  I was -- | 17     A.  I was -- | | | | |
| 18     Q.  Right? | 18     Q.  Right? | | | | |
| 19     A.  I was aware of those cases | 19     A.  I was aware of those cases | | | | |
| 20  and that does not change our -- change my | 20  and that does not change our -- change my | | | | |
| 21  opinion of the conclusion being a correct | 21  opinion of the conclusion being a correct | | | | |
| 22  conclusion. | 22  conclusion. | | | | |
| 23     Q.  And you were aware of the | 23     Q.  And you were aware of the | | | | |
| 24  TAX316 ten-year follow-up study citing | 24  TAX316 ten-year follow-up study citing | | | | |
| 341 | 341 | | | | |
| 1  over 4 percent ongoing at the end of the | 1  over 4 percent ongoing at the end of the | | | | |
| 2  study; correct? | 2  study; correct? | | | | |
| 3        MR. KEENAN:  Objection; | 3        MR. KEENAN:  Objection; | | | | |
| 4     form. | 4     form. | | | | |
| 5        THE WITNESS:  Of the subset | 5        THE WITNESS:  Of the subset | | | | |
| 6     4.2 percent or over 4 percent.  Of | 6     4.2 percent or over 4 percent.  Of | | | | |
| 7     the entire safety population, I | 7     the entire safety population, I | | | | |
| 8     think it was 3.9.  But, yes, I was | 8     think it was 3.9.  But, yes, I was | | | | |
| 9     aware of this other combinational | 9     aware of this other combinational | | | | |
| 10     regimen that combined Taxotere | 10     regimen that combined Taxotere | | | | |
| 11     with Adriamycin and | 11     with Adriamycin and | | | | |
| 12     cyclophosphamide. | 12     cyclophosphamide. | | | | |
| 13  BY MR. BACHUS: | 13  BY MR. BACHUS: | | | | |
| 14     Q.  And you -- at the time in | 14     Q.  And you -- at the time in | | | | |
| 15  2011 when you submitted this clinical | 15  2011 when you submitted this clinical | | | | |
| 16  overview to the French authorities, you | 16  overview to the French authorities, you | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 17   were aware of The Globe and Mail article | 17   were aware of The Globe and Mail article | | | | |
| 18   where women were angered that they | 18   where women were angered that they | | | | |
| 19   weren't warned about permanent hair loss | 19   weren't warned about permanent hair loss | | | | |
| 20   as described in Exhibit 17; correct? | 20   as described in Exhibit 17; correct? | | | | |
| 21      A.   Yes, and again, as my | 21      A.   Yes, and again, as my | | | | |
| 22   testimony was, I also believe that at the | 22   testimony was, I also believe that at the | | | | |
| 23   time, that -- that persistent alopecia | 23   time, that -- that persistent alopecia | | | | |
| 24   was in the Canadian label. | 24   was in the Canadian label. | | | | |
| 342 | 342 | | | | |
| 1      Q.   Did the French regulatory | 1      Q.   Did the French regulatory | | | | |
| 2   agency ask you to limit your analysis to | 2   agency ask you to limit your analysis to | | | | |
| 3   docetaxel alone? | 3   docetaxel alone? | | | | |
| 4      A.   I would have to look at the | 4      A.   I would have to look at the | | | | |
| 5   -- the request from the French regulatory | 5   -- the request from the French regulatory | | | | |
| 6   agency. | 6   agency. | | | | |
| 7           MR. BACHUS:  We'll take a | 7           MR. BACHUS:  We'll take a | | | | |
| 8   break. | 8   break. | | | | |
| 9           THE VIDEO TECHNICIAN:  Okay. | 9           THE VIDEO TECHNICIAN:  Okay. | | | | |
| 10   The time is 4:58 p.m.  Off the | 10   The time is 4:58 p.m.  Off the | | | | |
| 11   record. | 11   record. | | | | |
| 12           (A recess was taken from | 12           (A recess was taken from | | | | |
| 13   4:58 p.m. to 5:23 p.m.) | 13   4:58 p.m. to 5:23 p.m.) | | | | |
| 14           THE VIDEO TECHNICIAN:  We | 14           THE VIDEO TECHNICIAN:  We | | | | |
| 15   are back on the record.  The time | 15   are back on the record.  The time | | | | |
| 16   is 5:23 p.m. | 16   is 5:23 p.m. | | | | |
| 17        - - - | 17        - - - | | | | |
| 18           (Deposition Exhibit No. | 18           (Deposition Exhibit No. | | | | |
| 19   Kopreski-19, Two Copies of a | 19   Kopreski-19, Two Copies of a | | | | |
| 20   1/28/11 Warning Letter from | 20   1/28/11 Warning Letter from | | | | |
| 21   Amador-Toro to Irace, | 21   Amador-Toro to Irace, | | | | |
| 22   Sanofi_05438521 through | 22   Sanofi_05438521 through | | | | |
| 23   Sanofi_05438526, was marked for | 23   Sanofi_05438526, was marked for | | | | |
| 24   identification.) | 24   identification.) | | | | |
| 343 | 343 | | | | |
| 1        - - - | 1        - - - | | | | |
| 2   BY MR. BACHUS: | 2   BY MR. BACHUS: | | | | |
| 3      Q.   I've handed you what's been | 3      Q.   I've handed you what's been | | | | |
| 4   marked as Exhibit No. 19.  It is two | 4   marked as Exhibit No. 19.  It is two | | | | |
| 5   letters, but they're the same letter. | 5   letters, but they're the same letter. | | | | |
| 6   One is illegible and was produced.  It is | 6   One is illegible and was produced.  It is | | | | |
| 7   Sanofi_05438521 and we found the same | 7   Sanofi_05438521 and we found the same | | | | |
| 8   letter in a legible format on the FDA's | 8   letter in a legible format on the FDA's | | | | |
| 9   web portal and printed that and that is | 9   web portal and printed that and that is | | | | |
| 10   the top copy, and I'm going to work off | 10   the top copy, and I'm going to work off | | | | |
| 11   of the top copy.  I've made | 11   of the top copy.  I've made | | | | |
| 12   representations off the record that it's | 12   representations off the record that it's | | | | |
| 13   the same letter because it is. | 13   the same letter because it is. | | | | |
| 14           Doctor, you have a copy of | 14           Doctor, you have a copy of | | | | |
| 15   this Exhibit 19? | 15   this Exhibit 19? | | | | |
| 16      A.   Yes, thank you. | 16      A.   Yes, thank you. | | | | |
| 17      Q.   Do you see at the top this | 17      Q.   Do you see at the top this | | | | |
| 18   is a letter that is from the FDA and it's | 18   is a letter that is from the FDA and it's | | | | |
| 19   dated January 28th, 2011? | 19   dated January 28th, 2011? | | | | |
| 20      A.   Okay. | 20      A.   Okay. | | | | |
| 21      Q.   And it is a warning letter | 21      Q.   And it is a warning letter | | | | |
| 22   and it is addressed to Gregory Irace, who | 22   and it is addressed to Gregory Irace, who | | | | |
| 23   at the time was president and chief | 23   at the time was president and chief | | | | |
| 24   executive officer of Sanofi-Aventis U.S. | 24   executive officer of Sanofi-Aventis U.S. | | | | |
| 344 | 344 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 1  Do you see that? | 1  Do you see that? | | | | |
| 2      A.  I do. | 2      A.  I do. | | | | |
| 3      Q.  All right. | 3      Q.  All right. | | | | |
| 4          If you go to the last | 4          If you go to the last | | | | |
| 5  sentence of the first paragraph, you'll | 5  sentence of the first paragraph, you'll | | | | |
| 6  see that the FDA says:  Therefore, the | 6  see that the FDA says:  Therefore, the | | | | |
| 7  FDA concludes that Sanofi has engaged in | 7  FDA concludes that Sanofi has engaged in | | | | |
| 8  prohibited acts in violation of Section | 8  prohibited acts in violation of Section | | | | |
| 9  30(e) -- 301(e) of the act. | 9  30(e) -- 301(e) of the act. | | | | |
| 10          Do you see that? | 10          Do you see that? | | | | |
| 11      A.  If you could just give me a | 11      A.  If you could just give me a | | | | |
| 12  second to read the entire paragraph? | 12  second to read the entire paragraph? | | | | |
| 13      Q.  And I really -- I mean -- | 13      Q.  And I really -- I mean -- | | | | |
| 14      A.  I understand your time | 14      A.  I understand your time | | | | |
| 15  constraints.  I'm going to try to breeze | 15  constraints.  I'm going to try to breeze | | | | |
| 16  through this. | 16  through this. | | | | |
| 17          Okay.  Go ahead.  Go ahead, | 17          Okay.  Go ahead.  Go ahead, | | | | |
| 18  Mr. Bachus. | 18  Mr. Bachus. | | | | |
| 19      Q.  The next paragraph says that | 19      Q.  The next paragraph says that | | | | |
| 20  Sanofi's deviations from the FDA | 20  Sanofi's deviations from the FDA | | | | |
| 21  reporting requirements observed during | 21  reporting requirements observed during | | | | |
| 22  this inspection include, but are not | 22  this inspection include, but are not | | | | |
| 23  limited to, the following. | 23  limited to, the following. | | | | |
| 24      And then it says: | 24      And then it says: | | | | |
| 345 | 345 | | | | |
| 1  inadequate written procedures for the | 1  inadequate written procedures for the | | | | |
| 2  surveillance, receipt, evaluation, and | 2  surveillance, receipt, evaluation, and | | | | |
| 3  reporting of adverse events as required | 3  reporting of adverse events as required | | | | |
| 4  by Federal Regulation 21 CFR 314.80(b). | 4  by Federal Regulation 21 CFR 314.80(b). | | | | |
| 5          Do you see that? | 5          Do you see that? | | | | |
| 6      A.  I see that. | 6      A.  I see that. | | | | |
| 7      Q.  And these are | 7      Q.  And these are | | | | |
| 8  pharmacovigilance obligations that are | 8  pharmacovigilance obligations that are | | | | |
| 9  being described in the highlighted | 9  being described in the highlighted | | | | |
| 10  portion of this letter; correct? | 10  portion of this letter; correct? | | | | |
| 11          MR. KEENAN:  Object to form. | 11          MR. KEENAN:  Object to form. | | | | |
| 12  BY MR. BACHUS: | 12  BY MR. BACHUS: | | | | |
| 13      Q.  The -- | 13      Q.  The -- | | | | |
| 14      A.  I'm not familiar with this | 14      A.  I'm not familiar with this | | | | |
| 15  letter or the details of the matter, so I | 15  letter or the details of the matter, so I | | | | |
| 16  do not have an opinion on that. | 16  do not have an opinion on that. | | | | |
| 17      Q.  Well, would you agree with | 17      Q.  Well, would you agree with | | | | |
| 18  me that part of pharmacovigilance is the | 18  me that part of pharmacovigilance is the | | | | |
| 19  surveillance, receipt, evaluation, and | 19  surveillance, receipt, evaluation, and | | | | |
| 20  reporting of adverse events? | 20  reporting of adverse events? | | | | |
| 21      A.  That is -- that is a -- | 21      A.  That is -- that is a -- | | | | |
| 22  well, not the failure, but the -- the | 22  well, not the failure, but the -- the | | | | |
| 23  submission of serious and unexpected | 23  submission of serious and unexpected | | | | |
| 24  adverse events in an expedited manner is | 24  adverse events in an expedited manner is | | | | |
| 346 | 346 | | | | |
| 1  part of pharmacovigilance regulations. | 1  part of pharmacovigilance regulations. | | | | |
| 2          But first off -- | 2          But first off -- | | | | |
| 3      Q.  It's part of safety.  Right? | 3      Q.  It's part of safety.  Right? | | | | |
| 4      A.  That's part of -- part of | 4      A.  That's part of -- part of | | | | |
| 5  pharmacovigilance practice, that's | 5  pharmacovigilance practice, that's | | | | |
| 6  correct. | 6  correct. | | | | |
| 7      Q.  If you would turn to the | 7      Q.  If you would turn to the | | | | |
| 8  second page, on the bottom, it says page | 8  second page, on the bottom, it says page | | | | |
| 9  2 of 4 -- you'll know you're on the right | 9  2 of 4 -- you'll know you're on the right | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  page -- and then the paragraph that is | 10  page -- and then the paragraph that is | | | | |
| 11  second from the bottom begins with "The | 11  second from the bottom begins with "The | | | | |
| 12  'Adverse Event Reporting Form.'" | 12  'Adverse Event Reporting Form.'" | | | | |
| 13        Do you see that? | 13        Do you see that? | | | | |
| 14     A.   I do. | 14     A.   I do. | | | | |
| 15     Q.   It says:  The Adverse Event | 15     Q.   It says:  The Adverse Event | | | | |
| 16  Reporting Form used by your call center | 16  Reporting Form used by your call center | | | | |
| 17  contractors for the receipt of adverse | 17  contractors for the receipt of adverse | | | | |
| 18  drug experiences fails to correctly | 18  drug experiences fails to correctly | | | | |
| 19  identify the adverse outcomes required to | 19  identify the adverse outcomes required to | | | | |
| 20  determine the seriousness of an adverse | 20  determine the seriousness of an adverse | | | | |
| 21  drug experience. | 21  drug experience. | | | | |
| 22        Do you see that? | 22        Do you see that? | | | | |
| 23     A.   I see where you've | 23     A.   I see where you've | | | | |
| 24  underlined, yes. | 24  underlined, yes. | | | | |
|                         347 |                         347 | | | | |
| 1     Q.   And it goes on to say:  The | 1     Q.   And it goes on to say:  The | | | | |
| 2  failure to correctly identify the | 2  failure to correctly identify the | | | | |
| 3  outcomes of any serious adverse drug | 3  outcomes of any serious adverse drug | | | | |
| 4  experience could lead to inaccurate data | 4  experience could lead to inaccurate data | | | | |
| 5  entry in your database. | 5  entry in your database. | | | | |
| 6        Do you see that? | 6        Do you see that? | | | | |
| 7     A.   I do. | 7     A.   I do. | | | | |
| 8     Q.   And on MedWatch forms.  Do | 8     Q.   And on MedWatch forms.  Do | | | | |
| 9  you see that? | 9  you see that? | | | | |
| 10     A.   Yes. | 10     A.   Yes. | | | | |
| 11     Q.   This is -- by the way, I | 11     Q.   This is -- by the way, I | | | | |
| 12  think we talked about the date of this. | 12  think we talked about the date of this. | | | | |
| 13  This is January of 2011 and the last | 13  This is January of 2011 and the last | | | | |
| 14  document that we looked at, which was | 14  document that we looked at, which was | | | | |
| 15  this clinical overview, is dated -- this | 15  this clinical overview, is dated -- this | | | | |
| 16  Exhibit No. 18 -- was dated January 18th, | 16  Exhibit No. 18 -- was dated January 18th, | | | | |
| 17  2011. | 17  2011. | | | | |
| 18        Ten days after you submit | 18        Ten days after you submit | | | | |
| 19  this overview where you eliminate 91 | 19  this overview where you eliminate 91 | | | | |
| 20  percent of your data because of a lack of | 20  percent of your data because of a lack of | | | | |
| 21  outcomes, there's a warning letter | 21  outcomes, there's a warning letter | | | | |
| 22  delivered to the CEO of your company | 22  delivered to the CEO of your company | | | | |
| 23  indicating that one of the concerns that | 23  indicating that one of the concerns that | | | | |
| 24  the FDA had with your violation -- your | 24  the FDA had with your violation -- your | | | | |
|                         348 |                         348 | | | | |
| 1  company's violations of the rules was a | 1  company's violations of the rules was a | | | | |
| 2  failure to be able to identify adverse | 2  failure to be able to identify adverse | | | | |
| 3  outcomes and to correctly identify the | 3  outcomes and to correctly identify the | | | | |
| 4  outcomes on MedWatch forms. | 4  outcomes on MedWatch forms. | | | | |
| 5        Were you aware at any time | 5        Were you aware at any time | | | | |
| 6  of this warning letter that came | 6  of this warning letter that came | | | | |
| 7  regarding recording of and documenting of | 7  regarding recording of and documenting of | | | | |
| 8  safety issues? | 8  safety issues? | | | | |
| 9     A.   I don't -- | 9     A.   I don't -- | | | | |
| 10        MR. KEENAN:  Object to form. | 10        MR. KEENAN:  Object to form. | | | | |
| 11        THE WITNESS:  I don't recall | 11        THE WITNESS:  I don't recall | | | | |
| 12     this warning letter, no. | 12     this warning letter, no. | | | | |
| 13  BY MR. BACHUS: | 13  BY MR. BACHUS: | | | | |
| 14     Q.   And at the time that that | 14     Q.   And at the time that that | | | | |
| 15  correspondence came to the CEO in January | 15  correspondence came to the CEO in January | | | | |
| 16  of 2011, you were the head of safety for | 16  of 2011, you were the head of safety for | | | | |
| 17  the oncology department over Taxotere; | 17  the oncology department over Taxotere; | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18  correct? | 18  correct? | | | | |
| 19       A.  Well, for the clinical trial | 19       A.  Well, for the clinical trial | | | | |
| 20  -- for the clinical trial | 20  -- for the clinical trial | | | | |
| 21  pharmacovigilance unit in -- for | 21  pharmacovigilance unit in -- for | | | | |
| 22  oncology. | 22  oncology. | | | | |
| 23          - - - | 23          - - - | | | | |
| 24       (Deposition Exhibit No. | 24       (Deposition Exhibit No. | | | | |
| 349 | 349 | | | | |
| 1     Kopreski-20, 6/29/11 Telefax from | 1     Kopreski-20, 6/29/11 Telefax from | | | | |
| 2     Matt to Richard, Sanofi_05891811 | 2     Matt to Richard, Sanofi_05891811 | | | | |
| 3     through Sanofi_05891814, was | 3     through Sanofi_05891814, was | | | | |
| 4     marked for identification.) | 4     marked for identification.) | | | | |
| 5          - - - | 5          - - - | | | | |
| 6  BY MR. BACHUS: | 6  BY MR. BACHUS: | | | | |
| 7       Q.  I'm going to show you what's | 7       Q.  I'm going to show you what's | | | | |
| 8  been marked as Exhibit No. 20. | 8  been marked as Exhibit No. 20. | | | | |
| 9       A.  Not to my recollection of | 9       A.  Not to my recollection of | | | | |
| 10  the MMPU, as we talked about earlier. | 10  the MMPU, as we talked about earlier. | | | | |
| 11       MR. KEENAN:  Exhibit 20? | 11       MR. KEENAN:  Exhibit 20? | | | | |
| 12       MR. BACHUS:  Yes, sir. | 12       MR. BACHUS:  Yes, sir. | | | | |
| 13  BY MR. BACHUS: | 13  BY MR. BACHUS: | | | | |
| 14       Q.  Our last document was in | 14       Q.  Our last document was in | | | | |
| 15  January of 2011, the warning document | 15  January of 2011, the warning document | | | | |
| 16  from the FDA.  This is June of 2011. | 16  from the FDA.  This is June of 2011. | | | | |
| 17       You're familiar with this | 17       You're familiar with this | | | | |
| 18  document that has been marked as Exhibit | 18  document that has been marked as Exhibit | | | | |
| 19  20, aren't you, Doctor? | 19  20, aren't you, Doctor? | | | | |
| 20       A.  Let me see what this is. | 20       A.  Let me see what this is. | | | | |
| 21       (Pause.) | 21       (Pause.) | | | | |
| 22  BY MR. BACHUS: | 22  BY MR. BACHUS: | | | | |
| 23       Q.  Are you ready for me to ask | 23       Q.  Are you ready for me to ask | | | | |
| 24  questions? | 24  questions? | | | | |
| 350 | 350 | | | | |
| 1       A.  Well, in response to your | 1       A.  Well, in response to your | | | | |
| 2  last question, I may briefly have seen | 2  last question, I may briefly have seen | | | | |
| 3  this document in preparation of -- for | 3  this document in preparation of -- for | | | | |
| 4  this deposition, but I'm not -- I can't | 4  this deposition, but I'm not -- I can't | | | | |
| 5  otherwise recall being familiar with this | 5  otherwise recall being familiar with this | | | | |
| 6  document. | 6  document. | | | | |
| 7       Q.  If you look at the last page | 7       Q.  If you look at the last page | | | | |
| 8  of the document, which is the meta data | 8  of the document, which is the meta data | | | | |
| 9  page, this document was pulled from your | 9  page, this document was pulled from your | | | | |
| 10  custodian file. | 10  custodian file. | | | | |
| 11       A.  Uh-hum. | 11       A.  Uh-hum. | | | | |
| 12       Q.  And was created in that file | 12       Q.  And was created in that file | | | | |
| 13  in June of 2011.  Do you see that? | 13  in June of 2011.  Do you see that? | | | | |
| 14       A.  I do, but I -- other than, | 14       A.  I do, but I -- other than, | | | | |
| 15  you know, looking at this briefly in | 15  you know, looking at this briefly in | | | | |
| 16  preparation for this deposition, I don't | 16  preparation for this deposition, I don't | | | | |
| 17  recall being familiar with this. | 17  recall being familiar with this. | | | | |
| 18       Q.  All right.  If you look at | 18       Q.  All right.  If you look at | | | | |
| 19  the first page, again, the date on this | 19  the first page, again, the date on this | | | | |
| 20  correspondence is June the 29th, 2011 at | 20  correspondence is June the 29th, 2011 at | | | | |
| 21  the top.  Do you see that? | 21  the top.  Do you see that? | | | | |
| 22       A.  Yes. | 22       A.  Yes. | | | | |
| 23       Q.  At the bottom -- and, again, | 23       Q.  At the bottom -- and, again, | | | | |
| 24  this is from the European Medicines | 24  this is from the European Medicines | | | | |
| 351 | 351 | | | | |
| 1  Agency.  That's the drug regulatory | 1  Agency.  That's the drug regulatory | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2  agency for Europe, the European Union; is | 2  agency for Europe, the European Union; is | | | | |
| 3  that correct? | 3  that correct? | | | | |
| 4      A.   That's correct. | 4      A.   That's correct. | | | | |
| 5      Q.   And at the bottom of this on | 5      Q.   And at the bottom of this on | | | | |
| 6  the first page, do you see where it says | 6  the first page, do you see where it says | | | | |
| 7  -- it starts, it says:  It should be | 7  -- it starts, it says:  It should be | | | | |
| 8  noted that the MAH -- and the MAH in this | 8  noted that the MAH -- and the MAH in this | | | | |
| 9  particular situation is Sanofi; correct? | 9  particular situation is Sanofi; correct? | | | | |
| 10      A.   Yes, yes -- | 10      A.   Yes, yes -- | | | | |
| 11      Q.   Over Taxotere, the MAH of | 11      Q.   Over Taxotere, the MAH of | | | | |
| 12  Taxotere? | 12  Taxotere? | | | | |
| 13      A.   Yes, the market | 13      A.   Yes, the market | | | | |
| 14  authorization holder, so -- | 14  authorization holder, so -- | | | | |
| 15      Q.   Sanofi. | 15      Q.   Sanofi. | | | | |
| 16      A.   For -- for -- | 16      A.   For -- for -- | | | | |
| 17      Q.   Right. | 17      Q.   Right. | | | | |
| 18      A.   Well, Sanofi or its -- or | 18      A.   Well, Sanofi or its -- or | | | | |
| 19  its predecessor companies. | 19  its predecessor companies. | | | | |
| 20      Q.   It says:  It should be noted | 20      Q.   It says:  It should be noted | | | | |
| 21  that the MAH has been requested to | 21  that the MAH has been requested to | | | | |
| 22  provide cumulative data within one unique | 22  provide cumulative data within one unique | | | | |
| 23  PSUR several times since 2003.  However, | 23  PSUR several times since 2003.  However, | | | | |
| 24  the -- Sanofi continues to provide | 24  the -- Sanofi continues to provide | | | | |
| 352 | 352 | | | | |
| 1  scattered data through multiple separate | 1  scattered data through multiple separate | | | | |
| 2  PSURs. | 2  PSURs. | | | | |
| 3      Do you see that? | 3      Do you see that? | | | | |
| 4      A.   I do. | 4      A.   I do. | | | | |
| 5      Q.   It goes on to say that | 5      Q.   It goes on to say that | | | | |
| 6  presentation of the provided data | 6  presentation of the provided data | | | | |
| 7  rendered an accurate analysis of safety | 7  rendered an accurate analysis of safety | | | | |
| 8  information difficult.  Do you see that? | 8  information difficult.  Do you see that? | | | | |
| 9      A.   I see where -- | 9      A.   I see where -- | | | | |
| 10      Q.   At the top? | 10      Q.   At the top? | | | | |
| 11      A.   I see where you've | 11      A.   I see where you've | | | | |
| 12  underlined. | 12  underlined. | | | | |
| 13      Q.   Okay. | 13      Q.   Okay. | | | | |
| 14      So in addition to the FDA | 14      So in addition to the FDA | | | | |
| 15  raising concerns about the conduct of the | 15  raising concerns about the conduct of the | | | | |
| 16  safety department at Sanofi in January of | 16  safety department at Sanofi in January of | | | | |
| 17  2011, here we have the EMA raising | 17  2011, here we have the EMA raising | | | | |
| 18  concerns about scattered data and | 18  concerns about scattered data and | | | | |
| 19  presentation of data that rendered an | 19  presentation of data that rendered an | | | | |
| 20  accurate analysis of safety information | 20  accurate analysis of safety information | | | | |
| 21  difficult; correct? | 21  difficult; correct? | | | | |
| 22      MR. KEENAN:  Object to form. | 22      MR. KEENAN:  Object to form. | | | | |
| 23      THE WITNESS:  Well, this -- | 23      THE WITNESS:  Well, this -- | | | | |
| 24  this may have -- this may have | 24  this may have -- this may have | | | | |
| 353 | 353 | | | | |
| 1  occurred during the time that | 1  occurred during the time that | | | | |
| 2  there was the MPPU, and this may | 2  there was the MPPU, and this may | | | | |
| 3  not have fallen into an area of -- | 3  not have fallen into an area of -- | | | | |
| 4  it may have fallen over to the | 4  it may have fallen over to the | | | | |
| 5  MPPU side. | 5  MPPU side. | | | | |
| 6      But I don't recall this | 6      But I don't recall this | | | | |
| 7  particular correspondence, other | 7  particular correspondence, other | | | | |
| 8  than in the preparation, as I | 8  than in the preparation, as I | | | | |
| 9  mentioned. | 9  mentioned. | | | | |
| 10  BY MR. BACHUS: | 10  BY MR. BACHUS: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 11     Q.  If you look at the bottom of | 11     Q.  If you look at the bottom of | | | | |
| 12  page 2 of Exhibit No. 20, it discusses | 12  page 2 of Exhibit No. 20, it discusses | | | | |
| 13  information on persistent alopecia. Do | 13  information on persistent alopecia. Do | | | | |
| 14  you see that? | 14  you see that? | | | | |
| 15     A.  Okay. | 15     A.  Okay. | | | | |
| 16     Q.  And it says:  The MAH -- and | 16     Q.  And it says:  The MAH -- and | | | | |
| 17  again we can just substitute Sanofi; | 17  again we can just substitute Sanofi; | | | | |
| 18  correct? | 18  correct? | | | | |
| 19     A.  Uh-hum. | 19     A.  Uh-hum. | | | | |
| 20     Q.  Yes? | 20     Q.  Yes? | | | | |
| 21     A.  Okay. | 21     A.  Okay. | | | | |
| 22     Q.  -- Sanofi must provide | 22     Q.  -- Sanofi must provide | | | | |
| 23  comparative safety results of the | 23  comparative safety results of the | | | | |
| 24  long-term follow-up. Do you see that? | 24  long-term follow-up. Do you see that? | | | | |
| 354 | 354 | | | | |
| 1     A.  I do. | 1     A.  I do. | | | | |
| 2     Q.  It goes on to say, given -- | 2     Q.  It goes on to say, given -- | | | | |
| 3  in the second paragraph:  Given the | 3  in the second paragraph:  Given the | | | | |
| 4  serious psychological consequences of | 4  serious psychological consequences of | | | | |
| 5  this adverse event -- referring to | 5  this adverse event -- referring to | | | | |
| 6  persistent alopecia -- in often young | 6  persistent alopecia -- in often young | | | | |
| 7  patients treated mainly in an adjuvant | 7  patients treated mainly in an adjuvant | | | | |
| 8  scheme, healthcare professionals and | 8  scheme, healthcare professionals and | | | | |
| 9  patients should be informed of the | 9  patients should be informed of the | | | | |
| 10  possible irreversibility of alopecia. | 10  possible irreversibility of alopecia. | | | | |
| 11     Do you see that? | 11     Do you see that? | | | | |
| 12     A.  Yes, I do. | 12     A.  Yes, I do. | | | | |
| 13     Q.  And it goes on to say: | 13     Q.  And it goes on to say: | | | | |
| 14  Given the number of cases reported in | 14  Given the number of cases reported in | | | | |
| 15  postmarketing surveillance, the EU SmPC | 15  postmarketing surveillance, the EU SmPC | | | | |
| 16  -- which is the European label; correct? | 16  -- which is the European label; correct? | | | | |
| 17     A.  Yes. | 17     A.  Yes. | | | | |
| 18     Q.  -- should therefore be | 18     Q.  -- should therefore be | | | | |
| 19  updated in order to address this risk | 19  updated in order to address this risk | | | | |
| 20  more clearly. | 20  more clearly. | | | | |
| 21     Is that right? | 21     Is that right? | | | | |
| 22     A.  Yes. | 22     A.  Yes. | | | | |
| 23     Q.  So you at Sanofi, Dr. | 23     Q.  So you at Sanofi, Dr. | | | | |
| 24  Palatinsky with your blessing, submitted | 24  Palatinsky with your blessing, submitted | | | | |
| 355 | 355 | | | | |
| 1  a clinical overview to the French | 1  a clinical overview to the French | | | | |
| 2  regulatory agency indicating that you | 2  regulatory agency indicating that you | | | | |
| 3  found no causal association between | 3  found no causal association between | | | | |
| 4  Taxotere and permanent hair loss or | 4  Taxotere and permanent hair loss or | | | | |
| 5  Taxotere alone and permanent hair loss. | 5  Taxotere alone and permanent hair loss. | | | | |
| 6  But, here, the EMA is requiring you to | 6  But, here, the EMA is requiring you to | | | | |
| 7  update your label to provide more clearer | 7  update your label to provide more clearer | | | | |
| 8  risk information about persistent | 8  risk information about persistent | | | | |
| 9  alopecia; correct? | 9  alopecia; correct? | | | | |
| 10     A.  I think you -- incorrect | 10     A.  I think you -- incorrect | | | | |
| 11  that I think you've misstated Dr. | 11  that I think you've misstated Dr. | | | | |
| 12  Palatinsky's conclusion, because you're | 12  Palatinsky's conclusion, because you're | | | | |
| 13  using, again, causal association, which | 13  using, again, causal association, which | | | | |
| 14  we agreed would be my terminology of | 14  we agreed would be my terminology of | | | | |
| 15  possible relationship -- | 15  possible relationship -- | | | | |
| 16     Q.  Okay. I'll withdraw the | 16     Q.  Okay. I'll withdraw the | | | | |
| 17  question and restate it. | 17  question and restate it. | | | | |
| 18     A.  Okay. | 18     A.  Okay. | | | | |
| 19     Q.  Do you agree with me that | 19     Q.  Do you agree with me that | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 20  after the French regulatory authorities | 20  after the French regulatory authorities | | | | |
| 21  received your clinical overview, that the | 21  received your clinical overview, that the | | | | |
| 22  EMA nonetheless required that your | 22  EMA nonetheless required that your | | | | |
| 23  company provide an update to the label in | 23  company provide an update to the label in | | | | |
| 24  Europe to address the risk of persistent | 24  Europe to address the risk of persistent | | | | |
| 356 | 356 | | | | |
| 1  alopecia more clearly? | 1  alopecia more clearly? | | | | |
| 2      A.  Well, I don't think they -- | 2      A.  Well, I don't think they -- | | | | |
| 3  I wouldn't say required.  I would -- I | 3  I wouldn't say required.  I would -- I | | | | |
| 4  would say that the -- following the | 4  would say that the -- following the | | | | |
| 5  clinical overview, there was a | 5  clinical overview, there was a | | | | |
| 6  recommendation from the French health | 6  recommendation from the French health | | | | |
| 7  authorities that was in agreement with | 7  authorities that was in agreement with | | | | |
| 8  the analysis of the clinical overview | 8  the analysis of the clinical overview | | | | |
| 9  and, yet, went on to suggest refinement | 9  and, yet, went on to suggest refinement | | | | |
| 10  of the language in the label. | 10  of the language in the label. | | | | |
| 11      And that French | 11      And that French | | | | |
| 12  recommendation was then further -- France | 12  recommendation was then further -- France | | | | |
| 13  being the rapporteur, as I recall, for | 13  being the rapporteur, as I recall, for | | | | |
| 14  Taxotere, that French recommendation was | 14  Taxotere, that French recommendation was | | | | |
| 15  adopted in this EMA letter basically | 15  adopted in this EMA letter basically | | | | |
| 16  paraphrasing what the -- what the -- our | 16  paraphrasing what the -- what the -- our | | | | |
| 17  French rapporteur had commented. | 17  French rapporteur had commented. | | | | |
| 18      Q.  What the EMA told you in | 18      Q.  What the EMA told you in | | | | |
| 19  this letter in June of 2011 is, given the | 19  this letter in June of 2011 is, given the | | | | |
| 20  serious psychological consequences of | 20  serious psychological consequences of | | | | |
| 21  this adverse effect in often young | 21  this adverse effect in often young | | | | |
| 22  patients treated mainly in an adjuvant | 22  patients treated mainly in an adjuvant | | | | |
| 23  scheme, healthcare professionals and | 23  scheme, healthcare professionals and | | | | |
| 24  patients should be informed of the | 24  patients should be informed of the | | | | |
| 357 | 357 | | | | |
| 1  possible irreversibility of alopecia; | 1  possible irreversibility of alopecia; | | | | |
| 2  correct? | 2  correct? | | | | |
| 3      A.  That's correct. | 3      A.  That's correct. | | | | |
| 4      Q.  Then they said, you should | 4      Q.  Then they said, you should | | | | |
| 5  therefore -- that the EU SmPC should | 5  therefore -- that the EU SmPC should | | | | |
| 6  therefore be updated in order to address | 6  therefore be updated in order to address | | | | |
| 7  this risk more clearly; correct? | 7  this risk more clearly; correct? | | | | |
| 8      A.  That's correct. | 8      A.  That's correct. | | | | |
| 9      Q.  And that occurred -- that | 9      Q.  And that occurred -- that | | | | |
| 10  determination occurred despite the fact | 10  determination occurred despite the fact | | | | |
| 11  that 91 percent of the reported cases of | 11  that 91 percent of the reported cases of | | | | |
| 12  alopecia were not even considered in your | 12  alopecia were not even considered in your | | | | |
| 13  analysis due to lack of outcome | 13  analysis due to lack of outcome | | | | |
| 14  information. | 14  information. | | | | |
| 15      MR. KEENAN:  Object to form. | 15      MR. KEENAN:  Object to form. | | | | |
| 16      THE WITNESS:  Again, I think | 16      THE WITNESS:  Again, I think | | | | |
| 17  the -- suggests that they were not | 17  the -- suggests that they were not | | | | |
| 18  considered is a | 18  considered is a | | | | |
| 19  mischaracterization.  They were | 19  mischaracterization.  They were | | | | |
| 20  considered and they were found | 20  considered and they were found | | | | |
| 21  that they lacked sufficient | 21  that they lacked sufficient | | | | |
| 22  information to consider them | 22  information to consider them | | | | |
| 23  meeting the definition of the one | 23  meeting the definition of the one | | | | |
| 24  year of persistent alopecia. | 24  year of persistent alopecia. | | | | |
| 358 | 358 | | | | |
| 1      That would be my | 1      That would be my | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2   understanding.  It's not that they | 2   understanding.  It's not that they | | | | |
| 3   were -- you know, so there's a | 3   were -- you know, so there's a | | | | |
| 4   process that Dr. Palatinsky | 4   process that Dr. Palatinsky | | | | |
| 5   described.  The conclusion was, as | 5   described.  The conclusion was, as | | | | |
| 6   we have discussed, that docetaxel | 6   we have discussed, that docetaxel | | | | |
| 7   alone does not -- does not cause, | 7   alone does not -- does not cause, | | | | |
| 8   but -- but at the same time, there | 8   but -- but at the same time, there | | | | |
| 9   was recognition of our core and | 9   was recognition of our core and | | | | |
| 10   there was a suggestion, given the | 10   there was a suggestion, given the | | | | |
| 11   psychosocial impact, which Dr. | 11   psychosocial impact, which Dr. | | | | |
| 12   Palatinsky pointed out, that there | 12   Palatinsky pointed out, that there | | | | |
| 13   would be -- that we should further | 13   would be -- that we should further | | | | |
| 14   define the label. | 14   define the label. | | | | |
| 15  BY MR. BACHUS: | 15  BY MR. BACHUS: | | | | |
| 16   Q.   In Europe. | 16   Q.   In Europe. | | | | |
| 17   A.   In Europe, in the SmPC. | 17   A.   In Europe, in the SmPC. | | | | |
| 18   Q.   Not in America, though. | 18   Q.   Not in America, though. | | | | |
| 19  Right? | 19  Right? | | | | |
| 20   A.   This was a French authority | 20   A.   This was a French authority | | | | |
| 21  and a European medical agency.  This is | 21  and a European medical agency.  This is | | | | |
| 22  not from the FDA. | 22  not from the FDA. | | | | |
| 23   Q.   Right.  Just to be clear, | 23   Q.   Right.  Just to be clear, | | | | |
| 24   when you made the decision to provide | 24   when you made the decision to provide | | | | |
| 359 | 359 | | | | |
| 1   more information about persistent | 1   more information about persistent | | | | |
| 2   alopecia in the European label, you did | 2   alopecia in the European label, you did | | | | |
| 3   not update the United States label with | 3   not update the United States label with | | | | |
| 4   that information, did you?  Either you | 4   that information, did you?  Either you | | | | |
| 5   did or you didn't. | 5   did or you didn't. | | | | |
| 6   A.   In 2011? | 6   A.   In 2011? | | | | |
| 7   Q.   Yes. | 7   Q.   Yes. | | | | |
| 8   A.   In terms of the labeling, | 8   A.   In terms of the labeling, | | | | |
| 9   discussions that may have gone on, I | 9   discussions that may have gone on, I | | | | |
| 10   would have to refer to the labeling | 10   would have to refer to the labeling | | | | |
| 11   group, but I am not aware of the same | 11   group, but I am not aware of the same | | | | |
| 12   update being made in 2011. | 12   update being made in 2011. | | | | |
| 13   Q.   European women where Sanofi | 13   Q.   European women where Sanofi | | | | |
| 14   is headquartered got more information. | 14   is headquartered got more information. | | | | |
| 15   American women didn't.  Right? | 15   American women didn't.  Right? | | | | |
| 16   A.   Well, actually, oncology | 16   A.   Well, actually, oncology | | | | |
| 17   pharmacovigilance is headquartered in the | 17   pharmacovigilance is headquartered in the | | | | |
| 18   United States so -- | 18   United States so -- | | | | |
| 19   Q.   So European women got -- | 19   Q.   So European women got -- | | | | |
| 20   European women got an updated label with | 20   European women got an updated label with | | | | |
| 21   more information about persistent | 21   more information about persistent | | | | |
| 22   alopecia in 2011 and American women did | 22   alopecia in 2011 and American women did | | | | |
| 23   not; correct? | 23   not; correct? | | | | |
| 24        MR. KEENAN:  Objection; | 24        MR. KEENAN:  Objection; | | | | |
| 360 | 360 | | | | |
| 1   form. | 1   form. | | | | |
| 2        THE WITNESS:  I -- I think | 2        THE WITNESS:  I -- I think | | | | |
| 3   the -- the characterization of the | 3   the -- the characterization of the | | | | |
| 4   different behaviors across | 4   different behaviors across | | | | |
| 5   different regions of the world is | 5   different regions of the world is | | | | |
| 6   something that needs to be | 6   something that needs to be | | | | |
| 7   recognized. | 7   recognized. | | | | |
| 8        The United States rejected | 8        The United States rejected | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 9    labeling information in 2004 that | 9    labeling information in 2004 that | | | | |
| 10    -- that the European agency | 10    -- that the European agency | | | | |
| 11    included.  So there are regional | 11    included.  So there are regional | | | | |
| 12    differences in respondents from | 12    differences in respondents from | | | | |
| 13    agencies. | 13    agencies. | | | | |
| 14  BY MR. BACHUS: | 14  BY MR. BACHUS: | | | | |
| 15    Q.   Let me just be clear, very | 15    Q.   Let me just be clear, very | | | | |
| 16  simple questions. | 16  simple questions. | | | | |
| 17    A.   Okay. | 17    A.   Okay. | | | | |
| 18    Q.   In 2011, did you update the | 18    Q.   In 2011, did you update the | | | | |
| 19  European label to provide more | 19  European label to provide more | | | | |
| 20  information to European women about | 20  information to European women about | | | | |
| 21  persisting alopecia and Taxotere? | 21  persisting alopecia and Taxotere? | | | | |
| 22    A.   And, again, I would refer | 22    A.   And, again, I would refer | | | | |
| 23  that -- | 23  that -- | | | | |
| 24    Q.   Did you or did you -- can't | 24    Q.   Did you or did you -- can't | | | | |
| 361 | 361 | | | | |
| 1  you just answer that question? | 1  you just answer that question? | | | | |
| 2    A.   It's a labeling question.  I | 2    A.   It's a labeling question.  I | | | | |
| 3  would refer that to the labeling group. | 3  would refer that to the labeling group. | | | | |
| 4  I don't know the discussions.  But as far | 4  I don't know the discussions.  But as far | | | | |
| 5  as -- as far as I'm aware -- and I said | 5  as -- as far as I'm aware -- and I said | | | | |
| 6  this -- I said this in my previous | 6  this -- I said this in my previous | | | | |
| 7  answers -- as far as I was aware, that | 7  answers -- as far as I was aware, that | | | | |
| 8  labeling that was done in Europe was not | 8  labeling that was done in Europe was not | | | | |
| 9  updated in 2011 in the U.S. | 9  updated in 2011 in the U.S. | | | | |
| 10    Q.   All right. | 10    Q.   All right. | | | | |
| 11       Going back to Exhibit 20, | 11       Going back to Exhibit 20, | | | | |
| 12  you were told by the EMA that you should | 12  you were told by the EMA that you should | | | | |
| 13  therefore update the label to address the | 13  therefore update the label to address the | | | | |
| 14  risk more clearly of persistent alopecia; | 14  risk more clearly of persistent alopecia; | | | | |
| 15  correct? | 15  correct? | | | | |
| 16    A.   It says we should therefore | 16    A.   It says we should therefore | | | | |
| 17  update this risk more clearly, that's | 17  update this risk more clearly, that's | | | | |
| 18  correct. | 18  correct. | | | | |
| 19    Q.   And you did, didn't you? | 19    Q.   And you did, didn't you? | | | | |
| 20    A.   To my knowledge. | 20    A.   To my knowledge. | | | | |
| 21    Q.   And you didn't do that at | 21    Q.   And you didn't do that at | | | | |
| 22  the same time in the United States, did | 22  the same time in the United States, did | | | | |
| 23  you? | 23  you? | | | | |
| 24    A.   Back to my testimony:  As | 24    A.   Back to my testimony:  As | | | | |
| 362 | 362 | | | | |
| 1  far as I know -- | 1  far as I know -- | | | | |
| 2    Q.   No, you didn't. | 2    Q.   No, you didn't. | | | | |
| 3    A.   Back to my testimony, as far | 3    A.   Back to my testimony, as far | | | | |
| 4  as I know, that was not done. | 4  as I know, that was not done. | | | | |
| 5    Q.   All right.  Thank you. | 5    Q.   All right.  Thank you. | | | | |
| 6    A.   But the reasons why, I would | 6    A.   But the reasons why, I would | | | | |
| 7  refer to the labeling group. | 7  refer to the labeling group. | | | | |
| 8       - - - | 8       - - - | | | | |
| 9       (Deposition Exhibit No. | 9       (Deposition Exhibit No. | | | | |
| 10    Kopreski-21, 4/8/15 Response to | 10    Kopreski-21, 4/8/15 Response to | | | | |
| 11    Agency Request, Sanofi_05072585 | 11    Agency Request, Sanofi_05072585 | | | | |
| 12    through Sanofi_05072609, was | 12    through Sanofi_05072609, was | | | | |
| 13    marked for identification.) | 13    marked for identification.) | | | | |
| 14       - - - | 14       - - - | | | | |
| 15  BY MR. BACHUS: | 15  BY MR. BACHUS: | | | | |
| 16    Q.   I've got Exhibit 21.  Are | 16    Q.   I've got Exhibit 21.  Are | | | | |
| 17  you familiar with Exhibit 21? | 17  you familiar with Exhibit 21? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18      A.   This is an exhibit that I | 18      A.   This is an exhibit that I | | | | |
| 19  reviewed during my deposition prep, but | 19  reviewed during my deposition prep, but | | | | |
| 20  this is not an exhibit that I -- that I | 20  this is not an exhibit that I -- that I | | | | |
| 21  recalled beforehand. | 21  recalled beforehand. | | | | |
| 22      Q.   The date on this document, | 22      Q.   The date on this document, | | | | |
| 23  Exhibit 21, is April 8th, 2015.  Do you | 23  Exhibit 21, is April 8th, 2015.  Do you | | | | |
| 24  agree? | 24  agree? | | | | |
| 363 | 363 | | | | |
| 1      A.   That's correct. | 1      A.   That's correct. | | | | |
| 2      Q.   This is a response to agency | 2      Q.   This is a response to agency | | | | |
| 3  request; correct? | 3  request; correct? | | | | |
| 4      A.   Yes. | 4      A.   Yes. | | | | |
| 5      Q.   Is this a -- well, why don't | 5      Q.   Is this a -- well, why don't | | | | |
| 6  we turn to page 4. | 6  we turn to page 4. | | | | |
| 7      A.   Okay. | 7      A.   Okay. | | | | |
| 8      Q.   At the top of page 4, do you | 8      Q.   At the top of page 4, do you | | | | |
| 9  see where it says:  Agency question/a | 9  see where it says:  Agency question/a | | | | |
| 10  request for information, item number 1? | 10  request for information, item number 1? | | | | |
| 11      A.   I do. | 11      A.   I do. | | | | |
| 12      Q.   In April of 2015, you were | 12      Q.   In April of 2015, you were | | | | |
| 13  responding because the FDA had requested | 13  responding because the FDA had requested | | | | |
| 14  that Sanofi provide a summary of cases of | 14  that Sanofi provide a summary of cases of | | | | |
| 15  permanent partial or total alopecia | 15  permanent partial or total alopecia | | | | |
| 16  associated with docetaxel use; correct? | 16  associated with docetaxel use; correct? | | | | |
| 17      A.   Correct. | 17      A.   Correct. | | | | |
| 18      Q.   Docetaxel is Taxotere; | 18      Q.   Docetaxel is Taxotere; | | | | |
| 19  correct? | 19  correct? | | | | |
| 20      A.   Taxotere is docetaxel. | 20      A.   Taxotere is docetaxel. | | | | |
| 21      Q.   Right. | 21      Q.   Right. | | | | |
| 22      A.   Docetaxel is not Taxotere. | 22      A.   Docetaxel is not Taxotere. | | | | |
| 23      Q.   All right. | 23      Q.   All right. | | | | |
| 24      And there's nothing about | 24      And there's nothing about | | | | |
| 364 | 364 | | | | |
| 1  this request from the FDA that limits the | 1  this request from the FDA that limits the | | | | |
| 2  request to information on monotherapy | 2  request to information on monotherapy | | | | |
| 3  versus combination therapy and Taxotere; | 3  versus combination therapy and Taxotere; | | | | |
| 4  correct? | 4  correct? | | | | |
| 5      A.   No, the request is as you -- | 5      A.   No, the request is as you -- | | | | |
| 6  as you read it. | 6  as you read it. | | | | |
| 7      Q.   All right.  And in | 7      Q.   All right.  And in | | | | |
| 8  responding to the FDA's 2015 request -- | 8  responding to the FDA's 2015 request -- | | | | |
| 9  by the way, that request is very similar | 9  by the way, that request is very similar | | | | |
| 10  to the request you received in 2011 from | 10  to the request you received in 2011 from | | | | |
| 11  the French regulatory agency; correct? | 11  the French regulatory agency; correct? | | | | |
| 12      A.   I would -- I would say it's | 12      A.   I would -- I would say it's | | | | |
| 13  fairly similar. | 13  fairly similar. | | | | |
| 14      Q.   All right.  So now in 2015, | 14      Q.   All right.  So now in 2015, | | | | |
| 15  the FDA is requesting information from | 15  the FDA is requesting information from | | | | |
| 16  your database on cases of permanent | 16  your database on cases of permanent | | | | |
| 17  partial or total alopecia associated with | 17  partial or total alopecia associated with | | | | |
| 18  docetaxel use. | 18  docetaxel use. | | | | |
| 19      And, again, you -- the | 19      And, again, you -- the | | | | |
| 20  company goes about the business of | 20  company goes about the business of | | | | |
| 21  gathering information from its database; | 21  gathering information from its database; | | | | |
| 22  correct? | 22  correct? | | | | |
| 23      A.   Yes.  Well, there's -- | 23      A.   Yes.  Well, there's -- | | | | |
| 24  again, there's a methodology of the query | 24  again, there's a methodology of the query | | | | |
| 365 | 365 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 1  followed by an analysis. | 1  followed by an analysis. | | | | |
| 2      Q.   And under this analysis, | 2      Q.   And under this analysis, | | | | |
| 3  there are now 2,118 cases that -- that | 3  there are now 2,118 cases that -- that | | | | |
| 4  are responsive to the initial query; | 4  are responsive to the initial query; | | | | |
| 5  correct? | 5  correct? | | | | |
| 6      A.   Responsive to the initial | 6      A.   Responsive to the initial | | | | |
| 7  query of the methodology over the time | 7  query of the methodology over the time | | | | |
| 8  period, correct. | 8  period, correct. | | | | |
| 9      Q.   And still the majority of | 9      Q.   And still the majority of | | | | |
| 10  the cases that were responsive to the | 10  the cases that were responsive to the | | | | |
| 11  query were eliminated because the | 11  query were eliminated because the | | | | |
| 12  reported -- they reported unknown | 12  reported -- they reported unknown | | | | |
| 13  outcomes; correct? | 13  outcomes; correct? | | | | |
| 14      A.   Yes, I think we saw many | 14      A.   Yes, I think we saw many | | | | |
| 15  examples of -- of that when we did the | 15  examples of -- of that when we did the | | | | |
| 16  30(b)(6) deposition. | 16  30(b)(6) deposition. | | | | |
| 17      Q.   61.4 percent of the cases in | 17      Q.   61.4 percent of the cases in | | | | |
| 18  the database on persisting alopecia had | 18  the database on persisting alopecia had | | | | |
| 19  unknown outcomes; correct?  According to | 19  unknown outcomes; correct?  According to | | | | |
| 20  this document. | 20  this document. | | | | |
| 21      A.   That's what this document | 21      A.   That's what this document | | | | |
| 22  says. | 22  says. | | | | |
| 23      Q.   Of those that did have | 23      Q.   Of those that did have | | | | |
| 24  usable outcomes recorded, 60 percent of | 24  usable outcomes recorded, 60 percent of | | | | |
| 366 | 366 | | | | |
| 1  those defined that the patients received | 1  those defined that the patients received | | | | |
| 2  combination treatment; is that right?  If | 2  combination treatment; is that right?  If | | | | |
| 3  you look at the bottom? | 3  you look at the bottom? | | | | |
| 4      A.   Yes, okay. | 4      A.   Yes, okay. | | | | |
| 5      Q.   Do you see that? | 5      Q.   Do you see that? | | | | |
| 6      A.   Yes, I do. | 6      A.   Yes, I do. | | | | |
| 7      Q.   That means that 40 percent | 7      Q.   That means that 40 percent | | | | |
| 8  of the usable outcomes reported the only | 8  of the usable outcomes reported the only | | | | |
| 9  anticancer agent was Taxotere in the | 9  anticancer agent was Taxotere in the | | | | |
| 10  report itself. | 10  report itself. | | | | |
| 11      A.   I think that's probably | 11      A.   I think that's probably | | | | |
| 12  correct. | 12  correct. | | | | |
| 13      Q.   Will you turn to page 6? | 13      Q.   Will you turn to page 6? | | | | |
| 14      A.   (Witness complies.) | 14      A.   (Witness complies.) | | | | |
| 15      Q.   Of the usable outcomes, | 15      Q.   Of the usable outcomes, | | | | |
| 16  there were 89 cases that included the | 16  there were 89 cases that included the | | | | |
| 17  word "permanent" or "irreversible" or had | 17  word "permanent" or "irreversible" or had | | | | |
| 18  alopecia lasting more than two years with | 18  alopecia lasting more than two years with | | | | |
| 19  the outcome of not recovered, recovering, | 19  the outcome of not recovered, recovering, | | | | |
| 20  or unknown; correct? | 20  or unknown; correct? | | | | |
| 21      A.   That's what it says, yes. | 21      A.   That's what it says, yes. | | | | |
| 22      Q.   When we talked about the | 22      Q.   When we talked about the | | | | |
| 23  seven cases that Sedlacek was aware of, | 23  seven cases that Sedlacek was aware of, | | | | |
| 24  even after eliminating more than 60 | 24  even after eliminating more than 60 | | | | |
| 367 | 367 | | | | |
| 1  percent of your cases with no outcome, | 1  percent of your cases with no outcome, | | | | |
| 2  there were 89 cases of permanent or | 2  there were 89 cases of permanent or | | | | |
| 3  irreversible alopecia; correct? | 3  irreversible alopecia; correct? | | | | |
| 4      A.   Well, again, most cases of | 4      A.   Well, again, most cases of | | | | |
| 5  alopecia are recovered, but in -- but 89 | 5  alopecia are recovered, but in -- but 89 | | | | |
| 6  cases were identified as -- as fulfilling | 6  cases were identified as -- as fulfilling | | | | |
| 7  this criteria that's outlined. | 7  this criteria that's outlined. | | | | |
| 8      Q.   If you can go to page 23 -- | 8      Q.   If you can go to page 23 -- | | | | |
| 9  I'm sorry -- 24 -- | 9  I'm sorry -- 24 -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10      A.   Okay. | 10      A.   Okay. | | | | |
| 11      Q.   -- under "Conclusions," do | 11      Q.   -- under "Conclusions," do | | | | |
| 12  you see this, under "Conclusions"? | 12  you see this, under "Conclusions"? | | | | |
| 13      A.   Yes. | 13      A.   Yes. | | | | |
| 14      Q.   I've got it up on the board, | 14      Q.   I've got it up on the board, | | | | |
| 15  too.  The conclusion when the FDA made | 15  too.  The conclusion when the FDA made | | | | |
| 16  this request was that the available | 16  this request was that the available | | | | |
| 17  evidence does not show that permanent | 17  evidence does not show that permanent | | | | |
| 18  alopecia is caused by docetaxel alone. | 18  alopecia is caused by docetaxel alone. | | | | |
| 19       Do you see that? | 19       Do you see that? | | | | |
| 20      A.   Yes.  Again, it says it's | 20      A.   Yes.  Again, it says it's | | | | |
| 21  not caused by, as opposed to possibly | 21  not caused by, as opposed to possibly | | | | |
| 22  related or possible causal association, | 22  related or possible causal association, | | | | |
| 23  so we have to be clear on that | 23  so we have to be clear on that | | | | |
| 24  distinction.  And it says docetaxel alone | 24  distinction.  And it says docetaxel alone | | | | |
| 368 | 368 | | | | |
| 1  as opposed to all of these cases with | 1  as opposed to all of these cases with | | | | |
| 2  combinational agent. | 2  combinational agent. | | | | |
| 3       So what it's basically | 3       So what it's basically | | | | |
| 4  saying, although there are cases that -- | 4  saying, although there are cases that -- | | | | |
| 5  of the 89 that only report a single-agent | 5  of the 89 that only report a single-agent | | | | |
| 6  docetaxel, upon review of those | 6  docetaxel, upon review of those | | | | |
| 7  individual cases, there's limited | 7  individual cases, there's limited | | | | |
| 8  information that prevents a conclusion of | 8  information that prevents a conclusion of | | | | |
| 9  causality, that's correct. | 9  causality, that's correct. | | | | |
| 10       MR. BACHUS:  I'll move to | 10       MR. BACHUS:  I'll move to | | | | |
| 11       strike as unresponsive. | 11       strike as unresponsive. | | | | |
| 12  BY MR. BACHUS: | 12  BY MR. BACHUS: | | | | |
| 13      Q.   The ultimate conclusion | 13      Q.   The ultimate conclusion | | | | |
| 14  reached in 2015 was very similar to the | 14  reached in 2015 was very similar to the | | | | |
| 15  conclusion reached in 2011, that the | 15  conclusion reached in 2011, that the | | | | |
| 16  available evidence does not show that | 16  available evidence does not show that | | | | |
| 17  permanent alopecia is caused by docetaxel | 17  permanent alopecia is caused by docetaxel | | | | |
| 18  alone; correct? | 18  alone; correct? | | | | |
| 19      A.   It shows that the evidence | 19      A.   It shows that the evidence | | | | |
| 20  does not show, A, alopecia is caused by, | 20  does not show, A, alopecia is caused by, | | | | |
| 21  to be distinguished from a possible | 21  to be distinguished from a possible | | | | |
| 22  relationship or causal association by | 22  relationship or causal association by | | | | |
| 23  docetaxel alone based on review of those | 23  docetaxel alone based on review of those | | | | |
| 24  individual cases.  So -- | 24  individual cases.  So -- | | | | |
| 369 | 369 | | | | |
| 1      Q.   And when you say review of | 1      Q.   And when you say review of | | | | |
| 2  those individual -- | 2  those individual -- | | | | |
| 3      A.   -- so -- so -- so the | 3      A.   -- so -- so -- so the | | | | |
| 4  statement stands correct. | 4  statement stands correct. | | | | |
| 5      Q.   When you say review of the | 5      Q.   When you say review of the | | | | |
| 6  available cases, those are the cases that | 6  available cases, those are the cases that | | | | |
| 7  were in your database; correct? | 7  were in your database; correct? | | | | |
| 8      A.   Those are the cases in this | 8      A.   Those are the cases in this | | | | |
| 9  report that have been identified by Dr. | 9  report that have been identified by Dr. | | | | |
| 10  Hangai. | 10  Hangai. | | | | |
| 11        - - - | 11        - - - | | | | |
| 12       (Deposition Exhibit No. | 12       (Deposition Exhibit No. | | | | |
| 13       Kopreski-22, October 2015 E-Mail | 13       Kopreski-22, October 2015 E-Mail | | | | |
| 14       Chain Among Jen, Hangai, Kopreski, | 14       Chain Among Jen, Hangai, Kopreski, | | | | |
| 15       etc., Sanofi_04876332 through | 15       etc., Sanofi_04876332 through | | | | |
| 16       Sanofi_04876336, was marked for | 16       Sanofi_04876336, was marked for | | | | |
| 17       identification.) | 17       identification.) | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18 | 18 | | | | |
| 19  BY MR. BACHUS: | 19  BY MR. BACHUS: | | | | |
| 20      Q.   All right.  Let me hand you | 20      Q.   All right.  Let me hand you | | | | |
| 21  Exhibit 22.  Exhibit 22 is a series of | 21  Exhibit 22.  Exhibit 22 is a series of | | | | |
| 22  e-mails.  This is the way they were | 22  e-mails.  This is the way they were | | | | |
| 23  produced to us.  I apologize.  The print | 23  produced to us.  I apologize.  The print | | | | |
| 24  is a little bit small, but that's how we | 24  is a little bit small, but that's how we | | | | |
| 370 | 370 | | | | |
| 1  received them. | 1  received them. | | | | |
| 2        I would ask you to turn to | 2        I would ask you to turn to | | | | |
| 3  the second to the -- third to the last | 3  the second to the -- third to the last | | | | |
| 4  page on Exhibit 22, second to the last | 4  page on Exhibit 22, second to the last | | | | |
| 5  page of the e-mails, because the last | 5  page of the e-mails, because the last | | | | |
| 6  page here is just a -- meta data. | 6  page here is just a -- meta data. | | | | |
| 7      A.   Okay. | 7      A.   Okay. | | | | |
| 8      Q.   If you can find an e-mail | 8      Q.   If you can find an e-mail | | | | |
| 9  that is October the 6th, 2015 at 1:21 -- | 9  that is October the 6th, 2015 at 1:21 -- | | | | |
| 10  do you see that one? | 10  do you see that one? | | | | |
| 11      A.   I do. | 11      A.   I do. | | | | |
| 12      Q.   -- and this is from Frances | 12      Q.   -- and this is from Frances | | | | |
| 13  Polizzano? | 13  Polizzano? | | | | |
| 14      A.   Yes. | 14      A.   Yes. | | | | |
| 15      Q.   This is after the FDA would | 15      Q.   This is after the FDA would | | | | |
| 16  have received your response to their | 16  have received your response to their | | | | |
| 17  request on information of alopecia that | 17  request on information of alopecia that | | | | |
| 18  was persisting; correct? | 18  was persisting; correct? | | | | |
| 19      A.   Yes. | 19      A.   Yes. | | | | |
| 20      Q.   And this indicates from Dr. | 20      Q.   And this indicates from Dr. | | | | |
| 21  Polizzano:  The FDA has requested that | 21  Polizzano:  The FDA has requested that | | | | |
| 22  Sanofi submit a labeling supplement for | 22  Sanofi submit a labeling supplement for | | | | |
| 23  Taxotere USPI -- which is the U.S. label; | 23  Taxotere USPI -- which is the U.S. label; | | | | |
| 24  correct? | 24  correct? | | | | |
| 371 | 371 | | | | |
| 1      A.   Correct. | 1      A.   Correct. | | | | |
| 2      Q.   -- which provides additional | 2      Q.   -- which provides additional | | | | |
| 3  information regarding permanent or | 3  information regarding permanent or | | | | |
| 4  irreversible alopecia.  Do you see that? | 4  irreversible alopecia.  Do you see that? | | | | |
| 5      A.   Yes. | 5      A.   Yes. | | | | |
| 6      Q.   If you look to the last full | 6      Q.   If you look to the last full | | | | |
| 7  paragraph, which starts with "It should" | 7  paragraph, which starts with "It should" | | | | |
| 8  -- do you see that? | 8  -- do you see that? | | | | |
| 9      A.   Yes. | 9      A.   Yes. | | | | |
| 10      Q.   -- It should be noted that | 10      Q.   -- It should be noted that | | | | |
| 11  alopecia is listed as an adverse reaction | 11  alopecia is listed as an adverse reaction | | | | |
| 12  in section 6 of the label.  Do you see | 12  in section 6 of the label.  Do you see | | | | |
| 13  that? | 13  that? | | | | |
| 14      A.   I do. | 14      A.   I do. | | | | |
| 15      Q.   So Dr. Polizzano is taking a | 15      Q.   So Dr. Polizzano is taking a | | | | |
| 16  look at the label here; correct? | 16  look at the label here; correct? | | | | |
| 17      A.   Okay. | 17      A.   Okay. | | | | |
| 18      Q.   She then goes on to say: | 18      Q.   She then goes on to say: | | | | |
| 19  However, permanent or irreversible | 19  However, permanent or irreversible | | | | |
| 20  alopecia is not listed in the Taxotere | 20  alopecia is not listed in the Taxotere | | | | |
| 21  USPI, which is the U.S. label, nor the | 21  USPI, which is the U.S. label, nor the | | | | |
| 22  docetaxel, which is Taxotere CCDS. | 22  docetaxel, which is Taxotere CCDS. | | | | |
| 23        Do you see that? | 23        Do you see that? | | | | |
| 24      A.   I do.  Yes, I do, but -- | 24      A.   I do.  Yes, I do, but -- | | | | |
| 372 | 372 | | | | |
| 1      Q.   And so what Dr. Polizzano is | 1      Q.   And so what Dr. Polizzano is | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2  writing is that the FDA wants us to | 2  writing is that the FDA wants us to | | | | |
| 3  update the label to provide additional | 3  update the label to provide additional | | | | |
| 4  information regarding permanent or | 4  information regarding permanent or | | | | |
| 5  irreversible alopecia and that the | 5  irreversible alopecia and that the | | | | |
| 6  current label and the current Taxotere | 6  current label and the current Taxotere | | | | |
| 7  CCDS document do not include permanent or | 7  CCDS document do not include permanent or | | | | |
| 8  irreversible alopecia; correct? | 8  irreversible alopecia; correct? | | | | |
| 9     A.  So this is what Dr. | 9     A.  So this is what Dr. | | | | |
| 10  Polizzano is writing, but I do not know | 10  Polizzano is writing, but I do not know | | | | |
| 11  if Dr. Polizano has received training in | 11  if Dr. Polizano has received training in | | | | |
| 12  terms of determining which events are | 12  terms of determining which events are | | | | |
| 13  listed in the label, since listedness is | 13  listed in the label, since listedness is | | | | |
| 14  a function of not necessarily having the | 14  a function of not necessarily having the | | | | |
| 15  exact word in the label, but having terms | 15  exact word in the label, but having terms | | | | |
| 16  and natures that are medically consistent | 16  and natures that are medically consistent | | | | |
| 17  or medically compatible, and that's | 17  or medically compatible, and that's | | | | |
| 18  within the SOPs.  So, accordingly, you | 18  within the SOPs.  So, accordingly, you | | | | |
| 19  can have different terms and still be | 19  can have different terms and still be | | | | |
| 20  listed. | 20  listed. | | | | |
| 21          I believe, but this is a | 21          I believe, but this is a | | | | |
| 22  question for Dr. Polizzano, that she's | 22  question for Dr. Polizzano, that she's | | | | |
| 23  probably referring to not seeing the | 23  probably referring to not seeing the | | | | |
| 24  exact term, but I would disagree with her | 24  exact term, but I would disagree with her | | | | |
| 373 | 373 | | | | |
| 1  statement that it's not listed. | 1  statement that it's not listed. | | | | |
| 2     Q.  Dr. Polizzano describes in | 2     Q.  Dr. Polizzano describes in | | | | |
| 3  the e-mail quite clearly that permanent | 3  the e-mail quite clearly that permanent | | | | |
| 4  or irreversible alopecia is not listed in | 4  or irreversible alopecia is not listed in | | | | |
| 5  the Taxotere label or in the docetaxel | 5  the Taxotere label or in the docetaxel | | | | |
| 6  CCDS; correct?  That's what she | 6  CCDS; correct?  That's what she | | | | |
| 7  describes. | 7  describes. | | | | |
| 8     A.  That's what she says in the | 8     A.  That's what she says in the | | | | |
| 9  label which -- which -- | 9  label which -- which -- | | | | |
| 10     Q.  And she's a regulatory -- | 10     Q.  And she's a regulatory -- | | | | |
| 11  she's a regulatory manager -- | 11  she's a regulatory manager -- | | | | |
| 12     A.  She's not a | 12     A.  She's not a | | | | |
| 13  pharmacovigilance.  She's in regulatory, | 13  pharmacovigilance.  She's in regulatory, | | | | |
| 14  that's correct.  So I don't -- I do not | 14  that's correct.  So I don't -- I do not | | | | |
| 15  know if she received the training that's | 15  know if she received the training that's | | | | |
| 16  given to pharmacovigilance personnel in | 16  given to pharmacovigilance personnel in | | | | |
| 17  terms of determining listedness. | 17  terms of determining listedness. | | | | |
| 18          But what I can say is that | 18          But what I can say is that | | | | |
| 19  if you look -- and we did this in the | 19  if you look -- and we did this in the | | | | |
| 20  30(b)(6)s -- if you look throughout the | 20  30(b)(6)s -- if you look throughout the | | | | |
| 21  various labels, with the assessment is | 21  various labels, with the assessment is | | | | |
| 22  done by trained medical personnel over 20 | 22  done by trained medical personnel over 20 | | | | |
| 23  years in multiple countries, that these | 23  years in multiple countries, that these | | | | |
| 24  terms are considered listed in the vast | 24  terms are considered listed in the vast | | | | |
| 374 | 374 | | | | |
| 1  majority. | 1  majority. | | | | |
| 2     Q.  All right.  What I'm hearing | 2     Q.  All right.  What I'm hearing | | | | |
| 3  from you is that you need to be trained | 3  from you is that you need to be trained | | | | |
| 4  in pharmacovigilance to appreciate the | 4  in pharmacovigilance to appreciate the | | | | |
| 5  existence of permanent or irreversible | 5  existence of permanent or irreversible | | | | |
| 6  alopecia being included in the U.S. label | 6  alopecia being included in the U.S. label | | | | |
| 7  and in the CCDS; correct? | 7  and in the CCDS; correct? | | | | |
| 8     A.  No.  What I -- | 8     A.  No.  What I -- | | | | |
| 9     Q.  Is that what you're saying? | 9     Q.  Is that what you're saying? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10   A.   That's not exactly what I'm | 10   A.   That's not exactly what I'm | | | | |
| 11 saying. | 11 saying. | | | | |
| 12   Q.   Were you saying that -- | 12   Q.   Were you saying that -- | | | | |
| 13   A.   What I'm -- | 13   A.   What I'm -- | | | | |
| 14   Q.   Were you saying that perhaps | 14   Q.   Were you saying that perhaps | | | | |
| 15 this regulatory professional at Sanofi, | 15 this regulatory professional at Sanofi, | | | | |
| 16 who is a doctor, can't appreciate the | 16 who is a doctor, can't appreciate the | | | | |
| 17 inclusion of permanent or irreversible in | 17 inclusion of permanent or irreversible in | | | | |
| 18 the U.S. label and can't appreciate it | 18 the U.S. label and can't appreciate it | | | | |
| 19 existing in the CCDS because she's not | 19 existing in the CCDS because she's not | | | | |
| 20 trained in pharmacovigilance?  I thought | 20 trained in pharmacovigilance?  I thought | | | | |
| 21 that's what you said. | 21 that's what you said. | | | | |
| 22   A.   What I'm saying is that the | 22   A.   What I'm saying is that the | | | | |
| 23 determination of listedness with events, | 23 determination of listedness with events, | | | | |
| 24 as to whether an event is listed, is made | 24 as to whether an event is listed, is made | | | | |
| 375 | 375 | | | | |
| 1 by trained personnel in pharmacovigilance | 1 by trained personnel in pharmacovigilance | | | | |
| 2 that follow an SOP that says that if | 2 that follow an SOP that says that if | | | | |
| 3 there is medical consistency or -- or in | 3 there is medical consistency or -- or in | | | | |
| 4 the -- in the working guidelines medical | 4 the -- in the working guidelines medical | | | | |
| 5 compatibility, that an event -- that an | 5 compatibility, that an event -- that an | | | | |
| 6 event will be considered listed and an | 6 event will be considered listed and an | | | | |
| 7 assessment made that way. | 7 assessment made that way. | | | | |
| 8   If -- if there is any | 8   If -- if there is any | | | | |
| 9 question about that, if there's any | 9 question about that, if there's any | | | | |
| 10 question as to whether an event is listed | 10 question as to whether an event is listed | | | | |
| 11 or not, the personnel should make a | 11 or not, the personnel should make a | | | | |
| 12 determination to treat it as unlisted. | 12 determination to treat it as unlisted. | | | | |
| 13   So -- so -- so -- | 13   So -- so -- so -- | | | | |
| 14   Q.   I really need to stop you | 14   Q.   I really need to stop you | | | | |
| 15 with your answer that's gone on for a | 15 with your answer that's gone on for a | | | | |
| 16 page. | 16 page. | | | | |
| 17   A.   I'm sorry.  But that's what | 17   A.   I'm sorry.  But that's what | | | | |
| 18 I was saying. | 18 I was saying. | | | | |
| 19   Q.   What's clear is, a doctor | 19   Q.   What's clear is, a doctor | | | | |
| 20 who worked for Sanofi, who looked at the | 20 who worked for Sanofi, who looked at the | | | | |
| 21 label and looked at your core -- company | 21 label and looked at your core -- company | | | | |
| 22 core data sheet looking for persistent | 22 core data sheet looking for persistent | | | | |
| 23 and permanent alopecia has written an | 23 and permanent alopecia has written an | | | | |
| 24 e-mail saying she couldn't find it; | 24 e-mail saying she couldn't find it; | | | | |
| 376 | 376 | | | | |
| 1 correct? | 1 correct? | | | | |
| 2   A.   She wrote an e-mail and I | 2   A.   She wrote an e-mail and I | | | | |
| 3 would leave that to Dr. Polizzano to | 3 would leave that to Dr. Polizzano to | | | | |
| 4 interpret, but my interpretation is she | 4 interpret, but my interpretation is she | | | | |
| 5 could not find those words.  But she is | 5 could not find those words.  But she is | | | | |
| 6 not a medical physician and she is not | 6 not a medical physician and she is not | | | | |
| 7 trained -- she is not pharmaco personnel | 7 trained -- she is not pharmaco personnel | | | | |
| 8 that have been specifically trained for | 8 that have been specifically trained for | | | | |
| 9 evaluating whether events are listed | 9 evaluating whether events are listed | | | | |
| 10 within the label. | 10 within the label. | | | | |
| 11   Q.   On the next page towards the | 11   Q.   On the next page towards the | | | | |
| 12 front -- again, these aren't page | 12 front -- again, these aren't page | | | | |
| 13 numbered, but -- there's an e-mail from | 13 numbered, but -- there's an e-mail from | | | | |
| 14 Dr. Polizzano, October the 6th, 2015 at | 14 Dr. Polizzano, October the 6th, 2015 at | | | | |
| 15 14:06. | 15 14:06. | | | | |
| 16   Do you see that at the | 16   Do you see that at the | | | | |
| 17 bottom of the page? | 17 bottom of the page? | | | | |
| 18   A.   October 6th -- | 18   A.   October 6th -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19    Q.  To Vanina? | 19    Q.  To Vanina? | | | | |
| 20    A.  October 6th at 7:28, yes. | 20    A.  October 6th at 7:28, yes. | | | | |
| 21    Q.  No, flip a page forward, | 21    Q.  No, flip a page forward, | | | | |
| 22  please. | 22  please. | | | | |
| 23    A.  Okay. | 23    A.  Okay. | | | | |
| 24    Q.  Do you see the e-mail at the | 24    Q.  Do you see the e-mail at the | | | | |
| 377 | 377 | | | | |
| 1  bottom to Vanina -- I mean from Frances | 1  bottom to Vanina -- I mean from Frances | | | | |
| 2  Polizzano to Vanina?  It says dear Vanina | 2  Polizzano to Vanina?  It says dear Vanina | | | | |
| 3  at the bottom? | 3  at the bottom? | | | | |
| 4    A.  Yes, yes -- | 4    A.  Yes, yes -- | | | | |
| 5    Q.  You can look on the screen, | 5    Q.  You can look on the screen, | | | | |
| 6  too. | 6  too. | | | | |
| 7    A.  Okay.  Okay. | 7    A.  Okay.  Okay. | | | | |
| 8    Q.  Dear Vanina:  Yes, I think | 8    Q.  Dear Vanina:  Yes, I think | | | | |
| 9  the Taxotere label and potential | 9  the Taxotere label and potential | | | | |
| 10  docetaxel CCDS update should be discussed | 10  docetaxel CCDS update should be discussed | | | | |
| 11  at the same time. | 11  at the same time. | | | | |
| 12       Do you see that? | 12       Do you see that? | | | | |
| 13    A.  I do. | 13    A.  I do. | | | | |
| 14    Q.  Then there's a statement by | 14    Q.  Then there's a statement by | | | | |
| 15  Dr. Polizzano:  Since permanent or | 15  Dr. Polizzano:  Since permanent or | | | | |
| 16  irreversible alopecia is outside of the | 16  irreversible alopecia is outside of the | | | | |
| 17  scope of the current docetaxel CCDS.  Do | 17  scope of the current docetaxel CCDS.  Do | | | | |
| 18  you see that? | 18  you see that? | | | | |
| 19    A.  I do. | 19    A.  I do. | | | | |
| 20    Q.  So Dr. Polizzano is | 20    Q.  So Dr. Polizzano is | | | | |
| 21  indicating not only can she not find the | 21  indicating not only can she not find the | | | | |
| 22  words, that she believes permanent or | 22  words, that she believes permanent or | | | | |
| 23  irreversible alopecia are outside the | 23  irreversible alopecia are outside the | | | | |
| 24  scope of the current CCDS.  That's what | 24  scope of the current CCDS.  That's what | | | | |
| 378 | 378 | | | | |
| 1  she's saying; correct? | 1  she's saying; correct? | | | | |
| 2    A.  That's what she -- she's | 2    A.  That's what she -- she's | | | | |
| 3  saying that and, again, I understand that | 3  saying that and, again, I understand that | | | | |
| 4  she could not find those words and she | 4  she could not find those words and she | | | | |
| 5  has that belief. | 5  has that belief. | | | | |
| 6       But from Sanofi's position, | 6       But from Sanofi's position, | | | | |
| 7  over 20 years of many different medical | 7  over 20 years of many different medical | | | | |
| 8  -- many different physicians and medical | 8  -- many different physicians and medical | | | | |
| 9  personnel using our standard SOP | 9  personnel using our standard SOP | | | | |
| 10  assessments from different countries, | 10  assessments from different countries, | | | | |
| 11  from the United States, France, and | 11  from the United States, France, and | | | | |
| 12  elsewhere, in the majority of cases, | 12  elsewhere, in the majority of cases, | | | | |
| 13  permanent and irreversible alopecia are | 13  permanent and irreversible alopecia are | | | | |
| 14  considered listed events. | 14  considered listed events. | | | | |
| 15    Q.  If you go to the e-mail | 15    Q.  If you go to the e-mail | | | | |
| 16  that's just above the one that we just | 16  that's just above the one that we just | | | | |
| 17  looked at, it looks like there was a | 17  looked at, it looks like there was a | | | | |
| 18  discussion and a labeling working group | 18  discussion and a labeling working group | | | | |
| 19  meeting was going to be set and an SMC | 19  meeting was going to be set and an SMC | | | | |
| 20  presentation. | 20  presentation. | | | | |
| 21       Do you see that? | 21       Do you see that? | | | | |
| 22    A.  Yes. | 22    A.  Yes. | | | | |
| 23    Q.  You supported the holding of | 23    Q.  You supported the holding of | | | | |
| 24  an SMC regarding persistent and permanent | 24  an SMC regarding persistent and permanent | | | | |
| 379 | 379 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 1  alopecia; correct? | 1  alopecia; correct? | | | | |
| 2      A.  Yes, I did the -- per our | 2      A.  Yes, I did the -- per our | | | | |
| 3  process with the request to update the | 3  process with the request to update the | | | | |
| 4  label, the SMC was a -- was required.  It | 4  label, the SMC was a -- was required.  It | | | | |
| 5  was required before we updated the label | 5  was required before we updated the label | | | | |
| 6  through the label working group and the | 6  through the label working group and the | | | | |
| 7  LRC that there would be an affirmative | 7  LRC that there would be an affirmative | | | | |
| 8  action from the SMC. | 8  action from the SMC. | | | | |
| 9          So in order to comply with | 9          So in order to comply with | | | | |
| 10  the FDA, the SMC meeting would be | 10  the FDA, the SMC meeting would be | | | | |
| 11  required with the affirmative action. | 11  required with the affirmative action. | | | | |
| 12      Q.  Do you see on the top of | 12      Q.  Do you see on the top of | | | | |
| 13  this page where Dr. Hangai on October the | 13  this page where Dr. Hangai on October the | | | | |
| 14  19th, 2015 forwards this e-mail chain to | 14  19th, 2015 forwards this e-mail chain to | | | | |
| 15  you, Dr. Kopreski? | 15  you, Dr. Kopreski? | | | | |
| 16      A.  Yes. | 16      A.  Yes. | | | | |
| 17      Q.  And she says:  Regarding the | 17      Q.  And she says:  Regarding the | | | | |
| 18  FDA request for updating the USPI to add | 18  FDA request for updating the USPI to add | | | | |
| 19  permanent alopecia, Vanina considered to | 19  permanent alopecia, Vanina considered to | | | | |
| 20  update the CCDS as well since current | 20  update the CCDS as well since current | | | | |
| 21  CCDS only has the term "persistent." | 21  CCDS only has the term "persistent." | | | | |
| 22          Do you see that? | 22          Do you see that? | | | | |
| 23      A.  I do. | 23      A.  I do. | | | | |
| 24      Q.  Do you see anywhere where | 24      Q.  Do you see anywhere where | | | | |
| 380 | 380 | | | | |
| 1  you wrote back disagreeing with anything | 1  you wrote back disagreeing with anything | | | | |
| 2  that Dr. Polizzano had said about | 2  that Dr. Polizzano had said about | | | | |
| 3  permanent or irreversible alopecia being | 3  permanent or irreversible alopecia being | | | | |
| 4  outside the scope of the current CCDS? | 4  outside the scope of the current CCDS? | | | | |
| 5      A.  I didn't directly address | 5      A.  I didn't directly address | | | | |
| 6  that e-mail either way and I was in | 6  that e-mail either way and I was in | | | | |
| 7  agreement with proceeding with the SMC | 7  agreement with proceeding with the SMC | | | | |
| 8  discussion and with the labeling update. | 8  discussion and with the labeling update. | | | | |
| 9          - - - | 9          - - - | | | | |
| 10          (Deposition Exhibit No. | 10          (Deposition Exhibit No. | | | | |
| 11      Kopreski-23, Docetaxel - | 11      Kopreski-23, Docetaxel - | | | | |
| 12      Permanent/Irreversible Alopecia | 12      Permanent/Irreversible Alopecia | | | | |
| 13      10/26/15 SMC Slide Presentation, | 13      10/26/15 SMC Slide Presentation, | | | | |
| 14      Sanofi_02681765 through | 14      Sanofi_02681765 through | | | | |
| 15      Sanofi_02681779, was marked for | 15      Sanofi_02681779, was marked for | | | | |
| 16      identification.) | 16      identification.) | | | | |
| 17          - - - | 17          - - - | | | | |
| 18          MR. BACHUS:  Let me show you | 18          MR. BACHUS:  Let me show you | | | | |
| 19  what's been marked as Exhibit 23. | 19  what's been marked as Exhibit 23. | | | | |
| 20          THE WITNESS:  And I'm sorry. | 20          THE WITNESS:  And I'm sorry. | | | | |
| 21  Could we take a brief -- | 21  Could we take a brief -- | | | | |
| 22          MR. BACHUS:  Sure. | 22          MR. BACHUS:  Sure. | | | | |
| 23          THE WITNESS:  -- a brief | 23          THE WITNESS:  -- a brief | | | | |
| 24  break before we get to this one? | 24  break before we get to this one? | | | | |
| 381 | 381 | | | | |
| 1          THE VIDEO TECHNICIAN:  The | 1          THE VIDEO TECHNICIAN:  The | | | | |
| 2  time is 6:05 p.m.  Off the record. | 2  time is 6:05 p.m.  Off the record. | | | | |
| 3          - - - | 3          - - - | | | | |
| 4          (A discussion off the record | 4          (A discussion off the record | | | | |
| 5  occurred.) | 5  occurred.) | | | | |
| 6          - - - | 6          - - - | | | | |
| 7          (Whereupon, the following | 7          (Whereupon, the following | | | | |
| 8  discussion off the videotape | 8  discussion off the videotape | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 9     record occurred: | 9     record occurred: | | | | |
| 10     MR. KEENAN: Henry, how much | 10     MR. KEENAN: Henry, how much | | | | |
| 11     time -- how much time has he used | 11     time -- how much time has he used | | | | |
| 12     at this point? | 12     at this point? | | | | |
| 13     THE VIDEO TECHNICIAN: So we | 13     THE VIDEO TECHNICIAN: So we | | | | |
| 14     are at 6 hours and 49 minutes and | 14     are at 6 hours and 49 minutes and | | | | |
| 15     47 seconds, so technically 10 | 15     47 seconds, so technically 10 | | | | |
| 16     minutes left, rounding down. | 16     minutes left, rounding down. | | | | |
| 17     MR. KEENAN: Technically, | 17     MR. KEENAN: Technically, | | | | |
| 18     how many minutes left? | 18     how many minutes left? | | | | |
| 19     THE VIDEO TECHNICIAN: 10 | 19     THE VIDEO TECHNICIAN: 10 | | | | |
| 20     minutes left. | 20     minutes left. | | | | |
| 21     MR. KEENAN: 10 minutes. | 21     MR. KEENAN: 10 minutes. | | | | |
| 22     THE VIDEO TECHNICIAN: And | 22     THE VIDEO TECHNICIAN: And | | | | |
| 23     10 seconds. | 23     10 seconds. | | | | |
| 24     MR. KEENAN: Okay. While | 24     MR. KEENAN: Okay. While | | | | |
| 382 | 382 | | | | |
| 1     we're on the record, at a break, I | 1     we're on the record, at a break, I | | | | |
| 2     offered to give Mr. Bachus another | 2     offered to give Mr. Bachus another | | | | |
| 3     15 minutes as a show of good | 3     15 minutes as a show of good | | | | |
| 4     faith, and I will also state on | 4     faith, and I will also state on | | | | |
| 5     the record that Mr. Bachus was | 5     the record that Mr. Bachus was | | | | |
| 6     respectful to the witness and did | 6     respectful to the witness and did | | | | |
| 7     not interrupt him and I think | 7     not interrupt him and I think | | | | |
| 8     behaved appropriately as well. | 8     behaved appropriately as well. | | | | |
| 9     Mr. Bachus came back and | 9     Mr. Bachus came back and | | | | |
| 10     asked for 30 minutes, an | 10     asked for 30 minutes, an | | | | |
| 11     additional 30 minutes, and I | 11     additional 30 minutes, and I | | | | |
| 12     rejected that and we tried to | 12     rejected that and we tried to | | | | |
| 13     reach the magistrate and he was | 13     reach the magistrate and he was | | | | |
| 14     not available. | 14     not available. | | | | |
| 15     In an effort to conclude | 15     In an effort to conclude | | | | |
| 16     this deposition once and for all, | 16     this deposition once and for all, | | | | |
| 17     recognizing we can't get the | 17     recognizing we can't get the | | | | |
| 18     magistrate, if it's acceptable to | 18     magistrate, if it's acceptable to | | | | |
| 19     Mr. Bachus and he will agree to | 19     Mr. Bachus and he will agree to | | | | |
| 20     conclude, I will agree to another | 20     conclude, I will agree to another | | | | |
| 21     30 minutes that he can use either | 21     30 minutes that he can use either | | | | |
| 22     now or he can save at the | 22     now or he can save at the | | | | |
| 23     conclusion of my direct, if that's | 23     conclusion of my direct, if that's | | | | |
| 24     acceptable. | 24     acceptable. | | | | |
| 383 | 383 | | | | |
| 1     MR. BACHUS: It's | 1     MR. BACHUS: It's | | | | |
| 2     acceptable. That's acceptable. | 2     acceptable. That's acceptable. | | | | |
| 3     MR. KEENAN: Okay. | 3     MR. KEENAN: Okay. | | | | |
| 4     MR. BACHUS: This is my last | 4     MR. BACHUS: This is my last | | | | |
| 5     document that I intend to go over | 5     document that I intend to go over | | | | |
| 6     and then I'll turn it over to you. | 6     and then I'll turn it over to you. | | | | |
| 7     MR. KEENAN: I just need | 7     MR. KEENAN: I just need | | | | |
| 8     about five minutes to get set up | 8     about five minutes to get set up | | | | |
| 9     and then we'll -- okay. | 9     and then we'll -- okay. | | | | |
| 10     MR. BACHUS: So when he | 10     MR. BACHUS: So when he | | | | |
| 11     comes back, we'll go over this | 11     comes back, we'll go over this | | | | |
| 12     document? | 12     document? | | | | |
| 13     MR. KEENAN: Sure. | 13     MR. KEENAN: Sure. | | | | |
| 14     MR. BACHUS: Let me know as | 14     MR. BACHUS: Let me know as | | | | |
| 15     soon as that ten minutes is up -- | 15     soon as that ten minutes is up -- | | | | |
| 16     or nine minutes -- ten minutes, | 16     or nine minutes -- ten minutes, | | | | |
| 17     whatever it is -- if you will, | 17     whatever it is -- if you will, | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18    just let me know, like you did | 18    just let me know, like you did | | | | |
| 19    before, just tell me -- | 19    before, just tell me -- | | | | |
| 20    THE VIDEO TECHNICIAN: | 20    THE VIDEO TECHNICIAN: | | | | |
| 21    Okay.) | 21    Okay.) | | | | |
| 22    (A recess was taken from | 22    (A recess was taken from | | | | |
| 23    6:08 p.m. to 6:11 p.m.) | 23    6:08 p.m. to 6:11 p.m.) | | | | |
| 24    THE VIDEO TECHNICIAN:  Okay. | 24    THE VIDEO TECHNICIAN:  Okay. | | | | |
|           384 |           384 | | | | |
| 1    The time is 6:11 p.m.  Back on the | 1    The time is 6:11 p.m.  Back on the | | | | |
| 2    record. | 2    record. | | | | |
| 3  BY MR. BACHUS: | 3  BY MR. BACHUS: | | | | |
| 4    Q.  Doctor, I've handed you | 4    Q.  Doctor, I've handed you | | | | |
| 5  what's been marked as Exhibit 23 to the | 5  what's been marked as Exhibit 23 to the | | | | |
| 6  deposition.  You've seen this before, | 6  deposition.  You've seen this before, | | | | |
| 7  haven't you? | 7  haven't you? | | | | |
| 8    A.  Yes, I have. | 8    A.  Yes, I have. | | | | |
| 9    Q.  And this is the slide | 9    Q.  And this is the slide | | | | |
| 10  presentation for the SMC meeting | 10  presentation for the SMC meeting | | | | |
| 11  regarding Taxotere and | 11  regarding Taxotere and | | | | |
| 12  permanent/irreversible alopecia? | 12  permanent/irreversible alopecia? | | | | |
| 13    A.  This is the -- this is the | 13    A.  This is the -- this is the | | | | |
| 14  final slide deck from that SMC meeting -- | 14  final slide deck from that SMC meeting -- | | | | |
| 15    Q.  Now, just to -- after the -- | 15    Q.  Now, just to -- after the -- | | | | |
| 16  after in 2015 when you submitted your | 16  after in 2015 when you submitted your | | | | |
| 17  response to the agency request and the | 17  response to the agency request and the | | | | |
| 18  FDA came back and said, we want you to | 18  FDA came back and said, we want you to | | | | |
| 19  update the label with information on | 19  update the label with information on | | | | |
| 20  persistent and -- or permanent alopecia, | 20  persistent and -- or permanent alopecia, | | | | |
| 21  internally, there was a presentation made | 21  internally, there was a presentation made | | | | |
| 22  before the SMC; correct? | 22  before the SMC; correct? | | | | |
| 23    A.  That is correct. | 23    A.  That is correct. | | | | |
| 24    Q.  And SMC stands for what? | 24    Q.  And SMC stands for what? | | | | |
|           385 |           385 | | | | |
| 1    A.  For safety management | 1    A.  For safety management | | | | |
| 2  committee. | 2  committee. | | | | |
| 3    Q.  And this is the slide show | 3    Q.  And this is the slide show | | | | |
| 4  presentation that was part of that SMC | 4  presentation that was part of that SMC | | | | |
| 5  meeting. | 5  meeting. | | | | |
| 6    A.  That's correct. | 6    A.  That's correct. | | | | |
| 7    Q.  In October of 2015; correct? | 7    Q.  In October of 2015; correct? | | | | |
| 8    A.  That's correct. | 8    A.  That's correct. | | | | |
| 9    Q.  All right. | 9    Q.  All right. | | | | |
| 10    And that date is on here, | 10    And that date is on here, | | | | |
| 11  October 26, 2015. | 11  October 26, 2015. | | | | |
| 12    A.  Correct. | 12    A.  Correct. | | | | |
| 13    Q.  If you would turn to page 3 | 13    Q.  If you would turn to page 3 | | | | |
| 14  of the slide presentation, and this is | 14  of the slide presentation, and this is | | | | |
| 15  prepared by staff at Sanofi to present to | 15  prepared by staff at Sanofi to present to | | | | |
| 16  a committee internally at Sanofi; | 16  a committee internally at Sanofi; | | | | |
| 17  correct? | 17  correct? | | | | |
| 18    A.  Yes.  This was prepared by | 18    A.  Yes.  This was prepared by | | | | |
| 19  Dr. Hangai with support and help from -- | 19  Dr. Hangai with support and help from -- | | | | |
| 20  from Dr. Shang. | 20  from Dr. Shang. | | | | |
| 21    Q.  And on page 3, there's -- | 21    Q.  And on page 3, there's -- | | | | |
| 22  the topic is what's currently in the | 22  the topic is what's currently in the | | | | |
| 23  labeling regarding permanent or | 23  labeling regarding permanent or | | | | |
| 24  irreversible alopecia; correct? | 24  irreversible alopecia; correct? | | | | |
|           386 |           386 | | | | |
| 1    A.  Correct. | 1    A.  Correct. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2      Q.   And, internally, presented | 2      Q.   And, internally, presented | | | | |
| 3   at this meeting was that there's no | 3   at this meeting was that there's no | | | | |
| 4   mention of permanent or irreversible | 4   mention of permanent or irreversible | | | | |
| 5   alopecia in the U.S. label as of 2015; | 5   alopecia in the U.S. label as of 2015; | | | | |
| 6   correct? | 6   correct? | | | | |
| 7      A.   No mention of the words, | 7      A.   No mention of the words, | | | | |
| 8   correct. | 8   correct. | | | | |
| 9      Q.   Well, it doesn't say that. | 9      Q.   Well, it doesn't say that. | | | | |
| 10  It says no mentioning of permanent or | 10  It says no mentioning of permanent or | | | | |
| 11  irreversible alopecia in the label; | 11  irreversible alopecia in the label; | | | | |
| 12  correct? | 12  correct? | | | | |
| 13     A.   That's what it's indicating. | 13     A.   That's what it's indicating. | | | | |
| 14     Q.   Did you write that? | 14     Q.   Did you write that? | | | | |
| 15     A.   I did not write it, but I | 15     A.   I did not write it, but I | | | | |
| 16  advised on the writing. | 16  advised on the writing. | | | | |
| 17     Q.   Throughout this -- | 17     Q.   Throughout this -- | | | | |
| 18     A.   Not of this specific page, | 18     A.   Not of this specific page, | | | | |
| 19  but I -- I reviewed and made comments. | 19  but I -- I reviewed and made comments. | | | | |
| 20     Q.   Okay.  If you turn to page | 20     Q.   Okay.  If you turn to page | | | | |
| 21  15 of the presentation, in the discussion | 21  15 of the presentation, in the discussion | | | | |
| 22  portion, do you see where it says that | 22  portion, do you see where it says that | | | | |
| 23  per the cumulative review of cases, 5.3 | 23  per the cumulative review of cases, 5.3 | | | | |
| 24  percent of alopecia cases are considered | 24  percent of alopecia cases are considered | | | | |
| 387 | 387 | | | | |
| 1   as permanent alopecia? | 1   as permanent alopecia? | | | | |
| 2      A.   Yes, those -- you made | 2      A.   Yes, those -- you made | | | | |
| 3   mention of 91 percent of were -- were not | 3   mention of 91 percent of were -- were not | | | | |
| 4   included; but in the search that was | 4   included; but in the search that was | | | | |
| 5   performed, Dr. Nanae is saying that 5.3 | 5   performed, Dr. Nanae is saying that 5.3 | | | | |
| 6   percent of those cases in the search can | 6   percent of those cases in the search can | | | | |
| 7   be considered as permanent alopecia. | 7   be considered as permanent alopecia. | | | | |
| 8      Q.   Actually, in the 2015 | 8      Q.   Actually, in the 2015 | | | | |
| 9   overview, what we previously went over | 9   overview, what we previously went over | | | | |
| 10  was that 60 percent of the data had to be | 10  was that 60 percent of the data had to be | | | | |
| 11  eliminated because there wasn't | 11  eliminated because there wasn't | | | | |
| 12  sufficient outcome information.  That | 12  sufficient outcome information.  That | | | | |
| 13  would leave 40 percent.  And of that 40 | 13  would leave 40 percent.  And of that 40 | | | | |
| 14  percent, 5.3 percent of the cases are | 14  percent, 5.3 percent of the cases are | | | | |
| 15  considered permanent alopecia; correct? | 15  considered permanent alopecia; correct? | | | | |
| 16     A.   I'm not sure -- I would have | 16     A.   I'm not sure -- I would have | | | | |
| 17  to go back and look at the math to see if | 17  to go back and look at the math to see if | | | | |
| 18  the 5.3 percent of the cases that | 18  the 5.3 percent of the cases that | | | | |
| 19  were not eliminated and reviewed or if it | 19  were not eliminated and reviewed or if it | | | | |
| 20  included the total.  I -- | 20  included the total.  I -- | | | | |
| 21     Q.   Regardless -- | 21     Q.   Regardless -- | | | | |
| 22     A.   I don't know. | 22     A.   I don't know. | | | | |
| 23     Q.   -- somebody at the company | 23     Q.   -- somebody at the company | | | | |
| 24  made a determination in 2015 and | 24  made a determination in 2015 and | | | | |
| 388 | 388 | | | | |
| 1   presented it to an internal committee on | 1   presented it to an internal committee on | | | | |
| 2   safety that -- that 5.3 percent of | 2   safety that -- that 5.3 percent of | | | | |
| 3   alopecia cases are considered permanent | 3   alopecia cases are considered permanent | | | | |
| 4   alopecia; correct? | 4   alopecia; correct? | | | | |
| 5      A.   No, no, not correct. | 5      A.   No, no, not correct. | | | | |
| 6      Q.   That's not what it says on | 6      Q.   That's not what it says on | | | | |
| 7   the slide show? | 7   the slide show? | | | | |
| 8      A.   That's what it says here, | 8      A.   That's what it says here, | | | | |
| 9   but you said 5.3 of the alopecia cases -- | 9   but you said 5.3 of the alopecia cases -- | | | | |
| 10     Q.   I'm reading it. | 10     Q.   I'm reading it. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 11      A.  -- but it says per the | 11      A.  -- but it says per the | | | | |
| 12  cumulative review of cases. | 12  cumulative review of cases. | | | | |
| 13      Q.  Right. | 13      Q.  Right. | | | | |
| 14      A.  Okay?  It doesn't say that | 14      A.  Okay?  It doesn't say that | | | | |
| 15  all cases of alopecia in the database | 15  all cases of alopecia in the database | | | | |
| 16  were necessarily reviewed.  So you're | 16  were necessarily reviewed.  So you're | | | | |
| 17  talking about different denominators. | 17  talking about different denominators. | | | | |
| 18      Q.  The jury can see what it | 18      Q.  The jury can see what it | | | | |
| 19  says, that -- | 19  says, that -- | | | | |
| 20      A.  Yeah. | 20      A.  Yeah. | | | | |
| 21      Q.  -- per cumulative review of | 21      Q.  -- per cumulative review of | | | | |
| 22  cases, 5.3 of alopecia cases are | 22  cases, 5.3 of alopecia cases are | | | | |
| 23  considered as permanent alopecia.  Okay? | 23  considered as permanent alopecia.  Okay? | | | | |
| 24  That's what it says, you agree. | 24  That's what it says, you agree. | | | | |
| 389 | 389 | | | | |
| 1      A.  What I'm saying is that this | 1      A.  What I'm saying is that this | | | | |
| 2  does not necessarily refer to all cases | 2  does not necessarily refer to all cases | | | | |
| 3  of alopecia.  You have -- you have to | 3  of alopecia.  You have -- you have to | | | | |
| 4  look at how the cumulative review was | 4  look at how the cumulative review was | | | | |
| 5  done within the database, which is | 5  done within the database, which is | | | | |
| 6  described in the clinical overview. | 6  described in the clinical overview. | | | | |
| 7      Q.  And after the FDA -- | 7      Q.  And after the FDA -- | | | | |
| 8      A.  And -- and in terms of | 8      A.  And -- and in terms of | | | | |
| 9  interpretation, I can tell you that, you | 9  interpretation, I can tell you that, you | | | | |
| 10  know, I was the SMC secretary and helped | 10  know, I was the SMC secretary and helped | | | | |
| 11  prepare the slides, so I -- I think I can | 11  prepare the slides, so I -- I think I can | | | | |
| 12  probably explain to the jury exactly what | 12  probably explain to the jury exactly what | | | | |
| 13  -- what aspects of these slides mean. | 13  -- what aspects of these slides mean. | | | | |
| 14      Q.  Okay.  The conclusion | 14      Q.  Okay.  The conclusion | | | | |
| 15  reached in the slide was that the | 15  reached in the slide was that the | | | | |
| 16  cumulative weighted evidence is | 16  cumulative weighted evidence is | | | | |
| 17  sufficient to support a causal | 17  sufficient to support a causal | | | | |
| 18  association between docetaxel (Taxotere) | 18  association between docetaxel (Taxotere) | | | | |
| 19  and permanent irreversible alopecia in | 19  and permanent irreversible alopecia in | | | | |
| 20  patients who receive docetaxel; correct? | 20  patients who receive docetaxel; correct? | | | | |
| 21      A.  Yes, that was the SMC | 21      A.  Yes, that was the SMC | | | | |
| 22  conclusion. | 22  conclusion. | | | | |
| 23      Q.  And you agreed with that | 23      Q.  And you agreed with that | | | | |
| 24  statement; correct? | 24  statement; correct? | | | | |
| 390 | 390 | | | | |
| 1      A.  I do agree with the | 1      A.  I do agree with the | | | | |
| 2  statement. | 2  statement. | | | | |
| 3      MR. BACHUS:  Okay.  Thank | 3      MR. BACHUS:  Okay.  Thank | | | | |
| 4  you. | 4  you. | | | | |
| 5  BY MR. BACHUS: | 5  BY MR. BACHUS: | | | | |
| 6      Q.  Very briefly, you previously | 6      Q.  Very briefly, you previously | | | | |
| 7  discussed listed.  Do you remember -- | 7  discussed listed.  Do you remember -- | | | | |
| 8  have you mentioned several times today | 8  have you mentioned several times today | | | | |
| 9  listed versus unlisted? | 9  listed versus unlisted? | | | | |
| 10      A.  Yes. | 10      A.  Yes. | | | | |
| 11      Q.  You agree with me that a | 11      Q.  You agree with me that a | Not previously ruled on.<br><br>Completeness, subject to objections | Not necessary for completeness | | |
| 12  side effect -- from a regulatory | 12  side effect -- from a regulatory | | | | |
| 13  perspective, a side effect is considered | 13  perspective, a side effect is considered | | | | |
| 14  to be listed in the label only when its | 14  to be listed in the label only when its | | | | |
| 15  nature, severity, specificity, and | 15  nature, severity, specificity, and | | | | |
| 16  outcome are consistent with the | 16  outcome are consistent with the | | | | |
| 17  information already in the label; | 17  information already in the label; | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 18  correct? | 18  correct? | | | | |
| 19      A.   And you should underline are | 19      A.   And you should underline are | | | | |
| 20  consistent, because -- | 20  consistent, because -- | | | | |
| 21      Q.   Do you agree with me? | 21      Q.   Do you agree with me? | | | | |
| 22          MR. KEENAN:  Let him -- | 22          MR. KEENAN:  Let him -- | | | | |
| 23      don't cut him off. | 23      don't cut him off. | | | | |
| | | Not previously ruled on. | Not necessary for completeness | | |
| 24      THE WITNESS:  Because part | 24      THE WITNESS:  Because part | Completeness, subject to objections | | | |
| 391 | 391 | | | | |
| 1  of the analysis is to look at | 1  of the analysis is to look at | | | | |
| 2  those events and -- and also | 2  those events and -- and also | | | | |
| 3  consider whether it's consistent | 3  consider whether it's consistent | | | | |
| 4  or medically comparable, that | 4  or medically comparable, that | | | | |
| 5  that's -- that's what the SOP says | 5  that's -- that's what the SOP says | | | | |
| 6  and the quality training. | 6  and the quality training. | | | | |
| 7      So you can have, for | 7      So you can have, for | | | | |
| 8  example, hypoxia in the label and | 8  example, hypoxia in the label and | | | | |
| 9  you can have oxygen saturation | 9  you can have oxygen saturation | | | | |
| 10  decreased and that would be | 10  decreased and that would be | | | | |
| 11  considered listed, because there's | 11  considered listed, because there's | | | | |
| 12  a medical consistency. | 12  a medical consistency. | | | | |
| 13  BY MR. BACHUS: | 13  BY MR. BACHUS: | | | | |
| 14      Q.   Are you finished? | 14      Q.   Are you finished? | | | | |
| 15      A.   Yes. | 15      A.   Yes. | | | | |
| 16          MR. BACHUS:  Move to strike | 16          MR. BACHUS:  Move to strike | | | | |
| 17      as nonresponsive. | 17      as nonresponsive. | | | | |
| 18          THE WITNESS:  I did respond. | 18          THE WITNESS:  I did respond. | | | | |
| 19  BY MR. BACHUS: | 19  BY MR. BACHUS: | | | | |
| | | Previously Overruled. | Straightforward simple question and answer | | |
| 20      Q.   If the outcomes of an | 20      Q.   If the outcomes of an | Misleading: Vague and Ambiguous; Speculation; Unduly Prejudicial | | Overruled | |
| 21  side effect is considered to be unlisted; | 21  adverse event are not consistent, the | | | | |
| 22  side effect is considered to be unlisted; | 22  side effect is considered to be unlisted; | | | | |
| 23  correct? | 23  correct? | | | | |
| 24      A.   If the -- if any of those | 24      A.   If the -- if any of those | | | | |
| 392 | 392 | | | | |
| 1  elements are not consistent or if there's | 1  elements are not consistent or if there's | | | | |
| 2  doubt about the consistency or the | 2  doubt about the consistency or the | | | | |
| 3  medical compatibility, they will be | 3  medical compatibility, they will be | | | | |
| 4  considered unlisted. | 4  considered unlisted. | | | | |
| | | Previously Overruled. | Straightforward simple question and answer | | |
| 5      Q.   And you're supposed to error | 5      Q.   And you're supposed to error | Argumentative | | | |
| 6  on the side -- if there's any doubt, err | 6  on the side -- if there's any doubt, err | | | | |
| 7  on the side of consider it to be unlisted | 7  on the side of consider it to be unlisted | | | | |
| 8  and solve the problem with words; | 8  and solve the problem with words; | | | | |
| 9  correct? | 9  correct? | | | | |
| 10      A.   If there's doubt, then the | 10      A.   If there's doubt, then the | | | | |
| 11  errors is unlisted, that is correct. | 11  errors is unlisted, that is correct. | | | | |
| | | Previous Objection Overruled, in part.  Previously not ruled on, in part. | Not necessary for completeness | | |
| 12      Q.   And you agree with me that | 12      Q.   And you agree with me that | Completeness, subject to objections | | | |
| 13  temporary is not consistent with | 13  temporary is not consistent with | | | | |
| 14  permanent; correct? | 14  permanent; correct? | | | | |
| 15      A.   Temporary -- temporary has a | 15      A.   Temporary -- temporary has a | | | | |
| 16  different meaning from -- from permanent | 16  different meaning from -- from permanent | | | | |
| 17  -- | 17  -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 18    Q.   They're inconsistent with | 18    Q.   They're inconsistent with | | | | |
| 19   one another. | 19   one another. | | | | |
| 20     A.   Yes, I would -- I would | 20     A.   Yes, I would -- I would | | | | |
| 21   consider those inconsistent, but that -- | 21   consider those inconsistent, but that -- | | | | |
| 22   that is not the way that consistency is | 22   that is not the way that consistency is | | | | |
| 23   applied within labeling.  The -- | 23   applied within labeling.  The -- | | | | |
| 24      MR. BACHUS:  I don't have | 24      MR. BACHUS:  I don't have | | | | |
| 393 | 393 | | | | |
| 1    any further questions. | 1    any further questions. | | | | |
| 2      THE VIDEO TECHNICIAN:  Off | 2      THE VIDEO TECHNICIAN:  Off | | | | |
| 3   the record.  Right? | 3   the record.  Right? | | | | |
| 4      MR. KEENAN:  Does he have a | 4      MR. KEENAN:  Does he have a | | | | |
| 5   minute left or -- | 5   minute left or -- | | | | |
| 6      THE VIDEO TECHNICIAN:  So he | 6      THE VIDEO TECHNICIAN:  So he | | | | |
| 7   has one minute left, yes. | 7   has one minute left, yes. | | | | |
| 8      MR. KEENAN:  Okay. | 8      MR. KEENAN:  Okay. | | | | |
| 9      THE VIDEO TECHNICIAN:  Okay. | 9      THE VIDEO TECHNICIAN:  Okay. | | | | |
| 10   The time is 6:20 p.m.  Off the | 10   The time is 6:20 p.m.  Off the | | | | |
| 11   record. | 11   record. | | | | |
| 12      (A recess was taken from | 12      (A recess was taken from | | | | |
| 13   6:20 p.m. to 6:44 p.m.) | 13   6:20 p.m. to 6:44 p.m.) | | | | |
| 14      THE VIDEO TECHNICIAN:  Okay. | 14      THE VIDEO TECHNICIAN:  Okay. | | | | |
| 15   The time is 6:44 p.m.  Back on the | 15   The time is 6:44 p.m.  Back on the | | | | |
| 16   record. | 16   record. | | | | |
| 17      - - - | 17      - - - | | | | |
| 18      EXAMINATION | 18      EXAMINATION | | | | |
| 19      - - - | 19      - - - | | | | |
| 20  BY MR. KEENAN: | 20  BY MR. KEENAN: | | | | |
| | | **Previous Objection Overruled -** Designated testimony 393:21-395:4, 395:7-396:13, 396:15-396:21; 396:24-397:22; 398:11-16; 398:19-399:22 were permitted to play at Earnest.<br><br>Completeness. subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 21    Q.   State your name, please. | 21    Q.   State your name, please. | | | | |
| 22    A.   My name is Michael Steven | 22    A.   My name is Michael Steven | | | | |
| 23  Kopreski. | 23  Kopreski. | | | | |
| | | Leading | **Previously Overruled. -** Designated testimony 393:21-395:4, 395:7-396:13, 396:15-396:21; 396:24-397:22; 398:11-16; 398:19-399:22 was permitted to play at Earnest.<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and establish key background information that is relevant to testimony designated by both Parties. | | |
| 24    Q.   You are a medical doctor | 24    Q.   You are a medical doctor | | | | |
| 394 | 394 | | | | |
| 1  with board certifications.  Describe | 1  with board certifications.  Describe | | | | |
| 2  those. | 2  those. | | | | |
| 3     A.   That is correct.  I'm an | 3     A.   That is correct.  I'm an | | | | |
| 4  M.D.  I was board certified in internal | 4  M.D.  I was board certified in internal | | | | |
| 5  medicine and in oncology, medical | 5  medicine and in oncology, medical | | | | |
| 6  oncology. | 6  oncology. | | | | |
| 7    Q.   Okay.  And -- | 7    Q.   Okay.  And -- | | | | |
| 8     A.   I would add, both trainings | 8     A.   I would add, both trainings | | | | |
| 9  were -- were here in the United States. | 9  were -- were here in the United States. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Leading | **Previously Overruled** - Designated testimony 393:21-395:4, 395:7-396:13, 396:15-396:21; 396:24-397:22; 398:11-16; 398:19-399:22 was permitted to play at Earnest.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and establish key background information that is relevant to testimony designated by both Parties. | | |
| 10      Q.  Okay.  There was a time you | 10      Q.  Okay.  There was a time you | | | | |
| 11  were a practicing oncologist? | 11  were a practicing oncologist? | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 12      A.  That's correct.  Of course, | 12      A.  That's correct.  Of course, | | | | |
| 13  I practiced during my fellowship in | 13  I practiced during my fellowship in | | | | |
| 14  medical oncology; and after finishing my | 14  medical oncology; and after finishing my | | | | |
| 15  fellowship, I was at the National Cancer | 15  fellowship, I was at the National Cancer | | | | |
| 16  Institute as a -- as a senior | 16  Institute as a -- as a senior | | | | |
| 17  investigator where I saw patients, as | 17  investigator where I saw patients, as | | | | |
| 18  well as doing clinical research.  So I | 18  well as doing clinical research.  So I | | | | |
| 19  was practicing then. | 19  was practicing then. | | | | |
| 20      And I also had some | 20      And I also had some | | | | |
| 21  privileges at the -- at the hospital | 21  privileges at the -- at the hospital | | | | |
| 22  across the street where we would put some | 22  across the street where we would put some | | | | |
| 23  of our National Cancer Institute patients | 23  of our National Cancer Institute patients | | | | |
| 24  in if warranted. | 24  in if warranted. | | | | |
| 395 | 395 | | | | |
| | | Undisclosed Expert Opinion, Foundation, Leading | **Previously Overruled** - Designated testimony 393:21-395:4, 395:7-396:13, 396:15-396:21; 396:24-397:22; 398:11-16; 398:19-399:22 was permitted to play at Earnest.  As an initial matter, this testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and establish key background information that is relevant to testimony designated by both Parties.  The witness's foundation, as a Sanofi pharmacovigilance employee and clinically-trained oncologist, to offer testimony about chemotherapy and the adverse events associated with chemotherapy has been properly laid.  Furthermore, this testimony is not an undisclosed expert opinion because it falls within the scope of the witness's  knowledge and employment. | | |
| 1      Q.  I want to talk just briefly | 1      Q.  I want to talk just briefly | | | | |
| 2  about chemotherapy.  And why do some | 2  about chemotherapy.  And why do some | | | | |
| 3  chemotherapy therapies cause alopecia? | 3  chemotherapy therapies cause alopecia? | | | | |
| 4      A.  Okay.  Well -- | 4      A.  Okay.  Well -- | | | | |
| 5      MR. BACHUS:  Object to the | 5      MR. BACHUS:  Object to the | | | | |
| 6      form. | 6      form. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Undisclosed Expert Opinion, Foundation, Leading | **Previously Overruled** - Designated testimony 393:21-395:4, 395:7-396:13, 396:15-396:21; 396:24-397:22; 398:11-16; 398:19-399:22 was permitted to play at Earnest.  As an initial matter, this testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and establish key background information that is relevant to testimony designated by both Parties.  The witness's foundation, as a Sanofi pharmacovigilance employee and clinically-trained oncologist, to offer testimony about chemotherapy and the adverse events associated with chemotherapy has been properly laid. Furthermore, this testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment. | | |
| 7        THE WITNESS: Okay.  The -- | 7        THE WITNESS: Okay.  The -- | | | | |
| 8    you know, chemotherapy is a fairly | 8    you know, chemotherapy is a fairly | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 9    broad term, but within that, there | 9    broad term, but within that, there | | | | |
| 10    are cytostatic and cytotoxic | 10    are cytostatic and cytotoxic | | | | |
| 11    agents and basically, you know, | 11    agents and basically, you know, | | | | |
| 12    what -- what cancer is is a | 12    what -- what cancer is is a | | | | |
| 13    disease where the signals are out | 13    disease where the signals are out | | | | |
| 14    of balance so that cancer cells | 14    of balance so that cancer cells | | | | |
| 15    grow unchecked. | 15    grow unchecked. | | | | |
| 16        So -- so normally when | 16        So -- so normally when | | | | |
| 17    cancer is -- when you have normal | 17    cancer is -- when you have normal | | | | |
| 18    cells -- let's take, for example, | 18    cells -- let's take, for example, | | | | |
| 19    if -- if you have a -- a wound and | 19    if -- if you have a -- a wound and | | | | |
| 20    you get a laceration, you have to | 20    you get a laceration, you have to | | | | |
| 21    heal that, those cells will | 21    heal that, those cells will | | | | |
| 22    receive signals to grow, but at | 22    receive signals to grow, but at | | | | |
| 23    the appropriate time, that growth | 23    the appropriate time, that growth | | | | |
| 24    stops.  Once the wound has healed, | 24    stops.  Once the wound has healed, | | | | |
| 396 | 396 | | | | |
| 1    the growth stops.  But in cancer, | 1    the growth stops.  But in cancer, | | | | |
| 2    those signals are disregulated, so | 2    those signals are disregulated, so | | | | |
| 3    you have continued growth. | 3    you have continued growth. | | | | |
| 4        What the chemotherapy agents | 4        What the chemotherapy agents | | | | |
| 5    basically do as a very broad or | 5    basically do as a very broad or | | | | |
| 6    general class is, they interfere | 6    general class is, they interfere | | | | |
| 7    with the growth of the cancer | 7    with the growth of the cancer | | | | |
| 8    cell, either by killing the cancer | 8    cell, either by killing the cancer | | | | |
| 9    cell or interfering with the | 9    cell or interfering with the | | | | |
| 10    growth mechanism of the cancer | 10    growth mechanism of the cancer | | | | |
| 11    cell, such as Taxotere interfering | 11    cell, such as Taxotere interfering | | | | |
| 12    with the mechanism that allows for | 12    with the mechanism that allows for | | | | |
| 13    a division of the cancer cell. | 13    a division of the cancer cell. | | | | |
| | | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 14  BY MR. KEENAN: | 14  BY MR. KEENAN: | | | | |
| 15     Q.   Okay.  There's been a lot of | 15     Q.   Okay.  There's been a lot of | | | | |
| 16   discussion about alopecia and modifiers | 16   discussion about alopecia and modifiers | | | | |
| 17   of alopecia, whether it's persistent or | 17   of alopecia, whether it's persistent or | | | | |
| 18   irreversible or ongoing.  Let's talk a | 18   irreversible or ongoing.  Let's talk a | | | | |
| 19   little bit about alopecia.  Is there a | 19   little bit about alopecia.  Is there a | | | | |
| 20   commonly accepted definition of | 20   commonly accepted definition of | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 21  persistent alopecia? | 21  persistent alopecia? | | | | |
| 22      MR. BACHUS:  Object to the | 22      MR. BACHUS:  Object to the | | | | |
| 23      form. | 23      form. | | | | |
| 24      THE WITNESS:  I don't | 24      THE WITNESS:  I don't | | | | |
| 397 | 397 | | | | |
| 1    believe there is.  Alopecia is a | 1    believe there is.  Alopecia is a | | | | |
| 2    diagnostic term; and as we've | 2    diagnostic term; and as we've | | | | |
| 3    talked about in not only this | 3    talked about in not only this | | | | |
| 4    deposition, but other depositions, | 4    deposition, but other depositions, | | | | |
| 5    30(b)(6) depositions that I've -- | 5    30(b)(6) depositions that I've -- | | | | |
| 6    that I've been in, you know, the | 6    that I've been in, you know, the | | | | |
| 7    concept -- of a term that | 7    concept -- of a term that | | | | |
| 8    applies to persistence or | 8    applies to persistence or | | | | |
| 9    permanence is -- is something | 9    permanence is -- is something | | | | |
| 10   that's not a defined medically | 10   that's not a defined medically | | | | |
| 11   accepted diagnostic term or even a | 11   accepted diagnostic term or even a | | | | |
| 12   term where there's full agreement | 12   term where there's full agreement | | | | |
| 13   on what that term should mean. | 13   on what that term should mean. | | | | |
| 14      Some people will use as | 14      Some people will use as | | | | |
| 15   persistence a definition of | 15   persistence a definition of | | | | |
| 16   alopecia that doesn't resolve | 16   alopecia that doesn't resolve | | | | |
| 17   after six months.  Other people | 17   after six months.  Other people | | | | |
| 18   have mentioned that while most | 18   have mentioned that while most | | | | |
| 19   alopecias resolve after six | 19   alopecias resolve after six | | | | |
| 20   months, quite a considerable | 20   months, quite a considerable | | | | |
| 21   amount of alopecias resolve | 21   amount of alopecias resolve | | | | |
| 22   between six months and a year. | 22   between six months and a year. | | | | |
| 23      Other reports are of | 23      Other reports are of | | | | |
| 24   alopecia resolving years | 24   alopecia resolving years | | | | |
| 398 | 398 | | | | |
| 1    afterwards; and in the TAX316 | 1    afterwards; and in the TAX316 | | | | |
| 2    study, during this deposition, Mr. | 2    study, during this deposition, Mr. | | | | |
| 3    Bachus pointed out a case that at | 3    Bachus pointed out a case that at | | | | |
| 4    55 months, the patient still had | 4    55 months, the patient still had | | | | |
| 5    ongoing alopecia; but on the | 5    ongoing alopecia; but on the | | | | |
| 6    77-month data, that alopecia had | 6    77-month data, that alopecia had | | | | |
| 7    resolved. | 7    resolved. | | | | |
| 8       So that patient resolved | 8       So that patient resolved | | | | |
| 9    alopecia even after four years. | 9    alopecia even after four years. | | | | |
| 10  BY MR. KEENAN: | 10  BY MR. KEENAN: | | | | |
| | | Undisclosed Expert Opinion | **Previously Overruled** Designated testimony 395:21-395:4, 395:7-396:13, 396:15-396:21; 396:24-397:22; 398:11-16; 398:19-399:22 was permitted to play at Earnest.<br><br>This testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment.  More specifically, as a Sanofi pharmacovigilance employee and clinically-trained oncologist, the witness's testimony about adverse events associated with cancer treatments is within the scope of the witness's knowledge and employment. | Overruled. | |
| 11      Q.  Okay.  And staying briefly | 11      Q.  Okay.  And staying briefly | | | | |
| | | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 12  on this topic of alopecia, what is it | 12  on this topic of alopecia, what is it | | | | |
| 13  about breast cancer patients and the | 13  about breast cancer patients and the | | | | |
| 14  therapies that they may take after the | 14  therapies that they may take after the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 15  chemotherapy has stopped that may impact | 15  chemotherapy has stopped that may impact | | | | |
| 16  hair regrowth? | 16  hair regrowth? | | | | |
| 17        MR. BACHUS:  Object to the | 17        MR. BACHUS:  Object to the | | | | |
| 18        form. | 18        form. | | | | |
| 19        THE WITNESS:  Well, so the | 19        THE WITNESS:  Well, so the | | | | |
| 20  way that I've looked at this | 20  way that I've looked at this | | | | |
| 21  question is -- is that we have an | 21  question is -- is that we have an | | | | |
| 22  initial -- initial insult that | 22  initial -- initial insult that | | | | |
| 23  could lead to hair loss.  I | 23  could lead to hair loss.  I | | | | |
| 24  described chemotherapies, | 24  described chemotherapies, | | | | |
| 399 | 399 | | | | |
| 1  including Adriamycin and | 1  including Adriamycin and | | | | |
| 2  cyclophosphamide and Taxotere and | 2  cyclophosphamide and Taxotere and | | | | |
| 3  Taxol.  They all have -- they all | 3  Taxol.  They all have -- they all | | | | |
| 4  have a high instance of alopecia | 4  have a high instance of alopecia | | | | |
| 5  because one of the faster-growing | 5  because one of the faster-growing | | | | |
| 6  cells in the body are the hair | 6  cells in the body are the hair | | | | |
| 7  follicles.  They tend to be active | 7  follicles.  They tend to be active | | | | |
| 8  and you're giving agents that | 8  and you're giving agents that | | | | |
| 9  interfere with growth. | 9  interfere with growth. | | | | |
| 10        So the aspect of having | 10        So the aspect of having | | | | |
| 11  alopecia after these therapies is | 11  alopecia after these therapies is | | | | |
| 12  -- is not unusual.  There's a high | 12  -- is not unusual.  There's a high | | | | |
| 13  incidence of alopecia after these | 13  incidence of alopecia after these | | | | |
| 14  therapies. | 14  therapies. | | | | |
| 15        But the question becomes, | 15        But the question becomes, | | | | |
| 16  why do some patients not recover? | 16  why do some patients not recover? | | | | |
| 17  Okay?  Why is it that most | 17  Okay?  Why is it that most | | | | |
| 18  patients recover, but some | 18  patients recover, but some | | | | |
| 19  patients don't recover? | 19  patients don't recover? | | | | |
| 20  BY MR. KEENAN: | 20  BY MR. KEENAN: | | | | |
| | | Leading, Form | **Previously Overruled** - Designated testimony 393:21-395:4, 395:7-396:13, 396:15-396:21, 396:24-397:22, 398:11-16; 398:19-399:22 was permitted to play at Earnest.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and establish key background information that is relevant to testimony designated by both Parties. | | |
| 21      Q.   And when you talk recovery, | 21      Q.   And when you talk recovery, | | | | |
| 22  you're talking about alopecia. | 22  you're talking about alopecia. | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 23      A.   Recover from -- | 23      A.   Recover from -- | | | | |
| 24        MR. BACHUS:  Object to the | 24        MR. BACHUS:  Object to the | | | | |
| 400 | 400 | | | | |
| 1  form. | 1  form. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Undisclosed Expert Opinion | Previously Overruled - Designated testimony 400:2-401:23 was permitted to play in *Earnest* .<br><br>This testimony is not a undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment.  More specifically, as a Sanofi pharmacovigilance employee and clinically-trained oncologist, the witness regularly assessed adverse events associated with various cancer treatments  within the scope of the witness's knowledge and employment. | | |
| 2        THE WITNESS:  Recover from | 2        THE WITNESS:  Recover from | | Overruled. | | |
| 3    their alopecia.  So, you know, I | 3    their alopecia.  So, you know, I | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 4    -- I -- and, clinically, we see | 4    -- I -- and, clinically, we see | | | | |
| 5    that nonrecovery in ways that's | 5    that nonrecovery in ways that's | | | | |
| 6    been discussed in this deposition, | 6    been discussed in this deposition, | | | | |
| 7    you know, people referring to | 7    you know, people referring to | | | | |
| 8    terms as persistent or permanent | 8    terms as persistent or permanent | | | | |
| 9    or chronic or irreversible, okay, | 9    or chronic or irreversible, okay, | | | | |
| 10    but the way that I look at it is, | 10    but the way that I look at it is, | | | | |
| 11    it's an issue of what determines | 11    it's an issue of what determines | | | | |
| 12    some patients to recover and some | 12    some patients to recover and some | | | | |
| 13    patients receive the same insult | 13    patients receive the same insult | | | | |
| 14    and don't recover. | 14    and don't recover. | | | | |
| 15        So one has to consider what | 15        So one has to consider what | | | | |
| 16    are the factors that might | 16    are the factors that might | | | | |
| 17    interfere with recovery.  Now, | 17    interfere with recovery.  Now, | | | | |
| 18    there's a lot of hypotheses, but | 18    there's a lot of hypotheses, but | | | | |
| 19    in reality, I think for the most | 19    in reality, I think for the most | | | | |
| 20    part today, people still don't | 20    part today, people still don't | | | | |
| 21    know.  It's -- they don't truly | 21    know.  It's -- they don't truly | | | | |
| 22    understand the cause.  They have | 22    understand the cause.  They have | | | | |
| 23    hypotheses.  Some hypotheses will | 23    hypotheses.  Some hypotheses will | | | | |
| 24    suggest it's -- it's one factor or | 24    suggest it's -- it's one factor or | | | | |
| 401 | 401 | | | | |
| 1    another factor. | 1    another factor. | | | | |
| 2        When one looks at factors | 2        When one looks at factors | | | | |
| 3    that are involved in recovery, | 3    that are involved in recovery, | | | | |
| 4    there are many factors, and drugs | 4    there are many factors, and drugs | | | | |
| 5    that might be given after | 5    that might be given after | | | | |
| 6    chemotherapy are one such factor. | 6    chemotherapy are one such factor. | | | | |
| 7        So common drugs, for | 7        So common drugs, for | | | | |
| 8    example, in breast cancer that are | 8    example, in breast cancer that are | | | | |
| 9    given after a chemotherapy are | 9    given after a chemotherapy are | | | | |
| 10    drugs that interfere with the | 10    drugs that interfere with the | | | | |
| 11    estrogen response that some breast | 11    estrogen response that some breast | | | | |
| 12    cancers thrive upon.  So these are | 12    cancers thrive upon.  So these are | | | | |
| 13    the antihormonal or -- or | 13    the antihormonal or -- or | | | | |
| 14    antiandrogen agents.  They include | 14    antiandrogen agents.  They include | | | | |
| 15    agents such as tamoxifen and | 15    agents such as tamoxifen and | | | | |
| 16    Arimidex, the aromatase | 16    Arimidex, the aromatase | | | | |
| 17    inhibitors, letrozole, there's a | 17    inhibitors, letrozole, there's a | | | | |
| 18    whole class of these agents. | 18    whole class of these agents. | | | | |
| 19        And -- and they have been | 19        And -- and they have been | | | | |
| 20    shown to, in their own right, | 20    shown to, in their own right, | | | | |
| 21    interfere with hair growth and | 21    interfere with hair growth and | | | | |
| 22    even in their own right as single | 22    even in their own right as single | | | | |
| 23    agents cause alopecia. | 23    agents cause alopecia. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 24  BY MR. KEENAN: | 24  BY MR. KEENAN: | | | | |
| 402 | 402 | | | | |
| | | Undisclosed Expert Opinion | **Not previously ruled on.** This testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment.  More specifically, as a Sanofi employee and clinically-trained oncologist, the witness's testimony about adverse events associated with various cancer treatments is within the scope of the witness's knowledge and employment. | | |
| 1    Q.  Okay. Okay. | 1    Q.  Okay. Okay. | | | | |
| 2    A.  There's a interaction of | 2    A.  There's a interaction of | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 3  hair growth with hormonal agents -- | 3  hair growth with hormonal agents -- | | | | |
| 4    Q.  Okay. | 4    Q.  Okay. | | | | |
| 5    A.  -- and if you disrupt that, | 5    A.  -- and if you disrupt that, | | | | |
| 6  you can disrupt that interaction. | 6  you can disrupt that interaction. | | | | |
| 7    Q.  Okay. I want to jump back | 7    Q.  Okay. I want to jump back | | | | |
| 8  just for a minute. | 8  just for a minute. | | | | |
| 9      When you talked about | 9      When you talked about | Leading, Irrelevant, Personal Practice, Back in 1970s | Previously Sustained. As an initial matter, this testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and establish key background information that is relevant to testimony designated by both Parties. This testimony is also relevant as it speaks to the witness's knowledge and understanding of adverse events associated with chemotherapy. | Sustained. | |
| 10  alopecia and the range of recoveries, | 10  alopecia and the range of recoveries, | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 11  when you were at the NCI, well before | 11  when you were at the NCI, well before | | | | |
| 12  Taxotere was introduced in the market, | 12  Taxotere was introduced in the market, | | | | |
| 13  did you have a patient that you cared for | 13  did you have a patient that you cared for | | | | |
| 14  that had permanent alopecia?  And just | 14  that had permanent alopecia?  And just | | | | |
| 15  briefly describe that. | 15  briefly describe that. | | | | |
| 16      MR. BACHUS:  Object to the | 16      MR. BACHUS:  Object to the | | | | |
| 17  form. | 17  form. | | | | |
| 18      THE WITNESS:  Well, back | 18      THE WITNESS:  Well, back | | | | |
| 19  when I was at -- during my medical | 19  when I was at -- during my medical | | | | |
| 20  fellowship, before my NCI days, | 20  fellowship, before my NCI days, | | | | |
| 21  you know, and before Taxotere was | 21  you know, and before Taxotere was | | | | |
| 22  marketed, I did have a patient | 22  marketed, I did have a patient | | | | |
| 23  with permanent alopecia. | 23  with permanent alopecia. | | | | |
| 24      I very vividly remember one | 24      I very vividly remember one | | | | |
| 403 | 403 | | | | |
| 1  gentleman that had total body | 1  gentleman that had total body | | | | |
| 2  alopecia of not only his hair, but | 2  alopecia of not only his hair, but | | | | |
| 3  his eyebrows and all the hair on | 3  his eyebrows and all the hair on | | | | |
| 4  his body; that he had had -- as I | 4  his body; that he had had -- as I | | | | |
| 5  recall, from roughly 20 years, he | 5  recall, from roughly 20 years, he | | | | |
| 6  had received an Adriamycin-based | 6  had received an Adriamycin-based | | | | |
| 7  regimen for lymphoma when he was a | 7  regimen for lymphoma when he was a | | | | |
| 8  young man.  It was a new regimen | 8  young man.  It was a new regimen | | | | |
| 9  he received down at the NCI and he | 9  he received down at the NCI and he | | | | |
| 10  was cured of his lymphoma, but he | 10  was cured of his lymphoma, but he | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 11      from this Adriamycin regimen was | 11      from this Adriamycin regimen was | | | | |
| 12      left with -- with this total body | 12      left with -- with this total body | | | | |
| 13      alopecia. | 13      alopecia. | | | | |
| 14           And, you know, the | 14           And, you know, the | | | | |
| 15      occurrence of that was 20 years | 15      occurrence of that was 20 years | | | | |
| 16      before my residency, so we're | 16      before my residency, so we're | | | | |
| 17      talking about back -- back in the | 17      talking about back -- back in the | | | | |
| 18      '70s. | 18      '70s. | | | | |
| 19           MR. KEENAN:  Okay. | 19           MR. KEENAN:  Okay. | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 20           THE WITNESS:  I've described | 20           THE WITNESS:  I've described | | | | |
| 21      that there's literature that | 21      that there's literature that | | | | |
| 22      predates -- I've described in my | 22      predates -- I've described in my | | | | |
| 23      depositions that -- the 30(b)(6) | 23      depositions that -- the 30(b)(6) | | | | |
| 24      depositions that there's | 24      depositions that there's | | | | |
| 404 | 404 | | | | |
| 1      literature talking about | 1      literature talking about | | | | |
| 2      persistent alopecia occurring that | 2      persistent alopecia occurring that | | | | |
| 3      predates Taxotere. | 3      predates Taxotere. | | | | |
| 4  BY MR. KEENAN: | 4  BY MR. KEENAN: | | | | |
| 5      Q.  Okay.  Very good.  I want to | 5      Q.  Okay.  Very good.  I want to | | | | |
| 6  shift gears and talk a little bit about | 6  shift gears and talk a little bit about | | | | |
| 7  pharmacovigilance.  I want you to | 7  pharmacovigilance.  I want you to | | | | |
| 8  describe for the jury the | 8  describe for the jury the | | | | |
| 9  pharmacovigilance organization at Sanofi | 9  pharmacovigilance organization at Sanofi | | | | |
| 10  when you were there.  So give us an | 10  when you were there.  So give us an | | | | |
| 11  overview, if you would. | 11  overview, if you would. | | | | |
| 12           MR. BACHUS:  Object to the | 12           MR. BACHUS:  Object to the | | | | |
| 13      form. | 13      form. | | | | |
| 14           THE WITNESS: | 14           THE WITNESS: | | | | |
| 15      Pharmacovigilance is -- which | 15      Pharmacovigilance is -- which | | | | |
| 16      basically is responsible for drug | 16      basically is responsible for drug | | | | |
| 17      safety and monitoring for drug | 17      safety and monitoring for drug | | | | |
| 18      safety.  It is a very big | 18      safety.  It is a very big | | | | |
| 19      organization at Sanofi that has | 19      organization at Sanofi that has | | | | |
| 20      high importance and independence | 20      high importance and independence | | | | |
| 21      from -- at Sanofi from other | 21      from -- at Sanofi from other | | | | |
| 22      departments, such as clinical | 22      departments, such as clinical | | | | |
| 23      developing -- development and | 23      developing -- development and | | | | |
| 24      marketing and regulatory.  It's | 24      marketing and regulatory.  It's | | | | |
| 405 | 405 | | | | |
| 1      really its own separate | 1      really its own separate | | | | |
| 2      department. | 2      department. | | | | |
| 3           It basically when I was | 3           It basically when I was | | | | |
| 4      there consisted of global | 4      there consisted of global | | | | |
| 5      pharmacovigilance, which was | 5      pharmacovigilance, which was | | | | |
| 6      responsible -- or, technically, | 6      responsible -- or, technically, | | | | |
| 7      global pharmacovigilance in | 7      global pharmacovigilance in | | | | |
| 8      epidemiology, which -- EPE, we | 8      epidemiology, which -- EPE, we | | | | |
| 9      called it, which is responsible | 9      called it, which is responsible | | | | |
| 10      for the products on a global | 10      for the products on a global | | | | |
| 11      level, but also each country had | 11      level, but also each country had | | | | |
| 12      their own local pharmacovigilance | 12      their own local pharmacovigilance | | | | |
| 13      affiliates or regions -- you know, | 13      affiliates or regions -- you know, | | | | |
| 14      sometimes I think it may have been | 14      sometimes I think it may have been | | | | |
| 15      more than one country, but there | 15      more than one country, but there | | | | |
| 16      are -- | 16      are -- | | | | |
| 17           MR. KEENAN:  Okay. | 17           MR. KEENAN:  Okay. | | | | |
| 18           THE WITNESS:  So this -- the | 18           THE WITNESS:  So this -- the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19    organization ultimately was an | 19    organization ultimately was an | | | | |
| 20    organization of hundreds of | 20    organization of hundreds of | | | | |
| 21    people.  It's a very large | 21    people.  It's a very large | | | | |
| 22    organization.  And it was further | 22    organization.  And it was further | | | | |
| 23    divided into people that were | 23    divided into people that were | | | | |
| 24    responsible for the case | 24    responsible for the case | | | | |
| 406 | 406 | | | | |
| 1    assessment, people that were | 1    assessment, people that were | | | | |
| 2    responsible for the regulatory | 2    responsible for the regulatory | | | | |
| 3    understandings and people that | 3    understandings and people that | | | | |
| 4    were responsible for the training | 4    were responsible for the training | | | | |
| 5    that would ensure that everybody | 5    that would ensure that everybody | | | | |
| 6    was trained in the manner that | 6    was trained in the manner that | | | | |
| 7    they should know it and the SOPs. | 7    they should know it and the SOPs. | | | | |
| 8        My group was responsible for | 8        My group was responsible for | | | | |
| 9    drugs in the -- primarily oncology | 9    drugs in the -- primarily oncology | | | | |
| 10    drugs that were either marketed | 10    drugs that were either marketed | | | | |
| 11    and were very large, such as | 11    and were very large, such as | | | | |
| 12    Taxotere -- | 12    Taxotere -- | | | | |
| 13        MR. KEENAN:  Okay. | 13        MR. KEENAN:  Okay. | | | | |
| 14        THE WITNESS:  -- or very -- | 14        THE WITNESS:  -- or very -- | | | | |
| 15    in development, either drugs that | 15    in development, either drugs that | | | | |
| 16    were starting up or drugs that | 16    were starting up or drugs that | | | | |
| 17    were well established but in | 17    were well established but in | | | | |
| 18    development, also like Taxotere. | 18    development, also like Taxotere. | | | | |
| 19  BY MR. KEENAN: | 19  BY MR. KEENAN: | | | | |
| 20      Q.  Okay.  When you were the | 20      Q.  Okay.  When you were the | | | | |
| 21    lead of the oncology group at Sanofi, | 21    lead of the oncology group at Sanofi, | | | | |
| 22    give the jury just a sense for just the | 22    give the jury just a sense for just the | | | | |
| 23    team that you worked with there and what | 23    team that you worked with there and what | | | | |
| 24    their medical training was. | 24    their medical training was. | | | | |
| 407 | 407 | | | | |
| 1        MR. BACHUS:  Object to the | 1        MR. BACHUS:  Object to the | | | | |
| 2    form. | 2    form. | | | | |
| 3        THE WITNESS:  Well, I was | 3        THE WITNESS:  Well, I was | | | Sustained. | |
| 4    very proud of my team when I was | 4    very proud of my team when I was | | | | |
| 5    there because of the dedication | 5    there because of the dedication | | | | |
| 6    and the diligence of the people | 6    and the diligence of the people | | | | |
| 7    involved.  I mean, these are | 7    involved.  I mean, these are | | | | |
| 8    people that would stay all hours | 8    people that would stay all hours | | | | |
| 9    of the night, people that would be | 9    of the night, people that would be | | | | |
| 10    working on the weekend.  This was | 10    working on the weekend.  This was | | | | |
| 11    just routine in my team. | 11    just routine in my team. | | | | |
| 12        There are people that would | 12        There are people that would | | | | |
| 13    collaborate with each other and | 13    collaborate with each other and | | | | |
| 14    help each other out because we | 14    help each other out because we | | | | |
| 15    were a team, not simply because | 15    were a team, not simply because | | | | |
| 16    they were being made to do it | 16    they were being made to do it | | | | |
| 17    under their responsibility. | 17    under their responsibility. | | | | |
| 18        The people that I was | 18        The people that I was | | | | |
| 19    responsible for on the different | 19    responsible for on the different | | | | |
| 20    times broke into two groups: | 20    times broke into two groups: | | | | |
| 21    There were the global safety | 21    There were the global safety | | | | |
| 22    officers that would report to me, | 22    officers that would report to me, | | | | |
| 23    and these people were physicians. | 23    and these people were physicians. | | | | |
| 24    They were very highly trained | 24    They were very highly trained | | | | |
| 408 | 408 | | | | |
| 1    physicians.  They came from -- | 1    physicians.  They came from -- | | | | |
| 2    they may have trained in different | 2    they may have trained in different | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 3     parts of the world.  Some trained | 3     parts of the world.  Some trained | | | | |
| 4     here in the United States.  Others | 4     here in the United States.  Others | | | | |
| 5     trained in Europe.  Others trained | 5     trained in Europe.  Others trained | | | | |
| 6     in Japan or China. | 6     in Japan or China. | | | | |
| 7         But they were all dedicated | 7         But they were all dedicated | | | | |
| 8     to patient safety.  They all -- | 8     to patient safety.  They all -- | | | | |
| 9     they all chose to go into safety | 9     they all chose to go into safety | | | | |
| 10     rather than one of the other | 10     rather than one of the other | | | | |
| 11     branches of industry, such as the | 11     branches of industry, such as the | | | | |
| 12     development or the marketed | 12     development or the marketed | | | | |
| 13     products or commercialization. | 13     products or commercialization. | | | | |
| 14     They chose safety because they had | 14     They chose safety because they had | | | | |
| 15     a particular dedication to the | 15     a particular dedication to the | | | | |
| 16     welfare of the patients. | 16     welfare of the patients. | | | | |
| 17         Now, when I would hire | 17         Now, when I would hire | | | | |
| 18     people into -- into my group, I | 18     people into -- into my group, I | | | | |
| 19     felt that the best global safety | 19     felt that the best global safety | | | | |
| 20     officers were the people that | 20     officers were the people that | | | | |
| 21     would be the best -- had the | 21     would be the best -- had the | | | | |
| 22     characteristics of the best | 22     characteristics of the best | | | | |
| 23     physicians in general, and I | 23     physicians in general, and I | | | | |
| 24     expected them to have some | 24     expected them to have some | | | | |
| 409 | 409 | | | | |
| 1     expertise or understanding in | 1     expertise or understanding in | | | | |
| 2     oncology, but they didn't | 2     oncology, but they didn't | | | | |
| 3     necessarily have to be | 3     necessarily have to be | | | | |
| 4     oncologists.  Quite a few of the | 4     oncologists.  Quite a few of the | | | | |
| 5     people in my group were | 5     people in my group were | | | | |
| 6     oncologists, but others had just | 6     oncologists, but others had just | | | | |
| 7     been dealing with oncology | 7     been dealing with oncology | | | | |
| 8     products for a long time. | 8     products for a long time. | | | | |
| 9         But they all had aspects of | 9         But they all had aspects of | | | | |
| 10     -- of diligence and concern about | 10     -- of diligence and concern about | | | | |
| 11     the patient and clinical | 11     the patient and clinical | | | | |
| 12     knowledge, being knowledgeable as | 12     knowledge, being knowledgeable as | | | | |
| 13     physicians.  These are all people | 13     physicians.  These are all people | | | | |
| 14     that I felt would make excellent | 14     that I felt would make excellent | | | | |
| 15     physicians. | 15     physicians. | | | | |
| 16         MR. KEENAN:  Okay.  Very | 16         MR. KEENAN:  Okay.  Very | | | | |
| 17     good. | 17     good. | | | | |
| 18  BY MR. KEENAN: | 18  BY MR. KEENAN: | | | | |
| 19     Q.  Staying on the topic of | 19     Q.  Staying on the topic of | Form | **Not previously ruled on, in part. Previously overruled in part.**  Plaintiff's objection is unclear.  The witness's testimony is proper and admissible. | | |
| 20  pharmacovigilance, and specifically as it | 20  pharmacovigilance, and specifically as it | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 21  relates to Taxotere, I want to talk about | 21  relates to Taxotere, I want to talk about | | | | |
| 22  alopecia again more specifically as it | 22  alopecia again more specifically as it | | | | |
| 23  relates to this drug. | 23  relates to this drug. | | | | |
| 24         And what considerations are | 24         And what considerations are | | | Overruled. | |
| 410 | 410 | | | | |
| 1  important in the analysis and the | 1  important in the analysis and the | | | | |
| 2  evaluation of alopecia that is prolonged, | 2  evaluation of alopecia that is prolonged, | | | | |
| 3  that is -- that extends for a number of | 3  that is -- that extends for a number of | | | | |
| 4  months after the cessation of therapy? | 4  months after the cessation of therapy? | | | | |
| 5  Would you just give us your -- your | 5  Would you just give us your -- your | | | | |
| 6  impressions about that topic? | 6  impressions about that topic? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 7    MR. BACHUS:  Object to the | 7    MR. BACHUS:  Object to the | | | | |
| 8    form. | 8    form. | | | | |
| 9    THE WITNESS:  Well, when | 9    THE WITNESS:  Well, when | Undisclosed Expert Opinion | Previously Overruled.<br><br>This testimony is not an undisclosed expert opinion because the question specifically calls for how Dr. Kopreski, as a Sanofi pharmacovigilance employee and clinically-trained oncologist, would assess adverse events related to Taxotere and alopecia--a task he performed while employed at Sanofi. | | |
| 10   you're reviewing a case, an | 10   you're reviewing a case, an | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 11   individual case, to try to make an | 11   individual case, to try to make an | | | | |
| 12   assessment of what might be the | 12   assessment of what might be the | | | | |
| 13   cause of that alopecia -- and I | 13   cause of that alopecia -- and I | | | | |
| 14   had previously talked about, you | 14   had previously talked about, you | | | | |
| 15   know, the many hypotheses and | 15   know, the many hypotheses and | | | | |
| 16   potential causes; but when you | 16   potential causes; but when you | | | | |
| 17   review it, there are several | 17   review it, there are several | | | | |
| 18   things you really need to know and | 18   things you really need to know and | | | | |
| 19   need to understand to make -- make | 19   need to understand to make -- make | | | | |
| 20   a good assessment. | 20   a good assessment. | | | | |
| 21       And those things, first off, | 21       And those things, first off, | | | | |
| 22   you need to know the temporal | 22   you need to know the temporal | | | | |
| 23   relationship.  You need to know, | 23   relationship.  You need to know, | | | | |
| 24   you know, when the drug was given, | 24   you know, when the drug was given, | | | | |
| 411 | 411 | | | | |
| 1    when the alopecia occurred.  But | 1    when the alopecia occurred.  But | | | | |
| 2    you also need to know what other | 2    you also need to know what other | | | | |
| 3    chemotherapy agents might have | 3    chemotherapy agents might have | | | | |
| 4    been given, what antihormonal | 4    been given, what antihormonal | | | | |
| 5    agents, tamoxifen, Arimidex, for | 5    agents, tamoxifen, Arimidex, for | | | | |
| 6    example, were they given, given | 6    example, were they given, given | | | | |
| 7    the very important potential role; | 7    the very important potential role; | | | | |
| 8    what was the past medical history, | 8    what was the past medical history, | | | | |
| 9    do they have -- do they have a | 9    do they have -- do they have a | | | | |
| 10   history of conditions that could | 10   history of conditions that could | | | | |
| 11   be associated with alopecia, such | 11   be associated with alopecia, such | | | | |
| 12   as hypothyroidism, for example; | 12   as hypothyroidism, for example; | | | | |
| 13   what are the other medications | 13   what are the other medications | | | | |
| 14   that they're on, are they on | 14   that they're on, are they on | | | | |
| 15   medications that the medication | 15   medications that the medication | | | | |
| 16   itself can cause alopecia, such as | 16   itself can cause alopecia, such as | | | | |
| 17   hypertension -- hypertension | 17   hypertension -- hypertension | | | | |
| 18   medicine such as beta blockers | 18   medicine such as beta blockers | | | | |
| 19   have been associated with alopecia | 19   have been associated with alopecia | | | | |
| 20   or, in the case of a number of Dr. | 20   or, in the case of a number of Dr. | | | | |
| 21   Sedlacek's patients that we talked | 21   Sedlacek's patients that we talked | | | | |
| 22   about, a lot of those patients | 22   about, a lot of those patients | | | | |
| 23   were on Coumadin, which is known | 23   were on Coumadin, which is known | | | | |
| 24   to be associated with -- with | 24   to be associated with -- with | | | | |
| 412 | 412 | | | | |
| 1    causing alopecia. | 1    causing alopecia. | | | | |
| 2        So one needs to look at and | 2        So one needs to look at and | | | | |
| 3    consider all those factors in | 3    consider all those factors in | | | | |
| 4    doing the assessment. | 4    doing the assessment. | | | | |
| 5        One of the problems that we | 5        One of the problems that we | | | | |
| 6    run into -- and this is | 6    run into -- and this is | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 7    exemplified in some of the | 7    exemplified in some of the | | | | |
| 8    analysis that Dr. Hangai and Dr. | 8    analysis that Dr. Hangai and Dr. | | | | |
| 9    Palatinsky did in their clinical | 9    Palatinsky did in their clinical | | | | |
| 10   overviews -- is that a lot of that | 10   overviews -- is that a lot of that | | | | |
| 11   other information is just lacking. | 11   other information is just lacking. | | | | |
| 12   It's not there.  So it's very | 12   It's not there.  So it's very | | | | |
| 13   difficult to look at a case and | 13   difficult to look at a case and | | | | |
| 14   say, all the factors are | 14   say, all the factors are | | | | |
| 15   controlled and I can say that it's | 15   controlled and I can say that it's | | | | |
| 16   likely that Taxotere is the cause. | 16   likely that Taxotere is the cause. | | | | |
| 17       That was -- that was -- that | 17       That was -- that was -- that | | | | |
| 18   was just missing, and that's a | 18   was just missing, and that's a | | | | |
| 19   large reason why we concluded in | 19   large reason why we concluded in | | | | |
| 20   those clinical overviews that we | 20   those clinical overviews that we | | | | |
| 21   didn't have evidence for direct | 21   didn't have evidence for direct | | | | |
| 22   cause as opposed to a causal | 22   cause as opposed to a causal | | | | |
| 23   effect. | 23   effect. | | | | |
| 24  BY MR. KEENAN: | 24  BY MR. KEENAN: | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 413 | 413 | | | | |
| 1    Q.   Okay.  We'll talk about | 1    Q.   Okay.  We'll talk about | | | Overruled | |
| 2    those in just a minute, but we're also | 2    those in just a minute, but we're also | | | | |
| 3    going to talk about Sedlacek.  So I'm | 3    going to talk about Sedlacek.  So I'm | | | | |
| 4    going to ask this question broadly about | 4    going to ask this question broadly about | | | | |
| 5    literature broadly and literature | 5    literature broadly and literature | | | | |
| 6    studies, clinical studies in the | 6    studies, clinical studies in the | | | | |
| 7    peer-reviewed literature that report | 7    peer-reviewed literature that report | | | | |
| 8    persistent alopecia. | 8    persistent alopecia. | | | | |
| 9        What factors need to be | 9        What factors need to be | | | | |
| 10   considered in analyzing the literature | 10   considered in analyzing the literature | | | | |
| 11   that may be reporting, like Nabholtz, | 11   that may be reporting, like Nabholtz, | | | | |
| 12   persistent alopecia -- | 12   persistent alopecia -- | | | | |
| 13       MR. BACHUS:  Object to form. | 13       MR. BACHUS:  Object to form. | | | | |
| 14  BY MR. KEENAN: | 14  BY MR. KEENAN: | | | | |
| 15   Q.   -- from a pharmacovigilance | 15   Q.   -- from a pharmacovigilance | | | | |
| 16   perspective? | 16   perspective? | | | | |
| 17       MR. BACHUS:  Object to the | 17       MR. BACHUS:  Object to the | | | | |
| 18   form. | 18   form. | | | | |
| 19       THE WITNESS:  Well, Nabholtz | 19       THE WITNESS:  Well, Nabholtz | | | | |
| 20   -- Nabholtz is an interesting | 20   -- Nabholtz is an interesting | | | | |
| 21   study -- | 21   study -- | | | | |
| 22       MR. KEENAN:  We'll talk | 22       MR. KEENAN:  We'll talk | | | | |
| 23   about that specifically -- | 23   about that specifically -- | | | | |
| 24       THE WITNESS:  Okay.  All | 24       THE WITNESS:  Okay.  All | | | | |
| 414 | 414 | | | | |
| 1    right. | 1    right. | | | | |
| 2        MR. KEENAN:  -- but just | 2        MR. KEENAN:  -- but just | | | | |
| 3    generally. | 3    generally. | | | | |
| 4        THE WITNESS:  Just in | 4        THE WITNESS:  Just in | | | | |
| 5    general. | 5    general. | | | | |
| 6        MR. KEENAN:  Yes. | 6        MR. KEENAN:  Yes. | | | | |
| 7        MR. BACHUS:  Object to the | 7        MR. BACHUS:  Object to the | | | | |
| 8    form. | 8    form. | | | | |
| 9        THE WITNESS:  So when one | 9        THE WITNESS:  So when one | | | | |
| 10   has a literature report and -- or | 10   has a literature report and -- or | | | | |
| 11   let me just say, when one has | 11   let me just say, when one has | | | | |
| 12   literature, it's not simply the | 12   literature, it's not simply the | | | | |
| 13   bottom-line conclusion that you | 13   bottom-line conclusion that you | | | | |
| 14   can always put your faith into. | 14   can always put your faith into. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 15    You want to make sure that the | 15    You want to make sure that the | | | | |
| 16    methodology to arrive at that | 16    methodology to arrive at that | | | | |
| 17    conclusion was proper, that the | 17    conclusion was proper, that the | | | | |
| 18    thinking and the rationale that | 18    thinking and the rationale that | | | | |
| 19    led to that conclusion was proper. | 19    led to that conclusion was proper. | | | | |
| 20    You want to -- you want to | 20    You want to -- you want to | | | | |
| 21    make sure that the way that the | 21    make sure that the way that the | | | | |
| 22    data was collected or that the | 22    data was collected or that the | | | | |
| 23    study was done was done in a | 23    study was done was done in a | | | | |
| 24    manner that could stand up to | 24    manner that could stand up to | | | | |
| 415 | 415 | | | | |
| 1    scrutiny.  Okay?  So the question | 1    scrutiny.  Okay?  So the question | | | | |
| 2    is not simply what is the | 2    is not simply what is the | | | | |
| 3    conclusion, but it's what | 3    conclusion, but it's what | | | | |
| 4    confidence do you have in the | 4    confidence do you have in the | | | | |
| 5    conclusion. | 5    conclusion. | | | | |
| 6    And this is sort of the same | 6    And this is sort of the same | | | | |
| 7    standard that the FDA uses when | 7    standard that the FDA uses when | | | | |
| 8    they're designed to apply -- to | 8    they're designed to apply -- to | | | | |
| 9    approve a drug.  Ideally, they | 9    approve a drug.  Ideally, they | | | | |
| 10    would like to see a | 10    would like to see a | | | | |
| 11    well-controlled phase three | 11    well-controlled phase three | | | | |
| 12    randomized prospective trial. | 12    randomized prospective trial. | | | | |
| 13    Now, what does that mean?  It | 13    Now, what does that mean?  It | | | | |
| 14    means that you've tried to isolate | 14    means that you've tried to isolate | | | | |
| 15    the effect of your drug by | 15    the effect of your drug by | | | | |
| 16    randomizing your patients so | 16    randomizing your patients so | | | | |
| 17    there's an equal chance of | 17    there's an equal chance of | | | | |
| 18    patients receiving the drug; that | 18    patients receiving the drug; that | | | | |
| 19    factors that might impact the | 19    factors that might impact the | | | | |
| 20    results that you see are bounced | 20    results that you see are bounced | | | | |
| 21    between the two arms; that -- and | 21    between the two arms; that -- and | | | | |
| 22    that it's done in a manner that is | 22    that it's done in a manner that is | | | | |
| 23    prospective and not retrospective. | 23    prospective and not retrospective. | | | | |
| 24    You don't go back and look at | 24    You don't go back and look at | | | | |
| 416 | 416 | | | | |
| 1    results that may have been biased, | 1    results that may have been biased, | | | | |
| 2    but you make a plan and then you | 2    but you make a plan and then you | | | | |
| 3    move forward to look in a | 3    move forward to look in a | | | | |
| 4    prospective manner. | 4    prospective manner. | | | | |
| 5    That all reduces bias.  It's | 5    That all reduces bias.  It's | | | | |
| 6    -- you know, it's easy to do a | 6    -- you know, it's easy to do a | | | | |
| 7    study that is biased without even | 7    study that is biased without even | | | | |
| 8    intending to do it that way, but | 8    intending to do it that way, but | | | | |
| 9    -- but this is the kind of -- | 9    -- but this is the kind of -- | | | | |
| 10    MR. KEENAN:  Okay. | 10    MR. KEENAN:  Okay. | | | | |
| 11    THE WITNESS:  -- the kind of | 11    THE WITNESS:  -- the kind of | | | | |
| 12    analysis you need to look at. | 12    analysis you need to look at. | | | | |
| 13  BY MR. KEENAN: | 13  BY MR. KEENAN: | | | | |
| 14    Q.   I do want to -- I want to | 14    Q.   I do want to -- I want to | | | | |
| 15  focus on Nabholtz.  That's Exhibit No. 6. | 15  focus on Nabholtz.  That's Exhibit No. 6. | | | | |
| 16  I know you -- or you can just -- | 16  I know you -- or you can just -- | | | | |
| 17    A.   All right.  I'm -- | 17    A.   All right.  I'm -- | | | | |
| 18    Q.   You can follow me. | 18    Q.   You can follow me. | | | | |
| 19    A.   I'll follow you. | 19    A.   I'll follow you. | | | | |
| 20    MR. KEENAN:  And, Henry, if | 20    MR. KEENAN:  And, Henry, if | | | | |
| 21    I could -- | 21    I could -- | | | | |
| 22  BY MR. KEENAN: | 22  BY MR. KEENAN: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Leading | **Not previously ruled on, in part. Previously overruled, in part.** - Designated testimony 416:23-417:18 was permitted to play in *Earnest*.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 23    Q.  So, Doctor, I want to -- | 23    Q.  So, Doctor, I want to -- | | | | |
| 24   this has already been the subject of some | 24   this has already been the subject of some | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 417 | 417 | | | | |
| 1   discussion, so I want to -- I want to | 1   discussion, so I want to -- I want to | | | | |
| 2   move through this relatively quickly. | 2   move through this relatively quickly. | | | | |
| 3   This is Exhibit 6 and you recall | 3   This is Exhibit 6 and you recall | | | | |
| 4   questions about this study.  Right? | 4   questions about this study.  Right? | | | | |
| 5      A.  Yes, I do. | 5      A.  Yes, I do. | | | | |
| 6      Q.  And I think counsel | 6      Q.  And I think counsel | | | Overruled. | |
| 7   previously established that this would | 7   previously established that this would | | | | |
| 8   have been in 2001. | 8   have been in 2001. | | | | |
| 9      A.  It was -- that's correct. | 9      A.  It was -- that's correct. | | | | |
| 10     Q.  Okay? | 10     Q.  Okay? | | | | |
| | | Non-responsive | **Previously Overruled**  Plaintiff lacks standing to assert a "non-responsive" objection to the witness's testimony.  Nevertheless, the witness's testimony was responsive. | | |
| 11     A.  In the Journal of Clinical | 11     A.  In the Journal of Clinical | | | | |
| 12  Oncology, which is a very prominent | 12  Oncology, which is a very prominent | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 13  journal.  The association -- the American | 13  journal.  The association -- the American | | | | |
| 14  Society of Clinical Oncology has an | 14  Society of Clinical Oncology has an | | | | |
| 15  international membership of thousands of | 15  international membership of thousands of | | | | |
| 16  members and -- and this journal of the | 16  members and -- and this journal of the | | | | |
| 17  society is one of the more prominent | 17  society is one of the more prominent | | | | |
| 18  journals in the oncology field. | 18  journals in the oncology field. | | | | |
| | | Leading | **Previously Overruled.**  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 19     Q.  I want to go to the | 19     Q.  I want to go to the | | | | |
| 20  conclusion, which you have it in front of | 20  conclusion, which you have it in front of | Completeness, subject to objections | | | |
| 21  you, and I want to read some of this: | 21  you, and I want to read some of this: | | | | |
| 22  That the docetaxel-doxorubicin-based TAC | 22  That the docetaxel-doxorubicin-based TAC | | | | |
| 23  combination seems to be active in | 23  combination seems to be active in | | | | |
| 24  first-line treatment of patients with | 24  first-line treatment of patients with | | | | |
| 418 | 418 | | | | |
| 1   breast cancer.  Although neutropenia is | 1   breast cancer.  Although neutropenia is | | | | |
| 2   frequent, its consequences are | 2   frequent, its consequences are | | | | |
| 3   manageable.  The rest of the toxicity | 3   manageable.  The rest of the toxicity | | | | |
| 4   profile seems acceptable, with no | 4   profile seems acceptable, with no | | | | |
| 5   significant extra hematologic toxicities | 5   significant extra hematologic toxicities | | | | |
| 6   including docetaxel-specific toxicities. | 6   including docetaxel-specific toxicities. | | | | |
| 7   Moreover, we have found no evidence of | 7   Moreover, we have found no evidence of | | | | |
| 8   added cardiac toxicity for TAC -- and | 8   added cardiac toxicity for TAC -- and | | | | |
| 9   just for the jury's benefit, the T is | 9   just for the jury's benefit, the T is | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  Taxotere.  Right? | 10  Taxotere.  Right? | | | | |
| 11       A.   It's Taxotere, Adriamycin, | 11       A.   It's Taxotere, Adriamycin, | | | | |
| 12  which was also doxorubicin, and | 12  which was also doxorubicin, and | | | | |
| 13  cyclophosphamide. | 13  cyclophosphamide. | | | | |
| 14       Q.   Okay -- compared with | 14       Q.   Okay -- compared with | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 15  classical anthracycline-containing | 15  classical anthracycline-containing | | | | |
| 16  combinations.  These data have led to | 16  combinations.  These data have led to | | | | |
| 17  multiple phase three studies in both | 17  multiple phase three studies in both | | | | |
| 18  first-line metastatic and adjuvant | 18  first-line metastatic and adjuvant | | | | |
| 19  treatment of patients with breast cancer. | 19  treatment of patients with breast cancer. | | | | |
| 20  Results of such controlled trials will | 20  Results of such controlled trials will | | | | |
| 21  help to find whether taxanes, in this | 21  help to find whether taxanes, in this | | | | |
| 22  case docetaxel, will further impact on | 22  case docetaxel, will further impact on | | | | |
| 23  the treatment strategies and the natural | 23  the treatment strategies and the natural | | | | |
| 24  history of breast cancer. | 24  history of breast cancer. | | | | |
| 419 | 419 | | | | |
| 1       So, Doctor, very briefly, | 1       So, Doctor, very briefly, | | | | |
| 2  how would you describe the significance | 2  how would you describe the significance | | | | |
| 3  of the conclusion? | 3  of the conclusion? | | | | |
| 4       MR. BACHUS:  Object to the | 4       MR. BACHUS:  Object to the | | | | |
| 5     form. | 5     form. | | | | |
| 6       THE WITNESS:  Well, I think | 6       THE WITNESS:  Well, I think | | | | |
| 7     he's -- I think the -- Dr. | 7     he's -- I think the -- Dr. | | | | |
| 8     Nabholtz is painting a very | 8     Nabholtz is painting a very | | | | |
| 9     promising conclusion for the TAC | 9     promising conclusion for the TAC | | | | |
| 10     regimen in this summary. | 10     regimen in this summary. | | | | |
| 11  BY MR. KEENAN: | 11  BY MR. KEENAN: | | | | |
| | | Leading | **Previously Overruled** - Designated testimony 419:12-420:2.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previous testimony. | | |
| 12       Q.   Okay.  And I want to also | 12       Q.   Okay.  And I want to also | | | | |
| 13  direct your attention to a statement that | 13  direct your attention to a statement that | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 14  counsel spent some time with you on with | 14  counsel spent some time with you on with | | | | |
| 15  respect to the reports of alopecia. | 15  respect to the reports of alopecia. | | | | |
| 16       And in this -- this -- so | 16       And in this -- this -- so | | | | |
| 17  let's be clear.  This paper is being | 17  let's be clear.  This paper is being | | | | |
| 18  published in one of the most prominent | 18  published in one of the most prominent | | | | |
| 19  oncology journals. | 19  oncology journals. | | | | |
| 20       A.   That's correct. | 20       A.   That's correct. | | | | |
| 21       Q.   Okay. | 21       Q.   Okay. | | | | |
| 22       A.   That's my opinion. | 22       A.   That's my opinion. | | | | |
| | | Leading | **Previously Overruled** - Designated testimony 419:12-420:2; 420:5-420:19 was permitted to play in Earnest.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previous testimony. | | |
| 23       Q.   And this was a study that | 23       Q.   And this was a study that | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 24  was funded and underwritten by Sanofi or | 24  was funded and underwritten by Sanofi or | | | | |
| 420 | 420 | | | | |
| 1  its predecessor company. | 1  its predecessor company. | | | | |
| 2     A.   Yes, the -- | 2     A.   Yes, the -- | | | | |
| 3        MR. BACHUS:  Object to the | 3        MR. BACHUS:  Object to the | | | | |
| 4     form. | 4     form. | | | | |
| 5        THE WITNESS:  The importance | 5        THE WITNESS:  The importance | | | | |
| 6  of that is that for this Sanofi | 6  of that is that for this Sanofi | | | | |
| 7  study, it has confidentiality | 7  study, it has confidentiality | | | | |
| 8  rights and also would need to | 8  rights and also would need to | | | | |
| 9  review the study.  So Sanofi | 9  review the study.  So Sanofi | | | | |
| 10  basically agreed to have and | 10  basically agreed to have and | | | | |
| 11  probably provided the data since | 11  probably provided the data since | | | | |
| 12  that -- this is more than one -- | 12  that -- this is more than one -- | | | | |
| 13  one site, so the data would have | 13  one site, so the data would have | | | | |
| 14  had to be provided by Sanofi to | 14  had to be provided by Sanofi to | | | | |
| 15  the authors in order to publish | 15  the authors in order to publish | | | | |
| 16  this. | 16  this. | | | | |
| 17     So Sanofi actually advocated | 17     So Sanofi actually advocated | | | | |
| 18  and supported the publication of | 18  and supported the publication of | | | | |
| 19  this. | 19  this. | | | | |
| 20  BY MR. KEENAN: | 20  BY MR. KEENAN: | | | | |
| | | Leading | Not previously ruled on.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previous testimony. | | |
| 21     Q.   Okay.  Earlier today, you | 21     Q.   Okay.  Earlier today, you | | | | |
| | | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 22  were talking with counsel about | 22  were talking with counsel about | | | | |
| 23  oncologists having multiple sources of | 23  oncologists having multiple sources of | | | | |
| 24  information.  Do you recall that? | 24  information.  Do you recall that? | | | | |
| 421 | 421 | | | | |
| 1     A.   That's correct. | 1     A.   That's correct. | | | | |
| 2     Q.   Okay.  Is one source of | 2     Q.   Okay.  Is one source of | | | | |
| 3  information available to oncologists | 3  information available to oncologists | | | | |
| 4  peer-reviewed literature like this? | 4  peer-reviewed literature like this? | | | | |
| 5     A.   Absolutely. | 5     A.   Absolutely. | | | | |
| 6     Q.   This would be separate and | 6     Q.   This would be separate and | | | | |
| 7  distinct from the U.S. package insert or | 7  distinct from the U.S. package insert or | | | | |
| 8  other sources that they may have | 8  other sources that they may have | | | | |
| 9  available. | 9  available. | | | | |
| 10     A.   Yes, it would be. | 10     A.   Yes, it would be. | | | | |
| 11     Q.   Okay.  So this is -- in | 11     Q.   Okay.  So this is -- in | | | | |
| 12  2001, Dr. Nabholtz is describing, the | 12  2001, Dr. Nabholtz is describing, the | | | | |
| 13  most common treatment-related chronic | 13  most common treatment-related chronic | | | | |
| 14  nonhematologic toxicity was alopecia, 87 | 14  nonhematologic toxicity was alopecia, 87 | | | | |
| 15  percent, with long lasting, longer than | 15  percent, with long lasting, longer than | | | | |
| 16  two years, partial alopecia in 4 | 16  two years, partial alopecia in 4 | | | | |
| 17  patients. | 17  patients. | | | | |
| 18     Did I read that correctly? | 18     Did I read that correctly? | | | | |
| 19     A.   Yes. | 19     A.   Yes. | | | | |
| 20     Q.   He doesn't describe this as | 20     Q.   He doesn't describe this as | | | | |
| 21  irreversible alopecia, does he? | 21  irreversible alopecia, does he? | | | | |
| 22        MR. BACHUS:  Object to the | 22        MR. BACHUS:  Object to the | | | | |
| 23     form. | 23     form. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 24     THE WITNESS:  No, he | 24     THE WITNESS:  No, he | | | | |
| 422 | 422 | | | | |
| 1     describes it as lasting longer | 1     describes it as lasting longer | | | | |
| 2     than two years; but as I | 2     than two years; but as I | | | | |
| 3     mentioned, the -- you know, the | 3     mentioned, the -- you know, the | | | | |
| 4     concept of reversibility, you | 4     concept of reversibility, you | | | | |
| 5     know, is -- is something that | 5     know, is -- is something that | | | | |
| 6     varied over time I think and, you | 6     varied over time I think and, you | | | | |
| 7     know, it can -- can differ on -- | 7     know, it can -- can differ on -- | | | | |
| 8     based on physicians' perspective | 8     based on physicians' perspective | | | | |
| 9     as how they want to define it. | 9     as how they want to define it. | | | | |
| 10  BY MR. KEENAN: | 10  BY MR. KEENAN: | | | | |
| 11     Q.   Okay.  I want to shift gears | 11     Q.   Okay.  I want to shift gears | Leading | **Not previously ruled on.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 12  and I want to talk a little bit about | 12  and I want to talk a little bit about | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 13  another published study and that is the | 13  another published study and that is the | | | | |
| 14  study that counsel spent some time with | 14  study that counsel spent some time with | | | | |
| 15  you on.  It's Exhibit 12 and it is the | 15  you on.  It's Exhibit 12 and it is the | | | | |
| 16  Sedlacek study. | 16  Sedlacek study. | | | | |
| 17        You're familiar with that, | 17        You're familiar with that, | | | | |
| 18  are you not? | 18  are you not? | | | | |
| 19     A.   Yes. | 19     A.   Yes. | | | | |
| 20     Q.   So let me ask you, were the | 20     Q.   So let me ask you, were the | Leading | **Not previously ruled on.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 21  patients that were described in Dr. | 21  patients that were described in Dr. | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 22  Sedlacek's abstract, were those patients | 22  Sedlacek's abstract, were those patients | | | | |
| 23  separately captured and recorded in the | 23  separately captured and recorded in the | | | | |
| 24  pharmacovigilance database by Sanofi? | 24  pharmacovigilance database by Sanofi? | | | | |
| 423 | 423 | | | | |
| 1     MR. BACHUS:  Object to the | 1     MR. BACHUS:  Object to the | | | | |
| 2     form. | 2     form. | | | | |
| 3        THE WITNESS:  My | 3        THE WITNESS:  My | Leading | **Not previously ruled on.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 4     understanding based on my 30(b)(6) | 4     understanding based on my 30(b)(6) | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 5     preparation is that they were. | 5     preparation is that they were. | | | | |
| 6  BY MR. KEENAN: | 6  BY MR. KEENAN: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Leading | **Not previously ruled on.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 7    Q.   Okay.  And Dr. Sedlacek is | 7    Q.   Okay.  And Dr. Sedlacek is | | | | |
| 8  describing here, "Yet, we've always told | 8  describing here, "Yet, we've always told | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 9  our patients, 'don't worry, it will | 9  our patients, 'don't worry, it will | | | | |
| 10  always come back.'"  Do you see that? | 10  always come back.'"  Do you see that? | | | | |
| 11    A.   Yes. | 11    A.   Yes. | | | | |
| | | Leading | **Previously Sustained.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | |
| 12    Q.   Do you know any oncologists | 12    Q.   Do you know any oncologists | | | **Sustained.** | |
| 13  who tell any of their patients not to | 13  who tell any of their patients not to | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 14  worry about any side effects because | 14  worry about any side effects because | | | | |
| 15  they're guaranteed to resolve? | 15  they're guaranteed to resolve? | | | | |
| 16    MR. BACHUS:  Object to the | 16    MR. BACHUS:  Object to the | | | | |
| 17  form. | 17  form. | | | | |
| 18    THE WITNESS:  I can't -- I | 18    THE WITNESS:  I can't -- I | | | | |
| 19  can't recall any of my associates | 19  can't recall any of my associates | | | | |
| 20  that would say that, but | 20  that would say that, but | | | | |
| 21  oncologists treat their patients | 21  oncologists treat their patients | | | | |
| 22  differently from one oncologist to | 22  differently from one oncologist to | | | | |
| 23  another. | 23  another. | | | | |
| 24    I -- during my deposition | 24    I -- during my deposition | | | | |
| 424 | 424 | | | | |
| 1    today, I gave my opinion of how I | 1    today, I gave my opinion of how I | | | | |
| 2    would approach patients and how I | 2    would approach patients and how I | | | | |
| 3    thought patients should be | 3    thought patients should be | | | | |
| 4    approached. | 4    approached. | | | | |
| 5  BY MR. KEENAN: | 5  BY MR. KEENAN: | | | | |
| 6    Q.   Let's focus on the | 6    Q.   Let's focus on the | | | | |
| 7  methodology here of Dr. Sedlacek. | 7  methodology here of Dr. Sedlacek. | | | | |
| 8    A.   Okay. | 8    A.   Okay. | | | | |
| | | Leading | **Previously Overruled.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previous testimony. | | |
| 9    Q.   You mentioned on your | 9    Q.   You mentioned on your | | | **Overruled.** | |
| 10  cross-exam with Mr. Bachus some aspects | 10  cross-exam with Mr. Bachus some aspects | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 11  of the methodology that you questioned. | 11  of the methodology that you questioned. | | | | |
| 12  I think that's -- describe -- explain, if | 12  I think that's -- describe -- explain, if | | | | |
| 13  you would, what you meant. | 13  you would, what you meant. | | | | |
| 14    MR. BACHUS:  Object to the | 14    MR. BACHUS:  Object to the | | | | |
| 15  form. | 15  form. | | | | |
| 16    THE WITNESS:  Well, let me | 16    THE WITNESS:  Well, let me | | | | |
| 17  compare -- you know, I had | 17  compare -- you know, I had | | | | |

| PLAINTIFF'S DESIGNATIONS | | SANOFI'S DESIGNATIONS | | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | | Sanofi Affirmative Designations | | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | | Sanofi Counter-Designations | | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | | |
| 18 | described there being methodologic | 18 | described there being methodologic | | | | |
| 19 | problems associated with the way | 19 | problems associated with the way | | | | |
| 20 | that this paper might be | 20 | that this paper might be | | | | |
| 21 | perceived. | 21 | perceived. | | | | |
| 22 | Certainly the -- the data | 22 | Certainly the -- the data | | | | |
| 23 | that is provided is the data | 23 | that is provided is the data | | | | |
| 24 | that's provided, but -- but the | 24 | that's provided, but -- but the | | | | |
| | 425 | | 425 | | | | |
| 1 | way that it might be perceived | 1 | way that it might be perceived | | | | |
| 2 | might be seen as a comparative | 2 | might be seen as a comparative | | | | |
| 3 | study. | 3 | study. | | | | |
| 4 | I had just talked about the | 4 | I had just talked about the | | | | |
| 5 | importance of randomization if | 5 | importance of randomization if | | | | |
| 6 | you're going to do a comparison | 6 | you're going to do a comparison | | | | |
| 7 | study.  If for example your intent | 7 | study.  If for example your intent | | | | |
| 8 | is to make a comparison of group | 8 | is to make a comparison of group | | | | |
| 9 | A, which is AC or group B which is | 9 | A, which is AC or group B which is | | | | |
| 10 | Taxol versus the group C which is | 10 | Taxol versus the group C which is | | | | |
| 11 | the docetaxel, if that's the | 11 | the docetaxel, if that's the | | | | |
| 12 | comparison you're trying to make, | 12 | comparison you're trying to make, | | | | |
| 13 | then it's very important that the | 13 | then it's very important that the | | | | |
| 14 | methodology is done in a | 14 | methodology is done in a | | | | |
| 15 | nonbiasing type of manner. | 15 | nonbiasing type of manner. | | | | |
| 16 | I'm not saying that it could | 16 | I'm not saying that it could | | | | |
| 17 | be intentionally biasing, but if | 17 | be intentionally biasing, but if | | | | |
| 18 | you look at the study, several | 18 | you look at the study, several | | | | |
| 19 | things stand out.  First off, | 19 | things stand out.  First off, | | | | |
| 20 | there is no randomization. | 20 | there is no randomization. | | | | |
| 21 | Patients were not assigned to | 21 | Patients were not assigned to | | | | |
| 22 | group A, B, and C in a blind | 22 | group A, B, and C in a blind | | | | |
| 23 | manner.  They were assigned in a | 23 | manner.  They were assigned in a | | | | |
| 24 | manner that's not specified. | 24 | manner that's not specified. | | | | |
| | 426 | | 426 | | | | |
| 1 | Furthermore, if you look at | 1 | Furthermore, if you look at | | | | |
| 2 | when they were assigned, I believe | 2 | when they were assigned, I believe | | | | |
| 3 | at the top of the page, it says | 3 | at the top of the page, it says | | | | |
| 4 | that this is a 15-year | 4 | that this is a 15-year | | | | |
| 5 | retrospective analysis.  So we | 5 | retrospective analysis.  So we | | | | |
| 6 | don't know, patients assigned in | 6 | don't know, patients assigned in | | | | |
| 7 | the first five years, was there a | 7 | the first five years, was there a | | | | |
| 8 | difference in those women, were | 8 | difference in those women, were | | | | |
| 9 | they -- than the ones assigned | 9 | they -- than the ones assigned | | | | |
| 10 | later on.  We don't know if the | 10 | later on.  We don't know if the | | | | |
| 11 | sicker patients were assigned to | 11 | sicker patients were assigned to | | | | |
| 12 | one group versus another group. | 12 | one group versus another group. | | | | |
| 13 | We don't know if there was a | 13 | We don't know if there was a | | | | |
| 14 | preference in assigning patients | 14 | preference in assigning patients | | | | |
| 15 | that had received, you know, | 15 | that had received, you know, | | | | |
| 16 | previous treatments or | 16 | previous treatments or | | | | |
| 17 | chemotherapies to one group or | 17 | chemotherapies to one group or | | | | |
| 18 | another.  So -- so the lack of an | 18 | another.  So -- so the lack of an | | | | |
| 19 | assignment becomes -- becomes | 19 | assignment becomes -- becomes | | | | |
| 20 | problematic in this study. | 20 | problematic in this study. | | | | |
| 21 | We also don't know the doses | 21 | We also don't know the doses | | | | |
| 22 | that are supplied for many of | 22 | that are supplied for many of | | | | |
| 23 | these regimens.  We don't know -- | 23 | these regimens.  We don't know -- | | | | |
| 24 | for example, in the group B Taxol | 24 | for example, in the group B Taxol | | | | |
| | 427 | | 427 | | | | |
| 1 | group, I don't see the specific | 1 | group, I don't see the specific | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 2    doses being provided to know were | 2    doses being provided to know were | | | | |
| 3    these current doses being used or | 3    these current doses being used or | | | | |
| 4    maybe were these doses a long time | 4    maybe were these doses a long time | | | | |
| 5    ago, were these patients being | 5    ago, were these patients being | | | | |
| 6    underdosed -- | 6    underdosed -- | | | | |
| 7  BY MR. KEENAN: | 7  BY MR. KEENAN: | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 8    Q.   Why is dose important? | 8    Q.   Why is dose important? | | | | |
| 9      MR. BACHUS:  Object to the | 9      MR. BACHUS:  Object to the | | | | |
| 10    form. | 10    form. | | | | |
| 11      THE WITNESS:  Well, one | 11      THE WITNESS:  Well, one | | | | |
| 12    might anticipate that a higher | 12    might anticipate that a higher | | | | |
| 13    dose, that you might see -- in | 13    dose, that you might see -- in | | | | |
| 14    general might see higher | 14    general might see higher | | | | |
| 15    toxicities.  There tends to be | 15    toxicities.  There tends to be | | | | |
| 16    very often a dose-toxicity | 16    very often a dose-toxicity | | | | |
| 17    response. | 17    response. | | | | |
| 18      MR. KEENAN:  Okay. | 18      MR. KEENAN:  Okay. | | | | |
| 19 BY MR. KEENAN: | 19 BY MR. KEENAN: | | | | |
| 20    Q.   What else?  Anything else? | 20    Q.   What else?  Anything else? | | | Overruled. | |
| 21      MR. BACHUS:  Object to the | 21      MR. BACHUS:  Object to the | | | | |
| 22    form. | 22    form. | | | | |
| 23      THE WITNESS:  So the -- you | 23      THE WITNESS:  So the -- you | | | | |
| 24    know, the other -- the other | 24    know, the other -- the other | | | | |
| 428 | 428 | | | | |
| 1    aspect is, there's very little | 1    aspect is, there's very little | | | | |
| 2    information in this paper that we | 2    information in this paper that we | | | | |
| 3    know from our individual case | 3    know from our individual case | | | | |
| 4    reports.  There's no mention that | 4    reports.  There's no mention that | | | | |
| 5    the majority of patients in group | 5    the majority of patients in group | | | | |
| 6    C were on Coumadin -- | 6    C were on Coumadin -- | | | | |
| 7  BY MR. KEENAN: | 7  BY MR. KEENAN: | | | | |
| 8    Q.   How do you know that, | 8    Q.   How do you know that, | | | | |
| 9  Doctor? | 9  Doctor? | | | | |
| 10    A.   We know that -- | 10    A.   We know that -- | | | | |
| 11      MR. BACHUS:  Object to the | 11      MR. BACHUS:  Object to the | | | | |
| 12    form. | 12    form. | | | | |
| 13      THE WITNESS:  We know that | 13      THE WITNESS:  We know that | | | | |
| 14    from the individual case reports | 14    from the individual case reports | | | | |
| 15    that we received sent from the | 15    that we received sent from the | | | | |
| 16    site to Sanofi and -- | 16    site to Sanofi and -- | | | | |
| 17  BY MR. KEENAN: | 17  BY MR. KEENAN: | | | | |
| 18    Q.   Let me just -- when you -- | 18    Q.   Let me just -- when you -- | Leading | Not previously ruled on.<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previous testimony. | | |
| 19  when you talk about dosage, he has the | 19  when you talk about dosage, he has the | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 20  dosage here for docetaxel, but not the | 20  dosage here for docetaxel, but not the | | | | |
| 21  other doses. | 21  other doses. | | | | |
| 22    A.   That's correct. | 22    A.   That's correct. | | | | |
| 23    Q.   Go on. | 23    Q.   Go on. | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 24    A.   That's correct.  Also, he | 24    A.   That's correct.  Also, he | | | | |
| 429 | 429 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 1  has multiple regimens being lumped | 1  has multiple regimens being lumped | | | | |
| 2  together and included. That's really not | 2  together and included. That's really not | | | | |
| 3  the best way to try to analyze arms, by | 3  the best way to try to analyze arms, by | | | | |
| 4  having different -- different doses. | 4  having different -- different doses. | | | | |
| 5        But we know that a lot of | 5        But we know that a lot of | | | | |
| 6  patients in group C are on Coumadin that | 6  patients in group C are on Coumadin that | | | | |
| 7  -- and Coumadin can cause alopecia in its | 7  -- and Coumadin can cause alopecia in its | | | | |
| 8  own right. We certainly don't know | 8  own right. We certainly don't know | | | | |
| 9  whether Coumadin interferes with -- if it | 9  whether Coumadin interferes with -- if it | | | | |
| 10  can cause alopecia, could it potentially | 10  can cause alopecia, could it potentially | | | | |
| 11  interfere with the recovery from | 11  interfere with the recovery from | | | | |
| 12  alopecia. | 12  alopecia. | | | | |
| 13        And there's nothing in this | 13        And there's nothing in this | | | | |
| 14  article that talks about the risk factors | 14  article that talks about the risk factors | | | | |
| 15  of the individual patients, et cetera. | 15  of the individual patients, et cetera. | | | | |
| 16        So the data is as reported. | 16        So the data is as reported. | | | | |
| 17  Okay? The data is that there were seven | 17  Okay? The data is that there were seven | | | | |
| 18  patients in group C that -- that had | 18  patients in group C that -- that had | | | | |
| 19  persistent alopecia; but the tendency to | 19  persistent alopecia; but the tendency to | | | | |
| 20  interpret a comparison of, let's say, 6 | 20  interpret a comparison of, let's say, 6 | | | | |
| 21  percent to 0 percent is very -- is very | 21  percent to 0 percent is very -- is very | | | | |
| 22  problematic in this case. | 22  problematic in this case. | | | | |
| | | Undisclosed Expert Opinion | **Previously Overruled.**<br><br>This testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment. More specifically, as a Sanofi employee and clinically-trained oncologist, the witness's testimony about adverse events associated with various cancer treatments is within the scope of the witness's knowledge and employment. | | |
| 23        Q.  Okay. Okay. The final | 23        Q.  Okay. Okay. The final | | | **Overruled.** | |
| 24  question I want to ask you here, Doctor, | 24  question I want to ask you here, Doctor, | Completeness, subject to objections | This has nothing to do with completeness. This is sanofi designating its own direct. | | |
| 430 | 430 | | | | |
| 1  is, this regimen of AC plus docetaxel or | 1  is, this regimen of AC plus docetaxel or | | | | |
| 2  also described as AC followed by T, is | 2  also described as AC followed by T, is | | | | |
| 3  that a regimen that we have other studies | 3  that a regimen that we have other studies | | | | |
| 4  that have been done that have been | 4  that have been done that have been | | | | |
| 5  randomized that give us some additional | 5  randomized that give us some additional | | | | |
| 6  information about whether or not Taxotere | 6  information about whether or not Taxotere | | | | |
| 7  in that AC plus T regimen reflects any | 7  in that AC plus T regimen reflects any | | | | |
| 8  different risk than the other arms of the | 8  different risk than the other arms of the | | | | |
| 9  study? | 9  study? | | | | |
| 10      A.  Well -- | 10      A.  Well -- | | | | |
| 11          MR. BACHUS: Object to the | 11          MR. BACHUS: Object to the | | | | |
| 12  form. | 12  form. | | | | |
| 13        THE WITNESS: Well, that's | 13        THE WITNESS: Well, that's | | | | |
| 14  an interesting question. So let | 14  an interesting question. So let | | | | |
| 15  me first draw the analogy of the | 15  me first draw the analogy of the | | | | |
| 16  way -- for the jury of the way | 16  way -- for the jury of the way | | | | |
| 17  that science works in terms of | 17  that science works in terms of | | | | |
| 18  reporting. | 18  reporting. | | | | |
| 19        Unfortunately, but often you | 19        Unfortunately, but often you | | | | |
| 20  see this: Let's say you have four | 20  see this: Let's say you have four | | | | |
| 21  centers that do the same study and | 21  centers that do the same study and | | | | |
| 22  they're looking to do an abstract | 22  they're looking to do an abstract | | | | |
| 23  and -- and they essentially do the | 23  and -- and they essentially do the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 24    same thing, but one center gets a | 24    same thing, but one center gets a | | | | |
| 431 | 431 | | | | |
| 1    6.3 percent and another center | 1    6.3 percent and another center | | | | |
| 2    gets a 0 percent and all of the | 2    gets a 0 percent and all of the | | | | |
| 3    other centers get 0 percent. | 3    other centers get 0 percent. | | | | |
| 4    Who's the one that's likely to | 4    Who's the one that's likely to | | | | |
| 5    publish?  The investigators that | 5    publish?  The investigators that | | | | |
| 6    have no interesting result are | 6    have no interesting result are | | | | |
| 7    unlikely, unless it was a | 7    unlikely, unless it was a | | | | |
| 8    prospective study, but are | 8    prospective study, but are | | | | |
| 9    unlikely to publish in a | 9    unlikely to publish in a | | | | |
| 10    retrospective study. | 10    retrospective study. | | | | |
| 11        It's the investigator that | 11        It's the investigator that | | | | |
| 12    seems to have a positive result | 12    seems to have a positive result | | | | |
| 13    that's likely to go and present an | 13    that's likely to go and present an | | | | |
| 14    abstract at a meeting such as San | 14    abstract at a meeting such as San | | | | |
| 15    Antonio. | 15    Antonio. | | | | |
| 16        So you -- so you have this | 16        So you -- so you have this | | | | |
| 17    false selection of people | 17    false selection of people | | | | |
| 18    reporting a high percentage likely | 18    reporting a high percentage likely | | | | |
| 19    to be the ones that are presenting | 19    to be the ones that are presenting | | | | |
| 20    the data. | 20    the data. | | | | |
| 21        Now, we -- we saw in the -- | 21        Now, we -- we saw in the -- | | | | |
| 22    in the Nabholtz paper that he had | 22    in the Nabholtz paper that he had | | | | |
| 23    a small number of patients, he had | 23    a small number of patients, he had | | | | |
| 24    a few with persistent alopecia and | 24    a few with persistent alopecia and | | | | |
| 432 | 432 | | | | |
| 1    it created a high result.  So -- | 1    it created a high result.  So -- | | | | |
| 2    but when you look at the TAC | 2    but when you look at the TAC | | | | |
| 3    regimen in a much larger group, | 3    regimen in a much larger group, | | | | |
| 4    that percentage is way, way lower | 4    that percentage is way, way lower | | | | |
| 5    than what Nabholtz is reporting, | 5    than what Nabholtz is reporting, | | | | |
| 6    so -- | 6    so -- | | | | |
| | | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 7  BY MR. KEENAN: | 7  BY MR. KEENAN: | | | | |
| 8        Q.   What's an example?  What's | 8        Q.   What's an example?  What's | | | | |
| 9    an example of a study that had a much | 9    an example of a study that had a much | | | | |
| 10    larger population than -- | 10    larger population than -- | | | | |
| 11        A.   Well -- | 11        A.   Well -- | | | | |
| 12        MR. BACHUS:  Object to the | 12        MR. BACHUS:  Object to the | | | | |
| 13        form. | 13        form. | | | | |
| | | Undisclosed Expert Opinion | **Previously Overruled.**<br><br>This testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment.  More specifically, as a Sanofi employee and clinically-trained oncologist, the witness's testimony about Sanofi clinical trials is within the scope of the witness's  knowledge and employment. | | |
| 14        THE WITNESS: Well, TAX316 | 14        THE WITNESS: Well, TAX316 | | | | |
| | | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 15    would be an example and in that | 15    would be an example and in that | | | | |
| 16    study, the incidence was way | 16    study, the incidence was way | | | | |
| 17    lower.  We can talk about that | 17    lower.  We can talk about that | | | | |
| 18    incidence later -- | 18    incidence later -- | | | | |
| 19        MR. KEENAN:  We'll -- | 19        MR. KEENAN:  We'll -- | | | | |
| 20        THE WITNESS: But so it's | 20        THE WITNESS: But so it's | | | Overruled. | |
| 21    worthwhile to try to look at large | 21    worthwhile to try to look at large | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 22    studies.  Now, in the ACT regimen, | 22    studies.  Now, in the ACT regimen, | | | | |
| 23    first off, this is not the regimen | 23    first off, this is not the regimen | | | | |
| 24    that the company recommends.  The | 24    that the company recommends.  The | | | | |
| 433 | 433 | | | | |
| 1    company recommends that these T, | 1    company recommends that these T, | | | | |
| 2    A, and C be given essentially at | 2    A, and C be given essentially at | | | | |
| 3    the same time, not be given | 3    the same time, not be given | | | | |
| 4    sequentially.  So it's an | 4    sequentially.  So it's an | | | | |
| 5    off-labeled study.  It's not the | 5    off-labeled study.  It's not the | | | | |
| 6    way that the company is | 6    way that the company is | | | | |
| 7    recommending the drugs be given. | 7    recommending the drugs be given. | | | | |
| 8        But it is a commonly used | 8        But it is a commonly used | | | | |
| 9    regimen and there are -- there are | 9    regimen and there are -- there are | | | | |
| 10    studies, there are very large | 10    studies, there are very large | | | | |
| 11    studies, that look at AC followed | 11    studies, that look at AC followed | | | | |
| 12    by T.  One such study was a BCRG | 12    by T.  One such study was a BCRG | | | | |
| 13    005 study that I think had roughly | 13    005 study that I think had roughly | | | | |
| 14    1,600 patients in that arm.  They | 14    1,600 patients in that arm.  They | | | | |
| 15    had a long follow-up period and | 15    had a long follow-up period and | | | | |
| 16    1,600 patients.  And if you look | 16    1,600 patients.  And if you look | | | | |
| 17    at that publication, they don't | 17    at that publication, they don't | | | | |
| 18    report -- they're not reporting | 18    report -- they're not reporting | | | | |
| 19    any persistent alopecia. | 19    any persistent alopecia. | | | | |
| 20        That doesn't mean that there | 20        That doesn't mean that there | | | | |
| 21    was no persistent alopecia, but it | 21    was no persistent alopecia, but it | | | | |
| 22    suggests that if there was | 22    suggests that if there was | | | | |
| 23    persistent alopecia, that the | 23    persistent alopecia, that the | | | | |
| 24    reporting rate was so low that the | 24    reporting rate was so low that the | | | | |
| 434 | 434 | | | | |
| 1    authors didn't think it necessary | 1    authors didn't think it necessary | | | | |
| 2    to include within the paper. | 2    to include within the paper. | | | | |
| 3        MR. KEENAN:  Okay. | 3        MR. KEENAN:  Okay. | | | | |
| 4        THE WITNESS:  Another -- | 4        THE WITNESS:  Another -- | 2008, Undisclosed Expert Opinion | Previously Overruled.

This testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment.  More specifically, as a Sanofi employee and clinically-trained oncologist, the witness's testimony about clinical trials involving Taxotere is within the scope of the witness's knowledge and employment. | | |
| 5    there's -- another study that | 5    there's -- another study that | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 6    might be cited is a New England | 6    might be cited is a New England | | | | |
| 7    Journal study of 2008 looking at | 7    Journal study of 2008 looking at | | | | |
| 8    weekly paclitaxel and comparing it | 8    weekly paclitaxel and comparing it | | | | |
| 9    with three-week paclitaxel and | 9    with three-week paclitaxel and | | | | |
| 10    docetaxel, both three-week and a | 10    docetaxel, both three-week and a | | | | |
| 11    week. | 11    week. | | | | |
| 12        And in that study, this was | 12        And in that study, this was | | | | |
| 13    4,500 patients but -- roughly, | 13    4,500 patients but -- roughly, | | | | |
| 14    between all four arms and all the | 14    between all four arms and all the | | | | |
| 15    patients received the AC first and | 15    patients received the AC first and | | | | |
| 16    then received the taxane. | 16    then received the taxane. | | | | |
| 17        Again, that study does not | 17        Again, that study does not | | | | |
| 18    report a very -- it doesn't report | 18    report a very -- it doesn't report | | | | |
| 19    any long-term persistent alopecia. | 19    any long-term persistent alopecia. | | | | |
| 20    Certainly, that study also isn't | 20    Certainly, that study also isn't | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 21   suggesting that there's a very | 21   suggesting that there's a very | | | | |
| 22   high incidence in the way that | 22   high incidence in the way that | | | | |
| 23   Sedlacek is reporting. | 23   Sedlacek is reporting. | | | | |
| 24  BY MR. KEENAN: | 24  BY MR. KEENAN: | | | | |
| 435 | 435 | | | | |
| 1     Q.   Is that the Sporanox report | 1     Q.   Is that the Sporanox report | | | | |
| 2  -- | 2  -- | | | | |
| 3     A.   That's the Sporanox 2008 New | 3     A.   That's the Sporanox 2008 New | | | | |
| 4  England Journal of Medicine. | 4  England Journal of Medicine. | | | | |
| 5     Q.   Okay. | 5     Q.   Okay. | | | | |
| 6     A.   Now, what the Sporanox | 6     A.   Now, what the Sporanox | | | | |
| 7  report does have is the frequency of | 7  report does have is the frequency of | | | | |
| 8  alopecia in general occurring -- | 8  alopecia in general occurring -- | | | | |
| 9  occurring in the different taxane groups; | 9  occurring in the different taxane groups; | | | | |
| 10  and if you look at that, you'll find that | 10  and if you look at that, you'll find that | | | | |
| 11  the frequencies are remarkably similar | 11  the frequencies are remarkably similar | | | | |
| 12  across both the taxol groups and the | 12  across both the taxol groups and the | | | | |
| 13  docetaxel groups in terms of the | 13  docetaxel groups in terms of the | | | | |
| 14  frequencies. | 14  frequencies. | | | | |
| 15     Q.   All right.  Very good.  I | 15     Q.   All right.  Very good.  I | | This testimony has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 16  want to shift gears and I want to talk | 16  want to shift gears and I want to talk | | | | |
| 17  about the GEICAM study and the TAX316 | 17  about the GEICAM study and the TAX316 | | | | |
| 18  study and then a few other things and | 18  study and then a few other things and | | | | |
| 19  then we'll wind down. | 19  then we'll wind down. | | | | |
| 20     A.   Okay. | 20     A.   Okay. | | | | |
| 21     Q.   Exhibit 14 -- Henry, if we | 21     Q.   Exhibit 14 -- Henry, if we | | | | |
| 22  could get -- Exhibit 14 was a document | 22  could get -- Exhibit 14 was a document | | | | |
| 23  that counsel used with you and you're | 23  that counsel used with you and you're | | | | |
| 24  familiar with GEICAM 9805. | 24  familiar with GEICAM 9805. | | | | |
| 436 | 436 | | | | |
| 1     A.   I am. | 1     A.   I am. | | | | |
| 2     Q.   All right.  Very good.  I | 2     Q.   All right.  Very good.  I | | | | |
| 3  just want to spend a little bit of time | 3  just want to spend a little bit of time | | | | |
| 4  on table 93 and I want you to explain, | 4  on table 93 and I want you to explain, | | | | |
| 5  what does this study tell us with respect | 5  what does this study tell us with respect | | | | |
| 6  to ongoing alopecia as it relates to the | 6  to ongoing alopecia as it relates to the | | | | |
| 7  entire population of patients studied? | 7  entire population of patients studied? | | | | |
| 8       MR. BACHUS:  Object to the | 8       MR. BACHUS:  Object to the | | | | |
| 9    form. | 9    form. | | | | |
| 10       THE WITNESS:  Well, first | 10       THE WITNESS:  Well, first | | | Overruled. | |
| 11  off, if you divide 3 by 532, which | 11  off, if you divide 3 by 532, which | | | | |
| 12  was the entire population exposed | 12  was the entire population exposed | | | | |
| 13  to Taxotere, you're going to have | 13  to Taxotere, you're going to have | | | | |
| 14  a very -- much lower percent than | 14  a very -- much lower percent than | | | | |
| 15  the 6.1.  You know, I -- I didn't | 15  the 6.1.  You know, I -- I didn't | | | | |
| 16  calculate it out, but -- | 16  calculate it out, but -- | | | | |
| 17  BY MR. KEENAN: | 17  BY MR. KEENAN: | | | | |
| 18     Q.   Is there -- is there -- am I | 18     Q.   Is there -- is there -- am I | Leading | Previously Overruled.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 19  understanding this correctly that this | 19  understanding this correctly that this | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 20  study tells us that 3 patients out of 532 | 20  study tells us that 3 patients out of 532 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 21  had ongoing alopecia? | 21  had ongoing alopecia? | | | | |
| 22     A.   That's -- | 22     A.   That's -- | | | | |
| 23        MR. BACHUS:  Object to the | 23        MR. BACHUS:  Object to the | | | | |
| 24     form. | 24     form. | | | | |
| 437 | 437 | | | | |
| 1        THE WITNESS:  That's | 1        THE WITNESS:  That's | | | | |
| 2     correct. | 2     correct. | | | | |
| 3        MR. KEENAN:  Okay. | 3        MR. KEENAN:  Okay. | | | | |
| 4        THE WITNESS:  That's what | 4        THE WITNESS:  That's what | | | | |
| 5     that study basically is showing. | 5     that study basically is showing. | | | | |
| 6        Now, the way that it's displayed, | 6        Now, the way that it's displayed, | | | | |
| 7     as it explains, you know, in the | 7     as it explains, you know, in the | | | | |
| 8     footnotes is by looking at the | 8     footnotes is by looking at the | | | | |
| 9     number of patients that persist in | 9     number of patients that persist in | | | | |
| 10    the follow-up period. | 10    the follow-up period. | | | | |
| 11       Now, what's the follow-up | 11       Now, what's the follow-up | | | | |
| 12    period?  It's patients in the | 12    period?  It's patients in the | | | | |
| 13    first 30 days -- following 30 days | 13    first 30 days -- following 30 days | | | | |
| 14    after -- after treatment. | 14    after -- after treatment. | | | | |
| 15       So 30 days afterwards, | 15       So 30 days afterwards, | | | | |
| 16    they're saying that they have 49 | 16    they're saying that they have 49 | | | | |
| 17    patients that still have alopecia. | 17    patients that still have alopecia. | | | | |
| 18    Of those 49 patients, it's saying | 18    Of those 49 patients, it's saying | | | | |
| 19    that during the population, 46 | 19    that during the population, 46 | | | | |
| 20    resolved and 3 are ongoing. | 20    resolved and 3 are ongoing. | | | | |
| 21       Now, there are two important | 21       Now, there are two important | | | | |
| 22    points to make:  First is, this -- | 22    points to make:  First is, this -- | | | | |
| 23    I don't recall -- was this a | 23    I don't recall -- was this a | | | | |
| 24    four-and-a-half-year follow-up? | 24    four-and-a-half-year follow-up? | | | | |
| 438 | 438 | | | | |
| 1     But I think there was a -- you | 1     But I think there was a -- you | | | | |
| 2     know, a follow-up of multiple | 2     know, a follow-up of multiple | | | | |
| 3     years.  That's -- that's all | 3     years.  That's -- that's all | | | | |
| 4     right -- | 4     right -- | | | | |
| 5  BY MR. KEENAN: | 5  BY MR. KEENAN: | | | | |
| 6     Q.   Is 3 divided by 532, that's | 6     Q.   Is 3 divided by 532, that's | Leading | Previously Overruled.<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 7  less than 1 percent, is it not? | 7  less than 1 percent, is it not? | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 8     A.   I think it might be slightly | 8     A.   I think it might be slightly | | | | |
| 9  more than 1 percent, but not much more. | 9  more than 1 percent, but not much more. | | | | |
| 10  I would have to do the math. | 10  I would have to do the math. | | | | |
| 11     Q.   Okay.  All right. | 11     Q.   Okay.  All right. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Non-responsive, Undisclosed Expert Opinion | Previously Overruled.<br><br>As an initial matter, Plaintiff lacks standing to assert a "non-responsive" objection to the witness's testimony. Nevertheless, the witness's testimony is responsive.<br><br>This testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment.  In accordance with the Court's October 21, 2020 ruling (Doc. 11332) in this case, "Dr. Kopreski conducted an analysis 'derived from duties he held' at Sanofi." The Court has already determined that Dr. Kopreski's  lay opinions regarding the TAX316 clinical trial  are admissible.  Dr. Kopreski was a board-certified oncologist who worked within Sanofi's pharmacovigilance department doing similar work and analyses during his tenure. See Doc. 11332. He has the requisite personal knowledge and foundation to testify about the TAX316 study. | | |
| 12    A.  Okay?  So the point I want | 12    A.  Okay?  So the point I want | | | | |
| 13 to make is, when you say you have a -- | 13 to make is, when you say you have a -- | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 14 you know, a 60-month study or something | 14 you know, a 60-month study or something | | | | |
| 15 of that sort, and you've done 60 months | 15 of that sort, and you've done 60 months | | | | |
| 16 follow-ups, obviously not all patients | 16 follow-ups, obviously not all patients | | | | |
| 17 will be seen for those 60 months.  You | 17 will be seen for those 60 months.  You | | | | |
| 18 may have some patients die before the end | 18 may have some patients die before the end | | | | |
| 19 of 60 months.  You may have some patients | 19 of 60 months.  You may have some patients | | | | |
| 20 who refuse consent before 60 months.  You | 20 who refuse consent before 60 months.  You | | | | |
| 21 may have patients who go on to another | 21 may have patients who go on to another | | | | |
| 22 study.  They have a recurrence and they | 22 study.  They have a recurrence and they | | | | |
| 23 get other -- other therapy and they get | 23 get other -- other therapy and they get | | | | |
| 24 lost to follow-up in that manner. | 24 lost to follow-up in that manner. | | | | |
| 439 | 439 | | | | |
| 1         So when these studies say we | 1         So when these studies say we | | | | |
| 2 have a 55-month follow-up or we have a | 2 have a 55-month follow-up or we have a | | | | |
| 3 77-month follow-up or a ten-year | 3 77-month follow-up or a ten-year | | | | |
| 4 follow-up, that doesn't mean that every | 4 follow-up, that doesn't mean that every | | | | |
| 5 patient has been seen for ten years and | 5 patient has been seen for ten years and | | | | |
| 6 assessed.  It just means the data was | 6 assessed.  It just means the data was | | | | |
| 7 looked at at ten years. | 7 looked at at ten years. | | | | |
| 8         And if a patient died | 8         And if a patient died | | | | |
| 9 unfortunately after two years, at ten | 9 unfortunately after two years, at ten | | | | |
| 10 years, that patient will still be seen as | 10 years, that patient will still be seen as | | | | |
| 11 having died after two years. | 11 having died after two years. | | | | |
| 12    Q.  Okay.  Okay. | 12    Q.  Okay.  Okay. | | | | |
| 13    A.  The second point, and it's a | 13    A.  The second point, and it's a | | | | |
| 14 very important point, is what does | 14 very important point, is what does | | | | |
| 15 ongoing mean. | 15 ongoing mean. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 13, 24, 25, 26, 27 | | | | |
| | | Leading | **Previously Overruled.** <br><br> This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a previously introduced exhibit. | | |
| 16    Q.   We're going to get to that. | 16    Q.   We're going to get to that. | | | | |
| 17  We're going to get to that, because | 17  We're going to get to that, because | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 18  "ongoing" is a term that is used both | 18  "ongoing" is a term that is used both | | | | |
| 19  with GEICAM and TAX316. | 19  with GEICAM and TAX316. | | | | |
| 20    A.   That's correct. | 20    A.   That's correct. | | | | |
| 21    Q.   Is that right?  So tell the | 21    Q.   Is that right?  So tell the | | This has nothing to do with completeness.  This is sanofi designating its own direct. | Overruled. | |
| 22  jury in your own words what ongoing means | 22  jury in your own words what ongoing means | | | | |
| 23  and what it doesn't mean. | 23  and what it doesn't mean. | | | | |
| 24       MR. BACHUS:  Object to the | 24       MR. BACHUS:  Object to the | | | | |
| 440 | 440 | | | | |
| 1    form. | 1    form. | | | | |
| 2       THE WITNESS:  When an | 2       THE WITNESS:  When an | | | | |
| 3    adverse event is being assessed in | 3    adverse event is being assessed in | | | | |
| 4    follow-up, there will be a date | 4    follow-up, there will be a date | | | | |
| 5    that the patient is seen in | 5    that the patient is seen in | | | | |
| 6    follow-up and there will be an | 6    follow-up and there will be an | | | | |
| 7    assessment whether that adverse is | 7    assessment whether that adverse is | | | | |
| 8    still present or whether it's | 8    still present or whether it's | | | | |
| 9    resolved.  If it's still present, | 9    resolved.  If it's still present, | | | | |
| 10    it's ongoing. | 10    it's ongoing. | | | | |
| 11       MR. KEENAN:  Okay. | 11       MR. KEENAN:  Okay. | | | | |
| 12       THE WITNESS:  It doesn't -- | 12       THE WITNESS:  It doesn't -- | | | | |
| 13    and -- and as long as you have | 13    and -- and as long as you have | | | | |
| 14    follow-ups that do that | 14    follow-ups that do that | | | | |
| 15    assessment, then if it's present, | 15    assessment, then if it's present, | | | | |
| 16    it will be called ongoing.  If | 16    it will be called ongoing.  If | | | | |
| 17    it's resolved, it resolved. | 17    it's resolved, it resolved. | | | | |
| 18       Now, the question is, when | 18       Now, the question is, when | | | | |
| 19    was the last assessment and when | 19    was the last assessment and when | | | | |
| 20    was that present?  If we use a | 20    was that present?  If we use a | | | | |
| 21    hypothetical, I said a patient | 21    hypothetical, I said a patient | | | | |
| 22    died after two years, | 22    died after two years, | | | | |
| 23    unfortunately, and that patient | 23    unfortunately, and that patient | | | | |
| 24    had alopecia at the time, that | 24    had alopecia at the time, that | | | | |
| 441 | 441 | | | | |
| 1    would be ongoing. | 1    would be ongoing. | | | | |
| 2       MR. KEENAN:  Okay. | 2       MR. KEENAN:  Okay. | | | | |
| 3       THE WITNESS:  Right?  Even | 3       THE WITNESS:  Right?  Even | | | | |
| 4    at the ten-year follow-up, it | 4    at the ten-year follow-up, it | | | | |
| 5    would be ongoing at two years. | 5    would be ongoing at two years. | | | | |
| 6       Similarly, if a patient goes | 6       Similarly, if a patient goes | | | | |
| 7    off study after two months because | 7    off study after two months because | | | | |
| 8    they're getting another treatment | 8    they're getting another treatment | | | | |
| 9    and the last assessment of that | 9    and the last assessment of that | | | | |
| 10    alopecia show that there was | 10    alopecia show that there was | | | | |
| 11    alopecia at two months, that would | 11    alopecia at two months, that would | | | | |
| 12    be ongoing, even on the ten-year | 12    be ongoing, even on the ten-year | | | | |
| 13    assessment; the last assessment | 13    assessment; the last assessment | | | | |
| 14    was two months later, it would be | 14    was two months later, it would be | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 15 ongoing. | 15 ongoing. | | | | |
| 16 Now what sometimes happens, | 16 Now what sometimes happens, | | | | |
| 17 to just confuse matters, is | 17 to just confuse matters, is | | | | |
| 18 sometimes a patient will have a | 18 sometimes a patient will have a | | | | |
| 19 last assessment many years later, | 19 last assessment many years later, | | | | |
| 20 perhaps for an efficacy or for | 20 perhaps for an efficacy or for | | | | |
| 21 something else, but the assessment | 21 something else, but the assessment | | | | |
| 22 of alopecia might have only been | 22 of alopecia might have only been | | | | |
| 23 last made at two months. | 23 last made at two months. | | | | |
| 24 MR. KEENAN: Okay. | 24 MR. KEENAN: Okay. | | | | |
| 442 | 442 | | | | |
| 1 THE WITNESS: So you can | 1 THE WITNESS: So you can | | | | |
| 2 have a patient that's followed for | 2 have a patient that's followed for | | | | |
| 3 five years and yet the last | 3 five years and yet the last | | | | |
| 4 assessment of alopecia might have | 4 assessment of alopecia might have | | | | |
| 5 been at two months and it might | 5 been at two months and it might | | | | |
| 6 have been ongoing at two months. | 6 have been ongoing at two months. | | | | |
| 7 If it wasn't -- so -- so | 7 If it wasn't -- so -- so | | | | |
| 8 that -- that makes it a little | 8 that -- that makes it a little | | | | |
| 9 more confusing and because of | 9 more confusing and because of | | | | |
| 10 that, one has to be cautious in | 10 that, one has to be cautious in | | | | |
| 11 how one interprets a particular | 11 how one interprets a particular | | | | |
| 12 frequency. | 12 frequency. | | | | |
| 13 - - - | 13 - - - | | | | |
| 14 (Deposition Exhibit No. | 14 (Deposition Exhibit No. | 2012 Email, Irrelevant, Leading | Not previously ruled on.<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony" and quickly orient the witness to a new exhibit.<br><br>This testimony is also relevant to key issues, including TAX316 clinical study reports and adverse events associated with chemotherapy.<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation. | | |
| 15 Kopreski-24, March 2012 E-Mail | 15 Kopreski-24, March 2012 E-Mail | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 16 Chain Among Cojocaru, Ernst, etc., | 16 Chain Among Cojocaru, Ernst, etc., | | | | |
| 17 with Attachment, Sanofi_02368838 | 17 with Attachment, Sanofi_02368838 | | | | |
| 18 through Sanofi_02368922, was | 18 through Sanofi_02368922, was | | | | |
| 19 marked for identification.) | 19 marked for identification.) | | | | |
| 20 - - - | 20 - - - | | | | |
| 21 BY MR. KEENAN: | 21 BY MR. KEENAN: | | | | |
| 22 Q. I've marked as Exhibit 24 a | 22 Q. I've marked as Exhibit 24 a | | | | |
| 23 document -- | 23 document -- | | | | |
| 24 A. Okay. | 24 A. Okay. | | | | |
| 443 | 443 | | | | |
| 1 Q. -- that reflects an exchange | 1 Q. -- that reflects an exchange | | | | |
| 2 with the Canada health authorities on | 2 with the Canada health authorities on | | | | |
| 3 this very question. | 3 this very question. | | | | |
| 4 And I would direct your | 4 And I would direct your | | | | |
| 5 attention to the page 2 where -- here, | 5 attention to the page 2 where -- here, | | | | |
| 6 just for the jury's benefit, this was -- | 6 just for the jury's benefit, this was -- | | | | |
| 7 this was correspondence from the Canadian | 7 this was correspondence from the Canadian | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 8  health authorities.  And in this | 8  health authorities.  And in this | | | | |
| 9  exchange, they ask the sponsor:  Please | 9  exchange, they ask the sponsor:  Please | | | | |
| 10  clarify the definition of ongoing with | 10  clarify the definition of ongoing with | | | | |
| 11  respect to adverse events.  For example, | 11  respect to adverse events.  For example, | | | | |
| 12  in table 7 of the clinical report -- and | 12  in table 7 of the clinical report -- and | | | | |
| 13  this is a question specifically for | 13  this is a question specifically for | | | | |
| 14  TAX316; is that right, Dr. Kopreski? | 14  TAX316; is that right, Dr. Kopreski? | | | | |
| 15         MR. BACHUS:  Object to the | 15         MR. BACHUS:  Object to the | | | | |
| 16         form. | 16         form. | | | | |
| 17         MR. KEENAN:  If you go to | 17         MR. KEENAN:  If you go to | | | | |
| 18         Bates numbers, Dr. Kopreski, 8848, | 18         Bates numbers, Dr. Kopreski, 8848, | | | | |
| 19         you'll see TAX316 CSR at the top. | 19         you'll see TAX316 CSR at the top. | | | | |
| 20         THE WITNESS:  Yes, okay. | 20         THE WITNESS:  Yes, okay. | | | | |
| 21  BY MR. KEENAN: | 21  BY MR. KEENAN: | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 22     Q.   Okay? | 22     Q.   Okay? | | | | |
| 23     A.   It appears to be, yes. | 23     A.   It appears to be, yes. | | | | |
| 24     Q.   Okay. | 24     Q.   Okay. | | | | |
| 444 | 444 | | | | |
| 1         So the question:  For | 1         So the question:  For | | | | |
| 2  example, in table 7 of the clinical | 2  example, in table 7 of the clinical | | | | |
| 3  report, numberer percentage of patients | 3  report, numberer percentage of patients | | | | |
| 4  with TEAE -- and what's TEAE mean? | 4  with TEAE -- and what's TEAE mean? | | | | |
| 5     A.   Treatment-emergent adverse | 5     A.   Treatment-emergent adverse | | | | |
| 6  events. | 6  events. | | | | |
| 7     Q.   And that would include | 7     Q.   And that would include | Leading | **Not previously ruled on.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | |
| 8  alopecia? | 8  alopecia? | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 9     A.   That would include alopecia. | 9     A.   That would include alopecia. | | | | |
| 10     Q.   -- during the treatment | 10     Q.   -- during the treatment | | | | |
| 11  period -- | 11  period -- | | | | |
| 12     A.   Well, let me correct that. | 12     A.   Well, let me correct that. | | | | |
| 13  That would include any event after -- | 13  That would include any event after -- | | | | |
| 14  after the -- after the treatment drug is | 14  after the -- after the treatment drug is | | | | |
| 15  given.  So alopecia that occurs before | 15  given.  So alopecia that occurs before | | | | |
| 16  the drug is given would not be included, | 16  the drug is given would not be included, | | | | |
| 17  but alopecia that occurs after the drug | 17  but alopecia that occurs after the drug | | | | |
| 18  is given would be included. | 18  is given would be included. | | | | |
| 19     Q.   So this is a question | 19     Q.   So this is a question | Leading | **Previously Overruled.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | Overruled. | |
| 20  specifically asking for clarification on | 20  specifically asking for clarification on | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 21  this topic of what ongoing means. | 21  this topic of what ongoing means. | | | | |
| 22     A.   Okay. | 22     A.   Okay. | | | | |
| 23     Q.   Is that right? | 23     Q.   Is that right? | | | | |
| 24         MR. KEENAN:  Object to the | 24         MR. KEENAN:  Object to the | | | | |
| 445 | 445 | | | | |
| 1         form. | 1         form. | | | | |
| 2         THE WITNESS:  It appears -- | 2         THE WITNESS:  It appears -- | | | | |
| 3         it appears so. | 3         it appears so. | | | | |
| 4  BY MR. KEENAN: | 4  BY MR. KEENAN: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Leading | Previously Overruled.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | |
| 5      Q.   And if you could go to | 5      Q.   And if you could go to | | | | |
| 6   several pages later, and this is on page | 6   several pages later, and this is on page | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 7   3 of Sanofi's reply, they recite the | 7   3 of Sanofi's reply, they recite the | | | | |
| 8   question here:  Can sponsor please | 8   question here:  Can sponsor please | | | | |
| 9   clarify the definition of ongoing with | 9   clarify the definition of ongoing with | | | | |
| 10   respect to adverse events -- that's the | 10   respect to adverse events -- that's the | | | | |
| 11   question that they asked.  Right? | 11   question that they asked.  Right? | | | | |
| 12      A.   Yes. | 12      A.   Yes. | | | | |
| 13      Q.   Okay -- and Sanofi's | 13      Q.   Okay -- and Sanofi's | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 14   response, what -- direct the jury to the | 14   response, what -- direct the jury to the | | | | |
| 15   response that you think is -- that makes | 15   response that you think is -- that makes | | | | |
| 16   -- that confirms the description you gave | 16   -- that confirms the description you gave | | | | |
| 17   to the jury just a few moments ago.  And | 17   to the jury just a few moments ago.  And | | | | |
| 18   I'll highlight it. | 18   I'll highlight it. | | | | |
| 19         MR. BACHUS:  Object to the | 19         MR. BACHUS:  Object to the | | | | |
| 20      form. | 20      form. | | | | |
| 21         THE WITNESS:  Well, I think | 21         THE WITNESS:  Well, I think | | | | |
| 22      the most important sentence is the | 22      the most important sentence is the | | | | |
| 23      very sentence at the bottom that | 23      very sentence at the bottom that | | | | |
| 24      says:  Thus, ongoing does not | 24      says:  Thus, ongoing does not | | | | |
| 446 | 446 | | | | |
| 1      necessarily mean that these AEs | 1      necessarily mean that these AEs | | | | |
| 2      were ongoing for the entire | 2      were ongoing for the entire | | | | |
| 3      ten-year follow-up period. | 3      ten-year follow-up period. | | | | |
| 4      Rather, it means that they were | 4      Rather, it means that they were | | | | |
| 5      noted as ongoing at the last | 5      noted as ongoing at the last | | | | |
| 6      follow-up visit. | 6      follow-up visit. | | | | |
| 7         That's essentially what I -- | 7         That's essentially what I -- | | | | |
| 8      what I was saying. | 8      what I was saying. | | | | |
| 9  BY MR. KEENAN: | 9  BY MR. KEENAN: | | | | |
| 10      Q.   Okay.  And how does that | 10      Q.   Okay.  And how does that | | | | |
| 11   explanation then explain why ongoing | 11   explanation then explain why ongoing | | | | |
| 12   alopecia is not the same as persistent or | 12   alopecia is not the same as persistent or | | | | |
| 13   permanent or irreversible alopecia? | 13   permanent or irreversible alopecia? | | | | |
| 14         MR. BACHUS:  Object to the | 14         MR. BACHUS:  Object to the | | | | |
| 15      form. | 15      form. | | | | |
| 16         THE WITNESS:  Ongoing -- | 16         THE WITNESS:  Ongoing -- | | | | |
| 17      ongoing can be -- ongoing can be, | 17      ongoing can be -- ongoing can be, | | | | |
| 18      and particularly in long-term | 18      and particularly in long-term | | | | |
| 19      follow-ups, would be seen as being | 19      follow-ups, would be seen as being | | | | |
| 20      persistent or permanent. | 20      persistent or permanent. | | | | |
| 21         MR. KEENAN:  Okay. | 21         MR. KEENAN:  Okay. | | | | |
| 22         THE WITNESS:  So, you know, | 22         THE WITNESS:  So, you know, | | | | |
| 23      it does -- it does inform | 23      it does -- it does inform | | | | |
| 24      regarding persistence. | 24      regarding persistence. | | | | |
| 447 | 447 | | | | |
| 1      The question -- the | 1      The question -- the | | | | |
| 2      question, though, is if you have | 2      question, though, is if you have | | | | |
| 3      -- if you have a specific | 3      -- if you have a specific | | | | |
| 4      cut-off -- | 4      cut-off -- | | | | |
| 5         MR. KEENAN:  Okay. | 5         MR. KEENAN:  Okay. | | | | |
| 6         THE WITNESS:  -- that you're | 6         THE WITNESS:  -- that you're | | | | |
| 7      going to use to define | 7      going to use to define | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 8    persistence.  For example, if you | 8    persistence.  For example, if you | | | | |
| 9    use a six-month cut-off and say, | 9    use a six-month cut-off and say, | | | | |
| 10   anything after six months is | 10   anything after six months is | | | | |
| 11   ongoing, then when you -- when you | 11   ongoing, then when you -- when you | | | | |
| 12   look at a percent such as, you | 12   look at a percent such as, you | | | | |
| 13   know, 4 percent or 3.9 percent | 13   know, 4 percent or 3.9 percent | | | | |
| 14   ongoing, that doesn't necessarily | 14   ongoing, that doesn't necessarily | | | | |
| 15   mean that the percent of the | 15   mean that the percent of the | | | | |
| 16   persistence is going to fall | 16   persistence is going to fall | | | | |
| 17   within that cut-off. | 17   within that cut-off. | | | | |
| 18        It means that the ongoing -- | 18        It means that the ongoing -- | | | | |
| 19   ongoing can relate to different | 19   ongoing can relate to different | | | | |
| 20   time periods and if you're trying | 20   time periods and if you're trying | | | | |
| 21   -- if you try to define | 21   -- if you try to define | | | | |
| 22   persistence by cut-off, you're | 22   persistence by cut-off, you're | | | | |
| 23   going to get different numbers. | 23   going to get different numbers. | | | | |
| 24        MR. KEENAN:  Okay. | 24        MR. KEENAN:  Okay. | | | | |
|                        448 |                        448 | | | | |
| 1 BY MR. KEENAN: | 1 BY MR. KEENAN: | | | | |
| 2       Q.   So specifically with respect | 2       Q.   So specifically with respect | | | | |
| 3  to whether ongoing, as that term is used | 3  to whether ongoing, as that term is used | | | | |
| 4  in GEICAM and TAX316 equates with | 4  in GEICAM and TAX316 equates with | | | | |
| 5  permanent alopecia, what would be the | 5  permanent alopecia, what would be the | | | | |
| 6  relationship between ongoing versus | 6  relationship between ongoing versus | | | | |
| 7  permanent alopecia? | 7  permanent alopecia? | | | | |
| 8        MR. BACHUS:  Object to the | 8        MR. BACHUS:  Object to the | | | | |
| 9    form. | 9    form. | | | | |
| 10        THE WITNESS:  Well, I think | 10        THE WITNESS:  Well, I think | | | | |
| 11   in the -- in the core safety data | 11   in the -- in the core safety data | | | | |
| 12   sheet, there is the data -- there | 12   sheet, there is the data -- there | | | | |
| 13   was the data for the TAX316 and | 13   was the data for the TAX316 and | | | | |
| 14   also for -- for the GEICAM study, | 14   also for -- for the GEICAM study, | | | | |
| 15   and the terms of persistent and | 15   and the terms of persistent and | | | | |
| 16   ongoing are provided. | 16   ongoing are provided. | | | | |
| 17        MR. KEENAN:  Right. | 17        MR. KEENAN:  Right. | | | | |
| 18        THE WITNESS:  And I think in | 18        THE WITNESS:  And I think in | | | | |
| 19   terms of the medical | 19   terms of the medical | | | | |
| 20   interpretation of compatibility, | 20   interpretation of compatibility, | | | | |
| 21   aside from the recognition that | 21   aside from the recognition that | | | | |
| 22   permanent alopecia can occur under | 22   permanent alopecia can occur under | | | | |
| 23   the scope of alopecia itself, the | 23   the scope of alopecia itself, the | | | | |
| 24   terms "persistent" and "ongoing" | 24   terms "persistent" and "ongoing" | | | | |
|                        449 |                        449 | | | | |
| 1    would -- has been seen as | 1    would -- has been seen as | | | | |
| 2    medically consistent as far as I | 2    medically consistent as far as I | | | | |
| 3    can determine. | 3    can determine. | | | | |
| 4         But the -- but, again, what | 4         But the -- but, again, what | | | | |
| 5    the caution is in interpreting | 5    the caution is in interpreting | | | | |
| 6    specific frequency -- you know, I | 6    specific frequency -- you know, I | | | | |
| 7    think in the CSR tables, certain | 7    think in the CSR tables, certain | | | | |
| 8    frequencies were pointed out for | 8    frequencies were pointed out for | | | | |
| 9    ongoing and an attempt to | 9    ongoing and an attempt to | | | | |
| 10   interpret the ongoing as being the | 10   interpret the ongoing as being the | | | | |
| 11   same frequency as persistent is | 11   same frequency as persistent is | | | | |
| 12   problematic for the reasons that I | 12   problematic for the reasons that I | | | | |
| 13   talked about. | 13   talked about. | | | | |
| 14 BY MR. KEENAN: | 14 BY MR. KEENAN: | | | | |
| 15      Q.   Okay.  Let's go to Exhibit | 15      Q.   Okay.  Let's go to Exhibit | | | | |
| 16 No. 8 that Mr. BACHUS used with you and | 16 No. 8 that Mr. Bachus used with you and | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 17 let's put this in practical application | 17 let's put this in practical application | | | | |
| 18 then with respect to, this is TAX316 and | 18 then with respect to, this is TAX316 and | | | | |
| 19 this is the 55-month data. And what do | 19 this is the 55-month data. And what do | | | | |
| 20 these numbers tell us, Dr. Kopreski, with | 20 these numbers tell us, Dr. Kopreski, with | | | | |
| 21 respect to alopecia? | 21 respect to alopecia? | | | | |
| 22 And for the jury's benefit, | 22 And for the jury's benefit, | | | | |
| 23 there are two arms. You were talking | 23 there are two arms. You were talking | | | | |
| 24 earlier about two terms. Just very | 24 earlier about two terms. Just very | | | | |
| 450 | 450 | | | | |
| 1 briefly, how are the two arms different? | 1 briefly, how are the two arms different? | | | | |
| 2 And then let's talk about the numbers in | 2 And then let's talk about the numbers in | | | | |
| 3 alopecia. | 3 alopecia. | | | | |
| 4 MR. BACHUS: Object to the | 4 MR. BACHUS: Object to the | | | | |
| 5 form. | 5 form. | | | | |
| 6 THE WITNESS: Well, the | 6 THE WITNESS: Well, the | | | | |
| 7 common denominator in both arms is | 7 common denominator in both arms is | | | | |
| 8 the Adriamycin and | 8 the Adriamycin and | | | | |
| 9 cyclophosphamide. | 9 cyclophosphamide. | | | | |
| 10 Adriamycin-cyclophosphamide is in | 10 Adriamycin-cyclophosphamide is in | | | | |
| 11 both groups. | 11 both groups. | | | | |
| 12 The factors that are | 12 The factors that are | | | | |
| 13 different -- and I talked about | 13 different -- and I talked about | | | | |
| 14 randomizing and then having | 14 randomizing and then having | | | | |
| 15 specific elements to compare to. | 15 specific elements to compare to. | | | | |
| 16 So the factors are different, is | 16 So the factors are different, is | | | | |
| 17 one arm has Taxotere and the other | 17 one arm has Taxotere and the other | | | | |
| 18 arm has 5-fluorouracil. | 18 arm has 5-fluorouracil. | | | | |
| 19 In terms of the numbers, it | 19 In terms of the numbers, it | | | | |
| 20 shows that -- that ongoing | 20 shows that -- that ongoing | | | | |
| 21 alopecia occurs in both arms. | 21 alopecia occurs in both arms. | | | | |
| 22 MR. KEENAN: Okay. | 22 MR. KEENAN: Okay. | | | | |
| 23 THE WITNESS: Now, during my | 23 THE WITNESS: Now, during my | | | | |
| 24 30(b)(6) deposition, I tried to | 24 30(b)(6) deposition, I tried to | | | | |
| 451 | 451 | | | | |
| 1 provide a little more structure by | 1 provide a little more structure by | | | | |
| 2 taking a criteria for persistence | 2 taking a criteria for persistence | | | | |
| 3 or persistent alopecia, saying it | 3 or persistent alopecia, saying it | | | | |
| 4 needed -- that the alopecia needed | 4 needed -- that the alopecia needed | | | | |
| 5 to be documented to have exceeded | 5 to be documented to have exceeded | | | | |
| 6 six months' duration and not to | 6 six months' duration and not to | | | | |
| 7 show subsequent resolution and -- | 7 show subsequent resolution and -- | | | | |
| 8 BY MR. KEENAN: | 8 BY MR. KEENAN: | | | | |
| 9 Q. So you took a deeper look at | 9 Q. So you took a deeper look at | Leading | Previously Overruled.<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | |
| 10 these patients who were identified as | 10 these patients who were identified as | Completeness, subject to objections | This has nothing to do with completeness. This is sanofi designating its own direct. | | |
| 11 having ongoing alopecia in the 55-month | 11 having ongoing alopecia in the 55-month | | | | |
| 12 data. | 12 data. | | | | |
| 13 A. And also the ten-year data. | 13 A. And also the ten-year data. | | | | |
| 14 Q. Okay. | 14 Q. Okay. | | This has nothing to do with completeness. This is sanofi designating its own direct. | | |
| 15 A. I looked at both the data | 15 A. I looked at both the data | | | | |
| 16 as part of my review in preparation for | 16 as part of my review in preparation for | | | | |
| 17 the 30(b)(6) depositions. | 17 the 30(b)(6) depositions. | | | | |
| 18 Q. What specifically were you | 18 Q. What specifically were you | | | | |
| 19 looking for with respect to these | 19 looking for with respect to these | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 20 patients, the 22 patients in the 55-month | 20 patients, the 22 patients in the 55-month | | | | |
| 21 data, and the -- and we'll talk about the | 21 data, and the -- and we'll talk about the | | | | |
| 22 ten-year data -- with respect to the | 22 ten-year data -- with respect to the | | | | |
| 23 issue of irreversible or permanent | 23 issue of irreversible or permanent | | | | |
| 24 alopecia as distinct from ongoing? | 24 alopecia as distinct from ongoing? | | | | |
| 452 | 452 | | | | |
| 1 MR. BACHUS: Object to the | 1 MR. BACHUS: Object to the | | | | |
| 2 form. | 2 form. | | | | |
| 3 THE WITNESS: Well, remember | 3 THE WITNESS: Well, remember | | | | |
| 4 that, you know, these -- these | 4 that, you know, these -- these | | | | |
| 5 terms are basically defined -- | 5 terms are basically defined -- | | | | |
| 6 since there's no set definition, | 6 since there's no set definition, | | | | |
| 7 the terms may be defined in a | 7 the terms may be defined in a | | | | |
| 8 specific way, then analyzed | 8 specific way, then analyzed | | | | |
| 9 recognizing the criteria that the | 9 recognizing the criteria that the | | | | |
| 10 term was defined in. | 10 term was defined in. | | | | |
| 11 So I did not define | 11 So I did not define | | | | |
| 12 irreversible alopecia from the | 12 irreversible alopecia from the | | | | |
| 13 standpoint of this analysis. I | 13 standpoint of this analysis. I | | | | |
| 14 looked at persistent or permanent | 14 looked at persistent or permanent | | | | |
| 15 using the definition of greater | 15 using the definition of greater | | | | |
| 16 than six months and without | 16 than six months and without | | | | |
| 17 resolution. | 17 resolution. | | | | |
| 18 BY MR. KEENAN: | 18 BY MR. KEENAN: | | | | |
| 19 Q. So greater than -- greater | 19 Q. So greater than -- greater | | | | |
| 20 than -- explain that briefly. | 20 than -- explain that briefly. | | | | |
| 21 A. Greater -- alopecia that | 21 A. Greater -- alopecia that | | | | |
| 22 persists beyond six months from last | 22 persists beyond six months from last | | | | |
| 23 chemotherapy -- | 23 chemotherapy -- | | | | |
| 24 Q. Right. | 24 Q. Right. | | | | |
| 453 | 453 | | | | |
| 1 A. -- and which does not | 1 A. -- and which does not | | | | |
| 2 resolve and had documented evidence of -- | 2 resolve and had documented evidence of -- | | | | |
| 3 of a visit that was beyond that six-month | 3 of a visit that was beyond that six-month | | | | |
| 4 point demonstrating that alopecia was | 4 point demonstrating that alopecia was | | | | |
| 5 ongoing at that visit beyond six-month | 5 ongoing at that visit beyond six-month | | | | |
| 6 point. | 6 point. | | | | |
| 7 Q. Okay. | 7 Q. Okay. | | | | |
| 8 A. So those were the -- those | 8 A. So those were the -- those | | | | |
| 9 were the criteria that I looked at | 9 were the criteria that I looked at | | | | |
| 10 looking at the data for these cases. | 10 looking at the data for these cases. | | | | |
| 11 Q. Okay. You mentioned that | 11 Q. Okay. You mentioned that | Undisclosed Expert Opinion | Previously Overruled. | Overruled. | |
| | | | This testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment. More specifically, as a Sanofi employee and clinically-trained oncologist, the witness's testimony about adverse events associated with chemotherapy agents concomitantly administered with Taxotere is within the scope of the witness's knowledge and employment. | | |
| 12 the therapies, they both have in common | 12 the therapies, they both have in common | Completeness, subject to objections | This has nothing to do with completeness. This is sanofi designating its own direct. | | |
| 13 the A and the C. Do the A and the C | 13 the A and the C. Do the A and the C | | | | |
| 14 independently have risks of alopecia | 14 independently have risks of alopecia | | | | |
| 15 separate from Taxotere? | 15 separate from Taxotere? | | | | |
| 16 A. Well, we know that all three | 16 A. Well, we know that all three | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 17  drugs can cause alopecia.  Okay?  So | 17  drugs can cause alopecia.  Okay?  So | | | | |
| 18  that's a known safety profile for all | 18  that's a known safety profile for all | | | | |
| 19  three drugs. | 19  three drugs. | | | | |
| 20        The interactions between | 20        The interactions between | | | | |
| 21  drugs is -- regarding alopecia, I think, | 21  drugs is -- regarding alopecia, I think, | | | | |
| 22  is one of the unknowns.  I think one of | 22  is one of the unknowns.  I think one of | | | | |
| 23  the difficulties that we have here -- and | 23  the difficulties that we have here -- and | | | | |
| 24  difficulty, I'm sure, for trying to | 24  difficulty, I'm sure, for trying to | | | | |
| 454 | 454 | | | | |
| 1  understand all of this -- is that there | 1  understand all of this -- is that there | | | | |
| 2  are so many unknowns in terms of the | 2  are so many unknowns in terms of the | | | | |
| 3  sites.  We don't know, you know, what -- | 3  sites.  We don't know, you know, what -- | | | | |
| 4  what causes the decrease in recovery. | 4  what causes the decrease in recovery. | | | | |
| 5        Q.   With respect -- just very | 5        Q.   With respect -- just very | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 6  briefly, with respect to the FAC -- and | 6  briefly, with respect to the FAC -- and | | | | |
| 7  this arm does not obviously have Taxotere | 7  this arm does not obviously have Taxotere | | | | |
| 8  -- what is the significance in your mind | 8  -- what is the significance in your mind | | | | |
| 9  that using the term of art "ongoing" that | 9  that using the term of art "ongoing" that | | | | |
| 10  still 9 patients of the 736 had ongoing | 10  still 9 patients of the 736 had ongoing | | | | |
| 11  alopecia? | 11  alopecia? | | | | |
| 12        MR. BACHUS:  Object to the | 12        MR. BACHUS:  Object to the | | | | |
| 13        form. | 13        form. | | | | |
| 14        MR. KEENAN:  What does that | 14        MR. KEENAN:  What does that | | | | |
| 15    tell you? | 15    tell you? | | | | |
| 16        MR. BACHUS:  Object to the | 16        MR. BACHUS:  Object to the | | | | |
| 17        form. | 17        form. | | | | |
| 18        THE WITNESS:  Well, I think | 18        THE WITNESS:  Well, I think | | | | |
| 19    it tells you exactly, you know, | 19    it tells you exactly, you know, | | | | |
| 20    that:  That if you're looking at | 20    that:  That if you're looking at | | | | |
| 21    whether or not the event resolved | 21    whether or not the event resolved | | | | |
| 22    in the follow-up period, there are | 22    in the follow-up period, there are | | | | |
| 23    nine patients where the event's | 23    nine patients where the event's | | | | |
| 24    not recorded as resolving. | 24    not recorded as resolving. | | | | |
| 455 | 455 | | | | |
| 1        Now, if you ask, of those | 1        Now, if you ask, of those | | | | |
| 2    nine patients where the event did | 2    nine patients where the event did | | | | |
| 3    not resolve, how many of those had | 3    not resolve, how many of those had | | | | |
| 4    -- you could show persistence that | 4    -- you could show persistence that | | | | |
| 5    goes beyond six months -- and, you | 5    goes beyond six months -- and, you | | | | |
| 6    know, patients can be lost to | 6    know, patients can be lost to | | | | |
| 7    follow-up or be treated and -- | 7    follow-up or be treated and -- | | | | |
| 8    with other therapies and not | 8    with other therapies and not | | | | |
| 9    included, but -- but as I recall, | 9    included, but -- but as I recall, | | | | |
| 10    on the ten-year data, there were | 10    on the ten-year data, there were | | | | |
| 11    three patients in the F-A-C arm, | 11    three patients in the F-A-C arm, | | | | |
| 12    the FAC arm, that fit the criteria | 12    the FAC arm, that fit the criteria | | | | |
| 13    as I define it for persistent or | 13    as I define it for persistent or | | | | |
| 14    permanent alopecia. | 14    permanent alopecia. | | | | |
| 15        The comparison to the T-A-C | 15        The comparison to the T-A-C | | | | |
| 16    arm, when I looked at the -- at | 16    arm, when I looked at the -- at | | | | |
| 17    the ten-year data, there were -- | 17    the ten-year data, there were -- | | | | |
| 18    there were six patients in the TAC | 18    there were six patients in the TAC | | | | |
| 19    arm, as I recall, that fit the | 19    arm, as I recall, that fit the | | | | |
| 20    criteria. | 20    criteria. | | | | |
| 21        Now, when one looks at the | 21        Now, when one looks at the | | | | |
| 22    55-month data in the T-A-C arm, | 22    55-month data in the T-A-C arm, | | | | |
| 23    one finds an extra patient.  One | 23    one finds an extra patient.  One | | | | |
| 24    finds seven patients, as I recall, | 24    finds seven patients, as I recall, | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 456 | 456 | | | | |
| 1   that fit the criteria.  But as Mr. | 1   that fit the criteria.  But as Mr. | | | | |
| 2   Bachus pointed out in the | 2   Bachus pointed out in the | | | | |
| 3   deposition, the 77-month analysis, | 3   deposition, the 77-month analysis, | | | | |
| 4   one of those patients resolved | 4   one of those patients resolved | | | | |
| 5   after the 55-month and before the | 5   after the 55-month and before the | | | | |
| 6   -- at the 77th month. | 6   -- at the 77th month. | | | | |
| 7  BY MR. KEENAN: | 7  BY MR. KEENAN: | | | | |
| 8      Q.   I'm going to put the -- I'm | 8      Q.   I'm going to put the -- I'm | | | | |
| 9  going to try to put these numbers in | 9  going to try to put these numbers in | | | | |
| 10  front of the jury. | 10  front of the jury. | | | | |
| 11      So with respect to the | 11      So with respect to the | | | | |
| 12  55-month data, of the 22 patients, your | 12  55-month data, of the 22 patients, your | | | | |
| 13  review of their clinical trial records | 13  review of their clinical trial records | | | | |
| 14  revealed how many had true alopecia six | 14  revealed how many had true alopecia six | | | | |
| 15  months or more after chemotherapy without | 15  months or more after chemotherapy without | | | | |
| 16  resolution. | 16  resolution. | | | | |
| 17      MR. BACHUS:  Object to the | 17      MR. BACHUS:  Object to the | | | | |
| 18  form. | 18  form. | | | | |
| 19      THE WITNESS:  On the | 19      THE WITNESS:  On the | | | | |
| 20  patients from that -- from that | 20  patients from that -- from that | | | | |
| 21  initial group in that table, as I | 21  initial group in that table, as I | | | | |
| 22  recall -- and the 30(b)(6) was a | 22  recall -- and the 30(b)(6) was a | | | | |
| 23  little while ago, but as I recall, | 23  little while ago, but as I recall, | | | | |
| 24  there were seven patients, which I | 24  there were seven patients, which I | | | | |
| 457 | 457 | | | | |
| 1   think was 0.9 percent, in the TAC | 1   think was 0.9 percent, in the TAC | | | | |
| 2   arm. | 2   arm. | | | | |
| 3      In the ten-year data, one | 3      In the ten-year data, one | | | | |
| 4   patient resolved -- resolved, you | 4   patient resolved -- resolved, you | | | | |
| 5   know, several years later and that | 5   know, several years later and that | | | | |
| 6   left six patients, which I believe | 6   left six patients, which I believe | | | | |
| 7   was 0.8 percent. | 7   was 0.8 percent. | | | | |
| 8      On the ten-year data, as I | 8      On the ten-year data, as I | | | | |
| 9   recall for the FAC arm, there were | 9   recall for the FAC arm, there were | | | | |
| 10  three patients, I believe, and -- | 10  three patients, I believe, and -- | | | | |
| 11  and that would be 0.4 percent, as | 11  and that would be 0.4 percent, as | | | | |
| 12  I recall. | 12  I recall. | | | | |
| 13      MR. KEENAN:  Okay. | 13      MR. KEENAN:  Okay. | | | | |
| 14      THE WITNESS:  You know, that | 14      THE WITNESS:  You know, that | | | | |
| 15  -- I would refer back to the | 15  -- I would refer back to the | | | | |
| 16  30(b)(6) deposition for clarity | 16  30(b)(6) deposition for clarity | | | | |
| 17  that those numbers are correct, | 17  that those numbers are correct, | | | | |
| 18  but that's what I recall. | 18  but that's what I recall. | | | | |
| 19  BY MR. KEENAN: | 19  BY MR. KEENAN: | | | | |
| 20      Q.   Okay.  And I just want to | 20      Q.   Okay.  And I just want to | Leading | **Previously Overruled.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | Overruled. | |
| 21  wrap up here, Doctor.  22 patients went | 21  wrap up here, Doctor.  22 patients went | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 22  to 7 and 29 patients went to 6 in the | 22  to 7 and 29 patients went to 6 in the | | | | |
| 23  ten-year data when you applied the | 23  ten-year data when you applied the | | | | |
| 24  criteria of alopecia six months after | 24  criteria of alopecia six months after | | | | |
| 458 | 458 | | | | |
| 1  chemo without resolution. | 1  chemo without resolution. | | | | |
| 2      A.   Yes.  Now, when I looked at | 2      A.   Yes.  Now, when I looked at | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 3  the data, a lot of -- a lot of those | 3  the data, a lot of -- a lot of those | | | | |
| 4  patients -- let me be clear, all these | 4  patients -- let me be clear, all these | | | | |
| 5  patients would be recorded as ongoing. | 5  patients would be recorded as ongoing. | | | | |
| 6     Q.  Yes. | 6     Q.  Yes. | | | | |
| 7     A.  Okay?  But when I looked at | 7     A.  Okay?  But when I looked at | | | | |
| 8  the data, a lot of these patients went to | 8  the data, a lot of these patients went to | | | | |
| 9  another regimen and went off study while | 9  another regimen and went off study while | | | | |
| 10  the alopecia was still ongoing before the | 10  the alopecia was still ongoing before the | | | | |
| 11  six-month period came about. | 11  six-month period came about. | | | | |
| 12     Q.  Okay. | 12     Q.  Okay. | | | | |
| 13     A.  So they were treated before | 13     A.  So they were treated before | | | | |
| 14  the six months.  Because they had | 14  the six months.  Because they had | | | | |
| 15  alopecia at the time that they jumped to | 15  alopecia at the time that they jumped to | | | | |
| 16  another study, they were recorded as | 16  another study, they were recorded as | | | | |
| 17  ongoing and then they went to the other | 17  ongoing and then they went to the other | | | | |
| 18  study. | 18  study. | | | | |
| 19     Q.  Final thing I want to ask | 19     Q.  Final thing I want to ask | This has nothing to do with completeness.  This is sanofi designating its own direct. | | | |
| 20  about this, Doctor, is the term here | 20  about this, Doctor, is the term here | | | | |
| 21  "alopecia" that references something | 21  "alopecia" that references something | | | | |
| 22  called MedDRA, what is MedDRA and why is | 22  called MedDRA, what is MedDRA and why is | | | | |
| 23  that captioned here for the terms that | 23  that captioned here for the terms that | | | | |
| 24  are listed -- the side effects that are | 24  are listed -- the side effects that are | | | | |
| 459 | 459 | | | | |
| 1  listed here in this clinical study 316? | 1  listed here in this clinical study 316? | | | | |
| 2        MR. BACHUS:  Object to the | 2        MR. BACHUS:  Object to the | | | | |
| 3        form. | 3        form. | | | | |
| 4        THE WITNESS:  Well, MedDRA | 4        THE WITNESS:  Well, MedDRA | | | | |
| 5        is a medical dictionary that's | 5        is a medical dictionary that's | | | | |
| 6        used by regulatory authorities. | 6        used by regulatory authorities. | | | | |
| 7        They -- that they -- they want to | 7        They -- that they -- they want to | | | | |
| 8        have the alopecia -- well, they | 8        have the alopecia -- well, they | | | | |
| 9        want to have these terms put into | 9        want to have these terms put into | | | | |
| 10       MedDRA format. | 10       MedDRA format. | | | | |
| 11  BY MR. KEENAN: | 11  BY MR. KEENAN: | | | | |
| 12     Q.  And what's the -- what's the | 12     Q.  And what's the -- what's the | | | | |
| 13  importance of a MedDRA format as it | 13  importance of a MedDRA format as it | | | | |
| 14  relates to a term like "alopecia"? | 14  relates to a term like "alopecia"? | | | | |
| 15     A.  Well, first off, it, you | 15     A.  Well, first off, it, you | | | | |
| 16  know, provides standardization, since you | 16  know, provides standardization, since you | | | | |
| 17  can have verbatim terms come in many | 17  can have verbatim terms come in many | | | | |
| 18  different forms.  You can have, you know, | 18  different forms.  You can have, you know, | | | | |
| 19  heart attack; you can have myocardial | 19  heart attack; you can have myocardial | | | | |
| 20  infarction.  You can have deep venous | 20  infarction.  You can have deep venous | | | | |
| 21  thrombosis or you can have blood clots. | 21  thrombosis or you can have blood clots. | | | | |
| 22  So -- so events may be reported in many | 22  So -- so events may be reported in many | | | | |
| 23  different ways. | 23  different ways. | | | | |
| 24        MedDRA sort of allows all | 24        MedDRA sort of allows all | | | | |
| 460 | 460 | | | | |
| 1  those events to be captured together so | 1  those events to be captured together so | | | | |
| 2  that you don't have a splitting and an | 2  that you don't have a splitting and an | | | | |
| 3  apparent artificial decrease in the | 3  apparent artificial decrease in the | | | | |
| 4  frequency that's being reported for the | 4  frequency that's being reported for the | | | | |
| 5  event. | 5  event. | | | | |
| 6        So, for example, let's go to | 6        So, for example, let's go to | | | | |
| 7  my heart attack example.  If you had a 10 | 7  my heart attack example.  If you had a 10 | | | | |
| 8  percent heart attack and a 10 percent | 8  percent heart attack and a 10 percent | | | | |
| 9  myocardial infarction, the true frequency | 9  myocardial infarction, the true frequency | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10  should be reported as 20 percent, not as | 10  should be reported as 20 percent, not as | | | | |
| 11  10 percent for two different terms, and | 11  10 percent for two different terms, and | | | | |
| 12  that's -- that's what the -- one of the | 12  that's -- that's what the -- one of the | | | | |
| 13  things that MedDRA allows. | 13  things that MedDRA allows. | | | | |
| 14         Now, because of that -- and | 14         Now, because of that -- and | | | | |
| 15  I talked about this during the | 15  I talked about this during the | | | | |
| 16  deposition -- it's important to realize | 16  deposition -- it's important to realize | | | | |
| 17  that when one is trying to decide if an | 17  that when one is trying to decide if an | | | | |
| 18  event is listed or not, you don't have to | 18  event is listed or not, you don't have to | | | | |
| 19  have the same exact term.  You just have | 19  have the same exact term.  You just have | | | | |
| 20  to -- in other words, if your -- if your | 20  to -- in other words, if your -- if your | | | | |
| 21  label says myocardial infarction and you | 21  label says myocardial infarction and you | | | | |
| 22  get reported a heart attack, you don't | 22  get reported a heart attack, you don't | | | | |
| 23  need to have heart attack also as a term | 23  need to have heart attack also as a term | | | | |
| 24  in the label to consider that event | 24  in the label to consider that event | | | | |
| 461 | 461 | | | | |
| 1  listed if it's listed for myocardial | 1  listed if it's listed for myocardial | | | | |
| 2  infarction.  There's medical | 2  infarction.  There's medical | | | | |
| 3  comparability and medical consistency. | 3  comparability and medical consistency. | | | | |
| | | 2009/2010, Irrelevant, Leading | Not previously ruled on, in part. Previously overruled, in part.  Designated testimony 461:9-12; 462:4-463:11 was permitted to be played in *Earnest* .<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony."<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | |
| 4      Q.  All right.  I'm winding down | 4      Q.  All right.  I'm winding down | | | | |
| | | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 5  here, but I do want to spend a little bit | 5  here, but I do want to spend a little bit | | | | |
| 6  of time dealing with the events with the | 6  of time dealing with the events with the | | | | |
| 7  French Health Authority in 2009, '10, and | 7  French Health Authority in 2009, '10, and | | | | |
| 8  '11. Okay? | 8  '11. Okay? | | | | |
| 9         So, Dr. Kopreski, Mr. Bachus | 9         So, Dr. Kopreski, Mr. Bachus | | | | |
| 10  showed you Exhibit 15 and you're familiar | 10  showed you Exhibit 15 and you're familiar | | | | |
| 11  with Exhibit 15, are you not? | 11  with Exhibit 15, are you not? | | | | |
| 12      A.  Yes, I am. | 12      A.  Yes, I am. | | | | |
| 13      Q.  Okay.  Did this study, which | 13      Q.  Okay.  Did this study, which | | | | |
| 14  was at a public forum at the San Antonio | 14  was at a public forum at the San Antonio | | | | |
| 15  Breast Cancer Symposium -- did this study | 15  Breast Cancer Symposium -- did this study | | | | |
| 16  lead to interactions with Sanofi and the | 16  lead to interactions with Sanofi and the | | | | |
| 17  French health authorities that ultimately | 17  French health authorities that ultimately | | | | |
| 18  led to Dr. Palatinsky's clinical | 18  led to Dr. Palatinsky's clinical | | | | |
| 19  overview?  Just describe for that very | 19  overview?  Just describe for that very | | | | |
| 20  briefly and then we'll mark this. | 20  briefly and then we'll mark this. | | | | |
| 21      A.  Yeah -- | 21      A.  Yeah -- | | | | |
| 22         MR. BACHUS: Object to the | 22         MR. BACHUS: Object to the | | | | |
| 23  form. | 23  form. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | 2009/2010, Irrelevant, Undisclosed Expert Opinion, Non-Responsive | Previously Overruled.<br><br>As an initial matter, Plaintiff lacks standing to assert a "non-responsive" objection to the witness's testimony.<br><br>This testimony is not an undisclosed expert opinion because it falls within the scope of the witness's knowledge and employment.<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's | | |
| 24          THE WITNESS: Yes, it did. | 24          THE WITNESS: Yes, it did. | | treatment. | Overruled. | |
| 462 | 462 | | | | |
| 1    This -- as to my recollection, | 1    This -- as to my recollection, | | | | |
| 2    this study is -- was quoted in the | 2    this study is -- was quoted in the | | | | |
| 3    initial request by afssaps. But | 3    initial request by afssaps. But | | | | |
| 4    I'd say also the study is a very | 4    I'd say also the study is a very | | | | |
| 5    interesting example of what I was | 5    interesting example of what I was | | | | |
| 6    talking about in terms of | 6    talking about in terms of | | | | |
| 7    understanding the criteria behind | 7    understanding the criteria behind | | | | |
| 8    the study, because what the study | 8    the study, because what the study | | | | |
| 9    basically says, if you go back to | 9    basically says, if you go back to | | | | |
| 10    -- back to that page, is that | 10    -- back to that page, is that | | | | |
| 11    after a study that -- in France | 11    after a study that -- in France | | | | |
| 12    with the publication of the PACS | 12    with the publication of the PACS | | | | |
| 13    01 publication, that the FEC 100 | 13    01 publication, that the FEC 100 | | | | |
| 14    followed by docetaxel -- and I'm | 14    followed by docetaxel -- and I'm | | | | |
| 15    reading in the first paragraph | 15    reading in the first paragraph | | | | |
| 16    there -- the FEC 100 followed by | 16    there -- the FEC 100 followed by | | | | |
| 17    docetaxel really became a standard | 17    docetaxel really became a standard | | | | |
| 18    regimen. | 18    regimen. | | | | |
| 19      So if -- so what you have is | 19      So if -- so what you have is | | | | |
| 20    a number of cases of persistent | 20    a number of cases of persistent | | | | |
| 21    alopecia coming out of France | 21    alopecia coming out of France | | | | |
| 22    involving docetaxel. But you need | 22    involving docetaxel. But you need | | | | |
| 23    to understand that docetaxel was | 23    to understand that docetaxel was | | | | |
| 24    the standard. Most of the | 24    the standard. Most of the | | | | |
| 463 | 463 | | | | |
| 1    patients were receiving docetaxel, | 1    patients were receiving docetaxel, | | | | |
| 2    so the implication that we're | 2    so the implication that we're | | | | |
| 3    seeing many cases of docetaxel and | 3    seeing many cases of docetaxel and | | | | |
| 4    not too many cases of another drug | 4    not too many cases of another drug | | | | |
| 5    doesn't necessarily mean that | 5    doesn't necessarily mean that | | | | |
| 6    docetaxel is more likely than the | 6    docetaxel is more likely than the | | | | |
| 7    other drug to be causing | 7    other drug to be causing | | | | |
| 8    persistent alopecia. It could be | 8    persistent alopecia. It could be | | | | |
| 9    an indication of the fact that | 9    an indication of the fact that | | | | |
| 10    most of the use was with | 10    most of the use was with | | | | |
| 11    docetaxel. | 11    docetaxel. | | | | |
| 12      - - - | 12      - - - | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Irrelevant, 2010 | Not Previously Ruled On.<br><br>This testimony is relevant for completeness.<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's | | |
| 13      (Deposition Exhibit No. | 13      (Deposition Exhibit No. | | treatment. | | |
| 14   Kopreski-25, 7/9/10 Communication | 14   Kopreski-25, 7/9/10 Communication | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 15   from Kreft-Jais to Benkritly, was | 15   from Kreft-Jais to Benkritly, was | | | | |
| 16   marked for identification.) | 16   marked for identification.) | | | | |
| 17      - - - | 17      - - - | | | | |
| 18  BY MR. KEENAN: | 18  BY MR. KEENAN: | | | | |
| 19      Q.   I want to try to move | 19      Q.   I want to try to move | | | | |
| 20  through these quickly. | 20  through these quickly. | | | | |
| 21      A.   Okay. | 21      A.   Okay. | | | | |
| 22      Q.   And I've marked as Exhibit | 22      Q.   And I've marked as Exhibit | | | | |
| 23  25, which is -- this is -- just describe | 23  25, which is -- this is -- just describe | | | | |
| 24  what this document is and then we'll try | 24  what this document is and then we'll try | | | | |
| 464 | 464 | | | | |
| 1  to move through this.  This came to | 1  to move through this.  This came to | | | | |
| 2  Sanofi in July of 2010, did it not? | 2  Sanofi in July of 2010, did it not? | | | | |
| 3      MR. BACHUS:  Object to the | 3      MR. BACHUS:  Object to the | | | | |
| 4    form. | 4    form. | | | | |
| 5  BY MR. KEENAN: | 5  BY MR. KEENAN: | | | | |
| 6      Q.   And what is this -- | 6      Q.   And what is this -- | | | | |
| 7      A.   Yes. | 7      A.   Yes. | | | | |
| 8      Q.   -- tell the jury what this | 8      Q.   -- tell the jury what this | | | | |
| 9  is. | 9  is. | | | | |
| 10      A.   Yes.  This is a | 10      A.   Yes.  This is a | | | | |
| 11  communication from the French Health | 11  communication from the French Health | | | | |
| 12  Authority. | 12  Authority. | | | | |
| | | Leading | Not previously ruled on.<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's | | |
| 13      Q.   And did this relate to the | 13      Q.   And did this relate to the | | testimony." | | |
| 14  study that was discussed at the San | 14  study that was discussed at the San | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 15  Antonio breast conference that's marked | 15  Antonio breast conference that's marked | | | | |
| 16  as Exhibit 15? | 16  as Exhibit 15? | | | | |
| 17      A.   Yes, I believe it does. | 17      A.   Yes, I believe it does. | | | | |
| | | Leading | Not previously ruled on.<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's | | |
| 18      Q.   Okay.  And in this letter | 18      Q.   Okay.  And in this letter | | testimony." | | |
| 19  that's been marked as an exhibit, they | 19  that's been marked as an exhibit, they | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 20  ask Sanofi to send a review of all the | 20  ask Sanofi to send a review of all the | | | | |
| 21  cases of persistent alopecia; is that | 21  cases of persistent alopecia; is that | | | | |
| 22  right? | 22  right? | | | | |
| 23      A.   Yes. | 23      A.   Yes. | | | | |
| | | Leading | Not previously ruled on.<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's | | |
| 24      Q.   And did this letter then | 24      Q.   And did this letter then | | testimony." | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 465 | 465 | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 1  lead to Dr. Palatinsky's clinical | 1  lead to Dr. Palatinsky's clinical | | | | |
| 2  overview? | 2  overview? | | | | |
| 3      A.  It did. | 3      A.  It did. | | | | |
| 4      MR. BACHUS:  Object to the | 4      MR. BACHUS:  Object to the | | | | |
| 5      form. | 5      form. | | | | |
| 6  BY MR. KEENAN: | 6  BY MR. KEENAN: | | | | |
| 7      Q.  And they asked for the | 7      Q.  And they asked for the | Leading  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | Not previously ruled on.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | |
| 8  clinical review in January of 2011 or | 8  clinical review in January of 2011 or | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 9  thereabouts. | 9  thereabouts. | | | | |
| 10      MR. BACHUS:  Object to the | 10      MR. BACHUS:  Object to the | | | | |
| 11      form. | 11      form. | | | | |
| 12      THE WITNESS:  Yes, with the | 12      THE WITNESS:  Yes, with the | | | | |
| 13      next PSUR, that is correct. | 13      next PSUR, that is correct. | | | | |
| 14      MR. KEENAN:  All right. | 14      MR. KEENAN:  All right. | | | | |
| 15      Very good. | 15      Very good. | | | | |
| 16  BY MR. KEENAN: | 16  BY MR. KEENAN: | | | | |
| 17      Q.  And we've already discussed, | 17      Q.  And we've already discussed, | Leading  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | Not previously ruled on.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | |
| 18  and I don't think we need to go through | 18  and I don't think we need to go through | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 19  it any further, but Dr. Palatinsky's | 19  it any further, but Dr. Palatinsky's | | | | |
| 20  clinical overview then was prepared and | 20  clinical overview then was prepared and | | | | |
| 21  sent to the French authorities on January | 21  sent to the French authorities on January | | | | |
| 22  18th of 2011. | 22  18th of 2011. | | | | |
| 23      A.  That's correct. | 23      A.  That's correct. | | | | |
| 24      Q.  And -- | 24      Q.  And -- | | | | |
| 466 | 466 | | | | |
| 1      A.  Well, I'm sorry.  It was -- | 1      A.  Well, I'm sorry.  It was -- | | | | |
| 2  it was finalized on January 18th, the | 2  it was finalized on January 18th, the | | | | |
| 3  date on the document, but I don't know | 3  date on the document, but I don't know | | | | |
| 4  the date that it was sent to the French | 4  the date that it was sent to the French | | | | |
| 5  Health Authority or -- it would have been | 5  Health Authority or -- it would have been | | | | |
| 6  around that time, but not the time | 6  around that time, but not the time | | | | |
| 7  specified on the document. | 7  specified on the document. | | | | |
| 8      Q.  And Dr. Palatinsky's | 8      Q.  And Dr. Palatinsky's | Leading  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | Not previously ruled on.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | |
| 9  evaluation concluded that:  In | 9  evaluation concluded that:  In | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 10  conclusion, experience gained with the | 10  conclusion, experience gained with the | | | | |
| 11  administration of docetaxel -- that's | 11  administration of docetaxel -- that's | | | | |
| 12  Taxotere -- in patients confirms that | 12  Taxotere -- in patients confirms that | | | | |
| 13  alopecia occurs very commonly, though its | 13  alopecia occurs very commonly, though its | | | | |
| 14  persistence cannot be predicated -- | 14  persistence cannot be predicated -- | | | | |
| 15  predicted and the available evidence does | 15  predicted and the available evidence does | | | | |
| 16  not show that irreversible alopecia is | 16  not show that irreversible alopecia is | | | | |
| 17  caused by docetaxel alone. | 17  caused by docetaxel alone. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | 18    Did I read that correctly? | | | | |
| 19    A.   Correct. | 19    A.   Correct. | | | | |
| 20        MR. BACHUS:  Object to the | 20        MR. BACHUS:  Object to the | | | | |
| 21    form. | 21    form. | | | | |
| 22  BY MR. KEENAN: | 22  BY MR. KEENAN: | | | | |
| | | Leading | **Not previously ruled on.**<br><br>This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | |
| 23    Q.   And, in fact, the French | 23    Q.   And, in fact, the French | | | | |
| 24  authorities sent us a response to Dr. | 24  authorities sent us a response to Dr. | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 467 | 467 | | | | |
| 1  Palatinsky's clinical overview, did they | 1  Palatinsky's clinical overview, did they | | | | |
| 2  not? | 2  not? | | | | |
| 3    A.   That's correct. | 3    A.   That's correct. | | | | |
| 4        MR. KEENAN:  And I'll mark | 4        MR. KEENAN:  And I'll mark | | | | |
| 5    that as Exhibit 26. | 5    that as Exhibit 26. | | | | |
| 6        - - - | 6        - - - | | | | |
| | | 2011, Irrelevant | **Not previously ruled on.**<br><br>This testimony is also relevant to provide important company context for Taxotere's regulatory history and Sanofi's assessment of persistent alopecia.<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | |
| 7        (Deposition Exhibit No. | 7        (Deposition Exhibit No. | | | | |
| 8    Kopreski-26, 2011 "Assessment of | 8    Kopreski-26, 2011 "Assessment of | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 9    the Safety Review of Persistent | 9    the Safety Review of Persistent | | | | |
| 10    Alopecia in Patients Treated With | 10    Alopecia in Patients Treated With | | | | |
| 11    Docetaxel" Paper, was marked for | 11    Docetaxel" Paper, was marked for | | | | |
| 12    identification.) | 12    identification.) | | | | |
| 13        - - - | 13        - - - | | | | |
| 14  BY MR. KEENAN: | 14  BY MR. KEENAN: | | | | |
| 15    Q.   And I will hand that to you. | 15    Q.   And I will hand that to you. | | | | |
| 16  And, Dr. Kopreski, what did the French | 16  And, Dr. Kopreski, what did the French | | | | |
| 17  authority say in response to Dr. | 17  authority say in response to Dr. | | | | |
| 18  Palatinsky's clinical overview | 18  Palatinsky's clinical overview | | | | |
| 19  specifically as it relates to whether or | 19  specifically as it relates to whether or | | | | |
| 20  not there was a cause -- a causal | 20  not there was a cause -- a causal | | | | |
| 21  connection, medical cause, between | 21  connection, medical cause, between | | | | |
| 22  docetaxel and persistent or permanent | 22  docetaxel and persistent or permanent | | | | |
| 23  alopecia? | 23  alopecia? | | | | |
| 24        MR. BACHUS:  Object to the | 24        MR. BACHUS:  Object to the | | | | |
| 468 | 468 | | | | |
| 1    form. | 1    form. | | | | |
| 2        THE WITNESS:  The French | 2        THE WITNESS:  The French | | | | |
| 3    Health Authority rapporteur made | 3    Health Authority rapporteur made | | | | |
| 4    the conclusion -- and I'll read -- | 4    the conclusion -- and I'll read -- | | | | |
| 5    quote, On the basis of this safety | 5    quote, On the basis of this safety | | | | |
| 6    review, it is effectively | 6    review, it is effectively | | | | |
| 7    difficult to conclude that | 7    difficult to conclude that | | | | |
| 8    docetaxel alone is able to induce | 8    docetaxel alone is able to induce | | | | |
| 9    persistent alopecia, end quote. | 9    persistent alopecia, end quote. | | | | |
| 10  BY MR. KEENAN: | 10  BY MR. KEENAN: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | Non-responsive, Irrelevant, 2011 | **Not previously ruled on.**<br><br>As an initial matter, Plaintiff lacks standing to assert a "non-responsive" objection to the witness's testimony.<br><br>This testimony is also relevant to provide important company context for Taxotere's regulatory history and Sanofi's assessment of persistent alopecia.<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | |
| 11    Q.   And right above that, | 11    Q.   And right above that, | | | | |
| 12  there's another statement with respect to | 12  there's another statement with respect to | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 13  the French authority's findings and would | 13  the French authority's findings and would | | | | |
| 14  you read that? | 14  you read that? | | | | |
| 15    A.   Well, I believe the | 15    A.   Well, I believe the | | | | |
| 16  statement is a statement from Dr. | 16  statement is a statement from Dr. | | | | |
| 17  Palatinsky's conclusion, although I -- | 17  Palatinsky's conclusion, although I -- | | | | |
| 18  the statement says:  In conclusion, the | 18  the statement says:  In conclusion, the | | | | |
| 19  experience gained with administration of | 19  experience gained with administration of | | | | |
| 20  docetaxel in patients confirms that | 20  docetaxel in patients confirms that | | | | |
| 21  alopecia occurs very commonly, though its | 21  alopecia occurs very commonly, though its | | | | |
| 22  persistence cannot be predicted and the | 22  persistence cannot be predicted and the | | | | |
| 23  available evidence does not show that | 23  available evidence does not show that | | | | |
| 24  irreversible alopecia is caused by | 24  irreversible alopecia is caused by | | | | |
| 469 | 469 | | | | |
| 1  docetaxel alone. | 1  docetaxel alone. | | | | |
| 2    Q.   Okay. | 2    Q.   Okay. | | | | |
| | | Non-responsive, Irrelevant, 2011 | Not previously ruled on.<br><br>This testimony is also relevant to provide important company context for Taxotere's regulatory history and Sanofi's assessment of persistent alopecia.<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | |
| 3        And I think counsel already | 3        And I think counsel already | | | | |
| 4  spent time with you that they | 4  spent time with you that they | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 5  nevertheless asked us to make a label | 5  nevertheless asked us to make a label | | | | |
| 6  change.  Just describe what happened | 6  change.  Just describe what happened | | | | |
| 7  after this. | 7  after this. | | | | |
| 8        MR. BACHUS:  Object to the | 8        MR. BACHUS:  Object to the | | | | |
| 9  form. | 9  form. | | | | |
| 10        THE WITNESS:  Well, what you | 10        THE WITNESS:  Well, what you | | | | |
| 11  need to understand is -- is that | 11  need to understand is -- is that | | | | |
| 12  labeling is a -- is sort of a | 12  labeling is a -- is sort of a | | | | |
| 13  living document.  It can change | 13  living document.  It can change | | | | |
| 14  and it can -- we use language that | 14  and it can -- we use language that | | | | |
| 15  perhaps comes to be considered | 15  perhaps comes to be considered | | | | |
| 16  clearer or -- and in addition, the | 16  clearer or -- and in addition, the | | | | |
| 17  perspective of a health authority | 17  perspective of a health authority | | | | |
| 18  or the regulations of a health | 18  or the regulations of a health | | | | |
| 19  authority regarding labeling might | 19  authority regarding labeling might | | | | |
| 20  change. | 20  change. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 13, 23, 24, 25, 26, 27 | | | | |
| | | 2011, Preemption Issue, Communicate with FDA, Irrelevant, Non-responsive | Not previously ruled on.<br><br>As an initial matter, Plaintiff lacks standing to assert a "non-responsive" objection to the witness's testimony.<br><br>This testimony is also relevant to provide important company context for Taxotere's regulatory history, TAX316 clinical study data, assessment of alopecia data, and the adequacy of the Taxotere label.<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | |
| 21   So, for example, in 2004, | 21   So, for example, in 2004, | | | | |
| 22   you were showing that TAX316 data | 22   you were showing that TAX316 data | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 23   on ongoing alopecia and -- and | 23   on ongoing alopecia and -- and | | | | |
| 24   that data was proposed, as I | 24   that data was proposed, as I | | | | |
| 470 | 470 | | | | |
| 1   understand, to be included in the | 1   understand, to be included in the | | | | |
| 2   label not only in Europe, but in | 2   label not only in Europe, but in | | | | |
| 3   the United States, and the FDA | 3   the United States, and the FDA | | | | |
| 4   rejected that inclusion in the | 4   rejected that inclusion in the | | | | |
| 5   2004-2005 time period. | 5   2004-2005 time period. | | | | |
| 6   However, if one looks at the | 6   However, if one looks at the | | | | |
| 7   2000 -- the current label, one | 7   2000 -- the current label, one | | | | |
| 8   will find essentially that same | 8   will find essentially that same | | | | |
| 9   labeling language has now been | 9   labeling language has now been | | | | |
| 10   included, although it's -- it's | 10   included, although it's -- it's | | | | |
| 11   for the longer-term follow-up. | 11   for the longer-term follow-up. | | | | |
| 12   So you have a situation | 12   So you have a situation | | | | |
| 13   where essentially the similar | 13   where essentially the similar | | | | |
| 14   intent of language was rejected by | 14   intent of language was rejected by | | | | |
| 15   the FDA in 2004, yet included in | 15   the FDA in 2004, yet included in | | | | |
| 16   2018. | 16   2018. | | | | |
| 17   This is because the | 17   This is because the | | | | |
| 18   perspectives of the regulators and | 18   perspectives of the regulators and | | | | |
| 19   -- and even the regulations and | 19   -- and even the regulations and | | | | |
| 20   the laws can change, so labeling | 20   the laws can change, so labeling | | | | |
| 21   is -- in a way is a living | 21   is -- in a way is a living | | | | |
| 22   document.  And this statement -- | 22   document.  And this statement -- | | | | |
| 23   statement from the rapporteur is | 23   statement from the rapporteur is | | | | |
| 24   -- even though they recognize that | 24   -- even though they recognize that | | | | |
| 471 | 471 | | | | |
| 1   it's difficult to conclude that | 1   it's difficult to conclude that | | | | |
| 2   docetaxel alone is able to induce | 2   docetaxel alone is able to induce | | | | |
| 3   persistent alopecia, they suggest | 3   persistent alopecia, they suggest | | | | |
| 4   an improvement of -- perhaps of | 4   an improvement of -- perhaps of | | | | |
| 5   the way that alopecia can be | 5   the way that alopecia can be | | | | |
| 6   presented for the reasons that | 6   presented for the reasons that | | | | |
| 7   they -- that they give. | 7   they -- that they give. | | | | |
| 8  BY MR. KEENAN: | 8  BY MR. KEENAN: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 **12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| | | Leading, Irrelevant, Preemption Issue | **Not previously ruled on.** | | |
| | | | As an initial matter, Plaintiff lacks standing to assert a "non-responsive" objection to the witness's testimony. | | |
| | | | This testimony is also relevant to provide important company context for Taxotere's regulatory history and assessment of persistent alopecia data. | | |
| | | | Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | |
| 9   Q.  Okay. I want to wrap up | 9   Q.  Okay. I want to wrap up | | | | |
| 10  this with -- going back to Dr. | 10  this with -- going back to Dr. | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 11  Palatinsky's clinical overview; and this | 11  Palatinsky's clinical overview; and this | | | | |
| 12  document, this clinical overview, was | 12  document, this clinical overview, was | | | | |
| 13  also sent to the Food and Drug | 13  also sent to the Food and Drug | | | | |
| 14  Administration; is that right? | 14  Administration; is that right? | | | | |
| 15       MR. BACHUS:  Object to the | 15       MR. BACHUS:  Object to the | | | | |
| 16  form. | 16  form. | | | | |
| 17       THE WITNESS:  It was -- this | 17       THE WITNESS:  It was -- this | | | | |
| 18  is the clinical overview? | 18  is the clinical overview? | | | | |
| 19       MR. KEENAN:  Yes. | 19       MR. KEENAN:  Yes. | | | | |
| 20       THE WITNESS:  Yes. | 20       THE WITNESS:  Yes. | | | | |
| 21       MR. BACHUS:  Object to the | 21       MR. BACHUS:  Object to the | | | | |
| 22  form. | 22  form. | | | | |
| 23       THE WITNESS:  I believe -- | 23       THE WITNESS:  I believe -- | | | | |
| 24  and this was provided to the FDA, | 24  and this was provided to the FDA, | | | | |
| 472 | 472 | | | Overruled. | |
| 1  I believe, in PSUR 28 where it was | 1  I believe, in PSUR 28 where it was | | | | |
| 2  not only described, but all of the | 2  not only described, but all of the | | | | |
| 3  -- all of the CIOMS or the | 3  -- all of the CIOMS or the | | | | |
| 4  individual case reports were | 4  individual case reports were | | | | |
| 5  provided to the FDA. | 5  provided to the FDA. | | | | |
| 6       - - - | 6       - - - | | | | |
| | | 2011, PSUR, Preemption Issue, Irrelevant | **Not previously ruled on.** | | |
| | | | This testimony is relevant to provide important company context for Taxotere's regulatory history and assessment of persistent alopecia. | | |
| | | | Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | |
| 7       (Deposition Exhibit No. | 7       (Deposition Exhibit No. | | | | |
| 8  Kopreski-27, 1/21/11 Periodic | 8  Kopreski-27, 1/21/11 Periodic | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 9  Safety Update Report for Docetaxel | 9  Safety Update Report for Docetaxel | | | | |
| 10  (Taxotere), Sanofi_00197757 | 10  (Taxotere), Sanofi_00197757 | | | | |
| 11  through Sanofi_00197840, was | 11  through Sanofi_00197840, was | | | | |
| 12  marked for identification.) | 12  marked for identification.) | | | | |
| 13       - - - | 13       - - - | | | | |
| 14  BY MR. KEENAN: | 14  BY MR. KEENAN: | | | | |
| 15       Q.  I've marked as Exhibit 27 | 15       Q.  I've marked as Exhibit 27 | | | | |
| 16  that very document. And I will direct | 16  that very document. And I will direct | | | | |
| 17  your attention to -- and just tell the | 17  your attention to -- and just tell the | | | | |
| 18  jury, what is the periodic safety update | 18  jury, what is the periodic safety update | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19  report? | 19  report? | | | | |
| 20      MR. BACHUS:  I'm just going | 20      MR. BACHUS:  I'm just going | | | | |
| 21    to object in that this is not the | 21    to object in that this is not the | | | | |
| 22    PSUR.  This is -- | 22    PSUR.  This is -- | | | | |
| 23      MR. KEENAN:  Keep your | 23      MR. KEENAN:  Keep your | | | | |
| 24    objections to form, counsel. | 24    objections to form, counsel. | | | | |
|              473 |              473 | | | | |
| 1      MR. BACHUS:  Okay.  I'll | 1      MR. BACHUS:  Okay.  I'll | | | | |
| 2    object to the form.  We just had | 2    object to the form.  We just had | | | | |
| 3    discussions previously about -- | 3    discussions previously about -- | | | | |
| 4      MR. KEENAN:  Keep your | 4      MR. KEENAN:  Keep your | | | | |
| 5    objections to form, counsel. | 5    objections to form, counsel. | | | | |
| 6      MR. BACHUS:  Sure. | 6      MR. BACHUS:  Sure. | | | | |
| 7  BY MR. KEENAN: | 7  BY MR. KEENAN: | | | | |
| | | Leading  Previously Overruled.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | | |
| 8      Q.  So does this document | 8      Q.  So does this document | | | | |
| 9  reflect the -- a reference to Dr. | 9  reflect the -- a reference to Dr. | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 10  Palatinsky's work product on persistent | 10  Palatinsky's work product on persistent | | | | |
| 11  alopecia? | 11  alopecia? | | | | |
| 12      MR. BACHUS:  Object to the | 12      MR. BACHUS:  Object to the | | | | |
| 13    form. | 13    form. | | | | |
| 14      MR. KEENAN:  I believe it's | 14      MR. KEENAN:  I believe it's | | | | |
| 15    Bates number 762? | 15    Bates number 762? | | | | |
| | | Leading  Previously Overruled.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | | | |
| 16      THE WITNESS:  Yes, if you -- | 16      THE WITNESS:  Yes, if you -- | | | | |
| 17      MR. BACHUS:  Object to the | 17      MR. BACHUS:  Object to the | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 18    form. | 18    form. | | | | |
| 19      THE WITNESS:  If you turn to | 19      THE WITNESS:  If you turn to | | | | |
| 20    section 9.1.5 -- | 20    section 9.1.5 -- | | | | |
| 21      MR. KEENAN:  Okay.  You're | 21      MR. KEENAN:  Okay.  You're | | | | |
| 22    going to have to give me a Bates | 22    going to have to give me a Bates | | | | |
| 23    number, Doctor. | 23    number, Doctor. | | | | |
| | | 2011, Irrelevant, Preemption Issue  Not previously ruled on.  This testimony is relevant to provide important company context for Taxotere's regulatory history and assessment of persistent alopecia.  Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | | |
| 24      THE WITNESS:  I'm sorry. | 24      THE WITNESS:  I'm sorry. | | | | |
|              474 |              474 | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 1    It's 00197839.  It's the second to | 1    It's 00197839.  It's the second to | | | | |
| 2    last page going onto the last | 2    last page going onto the last | | | | |
| 3    page, 00197840. | 3    page, 00197840. | | | | |
| 4      MR. KEENAN:  Yes. | 4      MR. KEENAN:  Yes. | | | | |
| 5      THE WITNESS:  Okay.  So in | 5      THE WITNESS:  Okay.  So in | | | | |
| 6    this -- in this section, you'll | 6    this -- in this section, you'll | | | | |
| 7    see a description of the -- of the | 7    see a description of the -- of the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 8    submission to the -- of the | 8    submission to the -- of the | | | | |
| 9    afssaps.  You'll also see that the | 9    afssaps.  You'll also see that the | | | | |
| 10    Bourgeois paper is being | 10    Bourgeois paper is being | | | | |
| 11    referenced.  You'll see an | 11    referenced.  You'll see an | | | | |
| 12    overview of -- I won't -- on the | 12    overview of -- I won't -- on the | | | | |
| 13    next page, you'll see that there's | 13    next page, you'll see that there's | | | | |
| 14    an extensive overview and | 14    an extensive overview and | | | | |
| 15    discussion of this. | 15    discussion of this. | | | | |
| 16        And -- and, lastly, at the | 16        And -- and, lastly, at the | | | | |
| 17    bottom of the page, you'll see the | 17    bottom of the page, you'll see the | | | | |
| 18    cases are described in detail and | 18    cases are described in detail and | | | | |
| 19    cumulative overview provided in | 19    cumulative overview provided in | | | | |
| 20    the appendix 13. | 20    the appendix 13. | | | | |
| 21  BY MR. KEENAN: | 21  BY MR. KEENAN: | | | | |
| 22    Q.   And appendix 13 -- | 22    Q.   And appendix 13 -- | | | | |
| 23    A.   Those would be all the | 23    A.   Those would be all the | | | | |
| 24  CIOMS, all the individual cases -- | 24  CIOMS, all the individual cases -- | | | | |
| 475 | 475 | | | | |
| 1    Q.   Yes. | 1    Q.   Yes. | | | | |
| 2    A.   -- and Dr. Palatinsky's got | 2    A.   -- and Dr. Palatinsky's got | | | | |
| 3  a few. | 3  a few. | | | | |
| 4    Q.   So what does this then tell | 4    Q.   So what does this then tell | | | | |
| 5  the jury -- what can we tell the jury | 5  the jury -- what can we tell the jury | | | | |
| 6  about appendix 13, clinical overview? | 6  about appendix 13, clinical overview? | | | | |
| 7        MR. BACHUS:  Object to the | 7        MR. BACHUS:  Object to the | | | | |
| 8    form. | 8    form. | | | | |
| 9        THE WITNESS:  Well, I think | 9        THE WITNESS:  Well, I think | | | Sustained. | |
| 10    a couple of observations can be | 10    a couple of observations can be | | | | |
| 11    made in -- and that is that in | 11    made in -- and that is that in | | | | |
| 12    this document, the FDA was | 12    this document, the FDA was | | | | |
| 13    informed about the request and the | 13    informed about the request and the | | | | |
| 14    analysis following the French | 14    analysis following the French | | | | |
| 15    authority request. | 15    authority request. | | | | |
| 16        The -- and in addition, not | 16        The -- and in addition, not | | | | |
| 17    only did -- not only need not the | 17    only did -- not only need not the | | | | |
| 18    FDA simply rely upon the | 18    FDA simply rely upon the | | | | |
| 19    conclusion of Dr. Palatinsky, but | 19    conclusion of Dr. Palatinsky, but | | | | |
| 20    they could form their own | 20    they could form their own | | | | |
| 21    conclusion by looking at all of | 21    conclusion by looking at all of | | | | |
| 22    the individual case reports that | 22    the individual case reports that | | | | |
| 23    -- that are included in his -- in | 23    -- that are included in his -- in | | | | |
| 24    his clinical overview. | 24    his clinical overview. | | | | |
| 476 | 476 | | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 1        MR. KEENAN:  Okay.  All | 1        MR. KEENAN:  Okay.  All | | | | |
| 2    right. | 2    right. | | | | |
| 3  BY MR. KEENAN: | 3  BY MR. KEENAN: | | | | |
| 4    Q.   I want to conclude -- I want | 4    Q.   I want to conclude -- I want | 2015 Label Change | Not previously ruled on.<br><br>Should this Court grant Sanofi's MIL 27 (Post-Dates Treatment), Sanofi will withdraw this designation to the extent it references events that post-date Plaintiff's treatment. | | |
| 5  to conclude with what I think the | 5  to conclude with what I think the | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 6  document that counsel spoke with you last | 6  document that counsel spoke with you last | | | | |
| 7  about, and that is Exhibit No. 23. | 7  about, and that is Exhibit No. 23. | | | | |
| 8        I guess we're back on the -- | 8        I guess we're back on the -- | | | | |
| 9  do you recall this Power Point -- | 9  do you recall this Power Point -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 10    A.   Yes. | 10    A.   Yes. | | | | |
| 11    Q.   -- counsel asked you about? | 11    Q.   -- counsel asked you about? | | | | |
| 12         I want to direct your | 12         I want to direct your | | | | |
| 13   attention to the conclusion and tell the | 13   attention to the conclusion and tell the | | | | |
| 14   jury what this conclusion means. | 14   jury what this conclusion means. | | | | |
| 15    A.   Well, first off, the -- the | 15    A.   Well, first off, the -- the | | | | |
| 16   SMC is a governance that was to decide if | 16   SMC is a governance that was to decide if | | | | |
| 17   -- if we would support the FDA request | 17   -- if we would support the FDA request | | | | |
| 18   that the -- regarding the labeling change | 18   that the -- regarding the labeling change | | | | |
| 19   on persistent or irreversible alopecia. | 19   on persistent or irreversible alopecia. | | | | |
| 20    Q.   Okay. | 20    Q.   Okay. | | | | |
| 21    A.   So -- so the intent was to | 21    A.   So -- so the intent was to | | | | |
| 22   make that adjudication. | 22   make that adjudication. | | | | |
| 23         The conclusion says that one | 23         The conclusion says that one | | | | |
| 24   looks at the entire evidence that's | 24   looks at the entire evidence that's | | | | |
| 477 | 477 | | | | |
| 1   provided in the -- in this slide deck | 1   provided in the -- in this slide deck | | | | |
| 2   that the SMC, which is a -- which is a | 2   that the SMC, which is a -- which is a | | | | |
| 3   governance group that I was the -- they | 3   governance group that I was the -- they | | | | |
| 4   call it the secretary, but basically I | 4   call it the secretary, but basically I | | | | |
| 5   was leading the meeting of -- on this | 5   was leading the meeting of -- on this | | | | |
| 6   particular topic, found that -- that | 6   particular topic, found that -- that | | | | |
| 7   there was support to determine causal -- | 7   there was support to determine causal -- | | | | |
| 8   could I -- could I see -- | 8   could I -- could I see -- | | | | |
| 9    Q.   Oh, I'm sorry. | 9    Q.   Oh, I'm sorry. | | | | |
| 10    A.   -- determine a causal | 10    A.   -- determine a causal | | | | |
| 11   relationship. | 11   relationship. | | | | |
| 12         Now, by causal relationship, | 12         Now, by causal relationship, | | | | |
| 13   that does not mean that the SMC | 13   that does not mean that the SMC | | | | |
| 14   considered that Taxotere caused permanent | 14   considered that Taxotere caused permanent | | | | |
| 15   or irreversible alopecia.  I want to be | 15   or irreversible alopecia.  I want to be | | | | |
| 16   very clear on that, because there was | 16   very clear on that, because there was | | | | |
| 17   some discussion that -- as I recall at | 17   some discussion that -- as I recall at | | | | |
| 18   the SMC that we did not think there was | 18   the SMC that we did not think there was | | | | |
| 19   evidence to say that docetaxel by itself | 19   evidence to say that docetaxel by itself | | | | |
| 20   caused that.  But the threshold for | 20   caused that.  But the threshold for | | | | |
| 21   determining whether there was a | 21   determining whether there was a | | | | |
| 22   relationship is much lower than saying it | 22   relationship is much lower than saying it | | | | |
| 23   -- you know, there's a definitive cause. | 23   -- you know, there's a definitive cause. | | | | |
| 24         The question was, was there | 24         The question was, was there | | | | |
| 478 | 478 | | | | |
| 1   a possible relationship, whether there's | 1   a possible relationship, whether there's | | | | |
| 2   evidence to support the possibility of a | 2   evidence to support the possibility of a | | | | |
| 3   relationship; and in that manner, we | 3   relationship; and in that manner, we | | | | |
| 4   agreed that even though the evidence | 4   agreed that even though the evidence | | | | |
| 5   didn't indicate definitively a causation, | 5   didn't indicate definitively a causation, | | | | |
| 6   that the evidence was sufficient -- and I | 6   that the evidence was sufficient -- and I | | | | |
| 7   have to underline the word "sufficient" | 7   have to underline the word "sufficient" | | | | |
| 8   -- to support -- and I have to underline | 8   -- to support -- and I have to underline | | | | |
| 9   the word "support" -- a causal | 9   the word "support" -- a causal | | | | |
| 10   association or support the possibility of | 10   association or support the possibility of | | | | |
| 11   a causal association, thereby allowing us | 11   a causal association, thereby allowing us | | | | |
| 12   to proceed with the FDA -- the FDA | 12   to proceed with the FDA -- the FDA | | | | |
| 13   proposal, referring to -- to the labeling | 13   proposal, referring to -- to the labeling | | | | |
| 14   group for them to make their analysis. | 14   group for them to make their analysis. | | | | |
| 15         Now, let me -- let me just | 15         Now, let me -- let me just | | | Testimony withdrawn | |
| 16   say, because there are some e-mails in | 16   say, because there are some e-mails in | | | | |
| 17   which in discussions with Nanae and | 17   which in discussions with Nanae and | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18  myself, we initially entertained simply | 18  myself, we initially entertained simply | | | | |
| 19  having language that would say docetaxel | 19  having language that would say docetaxel | | | | |
| 20  in combination with other | 20  in combination with other | | | | |
| 21  chemotherapeutic agents and -- and if one | 21  chemotherapeutic agents and -- and if one | | | | |
| 22  goes to the SMC slide presentations -- | 22  goes to the SMC slide presentations -- | | | | |
| 23  and maybe you want to show that out to | 23  and maybe you want to show that out to | | | | |
| 24  the jury -- there is a page that | 24  the jury -- there is a page that | | | | |
| 479 | 479 | | | | |
| 1  specifies -- you don't have the | 1  specifies -- you don't have the | | | | |
| 2  presentation? | 2  presentation? | | | | |
| 3     Q.  The SMC -- I can get it, but | 3     Q.  The SMC -- I can get it, but | | | | |
| 4  I don't have it in front of me. | 4  I don't have it in front of me. | | | | |
| 5     A.  We were just looking at it. | 5     A.  We were just looking at it. | | | | |
| 6     Q.  Oh, I'm sorry.  I thought | 6     Q.  Oh, I'm sorry.  I thought | | | | |
| 7  you meant the minutes. | 7  you meant the minutes. | | | | |
| 8     A.  Yeah, if you turn to the | 8     A.  Yeah, if you turn to the | | | | |
| 9  labeling page -- | 9  labeling page -- | | | | |
| 10          MR. BACHUS:  Object to the | 10          MR. BACHUS:  Object to the | | | | |
| 11      form of whatever's happening. | 11      form of whatever's happening. | | | | |
| 12          THE WITNESS:  It should be, | 12          THE WITNESS:  It should be, | | | | |
| 13      like, the second or third page -- | 13      like, the second or third page -- | | | | |
| 14      there is a -- a report in the SmPC | 14      there is a -- a report in the SmPC | | | | |
| 15      of a case of alopecia that was | 15      of a case of alopecia that was | | | | |
| 16      nonreversible with single agent. | 16      nonreversible with single agent. | | | | |
| 17          And although this report in | 17          And although this report in | | | | |
| 18      and of itself is not sufficient to | 18      and of itself is not sufficient to | | | | |
| 19      conclude any sort of causation, we | 19      conclude any sort of causation, we | | | | |
| 20      felt that in view of the totality | 20      felt that in view of the totality | | | | |
| 21      -- the cumulative evidence, | 21      -- the cumulative evidence, | | | | |
| 22      including the statement in the | 22      including the statement in the | | | | |
| 23      SmPC that we'd need not be | 23      SmPC that we'd need not be | | | | |
| 24      restrictive in the language that | 24      restrictive in the language that | | | | |
| 480 | 480 | | | | |
| 1      we were sending to the labeling | 1      we were sending to the labeling | | | | |
| 2      group and we would be | 2      group and we would be | | | | |
| 3      nonrestrictive to use the language | 3      nonrestrictive to use the language | | | | |
| 4      that we eventually ended up with, | 4      that we eventually ended up with, | | | | |
| 5      so as to allow the labeling group | 5      so as to allow the labeling group | | | | |
| 6      to decide how best to proceed with | 6      to decide how best to proceed with | | | | |
| 7      the FDA request. | 7      the FDA request. | | | | |
| 8  BY MR. KEENAN: | 8  BY MR. KEENAN: | | | | |
| 9     Q.  I think my last question is, | 9     Q.  I think my last question is, | Leading | Previously overruled, in part. Previously sustained, in part.  This testimony is admissible under Fed. R. Evid. 611(c) because it is "necessary to develop the witness's testimony." | Overruled. | |
| 10  in your 15 years in pharmacovigilance -- | 10  in your 15 years in pharmacovigilance -- | Completeness, subject to objections | This has nothing to do with completeness.  This is sanofi designating its own direct. | | |
| 11  you're now retired -- describe, if you | 11  you're now retired -- describe, if you | | | | |
| 12  would, the kind of commitment that you | 12  would, the kind of commitment that you | | | | |
| 13  and your team brought to | 13  and your team brought to | | | | |
| 14  pharmacovigilance and patient safety and | 14  pharmacovigilance and patient safety and | | | | |
| 15  whether or not profits took a back seat | 15  whether or not profits took a back seat | | | | |
| 16  to patient safety. | 16  to patient safety. | | | | |
| 17          MR. BACHUS:  Object to the | 17          MR. BACHUS:  Object to the | | | | |
| 18      form. | 18      form. | | | | |
| 19          THE WITNESS:  One thing that | 19          THE WITNESS:  One thing that | | | | |
| 20      I'm particularly proud of with | 20      I'm particularly proud of with | | | | |

| PLAINTIFF'S DESIGNATIONS | | SANOFI'S DESIGNATIONS | | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | | **Sanofi Affirmative Designations** | | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | | **Sanofi Counter-Designations** | | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | | |
| 21 | both my team and with the company | 21 | both my team and with the company | | | | |
| 22 | as a whole is their attitude to | 22 | as a whole is their attitude to | | | | |
| 23 | put patient safety first. | 23 | put patient safety first. | | | | |
| 24 | Now, that sounds like | 24 | Now, that sounds like | | | | |
| | 481 | | 481 | | | | |
| 1 | something that a company would | 1 | something that a company would | | | | |
| 2 | say, you know, put patient safety | 2 | say, you know, put patient safety | | | | |
| 3 | first. | 3 | first. | | | | |
| 4 | But towards the end of my | 4 | But towards the end of my | | Sustained. | | |
| 5 | career, I -- I saw a real example | 5 | career, I -- I saw a real example | | | | |
| 6 | of the company at the very highest | 6 | of the company at the very highest | | | | |
| 7 | levels doing that when they had a | 7 | levels doing that when they had a | | | | |
| 8 | priority oncology product that was | 8 | priority oncology product that was | | | | |
| 9 | in development.  It had gone | 9 | in development.  It had gone | | | | |
| 10 | through phase three trials and had | 10 | through phase three trials and had | | | | |
| 11 | shown encouraging efficacy results | 11 | shown encouraging efficacy results | | | | |
| 12 | and was about to be submitted when | 12 | and was about to be submitted when | | | | |
| 13 | we realized that there was a | 13 | we realized that there was a | | | | |
| 14 | safety -- a safety issue and it | 14 | safety -- a safety issue and it | | | | |
| 15 | was a safety issue in a limited | 15 | was a safety issue in a limited | | | | |
| 16 | number of patients that was hard | 16 | number of patients that was hard | | | | |
| 17 | to diagnose, and we felt that it | 17 | to diagnose, and we felt that it | | | | |
| 18 | was a safety -- safety threat. | 18 | was a safety -- safety threat. | | | | |
| 19 | Because of that, despite the | 19 | Because of that, despite the | | | | |
| 20 | enormous of our resources that | 20 | enormous of our resources that | | | | |
| 21 | were thrown into bringing a drug | 21 | were thrown into bringing a drug | | | | |
| 22 | almost ready to go to the FDA, the | 22 | almost ready to go to the FDA, the | | | | |
| 23 | company took a position, not only | 23 | company took a position, not only | | | | |
| 24 | in pharmacovigilance, but through | 24 | in pharmacovigilance, but through | | | | |
| | 482 | | 482 | | | | |
| 1 | the highest levels of the company | 1 | the highest levels of the company | | | | |
| 2 | and across multiple functions, to | 2 | and across multiple functions, to | | | | |
| 3 | basically abandon the drug, to | 3 | basically abandon the drug, to | | | | |
| 4 | abandon a drug that was likely to | 4 | abandon a drug that was likely to | | | | |
| 5 | be received favorably by the | 5 | be received favorably by the | | | | |
| 6 | community because of the efficacy | 6 | community because of the efficacy | | | | |
| 7 | data. | 7 | data. | | | | |
| 8 | And the reason why I say | 8 | And the reason why I say | | | | |
| 9 | that is because we had many | 9 | that is because we had many | | | | |
| 10 | patient advocacy groups, as I | 10 | patient advocacy groups, as I | | | | |
| 11 | recall, which did not want Sanofi | 11 | recall, which did not want Sanofi | | | | |
| 12 | to do that, but we thought, again, | 12 | to do that, but we thought, again, | | | | |
| 13 | patient safety comes first. | 13 | patient safety comes first. | | | | |
| 14 | Not only did we abandon the | 14 | Not only did we abandon the | | | | |
| 15 | drug, but we shared confidential | 15 | drug, but we shared confidential | | | | |
| 16 | information regarding the drug and | 16 | information regarding the drug and | | | | |
| 17 | the safety issue with competitors | 17 | the safety issue with competitors | | | | |
| 18 | because there were similar | 18 | because there were similar | | | | |
| 19 | products in development and there | 19 | products in development and there | | | | |
| 20 | was a similar drug that was | 20 | was a similar drug that was | | | | |
| 21 | already on -- in the market, and | 21 | already on -- in the market, and | | | | |
| 22 | the fact that there was another | 22 | the fact that there was another | | | | |
| 23 | drug on the market gave us | 23 | drug on the market gave us | | | | |
| 24 | confidence that patients would not | 24 | confidence that patients would not | | | | |
| | 483 | | 483 | | | | |
| 1 | be -- they had an alternative | 1 | be -- they had an alternative | | | | |
| 2 | treatment. | 2 | treatment. | | | | |
| 3 | So, you know, I was -- I was | 3 | So, you know, I was -- I was | | | | |
| 4 | very proud to really see at the | 4 | very proud to really see at the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9, 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5   very highest levels a very | 5   very highest levels a very | | | | |
| 6   high-priority drug that had cost | 6   high-priority drug that had cost | | | | |
| 7   the companies certainly tens of | 7   the companies certainly tens of | | | | |
| 8   millions, if not more, and had the | 8   millions, if not more, and had the | | | | |
| 9   promise of being a blockbuster | 9   promise of being a blockbuster | | | | |
| 10   being abandoned because of a | 10   being abandoned because of a | | | | |
| 11   safety issue that we thought was | 11   safety issue that we thought was | | | | |
| 12   important. | 12   important. | | | | |
| 13   It was -- it was an issue | 13   It was -- it was an issue | | | | |
| 14   that would cause a rather | 14   that would cause a rather | | | | |
| 15   devastating neurologic condition. | 15   devastating neurologic condition. | | | | |
| 16   MR. KEENAN: Okay.  Thank | 16   MR. KEENAN: Okay.  Thank | | | | |
| 17   you.  That's all I have. | 17   you.  That's all I have. | | | | |
| 18   THE VIDEO TECHNICIAN: Off | 18   THE VIDEO TECHNICIAN: Off | | | | |
| 19   the record.  Right? | 19   the record.  Right? | | | | |
| 20   MR. KEENAN: Yes. | 20   MR. KEENAN: Yes. | | | | |
| 21   THE VIDEO TECHNICIAN: All | 21   THE VIDEO TECHNICIAN: All | | | | |
| 22   right.  The time is 8:13 p.m.  Off | 22   right.  The time is 8:13 p.m.  Off | | | | |
| 23   the record. | 23   the record. | | | | |
| 24   (A recess was taken from | 24   (A recess was taken from | | | | |
| 484 | 484 | | | | |
| 1   8:13 p.m. to 8:32 p.m.) | 1   8:13 p.m. to 8:32 p.m.) | | | | |
| 2   THE VIDEO TECHNICIAN: Okay. | 2   THE VIDEO TECHNICIAN: Okay. | | | | |
| 3   The time is 8:32 p.m.  Back on the | 3   The time is 8:32 p.m.  Back on the | | | | |
| 4   record. | 4   record. | | | | |
| 5   - - - | 5   - - - | | | | |
| 6   EXAMINATION | 6   EXAMINATION | | | | |
| 7   - - - | 7   - - - | | | | |
| 8 BY MR. BACHUS: | 8 BY MR. BACHUS: | | | | |
| 9   Q.  A few minutes ago, you were | 9   Q.  A few minutes ago, you were | | | | |
| 10   talking about the difference between a | 10   talking about the difference between a | | | | |
| 11   standard of causal association and | 11   standard of causal association and | | | | |
| 12   definitive cause?  Do you remember that? | 12   definitive cause?  Do you remember that? | | | | |
| 13   A.  Yes. | 13   A.  Yes. | | | | |
| 14   Q.  All right. | 14   Q.  All right. | | | | |
| 15   With respect to regulatory | 15   With respect to regulatory | | | | |
| 16   labeling obligations, you would agree | 16   labeling obligations, you would agree | | | | |
| 17   with me that warnings are required if | 17   with me that warnings are required if | | | | |
| 18   there's a causal association of -- | 18   there's a causal association of -- | | | | |
| 19   between your product and a otherwise | 19   between your product and a otherwise | | | | |
| 20   serious and unlisted adverse event. | 20   serious and unlisted adverse event. | | | | |
| 21   A.  When you say warnings, are | 21   A.  When you say warnings, are | | | | |
| 22   you talking about the warnings section or | 22   you talking about the warnings section or | | | | |
| 23   -- | 23   -- | | | | |
| 24   Q.  Labeling. | 24   Q.  Labeling. | | | | |
| 485 | 485 | | | | |
| 1   A.  Labeling. | 1   A.  Labeling. | | | | |
| 2   Q.  Yeah.  I can repeat the | 2   Q.  Yeah.  I can repeat the | | | | |
| 3   question if you want. | 3   question if you want. | | | | |
| 4   A.  Okay. | 4   A.  Okay. | | | | |
| 5   Q.  You would agree with me that | 5   Q.  You would agree with me that | | | | |
| 6   labeling or putting information in the | 6   labeling or putting information in the | | | | |
| 7   label is required from a regulatory | 7   label is required from a regulatory | | | | |
| 8   perspective if a causal association is | 8   perspective if a causal association is | | | | |
| 9   established between your product and an | 9   established between your product and an | | | | |
| 10   otherwise serious, but unlisted, adverse | 10   otherwise serious, but unlisted, adverse | | | | |
| 11   event. | 11   event. | | | | |
| 12   A.  Well, the regulatory | 12   A.  Well, the regulatory | | | | |
| 13   requirements I would leave to the | 13   requirements I would leave to the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| **Exhibits: 2, 5, 7, 10, 11, 12** | **Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 14  regulatory experts, but the first | 14  regulatory experts, but the first | | | | |
| 15  question that I would want to know is, is | 15  question that I would want to know is, is | | | | |
| 16  it already in the label. | 16  it already in the label. | | | | |
| 17      Q.  Well, didn't I just say | 17      Q.  Well, didn't I just say | | | | |
| 18  unlisted in the question?  Want to read | 18  unlisted in the question?  Want to read | | | | |
| 19  the question?  I'll read the question to | 19  the question?  I'll read the question to | | | | |
| 20  you again.  I know it's been -- it's | 20  you again.  I know it's been -- it's | | | | |
| 21  late, but I'd like to try to get through | 21  late, but I'd like to try to get through | | | | |
| 22  it. | 22  it. | | | | |
| 23      A.  My apologies. | 23      A.  My apologies. | | | | |
| 24      Q.  Page 459, line, do you see | 24      Q.  Page 459, line, do you see | | | | |
| 486 | 486 | | | | |
| 1  the question -- I'll reread it.  Okay? | 1  the question -- I'll reread it.  Okay? | | | | |
| 2  And please try to be responsive to what | 2  And please try to be responsive to what | | | | |
| 3  ~~I'm actually asking --~~ you would agree | 3  I'm actually asking -- you would agree | **Not previously ruled on.**<br><br>Vague, Ambiguous, Foundation; Confusing, Unduly Prejudicial. | Here the witness is asked a staightforward question that didn't even draw an objection to form from Sanofi lawyers at the deposition.  The witness had zero difficulty understanding the question and provided a substantive response. | | |
| 4  with me that labeling or putting | 4  with me that labeling or putting | | | | |
| 5  information in the label is required from | 5  information in the label is required from | | | | |
| 6  a regulatory perspective if a causal | 6  a regulatory perspective if a causal | | | | |
| 7  association is established between your | 7  association is established between your | | | | |
| 8  product and an otherwise serious, but | 8  product and an otherwise serious, but | | | | |
| 9  unlisted, adverse event? | 9  unlisted, adverse event? | | | | |
| 10      A.  I would defer that to the | 10      A.  I would defer that to the | | | | |
| 11  regulatory experts to address if that's | 11  regulatory experts to address if that's | | | | |
| 12  always the case, but in general, as a | 12  always the case, but in general, as a | | | | |
| 13  general statement, I would probably agree | 13  general statement, I would probably agree | | | | |
| 14  with you. | 14  with you. | | | | |
| 15      Q.  You don't -- definitive | 15      Q.  You don't -- definitive | | | | |
| 16  cause, a higher standard of definitive | 16  cause, a higher standard of definitive | | | | |
| 17  cause, is not the standard for product | 17  cause, is not the standard for product | | | | |
| 18  labeling, is it? | 18  labeling, is it? | | | | |
| 19      A.  No, and that's -- that's why | 19      A.  No, and that's -- that's why | | | | |
| 20  the SMC, when it came to its conclusion, | 20  the SMC, when it came to its conclusion, | | | | |
| 21  was not making a conclusion about | 21  was not making a conclusion about | | | | |
| 22  definitive cause.  That's why we have | 22  definitive cause.  That's why we have | | | | |
| 23  language that it -- that it support -- | 23  language that it -- that it support -- | | | | |
| 24  supported an association.  That's clearly | 24  supported an association.  That's clearly | | | | |
| 487 | 487 | | | | |
| 1  not definitive, but -- | 1  not definitive, but -- | | | | |
| 2      Q.  It's a perfect example is | 2      Q.  It's a perfect example is | | | | |
| 3  that you go to the safety management | 3  that you go to the safety management | | | | |
| 4  committee in 2015 and the standard being | 4  committee in 2015 and the standard being | | | | |
| 5  applied is causal association because | 5  applied is causal association because | | | | |
| 6  we're dealing with labeling.  Right? | 6  we're dealing with labeling.  Right? | | | | |
| 7      A.  I don't know if that was the | 7      A.  I don't know if that was the | | | | |
| 8  reason why that language was used, but if | 8  reason why that language was used, but if | | | | |
| 9  you look at the language -- and I would | 9  you look at the language -- and I would | | | | |
| 10  refer you to the SMC minutes of that -- | 10  refer you to the SMC minutes of that -- | | | | |
| 11  that meeting -- you'll see that that's | 11  that meeting -- you'll see that that's | | | | |
| 12  language that was -- that support causal | 12  language that was -- that support causal | | | | |
| 13  association language was used not just in | 13  association language was used not just in | | | | |
| 14  docetaxel, but for many of the products | 14  docetaxel, but for many of the products | | | | |
| 15  that were reviewed in that SMC meeting. | 15  that were reviewed in that SMC meeting. | | | | |
| 16      Q.  Regarding labeling.  Whether | 16      Q.  Regarding labeling.  Whether | | | | |
| 17  there's a need -- | 17  there's a need -- | | | | |
| 18      A.  One of -- if -- if the SMC | 18      A.  One of -- if -- if the SMC | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19  found that there was support of a causal | 19  found that there was support of a causal | | | | |
| 20  association, one of the options for the | 20  association, one of the options for the | | | | |
| 21  SMC would be to refer to the -- to a | 21  SMC would be to refer to the -- to a | | | | |
| 22  labeling working group. | 22  labeling working group. | | | | |
| 23         But I don't believe that's | 23         But I don't believe that's | | | | |
| 24  the only option that would have been | 24  the only option that would have been | | | | |
| 488 | 488 | | | | |
| 1  available. | 1  available. | | | | |
| 2      Q.   From a causation standard | 2      Q.   From a causation standard | | | | |
| 3  perspective, if there's no link between | 3  perspective, if there's no link between | | | | |
| 4  your drug and an otherwise serious, but | 4  your drug and an otherwise serious, but | | | | |
| 5  unlisted adverse event, it's not in the | 5  unlisted adverse event, it's not in the | | | | |
| 6  label.  Right? | 6  label.  Right? | | | | |
| 7      A.   Well -- | 7      A.   Well -- | | | | |
| 8      Q.   If there's no link. | 8      Q.   If there's no link. | | | | |
| 9      A.   There are some events -- | 9      A.   There are some events -- | | | | |
| 10  there are some events in the label | 10  there are some events in the label | | | | |
| 11  referred to as adverse events and there | 11  referred to as adverse events and there | | | | |
| 12  are other events in the labels referred | 12  are other events in the labels referred | | | | |
| 13  to as adverse reactions. | 13  to as adverse reactions. | | | | |
| 14         Adverse reactions are | 14         Adverse reactions are | | | | |
| 15  reactions where there's a possible | 15  reactions where there's a possible | | | | |
| 16  relationship, so that would be the | 16  relationship, so that would be the | | | | |
| 17  situation where you -- where you have -- | 17  situation where you -- where you have -- | | | | |
| 18      Q.   Doctor, I'm asking about -- | 18      Q.   Doctor, I'm asking about -- | | | | |
| 19  I don't mean to interrupt you. | 19  I don't mean to interrupt you. | | | | |
| 20         A.   I'm -- | 20         A.   I'm -- | | | | |
| 21      Q.   But I'm talking about no | 21      Q.   But I'm talking about no | | | | |
| 22  link. | 22  link. | | | | |
| 23      A.   Yes, I'm getting to that. | 23      A.   Yes, I'm getting to that. | | | | |
| 24      Q.   Okay.  So are you telling me | 24      Q.   Okay.  So are you telling me | | | | |
| 489 | 489 | | | | |
| 1  that there's an obligation to put in the | 1  that there's an obligation to put in the | | | | |
| 2  label -- | 2  label -- | | | | |
| 3      A.   So -- so let me answer your | 3      A.   So -- so let me answer your | | | | |
| 4  question.  Okay? | 4  question.  Okay? | | | | |
| 5      Q.   Okay. | 5      Q.   Okay. | | | | |
| 6      A.   So that would be the link | 6      A.   So that would be the link | | | | |
| 7  but adverse reactions -- adverse events | 7  but adverse reactions -- adverse events | | | | |
| 8  are independent of relationship.  So when | 8  are independent of relationship.  So when | | | | |
| 9  adverse events are reported in the label, | 9  adverse events are reported in the label, | | | | |
| 10  unless it says related adverse events or | 10  unless it says related adverse events or | | | | |
| 11  something to that effect, but if it just | 11  something to that effect, but if it just | | | | |
| 12  says adverse events, that might be | 12  says adverse events, that might be | | | | |
| 13  independent; it might not be a link. | 13  independent; it might not be a link. | | | | |
| 14      Q.   If something has causal | 14      Q.   If something has causal | | | | |
| 15  association and it's an otherwise | 15  association and it's an otherwise | | | | |
| 16  serious, but unlisted adverse event, you | 16  serious, but unlisted adverse event, you | | | | |
| 17  do a label update. | 17  do a label update. | | | | |
| 18      A.   Well, first off, the | 18      A.   Well, first off, the | | | | |
| 19  seriousness is not -- is not a component. | 19  seriousness is not -- is not a component. | | | | |
| 20      Q.   Okay. | 20      Q.   Okay. | | | | |
| 21      A.   -- of the question whether | 21      A.   -- of the question whether | | | | |
| 22  we're going to recommend a labeling | 22  we're going to recommend a labeling | | | | |
| 23  update; but if there's considered to be | 23  update; but if there's considered to be | | | | |
| 24  an adverse reaction that's not listed, | 24  an adverse reaction that's not listed, | | | | |
| 490 | 490 | | | | |
| 1  that meets sufficient criteria, that | 1  that meets sufficient criteria, that | | | | |
| 2  might be referred to labeling. | 2  might be referred to labeling. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 3      But a single case, for | 3      But a single case, for | | | | |
| 4  example, would not -- would not be | 4  example, would not -- would not be | | | | |
| 5  sufficient even if it's an adverse | 5  sufficient even if it's an adverse | | | | |
| 6  reaction. | 6  reaction. | | | | |
| 7      Q.   The questions I'm asking are | 7      Q.   The questions I'm asking are | | | | |
| 8  pretty simple:  If you establish that | 8  pretty simple:  If you establish that | | | | |
| 9  there's a causal association between an | 9  there's a causal association between an | | | | |
| 10  unlisted adverse event and your product, | 10  unlisted adverse event and your product, | | | | |
| 11  then you update the label to put it in | 11  then you update the label to put it in | | | | |
| 12  there. | 12  there. | | | | |
| 13      A.   Yeah, what -- what -- I | 13      A.   Yeah, what -- what -- I | | | | |
| 14  think -- | 14  think -- | | | | |
| 15      Q.   That's the question. | 15      Q.   That's the question. | | | | |
| 16      A.   I think what I answered was, | 16      A.   I think what I answered was, | | | | |
| 17  that's not always the case. | 17  that's not always the case. | | | | |
| 18      Q.   Okay. | 18      Q.   Okay. | | | | |
| 19      A.   I gave you a scenario where | 19      A.   I gave you a scenario where | | | | |
| 20  that would not be the case. | 20  that would not be the case. | | | | |
| 21      Q.   Where there's a causal | 21      Q.   Where there's a causal | | | | |
| 22  association and it's unlisted and it's a | 22  association and it's unlisted and it's a | | | | |
| 23  serious adverse event and you're not | 23  serious adverse event and you're not | | | | |
| 24  going to put it in the label, when would | 24  going to put it in the label, when would | | | | |
| 491 | 491 | | | | |
| 1  that be the case? | 1  that be the case? | | | | |
| 2      A.   Well, I gave you a case just | 2      A.   Well, I gave you a case just | | | | |
| 3  now of if you have a single report.  The | 3  now of if you have a single report.  The | | | | |
| 4  regulatory authorities, even if you have | 4  regulatory authorities, even if you have | | | | |
| 5  a related case, they would -- they would | 5  a related case, they would -- they would | | | | |
| 6  not want that to be in the labeling. | 6  not want that to be in the labeling. | | | | |
| 7  They would want there to be multiple | 7  They would want there to be multiple | | | | |
| 8  cases, so -- so -- | 8  cases, so -- so -- | | | | |
| 9      Q.   Can you make a causal | 9      Q.   Can you make a causal | | | | |
| 10  association with one case? | 10  association with one case? | | | | |
| 11      A.   You can -- you can consider | 11      A.   You can -- you can consider | | | | |
| 12  something causally related on a single | 12  something causally related on a single | | | | |
| 13  case.  Now if you're asking about the SMC | 13  case.  Now if you're asking about the SMC | | | | |
| 14  -- | 14  -- | | | | |
| 15      Q.   Yes. | 15      Q.   Yes. | | | | |
| 16      A.   -- analysis, that's a | 16      A.   -- analysis, that's a | | | | |
| 17  different question. | 17  different question. | | | | |
| 18      Q.   That's what I'm asking | 18      Q.   That's what I'm asking | | | | |
| 19  about. | 19  about. | | | | |
| 20      A.   Okay. | 20      A.   Okay. | | | | |
| 21      Q.   What I'm asking about is, | 21      Q.   What I'm asking about is, | | | | |
| 22  there's been an SMC adjudication of a | 22  there's been an SMC adjudication of a | | | | |
| 23  causal association of a serious unlisted | 23  causal association of a serious unlisted | | | | |
| 24  adverse event.  You put it in the label. | 24  adverse event.  You put it in the label. | | | | |
| 492 | 492 | | | | |
| 1      A.   The -- the SMC would not | 1      A.   The -- the SMC would not | | | | |
| 2  adjudicate causal association for a | 2  adjudicate causal association for a | | | | |
| 3  single case if that was -- if that's the | 3  single case if that was -- if that's the | | | | |
| 4  only -- the only support. | 4  only -- the only support. | | | | |
| 5      Q.   All right.  Now, then you | 5      Q.   All right.  Now, then you | | | | |
| 6  have definitive cause.  That would also | 6  have definitive cause.  That would also | | | | |
| 7  trigger a label update of an unlisted | 7  trigger a label update of an unlisted | | | | |
| 8  adverse event; correct? | 8  adverse event; correct? | | | | |
| 9      A.   Again, I would -- I would | 9      A.   Again, I would -- I would | | | | |
| 10  refer those questions to the labeling and | 10  refer those questions to the labeling and | | | | |
| 11  regulatory experts. | 11  regulatory experts. | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 12    Q.   When Dr. Palatinsky did his | 12    Q.   When Dr. Palatinsky did his | | | | |
| 13  2011 clinical overview, you testified on | 13  2011 clinical overview, you testified on | | | | |
| 14  direct and then you testified when | 14  direct and then you testified when | | | | |
| 15  Sanofi's lawyer was asking you questions | 15  Sanofi's lawyer was asking you questions | | | | |
| 16  that the question being answered was | 16  that the question being answered was | | | | |
| 17  whether there was definitive cause. | 17  whether there was definitive cause. | | | | |
| 18  Right? | 18  Right? | | | | |
| 19    A.   Dr. Palatinsky's conclusion | 19    A.   Dr. Palatinsky's conclusion | | | | |
| 20  was that there -- as I recollect, that | 20  was that there -- as I recollect, that | | | | |
| 21  there was no support for docetaxel | 21  there was no support for docetaxel | | | | |
| 22  causing alone. | 22  causing alone. | | | | |
| 23    Q.   Not causal association. | 23    Q.   Not causal association. | | | | |
| 24  Definitive cause. | 24  Definitive cause. | | | | |
| 493 | 493 | | | | |
| 1    A.   Right, his word I believe | 1    A.   Right, his word I believe | | | | |
| 2  was cause. | 2  was cause. | | | | |
| 3    Q.   Right.  Cause. | 3    Q.   Right.  Cause. | | | | |
| 4    A.   Or causing.  Cause or | 4    A.   Or causing.  Cause or | | | | |
| 5  causing. | 5  causing. | | | | |
| 6    Q.   When you testified earlier, | 6    Q.   When you testified earlier, | | | | |
| 7  you used and said definitive cause, you | 7  you used and said definitive cause, you | | | | |
| 8  have to be able to -- | 8  have to be able to -- | | | | |
| 9    A.   Okay. | 9    A.   Okay. | | | | |
| 10    Q.   Dr. Palatinsky was saying | 10    Q.   Dr. Palatinsky was saying | | | | |
| 11  there wasn't enough evidence to prove it | 11  there wasn't enough evidence to prove it | | | | |
| 12  caused -- | 12  caused -- | | | | |
| 13    A.   Correct. | 13    A.   Correct. | | | | |
| 14    Q.   -- definitively caused -- | 14    Q.   -- definitively caused -- | | | | |
| 15    A.   Correct. | 15    A.   Correct. | | | | |
| 16    Q.   -- the outcome.  Right? | 16    Q.   -- the outcome.  Right? | | | | |
| 17    A.   Or -- to cause the outcome, | 17    A.   Or -- to cause the outcome, | | | | |
| 18  yes, correct. | 18  yes, correct. | | | | |
| 19    Q.   And when Dr. Nanae did her | 19    Q.   And when Dr. Nanae did her | | | | |
| 20  clinical overview, she also applied this | 20  clinical overview, she also applied this | | | | |
| 21  definitive cause standard to her | 21  definitive cause standard to her | | | | |
| 22  conclusion; correct? | 22  conclusion; correct? | | | | |
| 23    A.   Correct. | 23    A.   Correct. | | | | |
| 24    Q.   But that's not the standard | 24    Q.   But that's not the standard | | | | |
| 494 | 494 | | | | |
| 1  that would trigger a labeling update, is | 1  that would trigger a labeling update, is | | | | |
| 2  it?  The standard that would trigger a | 2  it?  The standard that would trigger a | | | | |
| 3  labeling update is causal association. | 3  labeling update is causal association. | | | | |
| 4  Right? | 4  Right? | | | | |
| 5    A.   I -- the -- Dr. Palatinsky | 5    A.   I -- the -- Dr. Palatinsky | | | | |
| 6  was -- I don't recall Dr. Palatinsky's | 6  was -- I don't recall Dr. Palatinsky's | | | | |
| 7  conclusion saying that there was no need | 7  conclusion saying that there was no need | | | | |
| 8  for a labeling update or that there was a | 8  for a labeling update or that there was a | | | | |
| 9  need for a labeling update.  I think his | 9  need for a labeling update.  I think his | | | | |
| 10  conclusion was, he did not find a cause | 10  conclusion was, he did not find a cause | | | | |
| 11  for docetaxel alone. | 11  for docetaxel alone. | | | | |
| 12    Q.   Right. | 12    Q.   Right. | | | | |
| 13    A.   Nor do I recall Dr. Hangai's | 13    A.   Nor do I recall Dr. Hangai's | | | | |
| 14  conclusion saying that there's a labeling | 14  conclusion saying that there's a labeling | | | | |
| 15  -- in her clinical overview taking that | 15  -- in her clinical overview taking that | | | | |
| 16  position.  That position was referred to | 16  position.  That position was referred to | | | | |
| 17  the SMC and it was the SMC's job to make | 17  the SMC and it was the SMC's job to make | | | | |
| 18  that determination. | 18  that determination. | | | | |
| 19    Q.   Had Dr. Palatinsky applied | 19    Q.   Had Dr. Palatinsky applied | | | | |
| 20  the causal association standard, which is | 20  the causal association standard, which is | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 21  the standard for determining whether you | 21  the standard for determining whether you | | | | |
| 22  need to update a label, his conclusion | 22  need to update a label, his conclusion | | | | |
| 23  would have been there was a causal | 23  would have been there was a causal | | | | |
| 24  association between Taxotere and | 24  association between Taxotere and | | | | |
| 495 | 495 | | | | |
| 1  permanent or persistent hair loss in | 1  permanent or persistent hair loss in | | | | |
| 2  2011 -- | 2  2011 -- | | | | |
| 3     A.  I'm sorry.  Let me read your | 3     A.  I'm sorry.  Let me read your | | | | |
| 4  question. | 4  question. | | | | |
| 5     Q.  -- correct? | 5     Q.  -- correct? | | | | |
| 6        MR. KEENAN:  Object to the | 6        MR. KEENAN:  Object to the | | | | |
| 7  form. | 7  form. | | | | |
| 8     (Pause.) | 8     (Pause.) | | | | |
| 9        THE WITNESS:  Okay.  So when | 9        THE WITNESS:  Okay.  So when | | | | |
| 10  you say applied the causal | 10  you say applied the causal | | | | |
| 11  association standard, are you | 11  association standard, are you | | | | |
| 12  referring to the language of the | 12  referring to the language of the | | | | |
| 13  SMC conclusion? | 13  SMC conclusion? | | | | |
| 14        MR. BACHUS:  Yes. | 14        MR. BACHUS:  Yes. | | | | |
| 15        THE WITNESS:  That language | 15        THE WITNESS:  That language | | | | |
| 16  to the best of my knowledge was | 16  to the best of my knowledge was | | | | |
| 17  not in use in 2011.  The SMC | 17  not in use in 2011.  The SMC | | | | |
| 18  language that uses that, I | 18  language that uses that, I | | | | |
| 19  believe, started being used | 19  believe, started being used | | | | |
| 20  afterwards. | 20  afterwards. | | | | |
| 21  BY MR. BACHUS: | 21  BY MR. BACHUS: | | | | |
| 22     Q.  It's the regulatory language | 22     Q.  It's the regulatory language | | | | |
| 23  that requires labeling of serious, | 23  that requires labeling of serious, | | | | |
| 24  unlisted adverse events that are causally | 24  unlisted adverse events that are causally | | | | |
| 496 | 496 | | | | |
| 1  associated with a product, isn't it? | 1  associated with a product, isn't it? | | | | |
| 2     A.  I would refer that to the | 2     A.  I would refer that to the | | | | |
| 3  regulatory group. | 3  regulatory group. | | | | |
| 4     Q.  The point is, Dr. Palatinsky | 4     Q.  The point is, Dr. Palatinsky | | | | |
| 5  did not apply the causal association | 5  did not apply the causal association | | | | |
| 6  standard, nor did Dr. Hangai and it was | 6  standard, nor did Dr. Hangai and it was | | | | |
| 7  certainly available to her for | 7  certainly available to her for | | | | |
| 8  utilization in 2015; correct? | 8  utilization in 2015; correct? | | | | |
| 9     A.  The document was not a | 9     A.  The document was not a | | | | |
| 10  document that a -- a language regarding | 10  document that a -- a language regarding | | | | |
| 11  labeling assessment was intended for. | 11  labeling assessment was intended for. | | | | |
| 12  The clinical overview was responding to | 12  The clinical overview was responding to | | | | |
| 13  the specific request of the French health | 13  the specific request of the French health | | | | |
| 14  authorities and the -- Dr. Palatinsky, | 14  authorities and the -- Dr. Palatinsky, | | | | |
| 15  and the clinical overview of Dr. Nanae -- | 15  and the clinical overview of Dr. Nanae -- | | | | |
| 16  I'm sorry -- Dr. Hangai -- Dr. Nanae | 16  I'm sorry -- Dr. Hangai -- Dr. Nanae | | | | |
| 17  Hangai -- was produced in support of -- | 17  Hangai -- was produced in support of -- | | | | |
| 18  of the SMC analysis. | 18  of the SMC analysis. | | | | |
| 19     Q.  No, Dr. Hangai's clinical | 19     Q.  No, Dr. Hangai's clinical | | | | |
| 20  overview was done in response to a | 20  overview was done in response to a | | | | |
| 21  regulatory inquiry.  That's what it was | 21  regulatory inquiry.  That's what it was | | | | |
| 22  done for. | 22  done for. | | | | |
| 23     A.  I think the clinical -- I | 23     A.  I think the clinical -- I | | | | |
| 24  think the initial -- the initial April | 24  think the initial -- the initial April | | | | |
| 497 | 497 | | | | |
| 1  2000 -- | 1  2000 -- | | | | |
| 2     Q.  '15. | 2     Q.  '15. | | | | |
| 3     A.  Was it -- 2015 document from | 3     A.  Was it -- 2015 document from | | | | |
| 4  Dr. Hangai was a response document.  I | 4  Dr. Hangai was a response document.  I | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5  don't think it was marked as a clinical | 5  don't think it was marked as a clinical | | | | |
| 6  overview document.  The clinical overview | 6  overview document.  The clinical overview | | | | |
| 7  document, as I recall, is an October or | 7  document, as I recall, is an October or | | | | |
| 8  November document. | 8  November document. | | | | |
| 9      Q.   There's a whole lot of | 9      Q.   There's a whole lot of | | | | |
| 10  adverse events that are serious and | 10  adverse events that are serious and | | | | |
| 11  consequential to patients that fall | 11  consequential to patients that fall | | | | |
| 12  between this definitive cause and this | 12  between this definitive cause and this | | | | |
| 13  causal association.  Right?  A whole lot | 13  causal association.  Right?  A whole lot | | | | |
| 14  of them. | 14  of them. | | | | |
| 15        MR. KEENAN:  Objection; | 15        MR. KEENAN:  Objection; | | | | |
| 16      form. | 16      form. | | | | |
| 17        THE WITNESS:  I'm not sure I | 17        THE WITNESS:  I'm not sure I | | | | |
| 18      understand your question. | 18      understand your question. | | | | |
| 19  BY MR. BACHUS: | 19  BY MR. BACHUS: | | | | |
| 20      Q.   The reason that labeling is | 20      Q.   The reason that labeling is | | | | |
| 21  based upon causal association is, you | 21  based upon causal association is, you | | | | |
| 22  don't want people experiencing a bunch of | 22  don't want people experiencing a bunch of | | | | |
| 23  serious adverse events that they're | 23  serious adverse events that they're | | | | |
| 24  unaware of and that they weren't informed | 24  unaware of and that they weren't informed | | | | |
| 498 | 498 | | | | |
| 1  about absent definitive cause; correct? | 1  about absent definitive cause; correct? | | | | |
| 2      A.   That's not the way that I | 2      A.   That's not the way that I | | | | |
| 3  interpreted the causal association from a | 3  interpreted the causal association from a | | | | |
| 4  regulatory standpoint.  Adverse reactions | 4  regulatory standpoint.  Adverse reactions | | | | |
| 5  are reactions that are possibly related, | 5  are reactions that are possibly related, | | | | |
| 6  so -- | 6  so -- | | | | |
| 7      Q.   Safety first.  Remember | 7      Q.   Safety first.  Remember | | | | |
| 8  safety first? | 8  safety first? | | | | |
| 9      A.   -- so -- if I may finish my | 9      A.   -- so -- if I may finish my | | | | |
| 10  sentence -- so -- so it's a -- it's | 10  sentence -- so -- so it's a -- it's | | | | |
| 11  whether there is a possibility of a | 11  whether there is a possibility of a | | | | |
| 12  relationship that determines whether | 12  relationship that determines whether | | | | |
| 13  something would be an adverse reaction. | 13  something would be an adverse reaction. | | | | |
| 14      Q.   Right.  That's safety first. | 14      Q.   Right.  That's safety first. | | | | |
| 15  Right?  Safety first. | 15  Right?  Safety first. | | | | |
| 16      A.   I -- I -- again, I'm not | 16      A.   I -- I -- again, I'm not | | | | |
| 17  following you. | 17  following you. | | | | |
| 18      Q.   Okay. | 18      Q.   Okay. | | | | |
| 19        Dr. Hangai, Dr. Palatinsky | 19        Dr. Hangai, Dr. Palatinsky | | | | |
| 20  applied a definitive cause standard in | 20  applied a definitive cause standard in | | | | |
| 21  their responses and didn't look at | 21  their responses and didn't look at | | | | |
| 22  whether there should be a label update as | 22  whether there should be a label update as | | | | |
| 23  part of their investigation into | 23  part of their investigation into | | | | |
| 24  persisting alopecia which would have | 24  persisting alopecia which would have | | | | |
| 499 | 499 | | | | |
| 1  applied a lower standard.  That's the | 1  applied a lower standard.  That's the | | | | |
| 2  reality, isn't it? | 2  reality, isn't it? | | | | |
| 3        MR. KEENAN:  Objection; | 3        MR. KEENAN:  Objection; | | | | |
| 4      form. | 4      form. | | | | |
| 5        THE WITNESS:  Well, first | 5        THE WITNESS:  Well, first | | | | |
| 6      off, with Dr. Hangai, she did | 6      off, with Dr. Hangai, she did | | | | |
| 7      proceed with an SMC evaluation to | 7      proceed with an SMC evaluation to | | | | |
| 8      address the labeling question -- | 8      address the labeling question -- | | | | |
| 9  BY MR. BACHUS: | 9  BY MR. BACHUS: | | | | |
| 10      Q.   Only because the FDA | 10      Q.   Only because the FDA | | | | |
| 11  rejected her response and said, despite | 11  rejected her response and said, despite | | | | |
| 12  your response and despite the fact that | 12  your response and despite the fact that | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 13  60 percent of your data has been | 13  60 percent of your data has been | | | | |
| 14  eliminated because you don't have outcome | 14  eliminated because you don't have outcome | | | | |
| 15  information that you're supposed to have, | 15  information that you're supposed to have, | | | | |
| 16  we still think you need to update the | 16  we still think you need to update the | | | | |
| 17  label. | 17  label. | | | | |
| 18        And that's what triggered | 18        And that's what triggered | | | | |
| 19  the SMC. It was not the conclusion | 19  the SMC. It was not the conclusion | | | | |
| 20  reached by Dr. Hangai in her response, | 20  reached by Dr. Hangai in her response, | | | | |
| 21  was it? | 21  was it? | | | | |
| 22      A.  I don't -- I don't -- I | 22      A.  I don't -- I don't -- I | | | | |
| 23  think that's a mischaracterization to say | 23  think that's a mischaracterization to say | | | | |
| 24  that the FDA rejected Dr. Hangai's | 24  that the FDA rejected Dr. Hangai's | | | | |
| 500 | 500 | | | | |
| 1  response.  Dr. Hangai provided the | 1  response.  Dr. Hangai provided the | | | | |
| 2  response that she provided and the FDA | 2  response that she provided and the FDA | | | | |
| 3  provided its statement in the same way | 3  provided its statement in the same way | | | | |
| 4  that the French Health Authority took the | 4  that the French Health Authority took the | | | | |
| 5  response from Dr. Palatinsky, who said | 5  response from Dr. Palatinsky, who said | | | | |
| 6  that the -- that he did not find evidence | 6  that the -- that he did not find evidence | | | | |
| 7  of docetaxel causing the persistent | 7  of docetaxel causing the persistent | | | | |
| 8  alopecia or other permanent alopecia | 8  alopecia or other permanent alopecia | | | | |
| 9  alone and accepted that conclusion in | 9  alone and accepted that conclusion in | | | | |
| 10  their response and still recommended that | 10  their response and still recommended that | | | | |
| 11  there be some labeling changes. | 11  there be some labeling changes. | | | | |
| 12        MR. BACHUS:  Move to strike | 12        MR. BACHUS:  Move to strike | | | | |
| 13    everything that's not related to | 13    everything that's not related to | | | | |
| 14    Dr. Hangai, which is who the | 14    Dr. Hangai, which is who the | | | | |
| 15    question was about.  There was not | 15    question was about.  There was not | | | | |
| 16    any question about Dr. Palatinsky. | 16    any question about Dr. Palatinsky. | | | | |
| 17  BY MR. BACHUS: | 17  BY MR. BACHUS: | | | | |
| | | Not previously ruled on.  Argumentative; Misleading; Confusing | In it's designations, Sanofi once again seeks to introduce the post litigation, lawyer driven reanalysis of locked clinical trial data in taz 316. The Plaintiff objects to the admission of this reanalysis on many grounds including FRE 702 and 701 and 403. However, should the court allow Sanofi to use depo designations on this topic then Plaintiff is entiled to conduct a robust cross examination regarding this "reanalysis".  Here the witness is being asked to confirm that the witness himself did NOT identify, locate or define the data that would serve as the basis for his reanalysis.  Instead the lawyers at Shook Hardy decided what incomplete data to provide to the witness.  The jury is entitled to hear the truth about this depiste how prejudicial the truth may be to the credibility of the data, the reanalysis and the witness | | |
| 18        Q.   On to TAX316, after you | 18        Q.   On to TAX316, after you | | | | |
| 19  retired, some lawyers for Sanofi asked | 19  retired, some lawyers for Sanofi asked | | | | |
| 20  you to do an analysis and that's what you | 20  you to do an analysis and that's what you | | | | |
| 21  testified to in your 30(b)(6) -- right? | 21  testified to in your 30(b)(6) -- right? | | | | |
| 22        MR. KEENAN:  Object to the | 22        MR. KEENAN:  Object to the | | | | |
| 23    form. | 23    form. | | | | |
| 24  BY MR. BACHUS: | 24  BY MR. BACHUS: | | | | |
| 501 | 501 | | | | |
| 1        Q.   -- regarding TAX316? | 1        Q.   -- regarding TAX316? | | | | |
| 2        MR. KEENAN:  Object to the | 2        MR. KEENAN:  Object to the | | | | |
| 3    form. | 3    form. | | | | |
| 4        THE WITNESS:  I'm not sure | 4        THE WITNESS:  I'm not sure | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 5   if I testified that I was asked to | 5   if I testified that I was asked to | | | | |
| 6   do an analysis.  What I can | 6   do an analysis.  What I can | | | | |
| 7   testify to and I believe I | 7   testify to and I believe I | | | | |
| 8   testified in my 30(b)(6) is that | 8   testified in my 30(b)(6) is that | | | | |
| 9   after I retired, I did do an | 9   after I retired, I did do an | | | | |
| 10   analysis.  I did look at it. | 10   analysis.  I did look at it. | | | | |
| 11      Without getting into any, | 11      Without getting into any, | | | | |
| 12   you know, lawyer-client | 12   you know, lawyer-client | | | | |
| 13   discussions, I can say that it was | 13   discussions, I can say that it was | | | | |
| 14   my interest to understand the | 14   my interest to understand the | | | | |
| 15   cases better and to do the | 15   cases better and to do the | | | | |
| 16   analysis. | 16   analysis. | | | | |
| 17      - - - | 17      - - - | | | | |
| 18      (Deposition Exhibit No. | 18      (Deposition Exhibit No. | | | | |
| 19   Kopreski-28, Page 1 of 33 and Page | 19   Kopreski-28, Page 1 of 33 and Page | | | | |
| 20   2 of 33 of Printout from | 20   2 of 33 of Printout from | | | | |
| 21   XRP6976D/TAX316/CSR, | 21   XRP6976D/TAX316/CSR, | | | | |
| 22   Sanofi_05319538, was marked for | 22   Sanofi_05319538, was marked for | | | | |
| 23   identification.) | 23   identification.) | | | | |
| 24      - - - | 24      - - - | | | | |
| 502 | 502 | | | | |
| 1  BY MR. BACHUS: | 1  BY MR. BACHUS: | | | | |
| | | No previous ruling. | In it's designations, Sanofi once again seeks to introduce the post litigation, lawyer driven reanalysis of locked clinical trial data in taz 316.  The Plaintiff objects to the admission of this reanalysis on many grounds including FRE 702 and 701 and 403.  However, should the court allow Sanofi to use depo designations on this topic then Plaintiff is entiteld to conduct a robust cross examination regarding this "reanalysis".  Here the witness is being asked to confirm that the witness himself did NOT identify, locate or define the data that would serve as the basis for his reanalysis.  Instead the lawyers at Shook Hardy decided what incomplete data to provide to the witness.  The jury is entitled to hear the truth about this depiste how prejudicial the truth may be to the credibility of the data, the reanalysis and the witness | | |
| | | Argumentative; Misleading; Confusing; Unduly Prejudicial; Misstates Testimony. | | | |
| 2      Q.  In that 30(b)(6), you | 2      Q.  In that 30(b)(6), you | | | | |
| 3   testified that you did it because the | 3   testified that you did it because the | | | | |
| 4   lawyers asked you to do it.  Are you | 4   lawyers asked you to do it.  Are you | | | | |
| 5   changing your testimony now? | 5   changing your testimony now? | | | | |
| 6      A.  I don't recall what the | 6      A.  I don't recall what the | | | | |
| 7   testimony was.  If you want to direct me | 7   testimony was.  If you want to direct me | | | | |
| 8   to that testimony, maybe I can better | 8   to that testimony, maybe I can better | | | | |
| 9   understand it. | 9   understand it. | | | | |
| 10      Q.  You also testified that you | 10      Q.  You also testified that you | | | | |
| 11   only used data provided to you by | 11   only used data provided to you by | | | | |
| 12   Sanofi's lawyers, that you did no | 12   Sanofi's lawyers, that you did no | | | | |
| 13   independent investigation to locate any | 13   independent investigation to locate any | | | | |
| 14   data that you evaluated; is that true? | 14   data that you evaluated; is that true? | | | | |
| 15      MR. KEENAN:  Object to the | 15      MR. KEENAN:  Object to the | | | | |
| 16   form. | 16   form. | | | | |
| 17      MR. BACHUS:  Or was that not | 17      MR. BACHUS:  Or was that not | | | | |
| 18   true when you testified under oath | 18   true when you testified under oath | | | | |
| 19   last time? | 19   last time? | | | | |
| 20      THE WITNESS:  When you -- | 20      THE WITNESS:  When you -- | | | | |
| 21   when you say data, what I -- I | 21   when you say data, what I -- I | | | | |
| 22   used information on the CRF and | 22   used information on the CRF and | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 23    SASS reports provided to me from | 23    SASS reports provided to me from | | | | |
| 24    my attorneys, but -- | 24    my attorneys, but -- | | | | |
| 503 | 503 | | | | |
| 1  BY MR. BACHUS: | 1  BY MR. BACHUS: | | | | |
| 2    Q.  Did you do any independent | 2    Q.  Did you do any independent | | | | |
| 3  investigation? | 3  investigation? | | | | |
| 4      MR. KEENAN:  Don't | 4      MR. KEENAN:  Don't | | | | |
| 5  interrupt. | 5  interrupt. | | | | |
| 6      THE WITNESS:  I'm sorry. | 6      THE WITNESS:  I'm sorry. | | | | |
| 7  Let me finish. | 7  Let me finish. | | | | |
| 8      MR. BACHUS:  So long as it's | 8      MR. BACHUS:  So long as it's | | | | |
| 9  responsive. | 9  responsive. | | | | |
| 10      THE WITNESS:  I'm -- | 10      THE WITNESS:  I'm -- | | | | |
| 11      MR. BACHUS:  It can't count | 11      MR. BACHUS:  It can't count | | | | |
| 12  against my time.  You | 12  against my time.  You | | | | |
| 13  filibustering can't count against | 13  filibustering can't count against | | | | |
| 14  my time. | 14  my time. | | | | |
| 15      THE WITNESS:  I'm trying not | 15      THE WITNESS:  I'm trying not | | | | |
| 16  to. | 16  to. | | | | |
| 17      MR. BACHUS:  Okay. | 17      MR. BACHUS:  Okay. | | | | |
| 18      THE WITNESS:  I'm trying to | 18      THE WITNESS:  I'm trying to | | | | |
| 19  answer your question.  Okay? | 19  answer your question.  Okay? | | | | |
| 20      So in terms of were | 20      So in terms of were | | | | |
| 21  documentation provided to me and | 21  documentation provided to me and | | | | |
| 22  my interpretation of that being | 22  my interpretation of that being | | | | |
| 23  data, the answer would be yes; but | 23  data, the answer would be yes; but | | | | |
| 24  in terms of did I do the analysis, | 24  in terms of did I do the analysis, | | | | |
| 504 | 504 | | | | |
| 1    I was very -- I did do the | 1    I was very -- I did do the | | | | |
| 2  analysis looking -- looking at | 2    analysis looking -- looking at | | | | |
| 3  that data and -- | 3    that data and -- | | | | |
| 4  BY MR. BACHUS: | 4  BY MR. BACHUS: | | | | |
| | | Not previously ruled on.   Argumentative; Misleading; Confusing; Unduly Prejudicial | In it's designations, Sanofi once again seeks to introduce the post litigation, lawyer driven reanalysis of locked clinical trial data in taz 316.  The Plaintiff objects to the admission of this reanalysis on many grounds including FRE 702 and 701 and 403.  However, should the court allow Sanofi to use depo designations on this topic then Plaintiff  is entiled to conduct a robust cross examination regarding this "reanalysis".  Here the witness is being asked to confirm that the witness himself did NOT identify, locate or define the data that would serve as the basis for his reanalysis.  Instead the lawyers at Shook Hardy decided what incomplete data to provide to the witness.  The jury is entitled to hear the truth about this depiste how prejudicial the truth may be to the credibility of the data, the reanalysis and the witness | | |
| 5    Q.  Admittedly, the data that | 5    Q.  Admittedly, the data that | | | | |
| 6  you looked at that was provided to you by | 6  you looked at that was provided to you by | | | | |
| 7  Sanofi's lawyers was incomplete; correct? | 7  Sanofi's lawyers was incomplete; correct? | | | | |
| 8  That was what you testified to in the | 8  That was what you testified to in the | | | | |
| 9  previous 30(b)(6). | 9  previous 30(b)(6). | | | | |
| 10    A.   I did -- I did not look at | 10    A.   I did -- I did not look at | | | | |
| 11  all of the available safety data on | 11  all of the available safety data on | | | | |
| 12  individual patients, but I looked at data | 12  individual patients, but I looked at data | | | | |
| 13  that I considered sufficient to answer | 13  that I considered sufficient to answer | | | | |
| 14  the questions. | 14  the questions. | | | | |
| 15    Q.  You agree with me that the | 15    Q.  You agree with me that the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 16   data that you looked at that was given to | 16   data that you looked at that was given to | | | | |
| 17   you by Sanofi's lawyers to perform your | 17   you by Sanofi's lawyers to perform your | | | | |
| 18   litigation-driven analysis was | 18   litigation-driven analysis was | | | | |
| 19   incomplete.  Right? | 19   incomplete.  Right? | | | | |
| 20          MR. KEENAN:  Objection; | 20          MR. KEENAN:  Objection; | | | | |
| 21      form. | 21      form. | | | | |
| 22          MR. BACHUS:  The data was | 22          MR. BACHUS:  The data was | | | | |
| 23      incomplete. | 23      incomplete. | | | | |
| 24          THE WITNESS:  By incomplete, | 24          THE WITNESS:  By incomplete, | | | | |
|                                              505 |                                              505 | | | | |
| 1      did I look at every single time | 1      did I look at every single time | | | | |
| 2      point and every single event and | 2      point and every single event and | | | | |
| 3      -- no.  I looked at what was | 3      -- no.  I looked at what was | | | | |
| 4      sufficient to address the | 4      sufficient to address the | | | | |
| 5      question. | 5      question. | | | | |
| 6   BY MR. BACHUS: | 6   BY MR. BACHUS: | | | | |
| 7      Q.   Well, the data provided to | 7      Q.   Well, the data provided to | | | | |
| 8   you, we looked at it in the 30(b)(6), | 8   you, we looked at it in the 30(b)(6), | | | | |
| 9   there was nothing that provided to | 9   there was nothing that provided to | | | | |
| 10   you after 2002 and the ten-year data | 10   you after 2002 and the ten-year data | | | | |
| 11   expired in 2009.  Right?  So there was at | 11   expired in 2009.  Right?  So there was at | | | | |
| 12   least seven years of data that you didn't | 12   least seven years of data that you didn't | | | | |
| 13   look at. | 13   look at. | | | | |
| 14          MR. KEENAN:  Objection; | 14          MR. KEENAN:  Objection; | | | | |
| 15      form. | 15      form. | | | | |
| 16          MR. BACHUS:  Right? | 16          MR. BACHUS:  Right? | | | | |
| 17          THE WITNESS:  The data that | 17          THE WITNESS:  The data that | | | | |
| 18      I looked at was -- and I don't | 18      I looked at was -- and I don't | | | | |
| 19      remember the particular case and I | 19      remember the particular case and I | | | | |
| 20      don't remember, you know, if there | 20      don't remember, you know, if there | | | | |
| 21      was alopecia data after 2002 for | 21      was alopecia data after 2002 for | | | | |
| 22      those particular cases, but the | 22      those particular cases, but the | | | | |
| 23      data that I looked at was to | 23      data that I looked at was to | | | | |
| 24      address specific questions as to | 24      address specific questions as to | | | | |
|                                              506 |                                              506 | | | | |
| 1      when was the documentation of | 1      when was the documentation of | | | | |
| 2      therapy, when was the | 2      therapy, when was the | | | | |
| 3      documentation of -- the last | 3      documentation of -- the last | | | | |
| 4      documentation of alopecia and was | 4      documentation of alopecia and was | | | | |
| 5      there evidence of resolution. | 5      there evidence of resolution. | | | | |
| 6   BY MR. BACHUS: | 6   BY MR. BACHUS: | | | | |
| | | No previous ruling.<br><br>MIL 27 (Post-Dates Treatment) - 2012; | In it's designations, Sanofi once again seeks to introduce the post litigation, lawyer driven reanalysis of locked clinical trial data in taz 316.  The Plaintiff objects to the admission of this reanalysis on many grounds including FRE 702 and 701 and 403.  However, should the court allow Sanofi to use depo designations on this topic then Plaintiff  is entiled to conduct a robust cross examination regarding this "reanalysis".  Here the witness is being asked to confirm that the witness himself did NOT identify, locate or define the data that would serve as the basis for his reanalysis.  Instead the lawyers at Shook Hardy decided what incomplete data to provide to the witness.  The jury is entitled to hear the truth about this depiste how prejudicial the truth may be to the credibility of the data, the reanalysis and the witness | | |
| 7      Q.   In that corporate | 7      Q.   In that corporate | | | | |
| 8   deposition, I gave you an exhibit.  It | 8   deposition, I gave you an exhibit.  It | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 9  was Exhibit 39 there and it's Exhibit 28 | 9  was Exhibit 39 there and it's Exhibit 28 | | | | |
| 10  in this deposition. | 10  in this deposition. | | | | |
| 11     A.   Okay. | 11     A.   Okay. | | | | |
| 12     Q.   I'm sure you'll recall. | 12     Q.   I'm sure you'll recall. | | | | |
| 13     A.   This is 39.  Okay. | 13     A.   This is 39.  Okay. | | | | |
| 14     Q.   It was 39 from the corporate | 14     Q.   It was 39 from the corporate | | | | |
| 15  deposition. | 15  deposition. | | | | |
| 16        And what's interesting about | 16        And what's interesting about | | | | |
| 17  this data, if you take a look at it, is | 17  this data, if you take a look at it, is | | | | |
| 18  that this is from a submission by Sanofi | 18  that this is from a submission by Sanofi | | | | |
| 19  to the FDA dated March of 2012. | 19  to the FDA dated March of 2012. | | | | |
| 20        Do you see at the bottom it | 20        Do you see at the bottom it | | | | |
| 21  says March 2012?  You can look on the | 21  says March 2012?  You can look on the | | | | |
| 22  screen if you'd like. | 22  screen if you'd like. | | | | |
| 23        MR. KEENAN:  I'll object to | 23        MR. KEENAN:  I'll object to | | | | |
| 24     the form. | 24     the form. | | | | |
| 507 | 507 | | | | |
| 1        THE WITNESS:  Yes. | 1        THE WITNESS:  Yes. | | | | |
| 2  BY MR. BACHUS: | 2  BY MR. BACHUS: | | | | |
| 3     Q.   All right.  And what it says | 3     Q.   All right.  And what it says | | | | |
| 4  is that -- it's -- it's a CSR regarding | 4  is that -- it's -- it's a CSR regarding | | | | |
| 5  TAX316, you can see at the top. | 5  TAX316, you can see at the top. | | | | |
| 6     A.   Okay. | 6     A.   Okay. | | | | |
| 7     Q.   And what it says is that | 7     Q.   And what it says is that | | | | |
| 8  this is a listing of patients with | 8  this is a listing of patients with | | | | |
| 9  treatment-emergent adverse events during | 9  treatment-emergent adverse events during | | | | |
| 10  the period that persisted into the | 10  the period that persisted into the | | | | |
| 11  follow-up period and were ongoing at the | 11  follow-up period and were ongoing at the | | | | |
| 12  end of the follow-up period for the | 12  end of the follow-up period for the | | | | |
| 13  safety population. | 13  safety population. | | | | |
| 14        Do you see that? | 14        Do you see that? | | | | |
| 15     A.   I do. | 15     A.   I do. | | | | |
| 16     Q.   And then it lists by MedDRA | 16     Q.   And then it lists by MedDRA | | | | |
| 17  term the various adverse events and | 17  term the various adverse events and | | | | |
| 18  there's alopecia, and then it lists which | 18  there's alopecia, and then it lists which | | | | |
| 19  treatment arm it was in and here's TAC | 19  treatment arm it was in and here's TAC | | | | |
| 20  and then it lists what was the date of | 20  and then it lists what was the date of | | | | |
| 21  the last follow-up with each of these | 21  the last follow-up with each of these | | | | |
| 22  patients -- | 22  patients -- | | | | |
| 23     A.   Okay. | 23     A.   Okay. | | | | |
| 24     Q.   -- in this column right here | 24     Q.   -- in this column right here | | | | |
| 508 | 508 | | | | |
| 1  (Indicating).  And then the next column | 1  (Indicating).  And then the next column | | | | |
| 2  says, what was the follow-up duration, | 2  says, what was the follow-up duration, | | | | |
| 3  the period of time covered in the | 3  the period of time covered in the | | | | |
| 4  follow-up. | 4  follow-up. | | | | |
| 5        And you'll see that the 29 | 5        And you'll see that the 29 | | | | |
| 6  participants that -- patients that | 6  participants that -- patients that | | | | |
| 7  were listed as having ongoing alopecia at | 7  were listed as having ongoing alopecia at | | | | |
| 8  the conclusion of the TAX316 study are | 8  the conclusion of the TAX316 study are | | | | |
| 9  all listed here under TAC, it continues | 9  all listed here under TAC, it continues | | | | |
| 10  onto the next page, all the way until you | 10  onto the next page, all the way until you | | | | |
| 11  get to the FAC and there's patient | 11  get to the FAC and there's patient | | | | |
| 12  numbers.  Right? | 12  numbers.  Right? | | | | |
| 13     A.   Right. | 13     A.   Right. | | | | |
| 14     Q.   Let's look at -- and you | 14     Q.   Let's look at -- and you | | | | |
| 15  removed in your analysis that was done | 15  removed in your analysis that was done | | | | |
| 16  with incomplete information given to you | 16  with incomplete information given to you | | | | |
| 17  by lawyers from Sanofi after the lawsuit, | 17  by lawyers from Sanofi after the lawsuit, | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 18  you eliminated 22 or 23 of the 29. Do | 18  you eliminated 22 or 23 of the 29.  Do | | | | |
| 19  you remember doing that? | 19  you remember doing that? | | | | |
| 20       MR. KEENAN:  Object to the | 20       MR. KEENAN:  Object to the | | | | |
| 21       form. | 21       form. | | | | |
| 22       THE WITNESS:  I believe on | 22       THE WITNESS:  I believe on | | | | |
| 23  the ten-year data, as I testified, | 23  the ten-year data, as I testified, | | | | |
| 24  we ended up with 6 so -- | 24  we ended up with 6 so -- | | | | |
|                      509 |                      509 | | | | |
| 1       MR. BACHUS:  Right.  29 | 1       MR. BACHUS:  Right.  29 | | | | |
| 2  minus 6 is what? | 2  minus 6 is what? | | | | |
| 3       THE WITNESS:  That would be | 3       THE WITNESS:  That would be | | | | |
| 4  -- | 4  -- | | | | |
| 5       MR. BACHUS:  23. | 5       MR. BACHUS:  23. | | | | |
| 6       THE WITNESS:  23. | 6       THE WITNESS:  23. | | | | |
| 7       MR. BACHUS:  You eliminated | 7       MR. BACHUS:  You eliminated | | | | |
| 8  23. | 8  23. | | | | |
| 9       THE WITNESS:  Yes. | 9       THE WITNESS:  Yes. | | | | |
| | | **No previous ruling.**<br><br>Argumentative; Misleading; Confusing; Unduly Prejudicial; MIL 27 (Post-Dates Treatment) - 2012 | Here the witness is being confronted with proof that Sanofi's lawyers withheld important patient follow-up data from the witness when those lawyers controlled the data that the witness received for his "re-analysis".  The sanofi lawyers withheld data showing follow up and "ongoing" alopecia many years later than the incomplete  data the witness was given.  This is important cross examination.  Sanofi once again seeks to introduce the post litigation, lawyer driven reanalysis of locked clinical trial data in taz 316.  The Plaintiff objects to the admission of this reanalysis on many grounds including FRE 702 and 701 and 403.  However, should the court allow Sanofi to use depo designations on this topic then Plaintiff  is entiled to conduct a robust cross examination regarding this "reanalysis".  Here the witness is being asked to confirm that the witness himself did NOT identify, locate or define the data that would serve as the basis for his reanalysis.  Instead the lawyers at Shook Hardy decided what incomplete data to provide to the witness.  The jury is entitled to hear the truth about this data despite how prejudicial the truth may be to the credibility of the data, the reanalysis and the witness | | |
| 10  BY MR. BACHUS: | 10  BY MR. BACHUS: | | | | |
| 11       Q.   Let's look at the follow-up | 11       Q.   Let's look at the follow-up | | | | |
| 12  duration as told to the FDA by Sanofi not | 12  duration as told to the FDA by Sanofi not | | | | |
| 13  after litigation but before litigation -- | 13  after litigation but before litigation -- | | | | |
| 14       A.   Sure. | 14       A.   Sure. | | | | |
| 15       Q.   -- in March of 2012 and it | 15       Q.   -- in March of 2012 and it | | | | |
| 16  says the follow-up duration for alopecia, | 16  says the follow-up duration for alopecia, | | | | |
| 17  right, this is the preferred term | 17  right, this is the preferred term | | | | |
| 18  alopecia, treatment arm TAC, 10.4 years. | 18  alopecia, treatment arm TAC, 10.4 years. | | | | |
| 19  Do you see that for the first patient? | 19  Do you see that for the first patient? | | | | |
| 20       A.   I'm not sure if you're | 20       A.   I'm not sure if you're | | | | |
| 21  interpreting that correctly. | 21  interpreting that correctly. | | | | |
| 22       Q.   Do you see where it says | 22       Q.   Do you see where it says | | | | |
| 23  follow-up duration in years?  I'm not | 23  follow-up duration in years?  I'm not | | | | |
| 24  interpreting anything.  I'm giving you | 24  interpreting anything.  I'm giving you | | | | |
|                      510 |                      510 | | | | |
| 1  what the table says.  Do you see up here, | 1  what the table says.  Do you see up here, | | | | |
| 2  follow-up duration in years?  And then it | 2  follow-up duration in years?  And then it | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 3  gives the date of the last follow-up for | 3  gives the date of the last follow-up for | | | | |
| 4  alopecia? | 4  alopecia? | | | | |
| 5      Here's the date of the last | 5      Here's the date of the last | | | | |
| 6  follow-up in this column (Indicating). | 6  follow-up in this column (Indicating). | | | | |
| 7  The date of the follow-up was 2007 here. | 7  The date of the follow-up was 2007 here. | | | | |
| 8  They followed this patient for 10.4 years | 8  They followed this patient for 10.4 years | | | | |
| 9  and the patient had ongoing alopecia at | 9  and the patient had ongoing alopecia at | | | | |
| 10  the conclusion of that period. | 10  the conclusion of that period. | | | | |
| 11      Do you see that? | 11      Do you see that? | Completeness | | | |
| 12      A.  That's an incorrect -- | 12      A.  That's an incorrect -- | | | | |
| 13      Q.  Does it say -- | 13      Q.  Does it say -- | | | | |
| 14      MR. KEENAN:  Let him finish, | 14      MR. KEENAN:  Let him finish, | | | | |
| 15  please. | 15  please. | | | | |
| 16      MR. BACHUS:  Does it say | 16      MR. BACHUS:  Does it say | | | | |
| 17  date of the last follow-up? | 17  date of the last follow-up? | | | | |
| 18      THE WITNESS:  I can see the | 18      THE WITNESS:  I can see the | | | | |
| 19  numbers, but you're drawing an | 19  numbers, but you're drawing an | | | | |
| 20  incorrect conclusion. | 20  incorrect conclusion. | | | | |
| 21  BY MR. BACHUS: | 21  BY MR. BACHUS: | | | | |
| 22      Q.  You testified earlier that | 22      Q.  You testified earlier that | | | | |
| 23  ongoing means present at the last | 23  ongoing means present at the last | | | | |
| 24  appointment; correct? | 24  appointment; correct? | | | | |
| 511 | 511 | | | | |
| 1      A.  Present at the last | 1      A.  Present at the last | | | | |
| 2  appointment that alopecia was recorded. | 2  appointment that alopecia was recorded. | | | | |
| 3      Q.  Right.  And this document | 3      Q.  Right.  And this document | | | | |
| 4  says that alopecia was -- the date of the | 4  says that alopecia was -- the date of the | | | | |
| 5  last follow-up told to the FDA in 2012 | 5  last follow-up told to the FDA in 2012 | | | | |
| 6  for that first patient is that the last | 6  for that first patient is that the last | | | | |
| 7  date that that patient was followed up, | 7  date that that patient was followed up, | | | | |
| 8  the last time that they were at an | 8  the last time that they were at an | | | | |
| 9  appointment, was in 2007, ten years | 9  appointment, was in 2007, ten years | | | | |
| 10  later, after their -- after their last | 10  later, after their -- after their last | | | | |
| 11  dose and that they still had ongoing | 11  dose and that they still had ongoing | | | | |
| 12  alopecia. | 12  alopecia. | | | | |
| 13      A.  The way that I interpret | 13      A.  The way that I interpret | | | | |
| 14  this document is that this patient was | 14  this document is that this patient was | | | | |
| 15  followed for 10.4 years and the last | 15  followed for 10.4 years and the last | | | | |
| 16  follow-up date was on the date that was | 16  follow-up date was on the date that was | | | | |
| 17  provided, but I don't interpret this | 17  provided, but I don't interpret this | | | | |
| 18  document as saying that the alopecia last | 18  document as saying that the alopecia last | | | | |
| 19  dose -- last date of alopecia being | 19  dose -- last date of alopecia being | | | | |
| 20  recorded was on the date of the last | 20  recorded was on the date of the last | | | | |
| 21  follow-up -- | 21  follow-up -- | | | | |
| 22      Q.  Well, the representation -- | 22      Q.  Well, the representation -- | | | | |
| 23      MR. KEENAN:  No, he's not | 23      MR. KEENAN:  No, he's not | | | | |
| 24  done.  Let him finish. | 24  done.  Let him finish. | | | | |
| 512 | 512 | | | | |
| 1      THE WITNESS:  -- and, in | 1      THE WITNESS:  -- and, in | | | | |
| 2  fact, you know, we've -- when we | 2  fact, you know, we've -- when we | | | | |
| 3  look at the data, you have to | 3  look at the data, you have to | | | | |
| 4  consider, you know, when was the | 4  consider, you know, when was the | | | | |
| 5  last date that alopecia is being | 5  last date that alopecia is being | | | | |
| 6  recorded. | 6  recorded. | | | | |
| 7  BY MR. BACHUS: | 7  BY MR. BACHUS: | | | | |
| 8      Q.  Well, this says that the | 8      Q.  Well, this says that the | | | | |
| 9  date of the last follow-up for alopecia | 9  date of the last follow-up for alopecia | | | | |
| 10  was in 2007. | 10  was in 2007. | | | | |
| 11      A.  I -- | 11      A.  I -- | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| **Plaintiff Affirmative Designations** | **Sanofi Affirmative Designations** | **Plaintiff's Objections** | **Sanofi's Responses to Plaintiff's Objections** | | |
| **Plaintiff Counter-Designations** | **Sanofi Counter-Designations** | **Sanofi's Objections** | **Plaintiff's Responses to Sanofi's Objections** | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 **12, 14, 15, 23, 24, 25, 26, 27** | | | | |
| 12    Q.   Let's go on to the next one. | 12    Q.   Let's go on to the next one. | | | | |
| 13    A.   I don't -- | 13    A.   I don't -- | | | | |
| 14    Q.   The next one -- I'm going on | 14    Q.   The next one -- I'm going on | | | | |
| 15  to the next question.  The next one says | 15  to the next question.  The next one says | | | | |
| 16  6.5 years.  There's one that says .32. | 16  6.5 years.  There's one that says .32. | | | | |
| 17  Okay?  Then it's 10.57, 9.9, 10.23, 10.7, | 17  Okay?  Then it's 10.57, 9.9, 10.23, 10.7, | | | | |
| 18  10.2, 10.82, 10.31. | 18  10.2, 10.82, 10.31. | | | | |
| 19         Am I reading those correctly | 19         Am I reading those correctly | | | | |
| 20  in this column -- | 20  in this column -- | | | | |
| 21    A.   Yes. | 21    A.   Yes. | | | | |
| 22    Q.   -- as to the follow-up | 22    Q.   -- as to the follow-up | | | | |
| 23  duration that was reported to the FDA in | 23  duration that was reported to the FDA in | | | | |
| 24  2012 before there was ever a lawsuit | 24  2012 before there was ever a lawsuit | | | | |
| 513 | 513 | | | | |
| 1  filed over this? | 1  filed over this? | | | | |
| 2    A.   I think you're reading the | 2    A.   I think you're reading the | | | | |
| 3  patient follow-up duration correctly -- | 3  patient follow-up duration correctly -- | | | | |
| 4    Q.   Okay. | 4    Q.   Okay. | | | | |
| 5    A.   -- but you're -- | 5    A.   -- but you're -- | | | | |
| 6         MR. KEENAN:  No, he's not | 6         MR. KEENAN:  No, he's not | | | | |
| 7  done.  Let him answer. | 7  done.  Let him answer. | | | | |
| 8         THE WITNESS:  -- but you're | 8         THE WITNESS:  -- but you're | | | | |
| 9  misinterpreting that the alopecia | 9  misinterpreting that the alopecia | | | | |
| 10     was recorded on the last follow-up | 10     was recorded on the last follow-up | | | | |
| 11     date.  It can easily be sorted | 11     date.  It can easily be sorted | | | | |
| 12     out.  It can be easily sorted out | 12     out.  It can be easily sorted out | | | | |
| 13     by going to the data and looking | 13     by going to the data and looking | | | | |
| 14     at the last follow-up date and | 14     at the last follow-up date and | | | | |
| 15     seeing if you have alopecia that | 15     seeing if you have alopecia that | | | | |
| 16     did not resolve at any time | 16     did not resolve at any time | | | | |
| 17     earlier or a patient that did not | 17     earlier or a patient that did not | | | | |
| 18     change the chemotherapy and go on | 18     change the chemotherapy and go on | | | | |
| 19     to a different chemotherapy and | 19     to a different chemotherapy and | | | | |
| 20     get lost in that. | 20     get lost in that. | | | | |
| 21  BY MR. BACHUS: | 21  BY MR. BACHUS: | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits:  6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | No previous ruling.<br><br>Confusing;  MIL 27 (Post-Dates Treatment) - 2012 | Here the witness is being confronted with proof that Sanofi's lawyers withheld important patient follow-up data from the witness when those lawyers controlled the data that the witness received for his "re-analysis".  The sanofi lawyers withheld data showing follow up and "ongoing" alopecia many years later than the incomplete  data the witness was given.  This is important cross examination.  Sanofi once again seeks to introduce the post litigation, lawyer driven reanalysis of locked clinical trial data in taz 316.  The Plaintiff objects to the admission of this reanalysis on many grounds including FRE 702 and 701 and 403.  However, should the court allow Sanofi to use depo designations on this topic then Plaintiff is entitled to conduct a robust cross examination regarding this "reanalysis".  Here the witness is being asked to confirm that the witness himself did NOT identify, locate or define the data that would serve as the basis for his reanalysis.  Instead the lawyers at Shook Hardy decided what incomplete data to provide to the witness.  The jury is entitled to hear the truth about this data despite how prejudicial the truth may be to the credibility of the data, the reanalysis and the witness | | |
| 22      Q.   Let's go on to the next | 22      Q.   Let's go on to the next | | | | |
| 23  page.  This is the second page, same | 23  page.  This is the second page, same | | | | |
| 24  column.  Tell me if I'm reading it right | 24  column.  Tell me if I'm reading it right | | | | |
| 514 | 514 | | | | |
| 1  in terms of duration of follow-up that | 1  in terms of duration of follow-up that | | | | |
| 2  was given to the FDA for these people: | 2  was given to the FDA for these people: | | | | |
| 3  10.4 years, 5.5 years, 9.79 years, 10.10 | 3  10.4 years, 5.5 years, 9.79 years, 10.10 | | | | |
| 4  years, 2.83, 5.98, 6.18, 4.65, 2.56, | 4  years, 2.83, 5.98, 6.18, 4.65, 2.56, | | | | |
| 5  10.03.  There's one that's over a year, | 5  10.03.  There's one that's over a year, | | | | |
| 6  then ten years, then 10.26 years, then 10 | 6  then ten years, then 10.26 years, then 10 | | | | |
| 7  years, then 6.2 years, then 2 years or | 7  years, then 6.2 years, then 2 years or | | | | |
| 8  1.8 years, 9.74 years, 10.24 years, 9.97 | 8  1.8 years, 9.74 years, 10.24 years, 9.97 | | | | |
| 9  years. | 9  years. | | | | |
| 10           That's what the -- that's | 10           That's what the -- that's | | | | |
| 11  what the company told the FDA in 2012 | 11  what the company told the FDA in 2012 | | | | |
| 12  about the period of time that they | 12  about the period of time that they | | | | |
| 13  followed with these people -- | 13  followed with these people -- | | | | |
| 14  regarding alopecia and that it was still | 14  regarding alopecia and that it was still | | | | |
| 15  ongoing. | 15  ongoing. | | | | |
| 16      A.   I -- I am not -- that is | 16      A.   I -- I am not -- that is | | | | |
| 17  what the company defined as the follow-up | 17  what the company defined as the follow-up | | | | |
| 18  period; but that follow-up period, | 18  period; but that follow-up period, | | | | |
| 19  something could have been efficacy | 19  something could have been efficacy | | | | |
| 20  follow-up date and, you know, I think | 20  follow-up date and, you know, I think | | | | |
| 21  you're misinterpreting the fact that it | 21  you're misinterpreting the fact that it | | | | |
| 22  says alopecia that that was the last date | 22  says alopecia that that was the last date | | | | |
| 23  the alopecia being recorded -- | 23  the alopecia being recorded -- | | | | |
| 24      Q.   You know what's very | 24      Q.   You know what's very | | | | |
| 515 | 515 | | | | |
| 1  interesting? | 1  interesting? | | | | |
| 2          MR. KEENAN:  He's not done. | 2          MR. KEENAN:  He's not done. | | | | |
| 3  He's not done. | 3  He's not done. | | | | |
| 4          MR. BACHUS:  Do you know | 4          MR. BACHUS:  Do you know | | | | |
| 5  what's very interesting? | 5  what's very interesting? | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 6     MR. KEENAN:  Let him finish, | 6     MR. KEENAN:  Let him finish, | | | | |
| 7   counselor. | 7   counselor. | | | | |
| 8     MR. BACHUS:  I think he's is | 8     MR. BACHUS:  I think he's is | | | | |
| 9   finished to what's responsive. | 9   finished to what's responsive. | | | | |
| 10     THE WITNESS:  No, I'm not | 10     THE WITNESS:  No, I'm not | | | | |
| 11   done. | 11   done. | | | | |
| 12     MR. BACHUS:  Okay.  What | 12     MR. BACHUS:  Okay.  What | | | | |
| 13   else would you like to say that's | 13   else would you like to say that's | | | | |
| 14   response to the question?  And the | 14   response to the question?  And the | | | | |
| 15   question is -- | 15   question is -- | | | | |
| 16     MR. KEENAN:  Don't, please. | 16     MR. KEENAN:  Don't, please. | | | | |
| 17     MR. BACHUS:  No, I'm sorry | 17     MR. BACHUS:  No, I'm sorry | | | | |
| 18   -- | 18   -- | | | | |
| 19     MR. KEENAN:  No, he's not | 19     MR. KEENAN:  No, he's not | | | | |
| 20   done answering the question.  Are | 20   done answering the question.  Are | | | | |
| 21   you done answering the question? | 21   you done answering the question? | | | | |
| 22     THE WITNESS:  No, I'm not, | 22     THE WITNESS:  No, I'm not, | | | | |
| 23   no and -- | 23   no and -- | | | | |
| 24     MR. BACHUS:  I asked whether | 24     MR. BACHUS:  I asked whether | | | | |
| 516 | 516 | | | | |
| 1   I was reading it correctly. | 1   I was reading it correctly. | | | | |
| 2     THE WITNESS:  And I'm | 2     THE WITNESS:  And I'm | | | | |
| 3   saying, no, you're not -- | 3   saying, no, you're not -- | | | | |
| 4     MR. BACHUS:  I didn't read | 4     MR. BACHUS:  I didn't read | | | | |
| 5   the numbers correctly. | 5   the numbers correctly. | | | | |
| 6     THE WITNESS:  You read the | 6     THE WITNESS:  You read the | | | | |
| 7   numbers correctly.  You're not | 7   numbers correctly.  You're not | | | | |
| 8   interpreting it correctly. | 8   interpreting it correctly. | | | | |
| 9  BY MR. BACHUS: | 9  BY MR. BACHUS: | | | | |
| | | No previous ruling.

Argumentative; Improper Attorney Testimony; Misleading; Confusing; Unduly Prejudicial; MIL 27 (Post-Dates Treatment) - 2012 | Here the witness is being confronted with proof that Sanofi's lawyers withheld important patient follow-up data from the witness when those lawyers controlled the data that the witness received for his "re-analysis". The sanofi lawyers withheld data showing follow up and "ongoing" alopecia many years later than the incomplete  data the witness was given.  This is important cross examination.  Sanofi once again seeks to introduce the post litigation, lawyer driven reanalysis of locked clinical trial data in taz 316.  The Plaintiff objects to the admission of this reanalysis on many grounds including FRE 702 and 701 and 403.  However, should the court allow Sanofi to use depo designations on this topic then Plaintiff  is entiled to conduct a robust cross examination regarding this "reanalysis".  Here the witness is being asked to confirm that the witness himself did NOT identify, locate or define the data that would serve as the basis for his reanalysis.  Instead the lawyers at Shook Hardy decided what incomplete data to provide to the witness.  The jury is entitled to hear the truth about this data despite how prejudicial the truth may be to the credibility of the data, the reanalysis and the witness | | |
| 10     Q.  You know what's really | 10     Q.  You know what's really | | | | |
| 11  interesting about this document?  Is the | 11  interesting about this document?  Is the | | | | |
| 12  lawyers at Sanofi when they asked you to | 12  lawyers at Sanofi when they asked you to | | | | |
| 13  do this analysis after litigation, they | 13  do this analysis after litigation, they | | | | |
| 14  never gave you this.  They never gave you | 14  never gave you this.  They never gave you | | | | |
| 15  the 2012 CSR.  They never showed you the | 15  the 2012 CSR.  They never showed you the | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 16  representations that were made to the FDA | 16  representations that were made to the FDA | | | | |
| 17  in 2012 regarding these patients, did | 17  in 2012 regarding these patients, did | | | | |
| 18  they? | 18  they? | | | | |
| 19      A.   Whether I received the 2012 | 19      A.   Whether I received the 2012 | | | | |
| 20  CSR, that was the ten-year -- or what was | 20  CSR, that was the ten-year -- or what was | | | | |
| 21  the 2000 CSR? | 21  the 2000 CSR? | | | | |
| 22      Q.   You testified in the | 22      Q.   You testified in the | | | | |
| 23  30(b)(6) you never looked at anything | 23  30(b)(6) you never looked at anything | | | | |
| 24  beyond -- beyond 2002.  This is 2012, ten | 24  beyond -- beyond 2002.  This is 2012, ten | | | | |
|                                  517 |                                  517 | | | | |
| 1  years later. | 1  years later. | | | | |
| 2      A.   I don't -- I don't -- I | 2      A.   I don't -- I don't -- I | | | | |
| 3  believe I testified in the 30(b)(6) that | 3  believe I testified in the 30(b)(6) that | | | | |
| 4  I looked at the ten-year data, so I -- | 4  I looked at the ten-year data, so I -- | | | | |
| 5      Q.   But the data wasn't in the | 5      Q.   But the data wasn't in the | | | | |
| 6  document -- | 6  document -- | | | | |
| 7          MR. KEENAN:  Let him finish, | 7          MR. KEENAN:  Let him finish, | | | | |
| 8      please.  Stop interrupting him. | 8      please.  Stop interrupting him. | | | | |
| 9      Let him finish. | 9      Let him finish. | | | | |
| 10          THE WITNESS:  I'm sorry?  I | 10          THE WITNESS:  I'm sorry?  I | | | | |
| 11      mean -- | 11      mean -- | | | | |
| 12  BY MR. BACHUS: | 12  BY MR. BACHUS: | | | | |
| 13      Q.   In 2004, you did not work | 13      Q.   In 2004, you did not work | | | | |
| 14  for the regulatory department, did you? | 14  for the regulatory department, did you? | | | | |
| 15      A.   No.  I've never worked for | 15      A.   No.  I've never worked for | | | | |
| 16  the regulatory -- | 16  the regulatory -- | | | | |
| 17      Q.   You were not involved in any | 17      Q.   You were not involved in any | | | | |
| 18  way in any submissions to the FDA about | 18  way in any submissions to the FDA about | | | | |
| 19  alopecia in 2004, were you? | 19  alopecia in 2004, were you? | | | | |
| 20      A.   In 2004, I mean, I was | 20      A.   In 2004, I mean, I was | | | | |
| 21  involved in various submissions, but I -- | 21  involved in various submissions, but I -- | | | | |
| 22  I -- I would have to check the date of -- | 22  I -- I would have to check the date of -- | | | | |
| 23  of the -- | 23  of the -- | | | | |
| 24      Q.   Sanofi never at any time | 24      Q.   Sanofi never at any time | | | | |
|                                  518 |                                  518 | | | | |
| 1  asked the FDA to include permanent or | 1  asked the FDA to include permanent or | | | | |
| 2  persistent alopecia in a label regarding | 2  persistent alopecia in a label regarding | | | | |
| 3  Taxotere, did they? | 3  Taxotere, did they? | | | | |
| 4      A.   I believe the -- my | 4      A.   I believe the -- my | | | | |
| 5  understanding is that Sanofi did ask the | 5  understanding is that Sanofi did ask the | | | | |
| 6  FDA to include persistent alopecia in the | 6  FDA to include persistent alopecia in the | | | | |
| 7  label based on the TAX316 data. | 7  label based on the TAX316 data. | | | | |
| 8      Q.   And that you believe was in | 8      Q.   And that you believe was in | | | | |
| 9  2004. | 9  2004. | | | | |
| 10      A.   I believe it was in 2004 or | 10      A.   I believe it was in 2004 or | | | | |
| 11  early 2005. | 11  early 2005. | | | | |
| 12      Q.   Any time after 2004, was | 12      Q.   Any time after 2004, was | No previous ruling. <br><br> Argumentative; Calls for Speculation;  Misleading; Confusing; Unduly Prejudicial; MIL 27 (Post-Dates Treatment) | Here the witness confirms that no internal request was made at Sanofi to include PCIA in the Taxotere label at anytime before 2015. This is an important admission because Sanofi and its lawyers contend that Sanofi has ALWAYS warned about PCIA in the taxotere label | | |
| 13  there ever a request made to include | 13  there ever a request made to include | | | | |
| 14  permanent or irreversible alopecia in a | 14  permanent or irreversible alopecia in a | | | | |
| 15  label? | 15  label? | | | | |
| 16      A.   I don't have personal | 16      A.   I don't have personal | | | | |
| 17  knowledge up until -- until up the 2015. | 17  knowledge up until -- until up the 2015. | | | | |
| 18  I would have to refer you to the labeling | 18  I would have to refer you to the labeling | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| 19  and regulatory people to address that | 19  and regulatory people to address that | | | | |
| 20  question. | 20  question. | | | | |
| 21         MR. BACHUS:  I don't have | 21         MR. BACHUS:  I don't have | | | | |
| 22   any further questions.  I'm out of | 22   any further questions.  I'm out of | | | | |
| 23   time.  Thank you. | 23   time.  Thank you. | | | | |
| 24         MR. KEENAN:  Thank you. | 24         MR. KEENAN:  Thank you. | | | | |
| 519 | 519 | | | | |
| 1         THE VIDEO TECHNICIAN: | 1         THE VIDEO TECHNICIAN: | | | | |
| 2         Okay.  This marks the end of | 2         Okay.  This marks the end of | | | | |
| 3   towed's deposition.  The time is | 3   towed's deposition.  The time is | | | | |
| 4   9:03 p.m.  Off the record. | 4   9:03 p.m.  Off the record. | | | | |
| 5         (Witness excused.) | 5         (Witness excused.) | | | | |
| 6         (Deposition concluded at | 6         (Deposition concluded at | | | | |
| 7   approximately 9:03 p.m.) | 7   approximately 9:03 p.m.) | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLAINTIFF'S DESIGNATIONS | SANOFI'S DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| Plaintiff Affirmative Designations | Sanofi Affirmative Designations | Plaintiff's Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter-Designations | Sanofi Counter-Designations | Sanofi's Objections | Plaintiff's Responses to Sanofi's Objections | | |
| Exhibits: 2, 5, 7, 10, 11, 12 | Exhibits: 6, 8, 9 12, 14, 15, 23, 24, 25, 26, 27 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |