**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. sanofi-aventis U.S. LLC,* No. 16-17039

<u>**NOTICE OF SUBMISSION**</u>

TO:    ALL COUNSEL OF RECORD

        PLEASE TAKE NOTICE that Plaintiff's Motion for Relief from Judgment Pursuant to

Rule 60(b) will come before the Court for submission on the 1st of June, 2022 at 9:30 a.m.


Dated: May 17, 2022                          Respectfully submitted,

*/s/ Christopher L. Coffin*                   */s/ M. Palmer Lambert*
Christopher L. Coffin (#27902)               M. Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.             GAINSBURGH BENJAMIN DAVID MEUNIER
1100 Poydras Street, Suite 2225              & WARSHAUER, LLC
New Orleans, Louisiana 70163                 2800 Energy Centre, 1100 Poydras Street
Phone: (504) 355-0086                        New Orleans, LA 70163-2800
Fax: (504) 355-0089                          Phone: 504-522-2304
ccoffin@pbclawfirm.com                       Fax: 504-528-9973
*Plaintiff Co-Lead Counsel and Counsel for*  plambert@gainsben.com
*Plaintiff/Appellant*                        *Plaintiffs' Co-Liaison Counsel*

*/s/ Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com
*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
