UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

### PRETRIAL ORDER NO. 125

**IT IS FURTHER ORDERED** that the next show cause hearing is **SET** for **Tuesday, July 12, 2022**, at **10:00 a.m.** in Judge Milazzo's courtroom (C224). The call-in information for this event will be disseminated at a later time.

**IT IS ORDERED** that the next general status conference is **SET** for **Friday, July 22, 2022, at 10:30 a.m.** in Judge Milazzo's courtroom (C224). The hearing will be preceded by a meeting with lead and liaison counsel at **9:00 a.m.**

New Orleans, Louisiana, this 18th day of May, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE