## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *Cases Listed on Exhibit A, attached.* | : : | MAG. JUDGE MICHAEL NORTH |
| | : : : | **ORDER TO SHOW CAUSE REGARDING DISMISSAL OF MISSISSIPPI PLAINTIFFS** |

In accordance with the Court's January 22, 2021 Order and Reasons granting the Motion for Judgment on the Pleadings Based on Statute of Limitations as to Juanita Greer (Rec. Doc. 12057), Defendants filed a Motion for Rule to Show Cause Regarding Dismissal of Mississippi Plaintiffs (Rec. Doc. 13746), moving this Court to issue a Rule to Show Cause to address Plaintiffs whose claims may be similarly barred by the three-year statute of limitations under Mississippi law.

Considering the foregoing:

**IT IS ORDERED** that Defendants' Motion (Doc. 13746) is **GRANTED**, and Plaintiffs listed on Exhibit A are hereby **ORDERED TO APPEAR AND SHOW CAUSE on July 13, 2022, at 9:00 a.m.** as to why their respective case should not be dismissed with prejudice pursuant to the Court's order and reasons in *Greer* (Rec. Doc. 12057). Failure to appear and show cause will result in dismissal of Plaintiff's case with prejudice.

Should any Plaintiff not plan to show cause or appear to object to the dismissal, that

Plaintiff must notify Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios, at taxotere@bkc-law.com ten (10) business days prior to the show cause hearing date. Plaintiffs' Co-Liaison Counsel will then provide the list of those cases to Defendants and ultimately to the Court prior to the hearing, as is done with the PTO 22A show cause proceedings. Additionally, failure to appear and show cause will result in a dismissal with prejudice.

New Orleans, Louisiana, on this 18th day of May, 2022.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 1 | 3057 | ALLEN | SHARON | Allan Berger & Associates | 2:17-cv-05108 | 5/22/17 |
| 2 | 3417 | COLEMAN | SANDRA | Allan Berger & Associates | 2:17-cv-09118 | 9/15/17 |
| 3 | 7064 | BOYD | WENDY | Allen & Nolte, PLLC | 2:17-cv-11957 | 11/7/17 |
| 4 | 10007 | SIDDALL | PATRICIA | Allen & Nolte, PLLC | 2:17-cv-14457 | 12/4/17 |
| 5 | 11601 | SIMMONS | EMMA | Allen & Nolte, PLLC | 2:18-cv-12886 | 12/8/18 |
| 6 | 6757 | LASH | SHERRY | Andrews & Thornton | 2:17-cv-16021 | 12/8/17 |
| 7 | 6595 | BARNETT | PATRICIA | Atkins & Markoff | 2:18-cv-00351 | 1/11/18 |
| 8 | 7845 | BISHOP | DORIS A | Atkins & Markoff | 2:18-cv-00352 | 1/11/18 |
| 9 | 6609 | BOLDEN | SABRINA Y | Atkins & Markoff | 2:18-cv-00353 | 1/11/18 |
| 10 | 7865 | HOLCOMBE | KAYE E | Atkins & Markoff | 2:18-cv-00357 | 1/11/18 |
| 11 | 7113 | MCKNIGHT | ARIA Y | Atkins & Markoff | 2:18-cv-00346 | 1/11/18 |
| 12 | 7860 | WILLIAMS | SHIRLEY | Atkins & Markoff | 2:18-cv-00361 | 1/11/18 |
| 13 | 4372 | AGNEW | EARLENE | Bachus & Schanker, LLC | 2:18-cv-01306 | 2/8/18 |
| 14 | 13620 | ANDERSON | LEONA | Bachus & Schanker, LLC | 2:19-cv-11927 | 7/30/19 |
| 15 | 4376 | ANDERSON | MYRTIS | Bachus & Schanker, LLC | 2:17-cv-17974 | 12/29/17 |
| 16 | 4377 | ATKINSON | MARY | Bachus & Schanker, LLC | 2:18-cv-00902 | 1/30/18 |
| 17 | 2807 | BOLER | BEVERLY | Bachus & Schanker, LLC | 2:18-cv-02326 | 3/4/18 |
| 18 | 7576 | BROWN | LISA | Bachus & Schanker, LLC | 2:18-cv-01440 | 2/12/18 |
| 19 | 1731 | BURKS | SANDRA | Bachus & Schanker, LLC | 2:18-cv-00686 | 1/23/18 |
| 20 | 13497 | CALDWELL | ANNIE | Bachus & Schanker, LLC | 2:19-cv-00056 | 1/4/19 |
| 21 | 2425 | CHAPPELL | KATHRYN | Bachus & Schanker, LLC | 2:19-cv-11264 | 6/18/19 |
| 22 | 11720 | CRAWFORD | RUTHIE | Bachus & Schanker, LLC | 2:18-cv-11820 | 11/29/18 |
| 23 | 11721 | CRENSHAW | LUCILLE | Bachus & Schanker, LLC | 2:18-cv-12400 | 12/4/18 |
| 24 | 8810 | DAVIS | LINDA | Bachus & Schanker, LLC | 2:19-cv-13481 | 11/7/19 |
| 25 | 12941 | DAVIS | NORMIA | Bachus & Schanker, LLC | 2:18-cv-12238 | 12/4/18 |
| 26 | 7681 | DIGGS | SANDRA | Bachus & Schanker, LLC | 2:18-cv-01884 | 2/22/18 |
| 27 | 7631 | DURDEN | ANGELA | Bachus & Schanker, LLC | 2:18-cv-01544 | 2/14/18 |
| 28 | 15167 | EASTER | FLORENCE | Bachus & Schanker, LLC | 2:20-cv-00307 | 1/29/20 |
| 29 | 7818 | EVANS | CHERYL | Bachus & Schanker, LLC | 2:18-cv-02925 | 3/19/18 |
| 30 | 11738 | FELDER | BENNIEA | Bachus & Schanker, LLC | 2:18-cv-11894 | 11/29/18 |
| 31 | 2855 | FREEMAN | CARRIE | Bachus & Schanker, LLC | 2:18-cv-01449 | 2/12/18 |
| 32 | 6111 | GATHINGS | THERESA | Bachus & Schanker, LLC | 2:17-cv-17021 | 12/11/17 |
| 33 | 8949 | GLASCO | ALBERTA | Bachus & Schanker, LLC | 2:18-cv-05933 | 6/14/18 |
| 34 | 7533 | GREATHREE | MARTHA | Bachus & Schanker, LLC | 2:18-cv-01332 | 2/8/18 |
| 35 | 2862 | GREEN | DIANN A | Bachus & Schanker, LLC | 2:18-cv-01764 | 2/20/18 |
| 36 | 7535 | HOGAN | LILLIE | Bachus & Schanker, LLC | 2:18-cv-01334 | 3/6/18 |
| 37 | 11778 | HOLLINSHEAD | DORIS | Bachus & Schanker, LLC | 2:18-cv-12574 | 12/6/18 |
| 38 | 12949 | IVORY | BOBBIE | Bachus & Schanker, LLC | 2:19-cv-02685 | 3/21/19 |
| 39 | 9437 | JAMES | JANICE | Bachus & Schanker, LLC | 2:19-cv-10595 | 5/21/19 |
| 40 | 7766 | JAMES | JULIA | Bachus & Schanker, LLC | 2:18-cv-02263 | 3/2/18 |
| 41 | 11791 | JEFFERSON | CAROLYN | Bachus & Schanker, LLC | 2:18-cv-13345 | 12/11/18 |
| 42 | 11798 | JOHNSON | SHIRLEY | Bachus & Schanker, LLC | 2:18-cv-12254 | 12/4/18 |
| 43 | 11810 | KING | MARY | Bachus & Schanker, LLC | 2:18-cv-12585 | 12/6/18 |
| 44 | 7538 | KIRBY | GINA | Bachus & Schanker, LLC | 2:18-cv-01337 | 2/8/18 |
| 45 | 11827 | LOWERY | MAMIE | Bachus & Schanker, LLC | 2:18-cv-12269 | 12/4/18 |
| 46 | 11842 | MCGOWAN | BOBBIE | Bachus & Schanker, LLC | 2:18-cv-12276 | 12/4/18 |
| 47 | 13610 | MERRITT | TANTAHNEAH | Bachus & Schanker, LLC | 2:19-cv-09479 | 4/17/19 |
| 48 | 8558 | MILLER | LINDA FAYE | Bachus & Schanker, LLC | 2:18-cv-01518 | 2/13/18 |
| 49 | 6288 | MOORE | LILLIE | Bachus & Schanker, LLC | 2:17-cv-18000 | 12/30/17 |
| 50 | 11851 | MOORE | MINNIE | Bachus & Schanker, LLC | 2:18-cv-12295 | 12/4/18 |
| 51 | 13559 | MOORE | RUBY | Bachus & Schanker, LLC | 2:19-cv-12238 | 8/20/19 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 52 | 12968 | PATRICK | DEBORAH | Bachus & Schanker, LLC | 2:18-cv-12284 | 12/4/18 |
| 53 | 12971 | RICE | SANDRA | Bachus & Schanker, LLC | 2:19-cv-02469 | 3/19/19 |
| 54 | 7771 | ROBINSON | DOROTHY | Bachus & Schanker, LLC | 2:18-cv-02282 | 3/2/18 |
| 55 | 7622 | RODGERS | DONNA | Bachus & Schanker, LLC | 2:18-cv-01525 | 2/13/18 |
| 56 | 2476 | SHOEMAKER | MATTIE | Bachus & Schanker, LLC | 2:16-cv-17066 | 12/11/16 |
| 57 | 12915 | SMITH | JENNIFER | Bachus & Schanker, LLC | 2:19-cv-01226 | 2/8/19 |
| 58 | 2478 | SMITH | MARY LEE | Bachus & Schanker, LLC | 2:16-cv-17202 | 12/12/16 |
| 59 | 8267 | STOWERS | CASSANDRA | Bachus & Schanker, LLC | 2:20-cv-01883 | 7/2/20 |
| 60 | 12927 | TUMBLIN | MYTRICE | Bachus & Schanker, LLC | 2:19-cv-03291 | 3/25/19 |
| 61 | 13709 | WALKER | CLARE | Bachus & Schanker, LLC | 2:19-cv-12167 | 8/15/19 |
| 62 | 7658 | WASHINGTON | BRENDA | Bachus & Schanker, LLC | 2:18-cv-01614 | 2/15/18 |
| 63 | 14755 | WELLS | ANNIE | Bachus & Schanker, LLC | 2:19-cv-14344 | 12/9/19 |
| 64 | 14310 | WHITE | ANN | Bachus & Schanker, LLC | 2:19-cv-14316 | 12/9/19 |
| 65 | 2351 | WHITE | FLOREAN | Bachus & Schanker, LLC | 2:16-cv-17068 | 12/11/16 |
| 66 | 9119 | WINDHAM | MARY | Bachus & Schanker, LLC | 2:18-cv-13417 | 12/11/18 |
| 67 | 13774 | MCCULLUM | ELLEN J | Barrett Johnston Martin & Garrison | 2:19-cv-12000 | 8/2/19 |
| 68 | 5115 | BOYD | LACHANDA | Brent Coon & Associates | 2:17-cv-12962 | 11/21/17 |
| 69 | 15243 | BROWN | DIANA | Brown & Crouppen | 2:20-cv-01087 | 4/1/20 |
| 70 | 4789 | HICKS | EDNA MAE | Brown & Crouppen | 2:17-cv-14418 | 12/4/17 |
| 71 | 4797 | KYLE | ELOISE | Brown & Crouppen | 2:17-cv-14446 | 12/4/17 |
| 72 | 5031 | LANKFORD | KATHRYN | Brown & Crouppen | 2:17-cv-14448 | 12/4/17 |
| 73 | 5477 | NEAL | FRANCES | Brown & Crouppen | 2:17-cv-14482 | 12/4/17 |
| 74 | 12152 | LATTIMORE | STELLA | Brown, LLC | 2:18-cv-14090 | 12/20/18 |
| 75 | 12799 | YOUNG | MARY | Canepa Riedy Abele | 2:19-cv-02034 | 3/5/19 |
| 76 | 12259 | RANDALL | MYRTIS | Carey Danis & Lowe | 2:18-cv-13195 | 12/10/18 |
| 77 | 12254 | ROBINSON | JANICE BECKLEY | Carey Danis & Lowe | 2:18-cv-13142 | 12/10/18 |
| 78 | 12282 | THORNTON | NETTIE | Carey Danis & Lowe | 2:18-cv-13132 | 12/10/18 |
| 79 | 12255 | WALLER | CHERLYN | Carey Danis & Lowe | 2:18-cv-13119 | 12/10/18 |
| 80 | 12618 | CONLEY | ARQUICE | Cutter Law PC | 2:18-cv-09799 | 10/22/18 |
| 81 | 13297 | DUCKSWORTH | LEE | Cutter Law PC | 2:18-cv-11241 | 11/20/18 |
| 82 | 12653 | FORD | NEVA | Cutter Law PC | 2:18-cv-10362 | 11/2/18 |
| 83 | 12775 | GIBBS | EARLEAN | Cutter Law PC | 2:18-cv-10363 | 11/2/18 |
| 84 | 7998 | CARTER | SYBIL | Davis & Crump, P. C. | 2:18-cv-00538 | 1/17/18 |
| 85 | 8356 | CLARK | MIRIAM | Davis & Crump, P. C. | 2:17-cv-16808 | 12/11/17 |
| 86 | 8497 | COLEMAN | ADA | Davis & Crump, P. C. | 2:17-cv-14032 | 12/1/17 |
| 87 | 9963 | COTTON | MAGGIE | Davis & Crump, P. C. | 2:18-cv-06720 | 7/16/18 |
| 88 | 14282 | DAVIS | MARILYN | Davis & Crump, P. C. | 2:18-cv-12088 | 11/30/18 |
| 89 | 4660 | GILLESPIE | LAVERNE | Davis & Crump, P. C. | 2:17-cv-15234 | 12/6/17 |
| 90 | 9367 | JOHNS | IDA | Davis & Crump, P. C. | 2:18-cv-03669 | 4/6/18 |
| 91 | 9967 | KEATON | ANNIE | Davis & Crump, P. C. | 2:18-cv-06039 | 6/18/18 |
| 92 | 13024 | MALONE | TRACY | Davis & Crump, P. C. | 2:18-cv-11745 | 11/29/18 |
| 93 | 13589 | REED | AUGUSTINE | Davis & Crump, P. C. | 2:19-cv-06111 | 4/1/19 |
| 94 | 11411 | ROWLAND | STACEY | Davis & Crump, P. C. | 2:18-cv-11802 | 11/29/18 |
| 95 | 11141 | SINCLAIR | DELOISE | Davis & Crump, P. C. | 2:18-cv-06268 | 6/26/18 |
| 96 | 13004 | WHALUM | DAISY | Davis & Crump, P. C. | 2:18-cv-11301 | 11/20/18 |
| 97 | 12357 | WIGLEY | MYRTLE | Davis & Crump, P. C. | 2:18-cv-10038 | 10/26/18 |
| 98 | 10755 | BENNETT | PATTY | Fears | Nachawati | 2:18-cv-10260 | 11/1/18 |
| 99 | 10580 | BENNETT | PETINA L | Fears | Nachawati | 2:18-cv-07896 | 8/18/18 |
| 100 | 12680 | BERRY | SHEILA | Fears | Nachawati | 2:18-cv-13606 | 12/12/18 |
| 101 | 11093 | BUFORD | CINDY | Fears | Nachawati | 2:18-cv-13066 | 12/10/18 |
| 102 | 15590 | FRANKLIN | GLENDA | Fears | Nachawati | 2:21-cv-00622 | 3/29/21 |
| 103 | 12137 | GOOCH | CHRISTINE | Fears | Nachawati | 2:18-cv-13840 | 12/14/18 |
| 104 | 12346 | GRAY | PHILLIS A | Fears | Nachawati | 2:18-cv-13751 | 12/14/18 |
| 105 | 10746 | GRIFFIN | TAMMY | Fears | Nachawati | 2:18-cv-10229 | 10/31/18 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 106 | 10863 | HENDERSON | GWENDOLYN | Fears \| Nachawati | 2:18-cv-10918 | 11/13/18 |
| 107 | 11285 | HENNINGTON | ANNIE | Fears \| Nachawati | 2:18-cv-13271 | 12/10/18 |
| 108 | 15549 | HILL | VERONICA | Fears \| Nachawati | 2:21-cv-00629 | 3/29/21 |
| 109 | 12236 | MCNAIR | REATHEA J | Fears \| Nachawati | 2:18-cv-13692 | 12/13/18 |
| 110 | 12740 | SIMMS | GWENDOLYN | Fears \| Nachawati | 2:18-cv-13314 | 12/11/18 |
| 111 | 8070 | SMITH | SHALANDA | Fears \| Nachawati | 2:18-cv-00496 | 1/15/18 |
| 112 | 13231 | SOUTH | KATHERINE | Fears \| Nachawati | 2:18-cv-13660 | 12/13/18 |
| 113 | 12401 | THOMPSON | LILLIE | Fears \| Nachawati | 2:18-cv-13408 | 12/11/18 |
| 114 | 10171 | TURNER | KATHY V | Fears \| Nachawati | 2:18-cv-06918 | 7/23/18 |
| 115 | 10882 | VAUGHN | ORA | Fears \| Nachawati | 2:18-cv-10655 | 11/7/18 |
| 116 | 7945 | CONN | SHERRY | Finson Law Firm | 2:17-cv-15476 | 12/7/17 |
| 117 | 15429 | COOPER | ROMANICA | Finson Law Firm | 2:20-cv-02672 | 5/5/20 |
| 118 | 14812 | WALTON | MARY KATE | Gainsburgh Benjamin | 2:20-cv-00131 | 1/13/20 |
| 119 | 14810 | YOUNG | RUBY | Gainsburgh Benjamin | 2:20-cv-00350 | 1/30/20 |
| 120 | 5181 | HARALSON | BETTY | Gomez Trial Attorneys | 2:17-cv-13975 | 12/1/17 |
| 121 | 5183 | HARPER | GLORIA | Gomez Trial Attorneys | 2:17-cv-12585 | 11/16/17 |
| 122 | 5209 | MCDOWELL | VERONA | Gomez Trial Attorneys | 2:17-cv-13058 | 11/22/17 |
| 123 | 8432 | WRIGHT | FLORETTA | Gomez Trial Attorneys | 2:17-cv-13877 | 11/30/17 |
| 124 | 15245 | MORGAN | CLYDELL | Grant & Eisenhofer | 2:20-cv-01346 | 5/4/20 |
| 125 | 14833 | SHAW | BRENDA | Grant & Eisenhofer | 2:20-cv-00981 | 3/23/20 |
| 126 | 4504 | AKINS | BRENDA | Hilliard Martinez Gonzales LLP | 2:17-cv-12767 | 11/20/17 |
| 127 | 4493 | LITTLETON | VERA | Hissey, Mulderig & Friend, PLLC | 2:17-cv-12294 | 11/13/17 |
| 128 | 14304 | MINER | MARY | Hodges & Foty, LLP | 2:19-cv-13168 | 10/17/19 |
| 129 | 1194 | DOBSON | CAROLYN | Johnson Becker | 2:16-cv-16255 | 10/24/16 |
| 130 | 12024 | HODGES | LAVERA | Johnson Becker | 2:18-cv-11243 | 11/20/18 |
| 131 | 12464 | ROSS | CELESTINE | Johnson Becker | 2:18-cv-11910 | 11/30/18 |
| 132 | 9643 | THOMAS | BONNIE R | Johnson Becker | 2:18-cv-07879 | 8/17/18 |
| 133 | 12302 | WILLIAMS | BETTYE J | Johnson Becker | 2:18-cv-12087 | 11/30/18 |
| 134 | 10210 | HULIN | LORETTA | Johnson Law Group | 2:18-cv-07259 | 8/1/18 |
| 135 | 10531 | JOINER | ANNIE | Kagan Legal Group | 2:18-cv-10205 | 10/31/18 |
| 136 | 10115 | PIGOTT | SHIRLON | Kagan Legal Group | 2:18-cv-08673 | 9/17/18 |
| 137 | 5460 | MCMULLEN | RUBY | Law Offices of A. Craig Eiland | 2:17-cv-15979 | 12/8/17 |
| 138 | 13991 | HAMMOND | TAMMY | Law Offices of Tony Seaton & Assocs. | 2:19-cv-13122 | 10/14/19 |
| 139 | 14275 | TYNES | ALLISON | Law Offices of Tony Seaton & Assocs. | 2:19-cv-14682 | 12/19/19 |
| 140 | 11330 | BERRY | RITA M | Lowe Law Group | 2:18-cv-09804 | 10/22/18 |
| 141 | 9989 | BROWN | CYNTHIA | Lowe Law Group | 2:18-cv-06428 | 7/2/18 |
| 142 | 9365 | COMBEST | JANICE F | Lowe Law Group | 2:18-cv-04214 | 4/25/18 |
| 143 | 9061 | GRANT | LATOSHA R | Lowe Law Group | 2:18-cv-03629 | 4/5/18 |
| 144 | 9808 | HILL | CARMELITA | Lowe Law Group | 2:18-cv-05657 | 6/5/18 |
| 145 | 9555 | LAMPKIN | VANASSER | Lowe Law Group | 2:18-cv-05042 | 5/18/18 |
| 146 | 1878 | MARTIN | JUETTE | Lowe Law Group | 2:16-cv-17393 | 12/14/16 |
| 147 | 13680 | MOORE | CONSUELA N | Lowe Law Group | 2:19-cv-10882 | 6/4/19 |
| 148 | 11004 | REEVES | SHERRI L | Lowe Law Group | 2:18-cv-09069 | 9/28/18 |
| 149 | 9558 | SARTIN | JIMMIE L | Lowe Law Group | 2:18-cv-05156 | 5/22/18 |
| 150 | 3262 | CUNNINGHAM | PATRICIA A | Maher Law Firm | 2:17-cv-12414 | 11/14/17 |
| 151 | 10592 | HOWELL | LIFLEY | Maher Law Firm | 2:18-cv-09597 | 10/16/18 |
| 152 | 1236 | LAWRENCE | CAROLYN | Maher Law Firm | 2:16-cv-17958 | 12/8/16 |
| 153 | 12083 | MOORE | BARBARA | Maher Law Firm | 2:18-cv-13090 | 12/10/18 |
| 154 | 10565 | PERRIER | TERRY | Maher Law Firm | 2:18-cv-09596 | 10/16/18 |
| 155 | 8140 | BUQUET | JOYANN | Marc J. Bern & Partners LLP | 2:18-cv-00800 | 1/25/18 |
| 156 | 4464 | LEVERSON | RUTHIE L | Marc J. Bern & Partners LLP | 2:17-cv-12199 | 11/10/17 |
| 157 | 14874 | GANDY | ANNIE M | Martinez & McGuire PLLC | 2:20-cv-00864 | 3/12/20 |
| 158 | 14746 | THORNTON | TONYA | Martinez & McGuire PLLC | 2:19-cv-14754 | 12/23/19 |
| 159 | 13489 | LUNGRIN | CINDY | McDonald Worley | 2:19-cv-00744 | 1/31/19 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 160 | 1787 | BRANDON | IRMA | McGartland Law Firm, PLLC | 2:17-cv-05787 | 6/14/17 |
| 161 | 1145 | CHASE | FLORINE | McGartland Law Firm, PLLC | 2:16-cv-15317 | 5/31/16 |
| 162 | 3674 | COOLEY | LOREE | McGartland Law Firm, PLLC | 2:17-cv-09633 | 9/26/17 |
| 163 | 3363 | CROSBY | GEORGIANN | McGartland Law Firm, PLLC | 2:17-cv-08934 | 9/12/17 |
| 164 | 9409 | DOWNS | JOHNNIE | McGartland Law Firm, PLLC | 2:18-cv-06614 | 7/11/18 |
| 165 | 2102 | GIBSON | MARY | McGartland Law Firm, PLLC | 2:17-cv-06236 | 6/28/17 |
| 166 | 8098 | HILLS | LORETTA | McGartland Law Firm, PLLC | 2:18-cv-00727 | 1/24/18 |
| 167 | 2157 | LEWIS | SHEILA | McGartland Law Firm, PLLC | 2:17-cv-06891 | 7/19/17 |
| 168 | 8935 | MCCOLLUM | VALERIE | McGartland Law Firm, PLLC | 2:18-cv-03578 | 4/4/18 |
| 169 | 8937 | MCCORMICK | CHERYL | McGartland Law Firm, PLLC | 2:18-cv-03582 | 4/4/18 |
| 170 | 9197 | MONTGOMERY | IYOMIA M | McGartland Law Firm, PLLC | 2:18-cv-04594 | 5/3/18 |
| 171 | 10356 | NELSON | LV | McGartland Law Firm, PLLC | 2:18-cv-09850 | 10/23/18 |
| 172 | 9413 | TUBBS | LILLIE | McGartland Law Firm, PLLC | 2:18-cv-06627 | 7/11/18 |
| 173 | 11167 | BOWMAN | SHIRLEY | McSweeney/Langevin LLC | 2:18-cv-11980 | 11/30/18 |
| 174 | 8805 | BROOKS | MARY N | McSweeney/Langevin LLC | 2:18-cv-04800 | 5/10/18 |
| 175 | 11180 | BURGIN | CATHERINE | McSweeney/Langevin LLC | 2:18-cv-12051 | 11/30/18 |
| 176 | 11161 | CARTER | PATRICIA | McSweeney/Langevin LLC | 2:18-cv-12015 | 11/30/18 |
| 177 | 11149 | CRAVEN | FREDNA | McSweeney/Langevin LLC | 2:18-cv-11925 | 11/30/18 |
| 178 | 10155 | DAILEY | JANICE | McSweeney/Langevin LLC | 2:18-cv-08988 | 9/27/18 |
| 179 | 11193 | GAVIN | LORRAINE | McSweeney/Langevin LLC | 2:18-cv-12735 | 12/7/18 |
| 180 | 10158 | HENDERSON | CYNTHIA | McSweeney/Langevin LLC | 2:18-cv-08996 | 9/27/18 |
| 181 | 3900 | HOUSTON | EARLEE | McSweeney/Langevin LLC | 2:17-cv-16565 | 12/10/17 |
| 182 | 9991 | KERSHAW | ANGELA | McSweeney/Langevin LLC | 2:18-cv-08411 | 9/6/18 |
| 183 | 11168 | MAYS | JULIA | McSweeney/Langevin LLC | 2:18-cv-11995 | 11/30/18 |
| 184 | 11169 | ROBINSON | SHERRY F | McSweeney/Langevin LLC | 2:18-cv-12008 | 11/30/18 |
| 185 | 1275 | SMITH | BLYNDA K | Michael Hingle & Associates | 2:17-cv-00617 | 1/25/17 |
| 186 | 8905 | SPANN | ROSIELENE | Morgan and Morgan | 2:18-cv-02578 | 3/12/18 |
| 187 | 8969 | WILLIAMS | SANDRA F | Morgan and Morgan | 2:18-cv-02892 | 3/19/18 |
| 188 | 10297 | BAKER | LAUREN | Morris Bart, LLC | 2:18-cv-09408 | 10/10/18 |
| 189 | 13576 | BORNE FERREIRA | CONNIE | Morris Bart, LLC | 2:19-cv-01196 | 2/8/19 |
| 190 | 11367 | BRITT | JULIE | Morris Bart, LLC | 2:18-cv-06055 | 6/19/18 |
| 191 | 10855 | CHILDRES | PATRICIA | Morris Bart, LLC | 2:18-cv-06005 | 6/16/18 |
| 192 | 11429 | GREEN | MARY | Morris Bart, LLC | 2:18-cv-06766 | 7/18/18 |
| 193 | 11505 | NORSWORTHY | TAMMIE | Morris Bart, LLC | 2:18-cv-07140 | 7/31/18 |
| 194 | 10958 | PAYTON | RUTH | Morris Bart, LLC | 2:18-cv-05463 | 5/30/18 |
| 195 | 1447 | PUSSEY | ELLEN | Morris Bart, LLC | 2:16-cv-15471 | 10/12/16 |
| 196 | 9110 | SHAMSIDDEEN | HALIMAH | Morris Bart, LLC | 2:18-cv-03605 | 4/5/18 |
| 197 | 10977 | TATUM | DOROTHY | Morris Bart, LLC | 2:18-cv-06065 | 6/19/18 |
| 198 | 3832 | DYSON | TANGA M | Niemeyer, Grebel & Kruse | 2:17-cv-10001 | 10/2/17 |
| 199 | 11741 | GAVIN | LULA A | Niemeyer, Grebel & Kruse | 2:18-cv-11232 | 11/20/18 |
| 200 | 3372 | RUFFIN | IDA M | Niemeyer, Grebel & Kruse | 2:17-cv-09016 | 9/14/17 |
| 201 | 4046 | WALKER | DELORIS | Niemeyer, Grebel & Kruse | 2:17-cv-10308 | 10/9/17 |
| 202 | 14198 | SPENCER | MASHEA A | Parker Waichman LLP | 2:19-cv-13284 | 10/25/19 |
| 203 | 1026 | CARPENTER | HOMER | Pendley, Baudin & Coffin, L.L.P. | 2:16-cv-15316 | 4/20/16 |
| 204 | 9664 | CARR | ANGELIA S | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-07659 | 8/13/18 |
| 205 | 9014 | CAUTHEN | DEWAINE G | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-05632 | 6/4/18 |
| 206 | 2864 | COX | TONYA | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-00611 | 1/19/18 |
| 207 | 2785 | DILLON | JACQUELINE | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-00578 | 1/18/18 |
| 208 | 9649 | DIXON | PATRICIA A | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-07531 | 8/9/18 |
| 209 | 10141 | HAND | DORA G | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-09047 | 9/28/18 |
| 210 | 1007 | HARRELL | BEVERLY A. | Pendley, Baudin & Coffin, L.L.P. | 2:17-cv-00792 | 1/30/17 |
| 211 | 9013 | HORNE | MARY K | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-05631 | 6/4/18 |
| 212 | 1637 | LEWIS | SHERRELL | Pendley, Baudin & Coffin, L.L.P. | 2:17-cv-06012 | 6/21/17 |
| 213 | 9835 | RANDLE | JENNIFER D | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-07925 | 8/20/18 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 214 | 3183 | SMITH | CHERYLLYN D | Pendley, Baudin & Coffin, L.L.P. | 2:17-cv-11886 | 11/6/17 |
| 215 | 9010 | TEMPLE | HAZEL A | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-05627 | 6/4/18 |
| 216 | 2020 | THOMAS | BARBARA N | Pendley, Baudin & Coffin, L.L.P. | 2:17-cv-07270 | 7/28/17 |
| 217 | 12441 | BRADLEY | SARAH | Pulaski Law Firm, PLLC | 2:18-cv-12868 | 12/7/18 |
| 218 | 12500 | BROWN | BONNIE | Pulaski Law Firm, PLLC | 2:18-cv-12929 | 12/9/18 |
| 219 | 14508 | BUTLER | ROSIE L | Pulaski Law Firm, PLLC | 2:19-cv-13820 | 11/25/19 |
| 220 | 12741 | GANN | RITA | Pulaski Law Firm, PLLC | 2:18-cv-13008 | 12/10/18 |
| 221 | 12768 | GARDNER DEY | JOAN | Pulaski Law Firm, PLLC | 2:18-cv-13013 | 12/10/18 |
| 222 | 12993 | JENKINS GRANT | DIANN | Pulaski Law Firm, PLLC | 2:18-cv-13067 | 12/10/18 |
| 223 | 12875 | JOHNSON | CARRIE | Pulaski Law Firm, PLLC | 2:18-cv-13069 | 12/10/18 |
| 224 | 12712 | MANNING | LILLIE | Pulaski Law Firm, PLLC | 2:18-cv-13094 | 12/10/18 |
| 225 | 13042 | MILLER | BETTY | Pulaski Law Firm, PLLC | 2:18-cv-13130 | 12/10/18 |
| 226 | 12822 | PAYNE | KESHER | Pulaski Law Firm, PLLC | 2:18-cv-13184 | 12/10/18 |
| 227 | 12631 | ROSS | MAXCINE | Pulaski Law Firm, PLLC | 2:18-cv-13204 | 12/10/18 |
| 228 | 12844 | SPENCER | KAREN | Pulaski Law Firm, PLLC | 2:18-cv-13227 | 12/10/18 |
| 229 | 12809 | THOMAS | PEARLEE | Pulaski Law Firm, PLLC | 2:18-cv-13247 | 12/10/18 |
| 230 | 12811 | WHITE | ANGELA | Pulaski Law Firm, PLLC | 2:18-cv-13262 | 12/10/18 |
| 231 | 1218 | AUGUST | JUDITH | Reeves & Mestayer | 2:16-cv-16231 | 10/24/16 |
| 232 | 1160 | BOLTON | DEBRA D | Reeves & Mestayer | 2:16-cv-16905 | 11/15/16 |
| 233 | 5760 | HATTEN | ELIZABETH R | Reeves & Mestayer | 2:17-cv-15370 | 5/7/17 |
| 234 | 4807 | KUMAR | MILDRED E. | Reeves & Mestayer | 2:17-cv-15311 | 12/7/17 |
| 235 | 4811 | SIMMONS | BRENDA J. | Reeves & Mestayer | 2:17-cv-14230 | 12/4/17 |
| 236 | 4813 | SWARTHOUT | ROBIN E. | Reeves & Mestayer | 2:17-cv-15325 | 12/7/17 |
| 237 | 8980 | DAVIS | ROBIZENE | Reich and Binstock, LLP | 2:18-cv-04884 | 5/14/18 |
| 238 | 1293 | SPENCER | TONI | Reich and Binstock, LLP | 2:16-cv-17538 | 12/16/16 |
| 239 | 1197 | YOUNG | TERESA D | Reich and Binstock, LLP | 2:16-cv-17534 | 12/16/16 |
| 240 | 11651 | AYALA | MARY | Reyes\|Browne\|Reilley | 2:18-cv-10549 | 11/6/18 |
| 241 | 11709 | DAVIS | ROZELLA | Reyes\|Browne\|Reilley | 2:18-cv-10761 | 11/9/18 |
| 242 | 12041 | HALEY | BARBARA | Reyes\|Browne\|Reilley | 2:18-cv-11153 | 11/18/18 |
| 243 | 11653 | HAMMOND | LYNDRA J | Reyes\|Browne\|Reilley | 2:18-cv-10632 | 11/7/18 |
| 244 | 11596 | HINTON | CELENA | Reyes\|Browne\|Reilley | 2:18-cv-10357 | 11/2/18 |
| 245 | 11583 | HUBBARD | DEBBIE | Reyes\|Browne\|Reilley | 2:18-cv-10283 | 11/1/18 |
| 246 | 12229 | KEYS | WILLIE | Reyes\|Browne\|Reilley | 2:18-cv-13277 | 12/10/18 |
| 247 | 11710 | LEWIS | DOROTHY | Reyes\|Browne\|Reilley | 2:18-cv-10766 | 11/9/18 |
| 248 | 12163 | NYLENE | SYBLE | Reyes\|Browne\|Reilley | 2:18-cv-11634 | 11/27/18 |
| 249 | 12080 | PUGH NORRIS | ELIZABETH | Reyes\|Browne\|Reilley | 2:18-cv-11427 | 11/21/18 |
| 250 | 12529 | RANKINS | CARDELLA | Reyes\|Browne\|Reilley | 2:18-cv-13291 | 12/10/18 |
| 251 | 12037 | REYNOLDS | JO ANN | Reyes\|Browne\|Reilley | 2:18-cv-11226 | 11/19/18 |
| 252 | 11580 | SPIVEY | RHONDA | Reyes\|Browne\|Reilley | 2:18-cv-10306 | 11/1/18 |
| 253 | 12314 | STREET | ESSIE | Reyes\|Browne\|Reilley | 2:18-cv-12314 | 12/4/18 |
| 254 | 11943 | SWARPTUE | ROLANDA | Reyes\|Browne\|Reilley | 2:18-cv-10925 | 11/13/18 |
| 255 | 11913 | TURNER | MOLLY | Reyes\|Browne\|Reilley | 2:18-cv-10850 | 11/12/18 |
| 256 | 12181 | VINCENT | VICTORIA | Reyes\|Browne\|Reilley | 2:18-cv-12216 | 12/3/18 |
| 257 | 12367 | WALLS | BETTYE | Reyes\|Browne\|Reilley | 2:18-cv-12218 | 12/3/18 |
| 258 | 1407 | MANGUM | SHARON M | Robins Kaplan LLP | 2:17-cv-04947 | 5/15/17 |
| 259 | 13829 | SCARLETT | CHENNETTE R | Roden Law | 2:19-cv-13723 | 11/20/19 |
| 260 | 14294 | JOHNSON | ERMA | Saunders & Walker PA | 2:19-cv-13816 | 11/25/19 |
| 261 | 9561 | SANDERSON | KIMBERLY | Schmidt National Law Group | 2:17-cv-11517 | 10/30/17 |
| 262 | 14374 | KLINESMITH | CYNTHIA | Scott Vicknair LLC | 2:20-cv-00172 | 1/16/20 |
| 263 | 3454 | BALL | FRANCES | Shaw Cowart, LLP | 2:17-cv-09531 | 9/23/17 |
| 264 | 5625 | LARKIN | SCARLETT J | Shaw Cowart, LLP | 2:17-cv-13261 | 11/24/17 |
| 265 | 6141 | PATTERSON | SUREATHER | Shaw Cowart, LLP | 2:17-cv-14127 | 12/2/17 |
| 266 | 6354 | WOODWARD | LINDA | Shaw Cowart, LLP | 2:17-cv-14165 | 12/3/17 |
| 267 | 10601 | MCADORY | LYNN | Stag Liuzza, LLC | 2:18-cv-10358 | 11/2/18 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 268 | 11472 | GATHINGS | TONIA | Sweeney Merrigan Law | 2:18-cv-10233 | 10/31/18 |
| 269 | 12098 | JOHNSON | SONYA C | The Gori Law Firm, P.C. | 2:18-cv-11875 | 11/29/18 |
| 270 | 12865 | MCNEAL | LILLIE | The Goss Law Firm | 2:18-cv-12763 | 12/7/18 |
| 271 | 12443 | REED | MANDIE | The Goss Law Firm | 2:18-cv-12757 | 12/7/18 |
| 272 | 14463 | LAVENDER | CATHY | The Murray Law Firm | 2:19-cv-13540 | 11/11/19 |
| 273 | 13615 | LOTT | DELOIS | The Murray Law Firm | 2:19-cv-10540 | 5/20/19 |
| 274 | 13912 | MCPHIE | VERONICA | The Murray Law Firm | 2:19-cv-11577 | 7/8/19 |
| 275 | 13449 | TAYLOR | GLADYS | The Murray Law Firm | 2:19-cv-06183 | 4/1/19 |
| 276 | 3662 | GALEY | ANITA | The Simon Law Firm, P.C. | 2:17-cv-15663 | 12/7/17 |
| 277 | 8653 | FELTON | PEGGY | Verhine & Verhine, PLLC | 2:17-cv-17733 | 12/22/17 |
| 278 | 1473 | GILLILAND | PATSY L | Verhine & Verhine, PLLC | 2:17-cv-05054 | 5/19/17 |
| 279 | 4421 | KELLY | ROSA | Verhine & Verhine, PLLC | 2:17-cv-17732 | 12/22/17 |
| 280 | 3621 | BARNES | MARY | Watts Guerra, LLP | 2:17-cv-11514 | 10/30/17 |
| 281 | 10403 | DAVIS | CHARLINE | Wendt Law Firm, P.C. | 2:18-cv-13093 | 12/10/18 |
| 282 | 1475 | PAYTON | DEBRA | Whitfield Bryson LLP | 2:17-cv-09725 | 9/27/17 |
| 283 | 9252 | SUTTON | BETTY | Williams Hart Boundas Easterby, LLP | 2:17-cv-15423 | 12/7/17 |
| 284 | 4918 | HUDDLESTON | CAROLYN A. | Zoll & Kranz, LLC | 2:17-cv-13906 | 11/30/17 |
| 285 | 4856 | PHIPPS | ROSEMARIE C. | Zoll & Kranz, LLC | 2:17-cv-13602 | 11/28/17 |
| 286 | 4888 | TATE | MATTIE | Zoll & Kranz, LLC | 2:17-cv-13961 | 12/1/17 |