UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
Barbara Earnest, Case No. 2:16-cv-17144

## ORDER

Considering the foregoing Consent Motion to Withdraw and Substitute Exhibit 11 to Plaintiff's Memorandum in Opposition to Sanofi's Renewed Motion for Summary Judgment (Doc. 14215),

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk shall remove Record Document 14209-13 from the docket and substitute the document attached to Plaintiff's Consent Motion to Withdraw and Substitute Exhibit 11 to Plaintiff's Memorandum in Opposition to Sanofi's Renewed Motion for Summary Judgment (Rec. Doc. 14209-13) in its place.

New Orleans, Louisiana this 18th day of May, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1