MINUTE ENTRY
NORTH, M.J.
MAY 18, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                     MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION                                            SECTION: "H"(5)

THIS DOCUMENT RELATES TO:
*Barbara Earnest v. Sanofi S.A., et al.*
Civil Action No.: 16-17144

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

      PRESENT:   Darin Schanker          Douglas Moore
                       Palmer Lambert          Jon Strongman
                       Mark Niemeyer           Jason Steinhart
                                          Harley Ratliff

Negotiations were productive but unfortunately no resolution of Plaintiff's claims could be achieved at this time.  Further negotiations will proceed telephonically.

                                                               MICHAEL B. NORTH
                                                    UNITED STATES MAGISTRATE JUDGE

MJSTAR (02:50)