UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:  All Cases | : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**ORDER SETTING JULY 12, 2022 HEARING ON CMO-12A PRODUCT IDENTIFICATION DEFICIENCIES**

The Court has set a show cause hearing on July 12, 2022 at 9:00 a.m. to address Product ID deficiencies. In accordance with Case Management Order No. 12A (entered July 24, 2018 amending the initial CMO 12 governing Product Identification entered on January 12, 2018), Plaintiffs are required to "make a diligent, good faith, and documented effort" to determine Product ID information (¶ 2). Evidence presumed to be sufficient to establish Product ID is set forth at paragraph 6 of CMO 12A, and Plaintiffs are to upload the Product ID information to MDL Centrality (¶ 7). Any Plaintiff who fails to comply is subject to dismissal pursuant to PTO 22A (¶ 11). For any Plaintiff lacking Product ID information following compliance with Paragraphs 1-5 of CMO 12A, discovery limited in scope to determine Product ID information is then authorized for a period of 120 days (¶ 12). If Product ID is not determined, any Plaintiff continuing to lack Product ID may then "be brought to the attention of the Court for appropriate adjudication" (¶ 12).

On April 29, 2022, Defendants served upon Plaintiffs a Notice of Non-Compliance identifying cases with CMO-12A Product ID deficiencies. Consistent with this Court's previous orders, each Plaintiff identified in Defendants' April 29, 2022 Notice of Non-Compliance is

ORDERED to comply with CMO-12A by obtaining Product ID information consistent with CMO-12A, uploading such results to MDL Centrality, and dismissing all Defendants for whom she does not have Product ID.  Defendants will submit a hearing list to this Court of cases subject to the July 12, 2022 show cause hearing, including Rollovers from the April 28 and May 2, 2022 show cause hearings, on June 28, 2022.

Any Plaintiff who does not plan to show cause or appear to object must notify Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios at taxotere@bkc-law.com, by June 10 , 2022.  Any Plaintiff who plans to object and be heard on July 12, 2022 must provide their objection and the basis for the same (including any documentation supporting the same) to Plaintiffs' Co-Liaison Counsel by June 10, 2022.  Plaintiffs' Co-Liaison Counsel must provide the Defendants with information and documentation received from counsel on counsel's objections by June 17, 2022.  Defendants will serve their 14-day list on June 28, 2022 in accordance with PTO-22A.

Documentation of unsuccessful efforts to obtain Product ID information does not satisfy Plaintiff's obligations under this Order or CMO-12A, nor exempt a Plaintiff from dismissal for failure to establish Product ID.

On or before July 8, 2022, Defendants will provide final hearing lists to the Court identifying those Plaintiffs objecting and the substance of their objections, as well as those Plaintiffs who do not plan to appear and object.

New Orleans, Louisiana, on this 19th day of May, 2022.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**