UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Kahn v. sanofi-aventis U.S., LLC*, No. 16-cv-17039

### CONSENT MOTION TO CONTINUE SUBMISSION DATE FOR PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)

Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), with the consent of Plaintiff, respectfully request that the submission date for Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b) (Rec. Doc. 14217), originally noticed for submission on June 1, 2022, be continued to June 29, 2022.

WHEREFORE, Sanofi prays that this Motion be granted, and that the submission date for Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b) (Rec. Doc. 14217) be continued to June 29, 2022.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

                        Harley V. Ratliff
                        Adrienne L. Byard
                        **SHOOK, HARDY& BACON L.L.P.**
                        2555 Grand Boulevard
                        Kansas City, Missouri 64108
                        Telephone: 816-474-6550
                        Facsimile: 816-421-5547
                        hratliff@shb.com
                        abyard@shb.com

                        *Counsel for sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                     /s/ *Douglas J. Moore*