UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO:**
*Kahn v. sanofi-aventis U.S., LLC*, No. 16-cv-17039

**ORDER**

Considering the Consent Motion to Continue Submission Date for Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b), filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the submission date for Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b) (Rec. Doc. 14217) is continued to June 29, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE