UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                       SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Kahn v. sanofi-aventis U.S., LLC*, No. 16-cv-17039

## ORDER

Before the Court is the Consent Motion to Continue Submission Date for Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b), filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. (Rec. Doc. 14233);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the submission date for Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b) (Rec. Doc. 14217) is continued to June 29, 2022.

New Orleans, Louisiana, this 24th day of May, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT  JUDGE