UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Judith Kelly**
**Case No.: 2:17-cv-16102**

**STATEMENT OF PLAINTIFF'S COUNSEL**

     I represent Judith Kelly whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

     The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 24, 2022                              s/ *Javad_TahbazSalehi*_____
                                                      Javad TahbazSalehi
                                                      The Carlson Law Firm, PC
                                                      1500 Rosecrans Avenue, Suite 500
                                                      Manhattan Beach, CA 90266
                                                      800-359-5690
                                                      javadt@carlsonattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that, this 24th day of May, 2022, I have electronically filed a copy of the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to counsel of record.

s/ *Javad_TahbazSalehi*
Javad TahbazSalehi
