**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |

**CASE MANAGEMENT ORDER NO. 14N**
**(TRIAL SCHEDULE – TRIAL 1A)**

The parties have agreed to the deadlines in the attached chart for the retrial of Trial 1 ("Trial 1A"). The Court enters this Case Management Order adopting the deadlines proposed by the parties.

New Orleans, Louisiana, this 24th day of May, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

| Deadline | Trial 1A (Earnest) |
|---|---|
| Supplemental Plaintiff Expert Reports ¶ 4(a)* | Friday, April 29, 2022 |
| Motions and Briefs ¶ 5(a)* | Friday, April 29, 2022 |
| Opposition Briefs ¶ 5(b)* | Friday, May 13, 2022 |
| Settlement Memoranda | Friday, May 13, 2022 |
| Mediation | Wednesday, May 18, 2022 |
| Reply Briefs* | Friday, May 20, 2022 |
| Hearing and Argument ¶ 5(d) | Friday, June 3, 2022 at 10:00 a.m. |
| Plaintiff updated discovery responses, if necessary | Friday, May 27, 2022 |
| Supplemental Plaintiff Expert Depositions ¶ 4(a)* | Thursday, June 2, 2022 |
| Defendant Expert Reports ¶ 4(b)* | Monday, June 13, 2022 |
| Defendant Expert Depositions ¶ 4(b)* | Friday, July 1, 2022 |
| Final Witness List ¶ 6(b) | Thursday, June 16, 2022 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Thursday, June 23, 2022 |
| Jury Questionnaire ¶ 6(a) | Thursday, July 14, 2022 |
| Motions in Limine ¶ 6(d) | Thursday, July 21, 2022 |
| Expert Motions and Briefs | Thursday, July 14, 2022 |
| Oppositions to Motions in Limine ¶ 6(h) | Thursday, August 11, 2022 |
| Expert Opposition Briefs | Monday, July 25, 2022 |
| Counter Designations ¶ 6(e) | Thursday, August 11, 2022 |
| Objections to Designations and Exhibits ¶ 6(f) | Thursday, August 18, 2022 |
| Expert Reply Brief | Friday, July 29, 2022 |
| Responses to Objections to Designations (new) | Thursday, August 25, 2022 |
| Expert Hearing and Argument ¶ 5(d) | Week of August 8, 2022 |
| Submit Designations to Court (new) | Thursday, September 1, 2022 |
| Final Pretrial Order (new) | Thursday, September 1, 2022 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Thursday, September 1, 2022 |
| Final Pretrial Conference ¶ 6(j) | Tuesday, September 20, 2022 |
| Trial | Friday, September 23, 2022 |