UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sherry Kwederis**
**Case No.: 2:17-cv-17216**

**STATEMENT OF PLAINTIFF'S COUNSEL**

　　　I represent Sherry Kwederis whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: May 24, 2022　　　　　　　　　　s/ *Javad_TahbazSalehi*_____
　　　　　　　　　　　　　　　　　　　　Javad TahbazSalehi
　　　　　　　　　　　　　　　　　　　　The Carlson Law Firm, PC
　　　　　　　　　　　　　　　　　　　　1500 Rosecrans Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　　Manhattan Beach, CA 90266
　　　　　　　　　　　　　　　　　　　　800-359-5690
　　　　　　　　　　　　　　　　　　　　javadt@carlsonattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that, this 24th day of May, 2022, I have electronically filed a copy of the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to counsel of record.

s/ *Javad_TahbazSalehi*
Javad TahbazSalehi
