UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2740<br><br>SECTION "H" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

Leslie LaMacchia, Esquire of the law firm of Pulaski Kherkher, PLLC respectfully requests leave to withdraw as counsel of record for all clients listed in Exhibit A. Adam Pulaski of the law firm of Pulaski Kherkher, PLLC will continue his representation of all Plaintiffs listed in Exhibit A. As such, Plaintiffs will not be prejudiced by this withdrawal, nor will it unduly delay these proceedings.

Wherefore, Leslie LaMacchia and Pulaski Kherkher, PLLC request that this Court enter an Order allowing them to withdraw as attorneys for all Plaintiffs listed in Exhibit A.

Dated:      May 24, 2022

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24 day of May 2022, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.