# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2740<br><br>SECTION "H" (5)<br><br>HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for all Plaintiffs listed in Exhibit A,

IT IS HEREBY ORDERED that the Leslie LaMacchia, Esquire of the law firm of Pulaski Kherkher, PLLC is withdrawn as Plaintiffs' attorney of record and shall be relieved of any further responsibility in connection with this action.

Signed New Orleans, Louisiana this _____ day of _____, 2022.

_____
Hon. Jane Triche Milazzo
United States District Judge