# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Vernetter Carter, 2:17-cv-17389* | ) ) | Judge Jane Triche Milazzo |
| | ) | Magistrate Judge North |
| | ) | |

## SUGGESTION OF DEATH

Antoinette Carter, daughter of Vernetter Carter, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Vernetter Carter, Plaintiff of record in the above-captioned case. Ms. Carter passed away on February 15, 2020, during the pendency of this action. Ms. Carter's surviving daughter will be filing the appropriate pleadings to appear as substitute Plaintiff in this matter.

Dated: May 25, 2022

Respectfully submitted,

*/s/ Kelley Owens*
Kelley Owens
Texas Bar No. 28118105
Keowens@kirkendalldwyer.com
Andrew F. Kirkendall
Texas Bar No. 24050882
Akirkendall@Kirkendalldwyer.com
Alexander Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Tel: (214) 271-4027
Fax: (214) 253-0629

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Kelley Owens*
Kelley Owens
