# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| All Cases | : | |

**AMENDED ORDER SETTING JULY 12, 2022 HEARING ON CMO-12A PRODUCT IDENTIFICATION DEFICIENCIES**

On May 19, 2022, this Court issued Order Setting July 12, 2022 Hearing on CMO-12A Product Identification Deficiencies (Rec. Doc. 14228), which incorrectly stated that the show cause hearing to address Product ID deficiencies was set for July 12, 2022 at 9:00 a.m. Accordingly, this Order amends the previous order only to clarify that the show cause hearing to address Product ID deficiencies is set for July 12, 2022 at **10:00 a.m.**

All other aspects of the previous order (Rec. Doc. 14228) remain the same.

New Orleans, Louisiana, this 25th day of May, 2022.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE