UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Cases listed on Exhibit A, attached ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court is a Motion to Withdraw as Counsel of Record (Doc. 14242);

**IT IS ORDERED** that the Motion is **GRANTED**, and Leslie LaMacchia is withdrawn as counsel of record for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 25th day of May, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**

# Exhibit A

| Name | Docket |
|---|---|
| Adcock, Brenda | 2:18-cv-12849 |
| Alexander, Shmeika | 2:17-cv-16103 |
| Al-Jabari, Mrs. Fatina | 2:17-cv-14857 |
| Allen, Patricia | 2:19-cv-13792 |
| Alpert, Rhea | 2:19-cv-13977 |
| Anguiano, Adela | 2:17-cv-14976 |
| Arnett, Brenda | 2:17-cv17837 |
| Atkins, Sharon | 2:18-cv-12855 |
| Attanasio, April | 2:17-cv-14982 |
| Austin, Sallie | 2:17-cv-14715 |
| Baker-Graham, Elaine | 2:17-cv-14990 |
| Balthasar, Breana | 2:20-cv-03310 |
| Banks, Joan | 2:17-cv-15006 |
| Baritot, Susan | 2:19-cv-13978 |
| Barker, Christina | 2:18-cv-12859 |
| Barrett-Cook, Mrs. Felecia | 2:17-cv-09781 |
| Bell, Dana | 2:18-cv-09250 |
| Belser, Nora | 2:18-cv-12860 |
| Benjamin, Wendy | 2:18-cv-12863 |
| Bennett, Suzanne | 2:17-cv-15477 |
| Blair, Pamelia | 2:18-cv-12866 |
| Blake, Schelaundye | 2:17-cv-15019 |
| Bowie, Barbara Ann | 2:17-cv-15025 |
| Boyer, Peggy | 2:19-cv-13796 |
| Bradley, Sarah | 2:18-cv-12868 |
| Bradshaw, Marilee | 2:19-cv-13807 |
| Broadie, Candice | 2:18-cv-12928 |
| Brooks, Nancy | 2:17-cv-15027 |
| Brown, Bonnie | 2:18-cv-12929 |
| Brown, Deborah W. | 2:17-cv-14752 |
| Brown, Gean P. | 2:18-cv-12930 |
| Brown, Johnnie | 2:17-cv-15482 |
| Brown, Rosa | 2:18-cv-12931 |
| Bryant, Denise | 2:18-cv-12932 |
| Buckley, Mrs. Susan | 2:18-cv-12933 |
| Buie, Mrs. Gloria | 2:18-cv-12934 |
| Bumgardner, Kathryn | 2:18-cv-12935 |
| Burger, Debra K. | 2:19-cv-13817 |
| Burns, Lisa | 2:18-cv-12936 |
| Butler, Rosie Lee | 2:19-cv-13820 |
| Cahn, Heather | 2:17-cv-15900 |
| Calhoun, Katherine L. | 2:17-cv-15066 |
| Cangialosi, Frances | 2:18-cv-12938 |
| Carrete, Juanita E. | 2:17-cv-15085 |
| Chadwick, Monica | 2:17-cv-15090 |
| Chakford, Carole | 2:19-cv-13821 |

| | |
|---|---|
| Chase, Barbara | 2:18-cv-12941 |
| Cheney, Marsha | 2:19-cv-13823 |
| Clark, Ms. Veatrice | 2:18-cv-12943 |
| Cockrum, Annette | 2:17-cv-15104 |
| Coleman, Ernesta | 2:18-cv-12945 |
| Collett, Diane | 2:18-cv-12946 |
| Collins, Denease | 2:17-cv-15125 |
| Collins, Joyce | 2:18-cv-12948 |
| Cooper-Peters, Latasha | 2:18-cv-12949 |
| Cordray, Kathy | 2:17-cv-15166 |
| Cox, Joan | 2:19-cv-13824 |
| Crump-Wise, Darlene | 2:18-cv-12950 |
| Cumberland, Lisa | 2:18-cv-12951 |
| Davis, Dawnita | 2:17-cv-15169 |
| Davis, Ruby | 2:18-cv-12953 |
| Davis, Sandra | 2:18-cv-12954 |
| Davison, Monica | 2:17-cv-15906 |
| Dean, Leah | 2:18-cv-12955 |
| Dedier-James, Donna | 2:19-cv-13979 |
| Derby, Gina | 2:19-cv-13827 |
| Dlouhy, Maureen | 2:18-cv-12957 |
| Doucet, Aloma | 2:18-cv-12959 |
| Dowdell, Diana | 2:18-cv-12962 |
| Dumas, Nicol | 2:17-cv-15215 |
| Dumbleton, Betty Lou | 2:18-cv-12963 |
| Duplessis, Janice | 2:18-cv-12964 |
| Earley, Angelique | 2:18-cv-12965 |
| Fellows, Toni B. | 2:20-cv-03114 |
| Filipski, Ann | 2:17-cv-15235 |
| Fisher, Mrs. Lori | 2:17-cv-15237 |
| Fitzgerald, Janie | 2:19-cv-13891 |
| Flemings, Gennise | 2:19-cv-13832 |
| Fletcher, Karan | 2:18-cv-12987 |
| Flood, Linda | 2:19-cv-13833 |
| Flores, Gina C. | 2:18-cv-12991 |
| Forsman, Jennifer | 2:18-cv-12997 |
| Foushee, Karla | 2:19-cv-13836 |
| Franklin, Pamelia | 2:17-cv-15243 |
| Freeman, Ms. Linda | 2:18-cv-12999 |
| Friske, Vicki | 2:18-cv-13000 |
| Frye, Dawn | 2:20-cv-03146 |
| Fuller, Robin | 2:18-cv-13004 |
| Gaines, Gertrude | 2:19-cv-13843 |
| Gann, Ms. Rita | 2:18-cv-13008 |
| Gardner-Dey, Joan | 2:18-cv-13013 |
| Garrow, Holly | 2:18-cv-13015 |
| Garza, Juanita | 2:17-cv-15248 |

| | |
|---|---|
| Gaunt, Tammy | 2:18-cv-13018 |
| George, Jacquelyn | 2:17-cv-14767 |
| Glenn, Jacqueline Y. | 2:18-cv-13020 |
| Gorden, Ronika | 2:17-cv-15253 |
| Grant, Winifred | 2:18-cv-13022 |
| Greendyk, Maria | 2:17-cv-15259 |
| Greene, Rupearl | 2:17-cv-15849 |
| Gross, Linda | 2:18-cv-13399 |
| Guilkey, Jennifer | 2:17-cv-15327 |
| Guillaume, Eula | 2:19-cv-13846 |
| Hall, Rhoda | 2:17-cv-15340 |
| Halls, Nancy | 2:17-cv-15350 |
| Hamilton, Teresa | 2:18-cv-13033 |
| Hansen, Carolyn L. | 2:18-cv-13038 |
| Hardy, Lorrilee | 2:18-cv-13275 |
| Hargraves, Ruth | 2:17-cv-15354 |
| Harris-Hayes, Anita | 2:18-cv-13048 |
| Harvey, Artesha | 2:17-cv-15494 |
| Heath, Amaryallis | 2:17-cv-15495 |
| Henderson, Frances Elaine | 2:17-cv-13105 |
| Henshaw, Mrs. Ami | 2:17-cv-16594 |
| Hensley, Mrs. Andrea | 2:18-cv-13054 |
| Herbster, Jamie | 2:18-cv-13055 |
| Herrin, Leola | 2:17-cv-15457 |
| Herzog, Janice A. | 2:17-cv-14780 |
| Hicks, Bettie | 2:17-cv-15458 |
| Higgins, Arlene | 2:18-cv-13056 |
| Hill, Christa | 2:17-cv-15465 |
| Holloway, Mrs. Marilou | 2:17-cv-14792 |
| Howard, Miss Wanda | 2:17-cv-06153 |
| Howell, Teresa | 2:20-cv-03333 |
| Hudson, Cassondra | 2:17-cv-15914 |
| Issa, Brenna | 2:20-cv-03332 |
| Jackson, Mary E. | 2:17-cv-15512 |
| Jackson, Patricia | 2:19-cv-13847 |
| Jamison, Marcia | 2:18-cv-13059 |
| Jenkins, Joyce A. | 2:18-cv-13061 |
| Jenkins-Grant, Diann | 2:18-cv-13067 |
| Jimenez, Maricela | 2:17-cv-15514 |
| Johnson, Carrie | 2:18-cv-13069 |
| Johnson, Gwendolyn | 2:18-cv-13073 |
| Johnson, Roshea | 2:18-cv-13075 |
| Johnson, Tiffany | 2:18-cv-13077 |
| Johnson-Brinker, Tandra L. | 2:18-cv-13078 |
| Jones, Delois | 2:17-cv-15519 |
| Jones, Ms. Sanfra M. | 2:17-cv-15527 |
| Kamenicky, Mamta | |

| | |
|---|---|
| Keuch, Kimberly | 2:18-cv-13079 |
| Kirton, Mary | 2:19-cv-13855 |
| Klug, Glenda | 2:18-cv-13081 |
| Kraiterman, Bette | 2:19-cv-13858 |
| Kriss, Phyllis Jean | 2:17-cv-15936 |
| Labord, Deborah | 2:17-cv-15533 |
| Ladd, Miss Angela F. | 2:17-cv-15945 |
| Layton, Jane Ann | 2:18-cv-13083 |
| LeBlanc Olivares, Michelle | 2:18-cv-13086 |
| Lee, Adrianne | 2:17-cv-15536 |
| Lee, Wanda | 2:19-cv-13866 |
| Lemon, Betty | 2:17-cv-15573 |
| Lippin, Louise | 2:18-cv-13087 |
| Manning, April M. | 2:17-cv-14811 |
| Manning, Lillie T. | 2:18-cv-13094 |
| Markley, Lori A. | 2:17-cv-15950 |
| Marra, Elizabeth | 2:18-cv-13100 |
| Martens, Anita | 2:17-cv-15578 |
| Martin, Stephanie | 2:18-cv-13104 |
| Martinelli, Eunice | 2:17-cv-15580 |
| Massey, Diana | 2:18-cv-13107 |
| May, Georgina | 2:17-cv-15952 |
| McConnell, Kimberly | 2:17-cv-15589 |
| McCray-Wilson, Theresa | 2:19-cv-13871 |
| McDougal, Kimberly C. | 2:17-cv-16911 |
| McEntire, Ms. Doris D. | 2:18-cv-13110 |
| McGowin, Leonetta | 2:18-cv-13113 |
| McGrath, Margaret | 2:19-cv-13874 |
| Mcintyre, Carol | 2:18-cv-13116 |
| McKenzie, Francine | 2:18-cv-13121 |
| McKnight, Blondell | 2:18-cv-13123 |
| McLaughlin, Naomi | 2:18-cv-13126 |
| Mian, Denise T. | 2:17-cv-15594 |
| Miller, Betty | 2:18-cv-13130 |
| Mitchell, Roberta | 2:18-cv-13136 |
| Moore, Rhonda | 2:17-cv-15963 |
| Morgan, Tracey | 2:18-cv-13150 |
| Morse, Heather | 2:18-cv-13155 |
| Moses, Carol | 2:18-cv-13160 |
| Moultry, Lydia | 2:19-cv-13885 |
| Moye, Patricia | 2:19-cv-13892 |
| Nichols, Mrs. Judy White | 2:18-cv-13168 |
| Odell, Loanne M. | 2:18-cv-13177 |
| Olsen, Becky | 2:19-cv-13893 |
| Owens, Jeanene | 2:17-cv-16106 |
| Oxford, Julayne | 2:17-cv-15605 |
| Paddio, Gail | 2:18-cv-13182 |

| | |
|---|---|
| Payne, Betty | 2:17-cv-15991 |
| Payne, Kesher | 2:18-cv-13184 |
| Perry, Geraldine | 2:18-cv-03417 |
| Pesante, Anna | 2:18-cv-13188 |
| Peters, Janey | 2:19-cv-13875 |
| Petrice, Connie | 2:17-cv-15996 |
| Phillips, Saundra | 2:17-cv-15611 |
| Porter, Susie | 2:17-cv-15617 |
| Powers, Jeanette | 2:18-cv-13192 |
| Pratt, Diana | 2:19-cv-13896 |
| Pressley, Yvette | 2:18-cv-13194 |
| Preston, Eyvette | 2:19-cv-13897 |
| Prince, Kenya | 2:17-cv-15621 |
| Przestrzelski, Mary | 2:19-cv-01176 |
| Puntiel, Yovanna | 2:18-cv-13196 |
| Ramirez, Susan | 2:17-cv-16010 |
| Raynes, Lillian | 2:19-cv-13899 |
| Reese, Suzanne | 2:19-cv-13901 |
| Reeves, Deborah | 2:18-cv-13203 |
| Reynolds, Amanda | 2:17-cv-15708 |
| Richardson, Amarie B. | 2:18-cv-14002 |
| Riley, Dana | 2:17-cv-16018 |
| Rivera, Jeanette | 2:19-cv-13903 |
| Rivera, Yolanda M. | 2:17-cv-02906 |
| Rizzo, Mrs. Teresa | 2:17-cv-15711 |
| Robinson, Ms. Norma | 2:19-cv-13904 |
| Robinson, Sherri | 2:19-cv-13909 |
| Robinson-Williams, Latonja | 2:17-cv-16035 |
| Rodgers, Gloria | 2:19-cv-13910 |
| Rodriguez, Eunice | 2:17-cv-16038 |
| Roland, Sherry | 2:17-cv-16041 |
| Ross, Maxcine | 2:18-cv-13204 |
| Salinas, Graciela | 2:17-cv-15712 |
| Sandifer, Lana | 2:18-cv-13207 |
| Sandifer, Mya | 2:18-cv-13209 |
| Sanz, Olga | 2:19-cv-13913 |
| Schnuphase, Barbara | 2:19-cv-13914 |
| Schoenfeld, Susan | 2:18-cv-13212 |
| Sims, Jeanette | 2:17-cv-15841 |
| Smith, Darcy | 2:17-cv-16056 |
| Smith, Jacquelyn F. | 2:17-cv-16058 |
| Smith, Regina | 2:19-cv-13916 |
| Smith, Roanna | 2:18-cv-13220 |
| Snell, Rose | 2:17-cv-16063 |
| Snyder, Mrs. Mary | 2:17-cv-14845 |
| Spence, Joyce | 2:18-cv-13224 |
| Spencer, Anna | 2:18-cv-13225 |

| | |
|---|---|
| Spencer, Karen | 2:18-cv-13227 |
| Stefanski, Beverly | 2:18-cv-09633 |
| Stevens, Martha Sally | 2:19-cv-13912 |
| Straka, Frances | 2:18-cv-13230 |
| Sultenfuss, Sherry | 2:19-cv-13917 |
| Sutton, Mrs. Carolyn | |
| Tatum, Evangella S. | 2:18-cv-13240 |
| Thomas, Deborah Ann | 2:18-cv-13241 |
| Thomas, Earlene | 2:17-cv-16069 |
| Thomas, Ms. Detra | 2:18-cv-13244 |
| Thomas, Patricia | 2:17-cv-16073 |
| Thomas, Pearlee | 2:18-cv-13247 |
| Thomas, Victoria | 2:18-cv-13250 |
| Tillman, Rebecca | 2:18-cv-13251 |
| Timbers, Janice | 2:20-cv-03113 |
| Turnell, Dorothy | 2:17-cv-15753 |
| Tyson, Georgette | 2:17-cv-16076 |
| Valentine, Martha Lee | 2:18-cv-13253 |
| Valez, Betty | 2:17-cv-16080 |
| Walker, Mrs. Tammy | 2:17-cv-15776 |
| Ward, Dawn | 2:18-cv-13257 |
| Washington, Angela | 2:17-cv-15783 |
| Watson, Jacqueline | 2:17-cv-15791 |
| Weekes, Linda | 2:18-cv-13259 |
| Wesley, Tabitha | |
| Westbrook, Gwendolyn | 2:17-cv-09778 |
| Wheeler, Yakisha | 2:18-cv-13261 |
| White, Angela | 2:18-cv-13262 |
| White, Stacy | 2:17-cv-15809 |
| White-Grass, Linda | 2:18-cv-13264 |
| Whyte, Ms. Christy S. | 2:19-cv-13935 |
| Williams, Deborah | 2:18-cv-13266 |
| Williams, Donicia | 2:17-cv-15817 |
| Williams, Felecia L. | 2:19-cv-13936 |
| Williams, Jo Ann | 2:18-cv-13268 |
| Williams, Yolanda | 2:18-cv-08075 |
| Willis, Miss Anita | 2:17-cv-15826 |
| Wilson, Daphne | 2:17-cv-15830 |
| Windham, Linda | 2:18-cv-13279 |
| Woldstad, Amanda | 2:19-cv-13938 |