MINUTE ENTRY
MILAZZO, J.
May 25, 2022

JS-10:00:22

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

## <u>MINUTE ENTRY</u>

On May 25, 2022, the Court held a telephone status conference with liaison counsel to discuss the Order on CMO 33 and 34 Cases (Doc. 14234). That Order (Doc. 14234), in part, requires that individual counsel in the remaining Wave 1 cases provide to liaison counsel by today, May 25, 2022, a list of cases lacking updated authorizations and/or updated verification of their Plaintiff Fact Sheet, physically signed by the Plaintiff.

Based on the Court's discussion with liaison counsel,

**IT IS ORDERED** that the deadline for notifying liaison counsel of the cases lacking updated authorizations, physically signed by the Plaintiff, remains today, May 25, 2022.

**IT IS FURTHER ORDERED** that the deadline for notifying liaison counsel of the cases lacking updated verification of their Plaintiff Fact Sheet is **CONTINUED** and will be discussed at the June 3, 2022 hearing.

