UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Sherry Lash v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, et al.*, Civil Action No. 2:17-cv-16021 | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Civil Action No.: 2:17-cv-16021 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff Sherry Lash in the above-captioned case be dismissed with prejudice against all Defendants, each party to bear its own costs.

Dated this 27th day of May, 2022.

Respectfully submitted,

*/s/ John C. Thornton*
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
**ANDREWS & THORNTON**
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540

*Attorneys for Plaintiff*

SHOOK, HARDY & BACON LLP

/s/ Kelly Bieri
Kelly Bieri
Harley V. Ratliff
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
kbieri@shb.com; hratliff@shb.com

**Attorneys for Sanofi-Aventis U.S. LLC & Sanofi U.S. Services Inc.**


/s/ Douglas J. Moore
Douglas J. Moore, Esq.
Attorney for Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
Email:  dmoore@irwinllc.com
            kbrilleaux@irwinllc.com

**Liaison counsel for the Defendants**


/s/ Julie A. Callsen
Julie A. Callsen
Brandon D. Cox
TUCKER ELLIS LLP
950 Main Ave, Ste 1100
Cleveland, OH 44113
Phone: (216) 592-5000
Facsimile: (216) 592-5009
Email: noproductid@tuckerellis.com

**Counsel for Defendant Accord Healthcare Inc.**

/s/ *Kimberly Beck*
Kimberly Beck
Sheryl Ritter
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5064
Facsimile: (513) 689-5065
Email: kbeck@ulmer.com

***Counsel for Defendant Actavis Pharma, Inc.***

/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Phone: (678) 553-2100
Facsimile: (678) 553-2100
Email: Sandoz-Taxotere-ProdID@gtlaw.com

***Counsel for Defendant Sandoz, Inc.***

/s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Facsimile: (212) 849-7100
Email:
docetaxelproductid@quinnemanuel.com

***Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly d/b/a Hospira Worldwide, Inc., and Pfizer Inc.***

3

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
28 State Street
Boston, MA 02109
Phone: (617) 213-7000
Facsimile: (617) 213-7001
docenoprodid@hinshawlaw.com

***Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.***


/s/ Erin Bosman
Erin M. Bosman
Julie Y. Park
MORRISON & FOERSTER LLP 12531 High Bluff Dr.
San Diego, CA 92130-2040
Telephone:  858-720-5100
Facsimile:  858-720-5125
noproductid@mofo.com

***Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service***

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 27, 2022                                               */s/ John C. Thornton*
                                                                              John C. Thornton