**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>**SECTION "H" (5)**<br><br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO:<br><br>*Sherry Lash v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, et al., Civil Action No. 2:17-cv-16021* | **(PROPOSED) ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:17-cv-16021 |

**(PROPOSED) ORDER GRANTING STIPULATION OF DISMISSAL**

**WITH PREJUDICE**

HAVING CONSIDERED the Joint Stipulation of Dismissal with Prejudice as to the *Sherry Lash v. Sanofi US Services, Inc., et al.* matter, Civil Action No.: 2:17-cv-16021, IT IS HEREBY ORDERED THAT:

Plaintiff Sherry Lash's claims against all Defendants is hereby Ordered Dismissed with prejudice, with each party to bear its own costs.

_____

JUDGE