# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL)PRODUCT LIABILITY LITIGATION | § § § | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | § | SECTION "H" (5) |
| THE CASES LISTED ON ATTACHED EXHIBIT "A" | § § § | JUDGE MILAZZO MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE

Erin M. Wood of the law firm Fears Nachawati PLLC hereby enters her appearance as counsel of record on behalf of all plaintiffs listed on the attached Exhibit "A". As required by the Eastern District of Louisiana for MDL Cases, Erin M. Wood is admitted to practice and is in good standing in the state of Texas; the US District Court, Southern District of Texas; US District Court, Northern District of Texas; US District Court, Eastern District of Texas, and the US District Court, Eastern District of Wisconsin.

Dated: May 27, 2022

Respectfully submitted,

*/s/Erin M. Wood*
Erin M. Wood
Texas Bar No. 24073064
ewood@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on May 27, 2022 via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                        */s/ Erin M. Wood*
                                        ERIN M. WOOD