# Exhibit A

| Plaintiff Name | Case Number |
|---|---|
| Horst, Peggy | 2:18-cv-13400 |
| Cavan, Marie | 2:17-cv-17209 |
| Douglas, Lynne | 2:17-cv-17461 |