# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | § § § | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | § | SECTION "H" (5) |
| THE CASES LISTED ON ATTACHED EXHIBIT "A" | § § § | JUDGE MILAZZO MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE

Erin M. Wood of the law firm Fears Nachawati PLLC hereby enters an appearance for attorney William Carson as counsel of record on behalf of all plaintiffs listed on the attached Exhibit "A". As required by the Eastern District of Louisiana for MDL Cases, William Carson is admitted to practice and is in good standing in the states of Texas, California, and the US District Court, Western District of Pennsylvania.

Dated: May 27, 2022

Respectfully submitted,

*/s/Erin M. Wood*
Erin M. Wood
Texas Bar No. 24073064
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, Texas  75231
Tel. (214) 890-0711
Fax (214) 890-0712
Email: ewood@fnlawfirm.com

*/s/William Carson*
William Carson
Taxes Bar No. 24122473
FEARS NACHAWATI, PLLC

5489 Blair Road  
Dallas, Texas 75231  
Tel. (214) 890-0711  
Fax (214) 890-0712  
Email: wcarson@fnlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on May 27, 2022 via the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Erin M. Wood*  
ERIN M. WOOD