UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>JUDITH HESS | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, AND SANOFI-AVENTIS U.S. LLC D/B/A WINTHROP U.S.<br><br>CIVIL ACTION NO.:<br>2:18-CV-04801-JTM-MBN |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, AND SANOFI-AVENTIS U.S. LLC D/B/A WINTHROP U.S.**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **JUDITH HESS** ("Plaintiff"), to file this Notice of Partial Dismissal with Prejudice as to All Except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-

1

Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice as to All Except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

**WHEREFORE**, Plaintiff, **JUDITH HESS**, respectfully files this Notice of Partial Dismissal with Prejudice as to All Except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S

**DATED:    MAY 30, 2022**

Respectfully submitted,

**s/Jessica W. Hayes (La. Bar No. 28927)**
Stephen B. Murray (La. Bar No. 9858)
Arthur M. Murray (La Bar No. 27694)
**Jessica W. Hayes (La. Bar No. 28927)**
Robin Myers Primeau (La Bar No. 32613)
MURRAY LAW FIRM
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
E-mail: smurray@murray-lawfirm.com
E-mail: amurray@murray-lawfirm.com
E-mail: jhayes@murray-lawfirm.com
E-mail: rmyers@murray-lawfirm.com

**COUNSEL FOR PLAINTIFF,
JUDITH HESS**

**CERTIFICATE OF SERVICE**

I, **Jessica W. Hayes (Louisiana #28927)**, hereby certify that a copy of the above and foregoing has been electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system this 30th day of May, 2022, which will send a notice of electronic filing to participants in the case that are registered CM/ECF users.

                                             **/s/ Jessica W. Hayes (La. Bar No. 28927)**
                                             **Jessica W. Hayes (La. Bar No. 28927)**