IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO 2740 |
| | § | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | § § | |
| THE CASES LISTED ON THE ATTACHED EXHIBIT "A" | § § § § § | JUDGE MILAZZO MAG. JUDGE NORTH |

# JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to L.R. 83.2.11, the undersigned counsel hereby gives notice that Jason Long is no longer associated with Fears Nachawati Law Firm, PLLC and should be withdrawn as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action. The list of clients for whom Mr. Long entered an appearance in this MDL is attached hereto as Exhibit A.

Plaintiffs further respectfully request that the Court grant the following substitutions of counsel for Plaintiffs in the cases listed in Exhibit A:

Erin M. Wood
Fears Nachawati Law Firm, PLLC
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
Email: ewood@fnlawfirm.com

William Carson
Fears Nachawati Law Firm, PLLC
5489 Blair Road
Dallas, Texas  75231

Tel. (214) 890-0711
Fax (214) 890-0712
Email: wcarson@fnlawfirm.com

Erin M. Wood is admitted to practice and is in good standing in the state of Texas; the US District Court, Southern District of Texas; US District Court, Northern District of Texas; US District Court, Eastern District of Texas, and the US District Court, Eastern District of Wisconsin. William Carson is admitted to practice and is in good standing in the states of Texas, California, and the US District Court, Western District of Pennsylvania. Plaintiffs respectfully ask that the service list be updated to reflect the withdrawal and substitutions of counsel in this matter.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant this motion allowing for withdrawal and substitutions of counsel.

Dated: May 31, 2022                                       Respectfully submitted,

/s/ Erin M. Wood
Erin M. Wood
TX Bar No. 24073064
FEARS NACHAWATI, PLLC
5489 Blair Rd.
Dallas, TX 75231
Telephone: 214-890-0711
E-mail: ewood@fnlawfirm.com

/s/ William Carson
William Carson
TX Bar No. 24122473
FEARS NACHAWATI, PLLC
5489 Blair Rd.

Dallas, TX 75231
Telephone: 214-890-0711
E-mail: wcarson@fnlawfirm.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this 31st day of May 2022.

/s/ *Erin M. Wood*
Erin M. Wood