# Exhibit A

| Plaintiff Name | Case Number |
|---|---|
| Knox, Dulce | 2:20-cv-02303 |
| Rayfield, Doris | 2:20-cv-00748 |