# Exhibit A

| Plaintiff Name | Case Number |
|---|---|
| Bush, Linda | 2:18-cv-10617 |
| Johnson, Tomekya | 2:18-cv-13202 |
| Davis, Cary | 2:18-cv-13336 |
| Wearing, Alleshia | 2:18-cv-13835 |