## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: The Cases Listed on the attached Exhibit A | JUDGE MILAZZO MAG. JUDGE NORTH |

### ORDER GRANTING PLAINTIFFS' JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

This matter having come before the Court on Joint Motion to Withdraw and Substitute Counsel of Record, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that in place of attorney TAREK ABBASSI, attorneys ERIN WOOD and WILLIAM CARSON, are substituted as attorneys of record for the Plaintiffs.

New Orleans, Louisiana this _____ day of _____, 2022.

_____
**HONORABLE JANE TRICHE MILAZZO**
United States District Court Judge