UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Kirsten Peterson**
Case No.: 2:17-cv-15928

## DECLARATION

I, Jennifer Nolte, have attempted to reach my client, Kirsten Peterson, on the following dates: <u>April 22, 2022, May 3, 2022, May 5, 2022, May 13, 2022, May 16, 2022, May 19, 2022, May 24, 2022, May 25, 2022, and May 31, 2022</u> by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, <u>X</u> text message, <u>X</u> social media, <u>X</u> U.S. Mail, ____ Certified Mail, _____ other (FedEx Delivery), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

                                               **ALLEN & NOLTE, PLLC**

                                               /s/ Jennifer Nolte
                                               John H. "Trey" Allen, III
                                               trey@allennolte.com
                                               Jennifer Nolte
                                               jnolte@allennolte.com
                                               5445 La Sierra Drive, Suite 350
                                               Dallas, Texas 75231
                                               Tel: (214) 521-2300
                                               Fax: (214) 452-5637
                                               *Attorneys for Plaintiff*