# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Dulce Knox, 20-2303 ) | |
| Doris Rayfield, 20-748 ) | |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 14251),

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Jason Long is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Erin Wood and William Carson, of Fears Nachawati Law Firm, PLLC, are substituted as counsel for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 1st day of June, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**