UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Linda Bush, 18-10617 ) <br> Tomekya Johnson, 18-13202 ) <br> Cary Davis, 18-13336 ) <br> Alleshia Wearing, 18-13835 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel (Doc. 14252),

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Tarek Abbassi is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Erin Wood and William Carson, of Fears Nachawati Law Firm, PLLC, are substituted as counsel for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 1st day of June, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**