### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO: 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JUDITH K. JENINGS,<br><br>    Plaintiff,<br><br>vs.<br><br>HOSIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.<br><br>    Defendants. | : : : : : : : : : : : | Civil Action No: 2:17-cv-16796 |

### MOTION FOR SUBSTITUTION OF PLAINTIFF

**COMES NOW**, Plaintiff Judith K. Jenings and files this motion to substitute her surviving heir, Byron T. Jenings, Jr., as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Judith K. Jenings filed the present action in the United States District Court of the Eastern District of Louisiana on December 11, 2017.

2. Plaintiff Judith K. Jenings died on January 1, 2022.

3. On April 29, 2022, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a).

4. Byron T. Jenings, Jr., surviving sibling of Judith K. Jenings, is the next of kin and proper party Plaintiff pursuant to the laws of the State of Colorado.

**WHEREFORE**, Counsel for Plaintiff requests that Byron T. Jenings, Jr. be substituted as the proper party Plaintiff pursuant to Federal Rule of Civil Procedure 25 (a)(1).

Dated: June 2, 2022                              Respectfully Submitted,

                                                 */s/Frederick B. Darley, III*
                                                 Frederick B. Darley, III
                                                 Andy D. Birchfield, Jr.
                                                 **BEASLEY, ALLEN, CROW, METHVIN,
                                                 PORTIS & MILES, P.C.**
                                                 P.O. Box 4160
                                                 234 Commerce Street
                                                 Montgomery, AL 36103 (36104)
                                                 (334) 269-2343 – Phone
                                                 (334) 954-7555 – Fax
                                                 Beau.Darley@BeasleyAllen.com
                                                 Andy.Birchfield@BeasleyAllen.com
                                                 *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2022, this document was filed electronically with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                 */s/Frederick B. Darley, III*
                                                 Frederick B. Darley, III