# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO: 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| JUDITH K. JENINGS,<br><br>    Plaintiff,<br><br>vs.<br><br>HOSIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.<br><br>    Defendants. | : : : : : : : : : : | <br><br><br><br><br>Civil Action No: 2:17-cv-16796 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PLAINTIFF

**THE COURT** being fully advised that Plaintiff, Judith K. Jenings, died on January 1, 2022, and that Byron T. Jenings, Jr., being the surviving sibling of Judith K. Jennings pursuant to the laws of the State of Colorado, hereby GRANTS Plaintiff's Motion for Substitution of Plaintiff in the above captioned matter.

SO ORDERED this _____ day of _____, 2022.

_____
JUDGE, UNITED STATES DISTRICT COURT