# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| *Candice Broadie V. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No.: 2:18-cv-12928 | MAG. JUDGE MICHAEL B. NORTH |

## PLAINTIFF'S MOTION TO VACATE VOLUNTARY DISMISSAL WITH RESPECT TO PFIZER INC.

Plaintiff, Candice Broadie, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* hereby files this Motion to Vacate Voluntary Dismissal, Document No. 6439, with respect to Pfizer Inc.  Plaintiff is seeking relief from the dismissal of claims with respect to Pfizer Inc., pursuant to Federal Rule of Civil Procedure 60(b)(6).

Since the filing of the voluntary dismissal of Pfizer Inc. on March 7, 2019, AmerisourceBergen Corporation has since provided Plaintiff Broadie with copies of the sales records for the Taxotere/Docetaxel purchased by the Levine Cancer Institute during the time Plaintiff Broadie was being treated with Taxotere/Docetaxel from 03/19/2012 to 07/23/2012. These sales records identify both Sanofi-Aventis U.S. LLC and Pfizer Inc. as the manufacturers of the Taxotere/Docetaxel received by Plaintiff Broadie at the Levine Cancer Institute.  On January 8, 2020, these sales records were uploaded in Centrality as Document No. 431955.

Plaintiff seeks to vacate the stipulation of dismissal with prejudice with respect to Pfizer, Inc. and reinstate Pfizer Inc. as an original Defendant in this action, as both Sanofi-Aventis U.S. LLC and Pfizer Inc. are identified as manufacturers of the Taxotere/Docetaxel used at the Levine

Cancer Institute.

Dated this 2nd day of June, 2022                Respectfully submitted,

                                                **PULASKI KHERKHER, PLLC**

                                                */s/ Adam Pulaski*_____
                                                Adam Pulaski
                                                2925 Richmond, Suite 1725
                                                Houston, TX 77098
                                                Tel: (713) 664-4555
                                                Fax: (713) 664-7543
                                                adam@pulaskilawfirm.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 2, 2022                                         */s/ Adam Pulaski*

3