# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| **THIS DOCUMENT RELATES TO:** | **SECTION "N" (5)** |
| *Candice Broadie V. Sanofi-Aventis U.S. LLC, et al.,* **Civil Action No.: 2:18-cv-12928** | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE MICHAEL B. NORTH** |

## ORDER

IT IS SO ORDERED that Plaintiff's Motion to Vacate Voluntary Dismissal with respect to Pfizer Inc. is hereby GRANTED, and that Plaintiff's claims against Pfizer Inc. are hereby Reinstated.

Signed this _____ day of _____ 2022.

_____
Honorable Jane T. Milazzo
U.S. District Judge