## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Annie Hunt v. Hospira, Inc., et al.* <br> Case No. 2:17-cv-08141 | | |

## **MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting LaJoyce Chapman on behalf of her deceased sister, Annie Hunt.

1. Plaintiff filed a products liability lawsuit against defendants on August 23, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Annie Hunt died on December 18, 2019. A Notice and Suggestion of Death was filed on March 27, 2020.

3. Plaintiff Annie Hunt's product liability action against defendants survived her death and was/is not extinguished.

4. LaJoyce Chapman is the surviving sister of Annie Hunt and is a successor-in-interest and a proper party to substitute for plaintiff-decedent Annie Hunt.

5. Undersigned counsel provided Defendant's counsel a copy of this Motion on May 25, 2022, and Defendant's counsel has responded to this Motion. Defendant's counsel stated that they do not object to the filing of this motion; however, they reserve all rights and defenses, including the right to dispute the survival of the decedent's claims and Plaintiff's capacity to bring suit on the decedent's behalf at a later time.

1

Based on the foregoing, LaJoyce Chapman requests that this Court grant him request for substitution as plaintiff in this action.

Dated this 3rd day of June, 2022

Respectfully submitted,

*/s/ Paige Boldt*
**Paige Boldt**
Texas Bar No. 24082626
**Mikal C. Watts**
Texas Bar No. 20981820

**WATTS GUERRA LLP**
5726 Hausman Rd. W., Ste. 119
San Antonio, TX 78249
Telephone: 866.529.9100
Fax: 210.448.0501
Email: pboldt@wattsguerra.com
Email: mcwatts@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATION OF ACCEPTANCE OF CONTENT BY ALL PARTIES

I, Paige Boldt, declare under penalty of perjury and pursuant to the laws of Louisiana and the United States that I have in my possession e-mail correspondence from defense counsel dated May 26, 2022, that the content of this Unopposed Motion is acceptable to all parties.

*/s/ Paige Boldt*
Paige Boldt

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 3, 2022

*/s/ Paige Boldt*
Paige Boldt