# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *Annie Hunt v. Hospira, Inc., et al.*<br>*Case No. 2:17-cv-08141* | : : : | MAG. JUDGE MICHAEL NORTH |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Annie Hunt's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. LaJoyce Chapman, on behalf of his deceased sister, Annie Hunt, may be substituted for Annie Hunt as the proper party plaintiff in this action.

SO ORDERED this 6th day of May 2022.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge

1