**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

**In Re: Taxotere (Docetaxel)**                                          **MDL NO. 2740**
**Products Liability Litigation**

                                                                          **Section "H" (5)**

**This Document Relates to:**

**Plaintiff: Rita Rider**
**Case No.: 20-cv-01084**

### Statement of Plaintiff's Counsel

     I represent Rita Rider whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

     The deficiency is not cured and there is no defense to the request for dismissal

Date: June 6, 2022                                          */s/ Chelsie M. Rohan*
                                                            Chelsie M. Rohan, Esquire
                                                            Dallas W. Hartman, PC
                                                            201 Green Ridge Road
                                                            New Castle, PA 16105
                                                            Phone: (724) 652-4081
                                                            Fax: (724) 652-8380
                                                            crohan@dallashartman.com

## CERTIFICATE OF SERVICE

I hereby certify that, this 6th day of June, 2022, I have electronically filed a copy of the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ Chelsie M. Rohan
Chelsie M. Rohan