MINUTE ENTRY
MILAZZO, J.
JUNE 3, 2022

JS-10: 02:38

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: 16-17144, 17-15928, and others | | |

# MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Alexis Vice |
| LAW CLERK: | Brittany Flanders |
| APPEARANCES: | Jon Strongman, Kelly Brilleaux, Adrienne Byard, and Jordan Baehr, for Sanofi Defendants<br>M. Palmer Lambert, Dawn Barrios, and Claire Kreider, for Plaintiffs |

On June 3, 2022, this Court held oral argument on the Sanofi Defendants' Motion for Summary Judgment (Doc. 14146). Jon Strongman argued for Defendants, and Palmer Lambert argued for Plaintiff. The Court also held the CMO 33/34 eligibility hearing. The parties are to confer and provide the Court with a list of plaintiffs who are eligible to proceed in Wave 1.

For the reasons stated on the record, **IT IS ORDERED** that Kirsten Peterson's case (17-cv-15928) is **DISMISSED WITH PREJUDICE**.