UNITED STATES DISTRICT COURT

EASTERN DISCTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| *Lucinda Readinger v. Accord Healthcare, Inc.; Hospira Worldwide, LLC F/K/A; Hospira Worldwide, Inc.; and Hospira, Inc.* Case No. 2:17-cv-12372 | : : : : : | MAG. JUDGE MICHALE NORTH |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's surviving spouse, Ronald Readinger, as plaintiff on behalf of the deceased Plaintiff, Lucinda Readinger.

1. Plaintiff filed a products liability lawsuit against defendants on November 13, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Lucinda Readinger died on July 3, 2019.  A Notice and Suggestion of Death was filed on December 6, 2019.

3. Plaintiff Lucinda Readinger's product liability action against defendants survived her death and was/is not extinguished.

4. Ronald Readinger is the surviving spouse of Lucinda Readinger and is a successor-in-interest and a proper party to substitute for plaintiff-decedent Lucinda Readinger.

5. Undersigned counsel provided Defendant's counsel a copy of this Motion on May 25, 2022, and Defendant's counsel has responded to this Motion. Defendant's counsel stated that they do not object to the filing of this motion; however, they reserve all rights and defenses, including the right to dispute the survival of the decedent's claims and Plaintiff's capacity to bring suit on the decedent's behalf at

1

a later time.

Based on the foregoing, Ronald Readinger requests that this Court grant him request for substitution as plaintiff in this action.

| | |
|---|---|
| Dated this 6th day of June, 2022 | Respectfully submitted, |
| | /s/ Paige N. Boldt<br>**Paige N. Boldt**<br>Texas Bar No. 24082626<br>**Mikal C. Watts**<br>Texas Bar No. 20981820 |
| | **Watts Guerra LLP**<br>5726 Hausman Rd. W., Ste. 119<br>San Antonio, TX 78249<br>Telephone: 866.529.9100<br>Fax: 210.448.0501<br>Email: pboldt@wattsguerra.com<br>Email: mcwatts@wattsguerra.com |

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATION OF ACCEPTANCE OF CONTENT BY ALL PARTIES**

I, Paige Boldt, declare under penalty of perjury and pursuant to the laws of Louisiana and the United States that I have in my possession e-mail correspondence from defense counsel dated May 26, 2022, that the content of this Unopposed Motion is acceptable to all parties.

/s/ Paige Boldt
Paige Boldt

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 6, 2022   /s/ Paige Boldt
Paige Boldt