UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Victoria Prokop**
Case No.: **2:19-cv-09335**

## DECLARATION

I, Nathan Buttars, Esq., or a member of my firm, Lowe Law Group, have attempted to reach our client(s), Victoria Prokop, on the following dates: 02/24/2022, 03/08/2022, 03/17/2022, 04/18/2022, 04/26/2022, 05/04/2022, and 05/25/2022 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, _____ social media, _____ U.S. Mail, _____ Certified Mail, _____ other, and our client(s) has/have not been responsive to our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Nathan Buttars*
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com