UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Hilda Nelson</u>
Case No.: <u>2:18-cv-07706</u>

## DECLARATION

I, Nathan Buttars, Esq., or a member of my firm, Lowe Law Group, have attempted to reach our client(s), Hilda Nelson, on the following dates: <u>03/02/2022, 03/08/2022, 03/17/2022, 04/18/2022, 04/26/2022, 05/04/2022, and 05/25/2022</u> by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, ____ other, and our client(s) has/have not been responsive to our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Nathan Buttars*
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com