BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Tarnya King v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. Case No.: 2:20-cv-03305 | |

### STIPULATION TO POSTPONE SUBMISSION DATE OF PLAINTIFF TARNYA KING'S OPPOSITON TO DEFENDANTS' ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S MOTION TO DISMISS COMPLAINT FOR UNTIMELY PURPORTED SERVICE OF PROCESS

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

The parties, hereby stipulate, subject to Court approval, to the following:

WHEREAS, on May 12, 2022, Defendants Actavis Pharma, Inc. and Actavis LLC filed a Motion to Dismiss Complaint for Untimely Purported Service of Process.

WHEREAS, to preserve time and costs, the parties have met and conferred and have agreed to postpone the submission date of Defendant's Motion to Dismiss Complaint for Untimely Purported Service of Process to July 14, 2022.

THEREFORE, Plaintiff's counsel and counsel for Stipulating Defendants Actavis Pharma, Inc. and Actavis LLC stipulate and agree to extend deadlines currently set for the Opposition to Motion to Dismiss until July 14, 2022.

IT IS SO STIPULATED.

Dated: June 7, 2022

Respectfully submitted:

| | |
|---|---|
| */s/ Lindsay R. Stevens* | */s/ Michael J. Suffern* |
| Lindsay R. Stevens (CA Bar # 256811) | Michael J. Suffern |
| GOMEZ TRIAL ATTORNEYS | Ulmer & Berne LLP |
| 655 West Broadway, Suite 1700 | 312 Walnut Street, Suite 1400 |
| San Diego, California 92101 | Cincinnati, Ohio 45202-4029 |
| Telephone: (619) 237-3490 | Telephone: (513) 698-5064 |
| Facsimile: (619) 237-3496 | Facsimile: (513) 698-5065 |
| lstevens@thegomezfirm.com | msuffern@ulmer.com |
| | |
| *Attorney for Plaintiff Tarnya King* | *Attorney for Defendants ACTAVIS PHARMA, INC. and ACTAVIS LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com