BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Tarnya King v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. Case No.: 2:20-cv-03305 | |

**PROPOSED ORDER GRANTING STIPULATION TO POSTPONE SUBMISSION DATE OF PLAINTIFF TARNYA KING'S OPPOSITON TO DEFENDANTS' ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S MOTION TO DISMISS COMPLAINT FOR UNTIMELY PURPORTED SERVICE OF PROCESS**

**IT IS HEREBY ORDERED** that the Stipulation to Postpone Submission Date of Plaintiff Tarnya King's Opposition to Defendant's Actavis Pharma, Inc.'s and Actavis LLC's Motion to Dismiss Complaint for Untimely Purported Service of Process is Hereby GRANTED.

DATED:_____, 2022

_____
HON. JANE TRICHE MILLAZZO
UNITED STATES DISTRICT JUDGE