UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Sherry Lash, v. Sanofi-Aventis U.S. LLC, et al.* Civil Action No.: 2:17-cv-16021 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

> **X** Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
> ___ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
> ___ Other: Plaintiff wishes to dismiss her case with prejudice.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: June 7, 2022

        **ANDREWS & THORNTON** By:
        */s/ John C. Thornton*
        John C. Thornton
        John C. Thornton, Esq., SBN 84492
        email: jct@andrewsthornton.com
        Anne Andrews, Esq., SBN 103280
        email: aa@andrewsthornton.com
        ANDREWS & THORNTON
        4701 Von Karman Ave., Suite 300
        Newport Beach, CA 92660
        Phone: (949) 748-1000
        Facsimile: (949) 315-3540
        *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that June 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 7, 2022                                           */s/ John C. Thornton*