## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| This Document Relates to: Pamela Fauntleroy v. Sanofi-Aventis U.S. LLC, et al.; Civil Action No.: 2:17-12679 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## **MOTION TO ENROLL ADDITIONAL COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, who moves this Honorable Court for an Order enrolling additional counsel of record on their behalf, J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus of the law firm of Bachus & Schanker, LLC.

Based on the foregoing, Plaintiffs respectfully moves for an order enrolling new counsel of record as set forth above.

Respectfully submitted on June 7, 2022 by:

        **BACHUS & SCHANKER, LLC**

        */s/ J. Christopher Elliott*
        J. Christopher Elliott, Esq.
        Darin L. Schanker, Esq.
        J. Kyle Bachus, Esq.
        BACHUS & SCHANKER, LLC
        101 W. Colfax, Ste. 650
        Denver, CO 80202
        Phone: (303) 893-9800
        Facsimile (303) 893-9900
        dschanker@coloradolaw.net
        celliott@coloradolaw.net
        kyle.bachus@coloradolaw.net
        *Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 7, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>*/s/ Melanie R. Sulkin*</u>