# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| This Document Relates to: Pamela Fauntleroy v. Sanofi-Aventis U.S. LLC, et al.; | JUDGE JANE TRICHE MILAZZO |
| Civil Action No.: 2:17-12679 | MAG. JUDGE MICHAEL B. NORTH |

## PROPOSED ORDER ON
## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff who moves this Honorable Court for an Order enrolling additional counsel of record on their behalf.

Considering the foregoing motion,

IT IS ORDERED that J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus of Bachus & Schanker, LLC be enrolled as additional counsel of record for Plaintiff.

New Orleans, Louisiana this ____ day of ____, 2022.

_____
UNITED STATES DISTRICT JUDGE