# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | |
| *Lucinda Readinger v. Accord Healthcare, Inc.; Hospira Worldwide, LLC F/K/A; Hospira Worldwide, Inc.; and Hospira, Inc.* *Case No. 2:17-cv-12372* | : | |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Lucinda Readinger's Motion to Substitute Party Plaintiff (Doc. 14264), and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Ronald Readinger, on behalf of his deceased wife, Lucinda Readinger, may be substituted for Lucinda Readinger as the proper party plaintiff in this action.

New Orleans, Louisiana this 7th day of June, 2022.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Judge

1