UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Pamela Fauntleroy, 17-12679 | ) ) | |

## ORDER

Before the Court is a Motion to Enroll Additional Counsel (Doc. 14273);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorneys J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus shall be enrolled as counsel of record for the above-referenced Plaintiff.

New Orleans, Louisiana, this 8th day of June, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE