## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:** | |
| | **JUDGE JANE TRICHE MILAZZO** |
| ***Candice Broadie V. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No.: 2:18-cv-12928** | **MAG. JUDGE MICHAEL B. NORTH** |

### PLAINTIFF'S MOTION TO VACATE VOLUNTARY DISMISSAL WITH RESPECT TO PFIZER INC.

Plaintiff, Candice Broadie, by and through the undersigned Counsel of Record pursuant to Rule 41 of the *Federal Rules of Civil Procedure,* hereby files this Motion to Vacate Voluntary Dismissal, Document No. 6439, with respect to Pfizer Inc.  Plaintiff is seeking relief from the dismissal of claims with respect to Pfizer Inc., pursuant to Federal Rule of Civil Procedure 60(b)(6).

Plaintiff files this Motion along with her Memorandum in Support of her Motion to Vacate the Voluntary Dismissal of Pfizer Inc. as a Defendant in this action.  Plaintiffs seeks to vacate the stipulation of dismissal with prejudice with respect to Pfizer Inc. and reinstate Pfizer Inc. as an original Defendant in this action, as both Sanofi-Aventis U.S. LLC and Pfizer Inc. are identified as manufacturers of the Taxotere/Docetaxel used at the Levine Cancer Institute.

Dated this 9th day of June, 2022

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ Adam Pulaski*
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
adam@pulaskilawfirm.com
*Attorney for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 9, 2022                                        */s/ Adam Pulaski*