**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE JANE TRICHE MILAZZO |
| *Candice Broadie V. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No.: 2:18-cv-12928 | MAG. JUDGE MICHAEL B. NORTH |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF HER MOTION TO VACATE VOLUNTARY DISMISSAL WITH RESPECT TO PFIZER INC.

Plaintiff, Candice Broadie, by and through the undersigned Counsel of Record, submits this Memorandum in Support of her Motion to Vacate the Voluntary Dismissal with respect to Pfizer Inc.

Plaintiff filed a voluntary dismissal of Pfizer Inc. on March 17, 2019. Since the filing of the dismissal, AmerisourceBergen Corporation has since provided Plaintiff Broadie with copies of Taxotere/Docetaxel purchase records from Levine Cancer Institute. These purchase records are evidence of the Taxotere/Docetaxel that Plaintiff Broadie was treated with at Levine Cancer Institute from March 19, 2012 to July 23, 2012. These purchase records identify both Sanofi-Aventis U.S. LLC and Pfizer Inc. as the manufacturers of the Taxotere/Docetaxel received by Plaintiff Broadie at the Levine Cancer Institute. On January 8, 2020, these purchase records were uploaded in Centrality as Document No. 431955, and hereto attached as Exhibit A.

Plaintiff seeks to vacate the stipulation of dismissal with prejudice with respect to Pfizer, Inc. and reinstate Pfizer Inc. as an original Defendant in this action, as both Sanofi-Aventis U.S. LLC and Pfizer Inc. are identified as the manufacturers of the Taxotere/Docetaxel used at the Levine Cancer Institute during Plaintiff Broadie's chemotherapy treatment.

Defendants would not be prejudiced by this Motion to Vacate, and its sole purpose is to identify the Taxotere/Docetaxel manufacturers in Plaintiff's case.  For these reasons, Plaintiff requests that this Court grant Plaintiff's Motion to Vacate the Voluntary Dismissal of Pfizer Inc. and reinstate Pfizer Inc. as a Defendant in this case.

Dated this 9th day of June, 2022                     Respectfully submitted,

                                                        **PULASKI KHERKHER, PLLC**

                                                        */s/ Adam Pulaski*_____
                                                        Adam Pulaski
                                                        2925 Richmond, Suite 1725
                                                        Houston, TX 77098
                                                        Tel: (713) 664-4555
                                                        Fax: (713) 664-7543
                                                        adam@pulaskilawfirm.com
                                                        *Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 9, 2022                    *<u>/s/ Adam Pulaski                 </u>*

# Exhibit A

## Tina Lafoe

**From:** Information Requests - Legal <InformationRequestsLegal@amerisourcebergen.com>
**Sent:** Wednesday, January 8, 2020 12:26 PM
**To:** Tina Lafoe
**Cc:** Information Requests - Legal
**Subject:** Subpoena - Taxotere - Candice Broadie v. Sanofi
**Attachments:** 20200107 Candice Broadie v. Sanofi.pdf

Hi Tina,

After reviewing the available AmerisourceBergen/Oncology Supply sales information for Levine Cancer Institute listed below is the branded or generic Taxotere/docetaxel purchased between 03/01/2010 and 01/31/2013:

| ItemDesc | NDC | OrdDate | DelivQty | Manuf. |
|---|---|---|---|---|
| TAXOTERE 20MG/.5ML  SDV  SOL | 00075-8001-20 | 03/02/2010 – 10/26/2010 | 502 | SANOFI-AVENTIS US LLC |
| TAXOTERE 80MG/2ML SDV SOL | 00075-8001-80 | 03/02/2010 – 10/20/2010 | 365 | SANOFI-AVENTIS US LLC |
| TAXOTERE 20MG SDV | 00075-8003-01 | 10/25/2010 - 11/16/2012 | 408 | SANOFI-AVENTIS US LLC |
| TAXOTERE 80MG SDV | 00075-8004-04 | 10/25/2010 – 11/16/2012 | 334 | SANOFI-AVENTIS US LLC |
| DOCETAXEL INJ 20MG/2ML SDV | 00409-0201-02 | 04/29/2011 – 09/14/2011 | 54 | PFIZER INJECTABLES |
| DOCETAXEL INJ 80MG/8ML MDV | 00409-0201-10 | 04/05/2011 – 01/22/2013 | 1260 | PFIZER INJECTABLES |
| DOCETAXEL 20MG VL 1ML | 00955-1020-01 | 03/22/2011 – 04/19/2011 | 33 | WINTHROP, US..BUS OF SANOFI-AVENTIS |
| DOCETAXEL 80MG VL 4ML | 00955-1021-04 | 03/23/2011 - 03/25/2011 | 23 | WINTHROP, US..BUS OF SANOFI-AVENTIS |
| DOCETAXEL 80MG/4ML RTU SDV | 16729-0231-64 | 09/21/2012 | 16 | ACCORD HEALTHCARE, INC |

Please note that we can only confirm purchases of these NDC numbers and cannot confirm it was administered to any specific patient.

Please let us know if you have any questions.

**Shawn L. Matteo**
**Legal Specialist**
AmerisourceBergen Corporation
227 Washington Street
Conshohocken, PA 19428
Direct: 610.727.7209
E-mail: smatteo@amerisourcebergen.com

1

Broadie, C_000013