**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| **THIS DOCUMENT RELATES TO:** | **SECTION "N" (5)** |
| *Candice Broadie V. Sanofi-Aventis U.S. LLC, et al.,* **Civil Action No.: 2:18-cv-12928** | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE MICHAEL B. NORTH** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff will submit an accompanying Motion to Vacate Notice of Voluntary Dismissal on the 29th day of June, 2022, before the Honorable Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument is requested.

    Respectfully submitted,

    **PULASKI KHERKHER, PLLC**

    */s/ Adam Pulaski*_____
    Adam Pulaski
    2925 Richmond, Suite 1725
    Houston, TX 77098
    Tel: (713) 664-4555
    Fax: (713) 664-7543
    adam@pulaskilawfirm.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 9, 2022                                          */s/ Adam Pulaski*_____