UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| *Candice Broadie V. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No.: 2:18-cv-12928 | MAG. JUDGE MICHAEL B. NORTH |

**ORDER**

IT IS SO ORDERED that Plaintiff's Opposed Motion to Vacate Voluntary Dismissal with respect to Pfizer Inc. is hereby GRANTED, and that Plaintiff's claims against Pfizer Inc. are hereby Reinstated.

Signed this _____ day of _____ 2022.

_____
Honorable Jane T. Milazzo
U.S. District Judge