**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL) )   MDL No. 2740
PRODUCTS LIABILITY LITIGATION )
            )
            )   SECTION: "H" (5)
THIS DOCUMENT RELATES TO: )
ALL ACTIONS        )

## CASE MANAGEMENT ORDER NO. 34A

(200 WAVE 1 REMAND CASE STATUS)

   Case Management Order No. 34 ("CMO 34") (R. Doc. 14045) was entered on April 19, 2022, identifying 200 cases selected by the Court and parties for the Wave 1 remand process set forth in Case Management Order No. 33 ("CMO 33") (R. Doc. 13946). On June 3, 2022, the Court held a hearing and made rulings on challenges to the eligibility of these based on the criteria set forth in CMO 33. At the Court's direction, the parties conferred after the hearing to apply select rulings of the Court to all cases in dispute. Reserving all parties' positions in future eligibility disputes, the current status of these cases are as follows: cases proceeding with Wave 1 remand discovery at this time (Exhibit A), cases not proceeding with Wave 1 remand discovery at this time (Exhibit B), and cases with pending issues to be resolved by the parties or which may require further Court rulings, proceeding with Wave 1 remand discovery until such time as those issues may be resolved (Exhibit C).

   Accordingly, after reviewing the parties' submissions and considering the rulings on evidence and argument presented at the June 3, 2022 hearing,

   **IT IS HEREBY ORDERED** that the cases listed on Exhibits A and C shall proceed with the discovery contemplated by CMO 33, and including additional product identification discovery

in select cases identified by the parties prior to the June 3 hearing.[1]  Certain deadlines must be met in the cases listed in Exhibit C, as articulated at the June 3 hearing, in order for those cases to continue to proceed including a two (2) week deadline for missing updated PFSs that concludes on June 17, 2022; and,

**IT IS FURTHER ORDERED** that, for purposes of CMO 33, paragraph 9, providing for a discovery completion period of seven (7) months, this period is deemed to have commenced on June 3, 2022 for the cases identified in Exhibits A and C.

**IT IS FURTHER ORDERED** that Co-Liaison Counsel and Sanofi shall periodically update the Court on the status of Wave 1 Remand Cases, including further dismissals or agreements on cases not proceeding further with discovery at this time.

New Orleans, Louisiana, this 13th day of June, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] Those select cases are Floraida Aragon (2:17-cv-11436), Cheryl House (2:17-cv-11436), Elaine McDuell (2:17-cv-07107), and Sandra Moore (2:17-cv-09814).

**EXHIBIT A**

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM |
|---|---|---|
| Plaintiff | EKELOF, DORIS | Allen & Nolte, PLLC |
| Plaintiff | NECASTRO, MARGARET | Allen & Nolte, PLLC |
| Court | SHEPPARD, JACKIE | Allen & Nolte, PLLC |
| Plaintiff | SCHAFF, ELLEN | Atkins & Markoff |
| Plaintiff | ALAMIL, MARIA C | Bachus & Schanker, LLC |
| Court | ALI, AYSHA | Bachus & Schanker, LLC |
| Plaintiff | ALLAIN, CAROL | Bachus & Schanker, LLC |
| Plaintiff | ARAGON, FLORAIDA | Bachus & Schanker, LLC |
| Court | HOUSE, CHERYL L | Bachus & Schanker, LLC |
| Court | MCCLAFLIN, GINA | Bachus & Schanker, LLC |
| Defense | MCGHEE, LESLIE | Bachus & Schanker, LLC |
| Court | MOORE, SANDRA | Bachus & Schanker, LLC |
| Plaintiff | WOLFE, JODY | Bachus & Schanker, LLC |
| Defense | GONZALES, MARTHA | Brent Coon & Associates |
| Court | HARRISON, GEORGIA | Brent Coon & Associates |
| Court | BROUILLARD, EDITH P | Brown & Crouppen |
| Court | CHAMPANERI, ANUKA | Carey Danis & Lowe |
| Defense | STEPHENS, LINDA | Carey Danis & Lowe |
| Court | WARTH, MARIA | Carey Danis & Lowe |
| Plaintiff | JOHNSON, ANGELA | Cory Watson |
| Court | PEGUES, FANITA | Cory Watson |
| Court | PICKETT, SHARON | Cory Watson |
| Court | YANTZER, CARMEN | Cutter Law PC |
| Court | DANIEL, MARGO | Davis & Crump, P. C. |
| Court | HALL, MARGARET | Davis & Crump, P. C. |
| Plaintiff | CAVAN, MARIE E | Fears | Nachawati |
| Defense | DAVIS, CARY | Fears | Nachawati |
| Defense | DOUGLAS, LYNNE A | Fears | Nachawati |
| Court | HORST, PEGGY | Fears | Nachawati |
| Court | RAYFIELD, DORIS | Fears | Nachawati |
| Plaintiff | WEARING, ALLESHIA M | Fears | Nachawati |
| Court | DULCE, KNOX | Fears | Nachawati |
| Defense | BOYNTON, SANDRA | Fernelius Simon PLLC |
| Court | JONES, REGINA A | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC |
| Court | LUDWIG, JACQUELINE J | Gibbs Law Group LLP |
| Plaintiff | AYERS, KATHY | Gomez Trial Attorneys |
| Plaintiff | MILLS, JACQUELINE | Gomez Trial Attorneys |
| Plaintiff | OYIBO, GAIL | Gomez Trial Attorneys |

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM |
|---|---|---|
| Plaintiff | PRIMACIO, BETSY | Gomez Trial Attorneys |
| Court | THOMAS, SYLVIA | Gomez Trial Attorneys |
| Court | RODRIGUEZ, MARTHA | Harrison Davis Steakley Morrison Jones, PC |
| Defense | GREEN, ALMA | Hissey, Mulderig & Friend, PLLC |
| Court | BIAS, TUWANA T | Johnson Becker |
| Defense | DECOTEAU, SUSAN | Johnson Law Group |
| Defense | JACKSON, SYLVIA | Johnson Law Group |
| Court | MCBRIDE, DELORIS | Johnson Law Group |
| Defense | RAGAN, KYMBERLY | Johnson Law Group |
| Court | PHILLIPS, MARY L | Kirkendall Dwyer LLP |
| Plaintiff | CUARON, MARIA | Laborde Earles Law Firm |
| Plaintiff | THOMAS, ROBIN L | Langdon & Emison LLC |
| Defense | HUDSON, BONNIE | Law Offices of A. Craig Eiland |
| Defense | UTTER, MARY K | Maher Law Firm |
| Plaintiff | HANSON, HOLLY | McGartland Law Firm, PLLC |
| Defense | NIDDRIE, SUZANNE | McSweeney/Langevin LLC |
| Plaintiff | SMITH, LINDA | McSweeney/Langevin LLC |
| Court | WARREN WIGGINS, GLORIA | Meyers & Flowers, LLC |
| Court | DAVIS, REGINA A | Napoli Shkolnik PLLC |
| Plaintiff | ADDELSON, BARBARA | Niemeyer, Grebel & Kruse |
| Defense | JOHNSON, LATASHA S | Niemeyer, Grebel & Kruse |
| Court | KADEN, KAILA M | Niemeyer, Grebel & Kruse |
| Plaintiff | BRAZILL, SHARON | Pendley, Baudin & Coffin, L.L.P. |
| Court | CUMMINGS, MATHILDA | Pendley, Baudin & Coffin, L.L.P. |
| Court | MCELRATH, MYRA J | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | DORMAN, BRENDA | Pittman, Dutton & Hellums, P.C. |
| Court | TREAT, BARBARA | Reich and Binstock, LLP |
| Court | MCDONALD, ANITA | Reich and Binstock, LLP |
| Defense | NEW, LINDA | Reich and Binstock, LLP |
| Defense | CARY, GLADYS | Reyes\|Browne\|Reilley |
| Court | OGILVIE, SHAREN | Reyes\|Browne\|Reilley |
| Defense | ROUSE, FONDA | Reyes\|Browne\|Reilley |
| Defense | BOGAN, ALAYNA | Reyes\|Browne\|Reilley |
| Court | PROVENCHER, ELIZABETH | Reyes\|Browne\|Reilley |
| Court | SMITH, SANDRA | Reyes\|Browne\|Reilley |
| Defense | REEVERS, MAE | Roberts & Roberts |
| Defense | STAPLES, ALICE | Rosen Harwood, P.A. |
| Court | AYERS, LINDA | SCOTT VICKNAIR LLC |
| Court | MCKINNEY, HARRIET | SCOTT VICKNAIR LLC |
| Court | STOTT, ALICIA | SCOTT VICKNAIR LLC |

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM |
|---|---|---|
| Court | BROWN, TONI | Shaw Cowart LLP |
| Court | PICHLER, MARGARET | Shaw Cowart LLP |
| Defense | WOODS, ANGELA | Shaw Cowart LLP |
| Court | HESS, JUDITH | The Murray Law Firm (Robin Myers) |
| Court | KING, PATIENCE | The Simon Law Firm, P.C. |
| Court | PETRILLI, ELAINE | The Simon Law Firm, P.C. |
| Court | ARMOND, HELEN | TorHoerman Law LLC |
| Court | MAXWELL, REPONZA | Wendt Law Firm, P.C. |
| Court | DEVENS, LAURA | WHITFIELD BRYSON LLP |
| Court | VINSON, ODESSA | WHITFIELD BRYSON LLP |
| Court | GOFF, BONNIE L | Williams Hart Boundas Easterby, LLP |
| Defense | HAMMOND, TRACY M | Williams Hart Boundas Easterby, LLP |
| Defense | TAYLOR, SANDRA F. | Zoll & Kranz, LLC |

**EXHIBIT B**

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM |
|---|---|---|
| Court | LAFERRIERE, KATHY | Allen & Nolte, PLLC |
| Defense | MYERS, DEBRA | Allen & Nolte, PLLC |
| Plaintiff | TRIPP, VIOLET | Allen & Nolte, PLLC |
| Defense | PETERSON, KIRSTEN | Allen & Nolte, PLLC |
| Court | BRACK, SANDRA | Atkins & Markoff |
| Defense | PRYOR LYNCH, CAROLYN | Atkins & Markoff |
| Plaintiff | ASKEW, DOROTHY | Bachus & Schanker, LLC |
| Plaintiff | BAUGH, DONNA | Bachus & Schanker, LLC |
| Court | CARINGER, KIMBERLY | Bachus & Schanker, LLC |
| Plaintiff | COOPER, NANCY A | Bachus & Schanker, LLC |
| Plaintiff | CUMMINGS, BERNICE | Bachus & Schanker, LLC |
| Court | DEATON, MICHELLE | Bachus & Schanker, LLC |
| Court | DORSEY, LEDORA | Bachus & Schanker, LLC |
| Defense | EAKINS, GRETCHEN | Bachus & Schanker, LLC |
| Plaintiff | EKLUND, PATRICIA | Bachus & Schanker, LLC |
| Defense | FULLER, ELLA | Bachus & Schanker, LLC |
| Defense | JONES, CLARA | Bachus & Schanker, LLC |
| Defense | KASSING, DEB | Bachus & Schanker, LLC |
| Court | KOSKY, LYNN | Bachus & Schanker, LLC |
| Court | SMITH, MARY JEAN | Bachus & Schanker, LLC |
| Court | TOBIN, BARBARA | Bachus & Schanker, LLC |
| Defense | YULO, MARIAN | Bachus & Schanker, LLC |
| Court | RALLS, FINA | Bailey & Greer PLLC |
| Court | HILLARD, MICHELLE | Baron & Budd |
| Court | ALLEN, LOIS | Carey Danis & Lowe |
| Court | BASTAJIAN, DEANNA | Cutter Law PC |
| Court | REY, LINDSEY | Cutter Law PC |
| Court | WALLER, JOYCE | Fears \| Nachawati |
| Court | BUSH, LINDA | Fears \| Nachawati |
| Court | JOHNSON, TOMEKYA | Fears \| Nachawati |
| Court | HOGAN, HESTER | Gomez Trial Attorneys |
| Court | MERGENDAHL, DARLENE | Gomez Trial Attorneys |
| Court | CHAMBERLAIN, FRANCES F | Johnson Becker |
| Defense | HOLLINGS, ANNIE | Johnson Law Group |
| Defense | POITRAS, JAYNE | Johnson Law Group |
| Defense | WHITE, PATRICIA | KAGAN LEGAL GROUP |
| Defense | ALSTON, SHIRLEY | Liska Exnicios Nungesser |
| Court | BANISTER, KAREN L | Lowe Law Group |
| Court | DUNN, PRECIOUS | Lowe Law Group |

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM |
|---|---|---|
| Court | COAST, ANNE L | Martinez & McGuire PLLC |
| Court | DOYLE, BETTY | McDonald Worley |
| Defense | REIS, DONNA | McGartland Law Firm, PLLC |
| Court | SELIMOVIC, INDIRA | McGartland Law Firm, PLLC |
| Court | YOUNG, SHARON | McGartland Law Firm, PLLC |
| Court | MATTHEWS, CAROLYN | McSweeney/Langevin LLC |
| Court | BLANKENSHIP, VIRGINIA S | Morgan and Morgan |
| Defense | LIPFORD, PAULA | Morgan and Morgan |
| Court | REYNOLDS, GLENDA H | Morgan and Morgan |
| Court | SILVA, DENISE M | Morgan and Morgan |
| Court | STEWART, ROSE M | Morgan and Morgan |
| Court | KENNEDY, DIANE | Morris Bart, LLC |
| Plaintiff | RIVERS, SHEILA | Napoli Shkolnik PLLC |
| Defense | MCCLOUD, BLONDELL | Niemeyer, Grebel & Kruse |
| Defense | DAVIS, JOYCE F | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | GALLOWAY, CHRISTINE N | Pendley, Baudin & Coffin, L.L.P. |
| Court | HELMS, SHERRY L | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | HOOKER, VERNITA | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | TOLAND, GERREL | Pendley, Baudin & Coffin, L.L.P. |
| Court | DAVIES, ANITA | Peterson & Associates, P.C. |
| Court | BOECK HAMLIN, MARIANNE | Pittman, Dutton & Hellums, P.C. |
| Court | BARKER, CHRISTINA | Pulaski Law Firm, PLLC |
| Court | GADOLA, MARY | Pulaski Law Firm, PLLC |
| Court | GARCIA, IVONE | Pulaski Law Firm, PLLC |
| Court | GOTT, CAROL | Pulaski Law Firm, PLLC |
| Defense | MOODY, MIMI | Pulaski Law Firm, PLLC |
| Defense | SAMUELS, NATASHA | Pulaski Law Firm, PLLC |
| Court | MIDDLEKAUFF, KRISTIE L | Reich and Binstock, LLP |
| Defense | SIMCOX, CHRISTINE | Reich and Binstock, LLP |
| Defense | FERNANDEZ, DONNA | Robins Kaplan LLP |
| Defense | BURNEY, DINAH L | Roden Law |
| Court | WAGNER, TERRY L | Shaw Cowart, LLP |
| Plaintiff | TRAMMEL, LINDA | Simon Greenstone Panatier, P.C. |
| Court | RODRIGUEZ, LINDA C | Summers & Johnson, P.C. |
| Court | WALL, JO ANNE | The Gallagher Law Firm PLLC |
| Court | BATTLE, LOU JEAN | The Murray Law Firm |
| Court | CONN, BEATRICE | The Simon Law Firm, P.C. |
| Court | SIMPSON, SANDRA | Watts Guerra, LLP |
| Defense | COLLETTO, ROBIN | WHITFIELD BRYSON LLP |
| Plaintiff | JONES, CATHY A | Williams Hart Boundas Easterby, LLP |
| Court | LUMLEY, CAROL | Williams Hart Boundas Easterby, LLP |

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM |
|-----------|--------------------|--------------------|
| Court | ROBINSON, WILLIE D. | Zoll & Kranz, LLC |

**EXHIBIT C**

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM |
|---|---|---|
| Defense | BRODIE, STEPHANIE | Bachus & Schanker, LLC |
| Plaintiff | BUMGARNER, CHARLOTTE | Bachus & Schanker, LLC |
| Defense | FURBECK, LISA | Bachus & Schanker, LLC |
| Defense | FUSSELL, CINDA | Bachus & Schanker, LLC |
| Plaintiff | GAFFNEY, JUDY | Bachus & Schanker, LLC |
| Plaintiff | GRAHAM, BERNADETTE | Bachus & Schanker, LLC |
| Court | HARRIS, VIVIAN | Bachus & Schanker, LLC |
| Court | HODGES, JOYCE | Bachus & Schanker, LLC |
| Plaintiff | JONES, MYRA E | Bachus & Schanker, LLC |
| Court | LAMBERT, TRESILA | Bachus & Schanker, LLC |
| Plaintiff | LARSEN, ALISA | Bachus & Schanker, LLC |
| Defense | MORELAND, TABATHA | Bachus & Schanker, LLC |
| Plaintiff | SMITH, DEBRA | Bachus & Schanker, LLC |
| Plaintiff | SMITH, JANET J | Bachus & Schanker, LLC |
| Plaintiff | TIBBITTS, KIMBERLY | Bachus & Schanker, LLC |
| Plaintiff | TOMLINSON, SARAH ELIZABETH | Bachus & Schanker, LLC |
| Plaintiff | CONWAY, ASHLEY | Napoli Shkolnik PLLC |
| Plaintiff | BALES, DONNA M | Pendley, Baudin & Coffin, L.L.P. |
| Court | BARNES FORD, ERIKA | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | BROWN, MARY | Pendley, Baudin & Coffin, L.L.P. |
| Defense | BUCK, DEBRA W | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | DITTO, LOIS Y | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | FREE, KRISTIN K | Pendley, Baudin & Coffin, L.L.P. |
| Court | GENTILE, MARGARET | Pendley, Baudin & Coffin, L.L.P. |
| Court | HINES, PATRICIA A | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | KAIFES, ELAINE | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | MCDUELL, ELAINE | Pendley, Baudin & Coffin, L.L.P. |
| Plaintiff | NEWCOMB, DEBORAH A | Pendley, Baudin & Coffin, L.L.P. |