UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:20-cv-00116 |

Pursuant to CMO 12A, Plaintiff, Rose Hicks, dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of June, 2022

                                                  /s/ Claire E. Kreider
                                                  Claire E. Kreider (#37029)
                                                  GAINSBURGH, BENJAMIN, DAVID,
                                                  MEUNIER & WARSHAUER L.L.C.
                                                  2800 Entergy Centre
                                                  1100 Poydras Street
                                                  New Orleans, LA 70163
                                                  Phone: (504) 522-2304

Fax: (504) 528-9973
ckreider@gainsben.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 13, 2022                                                     */s/ Claire E. Kreider*
                                                                                  Claire E. Kreider