BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>Tarnya King v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br>Case No.: 2:20-cv-03305 | |

### PLAINTIFF'S EX PARTE MOTION TO EXTEND SUBMISSION DATE OF PLAINTIFF TARNYA KING'S OPPOSITION TO DEFENDANTS' ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S MOTION TO DISMISS COMPLAINT FOR UNTIMELY PURPORTED SERVICE OF PROCESS

**COME NOW** Plaintiff Tarnya King, by counsel, and respectfully request to extend the Plaintiff's Opposition to Defendants' Actavis Pharma, Inc.'s and Actavis LLC's Motion to Dismiss Complaint for Untimely Purported Service of Process (Doc. 14202) to July 14, 2022. We respectfully request to extend the submission date to July 27, 2022. Undersigned counsel has conferred with counsel for Actavis Pharma, Inc. and Actavis LLC, who consent to the relief requested in this motion

Dated: June 14, 2022

Respectfully submitted:

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ Lindsay R. Stevens*
                                      Lindsay R. Stevens (CA Bar # 256811)
                                      GOMEZ TRIAL ATTORNEYS
                                      655 West Broadway, Suite 1700
                                      San Diego, California 92101
                                      Telephone: (619) 237-3490
                                      Facsimile: (619) 237-3496
                                      lstevens@thegomezfirm.com