UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## ORDER

Before the Court is a Consent Motion to Extend Submission Date (Doc. 14294);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Defendants Actavis Pharma, Inc.'s and Actavis LLC's Motion to Dismiss Complaint for Untimely Purported Service of Process (Doc. 14202) is extended to July 27, 2022.

**IT IS FURTHER ORDERED** that Plaintiff's Opposition to Defendants' Motion is due no later than July 14, 2022.

New Orleans, Louisiana, this 15th day of June, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE