BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Bethea et al v. Sanofi S.A. et al* Case No. 2:17-cv-10796-JTM-MBN | HON. JANE T. MILAZZO |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Bethea Doris files this Suggestion of Death upon the Record in the above referenced case. Ms. Bethea died on or about August 7, 2019, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: June 15, 2022

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                           */s/ Lindsay R. Stevens*
                                           Lindsay R. Stevens (CA Bar # 256811)
                                           GOMEZ TRIAL ATTORNEYS
                                           655 West Broadway, Suite 1700
                                           San Diego, California 92101
                                           Telephone: (619) 237-3490
                                           Facsimile: (619) 237-3496
                                           lstevens@thegomezfirm.com