UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" (5) |
| *SONIA HONAKER v. HOSPIRA, INC., et al.* | Judge Jane Triche Milazzo |
| *No. 2:18-cv-10740-JTM* | |

## SUGGESTION OF DEATH PURSUANT TO RULE 25(A)(1)

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiff's counsel hereby files this Suggestion of Death of Plaintiff Sonia Honaker and supporting Declaration of John T. Roberts. Plaintiff's counsel was recently made aware that Plaintiff Sonia Honaker passed away on February 12, 2021, during the pendency of this action. Upon information and belief, Ms. Honaker died intestate. She was unmarried and was survived by three children. Plaintiff's counsel reached out to Ms. Honaker's daughter, Ms. Sacha Honaker, who informed counsel that there are no plans to initiate probate proceedings.

WHEREFORE, it is respectfully requested that the Court take notice of the death of Plaintiff Sonia Honaker.

DATED: June 16, 2022

Respectfully submitted,

*/s/ David C. Harman*
David C. Harman (OH 0087882)
BURG SIMPSON
ELDREDGE HERSH & JARDINE, PC
201 E. Fifth Street, Suite 1340
Cincinnati, OH 45202
(513) 852-5600 Telephone
(513) 852-5611 Facsimile
dharman@burgsimpson.com
**ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

  A copy of the foregoing was electronically filed with the Court on this 16th day of June, 2022 and will be served upon counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

  Further, a copy of this Notice and Declaration has been sent to Plaintiff's known successors by certified mail to their last known address, which is 3838 Washington Ave., Apt. #13, Cincinnati, OH 45211.

                */s/ David C. Harman*
                David C. Harman