UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" (5) |
| *SONIA HONAKER v. HOSPIRA, INC., et al.* | Judge Jane Triche Milazzo |
| No. 2:18-cv-10740-JTM | |

### DECLARATION OF ATTORNEY JOHN T. ROBERTS

I, John T. Roberts, being first duly sworn, upon his oath deposes and states:

1.  I am of sound mind, over the age of eighteen, and in all other respect competent to make this Affidavit.

2.  I am an attorney duly licensed to practice law in the State of Ohio. I am an associate with the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C. ("Burg Simpson"). Burg Simpson is counsel of record for Plaintiff Sonia Honaker in this action.

3.  The facts contained herein are within my personal knowledge, and if called upon as a witness I could and would competently testify to the following under oath.

4.  On January 19, 2022, Burg Simpson sent a status update to Plaintiff Sonia Honaker's last known address. Burg Simpson did not hear back from her.

5.  On or around January 26, 2022, Burg Simpson located an obituary online that matched the name and birth date of Plaintiff Sonia Honaker.

6.  Despite numerous attempts to do so earlier, Burg Simpson was able to reach Plaintiff's daughter, Ms. Sacha Honaker, on April 6, 2021.

7.  Ms. Sacha Honaker confirmed that Plaintiff was deceased, and that neither she nor her siblings had plans to open an estate on behalf of their deceased mother.

7.  A copy of this Notice and Declaration has been sent to Ms. Sacha Honaker's address via certified mail on June 16, 2022.

I declare under penalty of perjury under the laws of the United States of America and the State of Ohio that the foregoing is true and correct and that this Declaration was executed on this 18th day of January, 2022, in Cincinnati, Ohio.

*/s/ John T. Roberts*
John T. Roberts (OH 0098414)

**CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically filed with the Court on this 16th day of June, 2022 and will be served upon counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, a copy of this Notice and Declaration has been sent to Plaintiff's known successors by certified mail to their last known address, which is 3838 Washington Ave., Apt. #13, Cincinnati, OH 45211.

*/s/ David C. Harman*
David C. Harman