UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) <br><br> HONORABLE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO *Candice Broadie v. Sanofi-Aventis U.S. LLC, et al.*, Civil Action No. 18-cv-12928 | | |

### DEFENDANT'S OPPOSITION TO PLAINTIFF CANDICE BROADIE'S OPPOSED MOTION TO VACATE VOLUNTARY DISMISSAL WITH RESPECT TO PFIZER INC.

Plaintiff's Opposed Motion to Vacate Voluntary Dismissal with Respect to Pfizer Inc. (Doc. No. 14285) should be denied because Pfizer's docetaxel was not on the market during Plaintiff's dates of treatment, and thus she could not have received Pfizer's product.

Plaintiff was treated with Taxotere/docetaxel from March 2012 to July 2012. *See* Short Form Complaint, Rec. Doc 1, ¶ 10. Pfizer's docetaxel was approved by the Food and Drug Administration ("FDA") on March 13, 2014. *See* Exhibit A FDA Approval Letter. Approval of Pfizer's docetaxel was issued well over a year and a half after Plaintiff completed her treatment with Taxotere/docetaxel in July 2012. Because Pfizer's docetaxel was not on the market during Plaintiff's treatment, it could not possibly have been used to treat Plaintiff. In addition, the NDC numbers identified in Plaintiff's Exhibit A - 0409-0201-02 and 0409-0201-10 - are not the NDC numbers corresponding to Pfizer's docetaxel and were incorrectly attributed to Pfizer by AmerisourceBergen Corporation. Pfizer's NDC numbers are set forth in CMO 12A Exhibit B, and range from 0069-9141, 0069-0042, 0069-9143 and 9169-0044.

Thus, Plaintiff did not receive Pfizer's docetaxel and her Motion to Vacate the Voluntary Dismissal with Prejudice should be denied.

Respectfully submitted:

Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, D.C. 20024
Phone: (202) 434-5000
Fax: (202) 434-5029
hhubbard@wc.com

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Counsel for Defendant Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022 a copy of the foregoing *Defendant's Opposition to Plaintiff's Opposed Motion to Vacate Voluntary Dismissal with Respect to Pfizer Inc.* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ John F. Olinde*
John F. Olinde

*Attorney for Defendant Pfizer Inc.*
