**EXHIBIT B**

# Tina Lafoe

| | |
|---|---|
| **From:** | Information Requests - Legal <InformationRequestsLegal@amerisourcebergen.com> |
| **Sent:** | Wednesday, January 8, 2020 12:26 PM |
| **To:** | Tina Lafoe |
| **Cc:** | Information Requests - Legal |
| **Subject:** | Subpoena - Taxotere - Candice Broadie v. Sanofi |
| **Attachments:** | 20200107 Candice Broadie v. Sanofi.pdf |

Hi Tina,

After reviewing the available AmerisourceBergen/Oncology Supply sales information for Levine Cancer Institute listed below is the branded or generic Taxotere/docetaxel purchased between 03/01/2010 and 01/31/2013:

| ItemDesc | NDC | OrdDate | DelivQty | Manuf. |
|---|---|---|---|---|
| TAXOTERE 20MG/.5ML SDV SOL | 00075-8001-20 | 03/02/2010 – 10/26/2010 | 502 | SANOFI-AVENTIS US LLC |
| TAXOTERE 80MG/2ML SDV SOL | 00075-8001-80 | 03/02/2010 – 10/20/2010 | 365 | SANOFI-AVENTIS US LLC |
| TAXOTERE 20MG SDV | 00075-8003-01 | 10/25/2010 - 11/16/2012 | 408 | SANOFI-AVENTIS US LLC |
| TAXOTERE 80MG SDV | 00075-8004-04 | 10/25/2010 – 11/16/2012 | 334 | SANOFI-AVENTIS US LLC |
| DOCETAXEL INJ 20MG/2ML SDV | 00409-0201-02 | 04/29/2011 – 09/14/2011 | 54 | PFIZER INJECTABLES |
| DOCETAXEL INJ 80MG/8ML MDV | 00409-0201-10 | 04/05/2011 – 01/22/2013 | 1260 | PFIZER INJECTABLES |
| DOCETAXEL 20MG VL 1ML | 00955-1020-01 | 03/22/2011 – 04/19/2011 | 33 | WINTHROP, US..BUS OF SANOFI-AVENTIS |
| DOCETAXEL 80MG VL 4ML | 00955-1021-04 | 03/23/2011 - 03/25/2011 | 23 | WINTHROP, US..BUS OF SANOFI-AVENTIS |
| DOCETAXEL 80MG/4ML RTU SDV | 16729-0231-64 | 09/21/2012 | 16 | ACCORD HEALTHCARE, INC |

Please note that we can only confirm purchases of these NDC numbers and cannot confirm it was administered to any specific patient.

Please let us know if you have any questions.

**Shawn L. Matteo**
**Legal Specialist**
AmerisourceBergen Corporation
227 Washington Street
Conshohocken, PA 19428
Direct: 610.727.7229
E-mail: smatteo@amerisourcebergen.com

1