MINUTE ENTRY
NORTH, M.J.
JUNE 21, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NUMBER: 2740  SECTION: "H"(5) |

THIS DOCUMENT RELATES TO:
*Barbara Earnest v. Sanofi S.A., et al.*
Civil Action No.: 16-17144

After continued discussions with counsel for the parties, a settlement has been reached in this matter.  The Court thanks counsel and the parties for their cooperation.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANE TRICHE MILAZZO

MJSTAR (02:45)