UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| SHERRY RAGINS vs. HOSPIRA, INC & SANDOZ, INC. | MAG. JUDGE NORTH |
| Civil Action No. 2:19-CV-14724 | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Sherry Ragins.

Dated this 23rd day of June, 2022.

                                                     Respectfully submitted by,

                                                   MARTINEZ & MCGUIRE, PLLC

By:    */s/ Clint E. McGuire*
          Clint E. McGuire
          Federal ID #25560
          State Bar No. 24013139
          clint@mmtriallawyers.com
          17227 Mercury Drive, Suite B
          Houston, Texas 77058
          Telephone:    (281) 286-9100
          Facsimile:     (281) 286-9105

ATTORNEYS FOR PLAINTIFF SHERRY RAGINS

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 23rd day of June, 2022, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

                                                  */s/ Clint E. McGuire*
                                                  Clint E. McGuire