UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| SHERRY RAGINS vs. HOSPIRA, INC & SANDOZ, INC. | MAG. JUDGE NORTH |
| Civil Action No. 2:19-CV-14724 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Clint McGuire for the Plaintiff and moves this Honorable Court for an Order substituting Stephen Ragins on behalf of his deceased mother, Sherry Ragins, for the following reasons:

1. On December 21, 2019, Sherry Ragins filed a Complaint in the above referenced matter.

2. On June 20, 2021, Sherry Ragins passed away.

3. Plaintiff's son, Stephen Ragins, notified Plaintiff's counsel of his mother's passing and his interest in continuing this lawsuit on her behalf.

4. Stephen Ragins was named Personal Representative of the Estate of Sherry Jean Ragins, deceased, on October 5, 2021. (See Exhibit A).

5. Notice of Sherry Ragins death was submitted to this Honorable Court on June 23, 2022 (See Document Number 14304).

6. The decedent's son, Stephen Ragins, is the Proper Party Plaintiff and wishes to be substituted on behalf of Sherry Ragins in this case.

Wherefore, movant prays for said substitution.

Dated this 23rd day of June, 2022.

          Respectfully submitted by,

          MARTINEZ & MCGUIRE, PLLC

By:   */s/ Clint E. McGuire*
       Clint E. McGuire
       Federal ID #25560
       State Bar No. 24013139
       clint@mmtriallawyers.com
       17227 Mercury Drive, Suite B
       Houston, Texas 77058
       Telephone:   (281) 286-9100
       Facsimile:    (281) 286-9105

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2022, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

          */s/ Clint E. McGuire*
          Clint E. McGuire