# EXHIBIT "A"

 **IN THE 35TH JUDICIAL CIRCUIT COURT, DUNKLIN COUNTY, MISSOURI**

| Judge or Division: PROBATE | Case Number: 21DU-PR00114 | FILED 10/6/2021 PAULA S. GARGUS CIRCUIT CLERK DUNKLIN COUNTY, MO |
|---|---|---|
| | In the Estate of SHERRY JEAN RAGINS, Deceased. | (Date File Stamp) |

## Letters of Administration
(Supervised Administration)

The State of Missouri to All Persons Interested in the Estate of SHERRY JEAN RAGINS, Decedent:

SHERRY JEAN RAGINS, who resided in DUNKLIN COUNTY, died intestate, and to the end that the property of the decedent may be collected and disposed of, we appoint STEPHEN RAGINS personal representative, with full power and authority as provided by law.

Date of Death: 20-JUN-2021

I, Clerk of the Probate Division of the Circuit Court of Dunklin County, Missouri, have signed my name and affixed the seal of the said Court on OCTOBER 5, 2021.

_Paula S. Gargus_   by /s/ Sonya Lewis
Clerk

Inventory Due: 04-NOV-2021
Final Settlement Due: 03-MAY-2022
If the Final Settlement cannot be filed on said date, the Annual Settlement will be due:
05-OCT (YEARLY)

### Certificate


**COURT SEAL OF DUNKLIN COUNTY**

I, Clerk of the Probate Division, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.
Witness my hand and seal of court on 10/6/21 (date).

_Sonya Lewis_
Clerk