# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:** Cases listed in Exhibit A, attached. | | |

## ORDER ON INNOVATOR LIABILITY LETTER BRIEFING

On July 24, 2018, this Court issued Case Management Order No. 12A (Doc. 3492),[1] setting forth the parties' obligations with respect to discovery and production of product identification information for "all present and future cases docketed in MDL No. 2740." On April 28 and May 2, 2022, this Court held show cause hearings to determine whether certain plaintiffs' claims were subject to dismissal for failure to produce product identification information in accordance with CMO 12A. *See* Order to Show Cause Regarding CMO-12A Product Identification (Doc. 13587) issued Dec. 16, 2021. At the hearing, the Court deferred ruling on the issue of innovator liability and requested additional briefing as to the claims of plaintiffs identified in Exhibit A, subject to a briefing schedule to be proposed by the parties following meeting and conferral. Having considered the parties' joint proposal:

**IT IS ORDERED** that Plaintiffs' memoranda shall be filed no later than June 24, 2022, and Defendants' opposing memoranda shall be filed no later than July 8, 2022.

**IT IS FURTHER ORDERED** that the memoranda shall be consolidated such that the claims of all Plaintiffs relying on the laws of a given state (i.e. Massachusetts, California, and

---

[1] CMO 12A superseded the Court's Case Management Order No. 12 (Doc. 1506), issued on January 12, 2018.

Illinois) shall be presented in a memorandum no longer than 3 pages addressing the laws of that state.

**IT IS FURTHER ORDERED** that plaintiffs on Exhibit A shall prepare a 1 page memorandum addressing any relevant case-specific facts for each case relying on that state's laws.

**IT IS FURTHER ORDERED** that counsel for plaintiffs on Exhibit A shall organize the memoranda prepared by plaintiffs grouping the memoranda together by state.

New Orleans, Louisiana, this 24th day of June, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A

| # | Hearing Date | Plaintiff Last Name | Plaintiff First Name | MDL Docket No. | Firm | Innovator Liability State Claimed |
|---|---|---|---|---|---|---|
| 1 | 4/28/2022 | Epperson | Jessica | 2:17-cv-15302 | Maher Law Firm | California |
| 2 | 4/28/2022 | Sadaka | Eva | 2:18-cv-06064 | Bachus & Schanker | California |
| 3 | 4/28/2022 | Bess (Brown) | Marian (Nona) | 2:17-cv-17295 | McSweeney/Langevin | California |
| 4 | 4/28/2022 | Carter | Jessie | 2:17-cv-16952 | McSweeney/Langevin | California |
| 5 | 4/28/2022 | Hubbard-Nickens | Pamela | 2:17-cv-16960 | McSweeney/Langevin | Illinois |
| 6 | 4/28/2022 | Ojeda | Nadia | 2:17-cv-16943 | McSweeney/Langevin | California |
| 7 | 4/28/2022 | Rodriguez | Gladys | 2:17-cv-16708 | McSweeney/Langevin | Illinois |
| 8 | 4/28/2022 | Haywood | Deborah | 2:17-cv-15293 | Niemeyer, Grebel & Kruse | California |
| 9 | 4/28/2022 | Kuipers | Beverly | 2:17-cv-14777 | Niemeyer, Grebel & Kruse | Illinois |
| 10 | 4/28/2022 | Oliva | Sylvia | 2:17-cv-14007 | Niemeyer, Grebel & Kruse | California |
| 11 | 4/28/2022 | Ashworth | Phyllis | 2:17-cv-07359 | Pendley, Baudin & Coffin | Illinois |
| 12 | 4/28/2022 | Barnes | Sonia | 2:17-cv-06825 | Pendley, Baudin & Coffin | California |
| 13 | 5/2/2022 | Basler | Kathy | 2:18-cv-00903 | Bachus & Schanker | Illinois |
| 14 | 5/2/2022 | Gardner | Priscilla | 2:17-cv-16719 | Bachus & Schanker | Illinois |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | 5/2/2022 | Graves | Diana | 2:18-cv-11901 | Bachus & Schanker | Illinois |
| 16 | 5/2/2022 | Haddad | Alizabeth | 2:17-cv-16236 | Bachus & Schanker | California |
| 17 | 5/2/2022 | Halloway | Ronette | 2:17-cv-16767 | Bachus & Schanker | California |
| 18 | 5/2/2022 | Medina | Nayuca | 2:18-cv-12335 | Bachus & Schanker | California |
| 19 | 5/2/2022 | Niles | Madeline | 2:17-cv-11744 | Bachus & Schanker | California |
| 20 | 5/2/2022 | Powell | Meredith | 2:18-cv-01521 | Bachus & Schanker | Massachusetts |
| 21 | 5/2/2022 | Rawlins | Sheila | 2:17-cv-16330 | Bachus & Schanker | California |
| 22 | 5/2/2022 | Weigand | Jennifer | 2:17-cv-07789 | Bachus & Schanker | California |