## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | MDL No. 16-2740 |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | SECTION: "H" (5) |
| **This document relates to:** | ) | |
| Sherry Ragins, 19-14724 | ) | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 14305);

**IT IS ORDERED** that the Motion is **GRANTED** and that Stephen

Ragins, on behalf of Sherry Ragins, be substituted as Plaintiff herein.


New Orleans, Louisiana, this 24th day of June, 2022.


_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**