# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTOINETTE THOMAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:19-cv-11355 |
| v. ) | |
| ) | |
| SANOFI US SERVICES INC. F/K/A ) | |
| SANOFI-AVENTIS U.S. INC., ) | JUDGE JANE TRICHE MILAZZO |
| SANOFI-AVENTIS U.S. LLC, ET AL ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: June 24, 2022

                                              Respectfully submitted,

                                              /s/ Christopher LoPalo
                                              Christopher LoPalo, Esq.
                                              Napoli Shkolnik PLLC
                                              400 Broadhollow Rd. Suite 305
                                              Melville, NY 11747
                                              Tel: (212) 397-1000
                                              Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: June 24, 2022

/s/ Christopher LoPalo
Christopher LoPalo, Esq.
