UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| ANTOINETTE THOMAS | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : | **Partial Notice of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:19-cv-11355 |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S., LLC, ET AL, | : : : : | |
| Defendants. | : : | |

Plaintiff ANTOINETTE THOMAS, and undersigned counsel, hereby give notice that the above-captioned action against Defendants SANDOZ INC., ACCORD HEALTHCARE, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC., PFIZER INC., ACTAVIS PHARMA, INC and ACTAVIS LLC solely, is voluntary dismissed, with prejudice.

Dated this 24th day of June 2022.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Christopher LoPalo
Christopher LoPalo, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: Clopalo@napolilaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 24th day of June 2022                              /s/  Christopher LoPalo
                                                                                         Christopher LoPalo, Esq.