UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Linna Graham, 2:17-cv-13482* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

*******************************************

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Charles Graham, who respectfully moves this Court for an order substituting Charles Graham as party plaintiff for Linna Graham, his deceased wife for the following reasons:

1.

The above captioned lawsuit was filed on November 28, 2017 on behalf of Linna Graham.

2.

Linna Graham passed away on July 12, 2021 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Charles Graham, on June 24, 2022 (Exhibit 1).

3.

Charles Graham, as surviving spouse of Linna Graham, is the proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Charles Graham has the proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Charles Graham respectfully requests that he be substituted as party plaintiff on behalf of Linna Graham, his deceased wife.

Dated: June 24, 2022                             Respectfully submitted,

/s/ *Claire E. Kreider*
M. Palmer Lambert (#33228)
Claire E. Kreider (#37029)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
ckreider@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Claire E. Kreider*
Claire E. Kreider