UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Linna Graham, 2:17-cv-13482* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

******************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Charles Graham, as surviving spouse of Linna Graham, be substituted as party plaintiff on behalf of Linna Graham.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**JUDGE**