UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | *  MDL No. 2740 <br> * <br> *  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * |
| *Linna Graham, 2:17-cv-13482* | *  JUDGE JANE TRICHE <br> *  MILAZZO <br> * <br> *  MAGISTRATE JUDGE NORTH <br> * |

*******************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 14315),

**IT IS ORDERED** that the Motion is **GRANTED** and that Charles Graham, on behalf of Linna Graham, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 27th day of June, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE