UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCTAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Anita Galey v. Sandoz, Inc., et al.* | Civil Action No.: 2:17-cv-15663 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Anita Galey ("Plaintiff"), by and through counsel, The Simon Law Firm, P.C., respectfully seeks leave of Court to file a First Amended Short Form Complaint, attached hereto as Exhibit A, for the reasons set forth below.

The original suit was filed in this matter by Plaintiff on December 7, 2017.

Subsequent to filing the Short Form Complaint, errors were identified. First, the correct state is Mississippi and the second, the correct venue is the Southern District of Mississippi, Western Division. (Dkt. No. 1).

Moreover, upon complete review of Plaintiff's medical records, two additional sections of the Short Form Complaint require amendments. On June 5, 2018, Plaintiff filed a Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) dismissing all Defendants except Accord Healthcare, Inc. and Sandoz, Inc. (MDL Dkt. No. 2757). Plaintiff's First Amended Short Form Complaint, in Paragraph 6, reflects only these two Defendants. Last, Plaintiff's

1

treatment dates have been determined and the proper response to Paragraph 10 is May 14, 2013 to July 16, 2013 (four cycles) and September 24, 2013 to October 17, 2013 (two cycles).

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and Defendants do not oppose the relief requested.

Plaintiff, therefore, hereby respectfully requests this Court grant leave to file the attached First Amended Short Form Complaint to reflect the correct state and venue.

Dated this **27th** day of **June, 2022.**

Respectfully Submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Amy Collignon Gunn
John G. Simon (MO# 35231)
Amy Collignon Gunn (MO# 74865)
800 Market Street, Suite 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
jsimon@simonlawpc.com
agunn@simonlawpc.com

*Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Amy Collignon Gunn\_\_\_\_
Amy Collignon Gunn

3