UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCTAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Anita Galey v. Sandoz, Inc., et al.* | Civil Action No.: 2:17-cv-15663 |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Anita Galey ("Plaintiff"), by and through undersigned counsel, respectfully provides the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Plaintiff filed her initial Short Form Complaint ("SFC") on December 7, 2017. (Dkt. No. 1). Since filing, three errors in the SFC have been identified that warrant amendment. First, Paragraph 5 incorrectly states Plaintiff's state of injury as Texas. The correct state of injury, which is also the state of diagnosis and infusion of Taxotere, is Mississippi. (*See* MDL-Centrality Doc. IDs 217858 and 217859). Second, Paragraph 8 of Plaintiff's initial SFC incorrectly states proper venue in the United States District Court for the Southern District of Texas. The correct venue for this case, absent the direct filing Order entered by this Court, is the United States District Court for the Southern District of Mississippi, Western Division. Third, Paragraph 10 gave approximate treatment dates of January 2013 to December 2013. The correct treatment dates for Plaintiff are May 14, 2013 to July 16, 2013 (four cycles) and September 24, 2013 to October 17, 2013 (two

1

cycles). (*See* MDL-Centrality Doc. ID 217858).

Last, Plaintiff seeks to update Paragraph 6 of her SFC to reflect Accord Healthcare, Inc. and Sandoz, Inc. as the two remaining Defendants in her lawsuit pursuant to the Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (MDL Dkt. No. 2757).

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to clarify the location of the state where her alleged injury occurred, where proper venue would be absent the direct filing Order, her dates of treatment, and Defendants remaining in this lawsuit. Plaintiff's proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 27th day of June, 2022.

    Respectfully Submitted,

    **THE SIMON LAW FIRM, P.C.**

    /s/ Amy Collignon Gunn
    John G. Simon (MO# 35231)
    Amy Collignon Gunn (MO# 74865)
    800 Market Street, Suite 1700
    St. Louis, MO 63101
    Phone: (314) 241-2929
    Fax: (314) 241-2029
    jsimon@simonlawpc.com
    agunn@simonlawpc.com

    *Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6 on June 16, 2022. Defendants do not substantively oppose this Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Amy Collignon Gunn
Amy Collignon Gunn
