# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCTAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Anita Galey v. Sandoz, Inc., et al.*<br><br>Civil Action No.: 2:17-cv-15663 | **ORDER** |

Before the Court is Plaintiff's Unopposed Motion to Amend Complaint:

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the First Amended Complaint attached as Exhibit A to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
Honorable Jane Triche Milazzo
United States District Court Judge