UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO: | |
| Brownewell et al. v. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | Civil Action No.: 2:18-cv-02387 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12  (Rec.  Doc.  1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise  affected,  by  this Notice  of Partial  Dismissal with  Prejudice.   If warranted  under  the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6). Dated this 27th day of June 2022

Alexandra Colella, Esq.
NJ Bar No. 203112017
Marc J. Bern & Partners LLP
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000
Fax: (212) 818-0164
acolella@bernllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June, 27th of 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 27th, 2022                                    /s/   Alexandra Colella