UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Anita Galey v. Sandoz Inc. et al.*<br>Civ. Action No.: 2:17-cv-15663 | MDL No. 2740<br><br>Section: N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

**DEFENDANTS SANDOZ INC. AND ACCORD HEALTHCARE, INC.'S OPPOSITION TO PLAINTIFF'S "UNOPPOSED" MOTION FOR LEAVE TO FILE <u>FIRST AMENDED SHORT FORM COMPLAINT</u>**

Defendants Sandoz Inc. ("Sandoz") and Accord Healthcare, Inc. ("Accord") jointly oppose Plaintiff Anita Galey's Unopposed Motion for Leave to File Short Form Complaint. Plaintiff's styling of the instant Motion as "unopposed" is misleading as Defendants' counsel made clear to Plaintiff's counsel the same day the instant Motion was filed. *See* Ex. A, June 27, 2022 Insogna e-mail to Shah ["[W]e will [ ]… file a brief opposition"). While it is true that Sandoz and Accord do not oppose Ms. Galey's proposed Short Form Complaint, they respectfully ask this Court to defer any ruling on the Motion until after Ms. Galey's case is adjudicated at the July 13, 2022 Show Cause hearing pertaining to Mississippi plaintiffs.

Counsel for Plaintiff requested Defendants' assent to a motion for leave to file an amended short form complaint on June 13, 2022.[1] More than a month earlier, however, this Court had entered its Order to Show Cause Regarding Dismissal of Mississippi Plaintiffs (Rec. Doc. 14221). That order set for hearing the cases of certain Plaintiffs—including Ms. Galey—to show cause

---

[1] Plaintiff had initially requested leave to amend her complaint on January 31, 2022, which Defendants opposed. *See, generally*, Ex. A.

1

"why their respective case should not be dismissed with prejudice pursuant to the Court's order and reasons in *Greer* (Rec. Doc. 12057)." *See* Rec. Doc. 14221, at p. 8 (No. 276). Thus, and as counsel for Sandoz and Accord indicated to Plaintiff several times before she filed her instant motion, it is likely futile and certainly a waste of this Court's time and resources to consider Plaintiff's motion to amend a short form complaint when her case may well be dismissed with prejudice in just 16 days' time.

Accordingly, Defendants Sandoz and Accord respectfully request that this Court defer ruling on Ms. Galey's motion until after her case is adjudicated through the Mississippi/*Greer* show cause process. If Ms. Galey's case is not dismissed in connection with that hearing, Sandoz and Accord do not oppose the filing of Ms. Galey's proposed amended short form complaint.

Dated: June 27, 2022   Respectfully submitted,

/s/ Julie A. Callsen
Julie A. Callsen (0062287)
Brenda Sweet (0085909)
TUCKER ELLIS LLP
950 Main Avenue
Suite 1100
Cleveland, OH 44113
Telephone:  216.592.5000
Facsimile:   216.592.5009
Email:        julie.callsen@tuckerellis.com
                 brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

/s/ Nicholas A. Insogna
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Nicholas A. Insogna
**GREENBERG TRAURIG, LLP**
Terminus 200

3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2385
Facsimile:  (678) 553-2212
E-mail: cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Defendant Sandoz Inc.*

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2022, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                                    */s/ Julie A. Callsen*
                                                    Julie A. Callsen