UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, Inc. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>*Teresa Ann White v. Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* | Civil Action No.: 2:18-cv-00814 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 28th day of June 2022

> Alexandra Colella, Esq.
> NJ Bar No. 203112017
> Marc J. Bern & Partners LLP
> 60 East 42nd Street, Suite 950
> New York, NY 10165
> Tel: (212) 702-5000
> Fax: (212) 818-0164
> acolella@bernllp.com

CERTIFICATE OF SERVICE

      I hereby certify that on June 28th of 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 28th, 2022                  /s/   Alexandra Colella