# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**          MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Donna Fernandez*
Case No.: *2:18-cv-10945*

---

## PLAINTIFF'S MOTION TO SUBSTITUTE ASHLEY MOORE
## ON BEHALF OF DONNA FERNANDEZ

---

COMES NOW, Plaintiff Donna Fernandez and files this motion to substitute her executrix and surviving heir, Ashley Moore, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Donna Fernandez filed the present action in the United States District Court for the Eastern District of Louisiana on November 14, 2018;

2. Plaintiff Donna Fernandez died on June 24, 2020;

3. On May 2, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Ashley Moore is the executrix, surviving heir, and proper party plaintiff pursuant to the laws of the State of North Carolina.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the executrix, surviving heir, and proper party plaintiff.

Plaintiff respectfully requests that Ashley Moore be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: June 28, 2022                    By:  *s/ Munir R. Meghjee*
                                             Munir R. Meghjee (MN #0301437)
                                             Robins Kaplan LLP
                                             800 LaSalle Avenue, Suite 2800
                                             Minneapolis, MN 55402
                                             Telephone: (612) 349-8500
                                             Facsimile: (612) 339-4181
                                             mmeghjee@robinskaplan.com

                                             **Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 28, 2022, I filed the above document with the Court via the Court's

CM/ECF system, which will notify all counsel of record.

/s/  *Munir R. Meghjee*
Munir R. Meghjee