UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Donna Fernandez, 2:18-cv-10945* | * * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * * | MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Ashley Moore, as executrix and surviving heir of Donna Fernandez, be substituted as party plaintiff on behalf of Donna Fernandez.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**JUDGE**