UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL: 2740 |
| ) | SECTION "N" (5) |
| ) | HON. JANE MILAZZO |
| ) | HON. MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| *PLAINTIFFS ON THE ATTACHED LIST* ) | |
| ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Julie A.K. Reynolds of the law firm Robins Kaplan LLP as counsel for Plaintiffs on the attached list and in the MDL 2740. Any and all communications and filings should include her in these matters.

Dated: June 28, 2022

                                        Respectfully submitted,

                              By:*/s/ Julie A,K. Reynolds*
                                  Julie A.K. Reynolds (MN #0392426)
                                  **ROBINS KAPLAN LLP**
                                  800 LaSalle Avenue
                                  Suite 2800
                                  Minneapolis, MN 55402
                                  Phone: (612) 349-8500
                                  Fax: (612) 339-4181
                                  JReynolds@RobinsKaplan.com

                             ***Attorney for Plaintiffs***

93021582.1

| Plaintiff | Case No. |
|---|---|
| Anderson, Lori | 2:18-cv-2833 |
| Ashley, Geraldine | 2:17-cv-13540 |
| Beedles-Miller, Judy | 2:18-cv-4512 |
| Belin, Carolyn | 2:18-cv-8242 |
| Booth, Vicki | 2:18-cv-00592 |
| Cooper, Julianne | 2:19-cv-12467 |
| Crowley, Debra | 2:17-cv-10412 |
| Demo, Deborah | 2:17-cv-10220 |
| East, Bettyann | 2:17-cv-11293 |
| Emilien-Spence, Charlette | 2:19-cv-12956 |
| Fernandez, Donna | 2:18-cv-10945 |
| Furlong, Fiona | 2:18-cv-09433 |
| Godfrey, Patricia Ann | 2:17-cv-7809 |
| Goodwin, Gloria | 2:18-cv-7677 |
| Green, Debra | 2:17-cv-10225 |
| Gurley, Kelly | 2:19-cv-10060 |
| Hatton-Cobb, Jenna | 2:18-cv-08735 |
| Haynes, Clara | 2:17-cv-12813 |
| Heath, Karin | 2:17-cv-13533 |
| Heim, Gale | 2:18-cv-05707 |
| Henderson, Cora | 2:17-cv-11304 |
| Herod, Carmen | 2:17-cv-09687 |
| Houser, Tina | 2:17-cv-10403 |
| Howard, Randi | 2:18-cv-09902 |
| Hughley, Mary | 2:19-cv-11579 |
| Jacobowitz, Judith | 2:18-cv-13550 |
| Johnson, Bernadette | 2:19-cv-2713 |
| Johnson, Debra | 2:16-cv-16254 |
| Jones, Lenner | 2:17-cv-9081 |
| Lee, Cynthia | 2:17-cv-07821 |
| Lessner, Joan | 2:18-cv-01279 |
| Mangum, Sharon | 2:17-cv-04947 |
| Martinez, Therese | 2:17-cv-07665 |
| McDowell, Cheryl | 2:17-cv-12984 |
| Morrow, Debra | 2:17-cv-12824 |
| Newton, Felicia | 2:17-cv-11975 |
| Owens, Karen | 2:18-cv-06234 |
| Parker, Catherine | 2:17-cv-09691 |
| Piggee, Marietta | 2:18-cv-11240 |
| Rodgers, Doris | 2:17-cv-07806 |
| Smith, Frances | 2:17-cv-13654 |
| Thomas, Velma | 2:17-cv-14383 |

| Plaintiff | Case No. |
| --- | --- |
| Thompson, Vicki | 2:19-cv-1453 |
| Tomasko, Sherry | 2:17-cv-06550 |
| Turner, Susan | 2:17-cv-5040 |
| VanZuylen, Michele | 2:17-cv-9076 |
| Vela, Tanya | 2:18-cv-3902 |
| Weaver, Vicky | 2:19-cv-00003 |
| Wilson, Lavonia | 2:17-cv-06553 |
| Woodward, Amy | 2:17-cv-11932 |

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

By: */s/ Julie A.K. Reynolds*
Julie A.K. Reynolds (MN #0392426)

93021582.1