UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Anita Galey, 17-15663 | | |

## ORDER

Before the Court is an Unopposed Motion for Leave to File First Amended Short Form Complaint (Doc. 14319);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended short form complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 28th day of June, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE