UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION | MDL NO. 3023<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>*All cases where Sanofi-Aventis U.S. LLC Is named as a defendant* | |

## NOTICE OF APPEARANCE

Please enter the appearance of Harley V. Ratliff of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: June 28, 2022

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Harley V. Ratliff*
Harley V. Ratliff
Shook, Hardy and Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel:  (816) 474-6550
Fax:  (816) 421-5547
Email: hratliff@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, this 28th day of June, 2022, I electronically filed a copy of the above and foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

*/s/ Harley V. Ratliff*
Harley V. Ratliff

*Attorney for Defendant Sanofi-Aventis U.S. LLC*