# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
|    Cases identified on Exhibit A ) | |
| ) | |

## MOTION TO WITHDRAW JASON L. DEPAUW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Jason L. DePauw hereby respectfully requests this Court enter an order permitting him to withdraw as counsel of record for the Plaintiffs identified on Exhibit A upon the following grounds:

1. Jason L. DePauw will no longer be affiliated with Robins Kaplan LLP as of July 1, 2022, will no longer be involved in the handling of these actions, and cannot assist in their prosecution.

2. No delay in the litigation will result from the withdrawal and the withdrawal will not prejudice the Defendants as Munir R. Meghjee and Julie A.K. Reynolds of Robins Kaplan LLP will continue to serve as counsel for Plaintiffs.

93023213.1

As such, the undersigned respectfully request this Court grant this motion to withdraw as counsel of record for the Plaintiffs identified on Exhibit A.

Dated: June 28, 2022                Respectfully submitted,

/s/ *Jason L. DePauw*
Jason L. DePauw (MN Bar# 0392150)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Ph: (612) 349-8500
Fax: (612) 339-4181
JDePauw@RobinsKaplan.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ *Jason L. DePauw*
Jason L. DePauw

93023213.1