UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Kahn v. Sanofi-aventis U.S. LLC, No. 2:16-cv-17039*

## CONSENT MOTION TO EXTEND SUBMISSION DATE

NOW INTO COURT comes Plaintiff, who respectfully moves to extend the submission date of Plaintiff's Motion for Relief from Judgement Pursuant to Rule 60(b) (Rec. Doc. 14217) to July 6, 2022, in order to allow her filing a reply memorandum no later than July 5, 2022. The current submission date for this Reply is June 29, 2022. Counsel for Sanofi does not oppose this request.

WHEREFORE, Plaintiff respectfully prays that this Court grant the instant Motion to Extend Submission Date and enter the attached proposed order continuing the submission date from June 29, 2022 to July 6, 2022.

Dated: June 28, 2022　　　　　　　　　　　　　Respectfully submitted,

*/s/ Christopher L. Coffin*　　　　　　　　　　　*/s/ M. Palmer Lambert*
Christopher L. Coffin (#27902)　　　　　　　　M. Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　　　GAINSBURGH BENJAMIN DAVID
1100 Poydras Street, Suite 2225　　　　　　　MEUNIER & WARSHAUER, LLC
New Orleans, Louisiana 70163　　　　　　　　2800 Energy Centre, 1100 Poydras Street
Phone: (504) 355-0086　　　　　　　　　　　　New Orleans, LA 70163-2800
Fax: (504) 355-0089　　　　　　　　　　　　　Phone: 504-522-2304
ccoffin@pbclawfirm.com　　　　　　　　　　　Fax: 504-528-9973
　　　　　　　　　　　　　　　　　　　　　　　plambert@gainsben.com
*Plaintiff Co-Lead Counsel and Counsel for*
*Plaintiff/Appellant*　　　　　　　　　　　　　*Plaintiffs' Co-Liaison Counsel*

*/s/ Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT