UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Kahn v. Sanofi-aventis U.S. LLC*, No. 2:16-cv-17039 | |

## ORDER

Considering the foregoing Consent Motion to Extend Submission Date,

**IT IS HEREBY ORDERED**, that the submission date on Plaintiff's Motion for Relief from Judgement Pursuant to Rule 60(b) (Rec. Doc. 14217) is hereby extended and reset to July 6, 2022.

New Orleans, Louisiana, this __ day of _____, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**