UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES ON ATTACHED EXHIBITS A-C

---

**DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES
SUBJECT TO JULY 12, 2022 DISMISSAL CALL DOCKET**

---

Pursuant to PTO 22A (Rec. Doc. 3493) and Case Management Order 12A, Paragraphs 11-12 ("CMO 12A," Rec. Doc. 3492), Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc., and Sun Pharmaceutical Industries, Inc. (collectively "Defendants") submit a listing of cases for the July 12, 2022 dismissal call docket. The case lists are attached hereto as **Exhibits A, B, and C.**

On March 25, 2022, pursuant to PTO 22A, counsel for Defendants provided to Plaintiffs' Liaison Counsel Notice of Non-Compliance identifying for adjudication those cases listed on Exhibit A as having deficiencies under Amended PTO 22 (Rec. Doc. 325). Of the 129 cases identified on Defendants' March 25, 2022 Notice of Non-Compliance, 2 filed stipulations of dismissal with prejudice of their entire action instead of attempting to cure the identified deficiency(ies).[1] Of the remaining 121 cases, 77 failed to cure the deficiency(ies) and are identified for dismissal with prejudice on Exhibit A. Defendants respectfully request this Court

---

[1] In addition to these 2 cases, 6 additional cases that appeared on Defendants' March 25, 2022 Notice of Non-Compliance were otherwise previously dismissed.

dismiss with prejudice the cases identified on **Exhibit A** for (1) failure to comply with Amended PTO 22, which required Plaintiffs to produce a complete and verified Plaintiff Fact Sheet ("PFS"), signed and dated Authorizations, and responsive documents requested in the PFS, and/or (2) failure to comply with PTO 71A (Plaintiffs' Responsibilities Relevant to ESI, Rec. Doc. 1531).  Defendants also list 3 cases on **Exhibit B** that were addressed during prior show cause hearings, and that Defendants believe are also subject to dismissal at this time.

On April 29, 2022, pursuant to PTO 22A and CMO 12A, counsel for Defendants provided to Plaintiffs' Liaison Counsel Notice of Non-Compliance identifying for adjudication those cases with product identification deficiencies pursuant to CMO 12A.  On May 19, 2022, this Court entered an Order to Show Cause Regarding CMO 12A Product Identification (Rec. Doc. 14228) which states that each Plaintiff identified in Defendants' April 29, 2022 Notice of Non-Compliance was "ORDERED to comply with CMO-12A by obtaining Product ID information consistent with CMO 12A, uploading such results to MDL Centrality, and dismissing all Defendants for whom she does not have Product ID."[2]  The Court further ordered that "documentation of unsuccessful efforts to obtain Product ID information does not satisfy Plaintiff's obligations under this Order or CMO-12A, nor exempt a Plaintiff from dismissal for failure to establish Product ID."[3]  The Court also ordered that "[a]ny Plaintiff who plans to object and be heard on July 12, 2022 must provide their objection *and the basis for the same* (including any documentation supporting the same) to Plaintiffs' Co-Liaison Counsel by June 10, 2022. Plaintiffs' Co-Liaison Counsel must provide the Defendants with information and documentation received from counsel on counsel's objections by June 17, 2022."[4]

---

[2]   Rec. Doc. 14228.
[3]   *Id.*
[4]   *Id.* (emphasis added).

Of the 540 cases identified on Defendants' April 29, 2022 Notice of Non-Compliance with CMO 12A, there are 214 cases in which the deficiency(ies) have not been cured and counsel have indicated they intend to appear, but which Defendants believe are appropriate for dismissal with prejudice.  Counsel in 266 cases have indicated that they do not intend to show cause or appear.  Both categories of cases are listed in attached **Exhibit C**.

Also included on **Exhibit C** are 26 cases previously identified on Exhibit C to the Court's Minute Entry regarding the April 28, 2022 Show Cause Hearing (Rec. Doc. 14137 ) and/or Exhibit C to the Court's Minute Entry regarding the May 2, 2022 Show Cause Hearing (Rec. Doc. 14174). In those cases, the Court granted additional time to comply with CMO 12A, as stated on the record, and Plaintiffs have failed to do so. Accordingly, Defendants believe they are also subject to dismissal at this time.  In addition, 7 cases where Plaintiffs have obtained Product ID but failed to dismiss the remaining Defendants pursuant to CMO-12A have been listed on **Exhibit C**.  Those cases were identified on Defendants' January 21, 2022 and April 29, 2022 Notices of Non-Compliance.  Defendants respectfully request this Court dismiss the cases identified on **Exhibit C** for failure to comply with CMO 12A (Amended Product Identification Order) (Rec. Doc. 3492).[5]

The fact that a case identified on any of Defendants' Notices of Non-Compliance was not included on Exhibits A, B, or C hereto is not agreement by Defendants that product identification has been established consistent with CMO 12A and/or that Plaintiff Fact Sheet deficiencies have been cured, and Defendants reserve their right to identify on a future Notice of Non-Compliance

---

[5] Defendants intend to work with Plaintiffs to resolve the partial dismissal issues in advance of the July 12 hearing but reserve their right to state for the record which cases require such partial dismissals, if not resolved prior to the hearing.

any case(s) in which Plaintiff has not otherwise complied with her obligations under PTO 22A, Amended PTO 22, and/or CMO 12A.

          Respectfully submitted,

          /s/ *Douglas J. Moore*
          Douglas J. Moore (Bar No. 27706)
          **IRWIN FRITCHIE URQUHART & MOORE LLC**
          400 Poydras Street, Suite 2700
          New Orleans, LA 70130
          Telephone: 504-310-2100
          Facsimile: 504-310-2120
          dmoore@irwinllc.com

          Harley V. Ratliff
          Adrienne L. Byard
          Jordan Baehr
          **SHOOK, HARDY& BACON L.L.P.**
          2555 Grand Boulevard
          Kansas City, Missouri 64108
          Telephone: 816-474-6550
          Facsimile: 816-421-5547
          hratliff@shb.com
          abyard@shb.com
          jbaehr@shb.com

          *Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

          GREENBERG TRAURIG, LLP

          */s/ R. Clifton Merrell*
          R. Clifton Merrell
          Evan Holden
          Terminus 200
          3333 Piedmont Road NE, Suite 2500
          Atlanta, GA 30305
          Telephone: 678-553-2100
          Facsimile: 678-553-2100
          merrellc@gtlaw.com
          holdene@gtlaw.com

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500 New Orleans, Louisiana 70139 Telephone: (504) 581-3234 Facsimile: (504) 566-0210 debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*


WILLIAMS & CONNOLLY LLP

/s/ Richmond Moore
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
rmoore@wc.com
hhubbard@wc.com
nwadhwani@wc.com

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

ULMER & BERNE LLP

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*
Douglas J. Moore