# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 1 | Aaron | Patti | 2:17-cv-16831 | 12/11/2017 | No Proof of Use | Sanofi |
| 2 | Agnew | Earlene | 2:18-cv-01306 | 2/8/2018 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 3 | Andrade | Maria | 2:17-cv-16252 | 12/9/2017 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once; Authorizations (Plaintiff improperly inserted her own personal information in the addressee lines of the insurance, disability, workers' compensation authorizations) | Sanofi |
| 4 | Banks | Sherri | 2:17-cv-15591 | 12/7/2017 | PFS Not Substantially Complete - Only before photo is from before first chemotherapy; need photos from after first chemotherapy but before Taxotere | Sanofi |
| 5 | Bates | Arlene | 2:18-cv-02324 | 3/4/2018 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 6 | Brown | Jacqualyn | 2:19-cv-14299 | 12/9/2019 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Both Sanofi and 505 |
| 7 | Brown | Joan | 2:18-cv-12381 | 12/4/2018 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 8 | Carter | Eileen | 2:17-cv-08342 | 8/28/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 9 | Cook | Sheila | 2:17-cv-12265 | 11/12/2017 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 10 | Crudup | Mary | 2:21-cv-02169 | 11/23/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Both Sanofi and 505 |
| 11 | Culpepper | Mary | 2:16-cv-17914 | 12/1/2016 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 12 | Day | Carol | 2:17-cv-08331 | 8/27/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 13 | Delores-Henderson | Carol | 2:19-cv-13269 | 10/24/2019 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment | Both Sanofi and 505 |
| 14 | Delvy | Janet | 2:18-cv-13322 | 12/11/2018 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 15 | Dickinson | Sharon | 2:17-cv-14261 | 12/4/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 16 | Elder | Nioka | 2:17-cv-08232 | 8/25/2017 | PFS Not Substantially Complete - Only before photos are from before first cancer treatment; need photos from after first cancer treatment but before Taxotere; Authorizations (HIPAA authorization is not dated; Insurance authorization is witnessed by Counsel) | Sanofi |
| 17 | Engle | Deborah | 2:18-cv-12544 | 12/6/2018 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 18 | Ford | Jean | 2:17-cv-02551 | 3/27/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 19 | Gholston | Leah | 2:16-cv-17937 | 12/9/2016 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once; Authorizations (HIPAA authorization is not dated; Plaintiff improperly inserted her own personal information in the addressee lines of the insurance, disability and workers compensation authorizations); Case not served | Sanofi |
| 20 | Gray | Carol | 2:17-cv-17036 | 12/11/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment | Sanofi |
| 21 | Griffin | Brenda | 2:16-cv-16731 | 10/31/2016 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 22 | Griffin | Frances | 2:18-cv-06156 | 6/21/2018 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 23 | Grootwassink | Donna | 2:17-cv-15767 | 12/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 24 | Hale | Frances | 2:17-cv-11928 | 11/7/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 25 | Handy | Marolyn | 2:18-cv-13221 | 12/10/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 26 | Heim | Gale | 2:18-cv-05707 | 6/7/2018 | Plaintiff is deceased; need proper parties substituted | Sanofi |
| 27 | Johnson Cox | Debbie | 2:17-cv-08616 | 9/1/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 28 | Johnson-Brinker | Tandra | 2:18-cv-13078 | 12/10/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 29 | Kessler | Dara | 2:17-cv-15397 | 12/7/2017 | Shell PFS | Sanofi |
| 30 | Ladson | Corliss | 2:19-cv-13661 | 11/15/2019 | PFS Not Substantially Complete - No before photos | Sanofi |
| 31 | Lipowich | Shelley | 2:17-cv-13068 | 11/22/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 32 | Malone | Michele | 2:17-cv-10978 | 10/21/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 33 | Mapp | Jo'Ann | 2:17-cv-08507 | 8/31/2017 | Shell PFS; PFS Not Substantially Complete - Only after photos are from after second cancer diagnosis/treatment; need photos from after Taxotere but before second treatment | Sanofi |
| 34 | Matthews | Joann | 2:17-cv-17016 | 12/11/2017 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 35 | McCosh | Carolyn | 2:17-cv-02731 | 3/30/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative; Plaintiff is deceased; need suggestion of death filed and proper parties substituted | Sanofi |
| 36 | McKenzie | Mary | 2:16-cv-17161 | 12/12/2016 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 37 | Mills | Connie | 2:17-cv-16939 | 12/11/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Both Sanofi and 505 |
| 38 | Miseray-Bennett | Sharon | 2:17-cv-16741 | 12/11/2017 | Shell PFS | Sanofi |
| 39 | Miyose | Vesta | 2:17-cv-10473 | 10/11/2017 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 40 | Morse | Heather | 2:18-cv-13155 | 12/10/2018 | No CMO 12A Process Initiated | Both Sanofi and 505 |
| 41 | Murray | Lakeesha | 2:17-cv-15060 | 12/6/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 42 | Musa-Gadjo | Betty | 2:17-cv-08130 | 8/22/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 43 | Olin | Valerie | 2:18-cv-14300 | 12/28/2018 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Both Sanofi and 505 |
| 44 | Orr | Gloria | 2:19-cv-14509 | 12/11/2019 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 45 | Pardue | Tara | 2:16-cv-17507 | 12/15/2016 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 46 | Parrish | Elizabeth | 2:17-cv-06248 | 6/28/2017 | PFS Not Substantially Complete - Only before photo is from before first cancer treatment; need photos from after first cancer treatment but before Taxotere | Sanofi |
| 47 | Patterson | Mattie | 2:16-cv-17072 | 12/11/2016 | PFS Not Substantially Complete - Only before photo is from before first cancer treatment; need photos from after first cancer treatment but before Taxotere | Sanofi |
| 48 | Pellonari | Denise | 2:17-cv-15344 | 12/7/2017 | PFS Not Substantially Complete - Only before photos are from before first cancer treatment; need photos from after first cancer treatment but before Taxotere | Sanofi |
| 49 | Peterson | Guyann | 2:17-cv-15930 | 12/8/2017 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 50 | Pierce | Annie | 2:17-cv-12054 | 11/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 51 | Plaster | Jean | 2:19-cv-14191 | 12/6/2019 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 52 | Reynolds | Helen | 2:17-cv-08517 | 8/31/2017 | No PTO 71A (not signed by Plaintiff) | Sanofi |
| 53 | Riddle | Shannon | 2:17-cv-15940 | 12/8/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Both Sanofi and 505 |
| 54 | Robinson | Linda | 2:17-cv-08618 | 9/1/2017 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 55 | Russell | Madis | 2:17-cv-00117 | 1/5/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative; Plaintiff is deceased; need suggestion of death filed and proper parties substituted | Both Sanofi and 505 |
| 56 | Schachner | Paula | 2:17-cv-06353 | 6/30/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 57 | Screven | Yvette | 2:18-cv-13319 | 12/11/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 58 | Shaw | Betty | 2:17-cv-09934 | 10/2/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 59 | Sick | Patricia | 2:18-cv-12285 | 12/4/2018 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 60 | Smith | Judy | 2:17-cv-09744 | 9/28/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 61 | Smith | Roanna | 2:18-cv-13220 | 12/10/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy; submitted photos lack metadata | Sanofi |
| 62 | Spradley | Diane | 2:17-cv-16812 | 12/11/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 63 | Swann | Ellen | 2:17-cv-09542 | 9/23/2017 | PFS Not Substantially Complete - No before photos; Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 64 | Taylor | Maria | 2:21-cv-00085 | 1/14/2021 | Shell PFS; PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once; Case not served | Sanofi |
| 65 | Todd | Tillie | 2:17-cv-16640 | 12/11/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 66 | Touchet | Sarah | 2:17-cv-05791 | 6/14/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 67 | Tucker | Laticia | 2:17-cv-07741 | 8/11/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; Only after photos seem to be from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 68 | Turnell | Dorothy | 2:17-cv-15753 | 12/8/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy, need photos from after Taxotere but before second chemotherapy. | Sanofi |
| 69 | Twine | Josephine | 2:17-cv-16788 | 12/11/2017 | PFS Not Substantially Complete - Only before photos are from before first cancer treatment; need photos from after first cancer treatment but before Taxotere | Sanofi |
| 70 | Wargo | Bernadette | 2:17-cv-10961 | 10/20/2017 | PFS Not Substantially Complete - Only before photo is from before first cancer treatment; need photos from after first treatment but before Taxotere | Sanofi |
| 71 | Watkins | Patricia | 2:16-cv-17307 | 12/14/2016 | Shell PFS; No Proof of Use; No Before Photos; No after photos; No authorizations; No CMO 12A; No PTO 71A | Sanofi |
| 72 | Webre | Hedy | 2:16-cv-15674 | 10/18/2016 | Authorizations (HIPAA and Psychiatric records authorizations were expired when submitted to Centrality) | Sanofi |
| 73 | White | Florean | 2:16-cv-17068 | 12/11/2016 | PFS Not Substantially Complete - Only after photos are from after second cancer diagnosis/treatment; need photos from after Taxotere but before second treatment | Sanofi |
| 74 | White | Shavonne | 2:18-cv-11228 | 11/20/2018 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Both Sanofi and 505 |
| 75 | Willard | Faye | 2:16-cv-15574 | 9/16/2016 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 76 | Willis | Barbara | 2:17-cv-16254 | 12/9/2017 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |
| 77 | York | Carmen | 2:19-cv-14200 | 12/6/2019 | PFS Not Substantially Complete – Failed to answer whether Plaintiff has had cancer more than once | Sanofi |