# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 1 | Allis | Beverly | 2:18-cv-00778 | 1/25/2018 | PFS Not Substantially Complete - No before photos from within 5 years of treatment | Sanofi |
| 2 | Etheridge | Carisa | 2:17-cv-09431 | 9/21/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 3 | Ray | Gail | 2:17-cv-17710 | 12/22/2017 | PFS Not Substantially Complete - Failed to provide information for third cancer diagnosis/treatment in the PFS - photos may not be representative; Only after photos provided are after second chemotherapy (need photos after Taxotere treatment, but before second chemotherapy) | Sanofi |