UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Kahn v. Sanofi-aventis U.S. LLC, No. 2:16-cv-17039* | |

## ORDER

Considering the foregoing Consent Motion to Extend Submission Date (Doc. 14330),

**IT IS ORDERED** that the submission date on Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b) (Rec. Doc. 14217) is hereby extended and reset to July 6, 2022.

New Orleans, Louisiana, this 29th day of June, 2022.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**