UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> *Holzworth v. Sanofi S.A. et al* <br> Civil Action No.: 2:17-cv-13049 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated: June 29, 2022                                                      Respectfully submitted,

                                              GOMEZ TRIAL ATTORNEYS
                                              */s/Lindsay R. Stevens*
                                              Lindsay R. Stevens (CA Bar # 256811)
                                              655 West Broadway, Suite 1700
                                              San Diego, California 92101
                                              Telephone: (619) 237-3490
                                              Facsimile: (619) 237-3496

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 29, 2022                                          */s/ Lindsay R. Stevens*
                                                                    Lindsay R. Stevens