**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE   MILAZZO |
| | | MAG. JUDGE NORTH |
| Pamela A. Allison | | |
| Plaintiff(s),  , | : : | AMENDED COMPLAINT & JURY DEMAND |
| | : | |
| vs. | : | Civil Action No.:  2:17-cv-6957 |
| Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, dba Winthrop, U.S., et al.  , | : : : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------------ | : | |

**FIRST AMENDED SHORT FORM COMPLAINT**

Pursuant to Rule 15(a)(2) and L.R. 7.6, Plaintiff Pamela A. Allison incorporates by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint as follows:

1.      Plaintiff:

   Pamela A. Allison

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian,

conservator):

_____

4.      Current State of Residence: Kentucky _____

5.      State in which Plaintiff(s) allege(s) injury: Kentucky _____

6.      Defendants (check all Defendants against whom a Complaint is made):

   a.      Taxotere Brand Name Defendants

      ☒   A.      Sanofi S.A.

      ☒   B.      Aventis Pharma S.A.

      ☒   C.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      ☒   D.      Sanofi-Aventis U.S. LLC

   b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☐   A.      Sandoz, Inc.

      ☐   B.      Accord Healthcare, Inc.

      ☐   C.      McKesson Corporation d/b/a McKesson Packaging

      ☒   D.      Hospira Worldwide Inc.

      ☒   E.      Hospira Inc

      ☐   F.      Sun Pharma Global FZE

      ☐   G.      Sun Pharma Global Inc.

      ☐   H.      Caraco Pharmaceutical Laboratories Ltd.

      ☐   I.      Pfizer Inc.

      ☐   J.      Allergan Finance LLC f/k/a Actavis Inc.

      ☐   K.      Actavis Pharma Inc.

☐     L.     Other:

> Winthrop U.S.

7.     Basis for Jurisdiction:

    ☒     Diversity of Citizenship

    ☐     Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.     Venue:

    District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> Western District of Kentucky, Louisville Division

9.     Brand Product(s) used by Plaintiff (check applicable):

    ☐     A.     x Taxotere

    ☐     B.     Docefrez

    ☒     C.     Docetaxel Injection

    ☐     D.     Docetaxel Injection Concentrate

    ☐     E.     Unknown

    ☐     F.     Other:

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> June to September 2012

11.     State in which Product(s) identified in question 9 was/were administered:

> Kentucky

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent disfigurement, including alopecia; mental anguish, severe and debilitating emotional distress; past, present, and future physical and mental pain, suffering, and discomfort

13.     Counts in Master Complaint brought by Plaintiff(s):

[X]     Count I – Strict Products Liability - Failure to Warn
[X]     Count II – Strict Products Liability for Misrepresentation
[X]     Count III – Negligence
[X]     Count IV – Negligent Misrepresentation
[X]     Count V – Fraudulent Misrepresentation
[X]     Count VI – Fraudulent Concealment
[X]     Count VII – Fraud and Deceit
[ ]     Count VIII – Breach of Express Warranty (Sanofi Defendants only)

[X]     Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Strict Products Liability - Design and Manufacturing Defects - Against All Defendants

Breach of Implied Warranty - Against All Defendants

Extreme and Outrageous Conduct/Intentional Infliction of Emotional Distress - Against All Defendants

14.     Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

Jasper D. Ward IV
KY Bar Id: 92160
Alex C. Davis
KY Bar Id: 94899
Jones Ward PLC
1205 East Washington Street
Suite 111
Louisville, Kentucky 40206
P: (502) 882-6000
F: (502) 587-2007
jasper@jonesward.com
alex@jonesward.com