UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFIAVENTIS U.S. LLC, SANOFI U.S. SERVICE, INC., SAGENT PHARMACEUTICALS, INC., AND ACTAVIS, LLC f/k/a ACTAVIS, INC., and ACTAVIS PHARMA, INC.**<br><br>Civil Action No.: 2:17-cv-11211 |
| THIS DOCUMENT RELATES TO: ERICA MULLIN V. SANOFI U.S. SERVICES, INC., ET AL. | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., Sagent Pharmaceuticals, Inc., Actavis, LLC f/k/a Actavis, Inc., and Actavis Pharma, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of June 2022.

JOHNSON LAW GROUP

By: /s/ Alyssa J. White
    Alyssa J. White (TX Bar No: 24073014)
    2925 Richmond Avenue Ste. 1700
    Houston, TX 77098
    Telephone: (713) 626-9336
    Facsimile: (713) 583-9460
    Email: taxotere@johnsonlawgroup.com

*Counsel of Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 30, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 30, 2022

                                                                /s/ Alyssa J. White
                                                               Alyssa J. White