UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

*Gale Heim*
Case No.: *2:18-cv-05707*

## PLAINTIFF'S MOTION TO SUBSTITUTE GORDON HEIM ON BEHALF OF GALE HEIM

COMES NOW, Plaintiff Gale Heim and files this motion to substitute her spouse and personal representative, Gordon Heim, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff, Gale Heim filed the present action in the United States District Court for the Eastern District of Louisiana on June 12, 2018;

2. Plaintiff Gale Heim died on October 14, 2019;

3. On January 20, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Gordon Heim is the personal representative, spouse, and proper party plaintiff pursuant to the laws of the State of Maryland.

5. Plaintiff requests that the Court grant this substitution of party even though this Motion is filed more than 90 days after the Suggestion of Death was filed.

6. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the personal representative, spouse, and proper party plaintiff.

Plaintiff respectfully requests that Gordon Heim be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: June 30, 2022           By: *s/ Julie Reynolds*
                                  Munir R. Meghjee (MN #0301437)
                                  Julie Reynolds (MN #0392426)
                                  Robins Kaplan LLP
                                  800 LaSalle Avenue, Suite 2800
                                  Minneapolis, MN 55402
                                  Telephone: (612) 349-8500
                                  Facsimile: (612) 339-4181
                                  mmeghjee@robinskaplan.com

                                  **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on June 30, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Julie Reynolds*
Julie Reynolds