UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Gale Heim, 2:18-cv-05707* | * * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

*******************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Gordon Heim, as personal representative and spouse of Gale Heim,

be substituted as party plaintiff on behalf of Gale Heim.

New Orleans, Louisiana, this _____ day of _____, 2022.


_____
**JUDGE**