## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY** | **MDL NO. 2740** |
| **Pamela A. Allison,** | **SECTION "N" (5)** |
| **Plaintiff** | **HON. JANE TRICHE MILAZZO** |
| vs. | |
| **Sanofi, S.A., Aventis Pharma, S.A. and Sanofi-Aventis U.S., LLC, dba Winthrop U.S.** | **Civil Action: 2:17-cv-6957** |
| **Defendants** | |

## (PROPOSED) ORDER ON AMENDED COMPLAINT

The Court having reviewed Plaintiff's Motion for Leave to File Amended Complaint and upon consideration of same, accordingly,

IT IS ORDERED that the PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT is hereby GRANTED. Plaintiff's AMENDED COMPLAINT shall be filed into the record.

So ordered, this _____ day of July, 2022, New Orleans, Louisiana.

_____
**HON. JANE TRICHE MILAZZO**