# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY <br><br> Pamela A. Allison, <br><br> **Plaintiff** <br><br> vs. <br><br> Sanofi, S.A., Aventis Pharma, S.A. and Sanofi-Aventis U.S., LLC, dba Winthrop U.S. <br><br> **Defendants** | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> HON. JANE TRICHE MILAZZO <br><br> Civil Action: 2:17-cv-6957 |

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Plaintiff Pamela A. Allison in the above-referenced matter. Pursuant to Local Rule 7.6, I shared a copy of the Motion to Amend with counsel for the Sanofi defendants on June 20, 2022. I contacted Douglas Moore and Nicholas Insogna pursuant to the local rule and PTO 37(A), as well as Brenda Sweet, Julie Callsen, and later Rebecca Reickbush and Jordan Baehr. On June 24, 2022, Jordan Baehr responded that Sanofi took no position on the Motion. Because no party provided a notice of opposition, the Motion to Amend may be filed as unopposed.

Respectfully submitted,

**JONES WARD PLC**

*s/ Alex C. Davis*_____
Alex C. Davis
Jasper D. Ward IV
The Pointe
1205 E. Washington Street, Suite 111
Louisville, Kentucky 40206
Phone: (502) 882-6000
Facsimile: (502) 587-2007
alex@jonesward.com
jasper@jonesward.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, July 1, 2022, a true and correct copy of the foregoing was filed and served electronically via the CM/ECF system, which automatically send a copy to all counsel of record.

                                          s/ *Alex C. Davis*
                                          Alex C. Davis