UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Gale Heim*, 2:18-cv-05707 | * * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

*******************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 14342),

**IT IS ORDERED** that the Motion is **GRANTED** and that Gordon Heim, on behalf of Gale Heim, be substituted as party plaintiff herein.

New Orleans, Louisiana, this 1st day of July, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE