UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO MAG. JUDGE NORTH |
| *Sharon McCuin-Hutchins v. Sanofi-Aventis, et al.,* Case No.  2:17-cv-09438 | |

**NON-TRIAL POOL PLAINTIFF SHARON MCCUIN-HUTCHINS' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff SHARON MCCUIN-HUTCHINS' averment of the basis for dismissal as follows:

**YOU <u>MUST</u> CHECK ALL THAT APPLY**

___ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.

 X  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

 X  Other

If warranted under the circumstances, Plaintiff SHARON MCCUIN-HUTCHINS may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated the 1st day of July 2022

**THE CARLSON LAW FIRM, PC**

By: /s/ Javad TahbazSalehi
Javad TahbazSalehi
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
800-359-5690
javadt@carlsonattorneys.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, this 1st day of July, 2022, I have electronically filed a copy of the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to counsel of record.

s/ *Javad_TahbazSalehi*
Javad TahbazSalehi, Esq.