UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    )    MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION   )

                         )    SECTION: "H" (5)

                         )

**This document relates to:**    )
Pamela Allison, 17-6957          )

## ORDER

Before the Court is an Unopposed Motion for Leave to File Amended Complaint (Doc. 14343);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended short form complaint attached to Plaintiff's earlier, deficient Motion (Doc. 14336) in the member case.

New Orleans, Louisiana, this 5th day of July, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE