UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Gloria Orr
Case No.: 2:19-cv-14509

## STATEMENT OF PLAINTIFF'S COUNSEL

　　　I represent Gloria Orr whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: July 5, 2022　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Erin M. Wood
　　　　　　　　　　　　　　　　　　　　　　　Erin M. Wood
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24073064
　　　　　　　　　　　　　　　　　　　　　　　ewood@fnlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　**FEARS NACHAWATI, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　5489 Blair Road
　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　　　　Tel. (214) 890-0711
　　　　　　　　　　　　　　　　　　　　　　　Fax (214) 890-0712