UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Mike Riddle o/b/o Shannon Riddle</u>**
**Case No.: <u>2:17-cv-15940</u>**

## STATEMENT OF PLAINTIFF'S COUNSEL

     I represent Mike Riddle on Behalf of the Estate of Shannon Riddle whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

     The deficiency is not cured and there is no defense to the request for a dismissal.

Dated this 6th day of July, 2022          */s/ Holly Werkema*
                                                                       Holly Werkema
                                                                       Baron & Budd, P.C.
                                                                       3102 Oak Lawn Ave., Suite 1100
                                                                       Dallas, Texas 75219
                                                                       Telephone: 214-521-3605
                                                                       Facsimile: 214-520-1181
                                                                       hwerkema@baronbudd.com

                                                                       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counselof record who are CM/ECF participants.

DATED: July 6, 2022                 */s  Holly Werkema*
                               Holly Werkema