UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Joy Burnett, 2:17-cv-13651* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

*******************************************

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Sam Burnett, who respectfully moves this Court for an order substituting Sam Burnett as party plaintiff for Joy Burnett, his deceased wife for the following reasons:

1.

The above captioned lawsuit was filed on November 29, 2017 on behalf of Joy Burnett.

2.

Joy Burnett passed away on June 10, 2021 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Sam Burnett, on July 6, 2022 (Exhibit 1).

3.

Sam Burnett, as surviving spouse of Joy Burnett, is the proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Sam Burnett has the proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Sam Burnett respectfully requests that he be substituted as party plaintiff on behalf of Joy Burnett, his deceased wife.

Dated: July 6, 2022                                  Respectfully submitted,

/s/ *Claire E. Kreider*
M. Palmer Lambert (#33228)
Claire E. Kreider (#37029)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
ckreider@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Claire E. Kreider*
Claire E. Kreider