# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Joy Burnett, 2:17-cv-13651* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

*******************************************

## SUGGESTION OF DEATH

Sam Burnett, husband of Joy Burnett suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Joy Burnett, Plaintiff of record in the above captioned case. Mrs. Burnett passed away on June 10, 2021 during the pendency of this action. Mrs. Burnett's surviving spouse will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Dated: July 6, 2022                Respectfully submitted,

/s/ *Claire E. Kreider*
M. Palmer Lambert (#33228)
Claire E. Kreider (#37029)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
plambert@gainsben.com
ckreider@gainsben.com

*Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

    I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ Claire E. Kreider*
                                                Claire E. Kreider