**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)          *     MDL No. 2740
PRODUCTS LIABILITY LITIGATION        *
                                     *     SECTION "H" (5)
THIS DOCUMENT RELATES TO             *
*Joy Burnett, 2:17-cv-13651*          *     JUDGE JANE TRICHE
                                     *     MILAZZO
                                     *
                                     *     MAGISTRATE JUDGE NORTH
                                     *
*********************************************

**<u>ORDER</u>**

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Sam Burnett, as surviving spouse of Joy Burnett, be substituted as

party plaintiff on behalf of Joy Burnett.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
                                **JUDGE**