UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Patricia Warrem**
**Case No.: 2:17-cv-15645**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Patricia Warrem whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated this 6th day of July, 2022 　　　　　　　　　*/s/ Holly Werkema*
　　　　　　　　　　　　　　　　　　　　　　　　　　Holly Werkema
　　　　　　　　　　　　　　　　　　　　　　　　　　Baron & Budd, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　3102 Oak Lawn Ave., Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 214-521-3605
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 214-520-1181
　　　　　　　　　　　　　　　　　　　　　　　　　　hwerkema@baronbudd.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counselof record who are CM/ECF participants.

DATED: July 6, 2022                                                      /s  Holly Werkema
                                                                                       Holly Werkema