UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>**Plaintiff Name: <u>Alma Calderon</u>**<br>**Case No.: <u>2:17-cv-14830</u>** | |

    Please enter the appearance of Holly Werkema of the law firm of Baron & Budd, P.C. as counsel for Plaintiff in the above entitled case and in the MDL 2740. Any and all communications and filings should include her in these matters.

Dated this 6th day of July, 2022          */s/ Holly Werkema*
                                                   Holly Werkema
                                                   Baron & Budd, P.C.
                                                   3102 Oak Lawn Ave., Suite 1100
                                                   Dallas, Texas 75219
                                                   Telephone: 214-521-3605
                                                   Facsimile: 214-520-1181
                                                   hwerkema@baronbudd.com

                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>July 6, 2022</u>                <u>/s  Holly Werkema</u>
                                 Holly Werkema