UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Dana Bell**
**Case No.: 2:18-cv-09250**

## DECLARATION

I, Adam Pulaski, have attempted to reach my client, Dana Bell on the following dates: February 22, 2022; March 16, 2022; March 21, 2022; April 6, 2022; April 19, 2022; May 2, 2022; May 9, 2022; May 19, 2022; June 6, 2022; June 23, 2022; June 30, 2022, and July 6, 2022. by (check all that apply) ☒telephone, ☒e-mail, ☒text message, ☐social media, ☐U.S. Mail, ☐ Certified Mail, ☐other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

*/s/ Adam Pulaski*
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
adam@pulaskilawfirm.com