UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Margaret Cruz**
**Case No.: 2:17-cv-15839**

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Margaret Cruz whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 6, 2022            By: */s/ Alyson M. Petrick*
                                               **CAREY DANIS & LOWE**
                                               Jeffrey J. Lowe, #35114MO
                                               Sarah Shoemake Doles, #45747MO
                                               Alyson M. Petrick, #68323MO
                                               8235 Forsyth Blvd, Suite 1100
                                               Saint Louis, MO 63105
                                               Telephone: (314) 725-7700
                                               Fax: (314) 721-0905
                                               jlowe@careydanis.com
                                               sdoles@careydanis.com
                                               apetrick@careydanis.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

*/s/ Alyson M. Petrick*
