UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Janet Derner**
**Case No.: 2:19-cv-14513**

## STATEMENT OF PLAINTIFF'S COUNSEL

　　　I represent Janet Derner whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 6, 2022　　　　　　　　　　By: */s/ Alyson M. Petrick*
　　　　　　　　　　　　　　　　　　　**CAREY DANIS & LOWE**
　　　　　　　　　　　　　　　　　　　Jeffrey J. Lowe, #35114MO
　　　　　　　　　　　　　　　　　　　Sarah Shoemake Doles,
　　　　　　　　　　　　　　　　　　　　#45747MO
　　　　　　　　　　　　　　　　　　　Alyson M. Petrick, #68323MO
　　　　　　　　　　　　　　　　　　　8235 Forsyth Blvd, Suite 1100
　　　　　　　　　　　　　　　　　　　Saint Louis, MO 63105
　　　　　　　　　　　　　　　　　　　Telephone: (314) 725-7700
　　　　　　　　　　　　　　　　　　　Fax: (314) 721-0905
　　　　　　　　　　　　　　　　　　　jlowe@careydanis.com
　　　　　　　　　　　　　　　　　　　sdoles@careydanis.com
　　　　　　　　　　　　　　　　　　　apetrick@careydanis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

/s/ *Alyson M. Petrick*
