UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| *Candice Broadie V. Sanofi-Aventis U.S. LLC, et al.,* Civil Action No.: 2:18-cv-12928 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## PLAINTIFF'S AMENDED MEMORANDUM IN SUPPORT OF HER AMENDED MOTION TO VACATE VOLUNTARY DISMISSAL WITH RESPECT TO HOSPIRA, INC.

Plaintiff, Candice Broadie, by and through the undersigned Counsel of Record, submits this Memorandum in Support of her Motion to Vacate the Voluntary Dismissal with respect to Hospira, Inc.

Plaintiff filed a voluntary dismissal of all Defendants, except Sanofi, which included Hospira, Inc. on January 8, 2020. Since the filing of the dismissal, AmerisourceBergen Corporation has since provided Plaintiff Broadie with copies of Taxotere/Docetaxel purchase records from Levine Cancer Institute. These purchase records are evidence of the Taxotere/Docetaxel that Plaintiff Broadie was treated with at Levine Cancer Institute from March 19, 2012 to July 23, 2012. These purchase records identify both Sanofi-Aventis U.S. LLC and Pfizer Inc. as the manufacturers of the Taxotere/Docetaxel received by Plaintiff Broadie at the Levine Cancer Institute. While the information in Exhibit A identifies Pfizer as the manufacturer, additional research has shown the National Drug Codes (NDCs) provided belong to Hospira, Inc. According to Defendant Pfizer, it could not have been the manufacturer of the injectables received by Plaintiff Brodie between April 2011 - January 2013.

On January 8, 2020, these purchase records were uploaded in Centrality as Document No.

431955, and hereto attached as Exhibit A.

Plaintiff seeks to vacate the stipulation of dismissal with prejudice with respect to Hospira, Inc. and reinstate Hospira, Inc. as an original Defendant in this action, as both Sanofi-Aventis U.S. LLC and Hospira, Inc. are identified as the manufacturers of the Taxotere/Docetaxel used at the Levine Cancer Institute during Plaintiff Broadie's chemotherapy treatment.

Defendants would not be prejudiced by this Motion to Vacate, and its sole purpose is to identify the Taxotere/Docetaxel manufacturers in Plaintiff's case. For these reasons, Plaintiff requests that this Court grant Plaintiff's Motion to Vacate the Voluntary Dismissal of Hospira, Inc. and reinstate Hospira, Inc. as a Defendant in this case.

Dated this 6th day of July, 2022

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ Adam Pulaski*_____
Adam Pulaski
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
adam@pulaskilawfirm.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 6, 2022                              */s/ Adam Pulaski*

# Exhibit A

# Tina Lafoe

| | |
|---|---|
| **From:** | Information Requests - Legal <InformationRequestsLegal@amerisourcebergen.com> |
| **Sent:** | Wednesday, January 8, 2020 12:26 PM |
| **To:** | Tina Lafoe |
| **Cc:** | Information Requests - Legal |
| **Subject:** | Subpoena - Taxotere - Candice Broadie v. Sanofi |
| **Attachments:** | 20200107 Candice Broadie v. Sanofi.pdf |

Hi Tina,

After reviewing the available AmerisourceBergen/Oncology Supply sales information for Levine Cancer Institute listed below is the branded or generic Taxotere/docetaxel purchased between 03/01/2010 and 01/31/2013:

| ItemDesc | NDC | OrdDate | DelivQty | Manuf. |
|---|---|---|---|---|
| TAXOTERE 20MG/.5ML SDV SOL | 00075-8001-20 | 03/02/2010 – 10/26/2010 | 502 | SANOFI-AVENTIS US LLC |
| TAXOTERE 80MG/2ML SDV SOL | 00075-8001-80 | 03/02/2010 – 10/20/2010 | 365 | SANOFI-AVENTIS US LLC |
| TAXOTERE 20MG SDV | 00075-8003-01 | 10/25/2010 - 11/16/2012 | 408 | SANOFI-AVENTIS US LLC |
| TAXOTERE 80MG SDV | 00075-8004-04 | 10/25/2010 – 11/16/2012 | 334 | SANOFI-AVENTIS US LLC |
| DOCETAXEL INJ 20MG/2ML SDV | 00409-0201-02 | 04/29/2011 – 09/14/2011 | 54 | PFIZER INJECTABLES |
| DOCETAXEL INJ 80MG/8ML MDV | 00409-0201-10 | 04/05/2011 – 01/22/2013 | 1260 | PFIZER INJECTABLES |
| DOCETAXEL 20MG VL 1ML | 00955-1020-01 | 03/22/2011 – 04/19/2011 | 33 | WINTHROP, US..BUS OF SANOFI-AVENTIS |
| DOCETAXEL 80MG VL 4ML | 00955-1021-04 | 03/23/2011 - 03/25/2011 | 23 | WINTHROP, US..BUS OF SANOFI-AVENTIS |
| DOCETAXEL 80MG/4ML RTU SDV | 16729-0231-64 | 09/21/2012 | 16 | ACCORD HEALTHCARE, INC |

Please note that we can only confirm purchases of these NDC numbers and cannot confirm it was administered to any specific patient.

Please let us know if you have any questions.

**Shawn L. Matteo**
**Legal Specialist**
AmerisourceBergen Corporation
227 Washington Street
Conshohocken, PA 19428
Direct: 610.727.7229
E-mail: smatteo@amerisourcebergen.com

1

Broadie, C_000013