UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Deborah Engle</u>
**Case No.:** <u>2:18-cv-12544</u>

## STATEMENT OF PLAINTIFF'S COUNSEL

     I represent Deborah Engle whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

     The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 6, 2022                            */s/ Daniel P. Markoff*
                                                           Daniel P. Markoff
                                                           Atkins and Markoff
                                                           9211 Lake Hefner Parkway
                                                           Oklahoma City, OK 73129
                                                           405-607-8757
                                                           Dmarkoff@atkinsandmarkoff.com