UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                             SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Keshia Carney**
Case No.: **2:17-cv-15615**

## DECLARATION

I, Holly Werkema, have attempted to reach my client, Keshia Carney, on the following dates:  June 24, 2022; June 27, 2022; June 28, 2022; June 30, 2022; July 6, 2022_____ by (check all that apply)  __X__  telephone, __X__ e-mail, ____ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, __X__ other (FedEx Mail), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

                                          */s/ Holly Werkema*
                                          Holly Werkema
                                          Baron & Budd, P.C.
                                          3102 Oak Lawn Ave., Suite 1100
                                          Dallas, Texas 75219
                                          Telephone: 214-521-3605
                                          Facsimile: 214-520-1181
                                          hwerkema@baronbudd.com

                                          *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counselof record who are CM/ECF participants.

DATED: July 6, 2022                                              */s  Holly Werkema*
                                                                                               Holly Werkema