UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: Joy Burnett, 17-13651 | | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 14365);

**IT IS ORDERED** that the Motion is **GRANTED** and that Sam Burnett, on behalf of Joy Burnett, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 7th day of July, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE