**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Peggy Gibson**
Case No.: **2:17-cv-09576**

                    **STATEMENT OF PLAINTIFF'S COUNSEL**

        I represent **Peggy Gibson** whose case is on a Notice of Non-Compliance to be heard by
the Court on **July 12, 2022**. I reviewed the deficiency and the Notice of Non-Compliance, and
promptly advised my client unless the deficiency is cured, the case could be dismissed with
prejudice.

        The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: **July 7th, 2022**

                                        */s/ C. Brannon Robertson*
                                        Stephen M. Fernelius
                                        Texas State Bar No. 06934340
                                        C. Brannon Robertson
                                        Texas State Bar No. 240028522
                                        Ryan M. Perdue
                                        Texas State Bar No. 24046611
                                        Fernelius Simon Mace Robertson Perdue
                                        PLLC
                                        4119 Montrose Blvd, Ste. 500
                                        Houston, Texas 77006