# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>**Plaintiff Name: Holly Hanson**<br>**Case No.: 2:17-cv-17938** | |

Please enter the appearance of Austin B. Whitten of the law firm of Pittman, Dutton, Hellums, Bradley & Mann, P.C. as counsel for Plaintiff in the above-entitled case and in the MDL 2740. Any and all communications and filings in these matters should include him.

Dated this the 8th day of July, 2022

/s/ *Austin B. Whitten*
Austin B. Whitten
PITTMAN, DUTTON, HELLUMS,
 BRADLEY & MANN, P.C.
2001 Park Place N., Ste 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Fax No.: (205) 328-2711
austinw@pittmandutton.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

     I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 8, 2022                                            */s Austin Whitten*
                                                                                            Austin B. Whitten