UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

CAROLYN MCCOSH
Case No.: 17-02731

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Joseph Hubert McCosh, Personal Representative of the Estate of Carolyn McCosh in place of Plaintiff, Carolyn McCosh.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed March 30, 2017.

2. The Plaintiff, Carolyn McCosh, died on April 11, 2021.  (See Death Certificate- Exhibit A).

3. Via Carolyn McCosh's final will and testament and upon Ms. McCosh's death, Joseph Hubert McCosh was appointed as Personal Representative of the Estate of Carolyn McCosh. (See Last Will and Testament- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Joseph Hubert McCosh, Personal Representative of the Estate for Carolyn McCosh for the Plaintiff, Carolyn McCosh.

1

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2022, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/J. Christopher Elliott*