**STATE OF TENNESSEE**
**Office of Vital Records**

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER 2021 027713

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | CAROLYN FAY MCCOSH |
| 2. Sex | FEMALE |
| 3. Date of Death | 04/11/2021 |
| 4. Time of Death (Approx) | 08:45 AM |
| 5a. Age | 73 |
| 6. Date of Birth | 11/28/1947 |
| 7. Birthplace | ATHENS, TN |
| 8a. Place of Death | DECEDENT'S HOME |
| 8b. Facility Name | 187 COUNTY ROAD 292 |
| 8c. City or Town | NIOTA |
| 8d. County of Death | MCMINN |
| 9. Marital Status | MARRIED |
| 10. Surviving Spouse (name prior to first marriage) | JOSEPH MCCOSH |
| 11a. Decedent's Usual Occupation | LABORER |
| 11b. Kind of Business/Industry | MANUFACTURING INDUSTRY |
| 12. Social Security Number | 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 |
| 13a. Residence-State or Foreign Country | TENNESSEE |
| 13b. County | MCMINN |
| 13c. City or Town | NIOTA |
| 13d. Street and Number | 187 COUNTY ROAD 292 |
| 13e. Inside City Limits? | NO |
| 13f. Zip Code | 37826 |
| 14. Was Decedent ever in US Armed Forces? | NO |
| 15. Decedent's Education | SOME COLLEGE CREDIT, BUT NO DEGREE |
| 16. Decedent of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17. Decedent's Race | WHITE |
| 18. Father's Name | BRUCE D. LAYMAN SR. |
| 19. Mother's Name Prior to First Marriage | BESSIE E. KNOX |
| 20a. Informant's Name | JOSEPH MCCOSH |
| 20b. Relationship to Decedent | HUSBAND |
| 20c. Mailing Address | 187 COUNTY ROAD 292, NIOTA, TN 37826 |
| 21a. Method of Disposition | BURIAL |
| 21b. Place of Disposition | SWEETWATER MEMORIAL PARK |
| 21c. Location | SWEETWATER, TN |
| 22a. Signature of Funeral Director | /e/ HERSHEL ROBERT CODY JR |
| 22b. License Number | 6625 |
| 22c. Signature of Embalmer | /e/ Dawn Guthrie Palmer |
| 22d. License Number | 3468 |
| 23a. Name and Address of Funeral Home | COMPANION FUNERAL HOME (ATHENS), 400 SOUTH WHITE STREET, ATHENS, TN 37303 |
| 23b. License Number | 1352 |
| 24. Registrar's Signature | /e/ EDWARD G BISHOP III |
| 25. Date Filed | 04/23/2021 |

26. Certifier
26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| /e/ CHARLES B COX | 018827 | 04/23/2021 |

27d. Name and Address: CHARLES B COX P.O BOX 828, ATHENS, TN 37371

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

IMMEDIATE CAUSE a. MALIGNANT NEOPLASM OF BRAIN
b.
c.
d.

Part II: OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

29a. Was an Autopsy Performed? NO
29b. Were Autopsy Findings Available to Complete the Cause of Death?

30. Manner of Death: NATURAL
31. Did Tobacco Use Contribute to Death? NO
32. If Female: NOT PREGNANT WITHIN PAST YEAR

PH-1659E    RDA 10112

13452036

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III, State Registrar
Lisa Piercey, MD, MBA, FAAP, Commissioner

1 3 4 5 2 0 3 6

Date Issued: Apr-23-2021

**CERTIFICATION OF VITAL RECORD**