UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

CAROLYN MCCOSH
Case No.: 17-02731

# [PROPOSED] ORDER GRANTING SUBSTITUTION

This came before the Court on Plaintiff Carolyn McCosh's Motion for Substitution of Plaintiff.  Based on the files, records, and proceedings herein:

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Joseph Hubert McCosh, as Personal Representative of the Estate of Carolyn McCosh is substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____ 2022.

_____

District Judge