**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL DOCKET NO. 2740 |
|  | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *All cases where sanofi-aventis U.S. LLC is named as a defendant* |  |

## NOTICE OF APPEARANCE

Please enter the appearance of Gabriel Winsberg of the law firm Irwin Fritchie Urquhart Moore & Daniels LLC as counsel for Defendant sanofi-aventis U.S. LLC, in the above-captioned matters.

Respectfully submitted,

 /s/ *Gabriel Winsberg*
Gabriel J. Winsberg (Bar No. 38943)
**IRWIN FRITCHIE URQUHARDT MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
gwinsberg@irwinllc.com

*Attorney for Defendant sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Gabriel Winsberg*