**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL DOCKET NO. 2740 |
|  | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *All cases where sanofi-aventis U.S. LLC is named as a defendant* | |

# NOTICE OF APPEARANCE

Please enter the appearance of MARY BRITTON of the law firm Irwin Fritchie Urquhart Moore & Daniels LLC as counsel for Defendant sanofi-aventis U.S. LLC, in the above-captioned matters.

Respectfully Submitted,

*/s/ Mary Britton*
Mary Britton (Bar No. 36812)
IRWN FRITCHIE URQUHART MOORE
& DANIELS LLC
400 Poydras St., Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
bbritton@irwinllc.com

*Counsel for Defendant sanofi-aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Mary Britton*