UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: Cases Listed on Exhibit A, attached. | | |

## 505(B)(2) DEFENDANTS' OPPOSING MEMORANDUM REGARDING INNOVATOR LIABILITY

The 505(b)(2) Defendants, Accord Healthcare, Inc., Actavis Pharma, Inc., Actavis LLC, Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., Pfizer, Inc., Sandoz, Inc., and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., seek dismissal of Plaintiffs' claims identified on Exhibit A with prejudice for lack of Product Identification Information in compliance with Case Management Order 12A. Plaintiffs are not seeking to proceed against undersigned defendants. *See* Plaintiff's MA Innovator Liability Law Show Cause Resp. at 1 (Rec. Doc. 14313); Plaintiffs' IL Innovator Liability Law Show Cause Resp. at 1 (Rec. Doc. 14316); Plaintiffs' CA Innovator Liability Show Cause Resp. at 3 (Rec. Doc. 14312).

Since Plaintiffs do not attempt to assert innovator claims against the 505(b)(2) Defendants, this Court should dismiss Plaintiffs' claims on Exhibit A against the 505(b)(2) Defendants with prejudice based on lack of compliance with CMO 12A.

DATED: July 8, 2022                     Respectfully submitted,

/s/ Julie A. Callsen
Julie A. Callsen
Brenda Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:   216.592.5009
Email:       julie.callsen@tuckerellis.com
             brenda.sweet @tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

/s/ R. Clifton Merrell
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:   678.553.2100
Facsimile:   678.553.2100
Email:       merrellc@gtlaw.com
             holdene@gtlaw.com

/s/ Deborah B. Rouen
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:   504.581.3234
Facsimile    504.566.0210
Email:       debbie.rouen@arlaw.com
             paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*

/s/ Richmond Moore
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20004
Telephone: 202.434.5000
Facsimile: 202.434.5029
Email: rmoore@wc.com
hhubbard@wc.com
nwadhwani@wc.com

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504.858.7000
Facsimile: 504.585.7075
Email: olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*


/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617.213.7000
Facsimile: 617.213.7001
Email: gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

3

/s/ *Michael J. Suffern*
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:  513.698.5000
Facsimile:  513.698.5001
Email:  jheis@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

5

## CERTFICATE OF SERVICE

I hereby certify that on July 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                                                */s/Julie A. Callsen*

5595049.2