# EXHIBIT A

| # | Hearing Date | Plaintiff Last Name | Plaintiff First Name | MDL Docket No. | Firm |
|---|---|---|---|---|---|
| 1. | 4/28/2022 | Epperson | Jessica | 2:17-cv-15302 | Maher Law Firm |
| 2. | 4/28/2022 | Sadaka | Eva | 2:18-cv-06064 | Bachus & Schanker |
| 3. | 4/28/2022 | Bess (Brown) | Marian (Nona) | 2:17-cv-17295 | McSweeney/Langevin |
| 4. | 4/28/2022 | Carter | Jessie | 2:17-cv-16952 | McSweeney/Langevin |
| 5. | 4/28/2022 | Hubbard-Nickens | Pamela | 2:17-cv-16960 | McSweeney/Langevin |
| 6. | 4/28/2022 | Ojeda | Nadia | 2:17-cv-16943 | McSweeney/Langevin |
| 7. | 4/28/2022 | Rodriguez | Gladys | 2:17-cv-16708 | McSweeney/Langevin |
| 8. | 4/28/2022 | Haywood | Deborah | 2:17-cv-15293 | Niemeyer, Grebel & Kruse |
| 9. | 4/28/2022 | Kuipers | Beverly | 2:17-cv-14777 | Niemeyer, Grebel & Kruse |
| 10. | 4/28/2022 | Oliva | Sylvia | 2:17-cv-14007 | Niemeyer, Grebel & Kruse |
| 11. | 4/28/2022 | Ashworth | Phyllis | 2:17-cv-07359 | Pendley, Baudin & Coffin |
| 12. | 4/28/2022 | Barnes | Sonia | 2:17-cv-06825 | Pendley, Baudin & Coffin |
| 13. | 5/2/2022 | Basler | Kathy | 2:18-cv-00903 | Bachus & Schanker |
| 14. | 5/2/2022 | Gardner | Priscilla | 2:17-cv-16719 | Bachus & Schanker |
| 15. | 5/2/2022 | Graves | Diana | 2:18-cv-11901 | Bachus & Schanker |
| 16. | 5/2/2022 | Haddad | Alizabeth | 2:17-cv-16236 | Bachus & Schanker |
| 17. | 5/2/2022 | Halloway | Ronette | 2:17-cv-16767 | Bachus & Schanker |
| 18. | 5/2/2022 | Medina | Nayuca | 2:18-cv-12335 | Bachus & Schanker |
| 19. | 5/2/2022 | Niles | Madeline | 2:17-cv-11744 | Bachus & Schanker |
| 20. | 5/2/2022 | Powell | Meredith | 2:18-cv-01521 | Bachus & Schanker |

| # | Hearing Date | Plaintiff Last Name | Plaintiff First Name | MDL Docket No. | Firm |
|---|---|---|---|---|---|
| 21. | 5/2/2022 | Rawlins | Sheila | 2:17-cv-16330 | Bachus & Schanker |
| 22. | 5/2/2022 | Weigand | Jennifer | 2:17-cv-07789 | Bachus & Schanker |