UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO:** | : : | |
| Cases Listed on Exhibit A, attached. | : : | |

### PROPOSED ORDER

In accordance with the Court's June 24, 2022 Order on Innovator Liability Letter Briefing, the parties submitted additional briefing as to the claims of plaintiffs identified on Exhibit A.

IT IS ORDERED that the cases listed in the attached Exhibit A are DISMISSED WITH PREJUDICE for failure to produce product identification information in accordance with CMO12A as to Defendants Accord Healthcare, Inc., Actavis Pharma, Inc., Actavis LLC, Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., Pfizer, Inc., Sandoz, Inc., and Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.,

New Orleans, Louisiana, this ___ day of _____, 2022.

                                                        **HON. JANE TRICHE MILAZZO**
                                                        **UNITED STATES DISTRICT JUDGE**