**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                     **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                **SECTION "H" (5)**

THIS DOCUMENT RELATES TO

**Plaintiff Name: Patti Aaron**
**Case No.: 2:17-16831**

<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>

       I represent Aaron Patti whose case is on a Notice of Non-Compliance to be heard by the Court on July 12, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

       The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 11, 2022                 **BACHUS & SCHANKER, LLC**

                                     By: <u>*/s/ J.Christopher Elliott*</u>
                                     J. Christopher Elliott, Esq.
                                     Bachus & Schanker, LLC
                                     101 West Colfax Suite 650
                                     Denver, CO 80202
                                     Telephone: (303)893-8900
                                     Facsimile: (303) 893-9900
                                     Email: celliott@coloradolaw.net

                                     *Attorneys for Plaintiff*