THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABLITY LITIGATION | ) ) ) ) | MDL Case No. 2740 |
| This Document Relates to Plaintiff: | ) ) ) | |
| LINDA MORTIMER Case No. 2:17-cv-16797 | ) ) | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Linda Mortimer.


Dated: July 11, 2022                    /s/ Rhett McSweeney_____  _____
                                                     Rhett A. McSweeney
                                                     McSweeney Langevin
                                                     2116 2nd Avenue South
                                                     Minneapolis, Minnesota 55404
                                                     Phone: (612) 746-4646, ext. 1567
                                                     Email: ram@westrikeback.com
                                                             filing@westrikeback.com
                                                     **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 11, 2022                                /s/ Rhett McSweeney_____
                                                                Rhett A. McSweeney
                                                                McSweeney Langevin
                                                                2116 2nd Avenue South
                                                                Minneapolis, Minnesota 55404
                                                                Phone: (612) 746-4646, ext. 1567
                                                                Email: ram@westrikeback.com
                                                                             filing@westrikeback.com
                                                                **Attorney for Plaintiff**