UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL Case No. 2740**<br>**HON. JANE T. MILAZZO** |
| **This Document Relates to Plaintiff:**<br>**LINDA MORTIMER,**<br>      Plaintiff,<br>v.<br>**Sanofi-Aventis U.S. LLC**<br>**And Sanofi US Services, Inc.**<br>      Defendants. | **Case No. 2:17-cv-16797**<br><br>**Motion to Substitute Party Plaintiff** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Linda Mortimer, and files this motion to substitute her surviving next of kin, Edriel Saxon, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Linda Mortimer, filed the present action in the United States District Court for the Eastern District of Louisiana on December 11, 2017.

2. Plaintiff Linda Mortimer died on June 26, 2021.

3. On July 11, 2022, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 545. Plaintiff's counsel recently learned the death of Ms. Mortimer after filing the lawsuit.

4. Edriel Saxon, son of Linda Mortimer, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Linda Mortimer and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is

not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Edriel Saxon as the proper party plaintiff in this action.

Respectfully submitted this 11th of July, 2022.

/s/ Rhett McSweeney
Rhett A. McSweeney
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: ram@westrikeback.com
         filing@westrikeback.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 11, 2022                                      /s/ Rhett McSweeney_____
                                                                              Rhett A. McSweeney