**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABLITY LITIGATION | ) ) ) ) | MDL Case No. 2740 |
| Plaintiff: | ) ) ) | SECTION "H"(5) |
| LINDA MORTIMER | ) ) | HON. JANE T. MILAZZO |
| v. | ) ) | Case No. 2:17-cv-16797 |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al | ) ) ) | |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Edriel Saxon, on behalf of the Estate of Linda Mortimer, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2022.

_____
The Honorable Jane T. Milazzo