**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                              **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                        **SECTION "H" (5)**

THIS DOCUMENT RELATES TO

Plaintiff Name: Sharon Miseray-Bennett
Case No.: 2:17-cv-16741

<u>**DECLARATION**</u>

I, J. Christopher Elliott, have attempted to reach my client, Sharon Miseray-Bennett, on

the following dates: 4/8/2022, 4/11/2022, 4/14/2022, 4/19/2022, 4/21/2022, 4/22/2022,

5/25/2022, 7/2/2022, 7/3/2022, 7/4/2022, 7/6/2022

by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, <u>X</u> text message, __ social media, <u>X</u> U.S. Mail,

____ Certified Mail, <u>X</u> other (sent a law firm affiliate to her last known address) __<u>X</u>__ Skip

Trace and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: July 11, 2022                    **BACHUS & SCHANKER, LLC**

                                        By: _/s/ J.Christopher Elliott_
                                        J. Christopher Elliott, Esq.
                                        Bachus & Schanker, LLC
                                        101 West Colfax Suite 650
                                        Denver, CO 80202
                                        Telephone: (303)893-8900
                                        Facsimile: (303) 893-9900
                                        Email: celliott@coloradolaw.net

                                        _Attorneys for Plaintiff_