# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE ATTACHED EXHIBIT "A" | JUDGE MILAZZO MAG. JUDGE NORTH |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to L.R. 83.2.11, the undersigned counsel hereby gives notice that Alyssa J. White is no longer associated with Johnson Law Group and should be withdrawn as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action. The list of clients for whom Ms. White entered an appearance in this MDL is attached hereto as Exhibit A.

Plaintiffs further respectfully request that the Court grant the following substitutions of counsel for Plaintiffs in the cases listed in Exhibit A:

**JOHNSON LAW GROUP**

Russell W. Lewis, IV
Johnson Law Group
2925 Richmond Ave. Suite 1700
Houston, Texas 77098
Tel. (713) 626-9336
Fax (713) 583-9460
Email: taxotere@johnsonlawgroup.com

Pierce Jones
Johnson Law Group
2925 Richmond Ave. Suite 1700
Houston, Texas 77098
Tel. (713) 626-9336

Fax (713) 583-9460
Email: taxotere@johnsonlawgroup.com

Russell W. Lewis, IV is admitted to practice and is in good standing in the state of Florida, Illinois, Kentucky, and Tennessee; the US District Court, East District of Tennessee; the US District Court, Middle District of Florida; the US District Court, Central District of Illinois. Pierce Jones is admitted to practice and is in good standing in the state of Texas.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant this motion allowing for withdrawal and substitutions of counsel.

Dated: July 11, 2022                                             Respectfully submitted,

                                                                 JOHNSON LAW GROUP


                                                                 */s/ Russell W. Lewis, IV*
                                                                 Russell W. Lewis, IV FL Bar No: 0100755
                                                                 2925 Richmond Avenue Ste. 1700
                                                                 Houston, TX 77098
                                                                 Telephone: (713) 626-9336
                                                                 Facsimile: (713) 583-9460
                                                                 Email: taxotere@johnsonlawgroup.com

                                                                 /s/ Pierce Jones
                                                                 Pierce Jones TX Bar No: 24110061
                                                                 2925 Richmond Avenue Ste. 1700
                                                                 Houston, TX 77098
                                                                 Telephone: (713) 626-9336
                                                                 Facsimile: (713) 583-9460
                                                                 Email: taxotere@johnsonlawgroup.com

                                                                 *Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 11, 2022

                                              /s/ Russell W. Lewis, IV
                                              Russell W. Lewis, IV


                                              /s/ Pierce Jones
                                              Pierce Jones