# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE ATTACHED EXHIBIT "A" | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## ORDER ON JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and attorney Alyssa J. White is **WITHDRAWN** as Plaintiffs' counsel of record listed on "Exhibit A" of the Motion;

**IT IS FURTHER ORDERED** that attorneys Russell W. Lewis, IV and Pierce Jones from Johnson Law Group are **SUBSTITUTED** as the Plaintiff's attorney of record in all cases listed on "Exhibit A" of the Motion.

Dated: July 7, 2022

_____
Honorable Jane Triche Milazzo