## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                      MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                      SECTION: "N" (5)

**THIS DOCUMENT RELATES TO:**

**MADIS RUSSELL**
**Case No.: 17-00117**

### SUGGESTION OF DEATH

Glenda Watts, daughter of Madis Ruessell suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Madis Russell, Plaintiff of record in the above captioned case. Ms. Russell passed away on September 24, 2018, during the pendency of this action. Ms. Russell's surviving family members will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

### CERTIFICATE OF SERVICE

I certify that on July 11, 2022, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*