## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GWEN LANCE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 2:19-cv-11413 |
| v. ) | |
| ) | |
| SANOFI US SERVICES INC. F/K/A ) | |
| SANOFI-AVENTIS U.S. INC., ) | JUDGE JANE TRICHE MILAZZO |
| SANOFI-AVENTIS U.S. LLC, ET AL ) | |
| ) | |
| Defendants. ) | |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: July 12, 2022

                                                                                 Respectfully submitted,

                                                                                 /s/ Christopher LoPalo
                                                                                 Christopher LoPalo, Esq.
                                                                                 Napoli Shkolnik PLLC
                                                                                 400 Broadhollow Rd. Suite 305
                                                                                 Melville, NY 11747
                                                                                 Tel: (212) 397-1000
                                                                                 Clopalo@napolilaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 12, 2022

                                                   /s/ Christopher LoPalo  
                                                   Christopher LoPalo, Esq.