UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Gwen Lance, v. Sanofi U.S. Services, Inc., et al.,* Case No. 2:19-cv-11413 | |

**NON-TRIAL POOL PLAINTIFF GWEN LANCE' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff GWEN LANCE' averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

> _X_  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.
>
> ___  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
>
> ___  Other

If warranted under the circumstances, Plaintiff GWEN LANCE' may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated the 12th day of July 2022

**NAPOLI SHKOLNIK PLLC**

By: /s/ Christopher LoPalo
Christopher LoPalo, Esq.
400 Broadhollow
Rd. Suite 305
Melville, NY 11747
(212) 397-1000
Email: Clopalo@napolilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 12th day of July 2022            /s/ Christopher LoPalo
                                        Christopher LoPalo, Esq.