# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHLEY CONWAY, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) Case No. 2:19-cv-9309 |
| v. | ) |
| | ) |
| SANOFI US SERVICES INC. F/K/A | ) |
| SANOFI-AVENTIS U.S. INC., and | ) JUDGE JANE TRICHE MILAZZO |
| SANOFI-AVENTIS U.S. LLC., | ) |
| | ) |
|     Defendants. | ) |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: July 12, 2022

    Respectfully submitted,

    /s/ Christopher LoPalo
    Christopher LoPalo, Esq.
    Napoli Shkolnik PLLC
    400 Broadhollow Rd. Suite 305
    Melville, NY 11747
    Tel: (212) 397-1000
    Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 12, 2022

/s/ Christopher LoPalo
Christopher LoPalo, Esq.