## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REGINA DAVIS, )<br>)<br> Plaintiffs, )<br>)<br>           )<br>v. )<br>)<br>SANOFI US SERVICES INC. F/K/A )<br>SANOFI-AVENTIS U.S. INC., and )<br>SANOFI-AVENTIS U.S. LLC., )<br>)<br>)<br>)<br> Defendants. )<br>)<br>)<br>)<br>)<br>) | Case No. 2:19-cv-9299<br><br>JUDGE JANE TRICHE MILAZZO |

### **ENTRY OF APPEARANCE**

TO THE CLERK:

 Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: July 12, 2022

                  Respectfully submitted,

                  /s/ Christopher LoPalo
                  Christopher LoPalo, Esq.
                  Napoli Shkolnik PLLC
                  400 Broadhollow Rd. Suite 305
                  Melville, NY 11747
                  Tel: (212) 397-1000
                  Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 12, 2022

/s/ Christopher LoPalo
Christopher LoPalo, Esq.