UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| **This document relates to:** ) | |
| Linda Mortimer, 17-16797 ) | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 14408);

**IT IS ORDERED** that the Motion is **GRANTED** and that Edriel Saxon, on behalf of Linda Mortimer, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 12th day of July, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE