UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to all cases | |

## ORDER

On March 8, 2022, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frame set by the Court:

- Aldean Davis, 2:17-cv-09010;
- Sandra Greenberg, 2:18-cv-01886;
- Gail Harris, 2:18-cv-00806;
- Dawn Harry, 2:17-cv-09351;
- Cheryl Poindexter, 2:17-cv-10552;
- Ruby Pratt, 2:17-cv-09790;
- Mary Smith, 2:17-cv-08648;
- Mavis Thornton, 2:19-cv-04434;
- Tamara Turner, 2:17-cv-15099;
- Barbara Weeks, 2:17-cv-15119;
- Lorrie Whitenight, 2:17-cv-17233.

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of July, 2022.

**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**