UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| **This document relates to:** ) | |
| Susan Thompson, 18-cv-11891 ) | |
| Angie Witherby, 17-cv-08228 ) | |
| Christy Fields, 17-cv-11449 ) | |
| Charlotte Jefferson, 17-cv-00756 ) | |
| Gwendolyn Crawford, 16-cv-17151 ) | |
| Helen Johns, 17-cv-15821 ) | |

### ORDER

On May 2, 2022, the Court held a show cause hearing regarding CMO 12A deficiencies (Doc. 14174). At the hearing, the Court ordered certain plaintiffs to submit letter briefing to address arguments raised by plaintiffs' counsel at the hearing (Doc. 14714, Exhibit 4).

Upon review of the letter briefing, attached,[1]

**IT IS ORDERED** that the following cases are **DISMISSED WITH PREJUDICE:**

- Angie Witherby, 17-cv-08228;
- Christy Fields, 17-cv-11449.

**IT IS FURTHER ORDERED** that Plaintiff Susan Thompson's (18-cv-11891) claims against Hospira Worldwide, LLC and Hospira, Inc. are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the following cases are moved to the next CMO 12A show cause hearing:

- Charlotte Jefferson, 17-cv-00756
- Gwendolyn Crawford, 16-cv-17151.

Additionally, at the hearing the Court granted Plaintiff Helen Johns (17-cv-15821) an extension of time to cure her deficiency. Plaintiff Johns failed to do so

---

[1] Attachment 1 (Angie Witherby), Attachment 2 (Christy Fields), & Attachment 3 (Susan Thompson).

within the time provided. Accordingly, Plaintiff Helen Johns's case (17-cv-15821) is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of July, 2022.

                              **HON. JANE T. MILAZZO**
                              **UNITED STATES DISTRICT JUDGE**