# Attachment 3



May 9, 2022

Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, Louisiana 70130

Re:   In re: MDL 2740 Taxotere (Docetaxel) Products Liability Litigation; Susan Thompson v. Sanofi U.S. Services Inc., et al. 18-11891

Dear Judge Milazzo,

Pursuant to this Court's Order, Plaintiff hereby submits her briefing in opposition to dismissal. As stated during the CMO 12A show cause hearing, Ms. Thompson was treated with docetaxel from December 22, 2010, through April 25, 2011. **Exhibit. 1.** The first 505(b)(2) approval was for Hospira on March 8, 2011. **Exhibit 2**. Four out of the six docetaxel infusions Ms. Thompson received occurred prior to March 8, 2011, thus Sanofi was the manufacturer for at least four treatment dates.

Because Plaintiff has proved that Sanofi was the manufacturer for some of her treatment, dismissal of Sanofi would be inappropriate. Given Plaintiff has not provided any evidence of the use of docetaxel manufactured by other Defendants, Plaintiff does not oppose dismissal of the other Defendants.

Plaintiff respectfully requests the Court deny Defendant's Motion to Dismiss Plaintiff Susan Thompson's case for failure to provide proof of manufacturer.

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.

# EXHIBIT 1

From: Vista Oncology   Fax: (888) 629-7609   To:   Fax: (866) 575-4993   Page 10 of 12/02/28/2017 2:49 PM

# Visit Administration Details

MRN# 6982   Name: **SUSAN N THOMPSON**   Date of Birth: 1957
Date of Service: 12/22/2010   Service Location: Olympia
Service Type: Chemo   Regimen Name: TCH
Status: Completed   Cycle: 1   Day: 1   Visit Completed By: Della Durr, RN, OCN

**Infusion Details**
Type: Peripheral IV   Site: Left Forearm
Needle: Indwelling Cath   Gauge: 24g
Comments: Doctor present at time of chemo
Obtained blood return
IV free-drips without complications
No tenderness, no redness, no swelling at IV site

**Reviewer Details**
Pri: Della Durr, RN, OCN    12/22/10 4:31 pm

Diagnosis   276.51, 276.8, 287.5, 787.91, V58.61, 787.02, 729.5, 415.19, 174.4, 112.3

| Given | Medication | Dosage Unit | Start | Stop | Route | Bag | Tubing | Waste | Last Entry By |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | NORMAL SALINE | 150 ml | 1010 | 1450 | IV | | | | 12/22/10 4:39 pm Della Durr, RN, OCN |
| | Details: primary | | | | | | | | |
| ✓ | PALONOSETRON HCl | 250 mcg | 1031 | 1031 | IVP | | Standard | | 12/22/10 4:39 pm Della Durr, RN, OCN |
| ✓ | DEXAMETHASONE | 20 mg Fluids: NS (50)ml | 1032 | 1050 | IV | | Standard | | 12/22/10 4:39 pm Della Durr, RN, OCN |
| ✓ | FAMOTIDINE (PF) IV | 20 mg | 1012 | 1030 | IV | a | | | 12/22/10 4:39 pm Della Durr, RN, OCN |
| | Details: mixed with diphen | | | | | | | | |
| ✓ | DIPHENHYDRAMINE HCL | 50 mg Fluids: NS (50)ml | 1012 | 1030 | IV | a | Filtered | | 12/22/10 4:39 pm Della Durr, RN, OCN |
| | Details: mixed with famotidine | | | | | | | | |
| ✓ | TRASTUZUMAB | 825 mg Fluids: NS (250)ml | 1300 | 1438 | IV | | | | 12/22/10 4:39 pm Della Durr, RN, OCN |
| | Instructions: loading dose | | | | | | | | |
| ✓ | DOCETAXEL | 160 mg Fluids: NS (250)ml | 1100 | 1205 | IV | | | | 12/22/10 4:39 pm Della Durr, RN, OCN |
| ✓ | CARBOPLATIN | 780 mg Fluids: NS (250)ml | 1210 | 1255 | IV | | | | 12/22/10 4:39 pm Della Durr, RN, OCN |
| | Details: creat 0.8 12/14 | | | | | | | | |

Visit Comments

Pt here for first taxotere/carbo/herceptin. States she feels well, did take a lorazepam before coming in. Lab and orders reviewed. Treatment given without incident, pt rested and visited comfortably with sister throughout. IV dc'd intact, pt will be getting port prior to next treatment. Discharge instructions reviewed with pt and sister. Discharged ambulatory in stable condition to RTC 12/29 for lab/fu.

*[signature]*    *[signature]*

Electronically Signed By: Nicole L. Grous, MD, FACP
Ordering Physician at 12/22/10 4:39 pm

Electronically Signed By: Sara Pratt, PA-C
Supervising Physician at 12/22/10 4:39 pm

Printed: 3/11/2013    Page 1 of 1

From: Vista Oncology    Fax: (888) 629-7609    To:    Fax: (866) 575-4993    Page 90 of 1 2/02/28/2017 2:49 PM

## Visit Administration Details

MRN# 6982    Name: SUSAN N THOMPSON    Date of Birth: ▮▮▮▮ 1957
Date of Service: 01/12/2011    Service Location: Olympia
Service Type: Chemo    Regimen Name: TCH
Status: Completed    Cycle: 2    Day: 1    Visit Completed By: Kathy Miller, RN, OCN

**Infusion Details**
Type: Peripheral IV    Site: Left Wrist
Needle: Indwelling Cath    Gauge: 24g
Comments: Doctor present at time of chemo
Obtained blood return
IV free-drips without complications
No tenderness, no redness, no swelling at IV site

**Reviewer Details**
Pri: Kathy Miller, RN, OCN    1/12/11  3:52 pm

Diagnosis    276.51, 276.8, 287.5, 787.91, V58.61, 787.02, 729.5, 415.19, 174.4, 112.3

| Given | Medication | Dosage Unit | Start | Stop | Route | Bag | Tubing | Waste | Last Entry By |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | NORMAL SALINE | 250 ml | 1410 | 1745 | IV | | | | 1/12/11 5:39 pm Kathy Miller, RN, OCN |
| | Details: primary line | | | | | | | | |
| ✓ | TRASTUZUMAB | 600 mg | 1700 | 1735 | IV | | | | 1/12/11 5:39 pm Kathy Miller, RN, OCN |
| | | Fluids: NS (250)ml | | | | | | | |
| | Details: (delay due to spiked tubing) | | | | | | | | |
| ✓ | PALONOSETRON HCl | 250 mcg | 1430 | 1431 | IVP | | Standard | | 1/12/11 4:03 pm Kathy Miller, RN, OCN |
| | Details: premed | | | | | | | | |
| ✓ | DEXAMETHASONE | 10 mg | 1431 | 1447 | IV | | Standard | | 1/12/11 4:03 pm Kathy Miller, RN, OCN |
| | | Fluids: NS (50)ml | | | | | | | |
| | Details: premed | | | | | | | | |
| ✓ | FAMOTIDINE (PF) IV | 20 mg | 1412 | 1430 | IV | | | | 1/12/11 4:03 pm Kathy Miller, RN, OCN |
| | | Fluids: NS (50)ml | | | | | | | |
| | Details: premed | | | | | | | | |
| ✓ | DIPHENHYDRAMINE HCL | 25 mg | 1411 | 1412 | IVP | | Filtered | | 1/12/11 4:03 pm Kathy Miller, RN, OCN |
| | | Fluids: NS (10)ml | | | | | | | |
| | Details: premed | | | | | | | | |
| ✓ | DOCETAXEL | 160 mg | 1500 | 1600 | IV | | | | 1/12/11 5:39 pm Kathy Miller, RN, OCN |
| | | Fluids: NS (250)ml | | | | | | | |
| ✓ | CARBOPLATIN | 600 mg | 1600 | 1645 | IV | | | | 1/12/11 5:39 pm Kathy Miller, RN, OCN |
| | | Fluids: NS (250)ml | | | | | | | |
| | Details: Dose reduction | | | | | | | | |

Visit Comments

Printed: 3/11/2013    Page 1 of 2

From: Vista Oncology   Fax: (888) 629-7609   To:   Fax: (866) 575-4993   Page 64 of 12/02/28/2017 2:48 PM

## Visit Administration Details

MRN# 6982   Name: **SUSAN N THOMPSON**   Date of Birth: █████ 1957

Date of Service: 02/09/2011   Service Location: Olympia
Service Type: Chemo   Regimen Name: TCH
Status: Completed   Cycle: 2   Day: 1   Visit Completed By: Linda Cooper, RN, OCN

**Infusion Details**
Type: PAC   Site: Right Chest
Needle: 3/4" Non-Coring Needle   Gauge: 20g
Comments: Doctor present at time of chemo
Obtained blood return
IV free-drips without complications
Extravasation check done per protocol
No tenderness, no redness, no swelling at IV site

**Reviewer Details**
Pri: Kathy Miller, RN, OCN   2/9/11 6:16 pm

Diagnosis: 276.51, 276.8, 287.5, 787.91, V58.61, 787.02, 729.5, 415.19, 174.4, 112.3

| Given | Medication | Dosage Unit | Start | Stop | Route | Bag | Tubing | Waste | Last Entry By |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | NORMAL SALINE FLUSH | 20 ml | 1100 | 1101 | IVP | | | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Fluids: NS (10.00)ml | | | | | | | | |
| | Details: post lab draw flush | | | | | | | | |
| ✓ | NORMAL SALINE FLUSH | 10 ml | 1140 | 1140 | IVP | | | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Details: pre-treatment flush/+BR | | | | | | | | |
| ✓ | NORMAL SALINE | 250 ml | 1140 | 1500 | IV | | | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Details: primary line | | | | | | | | |
| ✓ | NORMAL SALINE FLUSH | 10 ml | 1500 | 1501 | IVP | | | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Fluids: NS (10.00)ml | | | | | | | | |
| | Details: post treatment flush/+BR | | | | | | | | |
| ✓ | HEPARIN LOCK FLUSH IV | 500 uni | 1501 | 1501 | IVP | | Filtered | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Details: deaccess flush | | | | | | | | |
| ✓ | PALONOSETRON HCI | 250 mcg | 1217 | 1218 | IVP | | Standard | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Details: premed | | | | | | | | |
| ✓ | DEXAMETHASONE | 10 mg | 1218 | 1234 | IV | | Standard | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Fluids: NS (50)ml | | | | | | | | |
| | Details: premed | | | | | | | | |
| ✓ | FAMOTIDINE (PF) IV | 20 mg | 1201 | 1217 | IV | | | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Fluids: NS (50)ml | | | | | | | | |
| | Details: premed | | | | | | | | |
| ✓ | DIPHENHYDRAMINE HCL | 25 mg | 1200 | 1201 | IVP | | Filtered | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Fluids: NS (10)ml | | | | | | | | |
| | Details: premed | | | | | | | | |
| ✓ | DOCETAXEL | 160 mg | 1300 | 1405 | IV | | | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Fluids: NS (250)ml | | | | | | | | |
| ✓ | CARBOPLATIN | 420 mg | 1405 | 1440 | IV | | | | 2/9/11 6:23 pm Kathy Miller, RN, OCN |
| | Fluids: NS (150)ml | | | | | | | | |

Printed: 3/11/2013   Page 1 of 2

From: Vista Oncology   Fax: (888) 629-7609   To:   Fax: (866) 575-4993   Page 45 of 12/02/28/2017 2:49 PM

## Visit Administration Details

MRN# 6982   Name: **SUSAN N THOMPSON**   Date of Birth: ▉1957
Date of Service: 03/02/2011   Service Location: Olympia
Service Type: Chemo   Regimen Name: TCH
Status: Completed   Cycle: 3   Day: 1   Visit Completed By: Catherine Slawson, RN

**Infusion Details**
Type: Implanted Vasular Port, Single   Site: Left Chest
Needle: 3/4" Non-Coring Needle   Gauge: 20g
Comments: Doctor present at time of chemo
Obtained blood return
IV free-drips without complications
No tenderness, no redness, no swelling at IV site

**Reviewer Details**
Pri: Catherine Slawson, RN   3/2/11  3:29 pm

Diagnosis   276.51, 276.8, 287.5, 787.91, V58.61, 787.02, 729.5, 415.19, 174.4, 112.3

| Given | Medication | Dosage Unit | Start | Stop | Route | Bag | Tubing | Waste | Last Entry By |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | NORMAL SALINE FLUSH | 10 ml | 1100 | 1100 | IVP | | | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| | Fluids: NS (10.00)ml | | | | | | | | |
| | Details: port access + bld | | | | | | | | |
| ✓ | NORMAL SALINE | 250 ml | 1100 | 1510 | IV | | | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| | Fluids: NS (250)ml | | | | | | | | |
| | Details: primary line | | | | | | | | |
| ✓ | TRASTUZUMAB | 600 mg | 1420 | 1500 | IV | | Standard | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| | Fluids: NS (250.00)ml | | | | | | | | |
| ✓ | NORMAL SALINE FLUSH | 20 ml | 1510 | 1510 | IVP | | | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| | Fluids: NS (20)ml | | | | | | | | |
| | Details: post tx port flush | | | | | | | | |
| ✓ | HEPARIN LOCK FLUSH IV | 500 uni | 1510 | 1510 | IVP | | Standard | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| ✓ | PALONOSETRON HCl | 250 mcg | 1130 | 1130 | IVP | | Standard | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| ✓ | DEXAMETHASONE | 20 mg | 1130 | 1150 | IV | | Standard | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| | Fluids: NS (50)ml | | | | | | | | |
| ✓ | FAMOTIDINE (PF) IV | 20 mg | 1110 | 1130 | IV | | | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| | Fluids: NS (50)ml | | | | | | | | |
| ✓ | DIPHENHYDRAMINE HCL | 25 mg | 1111 | 1112 | IVP | | Filtered | | 3/3/11  2:41 pm<br>Catherine Slawson, RN |
| ✓ | DOCETAXEL | 160 mg | 1215 | 1300 | IV | | | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| | Fluids: NS (250)ml | | | | | | | | |
| | Details: IN 250ML NS OVER 1 HOUR. | | | | | | | | |
| ✓ | CARBOPLATIN | 420 mg | 1325 | 1420 | IV | | | | 3/2/11  3:38 pm<br>Catherine Slawson, RN |
| | Fluids: NS (250)ml | | | | | | | | |
| | Details: Wt: 225.0, Ht: 66.75, Crea: 0.80, Tar: 5|Reduced: | | | | | | | | |

Visit Comments

Printed: 3/11/2013   Page 1 of 2

From: Vista Oncology   Fax: (888) 629-7609   To:   Fax: (866) 575-4993   Page 32 of 12/02/28/2017 2:49 PM

## Visit Administration Details

MRN# 6982   Name: **SUSAN N THOMPSON**   Date of Birth: ▇1957

Date of Service: 03/23/2011   Service Location: Olympia
Service Type: Chemo   Regimen Name: TCH
Status: Completed   Cycle: 5   Day: 1   Visit Completed By: Catherine Slawson, RN

**Infusion Details**
Type: Implanted Vasular Port, Single   Site: Left Chest
Needle: 3/4" Non-Coring Needle   Gauge: 20g
Comments: Doctor present at time of chemo
Obtained blood return
IV free-drips without complications
No tenderness, no redness, no swelling at IV site

**Reviewer Details**
Pri: Catherine Slawson, RN   3/23/11 11:38 am

Diagnosis   276.51, 276.8, 287.5, 787.91, V58.61, 787.02, 729.5, 415.19, 174.4, 112.3

| Given | Medication | Dosage Unit | Start | Stop | Route | Bag | Tubing | Waste | Last Entry By |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | NORMAL SALINE FLUSH | 10 ml | 1130 | 1130 | IVP | | | | 3/23/11 4:36 pm Catherine Slawson, RN |
| | Fluids: NS (10.00)ml | | | | | | | | |
| | Details: pre tx port flush + bld | | | | | | | | |
| ✓ | NORMAL SALINE | 250 ml | 1130 | 1545 | IV | | | | 3/23/11 4:36 pm Catherine Slawson, RN |
| | Fluids: NS (250)ml | | | | | | | | |
| | Details: primary line | | | | | | | | |
| ✓ | NORMAL SALINE FLUSH | 20 ml | 1545 | 1545 | IVP | | | | 3/23/11 4:36 pm Catherine Slawson, RN |
| | Fluids: NS (20)ml | | | | | | | | |
| ✓ | HEPARIN LOCK FLUSH IV | 500 uni | 1545 | 1545 | IVP | | Standard | | 3/23/11 4:36 pm Catherine Slawson, RN |
| | Details: post tx port flush | | | | | | | | |
| ✓ | TRASTUZUMAB | 600 mg | 1450 | 1540 | IV | | Standard | | 3/23/11 4:36 pm Catherine Slawson, RN |
| | Fluids: NS (250.00)ml | | | | | | | | |
| ✓ | PALONOSETRON HCl | 250 mcg | 1205 | 1205 | IVP | | Standard | | 3/23/11 4:36 pm Catherine Slawson, RN |
| ✓ | DEXAMETHASONE | 20 mg | 1205 | 1230 | IV | | Standard | | 3/23/11 4:36 pm Catherine Slawson, RN |
| | Fluids: NS (50)ml | | | | | | | | |
| ✓ | FAMOTIDINE (PF) IV | 20 mg | 1145 | 1205 | IV | | | | 3/23/11 4:36 pm Catherine Slawson, RN |
| | Fluids: NS (50)ml | | | | | | | | |
| ✓ | DIPHENHYDRAMINE HCL | 25 mg | 1145 | 1145 | IVP | | Filtered | | 3/23/11 4:36 pm Catherine Slawson, RN |
| ✓ | DOCETAXEL | 160 mg | 1235 | 1330 | IV | | | | 3/23/11 4:36 pm Catherine Slawson, RN |
| | Fluids: NS (250)ml | | | | | | | | |
| | Details: IN 250ML NS OVER 1 HOUR. | | | | | | | | |
| ✓ | CARBOPLATIN | 550 mg | 1400 | 1450 | IV | | | | 3/30/11 10:00 am Catherine Slawson, RN |
| | Fluids: NS (250)ml | | | | | | | | |
| | Details: creat 0.76 3/230 and 305 dose reduction | | | | | | | | |

Visit Comments

Printed: 3/11/2013   Page 1 of 2

From: Vista Oncology   Fax: (888) 629-7609   To:   Fax: (866) 575-4993   Page 3 of 12/02/28/2017 2:48 PM

## Visit Administration Details

MRN# 6982   Name: **SUSAN N THOMPSON**   Date of Birth: ▮1957
Date of Service: 04/25/2011   Service Location: Olympia
Service Type: Chemo   Regimen Name: TC
Status: Completed   Cycle: 6   Day: 1   Visit Completed By: Kathy Miller, RN, OCN

**Infusion Details**
Type: PAC   Site: Left Chest
Needle: 3/4" Non-Coring Needle   Gauge: 20g
Comments: Doctor present at time of chemo
Obtained blood return
IV free-drips without complications

**Reviewer Details**
Pri: Kathy Miller, RN, OCN   4/25/11 12:04 pm

Diagnosis: 276.51, 276.8, 287.5, 787.91, V58.61, 787.02, 729.5, 415.19, 174.4, 112.3

| Given | Medication | Dosage | Unit | Start | Stop | Route | Bag | Tubing | Waste | Last Entry By |
|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | NORMAL SALINE FLUSH | 20 | ml | 0930 | 0931 | IVP | | | | 4/25/11 12:07 pm Kathy Miller, RN, OCN |
| | Fluids: NS (10.00)ml | | | | | | | | | |
| | Details: post lab draw flush | | | | | | | | | |
| ✓ | NORMAL SALINE FLUSH | 10 | ml | 1100 | 1100 | IVP | | | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Details: pre-treatment flush/+BR | | | | | | | | | |
| ✓ | NORMAL SALINE | 250 | ml | 1100 | 1400 | IV | | | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Details: primary line | | | | | | | | | |
| ✓ | NORMAL SALINE FLUSH | 20 | ml | 1400 | 1401 | IVP | | | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Fluids: NS (10.00)ml | | | | | | | | | |
| | Details: post treatment flush/+BR | | | | | | | | | |
| ✓ | HEPARIN LOCK FLUSH IV | 500 | uni | 1401 | 1401 | IVP | | Standard | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Details: deaccess flush | | | | | | | | | |
| ✓ | PALONOSETRON HCl | 250 | mcg | 1125 | 1141 | IV | | Standard | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Fluids: NS (50)ml | | | | | | | | | |
| | Details: premed | | | | | | | | | |
| ✓ | DEXAMETHASONE | 8 | mg | 1125 | 1125 | PO | | Standard | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Details: premed | | | | | | | | | |
| ✓ | FAMOTIDINE (PF) IV | 20 | mg | 1106 | 1123 | IV | | | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Fluids: NS (50)ml | | | | | | | | | |
| | Details: premed | | | | | | | | | |
| ✓ | DIPHENHYDRAMINE HCL | 25 | mg | 1105 | 1106 | IVP | | Filtered | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Fluids: NS (10)ml | | | | | | | | | |
| | Details: premed | | | | | | | | | |
| ✓ | DOCETAXEL | 160 | mg | 1200 | 1255 | IV | | | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Fluids: NS (250)ml | | | | | | | | | |
| ✓ | CARBOPLATIN | 467 | mg | 1300 | 1345 | IV | | | | 4/25/11 5:54 pm Kathy Miller, RN, OCN |
| | Fluids: NS (250)ml | | | | | | | | | |
| | Details: 15% decrease from C5. creat=0.82 on 4-13-11. | | | | | | | | | |

Printed: 3/11/2013   Page 1 of 2

# EXHIBIT 2

| Docetaxel Approval & Market Dates | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| ACCORD HEALTHCARE | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | Approval: June 8, 2011 (80mg/2mL Docetaxel injection--2 vial with Diluent; 20mg/.5mL Docetaxel injection--2 vial with Diluent); Market: June 30, 2011 (80mg/2mL Docetaxel injection--2 vial with Diluent; 20mg/.5mL Docetaxel injection--2 vial with Diluent); | Approval: April 20, 2012 (160 mg/8mL Docetaxel injection single-dose vial; 80mg/4mL Docetaxel injection single-dose vial; 20mg/1mL Docetaxel injection single-dose vial) Market: July 1, 2012 (160 mg/8mL Docetaxel injection single-dose vial); 80mg/4mL Docetaxel injection single-dose vial; 20mg/1mL Docetaxel injection single-dose vial) End of Market: September 19, 2012(80mg/2mL Docetaxel injection 2 vial with Diluent; October 9, 2012; 20mg/.5mL Docetaxel injection--2 vial with Diluent) | Approval: April 5, 2013 (160mg/8mL Docetaxel injection multi-dose vial; 80mg/4mL Docetaxel injection multi-dose vial; 20mg/1mL Docetaxel injection multi-dose vial) Market: May 30, 2013 (160mg/8mL Docetaxel injection multi-dose vial); August 2, 2013 (80mg/4mL Docetaxel injection multi-dose vial); September 2, 2013 (20mg/1mL Docetaxel injection multi-dose vial) End of Market: May 30, 2013 (160 mg/8mL Docetaxel injection single-dose vial); November 27, 2013 (80mg/4mL Docetaxel injection single-dose vial); September 20, 2013 (20mg/1mL Docetaxel injection single-dose vial) | | | |
| ACTAVIS | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | Approval: April 12, 2013 (20mg/1mL, 80mg/4mL, and 140mg/7mL) Market: July 1, 2013 (20mg/1mL, 80mg/4mL, and 140mg/7mL) | | Approval: September 21, 2015 (160mg/8mL) Market: November 13, 2015 (160mg/8mL) | End of Market: May 31, 2016 (140mg/7mL) |
| EAGLE PHARMA, INC. | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | Approval: December 22, 2015 Market: January 29, 2016 |
| HOSPIRA | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | Approval: March 8, 2011 (20 mg/2 ml; 80 mg/8 ml; 160 mg/16 ml) Market: March 17, 2011 (20 mg/2 ml; 80 mg/8 ml; 160 mg/16 ml) | | | | | Approval: June 23, 2016 (20 mg/1 ml; 80 mg/4 ml; 120 mg/6 ml) Market: August 24, 2016 (20 mg/1 ml; 80 mg/4 ml) |

| Docetaxel Approval & Market Dates | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| MCKESSON PKG SERV | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: June 8, 2011 (NDA 201195, held by Accord) | X | X | X | Market: March 26, 2015 (NDC Nos. 63739-932-11 and 63739-971-17) | End of Market: April 20, 2016 (NDC 63739-932-11) and January 7, 2016 (NCD 63739-971-17) |
| NORTHSTAR RX LLC | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | Approval: No approval date; NorthStar RX is not an NDA holder Market: May 2016 |
| PFIZER | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: March 13, 2014 Market: June 23, 2014 | | End of Market: October 31, 2016 (200 mg/20 ml); December 31, 2016 (20 mg/2 ml; 80 mg/8 ml) |
| SANDOZ | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: June 29, 2011 (20mg; 80mg; 160 mg) Market: August 15, 2011 (20mg; 80mg; 160 mg) | | | | | |
| SANOFI AVENTIS | Approval: May 14, 1996 Market: June 6, 1996 | | | | | | | | | | | | | | | | | | | | |
| SUN PHARMA GLOBAL, INC. | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: May 3, 2011 (20mg; 80mg) DOCEFREZ™ Market: May 2011 (20mg; 80mg) | | | | End of Market: January 2015 (20mg); November 2015 (80mg) | X |
| WINTHROP | X | X | X | X | X | X | X | X | X | X | X | X | X | X | Approval: October 21, 2010 | Market: March 14, 2011 | | | | | |

2

Nicholas Insogna
Tel 617.310.6231
insognan@gtlaw.com

May 13, 2022

**VIA E-MAIL**

The Honorable Jane Triche Milazzo
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C206
New Orleans, LA 70130

    Re: *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740;
       Susan Thompson v. Sanofi U.S. Services Inc., et al., 2:18-cv-11891

Dear Judge Milazzo:

  The 505(b)(2) Defendants submit this response to Plaintiff Susan Thompson's May 9, 2022 letter brief. Plaintiff concedes in her letter brief that she does not have any product identification evidence of any kind that implicates any 505(b)(2) Defendant in the manufacture of the docetaxel with which she was treated. Accordingly, Plaintiff concedes that dismissal of all named 505(b)(2) Defendants is appropriate at this time; the 505(b)(2) Defendants agree. The 505(b)(2) Defendants take no position as to the sufficiency of the evidence presented to support product identification against any Sanofi defendant or the propriety of proceeding against Sanofi as a defendant in Ms. Thompson's case.

  Accordingly, the 505(b)(2) Defendants respectfully request that Plaintiff Susan Thompson's case be dismissed with prejudice as to all named 505(b)(2) defendants — specifically, Hospira Worldwide, LLC and Hospira, Inc. — for Plaintiff's failure to obtain product identification.

              Very truly yours,

              Nicholas A. Insogna

              Julie A. Callsen

cc: Dawn M. Barrios, Esq. (via email)
    M. Palmer Lambert, Esq. (via email)
    Douglas J. Moore, Esq. (via email)
    Kelly Brilleaux, Esq. (via email)
    John F. Olinde, Esq. (via email)
    R. Clifton Merrell, Esq. (via email)
    Evan C. Holden, Esq. (via email)