# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Cases listed on Exhibit A, attached. | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER

In accordance with this Court's May 19, 2022 Order Setting July 12, 2022 Hearing on CMO 12A Product Identification Deficiencies ("Order to Show Cause," Rec. Doc. 14228), Defendants have submitted a list of Plaintiffs whose claims are subject to dismissal due to their inability to determine Product ID Information pursuant to CMO 12A. *See Defendants' Notice of Non-Compliance Cases Subject to July 12, 2022 Dismissal Call Docket*, June 28, 2022, Rec. Doc. 14331.

As contemplated by the Order to Show Cause (Rec. Doc. 14228), Plaintiffs listed in the attached Exhibit A notified Plaintiffs' Co-Liason Counsel that they did not intend to appear at the Show Cause Hearing set for July 12, 2022 as Plaintiffs have been unable to obtain product identification. Accordingly, Plaintiffs' claims should be dismissed with prejudice pursuant to this Court's Order.

Therefore, **IT IS ORDERED** that the cases listed in the attached Exhibit A are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 18th day of July, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# Exhibit A

|    | Last Name  | First Name | Law Firm Name           | MDL Docket No. |
|----|------------|------------|-------------------------|----------------|
| 1  | Arseneaux  | Bobbi      | Allan Berger & Associates | 2:17-cv-05757 |
| 2  | Brown      | Branda     | Allan Berger & Associates | 2:17-cv-04515 |
| 3  | Day        | Gayle      | Allan Berger & Associates | 2:17-cv-04580 |
| 4  | Harrison   | Osannah    | Allan Berger & Associates | 2:17-cv-04898 |
| 5  | Parks      | Dianne     | Allan Berger & Associates | 2:17-cv-06141 |
| 6  | Santiago   | Diane      | Allan Berger & Associates | 2:17-cv-09131 |
| 7  | Boyd       | Annette    | Allen & Nolte, PLLC     | 2:17-cv-16255  |
| 8  | Ciarlelli  | Jacqueline | Allen & Nolte, PLLC     | 2:17-cv-14088  |
| 9  | Davis      | Gloria     | Allen & Nolte, PLLC     | 2:17-cv-16280  |
| 10 | Garvin     | Ana        | Allen & Nolte, PLLC     | 2:17-cv-14077  |
| 11 | Hadi       | Kareemah   | Allen & Nolte, PLLC     | 2:17-cv-14441  |
| 12 | Nicholas   | Bette      | Allen & Nolte, PLLC     | 2:17-cv-16370  |
| 13 | Pomeroy    | Carolyn    | Allen & Nolte, PLLC     | 2:17-cv-13963  |
| 14 | Birdsall   | Bridget    | Atkins & Markoff        | 2:19-cv-14407  |
| 15 | Foster     | Cindy      | Atkins & Markoff        | 2:20-cv-03401  |
| 16 | Hall       | Linda      | Atkins & Markoff        | 2:16-cv-17315  |
| 17 | Reitmeyer  | Susan      | Atkins & Markoff        | 2:19-cv-14435  |
| 18 | Rodriguez  | Virginia   | Atkins & Markoff        | 2:19-cv-14439  |
| 19 | Calderon   | Alma       | Baron & Budd            | 2:17-cv-14830  |
| 20 | Carney     | Keshia     | Baron & Budd            | 2:17-cv-15615  |
| 21 | Elkins     | Celia      | Baron & Budd            | 2:17-cv-14995  |
| 22 | Kwon       | Jung       | Baron & Budd            | 2:18-cv-06358  |
| 23 | Rutherford | Marion     | Baron & Budd            | 2:18-cv-06000  |
| 24 | Warrem     | Patricia   | Baron & Budd            | 2:17-cv-15645  |
| 25 | Wilson     | Cheryl     | Baron & Budd            | 2:18-cv-06003  |
| 26 | Herrera    | Maria      | Bernstein Liebhard LLP  | 2:17-cv-13467  |
| 27 | Jefferson  | Michelle   | Brent Coon & Associates | 2:17-cv-15467  |
| 28 | Johnson    | Marlene    | Brent Coon & Associates | 2:18-cv-00486  |
| 29 | Miranda    | Rita       | Brent Coon & Associates | 2:18-cv-04442  |
| 30 | Nugent     | Deborah    | Brent Coon & Associates | 2:18-cv-00733  |
| 31 | Weeks      | Barbara    | Brent Coon & Associates | 2:17-cv-15119  |
| 32 | Burnette   | Elaine     | Brown & Crouppen        | 2:20-cv-01078  |
| 33 | Roland     | Rita       | Brown & Crouppen        | 2:20-cv-01579  |
| 34 | Greenwood  | Sandra     | Canepa Riedy Abele      | 2:19-cv-14656  |
| 35 | Hutchison  | Annmarie   | Canepa Riedy Abele      | 2:19-cv-14678  |
| 36 | Johnson    | Jameelah   | Canepa Riedy Abele      | 2:19-cv-14670  |
| 37 | Kropp      | Robin      | Canepa Riedy Abele      | 2:19-cv-14661  |
| 38 | Moore      | Regina     | Canepa Riedy Abele      | 2:19-cv-13751  |
| 39 | Powell     | Johnice    | Canepa Riedy Abele      | 2:19-cv-12223  |
| 40 | Turner     | Carolyn    | Canepa Riedy Abele      | 2:19-cv-08492  |
| 41 | Cruz       | Margaret   | Carey Danis & Lowe      | 2:17-cv-15839  |
| 42 | Derner     | Janet      | Carey Danis & Lowe      | 2:19-cv-14513  |
| 43 | Kaye       | Amy        | Carey Danis & Lowe      | 2:20-cv-03366  |
| 44 | Arnold     | Sarah      | Cutter Law PC           | 2:19-cv-13632  |

|    | Last Name  | First Name | Law Firm Name      | MDL Docket No. |
|----|------------|------------|--------------------|----------------|
| 45 | Daniels    | Lillie     | Cutter Law PC      | 2:17-cv-15650  |
| 46 | Hawkins    | Brenda     | Cutter Law PC      | 2:19-cv-13459  |
| 47 | Hawthorne  | Anishia    | Cutter Law PC      | 2:18-cv-08591  |
| 48 | Hicks      | Josephine  | Cutter Law PC      | 2:19-cv-13460  |
| 49 | Holloway   | Donna      | Cutter Law PC      | 2:17-cv-16093  |
| 50 | King       | Tundra     | Cutter Law PC      | 2:19-cv-13876  |
| 51 | Lopez      | Anna       | Cutter Law PC      | 2:18-cv-08593  |
| 52 | Moppins    | Melissa    | Cutter Law PC      | 2:18-cv-08596  |
| 53 | Murphy     | Natasha    | Cutter Law PC      | 2:19-cv-14003  |
| 54 | Porter     | Sharon     | Cutter Law PC      | 2:17-cv-16923  |
| 55 | Trumpet    | Barbara    | Cutter Law PC      | 2:19-cv-13881  |
| 56 | West       | Nina       | Cutter Law PC      | 2:18-cv-08598  |
| 57 | Woods      | Annie      | Cutter Law PC      | 2:17-cv-16946  |
| 58 | Rider      | Rita       | Dallas W Hartman PC| 2:20-cv-01084  |
| 59 | Shepherd   | Laura      | Dallas W Hartman PC| 2:20-cv-01085  |
| 60 | Allbritton | Kristie    | Fears | Nachawati  | 2:18-cv-06530  |
| 61 | Arigo      | Christine  | Fears | Nachawati  | 2:18-cv-09233  |
| 62 | Baskett    | Jessica    | Fears | Nachawati  | 2:18-cv-11024  |
| 63 | Bates      | Elizabeth  | Fears | Nachawati  | 2:20-cv-00724  |
| 64 | Benton     | Loressa    | Fears | Nachawati  | 2:20-cv-02627  |
| 65 | Bowers     | Charlotte  | Fears | Nachawati  | 2:20-cv-00524  |
| 66 | Bravo      | Fonda      | Fears | Nachawati  | 2:18-cv-10473  |
| 67 | Burke      | Sharon     | Fears | Nachawati  | 2:20-cv-00704  |
| 68 | Callahan   | Esther     | Fears | Nachawati  | 2:19-cv-14296  |
| 69 | Callands   | Michelle   | Fears | Nachawati  | 2:18-cv-08770  |
| 70 | Cavallaro  | Michelle   | Fears | Nachawati  | 2:18-cv-05772  |
| 71 | Clarke     | Jill       | Fears | Nachawati  | 2:19-cv-14279  |
| 72 | Coderre    | Charlsie   | Fears | Nachawati  | 2:18-cv-10878  |
| 73 | Cooper     | Sandra     | Fears | Nachawati  | 2:20-cv-01464  |
| 74 | Cooper     | Vivian     | Fears | Nachawati  | 2:19-cv-14227  |
| 75 | Curtis     | Emilia     | Fears | Nachawati  | 2:19-cv-14314  |
| 76 | Curtis     | Mary       | Fears | Nachawati  | 2:19-cv-14529  |
| 77 | Duckworth  | Sandra     | Fears | Nachawati  | 2:20-cv-00515  |
| 78 | Epstein    | Susan      | Fears | Nachawati  | 2:18-cv-06533  |
| 79 | Gibbons    | Sue        | Fears | Nachawati  | 2:18-cv-07951  |
| 80 | Green      | Sharlette  | Fears | Nachawati  | 2:20-cv-02957  |
| 81 | Grimaldi   | Laura      | Fears | Nachawati  | 2:19-cv-14436  |
| 82 | Harrison   | Jeannette  | Fears | Nachawati  | 2:19-cv-12685  |
| 83 | Henry      | Anita      | Fears | Nachawati  | 2:18-cv-10976  |
| 84 | Inabinett  | April      | Fears | Nachawati  | 2:18-cv-11096  |
| 85 | Jackson    | Donna      | Fears | Nachawati  | 2:19-cv-14524  |
| 86 | James      | Lannie     | Fears | Nachawati  | 2:18-cv-06529  |
| 87 | Johnson    | Robin      | Fears | Nachawati  | 2:19-cv-14563  |
| 88 | Jordan     | Louise     | Fears | Nachawati  | 2:20-cv-00558  |
| 89 | Lewis      | Yvonne     | Fears | Nachawati  | 2:18-cv-00401  |
| 90 | Lindsay    | Lillie     | Fears | Nachawati  | 2:19-cv-14542  |

|  | Last Name | First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 91 | Lowell | Dena | Fears | Nachawati | 2:19-cv-14514 |
| 92 | Manion | Kelley | Fears | Nachawati | 2:20-cv-00706 |
| 93 | Markovich | Julia | Fears | Nachawati | 2:20-cv-00534 |
| 94 | Martz | Deborah | Fears | Nachawati | 2:20-cv-03077 |
| 95 | McCarthy | Sharon | Fears | Nachawati | 2:18-cv-05785 |
| 96 | McClain | Beverly | Fears | Nachawati | 2:20-cv-02215 |
| 97 | McCurdy | Debbie | Fears | Nachawati | 2:19-cv-14329 |
| 98 | McDonald | Jacqueline | Fears | Nachawati | 2:19-cv-14471 |
| 99 | McFadden | Vadarra | Fears | Nachawati | 2:19-cv-14480 |
| 100 | Merlino | Patricia | Fears | Nachawati | 2:20-cv-02942 |
| 101 | Mickelson | Melody | Fears | Nachawati | 2:19-cv-14496 |
| 102 | Mitchell | Becky | Fears | Nachawati | 2:18-cv-05728 |
| 103 | Mitchell | Kathryn | Fears | Nachawati | 2:18-cv-10906 |
| 104 | Moore-Milton | Antoinette | Fears | Nachawati | 2:20-cv-03326 |
| 105 | Morin | Enedina | Fears | Nachawati | 2:20-cv-02956 |
| 106 | Mount | Ida | Fears | Nachawati | 2:19-cv-14567 |
| 107 | Newton | Sylvia | Fears | Nachawati | 2:19-cv-14307 |
| 108 | Oleksy | Kathleen | Fears | Nachawati | 2:19-cv-14504 |
| 109 | Phipps | Margarette | Fears | Nachawati | 2:20-cv-00578 |
| 110 | Police | Stephanie | Fears | Nachawati | 2:19-cv-14495 |
| 111 | Principato | Laura | Fears | Nachawati | 2:18-cv-05783 |
| 112 | Richardson | Irma | Fears | Nachawati | 2:20-cv-00745 |
| 113 | Richardson | Mildred | Fears | Nachawati | 2:20-cv-00716 |
| 114 | Roberts | Joyce | Fears | Nachawati | 2:20-cv-02827 |
| 115 | Rubles | Judy | Fears | Nachawati | 2:20-cv-00692 |
| 116 | Sanders | Carolyn | Fears | Nachawati | 2:20-cv-00561 |
| 117 | Sheppard | Vanessa | Fears | Nachawati | 2:20-cv-00722 |
| 118 | Sieron | Theresa | Fears | Nachawati | 2:20-cv-00710 |
| 119 | Starkloff | Cheryl | Fears | Nachawati | 2:18-cv-13029 |
| 120 | Taylor | Paula | Fears | Nachawati | 2:19-cv-14250 |
| 121 | Toland | Lois | Fears | Nachawati | 2:18-cv-10531 |
| 122 | Torres | Rosalita | Fears | Nachawati | 2:20-cv-03287 |
| 123 | Trent | Lila | Fears | Nachawati | 2:20-cv-00765 |
| 124 | Vollendorf | Joan | Fears | Nachawati | 2:19-cv-14502 |
| 125 | White | Karen | Fears | Nachawati | 2:21-cv-00182 |
| 126 | Whitwell | Elizabeth | Fears | Nachawati | 2:20-cv-00652 |
| 127 | Wilson | Brenda | Fears | Nachawati | 2:18-cv-10653 |
| 128 | Gibson | Peggy | Fernelius Simon PLLC | 2:17-cv-09576 |
| 129 | Newby | Francia | Ferrer, Poirot & Wansbrough | 2:17-cv-16835 |
| 130 | Strauss | Gwen | Ferrer, Poirot & Wansbrough | 2:17-cv-13815 |
| 131 | Cooper | Romanica | Finson Law Firm | 2:20-cv-02672 |
| 132 | Payton | Towanda | Finson Law Firm | 2:20-cv-02673 |
| 133 | Sampson | Rebecca | Finson Law Firm | 2:17-cv-15773 |
| 134 | Smith | Michelle | GARDI & HAUGHT, LTD. | 2:21-cv-00086 |
| 135 | Vowel | Barbara | GARDI & HAUGHT, LTD. | 2:21-cv-00050 |
| 136 | Baucom | Karen | Gibbs Law Group LLP | 2:18-cv-11659 |

|     | Last Name | First Name | Law Firm Name | MDL Docket No. |
|-----|-----------|------------|---------------|----------------|
| 137 | Brooks | Carole | Gibbs Law Group LLP | 2:18-cv-08090 |
| 138 | Fantauzzi | Juanita | Gibbs Law Group LLP | 2:17-cv-11523 |
| 139 | Farmer | Colleen | Gibbs Law Group LLP | 2:17-cv-10795 |
| 140 | Moshier | Linda | Gibbs Law Group LLP | 2:19-cv-00320 |
| 141 | Watts | June | Gibbs Law Group LLP | 2:19-cv-14033 |
| 142 | Bethea | Doris | Gomez Trial Attorneys | 2:17-cv-10796 |
| 143 | Bogues | Jessica | Gomez Trial Attorneys | 2:17-cv-13685 |
| 144 | Butler | Nora | Gomez Trial Attorneys | 2:17-cv-13688 |
| 145 | King | Tarnya | Gomez Trial Attorneys | 2:20-cv-03305 |
| 146 | Lewis | Theresa | Gomez Trial Attorneys | 2:17-cv-13765 |
| 147 | Morrison | Charnae | Gomez Trial Attorneys | 2:17-cv-14004 |
| 148 | Richardson | Helena | Gomez Trial Attorneys | 2:17-cv-13799 |
| 149 | Atkinson | Reba | Johnson Becker | 2:16-cv-17249 |
| 150 | Bishop | Paula | Johnson Becker | 2:16-cv-15579 |
| 151 | Boino | Jeanne | Johnson Becker | 2:16-cv-16036 |
| 152 | Bowie | Mary | Johnson Becker | 2:16-cv-15559 |
| 153 | Branham | Bettina | Johnson Becker | 2:16-cv-16746 |
| 154 | Burgess | Lisa | Johnson Becker | 2:17-cv-00988 |
| 155 | Carter | Martha | Johnson Becker | 2:16-cv-16038 |
| 156 | Cook | Tina | Johnson Becker | 2:16-cv-17652 |
| 157 | Davis | Shirley | Johnson Becker | 2:20-cv-00245 |
| 158 | Davis-Miller | Sheresa | Johnson Becker | 2:16-cv-16143 |
| 159 | Gabriel | Princess | Johnson Becker | 2:18-cv-11588 |
| 160 | Garrett | Doreen | Johnson Becker | 2:20-cv-00570 |
| 161 | Green | Catherine | Johnson Becker | 2:19-cv-13729 |
| 162 | Greenberg | Hilary | Johnson Becker | 2:18-cv-00631 |
| 163 | Henry | Claudette | Johnson Becker | 2:16-cv-16730 |
| 164 | Hughes | Carol | Johnson Becker | 2:16-cv-16253 |
| 165 | Luellen-Williams | Charnita | Johnson Becker | 2:17-cv-00528 |
| 166 | Nevilus | Magarette | Johnson Becker | 2:17-cv-04806 |
| 167 | Newsome | Linda | Johnson Becker | 2:17-cv-04793 |
| 168 | Renfroe | Dorothy (Tamika) | Johnson Becker | 2:17-cv-00421 |
| 169 | Richmond | Addie | Johnson Becker | 2:18-cv-00639 |
| 170 | Rigney | Linda | Johnson Becker | 2:17-cv-04795 |
| 171 | Schultz | Sondra | Johnson Becker | 2:20-cv-00604 |
| 172 | Sternhell | Miriam | Johnson Becker | 2:17-cv-00522 |
| 173 | Stewart | Elizabeth | Johnson Becker | 2:17-cv-00268 |
| 174 | Strong | Marlene | Johnson Becker | 2:16-cv-16258 |
| 175 | Torgersen | Dianne | Johnson Becker | 2:19-cv-13850 |
| 176 | Wood | Sherry | Johnson Becker | 2:16-cv-16744 |
| 177 | Arnold | Rita | Johnson Law Group | 2:19-cv-13563 |
| 178 | Barr | Kimberly | Johnson Law Group | 2:17-cv-12889 |
| 179 | Boerg | Patricia | Johnson Law Group | 2:17-cv-12280 |
| 180 | Brown | Amy | Johnson Law Group | 2:17-cv-12369 |

|     | Last Name | First Name | Law Firm Name | MDL Docket No. |
| --- | --- | --- | --- | --- |
| 181 | Casey | Ada | Johnson Law Group | 2:17-cv-11105 |
| 182 | Cohen | Joanne | Johnson Law Group | 2:18-cv-11318 |
| 183 | Cummings | Louissteen | Johnson Law Group | 2:19-cv-13571 |
| 184 | Gunsolus | Gwen | Johnson Law Group | 2:17-cv-11195 |
| 185 | Hale | Mellonice | Johnson Law Group | 2:17-cv-12293 |
| 186 | Hardesty | Juliet | Johnson Law Group | 2:18-cv-04728 |
| 187 | Hughes | Brenda | Johnson Law Group | 2:19-cv-13562 |
| 188 | Kelly | Paula | Johnson Law Group | 2:17-cv-12374 |
| 189 | Livengood | Laurie | Johnson Law Group | 2:17-cv-12875 |
| 190 | Meers | Jennifer | Johnson Law Group | 2:17-cv-11240 |
| 191 | Meza | Sherri | Johnson Law Group | 2:17-cv-11230 |
| 192 | Montes | Lydia | Johnson Law Group | 2:17-cv-11218 |
| 193 | Muhammad | Rita | Johnson Law Group | 2:17-cv-11213 |
| 194 | Murray | Sandra | Johnson Law Group | 2:17-cv-12390 |
| 195 | Nugent | Velia | Johnson Law Group | 2:19-cv-13579 |
| 196 | Parker | Jeanette | Johnson Law Group | 2:17-cv-11072 |
| 197 | Perry | Earnestine | Johnson Law Group | 2:17-cv-12861 |
| 198 | Philippe | Jamie | Johnson Law Group | 2:18-cv-02041 |
| 199 | Robinson | Adrian | Johnson Law Group | 2:18-cv-04704 |
| 200 | Robinson | Stacey | Johnson Law Group | 2:17-cv-12349 |
| 201 | Smith | Orynthia | Johnson Law Group | 2:19-cv-13588 |
| 202 | Stewart | Shannon | Johnson Law Group | 2:17-cv-11158 |
| 203 | Valenti | Yvette | Johnson Law Group | 2:19-cv-13590 |
| 204 | Davis | Gwendolyn | Kirtland & Packard LLP | 2:18-cv-04808 |
| 205 | Kelly | Judith | Kirtland & Packard LLP | 2:17-cv-16102 |
| 206 | Kwederis | Sherry | Kirtland & Packard LLP | 2:17-cv-17216 |
| 207 | Law | Doris | Kirtland & Packard LLP | 2:17-cv-16098 |
| 208 | Molette | Shirley | Kirtland & Packard LLP | 2:17-cv-17334 |
| 209 | Walters | Vickie | Laborde Earles Law Firm | 2:20-cv-01947 |
| 210 | Daise | Lucille | Maher Law Firm | 2:17-cv-01144 |
| 211 | Longone | Gina | Maher Law Firm | 2:18-cv-12422 |
| 212 | Lopez-Mitchell | Anita | Maher Law Firm | 2:18-cv-12426 |
| 213 | Pruitt | Mattie | Maher Law Firm | 2:18-cv-12431 |
| 214 | Shimel | Paulette | Maher Law Firm | 2:16-cv-17951 |
| 215 | Freeman | Cheryl | Marc J. Bern & Partners LLP | 2:18-cv-05554 |
| 216 | Hoggard | Anita | Martinez & McGuire PLLC | 2:20-cv-01070 |
| 217 | Merriman | Kristi | Martinez & McGuire PLLC | 2:20-cv-01071 |
| 218 | Heller | Randalyn | McDonald Worley | 2:17-cv-16919 |
| 219 | Matthews | Angela | McDonald Worley | 2:17-cv-17055 |
| 220 | Williams | Pamela | McGartland Law Firm, PLLC | 2:17-cv-12187 |
| 221 | Artry | Patricia | McSweeney/Langevin LLC | 2:17-cv-16737 |
| 222 | Bailey | Sara | McSweeney/Langevin LLC | 2:20-cv-00455 |
| 223 | Jenkins | Patricia | McSweeney/Langevin LLC | 2:18-cv-12835 |
| 224 | Clennon-Hubbard | Allison | Morgan and Morgan | 2:19-cv-14096 |
| 225 | Dianni | Lee-Ann | Morgan and Morgan | 2:19-cv-14114 |

|     | Last Name | First Name | Law Firm Name | MDL Docket No. |
| --- | --- | --- | --- | --- |
| 226 | Emma | Vicci | Morgan and Morgan | 2:19-cv-14461 |
| 227 | Kent-Esiso | Vella | Morgan and Morgan | 2:18-cv-03637 |
| 228 | Klebacha | Ann | Morgan and Morgan | 2:19-cv-14374 |
| 229 | Rhynes | Andrea | Morgan and Morgan | 2:19-cv-14437 |
| 230 | Simmons | Diana | Morgan and Morgan | 2:17-cv-09634 |
| 231 | Auzenne (Sonnier) | Corita (John) | Morris Bart, LLC | 2:18-cv-03535 |
| 232 | Barras | Roxanne | Morris Bart, LLC | 2:18-cv-06128 |
| 233 | Benoit | Beverly | Morris Bart, LLC | 2:18-cv-06699 |
| 234 | Curier | Hattie | Morris Bart, LLC | 2:18-cv-06184 |
| 235 | Donaldson | Sue | Morris Bart, LLC | 2:16-cv-15351 |
| 236 | Holmes | Mary | Morris Bart, LLC | 2:18-cv-06700 |
| 237 | Jackson | Mary | Morris Bart, LLC | 2:18-cv-06745 |
| 238 | Newton | Shirley | Morris Bart, LLC | 2:18-cv-05812 |
| 239 | Rice | Patsy | Morris Bart, LLC | 2:18-cv-05778 |
| 240 | Washington | Delois | Morris Bart, LLC | 2:18-cv-03662 |
| 241 | Lance | Gwen | Napoli Shkolnik PLLC | 2:19-cv-11413 |
| 242 | Byrd | Alicia | Reich and Binstock, LLP | 2:18-cv-00345 |
| 243 | Deese | Stephanie | Reich and Binstock, LLP | 2:17-cv-13787 |
| 244 | Longshore | Doyla | Reich and Binstock, LLP | 2:18-cv-11787 |
| 245 | Lujan | Jennifer | Reich and Binstock, LLP | 2:17-cv-00112 |
| 246 | Marinelli | Barbara | Reich and Binstock, LLP | 2:17-cv-17246 |
| 247 | Morrison | Brenda | Reich and Binstock, LLP | 2:17-cv-17110 |
| 248 | Valdez | Patricia | Reich and Binstock, LLP | 2:17-cv-13764 |
| 249 | Cooter | Brenda | Roberts & Roberts | 2:18-cv-10314 |
| 250 | Denby | Brenda | Roberts & Roberts | 2:18-cv-07609 |
| 251 | Duarte | Patricia | Roberts & Roberts | 2:19-cv-00057 |
| 252 | White | Jeanette | Saunders & Walker PA | 2:18-cv-11593 |
| 253 | Gregory | Suzette | Schmidt National Law Group | 2:17-cv-13791 |
| 254 | Merritt | Jo Ann | Schmidt National Law Group | 2:17-cv-14084 |
| 255 | Williams | Tanya | Schmidt National Law Group | 2:17-cv-10710 |
| 256 | Russell | Mary | Shaw Cowart, LLP | 2:17-cv-14181 |
| 257 | Gay | Cynthia | The Goss Law Firm | 2:17-cv-12419 |
| 258 | Gowhari | Sharona | The Goss Law Firm | 2:17-cv-12510 |
| 259 | Ortiz | Raquel | The Simon Law Firm, P.C. | 2:17-cv-16202 |
| 260 | Paley | Virginia | TorHoerman Law LLC | 2:19-cv-13826 |
| 261 | Gilliond | Kimberly | Watts Guerra, LLP | 2:17-cv-12449 |
| 262 | Harris | Casandra | Watts Guerra, LLP | 2:17-cv-12831 |
| 263 | Latarski | Rosemary | Watts Guerra, LLP | 2:16-cv-16052 |
| 264 | Abrisch | Elaine | Wendt Law Firm, P.C. | 2:17-cv-15588 |
| 265 | Anderson-Silvagni | Wendy | Wendt Law Firm, P.C. | 2:19-cv-14134 |
| 266 | Strange (Cunningham) | Gina (Monta) (Ebony) | Wendt Law Firm, P.C. | 2:19-cv-13991 |