MINUTE ENTRY
MILAZZO, J.
JULY 13, 2022

JS-10: 01:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| All Cases | |

# MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:      Sherry Adams
COURT REPORTER:    Cathy Pepper
LAW CLERK:         Brittany Flanders

On July 13, 2022, the Court held a show cause hearing as contemplated by this Court's May 18, 2022 Order ("Order to Show Cause Regarding Dismissal of Mississippi Plaintiffs," Rec. Doc. 14221). Certain participants appeared in person: Claire Kreider, Palmer Lambert, and Lawrence Centola for Plaintiffs, and Nicholas Insogna, Kelly Brilleaux, Brenda Sweet, and Jordan Baehr for Defendants. Other participants appeared by video and by telephone.

**IT IS ORDERED** that the cases on the attached "Dismissal List" are **DISMISSED WITH PREJUDICE** for the reasons stated on the record.



**Exhibit A**

| # | Plaintiff Last Name | Plaintiff First Name | MDL Docket No. | Law Firm Name |
|---|---|---|---|---|
| 1 | AGNEW | EARLENE | 2:18-cv-01306 | Bachus & Schanker, LLC |
| 2 | ATKINSON | MARY | 2:18-cv-00902 | Bachus & Schanker, LLC |
| 3 | BOLER | BEVERLY | 2:18-cv-02326 | Bachus & Schanker, LLC |
| 4 | BROWN | LISA | 2:18-cv-01440 | Bachus & Schanker, LLC |
| 5 | CALDWELL | ANNIE | 2:19-cv-00056 | Bachus & Schanker, LLC |
| 6 | CHAPPELL | KATHRYN | 2:19-cv-11264 | Bachus & Schanker, LLC |
| 7 | CRAWFORD | RUTHIE | 2:18-cv-11820 | Bachus & Schanker, LLC |
| 8 | CRENSHAW | LUCILLE | 2:18-cv-12400 | Bachus & Schanker, LLC |
| 9 | DAVIS | LINDA | 2:19-cv-13481 | Bachus & Schanker, LLC |
| 10 | DIGGS | SANDRA | 2:18-cv-01884 | Bachus & Schanker, LLC |
| 11 | DURDEN | ANGELA | 2:18-cv-01544 | Bachus & Schanker, LLC |
| 12 | EASTER | FLORENCE | 2:20-cv-00307 | Bachus & Schanker, LLC |
| 13 | EVANS | CHERYL | 2:18-cv-02925 | Bachus & Schanker, LLC |
| 14 | FELDER | BENNIEA | 2:18-cv-11894 | Bachus & Schanker, LLC |
| 15 | FREEMAN | CARRIE | 2:18-cv-01449 | Bachus & Schanker, LLC |
| 16 | GREATHREE | MARTHA | 2:18-cv-01332 | Bachus & Schanker, LLC |
| 17 | GREEN | DIANN | 2:18-cv-01764 | Bachus & Schanker, LLC |
| 18 | HOLLINSHEAD | DORIS | 2:18-cv-12574 | Bachus & Schanker, LLC |
| 19 | IVORY | BOBBIE | 2:19-cv-02685 | Bachus & Schanker, LLC |
| 20 | JAMES | JANICE | 2:19-cv-10595 | Bachus & Schanker, LLC |
| 21 | JAMES | JULIA | 2:18-cv-02263 | Bachus & Schanker, LLC |
| 22 | JEFFERSON | CAROLYN | 2:18-cv-13345 | Bachus & Schanker, LLC |
| 23 | KIRBY | GINA | 2:18-cv-01337 | Bachus & Schanker, LLC |
| 24 | LOWERY | MAMIE | 2:18-cv-12269 | Bachus & Schanker, LLC |
| 25 | MCGOWAN | BOBBIE | 2:18-cv-12276 | Bachus & Schanker, LLC |
| 26 | MERRITT | TANTAHNEAH | 2:19-cv-09479 | Bachus & Schanker, LLC |
| 27 | MILLER | LINDA | 2:18-cv-01518 | Bachus & Schanker, LLC |
| 28 | MOORE | MINNIE | 2:18-cv-12295 | Bachus & Schanker, LLC |
| 29 | MOORE | RUBY | 2:19-cv-12238 | Bachus & Schanker, LLC |
| 30 | ROBINSON | DOROTHY | 2:18-cv-02282 | Bachus & Schanker, LLC |
| 31 | RODGERS | DONNA | 2:18-cv-01525 | Bachus & Schanker, LLC |
| 32 | SMITH | JENNIFER | 2:19-cv-01226 | Bachus & Schanker, LLC |
| 33 | STOWERS | CASSANDRA | 2:20-cv-01883 | Bachus & Schanker, LLC |
| 34 | TUMBLIN | MYTRICE | 2:19-cv-03291 | Bachus & Schanker, LLC |
| 35 | WALKER | CLARE | 2:19-cv-12167 | Bachus & Schanker, LLC |
| 36 | WASHINGTON | BRENDA | 2:18-cv-01614 | Bachus & Schanker, LLC |
| 37 | WELLS | ANNIE | 2:19-cv-14344 | Bachus & Schanker, LLC |
| 38 | WHITE | ANN | 2:19-cv-14316 | Bachus & Schanker, LLC |
| 39 | FRANKLIN | GLENDA | 2:21-cv-00622 | Fears | Nachawati |
| 40 | HARALSON | BETTY | 2:17-cv-13975 | Gomez Trial Attorneys |
| 41 | HARPER | GLORIA | 2:17-cv-12585 | Gomez Trial Attorneys |
| 42 | MCDOWELL | VERONA | 2:17-cv-13058 | Gomez Trial Attorneys |
| 43 | JOINER | ANNIE | 2:18-cv-10205 | Kagan Legal Group |
| 44 | PIGOTT | SHIRLON | 2:18-cv-08673 | Kagan Legal Group |
| 45 | BROWN | CYNTHIA | 2:18-cv-06428 | Lowe Law Group |
| 46 | COMBEST | JANICE | 2:18-cv-04214 | Lowe Law Group |
| 47 | GRANT | LATOSHA | 2:18-cv-03629 | Lowe Law Group |
| 48 | LAMPKIN | VANASSER | 2:18-cv-05042 | Lowe Law Group |
| 49 | REEVES | SHERRI | 2:18-cv-09069 | Lowe Law Group |

| | | | | |
|---|---|---|---|---|
| 50 | SARTIN | JIMMIE | 2:18-cv-05156 | Lowe Law Group |
| 51 | GAVIN | LULA | 2:18-cv-11232 | Niemeyer, Grebel & Kruse |
| 52 | RUFFIN | IDA | 2:17-cv-09016 | Niemeyer, Grebel & Kruse |
| 53 | WALKER | DELORIS | 2:17-cv-10308 | Niemeyer, Grebel & Kruse |
| 54 | CARPENTER | HOMER | 2:16-cv-15316 | Pendley, Baudin & Coffin, L.L.P. |
| 55 | CARR | ANGELIA | 2:18-cv-07659 | Pendley, Baudin & Coffin, L.L.P. |
| 56 | CAUTHEN | DEWAINE | 2:18-cv-05632 | Pendley, Baudin & Coffin, L.L.P. |
| 57 | DILLON | JACQUELINE | 2:18-cv-00578 | Pendley, Baudin & Coffin, L.L.P. |
| 58 | DIXON | PATRICIA | 2:18-cv-07531 | Pendley, Baudin & Coffin, L.L.P. |
| 59 | HAND | DORA | 2:18-cv-09047 | Pendley, Baudin & Coffin, L.L.P. |
| 60 | HARRELL | BEVERLY | 2:17-cv-00792 | Pendley, Baudin & Coffin, L.L.P. |
| 61 | HORNE | MARY | 2:18-cv-05631 | Pendley, Baudin & Coffin, L.L.P. |
| 62 | LEWIS | SHERRELL | 2:17-cv-06012 | Pendley, Baudin & Coffin, L.L.P. |
| 63 | RANDLE | JENNIFER | 2:18-cv-07925 | Pendley, Baudin & Coffin, L.L.P. |
| 64 | SMITH | CHERYLLYN | 2:17-cv-11886 | Pendley, Baudin & Coffin, L.L.P. |
| 65 | TEMPLE | HAZEL | 2:18-cv-05627 | Pendley, Baudin & Coffin, L.L.P. |
| 66 | THOMAS | BARBARA | 2:17-cv-07270 | Pendley, Baudin & Coffin, L.L.P. |
| 67 | BRADLEY | SARAH | 2:18-cv-12868 | Pulaski Law Firm, PLLC |
| 68 | BROWN | BONNIE | 2:18-cv-12929 | Pulaski Law Firm, PLLC |
| 69 | BUTLER | ROSIE | 2:19-cv-13820 | Pulaski Law Firm, PLLC |
| 70 | GANN | RITA | 2:18-cv-13008 | Pulaski Law Firm, PLLC |
| 71 | JENKINS GRANT | DIANN | 2:18-cv-13067 | Pulaski Law Firm, PLLC |
| 72 | JOHNSON | CARRIE | 2:18-cv-13069 | Pulaski Law Firm, PLLC |
| 73 | MANNING | LILLIE | 2:18-cv-13094 | Pulaski Law Firm, PLLC |
| 74 | MILLER | BETTY | 2:18-cv-13130 | Pulaski Law Firm, PLLC |
| 75 | PAYNE | KESHER | 2:18-cv-13184 | Pulaski Law Firm, PLLC |
| 76 | ROSS | MAXCINE | 2:18-cv-13204 | Pulaski Law Firm, PLLC |
| 77 | THOMAS | PEARLEE | 2:18-cv-13247 | Pulaski Law Firm, PLLC |
| 78 | WHITE | ANGELA | 2:18-cv-13262 | Pulaski Law Firm, PLLC |
| 79 | BOLTON | DEBRA | 2:16-cv-16905 | Reeves & Mestayer |
| 80 | HATTEN | ELIZABETH | 2:17-cv-15370 | Reeves & Mestayer |
| 81 | AUGUST | JUDITH | 2:16-cv-16231 | Reeves & Mestayer |
| 82 | KUMAR | MILDRED | 2:17-cv-15311 | Reeves & Mestayer |
| 83 | SIMMONS | BRENDA | 2:17-cv-14230 | Reeves & Mestayer |
| 84 | SWARTHOUT | ROBIN | 2:17-cv-15325 | Reeves & Mestayer |
| 85 | LEWIS | DOROTHY | 2:18-cv-10766 | Reyes|Browne|Reilley |
| 86 | LAVENDER | CATHY | 2:19-cv-13540 | The Murray Law Firm |
| 87 | LOTT | DELOIS | 2:19-cv-10540 | The Murray Law Firm |
| 88 | GALEY | ANITA | 2:17-cv-15663 | The Simon Law Firm, P.C. |
| 89 | SUTTON | BETTY | 2:17-cv-15423 | Williams Hart Boundas Easterby, LLP |