UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| **This document relates to:** Tarnya King, 20-3305 | | |

## ORDER

Before the Court are Defendant Accord Healthcare Inc.'s Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process (Doc. 14009) and Defendants Actavis Pharma, Inc.'s and Actavis LLC's Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process (Doc. 14202).

Given that Plaintiff Tarnya King's case was dismissed with prejudice on July 18, 2022 (Doc. 14430 at 5), **IT IS ORDERED** that Defendants' Motions (Docs. 14009 & 14202) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 19th day of July, 2022.

                                                  **HON. JANE TRICHE MILAZZO**
                                                  **UNITED STATES DISTRICT JUDGE**