UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" 5<br><br>HON. JUDGE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

**ENTRY OF APPEARANCE**

Andrew J. Cross of Carey Danis & Lowe hereby enters his appearance as counsel for Plaintiffs listed in Exhibit A in this matter

Dated: July 19, 2022                                          Respectfully submitted,

*/s/ Andrew J. Cross*
Andrew J. Cross
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 725-7700
Facsimile: (314) 721-0905
across@careydanis.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 19th day of July, 2022.

*/s/ Andrew J. Cross*