**Exhibit A**

| LAST | FIRST | CaseNumber |
|---|---|---|
| Addison | Keisha | 2:17-cv-16115 |
| Allen | Tiffany | 2:18-cv-13392 |
| Anderson | Betty | 2:17-cv-16110 |
| Arrington Deitz | Nadine | 2:17-cv-15532 |
| Benton | Patricia | 2:17-cv-14621 |
| Blossomgame | Rosalind | 2:18-cv-01655 |
| Bonner | Judith | 2:17-cv-15925 |
| Braun | Carlene | 2:18-cv-13051 |
| Brown | Trenell | 2:18-CV-03262 |
| Brown | Annece | 2:19-cv-14506 |
| Brown | Cheryl | 2:18-cv-012976 |
| Brown | Denise | 2:18-cv-13403 |
| Champaneri | Anuka | 2:18-cv-12979 |
| Childress | Glenda | 2:20-cv-00361 |
| Connell | Kathryn | 2:19-cv-13973 |
| Copeland | Ella | 2:17-cv-15131 |
| Correa-Wilson | Carmen | 2:18-cv-07440 |
| Cox | Lisa | 2:17-cv-14817 |
| Cruz | Margaret | 2:17-cv-15839 |
| Dandy | Carolyn | 2:18-CV-04637 |
| Davis | Bessie | 2:18-cv-6054 |
| Davis | Vivian | 2:18-cv-13239 |
| Dawson | Cynthia | 2:18-cv-03598 |
| Derner | Janet | 2:19-cv-14513 |
| Dodd | Kathy | 2:17-cv-14842 |
| Drake | Dena | 2:17-cv-15962 |
| Elias | Sandra | 2:18-cv-13023 |
| Escalante | Gloria | 2:17-cv-16128 |
| Flynn | Monica | 2:17-cv-14885 |
| Garcia-Crowley | Madonna | 2:17-cv-14907 |
| Gonzales | Lizabeth | 2:17-cv-14965 |
| Hanson | Phyllis | 2:18-cv-13068 |
| Harris | Nancy | 2:18-cv-13167 |
| Hix | Suzy | 2:18-cv-13413 |
| Hogan | Drasadria | 2:17-cv-14977 |
| Huff | Ilana | 2:18-cv-07597 |
| Hunter-Drew | Jo Ann | 2:18-cv-05681 |
| Jackson | Deborah | 2:18-cv-04080 |
| Jacobs | Kim | 2:17-cv-14994 |
| Johnson | Evelyn | 2:17-cv-15003 |
| Jones | Jacqueline | 2:18-cv-01662 |
| Jones | Sandra | 2:18-cv-06045 |
| Jones | Margaret C | 2:17-cv-15012 |
| Kaiser | Phyllis | 2:17-cv-16464 |
| Kaye | Amy | 2:20-cv-03366 |
| Kirkland | Vernell | 2:18-cv-07648 |

**Exhibit A**

| LAST | FIRST | CaseNumber |
|---|---|---|
| Landrum | Sallie | 2:18-cv-13228 |
| Lewis | Louise | 2:18-cv-03597 |
| Locke | Valerie | 2:17-cv-15910 |
| Lutchmiah | Beatrice | 2:17-cv-15020 |
| Mack | Shirley | 2:20-cv-03361 |
| Mahone | Joanne | 2:17-cv-15504 |
| Manigo | Lena | 2:18-CV-13246 |
| Martin | Glory | 2:18-cv-03591 |
| Mason | Georgia | 2:18-cv-13223 |
| Masters | Sherry | 2:18-cv-07467 |
| McClarrin | Nodia | 2:18-cv-13425 |
| McDonald | Donna | 2:18-cv-13153 |
| McGowan | Idell | 2:17-cv-16104 |
| McKinney | Katie | 2:18-cv-02516 |
| Miller | Cynthia | 2:18-cv-13102 |
| Minter | Lisa | 2:18-cv-05761 |
| Mitchell | Gloria | 2:18-cv-06063 |
| Moody | Joyce | 2:18-cv-13198 |
| Moore | Ronyelle | 2:17-cv-15174 |
| Moore | Edna | 2:18-cv-04666 |
| Murray | Donna | 2:17-cv-15202 |
| Nash | Samantha | 2:18-cv-13243 |
| Newell | Diane | 2:17-cv-15883 |
| Newhouse | Faith | 2:17-cv-15057 |
| Placide | Frankie | 2:17-cv-15872 |
| Ponce | Linda | 2:18-cv-03263 |
| Pruett | Lisa | 2:17-cv-16493 |
| Randall | Myrtis | 2:18-cv-13195 |
| Rhymes | Erma | 2:17-cv-16070 |
| Robinson | Janice Beckley | 2:18-cv-13142 |
| Rosen | Charlotte | 2:17-cv-15093 |
| Rosenman | Helen | 2:18-cv-02010 |
| Ross | Sandra | 2:18-cv-13419 |
| Rossbach | Kathleen | 2:18-cv-13157 |
| Salter | Rhonda | 2:18-cv-13180 |
| Sanchez | Esperanza | 2:18-cv-13044 |
| Scandrick | Joann | 2:17-cv-15186 |
| Scott | Linda | 2:17-cv-15230 |
| Sharp | Brenda | 2:20-cv-03364 |
| Simnacher | Jan | 2:17-cv-16488 |
| Simpson | Linda | 2:17-cv-16498 |
| Skelton | Rose | 2:18-cv-04810 |
| Smith | Flora | 2:19-cv-12845 |
| Smith-Frazier | Dorothy | 2:17-cv-15065 |
| Smith-Jackson | Valerie | 2:18-cv-13389 |
| Steele | Cynthia | 2:18-cv-05710 |

**Exhibit A**

| LAST | FIRST | CaseNumber |
|---|---|---|
| Stephens | Linda | 2:17-cv-15100 |
| Thornton | Nettie | 2:18-cv-13132 |
| Ticey | Christine | 2:17-cv-15859 |
| Treiber | Susan | 2:20-cv-03363 |
| Turner | Carolyn | 2:18-cv-13112 |
| Tyer | Catherine | 2:18-cv-13147 |
| Urquhart | Renee | 2:19-cv-01452 |
| Velazquez | Shayla | 2:18-cv-13103 |
| Wacker | Patricia | 2:18-cv-13109 |
| Walker | Janie | 2:17-cv-15108 |
| Waller | Cherlyn | 2:18-cv-13109 |
| Warth | Maria | 2:17-cv-16503 |
| Washington | Benita | 2:17-cv-16064 |
| Webley | Olga | 2:17-cv-15070 |
| Webster | Patricia | 2:18-cv-13415 |
| White | Carolyn | 2:17-cv-16461 |
| Williams | Gwendolyn | 2:18-cv-03476 |
| Withers | Tina | 2:18-cv-13407 |
| Woodward | Zohra | 2:18-cv-13096 |