MINUTE ENTRY
MILAZZO, J.
July 21, 2022

JS-10:00:57

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On July 21, 2022, the Court held a status conference with the settlement committee. Ben Gordon, Mark Neimeyer, Irving Warshauer, Palmer Lambert, Jon Strongman, Harley Ratliff, and Julie Callsen appeared in person, and Brian Rudick, Chip Gaudreau, Dennis Reich, and Ashlea Schwarz appeared by phone. The parties discussed potential options related to bellwether settlement conferences. The parties have until August 11, 2022, to inform the Court how they wish to proceed.

