MINUTE ENTRY
MILAZZO, J.
JULY 22, 2022

JS-10: 01:35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On July 22, 2022, the Court held a status conference with lead and liaison counsel. Participants appeared in person as well as by video. Counsel discussed the status of Remand Wave 1, Plaintiffs' request to begin planning for Remand Wave 2, the status of the CMO for general expert trial preservation depositions, and Plaintiffs' request to suspend future non-remand show cause proceedings.

