MINUTE ENTRY
MILAZZO, J.
JULY 22, 2022

JS-10: 00:13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)    )    MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION  )
                               )    SECTION: "H" (5)
                               )
THIS DOCUMENT RELATES TO:      )
All Cases

## MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:     Sherry Adams
COURT REPORTER:   Nichelle Wheeler
LAW CLERK:        Brittany Flanders

On July 22, 2022, the Court held a general status conference. Certain participants appeared in person, as indicated by the attached sign-in sheet. Other participants appeared by video and by telephone. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 25 (Rec. Doc. 14440).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL 2740 H(5)
PRODUCTS LIABILITY LITIGATION

JULY 22, 2022
General Status Conference

| Name (Please Print) | Party Representing |
| --- | --- |
| Michael J. Suffern | Actavis Defendants & Sagent Pharmaceuticals |
| Geoffrey Coan | Sun Pharmaceutical |
| Neelum Wadhwani | Hospira & Pfizer |
| Julie Callsen | Accord |
| Harley R. | Sanofi |
| Matt Delm | DePuy |
| Richmond Moore | Hospira / Pfizer |
| Adrienne Byard | Sanofi |
| John Olinde | 505(b)2 liaison |
| Douglas Moore | PLC Sanofi |
| Evan Holden | Δ Sandoz |
| Palmer Lambert | π co-liaison |