UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

PRETRIAL ORDER NO. 126

**IT IS ORDERED** that the next CMO 12A & PTO 22A show cause hearing is **SET** for **Tuesday, September 13, 2022**, at **9:00 a.m.** in Judge Milazzo's courtroom (C224).

**IT IS FURTHER ORDERED** that the next general status conference is **SET** for **Wednesday, September 14, 2022**, at **10:30 a.m.** in Judge Milazzo's courtroom (C224). The conference will be preceded by a meeting with lead and liaison counsel at **9:00 a.m.**

The call-in information for these events will be disseminated at a later time.

New Orleans, Louisiana, this 22nd day of July, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE