UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO PLAINTIFF:<br><br>***VERNETTER CARTER V. SANOFI AVENTIS ET AL*** | MDL NO. 2740<br><br>SECTION "N"(5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:17-cv-17389 |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Antoinette Carter, surviving natural daughter of Vernetter Carter, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the death of Plaintiff on February 15, 2020.

A Notice/Suggestion of Death was filed in this matter on May 25, 2022 (Doc. # 14243).

Dated: July 25, 2022   RESPECTFULLY SUBMITTED,

**Kirkendall Dwyer, LLP**

*/s/ Kelley Owens*
Kelley Owens
Texas Bar No. 28118105
Keowens@kirkendalldwyer.com
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander Dwyer
Texas Bar No. 24054271
akirkendall@kirkendalldwyer.com
adwyer@kirkendalldwyer.com
4343 Sigma Road, STE 200
Dallas, TX 75244
Tel: (214) 271-4027
Fax: (215) 253-0621
**Attorneys For Plaintiff**

## **CERTIFICATION OF SERVICE**

I hereby certify that on July 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Kirkendall Dwyer, LLP**

*/s/ Kelley Owens*
Kelley Owens