UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| **THIS DOCUMENT RELATES TO PLAINTIFF:** <br><br> **VERNETTER CARTER V. SANOFI AVENTIS ET AL** <br><br> **2:17-cv-17389** | **SECTION "N"(5)** <br><br> **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, Doc. _____ as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Antoinette Carter, as surviving natural daughter, is substituted for Plaintiff Vernetter Carter as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on May 25, 2022 (Doc. #14243).

New Orleans, Louisiana this ___ day of _____, 2022.

_____
United States District Judge