UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| SHARON DICKINSON<br>   Plaintiff | : : : | COMPLAINT & JURY DEMAND |
| vs. | : : | Civil Action No: 2:17-cv-14261 |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.<br>   Defendants | : : : : : : | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Sharon Dickinson. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Wendy Brandley, who is the surviving heir and daughter of Sharon Dickinson.

|  |  |
|---|---|
| DATED: JULY 25, 2022 | SHAW COWART, L.L.P. |
| | */s/ Ethan L. Shaw* |
| | ETHAN L. SHAW |
| | Texas Bar No. 18140480 |
| | elshaw@shawcowart.com |
| | JOHN P. COWART |
| | Texas Bar No. 04919500 |
| | jcowart@shawcowart.com |
| | 1609 Shoal Creek Blvd., Suite 301 |
| | Austin, Texas 78701 |
| | T: 512.499.8900 / F: 512.320.8906 |
| | |
| | *ATTORNEYS FOR PLAINTIFF,* |
| | *SHARON DICKINSON* |