UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br>SECTION "N"(5) <br>JUDGE ENGELHARDT <br>MAG. JUDGE NORTH |
| SHARON DICKINSON<br>    Plaintiff | : : : | COMPLAINT & JURY DEMAND |
| vs. | : : | Civil Action No: 2:17-cv-14261 |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.<br>    Defendants | : : : : : : | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Wendy Brandley on behalf of her deceased mother, Sharon Dickinson.

1. Sharon Dickinson filed a products liability lawsuit against Defendants on December 4, 2017.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Sharon Dickinson died on December 18, 2018.

3. Sharon Dickinson's products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 25, 2022.

5.     Wendy Bradley, surviving daughter of Sharon Dickinson, is a proper party to substitute for plaintiff-decedent Sharon Dickinson and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Wendy Bradley requests that this Court grant her request for substitution as plaintiff in this action.

DATED: JULY 25, 2022

SHAW COWART, L.L.P.

*/s/ Ethan L. Shaw*
ETHAN L. SHAW
Texas Bar No. 18140480
elshaw@shawcowart.com
JOHN P. COWART
Texas Bar No. 04919500
jcowart@shawcowart.com
1609 Shoal Creek Blvd., Suite 301
Austin, Texas 78701
T: 512.499.8900 / F: 512.320.8906

*ATTORNEYS FOR PLAINTIFF,*
*SHARON DICKINSON*