# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| SHARON DICKINSON<br>    Plaintiff<br><br>vs.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.<br>    Defendants | : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No: 2:17-cv-14261 |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Wendy Bradley's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1.  Motion is GRANTED

2.  Wendy Bradley, as surviving heir and daughter of Sharon Dickinson, is substituted as Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2022.

_____
HONORABLE _____
United States District Court Judge

cc:   All counsel of record