UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| **This document relates to:** ) | | |
| Sharon Dickinson, 17-14261 ) | | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 14448);

**IT IS ORDERED** that the Motion is **GRANTED** and that Wendy Brandley, on behalf of Sharon Dickinson, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 26th day of July, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE