UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     )     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION   )
                                )     SECTION: "H" (5)
                                )
This document relates to:       )
Cases listed on Exhibit A, attached   )

## ORDER

Before the Court are Defendants' Motions for Summary Judgment Pursuant to *Mixon* Order and Reasons (Docs. 13580, 13581, 13582, 13583, 13584, & 13585);

**IT IS ORDERED** that these Motions (Docs. 13580, 13581, 13582, 13583, 13584, & 13585) are **DENIED** without prejudice, subject to being re-urged in the respective district courts upon remand.

New Orleans, Louisiana, this 26th day of July, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

1.  Adele Aldridge, Case No. 2:17-cv-17973

2.  Veronica Carr, Case No. 2:19-cv-13740

3.  June E. Cooper, Case No. 2:19-cv-12776

4.  Ernestine Dials, Case No. 2:19-cv-13769

5.  Sandra Giffen, Case No. 2:18-cv-08764

6.  Tehisha Hawkins, Case No. 2:19-cv-14326

7.  Carolyn W. Jackson, Case No. 2:20-cv-00296

8.  Mary J. Jones, Case No. 2:19-cv-12414

9.  Yvonne Lofton-Jackson, Case No. 2:18-cv-12263

10. Paula Siemen, Case No. 2:19-cv-13623

11. Jenny Currington, Case No. 2:18-cv-06633

12. Paulette Highland, Case No. 2:17-cv-16564

13. Marsha Hocker, Case No. 2:17-cv-15864

14. Annette Krusinsky, Case No. 2:17-cv-15954

15. Renae Martinic, Case No. 2:17-cv-15966

16. Julie Clem, Case No. 2:18-cv-13853

17. Robin Milligan , Case No. 2:18-cv-11977

18. Linda Nelson, Case No. 2:18-cv-8400

19. Zosie Iacopetti, Case No. 2:17-cv-13486

20. Linda B. Dobson, Case No. 2:17-cv-06844

21. Veronica Mech , Case No. 2:18-cv-11515

22. Denise Ericks, o/b/o Stefanie Mauk, Case No. 2:17-cv-13431

23. Desiree Griffin, Case No. 2:17-cv-10465

24. Deborah Farrow, Case No. 2:17-cv-10035

25. Michelle Streeter, Case No. 2:17-cv-114