# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Elizabeth Kahn, 16-17039 ) | |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument on **September 14, 2022**, at **11:00 a.m.** on Plaintiff's Motion for Relief from Judgment Pursuant to Rule 60(b) (Doc. 14217).

New Orleans, Louisiana, this 26th day of July, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**