# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | ) | |

## CASE MANAGEMENT ORDER NO. 35

In light of the recent influx of motions to dismiss for which service of process has not been delivered, and for untimely service of process, **IT IS ORDERED** that all Plaintiffs have until **August 31, 2022,** to effect service of process on all Defendants named in Plaintiffs' respective Short Form Complaints.

**IT IS FURTHER ORDERED** that it is Plaintiffs' responsibility to ensure that service is effected on or before August 31, 2022, after which Plaintiffs' claims against non-served Defendants will be subject to dismissal with prejudice in accordance with Federal Rule of Civil Procedure 4(m).

Plaintiffs still needing to effect service should consult the following streamlined service of process orders issued by this Court:

- Pretrial Order No. 9 (Rec. Doc. 160) – Streamlined Service on Sanofi-Aventis U.S. LLC.
- Pretrial Order No. 30 (Rec. Doc. 304) – Streamlined Service on Sandoz, Inc.
- Pretrial Order No. 29A (Rec. Doc. 13877) – Streamlined Service on Accord Healthcare, Inc.
- Pretrial Order No. 32A (Rec. Doc. 710) – Streamlined Service on Actavis LLC f/k/a/ Actavis Inc. and Actavis Pharma, Inc.
- Pretrial Order No. 33 (Rec. Doc. 308) – Streamlined Service on McKesson Corporation
- Pretrial Order No. 39A (Rec. Doc. 711) − Streamlined Service on Sun Pharmaceutical Industries, Inc.

1

- Pretrial Order No. 40A (Rec. Doc. 509) – Streamlined Service on Hospira, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Pfizer, Inc.
- Pretrial Order No. 83 (Rec. Doc. 4263) − Streamlined Service on Sagent Pharmaceuticals, Inc.

Plaintiffs may contact Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios, with any questions related to the streamlined service orders.

New Orleans, Louisiana, this 26th day of July, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**