**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION "H" 5 |
| | ) | |
| | ) | HON. JUDGE MILAZZO |
| | ) | |
| | ) | MAG. JUDGE MICHAEL NORTH |

## MOTION TO WITHDRAW

Alyson M. Petrick respectfully requests leave to withdraw as counsel of record all clients listed in Exhibit A. John J. Carey, Jeffrey J. Lowe, and Andrew J. Cross of the law firm of Carey Danis & Lowe will continue to represent all Plaintiffs listed in Exhibit A. As such, Plaintiffs will not be prejudiced by this withdrawal nor will it unduly delay these proceedings.

Accordingly, Alyson M. Petrick respectfully requests that this Court enter an Order allowing her to withdraw as counsel of record for all Plaintiffs listed in Exhibit A.

Dated:  July 27, 2022

Respectfully submitted,

**CAREY DANIS & LOWE**

/s/ *Alyson M. Petrick*
John J. Carey
Jeffrey J. Lowe
Andrew J. Cross
Sarah Shoemake Doles
Alyson M. Petrick
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905
jcarey@careydanis.com
jlowe@careydanis.com
across@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of July 2022, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CM/ECF system on all counsel of record.

<u>/s/ *Alyson M. Petrick*</u>