# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" 5<br><br>HON. JUDGE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

The Court, having considered the motion to withdraw as counsel for all Plaintiffs listed in Exhibit A, IT IS HEREBY ORDERED that Sarah Shoemake Doles is withdrawn as counsel of record and shall be relieved of any and all further responsibility in connection with this action.

Signed this _____ day of _____, 2022.

_____
Hon. Jane Triche Milazzo
United States District Judge