# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case no. 2:16-md-02740<br>MDL No. 2740 |

**THIS DOCUMENT RELATES TO:**

*Carleen Killeen v. Sanofi, S.A. et al.*

**Case No.** 2:17-cv-04854

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Valeria F Benitez, of the firm Moll Law Group, hereby enters her appearance in the above-captioned matter as counsel for plaintiff, Carleen Killeen, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: July 28, 2022

          Respectfully submitted,

          By: /s/ *Valeria F Benitez*
          Valeria F Benitez
          MOLL LAW GROUP
          22 W Washington Street, 15th Floor
          Chicago, IL 60602
          T: (312) 462-1700 F: (312) 756-0045
          vbenitez@molllawgroup.com
          info@molllawgroup.com
          **COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Valeria F Benitez*