IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case no. 2:19-md-02740 MDL No. 2740 |
| THIS DOCUMENT RELATES TO: *Patricia Lyons v. Sanofi, S.A. et al.* **Case No.** 2:16-cv-16890 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Valeria F Benitez, of the firm Moll Law Group, hereby enters her appearance in the above-captioned matter as counsel for plaintiff, Patricia Lyons, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: July 28, 2022

    Respectfully submitted,

    By: /s/ *Valeria F Benitez*
    Valeria F Benitez
    MOLL LAW GROUP
    22 W Washington Street, 15th Floor
    Chicago, IL 60602
    T: (312) 462-1700 F: (312) 756-0045
    vbenitez@molllawgroup.com
    info@molllawgroup.com
    **COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Valeria F Benitez*