**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) | **MDL DOCKET NO. 2740** |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | HON. JANE TRICHE MILAZZO |

*All cases where Sanofi-Aventis U.S. LLC is named as a defendant*

**NOTICE OF APPEARANCE**

Please enter the appearance of Chris Gramling of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: August 2, 2022

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Chris Gramling*
Chris Gramling
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547
Email: cgramling@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Chris Gramling*
First Name, Last Name

*Attorney for Defendant Sanofi-Aventis U.S. LLC*