NITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL DOCKET NO. 2740 |
|  | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* |  |

## NOTICE OF APPEARANCE

Please enter the appearance of Jane Bartley of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: August 2, 2022

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Jane Bartley*
Jane Bartley
SHOOK, HARDY& BACON L.L.P.
255F5 Grand Boulevard
Kansas City, Missouri 64108
Phone: (816) 474-6550
Facsimile:  (816) 421-5547
Email: jbartley@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jane Bartley*
First Name, Last Name

*Attorney for Defendant Sanofi-Aventis U.S. LLC*