UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Cases listed on Exhibit B | : : : : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH<br><br>**ORDER ON DEADLINES FOR SEPTEMBER 13, 2022 HEARING ON CMO 12A PRODUCT IDENTIFICATION DEFICIENCIES** |

The Court has set a show cause hearing for September 13, 2022 at 9 a.m. pursuant to PTO 22A to address both Product ID and Plaintiff Fact Sheet deficiencies. *See* PTO 126, Rec. Doc. 14444, attached as **Exhibit A**.[1] In accordance with Case Management Order No. 12A (entered July 24, 2018 amending the initial CMO 12 governing Product Identification entered on Jan. 12, 2018), Plaintiffs are required to "make a diligent, good faith, and documented effort" to determine Product ID information (¶ 2). Evidence presumed to be sufficient to establish Product ID is set forth at paragraph 6 of CMO 12A, and Plaintiffs are to upload the Product ID information to MDL Centrality (¶ 7). Any Plaintiff who fails to comply is subject to dismissal pursuant to PTO 22A (¶ 11). For any Plaintiff lacking Product ID information following compliance with Paragraphs 1-5 of CMO 12A, discovery limited in scope to determine Product ID information is then authorized

---

[1] Although this Order addresses issues related to the show cause hearing on Product ID, the Court also set a show cause hearing on Plaintiff Fact Sheet Deficiencies on the same date, September 13, 2022. *See* Exhibit A. On July 22, 2022, Defendants served upon Plaintiffs a Notice of Non-Compliance identifying cases with PFS deficiencies under PTO 22A. The process and deadlines set forth in PTO 22A for responding to these deficiencies apply to these cases.

for a period of 120 days (¶ 12).  If Product ID is not determined, any Plaintiff continuing to lack Product ID may then "be brought to the attention of the Court for appropriate adjudication" (¶ 12).

On July 22, 2022, Defendants served upon Plaintiffs a Notice of Non-Compliance identifying cases with CMO 12A Product ID deficiencies, including Rollovers from the April 28, May 2, and July 12, 2022 show cause hearings.  *See* **Exhibit B**, attached.  Consistent with this Court's previous orders, each Plaintiff identified on **Exhibit B** is **ORDERED** to comply with CMO-12A by obtaining Product ID information consistent with CMO 12A, uploading such results to MDL Centrality, and dismissing all Defendants for whom she does not have Product ID.

Any Plaintiff listed on **Exhibit B** who does not plan to show cause or appear to object must notify Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios at taxotere@bkc-law.com, by August 19, 2022.  Any Plaintiff who plans to object and be heard on September 13, 2022 must provide their objection and the basis for the same (including any documentation supporting the same) to Plaintiffs' Co-Liaison Counsel by August 19, 2022.  Plaintiffs' Co-Liaison Counsel shall provide lists as to both categories of cases, including the stated objections and documentation, to Defendants on a rolling basis, but no later than August 23, 2022.  Defendants will serve their 14-day list on August 30, 2022 in accordance with PTO 22A.

Documentation of unsuccessful efforts to obtain Product ID does not satisfy Plaintiff's obligations under this Order or CMO 12A, nor exempt a Plaintiff from dismissal for failure to establish Product ID.

On or before September 9, 2022, Defendants will provide final hearing lists to the Court identifying those Plaintiffs objecting and the substance of their objections, as well as those Plaintiffs who do not plan to appear and object.  The hearing list will also include any unresolved PFS deficiencies identified in Sanofi's July 22, 2022 Notice of Non-Compliance.

New Orleans, Louisiana, on this 2nd day of August, 2022.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: "H" (5) |
| ) | | |
| This document relates to all cases ) | | |

## PRETRIAL ORDER NO. 126

**IT IS ORDERED** that the next CMO 12A & PTO 22A show cause hearing is **SET** for **Tuesday, September 13, 2022**, at **9:00 a.m.** in Judge Milazzo's courtroom (C224).

**IT IS FURTHER ORDERED** that the next general status conference is **SET** for **Wednesday, September 14, 2022**, at **10:30 a.m.** in Judge Milazzo's courtroom (C224). The conference will be preceded by a meeting with lead and liaison counsel at **9:00 a.m.**

The call-in information for these events will be disseminated at a later time.

New Orleans, Louisiana, this 22nd day of July, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**EXHIBIT B**

**CMO-12A Notice of Non-Compliance**

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 1 | Brown | Cynthia | 05/02/2017 | 2053 | Allan Berger & Associates, PLC | 2:17-cv-04504 | Lack of CMO-12A Product Identification |
| 2 | Elphage | Cora | 06/13/2017 | 3164 | Allan Berger & Associates, PLC | 2:17-cv-05762 | Lack of CMO-12A Product Identification |
| 3 | Smith | Willie M. | 10/04/2017 | 3398 | Allan Berger & Associates, PLC | 2:17-cv-10116 | Lack of CMO-12A Product Identification |
| 4 | Fortsch | Karen | 12/10/2018 | 13171 | Allen & Nolte, PLLC | 2:18-cv-12989 | Lack of CMO-12A Product Identification |
| 5 | Givens | Annie | 12/07/2018 | 12036 | Allen & Nolte, PLLC | 2:18-cv-12808 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 6 | Harbin | Michelle | 12/04/2018 | 13309 | Allen & Nolte, PLLC | 2:18-cv-12355 | Lack of CMO-12A Product Identification |
| 7 | Leonard | Chantee | 12/09/2020 | 15515 | Allen & Nolte, PLLC | 2:20-cv-03344 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 8 | Hubbard | Alice | 12/06/2018 | 9736 | Atkins & Markoff | 2:18-cv-12549 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 9 | Hughes | Alice | 06/26/2018 | 9799 | Atkins & Markoff | 2:18-cv-06273 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 10 | Johnson | Antoinette | 12/06/2018 | 9740 | Atkins & Markoff | 2:18-cv-12644 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 11 | Jones | Dana L. | 12/04/2017 | 8318 | Atkins & Markoff | 2:17-cv-14391 | Rollover from 4/28/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 12 | Krehl | Patti | 12/04/2017 | 8410 | Atkins & Markoff | 2:17-cv-14419 | Lack of CMO-12A Product Identification |
| 13 | Patterson | Lakeesha | 12/06/2018 | 14305 | Atkins & Markoff | 2:18-cv-12581 | Lack of CMO-12A Product Identification |
| 14 | Whittaker | Kim | 01/18/2018 | 7199 | Atkins & Markoff | 2:17-cv-15171 | Lack of CMO-12A Product Identification |
| 15 | Adams | Glorous | 03/15/2019 | 12931 | Bachus & Schanker, LLC | 2:19-cv-02385 | Lack of CMO-12A Product Identification |
| 16 | Allen | Dalphine | 02/12/2018 | 7570 | Bachus & Schanker, LLC | 2:18-cv-01431 | Lack of CMO-12A Product Identification |
| 17 | Anthony-Wood | Olivia | 11/02/2017 | 5819 | Bachus & Schanker, LLC | 2:17-cv-11741 | Sandoz PID - Dismiss remaining Defendants |
| 18 | Auria | Karen | 08/27/2019 | 13729 | Bachus & Schanker, LLC | 2:19-cv-12319 | Lack of CMO-12A Product Identification |
| 19 | Bateson | Bonni | 03/21/2019 | 13570 | Bachus & Schanker, LLC | 2:19-cv-02675 | Lack of CMO-12A Product Identification |
| 20 | Bellmore | Annette | 10/03/2017 | 3994 | Bachus & Schanker, LLC | 2:17-cv-10105 | Lack of CMO-12A Product Identification |
| 21 | Bibbs | Elizabeth | 10/24/2019 | 14084 | Bachus & Schanker, LLC | 2:19-cv-13254 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 22 | Brooks | Katie | 12/11/2018 | 11659 | Bachus & Schanker, LLC | 2:18-cv-13355 | Lack of CMO-12A Product Identification |
| 23 | Bryant | Mildred | 09/04/2019 | 13743 | Bachus & Schanker, LLC | 2:19-cv-12440 | Lack of CMO-12A Product Identification |
| 24 | Burns | Carrie | 08/01/2019 | 13877 | Bachus & Schanker, LLC | 2:19-cv-11973 | Lack of CMO-12A Product Identification |
| 25 | Burton-Crawford | Cynthia | 12/11/2017 | 6100 | Bachus & Schanker, LLC | 2:17-cv-16948 | Lack of CMO-12A Product Identification |
| 26 | Campbell | Maria | 11/29/2018 | 11695 | Bachus & Schanker, LLC | 2:18-cv-11848 | Lack of CMO-12A Product Identification |
| 27 | Castille | Genevieve | 08/20/2019 | 13480 | Bachus & Schanker, LLC | 2:19-cv-12234 | Lack of CMO-12A Product Identification |
| 28 | Chesney | Christine | 07/25/2019 | 13602 | Bachus & Schanker, LLC | 2:19-cv-11867 | Lack of CMO-12A Product Identification |
| 29 | Conn | Linda | 03/15/2019 | 12939 | Bachus & Schanker, LLC | 2:19-cv-02399 | Lack of CMO-12A Product Identification |
| 30 | Conner | Lynn | 03/21/2019 | 12940 | Bachus & Schanker, LLC | 2:19-cv-02695 | Lack of CMO-12A Product Identification |
| 31 | Crawford | Gwendolyn | 12/12/2016 | | Bachus & Schanker, LLC | 2:16-cv-17151 | Rollover from 5/2/22 CMO-12A Show Cause Hearing |
| 32 | Detrixhe | Karen | 10/14/2016 | 2073 | Bachus & Schanker, LLC | 2:16-cv-15313 | Lack of CMO-12A Product Identification |
| 33 | Douglas | Shirley | 09/04/2019 | 13751 | Bachus & Schanker, LLC | 2:19-cv-12445 | Lack of CMO-12A Product Identification |
| 34 | Dowd | Gloria | 02/12/2018 | 7579 | Bachus & Schanker, LLC | 2:18-cv-01445 | Lack of CMO-12A Product Identification |
| 35 | Duy | Roberta | 12/09/2017 | 4487 | Bachus & Schanker, LLC | 2:17-cv-16425 | Lack of CMO-12A Product Identification |
| 36 | Fitzgerald | Denise | 03/19/2019 | 12944 | Bachus & Schanker, LLC | 2:19-cv-02490 | Lack of CMO-12A Product Identification |
| 37 | Garcia | Esperanza | 03/18/2019 | 12945 | Bachus & Schanker, LLC | 2:19-cv-02416 | Lack of CMO-12A Product Identification |
| 38 | Giedt | Doris | 03/18/2019 | 12946 | Bachus & Schanker, LLC | 2:19-cv-02419 | Lack of CMO-12A Product Identification |
| 39 | Goldsboro | Patricia | 12/05/2018 | 11750 | Bachus & Schanker, LLC | 2:18-cv-12441 | Lack of CMO-12A Product Identification |
| 40 | Goode | Maureen | 02/04/2020 | 14787 | Bachus & Schanker, LLC | 2:20-cv-00388 | Lack of CMO-12A Product Identification |
| 41 | Gray | Margarita | 12/09/2017 | 6048 | Bachus & Schanker, LLC | 2:17-cv-16247 | Lack of CMO-12A Product Identification |
| 42 | Griffin | Angela | 11/05/2017 | 5922 | Bachus & Schanker, LLC | 2:17-cv-11806 | Lack of CMO-12A Product Identification |
| 43 | Grimes | Christine | 08/27/2019 | 13863 | Bachus & Schanker, LLC | 2:19-cv-12312 | Lack of CMO-12A Product Identification |
| 44 | Guthrie | Gisele | 12/22/2017 | 9067 | Bachus & Schanker, LLC | 2:17-cv-17709 | Lack of CMO-12A Product Identification |
| 45 | Hall | Peggy | 06/10/2019 | 13520 | Bachus & Schanker, LLC | 2:19-cv-11104 | Lack of CMO-12A Product Identification |
| 46 | Hohenberg | Johnna | 12/05/2018 | 11777 | Bachus & Schanker, LLC | 2:18-cv-12467 | Rollover from 5/2/22 and 7/12/22 CMO-12A Show Cause Hearings |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 47 | Houser | Julie | 08/28/2019 | 13908 | Bachus & Schanker, LLC | 2:19-cv-12335 | Lack of CMO-12A Product Identification |
| 48 | Jefferson | Charlotte | 01/27/2017 | | Bachus & Schanker, LLC | 2:17-cv-00756 | Rollover from 5/2/22 CMO-12A Show Cause Hearing |
| 49 | Jones | Monica | 11/20/2019 | 14179 | Bachus & Schanker, LLC | 2:19-cv-13741 | Lack of CMO-12A Product Identification |
| 50 | Kelley | Regina | 03/19/2019 | 12951 | Bachus & Schanker, LLC | 2:19-cv-02492 | Lack of CMO-12A Product Identification |
| 51 | Kennedy | Julie | 09/03/2019 | 13872 | Bachus & Schanker, LLC | 2:19-cv-12411 | Lack of CMO-12A Product Identification |
| 52 | Koziol | Renee | 09/05/2019 | 13755 | Bachus & Schanker, LLC | 2:19-cv-12453 | Lack of CMO-12A Product Identification |
| 53 | Lawrence | Dorothy | 11/12/2017 | 5950 | Bachus & Schanker, LLC | 2:17-cv-12246 | Rollover from 5/2/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 54 | Leier | Penelope | 12/08/2019 | 14271 | Bachus & Schanker, LLC | 2:19-cv-14262 | Lack of CMO-12A Product Identification |
| 55 | Major | Bridgette | 08/27/2019 | 13803 | Bachus & Schanker, LLC | 2:19-cv-12303 | Lack of CMO-12A Product Identification |
| 56 | Mann | Catherine | 10/08/2019 | 14097 | Bachus & Schanker, LLC | 2:19-cv-13047 | Lack of CMO-12A Product Identification |
| 57 | Marks | Donna | 04/30/2019 | 13837 | Bachus & Schanker, LLC | 2:19-cv-09920 | Lack of CMO-12A Product Identification |
| 58 | May | Sonndra | 09/20/2019 | 13844 | Bachus & Schanker, LLC | 2:19-cv-12708 | Lack of CMO-12A Product Identification |
| 59 | McCall | Doris | 11/01/2019 | 14180 | Bachus & Schanker, LLC | 2:19-cv-13386 | Lack of CMO-12A Product Identification |
| 60 | McCallon | Mary | 10/07/2019 | 14155 | Bachus & Schanker, LLC | 2:19-cv-12999 | Lack of CMO-12A Product Identification |
| 61 | Mcclellan | Derhonda | 12/05/2018 | 11839 | Bachus & Schanker, LLC | 2:18-cv-12515 | Rollover from 5/2/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 62 | McNeil | Carolyn | 06/05/2019 | 14170 | Bachus & Schanker, LLC | 2:19-cv-10898 | Lack of CMO-12A Product Identification |
| 63 | Miles | Marilyn | 03/26/2019 | 13435 | Bachus & Schanker, LLC | 2:19-cv-03429 | Lack of CMO-12A Product Identification |
| 64 | Miller | Astrida | 12/09/2017 | 3016 | Bachus & Schanker, LLC | 2:17-cv-16393 | Lack of CMO-12A Product Identification |
| 65 | Miller | Marylou | 09/25/2019 | 13873 | Bachus & Schanker, LLC | 2:19-cv-12815 | Lack of CMO-12A Product Identification |
| 66 | Morris | Debbie | 08/29/2019 | 13859 | Bachus & Schanker, LLC | 2:19-cv-12373 | Lack of CMO-12A Product Identification |
| 67 | Nelson | Gerri | 08/28/2019 | 14009 | Bachus & Schanker, LLC | 2:19-cv-12339 | Lack of CMO-12A Product Identification |
| 68 | Noel | Cynthia | 07/30/2019 | 13662 | Bachus & Schanker, LLC | 2:19-cv-11924 | Lack of CMO-12A Product Identification |
| 69 | O'Brien | Megan | 09/11/2019 | 13897 | Bachus & Schanker, LLC | 2:19-cv-12551 | Lack of CMO-12A Product Identification |
| 70 | Omofoma | Nkechi | 12/06/2018 | 11854 | Bachus & Schanker, LLC | 2:18-cv-12602 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 71 | Orazio | Maureen | 10/25/2019 | 14288 | Bachus & Schanker, LLC | 2:19-cv-13273 | Lack of CMO-12A Product Identification |
| 72 | Owten | Yolanda | 03/22/2019 | 13594 | Bachus & Schanker, LLC | 2:19-cv-02763 | Lack of CMO-12A Product Identification |
| 73 | Patrick | Deborah | 12/04/2018 | 12968 | Bachus & Schanker, LLC | 2:18-cv-12284 | Lack of CMO-12A Product Identification |
| 74 | Payne | Jamie | 11/29/2018 | 11858 | Bachus & Schanker, LLC | 2:18-cv-11877 | Lack of CMO-12A Product Identification |
| 75 | Peebles | Joyce | 09/11/2019 | 13898 | Bachus & Schanker, LLC | 2:19-cv-12532 | Lack of CMO-12A Product Identification |
| 76 | Perkins | Pamela | 03/21/2019 | 13562 | Bachus & Schanker, LLC | 2:19-cv-02707 | Lack of CMO-12A Product Identification |
| 77 | Phillips | Gail | 04/30/2019 | 13704 | Bachus & Schanker, LLC | 2:19-cv-09921 | Lack of CMO-12A Product Identification |
| 78 | Pickett | Debra | 06/10/2019 | 13436 | Bachus & Schanker, LLC | 2:19-cv-11105 | Lack of CMO-12A Product Identification |
| 79 | Ragland | Patsy | 09/11/2019 | 13910 | Bachus & Schanker, LLC | 2:19-cv-12540 | Lack of CMO-12A Product Identification |
| 80 | Reyes | Anna Marie | 11/07/2019 | 14769 | Bachus & Schanker, LLC | 2:19-cv-13495 | Lack of CMO-12A Product Identification |
| 81 | Rhodes | Elizabeth | 03/19/2018 | 7833 | Bachus & Schanker, LLC | 2:18-cv-02942 | Lack of CMO-12A Product Identification |
| 82 | Rivera | Maria | 08/27/2019 | 13786 | Bachus & Schanker, LLC | 2:19-cv-12306 | Lack of CMO-12A Product Identification |
| 83 | Robinson | Denise | 09/11/2019 | 13914 | Bachus & Schanker, LLC | 2:19-cv-12550 | Lack of CMO-12A Product Identification |
| 84 | Robinson | Eleanora | 08/29/2019 | 13915 | Bachus & Schanker, LLC | 2:19-cv-12358 | Lack of CMO-12A Product Identification |
| 85 | Smith | Lynda | 09/06/2019 | 13919 | Bachus & Schanker, LLC | 2:19-cv-12480 | Lack of CMO-12A Product Identification |
| 86 | Smith | Marian | 03/25/2019 | 12916 | Bachus & Schanker, LLC | 2:19-cv-03290 | Lack of CMO-12A Product Identification |
| 87 | Smith | Tammy | 09/11/2019 | 13920 | Bachus & Schanker, LLC | 2:19-cv-12535 | Lack of CMO-12A Product Identification |
| 88 | Snerling | Judy | 08/29/2019 | 14126 | Bachus & Schanker, LLC | 2:19-cv-12366 | Lack of CMO-12A Product Identification |
| 89 | Stout | Darlene | 09/05/2019 | 14292 | Bachus & Schanker, LLC | 2:19-cv-12456 | Lack of CMO-12A Product Identification |
| 90 | Thomas | Michelle | 08/06/2019 | 13714 | Bachus & Schanker, LLC | 2:19-cv-12034 | Lack of CMO-12A Product Identification |
| 91 | Thomas | Patricia | 09/05/2019 | 13864 | Bachus & Schanker, LLC | 2:19-cv-12455 | Lack of CMO-12A Product Identification |
| 92 | Thomas | Regina | 03/11/2019 | 13564 | Bachus & Schanker, LLC | 2:19-cv-02240 | Lack of CMO-12A Product Identification |
| 93 | Thornton | Diane | 01/27/2017 | 2118 | Bachus & Schanker, LLC | 2:17-cv-00734 | Lack of CMO-12A Product Identification |
| 94 | Thrower | Lillie | 09/09/2019 | 13926 | Bachus & Schanker, LLC | 2:19-cv-12500 | Lack of CMO-12A Product Identification |
| 95 | Todd | Jackie | 08/28/2019 | 13927 | Bachus & Schanker, LLC | 2:19-cv-12334 | Lack of CMO-12A Product Identification |
| 96 | Waiters | India | 12/3/20198 | 15098 | Bachus & Schanker, LLC | 2:19-cv-13984 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 97 | Waldroup | Nancy | 11/05/2017 | 5929 | Bachus & Schanker, LLC | 2:17-cv-11812 | Lack of CMO-12A Product Identification |
| 98 | Wells | Regina | 09/06/2019 | 14145 | Bachus & Schanker, LLC | 2:19-cv-12478 | Lack of CMO-12A Product Identification |
| 99 | West | Robin | 12/05/2019 | 14268 | Bachus & Schanker, LLC | 2:19-cv-14084 | Lack of CMO-12A Product Identification |
| 100 | Alton | Denise | 12/20/2018 | 12632 | Baron & Budd | 2:18-cv-14052 | Lack of CMO-12A Product Identification |
| 101 | Feeherty | Sequoia | 04/23/2019 | 13512 | Baron & Budd | 2:19-cv-09670 | Lack of CMO-12A Product Identification |
| 102 | Tutt | Shanda | 02/25/2019 | 13251 | Baron & Budd | 2:19-cv-01715 | Lack of CMO-12A Product Identification |
| 103 | Wallace | Vicky | 07/01/2019 | 14189 | Baron & Budd | 2:19-cv-11456 | Lack of CMO-12A Product Identification |
| 104 | Horne | Antoinette | 04/30/2018 | 9522 | Brent Coon & Associates | 2:18-cv-04434 | Lack of CMO-12A Product Identification |
| 105 | Wilson | Queen | 04/30/2018 | 9332 | Brent Coon & Associates | 2:18-cv-04461 | Lack of CMO-12A Product Identification |
| 106 | Hager | Bobbi Jo | 12/04/2017 | 4667 | Brown & Crouppen, P.C. | 2:17-cv-14397 | Lack of CMO-12A Product Identification |
| 107 | Hughes | Marie | 03/01/2019 | 13243 | Brown & Crouppen, P.C. | 2:19-cv-01903 | Lack of CMO-12A Product Identification |
| 108 | Kyle | Eloise | 12/04/2017 | 4797 | Brown & Crouppen, P.C. | 2:17-cv-14446 | Lack of CMO-12A Product Identification |
| 109 | Tallent | Wanda | 12/05/2017 | 5792 | Brown & Crouppen, P.C. | 2:17-cv-14661 | Lack of CMO-12A Product Identification |
| 110 | Bordus | Leslie | 11/20/2019 | 13258 | Canepa Riedy Abele | 2:19-cv-13736 | Lack of CMO-12A Product Identification |
| 111 | Colar | Gennisa | 12/11/2019 | 12455 | Canepa Riedy Abele | 2:19-cv-14569 | Lack of CMO-12A Product Identification |
| 112 | Jones | Wanda | 11/21/2019 | 14300 | Canepa Riedy Abele | 2:19-cv-13756 | Lack of CMO-12A Product Identification |
| 113 | Spada | Donna | 09/24/2019 | 14108 | Canepa Riedy Abele | 2:19-cv-12775 | Lack of CMO-12A Product Identification |
| 114 | Davis | Vivian | 12/10/2018 | 12289 | Carey Danis & Lowe | 2:18-cv-13239 | Lack of CMO-12A Product Identification |
| 115 | Harris | Nancy | 12/10/2018 | 12261 | Carey Danis & Lowe | 2:18-cv-13167 | Lack of CMO-12A Product Identification |
| 116 | Barker | Nancy | 12/11/2018 | 13054 | Cutter Law PC | 2:18-cv-13341 | Lack of CMO-12A Product Identification |
| 117 | Byrd | Catherine | 12/10/2018 | 13307 | Cutter Law PC | 2:18-cv-13154 | Lack of CMO-12A Product Identification |
| 118 | Chavis | Derena | 12/10/2018 | 13070 | Cutter Law PC | 2:18-cv-13158 | Lack of CMO-12A Product Identification |
| 119 | Mitchell | Tamara | 11/29/2018 | 12982 | Cutter Law PC | 2:18-cv-11770 | Lack of CMO-12A Product Identification |
| 120 | Murphy | Natasha | 12/03/2019 | 15052 | Cutter Law PC | 2:19-cv-14003 | Lack of CMO-12A Product Identification |
| 121 | Scott | Beverly | 11/29/2018 | 13068 | Cutter Law PC | 2:18-cv-11774 | Lack of CMO-12A Product Identification |
| 122 | Volentine | Donna | 10/02/2018 | 11557 | Davis & Crump, PC | 2:18-cv-09118 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 123 | Lee-Nunn | Connie | 12/03/2017 | 8125 | Diamond Law | 2:17-cv-14155 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 124 | Belton | Earnestine | 08/10/2020 | 15411 | Fears \| Nachawati | 2:20-cv-02218 | Lack of CMO-12A Product Identification |
| 125 | Betties | Geneva | 12/14/2018 | 12751 | Fears \| Nachawati | 2:18-cv-13774 | Lack of CMO-12A Product Identification |
| 126 | Blocker | Carolyn | 01/04/2019 | 12430 | Fears \| Nachawati | 2:19-cv-00077 | Lack of CMO-12A Product Identification |
| 127 | Bokelkamp | Heather | 12/13/2018 | 13201 | Fears \| Nachawati | 2:18-cv-13642 | Lack of CMO-12A Product Identification |
| 128 | Burgess | Vicki | 10/18/2018 | 10740 | Fears \| Nachawati | 2:18-cv-09728 | Lack of CMO-12A Product Identification |
| 129 | Cantrell | Donna | 01/04/2019 | 12650 | Fears \| Nachawati | 2:19-cv-00046 | Lack of CMO-12A Product Identification |
| 130 | Dieudonne | Alice | 12/13/2018 | 12233 | Fears \| Nachawati | 2:18-cv-13667 | Lack of CMO-12A Product Identification |
| 131 | Dilorenzo | Renee | 12/13/2018 | 13130 | Fears \| Nachawati | 2:18-cv-13655 | Lack of CMO-12A Product Identification |
| 132 | English | Donna | 12/13/2018 | 13131 | Fears \| Nachawati | 2:18-cv-13641 | Lack of CMO-12A Product Identification |
| 133 | Ivery | Stephanie | 01/07/2019 | 13470 | Fears \| Nachawati | 2:19-cv-00080 | Lack of CMO-12A Product Identification |
| 134 | Johnson | Robin | 12/11/2019 | 14938 | Fears \| Nachawati | 2:19-cv-14563 | Lack of CMO-12A Product Identification |
| 135 | Knight-Crank | Misty | 01/07/2019 | 13320 | Fears \| Nachawati | 2:19-cv-00093 | Lack of CMO-12A Product Identification |
| 136 | Long | Joyce | 01/04/2019 | 12757 | Fears \| Nachawati | 2:19-cv-00064 | Lack of CMO-12A Product Identification |
| 137 | Loomis | Linda | 09/10/2021 | 15652 | Fears \| Nachawati | 2:21-cv-01677 | Lack of CMO-12A Product Identification |
| 138 | Manderson | Hope | 12/13/2018 | 13045 | Fears \| Nachawati | 2:18-cv-13739 | Lack of CMO-12A Product Identification |
| 139 | Phipps | Margarette | 02/18/2020 | 15312 | Fears \| Nachawati | 2:20-cv-00578 | Lack of CMO-12A Product Identification |
| 140 | Pulliam | Lisa | 01/07/2019 | 12658 | Fears \| Nachawati | 2:19-cv-00090 | Lack of CMO-12A Product Identification |
| 141 | Sanchez | Lisa | 10/05/2018 | 12404 | Fears \| Nachawati | 2:18-cv-09274 | Lack of CMO-12A Product Identification |
| 142 | Snow | Dorris J. | 06/09/2018 | 9878 | Fears \| Nachawati | 2:18-cv-05775 | Lack of CMO-12A Product Identification |
| 143 | Stubbs | Kalita | 12/07/2018 | 12394 | Fears \| Nachawati | 2:18-cv-12800 | Lack of CMO-12A Product Identification |
| 144 | Svehla | Cynthia | 11/05/2018 | 10775 | Fears \| Nachawati | 2:18-cv-10472 | Lack of CMO-12A Product Identification |
| 145 | Brown | Debra | 05/30/2019 | 13980 | Ferrer, Poirot & Wansbrough | 2:19-cv-10821 | Lack of CMO-12A Product Identification |
| 146 | Lockett | Alice | 08/28/2019 | 13951 | Ferrer, Poirot & Wansbrough | 2:19-cv-12342 | Lack of CMO-12A Product Identification |
| 147 | Rangel de Castaneda | Otilia | 06/15/2019 | 13750 | Ferrer, Poirot & Wansbrough | 2:19-cv-11235 | Lack of CMO-12A Product Identification |

5581245.1

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 148 | Tucker | Beulah | 04/29/2019 | 13555 | Ferrer, Poirot & Wansbrough | 2:19-cv-09848 | Lack of CMO-12A Product Identification |
| 149 | Walker | Sharon | 12/05/2018 | 12414 | Ferrer, Poirot & Wansbrough | 2:18-cv-12488 | Lack of CMO-12A Product Identification |
| 150 | Bramlett | Fanny | 03/08/2019 | 12893 | Fox and Farley | 2:19-cv-02211 | Lack of CMO-12A Product Identification |
| 151 | Lamberty | Matilda | 09/05/2019 | 14096 | FrancoLaw, PLLC | 2:19-cv-12454 | Lack of CMO-12A Product Identification |
| 152 | Bobay | Carol | 04/25/2019 | 13138 | Gibbs Law Group LLP | 2:19-cv-09789 | Lack of CMO-12A Product Identification |
| 153 | Brown | Alice F. | 09/26/2017 | 2724 | Gibbs Law Group LLP | 2:17-cv-09640 | Lack of CMO-12A Product Identification |
| 154 | Montague | Collete | 06/20/2017 | 1655 | Gibbs Law Group LLP | 2:17-cv-05979 | Lack of CMO-12A Product Identification |
| 155 | Quenzer | Mary Patricia | 12/08/2017 | 5851 | Gibbs Law Group LLP | 2:17-cv-16112 | Lack of CMO-12A Product Identification |
| 156 | Weber | Shannon | 08/23/2017 | 2257 | Gibbs Law Group LLP | 2:17-cv-08151 | Lack of CMO-12A Product Identification |
| 157 | Welch | Sherri | 01/26/2018 | 7436 | Gibbs Law Group LLP | 2:18-cv-00845 | Lack of CMO-12A Product Identification |
| 158 | Williams | LaSandra | 09/13/2017 | 2675 | Gibbs Law Group LLP | 2:17-cv-08960 | Lack of CMO-12A Product Identification |
| 159 | Hawley | Sonya | 04/10/2017 | 1697 | Gomez Trial Attorneys | 2:17-cv-03122 | Lack of CMO-12A Product Identification |
| 160 | Bolden-Woodruff | Nancy | 12/19/2018 | 12617 | Goza & Honnold, LLC | 2:18-cv-13995 | Lack of CMO-12A Product Identification |
| 161 | Barber | Geraldine | 12/10/2018 | 12478 | Grant & Eisenhofer | 2:18-cv-13003 | Lack of CMO-12A Product Identification |
| 162 | Harges | Benita | 03/26/2020 | 15197 | Johnson Becker | 2:20-cv-01026 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 163 | Miara | Andrea | 11/30/2018 | 12862 | Johnson Becker | 2:18-cv-12112 | Lack of CMO-12A Product Identification |
| 164 | Parkinson | Lori C. | 04/03/2017 | 1067 | Johnson Becker | 2:17-cv-00960 | Lack of CMO-12A Product Identification |
| 165 | Wendler | Sharren E. | 08/17/2018 | 9648 | Johnson Becker | 2:18-cv-07881 | Lack of CMO-12A Product Identification |
| 166 | Gildea-Bryant | Rita | 11/21/2018 | 11957 | Johnson Law Group | 2:18-cv-11329 | Lack of CMO-12A Product Identification |
| 167 | Joseph | Natacha | 12/29/2017 | 7046 | Johnson Law Group | 2:17-cv-17947 | Lack of CMO-12A Product Identification |
| 168 | Kleszcz | Lisa | 11/13/2017 | 7244 | Johnson Law Group | 2:17-cv-12305 | Lack of CMO-12A Product Identification |
| 169 | Mueller | Regina | 11/20/2017 | 7262 | Johnson Law Group | 2:17-cv-12852 | Lack of CMO-12A Product Identification |
| 170 | Nellas | Victoria | 11/13/2017 | 7407 | Johnson Law Group | 2:17-cv-12391 | Lack of CMO-12A Product Identification |
| 171 | Spencer | Tara | 11/21/2018 | 12839 | Johnson Law Group | 2:18-cv-11363 | Lack of CMO-12A Product Identification |
| 172 | Broadway | Robbie | 05/30/2019 | 13409 | Justinian & Associates PLLC | 2:19-cv-10835 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 173 | Welch | Jacqueline (Grace) | 12/13/2017 | 6833 | Kirk Law Firm | 2:17-cv-17238 | Lack of CMO-12A Product Identification |
| 174 | Magalei | Lulette | 07/30/2019 | 13833 | Laborde Law Firm, LLC | 2:19-cv-11920 | Lack of CMO-12A Product Identification |
| 175 | McNair | Bertha | 12/20/2019 | 14005 | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-14694 | Lack of CMO-12A Product Identification |
| 176 | McNeal | Valerie | 03/11/2020 | 14001 | Law Offices of Tony Seaton & Associates, PLLC | 2:20-cv-00851 | Lack of CMO-12A Product Identification |
| 177 | Morris | Kimberly | 03/11/2020 | 13997 | Law Offices of Tony Seaton & Associates, PLLC | 2:20-cv-00852 | Lack of CMO-12A Product Identification |
| 178 | Suttles | Brenda | 12/20/2019 | 14004 | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-14696 | Lack of CMO-12A Product Identification |
| 179 | Ernst | Laurie | 12/14/2017 | 1003 | Lemmon Law Firm | 2:17-cv-17273 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 180 | Adderly | Kattye | 03/18/2019 | 13332 | Lowe Law Group | 2:19-cv-02450 | Lack of CMO-12A Product Identification |
| 181 | Ayala | Mandi | 09/13/2017 | 3385 | Lowe Law Group | 2:17-cv-08970 | Lack of CMO-12A Product Identification |
| 182 | Brooks-Jones | Felecia | 12/14/2016 | 1327 | Lowe Law Group | 2:16-cv-17382 | Lack of CMO-12A Product Identification |
| 183 | Burns | Glenda | 06/25/2019 | 13735 | Lowe Law Group | 2:19-cv-11353 | Lack of CMO-12A Product Identification |
| 184 | Davis | Latonya | 05/01/2017 | 1910 | Lowe Law Group | 2:16-cv-17407 | Lack of CMO-12A Product Identification |
| 185 | Hentz | Kathleen | 05/01/2019 | 13556 | Lowe Law Group | 2:19-cv-10016 | Lack of CMO-12A Product Identification |
| 186 | Igdal | Raisa | 04/01/2019 | 13427 | Lowe Law Group | 2:19-cv-06472 | Lack of CMO-12A Product Identification |
| 187 | Kidd | LeShawn | 12/15/2016 | 1948 | Lowe Law Group | 2:16-cv-17424 | Lack of CMO-12A Product Identification |
| 188 | McEntire | Guynelle | 11/23/2018 | 12117 | Lowe Law Group | 2:18-cv-11429 | Lack of CMO-12A Product Identification |
| 189 | Moore | Consuela | 06/04/2019 | 13680 | Lowe Law Group | 2:19-cv-10882 | Lack of CMO-12A Product Identification |
| 190 | Mortenson | Linda | 06/17/2019 | 13727 | Lowe Law Group | 2:19-cv-11251 | Lack of CMO-12A Product Identification |
| 191 | Putnam | Patricia | 04/19/2019 | 13143 | Lowe Law Group | 2:19-cv-09551 | Lack of CMO-12A Product Identification |
| 192 | Ray | Donna | 04/19/2019 | 13476 | Lowe Law Group | 2:19-cv-09550 | Lack of CMO-12A Product Identification |
| 193 | Stehr | Joyce | 04/01/2019 | 13418 | Lowe Law Group | 2:19-cv-06433 | Lack of CMO-12A Product Identification |
| 194 | Swofford | Karen | 05/01/2019 | 13554 | Lowe Law Group | 2:19-cv-09998 | Lack of CMO-12A Product Identification |
| 195 | Wallace | Cynthia | 09/04/2017 | 3215 | Lowe Law Group | 2:17-cv-08650 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 196 | Weitzel | Linda | 10/12/2017 | 4181 | Lowe Law Group | 2:17-cv-10559 | Lack of CMO-12A Product Identification |
| 197 | Bennett | Arezinia | 06/18/2019 | 13625 | MacArthur, Heder, & Metler | 2:19-cv-11259 | Lack of CMO-12A Product Identification |
| 198 | Castille | Billye | 09/20/2019 | 14173 | Maher Law Firm | 2:19-cv-12704 | Lack of CMO-12A Product Identification |
| 199 | Epps | Janice | 03/04/2019 | 12625 | Maher Law Firm | 2:19-cv-01996 | Lack of CMO-12A Product Identification |
| 200 | Ferrell-Glover | Janet | 12/06/2019 | 14336 | Maher Law Firm | 2:19-cv-14194 | Lack of CMO-12A Product Identification |
| 201 | Castille | Orelia | 03/30/2018 | 8919 | Marc J. Bern & Partners | 2:18-cv-03431 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 202 | Ceraio | Yvonne | 05/31/2019 | 14023 | Marc J. Bern & Partners | 2:19-cv-10846 | Lack of CMO-12A Product Identification |
| 203 | Childs | Carolyn | 03/08/2018 | 8696 | Marc J. Bern & Partners | 2:18-cv-02467 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 204 | Clelland | Deborah | 02/23/2018 | 8610 | Marc J. Bern & Partners | 2:18-cv-01952 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 205 | Deaton | Davida | 08/01/2018 | 10147 | Marc J. Bern & Partners | 2:18-cv-07267 | Lack of CMO-12A Product Identification |
| 206 | Dellos | Carol | 12/06/2018 | 12626 | Marc J. Bern & Partners | 2:18-cv-12681 | Lack of CMO-12A Product Identification |
| 207 | Fox | Vivian | 12/21/2018 | 12902 | Marc J. Bern & Partners | 2:18-cv-14134 | Lack of CMO-12A Product Identification |
| 208 | Hall | Donna | 01/26/2018 | 8171 | Marc J. Bern & Partners | 2:18-cv-00804 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 209 | Hegenbart | Donna | 10/01/2018 | 10915 | Marc J. Bern & Partners | 2:18-cv-09084 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 210 | Jennings | Jennifer | 10/25/2018 | 11376 | Marc J. Bern & Partners | 2:18-cv-10009 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 211 | Jimenez | Romona | 10/09/2018 | 10986 | Marc J. Bern & Partners | 2:18-cv-09378 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 212 | Jones | Joan | 04/30/2018 | 9325 | Marc J. Bern & Partners | 2:18-cv-04465 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 213 | Jones | Valerie | 05/28/2019 | 14119 | Marc J. Bern & Partners | 2:19-cv-10778 | Lack of CMO-12A Product Identification |
| 214 | Kalsky | Theresa | 08/30/2019 | 15207 | Marc J. Bern & Partners | 2:19-cv-12400 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 215 | Minor | Viana | 01/04/2019 | 13165 | Marc J. Bern & Partners | 2:19-cv-00037 | Lack of CMO-12A Product Identification |
| 216 | Nitto | Laura | 12/05/2017 | 7301 | Marc J. Bern & Partners | 2:17-cv-14782 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 217 | Olin | Valerie | 12/28/2018 | 12815 | Marc J. Bern & Partners | 2:18-cv-14300 | Lack of CMO-12A Product Identification |
| 218 | Petty | Elena | 10/02/2019 | 14420 | Marc J. Bern & Partners | 2:19-cv-12920 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 219 | Rathgeber | Cindy | 11/30/2018 | 12904 | Marc J. Bern & Partners | 2:18-cv-11917 | Lack of CMO-12A Product Identification |
| 220 | Resendiz | Nancy | 03/23/2018 | 8823 | Marc J. Bern & Partners | 2:18-cv-03159 | Lack of CMO-12A Product Identification |
| 221 | Rose | Sandra | 03/15/2019 | 13444 | Marc J. Bern & Partners | 2:19-cv-02395 | Lack of CMO-12A Product Identification |
| 222 | Ross | Janet | 03/30/2018 | 9101 | Marc J. Bern & Partners | 2:18-cv-03443 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 223 | Siddoway | Cynthia | 08/01/2019 | 14131 | Marc J. Bern & Partners | 2:19-cv-11983 | Lack of CMO-12A Product Identification |
| 224 | Wheeler | Mary | 03/08/2019 | 13669 | Marc J. Bern & Partners | 2:19-cv-02221 | Lack of CMO-12A Product Identification |
| 225 | White | Shavonne | 11/20/2018 | 12243 | Marc J. Bern & Partners | 2:18-cv-11228 | Lack of CMO-12A Product Identification |
| 226 | Zubee | Eleanor | 01/26/2018 | 8184 | Marc J. Bern & Partners | 2:18-cv-00815 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 227 | Delgado | Martha | 12/23/2019 | 14738 | Martinez & McGuire PLLC | 2:19-cv-14734 | Lack of CMO-12A Product Identification |
| 228 | Brown | Debbie | 10/18/2017 | 4155 | McGartland Law Firm, PLLC | 2:17-cv-10823 | Lack of CMO-12A Product Identification |
| 229 | Nicol | Eleanor | 12/18/2018 | 11158 | McGartland Law Firm, PLLC | 2:18-cv-13935 | Lack of CMO-12A Product Identification |
| 230 | Barber | Charlene | 12/01/2020 | 15392 | McSweeney/Langevin LLC | 2:20-cv-03251 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 231 | Barker Duncan | Karen | 09/11/2019 | 13791 | McSweeney/Langevin LLC | 2:19-cv-12546 | Lack of CMO-12A Product Identification |
| 232 | Brown | Sherol | 03/27/2019 | 13262 | McSweeney/Langevin LLC | 2:19-cv-03766 | Lack of CMO-12A Product Identification |
| 233 | Corun | Akoba | 12/11/2019 | 14231 | McSweeney/Langevin LLC | 2:19-cv-14479 | Lack of CMO-12A Product Identification |
| 234 | Herron | Mary | 07/02/2019 | 13573 | McSweeney/Langevin LLC | 2:19-cv-11459 | Lack of CMO-12A Product Identification |
| 235 | Lane | Gwendolyn | 12/10/2019 | 14230 | McSweeney/Langevin LLC | 2:19-cv-14387 | Lack of CMO-12A Product Identification |
| 236 | McPeters | Mary | 12/11/2017 | 8108 | McSweeney/Langevin LLC | 2:17-cv-16830 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 237 | Myers | Marietta | 12/07/2018 | 11186 | McSweeney/Langevin LLC | 2:18-cv-12712 | Lack of CMO-12A Product Identification |
| 238 | Poticha | Christine | 12/11/2017 | 7180 | McSweeney/Langevin LLC | 2:17-cv-16675 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 239 | Smith (Blocker) | Sharon | 12/10/2019 | 14229 | McSweeney/Langevin LLC | 2:19-cv-14383 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 240 | Spears | Angela | 10/18/2019 | 14100 | McSweeney/Langevin LLC | 2:19-cv-13186 | Lack of CMO-12A Product Identification |
| 241 | Wigfall | Sandra | 11/30/2018 | 11164 | McSweeney/Langevin LLC | 2:18-cv-11997 | Lack of CMO-12A Product Identification |
| 242 | Word | Sarah | 12/04/2019 | 14227 | McSweeney/Langevin LLC | 2:19-cv-14055 | Lack of CMO-12A Product Identification |
| 243 | Yates | Wallaceteen | 12/09/2018 | 12541 | Meyerkord & Meyerkord, LLC | 2:18-cv-12961 | Lack of CMO-12A Product Identification |
| 244 | Gordon | Judith | 11/30/2018 | 12296 | Morgan and Morgan | 2:18-cv-11970 | Lack of CMO-12A Product Identification |
| 245 | Hollifield | Valerie | 11/29/2018 | 12294 | Morgan and Morgan | 2:18-cv-11782 | Lack of CMO-12A Product Identification |
| 246 | Lawton | Adrener | 11/28/2018 | 12200 | Morgan and Morgan | 2:18-cv-11688 | Lack of CMO-12A Product Identification |
| 247 | Rodriguez | Ada | 12/10/2019 | 14893 | Morgan and Morgan | 2:19-cv-14469 | Lack of CMO-12A Product Identification |
| 248 | Thomas | Brenda | 12/04/2018 | 12395 | Morgan and Morgan | 2:18-cv-12348 | Lack of CMO-12A Product Identification |
| 249 | Bantz | Sherrye | 06/19/2017 | 1918 | Morris Bart, LLC | 2:17-cv-05915 | Lack of CMO-12A Product Identification |
| 250 | Broussard | Tammy | 10/08/2016 | 2936 | Morris Bart, LLC | 2:16-cv-15394 | Lack of CMO-12A Product Identification |
| 251 | Alawar | Ferial | 04/26/2019 | 10345 | Napoli Shkolnik PLLC | 2:19-cv-09809 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 252 | Benjamin | Harriet | 07/01/2019 | 8715 | Napoli Shkolnik PLLC | 2:19-cv-11422 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 253 | Bounds | Geneva | 04/26/2019 | 9449 | Napoli Shkolnik PLLC | 2:19-cv-09811 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 254 | Brown | Vanetta (Hersea) | 12/12/2017 | 10379 | Napoli Shkolnik PLLC | 2:19-cv-12139 | Sanofi Product ID - Dismiss remaining defendants |
| 255 | Carter | Mary | 07/05/2019 | 8727 | Napoli Shkolnik PLLC | 2:19-cv-11527 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 256 | Crafton | Maxine | 04/26/2019 | 10511 | Napoli Shkolnik PLLC | 2:19-cv-09818 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 257 | Crockett | Christianna | 08/13/2019 | 10433 | Napoli Shkolnik PLLC | 2:19-cv-12142 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 258 | Crosby | Vivian | 08/13/2019 | 10428 | Napoli Shkolnik PLLC | 2:19-cv-12146 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 259 | DuPree | Phyllis | 05/22/2019 | 10518 | Napoli Shkolnik PLLC | 2:19-cv-10621 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 260 | Graves | Dawn | 06/12/2019 | 8741 | Napoli Shkolnik PLLC | 2:19-cv-11170 | Lack of CMO-12A Product Identification |

5581245.1

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 261 | Leach | Mary | 05/06/2019 | 9100 | Napoli Shkolnik PLLC | 2:19-cv-10094 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 262 | Lester | Racine | 07/05/2019 | 10459 | Napoli Shkolnik PLLC | 2:19-cv-11535 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 263 | Maxwell | Shauntel | 07/08/2019 | 10460 | Napoli Shkolnik PLLC | 2:19-cv-11567 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 264 | Mosley | Evelyn | 06/28/2019 | 10467 | Napoli Shkolnik PLLC | 2:19-cv-11409 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 265 | Papoccia | Mary | 04/30/2019 | 9000 | Napoli Shkolnik PLLC | 2:19-cv-09914 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 266 | Pavkovich | Charlene | 06/28/2019 | 10472 | Napoli Shkolnik PLLC | 2:19-cv-11400 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 267 | Pribbenow | Beverly | 04/30/2019 | 9461 | Napoli Shkolnik PLLC | 2:19-cv-09917 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 268 | Ward | Brenda | 06/27/2019 | 10363 | Napoli Shkolnik PLLC | 2:19-cv-11384 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 269 | Webster | Bonita | 05/07/2019 | 9462 | Napoli Shkolnik PLLC | 2:19-cv-10147 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 270 | White | Jean | 07/01/2019 | 10498 | Napoli Shkolnik PLLC | 2:19-cv-11446 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 271 | Wilder | Debra | 03/18/2019 | 10645 | Napoli Shkolnik PLLC | 2:19-cv-02441 | Treatment predates market entry of 505(b)(2) Defendants - need to dismiss Sandoz |
| 272 | Cruz | Milagrosa | 12/07/2018 | 12466 | Niemeyer, Grebel & Kruse | 2:18-cv-12820 | Lack of CMO-12A Product Identification |
| 273 | D'Alessandro | Kathryn | 12/04/2018 | 12364 | Niemeyer, Grebel & Kruse | 2:18-cv-12294 | Lack of CMO-12A Product Identification |
| 274 | Groh | Mary | 12/10/2018 | 12556 | Niemeyer, Grebel & Kruse | 2:18-cv-12988 | Lack of CMO-12A Product Identification |
| 275 | McCord | Judith | 12/07/2018 | 12461 | Niemeyer, Grebel & Kruse | 2:18-cv-12773 | Lack of CMO-12A Product Identification |
| 276 | Pugsley | Michelle | 07/16/2018 | 10143 | Parker Waichman LLP | 2:18-cv-06716 | Lack of CMO-12A Product Identification |
| 277 | Byers | Cyrethia | 08/01/2017 | 1663 | Pendley, Baudin & Coffin | 2:17-cv-07373 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 278 | Grant | Sharlene | 08/13/2018 | 9663 | Pendley, Baudin & Coffin | 2:18-cv-07658 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 279 | Henderson | Cindra | 02/08/2019 | 12207 | Pendley, Baudin & Coffin | 2:19-cv-01220 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 280 | Moore | Linda M. | 09/21/2017 | 2517 | Pendley, Baudin & Coffin | 2:17-cv-09396 | Lack of CMO-12A Product Identification |
| 281 | Philips | Carol | 11/29/2017 | 3465 | Pendley, Baudin & Coffin | 2:17-cv-13660 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 282 | Richardson | Christa G. | 08/23/2018 | 9862 | Pendley, Baudin & Coffin | 2:18-cv-08081 | Lack of CMO-12A Product Identification |
| 283 | Washington | Deirdra | 07/19/2017 | 1934 | Pendley, Baudin & Coffin | 2:17-cv-06903 | Lack of CMO-12A Product Identification |
| 284 | Williams | Nina | 09/26/2018 | 10114 | Pendley, Baudin & Coffin | 2:18-cv-08950 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 285 | Winston-Allen | Kathryn D. | 10/05/2018 | 10223 | Pendley, Baudin & Coffin | 2:18-cv-09295 | Lack of CMO-12A Product Identification |
| 286 | Jackson | Desiree | 01/31/2019 | 12876 | Peterson & Associates, P.C. | 2:19-cv-00750 | Lack of CMO-12A Product Identification |
| 287 | Blair | Pamela | 12/07/2018 | 12647 | Pulaski Law Firm, PLLC | 2:18-cv-12866 | Lack of CMO-12A Product Identification |
| 288 | Hardy | Lorrilee | 12/10/2018 | 12871 | Pulaski Law Firm, PLLC | 2:18-cv-13275 | Lack of CMO-12A Product Identification |
| 289 | Hargreaves | Ruth | 12/07/2017 | 6971 | Pulaski Law Firm, PLLC | 2:17-cv-15354 | Lack of CMO-12A Product Identification |
| 290 | Keuch | Kimberly | 12/10/2018 | 12693 | Pulaski Law Firm, PLLC | 2:18-cv-13079 | Lack of CMO-12A Product Identification |
| 291 | Morse | Heather | 12/10/2018 | 13148 | Pulaski Law Firm, PLLC | 2:18-cv-13155 | Lack of CMO-12A Product Identification |
| 292 | Buckheit | Vikki | 09/16/2019 | 13802 | Ray Hodge & Associates | 2:19-cv-12625 | Lack of CMO-12A Product Identification |
| 293 | Rosado | Natividad | 09/23/2019 | 13847 | Ray Hodge & Associates | 2:19-cv-12722 | Lack of CMO-12A Product Identification |
| 294 | Awal | Gloria | 10/02/2019 | 14111 | Reyes\|Browne\|Reilley | 2:19-cv-12906 | Lack of CMO-12A Product Identification |
| 295 | Brown | Vilinie | 09/23/2019 | 14043 | Reyes\|Browne\|Reilley | 2:19-cv-12726 | Lack of CMO-12A Product Identification |
| 296 | Cole | Lashonda | 12/09/2020 | 15498 | Reyes\|Browne\|Reilley | 2:20-cv-03353 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 297 | Donahue | Melanie | 09/20/2019 | 14041 | Reyes\|Browne\|Reilley | 2:19-cv-12703 | Lack of CMO-12A Product Identification |
| 298 | Ernest | Joanne | 12/04/2018 | 12175 | Reyes\|Browne\|Reilley | 2:18-cv-12293 | Lack of CMO-12A Product Identification |
| 299 | Fanning | Barbara | 09/23/2019 | 14046 | Reyes\|Browne\|Reilley | 2:19-cv-12741 | Lack of CMO-12A Product Identification |
| 300 | Johnson | Dawn Marie | 12/07/2018 | 12371 | Reyes\|Browne\|Reilley | 2:18-cv-12873 | Lack of CMO-12A Product Identification |
| 301 | Levington | Marcy | 11/23/2018 | 12121 | Reyes\|Browne\|Reilley | 2:18-cv-11437 | Lack of CMO-12A Product Identification |
| 302 | Lewis | Jackquelin | 11/20/2019 | 14266 | Reyes\|Browne\|Reilley | 2:19-cv-13739 | Lack of CMO-12A Product Identification |
| 303 | Marcos-Mendez | Ethel | 12/04/2018 | 12316 | Reyes\|Browne\|Reilley | 2:18-cv-12385 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 304 | Pastore | Alyssa | 12/02/2018 | 12104 | Reyes\|Browne\|Reilley | 2:18-cv-12137 | Lack of CMO-12A Product Identification |
| 305 | Pearce | Theresa | 12/02/2018 | 12142 | Reyes\|Browne\|Reilley | 2:18-cv-12138 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 306 | Rosen | Marcia | 09/20/2019 | 14042 | Reyes\|Browne\|Reilley | 2:19-cv-12698 | Lack of CMO-12A Product Identification |
| 307 | Vincent | Victoria | 12/03/2018 | 12181 | Reyes\|Browne\|Reilley | 2:18-cv-12216 | Lack of CMO-12A Product Identification |
| 308 | White | Felicia | 12/04/2018 | 12220 | Reyes\|Browne\|Reilley | 2:18-cv-12273 | Lack of CMO-12A Product Identification |
| 309 | Bryant | Carla | 02/12/2019 | 12789 | Roberts & Roberts | 2:19-cv-01292 | Lack of CMO-12A Product Identification |
| 310 | Epes | Cynthia | 02/26/2019 | 12734 | Roberts & Roberts | 2:19-cv-01767 | Lack of CMO-12A Product Identification |
| 311 | Ortiz | Irene | 04/18/2019 | 13493 | Rosen Harwood, P.A. | 2:19-cv-09544 | Lack of CMO-12A Product Identification |
| 312 | Sails | Tangela | 02/01/2019 | 12097 | Sanders Phillips Grossman | 2:19-cv-00803 | Lack of CMO-12A Product Identification |
| 313 | Gardner | Carlynn | 10/29/2019 | 14323 | Saunders & Walker PA | 2:19-cv-13329 | Lack of CMO-12A Product Identification |
| 314 | Atwell | Patricia | 01/20/2020 | 14402 | SCOTT VICKNAIR LLC | 2:20-cv-00219 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 315 | Giglio | Janice | 11/06/2017 | 7924 | SCOTT VICKNAIR LLC | 2:17-cv-11901 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 316 | Ledesma | Delma | 01/20/2020 | 14400 | SCOTT VICKNAIR LLC | 2:20-cv-00215 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 317 | Armstrong | Keyondra | 12/02/2017 | 5979 | Shaw Cowart, LLP | 2:17-cv-14147 | Lack of CMO-12A Product Identification |
| 318 | Hersh | Ida | 12/03/2017 | 6434 | Shaw Cowart, LLP | 2:17-cv-14167 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 319 | Kuhns | Sally | 12/05/2017 | 6659 | Shaw Cowart, LLP | 2:17-cv-14755 | Lack of CMO-12A Product Identification |
| 320 | Tapp | Laura | 12/07/2017 | 7986 | Shaw Cowart, LLP | 2:17-cv-15503 | Lack of CMO-12A Product Identification |
| 321 | Harris | Janice | 12/09/2019 | 14247 | Simon Law Firm, P.C. | 2:19-cv-14322 | Lack of CMO-12A Product Identification |
| 322 | Williams | Rosalind | 12/11/2017 | 6755 | SWMW Law, LLC | 2:17-cv-16750 | Lack of CMO-12A Product Identification |
| 323 | Delprete | Sandra | 05/01/2019 | 13547 | The Gori Law Firm, P.C. | 2:19-cv-09989 | Lack of CMO-12A Product Identification |
| 324 | Cooper | Loretta | 12/10/2018 | 12585 | The Goss Law Firm, P.C. | 2:18-cv-12981 | Lack of CMO-12A Product Identification |
| 325 | Henry | Roberta | 12/06/2018 | 11992 | The Goss Law Firm, P.C. | 2:18-cv-12584 | Lack of CMO-12A Product Identification |
| 326 | Placido | Adina | 12/07/2017 | 7226 | The Goss Law Firm, P.C. | 2:17-cv-15355 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 327 | Sorensen | Barbara | 12/07/2017 | 7896 | The Goss Law Firm, P.C. | 2:17-cv-15323 | Lack of CMO-12A Product Identification |
| 328 | Eason | Andrieta | 12/10/2019 | 14631 | The Law Offices of Travis R. Walker, PA | 2:19-cv-14371 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 329 | Burge | Pamela | 08/31/2020 | 15416 | The Murray Law Firm | 2:20-cv-02382 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 330 | McDonnell | Lana | 12/07/2017 | 4666 | The Murray Law Firm | 2:17-cv-11669 | Lack of CMO-12A Product Identification |
| 331 | Villareal | Michelle | 06/28/2018 | 9981 | The Murray Law Firm | 2:18-cv-06329 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 332 | Forrest | Jeannie | 07/30/2018 | 10301 | TorHoerman Law LLC | 2:18-cv-07103 | Lack of CMO-12A Product Identification |
| 333 | Griffin | Julie | 12/04/2019 | 14581 | TorHoerman Law LLC | 2:19-cv-14048 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 334 | Mitchell | Julia | 04/08/2020 | 15262 | TorHoerman Law LLC | 2:20-cv-01144 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 335 | Phillips | Barbara | 07/30/2018 | 10304 | TorHoerman Law LLC | 2:18-cv-07093 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 336 | Boyd | Joy | 03/28/2019 | 13419 | Tracey & Fox Law Firm | 2:19-cv-04540 | Lack of CMO-12A Product Identification |
| 337 | Scott | Rachel | 04/26/2018 | 9024 | Tracey & Fox Law Firm | 2:18-cv-04324 | Lack of CMO-12A Product Identification |
| 338 | Wright | Jodie | 09/03/2019 | 13945 | Tracey & Fox Law Firm | 2:19-cv-12423 | Lack of CMO-12A Product Identification |
| 339 | Johnson | Linda | 10/02/2017 | 2639 | Watts Guerra LLP | 2:17-cv-09943 | Lack of CMO-12A Product Identification |
| 340 | McCune | Dee | 10/23/2018 | 7273 | Wendt Law Firm, PC | 2:17-cv-15678 | Lack of CMO-12A Product Identification |
| 341 | Snow | Tangnika | 12/01/2017 | 1539 | Wendt Law Firm, PC | 2:16-cv-16797 | Lack of CMO-12A Product Identification |
| 342 | Boone | Renee | 11/29/2016 | 1355 | Whitfield Bryson & Mason LLP | 2:16-cv-17586 | Lack of CMO-12A Product Identification |
| 343 | Geddert | Jeanne | 05/25/2018 | 5295 | Whitfield Bryson & Mason LLP | 2:18-cv-05335 | Lack of CMO-12A Product Identification |
| 344 | Haeni | Nancy | 11/27/2017 | 1287 | Whitfield Bryson & Mason LLP | 2:17-cv-13435 | Lack of CMO-12A Product Identification |
| 345 | Perkins | Effie | 11/29/2017 | 1610 | Whitfield Bryson & Mason LLP | 2:17-cv-13671 | Lack of CMO-12A Product Identification |
| 346 | Westwood | Christina | 12/01/2017 | 1620 | Whitfield Bryson & Mason LLP | 2:17-cv-13925 | Lack of CMO-12A Product Identification |
| 347 | Barnes | Phyllis | 01/11/2018 | 7834 | Williams Hart Boundas Easterby, LLP | 2:18-cv-00302 | Lack of CMO-12A Product Identification |
| 348 | Coleman | Marshell | 12/11/2017 | 4879 | Zoll & Kranz, LLC | 2:17-cv-13454 | Lack of CMO-12A Product Identification |

| Row | Last Name | First Name | Date Complaint Filed | MDLC ID | Law Firm Name | MDL Docket No. | Deficiency |
|---|---|---|---|---|---|---|---|
| 349 | Dixon | Brenda G. | 11/29/2017 | | Zoll & Kranz, LLC | 2:17-cv-13707 | Rollover from 4/28/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 350 | Hartso | Lenora | 12/30/2016 | 1511 | Zoll & Kranz, LLC | 2:16-cv-17984 | Lack of CMO-12A Product Identification |
| 351 | Kout | Adrienne L. | 11/27/2017 | 4875 | Zoll & Kranz, LLC | 2:17-cv-13386 | Lack of CMO-12A Product Identification |
| 352 | Middleton | Crystal | 11/28/2017 | 4881 | Zoll & Kranz, LLC | 2:17-cv-13600 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 353 | Middleton | Crystal | 11/28/2017 | 4881 | Zoll & Kranz, LLC | 2:17-cv-13600 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 354 | Tabron | Virginia | 02/28/2017 | 1516 | Zoll & Kranz, LLC | 2:17-cv-01729 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 355 | Tabron | Virginia | 02/28/2017 | 1516 | Zoll & Kranz, LLC | 2:17-cv-01729 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 356 | Weathers | Willie M. | 10/31/2017 | 4615 | Zoll & Kranz, LLC | 2:17-cv-11631 | Lack of CMO-12A Product Identification |

5581245.1