**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **MDL DOCKET NO. 2740** |
|  | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* |  |

## NOTICE OF APPEARANCE

Please enter the appearance of Alicia Donahue of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: August 2, 2022

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/* Alicia Donahue
Alicia Donahue
SHOOK, HARDY& BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Phone: (415) 544-1900
Facsimile:  (415) 391-0281
Email: adonahue@shb.com
*Attorney for Defendant Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      */s/ Alicia Donahue*
      Alicia Donahue

      *Attorney for Defendant Sanofi-Aventis U.S. LLC*