**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** ) ) ) ) | **MDL DOCKET NO. 2740** |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jousef M. Shkoukani of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: August 2, 2022

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Jousef M. Shkoukani*
Jousef M. Shkoukani
SHOOK, HARDY& BACON L.L.P.
111 S. Wacker Drive
Suite 4700
Chicago, IL 60606
Phone: (312) 704-7700
Facsimile: (312) 558-1195
Email: jshkoukani@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Jousef M. Shkoukani*
Jousef M. Shkoukani

*Attorney for Defendant Sanofi-Aventis U.S. LLC*