## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE ATTACHED EXHIBIT "A" | JUDGE MILAZZO MAG. JUDGE NORTH |

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to L.R. 83.2.11, the undersigned counsel hereby gives notice that Alexandra W. Robertson will no longer be associated with Johnson Becker PLLC and asks to be withdrawn as counsel of record in this and all related matters on behalf of Plaintiffs identified in Exhibit A. The list of clients for whom Alexandra W. Robertson entered an appearance in this MDL is attached hereto as Exhibit A.

Plaintiffs further respectfully request that the Court grant a substitution of counsel for Lisa Ann Gorshe with Johnson Becker PLLC for Plaintiffs in the cases listed in Exhibit A.

Lisa Ann Gorshe is admitted to practice and is in good standing in the state of Minnesota since October 29, 1999 (Bar Number 029522X) and the US District Court of Minnesota since May 27, 2005. Further, she is also admitted to practice and is in good standing in the state of Florida since October 9, 1997 (Bar Number 122180), the US District Court for the Northern District of Florida since November 19, 2021, US District Court for the Middle District of Florida since November 19, 2021 and the US District Court for the Southern District of Florida since December 1, 2021.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant this motion allowing for withdrawal and substitutions of counsel.

Dated: August 2, 2022                                Respectfully submitted,


JOHNSON BECKER PLLC


*/s/* Alexandra W. Robertson
Alexandra W. Robertson, MN#0395619
444 Cedar St., Suite 1800
Saint Paul, MN 55117
Telephone: (612) 436-1886
Facsimile: (612) 436-1801
Email: arobertson@johnsonbecker.com

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, MN#029522X
444 Cedar St., Suite 1800
Saint Paul, MN 55117
Telephone: (612) 436-1852
Facsimile: (612) 436-1801

Email: lgorshe@johnsonbecker.com

*Counsel of Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Alexandra W. Robertson, hereby certify that on the date listed below the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notifications of such filing to all registered attorneys of record.

Dated: August 2, 2022

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq.