# Exhibit A

| Name | Docket |
| --- | --- |
| Acker, Lamell L | 17-cv-01077 |
| Adams, Teandrea | 20-cv-00600 |
| Adaway, Linda K | 17-cv-09452 |
| Adrian, Karen L | 18-cv-3903 |
| Alexander Matthews, Terri L | 17-cv-9466 |
| Allen, Katelyn J | 17-cv-11748 |
| Allen, Sophie L | 17-cv-07463 |
| Allende, Sandra | 17-cv-01135 |
| Alperton, Eleanor R | 17-cv-03359 |
| Andersen, Vicki L | 17-cv-00824 |
| Anderson, Charlesetta J | 19-cv-13549 |
| Aquino, Blanca | 18-cv-01939 |
| Aronowitz, Brenda B | 17-cv-5640 |
| Autry, Vicki | 17-cv-02361 |
| Baker, Deanna N | 17-cv-09111 |
| Baringer, Beverly | 17-cv-00871 |
| Barron, Connie | 17-cv-6313 |
| Bazille, Jeanne D | 19-cv-13551 |
| Bean, Phyllis S | 16-cv-23683 |
| Beauchemin, Marie B | 17-cv-8763 |
| Bedford, Mazie M | 17-cv-09128 |
| Berkholtz, Nancy F | 17-cv-09132 |
| Betancourt Llanes, Margarita | 19-cv-13853 |
| Bias, Tuwana T | 18-cv-12105 |
| Bierman, Rita | 17-cv-00247 |
| Blanton, Brenda | 18-cv-11743 |
| Boettcher, Toni | 18-cv-11727 |
| Branch, Donna | 18-cv-12006 |
| Brazil, Rebecca A | 17-cv-09142 |
| Breslauer, Carol M | 17-cv-1199 |
| Brevko, Mary | 17-cv-10250 |
| Bridges, Sherry A | 17-cv-9468 |
| Brock, Mary | 17-cv-11749 |
| Brooks, Betty L. | 17-cv-02346 |
| Brooks, Tina M | 17-cv-11348 |
| Broussard, Geraldine | 16-cv-01576 |
| Brown Lewis, Andrea | 20-cv-01098 |
| Brown, Diana K | 16-cv-17153 |
| Brown, Earnestine | 18-cv-12003 |
| Bush, Patricia | 18-cv-11953 |
| Callahan, Wendy A | 18-cv-11927 |
| Campbell, Cynthia D | 18-cv-11265 |

| Name | Docket |
| --- | --- |
| Campbell, Valerie | 17-cv-5191 |
| Caraway, Laci N | 18-cv-03904 |
| Carey, Michelle M | 17-cv-00998 |
| Carrier, Micheline | 1722-CC00034 |
| Carter, Cynthia A | 17-cv-3669 |
| Carter, Joyce D | 17-cv-00963 |
| Castleberry, Judith W | 16-cv-08527 |
| Charles, Marie Anne J | 17-cv-11750 |
| Chase, Barbara L | 18-cv-07860 |
| Chattos, Heather T | 17-cv-03365 |
| Clayborn, Barbara L | 17-cv-8765 |
| Clonts, Kristy D | 17-cv-12628 |
| Coates, Rita G | 17-cv-09453 |
| Cohen Carbone, Lori | 17-cv-8770 |
| Coleman, Lasonja | 17-cv-15710 |
| Collingwood, Amy E | 16-cv-02824 |
| Connelly, Linda | 17-cv-8771 |
| Cornelius, Carolyn | 17-cv-3666 |
| Creyer, Virginia | 16-cv-17795 |
| Crosby, Kimberly | 17-cv-04792 |
| Cullivan, Marissa | 17-cv-09123 |
| Curtis, Karen R | 17-cv-13935 |
| Davis, Delaina | 18-cv-3907 |
| Davis, Joy M | 17-cv-5137 |
| Davis, Nancy A | 17-cv-9821 |
| Davis, Patricia L | 17-cv-06914 |
| Deberry, Karen | 16-cv-08529 |
| Dedomenico, Paula A. | 1722-CC00034 |
| Destefano, Terri M | 17-cv-06919 |
| Dettorre, Bettina | 17-cv-09107 |
| Dixson, Betty J | 17-cv-9472 |
| Dorsey, Carolyn | 17-cv-12693 |
| Dunn, Debra L | 16-cv-16943 |
| Dyer, Sharon R | 17-cv-05643 |
| Eaton, Patricia L. | 1722-CC00034 |
| Eckman, Janet | 17-cv-11751 |
| Ellis, Roslyn J | 17-cv-11350 |
| Esposito, Mary | 16-cv-03597 |
| Falk, Barbara A | 18-cv-07864 |
| Fassl, Diana | 17-cv-02360 |
| Finnegan, Barbara | 16-cv-17791 |
| Fletcher, Toni | 17-cv-13936 |
| Forbes, Michele B | 17-cv-12630 |
| Forde Ferrant, Diana B | 18-cv-11732 |
| Foreman, Katheryn | 17-cv-05645 |

| Name | Docket |
| --- | --- |
| Frazier, Mellanie D | 17-cv-13690 |
| Furmanski, Susan | 18-cv-12074 |
| Gallery, Valerie J | 16-cv-17789 |
| Garcia, Jane | 16-cv-16259 |
| Gattoni, Judy S | 17-cv-02345. |
| Gladding, Rita M | 17-cv-9829 |
| Godley, Yvonne M | 17-cv-09456 |
| Golden, Karen | 17-cv-11353 |
| Gonzalez, Maria E | 17-cv-9475 |
| Gordon, Karen M | 18-cv-3908 |
| Grabowski Sica, Jennifer E | 18-cv-07865 |
| Graves, Debra A | 17-cv-00251 |
| Gray, Alice A | 17-cv-13938 |
| Green, Consandra L | 16-cv-01577 |
| Gregg, Patricia J | 17-cv-03369 |
| Guerra, Linda S | 18-cv-11911 |
| Gupton, Armetha | 18-cv-11640 |
| Halverson, Tina R | 17-cv-00028 |
| Hansen, Sandra | 16-cv-17798 |
| Hardin, Paula | 16-cv-03849 |
| Harges, Benita K | 20-cv-01026 |
| Harper, Vickie L | 17-cv-15720 |
| Hawkins, Sandra L | 17-cv-03380 |
| Hedberg, Kimberly | 17-cv-13943 |
| Heggar Smith, Amy | 17-cv-9479 |
| Hennigan, Zoanne R | 19-cv-13848 |
| Henriksen, Janice F | 17-cv-10265 |
| Henry, Mary C | 17-cv-03391 |
| Henry, Maureen T | 17-cv-09124 |
| Hernandez, Oralia | 17-cv-12632 |
| Hershey, Jolie D. | 17-cv-01170 |
| Hill, Sherry P | 18-cv-3909 |
| Hill, Sylvia | 18-cv-11959 |
| Hockaday Adams, Rosozena | 16-cv-3084 |
| Holley, Myrle | 18-cv-11725 |
| Hooker, Tina R | 17-cv-12654 |
| Hopson, Diane | 17-cv-11367 |
| Hotchkiss, Leann | 16-cv-00193 |
| Houdaille Janson, Laurence | 19-cv-01643 |
| Hovey, Susan K | 17-cv-05647 |
| Howard, Cathy A | 17-cv-05193 |
| Howard, Chaunda | 16-cv-17794 |
| Howell, Martha | 17-cv-00246 |
| Hubbard, Susan Pearl | 17-cv-00317 |
| Hughes, Anisha | 17-cv-10245 |

| Name | Docket |
|---|---|
| Hurley, Ann Marie | 18-cv-3910 |
| Ingram, Suzanne C | 17-cv-06904 |
| Ison, Shoranana L | 17-cv-06922 |
| Iwamoto, Cathy | 17-cv-13947 |
| Janjanin, Bonnie L | 17-cv-00885 |
| Jarman, Rosemary | 17-cv-6897 |
| Johnson, Lisa | 16-cv-15560 |
| Johnson, Terrie L | 16-cv-15562 |
| Jones, Bridgette K | 17-cv-00275 |
| Jones, Charolette E | 17-cv-00277 |
| Jones, Cheryl K | 17-cv-01174 |
| Jones, Mary E | 16-cv-1627 |
| Jones, Yvonne D | 0:16-cv-03080 |
| Jordan, Katrina S. | 17-cv-02340 |
| Josephson, Susan F | 17-cv-8776 |
| Juarez, Carmen | 17-cv-10248 |
| Killette, Anjenetta | 17-cv-13957 |
| Killingsworth, Donna M | 16-cv-00177 |
| King-Robinson, Karla L. | 1722-CC00034 |
| Kisty, Bonnie A | 17-cv-09464 |
| Knudsen, Eva | 17-cv-00274 |
| Kobilis, Shaunna L. | 1622-cv-09591 |
| Kohlenberg, Kelly | 17-cv-13959 |
| Korcha, Rachael | 17-cv-7972 |
| Kowalick, Margaret | 17-cv-10258 |
| Krapf, Susan | 16-cv-1584 |
| Kridner, Miriam | 16-cv-16945 |
| Laliberté, Nichole | 17-cv-02351 |
| Lambert, Sherry D | 17-cv-9834 |
| Latshaw, Susan F | 19-cv-13652 |
| Lawrence, Stella R | 17-cv-09467 |
| Lawson, Arnitta M | 16-cv-17811 |
| Lee, Debra M | 17-cv-03394 |
| Lee, Neva | 19-cv-14184 |
| Lewis, Florence J | 17-cv-9838 |
| Lewis, Ruthie L | 17-cv-8779 |
| Lewis, Shirley | 17-cv-15755 |
| Lewis, Susan L | 17-cv-11753 |
| Long, Adelaide V | 17-cv-09102 |
| Long, Terrie S. | 17-cv-01166 |
| Lovell, Annie P | 17-cv-11372 |
| Lowe, Cathy J | 17-cv-11354 |
| Loyd, Delores J | 17-cv-09470 |
| Macias, Sonia | 17-cv-13965 |
| Madden, Debbie | 17-cv-09473 |

| Name | Docket |
|---|---|
| Magallon, Lucia | 17-cv-13968 |
| Mahaffey, Shannon | 17-cv-11371 |
| Majors, Kathy | 1722-CC00034 |
| Malone, Melissa M | 18-cv-07867 |
| Manning, Jarretta E | 18-cv-11638 |
| Mansaray Smith, Baindu | 16-cv-08538 |
| Marshall, Glenda | 17-cv-15789 |
| Martyn, Susan E | 17-cv-06902 |
| Mateo, Emily B | 18-cv-12107 |
| Mazon, Yolanda T | 17-cv-05650 |
| Mcconnell, Betty | 17-cv-02338. |
| Mccoy, Rita D | 17-cv-11755 |
| Mcpherson, Zabrina | 17-cv-12663 |
| Mellors, Karen C | 17-cv-09478 |
| Mendoza, Janet E | 17-cv-03397 |
| Merck, Kathleen M | 17-cv-11756 |
| Miara, Andrea M | 18-cv-12112 |
| Mierisch, Linda | 18-cv-12066 |
| Mikell, Connie B | 17-cv-09482 |
| Miller Kowalewski, Mardel A | 17-cv-11382 |
| Mims, Kathryn | 17-cv-15812 |
| Mitchell, Christine | 18-cv-12012 |
| Mitchell, Lynda | 16-cv-08539 |
| Moates, Linda M | 17-cv-05653 |
| Monley, Anita | 18-cv-3911 |
| Monroe, Brenda | 16-cv-02827 |
| Morin, Carolyn | 17-cv-12665 |
| Morris, Helen E. | 17-cv-02342. |
| Morrison, Vanessa D | 17-cv-9481 |
| Mosley, Pearlie M | 17-cv-11385 |
| Mulligan, Brenda | 16-cv-08540 |
| Murray, Linda Y | 16-cv-01475 |
| Musico, Deborah A | 17-cv-09485 |
| Narby, Mary Jo | 1722-CC00034 |
| Nard, Leslie R | 17-cv-15822 |
| Nelson, Virginia S | 18-cv-12114 |
| Nguyen, Cathy | 17-cv-5625 |
| Nichols, Janet R | 17-cv-9839 |
| Nicholson, Susan M | 17-cv-9841 |
| Nicodemus, Sue | 18-cv-12093 |
| Oakes, Dana C | 16-cv-00619 |
| Oliver, Nellie A | 18-cv-12100 |
| Oliveri, Kimberly A | 17-cv-01176 |
| Orman, Ann | 17-cv-10255 |
| Osborne, Teresa J | 17-cv-11758 |

| Name | Docket |
|---|---|
| Pacheco, Marsha E | 18-cv-14085 |
| Palmer, Erin | 16-cv-16246 |
| Parker, Mary L | 17-cv-09488 |
| Parkinson, Lori C. | 17-cv-00960 |
| Peets, Elizabeth | 17-cv-01204 |
| Perrotta, Cornelia L | 17-cv-04794 |
| Pistone, Chris | 16-cv-04028 |
| Poole, Patricia M | 17-cv-10253 |
| Porter, Phyllis F | 17-cv-05665 |
| Proctor, Judith | 17-cv-05666 |
| Rabon, Linda | 17-cv-11357 |
| Reagan, Michele A | 1722-CC00034 |
| Renaud, Linda K. | 17-cv-01209 |
| Rivera, Diane | 17-cv-12669 |
| Robbins, Carole | 18-cv-11726 |
| Rodriguez, Elizabeth | 16-cv-17245 |
| Rolli, Linda | 17-cv-07436 |
| Rosburg, Teresa A | 17-cv-09491 |
| Roussel, Scharmel H | 18-cv-13678 |
| Rowan, Karen S | 17-cv-9845 |
| Ryan, Nancy | 18-cv-12081 |
| Salvato, Carmela A. | 17-cv-1212 |
| Sanders, Kara L | 17-cv-05669 |
| Schafer, Magaly A | 19-cv-13733 |
| Scharnell, Cheryl A | 18-cv-03912 |
| Scheffler, Marsha K | 17-cv-11397 |
| Schlotterbeck, Crystal | 17-cv-05673 |
| Schwesig, Monika I | 17-cv-01175 |
| Scott, Martha L | 17-cv-8780 |
| Sharp, Yvonne B | 17-cv-02344 |
| Sharrard, Monieca T | 18-cv-3915 |
| Shaw, Barbara L | 17-cv-10257 |
| Simmons Patsch, Kay A | 17-cv-11761 |
| Simms, Zina L | 17-cv-11368 |
| Simon, Lauren | 17-cv-11360 |
| Sixberry, Patricia A | 18-cv-07875 |
| Skaff, Teresa L | 18-cv-11264 |
| Slone, Constance A | 17-cv-11369 |
| Small, Flora J | 17-cv-11379 |
| Smith Weideman, Sue E | 17-cv-9486 |
| Smith, Ethel M | 17-cv-11363 |
| Smith, Kimballyn M | 17-cv-10259 |
| Smith, Marina A | 17-cv-04785 |
| Smith, Michele | 17-cv-00486 |
| Smith, Nancy K | 17-cv-11387 |

| Name | Docket |
|---|---|
| Smith, Sheri | 17-cv-13970 |
| Smith, Vickie L | 19-cv-13653 |
| Solorio, Barbara A | 17-cv-09105 |
| Spencer, Jeris | 17-cv-09136 |
| Spradley Dawson, Mercedes | 17-cv-11396 |
| Stanley, Sylvia | 16-cv-15501 |
| Staples, Alice | 20-cv-00072 |
| Steele, Teresa | 16-cv-17813 |
| Steinbeiser, Vicki L | 17-cv-03403 |
| Steinbock, Marcia R | 17-cv-11399 |
| Steinhauser, Marleen | 17-cv-11364 |
| Stotz, Therese A | 17-cv-9490 |
| Tate Hendricks, Tracy | 16-cv-17788 |
| Taylor, Patricia C | 17-cv-03408 |
| Taylor, Selena R | 17-cv-00996 |
| Thompson, Natasha | 16-cv-17254 |
| Tomasek, Arlene | 16-cv-10742 |
| Touchi Peters, Karen M | 16-cv-02464 |
| Tramble, Patricia | 17-cv-00827 |
| Triplett, Yolanda F | 17-cv-9493 |
| Trippe, Deborah Dawn | 1722-CC00034 |
| Vonner, Ladina | 16-cv-00372 |
| Walker, Debra | 17-cv-13972 |
| Wallace, Katrina | 17-cv-5619 |
| Wallace, Mary H | 17-cv-8783 |
| Washington, Annette | 17-cv-9494 |
| Waterson, Tamra | 17-cv-11763 |
| Watson, Linda | 17-cv-11403 |
| Wendler, Sharren E | 18-cv-07881 |
| Wheatley, Jennifer M | 20-cv-02486 |
| Whitelow, Annette | 17-cv-12672 |
| Wilhelmy, Julia K | 17-cv-9851 |
| Williams, Genelle | 16-cv-02246 |
| Williams, Wanda G | 17-cv-06899 |
| Wright, Yolanda L | 16-cv-17159 |
| Wynn, Carleen | 16-cv-17793 |
| Wysocki, Theresa | 16-cv-07059 |
| Zabawa, Beverly | 18-cv-1942 |
| Zabel, Renee | 17-cv-8786 |
| Zurfluh, Janet E | 17-cv-11405 |