## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| THE CASES LISTED ON THE ATTACHED EXHIBIT "A" | MAG. JUDGE NORTH |

### ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and attorney Alexandra W. Robertson is **WITHDRAWN** as Plaintiffs' counsel of record listed on "Exhibit A" of the Motion;

**IT IS FURTHER ORDERED** that attorney Lisa Anne Gorshe from Johnson Becker PLLC is **SUBSTITUTED** as the Plaintiff's attorney of record in all cases listed on "Exhibit A" of the Motion. Any other Counsel of Record identified will remain.

Dated: _____

_____

Honorable Jane Triche Milazzo