**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Magalei v. Sandoz, Inc. et al.<br>Civil Action No.: 2:19-cv-11920 | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Upon consideration of Plaintiff's *Motion to Enroll as Additional Counsel*, the motion is

hereby GRANTED. Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell,

Bickford & Centola are hereby enrolled as additional counsel of record for the Plaintiff.


_____
District Judge