## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Martin v. Sanofi US Services, Inc., et al.<br>Civil Action No.: 2:20-cv-01962 | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

### MOTION TO ENROLL AS ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff in this matter, who moves this Honorable Court for an Order enrolling additional counsel of record on her behalf, Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell, Bickford & Centola.

Based on the foregoing, Plaintiff respectfully moves for an order enrolling new counsel of record as set forth above.

Respectfully submitted,

**LABORDE EARLES**

*/s/Charles J. Gower*
David C. Laborde
Derrick Glenn Earles
Charles J. Gower
1901 Kaliste Saloom Road
Lafayette, LA 70508
(337) 261-2617
jgower@onmyside.com

and

**MARTZELL, BICKFORD, & CENTOLA**

*/s/ Lawrence J. Centola, III*
Scott R. Bickford, T.A. (#1165)
Lawrence J. Centola, III (#27402)
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 583-7635 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Charles J. Gower*