**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| This Document Relates to: Martin v. Sanofi US Services, Inc., et al. Civil Action No.: 2:20-cv-01962 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

**<u>ORDER</u>**

Upon consideration of Plaintiff's *Motion to Enroll as Additional Counsel*, the motion is hereby GRANTED. Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell, Bickford & Centola are hereby enrolled as additional counsel of record for the Plaintiff.

_____
District Judge