UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *All cases where Sanofi-Aventis U.S. LLC is named as a defendant* | |

### NOTICE OF APPEARANCE

Please enter the appearance of Stephen C. Matthews of the law firm DLA PIPER LLP as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: August 3, 2022                                                                 Respectfully Submitted,

DLA PIPER LLP (US)

*/s/ Stephen C. Matthews*
Stephen C. Matthews
DLA PIPER LLP (US)
51 John F. Kenney Parkway, Suite 120
Short Hills, NJ  07078
Phone: (973) 520-2541
Facsimile: (973) 520-2551
Email: stephen.matthews@dlapiper.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Stephen C. Matthews*
Stephen C. Matthews

*Attorney for Defendant Sanofi-Aventis U.S. LLC*