UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A, attached | ) ) ) | |

## ORDER

Before the Court are several Motions to Enroll as Additional Counsel (Docs. 14478, 14479, 14480, 14481, 14482, 14483, 14484, 14485, 14486, 14487, 14488, 14489, 14490, 14491, 14492, 14493, 14494, 14495, 14496, 14497, 14498, & 14499);

**IT IS ORDERED** that the Motions are **GRANTED**, and attorneys Scott R. Bickford and Lawrence J. Centola, of the law firm of Martzell, Bickford & Centola, shall be enrolled as counsel of record for the above-referenced Plaintiff.

New Orleans, Louisiana, this 3rd day of August, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# Exhibit A

| Motion Doc. No. | Plaintiff Name | Case Number |
|---|---|---|
| 14478 | Cook, Penny | 21-cv-00667 |
| 14479 | Qualls, Peggy | 20-cv-02004 |
| 14480 | Lane, Pamela | 21-cv-00668 |
| 14481 | Walters, Nicole | 20-cv-01938 |
| 14482 | Rush, Nancy | 20-cv-01950 |
| 14483 | Herrin, MaryJo | 20-cv-01963 |
| 14484 | Cuaron, Maria | 20-cv-01945 |
| 14485 | Magalei, Lullette | 19-cv-11920 |
| 14486 | Birton, Darcel | 20-cv-01972 |
| 14487 | Phillips, Denise | 20-cv-01959 |
| 14488 | Gellatly, Elizabeth | 20-cv-01885 |
| 14489 | Neel, Doris Malcom | 20-cv-01848 |
| 14490 | Jenkins, Grace D | 19-cv-11800 |
| 14491 | Martin, Florence | 20-cv-01962 |
| 14492 | Lindberg, Linda | 20-cv-01941 |
| 14493 | Peair, Lisa | 19-cv-12138 |
| 14494 | Edelen, Stephany | 20-cv-01944 |
| 14495 | Walters, Vickie | 20-cv-01947 |
| 14496 | Hall, Vonnie | 20-cv-02005 |
| 14497 | Pewewardy, Arnita | 20-cv-01955 |
| 14498 | Westmoreland, Cheryl | 21-cv-00665 |
| 14499 | Derossett, Charlene | 20-cv-01969 |