## IN THE UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | MDL NO. 2740 |
| | SECTION "H" (5) |
| *This Document Relates to:* Linda Rodriguez v. Hospira Worldwide, LLC F/K/A Hospira Worldwide, Inc., et al. | JUDGE MILAZZO |
| Civil Action No.     2:19-cv-02177 | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Linda Rodriguez, plaintiff in this matter.

Dated this 4th day of August, 2022.

Respectfully submitted by,

/s/Aaron C. Johnson
Summers & Johnson, PC
717 Thomas Street
Weston, MO 64098
Telephone: 816-640-9940
Facsimile: 816-386-9927
Aaron@summersandjohnson.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2022, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:   /s/ Aaron C. Johnson
Aaron C. Johnson