MINUTE ENTRY
MILAZZO, J.
August 4, 2022

JS-10:00:18

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On August 4, 2022, the Court held a telephone status conference with Doug Moore, John Olinde, and Palmer Lambert. Counsel sought clarification about the proposed Case Management Order governing the preservation of expert testimony that the parties were ordered to submit to the Court (Doc. 13981).

Based on the discussion with counsel, **IT IS ORDERED** that the proposed CMO shall be submitted to the Court on or before September 9, 2022.

