UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: <br><br> ENEDINA BROWN | CASE NO: 2:17-CV-16572 |

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that: Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Enedina Brown.

Dated: August 9, 2022

        Respectfully submitted,

        /s/ Rhett A. McSweeney
        Dave M. Langevin (#329563)
        Rhett A. McSweeney (#269542)
        **McSweeney Langevin**
        2116 Second Avenue South
        Minneapolis, MN 55404
        Telephone: (612) 746-4646
        Facsimile: (612) 454-2678
        ram@westrikeback.com
        Dave@westrikeback.com

        **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, I electronically filed *Notice and Suggestion of Death* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

*/s/Rhett A. McSweeney*
Rhett A. McSweeney
