# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## MOTION TO WITHDRAW

COME NOW attorneys Charles J. Gower, David C. Laborde, Derrick Glenn Earles, and Madeleine Brumley of Laborde Earles Law Firm, who respectfully request leave to withdraw as counsel of record all clients listed in Exhibit A.

Scott R. Bickford and Lawrence J. Centola of/and the law firm of Martzell, Bickford & Centola will continue to represent all Plaintiffs listed in Exhibit A. As such, Plaintiffs will not be prejudiced by this withdrawal, nor will the withdrawal unduly delay these proceedings.

WHEREFORE, movants pray their motion be granted; that they be permitted to withdraw as counsel of record for those Plaintiffs listed in Exhibit A; and that they be relieved from this matter.

Respectfully submitted,

**LABORDE EARLES**

*/s/Charles J. Gower*
David C. Laborde
Derrick Glenn Earles
Charles J. Gower
Madeleine Brumley
1901 Kaliste Saloom Road
Lafayette, LA 70508
(337) 261-2617
jgower@onmyside.com

and

**MARTZELL, BICKFORD, & CENTOLA**

*/s/ Lawrence J. Centola, III*
Scott R. Bickford, T.A. (#1165)
Lawrence J. Centola, III (#27402)
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065
(504) 583-7635 (FAX)

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Charles J. Gower*