## Exhibit A

| Name | Docket |
| --- | --- |
| Birton, Darcel | 2:20-cv-01972 |
| Cook, Penny | 2:21-cv-00667 |
| Cuaron, Maria | 2:20-cv-01945 |
| Derossett, Charlene | 2:20-cv-01969 |
| Edelen, Stephany | 2:20-cv-01944 |
| Gellatly, Elizabeth | 2:20-cv-01885 |
| Hall, Vonni | 2:20-cv-02005 |
| Herrin, MaryJo | 2:20-cv-01963 |
| Jenkins, Grace D | 2:19-cv-11800 |
| Lane, Pamela | 2:21-cv-00668 |
| Lindberg, Linda | 2:20-cv-01941 |
| Magalei, Lullette | 2:19-cv-11920 |
| Martin, Florence | 2:20-cv-01962 |
| Neel, Doris Malcom | 2:20-cv-01848 |
| Peair, Lisa | 2:19-cv-12138 |
| Pewewardy, Arnita | 2:20-cv-01955 |
| Phillips, Denise | 2:20-cv-01959 |
| Qualls, Peggy | 2:20-cv-02004 |
| Rush, Nancy | 2:20-cv-01950 |
| Walters, Nicole | 2:20-cv-01938 |
| Walters, Vickie | 2:20-cv-01947 |
| Westmoreland, Cheryl | 2:21-cv-00665 |