# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL B. NORTH |

## ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for all Plaintiffs listed in Exhibit A,

IT IS HEREBY ORDERED that Charles J. Gower, David C. Laborde, Derrick Glenn Earles, and Madeleine Brumley of Laborde Earles Law Firm are hereby withdrawn as counsel of record for those plaintiffs listed in Exhibit A to the motion, and they are hereby relieved in connection with this matter.

Signed New Orleans, Louisiana this_____ day of _____ , 2022.

_____
Hon. Jane Triche Milazzo
United States District Judge