# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| This document relates to: Cases listed on Exhibit A, attached | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## ORDER GRANTING WITHDRAWAL OF COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for all Plaintiffs listed in Exhibit A (Doc. 14508),

IT IS ORDERED that Charles J. Gower, David C. Laborde, Derrick Glenn Earles, and Madeleine Brumley of Laborde Earles Law Firm are withdrawn as counsel of record for Plaintiffs listed in the attached Exhibit A, and they are hereby relieved in connection with this matter.

New Orleans, Louisiana this 11th day of August, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| Name | Docket |
|---|---|
| Birton, Darcel | 2:20-cv-01972 |
| Cook, Penny | 2:21-cv-00667 |
| Cuaron, Maria | 2:20-cv-01945 |
| Derossett, Charlene | 2:20-cv-01969 |
| Edelen, Stephany | 2:20-cv-01944 |
| Gellatly, Elizabeth | 2:20-cv-01885 |
| Hall, Vonni | 2:20-cv-02005 |
| Herrin, MaryJo | 2:20-cv-01963 |
| Jenkins, Grace D | 2:19-cv-11800 |
| Lane, Pamela | 2:21-cv-00668 |
| Lindberg, Linda | 2:20-cv-01941 |
| Magalei, Lullette | 2:19-cv-11920 |
| Martin, Florence | 2:20-cv-01962 |
| Neel, Doris Malcom | 2:20-cv-01848 |
| Peair, Lisa | 2:19-cv-12138 |
| Pewewardy, Arnita | 2:20-cv-01955 |
| Phillips, Denise | 2:20-cv-01959 |
| Qualls, Peggy | 2:20-cv-02004 |
| Rush, Nancy | 2:20-cv-01950 |
| Walters, Nicole | 2:20-cv-01938 |
| Walters, Vickie | 2:20-cv-01947 |
| Westmoreland, Cheryl | 2:21-cv-00665 |