UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*All cases where sanofi-aventis U.S. LLC and*
*sanofi U.S. Services Inc. are named as a defendant*


## NOTICE OF WITHDRAWAL OF MAUREEN MOEDER

Notice is hereby given of the withdrawal of Maureen Moeder as one of the counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("Sanofi") in the above-captioned matters. Sanofi will continue to be represented by its remaining counsel of record.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
dmoore@irwinllc.com

/s/ *Maureen Moeder*
**SHOOK, HARDY & BACON L.L.P.**
Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

mmoeder@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　 /s/ *Douglas J. Moore*