UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *REBECCA POLETE v* Sanofi US Services Inc.; and Sanofi-Aventis U.S. LLC | Civil No. 2:17-cv-08767 |

### NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Rebecca Polete, files this Suggestion of Death upon the Record. Plaintiff Rebecca Polete departed this world on or about January 27, 2022, during the pendency of this litigation.

Dated: August 12, 2022      Respectfully submitted,

**WATTS GUERRA LLP**

*/s/ Paige Boldt*
Paige Boldt
Texas Bar No. 24082626
Mikal C. Watts
Texas Bar No. 20981820
5726 Hausman Rd. W., Ste. 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: pboldt@wattsguerra.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The hereby certify that on August 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Paige Boldt*
Paige Boldt

2