UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**SUGGESTION OF DEATH**<br><br>Civil Action No.: 2:18-cv-12488 |
| Sharon D. Walker | | |
| Plaintiff, | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |

_____

TO THE HONORABLE JUDGE OF SAID COURT:

Undersigned counsel, pursuant to Rule 25(a)(1), *Fed. R. Civ. P.*, hereby informs the Court, and all others interested, of the death of Plaintiff, Sharon D. Walker, on or about September 5, 2020.

Dated August 16, 2022.

Respectfully Submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III