**EXHIBIT C**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHARON DENNITT WALKER<br><br>      Plaintiff<br><br>v.<br><br>SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, SANDOZ INC., ACCORD HEALTHCARE, INC., HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA, INC., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES LTD.,<br><br>      Defendants | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC. and HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA, INC.**<br><br>Civil Action No.: 2:18-cv-12488 |

     Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANDOZ INC. and HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of August, 2022

                                                                   Respectfully Submitted,

                                                                   FERRER, POIROT & WANSBROUGH

                                                                   <u>/s/John T. Kirtley, III</u>
                                                                  John T. Kirtley, III
                                                                  Texas Bar No. 11534050
                                                                  2603 Oak Lawn Ave., Suite 300
                                                                  Dallas, Texas 75219
                                                                  214-521-4412
                                                                  214-526-6026 (fax)
                                                                  jkirtley@lawyerworks.com
                                                                  (Asst. molvera@lawyerworks.com)
                                                                  Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August, 16, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: August, 16, 2022                    <u>/s/ John T. Kirtley, III</u>
                                                             John T. Kirtley, III