# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br><br>Hilda Adams, Case No. 16-cv-17583<br>Gloria Cooper, Case No. 18-cv-194<br>Carol Woodson, Case No. 17-cv-12674<br>Arquice Conley, Case No. 18-cv-9799<br>Tina Hickey, Case No. 18-cv-4731 |

### DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON JOINT MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

Pursuant to Local Rule 78.1, Defendants Accord Healthcare, Inc., Sandoz Inc., and Hospira, Inc. and Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc. respectfully request that the Court conduct oral argument on Defendants' Joint Motion to Certify Order for Interlocutory Appeal, filed herewith, on September 14, 2022. Defendants submit that oral argument will clarify the issues, enable Defendants to address any questions the Court may have, and assist the Court in resolving this important matter.

Dated: August 17, 2022

                                         Respectfully submitted,

                                         */s/ Heidi K. Hubbard*
                                         Heidi K. Hubbard
                                         Richmond T. Moore
                                         Neelum J. Wadhwani
                                         **WILLIAMS & CONNOLLY LLP**
                                         680 Maine Avenue SW
                                         Washington, D.C. 20024
                                         Telephone: 202-434-5000
                                         hhubbard@wc.com
                                         rmoore@wc.com
                                         nwadhwani@wc.com

                                         John F. Olinde (Bar No.1515)
                                         Peter J. Rotolo (Bar No. 21848)
                                         **CHAFFE MCCALL LLP**
                                         1100 Poydras Street

New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com
protolo@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

*/s/ Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda Sweet
**TUCKER ELLIS LLP**
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
julie.callsen@tuckerellis.com
michael.ruttinger@tuckerellis.com
brenda.sweet@tuckerellis.com

*Counsel for Defendant Accord Healthcare, Inc.*

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

Gregory E. Ostfeld
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312-476-5056
Ostfeldg@gtlaw.com

*Counsel for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*