# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br><br>Hilda Adams, Case No. 16-cv-17583<br>Gloria Cooper, Case No. 18-cv-194<br>Carol Woodson, Case No. 17-cv-12674<br>Arquice Conley, Case No. 18-cv-9799<br>Tina Hickey, Case No. 18-cv-4731 |

## [PROPOSED] ORDER

Considering the Joint Motion to Certify Order for Interlocutory Appeal, and any response thereto, IT IS ORDERED that this Motion is GRANTED. The Court's August 2, 2022 Order and Reasons (Doc. 14477) is HEREBY AMENDED to certify that it involves a controlling question of law, that substantial ground for difference of opinion exists as to that question, and that an immediate appeal will materially advance this litigation.

New Orleans, Louisiana, this ___ day of September, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE