UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Maritza Dalmau
Case No.: 2:22-cv-00651-JTM-MBN

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Maritza Dalmau whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  August 19, 2022                               Respectfully submitted,

`                                                    /s/ Michael T. Gallagher
                                                    Michael T. Gallagher
                                                    Federal ID: 5395
                                                    The Gallagher Law Firm
                                                    2905 Sackett Street
                                                    Houston, Texas 77098
                                                    (713) 222-8080
                                                    (713) 222-0066 - Facsimile
                                                    donnaf@gld-law.com