UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Brenda Suttles**
**Case No.: 2:19-cv-14696**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Brenda Suttles whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 18, 2022

Thomas J. Smith
Law Offices of Tony Seaton & Associates
118 E Watauaga Avenue
Johnson City, TN 37601
(423) 282-1041
tom@tonyseaton.com