UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Civil Action No. 2:17-cv-17253 | : : : | <br><br> **PLAINTIFF'S SUGGESTION OF DEATH** |
| PLAINTIFF: Jamie Ramsey | : : | |

## PLAINTIFFS' SUGGESTION OF DEATH

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Erin Wood, counsel of record for Plaintiff Jamie Ramsey and files this Suggestion of Death on behalf of Jamie Ramsey.

**I.**

The Court is to be advised that Jamie Ramsey passed away on June 10, 2020.

[Signature block on following page]

1

Respectfully submitted,

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

By  *Erin M. Wood*
Erin Wood
State Bar No. 24073064
ewood@fnlaw.com
Gibbs Henderson
State Bar No. 24099007
ghenderson@fnlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed and served on August 23, 2022 via the CM/ECF which will send notification of such filing to all attorneys of record.

*Erin M. Wood*
_____
Erin Wood
Attorney for Plaintiffs