# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : : | SECTION "N" (5) JUDGE TRICHE MILAZZO |
| Wilhemenia Figgs Dorsey, | : : | MAG. JUDGE NORTH |
| Plaintiff(s), | : : | |
| | : | Civil Action No.: <u>2:20-cv-00241</u> |
| vs. | : : | |
| Sanofi Us Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, | : : : | |
| Defendant(s). | : : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lisa Ann Gorshe, of the firm Johnson Becker, PLLC, hereby enters her appearance in the above-captioned matter as counsel for plaintiff, Wilhemenia Figgs Dorsey, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Respectfully Submitted,

Dated: <u>August 23, 2022</u>

**JOHNSON BECKER, PLLC**

<u>/s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that on <u>August 23, 2022</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>/s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq.

**Attorney for Plaintiffs**