MINUTE ENTRY
NORTH, M.J.
AUGUST 23, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                             MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION
                                                          SECTION: "H"(5)
THIS DOCUMENT RELATES TO
ALL CASES

A telephone conference was held on this date before the undersigned.

PARTICIPATING:    Palmer Lambert      Doug Moore

In connection with the planned settlement conferences in 10 bellwether cases, the parties shall, no later than Friday, September 2, 2022, provide to the Court confidential position papers.  Each side's paper shall include discussion of all 10 plaintiffs and shall not exceed 20 pages total.  The papers should include discussion of (1) any legal or factual issues implicated by the law of the state in which each plaintiff resides, (2) a frank analysis of the strengths and weaknesses of the party's case vis-à-vis each plaintiff, (3) a description of which "tier" each plaintiff has been placed in by counsel, and (4) a frank and honest evaluation of the actual settlement value of each case (as opposed to what the Court was provided in connection with the earlier effort to settle the *Earnest* case).  If this process is to have any chance of success, counsel for the parties should dispense with the usual puffery and posturing associated with many mediations and settlement conferences and be prepared to talk about their cases in realistic terms.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

MJSTAR (00:10)