UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Tara Spencer
**Case No.:** 2:18-cv-11363

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Tara Spencer whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 24, 2022                /s/ *Pierce Jones*
                                      Pierce Jones (TX Bar No: 24110061)
                                      JOHNSON LAW GROUP
                                      2925 Richmond Avenue Ste. 1700
                                      Houston, TX 77098
                                      Telephone: (713) 626-9336
                                      Facsimile: (713) 583-9460
                                      Email: taxotere@johnsonlawgroup.com