**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                               **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Eleanor Nicoll**
**Case No.: 2:18-cv-13935**


## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Eleanor Nicoll whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: August 24, 2022                    s/ *Michael P. McGartland*
                                          Michael P. McGartland
                                          McGartand Law Firm, PLLC
                                          1300 S. University Drive, Suite 500
                                          Fort Worth, Texas 76107
                                          T: (817) 332-9300
                                          F: (817) 332-9301
                                          mike@mcgartland.com

**CERTIFICATE OF SERVICE**

I hereby certify that, this 24th day of August, 2022, I have electronically filed a copy of the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to counsel of record.

s/ *Michael P. McGartland*
Michael P. McGartland