UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Debbie Brown
Case No.: 2:17-cv-10823

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Debbie Brown whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 24, 2022　　　　　　　　　　s/ *Michael P. McGartland*
　　　　　　　　　　　　　　　　　　　　　Michael P. McGartland
　　　　　　　　　　　　　　　　　　　　　McGartand Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　1300 S. University Drive, Suite 500
　　　　　　　　　　　　　　　　　　　　　Fort Worth, Texas 76107
　　　　　　　　　　　　　　　　　　　　　T: (817) 332-9300
　　　　　　　　　　　　　　　　　　　　　F: (817) 332-9301
　　　　　　　　　　　　　　　　　　　　　mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that, this 24th day of August, 2022, I have electronically filed a copy of the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to counsel of record.

s/ <u>Michael P. McGartland</u><br>Michael P. McGartland