## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Civil Action No. 2:19-cv-13902 | |
| PLAINTIFF: Jamie Ramsey | PLAINTIFF'S SUGGESTION OF DEATH |

## PLAINTIFFS' SUGGESTION OF DEATH

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Erin Wood, counsel of record for Plaintiff Jamie Ramsey and files this Suggestion of Death on behalf of Jamie Ramsey.

**I.**

The Court is to be advised that Jamie Ramsey passed away on June 10, 2020.

[Signature block on following page]

1


Respectfully submitted,

FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

By /s/ Erin M. Wood
Erin Wood
State Bar No. 24073064
ewood@fnlaw.com
Gibbs Henderson
State Bar No. 24099007
ghenderson@fnlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed and served on August 25, 2022 via the CM/ECF which will send notification of such filing to all attorneys of record.

/s/ Erin M. Wood
_____
Erin Wood
Attorney for Plaintiffs