AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Connie Sackman <br> *Plaintiff* <br> v. <br> HOSPIRA WORLDWIDE, LLC <br> f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA INC. <br> *Defendant* | ) <br> ) <br> ) Case No. 2:17-cv-12687 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Connie Sackman

Date:    08/25/2022

*Attorney's signature*

Samira Khazaeli IL Bar #6313223
*Printed name and bar number*

The Gori Law Firm
156 N. Main Street
Edwardsville, IL 62025

*Address*

skhazaeli@gorilaw.com
*E-mail address*

(618) 659-9833
*Telephone number*

(618) 659-9834
*FAX number*