AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Della Whitehead | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-11949 |
| HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA INC. | ) ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Della Whitehead

Date:   08/25/2022

*Attorney's signature*

Samira Khazaeli IL Bar #6313223
*Printed name and bar number*

The Gori Law Firm
156 N. Main Street
Edwardsville, IL 62025

*Address*

skhazaeli@gorilaw.com
*E-mail address*

(618) 659-9833
*Telephone number*

(618) 659-9834
*FAX number*