# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Angela Hutcheson<br>*Plaintiff*<br>v.<br>HOSPIRA WORLDWIDE, LLC<br>f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA INC.<br>*Defendant* | Case No. 2:18-cv-12440 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Angela Hutcheson

Date: 08/25/2022

*/s/ Khazaeli*
*Attorney's signature*

Samira Khazaeli IL Bar #6313223
*Printed name and bar number*

The Gori Law Firm
156 N. Main Street
Edwardsville, IL 62025
*Address*

skhazaeli@gorilaw.com
*E-mail address*

(618) 659-9833
*Telephone number*

(618) 659-9834
*FAX number*