AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Helen T. Cooke<br>*Plaintiff*<br>v.<br>HOSPIRA WORLDWIDE, LLC<br>f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA INC.<br>*Defendant* | )<br>)<br>)  Case No.  2:20-cv-2368<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Helen T. Cooke

Date:  08/25/2022

*/s/ Khazaeli*
*Attorney's signature*

Samira Khazaeli IL Bar #6313223
*Printed name and bar number*

The Gori Law Firm
156 N. Main Street
Edwardsville, IL 62025
*Address*

skhazaeli@gorilaw.com
*E-mail address*

(618) 659-9833
*Telephone number*

(618) 659-9834
*FAX number*