### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HERSEA BROWN individually and as Proposed Administrator of the Estate of VANNETA BROWN </br></br> Plaintiff, </br></br> v. </br></br> SANOFI U.S. SERVICES INC., Formerly known as SANOFI-AVENTIS U.S. INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; and SANDOZ, INC., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:19-cv-12139 </br></br> JUDGE JANE TRICHE MILAZZO |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: August 26, 2022

                                                        Respectfully submitted,

                                                          /s/ Christopher LoPalo
                                                        Christopher LoPalo, Esq.
                                                        Napoli Shkolnik PLLC
                                                        400 Broadhollow Rd. Suite 305
                                                        Melville, NY 11747
                                                        Tel: (212) 397-1000
                                                        Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: August 26, 2022

/s/ Christopher LoPalo
Christopher LoPalo, Esq.
