UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>*Hersea Brown as proposed administrator of the Estate of Vanetta Brown*<br><br><br><br>Plaintiff,<br><br>vs.<br><br>SANOFI US SERVICES INC, formerly known as Sanofi-Aventis; SANOFI-AVENTIS U.S. LLC., SANDOZ, INC., ACCORD HEALTCARE, INC., MCKESSON CORPORATION, doing business as MCKESSON PACKAGING, HOSPIRA WORLDWIDE, LLC formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:19-cv-12139<br><br><br><br><br>**Notice of Partial Dismissal With Prejudice** |

## NOTICE PARTIAL OF DISMISSAL WITH PREJUDICE

Plaintiff HERSEA BROWN as proposed administrator of the Estate of Vanetta Brown, and undersigned counsel, hereby give notice that the above-captioned action against Defendants SANDOZ, INC., ACCORD HEALTHCARE, INC., MCKESSON CORPORATION, doing business as MCKESSON PACKAGING, HOSPIRA WORLDWIDE, LLC, formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA INC., only are voluntary dismissed, with prejudice.

3

The case will continue against the remaining defendants SANOFI US SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC. and SANOFI AVENTIS U.S. LLC.

Dated this 26th day of August 2022

                            Respectfully Submitted,

                            */s/ Christopher LoPalo*
                            Christopher LoPalo
                            NAPOLI SHKOLNIK, PLLC
                            400 Broadhollow Road, Suite 305
                            Melville, NY 11747
                            T: (212) 397-1000
                            *clopalo@napolilaw.com*

                            **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that on August 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 26, 2022            */s/ Christopher LoPalo*
                                                                       Christopher LoPalo