**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)   )      MDL No. 2740
PRODUCTS LIABILITY LITIGATION  )
                              )
                              )      SECTION: "H" (5)
THIS DOCUMENT RELATES TO:    )
ALL ACTIONS               )

**CASE MANAGEMENT ORDER NO. 34B**

**(200 WAVE 1 REMAND CASE STATUS)**

Case Management Order No. 34 ("CMO 34") (R. Doc. 14045) was entered on April 19, 2022, identifying 200 cases selected by the Court and parties for the Wave 1 remand process set forth in Case Management Order No. 33 ("CMO 33") (R. Doc. 13946). Case Management Order No. 34A ("CMO 34A") (R. Doc. 14292) was entered on June 13, 2022, identifying 119 cases proceeding with Wave One discovery at that time.  With the deadlines set forth in CMO 34A having passed, 112 cases remain proceeding with Wave 1 remand discovery at this time.  The original Wave 1 cases are divided between the annexed appendices as follows:

      **Appendix 1 – Wave One Cases: Proceeding**

      **Appendix 2 – Wave One Cases: Removed**

IT IS HEREBY ORDERED that the cases listed on Appendix 1 shall continue to proceed with the discovery contemplated by CMO 33.[1]  Nothing herein relieves the obligation of counsel in the cases listed in Appendix 1 to confer in good faith on whether they should continue to proceed with discovery. The Court is aware of Defense counsel's concerns regarding delayed responses from individual Plaintiffs' counsel in some cases; the Court implores all counsel to timely respond

---

[1] This includes additional product identification discovery in select cases: Cheryl House (2:17-cv-11436) and Sandra Moore (2:17-cv-09814).

1

to requests for conferral or deposition dates – such cooperation is both expected and necessary to complete Wave 1 discovery within the applicable deadline.

IT IS FURTHER ORDERED that examination priority as described in CMO 33, paragraph 7, is assigned as indicated in Appendix 1.  Examination priority is hereby established as of the date of this Order and shall not change in the event any plaintiff does not continue to proceed with discovery.

IT REMAINS ORDERED that, for purposes of CMO 33, paragraph 9, the discovery completion period of seven (7) months is deemed to have commenced on June 3, 2022, and shall conclude by January 3, 2023.

IT REMAINS ORDERED that Co-Liaison Counsel and Sanofi shall periodically update the Court on the status of Wave 1 Remand Cases.

New Orleans, Louisiana, this 26th day of August, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**Appendix 1 – Wave One Cases: Proceeding**

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM | EXAMINATION PRIORITY PER CMO ¶ 7 |
|---|---|---|---|
| Plaintiff | EKELOF, DORIS | Allen & Nolte, PLLC | Plaintiff |
| Plaintiff | NECASTRO, MARGARET | Allen & Nolte, PLLC | Defendant |
| Court | SHEPPARD, JACKIE | Allen & Nolte, PLLC | Plaintiff |
| Plaintiff | SCHAFF, ELLEN | Atkins & Markoff | Defendant |
| Plaintiff | ALAMIL, MARIA C | Bachus & Schanker, LLC | Defendant |
| Court | ALI, AYSHA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | ALLAIN, CAROL | Bachus & Schanker, LLC | Plaintiff |
| Defense | BRODIE, STEPHANIE | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | BUMGARNER, CHARLOTTE | Bachus & Schanker, LLC | Plaintiff |
| Defense | FURBECK, LISA | Bachus & Schanker, LLC | Defendant |
| Defense | FUSSELL, CINDA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | GAFFNEY, JUDY | Bachus & Schanker, LLC | Defendant |
| Plaintiff | GRAHAM, BERNADETTE | Bachus & Schanker, LLC | Plaintiff |
| Court | HARRIS, VIVIAN | Bachus & Schanker, LLC | Plaintiff |
| Court | HODGES, JOYCE | Bachus & Schanker, LLC | Plaintiff |
| Court | HOUSE, CHERYL L | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | JONES, MYRA E | Bachus & Schanker, LLC | Defendant |
| Court | LAMBERT, TRESILA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | LARSEN, ALISA | Bachus & Schanker, LLC | Defendant |
| Court | MCCLAFLIN, GINA | Bachus & Schanker, LLC | Plaintiff |
| Defense | MCGHEE, LESLIE | Bachus & Schanker, LLC | Defendant |
| Court | MOORE, SANDRA | Bachus & Schanker, LLC | Plaintiff |
| Defense | MORELAND, TABATHA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | SMITH, DEBRA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | SMITH, JANET J | Bachus & Schanker, LLC | Defendant |
| Plaintiff | TIBBITTS, KIMBERLY | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | TOMLINSON, SARAH ELIZABETH | Bachus & Schanker, LLC | Defendant |
| Plaintiff | WOLFE, JODY | Bachus & Schanker, LLC | Defendant |
| Defense | GONZALES, MARTHA | Brent Coon & Associates | Defendant |
| Court | HARRISON, GEORGIA | Brent Coon & Associates | Defendant |
| Court | BROUILLARD, EDITH P | Brown & Crouppen | Plaintiff |
| Court | CHAMPANERI, ANUKA | Carey Danis & Lowe | Plaintiff |
| Defense | STEPHENS, LINDA | Carey Danis & Lowe | Defendant |
| Court | WARTH, MARIA | Carey Danis & Lowe | Defendant |
| Plaintiff | JOHNSON, ANGELA | Cory Watson | Plaintiff |
| Court | PEGUES, FANITA | Cory Watson | Plaintiff |

| Court | PICKETT, SHARON | Cory Watson | Plaintiff |
|---|---|---|---|
| Court | YANTZER, CARMEN | Cutter Law PC | Plaintiff |
| Court | DANIEL, MARGO | Davis & Crump, P. C. | Plaintiff |
| Court | HALL, MARGARET | Davis & Crump, P. C. | Defendant |
| Plaintiff | CAVAN, MARIE E | Fears | Nachawati | Defendant |
| Defense | DAVIS, CARY | Fears | Nachawati | Plaintiff |
| Defense | DOUGLAS, LYNNE A | Fears | Nachawati | Plaintiff |
| Court | KNOX, DULCE | Fears | Nachawati | Defendant |
| Court | HORST, PEGGY | Fears | Nachawati | Defendant |
| Court | RAYFIELD, DORIS | Fears | Nachawati | Plaintiff |
| Plaintiff | WEARING, ALLESHIA M | Fears | Nachawati | Plaintiff |
| Defense | BOYNTON, SANDRA | Fernelius Simon PLLC | Defendant |
| Court | JONES, REGINA A | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | Defendant |
| Court | LUDWIG, JACQUELINE J | Gibbs Law Group LLP | Defendant |
| Plaintiff | AYERS, KATHY | Gomez Trial Attorneys | Plaintiff |
| Plaintiff | MILLS, JACQUELINE | Gomez Trial Attorneys | Plaintiff |
| Plaintiff | OYIBO, GAIL | Gomez Trial Attorneys | Defendant |
| Plaintiff | PRIMACIO, BETSY | Gomez Trial Attorneys | Plaintiff |
| Court | THOMAS, SYLVIA | Gomez Trial Attorneys | Defendant |
| Court | RODRIGUEZ, MARTHA | Harrison Davis Steakley Morrison Jones, PC | Defendant |
| Defense | GREEN, ALMA | Hissey, Mulderig & Friend, PLLC | Plaintiff |
| Court | BIAS, TUWANA T | Johnson Becker | Defendant |
| Defense | DECOTEAU, SUSAN | Johnson Law Group | Defendant |
| Defense | JACKSON, SYLVIA | Johnson Law Group | Defendant |
| Court | MCBRIDE, DELORIS | Johnson Law Group | Defendant |
| Defense | RAGAN, KYMBERLY | Johnson Law Group | Defendant |
| Court | PHILLIPS, MARY L | Kirkendall Dwyer LLP | Plaintiff |
| Plaintiff | CUARON, MARIA | Laborde Earles Law Firm | Defendant |
| Plaintiff | THOMAS, ROBIN L | Langdon & Emison LLC | Defendant |
| Defense | HUDSON, BONNIE | Law Offices of A. Craig Eiland | Plaintiff |
| Defense | UTTER, MARY K | Maher Law Firm | Defendant |
| Plaintiff | HANSON, HOLLY | McGartland Law Firm, PLLC | Defendant |
| Defense | NIDDRIE, SUZANNE | McSweeney/Langevin LLC | Plaintiff |
| Plaintiff | SMITH, LINDA | McSweeney/Langevin LLC | Plaintiff |
| Court | WARREN WIGGINS, GLORIA | Meyers & Flowers, LLC | Plaintiff |
| Plaintiff | CONWAY, ASHLEY | Napoli Shkolnik PLLC | Plaintiff |
| Court | DAVIS, REGINA A | Napoli Shkolnik PLLC | Defendant |
| Plaintiff | ADDELSON, BARBARA | Niemeyer, Grebel & Kruse | Plaintiff |
| Defense | JOHNSON, LATASHA S | Niemeyer, Grebel & Kruse | Plaintiff |
| Court | KADEN, KAILA M | Niemeyer, Grebel & Kruse | Plaintiff |

| Plaintiff | BALES, DONNA M | Pendley, Baudin & Coffin, L.L.P. | Defendant |
|---|---|---|---|
| Plaintiff | BRAZILL, SHARON | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Plaintiff | BROWN, MARY | Pendley, Baudin & Coffin, L.L.P. | Defendant |
| Court | CUMMINGS, MATHILDA | Pendley, Baudin & Coffin, L.L.P. | Defendant |
| Plaintiff | DITTO, LOIS Y | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Court | HINES, PATRICIA A | Pendley, Baudin & Coffin, L.L.P. | Defendant |
| Plaintiff | KAIFES, ELAINE | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Court | MCELRATH, MYRA J | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Plaintiff | NEWCOMB, DEBORAH A | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Plaintiff | DORMAN, BRENDA | Pittman, Dutton & Hellums, P.C. | Defendant |
| Court | MCDONALD, ANITA | Reich and Binstock, LLP | Defendant |
| Court | TREAT, BARBARA | Reich and Binstock, LLP | Plaintiff |
| Defense | BOGAN, ALAYNA | Reyes\|Browne\|Reilley | Plaintiff |
| Defense | CARY, GLADYS | Reyes\|Browne\|Reilley | Defendant |
| Court | OGILVIE, SHAREN | Reyes\|Browne\|Reilley | Defendant |
| Court | PROVENCHER, ELIZABETH | Reyes\|Browne\|Reilley | Defendant |
| Defense | ROUSE, FONDA | Reyes\|Browne\|Reilley | Defendant |
| Court | SMITH, SANDRA | Reyes\|Browne\|Reilley | Defendant |
| Defense | REEVERS, MAE | Roberts & Roberts | Plaintiff |
| Defense | STAPLES, ALICE | Rosen Harwood, P.A. | Plaintiff |
| Court | AYERS, LINDA | SCOTT VICKNAIR LLC | Plaintiff |
| Court | MCKINNEY, HARRIET | SCOTT VICKNAIR LLC | Defendant |
| Court | STOTT, ALICIA | SCOTT VICKNAIR LLC | Plaintiff |
| Court | BROWN, TONI | Shaw Cowart LLP | Defendant |
| Court | PICHLER, MARGARET | Shaw Cowart LLP | Defendant |
| Defense | WOODS, ANGELA | Shaw Cowart LLP | Plaintiff |
| Court | HESS, JUDITH | The Murray Law Firm | Plaintiff |
| Court | KING, PATIENCE | The Simon Law Firm, P.C. | Defendant |
| Court | PETRILLI, ELAINE | The Simon Law Firm, P.C. | Defendant |
| Court | ARMOND, HELEN | TorHoerman Law LLC | Defendant |
| Court | MAXWELL, REPONZA | Wendt Law Firm, P.C. | Plaintiff |
| Court | DEVENS, LAURA | WHITFIELD BRYSON LLP | Plaintiff |
| Court | VINSON, ODESSA | WHITFIELD BRYSON LLP | Defendant |
| Court | GOFF, BONNIE L | Williams Hart Boundas Easterby, LLP | Plaintiff |
| Defense | HAMMOND, TRACY M | Williams Hart Boundas Easterby, LLP | Defendant |
| Defense | TAYLOR, SANDRA F. | Zoll & Kranz, LLC | Plaintiff |

**Appendix 2 – Wave One Cases: Removed**

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM | SANOFI COMMENT |
|---|---|---|---|
| Court | LAFERRIERE, KATHY | Allen & Nolte, PLLC | AGREED INELIGIBLE |
| Defense | MYERS, DEBRA | Allen & Nolte, PLLC | DISMISSED |
| Defense | PETERSON, KIRSTEN | Allen & Nolte, PLLC | DISMISSED |
| Plaintiff | TRIPP, VIOLET | Allen & Nolte, PLLC | AGREED INELIGIBLE |
| Court | BRACK, SANDRA | Atkins & Markoff | AGREED INELIGIBLE |
| Defense | PRYOR LYNCH, CAROLYN | Atkins & Markoff | DISMISSED |
| Plaintiff | ARAGON, FLORAIDA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Plaintiff | ASKEW, DOROTHY | Bachus & Schanker, LLC | AGREED INELIGIBLE |
| Plaintiff | BAUGH, DONNA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Court | CARINGER, KIMBERLY | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Plaintiff | COOPER, NANCY A | Bachus & Schanker, LLC | AGREED INELIGIBLE |
| Plaintiff | CUMMINGS, BERNICE | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Court | DEATON, MICHELLE | Bachus & Schanker, LLC | DISMISSAL FORTHCOMING |
| Court | DORSEY, LEDORA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | EAKINS, GRETCHEN | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Plaintiff | EKLUND, PATRICIA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | FULLER, ELLA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | JONES, CLARA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | KASSING, DEB | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Court | KOSKY, LYNN | Bachus & Schanker, LLC | AGREED INELIGIBLE |
| Court | SMITH, MARY JEAN | Bachus & Schanker, LLC | DISMISSED |
| Court | TOBIN, BARBARA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | YULO, MARIAN | Bachus & Schanker, LLC | DISMISSED |
| Court | RALLS, FINA | Bailey & Greer PLLC | DISMISSED |
| Court | HILLARD, MICHELLE | Baron & Budd | DISMISSED |
| Court | ALLEN, LOIS | Carey Danis & Lowe | DISMISSED |
| Court | BASTAJIAN, DEANNA | Cutter Law PC | DISMISSED |

| Court | REY, LINDSEY | Cutter Law PC | DISMISSED |
|---|---|---|---|
| Court | BUSH, LINDA | Fears \| Nachawati | RULED INELIGIBLE |
| Court | JOHNSON, TOMEKYA | Fears \| Nachawati | DISMISSED |
| Court | WALLER, JOYCE | Fears \| Nachawati | DISMISSED |
| Court | HOGAN, HESTER | Gomez Trial Attorneys | DISMISSED |
| Court | MERGENDAHL, DARLENE | Gomez Trial Attorneys | DISMISSED |
| Court | CHAMBERLAIN, FRANCES F | Johnson Becker | DISMISSED |
| Defense | HOLLINGS, ANNIE | Johnson Law Group | DISMISSED |
| Defense | POITRAS, JAYNE | Johnson Law Group | DISMISSED |
| Defense | WHITE, PATRICIA | KAGAN LEGAL GROUP | AGREED INELIGIBLE |
| Defense | ALSTON, SHIRLEY | Liska Exnicios Nungesser | AGREED INELIGIBLE |
| Court | BANISTER, KAREN L | Lowe Law Group | AGREED INELIGIBLE |
| Court | DUNN, PRECIOUS | Lowe Law Group | DISMISSED |
| Court | COAST, ANNE L | Martinez & McGuire PLLC | AGREED INELIGIBLE |
| Court | DOYLE, BETTY | McDonald Worley | DISMISSED |
| Defense | REIS, DONNA | McGartland Law Firm, PLLC | DISMISSED |
| Court | SELIMOVIC, INDIRA | McGartland Law Firm, PLLC | DISMISSED |
| Court | YOUNG, SHARON | McGartland Law Firm, PLLC | AGREED INELIGIBLE |
| Court | MATTHEWS, CAROLYN | McSweeney/Langevin LLC | RULED INELIGIBLE |
| Court | BLANKENSHIP, VIRGINIA S | Morgan and Morgan | AGREED INELIGIBLE |
| Defense | LIPFORD, PAULA | Morgan and Morgan | DISMISSED |
| Court | REYNOLDS, GLENDA H | Morgan and Morgan | DISMISSED |
| Court | SILVA, DENISE M | Morgan and Morgan | DISMISSED |
| Court | STEWART, ROSE M | Morgan and Morgan | DISMISSED |
| Court | KENNEDY, DIANE | Morris Bart, LLC | AGREED INELIGIBLE |
| Plaintiff | RIVERS, SHEILA | Napoli Shkolnik PLLC | RULED INELIGIBLE |
| Defense | MCCLOUD, BLONDELL | Niemeyer, Grebel & Kruse | AGREED INELIGIBLE |
| Court | BARNES FORD, ERIKA | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Defense | BUCK, DEBRA W | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Defense | DAVIS, JOYCE F | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | FREE, KRISTIN K | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | GALLOWAY, CHRISTINE N | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |

| Court | GENTILE, MARGARET | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
|---|---|---|---|
| Court | HELMS, SHERRY L | Pendley, Baudin & Coffin, L.L.P. | AGREED INELIGIBLE |
| Plaintiff | HOOKER, VERNITA | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | MCDUELL, ELAINE | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | TOLAND, GERREL | Pendley, Baudin & Coffin, L.L.P. | DELAYED TO WAVE 2 |
| Court | DAVIES, ANITA | Peterson & Associates, P.C. | DISMISSED |
| Court | BOECK HAMLIN, MARIANNE | Pittman, Dutton & Hellums, P.C. | AGREED INELIGIBLE |
| Court | BARKER, CHRISTINA | Pulaski Law Firm, PLLC | DELAYED TO WAVE 2 |
| Court | GADOLA, MARY | Pulaski Law Firm, PLLC | DISMISSED |
| Court | GARCIA, IVONE | Pulaski Law Firm, PLLC | DISMISSED |
| Court | GOTT, CAROL | Pulaski Law Firm, PLLC | DISMISSED |
| Defense | MOODY, MIMI | Pulaski Law Firm, PLLC | DISMISSED |
| Defense | SAMUELS, NATASHA | Pulaski Law Firm, PLLC | DISMISSED |
| Court | MIDDLEKAUFF, KRISTIE L | Reich and Binstock, LLP | AGREED INELIGIBLE |
| Defense | NEW, LINDA | Reich and Binstock, LLP | DISMISSAL FORTHCOMING |
| Defense | SIMCOX, CHRISTINE | Reich and Binstock, LLP | DISMISSED |
| Defense | FERNANDEZ, DONNA | Robins Kaplan LLP | DISMISSED |
| Defense | BURNEY, DINAH L | Roden Law | DISMISSED |
| Court | WAGNER, TERRY L | Shaw Cowart, LLP | DISMISSED |
| Plaintiff | TRAMMEL, LINDA | Simon Greenstone Panatier, P.C. | AGREED INELIGIBLE |
| Court | RODRIGUEZ, LINDA C | Summers & Johnson, P.C. | AGREED INELIGIBLE |
| Court | WALL, JO ANNE | The Gallagher Law Firm PLLC | DISMISSED |
| Court | BATTLE, LOU JEAN | The Murray Law Firm | AGREED INELIGIBLE |
| Court | CONN, BEATRICE | The Simon Law Firm, P.C. | DISMISSAL FORTHCOMING |
| Court | SIMPSON, SANDRA | Watts Guerra, LLP | AGREED INELIGIBLE |
| Defense | COLLETTO, ROBIN | WHITFIELD BRYSON LLP | AGREED INELIGIBLE |
| Plaintiff | JONES, CATHY A | Williams Hart Boundas Easterby, LLP | DELAYED TO WAVE 2 |
| Court | LUMLEY, CAROL | Williams Hart Boundas Easterby, LLP | DELAYED TO WAVE 2 |
| Court | ROBINSON, WILLIE D. | Zoll & Kranz, LLC | AGREED INELIGIBLE |