## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : : : : : : : : : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO: | | JUDGE KURT D. ENGELHARDT |
| Kimberly Ann Bryant    2:17-cv-16592 | | MAG. JUDGE MICHAEL B. NORTH |
| Edna Ebron    2:17-cv-16615 | | |
| Sequitta Frederick    2:17-cv-16624 | | |
| Leetricia Gross    2:17-cv-14053 | | |
| Joann Hernandez    2:17-cv-12631 | | |
| Darlene Mason    2:17-cv-16705 | | |
| Velesta Maxwell    2:17-cv-16718 | | |
| Shirley Pierini, et al.    2:17-cv-14736 | | |
| Leslie Powell    2:17-cv-16740 | | |
| Rosalind Williams    2:17-cv-16750 | | |

## **NOTICE OF APPEARANCE**

COMES NOW Mark R. Niemeyer with the law firm of Niemeyer, Grebel & Kruse, LLC and hereby enters his appearance on behalf of Plaintiffs in the above-referenced matters.

Respectfully submitted,

NIEMEYER, GREBEL & KRUSE, LLC

By   */s/ Mark R. Niemeyer*
      Mark R. Niemeyer    #42437
      211 N. Broadway, Suite 2950
      St. Louis, MO  63102
      314-241-1919 phone
      314-665-3017 fax
      niemeyer@ngklawfirm.com

SWMW L<small>AW</small>, LLC

*/s/ Tara K. King*
Melanie K. Schmickle, MO# 52176.
Tara K. King, MO #69171
701 Market Street, Ste. 1000
Phone: (314) 480-5180
Facsimile: (314) 932-1566
melanie@swmwlw.com
tara@swwmwlaw.com

***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

    I hereby certify that on August 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Mark R. Niemeyer*