UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL No. 2740

THIS DOCUMENT RELATES TO:

SECTION "H" (5)

Hilda Adams, Case No. 16-cv-17583
Gloria Cooper, Case No. 18-cv-194
Carol Woodson, Case No. 17-cv-12674
Arquice Conley, Case No. 18-cv-9799
Tina Hickey, Case No. 18-cv-4731

HON. JANE TRICHE MILAZZO

MAG. JUDGE MICHAEL B. NORTH

### EX PARTE JOINT MOTION TO EXTEND BRIEFING DEADLINES AND SET ORAL ARGUMENT DATE ON DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

Plaintiffs and Defendants Accord Healthcare, Inc., Sandoz Inc., and Hospira, Inc. and Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., jointly request that oral argument (Defendants' Request Doc. No. 14525) on Defendants' Joint Motion to Certify Order for Interlocutory Appeal (Doc. No. 14517) be set on October 28, 2022 at 10:00 a.m.  The parties further request that the deadline for plaintiffs to file their opposition memorandum be extended until September 22, 2022, and that defendants' deadline to file their reply brief be set for October 4, 2022.

Respectfully submitted:

*/s/ M. Palmer Lambert*
M. Palmer Lambert (Bar No. 33228)
**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC**
2800 Energy Centre
1100 Poydras Street
New Orleans, LA   70163
Telephone: 504-522-2304
*Plambert@gainsben.com*
*Plaintiffs' Co-Liaison Counsel*

*/s/ Dawn M. Barrios*
Dawn M. Barrios (Bar No. 2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras St., Suite 3650
New Orleans, LA   70139
Telephone: 504-524-3300
*barrios@bkc-law.com*
*Plaintiffs' Co-Liaison Counsel*

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, D.C. 20024
Telephone: 202-434-5000
*hhubbard@wc.com*
*rmoore@wc.com*
*nwadhwani@wc.com*

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
*olinde@chaffe.com*
*rotolo@chaffe.com*

*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, and Pfizer Inc.*

*/s/ Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda Sweet
**TUCKER ELLIS LLP**
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
*julie.callsen@tuckerellis.com*
*michael.ruttinger@tuckerellis.com*
*brenda.sweet@tuckerellis.com*
*Counsel for Defendant Accord Healthcare, Inc.*

2

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
*cohenl@gtlaw.com*
*merrellc@gtlaw.com*
*holdene@gtlaw.com*

Gregory E. Ostfeld
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312-476-5056
*Ostfeldg@gtlaw.com*

*Counsel for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022 a copy of the foregoing was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ John F. Olinde*

3