UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Hilda Adams, Case No. 16-cv-17583 | |
| Gloria Cooper, Case No. 18-cv-194 | HON. JANE TRICHE MILAZZO |
| Carol Woodson, Case No. 17-cv-12674 | |
| Arquice Conley, Case No. 18-cv-9799 | MAG. JUDGE MICHAEL B. NORTH |
| Tina Hickey, Case No. 18-cv-4731 | |

**O R D E R**

Considering the *Ex Parte* Joint Motion to Extend Briefing Deadlines and Set Oral Argument Date on Defendants' Joint Motion to Certify Order for Interlocutory Appeal,

**IT IS ORDERED** that Defendants' Joint Motion to Certify Order for Interlocutory Appeal (Doc. No. 14517) is hereby set for oral argument at 10:00 a.m. on October 28, 2022; the deadline for plaintiffs to file their opposition memorandum is September 22, 2022, and defendants' deadline to file their reply brief is October 4, 2022.

New Orleans, Louisiana this _____ day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE