# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Abramowitz | Susie | 2:18-cv-13448 | 12/11/2018 | No Amended PFS; Plaintiff admits to having responsive social media but failed to submit to Centrality; No CMO 12A | Both Sanofi and 505 |
| 2 | Adams | Glorous | 2:19-cv-02385 | 3/15/2019 | No Amended PFS; No CMO 12A | Both Sanofi and 505 |
| 3 | Akomas | Jackie | 2:17-cv-08399 | 8/28/2017 | Authorizations (Insurance authorization is not witnessed); Plaintiff is deceased; need suggestion of death filed, proper parties substituted | Sanofi |
| 4 | Anderson | Myrtis | 2:17-cv-17974 | 12/29/2017 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 5 | Arboite | Gaelle | 2:18-cv-01754 | 2/20/2018 | PFS Not Substantially Complete - No Proof of Use; Authorizations (Plaintiff inserted extraneous information in the addressee lines of the insurance authorization) | Sanofi |
| 6 | Archuleta | Pauline | 2:19-cv-12237 | 8/20/2019 | No Amended PFS; PFS Not Substantially Complete (digital before photos lack metadata) | Sanofi |
| 7 | Arreola | Dolores | 2:19-cv-14097 | 12/5/2019 | No Amended PFS; PFS Not Substantially Complete (digital before photo lacks metadata) | Sanofi |
| 8 | Arvizu | Irasena | 2:19-cv-02249 | 3/11/2019 | No Amended PFS | Sanofi |
| 9 | Ates | Devoria | 2:17-cv-02930 | 4/6/2017 | Authorizations (Insurance, disability and workers' compensation authorizations are not witnessed); Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 10 | Auria | Karen | 2:19-cv-12319 | 8/27/2019 | No Amended PFS | Both Sanofi and 505 |
| 11 | Bates | Mona | 2:18-cv-10848 | 11/12/2018 | PFS Not Substantially Complete - No before photos (digital before photos lack metadata) | Sanofi |
| 12 | Bateson | Bonni | 2:19-cv-02675 | 3/21/2019 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; No CMO 12A; Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 13 | Battle | Lou | 2:19-cv-00121 | 1/8/2019 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second treatment | Sanofi |
| 14 | Baugh | Donna | 2:17-cv-11746 | 11/3/2017 | PFS Not Substantially Complete - No Before Photos (digital before photo lacks metadata; Plaintiff appears to be wearing a wig) | Sanofi |
| 15 | Benjamin | Clementine | 2:17-cv-10293 | 10/8/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; Authorizations (fraudulent witness signatures); | Both Sanofi and 505 |
| 16 | Berry | Bevelyn | 2:17-cv-11827 | 11/5/2017 | PFS Not Substantially Complete - Only before photos are from before Plaintiff's first or second cancer treatments; need photos from after second cancer treatment but before Taxotere | Sanofi |
| 17 | Bibbs | Elizabeth | 2:19-cv-13254 | 10/24/2019 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 18 | Blake | Venita | 2:19-cv-13232 | 10/23/2019 | No Amended PFS | Sanofi |
| 19 | Blanford | Angelean | 2:17-cv-09285 | 9/19/2017 | Shell PFS; PFS Not Substantially Complete - Before photos are blurry; Authorizations (Authorizations are of such poor quality that they are illegible) | Sanofi |
| 20 | Blount | Petonia | 2:17-cv-09280 | 9/18/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 21 | Bluhm | Lois | 2:19-cv-13765 | 11/22/2019 | No Amended PFS | Sanofi |
| 22 | Bonds | Vera | 2:19-cv-01479 | 2/15/2019 | No Amended PFS | Sanofi |
| 23 | Boyd | Virginia | 2:18-cv-01314 | 2/8/2018 | No Amended PFS; Authorizations (fraudulent witness signatures) | Sanofi |
| 24 | Bridges | Shirley | 2:18-cv-01916 | 2/22/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; Authorizations (fraudulent witness signatures) | Both Sanofi and 505 |
| 25 | Brooks | Katie | 2:18-cv-13355 | 12/11/2018 | No Amended PFS | Both Sanofi and 505 |
| 26 | Brown | Irene | 2:18-cv-12379 | 12/4/2018 | No Amended PFS; Authorizations (Plaintiff inserted information in the addressee lines of the insurance authorization) | Sanofi |
| 27 | Brown | LaFonda | 2:19-cv-14013 | 12/3/2019 | PFS Not Substantially Complete - No before photos (digital before photos lack metadata) | Sanofi |
| 28 | Brown | Virginia | 2:16-cv-16897 | 11/14/2016 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Plaintiff failed to provide information in PFS for other cancer diagnosis/treatment | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 29 | Burgess | Vicki | 2:18-cv-09728 | 10/18/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 30 | Cammack | Wilda | 2:18-cv-12390 | 12/4/2018 | No Amended PFS | Sanofi |
| 31 | Campbell | Carolyn | 2:19-cv-13684 | 11/15/2019 | No Amended PFS; PFS Not Substantially Complete - No Before photos from within 5 years of chemo | Sanofi |
| 32 | Campos | Alma | 2:18-cv-12396 | 12/4/2018 | No Amended PFS | Sanofi |
| 33 | Carroll | Mary | 2:17-cv-10651 | 10/15/2017 | No Amended PFS; PFS Not Substantially Complete - Only after photos are from after third chemotherapy; need photos from after Taxotere but before thrid chemotherapy; Authorizations (Insurance authorization is not dated) | Sanofi |
| 34 | Castille | Genevieve | 2:19-cv-12234 | 8/20/2019 | No Amended PFS | Both Sanofi and 505 |
| 35 | Chesney | Christine | 2:19-cv-11867 | 7/25/2019 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 36 | Childs | Debra | 2:18-cv-11884 | 11/29/2018 | PFS Not Substantially Complete - No before photos | Sanofi |
| 37 | Church | Georgia | 2:18-cv-11886 | 11/29/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 38 | Clark | Sheila | 2:17-cv-11712 | 11/2/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS - photos may not be representative | Sanofi |
| 39 | Clink | Brenda | 2:17-cv-10299 | 10/9/2017 | No Amended PFS; Shell PFS; PFS not substantially complete - No after photos of eyebrows/eyelashes; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 40 | Cobb | Debra | 2:19-cv-12344 | 8/28/2019 | No Amended PFS; PFS not substantially complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 41 | Coles-Simmons | Detria | 2:19-cv-12343 | 8/28/2019 | No Amended PFS; No CMO 12A | Both Sanofi and 505 |
| 42 | Collins | Cheryl | 2:18-cv-05696 | 6/7/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted; PFS Not Substantially Complete - Failed to provide information in PFS for other cancer diagnosis/treatment | Sanofi |
| 43 | Colton | Joyce | 2:17-cv-09917 | 9/29/2017 | Authorizations (fraudulent witness signatures); PFS Not Substantially Complete - No Before Photos (wearing headband) | Sanofi |
| 44 | Commack | Yolanda | 2:20-cv-00301 | 1/28/2020 | No Amended PFS; Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 45 | Conaway | Angie | 2:18-cv-05854 | 6/13/2018 | No Amended PFS | Sanofi |
| 46 | Coney | Louistine | 2:17-cv-07117 | 7/25/2017 | No Amended PFS; Shell PFS | Sanofi |
| 47 | Conn | Beatrice | 2:17-cv-09897 | 9/29/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second treatment | Sanofi |
| 48 | Conner | Lynn | 2:19-cv-02695 | 3/21/2019 | No Amended PFS | Both Sanofi and 505 |
| 49 | Cook | Beverly | 2:19-cv-13227 | 10/23/2019 | No Amended PFS; No PTO 71A (Counsel failed to sign) | Sanofi |
| 50 | Cooper | June | 2:19-cv-12776 | 9/24/2019 | Shell PFS; Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 51 | Cooper | Mary | 2:19-cv-13550 | 11/11/2019 | No Amended PFS | Sanofi |
| 52 | Cooper | Nancy | 2:17-cv-08658 | 9/4/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 53 | Counts | Cindy | 2:18-cv-11889 | 11/29/2018 | No Amended PFS | Sanofi |
| 54 | Cox | Joan | 2:19-cv-13824 | 11/25/2019 | PFS Not Substantially Complete - No before photos | Sanofi |
| 55 | Crockett | Priscilla | 2:18-cv-10866 | 11/12/2018 | PFS Not Substantially Complete - No before photos (digital before photos lack metadata) | Sanofi |
| 56 | Crosby | Vivian | 2:19-cv-12146 | 8/13/2019 | PFS Not Substantially Complete - No before photos from within 5 years of treatment | Both Sanofi and 505 |
| 57 | Dalmau | Maritza | 2:22-cv-00651 | 3/14/2022 | Authorizations (Plaintiff inserted Counsel's name in addressee lines of HIPAA authorization; Insurance authorization is not witnessed); No PTO 71A | Sanofi |
| 58 | Davis | Alma | 2:18-cv-12237 | 12/4/2018 | PFS Not Substantially Complete - No accurately-dated before photos | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 59 | Delnigro | Ellen | 2:19-cv-12242 | 8/20/2019 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 60 | Deloach | Patricia | 2:17-cv-08340 | 8/28/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted | Sanofi |
| 61 | Dewdney | Jacqueline | 2:19-cv-13485 | 11/7/2019 | Authorizations (Insurance authorization is not witnessed) | Both Sanofi and 505 |
| 62 | Dials | Ernestine | 2:19-cv-13769 | 11/22/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; No Amended PFS | Sanofi |
| 63 | Dickson | Tracey | 2:18-cv-02926 | 3/19/2018 | No Amended PFS | Sanofi |
| 64 | Diforte | Jennifer | 2:19-cv-14693 | 12/20/2019 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 65 | Ditta | Linda | 2:16-cv-17303 | 12/14/2016 | Shell PFS; PFS Not Substantially Complete - Photos are not dated; No after photos of eyebrows/eyelashes; No Authorizations; No PTO 71A; Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 66 | Douglas | Cindy | 2:18-cv-12403 | 12/4/2018 | No Amended PFS; Authorizations (No psychiatric records authorization) | Sanofi |
| 67 | Douglas | Shirley | 2:19-cv-12445 | 9/4/2019 | No Amended PFS | Both Sanofi and 505 |
| 68 | Epps | Michelle | 2:19-cv-13125 | 10/14/2019 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 69 | Estes | Linda | 2:19-cv-11902 | 7/26/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; No Amended PFS | Sanofi |
| 70 | Evans | Rosa | 2:17-cv-11816 | 11/5/2017 | Shell PFS; Authorizations (Insurance authorization is not witnessed; fraudulent witness signatures on other authorizations) | Sanofi |
| 71 | Fasano | Constance | 2:18-cv-12244 | 12/4/2018 | PFS Not Substantially Complete - Only after photos are from after second cancer diagnosis/treatment; need photos after Taxotere but before second cancer | Sanofi |
| 72 | Ferguson | Ronda | 2:17-cv-11442 | 10/29/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 73 | Ferraiolo | Anne | 2:18-cv-01329 | 2/8/2018 | No Amended PFS; Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 74 | Fields | Cynthia | 2:19-cv-12782 | 9/24/2019 | No Amended PFS; PFS Not Substantially Complete (digital before photos lack metadata) | Sanofi |
| 75 | Fletcher | Arlene | 2:18-cv-01757 | 2/20/2018 | Authorizations (fraudulent witness signatures) | Sanofi |
| 76 | Forte | Georgia | 2:16-cv-17187 | 12/12/2016 | PFS Not Substantially Complete - No before photos (digital before photos lack metadata) | Both Sanofi and 505 |
| 77 | Fox | Margie | 2:17-cv-16666 | 12/11/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; Authorizations (fraudulent witness signatures); Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 78 | Garnett | Vanessa | 2:19-cv-13483 | 11/7/2019 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 79 | Garvin | Marion | 2:17-cv-10236 | 10/6/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 80 | Gasper | Francine | 2:18-cv-12407 | 12/4/2018 | No Amended PFS | Sanofi |
| 81 | Gaston | Mary | 2:17-cv-07121 | 7/26/2017 | Authorizations (fraudulent witness signatures) | Sanofi |
| 82 | German | April | 2:18-cv-12408 | 12/4/2018 | No Amended PFS | Sanofi |
| 83 | Giel | Diane | 2:18-cv-01331 | 2/8/2018 | Authorizations (HIPAA is not dated; Disability and Workers Comp authorizations are not signed) | Sanofi |
| 84 | Goode | Maureen | 2:20-cv-00388 | 2/4/2020 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; No CMO 12A | Both Sanofi and 505 |
| 85 | Green | Arlene | 2:17-cv-10107 | 10/4/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS - photos may not be representative | Sanofi |
| 86 | Griffith | Joyce | 2:18-cv-04158 | 4/23/2018 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 87 | Gudger | Emma | 2:18-cv-08758 | 9/19/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 88 | Haggerty | Sheila | 2:16-cv-15782 | 10/24/2016 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 89 | Hall | Peggy | 2:19-cv-11104 | 6/10/2019 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 90 | Hawkins | Tehisha | 2:19-cv-14326 | 12/9/2019 | No Amended PFS; PFS Not Substantially Complete - No before photos | Sanofi |
| 91 | Helms | Sherry | 2:17-cv-07774 | 8/11/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second treatment | Sanofi |
| 92 | Hill | Linda | 2:19-cv-14245 | 12/8/2019 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 93 | Hoggard | Maranne | 2:18-cv-13513 | 12/11/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 94 | Hornsby | Kathleen | 2:16-cv-17588 | 11/23/2016 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 95 | Hrabovsky | Sharon | 2:18-cv-07866 | 8/17/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 96 | Huerta | Victoria | 2:18-cv-13523 | 12/11/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 97 | Jackson | Karen | 2:19-cv-14213 | 12/6/2019 | No Amended PFS; Authorizations (fraudulent witness signature on insurance authorization); Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 98 | Jenkins | Grace | 2:19-cv-11800 | 7/23/2019 | PFS Not Substantially Complete – No before photos from within 5 years of treatment | Sanofi |
| 99 | Jones | Dorla | 2:19-cv-02525 | 3/20/2019 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 100 | Joy | Della | 2:17-cv-11338 | 10/26/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 101 | Kamenicky | Mamta | 2:18-cv-12236 | 12/4/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 102 | Kassing | Deb | 2:18-cv-12473 | 12/5/2018 | PFS Not Substantially Complete - No accurately-dated before photos from within 5 years of chemotherapy | Sanofi |
| 103 | Kennedy | Diane | 2:18-cv-06307 | 6/28/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 104 | Kirksey | Tonya | 2:19-cv-02425 | 3/18/2019 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 105 | Labrot | Deane | 2:17-cv-18007 | 12/30/2017 | Authorizations (Signed by improper party - Plaintiff deceased and no Suggestion of Death or Substitution of Party filed) | Sanofi |
| 106 | Lavey | Mary | 2:18-cv-09926 | 10/24/2018 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 107 | Lopez | Loretta | 2:19-cv-12961 | 10/4/2019 | No Amended PFS; PFS Not Substantially Complete - No before photos (digital before photos lack metadata); No insurance authorization | Sanofi |
| 108 | Love | Margert | 2:17-cv-13061 | 11/22/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 109 | Luke | Nancy | 2:18-cv-11905 | 11/29/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 110 | Matthews | Gwendolyn | 2:18-cv-12214 | 12/3/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 111 | McCloud | Blondell | 2:18-cv-12998 | 12/10/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 112 | Mitchell | Elizabeth | 2:18-cv-12300 | 12/4/2018 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 113 | Mitchell | Marvin | 2:17-cv-09530 | 9/23/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality; Authorizations (No psychiatric records authorization) | Sanofi |
| 114 | Montgomery | Johnnye | 2:18-cv-08231 | 8/30/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 115 | Moore-Roldan | Margaret | 2:17-cv-10541 | 10/11/2017 | Only before photos are from before first chemo; need photos from after first chemo but before Taxotere; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 116 | Mulina | Tracy | 2:16-cv-17305 | 12/14/2016 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 117 | Nicholson | Rena | 2:17-cv-00147 | 1/6/2017 | PFS Substantially Complete - No after photos; Before photo is not dated | Sanofi |
| 118 | Patrick | Deborah | 2:18-cv-12284 | 12/4/2018 | No Amended PFS; PFS Not Substantially Complete - No before photos (digital before photo lacks metadata) | Sanofi |
| 119 | Patrick | Phyllis | 2:18-cv-10800 | 11/10/2018 | PFS Not Substantially Complete - No before photos (digital before photos lack metadata) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 120 | Patterson | Karen | 2:16-cv-17320 | 12/14/2016 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 121 | Ramsey | Jamie | 2:19-cv-13902 | 11/26/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 122 | Ritchie | Brenda | 2:17-cv-13073 | 11/22/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 123 | Robinson | Willie | 2:17-cv-13485 | 11/28/2017 | Shell PFS; PFS Not Substantially Complete - Only after photos are from after 2nd cancer treatment; need photos from after Taxotere but before second treatment; Authorizations (Failed to leave top addressee lines of the authorizations blank) | Both Sanofi and 505 |
| 124 | Rodriguez | Sindy | 2:19-cv-14063 | 12/4/2019 | PFS Not Substantially Complete - No before photos (digital before photos lack metadata) | Sanofi |
| 125 | Schroeder | Kristen | 2:20-cv-00317 | 1/29/2020 | No Amended PFS; Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 126 | Scothern | Teri | 2:19-cv-12385 | 8/30/2019 | No Amended PFS; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 127 | Sheard | Lisa | 2:17-cv-10657 | 10/16/2017 | PFS Not Substantially Complete - No before photos (digital before photos lack metadata); Plaintiff failed to provide information for other cancer diagnosis/treatment | Sanofi |
| 128 | Siebenaler | Dawn | 2:17-cv-16400 | 12/9/2017 | Authorizations (fraudulent witness signatures) | Sanofi |
| 129 | Simpson | Sandra | 2:17-cv-09296 | 9/19/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 130 | Snerling | Judy | 2:19-cv-12366 | 8/29/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - No before photos (digital before photo lacks metadata) | Both Sanofi and 505 |
| 131 | Speaks | Martha | 2:17-cv-12987 | 11/21/2017 | No Amended PFS | Sanofi |
| 132 | Stocks | Gloria | 2:17-cv-13762 | 11/30/2017 | Plaintiff is deceased; need proper parties substituted and death certificate submitted to Centrality; Authorizations (Psychiatric record authorization is not dated) | Sanofi |
| 133 | Storms | Jacqueline | 2:20-cv-00466 | 2/10/2020 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality. | Sanofi |
| 134 | Tanda | Ingrid | 2:18-cv-01611 | 2/15/2018 | Shell PFS; Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 135 | Taylor | Lacey | 2:18-cv-07295 | 8/1/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; Authorizations (No insurance or disability authorizations); No PTO 71A (Counsel failed to sign) | Sanofi |
| 136 | Tobin | Barbara | 2:18-cv-13489 | 12/11/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 137 | Tracey | Stacy | 2:17-cv-09743 | 9/27/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 138 | Tripp | Violet | 2:17-cv-12223 | 11/10/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 139 | Weathersby | Gloria | 2:16-cv-15610 | 10/15/2016 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted | Sanofi |
| 140 | White | Patricia | 2:18-cv-11641 | 11/28/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 141 | Wilkins (Watkins) | Kimberlee | 2:17-cv-12234 | 11/10/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 142 | Williams | Evelyn | 2:18-cv-12247 | 12/4/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 143 | Williams | Patrice | 2:19-cv-13466 | 11/6/2019 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos after Taxotere but before second chemotherapy; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 144 | Wilson | Daphne | 2:17-cv-15830 | 12/8/2017 | PFS Not Substantially Complete - No before photos (digital before photo lacks metadata) | Sanofi |
| 145 | Woehr | Rose | 2:18-cv-13309 | 12/11/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 146 | Zanders | Dollie | 2:16-cv-17335 | 12/14/2016 | PFS Not Substantially Complete - No before photos; Plaintiff failed to provide information for other cancer diagnoses/treatments; No Authorizations; No PTO 71A | Sanofi |