# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Etheridge | Carisa | 2:17-cv-09431 | 9/21/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 2 | Ford | Jean | 2:17-cv-02551 | 3/27/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer diagnosis/treatment; need photos from after Taxotere but before second treatment | Sanofi |
| 3 | Johnson-Brinker | Tandra | 2:18-cv-13078 | 12/10/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 4 | Malone | Michele | 2:17-cv-10978 | 10/21/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 5 | Mapp | Jo'Ann | 2:17-cv-08507 | 8/31/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer diagnosis/treatment; need photos from after Taxotere but before second treatment | Sanofi |
| 6 | Patterson | Mattie | 2:16-cv-17072 | 12/11/2016 | PFS Not Substantially Complete - Only before photo is from before first cancer treatment; need photos from after first cancer treatment but before Taxotere | Sanofi |
| 7 | Russell | Madis | 2:17-cv-00117 | 1/5/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative; Plaintiff is deceased; need proper parties substituted | Both Sanofi and 505 |
| 8 | Smith | Roanna | 2:18-cv-13220 | 12/10/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy; submitted photos lack metadata | Sanofi |
| 9 | Smith | Judy | 2:17-cv-09744 | 9/28/2017 | PFS Not Substantially Complete - Only before photo is from before first cancer treatment; need photos from after first cancer treatment but before Taxotere | Sanofi |
| 10 | Swann | Ellen | 2:17-cv-09542 | 9/23/2017 | PFS Not Substantially Complete - No before photos; Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 11 | Todd | Tillie | 2:17-cv-16640 | 12/11/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 12 | White | Florean | 2:16-cv-17068 | 12/11/2016 | PFS Not Substantially Complete - Only after photos are from after second cancer diagnosis/treatment; need photos from after Taxotere but before second treatment | Sanofi |