# EXHIBIT C

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 1 | Brown | Cynthia | 2:17-cv-04504 | Allan Berger & Associates, PLC | 5/2/2017 | Lack of CMO-12A Product ID |
| 2 | Elphage | Cora | 2:17-cv-05762 | Allan Berger & Associates, PLC | 6/13/2017 | Lack of CMO-12A Product ID |
| 3 | Smith | Willie M. | 2:17-cv-10116 | Allan Berger & Associates, PLC | 10/4/2017 | Lack of CMO-12A Product ID |
| 4 | Fortsch | Karen | 2:18-cv-12989 | Allen & Nolte, PLLC | 12/10/2018 | Lack of CMO-12A Product ID |
| 5 | Givens | Annie | 2:18-cv-12808 | Allen & Nolte, PLLC | 12/7/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 6 | Harbin | Michelle | 2:18-cv-12355 | Allen & Nolte, PLLC | 12/4/2018 | Lack of CMO-12A Product ID |
| 7 | Leonard | Chantee | 2:20-cv-03344 | Allen & Nolte, PLLC | 12/9/2020 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 8 | Hubbard | Alice | 2:18-cv-12549 | Atkins & Markoff | 12/6/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 9 | Hughes | Alice | 2:18-cv-06273 | Atkins & Markoff | 6/26/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 10 | Johnson | Antoinette | 2:18-cv-12644 | Atkins & Markoff | 12/6/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 11 | Jones | Dana L. | 2:17-cv-14391 | Atkins & Markoff | 12/4/2017 | Rollover from 4/28/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 12 | Krehl | Patti | 2:17-cv-14419 | Atkins & Markoff | 12/4/2017 | Lack of CMO-12A Product ID |
| 13 | Patterson | Lakeesha | 2:18-cv-12581 | Atkins & Markoff | 12/6/2018 | Lack of CMO-12A Product ID |
| 14 | Whittaker | Kim | 2:17-cv-15171 | Atkins & Markoff | 1/18/2018 | Lack of CMO-12A Product ID |
| 15 | Adams | Glorous | 2:19-cv-02385 | Bachus & Schanker, LLC | 3/15/2019 | Lack of CMO-12A Product ID |
| 16 | Allen | Dalphine | 2:18-cv-01431 | Bachus & Schanker, LLC | 2/12/2018 | Lack of CMO-12A Product ID |
| 17 | Auria | Karen | 2:19-cv-12319 | Bachus & Schanker, LLC | 8/27/2019 | Lack of CMO-12A Product ID |
| 18 | Bateson | Bonni | 2:19-cv-02675 | Bachus & Schanker, LLC | 3/21/2019 | Lack of CMO-12A Product ID |
| 19 | Bellmore | Annette | 2:17-cv-10105 | Bachus & Schanker, LLC | 10/3/2017 | Lack of CMO-12A Product ID |
| 20 | Bibbs | Elizabeth | 2:19-cv-13254 | Bachus & Schanker, LLC | 10/24/2019 | Lack of CMO-12A Product ID |
| 21 | Brooks | Katie | 2:18-cv-13355 | Bachus & Schanker, LLC | 12/11/2018 | Lack of CMO-12A Product ID |
| 22 | Bryant | Mildred | 2:19-cv-12440 | Bachus & Schanker, LLC | 9/4/2019 | Lack of CMO-12A Product ID |
| 23 | Burton-Crawford | Cynthia | 2:17-cv-16948 | Bachus & Schanker, LLC | 12/11/2017 | Lack of CMO-12A Product ID |
| 24 | Campbell | Maria | 2:18-cv-11848 | Bachus & Schanker, LLC | 11/29/2018 | Lack of CMO-12A Product ID |
| 25 | Castille | Genevieve | 2:19-cv-12234 | Bachus & Schanker, LLC | 8/20/2019 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 26 | Chesney | Christine | 2:19-cv-11867 | Bachus & Schanker, LLC | 7/25/2019 | Lack of CMO-12A Product ID |
| 27 | Conn | Linda | 2:19-cv-02399 | Bachus & Schanker, LLC | 3/15/2019 | Lack of CMO-12A Product ID |
| 28 | Conner | Lynn | 2:19-cv-02695 | Bachus & Schanker, LLC | 3/21/2019 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 29 | Crawford | Gwendolyn | 2:16-cv-17151 | Bachus & Schanker, LLC | 12/12/2016 | Rollover from 5/2/22 CMO-12A Show Cause Hearing |
| 30 | Detrixhe | Karen | 2:16-cv-15313 | Bachus & Schanker, LLC | 10/14/2016 | Lack of CMO-12A Product ID |
| 31 | Douglas | Shirley | 2:19-cv-12445 | Bachus & Schanker, LLC | 9/4/2019 | Lack of CMO-12A Product ID |
| 32 | Dowd | Gloria | 2:18-cv-01445 | Bachus & Schanker, LLC | 2/12/2018 | Lack of CMO-12A Product ID |
| 33 | Duy | Roberta | 2:17-cv-16425 | Bachus & Schanker, LLC | 12/9/2017 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 34 | Fitzgerald | Denise | 2:19-cv-02490 | Bachus & Schanker, LLC | 3/19/2019 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 35 | Garcia | Esperanza | 2:19-cv-02416 | Bachus & Schanker, LLC | 3/18/2019 | Lack of CMO-12A Product ID |
| 36 | Giedt | Doris | 2:19-cv-02419 | Bachus & Schanker, LLC | 3/18/2019 | Lack of CMO-12A Product ID |
| 37 | Goldsboro | Patricia | 2:18-cv-12441 | Bachus & Schanker, LLC | 12/5/2018 | Lack of CMO-12A Product ID |
| 38 | Goode | Maureen | 2:20-cv-00388 | Bachus & Schanker, LLC | 2/4/2020 | Lack of CMO-12A Product ID |
| 39 | Gray | Margarita | 2:17-cv-16247 | Bachus & Schanker, LLC | 12/9/2017 | Lack of CMO-12A Product ID |
| 40 | Griffin | Angela | 2:17-cv-11806 | Bachus & Schanker, LLC | 11/5/2017 | Lack of CMO-12A Product ID |
| 41 | Grimes | Christine | 2:19-cv-12312 | Bachus & Schanker, LLC | 8/27/2019 | Lack of CMO-12A Product ID |
| 42 | Guthrie | Gisele | 2:17-cv-17709 | Bachus & Schanker, LLC | 12/22/2017 | Lack of CMO-12A Product ID |
| 43 | Hall | Peggy | 2:19-cv-11104 | Bachus & Schanker, LLC | 6/10/2019 | Lack of CMO-12A Product ID |
| 44 | Hohenberg | Johnna | 2:18-cv-12467 | Bachus & Schanker, LLC | 12/5/2018 | Rollover from 5/2/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 45 | Houser | Julie | 2:19-cv-12335 | Bachus & Schanker, LLC | 8/28/2019 | Lack of CMO-12A Product ID |
| 46 | Jefferson | Charlotte | 2:17-cv-00756 | Bachus & Schanker, LLC | 1/27/2017 | Rollover from 5/2/22 CMO-12A Show Cause Hearing |
| 47 | Jones | Monica | 2:19-cv-13741 | Bachus & Schanker, LLC | 11/20/2019 | Lack of CMO-12A Product ID |
| 48 | Kelley | Regina | 2:19-cv-02492 | Bachus & Schanker, LLC | 3/19/2019 | Lack of CMO-12A Product ID |
| 49 | Koziol | Renee | 2:19-cv-12453 | Bachus & Schanker, LLC | 9/5/2019 | Lack of CMO-12A Product ID |
| 50 | Lawrence | Dorothy | 2:17-cv-12246 | Bachus & Schanker, LLC | 11/12/2017 | Rollover from 5/2/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 51 | Leier | Penelope | 2:19-cv-14262 | Bachus & Schanker, LLC | 12/8/2019 | Lack of CMO-12A Product ID |
| 52 | Major | Bridgette | 2:19-cv-12303 | Bachus & Schanker, LLC | 8/27/2019 | Lack of CMO-12A Product ID |
| 53 | Mann | Catherine | 2:19-cv-13047 | Bachus & Schanker, LLC | 10/8/2019 | Lack of CMO-12A Product ID |
| 54 | Marks | Donna | 2:19-cv-09920 | Bachus & Schanker, LLC | 4/30/2019 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 55 | May | Sonndra | 2:19-cv-12708 | Bachus & Schanker, LLC | 9/20/2019 | Lack of CMO-12A Product ID |
| 56 | McCall | Doris | 2:19-cv-13386 | Bachus & Schanker, LLC | 11/1/2019 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 57 | McCallon | Mary | 2:19-cv-12999 | Bachus & Schanker, LLC | 10/7/2019 | Lack of CMO-12A Product ID |
| 58 | Mcclellan | Derhonda | 2:18-cv-12515 | Bachus & Schanker, LLC | 12/5/2018 | Rollover from 5/2/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 59 | McNeil | Carolyn | 2:19-cv-10898 | Bachus & Schanker, LLC | 6/5/2019 | Lack of CMO-12A Product ID |
| 60 | Miles | Marilyn | 2:19-cv-03429 | Bachus & Schanker, LLC | 3/26/2019 | Lack of CMO-12A Product ID |
| 61 | Miller | Astrida | 2:17-cv-16393 | Bachus & Schanker, LLC | 12/9/2017 | Lack of CMO-12A Product ID |
| 62 | Miller | Marylou | 2:19-cv-12815 | Bachus & Schanker, LLC | 9/25/2019 | Lack of CMO-12A Product ID |
| 63 | Morris | Debbie | 2:19-cv-12373 | Bachus & Schanker, LLC | 8/29/2019 | Lack of CMO-12A Product ID |
| 64 | Nelson | Gerri | 2:19-cv-12339 | Bachus & Schanker, LLC | 8/28/2019 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 65 | Noel | Cynthia | 2:19-cv-11924 | Bachus & Schanker, LLC | 7/30/2019 | Lack of CMO-12A Product ID |
| 66 | O'Brien | Megan | 2:19-cv-12551 | Bachus & Schanker, LLC | 9/11/2019 | Lack of CMO-12A Product ID |
| 67 | Omofoma | Nkechi | 2:18-cv-12602 | Bachus & Schanker, LLC | 12/6/2018 | Lack of CMO-12A Product ID |
| 68 | Orazio | Maureen | 2:19-cv-13273 | Bachus & Schanker, LLC | 10/25/2019 | Lack of CMO-12A Product ID |
| 69 | Owten | Yolanda | 2:19-cv-02763 | Bachus & Schanker, LLC | 3/22/2019 | Lack of CMO-12A Product ID |
| 70 | Payne | Jamie | 2:18-cv-11877 | Bachus & Schanker, LLC | 11/29/2018 | Lack of CMO-12A Product ID |
| 71 | Peebles | Joyce | 2:19-cv-12532 | Bachus & Schanker, LLC | 9/11/2019 | Lack of CMO-12A Product ID |
| 72 | Perkins | Pamela | 2:19-cv-02707 | Bachus & Schanker, LLC | 3/21/2019 | Lack of CMO-12A Product ID |
| 73 | Phillips | Gail | 2:19-cv-09921 | Bachus & Schanker, LLC | 4/30/2019 | Lack of CMO-12A Product ID |
| 74 | Pickett | Debra | 2:19-cv-11105 | Bachus & Schanker, LLC | 6/10/2019 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 75 | Ragland | Patsy | 2:19-cv-12540 | Bachus & Schanker, LLC | 9/11/2019 | Lack of CMO-12A Product ID |
| 76 | Reyes | Anna Marie | 2:19-cv-13495 | Bachus & Schanker, LLC | 11/7/2019 | Lack of CMO-12A Product ID |
| 77 | Rhodes | Elizabeth | 2:18-cv-02942 | Bachus & Schanker, LLC | 3/19/2018 | Lack of CMO-12A Product ID |
| 78 | Rivera | Maria | 2:19-cv-12306 | Bachus & Schanker, LLC | 8/27/2019 | Lack of CMO-12A Product ID |
| 79 | Robinson | Denise | 2:19-cv-12550 | Bachus & Schanker, LLC | 9/11/2019 | Lack of CMO-12A Product ID |
| 80 | Robinson | Eleanora | 2:19-cv-12358 | Bachus & Schanker, LLC | 8/29/2019 | Lack of CMO-12A Product ID |
| 81 | Smith | Lynda | 2:19-cv-12480 | Bachus & Schanker, LLC | 9/6/2019 | Lack of CMO-12A Product ID |
| 82 | Smith | Marian | 2:19-cv-03290 | Bachus & Schanker, LLC | 3/25/2019 | Lack of CMO-12A Product ID |
| 83 | Smith | Tammy | 2:19-cv-12535 | Bachus & Schanker, LLC | 9/11/2019 | Lack of CMO-12A Product ID |
| 84 | Snerling | Judy | 2:19-cv-12366 | Bachus & Schanker, LLC | 8/29/2019 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 85 | Stout | Darlene | 2:19-cv-12456 | Bachus & Schanker, LLC | 9/5/2019 | Lack of CMO-12A Product ID |
| 86 | Thomas | Michelle | 2:19-cv-12034 | Bachus & Schanker, LLC | 8/6/2019 | Lack of CMO-12A Product ID |
| 87 | Thomas | Patricia | 2:19-cv-12455 | Bachus & Schanker, LLC | 9/5/2019 | Lack of CMO-12A Product ID |
| 88 | Thomas | Regina | 2:19-cv-02240 | Bachus & Schanker, LLC | 3/11/2019 | Lack of CMO-12A Product ID |
| 89 | Thornton | Diane | 2:17-cv-00734 | Bachus & Schanker, LLC | 1/27/2017 | Lack of CMO-12A Product ID |
| 90 | Thrower | Lillie | 2:19-cv-12500 | Bachus & Schanker, LLC | 9/9/2019 | Lack of CMO-12A Product ID |
| 91 | Todd | Jackie | 2:19-cv-12334 | Bachus & Schanker, LLC | 8/28/2019 | Lack of CMO-12A Product ID |
| 92 | Waiters | India | 2:19-cv-13984 | Bachus & Schanker, LLC | 12/3/20198 | Lack of CMO-12A Product ID |
| 93 | Waldroup | Nancy | 2:17-cv-11812 | Bachus & Schanker, LLC | 11/5/2017 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 94 | Wells | Regina | 2:19-cv-12478 | Bachus & Schanker, LLC | 9/6/2019 | Lack of CMO-12A Product ID |
| 95 | West | Robin | 2:19-cv-14084 | Bachus & Schanker, LLC | 12/5/2019 | Lack of CMO-12A Product ID |
| 96 | Alton | Denise | 2:18-cv-14052 | Baron & Budd | 12/20/2018 | Lack of CMO-12A Product ID |
| 97 | Feeherty | Sequoia | 2:19-cv-09670 | Baron & Budd | 4/23/2019 | Lack of CMO-12A Product ID |
| 98 | Tutt | Shanda | 2:19-cv-01715 | Baron & Budd | 2/25/2019 | Lack of CMO-12A Product ID |
| 99 | Wallace | Vicky | 2:19-cv-11456 | Baron & Budd | 7/1/2019 | Lack of CMO-12A Product ID |
| 100 | Wilson | Queen | 2:18-cv-04461 | Brent Coon & Associates | 4/30/2018 | Lack of CMO-12A Product ID |
| 101 | Hager | Bobbi Jo | 2:17-cv-14397 | Brown & Crouppen, P.C. | 12/4/2017 | Lack of CMO-12A Product ID |
| 102 | Hughes | Marie | 2:19-cv-01903 | Brown & Crouppen, P.C. | 3/1/2019 | Lack of CMO-12A Product ID |
| 103 | Kyle | Eloise | 2:17-cv-14446 | Brown & Crouppen, P.C. | 12/4/2017 | Lack of CMO-12A Product ID |
| 104 | Tallent | Wanda | 2:17-cv-14661 | Brown & Crouppen, P.C. | 12/5/2017 | Lack of CMO-12A Product ID |
| 105 | Bordus | Leslie | 2:19-cv-13736 | Canepa Riedy Abele | 11/20/2019 | Lack of CMO-12A Product ID |
| 106 | Colar | Gennisa | 2:19-cv-14569 | Canepa Riedy Abele | 12/11/2019 | Lack of CMO-12A Product ID |
| 107 | Jones | Wanda | 2:19-cv-13756 | Canepa Riedy Abele | 11/21/2019 | Lack of CMO-12A Product ID |
| 108 | Spada | Donna | 2:19-cv-12775 | Canepa Riedy Abele | 9/24/2019 | Lack of CMO-12A Product ID |
| 109 | Davis | Vivian | 2:18-cv-13239 | Carey Danis & Lowe | 12/10/2018 | Lack of CMO-12A Product ID |
| 110 | Harris | Nancy | 2:18-cv-13167 | Carey Danis & Lowe | 12/10/2018 | Lack of CMO-12A Product ID |
| 111 | Barker | Nancy | 2:18-cv-13341 | Cutter Law PC | 12/11/2018 | Lack of CMO-12A Product ID |
| 112 | Byrd | Catherine | 2:18-cv-13154 | Cutter Law PC | 12/10/2018 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 113 | Chavis | Derena | 2:18-cv-13158 | Cutter Law PC | 12/10/2018 | Lack of CMO-12A Product ID |
| 114 | Mitchell | Tamara | 2:18-cv-11770 | Cutter Law PC | 11/29/2018 | Lack of CMO-12A Product ID |
| 115 | Murphy | Natasha | 2:19-cv-14003 | Cutter Law PC | 12/3/2019 | Lack of CMO-12A Product ID |
| 116 | Scott | Beverly | 2:18-cv-11774 | Cutter Law PC | 11/29/2018 | Lack of CMO-12A Product ID |
| 117 | Volentine | Donna | 2:18-cv-09118 | Davis & Crump, PC | 10/2/2018 | Lack of CMO-12A Product ID |
| 118 | Lee-Nunn | Connie | 2:17-cv-14155 | Diamond Law | 12/3/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 119 | Belton | Earnestine | 2:20-cv-02218 | Fears | Nachawati | 8/10/2020 | Lack of CMO-12A Product ID |
| 120 | Betties | Geneva | 2:18-cv-13774 | Fears | Nachawati | 12/14/2018 | Lack of CMO-12A Product ID |
| 121 | Blocker | Carolyn | 2:19-cv-00077 | Fears | Nachawati | 1/4/2019 | Lack of CMO-12A Product ID |
| 122 | Bokelkamp | Heather | 2:18-cv-13642 | Fears | Nachawati | 12/13/2018 | Lack of CMO-12A Product ID |
| 123 | Burgess | Vicki | 2:18-cv-09728 | Fears | Nachawati | 10/18/2018 | Lack of CMO-12A Product ID |
| 124 | Cantrell | Donna | 2:19-cv-00046 | Fears | Nachawati | 1/4/2019 | Lack of CMO-12A Product ID |
| 125 | Dieudonne | Alice | 2:18-cv-13667 | Fears | Nachawati | 12/13/2018 | Lack of CMO-12A Product ID |
| 126 | Dilorenzo | Renee | 2:18-cv-13655 | Fears | Nachawati | 12/13/2018 | Lack of CMO-12A Product ID |
| 127 | English | Donna | 2:18-cv-13641 | Fears | Nachawati | 12/13/2018 | Lack of CMO-12A Product ID |
| 128 | Ivery | Stephanie | 2:19-cv-00080 | Fears | Nachawati | 1/7/2019 | Lack of CMO-12A Product ID |
| 129 | Johnson | Robin | 2:19-cv-14563 | Fears | Nachawati | 12/11/2019 | Lack of CMO-12A Product ID |
| 130 | Knight-Crank | Misty | 2:19-cv-00093 | Fears | Nachawati | 1/7/2019 | Lack of CMO-12A Product ID |
| 131 | Long | Joyce | 2:19-cv-00064 | Fears | Nachawati | 1/4/2019 | Lack of CMO-12A Product ID |
| 132 | Loomis | Linda | 2:21-cv-01677 | Fears | Nachawati | 9/10/2021 | Lack of CMO-12A Product ID |
| 133 | Manderson | Hope | 2:18-cv-13739 | Fears | Nachawati | 12/13/2018 | Lack of CMO-12A Product ID |
| 134 | Phipps | Margarette | 2:20-cv-00578 | Fears | Nachawati | 2/18/2020 | Lack of CMO-12A Product ID |
| 135 | Pulliam | Lisa | 2:19-cv-00090 | Fears | Nachawati | 1/7/2019 | Lack of CMO-12A Product ID |
| 136 | Sanchez | Lisa | 2:18-cv-09274 | Fears | Nachawati | 10/5/2018 | Lack of CMO-12A Product ID |
| 137 | Snow | Dorris J. | 2:18-cv-05775 | Fears | Nachawati | 6/9/2018 | Lack of CMO-12A Product ID |
| 138 | Stubbs | Kalita | 2:18-cv-12800 | Fears | Nachawati | 12/7/2018 | Lack of CMO-12A Product ID |
| 139 | Brown | Debra | 2:19-cv-10821 | Ferrer, Poirot & Wansbrough | 5/30/2019 | Lack of CMO-12A Product ID |
| 140 | Lockett | Alice | 2:19-cv-12342 | Ferrer, Poirot & Wansbrough | 8/28/2019 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 141 | Rangel de Castaneda | Otilia | 2:19-cv-11235 | Ferrer, Poirot & Wansbrough | 6/15/2019 | Lack of CMO-12A Product ID |
| 142 | Tucker | Beulah | 2:19-cv-09848 | Ferrer, Poirot & Wansbrough | 4/29/2019 | Lack of CMO-12A Product ID |
| 143 | Bramlett | Fanny | 2:19-cv-02211 | Fox and Farley | 3/8/2019 | Lack of CMO-12A Product ID |
| 144 | Lamberty | Matilda | 2:19-cv-12454 | FrancoLaw, PLLC | 9/5/2019 | Lack of CMO-12A Product ID |
| 145 | Bobay | Carol | 2:19-cv-09789 | Gibbs Law Group LLP | 4/25/2019 | Lack of CMO-12A Product ID |
| 146 | Brown | Alice F. | 2:17-cv-09640 | Gibbs Law Group LLP | 9/26/2017 | Lack of CMO-12A Product ID |
| 147 | Montague | Collete | 2:17-cv-05979 | Gibbs Law Group LLP | 6/20/2017 | Lack of CMO-12A Product ID |
| 148 | Quenzer | Mary Patricia | 2:17-cv-16112 | Gibbs Law Group LLP | 12/8/2017 | Lack of CMO-12A Product ID |
| 149 | Weber | Shannon | 2:17-cv-08151 | Gibbs Law Group LLP | 8/23/2017 | Lack of CMO-12A Product ID |
| 150 | Welch | Sherri | 2:18-cv-00845 | Gibbs Law Group LLP | 1/26/2018 | Lack of CMO-12A Product ID |
| 151 | Williams | LaSandra | 2:17-cv-08960 | Gibbs Law Group LLP | 9/13/2017 | Lack of CMO-12A Product ID |
| 152 | Hawley | Sonya | 2:17-cv-03122 | Gomez Trial Attorneys | 4/10/2017 | Lack of CMO-12A Product ID |
| 153 | Bolden-Woodruff | Nancy | 2:18-cv-13995 | Goza & Honnold, LLC | 12/19/2018 | Lack of CMO-12A Product ID |
| 154 | Barber | Geraldine | 2:18-cv-13003 | Grant & Eisenhofer | 12/10/2018 | Lack of CMO-12A Product ID |
| 155 | Harges | Benita | 2:20-cv-01026 | Johnson Becker | 3/26/2020 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 156 | Miara | Andrea | 2:18-cv-12112 | Johnson Becker | 11/30/2018 | Lack of CMO-12A Product ID |
| 157 | Parkinson | Lori C. | 2:17-cv-00960 | Johnson Becker | 4/3/2017 | Lack of CMO-12A Product ID |
| 158 | Wendler | Sharren E. | 2:18-cv-07881 | Johnson Becker | 8/17/2018 | Lack of CMO-12A Product ID |
| 159 | Gildea-Bryant | Rita | 2:18-cv-11329 | Johnson Law Group | 11/21/2018 | Lack of CMO-12A Product ID |
| 160 | Joseph | Natacha | 2:17-cv-17947 | Johnson Law Group | 12/29/2017 | Lack of CMO-12A Product ID |
| 161 | Kleszcz | Lisa | 2:17-cv-12305 | Johnson Law Group | 11/13/2017 | Lack of CMO-12A Product ID |
| 162 | Mueller | Regina | 2:17-cv-12852 | Johnson Law Group | 11/20/2017 | Lack of CMO-12A Product ID |
| 163 | Spencer | Tara | 2:18-cv-11363 | Johnson Law Group | 11/21/2018 | Lack of CMO-12A Product ID |
| 164 | Welch | Jacqueline (Grace) | 2:17-cv-17238 | Kirk Law Firm | 12/13/2017 | Lack of CMO-12A Product ID |
| 165 | Magalei | Lulette | 2:19-cv-11920 | Laborde Law Firm, LLC | 7/30/2019 | Lack of CMO-12A Product ID |
| 166 | McNair | Bertha | 2:19-cv-14694 | Law Offices of Tony Seaton & Associates, PLLC | 12/20/2019 | Lack of CMO-12A Product ID |
| 167 | McNeal | Valerie | 2:20-cv-00851 | Law Offices of Tony Seaton & Associates, PLLC | 3/11/2020 | Lack of CMO-12A Product ID |
| 168 | Suttles | Brenda | 2:19-cv-14696 | Law Offices of Tony Seaton & Associates, PLLC | 12/20/2019 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 169 | Ernst | Laurie | 2:17-cv-17273 | Lemmon Law Firm | 12/14/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 170 | Adderly | Kattye | 2:19-cv-02450 | Lowe Law Group | 3/18/2019 | Lack of CMO-12A Product ID |
| 171 | Ayala | Mandi | 2:17-cv-08970 | Lowe Law Group | 9/13/2017 | Lack of CMO-12A Product ID |
| 172 | Brooks-Jones | Felecia | 2:16-cv-17382 | Lowe Law Group | 12/14/2016 | Lack of CMO-12A Product ID |
| 173 | Burns | Glenda | 2:19-cv-11353 | Lowe Law Group | 6/25/2019 | Lack of CMO-12A Product ID |
| 174 | Davis | Latonya | 2:16-cv-17407 | Lowe Law Group | 5/1/2017 | Lack of CMO-12A Product ID |
| 175 | Hentz | Kathleen | 2:19-cv-10016 | Lowe Law Group | 5/1/2019 | Lack of CMO-12A Product ID |
| 176 | Igdal | Raisa | 2:19-cv-06472 | Lowe Law Group | 4/1/2019 | Lack of CMO-12A Product ID |
| 177 | Kidd | LeShawn | 2:16-cv-17424 | Lowe Law Group | 12/15/2016 | Lack of CMO-12A Product ID |
| 178 | McEntire | Guynelle | 2:18-cv-11429 | Lowe Law Group | 11/23/2018 | Lack of CMO-12A Product ID |
| 179 | Moore | Consuela | 2:19-cv-10882 | Lowe Law Group | 6/4/2019 | Lack of CMO-12A Product ID |
| 180 | Mortenson | Linda | 2:19-cv-11251 | Lowe Law Group | 6/17/2019 | Lack of CMO-12A Product ID |
| 181 | Putnam | Patricia | 2:19-cv-09551 | Lowe Law Group | 4/19/2019 | Lack of CMO-12A Product ID |
| 182 | Ray | Donna | 2:19-cv-09550 | Lowe Law Group | 4/19/2019 | Lack of CMO-12A Product ID |
| 183 | Stehr | Joyce | 2:19-cv-06433 | Lowe Law Group | 4/1/2019 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 184 | Swofford | Karen | 2:19-cv-09998 | Lowe Law Group | 5/1/2019 | Lack of CMO-12A Product ID |
| 185 | Wallace | Cynthia | 2:17-cv-08650 | Lowe Law Group | 9/4/2017 | Lack of CMO-12A Product ID |
| 186 | Weitzel | Linda | 2:17-cv-10559 | Lowe Law Group | 10/12/2017 | Lack of CMO-12A Product ID |
| 187 | Bennett | Arezinia | 2:19-cv-11259 | MacArthur, Heder, & Metler | 6/18/2019 | Lack of CMO-12A Product ID |
| 188 | Epps | Janice | 2:19-cv-01996 | Maher Law Firm | 3/4/2019 | Lack of CMO-12A Product ID |
| 189 | Ferrell-Glover | Janet | 2:19-cv-14194 | Maher Law Firm | 12/6/2019 | Lack of CMO-12A Product ID |
| 190 | Castille | Orelia | 2:18-cv-03431 | Marc J. Bern & Partners | 3/30/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 191 | Ceraio | Yvonne | 2:19-cv-10846 | Marc J. Bern & Partners | 5/31/2019 | Lack of CMO-12A Product ID |
| 192 | Childs | Carolyn | 2:18-cv-02467 | Marc J. Bern & Partners | 3/8/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 193 | Clelland | Deborah | 2:18-cv-01952 | Marc J. Bern & Partners | 2/23/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 194 | Deaton | Davida | 2:18-cv-07267 | Marc J. Bern & Partners | 8/1/2018 | Lack of CMO-12A Product ID |
| 195 | Dellos | Carol | 2:18-cv-12681 | Marc J. Bern & Partners | 12/6/2018 | Lack of CMO-12A Product ID |
| 196 | Fox | Vivian | 2:18-cv-14134 | Marc J. Bern & Partners | 12/21/2018 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 197 | Hall | Donna | 2:18-cv-00804 | Marc J. Bern & Partners | 1/26/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 198 | Hegenbart | Donna | 2:18-cv-09084 | Marc J. Bern & Partners | 10/1/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 199 | Jennings | Jennifer | 2:18-cv-10009 | Marc J. Bern & Partners | 10/25/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 200 | Jimenez | Romona | 2:18-cv-09378 | Marc J. Bern & Partners | 10/9/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 201 | Jones | Joan | 2:18-cv-04465 | Marc J. Bern & Partners | 4/30/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 202 | Jones | Valerie | 2:19-cv-10778 | Marc J. Bern & Partners | 5/28/2019 | Lack of CMO-12A Product ID |
| 203 | Kalsky | Theresa | 2:19-cv-12400 | Marc J. Bern & Partners | 8/30/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 204 | Minor | Viana | 2:19-cv-00037 | Marc J. Bern & Partners | 1/4/2019 | Lack of CMO-12A Product ID |
| 205 | Nitto | Laura | 2:17-cv-14782 | Marc J. Bern & Partners | 12/5/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 206 | Olin | Valerie | 2:18-cv-14300 | Marc J. Bern & Partners | 12/28/2018 | Lack of CMO-12A Product ID |
| 207 | Petty | Elena | 2:19-cv-12920 | Marc J. Bern & Partners | 10/2/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 208 | Rathgeber | Cindy | 2:18-cv-11917 | Marc J. Bern & Partners | 11/30/2018 | Lack of CMO-12A Product ID |
| 209 | Resendiz | Nancy | 2:18-cv-03159 | Marc J. Bern & Partners | 3/23/2018 | Lack of CMO-12A Product ID |
| 210 | Rose | Sandra | 2:19-cv-02395 | Marc J. Bern & Partners | 3/15/2019 | Lack of CMO-12A Product ID |
| 211 | Ross | Janet | 2:18-cv-03443 | Marc J. Bern & Partners | 3/30/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 212 | Siddoway | Cynthia | 2:19-cv-11983 | Marc J. Bern & Partners | 8/1/2019 | Lack of CMO-12A Product ID |
| 213 | Wheeler | Mary | 2:19-cv-02221 | Marc J. Bern & Partners | 3/8/2019 | Lack of CMO-12A Product ID |
| 214 | White | Shavonne | 2:18-cv-11228 | Marc J. Bern & Partners | 11/20/2018 | Lack of CMO-12A Product ID |
| 215 | Zubee | Eleanor | 2:18-cv-00815 | Marc J. Bern & Partners | 1/26/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 216 | Brown | Debbie | 2:17-cv-10823 | McGartland Law Firm, PLLC | 10/18/2017 | Lack of CMO-12A Product ID |
| 217 | Nicol | Eleanor | 2:18-cv-13935 | McGartland Law Firm, PLLC | 12/18/2018 | Lack of CMO-12A Product ID |
| 218 | Barber | Charlene | 2:20-cv-03251 | McSweeney/Langevin LLC | 12/1/2020 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 219 | Barker Duncan | Karen | 2:19-cv-12546 | McSweeney/Langevin LLC | 9/11/2019 | Lack of CMO-12A Product ID |
| 220 | Brown | Sherol | 2:19-cv-03766 | McSweeney/Langevin LLC | 3/27/2019 | Lack of CMO-12A Product ID |
| 221 | Corun | Akoba | 2:19-cv-14479 | McSweeney/Langevin LLC | 12/11/2019 | Lack of CMO-12A Product ID |
| 222 | Herron | Mary | 2:19-cv-11459 | McSweeney/Langevin LLC | 7/2/2019 | Lack of CMO-12A Product ID |
| 223 | Lane | Gwendolyn | 2:19-cv-14387 | McSweeney/Langevin LLC | 12/10/2019 | Lack of CMO-12A Product ID |
| 224 | McPeters | Mary | 2:17-cv-16830 | McSweeney/Langevin LLC | 12/11/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 225 | Myers | Marietta | 2:18-cv-12712 | McSweeney/Langevin LLC | 12/7/2018 | Lack of CMO-12A Product ID |
| 226 | Poticha | Christine | 2:17-cv-16675 | McSweeney/Langevin LLC | 12/11/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 227 | Smith (Blocker) | Sharon | 2:19-cv-14383 | McSweeney/Langevin LLC | 12/10/2019 | Lack of CMO-12A Product ID |
| 228 | Spears | Angela | 2:19-cv-13186 | McSweeney/Langevin LLC | 10/18/2019 | Lack of CMO-12A Product ID |
| 229 | Wigfall | Sandra | 2:18-cv-11997 | McSweeney/Langevin LLC | 11/30/2018 | Lack of CMO-12A Product ID |
| 230 | Yates | Wallaceteen | 2:18-cv-12961 | Meyerkord & Meyerkord, LLC | 12/9/2018 | Lack of CMO-12A Product ID |
| 231 | Gordon | Judith | 2:18-cv-11970 | Morgan and Morgan | 11/30/2018 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 232 | Hollifield | Valerie | 2:18-cv-11782 | Morgan and Morgan | 11/29/2018 | Lack of CMO-12A Product ID |
| 233 | Lawton | Adrener | 2:18-cv-11688 | Morgan and Morgan | 11/28/2018 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 234 | Rodriguez | Ada | 2:19-cv-14469 | Morgan and Morgan | 12/10/2019 | Lack of CMO-12A Product ID |
| 235 | Thomas | Brenda | 2:18-cv-12348 | Morgan and Morgan | 12/4/2018 | Lack of CMO-12A Product ID |
| 236 | Bantz | Sherrye | 2:17-cv-05915 | Morris Bart, LLC | 6/19/2017 | Lack of CMO-12A Product ID |
| 237 | Broussard | Tammy | 2:16-cv-15394 | Morris Bart, LLC | 10/8/2016 | Lack of CMO-12A Product ID |
| 238 | Alawar | Ferial | 2:19-cv-09809 | Napoli Shkolnik PLLC | 4/26/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 239 | Benjamin | Harriet | 2:19-cv-11422 | Napoli Shkolnik PLLC | 7/1/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 240 | Bounds | Geneva | 2:19-cv-09811 | Napoli Shkolnik PLLC | 4/26/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 241 | Carter | Mary | 2:19-cv-11527 | Napoli Shkolnik PLLC | 7/5/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 242 | Crafton | Maxine | 2:19-cv-09818 | Napoli Shkolnik PLLC | 4/26/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 243 | Crockett | Christianna | 2:19-cv-12142 | Napoli Shkolnik PLLC | 8/13/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 244 | Crosby | Vivian | 2:19-cv-12146 | Napoli Shkolnik PLLC | 8/13/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 245 | DuPree | Phyllis | 2:19-cv-10621 | Napoli Shkolnik PLLC | 5/22/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 246 | Graves | Dawn | 2:19-cv-11170 | Napoli Shkolnik PLLC | 6/12/2019 | Lack of CMO-12A Product ID |
| 247 | Leach | Mary | 2:19-cv-10094 | Napoli Shkolnik PLLC | 5/6/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 248 | Lester | Racine | 2:19-cv-11535 | Napoli Shkolnik PLLC | 7/5/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 249 | Maxwell | Shauntel | 2:19-cv-11567 | Napoli Shkolnik PLLC | 7/8/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 250 | Mosley | Evelyn | 2:19-cv-11409 | Napoli Shkolnik PLLC | 6/28/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 251 | Papoccia | Mary | 2:19-cv-09914 | Napoli Shkolnik PLLC | 4/30/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 252 | Pavkovich | Charlene | 2:19-cv-11400 | Napoli Shkolnik PLLC | 6/28/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 253 | Pribbenow | Beverly | 2:19-cv-09917 | Napoli Shkolnik PLLC | 4/30/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 254 | Ward | Brenda | 2:19-cv-11384 | Napoli Shkolnik PLLC | 6/27/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 255 | Webster | Bonita | 2:19-cv-10147 | Napoli Shkolnik PLLC | 5/7/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 256 | White | Jean | 2:19-cv-11446 | Napoli Shkolnik PLLC | 7/1/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 257 | Wilder | Debra | 2:19-cv-02441 | Napoli Shkolnik PLLC | 3/18/2019 | Treatment predates market entry of 505(b)(2) Defendants - need to dismiss Sandoz |
| 258 | Cruz | Milagrosa | 2:18-cv-12820 | Niemeyer, Grebel & Kruse | 12/7/2018 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 259 | D'Alessandro | Kathryn | 2:18-cv-12294 | Niemeyer, Grebel & Kruse | 12/4/2018 | Lack of CMO-12A Product ID |
| 260 | Groh | Mary | 2:18-cv-12988 | Niemeyer, Grebel & Kruse | 12/10/2018 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 261 | McCord | Judith | 2:18-cv-12773 | Niemeyer, Grebel & Kruse | 12/7/2018 | Lack of CMO-12A Product ID |
| 262 | Pugsley | Michelle | 2:18-cv-06716 | Parker Waichman LLP | 7/16/2018 | Lack of CMO-12A Product ID |
| 263 | Byers | Cyrethia | 2:17-cv-07373 | Pendley, Baudin & Coffin | 8/1/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 264 | Grant | Sharlene | 2:18-cv-07658 | Pendley, Baudin & Coffin | 8/13/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 265 | Henderson | Cindra | 2:19-cv-01220 | Pendley, Baudin & Coffin | 2/8/2019 | Lack of CMO-12A Product ID |
| 266 | Philips | Carol | 2:17-cv-13660 | Pendley, Baudin & Coffin | 11/29/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 267 | Richardson | Christa G. | 2:18-cv-08081 | Pendley, Baudin & Coffin | 8/23/2018 | Lack of CMO-12A Product ID |
| 268 | Washington | Deirdra | 2:17-cv-06903 | Pendley, Baudin & Coffin | 7/19/2017 | Lack of CMO-12A Product ID |
| 269 | Williams | Nina | 2:18-cv-08950 | Pendley, Baudin & Coffin | 9/26/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 270 | Winston-Allen | Kathryn D. | 2:18-cv-09295 | Pendley, Baudin & Coffin | 10/5/2018 | Lack of CMO-12A Product ID |
| 271 | Jackson | Desiree | 2:19-cv-00750 | Peterson & Associates, P.C. | 1/31/2019 | Lack of CMO-12A Product ID |
| 272 | Blair | Pamela | 2:18-cv-12866 | Pulaski Law Firm, PLLC | 12/7/2018 | Lack of CMO-12A Product ID |
| 273 | Hardy | Lorrilee | 2:18-cv-13275 | Pulaski Law Firm, PLLC | 12/10/2018 | Lack of CMO-12A Product ID |
| 274 | Hargreaves | Ruth | 2:17-cv-15354 | Pulaski Law Firm, PLLC | 12/7/2017 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 275 | Keuch | Kimberly | 2:18-cv-13079 | Pulaski Law Firm, PLLC | 12/10/2018 | Lack of CMO-12A Product ID |
| 276 | Morse | Heather | 2:18-cv-13155 | Pulaski Law Firm, PLLC | 12/10/2018 | Lack of CMO-12A Product ID |
| 277 | Buckheit | Vikki | 2:19-cv-12625 | Ray Hodge & Associates | 9/16/2019 | Lack of CMO-12A Product ID |
| 278 | Rosado | Natividad | 2:19-cv-12722 | Ray Hodge & Associates | 9/23/2019 | Lack of CMO-12A Product ID |
| 279 | Awal | Gloria | 2:19-cv-12906 | Reyes\|Browne\|Reilley | 10/2/2019 | Lack of CMO-12A Product ID |
| 280 | Brown | Vilinie | 2:19-cv-12726 | Reyes\|Browne\|Reilley | 9/23/2019 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 281 | Cole | Lashonda | 2:20-cv-03353 | Reyes\|Browne\|Reilley | 12/9/2020 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 282 | Donahue | Melanie | 2:19-cv-12703 | Reyes\|Browne\|Reilley | 9/20/2019 | Lack of CMO-12A Product ID |
| 283 | Ernest | Joanne | 2:18-cv-12293 | Reyes\|Browne\|Reilley | 12/4/2018 | Lack of CMO-12A Product ID |
| 284 | Fanning | Barbara | 2:19-cv-12741 | Reyes\|Browne\|Reilley | 9/23/2019 | Lack of CMO-12A Product ID |
| 285 | Johnson | Dawn Marie | 2:18-cv-12873 | Reyes\|Browne\|Reilley | 12/7/2018 | Lack of CMO-12A Product ID |
| 286 | Levington | Marcy | 2:18-cv-11437 | Reyes\|Browne\|Reilley | 11/23/2018 | Lack of CMO-12A Product ID |
| 287 | Lewis | Jackquelin | 2:19-cv-13739 | Reyes\|Browne\|Reilley | 11/20/2019 | Lack of CMO-12A Product ID |
| 288 | Marcos-Mendez | Ethel | 2:18-cv-12385 | Reyes\|Browne\|Reilley | 12/4/2018 | Lack of CMO-12A Product ID |
| 289 | Pastore | Alyssa | 2:18-cv-12137 | Reyes\|Browne\|Reilley | 12/2/2018 | Lack of CMO-12A Product ID |
| 290 | Pearce | Theresa | 2:18-cv-12138 | Reyes\|Browne\|Reilley | 12/2/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 291 | Rosen | Marcia | 2:19-cv-12698 | Reyes\|Browne\|Reilley | 9/20/2019 | Lack of CMO-12A Product ID |
| 292 | Vincent | Victoria | 2:18-cv-12216 | Reyes\|Browne\|Reilley | 12/3/2018 | Lack of CMO-12A Product ID |
| 293 | White | Felicia | 2:18-cv-12273 | Reyes\|Browne\|Reilley | 12/4/2018 | Lack of CMO-12A Product ID |
| 294 | Bryant | Carla | 2:19-cv-01292 | Roberts & Roberts | 2/12/2019 | Lack of CMO-12A Product ID |
| 295 | Epes | Cynthia | 2:19-cv-01767 | Roberts & Roberts | 2/26/2019 | Lack of CMO-12A Product ID |
| 296 | Ortiz | Irene | 2:19-cv-09544 | Rosen Harwood, P.A. | 4/18/2019 | Lack of CMO-12A Product ID |
| 297 | Sails | Tangela | 2:19-cv-00803 | Sanders Phillips Grossman | 2/1/2019 | Lack of CMO-12A Product ID |
| 298 | Gardner | Carlynn | 2:19-cv-13329 | Saunders & Walker PA | 10/29/2019 | Lack of CMO-12A Product ID |
| 299 | Atwell | Patricia | 2:20-cv-00219 | SCOTT VICKNAIR LLC | 1/20/2020 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 300 | Giglio | Janice | 2:17-cv-11901 | SCOTT VICKNAIR LLC | 11/6/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 301 | Ledesma | Delma | 2:20-cv-00215 | SCOTT VICKNAIR LLC | 1/20/2020 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 302 | Armstrong | Keyondra | 2:17-cv-14147 | Shaw Cowart, LLP | 12/2/2017 | Product ID Obtained - Dismissal of Remaining Defendants Needed |
| 303 | Hersh | Ida | 2:17-cv-14167 | Shaw Cowart, LLP | 12/3/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 304 | Kuhns | Sally | 2:17-cv-14755 | Shaw Cowart, LLP | 12/5/2017 | Lack of CMO-12A Product ID |
| 305 | Tapp | Laura | 2:17-cv-15503 | Shaw Cowart, LLP | 12/7/2017 | Lack of CMO-12A Product ID |
| 306 | Harris | Janice | 2:19-cv-14322 | Simon Law Firm, P.C. | 12/9/2019 | Lack of CMO-12A Product ID |
| 307 | Williams | Rosalind | 2:17-cv-16750 | SWMW Law, LLC | 12/11/2017 | Lack of CMO-12A Product ID |
| 308 | Delprete | Sandra | 2:19-cv-09989 | The Gori Law Firm, P.C. | 5/1/2019 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 309 | Cooper | Loretta | 2:18-cv-12981 | The Goss Law Firm, P.C. | 12/10/2018 | Lack of CMO-12A Product ID |
| 310 | Henry | Roberta | 2:18-cv-12584 | The Goss Law Firm, P.C. | 12/6/2018 | Lack of CMO-12A Product ID |
| 311 | Placido | Adina | 2:17-cv-15355 | The Goss Law Firm, P.C. | 12/7/2017 | Lack of CMO-12A Product ID |
| 312 | Sorensen | Barbara | 2:17-cv-15323 | The Goss Law Firm, P.C. | 12/7/2017 | Lack of CMO-12A Product ID |
| 313 | Eason | Andrieta | 2:19-cv-14371 | The Law Offices of Travis R. Walker, PA | 12/10/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 314 | Burge | Pamela | 2:20-cv-02382 | The Murray Law Firm | 8/31/2020 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 315 | McDonnell | Lana | 2:17-cv-11669 | The Murray Law Firm | 12/7/2017 | Lack of CMO-12A Product ID |
| 316 | Villareal | Michelle | 2:18-cv-06329 | The Murray Law Firm | 6/28/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 317 | Forrest | Jeannie | 2:18-cv-07103 | TorHoerman Law LLC | 7/30/2018 | Lack of CMO-12A Product ID |
| 318 | Griffin | Julie | 2:19-cv-14048 | TorHoerman Law LLC | 12/4/2019 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 319 | Mitchell | Julia | 2:20-cv-01144 | TorHoerman Law LLC | 4/8/2020 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 320 | Phillips | Barbara | 2:18-cv-07093 | TorHoerman Law LLC | 7/30/2018 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 321 | Boyd | Joy | 2:19-cv-04540 | Tracey & Fox Law Firm | 3/28/2019 | Lack of CMO-12A Product ID |
| 322 | Scott | Rachel | 2:18-cv-04324 | Tracey & Fox Law Firm | 4/26/2018 | Lack of CMO-12A Product ID |
| 323 | Wright | Jodie | 2:19-cv-12423 | Tracey & Fox Law Firm | 9/3/2019 | Lack of CMO-12A Product ID |
| 324 | Johnson | Linda | 2:17-cv-09943 | Watts Guerra LLP | 10/2/2017 | Lack of CMO-12A Product ID |
| 325 | McCune | Dee | 2:17-cv-15678 | Wendt Law Firm, PC | 10/23/2018 | Lack of CMO-12A Product ID |
| 326 | Snow | Tangnika | 2:16-cv-16797 | Wendt Law Firm, PC | 12/1/2017 | Lack of CMO-12A Product ID |
| 327 | Boone | Renee | 2:16-cv-17586 | Whitfield Bryson & Mason LLP | 11/29/2016 | Lack of CMO-12A Product ID |
| 328 | Geddert | Jeanne | 2:18-cv-05335 | Whitfield Bryson & Mason LLP | 5/25/2018 | Lack of CMO-12A Product ID |
| 329 | Haeni | Nancy | 2:17-cv-13435 | Whitfield Bryson & Mason LLP | 11/27/2017 | Lack of CMO-12A Product ID |
| 330 | Perkins | Effie | 2:17-cv-13671 | Whitfield Bryson & Mason LLP | 11/29/2017 | Lack of CMO-12A Product ID |
| 331 | Westwood | Christina | 2:17-cv-13925 | Whitfield Bryson & Mason LLP | 12/1/2017 | Lack of CMO-12A Product ID |
| 332 | Barnes | Phyllis | 2:18-cv-00302 | Williams Hart Boundas Easterby, LLP | 1/11/2018 | Lack of CMO-12A Product ID |
| 333 | Coleman | Marshell | 2:17-cv-13454 | Zoll & Kranz, LLC | 12/11/2017 | Lack of CMO-12A Product ID |
| 334 | Dixon | Brenda G. | 2:17-cv-13707 | Zoll & Kranz, LLC | 11/29/2017 | Rollover from 4/28/22 and 7/12/22 CMO-12A Show Cause Hearings |
| 335 | Hartso | Lenora | 2:16-cv-17984 | Zoll & Kranz, LLC | 12/30/2016 | Lack of CMO-12A Product ID |
| 336 | Kout | Adrienne L. | 2:17-cv-13386 | Zoll & Kranz, LLC | 11/27/2017 | Lack of CMO-12A Product ID |

| # | Last Name | First Name | MDL Docket No. | Law Firm Name | Date Complaint Filed | Non-Compliance Category |
|---|---|---|---|---|---|---|
| 337 | Middleton | Crystal | 2:17-cv-13600 | Zoll & Kranz, LLC | 11/28/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 338 | Tabron | Virginia | 2:17-cv-01729 | Zoll & Kranz, LLC | 2/28/2017 | Rollover from 7/12/22 CMO-12A Show Cause Hearing |
| 339 | Weathers | Willie M. | 2:17-cv-11631 | Zoll & Kranz, LLC | 10/31/2017 | Lack of CMO-12A Product ID |