# Exhibit A

| Plaintiff Name | Case Title | Docket Number |
|---|---|---|
| Donna Irlbacher | Irbacher v. Sanofi S.A. et al. | 2:17-cv-07154 |
| Karen Johnson | Johnson v. Sanofi S.A., Aventis Pharma S.A. et al | 2:17-cv-07159 |
| Leah Knight | Knight v. Sanofi Aventis S.A. et al. | 2:17-cv-05335 |
| Lorraine Kenyon | Kenyon v. Sanofi S.A. et al | 2:17-cv-11221 |
| Camin Turner | Turner v. Sanofi S.A. et al | 2:17-cv-11192 |
| Renee Johnson | Johnson V. Sanofi Aventis S.A. et al | 2:17-cv-05338 |
| Joy Clark | Clark v. Hospira, Inc. et al | 2:17-cv-11233 |
| Heather Burke | Burke v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-09945 |
| Bettina Schuman | Schuman v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-10015 |
| LaDonna Brandenburgh | Brandenburgh v. Sanofi S.A. et al | 2:17-cv-07164 |
| Keely Quigg | Quigg v. Sanofi US Services Inc. et al | 2:18-cv-11324 |
| Janis Griffin | Griffin v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-10018 |
| Shannon Taylor | Taylor v. Hospira, Inc. et al | 2:18-cv-07198 |
| Delilah Swinford | Swinford v. Sanofi S.A. et al | 2:17-cv-11162 |
| Diana Frith | Frith v. Sanofi S.A. et al | 2:17-cv-11174 |
| Rita Loyacono | Loyacono v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-11335 |
| Deborah Donatti | Donatti v. Hospira, Inc. et al | 2:18-cv-10153 |
| Monica Bucek | Bucek v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-10047 |
| Danon Diggs-Ream | Diggs-Ream v. Sanofi S.A. et al | 2:17-cv-11137 |
| Tina Garlinger | Garlinger v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-09949 |
| Amy Blaine | Blaine v. Pfizer Inc. et al | 2:18-cv-10171 |
| Elma Sanchez | Sanchez v. Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. et al | 2:18-cv-11351 |
| Denise Lauritsen | Lauritsen v. Hospira, Inc. et al | 2:17-cv-12382 |
| Erin Scheetz | Stamile v. Sanofi S.A. et al | 2:17-cv-11144 |
| Dawn Cooper | Cooper v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-07151 |
| Kim Jacobsen | Jacobsen v. Hospira, Inc. et al | 2:18-cv-08032 |
| Zelda Spence | Spence v. Hospira, Inc. et al | 2:18-cv-07209 |
| Dalethian Murray | Murray v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-10031 |
| Joyce Miller | Miller v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-10074 |
| Emily Anderson | Anderson v. Hospira Worldwide, Inc. et al | 2:19-cv-02456 |
| Denise Fisher | Fisher v. Sanofi S.A. et al | 2:17-cv-11157 |
| Jacqueline Greene | Greene v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-11191 |
| Jeannine Chaney | Chaney v. Sanofi S.A. et al | 2:17-cv-11107 |
| Eunice Trayham | Trayham v. Sanofi S.A. et al | 2:17-cv-11190 |
| Mona Cravens | Cravens v. Sanofi S.A. et al | 2:17-cv-07190-KDE-MBN |
| Catherine Peterson | Peterson v. Hospira, Inc. et al | 2:18-cv-08049 |
| Lori Neider | Neider v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12318 |
| Susan Zieman | Zieman v. Hospira, Inc. et al | 2:17-cv-12809 |
| Erica Mitchell | Mitchell v. Sanofi S.A. et al | 2:17-cv-11220 |
| Rebekah Reuss | Reuss v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-12421 |
| Sherry Doan | Doan v. Sanofi S.A. et al | 2:17-cv-11139 |
| Josephine Cassano | Cassano v. Hospira, Inc. et al | 2:19-cv-13032 |
| Carolyn Huff | Huff v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-02039 |
| Eva Espalin | Espalin v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12291 |

| Name | Case | Number |
|---|---|---|
| Tracey Thornton | Thornton v. Sanofi S.A. et al | 2:17-cv-07183-KDE-MBN |
| Micheline Gavidia-Berthaut | Gavidia-Berthaut v. Hospira Worldwide LLC fka Hospira Worldwide et al | 2:19-cv-13020 |
| Andrea Florentino | Florentino v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10117 |
| Sandra Courson | Courson v. Sanofi S.A. et al | 2:17-cv-11121 |
| Gina McIver | McIver v. Hospira, Inc. et al | 2:17-cv-11033 |
| Mandie Sabo | Sabo v. Hospira, Inc. et al | 2:17-cv-11031 |
| Sammie Lybrook | Lybrook v. Sanofi S.A. et al | 2:17-cv-11253 |
| Joyce Goodnoe | Goodnoe v. Hospira, Inc. et al | 2:19-cv-13037 |
| Brenda Perry | Perry v. Hospira, Inc. et al | 2:19-cv-13583 |
| Laura Stephens | Stephens v. Sanofi S.A. et al | 2:17-cv-11153 |
| Tari Mazziotti | Mazziotti v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-11016 |
| Marcie Harreld | Harreld v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:17-cv-11204 |
| Carolyn Elmore | Elmore v. Sanofi S.A. et al | 2:17-cv-11150 |
| LeeAnn Brewer | Brewer v. Hospira, Inc. et al | 2:17-cv-10992 |
| Tracey Cordie | Cordie v. Hospira Worldwide, LLC et al | 2:18-cv-04706-KDE-MBN |
| Rosalee Billings | Billings v. Pfizer Inc. et al | 2:18-cv-07164 |
| Denise Campbell | Campbell v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12900 |
| Laura LaPorte | LaPorte v. Sanofi S.A. et al | 2:17-cv-11231 |
| Rita Gallagher | Gallagher v. Hospira, Inc. et al | 2:17-cv-12285 |
| Tammy Creech | Creech v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12284 |
| Cindy Rogers | Rogers v. Hospira, Inc. et al | 2:19-cv-13045 |
| Tina Hickey | Hickey v. Hospira Worldwide, LLC et al | 2:18-cv-04731-KDE-MBN |
| Carol Archer | Archer v. Hospira Inc. et al Complaint | 2:18-cv-07188 |
| Mary Sowers | Sowers v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12903 |
| Kathleen M. Knouse | Knouse v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12348 |
| Angela Stover | Stover v. Hospira, Inc. et al | 2:17-cv-11041 |
| Theresa Kramer | Kramer v. Sanofi S.A. et al | 2:17-cv-11228 |
| Carol Patrick | Patrick v. Sanofi S.A. et al | 2:17-cv-11074 |
| Cindy Manuel | Manuel v. Sanofi Aventis US LLC et al | 2:19-cv-13576 |
| Terri Ashhurst | Ashhurst v. Hospira, Inc. et al | 2:19-cv-02455 |
| Barbara Stroth | Stroth v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-10139 |
| Carolyn Guishard | Guishard v. Hospira Worldwide, Inc. et al | 2:18-cv-08058 |
| Francina Williams | Williams v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-07184 |
| Lillian Crook | Crook v. Sanofi S.A. et al | 2:17-cv-11127 |
| Teresa Byars | Byars v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12899 |
| Sheri Maples | Maples v. Hospira, Inc. et al | 2:18-cv-04688 |
| Theresa Shipman | Shipman v. Sanofi-Aventis U.S. LLC et a | 2:18-cv-02048 |
| Terry Patterson | Patterson v. Hospira, Inc. et al | 2:18-cv-10142 |
| Jackie Snasel | Snasel v. Sanofi S.A. et al | 2:17-cv-11140 |
| April McConner | McConner v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-11344 |
| Tina Sodam | Sodam v. Hospira Worldwide LLC fka Hospira Worldwide et al | 2:19-cv-13057 |
| Margie Schoessler | Schoessler v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-02047 |
| Cathy Perlmutter | Perlmutter v. Hospira, Inc. et al | 2:17-cv-10064 |

| | | |
|---|---|---|
| Canada West | West v. Hospira, Inc. et al | 2:19-cv-13048 |
| Brenda Evans | Evans v. Sanofi S.A. et al | 2:17-cv-11155 |
| Deborah Hasan | Hasan v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-13123 |
| Sherry Webb | Webb v. Sanofi S.A. et al | 2:17-cv-11049 |
| Nancy Abair | Abair v. Hospira, Inc. et al | 2:18-cv-07193 |
| Donna Braun | Braun v. Hospira, Inc. et al | 2:18-cv-04692 |
| Riza Catap | Catap v. Hospira, Inc. et al | 2:17-cv-12316 |
| Angela Riggins | Riggins v. Sanofi S.A. et al | 2:17-cv-11093 |
| Evelynne Edgerly | Edgerly v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-07143 |
| Ella Register | Register v. Hospira, Inc. et al | 2:19-cv-13036 |
| Rebecca Towe | Towe v. Hospira Worldwide, LLC et al | 2:18-cv-04707 |
| Marlene Bigger | Bigger v. Hospira Inc. et aL. | 2:18-cv-07170 |
| Glenda McClellan | McClellan v. Hospira, Inc. et al | 2:18-cv-02037 |
| Melinda Ramirez | Ramirez v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12418 |
| Phyllis Anchel | Anchel v. Hospira, Inc. et al | 2:19-cv-13034 |
| Susan Apfel | Apfel v. Hospira, Inc. et al | 2:19-cv-13033 |
| Patricia Holohan | Holohan v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12433 |
| Sabrina Pruitt | Pruitt v. Hospira, Inc. et al | 2:17-cv-12336 |
| Trenace Tanke | Tanke v. Sanofi S.A. et al | 2:17-cv-11181 |
| Malisa Cox | Cox v. Sanofi S.A. et al | 2:17-cv-11123 |
| Dawn Griffis | Griffis v. Hospira Worldwide LLC fka Hospira Worldwide et al | 2:19-cv-13035 |
| Janette Stark | Stark v. Sanofi S.A. et al | 2:17-cv-11147 |
| Michele Fleet | Fleet v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12846 |
| Joan Lipschutz | Lipschutz v. Hospira, Inc. et al | 2:19-cv-13567 |
| Linda Walmsley | Walmsley v. Hospira Worldwide LLC fka Hospira Worldwide et al | 2:19-cv-13039 |
| Michelle Rodriguez | Rodriguez v. Hospira, Inc. et al | 2:18-cv-10123 |
| Amy Rice | Rice v. Sanofi-Aventis U.S. LLC et al | 2:17-cv-12333 |
| Linda Proffitt | Proffitt v. Hospira Worldwide LLC fka Hospira Worldwide et al | 2:19-cv-13030 |
| Dianne Guntharp | Guntharp v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-11333 |
| Cindy Farris | Farris v. Hospira, Inc et al | 2:18-cv-08067 |
| Wendy Walsh | Walsh v. Hospira Worldwide, Inc. et al | 2:18-cv-08069 |
| Kelly Hendren | Hendren v. Hospira, Inc. et al | 2:18-cv-11337 |
| Salvadora Ortega | Ortega v. Hospira, Inc. et al | 2:19-cv-13049 |
| Pamela Carroll | Carroll v. Hospira Worldwide LLC fka Hospira Worldwide et al | 2:19-cv-13051 |
| Christy Hooten | Hooten v. Sanofi-Aventis U.S. LLC et a | 2:18-cv-11338 |
| Mary Fowler | Fowler v. Hospira, Inc. et al | 2:18-cv-10169 |
| Kathleen Johnson | Johnson v. Hospira, Inc. et al | 2:18-cv-11357 |
| Suzanne Marks | Marks v. Hospira, Inc. et al | 2:18-cv-10154 |
| Jessica Baylis | Baylis v. Pfizer, Inc. et al | 2:18-cv-10150 |
| Deborah Roice | Roice v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. LLC et al | 2:18-cv-11341 |
| Patricia Paul | Paul v. Accord Healthcare Inc. et al | 2:18-cv-10172 |
| Bridget Adams-Deridder | Adams-Deridder v. Hospira, Inc. et al | 2:19-cv-13561 |
| Tammy Koenig | Koenig v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-11332 |
| Kathy Willis | Willis v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-10118 |
| Lege Sulit | Sulit v. Hospira Worldwide, Inc. et al | 2:18-cv-08057 |