UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Hilda Adams, Case No. 16-cv-17583 Gloria Cooper, Case No. 18-cv-194 Carol Woodson, Case No. 17-cv-12674 Arquice Conley, Case No. 18-cv-9799 Tina Hickey, Case No. 18-cv-4731 | ) ) ) ) ) ) | |

## ORDER

Considering the Ex Parte Joint Motion to Extend Briefing Deadlines and Set Oral Argument Date on Defendants' Joint Motion to Certify Order for Interlocutory Appeal (Doc. 14579),

**IT IS ORDERED** that Defendants' Joint Motion to Certify Order for Interlocutory Appeal (Doc. No. 14517) is hereby **SET** for oral argument at 10:00 a.m. on October 28, 2022; the deadline for plaintiffs to file their opposition memorandum is September 22, 2022, and defendants' deadline to file their reply brief is October 4, 2022.

New Orleans, Louisiana, this 31st day of August, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**