UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Linda Ditta**
**Case No.: 2:16-cv-17303**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Linda Ditta whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 31, 2022                  */s/ Daniel P. Markoff*
                                                      Daniel P. Markoff
                                                      Atkins and Markoff
                                                      9211 Lake Hefner Parkway
                                                      Oklahoma City, OK 73129
                                                      405-607-8757
                                                      Dmarkoff@atkinsandmarkoff.com