UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Karen Patterson**
**Case No.: 2:16-cv-17320**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Karen Patterson whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: August 31, 2022          */s/ Daniel P. Markoff*
                                             Daniel P. Markoff
                                             Atkins and Markoff
                                             9211 Lake Hefner Parkway
                                             Oklahoma City, OK 73129
                                             405-607-8757
                                             Dmarkoff@atkinsandmarkoff.com