UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ACTAVIS LLC and ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>Wallaceteen Yates | Civil Action No.: 2:18-cv-12961 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice Defendants Actavis LLC and Actavis Pharma, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 1st day of September, 2022.

/s/ John S. Steward
John S. Steward #45932MO
Joseph D. Klenofsky #59386MO
Meyerkord & Kurth, LLC
140 Prospect Avenue, Suite F
St. Louis Missouri 63122
314.300.3000 Office
314.571.7138 Fax
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

15

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 1, 2022                              /s/ John Steward