AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Karen Cooley-Sebahar et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:18-cv-04124-JTM-MBN |
| Sanofi-Aventis U.S. LLC et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Karen Cooley-Sebahar and Mike Sebahar                                                                    .

Date:      09/02/2022

_____
*Attorney's signature*

Lindsay R. Stevens CA Bar No. 256811
*Printed name and bar number*

Gomez Trial Attorneys
655 W Broadway Ste 1700
San Diego, CA 92101

*Address*

lstevens@thegomezfirm.com
*E-mail address*

(619) 237-3490
*Telephone number*

(619) 237-3496
*FAX number*