## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | |
| | CASE NO: 2:17-CV-14264 |
| JOSEPHINE GRIMM | |

## <u>NOTICE AND SUGGESTION OF DEATH</u>

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice

that: Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil

Procedure hereby informs the Honorable Court of the death of Josephine Grimm.

Dated: September 2, 2022

Respectfully submitted,

/s/ Rhett A. McSweeney
Dave M. Langevin (#329563)
Rhett A. McSweeney (#269542)
**McSweeney Langevin**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-4646
Facsimile: (612) 454-2678
ram@westrikeback.com
Dave@westrikeback.com

**Counsel for Plaintiff**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 2, 2022, I electronically filed ***Notice and Suggestion of Death*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

<u>*/s/Rhett A. McSweeney*</u>
Rhett A. McSweeney