UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Charlene Barber
Case No.: 2:20-cv-03251

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Charlene Barber whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 6, 2022　　　　　　　　　　　/s/ Rhett A. McSweeney_____
　　　　　　　　　　　　　　　　　　　　　　　David M. Langevin (#329563)
　　　　　　　　　　　　　　　　　　　　　　　Rhett A. McSweeney (#269542)
　　　　　　　　　　　　　　　　　　　　　　　McSweeney/Langevin LLC
　　　　　　　　　　　　　　　　　　　　　　　2116 Second Avenue South
　　　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55404
　　　　　　　　　　　　　　　　　　　　　　　Phone: (612) 542-4646
　　　　　　　　　　　　　　　　　　　　　　　Fax: (612) 454-2678
　　　　　　　　　　　　　　　　　　　　　　　Dave@westrikeback.com
　　　　　　　　　　　　　　　　　　　　　　　Ram@westrikeback.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*