UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Sherol Brown
Case No.: 2:19-cv-03766

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Sherol Brown whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 6, 2022            /s/ Rhett A. McSweeney
                                    David M. Langevin (#329563)
                                    Rhett A. McSweeney (#269542)
                                    McSweeney/Langevin LLC
                                    2116 Second Avenue South
                                    Minneapolis, MN 55404
                                    Phone: (612) 542-4646
                                    Fax: (612) 454-2678
                                    Dave@westrikeback.com
                                    Ram@westrikeback.com

                                    *Counsel for Plaintiff*