UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Akoba Corun
Case No.: 2:19-cv-14479

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Akoba Corun whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: September 6, 2022           */s/ Rhett A. McSweeney*
          David M. Langevin (#329563)
          Rhett A. McSweeney (#269542)
          McSweeney/Langevin LLC
          2116 Second Avenue South
          Minneapolis, MN 55404
          Phone: (612) 542-4646
          Fax: (612) 454-2678
          Dave@westrikeback.com
          Ram@westrikeback.com

          *Counsel for Plaintiff*