UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Mary Herron
Case No.: 2:19-cv-11459

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Mary Herron whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 6, 2022

*/s/ Rhett A. McSweeney*
David M. Langevin (#329563)
Rhett A. McSweeney (#269542)
McSweeney/Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
Dave@westrikeback.com
Ram@westrikeback.com

*Counsel for Plaintiff*