UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mary McPeters**
**Case No.: 2:17-cv-16830**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Mary McPeters whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 6, 2022                       */s/ Rhett A. McSweeney*
                                                        David M. Langevin (#329563)
                                                        Rhett A. McSweeney (#269542)
                                                        McSweeney/Langevin LLC
                                                        2116 Second Avenue South
                                                        Minneapolis, MN 55404
                                                        Phone: (612) 542-4646
                                                        Fax: (612) 454-2678
                                                        Dave@westrikeback.com
                                                        Ram@westrikeback.com

                                                        *Counsel for Plaintiff*