UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Christine Poticha
Case No.: 2:17-cv-16675

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Christine Poticha whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  September 6, 2022            */s/ Rhett A. McSweeney*
                                      David M. Langevin (#329563)
                                      Rhett A. McSweeney (#269542)
                                      McSweeney/Langevin LLC
                                      2116 Second Avenue South
                                      Minneapolis, MN 55404
                                      Phone: (612) 542-4646
                                      Fax: (612) 454-2678
                                      Dave@westrikeback.com
                                      Ram@westrikeback.com

                                      *Counsel for Plaintiff*