UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Sharon Smith (Blocker)
Case No.: 2:19-cv-14383

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Sharon Smith (Blocker) whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  September 6, 2022            */s/ Rhett A. McSweeney*_____
                                     David M. Langevin (#329563)
                                     Rhett A. McSweeney (#269542)
                                     McSweeney/Langevin LLC
                                     2116 Second Avenue South
                                     Minneapolis, MN 55404
                                     Phone: (612) 542-4646
                                     Fax: (612) 454-2678
                                     Dave@westrikeback.com
                                     Ram@westrikeback.com

                                     *Counsel for Plaintiff*