UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                                  MDL NO. 2740

PRODUCTS LIABILITY LITIGATION                          SECTION "H" (5)

THIS DOCUMENT RELATES TO

PLAINTIFF NAME: ANDRIETA EASON

CASE NO.: 2:19-CV-14371

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Andrieta Eason whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022.  I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 6, 2022

THE LAW OFFICES OF TRAVIS R. WALKER. P.A.

/s/ Travis R. Walker

Travis R. Walker, Esq.

FL BAR No.: 36693

1100 SE Federal Hwy

Stuart, FL 34994

Phone: 772-708-0952

Fax: 772-673-3738

Service@traviswalkerlaw.com

Traviswalker@traviswalkerlaw.com