UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "H" (5) |

## PSC'S MOTION TO MODIFY PRETRIAL ORDER NO. 19

NOW INTO COURT, comes the Plaintiffs' Steering Committee (PSC), which hereby moves to modify Pretrial Order No. 19 (Rec. Doc. 262) to increase the specified holdback percentages for common benefit attorneys' fees and costs.  Pretrial Order No. 19 states that the initial assessment holdbacks may be altered upon further orders of the Court.[1]  Accordingly, attached hereto is proposed Pretrial Order No. 19A which the PSC requests be entered by the Court.

WHEREFORE, the PSC prays that, after notice to all counsel and a hearing allowing for due consideration of this request, the Court grants this Motion and enter into the record of this matter the attached proposed Pretrial Order No. 19A which modifies Pretrial Order No. 19 (Rec. Doc. 262) by increasing the holdback for common benefit attorneys' fees and costs.

| | |
|---|---|
| Dated: September 6, 2022 | Respectfully submitted, |
| /s/ Christopher L. Coffin<br>Christopher L. Coffin (#27902) | /s/ Karen B. Menzies<br>Karen Barth Menzies (CA Bar #180234) |

---

[1] "The 8% assessment set forth herein is preliminary in nature and made at the inception of MDL 2740 before any discovery is done and is subject to revision, upward or downward, pursuant to subsequent Orders of this Court. Further, the 8% assessment shall not be a final determination of common benefit fees or expenses to ultimately be paid/reimbursed to plaintiffs' counsel performing functions in accordance with this Order…" Pretrial Order No. 19 (Rec. Doc. 262), at 25-26.

1

| | |
|---|---|
| PENDLEY, BAUDIN & COFFIN, L.L.P.<br>1100 Poydras Street, Suite 2225<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com<br><br>*Plaintiffs' Co-Lead Counsel* | GIBBS LAW GROUP LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Telephone: 510-350-9700<br>Facsimile: 510-350-9701<br>kbm@classlawgroup.com<br><br>*Plaintiffs' Co-Lead Counsel* |
| /s/M. Palmer Lambert<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>plambert@gainsben.com<br><br>*Plaintiffs' Co-Liaison Counsel* | /s/Dawn M. Barrios<br>Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF & CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: 504-524-3300<br>Fax: 504-524-3313<br>barrios@bkc-law.com<br><br>*Plaintiffs' Co-Liaison Counsel* |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews<br>Andrews & Thornton<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660<br>Phone: (800) 664-1734<br>aa@andrewsthornton.com | Abby E. McClellan<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Phone: (816) 714-7100<br>Fax: (816) 714-7101<br>mcclellan@stuevesiegel.com |
| J. Kyle Bachus<br>Bachus & Schanker, LLC<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>kyle.bachus@coloradolaw.net | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, CA 90045 Phone:<br>510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130 | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112 |

2

Phone: (504) 581-9065  
Fax: (504) 581-7635  
lcentola@mbfirm.com

Christopher L. Coffin  
Pendley, Baudin & Coffin, L.L.P.  
1100 Poydras Street, Suite 2225  
New Orleans, Louisiana 70163  
Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com

Alexander G. Dwyer  
Kirkendall Dwyer LLP  
440 Louisiana, Suite 1901  
Houston, TX 77002  
Phone: (713) 522-3529  
Fax: (713) 495-2331  
adwyer@kirkendalldwyer.com

John Gomez  
The Gomez Law Firm, PLLC  
655 West Broadway, Suite 1700  
San Diego, CA 92101  
Phone: (619) 237.3490  
Fax: 619.237.3496.  
john@thegomezfirm.com

Emily C. Jeffcott  
Morgan & Morgan  
700 S. Palafox Street, Suite 95  
Pensacola, FL 32505  
Phone: (850) 316-9074  
Fax: (850) 316-9079  
ejeffcott@forthepeople.com

Andrew Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904 15058 River Road  
Hahnville, LA 70057  
Phone: (985) 783-6789  
Fax: (985) 783-1333

Phone: (404) 915-8886  
dmiceli@miceli-law.com

Andre M. Mura  
Gibbs Law Group LLP  
505 14th Street Suite 1110  
Oakland, CA 94612  
Phone: (510) 350-9717  
Fax: (510) 350-9701  
amm@classlawgroup.com

Rand P. Nolen  
Fleming, Nolen & Jez, L.L.P.  
2800 Post Oak Blvd., Suite 4000  
Houston, TX 77056  
Phone: (713) 621-7944  
Fax: (713) 621-9638  
rand_nolen@fleming-law.com

Jessica Perez Reynolds  
Pendley, Baudin & Coffin  
P.O. Drawer 71  
24110 Eden Street  
Plaquemine, LA 70765  
Phone: (225) 687-6396  
Fax: (225) 687-6398  
jperez@pbclawfirm.com

Darin L. Schanker  
Bachus Schanker  
101 W Colfax Ave, Suite 650  
Denver, CO 80202  
Phone: (303) 222-2222  
Fax: (303) 893-9900  
dls@coloradolaw.net

Hunter J. Shkolnik  
Napoli Shkolnik PLLC  
360 Lexington Avenue, 11th Floor  
New York, NY 10017  
Phone: (212) 397-1000  
hunter@napolilaw.com

3

andrew@lemmonlawfirm.com

| | |
|---|---|
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@amalaw.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ M. Palmer Lambert*
                                            M. PALMER LAMBERT