UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: ALL CASES | SECTION "H" (5) |

**[PROPOSED] ORDER**
**(PSC MOTION TO MODIFY PRETRIAL ORDER NO. 19)**

Considering the PSC Motion to Modify Pretrial Order No. 19,

IT IS HEREBY ORDERED that any party who has an objection to the PSC Motion to Modify Pretrial Order No. 19 shall file a written objection detailing the reasons for the objection no later than _____, 2022;

IT IS FURTHER ORDERED that the PSC shall file a response to any party's written objection no later than \_\_\_\_, 2022;

IT IS FURTHER ORDERED that any party who files a written objection shall appear and show cause at a hearing on _____, 2022 at 9:00 a.m. why the PSC Motion to Modify Pretrial Order No. 19 should not be granted.

New Orleans, Louisiana this \_\_\_ day of September 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE