UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

CHERYL COLLINS
Case No.: 18-05696

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Marcus Quincy Grady, Executor of the Estate of Cheryl Collins, in place of Plaintiff, Cheryl Collins. As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed June 7, 2018.

2. The Plaintiff, Cheryl Collins died on December 17, 2018. (See Death Certificate- Exhibit A).

3. Following Ms. Collins death, Marcus Quincy Grady was appointed as Executor of the Estate of Cheryl Collins. (See Last Will & Testament- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Marcus Quincy Grady Executor of the Estate for Cheryl Collins, for the Plaintiff, Cheryl Collins.

1

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on September 6, 2022 I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*