UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

CHERYL COLLINS
Case No.: 18-05696

# [PROPOSED] ORDER GRANTING SUBSTITUTION

     This came before the Court on Plaintiff Cheryl Collins Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein:

     IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Marcus Quincy Grady, as Personal Representative of the Estate of Cheryl Collins is substituted as Plaintiff in the above referenced action.

 So ordered this ___ day of _____ 2022.

                                                                                                             _____
                                                                                                              District Judge