# GEORGIA DEATH CERTIFICATE

State File Number **2018GA000077356**

| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last)<br>**CHERYL R. COLLINS** | 1a. IF FEMALE, ENTER LAST NAME AT BIRTH<br>**COLLINS** | 2. SEX<br>**FEMALE** | 2a. DATE OF DEATH (Mo., Day, Year)<br>**ACTUAL DATE OF DEATH 12/03/2018** |
|---|---|---|---|

| 3. SOCIAL SECURITY NUMBER<br>**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** | 4a. AGE (Years)<br>**58** | 4b. UNDER 1 YEAR Mos. | 4c. UNDER 1 DAY — Days / Hours / Mins. | 5. DATE OF BIRTH (Mo., Day, Year)<br>**07/30/1960** |
|---|---|---|---|---|

| 6. BIRTHPLACE<br>**LOUISIANA** | 7a. RESIDENCE - STATE<br>**GEORGIA** | 7b. COUNTY<br>**NEWTON** | 7c. CITY, TOWN<br>**COVINGTON** |
|---|---|---|---|

| 7d. STREET AND NUMBER<br>**130 GREEN COMMONS DRIVE** | 7e. ZIP CODE<br>**30016** | 7f. INSIDE CITY LIMITS?<br>**NO** | 8. ARMED FORCES?<br>**YES** |
|---|---|---|---|

| 8a USUAL OCCUPATION<br>**CLERGY** | 8b. KIND OF INDUSTRY OR BUSINESS<br>**RELIGIOUS ORGANIZATION** |
|---|---|

| 9. MARITAL STATUS<br>**WIDOWED** | 10. SPOUSE NAME<br>**HORACE GRADNEY** | 11. FATHER'S FULL NAME (First, Middle, Last)<br>**WILLIAM T. COLLINS** |
|---|---|---|

| 12. MOTHER'S MAIDEN NAME (First, Middle, Last)<br>**CEOLA SPEARS** | 13a. INFORMANT'S NAME (First, Middle, Last)<br>**MARCUS GRADNEY** | 13b. RELATIONSHIP TO DECEDENT<br>**SON** |
|---|---|---|

| 13c. MAILING ADDRESS<br>**130 GREEN COMMONS DRIVE COVINGTON GEORGIA 30016** | 14. DECEDENT'S EDUCATION<br>**DOCTORATE DEGREE** |
|---|---|

| 15. ORIGIN OF DECEDENT (Italian, Mex.,French, English, etc.)<br>**NO, NOT SPANISH/HISPANIC/LATINO** | 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify)<br>**BLACK OR AFRICAN-AMERICAN** |
|---|---|

| 17a. IF DEATH OCCURRED IN HOSPITAL | 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify)<br>**DECEDENT'S HOME** |
|---|---|

| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.)<br>**130 GREEN COMMONS DRIVE** | 19. CITY, TOWN or LOCATION OF DEATH<br>**COVINGTON** | 20. COUNTY OF DEATH<br>**NEWTON** |
|---|---|---|

| 21. METHOD OF DISPOSITION (specify)<br>**BURIAL** | 22. PLACE OF DISPOSITION<br>**LOUISIANA NATIONAL CEMETERY 303 W. MT. PLEASANT ROAD ZACHARY LOUISIANA 70791** | 23. DISPOSITION DATE (Mo., Day, Year)<br>**12/14/2018** |
|---|---|---|

| 24a. EMBALMER'S NAME<br>**MELVIN MELTON** | 24b. EMBALMER LICENSE NO.<br>**4912** | 25. FUNERAL HOME NAME<br>**GREGORY B LEVETT AND SONS FUNERAL HOME AND CREMATO** |
|---|---|---|

| 25a. FUNERAL HOME ADDRESS<br>**1999 HIGHWAY 138 SE CONYERS GEORGIA 30013** |
|---|

| 26a. SIGNATURE OF FUNERAL DIRECTOR<br>**MELVIN MELTON** | 26b. FUN. DIR. LICENSE NO<br>**5316** | AMENDMENTS |
|---|---|---|

| 27. DATE PRONOUNCED DEAD (Mo., Day, Year)<br>**12/03/2018** | 28. HOUR PRONOUNCED DEAD<br>**00:04 MILITARY** |
|---|---|

| 29a. PRONOUNCER'S NAME<br>**Audrey  BINGHAM Kelley** | 29b. LICENSE NUMBER<br>**RN140934** | 29c. DATE SIGNED<br>**12/03/2018** |
|---|---|---|

| 30. TIME OF DEATH<br>**00:04 MILITARY** | 31. WAS CASE REFERRED TO MEDICAL EXAMINER<br>**NO** |
|---|---|

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Cause | Approximate interval between onset and death |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | A. | **MALIGNANT NEOPLASM OF THE PANCREAS** | **UNKNOWN** |
| | | Due to, or as a consequence of | |
| | B. | | |
| | | Due to, or as a consequence of | |
| | C. | | |
| | | Due to, or as a consequence of | |
| | D. | | |

| Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.<br>**CHRONIC OBSTRUCTIVE PULMONARY DISEASE** | 33. WAS AUTOPSY PERFORMED?<br>**NO** | 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|

| 35. TOBACCO USE CONTRIBUTED TO DEATH<br>**UNKNOWN** | 36. IF FEMALE (range 10-54) PREGNANT<br>**NOT APPLICABLE** | 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify)<br>**NATURAL** |
|---|---|---|

| 38. DATE OF INJURY (Mo., Day, Year) | 39. TIME OF INJURY | 40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify) | 41. INJURY AT WORK? (Yes or No) |
|---|---|---|---|

42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County)

| 43. DESCRIBE HOW INJURY OCCURRED | 44. IF TRANSPORTATION INJURY |
|---|---|

| 45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)<br>**SAMANTHA STOREY, MD, 060328** | 46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.) |
|---|---|

| 45a. DATE SIGNED (Mo., Day, Year)<br>**12/14/2018** | 45b. HOUR OF DEATH<br>**00:04 MILITARY** | 46a. DATE SIGNED (Mo., Day, Year) | 46b. HOUR OF DEATH |
|---|---|---|---|

| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH<br>**SAMANTHA STOREY 632  VININGS ESTATES DRIVE MABLETON GEORGIA 30126** |
|---|

| 48. REGISTRAR (Signature)<br>**/S/ GWENDOLYN DUFFIN** | 49. DATE FILED - REGISTRAR (Mo., Day, Year)<br>**12/17/2018** |
|---|---|

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

COUNTY CUSTODIAN: Melanie M. Bell

ISSUED BY: Danyell Thomas

DATE ISSUED: 1-8-2019

DEPUTY STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

Any reproduction of this document is prohibited by statute.  Do not accept unless embossed with a raised seal.