**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

**NOTICE OF APPEARANCE**

THIS DOCUMENT RELATES TO:

**Plaintiff Name: <u>Shanda Tuff</u>**
**Case No.: <u>2:19-cv-01715</u>**

---

Please enter the appearance of Holly Werkema of the law firm of Baron & Budd, P.C. as counsel for Plaintiff in the above titled case and in the MDL 2740. Any and all communications and filings should include her in these matters.

Dated this 7th day of September, 2022

*/s/ Holly Werkema*
Holly Werkema
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181
hwerkema@baronbudd.com

*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk ofthe Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>September 7, 2022</u>                                         <u>*/s  Holly Werkema*</u>
                                                                                       Holly Werkema