# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRISTIANNA CROCKETT )<br>)<br>)<br>  Plaintiff, )<br>)<br>   v. )<br>)<br>SANOFI US SERVICES INC, )<br>formerly known as Sanofi-Aventis; )<br>SANOFI-AVENTIS U.S. LLC., SANDOZ, )<br>INC., ACCORD HEALTCARE, INC., )<br>MCKESSON CORPORATION, doing )<br>business as MCKESSON PACKAGING, )<br>HOSPIRA WORLDWIDE, LLC )<br>formerly known as HOSPIRA )<br>WORLDWIDE, )<br>INC. and HOSPIRA, INC., )<br>)<br>  Defendants. | Case No. 2:19-cv-12142<br><br>JUDGE JANE TRICHE MILAZZO |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: September 7, 2022

                                                                                         Respectfully submitted,

                                                                         /s/ Christopher LoPalo<br>
                                                                      Christopher LoPalo, Esq.<br>
                                                                      Napoli Shkolnik PLLC<br>
                                                                      400 Broadhollow Rd. Suite 305<br>
                                                                      Melville, NY 11747<br>
                                                                      Tel: (212) 397-1000<br>
                                                                      Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 7, 2022

                                                      /s/ Christopher LoPalo
                                                     Christopher LoPalo, Esq.