UNITED STATES DISTRICTCOURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>CHRISTIANNA CROCKETT<br><br><br><br><br>Plaintiff,<br><br><br>vs.<br><br>SANOFI US SERVICES INC, formerly known as Sanofi-Aventis; SANOFI-AVENTIS U.S. LLC., SANDOZ, INC., ACCORD HEALTCARE, INC., MCKESSON CORPORATION, doing business as MCKESSON PACKAGING, HOSPIRA WORLDWIDE, LLC formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:19-cv-12142<br><br><br><br><br><br><br>DECLARATION |

## **DECLARATION**

I, Christopher LoPalo, have attempted to reach my client, Christianna Crockett on the following dates: **May 28 2022, July 14 2022, August 19 2022, August 26 2022, August 29 2022, September 2 2022,** by ☒ telephone, ☒ e-mail, ____ text message, ____ social media, ☒ U.S. Mail, ☒ Certified Mail, ☒ Skip Trace, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 7th day of September 2022

                                              Respectfully Submitted,

                                              */s/ Christopher LoPalo*
                                              Christopher LoPalo
                                              NAPOLI SHKOLNIK, PLLC
                                              400 Broadhollow Road, Suite 305
                                              Melville, NY 11747
                                              T: (212) 397-1000
                                              *clopalo@napolilaw.com*

                                              **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 7, 2022                        */s/ Christopher LoPalo*
                                                                 Christopher LoPalo