UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Joanne Ernest

2:18-cv-12293-JTM-MBN

## STATEMENT OF PLAINTIFF'S COUNSEL

Our Firm represents Joanne Ernest whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 7, 2022

Respectfully submitted,

REYES | BROWNE | REILLEY

 /s/ Ryan J Browne
Ryan J. Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 7, 2022             */s/ Ryan J Browne*
                                                              Ryan J Browne