# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>**SECTION "H" (5)**<br><br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Plaintiff Name: Matilda Lamberty*<br>*Case No.: 2:19-cv-12454* | |

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Matilda Lamberty whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice. Plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 7, 2022

Respectfully submitted,

*s/ David B. Franco*
David B. Franco (Texas Bar No. 24072097)
**FRANCOLAW, PLLC**
500 W. 2nd Street, Floor 19, Suite 138
Austin, TX  78701
Telephone: (512) 714-2223
Facsimile: (504) 229-6730
Email: dfranco@dfrancolaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 7, 2022

                                                  */s/ David B. Franco*
                                                David B. Franco