UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Nancy Barker
Case No.: 2:18-cv-13341

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Nancy Barker whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  September 6, 2022      /s/ C. Brooks Cutter
                               C. Brooks Cutter, CA SBN 121407
                               Jennifer S. Domer, CA SBN 305822
                               Cutter Law, P.C.
                               401 Watt Avenue
                               Sacramento, CA 95864
                               (916) 290-9400
                               bcutter@cutterlaw.com
                               jdomer@cutterlaw.com