UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Catherine Byrd
Case No.: 2:18-cv-13154

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Catherine Byrd whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 6, 2022          _/s/ C. Brooks Cutter_____
                                  C. Brooks Cutter, CA SBN 121407
                                  Jennifer S. Domer, CA SBN 305822
                                  Cutter Law, P.C.
                                  401 Watt Avenue
                                  Sacramento, CA 95864
                                  (916) 290-9400
                                  bcutter@cutterlaw.com
                                  jdomer@cutterlaw.com