UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Derena Chavis**
**Case No.: 2:18-cv-13158**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Derena Chavis whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

| | |
|---|---|
| Dated: September 6, 2022 | _/s/ C. Brooks Cutter_____ |
| | C. Brooks Cutter, CA SBN 121407 |
| | Jennifer S. Domer, CA SBN 305822 |
| | Cutter Law, P.C. |
| | 401 Watt Avenue |
| | Sacramento, CA 95864 |
| | (916) 290-9400 |
| | bcutter@cutterlaw.com |
| | jdomer@cutterlaw.com |