# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Beverly Scott**
**Case No.: 2:18-cv-11774**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Beverly Scott whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: September 6, 2022        _/s/ C. Brooks Cutter_____
       C. Brooks Cutter, CA SBN 121407
       Jennifer S. Domer, CA SBN 305822
       Cutter Law, P.C.
       401 Watt Avenue
       Sacramento, CA 95864
       (916) 290-9400
       bcutter@cutterlaw.com
       jdomer@cutterlaw.com