UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Regina Mueller
**Case No.:** 2:17-cv-12852

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Regina Mueller whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 7, 2022            /s/ *Pierce Jones*
                                                Pierce Jones (TX Bar No: 24110061)
                                                JOHNSON LAW GROUP
                                                2925 Richmond Avenue Ste. 1700
                                                Houston, TX 77098
                                                Telephone: (713) 626-9336
                                                Facsimile: (713) 583-9460
                                                Email: taxotere@johnsonlawgroup.com