UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**In Re: TAXOTERE (DOCETAXEL)**  **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

 **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Rita Gildea-Bryant
**Case No.:** 2:18-cv-11329

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Rita Gildea-Bryant whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: September 7, 2022           /s/ *Pierce Jones*
                                   Pierce Jones (TX Bar No: 24110061)
                                   JOHNSON LAW GROUP
                                   2925 Richmond Avenue Ste. 1700
                                   Houston, TX 77098
                                   Telephone: (713) 626-9336
                                   Facsimile: (713) 583-9460
                                   Email: taxotere@johnsonlawgroup.com