UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Alice Hubbard**
**Case No.: 2:18-cv-12549**

## STATEMENT OF PLAINTIFF'S COUNSEL

　　　I represent Alice Hubbard whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 7, 2022　　　　　　　　　　*/s/ Daniel P. Markoff*
　　　　　　　　　　　　　　　　　　　　　　Daniel P. Markoff
　　　　　　　　　　　　　　　　　　　　　　Atkins and Markoff
　　　　　　　　　　　　　　　　　　　　　　9211 Lake Hefner Parkway
　　　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73129
　　　　　　　　　　　　　　　　　　　　　　405-607-8757
　　　　　　　　　　　　　　　　　　　　　　Dmarkoff@atkinsandmarkoff.com