UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Antoinette Johnson</u>
**Case No.:** <u>2:18-cv-12644</u>

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Antoinette Johnson whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  September 7, 2022                     */s/ Daniel P. Markoff*
                                              Daniel P. Markoff
                                              Atkins and Markoff
                                              9211 Lake Hefner Parkway
                                              Oklahoma City, OK 73129
                                              405-607-8757
                                              Dmarkoff@atkinsandmarkoff.com