UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STATEMENT OF PLAINTIFF'S COUNSEL AS TO PRODUCT I.D.** |
| THIS DOCUMENT RELATES TO:<br><br>Wallaceteen Yates | Civil Action No.: 2:18-cv-12961 |

**STATEMENT OF PLAINTIFF'S COUNSEL**

This firm represents Wallaceteen Yates whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, plaintiff's medical records indicate that Taxotere was administered, but the records do not indicate who manufactured the Taxotere that was administered.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated this 7th day of September, 2022.

/s/ John S. Steward
John S. Steward #45932MO
Joseph D. Klenofsky #59386MO
Meyerkord & Kurth, LLC
140 Prospect Avenue, Suite F
St. Louis Missouri 63122
314.300.3000 Office
314.571.7138 Fax
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**CERTIFICATE OFSERVICE**

  I hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 1, 2022     /s/ John Steward