UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>   ) <br>**This document relates to:**   )<br>Cheryl Collins, 18-05696   ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 14624);

**IT IS ORDERED** that the Motion is **GRANTED** and that Marcus Quincy Grady, on behalf of Cheryl Collins, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 7th day of September, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE