# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**

Plaintiff Name: PEGGY HALL
Case No.: 2:19-cv-11104

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Peggy Hall, on the following dates: 2/4/20, 2/11/20, 2/18/20, 1/5/2022, 8/12/2022, 8/25/2022, 8/26/2022, 8/29/2022, 9/1/2022, 9/3/2022

by (check all that apply) X telephone, X e-mail, X text message, __ social media, X U.S. Mail, ____ Certified Mail, X other (sent a law firm affiliate to her last known address) and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

| | |
|---|---|
| Dated: September 8, 2022 | **BACHUS & SCHANKER, LLC** |
| | By: */s/ J.Christopher Elliott* |
| | J. Christopher Elliott, Esq. |
| | Bachus & Schanker, LLC |
| | 101 West Colfax Suite 650 |
| | Denver, CO 80202 |
| | Telephone: (303)893-8900 |
| | Facsimile: (303) 893-9900 |
| | Email: celliott@coloradolaw.net |
| | *Attorneys for Plaintiff* |