UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: CINDY DOUGLAS
Case No.: 2:18-cv-12403

## DECLARATION

I, J. Christopher Elliott, have attempted to reach my client, Cindy Douglas, on the following dates: 12/21/21,  2/23/22, 8/8/22, 8/23/22, 8/24/22, 8/25/22, 8/26/22, 8/29/22, 8/30/22, 8/31/22, 9/1/22, 9/3/22, 9/5/22, 9/6/22

by (check all that apply) X telephone, X e-mail, X text message, __ social media, X U.S. Mail, ____ Certified Mail, X other (sent a law firm affiliate to her last known address) and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: September 8, 2022                    **BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*