UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Marie Hughes**
**Case No.: 2:19-cv-1903**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Marie Hughes whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 8, 2022      */s/ Seth Sharrock Webb*
    SETH SHARROCK WEBB, # 51236
    BROWN & CROUPPEN, P.C.
    211 N. Broadway, Suite 1600
    St. Louis, Missouri 63102
    314-421-0216
    314-421-0359 facsimile
    sethw@getbc.com