UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Wanda Tallent
Case No.: 2:17-cv-14661

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Wanda Tallent whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: September 8, 2022              /s/ Seth Sharrock Webb
                                     SETH SHARROCK WEBB, # 51236
                                     BROWN & CROUPPEN, P.C.
                                     211 N. Broadway, Suite 1600
                                     St. Louis, Missouri  63102
                                     314-421-0216
                                     314-421-0359 facsimile
                                     sethw@getbc.com