UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| | | JUDGE JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:** *Wright v. Sanofi-Aventis U.S. LLC, et al.* Civil Action No. 2:19-cv-12423 | | MAGISTRATE JUDGE NORTH |

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Jodie Wright whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: September 8, 2022

_____
Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.:           (713) 495-2333
Facsimile:    (866) 709-2333

*ATTORNEYS FOR THE PLAINTIFF*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 8, 2022

                                                           */s/ Clinton Casperson*
                                                           Clinton Casperson
                                                           TX State Bar No. 24075561
                                                           ccasperson@traceylawfirm.com
                                                           Sean Patrick Tracey
                                                           TX State Bar No. 20176500
                                                           stracey@traceylawfirm.com
                                                           Shawn P. Fox
                                                           TX State Bar No. 24040926
                                                           sfox@traceylawfirm.com
                                                           **TRACEY FOX KING & WALTERS**
                                                           440 Louisiana, Ste. 1901
                                                           Houston, Texas 77002
                                                           Tel.:        (713) 495-2333
                                                           Facsimile:  (866) 709-2333

                                                           *ATTORNEYS FOR THE PLAINTIFF*