UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| THIS DOCUMENT RELATES TO PLAINTIFF: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *GLORIA WEATHERSBY V. SANOFI AVENTIS ET AL* | Civil Action No.: 2:16-cv-15610 |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Claire Boyd, surviving natural sister of Gloria Weathersby, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the death of Plaintiff.

A Notice/Suggestion of Death was filed in this matter on September 8, 2022 (Doc. # 14677).

Dated: September 8, 2022          RESPECTFULLY SUBMITTED,

**Morris Bart, LLC**

/s/ Richard Root
Richard Root, LA Bar #19988
Betsy J. Barnes LA Bar #19473
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
rroot@morrisbart.com
bbarnes@morrisbart.com
**Attorneys For Plaintiff**

## CERTIFICATION OF SERVICE

I hereby certify that on September 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

**Morris Bart, LLC**

*/s/ Richard Root*
Richard Root