UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO PLAINTIFF: <br><br> GLORIA WEATHERSBY V. SANOFI AVENTIS, ET AL <br><br> 2:16-cv- 15610 | SECTION "N"(5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, finds the motion meritorious. Therefore,

IT IS ORDERED that Plaintiff Claire Boyd, as surviving sister of Plaintiff, is substituted for Plaintiff Gloria Weathersby as the proper party plaintiff in the above captioned case.

A Notice/Suggestion of Death was filed in this matter on September 8, 2022 (Doc. #14677.

New Orleans, Louisiana this ___ day of _____, 2022.

_____
United States District Judge