# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO Gloria *Weathersby* 2:16-cv-15610 | ) ) ) ) | Judge Jane Triche Milazzo |
| | ) ) | Magistrate Judge North |

## SUGGESTION OF DEATH

Claire Boyd, sister of Gloria Weathersby, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that the Plaintiff of record in the above-captioned case, Ms. Gloria Weathersby, passed away on November 4, 2018, during the pendency of this action. Ms. Weathersby's surviving sister will be filing the appropriate pleadings to appear as substitute Plaintiff in this matter.

Dated: September 8, 2022

Respectfully submitted,

*/s/ Richard Root*
*Richard Root, LA Bar #19988*
*Betsy J. Barnes LA Bar #19473*
*Morris Bart, LLC*
*601 Poydras St., 24th Fl. New Orleans, LA 70130 Phone: (504) 525-8000*
*Fax: (504) 599-3392*
*rroot@morrisbart.com*
*bbarnes@morrisbart.com*
*Attorneys For Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Richard Root
Richard Root