# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Gloria Weathersby, 16-15610 | | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 14678);

**IT IS ORDERED** that the Motion is **GRANTED** and that Claire Boyd, on behalf of Gloria Weathersby, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 9th day of September, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE