UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Brenda J. Thomas
**Case No.:** 2:18-cv-12348

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Brenda J. Thomas whose case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

| | |
|---|---|
| Dated: September 12, 2022 | By: */s/ Panagiotis V. Albanis* |
| | Panagiotis "Pete" V. Albanis |
| | FL Bar No.: 77354 |
| | Morgan & Morgan – Complex Litigation Group |
| | 12800 University Drive, Suite 600 |
| | Fort Myers, FL 33907 |
| | Phone: 239-433-6880 |
| | Fax: 239-433-6836 |
| | palbanis@forthepeople.com |
| | |
| | *Attorney for Plaintiff* |