UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>**Plaintiff Name: <u>Denise Alton</u>**<br>**Case No.: <u>2:18-cv-14052</u>** | |

      Please enter the appearance of Aaron Howard of the law firm of Baron & Budd, P.C. as counsel for Plaintiff in the above entitled case and in the MDL 2740. Any and all communications and filings should include her in these matters.

Dated this 12th day of September, 2022        */s/ Aaron Howard*
                                                             Aaron Howard
                                                             Baron & Budd, P.C.
                                                             3102 Oak Lawn Ave., Suite 1100
                                                             Dallas, Texas 75219
                                                             Telephone: 214-521-3605
                                                             Facsimile: 214-520-1181
                                                             ahoward@baronbudd.com

                                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on Septembe 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>September 12, 2022</u>        <u>/s  Aaron Howard</u>
                                                                                      Aaron Howard