## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Connie Lee-Nunn, et al. v. Sanofi S.A., et al., EDLA No. 2:17-cv-14155* | |

### <u>MOTION TO EXTEND DEADLINE</u>

Undersigned represents Plaintiffs Connie Lee-Nunn and Ralph Leroy Nunn. Their case is on a Notice of Non-Compliance to be heard by the Court on September 13, 2022.

For background, Ms. Lee-Nunn disclosed medical records showing that Taxotere was administered to her between August 24, 2011, and December 7, 2011, but the records did not indicate the manufacturer. As a result, Plaintiffs followed up with her medical providers and insurers without success. However, Taxotere distributors were not contacted. As a consequence, Plaintiffs requested the Court grant them additional time to subpoena distributors' records which, hopefully, would lead to discovery of the manufacturer of the Taxotere administer to Ms. Lee-Nunn. The Court granted Plaintiffs request on July 12, 2022.

Counsel for Plaintiffs then subpoenaed McKesson Specialty Distribution, LLC; McKesson Corporation; Cardinal Health, LLC; and AmerisourceBergen Drug Corp./Oncology Supply. See Subpoenas in Exhibit 1. McKesson and AmerisourceBergen Drug Corp./Oncology Supply responded, indicating that they do not have any information for the Taxotere supplied to Mrs. Lee-Nunn's oncologists. See responses in Exhibit 2. Counsel for Plaintiffs has reached out to Cardinal Health, LLC regarding their lack of response to the subpoena but Plaintiffs' counsel is still awaiting a response.

Plaintiffs respectfully request and additional 30 days to hear back from Cardinal Health, LLC. If Cardinal does not have any useful information, Plaintiffs agree that they will file a pleading stating that the deficiency is not cured and there is no defense to the request for a dismissal.

For the reasons detailed above, Plaintiffs request an additional 30 days to obtain a response to their subpoena from Cardinal Health, LLC and to inform the Court.

Dated September 12, 2022.                          Respectfully Submitted,


                                                   */s/ David J. Diamond*
                                                   David J. Diamond (AZ: 010842)
                                                   Diamond Law PLLC
                                                   1700 E. River Road, #65237
                                                   Tucson, AZ 85718
                                                   Phone: (520) 497-2672
                                                   Fax: (520) 527-1074
                                                   ddiamond@diamondlawusa.com

                                                   *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on September 12, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


                                                   */s/ David J. Diamond*
                                                   David J. Diamond