# EXHIBIT 2

**From:** Kate Robinson
**To:** Kathy Hampton
**Subject:** RE: Taxotere - Distributor Records
**Date:** Thursday, July 28, 2022 7:26:05 AM

Kathy,

We received a response from AmerisourceBergen/Oncology Supply, and they do not have an responsive records for Ironwood/Desert Oncology during the timeframe of Ms. Lee-Nunn's treatment.

Additionally, they sent us a copy of the subpoena that you sent to them. Since they have already responded to your request through us, they will not respond to the subpoena.

Thanks,

Kate Robinson
Paralegal to Dawn M. Barrios

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> SECTION "N" (5) <br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE NORTH |
| CONNIE LEE-NUNN, <br><br> Plaintiff, <br><br> v. <br><br> SANOFI-AVENTIS U.S. LLC, et al., <br><br> Defendants. | Civil Action No. 2:17-cv-14155 |

**MCKESSON CORPORATION'S RESPONSE TO PLAINTIFF'S SUBPOENA**

Please let this serve as McKesson Corporation's ("McKesson") response to Plaintiff Connie Lee-Nunn's ("Plaintiff") subpoena requesting information regarding McKesson's distribution of brand-name Taxotere and/or generic docetaxel to Desert Oncology Associates, LLP and Ironwood Cancer & Research Centers, P.C. from 2009 to 2020.

McKesson Corporation's US Pharmaceutical Division searched its records for distribution of the Taxotere and/or docetaxel National Drug Codes ("NDCs") listed in Exhibit B to Case Management Order No. 12A to Desert Oncology Associates, LLP, located at 3686 South Rome Street, Gilbert, AZ 85297, and Ironwood Cancer & Research Centers, P.C., also located at 3686 South Rome Street, Gilbert, AZ 85297, from January 1, 2009 to December 31, 2020.[1] McKesson's records indicate that McKesson did not distribute any products bearing the Taxotere

---

[1] Plaintiff's subpoena did not provide an address for Desert Oncology Associates, LLP or Ironwood Cancer & Research Centers, P.C.. As such, McKesson searched its records for distribution to the address noted in Plaintiff's Seventh Amended Fact Sheet.

1

SF-4902679

or docetaxel NDCs listed in Exhibit B to Case Management Order No. 12A to Desert Oncology Associates, LLP or Ironwood Cancer & Research Centers, P.C. from January 1, 2009 to December 31, 2020.

Dated: August 5, 2022                MORRISON & FOERSTER LLP


                                     By: /s/ Julie Y. Park
                                        Erin M. Bosman
                                        Julie Y. Park
                                        MORRISON & FOERSTER LLP
                                        12531 High Bluff Drive, Suite 100
                                        San Diego, California 92130
                                        Telephone: 858.720.5100
                                        Facsimile: 858.720.5125

                                        Attorneys for
                                        McKESSON PACKAGING SERVICES, a division of
                                        McKESSON CORPORATION


## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I electronically served the foregoing on the person at the electronic service address below, as consented to in writing.

David J. Diamond
Diamond Law, PLLC
1700 E. River Road, #65237
Tucson, AZ 85718
ddiamond@diamondlawusa.com


Dated: August 5, 2022           By: /s/ Matthew Robinson
                                    Matthew Robinson

SF-4902679