UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Connie Lee-Nunn, et al. v. Sanofi S.A., et al.,*<br>*EDLA No. 2:17-cv-14155* | HON. JANE T. MILAZZO |

**[PROPOSED] ORDER EXTENDING DEADLINE**

Before this Court is Plaintiffs' Motion to extend time to respond to Defendants' Notice of Non-Compliance with CMO 12A, to allow time for Cardinal Health, LLC to respond to Plaintiffs' subpoena with product identification information. Having considered the matter, the Court finds that this extension of time is reasonable. As such,

IT IS ORDERED that Plaintiffs shall respond to Defendants' Notice of Non-Compliance with CMO 12A no later than October 13, 2022. If Plaintiffs have not received the necessary information and provided it to the Defendants by October 13, 2022, Plaintiffs will agree that the deficiency is not cured and there is no defense to the request for a dismissal.

Dated this _____ day of _____ 2022.

_____
Honorable Jane T. Milazzo
United States District Court Judge