UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>**Plaintiff Name: Sandra Delprete**<br>**Case No.: 2:19-cv-9989** | |

      Please enter the appearance of Chad Mooney of The Gori Law Firm, P.C. as counsel for Plaintiff in the above entitled case and in the MDL 2740. Any and all communications and filings should include him in these matters.

Dated this 13th day of September 2022       */s/ Chad Mooney*
                                                                             Chad Mooney
                                                                             The Gori Law Firm, P.C.
                                                                             156 N. Main Street
                                                                             Edwardsville, IL 62025
                                                                             Telephone: (618) 659-9833
                                                                             Facsimile: (618) 659-9834
                                                                             cmooney@gorilaw.com
                                                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 13, 2022                                            */s/ Chad Mooney*
                                                                                     Chad Mooney