UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case No.: 2:16-md-02740-JTM-MBN |
| | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | HON. JANE TRICHE MILAZZO |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Alexandra Preece Barlow of the law firm Morrison & Foerster LLP, 12531 High Bluff Drive, San Diego, California, 92130, as counsel of record for Defendant McKesson Packaging Services, a Division of McKesson Corporation.

DATED: September 13, 2022        Respectfully submitted,

 /s/ Alexandra Preece Barlow
Alexandra Preece Barlow
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California  92130-2040
Telephone:  858.720.5100
Facsimile:   858.720.5125

Attorneys for Defendant
McKESSON PACKAGING SERVICES,
A DIVISION OF McKESSON CORPORATION

1

SF-4925024

## CERTIFICATE OF SERVICE

      I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of the filing to all counsel of record.

                                */s/ Alexandra Preece Barlow*
                                Alexandra Preece Barlow

                                *Attorney for Defendant*
                                McKesson Packaging Services,
                                a division of McKesson Corporation