# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to all cases | ) | |

## ORDER

**IT IS ORDERED** that the continuation of the Show Cause Hearing set for Thursday, **September 15, 2022** is **CANCELLED**, to be reset at a later date.

New Orleans, Louisiana, this 14th day of September, 2022.

_____
**HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**