MINUTE ENTRY
MILAZZO, J.
September 15, 2022

JS-10:00:25

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On September 15, 2022, the Court held a telephone status conference with Doug Moore, John Olinde, and Palmer Lambert to discuss matters related to the preservation of expert testimony and physician charges for their appearances at Wave depositions.

Based on the discussion with counsel, **IT IS ORDERED** that the parties share equally the physician charges for their appearances at Wave depositions.

