UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to: Connie Lee-Nunn, 2:17-cv-14155 | |

## ORDER

Before the Court is Plaintiff's Motion for Extension of Deadlines to Respond to Defendants' Notice of Non-Compliance with CMO 12A (Doc. 14696);

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Connie Lee-Nunn's deadline to respond to Defendants' Notice of Non-Compliance with CMO 12A is extended for a period of thirty (30) days to October 13, 2022.

New Orleans, Louisiana, this 15th day of September, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE