UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO. 2740<br><br>SECTION "H" 5<br><br>HON JUDGE MILAZZO<br><br>MAGISTRATE JUDGE NORTH |

## MOTION TO WITHDRAW

Ryan M. Perdue and C. Brannon Robertson request leave to withdraw as counsel of record for all clients listed in Exhibit A. Stephen M. Fernelius of the law firm Fernelius Simon will continue to represent the Plaintiffs listed in Exhibit A. Mr. Fernelius is already lead counsel. As such, Plaintiffs will not be prejudiced by this withdrawal, nor will the withdrawal unduly delay these proceedings. A proposed order is attached.

      Respectfully Submitted,

*/s/ Stephen M. Fernelius*
Stephen M. Fernelius
*steve.fernelius@trialattorneytx.com*
Texas State Bar No. 06934340
C. Brannon Robertson
*brannon.robertson@trialattorneytx.com*
Texas State Bar No. 240028522
Ryan M. Perdue
*ryan.perdue@trialattorneytx.com*
Texas State Bar No. 24046611
FERNELIUS SIMON MACE
ROBERTSON PERDUE PLLC
4119 Montrose Blvd, Ste. 500
Houston, Texas 77006
T: 713-654-1200

## Certificate of Service

I certify that on September 15, 2022, I served a true and correct copy of this document on all counsel of record by electronic means.

                                         */s/ Stephen M. Fernelius*
                                         Stephen M. Fernelius