**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 2740<br><br>SECTION "H" 5<br><br>HON JUDGE MILAZZO<br><br>MAGISTRATE JUDGE NORTH |

**ORDER GRANTING MOTION TO WITHDRAW**

Ryan M. Perdue and C. Brannon Robertson have requested leave to withdraw as counsel of record for all clients listed in Exhibit A. The motion is GRANTED and it is ORDERED that Perdue and Robertson are relieved of any and all further responsibility in connection with this action.

SIGNED on _____, 2022.

_____
PRESIDING JUDGE

**EXHIBIT A**

| LAST NAME | FIRST NAME | CASE NUMBER |
|---|---|---|
| | | |
| Baker | Vivian | 2:17-cv-09497 |
| Bassett | Debra | 2:17-cv-11489 |
| Boynton | Sandra | 2:17-cv-09241 |
| Carter | Adrienne | 2:17-cv-00586 |
| Davis | Linda | 2:17-cv-11492 |
| Deggs | Ernestine | 2:17-cv-00588 |
| Etheridge | Carisa | 2:17-cv-09431 |
| Goldberg | Randi | 2:17-cv-09357 |
| Halsel | Roni | 2:17-cv-09509 |
| Henderson-Moore | Donna | 2:17-cv-09575 |
| Kenniger | Cynthia | 2:17-cv-03112 |
| Kummer | Monica | 2:17-cv-02971 |
| Landis | Meredith | 2:17-cv-09427 |
| Laverne | Shirley | 2:17-cv-11323 |
| McFadden | Jeannetta | 2:17-cv-05464 |
| Moreno | Mary | 2:17cv-03091 |
| Reed | Bobbi | 2:17-cv-09194 |
| Peterson | Guyann | 2:17-cv-15930 |
| Reed | Briggitte | 2:16-cv-17843 |
| Riding | Kathryn | 2:17-cv-11496 |
| Simms | Joan | 2:17-cv-09574 |
| Thomas | Debra | 2:17-cv-11318 |
| Thomas | Lee Ann | 2:17-cv-09345 |
| Thompson | Teresa | 2:17-cv-11498 |
| Ullery | Jackie | 2:17-cv-09511 |
| Walker | Helen | 2:17-cv-06856 |
| Weldon | Betty | 2:17-cv-09424 |
| Westbrook | Denise | 2:17-cv-09499 |
| Williamson | Delois | 2:17-cv-09322 |