UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A, attached | | |

## ORDER

Before the Court is a Motion to Withdraw as Counsel of Record (Doc. 14706);

**IT IS ORDERED** that the Motion is **GRANTED**, and Ryan M. Perdue and C. Brannon Robertson are withdrawn as counsel of record for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 16th day of September, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**

| LAST NAME | FIRST NAME | CASE NUMBER |
|---|---|---|
| Baker | Vivian | 2:17-cv-09497 |
| Bassett | Debra | 2:17-cv-11489 |
| Boynton | Sandra | 2:17-cv-09241 |
| Carter | Adrienne | 2:17-cv-00586 |
| Davis | Linda | 2:17-cv-11492 |
| Deggs | Ernestine | 2:17-cv-00588 |
| Etheridge | Carisa | 2:17-cv-09431 |
| Goldberg | Randi | 2:17-cv-09357 |
| Halsel | Roni | 2:17-cv-09509 |
| Henderson-Moore | Donna | 2:17-cv-09575 |
| Kenniger | Cynthia | 2:17-cv-03112 |
| Kummer | Monica | 2:17-cv-02971 |
| Landis | Meredith | 2:17-cv-09427 |
| Laverne | Shirley | 2:17-cv-11323 |
| McFadden | Jeannetta | 2:17-cv-05464 |
| Moreno | Mary | 2:17cv-03091 |
| Reed | Bobbi | 2:17-cv-09194 |
| Peterson | Guyann | 2:17-cv-15930 |
| Reed | Briggitte | 2:16-cv-17843 |
| Riding | Kathryn | 2:17-cv-11496 |
| Simms | Joan | 2:17-cv-09574 |
| Thomas | Debra | 2:17-cv-11318 |
| Thomas | Lee Ann | 2:17-cv-09345 |
| Thompson | Teresa | 2:17-cv-11498 |
| Ullery | Jackie | 2:17-cv-09511 |
| Walker | Helen | 2:17-cv-06856 |
| Weldon | Betty | 2:17-cv-09424 |
| Westbrook | Denise | 2:17-cv-09499 |
| Williamson | Delois | 2:17-cv-09322 |