# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Brenda Blanton
Case No.: 2:18-cv-11743

## PLAINTIFF'S MOTION TO SUBSTITUTE JIMMIE BLANTON ON BEHALF OF BRENDA BLANTON

COMES NOW, Plaintiff Brenda Blanton and files this motion to substitute her surviving heir, Jimmie Blanton, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Brenda Blanton filed the present action in the United States District Court for the Eastern District of Louisiana on November 29, 2018;

2. Plaintiff Brenda Blanton died on February 12, 2021;

3. On September 19, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Jimmie Blanton is the surviving heir and proper party plaintiff pursuant to the laws of the State of North Carolina.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Jimmie Blanton be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: September 19, 2022          **JOHNSON BECKER, PLLC**

s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
