UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Brenda Blanton
Case No.: 2:18-cv-11743

## ORDER

Upon Plaintiff's Motion to Substitute Jimmie Blanton on behalf of Brenda Blanton and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2022

_____

The Hon. Jane Triche Milazzo