UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Barbara Earnest, 2:16-cv-17144 | | |

## ORDER

Before the Court is Defendant Sanofi's Motion for Summary Judgment (Doc. 14146) and Motion to Tax Costs Against Plaintiff Barbara Earnest (Doc. 8340);

As discussed at the conference with lead and liaison counsel on September 14, 2022, given the compromise reached by the parties in the Barbara Earnest matter and the subsequent dismissal of the action (Doc. 14303), **IT IS ORDERED** that Defendant Sanofi's Motions are **DENIED**, without prejudice to be re-urged at a later date.

New Orleans, Louisiana, this 16th day of September, 2022.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**