# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Cynthia Campbell
Case No.: 18-cv-11265

## PLAINTIFF'S MOTION TO SUBSTITUTE NYASIA SYLVESTER ON BEHALF OF CYNTHIA CAMPBELL

COMES NOW, Plaintiff Cynthia Campbell and files this motion to substitute her surviving heir, Nyasia Sylvester, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Cynthia Campbell filed the present action in the United States District Court for the Eastern District of Louisiana on November 20, 2018;

2. Plaintiff Cynthia Campbell died on November 24, 2018;

3. On September 19, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Nyasia Sylvester is the Appointed Administrator and proper party plaintiff pursuant to the laws of the State of New York.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Nyasia Sylvester be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: September 19, 2022    **JOHNSON BECKER, PLLC**

s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on DATE SERVED, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
