# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**         MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

        SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Cynthia Campbell
Case No.: 18-cv-11265

## ORDER

      Upon Plaintiff's Motion to Substitute Nyasia Sylvester on behalf of Cynthia Campbell and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2022

_____
The Hon. Jane Triche Milazzo