UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Myrle Holley
Case No.: 2:18-cv-11725

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Myrle Holley files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Myrle Holley died on or about June 17, 2021, during the pendency of this civil action.

Respectfully Submitted,

Dated: September 19, 2022                **JOHNSON BECKER, PLLC**

                                         s/ Lisa Ann Gorshe
                                         Lisa Ann Gorshe, Esq. (MN Bar #029522X)
                                         Johnson Becker, PLLC
                                         444 Cedar Street, Suite 1800
                                         Saint Paul, MN 55101
                                         Phone: (612) 436-1800
                                         Fax: (612) 436-1801
                                         lgorshe@johnsonbecker.com

                                         **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.