# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Linda Mierisch
Case No.: 2:18-cv-12066

## PLAINTIFF'S MOTION TO SUBSTITUTE DONALD MIERISCH ON BEHALF OF LINDA MIERISCH

COMES NOW, Plaintiff Linda Mierisch and files this motion to substitute her surviving heir, Donald Mierisch, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Linda Mierisch filed the present action in the United States District Court for the Eastern District of Louisiana on November 30, 2018;

2. Plaintiff Linda Mierisch died on August 6, 2020;

3. On September 19, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Donald Mierisch is the surviving heir and proper party plaintiff pursuant to the laws of the State of Florida.

5. Plaintiff is proceeding with this Motion through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Donald J. Mierisch be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: September 19, 2022　　　　　　　　**JOHNSON BECKER, PLLC**

　　　　　　　　　　　　　　　　　　　　s/ Lisa Ann Gorshe
　　　　　　　　　　　　　　　　　　　　Lisa Ann Gorshe, Esq. (MN Bar #029522X)
　　　　　　　　　　　　　　　　　　　　Johnson Becker, PLLC
　　　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　Saint Paul, MN 55101
　　　　　　　　　　　　　　　　　　　　Phone: (612) 436-1800
　　　　　　　　　　　　　　　　　　　　Fax: (612) 436-1801
　　　　　　　　　　　　　　　　　　　　lgorshe@johnsonbecker.com

　　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on DATE SERVED, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
