## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Linda Mierisch
Case No.: 2:18-cv-12066

## ORDER

Upon Plaintiff's Motion to Substitute Donald Mierisch on behalf of Linda Mierisch and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2022

_____

The Hon. Jane Triche Milazzo