UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A, attached. | ) ) | |

## ORDER

In accordance with this Court's August 2, 2022 Order on Deadlines for September 13, 2022 Hearing on CMO 12A Product Identification Deficiencies ("Order to Show Cause," Rec. Doc. 14473), Defendants have submitted a list of Plaintiffs whose claims are subject to dismissal due to their inability to determine Product ID Information pursuant to CMO 12A. *See Defendants' Notice of Non-Compliance Cases Subject to September 13, 2022 Dismissal Call Docket*, August 30, 2022, Rec. Doc. 14580.

As contemplated by the Order to Show Cause (Rec. Doc. 14473), Plaintiffs listed in the attached Exhibit A notified Plaintiffs' Co-Liaison Counsel that they did not intend to appear at the Show Cause Hearing set for September 13, 2022 as Plaintiffs have been unable to obtain product identification. Accordingly, Plaintiffs' claims should be dismissed with prejudice pursuant to this Court's Order.

Therefore, **IT IS ORDERED** that the cases listed in the attached Exhibit A are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 15th day of September 2022.

_____
Hon. Jane Triche Milazzo

## Exhibit A

| Row | Last Name | First Name | Law Firm Name | MDL Docket No. |
|---|---|---|---|---|
| 1 | Brown | Cynthia | Allan Berger & Associates, PLC | 2:17-cv-04504 |
| 2 | Elphage | Cora | Allan Berger & Associates, PLC | 2:17-cv-05762 |
| 3 | Smith | Willie M. | Allan Berger & Associates, PLC | 2:17-cv-10116 |
| 4 | Fortsch | Karen | Allen & Nolte, PLLC | 2:18-cv-12989 |
| 5 | Givens | Annie | Allen & Nolte, PLLC | 2:18-cv-12808 |
| 6 | Leonard | Chantee | Allen & Nolte, PLLC | 2:20-cv-03344 |
| 7 | Hubbard | Alice | Atkins & Markoff | 2:18-cv-12549 |
| 8 | Hughes | Alice | Atkins & Markoff | 2:18-cv-06273 |
| 9 | Johnson | Antoinette | Atkins & Markoff | 2:18-cv-12644 |
| 10 | Adams | Glorous | Bachus & Schanker, LLC | 2:19-cv-02385 |
| 11 | Bateson | Bonni | Bachus & Schanker, LLC | 2:19-cv-02675 |
| 12 | Brooks | Katie | Bachus & Schanker, LLC | 2:18-cv-13355 |
| 13 | Campbell | Maria | Bachus & Schanker, LLC | 2:18-cv-11848 |
| 14 | Conn | Linda | Bachus & Schanker, LLC | 2:19-cv-02399 |
| 15 | Conner | Lynn | Bachus & Schanker, LLC | 2:19-cv-02695 |
| 16 | Dowd | Gloria | Bachus & Schanker, LLC | 2:18-cv-01445 |
| 17 | Garcia | Esperanza | Bachus & Schanker, LLC | 2:19-cv-02416 |
| 18 | Giedt | Doris | Bachus & Schanker, LLC | 2:19-cv-02419 |
| 19 | Goldsboro | Patricia | Bachus & Schanker, LLC | 2:18-cv-12441 |
| 20 | Grimes | Christine | Bachus & Schanker, LLC | 2:19-cv-12312 |
| 21 | Hohenberg | Johnna | Bachus & Schanker, LLC | 2:18-cv-12467 |
| 22 | Houser | Julie | Bachus & Schanker, LLC | 2:19-cv-12335 |
| 23 | Jones | Monica | Bachus & Schanker, LLC | 2:19-cv-13741 |
| 24 | Major | Bridgette | Bachus & Schanker, LLC | 2:19-cv-12303 |
| 25 | McCall | Doris | Bachus & Schanker, LLC | 2:19-cv-13386 |
| 26 | Mcclellan | Derhonda | Bachus & Schanker, LLC | 2:18-cv-12515 |
| 27 | McNeil | Carolyn | Bachus & Schanker, LLC | 2:19-cv-10898 |
| 28 | Miles | Marilyn | Bachus & Schanker, LLC | 2:19-cv-03429 |
| 29 | Morris | Debbie | Bachus & Schanker, LLC | 2:19-cv-12373 |
| 30 | Noel | Cynthia | Bachus & Schanker, LLC | 2:19-cv-11924 |
| 31 | O'Brien | Megan | Bachus & Schanker, LLC | 2:19-cv-12551 |
| 32 | Orazio | Maureen | Bachus & Schanker, LLC | 2:19-cv-13273 |
| 33 | Owten | Yolanda | Bachus & Schanker, LLC | 2:19-cv-02763 |
| 34 | Payne | Jamie | Bachus & Schanker, LLC | 2:18-cv-11877 |
| 35 | Peebles | Joyce | Bachus & Schanker, LLC | 2:19-cv-12532 |
| 36 | Rivera | Maria | Bachus & Schanker, LLC | 2:19-cv-12306 |
| 37 | Robinson | Denise | Bachus & Schanker, LLC | 2:19-cv-12550 |
| 38 | Smith | Lynda | Bachus & Schanker, LLC | 2:19-cv-12480 |
| 39 | Stout | Darlene | Bachus & Schanker, LLC | 2:19-cv-12456 |
| 40 | Thomas | Michelle | Bachus & Schanker, LLC | 2:19-cv-12034 |
| 41 | Thomas | Patricia | Bachus & Schanker, LLC | 2:19-cv-12455 |
| 42 | Thomas | Regina | Bachus & Schanker, LLC | 2:19-cv-02240 |

| | | | | |
|---|---|---|---|---|
| 43 | Thrower | Lillie | Bachus & Schanker, LLC | 2:19-cv-12500 |
| 44 | Todd | Jackie | Bachus & Schanker, LLC | 2:19-cv-12334 |
| 45 | Wells | Regina | Bachus & Schanker, LLC | 2:19-cv-12478 |
| 46 | Feeherty | Sequoia | Baron & Budd | 2:19-cv-09670 |
| 47 | Tutt | Shanda | Baron & Budd | 2:19-cv-01715 |
| 48 | Hughes | Marie | Brown & Crouppen, P.C. | 2:19-cv-01903 |
| 49 | Kyle | Eloise | Brown & Crouppen, P.C. | 2:17-cv-14446 |
| 50 | Tallent | Wanda | Brown & Crouppen, P.C. | 2:17-cv-14661 |
| 51 | Bordus | Leslie | Canepa Riedy Abele | 2:19-cv-13736 |
| 52 | Colar | Gennisa | Canepa Riedy Abele | 2:19-cv-14569 |
| 53 | Jones | Wanda | Canepa Riedy Abele | 2:19-cv-13756 |
| 54 | Spada | Donna | Canepa Riedy Abele | 2:19-cv-12775 |
| 55 | Davis | Vivian | Carey Danis & Lowe | 2:18-cv-13239 |
| 56 | Harris | Nancy | Carey Danis & Lowe | 2:18-cv-13167 |
| 57 | Barker | Nancy | Cutter Law PC | 2:18-cv-13341 |
| 58 | Byrd | Catherine | Cutter Law PC | 2:18-cv-13154 |
| 59 | Chavis | Derena | Cutter Law PC | 2:18-cv-13158 |
| 60 | Mitchell | Tamara | Cutter Law PC | 2:18-cv-11770 |
| 61 | Murphy | Natasha | Cutter Law PC | 2:19-cv-14003 |
| 62 | Scott | Beverly | Cutter Law PC | 2:18-cv-11774 |
| 63 | Betties | Geneva | Fears | Nachawati | 2:18-cv-13774 |
| 64 | Blocker | Carolyn | Fears | Nachawati | 2:19-cv-00077 |
| 65 | Bokelkamp | Heather | Fears | Nachawati | 2:18-cv-13642 |
| 66 | Burgess | Vicki | Fears | Nachawati | 2:18-cv-09728 |
| 67 | Dieudonne | Alice | Fears | Nachawati | 2:18-cv-13667 |
| 68 | Dilorenzo | Renee | Fears | Nachawati | 2:18-cv-13655 |
| 69 | English | Donna | Fears | Nachawati | 2:18-cv-13641 |
| 70 | Ivery | Stephanie | Fears | Nachawati | 2:19-cv-00080 |
| 71 | Johnson | Robin | Fears | Nachawati | 2:19-cv-14563 |
| 72 | Knight-Crank | Misty | Fears | Nachawati | 2:19-cv-00093 |
| 73 | Long | Joyce | Fears | Nachawati | 2:19-cv-00064 |
| 74 | Manderson | Hope | Fears | Nachawati | 2:18-cv-13739 |
| 75 | Phipps | Margarette | Fears | Nachawati | 2:20-cv-00578 |
| 76 | Pulliam | Lisa | Fears | Nachawati | 2:19-cv-00090 |
| 77 | Sanchez | Lisa | Fears | Nachawati | 2:18-cv-09274 |
| 78 | Stubbs | Kalita | Fears | Nachawati | 2:18-cv-12800 |
| 79 | Brown | Debra | Ferrer, Poirot & Wansbrough | 2:19-cv-10821 |
| 80 | Lockett | Alice | Ferrer, Poirot & Wansbrough | 2:19-cv-12342 |
| 81 | Rangel de Castaneda | Otilia | Ferrer, Poirot & Wansbrough | 2:19-cv-11235 |
| 82 | Tucker | Beulah | Ferrer, Poirot & Wansbrough | 2:19-cv-09848 |
| 83 | Bramlett | Fanny | Fox and Farley | 2:19-cv-02211 |
| 84 | Lamberty | Matilda | FrancoLaw, PLLC | 2:19-cv-12454 |
| 85 | Bobay | Carol | Gibbs Law Group LLP | 2:19-cv-09789 |
| 86 | Hawley | Sonya | Gomez Trial Attorneys | 2:17-cv-03122 |
| 87 | Bolden-Woodruff | Nancy | Goza & Honnold, LLC | 2:18-cv-13995 |
| 88 | Gildea-Bryant | Rita | Johnson Law Group | 2:18-cv-11329 |
| 89 | Kleszcz | Lisa | Johnson Law Group | 2:17-cv-12305 |

| | | | | |
|---|---|---|---|---|
| 90 | Mueller | Regina | Johnson Law Group | 2:17-cv-12852 |
| 91 | Spencer | Tara | Johnson Law Group | 2:18-cv-11363 |
| 92 | Welch | Jacqueline (Grace) | Kirk Law Firm | 2:17-cv-17238 |
| 93 | Adderly | Kattye | Lowe Law Group | 2:19-cv-02450 |
| 94 | Burns | Glenda | Lowe Law Group | 2:19-cv-11353 |
| 95 | Igdal | Raisa | Lowe Law Group | 2:19-cv-06472 |
| 96 | McEntire | Guynelle | Lowe Law Group | 2:18-cv-11429 |
| 97 | Mortenson | Linda | Lowe Law Group | 2:19-cv-11251 |
| 98 | Putnam | Patricia | Lowe Law Group | 2:19-cv-09551 |
| 99 | Ray | Donna | Lowe Law Group | 2:19-cv-09550 |
| 100 | Swofford | Karen | Lowe Law Group | 2:19-cv-09998 |
| 101 | Epps | Janice | Maher Law Firm | 2:19-cv-01996 |
| 102 | Ferrell-Glover | Janet | Maher Law Firm | 2:19-cv-14194 |
| 103 | Brown | Debbie | McGartland Law Firm, PLLC | 2:17-cv-10823 |
| 104 | Nicol | Eleanor | McGartland Law Firm, PLLC | 2:18-cv-13935 |
| 105 | Barber | Charlene | McSweeney/Langevin LLC | 2:20-cv-03251 |
| 106 | Barker Duncan | Karen | McSweeney/Langevin LLC | 2:19-cv-12546 |
| 107 | Brown | Sherol | McSweeney/Langevin LLC | 2:19-cv-03766 |
| 108 | Corun | Akoba | McSweeney/Langevin LLC | 2:19-cv-14479 |
| 109 | Herron | Mary | McSweeney/Langevin LLC | 2:19-cv-11459 |
| 110 | Lane | Gwendolyn | McSweeney/Langevin LLC | 2:19-cv-14387 |
| 111 | McPeters | Mary | McSweeney/Langevin LLC | 2:17-cv-16830 |
| 112 | Poticha | Christine | McSweeney/Langevin LLC | 2:17-cv-16675 |
| 113 | Smith (Blocker) | Sharon | McSweeney/Langevin LLC | 2:19-cv-14383 |
| 114 | Spears | Angela | McSweeney/Langevin LLC | 2:19-cv-13186 |
| 115 | Thomas | Brenda | Morgan and Morgan | 2:18-cv-12348 |
| 116 | Benjamin | Harriet | Napoli Shkolnik PLLC | 2:19-cv-11422 |
| 117 | Bounds | Geneva | Napoli Shkolnik PLLC | 2:19-cv-09811 |
| 118 | Carter | Mary | Napoli Shkolnik PLLC | 2:19-cv-11527 |
| 119 | Crafton | Maxine | Napoli Shkolnik PLLC | 2:19-cv-09818 |
| 120 | Crosby | Vivian | Napoli Shkolnik PLLC | 2:19-cv-12146 |
| 121 | DuPree | Phyllis | Napoli Shkolnik PLLC | 2:19-cv-10621 |
| 122 | Leach | Mary | Napoli Shkolnik PLLC | 2:19-cv-10094 |
| 123 | Lester | Racine | Napoli Shkolnik PLLC | 2:19-cv-11535 |
| 124 | Maxwell | Shauntel | Napoli Shkolnik PLLC | 2:19-cv-11567 |
| 125 | Mosley | Evelyn | Napoli Shkolnik PLLC | 2:19-cv-11409 |
| 126 | Papoccia | Mary | Napoli Shkolnik PLLC | 2:19-cv-09914 |
| 127 | Pavkovich | Charlene | Napoli Shkolnik PLLC | 2:19-cv-11400 |
| 128 | Pribbenow | Beverly | Napoli Shkolnik PLLC | 2:19-cv-09917 |
| 129 | Ward | Brenda | Napoli Shkolnik PLLC | 2:19-cv-11384 |
| 130 | Webster | Bonita | Napoli Shkolnik PLLC | 2:19-cv-10147 |
| 131 | White | Jean | Napoli Shkolnik PLLC | 2:19-cv-11446 |
| 132 | Jackson | Desiree | Peterson & Associates, P.C. | 2:19-cv-00750 |
| 133 | Keuch | Kimberly | Pulaski Law Firm, PLLC | 2:18-cv-13079 |
| 134 | Morse | Heather | Pulaski Law Firm, PLLC | 2:18-cv-13155 |
| 135 | Buckheit | Vikki | Ray Hodge & Associates | 2:19-cv-12625 |
| 136 | Rosado | Natividad | Ray Hodge & Associates | 2:19-cv-12722 |

| 137 | Ernest | Joanne | Reyes\|Browne\|Reilley | 2:18-cv-12293 |
| 138 | Pearce | Theresa | Reyes\|Browne\|Reilley | 2:18-cv-12138 |
| 139 | Gardner | Carlynn | Saunders & Walker PA | 2:19-cv-13329 |
| 140 | Harris | Janice | Simon Law Firm, P.C. | 2:19-cv-14322 |
| 141 | Henry | Roberta | The Goss Law Firm, P.C. | 2:18-cv-12584 |
| 142 | Placido | Adina | The Goss Law Firm, P.C. | 2:17-cv-15355 |
| 143 | Eason | Andrieta | The Law Offices of Travis R. Walker, PA | 2:19-cv-14371 |
| 144 | Wright | Jodie | Tracey & Fox Law Firm | 2:19-cv-12423 |
| 145 | Johnson | Linda | Watts Guerra LLP | 2:17-cv-09943 |
| 146 | Barnes | Phyllis | Williams Hart Boundas Easterby, LLP | 2:18-cv-00302 |