MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 14, 2022

JS-10: 00:40

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |

All Cases & Elizabeth Kahn: 16-17039

## MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Toni Tusa |
| LAW CLERK: | Natalie Earles |

APPEARANCES:          M. Palmer Lambert and Christopher Coffin, for Plaintiffs
                                    Douglas J. Moore and Adrienne Byard, for Defendants

Case called at 10:35 a.m.

On September 14, 2022, the Court held a General Status Conference. Certain participants appeared in person, as indicated by the attached sign-in sheet. Other participants appeared by video and by telephone. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 26 (Rec. Doc. 14691).

Plaintiff, Elizabeth Kahn's Motion for Relief from Judgment pursuant to Rule 60(b) (Doc. 14217) was argued by counsel.

The Motion was taken under submission by the Court.

Court adjourned at 11:15 a.m.

_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL 2740 H(5)
PRODUCTS LIABILITY LITIGATION

SEPTEMBER 14, 2022
General Status Conference & Oral Argument

| Name (Please Print) | Party Representing |
|---|---|
| Jon Strongman | Sanofi |
| Harley R. | SANOFI |
| Adrienne Byard | Sanofi |
| Douglas Moore | Sanofi DLC |
| Cliff Merrell | Sandoz |
| Geoffrey Coan | Sun |
| J. Olsde | 50562 liasin |
| Nelum Wadhwani | Hospira & Pfizer |
| Richmond T. Moore | Hospira & Pfizer |
| Chris Coffin | Pfs. / PSC |
| Palmer Lambert | Pfs. / PSC |
| MICHAEL SUFFERN | ACTAVIS & SAGENT |
| Julie Callsen | Acuna |
| Karen Menzies (video) | |
| David Miccelli (video) | |
| Alexandra Barlow (video) | |
| | |