MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 14, 2022

JS-10: 01:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **ALL CASES** | | |

## MINUTE ENTRY

On September 14, 2022, the Court held a status conference with Lead and Liaison Counsel.  Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by video.  Counsel discussed the status of the CMO for general expert trial preservation depositions, the status of Remand Wave 1, Plaintiffs' proposal for sharing physician charges for Wave 1 depositions, Plaintiffs' request to begin planning for Remand Wave 2, the scheduling of upcoming show cause hearings and status conferences, and Plaintiffs' request to schedule an oral hearing for Plaintiffs' Motion to Amend the Holdback Percentages set forth in PTO 19.

IT IS **ORDERED** that the next conference with Lead and Liaison Counsel is **SET for NOVEMBER 4, 2022 at 9:00 am.**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL 2740 H(5)
PRODUCTS LIABILITY LITIGATION

SEPTEMBER 14, 2022
General Status Conference & Oral Argument

| Name (Please Print) | Party Representing |
|---|---|
| Jon Strongman | Sanofi |
| Harley R. | SANOFI |
| Adrienne Byard | Sanofi |
| Douglas Moore | Sanofi DLC |
| Cliff Merrell | Sandoz |
| Geoffrey Coan | Sun |
| J. Olde | 505b2 liaison |
| Nehwm Wrathn ani | Hospira & Pfizer |
| Richmond T. Moore | Hospira & Pfizer |
| Chris Coffin | Pfs. / PSC |
| Palmer Lambert | Pfs. / PSC |
| Michael Suffern | Actavis & Sagent |
| Julie Callsen | Accord |
| Karen Menzies (video) | |
| David Micelli (video) | |
| Alexandra Barlow (video) | |
| | |