MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 13, 2022

JS-10: 04:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "H" (5)
)
THIS DOCUMENT RELATES TO: )
All Cases

## MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER: Sherry Adams
COURT REPORTER: Karen Ibos
LAW CLERK: Natalie Earles & Brittany Flanders

On September 13, 2022, the Court held a show cause hearing regarding CMO 12A and PTO 22A deficiencies. Certain participants appeared in person: Palmer Lambert for Plaintiffs, and Nicholas Insogna, Kelly Brilleaux, Julie Callsen, and Jordan Baehr for Defendants. Other participants appeared by video and by telephone.

**IT IS ORDERED** that the cases listed on the attached "Declaration of No Contact List," the "Stipulation of Dismissal List," and the "Statement of No Defense List" are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel.

**IT IS FURTHER ORDERED** that the cases on the attached "Dismissal List" are **DISMISSED WITH PREJUDICE** for the reasons stated on the record.

**IT IS FURTHER ORDERED** that the remaining cases on the attached "Continued List" are **CONTINUED** and will be reset at a later date.

_____

September 13, 2022
Declaration of No Contact List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Crockett | Christianna | 2:19-cv-12142 | Rollover from 7/12/22 CMO-12A Show Cause Hearing | Both Sanofi and 505 | Napoli Shkolnik PLLC | 9/7/2022 | 14631 |
| 2 | Douglas | Cindy | 2:18-cv-12403 | Authorizations (No psychiatric records authorization) | Sanofi | Bachus & Schanker, LLC | 9/8/2022 | 14672 |
| 3 | Hall | Peggy | 2:19-cv-11104 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality<br><br>Lack of CMO-12A Product ID | Both Sanofi and 505 | Bachus & Schanker, LLC | 9/8/2022 | 14670 |

September 13, 2022
Stipulation of Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Clark | Sheila | 2:17-cv-11712 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS - photos may not be representative | Sanofi | The Goss Law Firm | 9/6/2022 | 14607 |

September 13, 2022
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Arreola | Dolores | 2:19-cv-14097 | No Amended PFS | Sanofi | Bachus & Schanker, LLC | 9/8/2022 | 14669 |
| 2 | Brooks | Katie | 2:18-cv-13355 | No Amended PFS | Both Sanofi and 505 | Bachus & Schanker, LLC | 9/8/2022 | 14668 |
| 3 | Carter | Rose | 2:16-cv-17301 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case Not Served | Sanofi | Atkins & Markoff | 8/31/2022 | 14583 |
| 4 | Dalmau | Maritza | 2:22-cv-00651 | Authorizations (Plaintiff inserted Counsel's name in addressee lines of HIPAA authorization; Insurance authorization is not witnessed); No PTO 71A | Sanofi | The Gallagher Law Firm PLLC | 8/19/2022 | 14519 |
| 5 | Davis | Alma | 2:18-cv-12237 | PFS Not Substantially Complete - No accurately-dated before photos | Sanofi | Bachus & Schanker, LLC | 9/8/2022 | 14671 |
| 6 | Ditta | Linda | 2:16-cv-17303 | Shell PFS; PFS Not Substantially Complete - Photos are not dated; No after photos of eyebrows/eyelashes; No Authorizations; No PTO 71A; Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi | Atkins & Markoff | 8/31/2022 | 14584 |
| 7 | Douglas | Linell | 2:16-cv-17309 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case Not Served | Sanofi | Atkins & Markoff | 8/31/2022 | 14585 |
| 8 | Dzielski | Jacqueline | 2:16-cv-17311 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case Not Served | Sanofi | Atkins & Markoff | 8/31/2022 | 14586 |
| 9 | Giel | Diane | 2:18-cv-01331 | Authorizations (HIPAA is not dated; Disability and Workers Comp authorizations are not signed) | Sanofi | Bachus & Schanker, LLC | 9/8/2022 | 14667 |
| 10 | McNair | Bertha | 2:19-cv-14694 | Lack of CMO-12A Product ID | Both Sanofi and 505 | Law Offices of Tony Seaton & Associates, PLLC | 8/19/2022 | 14522 |
| 11 | McNeal | Valerie | 2:20-cv-00851 | Lack of CMO-12A Product ID | Both Sanofi and 505 | Law Offices of Tony Seaton & Associates, PLLC | 8/19/2022 | 14523 |
| 12 | Mulina | Tracy | 2:16-cv-17305 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Atkins & Markoff | 8/31/2022 | 14587 |
| 13 | Patterson | Karen | 2:16-cv-17320 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Atkins & Markoff | 8/31/2022 | 14588 |

September 13, 2022
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 14 | Ruiz | Esther | 2:16-cv-17323 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case Not Served | Sanofi | Atkins & Markoff | 8/31/2022 | 14589 |
| 15 | Siebenaler | Dawn | 2:17-cv-16400 | Authorizations (fraudulent witness signatures) | Sanofi | Bachus & Schanker, LLC | 9/8/2022 | 14666 |
| 16 | Slaughter | Kathleen | 2:16-cv-17331 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case Not Served | Sanofi | Atkins & Markoff | 8/31/2022 | 14590 |
| 17 | Stern | Janice | 2:16-cv-17324 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case Not Served | Sanofi | Atkins & Markoff | 8/31/2022 | 14591 |
| 18 | Suttles | Brenda | 2:19-cv-14696 | Lack of CMO-12A Product ID | Both Sanofi and 505 | Law Offices of Tony Seaton & Associates, PLLC | 8/19/2022 | 14524 |
| 19 | Washington | Anna | 2:16-cv-17306 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case Not Served | Sanofi | Atkins & Markoff | 8/31/2022 | 14592 |
| 20 | Zanders | Dollie | 2:16-cv-17335 | PFS Not Substantially Complete - No before photos; Plaintiff failed to provide information for other cancer diagnoses/treatments; No Authorizations; No PTO 71A | Sanofi | Atkins & Markoff | 8/31/2022 | 14593 |
| 21 | Thomas | Brenda | 2:18-cv-12348 | | | | | |

September 13, 2022
Dismissal List

| # | Plaintiff's Counsel | Last | First | MDL Docket No. |
|---|---|---|---|---|
| 1 | Brent Coon & Associates | Wilson | Queen | 2:18-cv-04461 |
| 2 | Brown & Crouppen, P.C. | Hager | Bobbi Jo | 2:17-cv-14397 |
| 3 | Davis & Crump, PC | Volentine | Donna | 2:18-cv-09118 |
| 4 | Lemmon Law Firm | Ernst | Laurie | 2:17-cv-17273 |
| 5 | McSweeney/Langevin LLC | Myers | Marietta | 2:18-cv-12712 |
| 6 | Michael Hingle & Associates, LLC; Martzell, Bickford & Centola | Haggerty | Sheila | 2:16-cv-15782 |
| 7 | Rosen Harwood, P.A. | Ortiz | Irene | 2:19-cv-09544 |
| 8 | Sanders Phillips Grossman | Sails | Tangela | 2:19-cv-00803 |
| 9 | Watts Guerra, LLP | Simpson | Sandra | 2:17-cv-09296 |
| 10 | Roberts & Roberts | Bryant | Carla | 2:19-cv-01292 |
| 11 | Roberts & Roberts | Epes | Cynthia | 2:19-cv-01767 |
| 12 | The Goss Law Firm, P.C. | Sorensen | Barbara | 2:17-cv-15323 |
| 13 | Wendt Law Firm, PC | Snow | Tangnika | 2:16-cv-16797 |
| 14 | Morris Bart, LLC | Kennedy | Diane | 2:18-cv-06307 |
| 15 | Morris Bart, LLC | Bantz | Sherrye | 2:17-cv-05915 |
| 16 | Morris Bart, LLC | Broussard | Tammy | 2:16-cv-15394 |

| # | Firm | Last | First | Case |
|---|---|---|---|---|
| 17 | SCOTT VICKNAIR LLC | Ledesma | Delma | 2:20-cv-00215 |
| 18 | Shaw Cowart, LLP | Hersh | Ida | 2:17-cv-14167 |
| 19 | Shaw Cowart, LLP | Kuhns | Sally | 2:17-cv-14755 |
| 20 | Shaw Cowart, LLP | Tapp | Laura | 2:17-cv-15503 |
| 21 | Niemeyer, Grebel & Kruse | Love | Margert | 2:17-cv-13061 |
| 22 | Fears \| Nachawati | Snow | Dorris J. | 2:18-cv-05775 |
| 23 | Whitfield Bryson & Mason LLP | Boone | Renee | 2:16-cv-17586 |
| 24 | Whitfield Bryson & Mason LLP | Haeni | Nancy | 2:17-cv-13435 |
| 25 | Whitfield Bryson & Mason LLP | Perkins | Effie | 2:17-cv-13671 |
| 26 | Whitfield Bryson & Mason LLP | Westwood | Christina | 2:17-cv-13925 |
| 27 | Gibbs Law Group LLP | Brown | Alice F. | 2:17-cv-09640 |
| 28 | Gibbs Law Group LLP | Montague | Collete | 2:17-cv-05979 |
| 29 | Gibbs Law Group LLP | Quenzer | Mary Patricia | 2:17-cv-16112 |
| 30 | Gibbs Law Group LLP | Weber | Shannon | 2:17-cv-08151 |
| 31 | Gibbs Law Group LLP | Welch | Sherri | 2:18-cv-00845 |
| 32 | Gibbs Law Group LLP | Williams | LaSandra | 2:17-cv-08960 |
| 33 | Lowe Law Group | Davis | Latonya | 2:16-cv-17407 |

| | | | | |
|---|---|---|---|---|
| 34 | Lowe Law Group | Kidd | LeShawn | 2:16-cv-17424 |
| 35 | Lowe Law Group | Wallace | Cynthia | 2:17-cv-08650 |
| 36 | Lowe Law Group | Weitzel | Linda | 2:17-cv-10559 |
| 37 | Pendley, Baudin & Coffin, L.L.P. | Byers | Cyrethia | 2:17-cv-07373 |
| 38 | Pendley, Baudin & Coffin, L.L.P. | Philips | Carol | 2:17-cv-13660 |
| 39 | Pendley, Baudin & Coffin, L.L.P. | Williams | Nina | 2:18-cv-08950 |
| 40 | Pendley, Baudin & Coffin, L.L.P. | Winston-Allen | Kathryn D. | 2:18-cv-09295 |
| 41 | Zoll & Kranz, LLC | Stocks | Gloria | 2:17-cv-13762 |
| 42 | Zoll & Kranz, LLC | Dixon | Brenda G. | 2:17-cv-13707 |
| 43 | Zoll & Kranz, LLC | Coleman | Marshell | 2:17-cv-13454 |
| 44 | Zoll & Kranz, LLC | Weathers | Willie M. | 2:17-cv-11631 |
| 45 | Marc J. Bern & Partners LLP | Castille | Orelia | 2:18-cv-03431 |
| 46 | Marc J. Bern & Partners LLP | Clelland | Deborah | 2:18-cv-01952 |
| 47 | Marc J. Bern & Partners LLP | Hall | Donna | 2:18-cv-00804 |
| 48 | Marc J. Bern & Partners LLP | Hegenbart | Donna | 2:18-cv-09084 |
| 49 | Marc J. Bern & Partners LLP | Jennings | Jennifer | 2:18-cv-10009 |
| 50 | Marc J. Bern & Partners LLP | Kalsky | Theresa | 2:19-cv-12400 |

| 51 | Marc J. Bern & Partners LLP | Petty | Elena | 2:19-cv-12920 |
| 52 | Bachus & Schanker, LLC | Lawrence | Dorothy | 2:17-cv-12246 |
| 53 | Bachus & Schanker, LLC | Allen | Dalphine | 2:18-cv-01431 |
| 54 | Bachus & Schanker, LLC | Bryant | Mildred | 2:19-cv-12440 |
| 55 | Bachus & Schanker, LLC | Guthrie | Gisele | 2:17-cv-17709 |
| 56 | Bachus & Schanker, LLC | Ragland | Patsy | 2:19-cv-12540 |

| # | Plaintiff's Counsel | Last | First | MDL Docket No. |
|---|---|---|---|---|
| 1 | Pendley, Baudin & Coffin, L.L.P. | Helms | Sherry | 2:17-cv-07774 |
| 2 | Pendley, Baudin & Coffin, L.L.P. | Grant | Sharlene | 2:18-cv-07658 |
| 3 | Pendley, Baudin & Coffin, L.L.P. | Henderson | Cindra | 2:19-cv-01220 |
| 4 | Pendley, Baudin & Coffin, L.L.P. | Richardson | Christa G. | 2:18-cv-08081 |
| 5 | Pendley, Baudin & Coffin, L.L.P. | Washington | Deirdra | 2:17-cv-06903 |
| 6 | Zoll & Kranz, LLC | Robinson | Willie | 2:17-cv-13485 |
| 7 | Zoll & Kranz, LLC | Middleton | Crystal | 2:17-cv-13600 |
| 8 | Zoll & Kranz, LLC | Tabron | Virginia | 2:17-cv-01729 |
| 9 | Zoll & Kranz, LLC | Hartso | Lenora | 2:16-cv-17984 |
| 10 | Zoll & Kranz, LLC | Kout | Adrienne L. | 2:17-cv-13386 |
| 11 | Reyes\|Browne\|Reilley | Awal | Gloria | 2:19-cv-12906 |
| 12 | Reyes\|Browne\|Reilley | Brown | Vilinie | 2:19-cv-12726 |
| 13 | Reyes\|Browne\|Reilley | Donahue | Melanie | 2:19-cv-12703 |
| 14 | Reyes\|Browne\|Reilley | Fanning | Barbara | 2:19-cv-12741 |
| 15 | Reyes\|Browne\|Reilley | Johnson | Dawn Marie | 2:18-cv-12873 |
| 16 | Reyes\|Browne\|Reilley | Levington | Marcy | 2:18-cv-11437 |

| | | | | |
|---|---|---|---|---|
| 17 | Reyes\|Browne\|Reilley | Lewis | Jackquelin | 2:19-cv-13739 |
| 18 | Reyes\|Browne\|Reilley | Marcos-Mendez | Ethel | 2:18-cv-12385 |
| 19 | Reyes\|Browne\|Reilley | Pastore | Alyssa | 2:18-cv-12137 |
| 20 | Reyes\|Browne\|Reilley | Rosen | Marcia | 2:19-cv-12698 |
| 21 | Reyes\|Browne\|Reilley | Vincent | Victoria | 2:18-cv-12216 |
| 22 | Reyes\|Browne\|Reilley | White | Felicia | 2:18-cv-12273 |
| 23 | Marc J. Bern & Partners LLP | Taylor | Lacey | 2:18-cv-07295 |
| 24 | Marc J. Bern & Partners LLP | Childs | Carolyn | 2:18-cv-02467 |
| 25 | Marc J. Bern & Partners LLP | Jimenez | Romona | 2:18-cv-09378 |
| 26 | Marc J. Bern & Partners LLP | Jones | Joan | 2:18-cv-04465 |
| 27 | Marc J. Bern & Partners LLP | Nitto | Laura | 2:17-cv-14782 |
| 28 | Marc J. Bern & Partners LLP | Ross | Janet | 2:18-cv-03443 |
| 29 | Marc J. Bern & Partners LLP | Zubee | Eleanor | 2:18-cv-00815 |
| 30 | Marc J. Bern & Partners LLP | Ceraio | Yvonne | 2:19-cv-10846 |
| 31 | Marc J. Bern & Partners LLP | Deaton | Davida | 2:18-cv-07267 |
| 32 | Marc J. Bern & Partners LLP | Dellos | Carol | 2:18-cv-12681 |
| 33 | Marc J. Bern & Partners LLP | Fox | Vivian | 2:18-cv-14134 |

| | | | | |
|---|---|---|---|---|
| 34 | Marc J. Bern & Partners LLP | Jones | Valerie | 2:19-cv-10778 |
| 35 | Marc J. Bern & Partners LLP | Minor | Viana | 2:19-cv-00037 |
| 36 | Marc J. Bern & Partners LLP | Olin | Valerie | 2:18-cv-14300 |
| 37 | Marc J. Bern & Partners LLP | Rathgeber | Cindy | 2:18-cv-11917 |
| 38 | Marc J. Bern & Partners LLP | Resendiz | Nancy | 2:18-cv-03159 |
| 39 | Marc J. Bern & Partners LLP | Rose | Sandra | 2:19-cv-02395 |
| 40 | Marc J. Bern & Partners LLP | Siddoway | Cynthia | 2:19-cv-11983 |
| 41 | Marc J. Bern & Partners LLP | Wheeler | Mary | 2:19-cv-02221 |
| 42 | Marc J. Bern & Partners LLP | White | Shavonne | 2:18-cv-11228 |
| 43 | Bachus & Schanker, LLC | Abramowitz | Susie | 2:18-cv-13448 |
| 44 | Bachus & Schanker, LLC | Akomas | Jackie | 2:17-cv-08399 |
| 45 | Bachus & Schanker, LLC | Ates | Devoria | 2:17-cv-02930 |
| 46 | Bachus & Schanker, LLC | Berry | Bevelyn | 2:17-cv-11827 |
| 47 | Bachus & Schanker, LLC | Bridges | Shirley | 2:18-cv-01916 |
| 48 | Bachus & Schanker, LLC | Brown | Virginia | 2:16-cv-16897 |
| 49 | Bachus & Schanker, LLC | Coles-Simmons | Detria | 2:19-cv-12343 |
| 50 | Bachus & Schanker, LLC | Collins | Cheryl | 2:18-cv-05696 |

3

| 51 | Bachus & Schanker, LLC | Cooper | June | 2:19-cv-12776 |
|---|---|---|---|---|
| 52 | Bachus & Schanker, LLC | Cooper | Nancy | 2:17-cv-08658 |
| 53 | Bachus & Schanker, LLC | Deloach | Patricia | 2:17-cv-08340 |
| 54 | Bachus & Schanker, LLC | Dials | Ernestine | 2:19-cv-13769 |
| 55 | Bachus & Schanker, LLC | Estes | Linda | 2:19-cv-11902 |
| 56 | Bachus & Schanker, LLC | Fasano | Constance | 2:18-cv-12244 |
| 57 | Bachus & Schanker, LLC | Gaston | Mary | 2:17-cv-07121 |
| 58 | Bachus & Schanker, LLC | Green | Arlene | 2:17-cv-10107 |
| 59 | Bachus & Schanker, LLC | Labrot | Deane | 2:17-cv-18007 |
| 60 | Bachus & Schanker, LLC | Lopez | Loretta | 2:19-cv-12961 |
| 61 | Bachus & Schanker, LLC | Moore-Roldan | Margaret | 2:17-cv-10541 |
| 62 | Bachus & Schanker, LLC | Sheard | Lisa | 2:17-cv-10657 |
| 63 | Bachus & Schanker, LLC | Tanda | Ingrid | 2:18-cv- 01611 |
| 64 | Bachus & Schanker, LLC | Tobin | Barbara | 2:18-cv- 13489 |
| 65 | Bachus & Schanker, LLC | Williams | Patrice | 2:19-cv- 13466 |
| 66 | Bachus & Schanker, LLC | Crawford | Gwendolyn | 2:16-cv- 17151 |
| 67 | Bachus & Schanker, LLC | Jefferson | Charlotte | 2:17-cv- 00756 |

| 68 | Bachus & Schanker, LLC | Bellmore | Annette | 2:17-cv-10105 |
|---|---|---|---|---|
| 69 | Bachus & Schanker, LLC | Burton-Crawford | Cynthia | 2:17-cv-16948 |
| 70 | Bachus & Schanker, LLC | Detrixhe | Karen | 2:16-cv-15313 |
| 71 | Bachus & Schanker, LLC | Gray | Margarita | 2:17-cv-16247 |
| 72 | Bachus & Schanker, LLC | Griffin | Angela | 2:17-cv-11806 |
| 73 | Bachus & Schanker, LLC | Kelley | Regina | 2:19-cv-02492 |
| 74 | Bachus & Schanker, LLC | Miller | Astrida | 2:17-cv-16393 |
| 75 | Bachus & Schanker, LLC | Omofoma | Nkechi | 2:18-cv-12602 |
| 76 | Bachus & Schanker, LLC | Perkins | Pamela | 2:19-cv-02707 |
| 77 | Bachus & Schanker, LLC | Reyes | Anna Marie | 2:19-cv-13495 |
| 78 | Bachus & Schanker, LLC | Rhodes | Elizabeth | 2:18-cv-02942 |
| 79 | Bachus & Schanker, LLC | Smith | Marian | 2:19-cv-03290 |
| 80 | Bachus & Schanker, LLC | Thornton | Diane | 2:17-cv-00734 |
| 81 | Bachus & Schanker, LLC | Waiters | India | 2:19-cv-13984 |
| 82 | Bachus & Schanker, LLC | West | Robin | 2:19-cv-14084 |