# EXHIBIT 1

**THL** **TorHoerman Law LLC**
People for Justice. Justice for People.

www.thlawyer.com
888-508-6752

*From the desk of Steven D. Davis (IL, MO, CA)*

May 12, 2022

<u>SENT VIA CERTIFIED MAIL</u>
Tracking: 7021 0950 0001 4806 0421

Blue Cross Blue Shield of North Carolina
**c/o Chief Financial Officer**
4615 University Drive
Durham, NC 27707

   Re: Subpoena to Produce Insurance Claims Records Identifying the Manufacturer and the Distributor of Taxotere (Docetaxel) in re Taxotere Products Liability MDL 2740
      Case No.: 2:19-cv-14048

To Whom to it May Concern:

This firm represents Plaintiff Julie Griffin (ID: W1308405801) in the above-referenced litigation. A subpoena has been issued for the production of record(s) identifying the manufacturer of the Taxotere (docetaxel) administered to Ms. Griffin from 2013-2014 at Gaston Hematology & Oncology by James G. McGrath, MD. Please produce any and all records related to Ms. Griffin's chemotherapy infusions on the previously referenced dates; including but not limited to the pharmacy benefit claims histories, CMS 1450 forms, or any other claim reimbursement forms, National Drug Codes, or any other document(s) identifying the manufacturer of the Taxotere (docetaxel).

Enclosed, please find the duly executed subpoena served upon you for the production of documents or the appearance of your representative, Exhibit A to the subpoena describing the documents to be produced to our firm by 5:00 p.m. on June 2, 2022 and a HIPAA authorization signed by Ms. Griffin for the release of these documents to our firm.

It is our hope that you can locate and produce information identifying the manufacturer of the docetaxel administered to Ms. Griffin so we can avoid having to conduct time-consuming and expensive depositions or other discovery. If you have any questions, please contact my paralegal, Rose Kuethe (rose@thlawyer.com) 618-656-4400.

Sincerely,

*Steven D. Davis*

Steven D. Davis
Attorney at Law

SDD/rmk
Enclosures

210 South Main Street, Edwardsville, IL 62025

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Julie Griffin | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:19-cv-14048 |
| Sanofi-Aventis US LLC, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Blue Cross Blue Shield of North Carolina, 4615 University Drive Durham, NC 27707

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See Exhibit A

| Place: TorHoerman Law LLC<br>210 S. Main Street<br>Edwardsville, IL 62025 | Date and Time:<br>June 2, 2022 5PM CST |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/12/2022

CLERK OF COURT

OR

_____   _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Julie Griffin                                          , who issues or requests this subpoena, are:

Steven D. Davis, TorHoerman Law LLC; 210 S. Main St., Edwardsville, IL 62025; sdavis@thlawyer.com; 618-656-4400

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:19-cv-14048

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

☒ I served the subpoena by delivering a copy to the named person as follows: Certified US Mail
Tracking number: 7021 0950 0001 4806 0421
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/12/2022

*Server's signature*

Rose Kuethe, Legal Assistant to Steven Davis
*Printed name and title*

TorHoerman Law LLC, 210 S. Main Street, Edwardsville, IL 62025
*Server's address*

Additional information regarding attempted service, etc.:

## EXHIBIT A

You are instructed to produce to Plaintiff, on the date and time and at the location set forth in the Subpoena, the following documents in your possession, custody or control:

## Documents to be Produced

The following documents relating to Julie Griffin and her chemotherapy infusions from 2013-2014:

1. Complete copies of any and all pharmacy benefit claims histories, CMS 1450 forms or any other claim reimbursement forms for the Taxotere (docetaxel) treatments administered at Gaston Hematology & Oncology by James G. McGrath, MD on 2013-2014; including but not limited to records containing the National Drug Codes or any other document(s) identifying the manufacturer of the Taxotere (docetaxel) administered.

Our firm represents Ms. Griffin in a claim against the manufacturers of Taxotere (docetaxel). **This information is necessary in a currently pending civil case – you are not a defendant or party in this case**. The lawsuit is against the pharmaceutical manufacturers.

We understand that there may be a charge resulting from our request and we agree to pay any reasonable costs related to releasing these documents. If prepayment is required or if you have any questions, please contact paralegal Rose Kuethe, rose@thlawyer.com; 618-656-4400 fax 618-656-4401.

We thank you in advance for providing this information.

Facility: **Blue Cross Blue Shield of North Carolina**
Address: **4615 University Drive, Durham, NC 27707**

RE: Health Records Request - HITECH

Dear Records Custodian:

I am a patient at your facility and I am requesting a copy of my medical records. I request that these records be provided in electronic format via fax, CD, thumb drive, or preferably encrypted email. If you choose to Email the records please Email them to **records@thlawyer.com**.

Patient Name: _Julie M Griffin_   Patient Birthdate: _5-14-73_
Dates of Service: _2013 - present_

The specific records I am requesting are the following:
  Complete set of Records for DOS above
  Abstract of Records
  Admission and Discharge Summaries
  Hospital Records, less nurses' notes, social work notes, PT/OT records.
  Medical Records and Office Notes including but not limited to, complete Chart, and any and all questionnaires & intake sheets
  Medical Report
  X-rays, Myelogram Films, and all other films, including reports
  Pathology reports
  Itemized Bill for Medical Services Rendered
  ☒ Other _____**NDC Codes or Manufacturer Information for Taxotere Infusions**_____

Pursuant to the requirements of 45 CFR § 164.524 and Federal Law 42USC § 17935 (e) (i), the applicable rules for this request are:
- **My records must be delivered within 30-days of receipt of the request.**
- **You may bill me a flat fee of $6.50 OR a reasonable cost-based itemized fee including only the following:**
  - **The labor costs of copying my PHI, Media supply costs for creating the electronic media, and postage.**
- Noncompliance includes charging more for sending the records to my third-party designee, TorHoerman Law LLC, or any subsequent or additional third party designee.
- The HITECH Act does not require a HIPAA authorization. This letter is sufficient.
- There is no expiration event or date relating to this patient for the purpose of the use or disclosure of this information.
- Noncompliance includes claiming the inability to provide the PHI via fax, email or alternate electronic format.
- I have the right to revoke this authorization in writing.
- You may not condition treatment, payment, enrollment or eligibility for benefits on whether I sign this authorization when the prohibition on conditioning of authorizations in paragraph (b)(4) of 45 CFR §164.508 applies.
- There is a potential for information disclosed pursuant to this authorization to be subject to redisclosure by TorHoerman Law LLC and will no longer be protected by this 45 CFR § 164.508.

My records should be delivered via fax, encrypted email, or other electronic media (CD, thumb drive, etc.) to:

  c/o TorHoerman Law LLC          Fax: (618) 656-4401
  210 S. Main Street              Email: records@thlawyer.com
  Edwardsville, IL 62025          Phone: (888) 508-6752

Sincerely,
_Julie Griffin_
Patient Signature

For more information on your obligation to comply with this request, please log onto: www.hhs.gov/hipaa/for-professionals/privacy/guidance/access/index.html