UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL No. 2740<br>SECTION "H" (5)<br>JUDGE MILAZZO |
| Julie Griffin, | This Document Relates To:2:19-cv-14048 |
| Plaintiff | |
| vs. | |
| Sanofi-Aventis U.S. LLC, et al. | |
| Defendant(s) | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Plaintiff's Motion to Compel Compliance with Rule 45 Subpoena is hereby set for submission before HON. JANE TRICHE MILAZZO on October 19, 2022 at 9:30 a.m.

| | |
|---|---|
| **Dated: September 20, 2022** | **Respectfully submitted,**<br><br>/s/ *Steven D. Davis*<br>Steven D. Davis<br>TorHoerman Law LLC<br>210 S. Main Street<br>Edwardsville, IL 62025<br>Tel: (618) 656-4400<br>Fax: (618) 656-4401<br>sdavis@thlawyer.com<br>*Attorney for Plaintiff* |

-1-

## CERTIFICATE OF SERVICE

I, Steven D. Davis, hereby certify that on this 20th day of September, 2022, I electronically filedthe foregoing Notice of Submission using the CM/ECF system and thereby delivered a copy of the same by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ *Steven D. Davis*