# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Linda M. Moates
Case No.: 2:17-cv-05653

## PLAINTIFF'S MOTION TO SUBSTITUTE LUTHER MOATES ON BEHALF OF LINDA M. MOATES

COMES NOW, Plaintiff Linda M. Moates and files this motion to substitute her surviving heir, Luther Moates, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Linda M. Moates filed the present action in the United States District Court for the Eastern District of Louisiana on June 8, 2017;

2. Plaintiff Linda M. Moates died on January 8, 2020;

3. On December 7, 2020, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Luther Moates is the surviving heir and proper party plaintiff pursuant to the laws of the State of Virginia.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Luther Moates be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: September 21, 2022        **JOHNSON BECKER, PLLC**

<u>s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on September 21, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
