**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N"(5)** |
| | : | **HON. JANE T. MILAZZO** |
| | : | |
| | : | |
| **THIS DOCUMENT RELATES TO** | : | |
| LUTHER MOATES, ON BEHALF OF | : | |
| LINDA M. MOATES | : | |

**SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.      Plaintiff:

 Luther Moates on behalf of Decedent Linda M. Moates

2.      Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

  Next of Kin/Surviving Spouse

4.      Current State of Residence:  Virginia

5.      State in which Plaintiff(s) allege(s) injury:  Virginia

6.      Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        ☑ A.      Sanofi S.A.

        ☑ B.      Aventis Pharma S.A.

        ☑ C.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☑ D.      Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐ A.      Sandoz, Inc.

        ☐ B.      Accord Healthcare, Inc.

        ☐ C.      McKesson Corporation d/b/a McKesson Packaging

        ☑ D.      Hospira Worldwide Inc.

        ☑ E.      Hospira Inc

        ☐ F.      Sun Pharma Global FZE

        ☐ G.      Sun Pharma Global Inc.

        ☐ H.      Caraco Pharmaceutical Laboratories Ltd.

        ☐ I.      Pfizer Inc.

        ☐ J.      Allergan Finance LLC f/k/a Actavis Inc.

        ☐ K.      Actavis Pharma Inc.

☐   L.   Other:

7.   Basis for Jurisdiction:

☑   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of Virginia

9.   Brand Product(s) used by Plaintiff (check applicable):

☐   A.   Taxotere

☐   B.   Docefrez

☐   C.   Docetaxel Injection

☐   D.   Docetaxel Injection Concentrate

☑   E.   Unknown

☐   F.   Other:

3

10.     First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> January 29, 2015-April 2, 2015

11.     State in which Product(s) identified in question 9 was/were administered:

> Virginia

12.     Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> In October 2014, Plaintiff was diagnosed with breast cancer in Richmond, Virginia.  Upon information and belief, Plaintiff underwent chemotherapy with docetaxel (TAXOTERE®) and/or a generic non-bioequivalent on or about January 2014.
> As a result of Defendants' wrongful conduct, Plaintiff has continued to suffer and will suffer in the future from disfiguring permanent alopecia as a result of receiving chemotherapy with docetaxel (TAXOTERE®) and/or a generic non-bioequivalent of same.

13.     Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Products Liability - Failure to Warn
- [x] Count II – Strict Products Liability for
- [x] Misrepresentation  Count III – Negligence
- [x] Count IV – Negligent
- [x] Misrepresentation Count V –
- [x] Fraudulent Misrepresentation Count VI
- [x] – Fraudulent Concealment  Count VII –
- [x] Fraud and Deceit
    Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- [ ] Other:  Plaintiff(s)  may  assert  the  additional  theories

4

and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14.   Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:   /s/ Lisa Ann Gorshe

Lisa Ann Gorshe, Esq. MN Bar #029522X
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
(612) 436-1801 (facsimile)
lgorshe@johnsonbecker.com
tbecker@johnsonbecker.com

Attorneys for Plaintiff