**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| **This document relates to:** | ) | |
| Linda M. Moates, 17-05653 | ) | |

## <u>ORDER</u>

Before the Court is a Motion for Substitution of a Party (Doc. 14728);

**IT IS ORDERED** that the Motion is **GRANTED** and that Luther

Moates, on behalf of Linda M. Moates, be substituted as Plaintiff herein.


New Orleans, Louisiana, this 22nd day of September, 2022.

_____

**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**