UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2740 <br><br> SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: <br> Banks v. Sandoz, Inc. No. 17-cv-14981 <br> Bolter v. Sanofi-Aventis U.S. LLC, No. 18-cv-8200 <br> Collins v. Hospira Worldwide, LLC, No. 17-cv-08371 <br> Forbes v. Sanofi US Services Inc. et. al, No. 17-cv-12973 <br> Gatchalian v. Sanofi S.A. et al, No. 17-cv-10980 <br> Kitchens, et. al vs. Sanofi-Aventis U.S. LLC et al, No. 17-cv-13321 <br> Payton v. Sanofi US Service et al, No. 17-cv-12574 <br> Richards v. Sanofi-Aventis U.S. LLC, No. 17-cv-07864 <br> Smith v. Sanofi-Aventis, U.S. LLC, No. 17-cv-08569 <br> Taylor v. Sanofi-Aventis U.S. LLC, No. 17-cv-07825 <br> Thomas v. Sanofi S.A. et al, No. 17-cv-11078 <br> Treadway v. Sanofi US Services Inc. et al, No. 17-cv-13523 | ) ) ) ) ) ) ) ) ) ) ) ) ) | SECTION: "N" (5) |

## NOTICE OF APPEARANCE

COMES NOW O. Nicole Smith of the firm Langdon & Emison, LLC, and hereby enters her appearance for the above-captioned Plaintiffs and respectfully requests that all filings, orders, notices, correspondence, communications, and other papers in connection with this action be served upon the undersigned counsel.

Dated: September 22, 2022

/s/ O. Nicole Smith
O. Nicole Smith
Langdon & Emison, LLC
P.O. Box 220
Lexington, MO 64067
nicole@lelaw.com
Admitted in the Western District of Missouri
Missouri Bar #68406
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was forwarded via ECF to counsel of record, as prescribed by law, on this 22nd day of September, 2022.