# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Myrle Holley
Case No.: 18-cv-11725

## PLAINTIFF'S MOTION TO SUBSTITUTE GEORGE HOLLEY ON BEHALF OF MYRLE HOLLEY

COMES NOW, Plaintiff Myrle Holley and files this motion to substitute her surviving heir, George Holley, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Myrle Holley filed the present action in the United States District Court for the Eastern District of Louisiana on November 29, 2018;

2. Plaintiff Myrle Holley died on June 17, 2021;

3. On September 19, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. George Holley is the surviving heir and proper party plaintiff pursuant to the laws of the State of South Carolina.

5. Plaintiff is proceeding with this Motion through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that George Holley be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: September 22, 2022                **JOHNSON BECKER, PLLC**

s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on September 22, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.