# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: "H" (5) |
| **This document relates to:** ) | | |
| Myrle Holley, 18-11725 ) | | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 14735);

**IT IS ORDERED** that the Motion is **GRANTED** and that George Holley, on behalf of Myrle Holley, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 23rd day of September, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**