UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO. 2740  SECTION "H" 5 |

## MOTION TO WITHDRAW

Alyssa J. White requests leave to withdraw as counsel of record for all clients listed in Exhibit A. Pierce Jones and Russell Lewis of the law firm Johnson Law Group are also counsel in this MDL for the Plaintiffs listed in Exhibit A, and will continue to represent the Plaintiffs listed in Exhibit A.. As such, Plaintiffs will not be prejudiced by this withdrawal, nor will the withdrawal unduly delay these proceedings. A proposed order is attached.

Respectfully Submitted,

*/s/ Alyssa J. White*
**Alyssa J. White**
Texas Bar No. 24073014
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile

## Certificate of Service

I certify that on September 23, 2022, I served a true and correct copy of this document on all counsel of record by electronic means.

*/s/ Alyssa J. White*
Alyssa J. White