**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE TAXOTERE (DOCETAXEL)** | § | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **SECTION "H" 5** |
| | § | |

## ORDER GRANTING MOTION TO WITHDRAW

Alyssa J. White requests leave to withdraw as counsel of record for all clients listed in

Exhibit A. The motion is GRANTED and it is ORDERED that Alyssa J. White is relieved of

any and all further responsibility in connection with this action.


SIGNED on_____, 2022.


_____
PRESIDING JUDGE

| Plaintiff Last Name | Plaintiff First Name | Date Filed | Docket No. |
|---|---|---|---|
| Ross | Sherry | 10/24/2017 | 2:17-cv-11096 |
| Gallery | Valerie | 8/23/2018 | 2:18-cv-08029 |
| Russell | Jeri | 10/8/2019 | 2:19-cv-13015 |
| Davis | Barbara | 10/30/2018 | 2:18-cv-10112 |
| Irlbacher | Donna | 7/27/2017 | 2:17-cv-07154 |
| Johnson | Karen | 7/27/2017 | 2:17-cv-07159 |
| Hagemeister | Shirley | 10/2/2017 | 2:17-cv-09939 |
| Knight | Leah | 5/30/2017 | 2:17-cv-05335 |
| Kenyon | Lorraine | 10/25/2017 | 2:17-cv-11221 |
| McCarthy | Shari | 10/2/2017 | 2:17-cv-09940 |
| Royalty | Mary | 10/24/2017 | 2:17-cv-11100 |
| Turner | Camin | 10/25/2017 | 2:17-cv-11192 |
| Johnson | Renee | 5/30/2017 | 2:17-cv-05338 |
| Clark | Joy | 10/25/2017 | 2:17-cv-11233 |
| Hill | Gwendolyn | 10/3/2017 | 2:17-cv-10057 |
| Burke | Heather | 10/2/2017 | 2:17-cv-09945 |
| Addison | Evelyn | 7/31/2018 | 2:18-cv-07222 |
| Barr | Kimberly | 11/21/2017 | 2:17-cv-12889 |
| Shortes | Linda | 10/24/2017 | 2:17-cv-11120 |
| Hershey | Kathy | 10/3/2017 | 2:17-cv-10056 |
| McComas | Donna | 11/21/2018 | 2:18-cv-11340 |
| Tibbs | Tara | 10/25/2017 | 2:17-cv-11184 |
| Schuman | Bettina | 10/3/2017 | 2:17-cv-10015 |
| Mcgarity | Tina | 10/23/2017 | 2:17-cv-11030 |
| Brandenburgh | LaDonna | 7/27/2017 | 2:17-cv-07164 |
| Quigg | Keely | 11/21/2018 | 2:18-cv-11324 |
| Luna | Mary | 11/14/2017 | 2:17-cv-12436 |
| Ross | Christine | 10/30/2018 | 2:18-cv-10146 |
| Nunnally | Natasha | 10/23/2017 | 2:17-cv-11018 |
| Kato | Kathleen | 10/3/2017 | 2:17-cv-10061 |
| Miller-Franks | Kristine | 11/13/2017 | 2:17-cv-12387 |
| Baker | Kristine | 8/31/2017 | 2:17-cv-08547 |
| Griffin | Janis | 10/3/2017 | 2:17-cv-10018 |
| Taylor | Shannon | 7/31/2018 | 2:18-cv-07198 |
| Pasos | Zoila | 10/3/2017 | 2:17-cv-10016 |
| Fortune | Shannon | 10/24/2017 | 2:17-cv-11163 |
| Matthews | Dedrach | 7/27/2017 | 2:17-cv-07167-KDE-MBN |
| Coleman | Vernita | 6/27/2017 | 2:17-cv-06202 |
| Mowrey | Tammy | 10/23/2017 | 2:17-cv-11042 |
| Lawyer | Wanda | 8/31/2017 | 2:17-cv-08549 |
| Williams | Patricia J | 8/31/2017 | 2:17-cv-08552 |
| Tabak | Susan | 10/3/2017 | 2:17-cv-10093 |
| Swinford | Delilah | 10/24/2017 | 2:17-cv-11162 |
| Brandt | Dana | 10/2/2017 | 2:17-cv-09964 |
| Frith | Diana | 10/25/2017 | 2:17-cv-11174 |
| McClanahan | Wendy | 3/19/2019 | 2:19-cv-02463 |
| Pierce | Demetria | 10/24/2017 | 2:17-cv-11075 |
| Fowler | Karen | 10/3/2017 | 2:17-cv-10039 |
| Bryant | Sherrie | 10/24/2017 | 2:17-cv-11080 |
| Loyacono | Rita | 11/21/2018 | 2:18-cv-11335 |
| Gaff | Yvonne | 10/25/2017 | 2:17-cv-11183 |
| Donatti | Deborah | 10/30/2018 | 2:18-cv-10153 |
| Cummings | Louissteen | 11/12/2019 | 2:19-cv-13571 |
| Griffin | Naomi | 10/3/2017 | 2:17-cv-10021 |

| | | | |
|---|---|---|---|
| Stelly | Antoinette | 10/3/2017 | 2:17-cv-10101 |
| White | Stephanie | 11/20/2017 | 2:17-cv-12802 |
| Morgan | Delores | 10/3/2017 | 2:17-cv-10082 |
| Curtis | Joella | 10/23/2017 | 2:17-cv-11004 |
| Morton | Patricia | 10/3/2017 | 2:17-cv-10087 |
| Brown | Amy | 11/13/2017 | 2:17-cv-12369 |
| Dezaiffe | Erica | 10/24/2017 | 2:17-cv-11133 |
| Arnold | Rita | 11/12/2019 | 2:19-cv-13563 |
| Davis | Margie | 8/31/2017 | 2:17-cv-08553 |
| Usher Williams | Netonya | 10/25/2017 | 2:17-cv-11194 |
| Fennewald | Sharon | 11/14/2017 | 2:17-cv-12430 |
| Harrison | Sherry | 10/2/2017 | 2:17-cv-09946 |
| Adolph | Jennifer | 8/23/2018 | 2:18-cv-08030 |
| Mullaly | Tracy | 11/12/2019 | 2:19-cv-13585 |
| Berge | Linda | 7/27/2017 | 2:17-cv-07179 |
| Bucek | Monica | 10/3/2017 | 2:17-cv-10047 |
| Diggs-Ream | Danon | 10/24/2017 | 2:17-cv-11137 |
| Garlinger | Tina | 10/2/2017 | 2:17-cv-09949 |
| Latham | Paulette | 10/3/2017 | 2:17-cv-10063 |
| Yates | Lorraine | 7/31/2018 | 2:18-cv-07197 |
| Stewart | Bonnie | 10/3/2017 | 2:17-cv-10102 |
| Shereck | Prudence | 10/8/2019 | 2:19-cv-13012 |
| Blaine | Amy | 10/30/2018 | 2:18-cv-10171 |
| Popescu | Manuela | 10/24/2017 | 2:17-cv-11077 |
| Kane | Charlotte | 5/8/2018 | 2:18-cv-04681 |
| Perry | Lynne | 7/31/2018 | 2:18-cv-07194 |
| Sanchez | Elma | 11/21/2018 | 2:18-cv-11351 |
| Johnson | Josietta | 10/30/2018 | 2:18-cv-10164 |
| Brown | Julie | 10/24/2017 | 2:17-cv-11076 |
| Valladares | Miriam | 3/19/2019 | 2:19-cv-02481 |
| Lauritsen | Denise | 11/13/2017 | 2:17-cv-12382 |
| Kiehl-Carlson | Cynthia | 10/30/2018 | 2:18-cv-10133 |
| Matthews | Charlsie | 10/3/2017 | 2:17-cv-10024 |
| Robinson | Stacey | 11/13/2017 | 2:17-cv-12349 |
| Barker | Ruthie | 10/2/2017 | 2:17-cv-09962 |
| Bryant | Dymon | 8/23/2018 | 2:18-cv-08041 |
| Eppert | Tammy | 10/3/2017 | 2:17-cv-10026 |
| Scheetz | Erin | 10/24/2017 | 2:17-cv-11144 |
| Stewart | Shannon | 10/24/2017 | 2:17-cv-11158 |
| Cole | Charlene | 10/24/2017 | 2:17-cv-11119 |
| Violette | Judy | 10/25/2017 | 2:17-cv-11196 |
| Nigro-Cone | Gina | 8/31/2017 | 2:17-cv-08525 |
| Cooper | Dawn | 7/31/2018 | 2:18-cv-07151 |
| Gooden | Patricia | 3/19/2019 | 2:19-cv-02465 |
| McBride | Deloris | 10/8/2019 | 2:19-cv-13038 |
| Brousseau | Constance | 7/31/2018 | 2:18-cv-07186 |
| Alo | Paula | 11/20/2017 | 2:17-cv-12834 |
| Jefferson | Timolin D | 11/20/2017 | 2:17-cv-12800 |
| Erman | Carol | 10/2/2017 | 2:17-cv-09950 |
| Knutson | Karen | 10/25/2017 | 2:17-cv-11225 |
| Leach | Lottie | 10/25/2017 | 2:17-cv-11244 |
| Dabney | Sarah | 11/12/2019 | 2:19-cv-13557 |
| Martin | Janice | 10/25/2017 | 2:17-cv-11242 |
| Canuel | Donna | 10/3/2017 | 2:17-cv-10050 |
| Douglas | Karen | 10/23/2017 | 2:17-cv-11003 |

| | | | |
|---|---|---|---|
| Schneider | Mary | 10/24/2017 | 2:17-cv-11106 |
| Anderson | Vickie | 10/2/2017 | 2:17-cv-09957 |
| Phillips | Judy | 11/12/2019 | 2:19-cv-13570 |
| Laitman | Melissa | 10/3/2017 | 2:17-cv-10028 |
| Rashid | Sandra | 10/3/2017 | 2:17-cv-10030 |
| Farrow | Deborah | 10/3/2017 | 2:17-cv-10035 |
| Poitras | Jayne | 7/31/2018 | 2:18-cv-07217 |
| Eskew | Perri | 10/3/2017 | 2:17-cv-10033 |
| Neubig | Dawnetta | 10/25/2017 | 2:17-cv-11178 |
| Jacobsen | Kim | 8/23/2018 | 2:18-cv-08032 |
| Spencer | Tara | 11/21/2018 | 2:18-cv-11363 |
| Tavanello | Cathy | 7/27/2017 | 2:17-cv-07196-KDE-MBN |
| Van Gossen | Phyllis | 6/27/2017 | 2:17-cv-06208 |
| Oliver | Tasha | 11/20/2017 | 2:17-cv-12859 |
| Smith | Lucinda | 10/3/2017 | 2:17-cv-10092 |
| Hurt | Frances | 10/25/2017 | 2:17-cv-11208 |
| Dolman Barker | Valarie | 10/24/2017 | 2:17-cv-11141 |
| Kokonski | Suzanne | 10/8/2019 | 2:19-cv-13043 |
| Austin | Nina | 8/31/2017 | 2:17-cv-08520 |
| Norsworthy | Theresa | 10/3/2017 | 2:17-cv-10089 |
| Jackson | Elizabeth | 10/3/2017 | 2:17-cv-10032 |
| Smith | Orynthia | 11/12/2019 | 2:19-cv-13588 |
| Duquette | Tina | 8/23/2018 | 2:18-cv-08038 |
| Kissner | Diana | 11/20/2017 | 2:17-cv-12848 |
| Crone | Anita | 10/3/2017 | 2:17-cv-10049 |
| Spence | Zelda | 7/31/2018 | 2:18-cv-07209 |
| Murray | Dalethian | 10/3/2017 | 2:17-cv-10031 |
| Zeboski | Heather | 11/21/2017 | 2:17-cv-12940 |
| Barker | Kelly | 10/24/2017 | 2:17-cv-11068 |
| Tomsho | Linda | 11/20/2017 | 2:17-cv-12866 |
| Mack | Lisa | 10/3/2017 | 2:17-cv-10067 |
| Flores | Deborah | 10/23/2017 | 2:17-cv-11005 |
| Smiley | Tamisha | 10/24/2017 | 2:17-cv-11129 |
| Perreault | Caroline | 10/30/2018 | 2:18-cv-10115 |
| Perrineau | Pamela | 10/30/2018 | 2:18-cv-10107 |
| Robinson | Patreece | 11/14/2017 | 2:17-cv-12438 |
| Chaidez | Julie | 10/23/2017 | 2:17-cv-10994 |
| Lane | Bea | 11/13/2017 | 2:17-cv-12308 |
| Neely | Kimberly | 11/20/2017 | 2:17-cv-12858 |
| Mullin | Erica | 10/25/2017 | 2:17-cv-11211 |
| Miller | Joyce | 10/3/2017 | 2:17-cv-10074 |
| Lee | Ava | 11/20/2017 | 2:17-cv-12781 |
| Ragan | Kymberly | 10/24/2017 | 2:17-cv-11081 |
| Anderson | Emily | 3/19/2019 | 2:19-cv-02456 |
| Dublin Pavon | Marietta | 10/3/2017 | 2:17-cv-10045 |
| Green | Cathy | 11/21/2017 | 2:17-cv-12945 |
| Jones | Katrina | 7/31/2018 | 2:18-cv-07150 |
| Lee | HaeJin | 10/25/2017 | 2:17-cv-11246 |
| Joseph | Antoinette | 3/17/2020 | 2:20-cv-00910 |
| Fisher | Denise | 10/24/2017 | 2:17-cv-11157 |
| Greene | Jacqueline | 10/25/2017 | 2:17-cv-11191 |
| Moffatt | Theresa | 10/30/2018 | 2:18-cv-10159 |
| Torres | Rosa | 11/12/2019 | 2:19-cv-13589 |
| Agee | Rachel | 10/2/2017 | 2:17-cv-09953 |
| Nellas | Victoria | 11/13/2017 | 2:17-cv-12391 |

| | | | |
|---|---|---|---|
| Hirschy | Susan | 10/3/2017 | 2:17-cv-10058 |
| Hays-Clarke | Sherry | 11/13/2017 | 2:17-cv-12300 |
| Noble | Debra | 2/1/2018 | 2:18-cv-00995 |
| Hayden | Judy | 10/3/2017 | 2:17-cv-10055 |
| Smith | Elizabeth | 7/27/2017 | 2:17-cv-07187-KDE-MBN |
| Haynes | Joeann | 10/23/2017 | 2:17-cv-11013 |
| Chaney | Jeannine | 10/24/2017 | 2:17-cv-11107 |
| Wozny | Chris | 7/31/2018 | 2:18-cv-07202 |
| Trayham | Eunice | 10/25/2017 | 2:17-cv-11190 |
| Horne | Carla | 10/8/2019 | 2:19-cv-13041 |
| Anderson | Deborah | 8/23/2018 | 2:18-cv-08044 |
| Cravens | Mona | 7/27/2017 | 2:17-cv-07190-KDE-MBN |
| Sockwell | Phyllis | 10/3/2017 | 2:17-cv-10096 |
| Calvin | Rose | 10/24/2017 | 2:17-cv-11094 |
| Peterson | Catherine | 8/23/2018 | 2:18-cv-08049 |
| Beatson | Rebecca | 10/30/2018 | 2:18-cv-10157 |
| Neider | Lori | 11/13/2017 | 2:17-cv-12318 |
| Luketich | Melissa | 11/13/2017 | 2:17-cv-12320 |
| Martin | Flora Jean | 10/25/2017 | 2:17-cv-11247 |
| Cooper | Mary | 10/2/2017 | 2:17-cv-09992 |
| Knebel | Mary | 3/19/2019 | 2:19-cv-02470 |
| Hurd | Sandra | 10/3/2017 | 2:17-cv-10059 |
| Burno | Pamela | 7/31/2018 | 2:18-cv-07173 |
| Short | Celestine | 10/3/2017 | 2:17-cv-10086 |
| Laymon | Rita | 10/25/2017 | 2:17-cv-11239 |
| Goldberg | June | 10/3/2017 | 2:17-cv-10053 |
| Crenshaw | Janet | 10/23/2017 | 2:17-cv-11002 |
| Garcia | Mary | 10/3/2017 | 2:17-cv-10043 |
| Stowe | Sharon | 8/23/2018 | 2:18-cv-08047 |
| Zieman | Susan | 11/20/2017 | 2:17-cv-12809 |
| Gardner | Amy | 7/27/2017 | 2:17-cv-07178-KDE-MBN |
| Hughes | Brenda | 11/12/2019 | 2:19-cv-13562 |
| Ashworth | Carole | 10/3/2017 | 2:17-cv-10042 |
| Peters | Marjorie | 7/31/2018 | 2:18-cv-07156 |
| Banks-Taylor | Denise | 10/3/2017 | 2:17-cv-10044 |
| Reed | Ruby | 10/3/2017 | 2:17-cv-10073 |
| Mitchell | Erica | 10/25/2017 | 2:17-cv-11220 |
| Reuss | Rebekah | 11/14/2017 | 2:17-cv-12421 |
| Fox | Betty | 3/19/2019 | 2:19-cv-02457 |
| Johnson | Machelle | 10/25/2017 | 2:17-cv-11214 |
| Nixon | Audrey | 11/13/2017 | 2:17-cv-12321 |
| Labounty | Pamela | 7/31/2018 | 2:18-cv-07141 |
| Inga | Maria | 10/23/2017 | 2:17-cv-11015 |
| Budin | Andrea | 11/12/2019 | 2:19-cv-13568 |
| Sanchez | Kelly | 10/23/2017 | 2:17-cv-11053 |
| Doan | Sherry | 10/24/2017 | 2:17-cv-11139 |
| Montague | Hattie | 10/3/2017 | 2:17-cv-10077 |
| Fryery | Kim | 10/23/2017 | 2:17-cv-11009 |
| Flanagan | Kay | 10/3/2017 | 2:17-cv-10037 |
| Heien | Crystal | 8/23/2018 | 2:18-cv-08050 |
| Bonner | Kathryn | 10/23/2017 | 2:17-cv-10988 |
| Brimhall | Elizabeth | 11/21/2018 | 2:18-cv-11312 |
| Childers | Mundee | 11/13/2017 | 2:17-cv-12323 |
| Cassano | Josephine | 10/8/2019 | 2:19-cv-13032 |
| Hazel Greenwell | Betty | 7/31/2018 | 2:18-cv-07185 |

| | | | |
|---|---|---|---|
| Compton | Christine | 10/2/2017 | 2:17-cv-09988 |
| Hoverman | Lorraine | 2/27/2018 | 2:18-cv-02038 |
| Graff | Gina | 10/30/2018 | 2:18-cv-10152 |
| Meza | Sherri | 10/25/2017 | 2:17-cv-11230 |
| Steckel | Majella | 7/31/2018 | 2:18-cv-07155 |
| Minners | Gwendolyn | 10/23/2017 | 2:17-cv-11038 |
| Barnes | Peggy | 2/27/2018 | 2:18-cv-02030 |
| Bailey | Donna | 11/21/2017 | 2:17-cv-12885 |
| Huff | Carolyn | 2/27/2018 | 2:18-cv-02039 |
| Brown | Tara | 10/2/2017 | 2:17-cv-09970 |
| Hammond-Merriman | Keshia | 10/25/2017 | 2:17-cv-11198 |
| Espalin | Eva | 11/13/2017 | 2:17-cv-12291 |
| Shelton | Lori | 10/24/2017 | 2:17-cv-11109 |
| Retland | Linda | 7/31/2018 | 2:18-cv-07134 |
| Thornton | Tracey | 7/27/2017 | 2:17-cv-07183-KDE-MBN |
| Melvin | Kerri | 10/3/2017 | 2:17-cv-10071 |
| Copley | Copper | 11/21/2017 | 2:17-cv-12917 |
| Savini | Teresa | 11/21/2017 | 2:17-cv-12896 |
| Callahan | Stephanie | 11/20/2017 | 2:17-cv-12830 |
| Roberts | Genese | 2/27/2018 | 2:18-cv-02043 |
| Gavidia-Berthaut | Micheline | 10/8/2019 | 2:19-cv-13020 |
| Wells | Madeline C. | 11/13/2017 | 2:17-cv-12345 |
| Burke | Lynda | 11/21/2017 | 2:17-cv-12895 |
| Florentino | Andrea | 10/30/2018 | 2:18-cv-10117 |
| Dagy | Tobi | 7/27/2017 | 2:17-cv-07185-KDE-MBN |
| Pruitt | Nakia | 11/13/2017 | 2:17-cv-12328 |
| Courson | Sandra | 10/24/2017 | 2:17-cv-11121 |
| McIver | Gina | 10/23/2017 | 2:17-cv-11033 |
| Holland | Patsy | 2/27/2018 | 2:18-cv-02032 |
| Sabo | Mandie | 10/23/2017 | 2:17-cv-11031 |
| Rominger | Karen | 10/23/2017 | 2:17-cv-11025 |
| Venson | Forestine | 2/27/2018 | 2:18-cv-02046 |
| Morris | Elizabeth | 10/3/2017 | 2:17-cv-10085 |
| Gidan | Sheri | 11/20/2017 | 2:17-cv-12792 |
| Gildea-Bryant | Rita | 11/21/2018 | 2:18-cv-11329 |
| Heth | Susan | 10/30/2018 | 2:18-cv-10109 |
| Wilhelm | Phyllis | 5/30/2017 | 2:17-cv-05340 |
| Parker | Jeanette | 10/24/2017 | 2:17-cv-11072 |
| Reynolds | Helen | 8/31/2017 | 2:17-cv-08517 |
| Brown | Joyce | 10/23/2017 | 2:17-cv-10995 |
| Anderson | Nancy | 11/13/2017 | 2:17-cv-12365 |
| Baty | Kathleen | 11/13/2017 | 2:17-cv-12273 |
| Woodard | Elizabeth | 11/20/2017 | 2:17-cv-12870 |
| Newcomb | Rosemarie | 11/21/2017 | 2:17-cv-12968 |
| Lybrook | Sammie | 10/25/2017 | 2:17-cv-11253 |
| Gaines | Stacy | 10/30/2018 | 2:18-cv-10116 |
| Bradford | Sheeneatha | 11/22/2017 | 2:17-cv-13092 |
| Kortemeier | Donelle | 10/8/2019 | 2:19-cv-13018 |
| George | Debi | 11/20/2017 | 2:17-cv-12790 |
| Osley | Danielle | 10/24/2017 | 2:17-cv-11116 |
| Casey | Ada | 10/24/2017 | 2:17-cv-11105 |
| Steele | Leslie | 10/3/2017 | 2:17-cv-10100 |
| Smith | Addie | 10/3/2017 | 2:17-cv-10094 |
| Lilley | Christine | 10/23/2017 | 2:17-cv-11019 |
| Wichhart | Judith | 10/25/2017 | 2:17-cv-11203 |

| | | | |
|---|---|---|---|
| Logan | Sonja | 2/12/2018 | 2:18-cv-01410 |
| Mercik | Tobie | 2/27/2018 | 2:18-cv-02051 |
| Clark | Gail | 10/2/2017 | 2:17-cv-09981 |
| Mir | Lisa | 11/13/2017 | 2:17-cv-12314 |
| Goodnoe | Joyce | 10/8/2019 | 2:19-cv-13037 |
| Galecki Polk | Wendy Ellen | 10/25/2017 | 2:17-cv-11187 |
| Scott | Delphine | 7/31/2018 | 2:18-cv-07199 |
| Axtell | Lisa | 7/31/2018 | 2:18-cv-07192 |
| Bourche Greaves | Mary | 10/24/2017 | 2:17-cv-11073 |
| Montanez | Sandra | 10/3/2017 | 2:17-cv-10078 |
| Silverstone | Barbara | 10/3/2017 | 2:17-cv-10090 |
| Howard | Mary | 11/21/2018 | 2:18-cv-11348 |
| Wooden | Gail | 10/25/2017 | 2:17-cv-11206 |
| Perry | Brenda | 11/12/2019 | 2:19-cv-13583 |
| Drexler | Corysue | 11/21/2017 | 2:17-cv-12925 |
| Cardwell | Judy | 2/27/2018 | 2:18-cv-02031 |
| Dalgar | Darcy | 7/31/2018 | 2:18-cv-07145 |
| Stevens | Cynthia | 10/23/2017 | 2:17-cv-11037 |
| Gildener | Michele | 10/3/2017 | 2:17-cv-10052 |
| Taylor | Marylin | 11/13/2017 | 2:17-cv-12342 |
| Shimkus | Mary | 10/24/2017 | 2:17-cv-11118 |
| McCoy | Cindy | 11/21/2018 | 2:18-cv-11346 |
| Gunerius | Kristi | 7/31/2018 | 2:18-cv-07160 |
| Harrison | Karen | 11/21/2017 | 2:17-cv-12950 |
| Stephens | Laura | 10/24/2017 | 2:17-cv-11153 |
| Mazziotti | Tari | 10/23/2017 | 2:17-cv-11016 |
| Maddox | Joycelyn | 10/25/2017 | 2:17-cv-11250 |
| Navarro | Adrianne | 10/25/2017 | 2:17-cv-11173 |
| Savage | Alicia | 11/13/2017 | 2:17-cv-12339 |
| Bukovics | Cathy | 11/20/2017 | 2:17-cv-12841 |
| Simonsen | Judy | 11/21/2018 | 2:18-cv-11355 |
| Franklin | Charsehella | 11/21/2017 | 2:17-cv-12944 |
| Stapleton | Kay | 10/3/2017 | 2:17-cv-10098 |
| Harreld | Marcie | 10/25/2017 | 2:17-cv-11204 |
| Hollings | Annie | 2/27/2018 | 2:18-cv-02035 |
| Postalwait | Pamela | 11/13/2017 | 2:17-cv-12334 |
| Joseph | Natacha | 12/29/2017 | 2:17-cv-17947 |
| Carroll | Judi | 10/3/2017 | 2:17-cv-10051 |
| Cervantes | Rebecca | 10/2/2017 | 2:17-cv-09973 |
| Elmore | Carolyn | 10/24/2017 | 2:17-cv-11150 |
| Distelhurst | Julia | 10/2/2017 | 2:17-cv-09997 |
| Villanueva | Diana | 11/21/2017 | 2:17-cv-12799 |
| Whipple | Sandra | 10/3/2017 | 2:17-cv-10099 |
| Ramenofsky | Catherine | 11/20/2017 | 2:17-cv-12854 |
| Schnelle | Karen | 11/20/2017 | 2:17-cv-12860 |
| Sowray | Gwendoline | 10/30/2018 | 2:18-cv-10137 |
| Nnyanzi | Vanessa | 11/21/2017 | 2:17-cv-12884 |
| Bradley | Corey | 11/12/2019 | 2:19-cv-13556 |
| Rocchio | Regina | 10/23/2017 | 2:17-cv-11024 |
| Richardt | Andrea | 11/12/2019 | 2:19-cv-13572 |
| Brewer | LeeAnn | 10/23/2017 | 2:17-cv-10992 |
| Boerg | Patricia | 11/13/2017 | 2:17-cv-12280 |
| Luchansky | Sarah | 3/19/2019 | 2:19-cv-02461 |
| Allran | Lori | 7/31/2018 | 2:18-cv-07174 |
| Walker | Connie | 11/20/2017 | 2:17-cv-12869 |

| | | | |
|---|---|---|---|
| Mack | Barbara | 11/13/2017 | 2:17-cv-12322 |
| Evans | Shawne | 10/30/2018 | 2:18-cv-10126 |
| Perry | Earnestine | 11/20/2017 | 2:17-cv-12861 |
| Perez | Debra | 10/23/2017 | 2:17-cv-11050 |
| Griffith | Jil | 11/13/2017 | 2:17-cv-12287 |
| Humphrey | Deborah | 3/19/2019 | 2:19-cv-02489 |
| Perlman | Andrea | 3/19/2019 | 2:19-cv-02471 |
| Cordie | Tracey | 5/8/2018 | 2:18-cv-04706-KDE-MBN |
| Chambers | Deloise | 11/21/2018 | 2:18-cv-11314 |
| Herrschaft | Shannon | 10/23/2017 | 2:17-cv-11014 |
| Carr-Scott | Jessica | 11/21/2017 | 2:17-cv-12902 |
| Fleck | Melissa | 10/24/2017 | 2:17-cv-11161 |
| Salerno | Deborah | 11/14/2017 | 2:17-cv-12441 |
| Jordan | Nancy | 11/21/2017 | 2:17-cv-12965 |
| Hansen | Michele | 3/17/2020 | 2:20-cv-00909 |
| Smith | Anita | 11/14/2017 | 2:17-cv-12444 |
| Produit | Teresa | 11/12/2019 | 2:19-cv-13586 |
| Velasquez | Maria | 7/31/2018 | 2:18-cv-07208 |
| Thomas | Anecia | 10/3/2017 | 2:17-cv-10095 |
| Seidowsky | Christine | 10/30/2018 | 2:18-cv-10113 |
| Davenport | Susan | 10/30/2018 | 2:18-cv-10156 |
| Christensen | Karin | 10/2/2017 | 2:17-cv-09975 |
| Findley | Deborah | 11/21/2017 | 2:17-cv-12938 |
| Anderson | Melinda | 10/8/2019 | 2:19-cv-13024 |
| Querry | Chris | 11/13/2017 | 2:17-cv-12360 |
| Cox | Margaret | 10/2/2017 | 2:17-cv-09993 |
| Kyanko | Mari | 10/3/2017 | 2:17-cv-10062 |
| Billings | Rosalee | 7/31/2018 | 2:18-cv-07164 |
| Mccardle | Donna | 10/30/2018 | 2:18-cv-10135 |
| Campbell | Denise | 11/21/2017 | 2:17-cv-12900 |
| Hurt | Toy | 11/13/2017 | 2:17-cv-12343 |
| Wunsch | Kelly | 3/19/2019 | 2:19-cv-02488 |
| Arnold | JoAnn | 10/30/2018 | 2:18-cv-10122 |
| Mergogey | Caroline | 10/25/2017 | 2:17-cv-11235 |
| Harmon | Lillie | 7/31/2018 | 2:18-cv-07163 |
| Baker | Elaine | 8/23/2018 | 2:18-cv-08031 |
| LaPorte | Laura | 10/25/2017 | 2:17-cv-11231 |
| Dennis-Ellsworth | Leah | 11/20/2017 | 2:17-cv-12776 |
| Hess | Lori | 11/13/2017 | 2:17-cv-12373 |
| Massie | Rosalie | 10/30/2018 | 2:18-cv-10110 |
| Bailey | Nina | 10/23/2017 | 2:17-cv-10984 |
| Fischer | Marcia | 10/3/2017 | 2:17-cv-10036 |
| Ollice | Margaret | 7/31/2018 | 2:18-cv-07169 |
| Carraway | Sheila | 10/24/2017 | 2:17-cv-11095 |
| Singh | Catheleen | 10/24/2017 | 2:17-cv-11122 |
| Thomas | Sonya | 2/1/2018 | 2:18-cv-00986 |
| Gallagher | Rita | 11/13/2017 | 2:17-cv-12285 |
| Cline | Lisa | 10/8/2019 | 2:19-cv-13026 |
| McDonell | Kim | 8/23/2018 | 2:18-cv-08053 |
| Creech | Tammy | 11/13/2017 | 2:17-cv-12284 |
| Crock | Teresa | 11/13/2017 | 2:17-cv-12286 |
| Hill | Donna | 7/27/2017 | 2:17-cv-07176-KDE-MBN |
| Reed | Yvonne | 11/20/2017 | 2:17-cv-12793 |
| Pulli | Barbara | 10/24/2017 | 2:17-cv-11079 |
| Santa | Donna | 3/17/2020 | 2:20-cv-00913 |

| | | | |
|---|---|---|---|
| Smith | Lisa | 10/24/2017 | 2:17-cv-11134 |
| Lange | Cheryl | 10/8/2019 | 2:19-cv-13016 |
| Mejia | Terry | 11/21/2017 | 2:17-cv-12880 |
| Burns | Helen | 10/30/2018 | 2:18-cv-10163 |
| Zurlo | Brenda | 10/23/2017 | 2:17-cv-11044 |
| Rogers | Cindy | 10/8/2019 | 2:19-cv-13045 |
| Hinch | Mary | 5/8/2018 | 2:18-cv-04732-KDE-MBN |
| Jensen | Mary | 11/21/2017 | 2:17-cv-12955 |
| Gibbs | Annette | 10/30/2018 | 2:18-cv-10140 |
| Cole | Pearly | 11/20/2017 | 2:17-cv-12845 |
| Prince | Bonita | 10/3/2017 | 2:17-cv-10068 |
| Timmins | Helen Anne | 7/31/2018 | 2:18-cv-07148 |
| Sites | Cathy | 6/1/2018 | 2:18-cv-05547 |
| White | Mary | 5/8/2018 | 2:18-cv-04717 |
| Watts | Helen | 10/3/2017 | 2:17-cv-10097 |
| Hickey | Tina | 5/8/2018 | 2:18-cv-04731-KDE-MBN |
| Archer | Carol | 7/31/2018 | 2:18-cv-07188 |
| Kirrmann | Julie | 8/23/2018 | 2:18-cv-08056 |
| Potenza | Patricia | 3/19/2019 | 2:19-cv-02472 |
| Ormos | Donna | 3/19/2019 | 2:19-cv-02477 |
| Sowers | Mary | 11/21/2017 | 2:17-cv-12903 |
| Rau | Jennifer | 10/24/2017 | 2:17-cv-11091 |
| Knouse | Kathleen M. | 11/13/2017 | 2:17-cv-12348 |
| Stover | Angela | 10/23/2017 | 2:17-cv-11041 |
| Riback | Cindy | 10/8/2019 | 2:19-cv-13056 |
| Leo | Kathleen | 10/8/2019 | 2:19-cv-13014 |
| Galbreath | Crystal | 10/3/2017 | 2:17-cv-10041 |
| Mancino | Judith | 11/13/2017 | 2:17-cv-12329 |
| Kramer | Theresa | 10/25/2017 | 2:17-cv-11228 |
| Grieselhuber | Charlotte | 10/23/2017 | 2:17-cv-11012 |
| Claus | Karen | 11/13/2017 | 2:17-cv-12282 |
| Patrick | Carol | 10/24/2017 | 2:17-cv-11074 |
| Smith | Catherine | 11/21/2018 | 2:18-cv-11359 |
| Manuel | Cindy | 11/12/2019 | 2:19-cv-13576 |
| Eichhorn | Beverly | 5/8/2018 | 2:18-cv-04718-KDE-MBN |
| Ashhurst | Terri | 3/19/2019 | 2:19-cv-02455 |
| Stonebreaker | Linda | 10/23/2017 | 2:17-cv-11061 |
| Pease | Barbara | 7/31/2018 | 2:18-cv-07171 |
| Kerbeck | Amy | 11/20/2017 | 2:17-cv-12805 |
| Wilson | Patti | 7/31/2018 | 2:18-cv-07213 |
| Lewis | Lotonia | 10/25/2017 | 2:17-cv-11252 |
| Barnes | Cynthia | 11/12/2019 | 2:19-cv-13580 |
| Danner | Angela | 2/27/2018 | 2:18-cv-02025 |
| Madden | Sandra | 11/13/2017 | 2:17-cv-12327 |
| Ross | Christina | 11/21/2018 | 2:18-cv-11345 |
| Smith | Donna | 3/19/2019 | 2:19-cv-02485 |
| Stroth | Barbara | 10/30/2018 | 2:18-cv-10139 |
| Mcmorris | Joyce | 10/30/2018 | 2:18-cv-10124 |
| Guishard | Carolyn | 8/23/2018 | 2:18-cv-08058 |
| Tidwell | Christy | 10/30/2018 | 2:18-cv-10155 |
| Garcia | Christine | 5/8/2018 | 2:18-cv-04723-KDE-MBN |
| Smith | Diane | 10/23/2017 | 2:17-cv-11035 |
| Williams | Francina | 7/31/2018 | 2:18-cv-07184 |
| Coombs | Lisa | 11/21/2017 | 2:17-cv-12914 |
| Crook | Lillian | 10/24/2017 | 2:17-cv-11127 |

| | | | |
|---|---|---|---|
| Mattlage | Peggy | 10/23/2017 | 2:17-cv-11027 |
| Branson | Cathy | 5/8/2018 | 2:18-cv-04687-KDE-MBN |
| McKean | Janet | 10/8/2019 | 2:19-cv-13050 |
| Miller | Sheila | 10/25/2017 | 2:17-cv-11226 |
| Vail | Erin | 11/21/2017 | 2:17-cv-12923 |
| Carroll | Jessica | 2/27/2018 | 2:18-cv-02019 |
| Perez | Debbi | 10/3/2017 | 2:17-cv-10060 |
| Brannon | Stephanie | 10/23/2017 | 2:17-cv-10991 |
| Surad | Karlene | 10/30/2018 | 2:18-cv-10143 |
| Charlton | Ernestine | 11/21/2017 | 2:17-cv-12904 |
| Wells | Rachael | 10/25/2017 | 2:17-cv-11199 |
| Couture | Carolyn | 8/23/2018 | 2:18-cv-08061 |
| Adams | Nancy | 10/8/2019 | 2:19-cv-13029 |
| Byars | Teresa | 11/21/2017 | 2:17-cv-12899 |
| Hutcheson | Sharon | 5/8/2018 | 2:18-cv-04735-KDE-MBN |
| Lee | Sherri | 10/25/2017 | 2:17-cv-11248 |
| Sexton | Charlotte | 7/31/2018 | 2:18-cv-07196 |
| Floyd | Regina | 10/8/2019 | 2:19-cv-13031 |
| Fronek | Ruth | 7/31/2018 | 2:18-cv-07187 |
| Christopher | Nashanda | 5/8/2018 | 2:18-cv-04703-KDE-MBN |
| Duell | Sharon | 11/27/2017 | 2:17-cv-13385 |
| Platero | Johna | 11/13/2017 | 2:17-cv-12393 |
| Keck | Joann | 11/22/2017 | 2:17-cv-13126 |
| Ramirez | Maria | 10/23/2017 | 2:17-cv-11023 |
| Concannon | Carole | 10/23/2017 | 2:17-cv-11000 |
| Barbiche | Cindy | 11/13/2017 | 2:17-cv-12311 |
| Jackson | Sylvia | 5/8/2018 | 2:18-cv-04672 |
| Howell | Doris | 8/23/2018 | 2:18-cv-08062 |
| Brown | Joni | 5/8/2018 | 2:18-cv-04697-KDE-MBN |
| Gunsolus | Gwen | 10/25/2017 | 2:17-cv-11195 |
| Kacizak | Jen | 11/20/2017 | 2:17-cv-12803 |
| Papandrea | Denise | 10/13/2017 | 2:17-cv-10634 |
| Gordy | Jennifer | 8/23/2018 | 2:18-cv-08063 |
| Chavez | Debra | 11/20/2017 | 2:17-cv-12843 |
| Longerman | Sandra | 11/13/2017 | 2:17-cv-12317 |
| MacPherson | Theresa | 11/20/2017 | 2:17-cv-12789 |
| Haddad | Rose | 11/12/2019 | 2:19-cv-13581 |
| Hardesty | Juliet | 5/8/2018 | 2:18-cv-04728-KDE-MBN |
| Bagherzadeh | Nadereh | 11/13/2017 | 2:17-cv-12272 |
| Vaughan | Ruth | 11/20/2017 | 2:17-cv-12867 |
| Maples | Sheri | 5/8/2018 | 2:18-cv-04688 |
| Kelly | Paula | 11/13/2017 | 2:17-cv-12374 |
| Frazior | Helen | 11/13/2017 | 2:17-cv-12283 |
| Mueller | Regina | 11/20/2017 | 2:17-cv-12852 |
| De La Rosa | Irene | 11/13/2017 | 2:17-cv-12278 |
| Yalda | Dorothy | 11/20/2017 | 2:17-cv-12871 |
| Shaw | Aimee | 11/22/2017 | 2:17-cv-13121 |
| Murray | Carol | 11/13/2017 | 2:17-cv-12356 |
| Barry | Evelyn | 10/23/2017 | 2:17-cv-10986 |
| Rogers | Margaret | 5/8/2018 | 2:18-cv-04722 |
| Coffman | Tammy | 11/21/2017 | 2:17-cv-12906 |
| McMinn | Dola | 11/21/2017 | 2:17-cv-12879 |
| Iskoe | Ilene | 10/3/2017 | 2:17-cv-10013 |
| Williams | Beverly | 11/12/2019 | 2:19-cv-13577 |
| Muhammad | Rita | 10/25/2017 | 2:17-cv-11213 |

| | | | |
|---|---|---|---|
| Shipman | Theresa | 2/27/2018 | 2:18-cv-02048 |
| Patterson | Terry | 10/30/2018 | 2:18-cv-10142 |
| Spain | Judy | 2/27/2018 | 2:18-cv-02020 |
| Nunez-Blackshear | Gail | 11/21/2017 | 2:17-cv-12887 |
| Skinner | Monica | 8/23/2018 | 2:18-cv-08054 |
| Snasel | Jackie | 10/24/2017 | 2:17-cv-11140 |
| Frederick | Vickie | 8/23/2018 | 2:18-cv-08064 |
| Carlson | Karen | 10/23/2017 | 2:17-cv-10985 |
| Elliott | Yvonne | 10/24/2017 | 2:17-cv-11146 |
| Depaul | Charlene | 2/27/2018 | 2:18-cv-02026 |
| Doss | Martha | 11/13/2017 | 2:17-cv-12279 |
| Williams | Jana | 5/8/2018 | 2:18-cv-04720 |
| McCabe | Lisa | 5/8/2018 | 2:18-cv-04691 |
| Finley | Margaret | 7/31/2018 | 2:18-cv-07165 |
| Hutto | Vicky | 3/19/2019 | 2:19-cv-02458 |
| Kirby | Brenda | 12/29/2017 | 2:17-cv-17944 |
| McConner | April | 11/21/2018 | 2:18-cv-11344 |
| Trimble | Rutha | 5/8/2018 | 2:18-cv-04708 |
| Dillon | Teresa | 11/21/2017 | 2:17-cv-12920 |
| Fulton | Frances | 10/25/2017 | 2:17-cv-11177 |
| Noble | Ervina | 3/19/2019 | 2:19-cv-02468 |
| Alford | Susan | 5/8/2018 | 2:18-cv-04678-KDE-MBN |
| Sodam | Tina | 10/8/2019 | 2:19-cv-13057 |
| Tafuri | Donna | 11/21/2017 | 2:17-cv-12915 |
| Schoessler | Margie | 2/27/2018 | 2:18-cv-02047 |
| Smith | Lydia | 10/24/2017 | 2:17-cv-11136 |
| Riddle | Rebecca | 5/8/2018 | 2:18-cv-04702 |
| DeBruhl | Teri | 10/30/2018 | 2:18-cv-10132 |
| Groat | Peggy | 10/23/2017 | 2:17-cv-11011 |
| Borrego | Leslie | 10/30/2018 | 2:18-cv-10167 |
| McWilliams | Pamela | 11/13/2017 | 2:17-cv-12331 |
| Foote | Bonnie Jean | 10/30/2018 | 2:18-cv-10144 |
| Perlmutter | Cathy | 10/3/2017 | 2:17-cv-10064 |
| Dabbagh | Mandana | 10/23/2017 | 2:17-cv-11007 |
| Stemples | Robin | 11/21/2017 | 2:17-cv-12910 |
| Robinson | Adrian | 5/8/2018 | 2:18-cv-04704 |
| Carlson | Marlene | 8/23/2018 | 2:18-cv-08034 |
| Cintron | Mari | 11/21/2018 | 2:18-cv-11315 |
| Falzone | Rosemary | 3/19/2019 | 2:19-cv-02462 |
| Richmond | Mary | 11/22/2017 | 2:17-cv-13108 |
| Kleszcz | Lisa | 11/13/2017 | 2:17-cv-12305 |
| West | Canada | 10/8/2019 | 2:19-cv-13048 |
| Rosenthal | Bari | 11/14/2017 | 2:17-cv-12440 |
| Evans | Brenda | 10/24/2017 | 2:17-cv-11155 |
| Steele | Patricia | 10/30/2018 | 2:18-cv-10130 |
| Fenner | Pamela | 11/13/2017 | 2:17-cv-1228 |
| Burgueno | Soinia | 11/20/2017 | 2:17-cv-12774 |
| Dunford | Shauna | 11/21/2017 | 2:17-cv-12929 |
| Meers | Jennifer | 10/25/2017 | 2:17-cv-11240 |
| Steward | Shawinette | 11/20/2017 | 2:17-cv-12796 |
| Hasan | Deborah | 11/22/2017 | 2:17-cv-13123 |
| Clough | Kathryn | 11/13/2017 | 2:17-cv-12276 |
| Jump | Doris | 5/8/2018 | 2:18-cv-04676 |
| Addison | Linda | 5/8/2018 | 2:18-cv-04674-KDE-MBN |
| Philippe | Jamie | 2/27/2018 | 2:18-cv-02041 |

| Oringderff | Darla | 11/20/2017 | 2:17-cv-12863 |
|---|---|---|---|
| Webb | Sherry | 10/23/2017 | 2:17-cv-11049 |
| Adair | Cheryl | 2/27/2018 | 2:18-cv-02022 |
| Abair | Nancy | 7/31/2018 | 2:18-cv-07193 |
| Lee | Sylvia | 11/21/2017 | 2:17-cv-12874 |
| Phillips | Margaret | 10/8/2019 | 2:19-cv-13053 |
| Sweeney | Jennifer | 2/27/2018 | 2:18-cv-02027 |
| Clay | Catheryn | 10/23/2017 | 2:17-cv-10996 |
| Braun | Donna | 5/8/2018 | 2:18-cv-04692 |
| Lepito | Marie | 7/31/2018 | 2:18-cv-07214 |
| Murphy | Margaret | 10/23/2017 | 2:17-cv-11045 |
| Thollot | Penny | 11/20/2017 | 2:17-cv-12798 |
| Wozniak | Linda | 11/20/2017 | 2:17-cv-12806 |
| Catap | Riza | 11/13/2017 | 2:17-cv-12316 |
| Aneni | Francisca | 7/31/2018 | 2:18-cv-07144 |
| Costa-Dallaire | Nancie | 8/23/2018 | 2:18-cv-08065 |
| Smith | Jean | 7/31/2018 | 2:18-cv-07205 |
| Crawford | Terrece | 7/31/2018 | 2:18-cv-07157 |
| Valenti | Yvette | 11/12/2019 | 2:19-cv-13590 |
| Ryder | Diana | 11/12/2019 | 2:19-cv-13574 |
| Andies | Bonnie | 7/31/2018 | 2:18-cv-07190 |
| Baffo | Cara | 11/21/2018 | 2:18-cv-11311 |
| Riggins | Angela | 10/24/2017 | 2:17-cv-11093 |
| Venezia | Deborah | 11/20/2017 | 2:17-cv-12868 |
| Montes | Lydia | 10/25/2017 | 2:17-cv-11218 |
| Watson | Herschelia | 7/31/2018 | 2:18-cv-07206 |
| Warren | Roshanie | 5/8/2018 | 2:18-cv-04716 |
| Miranda | Anita | 10/25/2017 | 2:17-cv-11223 |
| Dickerson | Amanda | 10/30/2018 | 2:18-cv-10141 |
| Spradley | Meredith | 11/21/2018 | 2:18-cv-11366 |
| Edgerly | Evelynne | 7/31/2018 | 2:18-cv-07143 |
| Moreau | Deborah | 5/8/2018 | 2:18-cv-04695 |
| Register | Ella | 10/8/2019 | 2:19-cv-13036 |
| Brown | Veronica | 5/8/2018 | 2:18-cv-04700-KDE-MBN |
| Borrego | Juanita | 11/13/2017 | 2:17-cv-12274 |
| Meyer | Mary | 3/19/2019 | 2:19-cv-02467 |
| Harris | Danielle | 11/13/2017 | 2:17-cv-12297 |
| Howard | Patricia | 11/21/2018 | 2:18-cv-11353 |
| Albanese | Vicki | 10/23/2017 | 2:17-cv-10981 |
| Singleton | Patricia | 10/24/2017 | 2:17-cv-11125 |
| Julian | Petra | 11/21/2017 | 2:17-cv-12963 |
| Olin | Mary Ellen | 10/23/2017 | 2:17-cv-11021 |
| Johnson | Junice | 7/31/2018 | 2:18-cv-07219 |
| Towe | Rebecca | 5/8/2018 | 2:18-cv-04707 |
| Vincent | Lolita | 11/21/2017 | 2:17-cv-12931 |
| Decoteau | Susan | 11/21/2018 | 2:18-cv-11320 |
| Teeman | Carol | 11/21/2018 | 2:18-cv-11371 |
| Duvall | Shirley | 5/8/2018 | 2:18-cv-04715-KDE-MBN |
| Walker | Natalie | 7/31/2018 | 2:18-cv-07216 |
| Taylor | Ronda | 11/22/2017 | 2:17-cv-13116 |
| Jenkins | Carol | 7/31/2018 | 2:18-cv-07201 |
| Owens | Leanette | 5/8/2018 | 2:18-cv-04699 |
| Bigger | Marlene | 7/31/2018 | 2:18-cv-07170 |
| MacKenzie | Janet | 11/13/2017 | 2:17-cv-12325 |
| Vazquez | Lillian | 3/19/2019 | 2:19-cv-02482 |

| | | | |
|---|---|---|---|
| Tangren | Cyndi | 10/23/2017 | 2:17-cv-11060 |
| Justice | Lisa | 11/21/2017 | 2:17-cv-12966 |
| Rosenfeld | Ruth | 11/13/2017 | 2:17-cv-12337 |
| O'Neill | Kathy | 5/8/2018 | 2:18-cv-04698 |
| McClellan | Glenda | 2/27/2018 | 2:18-cv-02037 |
| Mott | Darlene | 10/30/2018 | 2:18-cv-10147 |
| Cobb | Tami | 10/24/2017 | 2:17-cv-11115 |
| Hughes | Heather | 11/13/2017 | 2:17-cv-12290 |
| Kinney | Diana Susie | 10/23/2017 | 2:17-cv-11017 |
| Nelson | Gloria | 5/8/2018 | 2:18-cv-04696 |
| Shelley | Melissa | 10/23/2017 | 2:17-cv-11057 |
| Denning | Christine | 11/20/2017 | 2:17-cv-12775 |
| Cohen | Joanne | 11/21/2018 | 2:18-cv-11318 |
| Riley | Anne | 10/3/2017 | 2:17-cv-10081 |
| Fasano | Constance | 11/12/2019 | 2:19-cv-13559 |
| Slagle | Mary | 10/16/2019 | 2:19-cv-13013 |
| Ramirez | Lisa | 8/23/2018 | 2:18-cv-08042 |
| Sullivan | Christina | 10/30/2018 | 2:18-cv-10120 |
| Rose | DyAnna | 11/20/2017 | 2:17-cv-12857 |
| Cochneuer | Christine | 8/23/2018 | 2:18-cv-08066 |
| White | Janice | 3/19/2019 | 2:19-cv-02495 |
| Ramirez | Melinda | 11/14/2017 | 2:17-cv-12418 |
| Dollard | Maria | 2/27/2018 | 2:18-cv-02029 |
| Anchel | Phyllis | 10/8/2019 | 2:19-cv-13034 |
| Bryant | Almeeta | 11/12/2019 | 2:19-cv-13566 |
| Apfel | Susan | 10/8/2019 | 2:19-cv-13033 |
| Holohan | Patricia | 11/14/2017 | 2:17-cv-12433 |
| Livengood | Laurie | 11/21/2017 | 2:17-cv-12875 |
| Pruitt | Sabrina | 11/13/2017 | 2:17-cv-12336 |
| Tanke | Trenace | 10/25/2017 | 2:17-cv-11181 |
| Williams | Mary | 11/21/2017 | 2:17-cv-12936 |
| Sims | Sharon | 11/14/2017 | 2:17-cv-12424 |
| Castelli | Laura | 10/23/2017 | 2:17-cv-10990 |
| Keeney | Melissa | 5/8/2018 | 2:18-cv-04685-KDE-MBN |
| Cox | Malisa | 10/24/2017 | 2:17-cv-11123 |
| Ross | Kathy | 7/31/2018 | 2:18-cv-07210 |
| Smith | Regina | 10/23/2017 | 2:17-cv-11058 |
| Esters | Helen Marie | 11/20/2017 | 2:17-cv-12788 |
| Verlaque | Robin | 8/23/2018 | 2:18-cv-08043 |
| Lamb | Beverley | 11/21/2017 | 2:17-cv-12873 |
| Foister | Pauline | 7/31/2018 | 2:18-cv-07179 |
| Weathers | Brenda | 11/14/2017 | 2:17-cv-12447 |
| Heffernan | Marlene | 11/13/2017 | 2:17-cv-12303 |
| Thomas | Catherine | 11/20/2017 | 2:17-cv-12865 |
| Hembree | Marlena | 11/12/2019 | 2:19-cv-13573 |
| Siefert | Lisa | 11/20/2017 | 2:17-cv-12864 |
| Cabusas | Perlita | 10/23/2017 | 2:17-cv-11001 |
| Griffis | Dawn | 10/8/2019 | 2:19-cv-13035 |
| Stark | Janette | 10/24/2017 | 2:17-cv-11147 |
| Racca | Karen | 11/20/2017 | 2:17-cv-12862 |
| Fleet | Michele | 11/20/2017 | 2:17-cv-12846 |
| Robinson | Deborah | 10/30/2018 | 2:18-cv-10158 |
| Lipschutz | Joan | 11/12/2019 | 2:19-cv-13567 |
| Kappenman | Shalley | 11/13/2017 | 2:17-cv-12313 |
| Williams | Geraldine | 11/20/2017 | 2:17-cv-12804 |

| | | | |
|---|---|---|---|
| Hanson | Kathy | 11/20/2017 | 2:17-cv-12795 |
| Stackhouse | Marsha | 11/14/2017 | 2:17-cv-12427 |
| Boling | Donna | 5/8/2018 | 2:18-cv-04683-KDE-MBN |
| Walmsley | Linda | 10/8/2019 | 2:19-cv-13039 |
| Harris | Barbara | 11/22/2017 | 2:17-cv-13114 |
| Johnson | Gloria | 11/21/2017 | 2:17-cv-12961 |
| Fox | Heather | 3/23/2018 | 2:18-cv-03171 |
| Rodriguez | Michelle | 10/30/2018 | 2:18-cv-10123 |
| Loyd | Diana | 11/20/2017 | 2:17-cv-12851 |
| Kosoy | Eileen | 11/20/2017 | 2:17-cv-12808 |
| Luke | Kaia | 11/21/2017 | 2:17-cv-12876 |
| Russell | Kathy | 10/23/2017 | 2:17-cv-11028 |
| Konieczki | Karen | 7/31/2018 | 2:18-cv-07135 |
| Lemon | Heidi | 11/20/2017 | 2:17-cv-12786 |
| Hall | Anita | 7/31/2018 | 2:18-cv-07203 |
| Duffy | Teresa | 11/13/2017 | 2:17-cv-12370 |
| Rice | Amy | 11/13/2017 | 2:17-cv-12333 |
| Peters | Jacqueline | 11/21/2017 | 2:17-cv-12892 |
| Proffitt | Linda | 10/8/2019 | 2:19-cv-13030 |
| Hale | Mellonice | 11/13/2017 | 2:17-cv-12293 |
| Loccisano | Catherine | 11/13/2017 | 2:17-cv-12354 |
| Spikes | Kelly | 11/14/2017 | 2:17-cv-12425 |
| Linscott | Virginia | 3/19/2019 | 2:19-cv-02459 |
| Kappeler | Sally | 9/11/2019 | 2:19-cv-12559 |
| Ellis | Rommie | 11/20/2017 | 2:17-cv-12782 |
| Schmidt | Linda | 11/21/2017 | 2:17-cv-12901 |
| Guntharp | Dianne | 11/21/2018 | 2:18-cv-11333 |
| Murray | Sandra | 11/13/2017 | 2:17-cv-12390 |
| Tripp | Anne E. | 11/21/2017 | 2:17-cv-12918 |
| Robinson | Kathy | 11/21/2018 | 2:18-cv-11331 |
| Leon | Maria | 10/30/2018 | 2:18-cv-10138 |
| Propst | Joy | 2/27/2018 | 2:18-cv-02044 |
| Marsh | Charlene | 11/13/2017 | 2:17-cv-12309 |
| Bunnell | Cathie | 11/20/2017 | 2:17-cv-12773 |
| Young | Rosita | 8/23/2018 | 2:18-cv-08037 |
| McQuality | Delia | 3/19/2019 | 2:19-cv-02464 |
| Walker | Linda | 10/23/2017 | 2:17-cv-11055 |
| Kowalsky | Deborah | 10/8/2019 | 2:19-cv-13040 |
| Farris | Cindy | 8/23/2018 | 2:18-cv-08067 |
| Kafkes | Lynne | 11/21/2017 | 2:17-cv-12872 |
| King | Sandra | 5/8/2018 | 2:18-cv-04711 |
| Walsh | Wendy | 8/23/2018 | 2:18-cv-08069 |
| Echelle | Sandi | 12/5/2017 | 2:17-cv-14548 |
| Jackson | Karen | 11/12/2019 | 2:19-cv-13565 |
| Partridge | Barbara | 10/8/2019 | 2:19-cv-13044 |
| Wetzel | Mary Kay | 7/31/2018 | 2:18-cv-07191 |
| Kirby | Judith | 3/17/2020 | 2:20-cv-00911 |
| Running | Theresa | 3/19/2019 | 2:19-cv-02480 |
| Hunt | Carrie | 5/8/2018 | 2:18-cv-04734-KDE-MBN |
| Bigler | Divina | 10/8/2019 | 2:19-cv-13042 |
| Berg | Cheryl | 10/8/2019 | 2:19-cv-13046 |
| Becker | Linda | 11/20/2017 | 2:17-cv-12837 |
| Russotto | Sarina | 11/21/2018 | 2:18-cv-11347 |
| Buckley | Paula | 11/21/2018 | 2:18-cv-11313 |
| Kelly | Patricia | 10/8/2019 | 2:19-cv-13028 |

| | | | |
|---|---|---|---|
| Nisenbaum | Risa | 7/31/2018 | 2:18-cv-07172 |
| Smith | Chasity | 10/30/2018 | 2:18-cv-10105 |
| Hopkins | Shirley | 11/21/2018 | 2:18-cv-11342 |
| Perry | Maryann | 11/21/2018 | 2:18-cv-11361 |
| Rathell | Linda | 10/30/2018 | 2:18-cv-10148 |
| Hulin | Loretta | 8/1/2018 | 2:18-cv-07259 |
| Hendren | Kelly | 11/21/2018 | 2:18-cv-11337 |
| Ortega | Salvadora | 10/8/2019 | 2:19-cv-13049 |
| Carroll | Pamela | 10/8/2019 | 2:19-cv-13051 |
| Suttlemyre | Nancy | 10/30/2018 | 2:18-cv-10166 |
| Townes | Ann | 3/19/2019 | 2:19-cv-02478 |
| Wasserman | Sharon | 10/8/2019 | 2:19-cv-13027 |
| Hooten | Christy | 11/21/2018 | 2:18-cv-11338 |
| Hoffman | Gloria | 10/8/2019 | 2:19-cv-13025 |
| Wolfe | Patricia | 7/31/2018 | 2:18-cv-07182 |
| Schilkie | Marilyn | 3/19/2019 | 2:19-cv-02487 |
| Odom | Patsy | 11/21/2018 | 2:18-cv-11352 |
| Fowler | Mary | 10/30/2018 | 2:18-cv-10169 |
| Grinde | Bree | 10/30/2018 | 2:18-cv-10136 |
| Gibbons | Paige | 11/21/2018 | 2:18-cv-11327 |
| Creso | Jessica | 10/30/2018 | 2:18-cv-10151 |
| Recht | Julia | 10/8/2019 | 2:19-cv-13022 |
| Londono | Janet | 3/19/2019 | 2:19-cv-02474 |
| Holt | Jenelle | 11/12/2019 | 2:19-cv-13560 |
| Johnson | Kathleen | 11/21/2018 | 2:18-cv-11357 |
| Rodriguez | Maria | 11/21/2018 | 2:18-cv-11336 |
| Pitts | Linda | 10/8/2019 | 2:19-cv-13021 |
| Marks | Suzanne | 10/30/2018 | 2:18-cv-10154 |
| Aglio | Susanna | 11/12/2019 | 2:19-cv-13555 |
| Warren | Deborah | 11/12/2019 | 2:19-cv-13575 |
| Worobec | Angela | 11/12/2019 | 2:19-cv-13578 |
| Nugent | Velia | 11/12/2019 | 2:19-cv-13579 |
| Brown | Patricia | 7/31/2018 | 2:18-cv-07153 |
| Young | Deborah | 10/30/2018 | 2:18-cv-10131 |
| Keever | Sharon | 11/21/2018 | 2:18-cv-11323 |
| Vyska | Cindy | 10/30/2018 | 2:18-cv-10114 |
| Patterson | Sonja | 11/21/2018 | 2:18-cv-11356 |
| Nelson | Jackie | 7/31/2018 | 2:18-cv-07167 |
| Taylor | Lynell | 10/8/2019 | 2:19-cv-13052 |
| Leonard | Tori | 7/31/2018 | 2:18-cv-07200 |
| Gadow | Janet | 11/21/2018 | 2:18-cv-11325 |
| Baylis | Jessica | 10/30/2018 | 2:18-cv-10150 |
| Zinter | Peggy | 7/31/2018 | 2:18-cv-07181 |
| Roice | Deborah | 11/21/2018 | 2:18-cv-11341 |
| Rice | Robbin | 3/17/2020 | 2:20-cv-00912 |
| Woods | Gina | 8/23/2018 | 2:18-cv-08070 |
| Paul | Patricia | 10/30/2018 | 2:18-cv-10172 |
| Strother | Eleanor | 11/21/2018 | 2:18-cv-11369 |
| Barnett | Pearlene | 7/31/2018 | 2:18-cv-07195 |
| Adams-Deridder | Bridget | 11/12/2019 | 2:19-cv-13561 |
| Koenig | Tammy | 11/21/2018 | 2:18-cv-11332 |
| Knowlton | Donna | 11/21/2018 | 2:18-cv-11328 |
| Rosario | Kasime | 10/8/2019 | 2:19-cv-13019 |
| Derry | Nancy | 11/21/2018 | 2:18-cv-11322 |
| Ege | Lynda | 3/17/2020 | 2:20-cv-00908 |

| Riccio | Mary | 11/12/2019 | 2:19-cv-13587 |
|---|---|---|---|
| Glee | Cassandra | 10/8/2019 | 2:19-cv-13054 |
| Karakehian | Diane | 11/21/2018 | 2:18-cv-11316 |
| Martinez | Frances | 8/23/2018 | 2:18-cv-08051 |
| Willis | Kathy | 10/30/2018 | 2:18-cv-10118 |
| Sulit | Lege | 8/23/2018 | 2:18-cv-08057 |
| Stackhouse | Joyce | 11/21/2018 | 2:18-cv-11367 |