**EXHIBIT C**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| DANA LYNN SALEM, | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Plaintiff | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA, INC.** |
| v. | |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC, ACCORD HEALTHCARE, INC., ACTAVIS PHARMA, INC., ACTAVIS, INC., CARACO PHARMACEUTICAL LABORATORIES, LTD., HOSPIRA WORLDWIDE LLC F/K/A HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., SANDOZ, INC., SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES, TD. | Civil Action No.: 2:19-cv-12832 |
| Defendants | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure

60(b)(6).

Dated this 26th day of September, 2022

        Respectfully Submitted,

        FERRER, POIROT & WANSBROUGH

        /s/John T. Kirtley, III
        John T. Kirtley, III
        Texas Bar No. 11534050
        2603 Oak Lawn Ave., Suite 300
        Dallas, Texas 75219
        214-521-4412
        214-526-6026 (fax)
        jkirtley@lawyerworks.com
        (Asst. molvera@lawyerworks.com)
        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 26, 2022        /s/ John T. Kirtley, III
                                                                  John T. Kirtley, III