### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINE DAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:18-cv-06853 |
| v. ) | |
| ) | |
| SANOFI US SERVICES INC. F/K/A ) | |
| SANOFI-AVENTIS U.S. INC., ET AL ) | JUDGE JANE TRICHE MILAZZO |
| ) | |
| Defendants. ) | |

### **ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: September 27, 2022

                                                  Respectfully submitted,

                                                  /s/ Christopher LoPalo
                                                  Christopher LoPalo, Esq.
                                                  Napoli Shkolnik PLLC
                                                  400 Broadhollow Rd. Suite 305
                                                  Melville, NY 11747
                                                  Tel: (212) 397-1000
                                                  Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 27, 2022

/s/ Christopher LoPalo
Christopher LoPalo, Esq.
