UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO |
| CHRISTINE DAVIS, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : : | **Partial Notice of Dismissal with Prejudice** |
| vs. | : : | Civil Action No.: 2:18-cv-06853 |
| SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., ET AL, | : : : | |
| Defendants. | : : | |

Plaintiff CHRISTINE DAVIS, and undersigned counsel, hereby give notice that the above-captioned action against Defendants SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, MCKESSON CORPORATION D/B/A MCKESSON PACKAGING, ACCORD HEALTHCARE, INC., SUN PHARMA GLOBAL FZE, and SUN PHARMACEUTICAL INDUSTRIES, INC., solely, is voluntary dismissed, with prejudice.

Dated this 27th day of June 2022.

**NAPOLI SHKOLNIK PLLC**
By: /s/ Christopher LoPalo
Christopher LoPalo, Esq.
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000
Email: Clopalo@napolilaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 27th day of June 2022                                  /s/   Christopher LoPalo
                                                                                       Christopher LoPalo, Esq.