# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

**Plaintiff Name: Charlene Barber**
**Case No.: 2:20-cv-03251**

MDL NO. 2740

SECTION:  H

HON. JANE TRICHE MILAZZO

MAG. JUDGE NORTH

## MOTION FOR RECONSIDERATION OF DISMISSAL ORDER PERTAINING TO CHARLENE BARBER

Pursuant to Fed. R. Civ. P. 59(e), Plaintiff Charlene Barber, through counsel, respectfully seeks reconsideration and reversal of this Court's Order of September 20, 2022 (CM/ECF Doc. 14719), that dismissed Plaintiffs' case for lack of CMO 12A Product Identification. Plaintiff respectfully contends that after the aforementioned Order, newly discovered and previously unavailable evidence was provided to Plaintiff. Attached as Exhibit A, please find a statement from the Executive Director of Pharmacy and Laboratory at MU Healthcare, that was received in an email dated September 22, 2022, that identifies the manufacturer of the Taxotere that Charlene Barber received as Sanofi-Aventis.

Under Fed. R. Civ. P. 59(e), the Eastern District of Louisiana has routinely considered the following four factors in deciding motions for reconsideration: (1) the motion is necessary to correct a manifest error of fact or law; (2) the movant presents newly discovered or previously unavailable evidence; (3) the motion is necessary in order to prevent manifest injustice; or (4) the motion is justified by an intervening change in the controlling law. *See Foster v. Principal Life Ins. Co.*, 303 F. Supp. 3d 471, 479 (E.D. La. 2018).

After the September 13, 2022, Show Cause Hearing, Counsel received a statement from the Executive Director of Pharmacy and Laboratory at MU Healthcare that identifies the manufacturer of the Taxotere that Charlene Barber received as Sanofi-Aventis. Upon receiving the statement, counsel promptly filed a Motion for Reconsideration pursuant to Fed. R. Civ. P. 59(e). Plaintiff respectfully moves the Court to reconsider and reverse the Order of Dismissal at issue as to Charlene Barbers claims against Sanofi-Aventis.

Dated: September 27, 2022                      Respectfully submitted,

                                              */s/ Rhett A. McSweeney*
                                              David M. Langevin (#329563)
                                              Rhett A. McSweeney (#269542)
                                              McSweeney/Langevin LLC
                                              2116 Second Avenue South
                                              Minneapolis, MN 55404
                                              Phone: (612) 542-4646
                                              Fax: (612) 454-2678
                                              Dave@westrikeback.com
                                              Ram@westrikeback.com

                                              *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Rhett A. McSweeney
RHETT A. MCSWEENEY