Exhibit A

August 17, 2022

Rachel Richardson
2116 2nd Avenue South
Minneapolis, MN 55404

Re: Charlene Barber

Dear Rachel:

After careful review of all documentation we were unable to confirm the exact NDC code that was administered to this patient at Ellis Fishel Cancer Center in 2012. The manufacturer of the product used was Sanofi-Aventis.

Sincerely,

*Brad Myers*

Brad Myers
Executive Director of Pharmacy and Laboratory
MU Healthcare

# Rachel Richardson

| | |
|---|---|
| **From:** | Myers, Brad <myersrb@health.missouri.edu> |
| **Sent:** | Thursday, September 22, 2022 8:47 AM |
| **To:** | Rachel Richardson |
| **Cc:** | Chirillo, Jennifer Ann |
| **Subject:** | [secure] Taxotere Product ID Information |
| **Attachments:** | Barber.Charlene.Taxotere.pdf |

Rachel,

Attached is the response to your request regarding Taxotere.

Thank you,
Brad

**Brad Myers, PharmD, MBA, BCPS**
*Executive Director*
*Pharmacy and Laboratory*

One Hospital Drive | Columbia MO 65212
**E:** myersrb@health.missouri.edu | **O:** 5738828700
**W:** muhealth.org



---

**From:** Rachel Richardson <rachel@westrikeback.com>
**Sent:** Thursday, September 1, 2022 2:32 PM
**To:** Chirillo, Jennifer Ann <chirilloja@health.missouri.edu>
**Subject:** RE: Taxotere Product ID Information Needed for Patient Charlene Barber

Hello Jen,

I am just following up on my request. There is a show cause hearing regarding lack of product identification scheduled for September 13th. The sooner I can get a response, the better.

Thank you,

////////////////////////////////////////////////////////////////



**Rachel Richardson** / Attorney
..................................................................
TOLL FREE **877.542.4646** ext. **1567**

1

DIRECT DIAL 612.238.0567
FAX 612.454.2678
WEB www.WeStrikeBack.com

2116 2nd Avenue South / Minneapolis / MN / 55404

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication.

**From:** Rachel Richardson
**Sent:** Tuesday, August 16, 2022 4:33 PM
**To:** 'Chirillo, Jennifer Ann' <chirilloja@health.missouri.edu>
**Subject:** RE: Taxotere Product ID Information Needed for Patient Charlene Barber

Yes, please see the attached.

////////////////////////////////////////////////////////////



**Rachel Richardson** / Attorney

TOLL FREE 877.542.4646 ext. 1567
DIRECT DIAL 612.238.0567
FAX 612.454.2678
WEB www.WeStrikeBack.com
2116 2nd Avenue South / Minneapolis / MN / 55404

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication.

**From:** Chirillo, Jennifer Ann <chirilloja@health.missouri.edu>
**Sent:** Tuesday, August 16, 2022 4:09 PM
**To:** Rachel Richardson <rachel@westrikeback.com>
**Subject:** RE: Taxotere Product ID Information Needed for Patient Charlene Barber

Good afternoon Rachel,

Do you by chance have an authorization that allows us to release medical information to you? I am happy to help you once I receive this.

Thanks,

**Jen Chirillo** *(she/her/hers)*
*Risk Management Coordinator*

1 Hospital Dr | DC103.40 | Columbia MO 65212
**E:** chirilloja@health.missouri.edu | **O:** 5738827579
**F:** 5738843371 | **W:** muhealth.org



---

**From:** Rachel Richardson <rachel@westrikeback.com>
**Sent:** Tuesday, August 16, 2022 10:43 AM
**To:** Jett, Drew <jettra@health.missouri.edu>
**Subject:** RE: Taxotere Product ID Information Needed for Patient Charlene Barber

Hello Drew,

I have not heard back from your legal team. Is there someone I could follow up with? We have a hearing coming up regarding product identification and I must make all possible efforts to obtain court approved product identification of the Taxotere my client was administered.

Thank you,

////////////////////////////////////////////////////////////

**McSWEENEY/LANGEVIN**
MASS TORT LAW FIRM

**Rachel Richardson** / Attorney
...........................................................................
TOLL FREE 877.542.4646 ext. 1567
DIRECT DIAL 612.238.0567
FAX 612.454.2678
WEB www.WeStrikeBack.com
2116 2nd Avenue South / Minneapolis / MN / 55404

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication.

---

**From:** Jett, Drew <jettra@health.missouri.edu>
**Sent:** Monday, July 18, 2022 1:06 PM
**To:** Rachel Richardson <rachel@westrikeback.com>
**Subject:** RE: Taxotere Product ID Information Needed for Patient Charlene Barber

Hello,

3

I sent this to our legal team and that team should be reaching out to you.

Drew