**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** ) <br> **PRODUCTS LIABILITY LITIGATION** ) <br> ) <br> ) | **MDL DOCKET NO. 2740** <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |

*All cases where Sanofi-Aventis U.S. LLC*
*is named as a defendant*

## NOTICE OF APPEARANCE

Please enter the appearance of Eva Weiler of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: September 27, 2022

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Eva Weiler*
Eva Weiler
SHOOK, HARDY& BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614
Phone: (949) 475-1500
Facsimile: (949) 475-0016
Email: eweiler@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Eva Weiler*
Eva Weiler

*Attorney for Defendant Sanofi-Aventis U.S. LLC*