UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES IN ATTACHED EXHIBIT A

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. (collectively, "Sanofi") respectfully bring the instant Motion to Dismiss for Failure to Comply with Case Management Order No. 35. On July 26, 2022, the Court entered Case Management Order No. 35, which instructed all Plaintiffs to effect service of process on Defendants by August 31, 2022.[1] For the reasons more fully set forth in the attached Memorandum in Support, Sanofi moves to dismiss the claims of the 85 Plaintiffs listed in attached Exhibit A, on the grounds that Plaintiffs did not timely serve Sanofi by the Court-ordered deadline.[2] As Plaintiffs have not established good cause for their delay, the Court should dismiss all claims against Sanofi in the cases identified herein.

**WHEREFORE,** Sanofi respectfully requests that this Court grant Sanofi's Motion due to untimely service of process.

---

[1] Rec. Doc. 14456 at 1.

[2] Notably, in 2018, Sanofi filed a similar Motion to Dismiss for Failure to Comply with Pretrial Order No. 9. Rec. Doc. 1721. However, Sanofi agreed to withdraw the motion based on Plaintiffs' representation that they would timely effect service in all future cases. Rec. Doc. 1777.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*
Douglas J. Moore