# EXHIBIT A

| # | MDL Docket No. | Last Name | First Name | Plaintiff Counsel | Date Complaint Filed |
|---|---|---|---|---|---|
| 1 | 2:17-cv-15706 | Bailey | Mary | Allen & Nolte, PLLC | 12/8/2017 |
| 2 | 2:17-cv-15723 | Beifeld | Sydney | Allen & Nolte, PLLC | 12/8/2017 |
| 3 | 2:17-cv-15728 | Berry | Velma | Allen & Nolte, PLLC | 12/8/2017 |
| 4 | 2:17-cv-15799 | Chapman | Evelyn | Allen & Nolte, PLLC | 12/8/2017 |
| 5 | 2:17-cv-15831 | Davis | Beverly | Allen & Nolte, PLLC | 12/8/2017 |
| 6 | 2:17-cv-15837 | Davis | Pamela | Allen & Nolte, PLLC | 12/8/2017 |
| 7 | 2:17-cv-16435 | Riolo | Joyce | Allen & Nolte, PLLC | 12/9/2017 |
| 8 | 2:17-cv-16030 | Smith | Patti | Allen & Nolte, PLLC | 12/8/2017 |
| 9 | 2:17-cv-16167 | Tapp-Webb | Rita | Allen & Nolte, PLLC | 12/8/2017 |
| 10 | 2:17-cv-16168 | Twarkins | Doreen | Allen & Nolte, PLLC | 12/8/2017 |
| 11 | 2:17-cv-16170 | White | Patricia | Allen & Nolte, PLLC | 12/8/2017 |
| 12 | 2:17-cv-16171 | Worley | Elaine | Allen & Nolte, PLLC | 12/8/2017 |
| 13 | 2:17-cv-16910 | Cornelius | Altheria | Andrews & Thornton | 12/11/2017 |
| 14 | 2:17-cv-15657 | Espe | Sandra | Andrews & Thornton | 12/7/2017 |
| 15 | 2:19-cv-14408 | Brown | Stephanie | Atkins & Markoff | 12/10/2019 |
| 16 | 2:18-cv-12559 | Stone | Karen | Atkins & Markoff | 12/6/2018 |
| 17 | 2:18-cv-11902 | Blake | Hope | Bachus and Schanker LLC | 11/29/2018 |
| 18 | 2:17-cv-08649 | Cain | Rebecca | Bachus and Schanker LLC | 9/4/2017 |
| 19 | 2:19-cv-03422 | Clamon | Rhonda | Bachus and Schanker LLC | 3/26/2019 |
| 20 | 2:19-cv-12235 | Johnson | Janice | Bachus and Schanker LLC | 8/20/2019 |
| 21 | 2:18-cv-04623 | Jones | Goldie | Bachus and Schanker LLC | 5/4/2018 |
| 22 | 2:17-cv-11903 | Keller | Lisa | Bachus and Schanker LLC | 11/6/2017 |
| 23 | 2:18-cv-04624 | Losada | Caridad | Bachus and Schanker LLC | 5/4/2018 |
| 24 | 2:17-cv-08617 | McClendon | Mary | Bachus and Schanker LLC | 9/1/2017 |

| # | MDL Docket No. | Last Name | First Name | Plaintiff Counsel | Date Complaint Filed |
|---|---|---|---|---|---|
| 25 | 2:16-cv-15569 | Medici | Lisa | Bachus and Schanker LLC | 7/29/2016 |
| 26 | 2:19-cv-13233 | Oliver | Shirley | Bachus and Schanker LLC | 10/23/2019 |
| 27 | 2:18-cv-04629 | Turner | Martha | Bachus and Schanker LLC | 5/4/2018 |
| 28 | 2:19-cv-12459 | Vickers | Cynthia | Bachus and Schanker LLC | 9/5/2019 |
| 29 | 2:16-cv-15323 | Meyers | Monica | Bachus and Schanker LLC; Richardson, Patrick, Westbrook & Brickman LLC | 7/12/2016 |
| 30 | 2:19-cv-10792 | Mitchell | Bobbie | Brown and Crouppen | 5/29/2019 |
| 31 | 2:19-cv-12845 | Smith | Flora | Carey Danis & Lowe | 9/27/2019 |
| 32 | 2:20-cv-00635 | Frand | Emma | Fears Nachawati, PLLC | 2/21/2020 |
| 33 | 2:20-cv-00549 | Johnson | June | Fears Nachawati, PLLC | 2/14/2020 |
| 34 | 2:20-cv-02882 | Kirk | Catherine | Fears Nachawati, PLLC | 10/22/2020 |
| 35 | 2:20-cv-00595 | Kratzer | Nancy | Fears Nachawati, PLLC | 2/18/2020 |
| 36 | 2:21-cv-00700 | Lepore | Patricia | Fears Nachawati, PLLC | 4/5/2021 |
| 37 | 2:20-cv-00680 | Odom | Carolyn | Fears Nachawati, PLLC | 2/27/2020 |
| 38 | 2:18-cv-05637 | Pollard | Joanna | Fears Nachawati, PLLC | 2/14/2018 |
| 39 | 2:20-cv-00744 | Smith | Evelyn | Fears Nachawati, PLLC | 3/3/2020 |
| 40 | 2:20-cv-01467 | Thomas | Debra | Fears Nachawati, PLLC | 5/18/2020 |
| 41 | 2:20-cv-02664 | Rooney | Donna | Finson Law Firm | 5/5/2020 |
| 42 | 2:21-cv-00062 | Keaton | Debra | Gardi, Haught, Fischer, & Bhosale Ltd. | 1/12/2021 |
| 43 | 2:17-cv-16022 | Ventura | Melissa | Goldberg & Osborne | 12/8/2017 |
| 44 | 2:17-cv-14175 | Woodyard | Kristin | Goldberg & Osborne | 12/3/2017 |
| 45 | 2:19-cv-13100 | Dvorak | Christine | Grant & Eisenhofer PA | 10/11/2019 |
| 46 | 2:19-cv-10847 | Harrison | Donna | Grant & Eisenhofer PA | 5/31/2019 |
| 47 | 2:19-cv-13106 | Nolin | Rena | Grant & Eisenhofer PA | 10/11/2019 |

| # | MDL Docket No. | Last Name | First Name | Plaintiff Counsel | Date Complaint Filed |
|---|---|---|---|---|---|
| 48 | 2:16-cv-17971 | Goble | Ruby | Hughes and Coleman | 12/9/2016 |
| 49 | 2:18-cv-06608 | Green | Sandra | Kirkendall Dwyer, LLP | 7/10/2018 |
| 50 | 2:19-cv-11381 | Bonner | Capria | Law Offices of Seaton & Bates, PLLC | 6/27/2019 |
| 51 | 2:19-cv-11390 | Milson | Brenda | Law Offices of Seaton & Bates, PLLC | 6/27/2019 |
| 52 | 2:19-cv-11470 | Sarfo | Lanice | Law Offices of Seaton & Bates, PLLC | 7/2/2019 |
| 53 | 2:19-cv-11460 | Scales | Marion | Law Offices of Seaton & Bates, PLLC | 7/2/2019 |
| 54 | 2:19-cv-00694 | Abbott | Elizabeth | McDonald Worley, PC | 1/30/2019 |
| 55 | 2:19-cv-00128 | Carballo | Janet | McDonald Worley, PC | 1/8/2019 |
| 56 | 2:19-cv-00125 | Cosner | Linda | McDonald Worley, PC | 1/8/2019 |
| 57 | 2:18-cv-00794 | Pope | Ulle | McDonald Worley, PC | 1/25/2018 |
| 58 | 2:18-cv-00793 | Roop | Merry | McDonald Worley, PC | 1/25/2018 |
| 59 | 2:18-cv-00792 | Strebeck | Barbara | McDonald Worley, PC | 1/25/2018 |
| 60 | 2:19-cv-14376 | Hernandez | Maria | Morgan and Morgan | 12/10/2019 |
| 61 | 2:17-cv-06457 | Pontiff | Celeste | Morris Bart, LLC | 7/3/2017 |
| 62 | 2:18-cv-06853 | Davis | Christine | Napoli Shkolnik PLLC | 7/19/2018 |
| 63 | 2:19-cv-09231 | Pendergrass | Pearlie | Napoli Shkolnik PLLC | 4/10/2019 |
| 64 | 2:18-cv-07003 | Sutherland | Rita | Napoli Shkolnik PLLC | 7/26/2018 |
| 65 | 2:17-cv-17032 | Colley | Kalay | Niemeyer, Grebel & Kruse LLC | 12/11/2017 |
| 66 | 2:18-cv-09346 | Past | Anne | Niemeyer, Grebel & Kruse LLC | 10/8/2018 |
| 67 | 2:18-cv-09079 | Swicegood | Janice | Niemeyer, Grebel & Kruse LLC | 10/1/2018 |
| 68 | 2:20-cv-02963 | Risotti | Theresa | Ray Hodge & Associates | 11/2/2020 |
| 69 | 2:18-cv-03864 | Lipps | Ellen | Reich and Binstock, LLP | 4/12/2018 |
| 70 | 2:17-cv-11630 | Contawe | Christine | Schmidt National Law Group | 10/31/2017 |
| 71 | 2:17-cv-14481 | Thomas | Anise | Schmidt National Law Group | 12/4/2017 |

| # | MDL Docket No. | Last Name | First Name | Plaintiff Counsel | Date Complaint Filed |
|---|---|---|---|---|---|
| 72 | 2:17-cv-10773 | Thomason | Cindy | Schmidt National Law Group | 10/19/2017 |
| 73 | 2:17-cv-11740 | Yarnall | Natalie | Schmidt National Law Group | 11/2/2017 |
| 74 | 2:17-cv-16497 | Leathers | Patricia | Shaw Cowart LLP | 12/10/2017 |
| 75 | 2:18-cv-14141 | DeCamara | Cynthia | Terry & Thweatt | 12/21/2018 |
| 76 | 2:18-cv-14016 | McCall | Sharon | Terry & Thweatt | 12/19/2018 |
| 77 | 2:19-cv-00406 | Pahios | Penelope | Terry & Thweatt | 1/18/2019 |
| 78 | 2:20-cv-03172 | Martin | Annette | The Carlson Law Firm | 11/20/2020 |
| 79 | 2:18-cv-13278 | Jackson | Mignon | The Maher Law Firm | 12/10/2018 |
| 80 | 2:17-cv-15992 | Redin | Karen | The Mulligan Law Firm | 12/8/2017 |
| 81 | 2:17-cv-16747 | Simmons | Linda | The Mulligan Law Firm | 12/11/2017 |
| 82 | 2:17-cv-16165 | Spillar | Evangeline | The Mulligan Law Firm | 12/8/2017 |
| 83 | 2:17-cv-16166 | Steer | Rosalinda | The Mulligan Law Firm | 12/8/2017 |
| 84 | 2:18-cv-00103 | Lange | Helen | Verhine & Verhine PLLC; Pearson, Randall & Schumacher PA | 1/3/2018 |
| 85 | 2:18-cv-08934 | Osterberg | Mary | Verhine & Verhine PLLC; Pearson, Randall & Schumacher PA | 9/26/2018 |