**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| This document applies to: *See attached Exhibit A* | |

<u>**JOINDER OF THE FEARS NACHAWATI PLAINTIFFS IN JOHNSON LAW GROUP'S OPPOSITION TO PSC'S MOTION TO MODIFY PRETRIAL ORDER NO. 19.**</u>

Plaintiffs represented in this MDL by Fears Nachawati Law Firm and identified in the attached Exhibit A ("FN Plaintiffs"), hereby join the opposition filed by Johnson Law Group on September 27, 2022, (ECF No. 14749) to PSC's Motion to Modify Pretrial Order No. 19 ("PSC's Motion") (ECF No. 14621), filed by the Plaintiffs' Steering Committee on September 6, 2022. The Memorandum in Opposition to the PSC's Motion to Modify Pretrial Order No. 19 submitted by Johnson Law Group is incorporated herein by reference as though fully set forth by FN Plaintiffs and join in the arguments presented by Johnson Law Group in opposing PSC's Motion. The FN Plaintiffs seek the same relief requested by Johnson Law Group's opposition, namely the denial of PSC's Motion.

Dated: September 27, 2022

Respectfully Submitted,

*/s/ Gibbs C. Henderson*
Gibbs C. Henderson
Texas Bar No. 24041084
Majed Nachawati
John W. Raggio
Erin M. Wood
**FEARS NACHAWATI, PLLC**
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
Attorneys for Plaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF Participants.

*/s/ Gibbs C. Henderson*
GIBBS C. HENDERSON
