UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| CARLENE SULLIVAN vs. SANOFI AVENTIS U.S. LLC | MAG. JUDGE NORTH |
| Civil Action No. 2:19-CV-14719 | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Carlene Sullivan.

Dated this 28th day of September, 2022.

                                                Respectfully submitted by,

                                                MARTINEZ & MCGUIRE, PLLC

By:   */s/ Clint E. McGuire*
        Clint E. McGuire
        Federal ID #25560
        State Bar No. 24013139
        clint@mmtriallawyers.com
        17227 Mercury Drive, Suite B
        Houston, Texas 77058
        Telephone:   (281) 286-9100
        Facsimile:    (281) 286-9105

        ATTORNEYS FOR PLAINTIFF CARLENE SULLIVAN

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2022, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

*/s/ Clint E. McGuire*
Clint E. McGuire