**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  TAXOTERE (DOCETAXEL)                         MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                                    SECTION: "N" (5)

**THIS DOCUMENT RELATES TO:**

**PATRICIA WHITE**
**Case No.: 18-11641**

## SUGGESTION OF DEATH

Lawrence White, husband of Patricia White, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Patricia White, Plaintiff of record in the above captioned case. Ms. White passed away on June 20, 2020, during the pendency of this action. Ms. White's surviving family members will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on September 28, 2022, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*