UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| CARLENE SULLIVAN vs. SANOFI AVENTIS U.S. LLC | MAG. JUDGE NORTH |
| Civil Action No. 2:19-CV-14719 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Clint McGuire for the Plaintiff and moves this Honorable Court for an Order substituting Sherry Mackenzie on behalf of her deceased mother, Carlene Sullivan, for the following reasons:

1. On December 20, 2019, Carlene Sullivan filed a Complaint in the above referenced matter.

2. On May 6, 2022, Carlene Sullivan passed away.

3. Plaintiff's daughter, Sherry Mackenzie, notified Plaintiff's counsel of her mother's passing and her interest in continuing this lawsuit on her behalf.

4. Sherry Mackenzie was named Executrix of the Estate of Carlene Sullivan, deceased, on May 24, 2022. (See Exhibit A).

5. Notice of Carlene Sullivan's death was submitted to this Honorable Court on September 28, 2022 (See Document Number 14753).

6. The decedent's daughter, Sherry Mackenzie, is the Proper Party Plaintiff and wishes to be substituted on behalf of Carlene Sullivan in this case.

Wherefore, movant prays for said substitution.

Dated this 28th day of September, 2022.

                                                           Respectfully submitted by,

                                                           MARTINEZ & MCGUIRE, PLLC

                                  By:    */s/ Clint E. McGuire*
                                              Clint E. McGuire
                                              Federal ID #25560
                                              State Bar No. 24013139
                                              clint@mmtriallawyers.com
                                              17227 Mercury Drive, Suite B
                                              Houston, Texas 77058
                                              Telephone:   (281) 286-9100
                                              Facsimile:    (281) 286-9105

## CERTIFICATE OF SERVICE

     I hereby certify that on the 28th day of September, 2022, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

                                                           */s/ Clint E. McGuire*
                                                           Clint E. McGuire