# EXHIBIT "A"

| | | | |
|---|---|---|---|
| AOC - 806<br>Rev. 12-03<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice www.kycourts.net<br>KRS Chapters 394 and 395 | Doc. Code: OWF<br>05/18/2022 07:59 AM<br>Ver. 1.01 | **ORDER PROBATING WILL AND APPOINTING EXECUTOR/EXECUTRIX** | Case No. 22-P-00049<br>Court  District Probate<br>County  Green |

**IN RE:** Estate of CARLENE SULLIVAN

Decedent's Date of Death: 05/06/2022          SSN: 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

The Petition for probate of the Will of the above-named Decedent and for appointment of an Executor/Executrix came on for hearing on May 24, 2022. The Will was produced in open court and was ☐ self-proved under KRS 394.225 OR ☑ proved by Interrogatories of Brenda Patton who was one of the witnesses to the Will.

IT IS THEREFORE ORDERED that the Will be, and it is, hereby admitted to probate as the Last Will and Testament of the Decedent. IT IS FURTHER ORDERED that SHERRY MACKENZIE with an address of 21 Dunbar Court, Glenrothes Ky6 1JW Fife, SCOTLAND be and is, hereby appointed Executor/Executrix of said estate. The Court fixes bond in the sum of $ 50,000.00.

WHEREUPON said Executor/Executrix took the oath prescribed by law and entered into and acknowledged the above-mentioned bond with ☐ approved Surety OR ☑ Surety having been waived.

Date: 5/24, 2022                    _____ Judge

**NOTICE OF ENTRY WAIVED:**

_____
Petitioner's OR Attorney's Signature

FILED AND ENTERED
ATTEST: ANN ARNETT, CLERK
MAY 24 2022
GREEN CIRCUIT CLERK
BY: _____ D.C.

---

**CERTIFICATION**

I, Ann Arnett, Clerk of the Green District Court, do certify this constitutes a true and correct copy of the Order Admitting Will to Probate and Appointing Executor/Executrix, as recorded in my office.

Date: 05/24, 2022                    Ann Arnett  Clerk
                                     By: _____ KC, D.C.

---

**Distribution:**
Original - Court File *(with certified copy of Will)*
Copies - Executor/Executrix
         Revenue Cabinet *(Inheritance Tax Section)*
Certified Copy - County Clerk *(with original of Will); Petitioner is responsible for recording fee.*

CERTIFIED COPY OF RECORD
IN GREEN CIRCUIT/DISTRICT COURT
ANN ARNETT, CLERK
BY: _____ KC, D.C.

TENDERED
Sherry