**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| | **NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO: | |
| Mary Siska Civil Action No. 2:17-cv-15274 | |

Please enter the appearance of Holly Werkema of the law firm of Baron & Budd, P.C. as counsel for Plaintiff in the above titled case and in the MDL 2740. Any and all communications and filings should include her in these matters.

Dated this 29th day of September, 2022

*/s/ Holly Werkema*
Holly Werkema
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181
hwerkema@baronbudd.com

*Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2022, I electronically filed the foregoing with the Clerk ofthe Court by using the CM/ECF system, which will send a notice of electronic filing to all counselof record who are CM/ECF participants.

DATED: <u>September 29, 2022</u>                    <u>/s  Holly Werkema</u>
                                                    Holly Werkema