UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF APPEARANCE** |
| THIS DOCUMENT RELATES TO:<br><br>Paula Tichnell<br>Civil Action No. 2:17-cv-15652 | |

     Please enter the appearance of Holly Werkema of the law firm of Baron & Budd, P.C. as counsel for Plaintiff in the above titled case and in the MDL 2740. Any and all communications and filings should include her in these matters.

Dated this 29th day of September, 2022

          */s/ Holly Werkema*
          Holly Werkema
          Baron & Budd, P.C.
          3102 Oak Lawn Ave., Suite 1100
          Dallas, Texas 75219
          Telephone: 214-521-3605
          Facsimile: 214-520-1181
          hwerkema@baronbudd.com

          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>September 29, 2022</u>　　　　　　　　　　　<u>/s  Holly Werkema</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Holly Werkema