UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI U.S. SERVICES INC. F/K/A SANOFI-AVENTIS, and U.S. LLC, separately, and doing business as WINTHROP U.S.** |
| THIS DOCUMENT RELATES TO:<br><br>Paula Tichnell<br>Civil Action No. 2:17-cv-15652 | |

Pursuant to CMO 12A, Plaintiff, Paula Tichnell, dismisses with prejudice all previously named defendants in this matter except Sanofi U. S. Services Inc. f/k/a Sanofi-Aventis, U.S. LLC; and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 29th day of September, 2022  /s/ Holly Werkema
Holly Werkema (TX. Bar  24081202)
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181
hwerkema@baronbudd.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>September 29, 2022</u>　　　　　　　　　　　　　<u>/s  Holly Werkema</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Holly Werkema