UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*All cases in attached Exhibit A* | MDL No. 2740<br><br>Section: N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

### SANDOZ INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Sandoz Inc. ("Sandoz") respectfully brings the instant Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and Rule 4 of the Federal Rules of Civil Procedure. On July 26, 2022, the Court entered Case Management Order No. 35, which instructed all Plaintiffs to effect service of process on Defendants by August 31, 2022. Rec. Doc. 14456 at 1. For the reasons more fully set forth in the attached Memorandum in Support, Sandoz moves to dismiss the claims of the 104 Plaintiffs listed in Exhibit A to this Motion, because those Plaintiffs did not timely serve Sandoz by the Court-ordered deadline. As Plaintiffs have not established good cause for their delay, and because further extensions or untimely justifications are unwarranted, the Court should dismiss with prejudice all claims against Sandoz in each of the identified cases.

**WHEREFORE,** Sandoz respectfully requests that this Court grant Sandoz's Motion due to untimely service of process.

Dated: September 29, 2022

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Nicholas A. Insogna
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com
Insognan@gtlaw.com

*Attorneys for Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Nicholas A. Insogna*
Nicholas A. Insogna