# **EXHIBIT A**

| # | MDL Docket No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|---|
| 1 | 2:16-cv-15664 | Fradella | Jacqueline | Allan Berger & Associates, PLC | 10/18/2016 |
| 2 | 2:16-cv-14486 | Rogers | Melanie | Allan Berger & Associates, PLC | 09/06/2016 |
| 3 | 2:17-cv-12634 | Shaffer | Lois | Allen & Nolte, PLLC | 11/17/2017 |
| 4 | 2:19-cv-14445 | Story | Sheila | Allen & Nolte, PLLC | 12/10/2019 |
| 5 | 2:16-cv-17171 | Bias | Sheila | Bachus & Schanker, LLC | 12/12/2016 |
| 6 | 2:18-cv-01917 | Bridges | Shirley | Bachus & Schanker, LLC | 02/22/2018 |
| 7 | 2:19-cv-11973 | Burns | Carrie | Bachus & Schanker, LLC | 08/01/2019 |
| 8 | 2:16-cv-17174 | Champagne | Rose | Bachus & Schanker, LLC | 12/12/2016 |
| 9 | 2:16-cv-17163 | Chappell | Edith | Bachus & Schanker, LLC | 12/12/2016 |
| 10 | 2:16-cv-17190 | Chavez | Soundra | Bachus & Schanker, LLC | 12/12/2016 |
| 11 | 2:19-cv-03422 | Clamon | Rhonda | Bachus & Schanker, LLC | 03/26/2019 |
| 12 | 2:16-cv-17151 | Crawford | Gwendolyn | Bachus & Schanker, LLC | 12/12/2016 |
| 13 | 2:18-cv-12526 | Cruz | Carmen | Bachus & Schanker, LLC | 12/05/2018 |

| # | MDL Docket No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|---|
| 14 | 2:16-cv-17201 | Dean | Carnelia | Bachus & Schanker, LLC | 12/12/2016 |
| 15 | 2:19-cv-13485 | Dewdney | Jacqueline | Bachus & Schanker, LLC | 11/07/2019 |
| 16 | 2:19-cv-02401 | Forsyth | Valarie | Bachus & Schanker, LLC | 03/15/2019 |
| 17 | 2:16-cv-17187 | Forte | Georgia | Bachus & Schanker, LLC | 12/12/2016 |
| 18 | 2:16-cv-17167 | Gardner | Sharon | Bachus & Schanker, LLC | 12/12/2016 |
| 19 | 2:16-cv-17145 | Harris | Ruby | Bachus & Schanker, LLC | 12/12/2016 |
| 20 | 2:17-cv-00756 | Jefferson | Charlotte | Bachus & Schanker, LLC | 01/27/2017 |
| 21 | 2:19-cv-12235 | Johnson | Janice | Bachus & Schanker, LLC | 08/20/2019 |
| 22 | 2:16-cv-17166 | Johnson | Jonnie | Bachus & Schanker, LLC | 12/12/2016 |
| 23 | 2:18-cv-01893 | Johnson | Mary | Bachus & Schanker, LLC | 02/22/2018 |
| 24 | 2:16-cv-17186 | Justice | Kristy L. | Bachus & Schanker, LLC | 12/12/2016 |
| 25 | 2:16-cv-17504 | Keys | Marylynn | Bachus & Schanker, LLC | 12/15/2016 |
| 26 | 2:18-cv-12258 | King | Andrea | Bachus & Schanker, LLC | 12/04/2018 |

| # | MDL Docket No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|---|
| 27 | 2:19-cv-12394 | Knight | Michele L. | Bachus & Schanker, LLC | 08/30/2019 |
| 28 | 2:16-cv-17212 | McDowell | Sheila | Bachus & Schanker, LLC | 12/12/2016 |
| 29 | 2:16-cv-17183 | Petties | Kathleen | Bachus & Schanker, LLC | 12/12/2016 |
| 30 | 2:16-cv-17184 | Roberts | Lerconga | Bachus & Schanker, LLC | 12/12/2016 |
| 31 | 2:17-cv-00117 | Russell | Madis C. | Bachus & Schanker, LLC | 01/05/2017 |
| 32 | 2:16-cv-17496 | Simmons | Janet | Bachus & Schanker, LLC | 12/15/2016 |
| 33 | 2:16-cv-17213 | Thomas | Felicia | Bachus & Schanker, LLC | 12/12/2016 |
| 34 | 2:16-cv-17199 | Turner | Cynthia B. | Bachus & Schanker, LLC | 12/12/2016 |
| 35 | 2:16-cv-17241 | Waller | Sarah | Bachus & Schanker, LLC | 12/12/2016 |
| 36 | 2:16-cv-17169 | Werning | Lara | Bachus & Schanker, LLC | 12/12/2016 |
| 37 | 2:19-cv-14087 | Woods | Wanda | Bachus & Schanker, LLC | 12/05/2019 |
| 38 | 2:16-cv-17235 | Young | Lorraine M. | Bachus & Schanker, LLC | 12/12/2016 |
| 39 | 2:19-cv-09607 | Jarrett | Diana | Carmen D. Caruso Law Firm | 04/22/2019 |

| # | MDL Docket No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|---|
| 40 | 2:19-cv-09599 | Scott | Merri | Carmen D. Caruso Law Firm | 04/22/2019 |
| 41 | 2:19-cv-09586 | Stewart | Justine | Carmen D. Caruso Law Firm | 04/22/2019 |
| 42 | 2:18-cv-08588 | Carrasco | Omatee | Cutter Law, P. C. | 09/13/2018 |
| 43 | 2:18-cv-02860 | Casaus | Nantri | Davis & Crump, PC | 03/16/2018 |
| 44 | 2:20-cv-01473 | Davis | Rasheema | Fears Nachawati, PLLC | 05/18/2020 |
| 45 | 2:20-cv-00709 | Hayden | Tamara | Fears Nachawati, PLLC | 02/29/2020 |
| 46 | 2:20-cv-00708 | Jones | Jacklyn D. | Fears Nachawati, PLLC | 02/29/2020 |
| 47 | 2:21-cv-00700 | Lepore | Patricia | Fears Nachawati, PLLC | 04/05/2021 |
| 48 | 2:21-cv-00642 | Roddy | Kathleen | Fears Nachawati, PLLC | 03/30/2021 |
| 49 | 2:18-cv-12973 | Smith | Donna | Fears Nachawati, PLLC | 12/10/2018 |
| 50 | 2:20-cv-00522 | Webb | Michelle | Fears Nachawati, PLLC | 02/13/2020 |
| 51 | 2:20-cv-02675 | Chaisson-Ricker | Elizabeth | Finson Law Firm | 05/27/2020 |
| 52 | 2:20-cv-02664 | Rooney | Donna | Finson Law Firm | 05/05/2020 |

| # | MDL Docket No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|---|
| 53 | 2:20-cv-00979 | Williams-Saunders | Tykesha | Finson Law Firm | 03/22/2020 |
| 54 | 2:18-cv-06462 | Watkins | Mary | Friend Law Group, LLC | 07/03/2018 |
| 55 | 2:21-cv-00064 | Benavente | Debra | Gardi & Haught Ltd. | 01/12/2021 |
| 56 | 2:16-cv-15497 | Valencia | Sonia | Gomez Trial Attorneys | 09/09/2016 |
| 57 | 2:19-cv-10022 | Moody | Bonnie J. | Grant & Eisenhofer P.A. | 05/01/2019 |
| 58 | 2:16-cv-17970 | Hurley | Betty | Hughes & Coleman | 12/09/2016 |
| 59 | 2:17-cv-06919 | Destefano | Terri M. | Johnson Becker | 07/19/2017 |
| 60 | 2:17-cv-00317 | Hubbard | Susan P. | Johnson Becker | 01/12/2017 |
| 61 | 2:17-cv-05666 | Proctor | Judith S. | Johnson Becker | 06/08/2017 |
| 62 | 2:17-cv-09491 | Rosburg | Teresa A. | Johnson Becker | 09/22/2017 |
| 63 | 2:17-cv-12862 | Racca | Karen | Johnson Law Group | 11/20/2017 |
| 64 | 2:17-cv-16078 | McGinnis | Kathleen | Kirtland & Packard, LLP | 12/08/2017 |
| 65 | 2:18-cv-05637 | Pollard | Joanna | Law Office of William R. Brenske | 02/14/2018 |

| # | MDL Docket No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|---|
| 66 | 2:19-cv-14723 | Hawthorne | Betty | Martinez & McGuire, PLLC | 12/21/2019 |
| 67 | 2:19-cv-14755 | Killeen | Nancy | Martinez & McGuire, PLLC | 12/23/2019 |
| 68 | 2:19-cv-14756 | Parker | Gina Marie | Martinez & McGuire, PLLC | 12/23/2019 |
| 69 | 2:19-cv-14724 | Raggins | Sherry | Martinez & McGuire, PLLC | 12/21/2019 |
| 70 | 2:19-cv-00125 | Cosner | Linda | McDonald Worley | 01/08/2019 |
| 71 | 2:18-cv-00795 | Newman | Patricia | McDonald Worley | 01/25/2018 |
| 72 | 2:18-cv-00793 | Roop | Merry | McDonald Worley | 01/25/2018 |
| 73 | 2:18-cv-07836 | Mallak | Patricia | Meshbesher & Spence, Ltd. | 08/16/2018 |
| 74 | 2:18-cv-07818 | Saba | Tamara | Meshbesher & Spence, Ltd. | 08/16/2018 |
| 75 | 2:16-cv-15677 | Green | Sonya | Morris Bart, LLC | 10/18/2016 |
| 76 | 2:19-cv-02422 | Acosta-Dominguez | Delma | Napoli Shkolnik & Associates, PLLC | 03/18/2019 |
| 77 | 2:19-cv-09809 | Alawar | Ferial | Napoli Shkolnik & Associates, PLLC | 04/26/2019 |
| 78 | 2:19-cv-10842 | Chapman | Cynthia | Napoli Shkolnik & Associates, PLLC | 05/31/2019 |

| # | MDL Docket No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|---|
| 79 | 2:19-cv-02231 | Conklin | Bianca | Napoli Shkolnik & Associates, PLLC | 03/15/2019 |
| 80 | 2:19-cv-07035 | Fullmore | Linda | Napoli Shkolnik & Associates, PLLC | 04/03/2019 |
| 81 | 2:19-cv-09849 | Hadley | Dorcille | Napoli Shkolnik & Associates, PLLC | 04/29/2019 |
| 82 | 2:19-cv-09912 | Hunt-Bluford | Marjorie | Napoli Shkolnik & Associates, PLLC | 04/30/2019 |
| 83 | 2:19-cv-04340 | Morgan | Gayla | Napoli Shkolnik & Associates, PLLC | 03/28/2019 |
| 84 | 2:18-cv-06849 | Stokes | Therese | Napoli Shkolnik & Associates, PLLC | 07/19/2018 |
| 85 | 2:19-cv-11356 | Taylor | Barbara | Napoli Shkolnik & Associates, PLLC | 06/25/2019 |
| 86 | 2:19-cv-02441 | Wilder | Debra | Napoli Shkolnik & Associates, PLLC | 03/18/2019 |
| 87 | 2:19-cv-14619 | Jones | Janice | Niemeyer, Grebel & Kruse LLC | 12/12/2019 |
| 88 | 2:17-cv-08855 | Lucas | Pearlease | Niemeyer, Grebel & Kruse LLC | 09/10/2017 |
| 89 | 2:19-cv-11478 | Newsome | Patricia A. | O'Mara Law Group | 07/02/2019 |
| 90 | 2:16-cv-17948 | Barthelemy | Rocklyn | Pendley Baudin & Coffin, LLP | 12/08/2016 |
| 91 | 2:16-cv-15511 | McCullough | Susan | Pendley Baudin & Coffin, LLP | 08/30/2016 |

| # | MDL Docket No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|---|
| 92 | 2:18-cv-13227 | Spencer | Karen | Pulaski Law Firm, PLLC | 12/10/2018 |
| 93 | 2:17-cv-15809 | White | Stacy J. | Pulaski Law Firm, PLLC | 12/08/2017 |
| 94 | 2:18-cv-11205 | Warren | Felicia Linnette | Ray Hodge & Associates, LLC | 11/19/2018 |
| 95 | 2:17-cv-12814 | Turner | Jennifer | Reich & Binstock | 11/20/2017 |
| 96 | 2:17-cv-15033 | Wright | Monica | Reich & Binstock | 12/06/2017 |
| 97 | 2:18-cv-12135 | Medina | Maria A. | Reyes Browne Reilley | 12/02/2018 |
| 98 | 2:19-cv-12654 | Tonnu | Khanhtrang | Reyes Browne Reilley | 09/17/2019 |
| 99 | 2:17-cv-10773 | Thomason | Cindy | Schmidt National Law Group | 10/19/2017 |
| 100 | 2:19-cv-00406 | Pahios | Penelope A. | Terry & Thweatt, P.C. | 01/18/2019 |
| 101 | 2:16-cv-15313 | Detrixhe | Karen A. | The Law Office of David Burkhead | 10/14/2016 |
| 102 | 2:17-cv-16669 | DeShazor | Renee | The Law Offices of A. Craig Eiland, P.C. | 12/11/2017 |
| 103 | 2:17-cv-12486 | Clendenin | Rosa L. | The Olinde Firm, LLC | 11/15/2017 |
| 104 | 2:16-cv-17830 | Cockrum | Sharon L. | Zoll & Kranz, LLC | 12/28/2016 |