UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: "H" (5) |
| | | 2:19-cv-12092 |

## SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, that Michelle McDonald, a plaintiff in this action, passed away on September 14, 2019. Her obituary is attached as Exhibit A.

On multiple occasions since 2019, we attempted to contact Emanni Davis, whom the decedent had named as her next of kin, without success.

DATED October 3, 2022

Respectfully submitted,
/s/ Carmen D. Caruso
Carmen D. Caruso
**CARMEN D. CARUSO LAW FIRM**
77 W Washington Street
Suite 1900
Chicago, IL 60602
cdc@cdcaruso.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that, on this October 3, 2022, the foregoing Suggestion of Death Upon the Record Under Rule 25(a)(1) and Motion for Substitution of Party was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

Respectfully submitted,
/s/ Carmen D. Caruso
Carmen D. Caruso
**CARMEN D. CARUSO LAW FIRM**
77 W Washington Street
Suite 1900
Chicago, IL 60602
cdc@cdcaruso.com
