# EXHIBIT A



# Michelle Monique McDonald

September 17, 1974 - September 14, 2019 (44 years old)

Jacksonville, Florida

Funeral arrangement under the care of
Carthage Chapel - JACKSONVILLE

Like 0         Share

## Michelle Monique McDonald Obituary

We are sad to announce that on September 14, 2019 we had to say goodbye to Michelle Monique McDonald (Jacksonville, Florida). You can send your sympathy in the guestbook provided and share it with the family. You may also light a candle in honor of Michelle Monique McDonald or send a beautiful flower arrangement to the funeral service.

She is survived by : her mother Velma McDonald; her children, Tiyante Brown, Emanni Davis, Javion Edmonds and Brayshon Edmonds; and her siblings, Nicole McDonald Jr. and Michael McDonald Jr.. She is also survived by 3 Grandchildren; a host of other relatives and friends.

## 💟 Sympathy messages



**March 23, 2022**
Qiana Holmes wrote a sympathy message
*"I love and miss you sooo much sister you were my BESTTTT FRIEND in the whole wide world"*

Make sure relatives of Michelle Monique McDonald know they have sympathy messages here.

## 📅 Events

**Fri**
**Sep 20**

### Funeral service
Bethel Baptist Institutional Church
215 Bethel Baptist St, Jacksonville, FL 32202


Obituary


Plant a tree


Photos



## 📖 Authorize the original obituary

Authorize the publication of the original written obituary with the accompanying photo.

- ✓ Allow Michelle Monique McDonald to be recognized more easily
- ✓ Increase the accessibility of loved ones to show you their sympathy
- ✓ No advertising will be displayed on this page.

