UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| THIS DOCUMENT RELATES TO: ALL CASES IN ATTACHED EXHIBIT A | SECTION "H" (5) |

### HOSPIRA'S AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

Pursuant to Rules 12(b)(5) and 41(b) of the Federal Rule of Civil Procedure and for the reasons more fully set forth in the accompanying Memorandum in Support of Motion to Dismiss, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. (collectively "Hospira"), and Pfizer, Inc. hereby move to dismiss the claims of all plaintiffs identified on Exhibit A for insufficient service of process, failure to prosecute, and failure to comply with CMO 35.

| | |
|---|---|
| Dated: October 3, 2022 | Respectfully submitted, |
| | Heidi K. Hubbard<br>Richmond T. Moore<br>Neelum J. Wadhwani<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005-5901<br>Telephone: 202-434-5000<br>hhubbard@wc.com |

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3d day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ John F. Olinde*

2