UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| THIS DOCUMENT RELATES TO: ALL CASES IN ATTACHED EXHIBIT A | SECTION "H" (5) |

### MEMORANDUM IN SUPPORT OF HOSPIRA'S AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

On July 26, 2022, the Court entered Case Management Order No. 35 ("CMO 35"), which required all Plaintiffs whom had not yet effectuated service of process to do so on or before August 31, 2022. Rec. Doc. 14456 at 1. Although some of the plaintiffs complied with that order, many did not. Specifically, 153 Plaintiffs did not timely serve their claims against Hospira and Pfizer, Inc. by the Court's deadline. *See* Exhibit A. CMO 35 provided that any claims not served by August 31 "will be subject to dismissal with prejudice in accordance with Federal Rule of Civil Procedure 4(m)." Rec. Doc. 14456 at 1. The Court should thus dismiss with prejudice the claims of these 153 Plaintiffs for insufficient service of process, failure to prosecute, and failure to comply with CMO 35. *See* Fed. R. Civ. P. 12(b)(5), 41(b).

### ARGUMENT

The plaintiffs listed in Exhibit A filed their complaints at various times between April 2016 and April 2021—*i.e.*, more than 1.5 to 6 years ago. Rule 4(m) of the Federal Rules of Civil Procedure required each plaintiff to serve Hospira and/or Pfizer within 90 days after filing her complaint and each was subject to dismissal if she did not. Fed. R. Civ. P. 4(m). Not one

1

complied with that Rule. Nevertheless, on July 26, 2022 the Court afforded these plaintiffs an opportunity to cure this defect through CMO 35, which ordered Plaintiffs to effect service of process no later than August 31. CMO 35 further cautioned that failure to do so would subject their claims to dismissal with prejudice. Rec. Doc. 14456 at 1. Still, not one of the plaintiffs on Exhibit A complied with CMO 35. Nor has any of these plaintiffs provided an explanation for their inaction.

Rule 12(b)(5) permits a defendant to move for dismissal of a claim for insufficient service of process. Rule 41(b) permits dismissal with prejudice for failure to prosecute and failure to follow a court order. *See* Fed. R. Civ. P. 12(b)(5), 41(b). Here, 153 plaintiffs failed to meet the deadline to serve Hospira and/or Pfizer dictated by Rule 4(m). Although dismissal would have been proper at that point, the Court gave these plaintiffs the opportunity and ample time to serve their actions and warned them that failure to do so could result in dismissal with prejudice. *See* Rec. Doc. 14456 at 1. None of the plaintiffs met the Court's August 31 deadline, nor have they offered any explanation for their failure to comply with CMO 35 or prosecute their actions. Any belated explanation now should be rejected as these plaintiffs have had years to serve their actions or show good cause for their inability to do so. Thus, the plaintiffs identified on Exhibit A should be dismissed for failure to effect proper service, failure to prosecute, and failure to comply with CMO 35.

## CONCLUSION

For the foregoing reasons, Hospira and Pfizer respectfully request that the Court grant their motion and dismiss with prejudice all claims of the plaintiffs identified on Exhibit A.

| | |
|---|---|
| Dated: October 3, 2022 | Respectfully submitted, |

Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3d day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ John F. Olinde*