# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Laura Werning*, No. 2:16-cv-17169 *Kathlene Petties*, No. 2:16-cv-17183 *Gwendolyn Crawford*, No. 2:16-cv-17151 *Janice Johnson*, No. 2:19-cv-12235 *Rhonda Clamon*, No. 2:19-cv-03422 | : : : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Accord Healthcare, Inc. ("Accord") respectfully brings the instant Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and Rule 4 of the Federal Rules of Civil Procedure. On July 26, 2022, the Court entered Case Management Order No. 35, which instructed all Plaintiffs to effect service of process on Defendants by August 31, 2022. (Rec. Doc. 14456 at 1). The five Plaintiffs subject to this Motion did not timely serve Accord by the Court-ordered deadline. Accordingly, the Court should dismiss Plaintiffs' claims with prejudice as to Accord.

DATED: October 4, 2022

Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:     216.592.5009
Email:          julie.callsen@tuckerellis.com
Email:          brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2022, I electronically filed the forgoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/Julie A. Callsen*

5689548