**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Laura Werning*, No. 2:16-cv-17169 *Kathlene Petties*, No. 2:16-cv-17183 *Gwendolyn Crawford*, No. 2:16-cv-17151 *Janice Johnson*, No. 2:19-cv-12235 *Rhonda Clamon*, No. 2:19-cv-03422 | : : : : : : | |

**MEMORANDUM OF LAW IN SUPPORT OF ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4**

Accord Healthcare, Inc. moves to dismiss the cases of five Plaintiffs—all of whom are represented by Bachus & Schanker—who attempted[1] to serve Accord on September 30, 2022 following their inclusion on Sanofi or Sandoz's Motions to Dismiss for Failure to Comply with Case Management Order No. 35. (*See* Rec. Docs. 14751 and 14763, filed September 27, 2022 and September 29, 2022, respectively). Accord incorporates the arguments set forth in those motions as if fully set forth herein.

As an initial matter, Rule 4 of the Federal Rules of Civil Procedure requires a plaintiff to serve a defendant with a summons along with a copy of the complaint within 90 days after the complaint is filed. Fed. R. Civ. P. 4(b) - (m). If a defendant is not served within 90 days after the complaint is filed, "the court—on motion or on its own after notice to the plaintiffs—must dismiss

---

[1] In addition to untimely service, Plaintiff Kathlene Petties also failed to serve a summons upon Accord in accordance with Pretrial Order No. 29A, and is thus insufficient service on those grounds as well.

the action without prejudice or order that service be made within a specified time" except upon good cause shown. Fed. R. Civ. P. 4(m). These five Plaintiffs, who filed suit in 2016 and 2019, clearly failed to comply with Rule 4.

In addition, in response to Accord's motion practice in January 2022 based on failure to effect timely or proper service of process without good cause (*see* Rec. Docs. 13704, 13782, 13781, and 13802), the Court reminded all Plaintiffs in the MDL at the July 22, 2022 General Status Conference that effecting service "is an obligation of the plaintiff and the plaintiff only," and that the Court would give Plaintiffs until August 31, 2022 to verify proper service. Hr'g Tr. at 7, *In re: Taxotere (Docetaxel) Prods. Liability Litig.*, No. 16-md-2740 (E.D. La. July 22, 2022). The Court subsequently entered Case Management Order No. 35—applicable to all cases in the MDL—ordering that "all Plaintiffs have until **August 31, 2022**, to effect service of process on all Defendants named in Plaintiffs' Short Form Complaints." (Rec. Doc. 14456 at 1 (emphasis in original)). After that date, "Plaintiffs' claims against non-served Defendants will be subject to dismissal with prejudice in accordance with Federal Rule of Civil Procedure 4(m)." (*See id.*).

Despite the Court's warning that failure to serve Defendants by August 31, 2022 would subject Plaintiffs' claims to dismissal with prejudice in accordance with Federal Rule of Civil Procedure 4(m), the five Plaintiffs subject to this motion failed to do so within the allotted time period. Plaintiffs have not established good cause for their failure and, thus, the Court should dismiss Plaintiffs' claims against Accord with prejudice.

## **CONCLUSION**

For the reasons set forth above, Accord respectfully requests that Plaintiffs' claims be dismissed with prejudice.

DATED:  October 4, 2022            Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:     216.592.5000
Facsimile:      216.592.5009
Email:            julie.callsen@tuckerellis.com
Email:            brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

## **CERTFICATE OF SERVICE**

I hereby certify that on October 4, 2022, I electronically filed the forgoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/Julie A. Callsen*

5689625