# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Laura Werning*, No. 2:16-cv-17169 *Kathlene Petties*, No. 2:16-cv-17183 *Gwendolyn Crawford*, No. 2:16-cv-17151 *Janice Johnson*, No. 2:19-cv-12235 *Rhonda Clamon*, No. 2:19-cv-03422 | : : : : : : | |

## PROPOSED ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and FRCP 4:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiffs' claims against Accord are dismissed with prejudice at Plaintiffs' cost.

New Orleans, Louisiana, this _____ day of _____, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

5690732