UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC** <br> Civil Action No.: 2:17-cv-13472 |

Pursuant to CMO 12A, Plaintiff, Ruth Alderete, dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this 4th day of October, 2022 | */s/ Claire E. Kreider* <br> Claire E. Kreider (#37029) <br> GAINSBURGH, BENJAMIN, DAVID, <br> MEUNIER & WARSHAUER L.L.C. <br> 2800 Entergy Centre <br> 1100 Poydras Street <br> New Orleans, LA 70163 <br> Phone: (504) 522-2304 |

1

Fax: (504) 528-9973  
ckreider@gainsben.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 4, 2022             */s/ Claire E. Kreider*
                               Claire E. Kreider