MINUTE ENTRY
MILAZZO, J.
October 3, 2022

JS-10:00:35

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On October 3, 2022, the Court held a telephone status conference with Palmer Lambert, Claire Kreider, Julie Callsen, Nicholas Insogna, Kelly Brilleaux, Doug Moore, and John Olinde to discuss matters related to the continuation of the September 13, 2022, show cause hearing, the recent influx of notices of appearance filed in the action, and potential dates for an oral hearing on PSC's Motion to Modify Pretrial Order No. 19 (Doc. 14621).