# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Barbara Solorio
Case No.: 2:17-cv-09105

# SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Barbara Solorio files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Barbara Solorio died on or about May 17, 2018, during the pendency of this civil action.

Respectfully Submitted,

Dated: October 4, 2022                **JOHNSON BECKER, PLLC**

                                      s/ Lisa Ann Gorshe
                                      Lisa Ann Gorshe, Esq. (MN Bar #029522X)
                                      Johnson Becker, PLLC
                                      444 Cedar Street, Suite 1800
                                      Saint Paul, MN 55101
                                      Phone: (612) 436-1800
                                      Fax: (612) 436-1801
                                      lgorshe@johnsonbecker.com

                                      **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on October 4, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.