# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br><br>Hilda Adams, Case No. 16-cv-17583<br>Gloria Cooper, Case No. 18-cv-194<br>Carol Woodson, Case No. 17-cv-12674<br>Arquice Conley, Case No. 18-cv-9799<br>Tina Hickey, Case No. 18-cv-4731 |

### DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

Defendants Accord Healthcare, Inc., Sandoz Inc., and Hospira, Inc. and Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc. (collectively "Defendants") hereby respectfully request leave to file the attached Reply in Support of Defendants' Joint Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b). This Reply will further assist the Court in evaluating Defendants' Motion by providing additional law responding to the issues raised in Plaintiff's Opposition.

WHEREFORE, Defendants' respectfully request that this Court grant leave to file the attached Reply in Support of Defendants' Joint Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b).

Dated: October 4, 2022

                                                     Respectfully submitted,

                                                   */s/ Heidi K. Hubbard*
                                                   Heidi K. Hubbard
                                                   Richmond T. Moore
                                                   Neelum J. Wadhwani
                                                   **WILLIAMS & CONNOLLY LLP**
                                                   680 Maine Avenue, SW
                                                   Washington, D.C. 20024
                                                   Telephone: 202-434-5000
                                                   hhubbard@wc.com
                                                   rmoore@wc.com
                                                   nwadhwani@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com
protolo@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

/s/ Julie A. Callsen
Julie A. Callsen
Michael J. Ruttinger
Brenda Sweet
**TUCKER ELLIS LLP**
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
julie.callsen@tuckerellis.com
michael.ruttinger@tuckerellis.com
brenda.sweet@tuckerellis.com

*Counsel for Defendant Accord Healthcare, Inc.*

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

Gregory E. Ostfeld
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: 312-476-5056
ostfeldg@gtlaw.com

*Counsel for Defendant Sandoz Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*