UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br><br>Hilda Adams, Case No. 16-cv-17583<br>Gloria Cooper, Case No. 18-cv-194<br>Carol Woodson, Case No. 17-cv-12674<br>Arquice Conley, Case No. 18-cv-9799<br>Tina Hickey, Case No. 18-cv-4731 |

### [PROPOSED] ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendants' Joint Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), filed by Defendants Accord Healthcare, Inc., Sandoz Inc., and Hospira, Inc. and Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc. (collectively "Defendants"),

IT IS ORDERED that Defendants' Motion is GRANTED, and that Defendants' Reply Memorandum in Support of Defendants' Joint Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) is hereby entered into the Court's docket.

New Orleans, Louisiana, this ___ day of October, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE