**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO:** <br> **ALL CASES** | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum in Support of PSC Motion to Modify Pretrial Order No. 19,

IT IS ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court shall file the Reply Memorandum in Support of PSC Motion to Modify Pretrial Order No. 19 into the record in this matter.

New Orleans, Louisiana, this ___ of _____, 2022.

 

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE