AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Linda Gwinn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:17-cv-09960-JTM-MBN |
| Sanofi S.A. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Linda Gwinn.

Date: 10/05/2022

*Attorney's signature*

Lindsay R. Stevens (CA Bar # 256811)
*Printed name and bar number*

Gomez Trial Attorneys
655 W Broadway Ste 1700
San Diego, CA 92101
*Address*

lstevens@thegomezfirm.com
*E-mail address*

(619) 237-3490
*Telephone number*

(619) 237-3496
*FAX number*