BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Linda Gwinn v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* Case No. 2:17-cv-09960 | HON. JANE T. MILAZZO |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Linda Gwinn files this Suggestion of Death upon the Record in the above referenced case. Ms. Gwinn died on or about March 24, 2018, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: October 5, 2022

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
*/s/ Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2022, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      *lstevens@thegomezfirm.com*