IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FERIAL ALAWAR | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:19-cv-09809 |
| v. | ) ) ) | |
| SANOFI US SERVICES INC., formerly known as Sanofi-Aventis, SANOFI-AVENTIS U.S. INC., ACTAVIS PHARMA, INC., ACTAVIS LLC., formerly known as ACTAVIS INC., PFIZER INC., SUN PHARMACEUTICAL INDUSTRIES, formerly known as CARACO PHARMACEUTICAL LABORATORIES, LTD, SUN PHARMA GLOBAL FZE, HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC., formerly known as HOSPIRA WORLDWIDE, INC., ACCORD HEALTCARE, INC., SANDOZ, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGE JANE TRICHE MILAZZO |
| Defendants. | | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: October 5, 2022

                                          Respectfully submitted,

                                            /s/ Christopher LoPalo
                                          Christopher LoPalo, Esq.
                                          Napoli Shkolnik PLLC
                                          400 Broadhollow Rd. Suite 305
                                          Melville, NY 11747

Tel: (212) 397-1000
Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: October 5, 2022

                                                      /s/ Christopher LoPalo
                                                     Christopher LoPalo, Esq.