# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| FERIAL ALAWAR | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| | Civil Action No.: 2:19-cv-09809 |
| Plaintiff, | |
| vs. | |
| SANOFI US SERVICES INC., formerly known as Sanofi-Aventis, SANOFI-AVENTIS U.S. INC., ACTAVIS PHARMA, INC., ACTAVIS LLC., formerly known as ACTAVIS INC., PFIZER INC., SUN PHARMACEUTICAL INDUSTRIES, formerly known as CARACO PHARMACEUTICAL LABORATORIES, LTD, SUN PHARMA GLOBAL FZE, HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC., formerly known as HOSPIRA WORLDWIDE, INC., ACCORD HEALTCARE, INC., SANDOZ, INC., | **Notice of Dismissal with Prejudice** |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Ferial Alawar and undersigned counsel, hereby give notice that the above-captioned action against all Defendants be voluntary dismissed, with prejudice.

Dated this 5th day of October 2022

3

                                                Respectfully Submitted,

                                                */s/ Christopher LoPalo*
Christopher LoPalo
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
T: (212) 397-1000
*clopalo@napolilaw.com*

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 5, 2022                              */s/ Christopher LoPalo*
                                                                  Christopher LoPalo