BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:     HON. JANE T. MILAZZO
*Linda Gwinn v. Sanofi US Services Inc. f/k/a*
*Sanofi-Aventis U.S. Inc., et al.*
Case No. 2:17-cv-09960

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Timothy Henderson, surviving child of Linda Gwinn, and moves pursuant to Fed. R. Civ. P. 25(a) to substitute himself as Plaintiff in this action based on Ms. Gwinn's death of March 24, 2018.

A Notice/Suggestion of Death was filed in this matter on Ocotber 5, 2022 (Doc. 14790).

Dated: October 5, 2022     Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2022, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                              */s/ Lindsay R. Stevens*
                                              Lindsay R. Stevens (CA Bar # 256811)
                                              GOMEZ TRIAL ATTORNEYS
                                              655 West Broadway, Suite 1700
                                              San Diego, California 92101
                                              Telephone: (619) 237-3490
                                              Facsimile: (619) 237-3496
                                              lstevens@thegomezfirm.com