BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Linda Gwinn v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* Case No. 2:17-cv-09960 | HON. JANE T. MILAZZO |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Linda Gwinn (Doc.            ).

IT IS ORDERED that the Motion is GRANTED and Plaintiff Timothy Henderson, as surviving child, is substituted for Plaintiff Linda Gwinn as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____, 2022.

_____
**Hon. Judge Jane T. Milazzo**