UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| This document relates to all cases | ) ) ) | |

## ORDER

Before the Court is Plaintiffs' Steering Committee's ("PSC") Request for Oral Hearing on PSC's Motion to Modify Pretrial Order No. 19 (Doc. 14621). Accordingly;

**IT IS ORDERED** that the request is **GRANTED**, and oral hearing is **SET** for November 4, 2022, at 10:00 a.m.

New Orleans, Louisiana, this 5th day of October, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE