UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This Document Relates to:** ) <br> Hilda Adams, 16-17583 ) <br> Gloria Cooper, 18-194 ) <br> Carol Woodson, 17-12674 ) <br> Arquice Conley, 18-9799 ) <br> Tina Hickey, 18-4731 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Defendants' Joint Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), filed by Defendants Accord Healthcare, Inc., Sandoz Inc., and Hospira, Inc. and Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc. (collectively "Defendants") (Doc. 14785),

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 14785-1) into the record.

New Orleans, Louisiana, this 5th day of October, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE