UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This Document Relates to:** All cases | | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of PSC Motion to Modify Pretrial Order No. 19 filed by the Plaintiffs' Steering Committee (Doc. 14786),

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 14786-1) into the record.

New Orleans, Louisiana, this 5th day of October, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE