UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ALL CASES     SECTION "H" (5)

**REPLY MEMORANDUM IN SUPPORT OF
PSC MOTION TO MODIFY PRETRIAL ORDER NO. 19**

NOW INTO COURT, comes the Plaintiffs' Steering Committee (PSC), which respectfully submits this reply memorandum in support of its motion to modify Pretrial Order No. 19 (Rec. Doc. 14621) to increase the specified holdback percentages for common benefit attorneys' fees and costs.

To briefly respond to the opposition filed by Johnson Law Group (Rec. Doc. 14749[1]), the PSC agrees that certain procedures should be followed before this Court makes a final determination as to the appropriate common benefit fees and expenses.  However, this is not that time.  The challenges advanced by Johnson Law Group are premature and should be deferred for consideration at the time of any eventual request for approval of payment of common benefit fees and expenses.  As indicated in the PSC's motion, the PSC simply asks this Court to modify the holdback percentages initially set in PTO 19.  The initial percentages could not have been evaluated based on a lodestar analysis or the *Johnson* factors, as they were implemented at the outset of this MDL prior to more than five (5) years of the PSC's contributions of time and expense to this matter.  Moreover, the analyses suggested by the Johnson Law Group necessarily would require a known settlement amount and a

---

[1] The Fears Nachawati firm joined in said opposition. R. Doc. 14752.

1

corresponding request for a certain amount of attorney fees and costs to be approved – despite the PSC's efforts thus far, we are not there yet in this litigation, as there are no global or inventory settlements implemented at this stage. At the time the PSC seeks approval from this Court for actual payment of fees and reimbursement of expenses advanced, the PSC fully anticipates the Court will evaluate such request pursuant to applicable law.

Additionally, this Court is well-aware of the status of the PSC's submission of common benefit time and expenses through Special Master DeJean, pursuant to Pretrial Order No. 20 (R. Doc. 265). It is not happenstance that the PSC did not attach confidential, work product listings of time and costs expended, just as Defendants' counsel likely would not share the same with counsel for Plaintiffs. Accordingly, should the Court wish to consider its records of time and expense, the PSC respectfully requests that such a review be performed *in camera* and that judicial notice be taken of the time and expenses submitted thus far pursuant to PTO 19.

In response to Sanofi's opposition (R. Doc. 14750), it is entirely inappropriate to discuss confidential settlement related communications or strategy in connection with this motion. Plaintiffs, through the Court-appointed settlement committee, have been in regular contact with the Settlement Master appointed by this Court on March 3, 2021 (Pretrial Order No. 115) and remain willing to negotiate in good faith.

With regard to the substance of Sanofi's opposition, and notwithstanding the fact that any eventual common benefit fees and costs will be resolved following appropriate application and adjudication pursuant to the Court's authority under the common fund

doctrine, Pretrial Orders No. 19 and 20, *High Sulfur*,[1] *Boeing*,[2] and other legal precedent, Sanofi lacks standing to interject in any determination by this Court of attorney fees and recovery of costs.  The PSC is unaware of any similar opposition memoranda in other MDL litigation advancing a defendant's objections to a fee and cost holdback.  Sanofi's response readily (and somewhat disrespectfully, both to the Court and counsel) admits the same:

> *By its motion, the PSC effectively asks this Court to ensure their investment is protected—regardless of results. Unfortunately, that this litigation will never yield the recovery the PSC originally anticipated is not a basis for bestowing the stewards of that same litigation with the gift of higher fees. That said, if non-PSC attorneys (and their clients) are comfortable paying to MDL Leadership a tax twice as high than before, it is not Sanofi's concern.*

R. Doc. 14750 at 5.

More concerning, however, is Sanofi's clear conflation of a holdback for attorney fees with a holdback for costs.  The misinformation claim that the PSC seeks a 19.75% "fee" multiple times throughout the brief, including in **bold** font on the first page, is patently false and inflammatory, as it improperly cumulates the requested 15% holdback for fees with the requested 4.75% holdback for costs.  Ultimately, any recovery of costs necessarily will depend on the total amount of common benefit costs expended as a percentage of any eventual global or inventory resolution(s) that may occur. Furthermore, at the time of resolution wherein funds are set aside pursuant to any implemented holdbacks, such funds will remain in trust until the Court exercises its authority to evaluate a request for payment

---

[1] 513 F.3d 220 (5th Cir. 2008).
[2] 444 U.S. 472 (1980).

of common benefit awards. But, at this stage of the litigation, the requested holdbacks are reasonable and justified based on the efforts and contributions of the PSC.

Accordingly, the PSC requests that the aforesaid objections be overruled, that the Court grant the instant Motion, and that the Court enter into the record of this matter the proposed Pretrial Order No. 19A (R. Doc. 14621-2) modifying Pretrial Order No. 19 (Rec. Doc. 262) by increasing the holdbacks for common benefit attorneys' fees and common benefit costs.

Dated: October 4, 2022                                  Respectfully submitted,

/s/ Christopher L. Coffin                               /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                          Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                        GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                         6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                            Los Angeles, California 90045
Phone: (504) 355-0086                                   Telephone: 510-350-9700
Fax: (504) 355-0089                                     Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                  kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                           *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                                    /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                              Dawn M. Barrios (#2821)
PENDLEY, BAUDIN & COFFIN, L.L.P.                        BARRIOS, KINGSDORF & CASTEIX, LLP
1100 Poydras Street, Suite 2225                         701 Poydras Street, Suite 3650
New Orleans, Louisiana 70163                            New Orleans, LA 70139
Phone: (504) 355-0086                                   Phone: 504-524-3300
Fax: (504) 355-0089                                     Fax: 504-524-3313
plambert@pbclawfirm.com                                 barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*                        *Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                 */s/ Dawn M. Barrios*
                                                 Dawn M. Barrios