UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** Linda Gwinn, 17-09960 | | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 14793);

**IT IS ORDERED** that the Motion is **GRANTED** and that Timothy Henderson, on behalf of Linda Gwinn, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 5th day of October, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE