UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | JUDGE JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |
| THIS DOCUMENT RELATES TO MELODIE WELLS SMITH, No. 2:18-cv-14198 | : : | |

## [PROPOSED ORDER] GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND DEADLINE

Plaintiff's Motion For Leave To Extend The Time For Plaintiff To Comply With CMO 35 is GRANTED.

The Court finds that Defendants Hospira Inc. and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. were correctly served, by counsel for Melodie Wells Smith, on October 4, 2022.  Due to excusable neglect, so found by the Court, the deadline for Plaintiff, Melodie Wells Smith, to comply with CMO 35 should be, and is hereby, extended for Plaintiff, Melodie Wells Smith, to comply with CMO 35, from August 31, 2022 to October 4, 2022.

Defendants' Motion to Dismiss For Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____ day of _____, 2022.

_____
U.S. District Judge Presiding