**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Ramona Clamon*, No. 2:19-cv-03422 *Charlotte Jefferson*, No. 2:17-cv-00756 *Cynthia Kinsella*, No. 2:19-cv-00368 | : : : : | |

**DEFENDANTS ACTAVIS PHARMA, INC.'S, ACTAVIS LLC'S AND SAGENT PHARMACEUTICALS, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4**

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendants Actavis Pharma, Inc., Actavis LLC (the "Actavis Defendants") and Sagent Pharmaceuticals, Inc. ("Sagent") bring this Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and Rule 4 of the Federal Rules of Civil Procedure in the cases referenced above. On July 26, 2022, the Court entered Case Management Order No. 35, which required all Plaintiffs to perfect service of process on Defendants by August 31, 2022. (Rec. Doc. 14456 at 1). The Plaintiffs subject to this Motion did not timely serve the Actavis Defendants and/or Sagent by the Court-ordered deadline. Therefore, the Court should dismiss Plaintiffs' claims with prejudice as to the Actavis Defendants and Sagent.

DATED: October 7, 2022                    Respectfully submitted,

/s/ *Michael J. Suffern*
Michael J. Suffern
Jenifer Snyder Heis
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5064

Facsimile: (513) 698-5065
Email: msuffern@ulmer.com
Email: jheis@ulmer.com

*Attorneys for Actavis Pharma, Inc., Actavis LLC
and Sagent Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I electronically filed the forgoing with the Clerk

of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Michael J. Suffern