UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Ramona Clamon*, No. 2:19-cv-03422 *Charlotte Jefferson*, No. 2:17-cv-00756 *Cynthia Kinsella*, No. 2:19-cv-00368 | : : : : | |

**DEFENDANTS ACTAVIS PHARMA, INC.'S, ACTAVIS LLC'S AND SAGENT PHARMACEUTICALS, INC.'S NOTICE OF SUBMISSION OF THEIR MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4**

PLEASE TAKE NOTICE that Defendants will bring for submission their *Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and FRCP 4* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 2nd day of November, 2022.

DATED: October 7, 2022

Respectfully submitted,

/s/ *Michael J. Suffern*
Michael J. Suffern
Jenifer Snyder Heis
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
Email: msuffern@ulmer.com
Email: jheis@ulmer.com

*Attorneys for Actavis Pharma, Inc., Actavis LLC and Sagent Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I electronically filed the forgoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Michael J. Suffern