UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Ramona Clamon*, No. 2:19-cv-03422 *Charlotte Jefferson*, No. 2:17-cv-00756 *Cynthia Kinsella*, No. 2:19-cv-00368 | : : : : | |

## PROPOSED ORDER

Considering the foregoing Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and FRCP 4:

**IT IS ORDERED** that the Motion to Dismiss of Defendants Actavis Pharma, Inc., Actavis LLC and Sagent Pharmaceuticals, Inc. is GRANTED and Plaintiffs' claims against the Actavis Defendants and Sagent are dismissed with prejudice at Plaintiffs' cost.

New Orleans, Louisiana, this ____ day of _____ , 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**