UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Jacqueline Greenwood, | |
| Plaintiff(s), | Civil Action No.: 2:17-cv-13430 |
| vs. | |
| Sanofi-Aventis U.S. LLC et al, | |
| Defendant(s). | |

**PLAINTIFF'S RESPONSE MEMORANDUM TO HOSPIRA'S AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35**

On October 3, 2022, Defendants Hospira and Pfizer filed a Motion to Dismiss for Failure to Comply with Case Management Order No. 35("CMO 35"). Plaintiff, Jacqueline Greenwood's claim was included on case list attached as Exhibit A to that Motion. Plaintiff, Jacqueline Greenwood, by and through the undersigned counsel responds as follows.

Plaintiff's Complaint was filed in the Eastern District of Louisiana on November 27, 2017 (*Jacqueline Greenwood v. Sanofi-Aventis U.S. LLC, et al,* Case No. 2:17-cv-13430). Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. were named as Defendants in Plaintiff's filed Complaint. After filing the Complaint, Plaintiff served Defendants Sanofi-Aventis U.S., LLC pursuant to Pretrial Order No. 9 ("PTO"). Plaintiff inadvertently failed to serve Defendants Hospira Worldwide, LLC and Hospira, Inc. pursuant to PTO 40(A). Plaintiff was unaware of this inadvertent error at the time when the Court

1

entered CMO 35. Plaintiff first became aware of this deficiency in service when Defendants Hospira and Pfizer filed a Motion to Dismiss for Failure to Comply with CMO 35. Upon learning of this deficiency, Plaintiff filed a Summons for Issuance and effectuated service pursuant to PTO 40(A). Defendants Hospira Worldwide, LLC and Hospira, Inc. were not unaware of Plaintiff's initial Complaint filed against them and would not be unfairly prejudiced by the continuance of Plaintiff's claim against Hospira Worldwide, LLC and Hospira, Inc. For the foregoing reasons, Plaintiff Jacqueline Greenwood respectfully requests that the Court deny Hospira and Pfizer's Motion to Dismiss Plaintiff's Claim.

Respectfully submitted this 7th day of October, 2022.

/s/ Rhett A. McSweeney
Rhett A. McSweeney, #269542
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: <u>October 7, 2022</u>                          <u>/s/ Rhett A. McSweeney</u>
                                                                                                  Rhett A. McSweeney