BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Valencia v. Sanofi S.A. et al* Case No. 2:16-cv-15497-JTM-MBN | HON. JANE T. MILAZZO |

## MOTION FOR WITHDRAWAL OF COUNSEL

IT IS HEREBY STIPULATED by and between the undersigned that John Gomez, Ahmed Diab and Lindsay Stevens of the law firm of Gomez Trial Attorneys shall be removed as counsel of record for client, Sonia Valencia, in civil action no. 2:16-cv-15497. Plaintiff engaged the law firm of Bachus & Schanker, LLC to serve as lead counsel in this case. John Gomez, Ahmed Diab and Lindsay Stevens of the law firm of Gomez Trial Attorneys, shall be relieved of any further responsibility in connection with this action. All further pleadings, motions, notices, correspondence, and other documents shall be served directly Darin Lee Schanker and Jere Kyle Bachus and John Christopher Elliott of the law firm of Bachus & Schanker, LLC, whose contact information is indicated below. At no point will Plaintiff be unrepresented if this Motion is granted.

Dated: October 7, 2022

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 */s/Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)

2

655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com