BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Valencia v. Sanofi S.A. et al* Case No. 2:16-cv-15497-JTM-MBN | HON. JANE T. MILAZZO |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.**

DONE AND SIGNED this _____ day of _____, 2017, at New Orleans, Louisiana.

_____
Honorable Jane Triche Milazzo