## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     :    **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION     :
                     :    **SECTION "H" (5)**
                     :    **JUDGE JANE TRICHE MILAZZO**
                     :    **MAG. JUDGE MICHAEL B. NORTH**
                     :

THIS DOCUMENT RELATES TO     :
MELODIE WELLS SMITH, No. 2:18-cv-14198    :

### <u>AFFIDAVIT OF MATTHEW VINSON</u>

On October 4, 2022, before me, the undersigned authority, Matthew Vinson, personally known to me, was sworn, and stated as follows:

My name is Matthew Vinson. I am over the age of 18 years, competent to make this affidavit, and I have never been convicted of any crime.

I am an attorney with the law firm of Ferrer, Poirot & Wansbrough. I am overseeing the processing and development of claims relating to Taxotere. To comply with CMO 35, I conducted a review of our Firm's Taxotere cases to ensure we had properly served all defendants before August 31, 2022. Due to a clerical error in our notes, by a former legal assistant, which incorrectly stated that the Hospira Defendants had, in fact, been served, I was under the mistaken impression that Hospira Inc., and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. were properly served on January 30, 2019.

Once Defendant brought this clerical error to our attention, I promptly served Hospira Inc., and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc., at the following email address, HospiraTaxotereMDL@WoltersKluwer.com, on October 4, 2022. Attached is a true and correct copy of that emails I sent on October 4, 2022, along with the attachments, marked as Exhibit B.

_____
Matthew Vinson

SWORN TO AND SUBSCRIBED BEFORE ME on this the 6th day of October, 2022, to certify which witness my hand and seal.

NOTARY PUBLIC, STATE OF TEXAS
Name Printed: MARIA DIAZ OLVERA
My Commission Expires: 12-18-25

*(Notary seal: MARIA DIAZ OLVERA, NOTARY PUBLIC, STATE OF TEXAS, EXPIRES 12-18-2025, ID # 11056812)*

1


EXHIBIT
A

| From: | Matthew Vinson |
|---|---|
| To: | "HospiraTaxotereMDL@WoltersKluwer.com" |
| Cc: | John Kirtley; Maria Olvera |
| Subject: | RE: Streamlined Service on Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. in the Matter of Melodie Wells Smith v. Sandoz, Inc., et al., Civil Action No. 2:18-cv-14198 (EDLA) |
| Date: | Tuesday, October 04, 2022 11:49:34 AM |
| Attachments: | Smith, Melodie - FILED Summons Hospira Worldwide LLC.PDF |
| | Smith, Melodie - FILED Short Form Complaint.pdf |
| | image002.png |

Good morning:

Attached please find the Complaint and Summons in the matter of Melodie Wells Smith v. Sandoz, Inc., et al., Civil Action No. 2:18-cv-14198. This case was originally filed into MDL 2740 in the U.S. District Court for the Eastern District of Louisiana. Contact information for Counsel of record is below. Please let me know if you have any trouble opening the attachments.

**John Kirtley**
Ferrer Poirot & Wansbrough
2603 Oak Lawn Ave., Suite 300
Dallas, TX 75219
Telephone: (800) 521-4492
Facsimile:  (866) 513-0115
E-mail: jkirtley@lawyerworks.com

Thank you,



**MATTHEW VINSON**
**Attorney**
**EMAIL:** mvinson@lawyerworks.com
**OFFICE:** 214-521-4412    **TOLL FREE:** 800-521-4492    **FAX:** 866-513-0115
**ADDRESS:** 2603 Oak Lawn Avenue, Suite 300, Dallas, TX 75219

*CONNECT WITH US*

   

**LawyerWorks.com**
**Offices in Dallas & Atlanta**

The information contained in and transmitted with this e-mail is subject to the attorney-client privilege, attorney work product and/or, confidential.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use of, or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and prohibited. If you have received this e-mail in error, please notify the sender immediately.  Any e-mail erroneously transmitted to you should be immediately deleted from your inbox and delete folder.



EXHIBIT
B

| From: | Matthew Vinson |
|---|---|
| To: | "HospiraTaxotereMDL@WoltersKluwer.com" |
| Cc: | John Kirtley; Maria Olvera |
| Subject: | RE: Streamlined Service on Hospira, Inc. in the Matter of Melodie Wells Smith v. Sandoz, Inc., et al., Civil Action No. 2:18-cv-14198 (EDLA) |
| Date: | Tuesday, October 04, 2022 11:47:06 AM |
| Attachments: | Smith, Melodie - FILED Short Form Complaint.pdf |
| | Smith, Melodie - FILED Summons Hospira Inc.pdf |
| | image002.png |

Good morning:

Attached please find the Complaint and Summons in the matter of Melodie Wells Smith v. Sandoz, Inc., et al., Civil Action No. 2:18-cv-14198. This case was originally filed into MDL 2740 in the U.S. District Court for the Eastern District of Louisiana. Contact information for Counsel of record is below. Please let me know if you have any trouble opening the attachments.

**John Kirtley**
Ferrer Poirot & Wansbrough
2603 Oak Lawn Ave., Suite 300
Dallas, TX 75219
Telephone: (800) 521-4492
Facsimile:  (866) 513-0115
E-mail: jkirtley@lawyerworks.com

Thank you,



**MATTHEW VINSON**
**Attorney**
**EMAIL:** mvinson@lawyerworks.com
**OFFICE:** 214-521-4412   **TOLL FREE:** 800-521-4492   **FAX:** 866-513-0115
**ADDRESS:** 2603 Oak Lawn Avenue, Suite 300, Dallas, TX 75219

*CONNECT WITH US*
   

**LAWYERWORKS.COM**
**OFFICES IN DALLAS & ATLANTA**

The information contained in and transmitted with this e-mail is subject to the attorney-client privilege, attorney work product and/or, confidential.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use of, or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the recipient designated above by the sender is unauthorized and prohibited.  If you have received this e-mail in error, please notify the sender immediately.  Any e-mail erroneously transmitted to you should be immediately deleted from your inbox and delete folder.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

|  |  |  |
|---|---|---|
| MELODIE WELLS SMITH | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 2:18-cv-14198 H(5) |
| v. | ) ) | |
| SANDOZ INC., et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc.
275 N. Field Drive,
Lake Forest, IL 60045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russell T. Abney

FERRER POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Jan 24 2019__

Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                        _____
                                                    *Printed name and title*

                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

|  |  |  |
|---|---|---|
| MELODIE WELLS SMITH | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No. 2:18-cv-14198 H(5) |
| SANDOZ INC., et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Hospira, Inc.
275 N. Field Drive,
Lake Forest, IL 60045

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Russell T. Abney

                    FERRER POIROT & WANSBROUGH
                    2100 RiverEdge Pkwy NW, Suite 1025
                    Atlanta, GA 30328

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Jan 24 2019__

_Deputy clerk's signature_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                            _____
                                                        *Printed name and title*

                                            _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H" (5)** |
| MELODIE WELLS SMITH, | : | **JUDGE JANE TRICHE MILAZZO** |
| | : | **MAG. JUDGE MICHAEL B. NORTH** |
| Plaintiff, | : | |
| | : | **COMPLAINT & JURY DEMAND** |
| v. | : | |
| | : | **CIVIL ACTION NO. 2:18-CV-14198** |
| SANDOZ INC., HOSPIRA WORLDWIDE, | : | |
| LLC F/K/A HOSPIRA WORLDWIDE, | : | |
| INC., and HOSPIRA, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |

## SHORT FORM COMPLAINT
## (EXEMPLAR SHORT FORM COMPLAINT
## LAST AMENDED ON JANUARY 4, 2018)[1]

Plaintiff(s) incorporate by reference the operative Master Long Form Complaint and Jury Demand filed in the above-referenced case. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.   Plaintiff:

     Melodie Wells Smith

2.   Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

---

[1]   This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

3.  Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____

4.  Current State of Residence: Louisiana _____

5.  State in which Plaintiff(s) allege(s) injury: Louisiana _____

6.  Defendants (check all Defendants against whom a Complaint is made):

    a.  Taxotere Brand Name Defendants

        ☐   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐   B.   Sanofi-Aventis U.S. LLC

    b.  Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☒   A.   Sandoz Inc.

        ☐   B.   Accord Healthcare, Inc.

        ☐   C.   McKesson Corporation d/b/a McKesson Packaging

        ☒   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☒   E.   Hospira, Inc.

        ☐   F.   Sun Pharma Global FZE

        ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐   H.   Pfizer Inc.

        ☐   I.   Actavis LLC f/k/a Actavis Inc.

        ☐   J.   Actavis Pharma, Inc.

☐    K.    Other:

7.    Basis for Jurisdiction:

     ☒      Diversity of Citizenship

     ☐      Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.    Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> United States District Court for the Eastern District of Louisiana

9.    Brand Product(s) used by Plaintiff (check applicable):

     ☐      A.    Taxotere

     ☐      B.    Docefrez

     ☒      C.    Docetaxel Injection

     ☐      D.    Docetaxel Injection Concentrate

     ☐      E.    Unknown

     ☐      F.    Other:

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> On or around March 6, 2017 through on or around June 29, 2017

11.    State in which Product(s) identified in question 9 was/were administered:

> Louisiana

12.    Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfiguring permanent alopecia

13.    Counts in Master Complaint brought by Plaintiff(s):

☒    Count I – Strict Products Liability - Failure to Warn
☒    Count III – Negligence
☒    Count IV – Negligent Misrepresentation
☒    Count V – Fraudulent Misrepresentation
☒    Count VI – Fraudulent Concealment
☒    Count VII – Fraud and Deceit

☐    Other:   Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

Russell T. Abney
Georgia Bar No. 000875
**FERRER POIROT WANSBROUGH**
**FELLER DANIEL ABNEY & LINVILLE**
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone:    (800) 661-8210
Facsimile:    (707) 313-0956
atlanta@lawyerworks.com


Hunter V. Linville
Texas Bar No. 24065631
Georgia Bar No. 554149
**FERRER POIROT WANSBROUGH**
**FELLER DANIEL ABNEY & LINVILLE**
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone:    (800) 661-8210
Facsimile:    (707) 313-0956
atlanta@lawyerworks.com

5