UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 <br> : <br> : SECTION "H" (5) <br> : JUDGE JANE TRICHE MILAZZO <br> : MAG. JUDGE MICHAEL B. NORTH <br> : |
| THIS DOCUMENT RELATES TO <br> MELODIE WELLS SMITH, No. 2:18-cv-14198 | : <br> : |

**[PROPOSED ORDER] GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND DEADLINE**

Plaintiff's Motion for Leave to Extend Deadline on CMO 35 is GRANTED.

The Court finds that due to excusable neglect, by Plaintiff's counsel, leave is hereby granted for Plaintiff, Melodie Wells Smith, to extend the deadline to comply with CMO 35, from August 31, 2022 to October 4, 2022.  The Court finds that Plaintiff properly served the Hospira Defendants on October 4, 2022, per CMO 35.

So Ordered on this _____ day of _____, 2022.

_____
U.S. District Judge Presiding