UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740<br>:<br>: SECTION "H" (5)<br>: JUDGE JANE TRICHE MILAZZO<br>: MAG. JUDGE MICHAEL B. NORTH<br>: |
| THIS DOCUMENT RELATES TO<br>MELODIE WELLS SMITH, No. 2:18-cv-14198 | :<br>: |

**PLAINTIFF, MELODI WELLS SMITH'S RESPONSE TO DEFENDANTS HOSPIRA AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35**

Melodie Wells Smith, Plaintiff, Responds to Hospira's and Pfizer's Motion to Dismiss For Failure to Comply with CMO 35, seeking denial of Defendants' Motion, because:

1. Plaintiff adopts by reference and incorporates herein, the same as if fully set forth, the arguments, evidence and authorities stated in Plaintiff's Motion for Leave to Extend The Time to Comply With CMO 35 (Doc. 14807).

2. If the Court grants leave to extend the time for Plaintiff to comply with CMO 35, Defendants' Motion to Dismiss is moot and, therefore, should be denied.

WHEREFORE, Plaintiff, Melodie Wells Smith, prays that the Court enter an Order denying Defendants Hospira and Pfizer's Motion to Dismiss for Failure to Comply with CMO 35, as moot and for such other appropriate relief.

1

Respectfully submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
 (Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on October 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III