# EXHIBIT 1

Inbox - JavadT@carlsonattorneys.com - Outlook



Reply    Reply All    Forward

Fri 10/7/2022 1:12 PM

**Karli Barger**

FW: Kathleen McGinnis, U.S. District Court for the Eastern District of Louisiana

To   Timothy Roehrs; Javad Tahbazsalehi; Ruth Rizkalla

This message was sent with High importance.

[PDF] First Amended SFC Mc... 98 KB

[PDF] Summons - Sandoz, Inc.... 739 KB

**From:** Karli Barger <KBarger@carlsonattorneys.com>
**Sent:** Friday, October 7, 2022 1:06 PM
**To:** 'sandoz-taxotere-complaints@gtlaw.com' <sandoz-taxotere-complaints@gtlaw.com>
**Subject:** Kathleen McGinnis, U.S. District Court for the Eastern District of Louisiana
**Importance:** High

Counsel of Record:
Ruth Rizkalla
The Carlson Law Firm, P.C.
1500 Rosecrans Ave Ste 500
Manhattan Beach, CA 90266
(254) 526-5688
rrizkalla@carlsonattorneys.com
Attorney for Plaintiff



**Karli Barger**
Legal Assistant
O: 254-526-5688  F: 254-526-8204
CarlsonAttorneys.com
100 E. Central Texas EXPY • Killeen • TX • 76541

E-MAIL CONFIDENTIALITY STATEMENT: This transmission may be subject to the attorney-client privilege; may be attorney work product; or may be strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply and notify only the sender and delete the message. Unauthorized interception of this e-mail is a violation of Federal criminal law.



Please see below for the automatic reply received regarding service on Sandoz on 10/7.

**Karli Barger**
**Legal Assistant**
Killeen

**From:** sandoz-taxotere-complaints@gtlaw.com <sandoz-taxotere-complaints@gtlaw.com>
**Sent:** Friday, October 7, 2022 1:10 PM
**To:** Karli Barger <KBarger@carlsonattorneys.com>
**Subject:** Automatic reply: Kathleen McGinnis, U.S. District Court for the Eastern District of Louisiana

Your email attempting service of the Complaint and Summons on Sandoz Inc. in MDL 2740, pursuant to PTO 30, has been received.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

