# EXHIBIT 2

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:17-cv-16078-JTM-MBN

| | |
|---|---|
| McGinnis v. Sanofi-Aventis U.S. LLC | Date Filed: 12/08/2017 |
| Assigned to: Judge Jane Triche Milazzo | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Michael North | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Lead case: 2:16-md-02740-JTM-MBN | |
| Member case: (View Member Case) | |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Kathleen McGinnis**  represented by  **Ruth Rizkalla**
Carlson Law Firm
1500 Rosecrans Avenue Suite 500
Manhattan Beach, CA 90266
415-308-1915
Fax: 254-526-2325
Email: RRizkalla@carlsonattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sanofi-Aventis U.S. LLC**
*TERMINATED: 03/15/2018*

**Defendant**

**Sandoz, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2017 | 1 | **DEFICIENT** COMPLAINT with jury demand against Aventis Pharma S.A., Sanofi S.A., Sanofi-Aventis U.S. LLC (Filing fee $400 receipt number 053L-6525670) filed by Kathleen McGinnis. (Attachments: # 1 Civil Cover Sheet, # 2 Summons # 3 Summons # 4 Summons)Attorney Ruth Rizkalla added to party Kathleen McGinnis(pty:pla).(Rizkalla, Ruth) Modified on 1/16/2018 (sbs). (Entered: 12/08/2017) |
| 12/15/2017 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. (gk) (Entered: 12/15/2017) |
| 01/16/2018 | | NOTICE OF DEFICIENT DOCUMENT: re 1 Complaint. Reason(s) of deficiency: Improper form of pleading. **Filing attorney attached the incorrect version of the Short Form Complaint pursuant to PTO #55. Filing attorney must refile complaint and attachments with the most current version of the Short Form Complaint. Pursuant to PTO #73 - Counsel are directed to only use the Court approved version of the Short Form Complaint which became effective as of January 4, 2018. The current version of the form is titled, SHORT FORM COMPLAINT (Effective as of January 4, 2018) and it is available on |

| | | |
|---|---|---|
| | | the Courts Taxotere web page as well as through MDL Centrality. For further assistance, please contact the Court 504-589-7715.** For corrective information, see section(s) D03 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm<br>**Attention: Document must be refiled in its entirety within seven(7) calendar days; otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 1/23/2018. (sbs) (Entered: 01/16/2018)** |
| 01/18/2018 | 3 | COMPLAINT with jury demand against Sanofi-Aventis U.S. LLC (Fee previously paid) filed by Kathleen McGinnis. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Rizkalla, Ruth) (Entered: 01/18/2018) |
| 01/19/2018 | 4 | Summons Issued as to Sanofi-Aventis U.S. LLC. (sbs) (Entered: 01/19/2018) |
| 01/24/2018 | 5 | PRETRIAL ORDERS. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 01/24/2018) |
| 03/15/2018 | 6 | AMENDED COMPLAINT with Jury Demand against Sandoz, Inc. filed by Kathleen McGinnis. Per Order, doc. 1915 filed in 16md2740.(sbs) (Entered: 04/27/2018) |
| 05/23/2018 | 7 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance. (ADI) (Entered: 05/23/2018) |
| 10/06/2022 | 8 | Request of Summons Issued as to Sandoz, Inc. filed by All Plaintiffs re 6 Amended Complaint. (Rizkalla, Ruth) (Main Document 8 replaced on 10/7/2022) (am). (Entered: 10/06/2022) |
| 10/07/2022 | 9 | Summons Issued as to Sandoz, Inc. (am) (Entered: 10/07/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/07/2022 12:45:33 | | | |
| **PACER Login:** | Kirtland2041 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-16078-JTM-MBN |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |