# EXHIBIT 3

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**MDL 2740 - Taxotere**     Search Results

Return to Search Results     Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 7656 | **DOB:** | 07/18/1954 |
| **Name:** | KATHLEEN MCGINNIS | **Email:** | |
| **Most Recent PFS Submitted:** | 11/09/2018 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | Comments |
| **Drug Name:** | Sandoz Inc. | **Unknown Certification:** | Yes | |
| **Treatment Dates:** | 01/17/2014 to 05/20/2014 | **Docket No.:** | 2:17-cv-16078 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | View | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Kirtland & Packard LLP | |

### Documents

View Documents     Upload     Deficiency Response

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 488738 | Deficiency Notice | 08/02/2020 | |
| 262915 | First Amended Plaintiff Fact Sheet | 11/09/2018 | |
| 262901 | Proof of Injury - Medical Documentation | 11/09/2018 | Remove |
| 253849 | Proof of Injury - Before & After Photographs | 10/22/2018 | Remove |
| 180167 | Proof of Injury - Before & After Photographs | 06/08/2018 | Remove |
| 165860 | PTO 71 Written Statement | 05/18/2018 | Remove |
| 165590 | HIPAA Authorization | 05/18/2018 | Remove |
| 165589 | Health Insurance Record Authorization | 05/18/2018 | Remove |
| 165586 | Properly Executed Verification of PFS | 05/18/2018 | Remove |
| 123090 | Plaintiff Fact Sheet | 03/27/2018 | |
| 118788 | CMO 12 Product Identification | 03/22/2018 | Remove |
| 118787 | Proof of Injury - Before & After Photographs | 03/22/2018 | Remove |
| 118786 | Proof of Use -- Medical Records | 03/22/2018 | Remove |

### Plaintiff Fact Sheet

**I. Plaintiff Fact Sheet**  Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.