**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


**In Re: TAXOTERE (DOCETAXEL)**                        **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**


                                                       **SECTION "H" (5)**


**THIS DOCUMENT RELATES TO**

**Plaintiff Name: <u>Cynthia Tingle</u>**
**Case No.: <u>2:17-cv-15096</u>**


<u>**STATEMENT OF PLAINTIFF'S COUNSEL**</u>


I represent Cynthia Tingle whose case was listed on a September 21, 2022 Notice of Non-Compliance to be heard by the Court. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.


The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: October 10, 2022                   */s/ Daniel P. Markoff*
                                          Daniel P. Markoff
                                          Atkins and Markoff
                                          9211 Lake Hefner Parkway
                                          Oklahoma City, OK 73129
                                          405-607-8757
                                          Dmarkoff@atkinsandmarkoff.com