UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| <u>Martine Reeder</u><br><br>    Plaintiff(s),<br><br>vs.<br><br><u>Hospira Worldwide. LLC et al</u><br><br>    Defendant(s). | : : : : : : : : : : : | Civil Action No.: <u>2:19-cv-13981</u> |

**<u>PLAINTIFF'S RESPONSE TO DEFENDANTS HOSPIRA'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4 AND PLAINTIFFS MOTION FOR LEAVE TO EXTEND THE TIME FOR PLAINTIFF TO COMPLY WITH CMO 35</u>**

    Plaintiff Martine Reeder, by and through her counsel of record, The Carlson Law Firm, PC, submits her response to Defendant Hospira's, Inc's Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and FRCP 4, and respectfully requests the Court, pursuant to Rule 6(b), Fed. R. Civ. P. to extend the time for Plaintiff to comply with CMO 35, because it was initially filed in New Jersey state court and later removed to the MDL Court as reasons outlined in the accompanying Memorandum.

    WHEREFORE, Plaintiff, Martine Reeder, prays that the Court enter an Order extending the time for Plaintiff to comply with CMO 35, from August 31, 2022, to October 21, 202. Since this was a transfer and not a direct file in the MDL, no summons was issued. Plaintiff will need time to request, receive and serve defendant; and denying Defendants Hospira's Motion to Dismiss for Failure to Comply with CMO 35, as moot. Plaintiff prays for such other appropriate

relief.

Dated: October 10, 2022

                              Respectfully submitted

                              */s/ Eric W. Newell*

                              Brent@bcoonlaw.com
                              Eric W. Newell
                              Texas Bar No. 24046521
                              Eric_Newell@bcoonlaw.com
                              215 Orleans
                              Beaumont, TX 77701
                              Phone (409)835-2666
                              Fax (409)835-1912

                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on October 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

     DATED: October 10, 2022.

                              /s/ *Eric W. Newell*