UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Martine Reeder<br><br>    Plaintiff(s),<br><br>vs.<br><br><br>Hospira Worldwide. LLC et al<br><br>    Defendant(s). | : : : : : : : : : : : | Civil Action No.: 2:19-cv-13981 |

## PORPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND DEADLINE

Plaintiff's Motion For Leave to Extend The Time For Plaintiff to Comply with CMO 35 is GRANTED.

The Court finds that due to excusable neglect, so found by the by the Court, the deadline for Plaintiff, Martine Reeder, to comply with CMO 35 should be, and is herby extended for Plaintiff, Martine Reeder, to comply with CMO 35 from August 31, 2022 to October 21, 2022.

Defendants' Motion to Dismiss For Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____ day of _____, 2022.

_____

U.S. District Judge Presiding