UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Taxotere (Docetaxyl) Products Liability Litigation | MDL No. 2740 |
| This Document Relates to: *Rosa Clendinin v. Sanofi Aventis US, LLC, et al;* Case No. 2:17-cv-12486 | SEC: "H" (5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAGISTRATE NORTH |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO FOLLOW CASE MANAGEMENT ORDER NUMBER 35 AND FRCP RULE 4**

NOW COMES Plaintiff, Rosa Clendinin identified in Defendants' Motion to Dismiss for for Failure to follow CMO 35 and under FRCP 4 [Dkt. 14763], and by and through undersigned counsel submits this, Response to Defendant Sandoz's Motion to Dismiss, and would respectively show the Court the following:

1. Plaintiff Rosa Clendinin filed an Amended Short Form Complaints vs. Sanofi Aventis, US LLC (hereinafter 'Sanofi") and Sandoz, Inc. (hereinafter "Sandoz") on November 15, 2017.

2. On November 21, 2017, Plaintiff filed her Summons issued to both Sandoz and Sanofi.[1]

3. Plaintiff received an email confirmation of service from Sanofi which was saved in the file.[2]

4. Undersigned counsel does not have an email confirmation from Sandoz but it would have been the firm practice to serve both defendants at the same time by email.[3]

5. The Olinde Firm, LLC is unable to retrieve emails sent back to 2017. *Id.*

6. Based upon firm practice, undersigned counsel believes that service was attempted upon Sandoz but likely an unknown error caused a failure in transmission. *Id.*

7. Alternatively, Sandoz would have had notice of the filing of the summons and failed to raise any issue concerning insufficiency of service.

---

[1] Exhibit 1
[2] Exhibit 2
[3] Exhibit 3 Declaration of Alfred A. Olinde, Jr.

8. Plaintiff urges the Court to accept the filed summons of Sandoz to be prima facie evidence that service was made or at least attempted.

9. Alternatively, Plaintiff would ask that the Court take into consideration the filed summons and email return from Sanofi as good cause that likely there was an error in transmission in serving Sandoz and grant Plaintiff an enlargement of time to perfect service upon Sandoz.

10. Alternatively, Plaintiff would request that her claim vs. Sandoz be dismissed without prejudice.

11. Plaintiff attaches a Memorandum of Law in Support of her Opposition.[4]

Accordingly, undersigned counsel requests that the Defendant Sandoz's Motion to dismiss be denied and that the Court grant Plaintiff relief as requested herein for the reasons stated herein and the attached memorandum of law.

Respectfully submitted,

Dated: October 10, 2022

By: __s/*Alfred A Olinde, Jr.*_____
Alfred A. Olinde, Jr., La. Bar # 20061
**THE OLINDE FIRM, LLC**
P.O. Box 55
Mandeville, Louisiana 70470
Telephone: (504) 587-1440
Facsimile: (504) 587-1577
Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022 a copy of the above and foregoing *Opposition to Defendant Sandoz's Motion to Dismiss for Failure to Follow CMO 35 and FRCP 4* has been served on all parties or their attorneys via Louisiana EDLA ECF filing system, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

/s/ *Alfred A Olinde, Jr.*

---

[4] Exhibit 4