# Fred Olinde

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Tuesday, November 28, 2017 12:10 PM |
| **To:** | Wesley Barr |
| **Subject:** | RE: Rosa Clandenin - Case No. 2:17-cv-12486 (ED LA) |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

Mail Gate made the following annotations on Tue Nov 28 2017 12:09:43

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.



1