UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Taxotere (Docetaxyl) Products Liability Litigation | MDL No. 2740 |
| This Document Relates to:<br><br>*Rosa Clendinin v. Sanofi Aventis US, LLC, et al;* Case No. 2:17-cv-12486 | SEC: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE NORTH |

### DECLARATION OF ALFRED A OLINDE, JR IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO FOLLOW CMO 35 OR FRCP 4

1. I am an attorney at the Olinde Firm, LLC and counsel for Plaintiff in the above-captioned cause.

2. I submit this Affidavit in opposition to Defendants' Motion to Dismiss for Failure to follow CMO 35 and FRCP 4 [Dkt. 14763].

3. Exhibit one attached to Plaintiff's Opposition to Defendants Motion to Dismiss is a filed summons issued to both Sanofi and Sandoz.

4. Exhibit two attached to Plaintiff's Opposition to Defendants Motion to Dismiss is an email confirmation showing service upon Sanofi.

5. Plaintiff's counsel emailed Wesley Barr to ascertain whether he could search his email to determine if service was ever sent to Sandoz or if he had an email return receipt.

6. Mr. Barr replied that he was unable to search back to 2017.

7. It would have been the practice of the Olinde Firm to email both summons to both defendants at the same time.

8. Undersigned counsel has no knowledge as to why Sanofi was served properly and Sandoz never received the summons but believes it to be a transmission failure or other failure.

Respectfully submitted,

Dated: October 10, 2022

By: __s/*Alfred A Olinde, Jr.*__
Alfred A. Olinde, Jr., La. Bar # 20061
**THE OLINDE FIRM, LLC**
P.O. Box 55
Mandeville, Louisiana 70470
Telephone: (504) 587-1440
Facsimile: (504) 587-1577
Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022 a copy of the above and foregoing *Declaration of Alfred A. Olinde, Jr. in support of Plaintiff's Opposition to Defendant Sandoz's Motion to Dismiss* has been served on all parties or their attorneys via Louisiana EDLA ECF filing system, which will send notice of electronic filing in accordance with the proceduresestablished in MDL 2740.

/s/ *Alfred A Olinde, Jr.*

