UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Taxotere (Docetaxyl) Products Liability Litigation | MDL No. 2740 |
| This Document Relates to: *Rosa Clendinin v. Sanofi Aventis US, LLC, et al;* Case No. 2:17-cv-12486 | SEC: "H" (5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAGISTRATE NORTH |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO FOLLOW CASE MANAGEMENT ORDER NUMBER 35 AND FRCP RULE 4

MAY IT PLEASE THE COURT:

Fed. R. Civ. P. 4 (m) Time Limit for Service, provides in pertinent part that if service of a summons is not made upon a defendant within 90 days after the complaint is filed, the court – on motion or on its own, after notice to Plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time. But, if the Plaintiff shows good cause for the failure, the Court shall extend the time for service to an appropriate period of time.

Plaintiff did file its summons against Sandoz back in 2017 who would electronically have been notified of same. Upon belief and information, Sandoz never objected that service was insufficient, until now, with the filing of this Motion to Dismiss. As demonstrated in Plaintiff's opposition, Plaintiff filed the summons for both Sanofi and Sandoz but only received a confirmation of service from Sanofi. Because it was the firm's practice to serve both summons by email at the same time, there likely was an error in transmission to Sandoz or some other failure. While it's possible that Plaintiff's counsel simply did not send the email to Sandoz, this is not a case where Plaintiff simply sat back and made no effort to perfect service. Given the foregoing Plaintiff requests that this Court accept the efforts made as good cause to provide Plaintiff the relief

sought in her opposition.

Respectfully submitted,

Dated: October 10, 2022

By: __s/*Alfred A Olinde, Jr.*__
Alfred A. Olinde, Jr., La. Bar # 20061
**THE OLINDE FIRM, LLC**
P.O. Box 55
Mandeville, Louisiana  70470
Telephone:  (504) 587-1440
Facsimile:  (504) 587-1577
Email: folinde@olindefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2022 a copy of the above and foregoing *Memorandum in Support of Plaintiff's Opposition to Defendant Sandoz's Motion to Dismiss For Failure to Follow CMO 35 and FRCP 4* has been served on all parties or their attorneys via Louisiana EDLA ECF filing system, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

_/s/ Alfred A Olinde, Jr._



EXHIBIT 4