# EXHIBIT 1

| | |
|---|---|
| **From:** | Kathy Hampton |
| **To:** | HospiraTaxotereMDL@WoltersKluwer.com |
| **Cc:** | David Diamond |
| **Subject:** | Taxotere MDL 2740 Case: Kathleen L. Gilson (Case No. 2:17-cv-14003) |
| **Date:** | Monday, October 10, 2022 11:47:00 AM |
| **Attachments:** | image002.png<br>Gilson - Amended Complaint.pdf<br>Gilson - Summons Issued (Hospira).pdf |

Good Afternoon,

We are in receipt of Hospira's Motion to Dismiss for Failure to Comply with CMO No. 35 in the above-referenced matter.  We apologize, we had a former employee who was working on this and we thought this had already been done.  Please see attached.  If you have any questions, or find that something else is missing, please do not hesitate to contact us.

Thank you!



Kathy Hampton | Litigation Assistant to David J. Diamond
*Injury Lawyers Helping You*

Direct (520) 497-2678 | Toll Free (800) 966-5535 | Fax (520) 527-1074
Mailing Address 1700 E. River Road, #65237, Tucson, AZ 85718
khampton@diamondlawusa.com ◆ www.diamondlawusa.com