# EXHIBIT 2

| | |
|---|---|
| **From:** | HospiraTaxotereMDL |
| **To:** | Kathy Hampton |
| **Subject:** | Confirmation Email Receipt |
| **Date:** | Monday, October 10, 2022 11:48:41 AM |

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.