# EXHIBIT 3

| | |
|---|---|
| **From:** | Kathy Hampton |
| **To:** | hhubbard@wc.com |
| **Cc:** | David Diamond |
| **Subject:** | RE: Taxotere MDL 2740 Case: Kathleen L. Gilson (Case No. 2:17-cv-14003) |
| **Date:** | Monday, October 10, 2022 11:51:00 AM |
| **Attachments:** | image004.png |

Good Afternoon Heidi,

We are in receipt of Hospira's Motion to Dismiss, which names the above-referenced matter. We apologize, we thought this had been taken care of previously by a former employee.  Nevertheless, we served Hospira today with the Amended Complaint in this matter, in accordance with PTO 40A.  Can this case be taken off of the pending Motion to Dismiss?

We appreciate your time in this matter.  Thank you!



Kathy Hampton | Litigation Assistant to David J. Diamond

*Injury Lawyers Helping You*

Direct (520) 497-2678 | Toll Free (800) 966-5535 | Fax (520) 527-1074
Mailing Address 1700 E. River Road, #65237, Tucson, AZ 85718
khampton@diamondlawusa.com ◆ www.diamondlawusa.com