# EXHIBIT A

**Tiffany Burnside**

| | |
|---|---|
| **From:** | Tiffany Burnside |
| **Sent:** | Thursday, September 29, 2022 1:38 PM |
| **To:** | HospiraTaxotereMDL@wolterskluwer.com |
| **Cc:** | Kelley Owens; Joan Lea |
| **Subject:** | Barbara Matter: Eastern District of Louisiana |
| **Attachments:** | Matter, Barbara - FS Complaint.pdf; Matter, Barbara - FS Summons.pdf |

Counsel,

In accordance with Pretrial Order 40A, attached please find the Short Form Complaint and Summons in reference to the *Barbara Matter v. Hospira, Inc., et al* claim.

Thank you,

## Tiffany Burnside

Paralegal
Kirkendall Dwyer LLP
T: 214.271.4027 ext. 7069
F: 214.253.0629
E: tburnside@kirkendalldwyer.com
4343 Sigma Rd. Suite 150, Dallas, TX 75244



www.kirkendalldwyer.com

1