# EXHIBIT A

# RELEVANT DOCKET ENTRIES

CONSOL,TAXOTERE

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:20-cv-02675-JTM-MBN

Chaisson-Ricker v. Hospira, Inc. et al
Assigned to: Judge Jane Triche Milazzo
Referred to: Magistrate Judge Michael North
Lead case: 2:16-md-02740-JTM-MBN
Member case: (View Member Case)
Case in other court: New Jersey, 3:20-cv-06530
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/08/2020
Jury Demand: Both
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Elizabeth Chaisson-Ricker**   represented by   **Karen Beyea-Schroeder**
Burnett Law Firm
3737 Buffalo Speedway
Ste. 1850
Houston, TX 77098
832-413-4410
Fax: 832-900-2120
Email: Karen.Schroeder@RBurnettLaw.com
*TERMINATED: 04/22/2021*
*LEAD ATTORNEY*

**Lowell Wayne Finson**
Finson Law Firm
126 Westwind Mall
Marina del Ray, CA 90292
602-377-2903
Email: lowell@finsonlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hospira, Inc.**   represented by   **Francis X. Manning**
Stradley, Ronon, Stevens & Young, LLP (Cherry Hill)
457 Haddonfield Road
Suite 100

Cherry Hill, NJ 08002
856-321-2403
Email: fmanning@stradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT J. NORCIA**
STRADLEY RONON STEVENS &
YOUNG, LLP
2005 MARKET STREET
STE 2600
PHILADELPHIA, PA 19103-7018
215-564-8663
Fax: 215-564-8120
Email: rnorcia@stradley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hospira Worldwide, LLC**
*formerly known as*
Hospira Worldwide, Inc.

represented by **Francis X. Manning**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT J. NORCIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sanofi-Aventis U.S. LLC**
*SEPARATELY AND*
*doing business as*
Winthrop U.S.

represented by **Stephen C. Matthews**
DLA Piper LLP (US)
51 John F. Kennedy Parkway
Suite 120
Short Hills, NJ 07078-2704
973-520-2541
Fax: 973-215-2602
Email: stephen.matthews@us.dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sanofi US Services Inc.**
*formerly known as*
Sanofi-Aventis U.S. Inc.

represented by **Stephen C. Matthews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Accord Healthcare, Inc.** | represented by | **Maha Munayyer Kabbash**<br>Riker, Danzig, Scherer, Hyland & Perretti, LLP<br>Headquarters Plaza<br>One Speedwell Avenue<br>P.O. Box 1981<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br>Email: mkabbash@riker.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**McKesson Corporation**
*doing business as*
McKesson Packaging

**Defendant**

**Sun Pharmaceutical Industries, Inc.**
*formerly known as*
Caraco Pharmaceutical Laboratories, Ltd.

**Defendant**

**Winthrop U.S.**

**Defendant**

| | | |
|---|---|---|
| **Sandoz, Inc.** | represented by | **Aaron Van Nostrand**<br>Greenburg Traurig LLP<br>500 Campus Drive<br>Suite 400<br>P.O. Box 677<br>Florham Park, NJ 07932-0677<br>973-443-3557<br>Fax: 973-295-1321<br>Email: vannostranda@gtlaw.com<br>*TERMINATED: 04/06/2021*<br>*LEAD ATTORNEY*<br><br>**Evan Courtright Holden**<br>Greenberg Traurig, LLP (Atlanta)<br>Terminus 200<br>3333 Piedmont Rd., NE<br>Suite 2500<br>Atlanta, GA 30305<br>678-553-7320<br>Email: holdene@gtlaw.com |

*ATTORNEY TO BE NOTICED*

**Lori Gail Cohen**
Greenberg Traurig, LLP (Atlanta)
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
678-553-2385
Email: cohenl@gtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald Clifton Merrell , II**
Greenberg Traurig, P.A
3333 Piedmont Road NE
Ste 2500
Atlanta, GA 30305
678-553-2175
Fax: 678-553-2176
Email: merrellc@gtlaw.com
*ATTORNEY TO BE NOTICED*

## Defendant

## Unidentified Parties
*John Doe Drug Company Defendants #1-10*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2020 | 1 | NOTICE OF REMOVAL by HOSPIRA INC. from Superior Court of Middlesex County, NJ, case number MID-L-003161-20. ( Filing and Admin fee $ 400 receipt number ANJDC-10872874), filed by HOSPIRA INC.. (Attachments: # 1 Exhibit Exhibit A, # 2 Certification, # 3 Civil Cover Sheet)(NORCIA, ROBERT) [Transferred from njd on 10/8/2020.] (Entered: 05/29/2020) |
| 05/29/2020 |  | Judge Peter G. Sheridan and Magistrate Judge Douglas E. Arpert added. (mg) [Transferred from njd on 10/8/2020.] (Entered: 05/29/2020) |
| 06/05/2020 | 2 | NOTICE of Appearance by FRANCIS X. MANNING on behalf of HOSPIRA INC., HOSPIRA WORLDWIDE, LLC (MANNING, FRANCIS) [Transferred from njd on 10/8/2020.] (Entered: 06/05/2020) |
| 06/08/2020 | 3 | Order Initial Conference set via telephone for 7/30/2020 at 10:00 AM before Magistrate Judge Douglas E. Arpert.. Signed by Magistrate Judge Douglas E. Arpert on 6/8/2020. (Attachments: # 1 Scheduling Conference DEA) (ce3) [Transferred from njd on 10/8/2020.] (Entered: 06/08/2020) |

| | | |
|---|---|---|
| 06/11/2020 | 4 | Corporate Disclosure Statement by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC identifying Pfizer Inc. as Corporate Parent.. (NORCIA, ROBERT) [Transferred from njd on 10/8/2020.] (Entered: 06/11/2020) |
| 06/25/2020 | 5 | MOTION to Remand *to State Court* by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 06/25/2020) |
| 06/25/2020 | 6 | MEMORANDUM in Support filed by All Plaintiffs re 5 MOTION to Remand *to State Court* (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 06/25/2020) |
| 06/25/2020 | | Set deadlines as to the 5 MOTION to Remand *to State Court*. Motion set for 7/20/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (abr) [Transferred from njd on 10/8/2020.] (Entered: 06/25/2020) |
| 06/26/2020 | 7 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re 5 MOTION to Remand *to State Court* . (MANNING, FRANCIS) [Transferred from njd on 10/8/2020.] (Entered: 06/26/2020) |
| 06/26/2020 | 8 | Request for Summons to be Issued by ELIZABETH CHAISSON-RICKER as to ACCORD HEALTHCARE, INC., HOSPIRA INC., HOSPIRA WORLDWIDE, LLC, MCKESSON CORPORATION, SANDOZ INC., SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMACEUTICAL INDUSTRIES INCORPORATED, Winthrop U.S.. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 06/26/2020) |
| 06/28/2020 | | Set deadlines as to 5 MOTION to Remand *to State Court*. Motion set for 8/3/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (abr) [Transferred from njd on 10/8/2020.] (Entered: 06/28/2020) |
| 06/28/2020 | 9 | SUMMONS ISSUED as to ACCORD HEALTHCARE, INC., HOSPIRA INC., HOSPIRA WORLDWIDE, LLC, MCKESSON CORPORATION, SANDOZ INC., SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMACEUTICAL INDUSTRIES INCORPORATED, Winthrop U.S.. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (abr) [Transferred from njd on 10/8/2020.] (Entered: 06/28/2020) |
| 07/13/2020 | 10 | AFFIDAVIT of Service for Summons & Complaint served on Hospira, Inc. on July 1, 2020, filed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 07/13/2020) |
| 07/13/2020 | 11 | AFFIDAVIT of Service for Summons & Complaint served on Winthrop U.S. on July 1, 2020, filed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 07/13/2020) |

| | | |
|---|---|---|
| 07/13/2020 | 12 | AFFIDAVIT of Service for Summons & Complaint served on Sanofi-Aventis US LLC on July 1, 2020, filed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 07/13/2020) |
| 07/13/2020 | 13 | AFFIDAVIT of Service for Summons & Complaint served on Sanofi U.S. Services, Inc. on July 1, 2020, filed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 07/13/2020) |
| 07/13/2020 | 14 | AFFIDAVIT of Service for Summons & Complaint served on Sandoz, Inc. on July 1, 2020, filed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 07/13/2020) |
| 07/13/2020 | 15 | AFFIDAVIT of Service for Summons & Complaint served on Sun Pharmacueticals Industries on July 1, 2020, filed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 07/13/2020) |
| 07/13/2020 | 16 | AFFIDAVIT of Service for Summons & Complaint served on McKesson Corporation on July 1, 2020, filed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 07/13/2020) |
| 07/13/2020 | 17 | AFFIDAVIT of Service for Summons & Complaint served on Hospira Worldwide, Inc. on July 1, 2020, filed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 07/13/2020) |
| 07/14/2020 | 18 | Application and Proposed Order for Clerk's Order to extend time to answer as to Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.. Attorney FRANCIS X. MANNING for HOSPIRA INC.,FRANCIS X. MANNING for HOSPIRA WORLDWIDE, LLC added. (MANNING, FRANCIS) [Transferred from njd on 10/8/2020.] (Entered: 07/14/2020) |
| 07/14/2020 | 19 | Letter from Sandoz requesting Consent Order that extends the time for Sandoz to answer, move, or otherwise respond to the Complaint. (Attachments: # 1 Text of Proposed Order)(VAN NOSTRAND, AARON) [Transferred from njd on 10/8/2020.] (Entered: 07/14/2020) |
| 07/15/2020 | | Clerk`s Text Order - The document 18 Application for Clerk's Order to Ext Answer/Proposed Order, submitted by HOSPIRA WORLDWIDE, LLC, HOSPIRA INC. has been GRANTED. The answer due date has been set for 8/5/2020. (abr) [Transferred from njd on 10/8/2020.] (Entered: 07/15/2020) |
| 07/15/2020 | 20 | Letter from Sandoz, Inc. withdraws its request for a consent order to extend the time for Sandoz to answer, move, or otherwise respond to the Complaint (Docket # 19) re 19 Letter. (VAN NOSTRAND, AARON) [Transferred from njd on 10/8/2020.] (Entered: 07/15/2020) |
| 07/20/2020 | 21 | Cross MOTION to Stay re 5 MOTION to Remand *to State Court* by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Certification, # 5 Exhibit 1 to Certification, # 6 Exhibit 2 to Certification, # 7 Exhibit 3 to Certification, # 8 Exhibit 4 to Certification) (MANNING, FRANCIS) [Transferred from njd on 10/8/2020.] (Entered: 07/20/2020) |

| | | |
|---|---|---|
| 07/27/2020 | 22 | Letter from David J. Fioccola. (Attachments: # 1 Text of Proposed Order Granting Extension to Respond)(FIOCCOLA, DAVID) [Transferred from njd on 10/8/2020.] (Entered: 07/27/2020) |
| 07/27/2020 | 23 | ANSWER to Complaint with JURY DEMAND by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC. (Attachments: # 1 Certificate of Service, # 2 Exhibit A, # 3 Exhibit B)(MANNING, FRANCIS) [Transferred from njd on 10/8/2020.] (Entered: 07/27/2020) |
| 07/28/2020 | | Set deadlines as to the 21 Cross MOTION to Stay re 5 MOTION to Remand *to State Court* . Motion set for 8/17/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jdb) [Transferred from njd on 10/8/2020.] (Entered: 07/28/2020) |
| 07/29/2020 | 24 | CONSENT ORDER that the time for McKesson to answer, move, or otherwise respond to Plaintiffs' Complaints are hereby extended to 8/10/2020. Signed by Magistrate Judge Douglas E. Arpert on 7/29/2020. (jem) [Transferred from njd on 10/8/2020.] (Entered: 07/29/2020) |
| 07/29/2020 | 25 | Letter from S. Matthews (Sanofi Defendants) re Consent Order Extending Time to Answer. (MATTHEWS, STEPHEN) [Transferred from njd on 10/8/2020.] (Entered: 07/29/2020) |
| 07/31/2020 | 26 | Proposed Order *Extending Time to Answer, Move or Otherwise Respond* by SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC re 25 Letter. (MATTHEWS, STEPHEN) [Transferred from njd on 10/8/2020.] (Entered: 07/31/2020) |
| 07/31/2020 | 27 | CONSENT ORDER extending time for Defendants SANOFI U.S. SERVICES INC. and SANOFI-VENTIS U.S. LLC to answer, move, or otherwise respond to the Third Amended Master Short Form Complaint to 08/18/2020. Signed by Magistrate Judge Douglas E. Arpert on 07/31/2020. (jdb) [Transferred from njd on 10/8/2020.] (Entered: 07/31/2020) |
| 08/03/2020 | 28 | MEMORANDUM in Opposition filed by ELIZABETH CHAISSON-RICKER re 21 Cross MOTION to Stay re 5 MOTION to Remand *to State Court* , 5 MOTION to Remand *to State Court* (Attachments: # 1 Exhibit Orders, # 2 Exhibit Orders)(BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 08/03/2020) |
| 08/05/2020 | 29 | NOTICE of Appearance by MAHA MUNAYYER KABBASH on behalf of ACCORD HEALTHCARE, INC. (KABBASH, MAHA) [Transferred from njd on 10/8/2020.] (Entered: 08/05/2020) |
| 08/05/2020 | 30 | Corporate Disclosure Statement by ACCORD HEALTHCARE, INC.. (KABBASH, MAHA) [Transferred from njd on 10/8/2020.] (Entered: 08/05/2020) |
| 08/05/2020 | 31 | Application and Proposed Order for Clerk's Order to extend time to answer as to Defendant Accord Healthcare, Inc... (KABBASH, MAHA) [Transferred from njd on 10/8/2020.] (Entered: 08/05/2020) |

| | | |
|---|---|---|
| 08/06/2020 | | Clerk`s Text Order - The document 31 Application for Clerk's Order to Ext Answer/Proposed Order submitted by ACCORD HEALTHCARE, INC. has been GRANTED. The answer due date has been set for 8/19/2020. (abr) [Transferred from njd on 10/8/2020.] (Entered: 08/06/2020) |
| 08/07/2020 | 32 | Letter from David J. Fioccola. (Attachments: # 1 Text of Proposed Order Granting Extension to Respond)(FIOCCOLA, DAVID) [Transferred from njd on 10/8/2020.] (Entered: 08/07/2020) |
| 08/10/2020 | 33 | CONSENT ORDER extending the time for McKesson to answer, move, or otherwise respond to Plaintiffs' Complaints to 8/30/2020. Signed by Magistrate Judge Douglas E. Arpert on 8/10/2020. (jmh) [Transferred from njd on 10/8/2020.] (Entered: 08/10/2020) |
| 08/18/2020 | 34 | ANSWER to Complaint by SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC.(MATTHEWS, STEPHEN) [Transferred from njd on 10/8/2020.] (Entered: 08/18/2020) |
| 08/18/2020 | 35 | Corporate Disclosure Statement by SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC identifying Sanofi as Corporate Parent.. (MATTHEWS, STEPHEN) [Transferred from njd on 10/8/2020.] (Entered: 08/18/2020) |
| 08/18/2020 | 36 | Proposed Order *Extending Time to Answer, Move, or Otherwise Reply to Plaintiff's Complaint* by ACCORD HEALTHCARE, INC.. (KABBASH, MAHA) [Transferred from njd on 10/8/2020.] (Entered: 08/18/2020) |
| 08/19/2020 | 37 | OMNIBUS STIPULATION AND CONSENT ORDER that the time Accord Healthcare, Inc. has to answer, move, or otherwise respond to Plaintiffs' Complaints in the cases herein are extended up to and including 8/31/2020. Signed by Magistrate Judge Douglas E. Arpert on 8/19/2020. (jem) [Transferred from njd on 10/8/2020.] (Entered: 08/19/2020) |
| 08/26/2020 | 38 | MOTION re 21 Cross MOTION to Stay re 5 MOTION to Remand *to State Court* by ACCORD HEALTHCARE, INC.. (KABBASH, MAHA) [Transferred from njd on 10/8/2020.] (Entered: 08/26/2020) |
| 08/26/2020 | | SET DEADLINE for the 38 MOTION re 21 Cross MOTION to Stay re 5 MOTION to Remand *to State Court* . Motion set for 9/21/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mg) [Transferred from njd on 10/8/2020.] (Entered: 08/27/2020) |
| 08/27/2020 | 39 | SUMMONS Returned Executed by ELIZABETH CHAISSON-RICKER. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/8/2020.] (Entered: 08/27/2020) |
| 08/31/2020 | 40 | MOTION to Dismiss *for Lack of Personal Jurisdiction* by ACCORD HEALTHCARE, INC.. Responses due by 9/21/2020 (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(KABBASH, MAHA) [Transferred from njd on 10/8/2020.] (Entered: 08/31/2020) |
| 08/31/2020 | 41 | BRIEF in Support filed by ACCORD HEALTHCARE, INC. re 40 MOTION to Dismiss |

| | | |
|---|---|---|
| | | *for Lack of Personal Jurisdiction* (Attachments: # 1 Exhibit A)(KABBASH, MAHA) [Transferred from njd on 10/8/2020.] (Entered: 08/31/2020) |
| 08/31/2020 | | SET MOTION deadline for 10/5/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (mg) [Transferred from njd on 10/8/2020.] (Entered: 08/31/2020) |
| 08/31/2020 | 42 | Letter from David J. Fioccola. (Attachments: # 1 Text of Proposed Order Granting Extension to Respond)(FIOCCOLA, DAVID) [Transferred from njd on 10/8/2020.] (Entered: 08/31/2020) |
| 09/02/2020 | 43 | CONSENT ORDER that the time for McKesson to answer, move, or otherwise respond to Plaintiff's Complaints in these matters is stayed pending the Court's ruling on the Motions. Signed by Magistrate Judge Douglas E. Arpert on 9/02/2020. (jem) [Transferred from njd on 10/8/2020.] (Entered: 09/02/2020) |
| 09/10/2020 | 44 | Proposed Order *Staying All Proceedings Related to Defendant Accord Healthcare, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction* by ACCORD HEALTHCARE, INC.. (KABBASH, MAHA) [Transferred from njd on 10/8/2020.] (Entered: 09/10/2020) |
| 09/14/2020 | 45 | OMNIBUS STIPULATION AND CONSENT ORDER staying all proceedings related to Defendant, Accord Healthcare, Inc's Motion to Dismiss for Lack of Personal Jurisdiction. The Clerk is directed to Administratively Terminate the Motion to Dismiss filed by Accord Healthcare, Inc and Defendant, Accord Healthcare, Inc may renew its Motion to Dismiss at a future date by advising the Court in writing. Signed by Magistrate Judge Douglas E. Arpert on 09/14/2020. (jdb) [Transferred from njd on 10/8/2020.] (Entered: 09/14/2020) |
| 10/02/2020 | 46 | Order of MDL Panel transferring case to the USDC for the LAED. (dm ) [Transferred from njd on 10/8/2020.] (Entered: 10/02/2020) |
| 10/08/2020 | 47 | Case transferred in from District of New Jersey; Case Number 3:20-cv-06530. Electronic file certified copy of transfer order and docket sheet received (ecm) (Entered: 10/08/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/09/2022 14:14:57 | | | |
| PACER Login: | lowellfinson | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:20-cv-02675-JTM-MBN |
| Billable Pages: | 7 | Cost: | 0.70 |

Stephen C. Matthews (055801994)
**DLA Piper LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
Telephone No.: (973) 520-2541
Fax No.: (973) 215-2602
stephen.matthews@dlapiper.com

*Attorneys for Defendants Sanofi U.S.
Services, Inc. and sanofi-aventis U.S. LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELIZABETH CHAISSON-RICKER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SANOFI S.A.; AVENTIS PHARMA, S.A.; SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC.; et al.,<br><br>　　　　　　Defendants. | Case No. 3:20-cv-06530 (PGS)(DEA)<br><br>**DEFENDANTS SANOFI U.S. SERVICES INC. AND SANOFI-AVENTIS U.S. LLC'S ANSWER TO PLAINTIFF'S THIRD AMENDED SHORT FORM COMPLAINT** |

Defendants Sanofi U.S. Services Inc. and sanofi-aventis U.S. LLC (collectively "Defendants") respond to Plaintiff's Third Amended Short Form Complaint ("SFC") as follows:

1. In response to paragraph 1 of Plaintiff's SFC, Defendants admit only that this action is filed on behalf of the named Plaintiff. Defendants further state that as Defendants' time to respond to the Third Amended Master Long Form Complaint in *In re Taxotere Litigation*, MCL No. 628, Master Case No. MID-L-4998-18-CM, is currently stayed, no response to Plaintiff's SFC is due at this time. Further, Defendants hereby incorporate into this Answer any

Answer, including Affirmative Defenses, subsequently filed by Defendants in MCL No. 628 in response to the operable Master Long Form Complaint.

2-6. In response to paragraphs 2 through 6 of Plaintiff's SFC, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and for that reason deny each allegation.

7. In response to paragraph 7 of Plaintiff's SFC and its subparts, Defendants admit only that Plaintiff purports to bring this action against the parties identified in the checked boxes and to rely on certain allegations in the Master Complaint.

8-10. In response to paragraphs 8 through 10 of Plaintiff's SFC, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and for that reason deny each allegation.

11. In response to paragraph 11 of Plaintiff's SFC, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and for that reason deny each allegation and specifically deny that their conduct or FDA-approved docetaxel product caused or contributed to Plaintiff's alleged injuries.

12. In response to paragraph 12 of Plaintiff's SFC and its subparts, Defendants admit only that Plaintiff purports to assert the claims identified in the checked boxes and to rely on certain allegations in the Master Complaint.

13. In response to paragraph 13 of Plaintiff's SFC, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and for that reason deny each allegation and specifically deny that their conduct or FDA-approved docetaxel product caused or contributed to Plaintiff's alleged injuries.

Dated: August 18, 2020

**DLA PIPER LLP (US)**
*Attorneys for Sanofi U.S. Services Inc. & sanofi-aventis U.S. LLC*

*s/ Stephen C. Matthews*
Stephen C. Matthews