# EXHIBIT B

# RELEVANT CENTRALITY DOCKET

Page rotated.

# MDL CENTRALITY

## IN RE TAXOTERE
### MDL 2740



HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼

Fact Sheet Information

## MDL 2740 - Taxotere

### Search Results

**Return to Search Results**　　**Edit Plaintiff Information**

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 15428 | **DOB:** | 09/14/1950 |
| **Name:** | ELIZABETH CHAISSON RICKER | **Email:** | |
| **Most Recent PFS Submitted:** | 04/29/2022 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes |
| **Drug Name:** | Winthrop US; Hospira, Inc. | **Unknown Certification:** | Yes |
| **Treatment Dates:** | 12/27/2011 to 04/17/2012 | **Docket No.:** | 2:20-cv-02675 |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Finson Law Firm |

**Comments**

### Documents

**View Documents**　**Upload**　**Deficiency Response**

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 535951 | Sanofi - Defendant Fact Sheet Attachment - 15428_1 | 10/07/2022 | |
| 535950 | Sanofi Defendant Fact Sheet | 10/07/2022 | |
| 528970 | Workers Compensation Authorization | 04/29/2022 | Remove |
| 528969 | Psychiatric Records Authorization | 04/29/2022 | Remove |
| 528968 | HIPAA Authorization | 04/29/2022 | Remove |
| 528967 | Disability Claims Authorization | 04/29/2022 | Remove |
| 528966 | Health Insurance Record Authorization | 04/29/2022 | Remove |
| 528965 | Fourth Amended Plaintiff Fact Sheet | 04/29/2022 | Remove |
| 528963 | CMO 12 Product Identification | 04/29/2022 | Remove |
| 527435 | CMO 12 Product Identification | 03/07/2022 | Remove |
| 525380 | Health Insurance Record Authorization | 12/08/2021 | Remove |
| 524904 | Sanofi First Amended Defendant Fact Sheet | 11/03/2021 | |
| 524886 | Sandoz - Defendant Fact Sheet Certification | 11/03/2021 | |
| 524283 | Hospira First Amended Defendant Fact Sheet | 10/04/2021 | |
| 524282 | Defendant Fact Sheet Certification - HOSPIRA | 10/04/2021 | |
| 522675 | CMO 12 Product Identification | 07/26/2021 | Remove |
| 522674 | Third Amended Plaintiff Fact Sheet | 07/26/2021 | |
| 521685 | Sandoz Defendant Fact Sheet | 07/07/2021 | |
| 521684 | Sandoz - Defendant Fact Sheet Certification | 07/07/2021 | |
| 519360 | PTO 71 Written Statement | 05/13/2021 | Remove |
| 519335 | Response to Deficiency Notice | 05/13/2021 | |
| 519334 | Second Amended Plaintiff Fact Sheet | 05/13/2021 | |
| 519333 | Workers Compensation Authorization | 05/13/2021 | |
| 519332 | Psychiatric Records Authorization | 05/13/2021 | Remove |
| 519331 | HIPAA Authorization | 05/13/2021 | Remove |
| 519330 | Health Insurance Record Authorization | 05/13/2021 | Remove |
| 519329 | Employment Authorization | 05/13/2021 | Remove |
| 519328 | Employment Authorization | 05/13/2021 | Remove |

## DFS Deficiency Notice

### Fact Sheet Information

| | Defendant Type | | Date | Action |
|---|---|---|---|---|
| 519327 | | Properly Executed Verification of PFS | 05/13/2021 | Remove |
| 519325 | | Disability Claims Authorization | 05/13/2021 | Remove |
| 517736 | | HIPAA Authorization | 04/14/2021 | Remove |
| 514306 | | Amended Deficiency Notice | 02/25/2021 | |
| 514094 | | Hospira Defendant Fact Sheet | 02/24/2021 | |
| 514095 | | Defendant Fact Sheet Certification - Hospira | 02/24/2021 | |
| 514052 | | Response to Deficiency Notice | 02/23/2021 | Remove |
| 514053 | | Psychiatric Records Authorization | 02/23/2021 | Remove |
| 514051 | | Disability Claims Authorization | 02/23/2021 | Remove |
| 514050 | | Employment Authorization | 02/23/2021 | Remove |
| 514048 | | Workers Compensation Authorization | 02/23/2021 | Remove |
| 514047 | | Proof of Injury - Before & After Photographs | 02/23/2021 | Remove |
| 514046 | | Proof of Injury - Before & After Photographs | 02/23/2021 | Remove |
| 514045 | | Proof of Injury - Before & After Photographs | 02/23/2021 | Remove |
| 514044 | | First Amended Plaintiff Fact Sheet | 02/23/2021 | |
| 513103 | | Defendant Fact Sheet Exhibit A - Hospira | 02/12/2021 | |
| 513102 | | Defendant Fact Sheet - Exhibit A Cover Sheet - Hospira | 02/12/2021 | |
| 512496 | | Defendant Fact Sheet Exhibit B - Hospira | 02/08/2021 | |
| 508051 | | Deficiency Notice | 12/15/2020 | |
| 507862 | | PTO 71 Written Statement | 12/14/2020 | Remove |
| 507861 | | HIPAA Authorization | 12/14/2020 | Remove |
| 507860 | | Health Insurance Record Authorization | 12/14/2020 | Remove |
| 507859 | | Properly Executed Verification of PFS | 12/14/2020 | Remove |
| 507858 | | Plaintiff Fact Sheet | 12/13/2020 | Remove |
| 507657 | | Proof of Injury - Before & After Photographs | 12/13/2020 | Remove |
| 507656 | | Proof of Injury - Before & After Photographs | 12/13/2020 | Remove |
| 507655 | | Proof of Injury - Before & After Photographs | 12/13/2020 | Remove |
| 507653 | | Medical Invoices or Billing Records | 12/13/2020 | Remove |
| 507651 | | Proof of Use -- Medical Records | 12/13/2020 | Remove |

Fact Sheet Information

## Plaintiff Fact Sheet

### I. Plaintiff Fact Sheet

| | | | |
|---|---|---|---|
| Sanofi | 10/07/2022 | View | Respond |
| Sandoz | 11/03/2021 | View | Respond |
| Hospira | 10/04/2021 | View | Respond |

Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.