UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 :  : SECTION "H" (5) : JUDGE JANE TRICHE MILAZZO : MAG. JUDGE MICHAEL B. NORTH : |
| THIS DOCUMENT RELATES TO Elizabeth Chaisson-Ricker v. Sanofi et al. Case No. 2:20-02675-JTM-MBN | : : |

**[PROPOSED ORDER] DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35**

The Court finds Plaintiff properly served the Defendants, Defendants' Motion to Dismiss therefore, is DENIED

So Ordered on this _____ day of _____, 2022.

_____
U.S. District Judge Presiding