# EXHIBIT A

# RELEVANT DOCKET ENTRIES

CONSOL,TAXOTERE

# U.S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:20-cv-02664-JTM-MBN

Rooney v. Hospira, Inc. et al
Assigned to: Judge Jane Triche Milazzo
Referred to: Magistrate Judge Michael North
Lead case: 2:16-md-02740-JTM-MBN
Member case: (View Member Case)
Case in other court: New Jersey, 3:20-cv-06478
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/07/2020
Jury Demand: Defendant
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

### Plaintiff

**Donna Rooney**  represented by  **Karen Beyea-Schroeder**
Burnett Law Firm
3737 Buffalo Speedway
Ste. 1850
Houston, TX 77098
832-413-4410
Fax: 832-900-2120
Email: Karen.Schroeder@RBurnettLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Hospira, Inc.**  represented by  **Francis X. Manning**
Stradley, Ronon, Stevens & Young, LLP (Cherry Hill)
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002
856-321-2403
Email: fmanning@stradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT J. NORCIA**
STRADLEY RONON STEVENS & YOUNG, LLP

2005 MARKET STREET
STE 2600
PHILADELPHIA, PA 19103-7018
215-564-8663
Fax: 215-564-8120
Email: rnorcia@stradley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hospira Worldwide, LLC**
*formerly known as*
Hospira Worldwide, Inc.

represented by **Francis X. Manning**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT J. NORCIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sanofi US Services Inc.**
*formerly known as*
Sanofi-Aventis U.S. Inc.

**Defendant**

**Sanofi-Aventis U.S. LLC**
*SEPARATELY*
*doing business as*
Winthrop U.S.

**Defendant**

**Sandoz, Inc.**

represented by **Ronald J. Vander Veen**
Cunningham Dalman, P.C.
321 Settlers Road
Holland, MI 49423
616-392-1821
Email: rjvv@holland-law.com
*TERMINATED: 04/06/2021*
*LEAD ATTORNEY*

**Evan Courtright Holden**
Greenberg Traurig, LLP (Atlanta)
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
678-553-7320

Email: holdene@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Lori Gail Cohen**
Greenberg Traurig, LLP (Atlanta)
Terminus 200
3333 Piedmont Rd., NE
Suite 2500
Atlanta, GA 30305
678-553-2385
Email: cohenl@gtlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald Clifton Merrell, II**
Greenberg Traurig, P.A
3333 Piedmont Road NE
Ste 2500
Atlanta, GA 30305
678-553-2175
Fax: 678-553-2176
Email: merrellc@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Accord Healthcare, Inc.**

**Defendant**

**McKesson Corporation**
*doing business as*
McKesson Packaging

**Defendant**

**Sun Pharmaceutical Industries, Inc.**
*formerly known as*
Caraco Pharmaceutical Laboratories, Ltd.

**Defendant**

**Actavis LLC**
*formerly known as*
Actavis Inc.

**Defendant**

**Actavis Pharma, Inc.**

**Defendant**

**Sagent Pharmaceuticals, Inc**

**Defendant**

**Winthrop U.S.**

**Defendant**

**Unidentified Parties**

*John Doe Drug Company Defendants #1-10*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2020 | 1 | NOTICE OF REMOVAL by HOSPIRA INC., HOSPIRA WOLDWIDE, INC. from Superior Court of Middlesex County, NJ, case number MID-L-003052-20. ( Filing and Admin fee $ 400 receipt number ANJDC-10868551), filed by HOSPIRA INC., HOSPIRA WOLDWIDE, INC.. (Attachments: # 1 Exhibit Exhibit A, # 2 Certification, # 3 Civil Cover Sheet)(NORCIA, ROBERT) [Transferred from njd on 10/7/2020.] (Entered: 05/28/2020) |
| 05/28/2020 |  | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: This Notice of Removal has previously been opened as 3:20-cv-6476 AND 3:20-cv-6477. In the event an error is made during the case opening process please call (609)989-2065 for assistance. **DO NOT** create a new case. **ALL plaintiffs and defendants** listed in the caption of the original state court complaint should have been added to the docket . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) [Transferred from njd on 10/7/2020.] (Entered: 05/28/2020) |
| 05/28/2020 |  | Judge Peter G. Sheridan and Magistrate Judge Douglas E. Arpert added. (mg) [Transferred from njd on 10/7/2020.] (Entered: 05/28/2020) |
| 05/28/2020 |  | CLERK'S QUALITY CONTROL MESSAGE - KAREN HOPE BEYEA-SCHROEDER appears to have address information that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (mg) [Transferred from njd on 10/7/2020.] (Entered: 05/28/2020) |
| 06/05/2020 | 2 | NOTICE of Appearance by FRANCIS X. MANNING on behalf of HOSPIRA INC., HOSPIRA WORLDWIDE, LLC (MANNING, FRANCIS) [Transferred from njd on 10/7/2020.] (Entered: 06/05/2020) |
| 06/08/2020 | 3 | Order Initial Conference set via telephone for 7/30/2020 at 10:00 AM before Magistrate Judge Douglas E. Arpert.. Signed by Magistrate Judge Douglas E. Arpert on 6/8/2020. (Attachments: # 1 Scheduling Conference DEA) (ce3) [Transferred from njd on 10/7/2020.] (Entered: 06/08/2020) |
| 06/11/2020 | 4 | Corporate Disclosure Statement by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC |

| | | |
|---|---|---|
| | | identifying Pfizer Inc. as Corporate Parent.. (NORCIA, ROBERT) [Transferred from njd on 10/7/2020.] (Entered: 06/11/2020) |
| 06/25/2020 | 5 | MOTION to Remand *to State Court* by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/7/2020.] (Entered: 06/25/2020) |
| 06/25/2020 | 6 | MEMORANDUM in Support filed by All Plaintiffs re 5 MOTION to Remand *to State Court* (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/7/2020.] (Entered: 06/25/2020) |
| 06/25/2020 | | Set Deadlines as to the 5 MOTION to Remand *to State Court*. Motion set for 7/20/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) [Transferred from njd on 10/7/2020.] (Entered: 06/25/2020) |
| 06/26/2020 | 7 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re 5 MOTION to Remand *to State Court* . (MANNING, FRANCIS) [Transferred from njd on 10/7/2020.] (Entered: 06/26/2020) |
| 06/26/2020 | | Set Deadlines as to the 5 MOTION to Remand *to State Court*. Motion set for 8/3/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) [Transferred from njd on 10/7/2020.] (Entered: 06/26/2020) |
| 06/26/2020 | 8 | Request for Summons to be Issued by DONNA ROONEY, Winthrop U.S. as to ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA INC., HOSPIRA WORLDWIDE, LLC, MCKESSON CORPORATION, SAGENT PHARMACEUTICALS INC., SANDOZ, INC., SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMACEUTICAL INDUSTRIES, INC., Winthrop U.S.. (BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/7/2020.] (Entered: 06/26/2020) |
| 06/29/2020 | 9 | SUMMONS ISSUED as to ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA INC., HOSPIRA WORLDWIDE, LLC, MCKESSON CORPORATION, SAGENT PHARMACEUTICALS INC., SANDOZ, INC., SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMACEUTICAL INDUSTRIES, INC., Winthrop U.S.. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jem) [Transferred from njd on 10/7/2020.] (Entered: 06/29/2020) |
| 07/14/2020 | 10 | Letter from Sandoz requesting Consent Order that extends the time for Sandoz to answer, move, or otherwise respond to the Complaint. (Attachments: # 1 Text of Proposed Order)(VAN NOSTRAND, AARON) [Transferred from njd on 10/7/2020.] (Entered: 07/14/2020) |
| 07/15/2020 | 11 | Letter from Sandoz, Inc. withdraws its request for a consent order to extend the time for |

| | | | |
|---|---|---|---|
| | | | Sandoz to answer, move, or otherwise respond to the Complaint (Docket # 10) re 10 Letter. (VAN NOSTRAND, AARON) [Transferred from njd on 10/7/2020.] (Entered: 07/15/2020) |
| 07/15/2020 | | 12 | MOTION for Extension of Time to File Response/Reply as to 9 Summons Issued, by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC. (MANNING, FRANCIS) [Transferred from njd on 10/7/2020.] (Entered: 07/15/2020) |
| 07/15/2020 | | 13 | Application and Proposed Order for Clerk's Order to extend time to answer as to Third Amended Complaint.. (MANNING, FRANCIS) [Transferred from njd on 10/7/2020.] (Entered: 07/15/2020) |
| 07/16/2020 | | | Clerk`s Text Order - The document 13 Application for Clerk's Order to Ext Answer/Proposed Order submitted by HOSPIRA WORLDWIDE, LLC, HOSPIRA INC. has been GRANTED. The answer due date has been set for 8/03/2020. (jem) [Transferred from njd on 10/7/2020.] (Entered: 07/16/2020) |
| 07/20/2020 | | 14 | Cross MOTION to Stay re 5 MOTION to Remand *to State Court* by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Certification, # 5 Exhibit 1 to Certification, # 6 Exhibit 2 to Certification, # 7 Exhibit 3 to Certification, # 8 Exhibit 4 to Certification) (MANNING, FRANCIS) [Transferred from njd on 10/7/2020.] (Entered: 07/20/2020) |
| 07/21/2020 | | | Set Deadlines as to the 14 Cross MOTION to Stay re 5 MOTION to Remand *to State Court* . Motion set for 8/17/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) [Transferred from njd on 10/7/2020.] (Entered: 07/21/2020) |
| 07/27/2020 | | 15 | ANSWER to Complaint with JURY DEMAND by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC. (Attachments: # 1 Certificate of Service, # 2 Exhibit A, # 3 Exhibit B)(MANNING, FRANCIS) [Transferred from njd on 10/7/2020.] (Entered: 07/27/2020) |
| 08/03/2020 | | 16 | MEMORANDUM in Opposition filed by DONNA ROONEY re 14 Cross MOTION to Stay re 5 MOTION to Remand *to State Court* , 5 MOTION to Remand *to State Court* (Attachments: # 1 Exhibit Orders, # 2 Exhibit Orders)(BEYEA-SCHROEDER, KAREN) [Transferred from njd on 10/7/2020.] (Entered: 08/03/2020) |
| 10/02/2020 | | 17 | Order of MDL Panel transferring case to the USDC for the LAED. (dm ) [Transferred from njd on 10/7/2020.] (Entered: 10/02/2020) |
| 10/07/2020 | | 18 | Case transferred in from District of New Jersey; Case Number 3:20-cv-06478. Electronic file certified copy of transfer order and docket sheet received (ecm) (Entered: 10/07/2020) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 09/28/2022 13:57:07 | | | |
| PACER Login: | lowellfinson | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:20-cv-02664-JTM-MBN |
| Billable Pages: | 5 | Cost: | 0.50 |

Query   Reports   Utilities   Help   Log Out

CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:20-cv-06478-PGS-DEA

ROONEY v. HOSPIRA INC. et al
Assigned to: Judge Peter G. Sheridan
Referred to: Magistrate Judge Douglas E. Arpert
Case in other court: SUPERIOR COURT OF NEW JERSEY
MIDDLESEX COUNTY, MID-L003052-20
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 05/28/2020
Date Terminated: 10/02/2020
Jury Demand: Defendant
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

## Plaintiff

**DONNA ROONEY**, PA      represented by **KAREN HOPE BEYEA-SCHROEDER**
BURNETT LAW FIRM
3737 BUFFALO SPEEDWAY
SUITE 1850
77098, SUITE 2200
HOUSTON, TX 77027
832-214-4883
Fax: 713-650-1400
Email: Karen.schroeder@rburnettlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**HOSPIRA INC.**      represented by **FRANCIS X. MANNING**
STRADLEY, RONON, STEVENS & YOUNG, LLP
LibertyView
457 Haddonfield Road
SUITE 100
CHERRY HILL, NJ 08002
(856) 321-2400
Fax: 856-321-2415
Email: fmanning@stradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**HOSPIRA WORLDWIDE, LLC**
*formerly known as*
HOSPIRA WORLDWIDE, INC.

represented by **FRANCIS X. MANNING**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT J. NORCIA**
STRADLEY RONON STEVENS &
YOUNG, LLP
2005 MARKET STREET
STE 2600
PHILADELPHIA, PA 19103-7018
215-564-8663
Fax: 215-564-8120
Email: rnorcia@stradley.com
*ATTORNEY TO BE NOTICED*

**ROBERT J. NORCIA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**SANOFI S.A.**

**Defendant**
**AVENTIS PHARMA S.A.**

**Defendant**
**SANOFI U.S. SERVICES INC.**
*formerly known as*
SANOFI-AVENTIS U.S. INC.

**Defendant**
**SANOFI-AVENTIS U.S. LLC**
*SEPARATELY*
*doing business as*
WINTHROP U.S.

**Defendant**
**SANDOZ, INC.**

**Defendant**
**ACCORD HEALTHCARE, INC.**

**Defendant**

**MCKESSON CORPORATION**
*doing business as*
MCKESSON PACKAGING

**Defendant**

**SUN PHARMA GLOBAL FZE**

**Defendant**

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
*formerly known as*
CARACO PHARMACEUTICAL LABORATORIES, LTD.

**Defendant**

**ACTAVIS LLC**
*formerly known as*
ACTAVIS INC.

**Defendant**

**ACTAVIS PHARMA, INC.**

**Defendant**

**PFIZER, INC.**

**Defendant**

**SAGENT PHARMACEUTICALS INC.**

**Defendant**

**JOHN DOE DRUG COMPANY DEFENDANTS #1-10**

**Defendant**

Winthrop U.S.

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2020 | 1 | NOTICE OF REMOVAL by HOSPIRA INC., HOSPIRA WOLDWIDE, INC. from Superior Court of Middlesex County, NJ, case number MID-L-003052-20. ( Filing and Admin fee $ 400 receipt number ANJDC-10868551), filed by HOSPIRA INC., HOSPIRA WOLDWIDE, INC.. (Attachments: # 1 Exhibit Exhibit A, # 2 Certification, # 3 Civil Cover Sheet)(NORCIA, ROBERT) (Entered: 05/28/2020) |
| 05/28/2020 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: This Notice of Removal has previously been opened as 3:20-cv-6476 AND 3:20-cv-6477. In the event |

| | | |
|---|---|---|
| | | an error is made during the case opening process please call (609)989-2065 for assistance. **DO NOT** create a new case. **ALL plaintiffs and defendants** listed in the caption of the original state court complaint should have been added to the docket. The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (jjc, ) (Entered: 05/28/2020) |
| 05/28/2020 | | Judge Peter G. Sheridan and Magistrate Judge Douglas E. Arpert added. (mg) (Entered: 05/28/2020) |
| 05/28/2020 | | CLERK'S QUALITY CONTROL MESSAGE - KAREN HOPE BEYEA-SCHROEDER appears to have address information that does not match the court's records for this case. Please refer to the court's website at www.njd.uscourts.gov for information and instructions on maintaining your account. (mg) (Entered: 05/28/2020) |
| 06/05/2020 | 2 | NOTICE of Appearance by FRANCIS X. MANNING on behalf of HOSPIRA INC., HOSPIRA WORLDWIDE, LLC (MANNING, FRANCIS) (Entered: 06/05/2020) |
| 06/08/2020 | 3 | Order Initial Conference set via telephone for 7/30/2020 at 10:00 AM before Magistrate Judge Douglas E. Arpert.. Signed by Magistrate Judge Douglas E. Arpert on 6/8/2020. (Attachments: # 1 Scheduling Conference DEA) (ce3) (Entered: 06/08/2020) |
| 06/11/2020 | 4 | Corporate Disclosure Statement by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC identifying Pfizer Inc. as Corporate Parent.. (NORCIA, ROBERT) (Entered: 06/11/2020) |
| 06/25/2020 | 5 | MOTION to Remand *to State Court* by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(BEYEA-SCHROEDER, KAREN) (Entered: 06/25/2020) |
| 06/25/2020 | 6 | MEMORANDUM in Support filed by All Plaintiffs re 5 MOTION to Remand *to State Court* (BEYEA-SCHROEDER, KAREN) (Entered: 06/25/2020) |
| 06/25/2020 | | Set Deadlines as to the 5 MOTION to Remand *to State Court*. Motion set for 7/20/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 06/25/2020) |
| 06/26/2020 | 7 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion re 5 MOTION to Remand *to State Court* . (MANNING, FRANCIS) (Entered: 06/26/2020) |
| 06/26/2020 | | Set Deadlines as to the 5 MOTION to Remand *to State Court*. Motion set for 8/3/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 06/26/2020) |
| 06/26/2020 | 8 | Request for Summons to be Issued by DONNA ROONEY, Winthrop U.S. as to ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA INC., HOSPIRA WORLDWIDE, LLC, MCKESSON CORPORATION, |

| | | |
|---|---|---|
| | | SAGENT PHARMACEUTICALS INC., SANDOZ, INC., SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMACEUTICAL INDUSTRIES, INC., Winthrop U.S.. (BEYEA-SCHROEDER, KAREN) (Entered: 06/26/2020) |
| 06/29/2020 | 9 | SUMMONS ISSUED as to ACCORD HEALTHCARE, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC., HOSPIRA INC., HOSPIRA WORLDWIDE, LLC, MCKESSON CORPORATION, SAGENT PHARMACEUTICALS INC., SANDOZ, INC., SANOFI U.S. SERVICES INC., SANOFI-AVENTIS U.S. LLC, SUN PHARMACEUTICAL INDUSTRIES, INC., Winthrop U.S.. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jem) (Entered: 06/29/2020) |
| 07/14/2020 | 10 | Letter from Sandoz requesting Consent Order that extends the time for Sandoz to answer, move, or otherwise respond to the Complaint. (Attachments: # 1 Text of Proposed Order)(VAN NOSTRAND, AARON) (Entered: 07/14/2020) |
| 07/15/2020 | 11 | Letter from Sandoz, Inc. withdraws its request for a consent order to extend the time for Sandoz to answer, move, or otherwise respond to the Complaint (Docket # 10) re 10 Letter. (VAN NOSTRAND, AARON) (Entered: 07/15/2020) |
| 07/15/2020 | 12 | MOTION for Extension of Time to File Response/Reply as to 9 Summons Issued, by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC. (MANNING, FRANCIS) (Entered: 07/15/2020) |
| 07/15/2020 | 13 | Application and Proposed Order for Clerk's Order to extend time to answer as to Third Amended Complaint.. (MANNING, FRANCIS) (Entered: 07/15/2020) |
| 07/16/2020 | | Clerk`s Text Order - The document 13 Application for Clerk's Order to Ext Answer/Proposed Order submitted by HOSPIRA WORLDWIDE, LLC, HOSPIRA INC. has been GRANTED. The answer due date has been set for 8/03/2020. (jem) (Entered: 07/16/2020) |
| 07/20/2020 | 14 | Cross MOTION to Stay re 5 MOTION to Remand *to State Court* by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC. (Attachments: # 1 Brief, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Certification, # 5 Exhibit 1 to Certification, # 6 Exhibit 2 to Certification, # 7 Exhibit 3 to Certification, # 8 Exhibit 4 to Certification) (MANNING, FRANCIS) (Entered: 07/20/2020) |
| 07/21/2020 | | Set Deadlines as to the 14 Cross MOTION to Stay re 5 MOTION to Remand *to State Court* . Motion set for 8/17/2020 before Judge Peter G. Sheridan. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (jem) (Entered: 07/21/2020) |
| 07/27/2020 | 15 | ANSWER to Complaint with JURY DEMAND by HOSPIRA INC., HOSPIRA WORLDWIDE, LLC. (Attachments: # 1 Certificate of Service, # 2 Exhibit A, # 3 Exhibit B)(MANNING, FRANCIS) (Entered: 07/27/2020) |
| 08/03/2020 | 16 | MEMORANDUM in Opposition filed by DONNA ROONEY re 14 Cross MOTION to Stay re 5 MOTION to Remand *to State Court* , 5 MOTION to Remand *to State Court* |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Orders, # 2 Exhibit Orders)(BEYEA-SCHROEDER, KAREN) (Entered: 08/03/2020) |
| 10/02/2020 | 17 | Order of MDL Panel transferring case to the USDC for the LAED. (dm ) (Entered: 10/02/2020) |
| 10/02/2020 | | Case electronically transferred to the USDC for the LAED. (dm ) (Entered: 10/02/2020) |
| 10/07/2020 | | Case transferred from New Jersey has been opened in Eastern District of Louisiana as case 2:20-cv-02664. (eh, ) (Entered: 10/07/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/28/2022 15:09:29 | | | |
| PACER Login: | lowellfinson | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:20-cv-06478-PGS-DEA Start date: 1/1/1980 End date: 9/28/2022 |
| Billable Pages: | 4 | Cost: | 0.40 |