# EXHIBIT B

# RELEVANT CENTRALITY DOCKET

10/10/22, 12:53 PM

Fact Sheet Information

# MDL CENTRALITY

## IN RE TAXOTERE
### MDL 2740

HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼



## MDL 2740 - Taxotere

Return to Search Results

### Search Results

### Plaintiff Information

Edit Plaintiff Information

| | |
|---|---|
| **Plaintiff ID:** 15438 | |
| **Name:** DONNA ROONEY | **DOB:** 06/05/1963 |
| **Most Recent PFS Submitted:** 07/29/2021 | **Email:** |

### Plaintiff Snapshot

Comments

| | |
|---|---|
| **Treated with Taxotere:** No | **Treated with Generic:** Yes |
| **Drug Name:** Hospira, Inc. | **Unknown Certification:** Yes |
| **Treatment Dates:** 01/14/2013 to 03/8/2013 | **Docket No.:** 2:20-cv-02664 |
| **Properly Executed Verification of PFS:** View | **Proof of Injury - Medical Documentation:** N/A |
| **Proof of Injury - Before & After Photographs:** View | **Law Firm:** Finson Law Firm |

### Documents

View Documents | Upload

Deficiency Response



10/10/22, 12:53 PM Fact Sheet Information

# Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 524290 | Hospira First Amended Defendant Fact Sheet | 10/04/2021 | |
| 524289 | Defendant Fact Sheet Certification - HOSPIRA | 10/04/2021 | |
| 524288 | Defendant Fact Sheet Exhibit C - HOSPIRA | 10/04/2021 | |
| 522888 | Fourth Amended Plaintiff Fact Sheet | 07/29/2021 | |
| 522887 | CMO 12 Product Identification | 07/29/2021 | Remove |
| 522789 | Hospira Defendant Fact Sheet | 07/27/2021 | |
| 522788 | Defendant Fact Sheet Certification - HOSPIRA | 07/27/2021 | |
| 522437 | Psychiatric Records Authorization | 07/21/2021 | Remove |
| 522436 | Workers Compensation Authorization | 07/21/2021 | Remove |
| 522435 | HIPAA Authorization | 07/21/2021 | Remove |
| 522434 | Health Insurance Record Authorization | 07/21/2021 | Remove |
| 522433 | Employment Authorization | 07/21/2021 | Remove |
| 522432 | Employment Authorization | 07/21/2021 | Remove |
| 522431 | Disability Claims Authorization | 07/21/2021 | Remove |
| 522430 | Properly Executed Verification of PFS | 07/21/2021 | Remove |
| 522429 | PTO 71 Written Statement | 07/21/2021 | Remove |
| 517746 | Response to Deficiency Notice | 04/14/2021 | Remove |
| 517745 | Third Amended Plaintiff Fact Sheet | 04/14/2021 | |
| 517744 | Psychiatric Records Authorization | 04/14/2021 | Remove |
| 517743 | HIPAA Authorization | 04/14/2021 | Remove |
| 517742 | Health Insurance Record Authorization | 04/14/2021 | Remove |
| 517741 | Employment Authorization | 04/14/2021 | Remove |
| 517740 | Disability Claims Authorization | 04/14/2021 | Remove |
| 517739 | PTO 71 Written Statement | 04/14/2021 | Remove |
| 517687 | Amended Deficiency Notice | 04/14/2021 | |
| 517449 | Second Amended Plaintiff Fact Sheet | 04/12/2021 | |
| 517448 | Response to Deficiency Notice | 04/12/2021 | |
| 517447 | First Amended Plaintiff Fact Sheet | 04/12/2021 | |

Fact Sheet Information

| | | |
|---|---|---|
| Defendant Fact Sheet Exhibit A - Hospira | 02/12/2021 | |
| Defendant Fact Sheet - Exhibit A Cover Sheet - Hospira | 02/12/2021 | |
| Defendant Fact Sheet Exhibit B - Hospira | 02/08/2021 | |
| Deficiency Notice | 12/17/2020 | |
| Plaintiff Fact Sheet | 12/14/2020 | |
| Proof of Injury - Before & After Photographs | 12/14/2020 | Remove |
| Proof of Injury - Before & After Photographs | 12/14/2020 | Remove |
| Proof of Injury - Before & After Photographs | 12/14/2020 | Remove |
| Medical Invoices or Billing Records | 12/14/2020 | Remove |
| Proof of Use -- Medical Records | 12/14/2020 | Remove |

513112
513111
512503
508272
507761
507744
507742
507741
507739
507738

**DFS Deficiency Notice**

| Defendant Type | Date | Action |
|---|---|---|
| Hospira | 10/04/2021 | View   Respond |

**Plaintiff Fact Sheet**

I. Plaintiff Fact Sheet

Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.

https://www.mdlcentrality.com/Taxotere/Secure/MDL/Shared/PlaintiffConfirmation.aspx?id=103857&qid=15438

3/3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 <br> : <br> : SECTION "H" (5) <br> : JUDGE JANE TRICHE MILAZZO <br> : MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO <br> Donna Rooney v. Sanofi et al. <br> Case No. 2:20-cv-02664-JTM-MBN | : <br> : |

### [PROPOSED ORDER] DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35

The Court finds Plaintiff properly served the Defendants, Defendants' Motion to Dismiss therefore, is DENIED

So Ordered on this _____ day of _____, 2022.

_____
U.S. District Judge Presiding