UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 : : SECTION "H" (5) : JUDGE JANE TRICHE MILAZZO : MAG. JUDGE MICHAEL B. NORTH : |
| THIS DOCUMENT RELATES TO Donna Rooney v. Sanofi et al. Case No. 2:20-02664-JTM-MBN | : : |

## [PROPOSED ORDER] DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35

The Court finds Plaintiff properly served the Defendants, Defendants' Motion to Dismiss therefore, is DENIED

So Ordered on this _____ day of _____, 2022.

_____
U.S. District Judge Presiding