# EXHIBIT 1

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:18-cv-11902 | Blake | Hope | Served: Plaintiff Fact Sheet, before and after photographs, medical records; authorizations, PTO 71 statement, proof of product identification showing Sanofi.<br><br>Complaint now served.<br><br>Appeared on two of Defendants' show cause lists; Received Deficiency Notice from Defendants |
| 2:17-cv-08649 | Cain | Rebecca | Served: Four Plaintiff Fact Sheet, before and after photographs, medical records, authorizations, PTO 71 statement, proof of product identification showing Sanofi.<br><br>Complaint now served.<br><br>Served Actavis, received two deficiency notices from Defendants |
| 2:19-cv-03422 | Clamon | Rhonda | Served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, authorizations, proof of use.<br><br>Complaint now served<br><br>Received a deficiency notice and Hospira Defendant Fact Sheet |
| 2:19-cv-12235 | Johnson | Janice | Served: Three Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, authorizations, proof of use.<br><br>Complaint now served |
| 2:18-cv-04623 | Jones | Goldie | Will dismiss Sanofi after amending her complaint to include only Hospira. |
| 2:17-cv-11903 | Keller | Lisa | Originally filed and served only Hospira but has since identified and filed an amended complaint against Sanofi.<br><br>Has now served Sanofi.<br><br>Has served: Two Plaintiff Fact Sheets, medical records, authorizations, proof of use, proof of Sanofi as the manufacturer, before and after photographs, PTO 71A statement and ESI |
| 2:18-cv-04624 | Losada | Caridad | Has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Sanofi is the manufacturer.<br><br>Has now served Sanofi. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:17-cv-08617 | McClendon | Mary | This is a duplicate claim.  Plaintiff did serve Ms. McClendon's earlier-filed suit.  Plaintiff requests that this duplicate filing be dismissed but without prejudice to the other suit (17-07115). |
| 2:16-cv-15569 | Medici | Lisa | Served: Multiple Plaintiff Fact Sheet, before and after photographs, medical records; authorizations, PTO 71 statement, ESI production, proof of product identification showing Sanofi.<br><br>Complaint now served.<br><br>Received Deficiency Notice from Defendants |
| 2:19-cv-13233 | Oliver | Shirley | Served: Plaintiff Fact Sheet, authorizations, proof of use showing Sanofi as the manufacturer, medical records, PTO 71A statement, before and after photographs.<br><br>Complaint now served. |
| 2:18-cv-04629 | Turner | Martha | Served: Plaintiff Fact Sheet, Authorizations, Medical Records, Proof of Use, PTO 71A statement, proof of Sanofi as the manufacturer.<br><br>Complaint now served.<br><br>Appeared on a show cause list |
| 2:19-cv-12459 | Vickers | Cynthia | Served: Plaintiff Fact Sheet, Authorizations, Medical Records, before and after photographs, Proof of Use, PTO 71A statement, proof of Sanofi as the manufacturer.<br><br>Complaint now served. |
| 2:16-cv-15323 | Meyers | Monica | Served: Plaintiff Fact Sheet, Authorizations, Medical Records, before and after photographs, Proof of Use, PTO 71A statement, proof of Sanofi as the manufacturer.<br><br>Complaint now served.<br><br>Sanofi served Defendant Fact Sheet and supplements to the fact sheet. |