UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" |
| | JUDGE JANE TRICHE MILAZZO<br>MAG JUDGE NORTH |
| | **RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35.** |
| THIS DOCUMENT RELATES TO:<br><br>Renee DeShazor vs. Sanofi-Aventis US LLC, et al | **Civil Action No.: 2-17-cv-16669** |

## Introduction

Defendant Sanofi-Aventis US LLC ("Sanofi") appears to have filed its motion for dismissal in error. Plaintiff Renee DeShazor is listed on Exhibit A to its Motion to Dismiss for Failure to Comply with CMO 35, and is alleged to have failed to effectuate service of her complaint against Sanofi.

## Argument

Contrary to Sanofi's filing, Plaintiff DeShazor did in fact effectuate service on Sanofi, per CMO 9, on February 13, 2018 via email sent to taxoterecomplaints@shb.com. See Exhibit A to this response, Declaration of David Bonnin, and accompanying exhibit. Moreover, the record in this MDL indicates that Sanofi is aware of the DeShazor lawsuit. They have reviewed the discovery provided by Ms. DeShazor and even issued deficiency notices multiple times. See Exhibit A attached.

## Conclusion

Because Plaintiff DeShazor did in fact comply with CMO 9 and effectuated service on Sanofi over 4 years ago, and because Defendant has been aware of her case for over 4 years as

evidenced by multiple interactions with Plaintiff's counsel regarding the case, Defendant's motion to dismiss her case should be denied.

Dated this 11th day of October 2022.

                                            Respectfully Submitted,

                                            */s/ A. Craig Eiland*
                                            A. Craig Eiland
                                            LAW OFFICES OF A. CRAIG EILAND, PC
                                            2200 Market St., Ste. 501
                                            Galveston, Texas 77550
                                            Telephone: (409) 763-3260
                                            Facsimile: (409) 763-8154
                                            ceiland@eilandlaw.com

                                            **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ A. Craig Eiland*
A. Craig Eiland