# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" <br><br> JUDGE JANE TRICHE MILAZZO <br> MAG JUDGE NORTH <br><br> **RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35.** |
| THIS DOCUMENT RELATES TO: <br><br> Renee DeShazor vs. Sanofi-Aventis US LLC, et al | **Civil Action No.: 2-17-cv-16669** |

**Declaration of David C. Bonnin in Support of Plaintiffs Response in Opposition to Defendant's Motion to Dismiss for Failure to Comply with CMO 35.**

I, David Bonnin, am an attorney in the State of Texas represent Renee DeShazor in MDL No. 2740.

I am over 18 years of age and competent to make the following statements, and if called upon to testify could do so.

I am familiar with the facts of the case as stated herein.

In compliance with CMO 9, my assistant Teri Bradley sent email to Sanofi's counsel at the address taxoterecomplaints@shb.com on February 13, 2018. The email contained both the short form complaint and the summons. A true and correct copy of the email sent is attached to this declaration.

Defendant Sanofi has issued two deficiency notices in Ms. DeShazor's case, one on July 25, 2018, and one on August 28, 2018. True and correct copies of these deficiency notices are attached to this declaration.

Executed on October 11, 2022

_____
David C. Bonnin

**David Bonnin**

| | |
|---|---|
| **From:** | Teri Bradley |
| **Sent:** | Tuesday, February 13, 2018 11:08 AM |
| **To:** | 'taxoterecomplaints@shb.com' |
| **Subject:** | Plaintiff  Renee DeShazor (corrected) |
| **Attachments:** | 2018.1.30_Summons signed_Sanofi_DeShazor, Renee.pdf; 2017.12.11_FS SFC_DeShazor, Renee.pdf |

Attorneys of record:

A. Craig Eiland
ceiland@eilandlaw.com
David Bonnin
dbonnin@eilandlaw.com


Contact info:

The Law Offices of A. Craig Eiland, PC
2211 The Strand, Suite 201
Galveston, TX  77550
409.763.3260
713.513.5211 (e-fax)

This e-mail message and any files or attachments transmitted with it contain confidential and private information which is protected by the attorney-client and work-product privileges. This information is intended only for use by the recipient. Disclosure, copying, distribution, or taking any action on the contents of this e-mail is legally prohibited. If you have received this e-mail in error, please communicate with the sender immediately and destroy the original.

**VIA MDL CENTRALITY**

Law Offices of A. Craig Eiland
2211 The Strand, Ste. 201,
Galveston, TX 77550

RE: Notice of Deficiency in Plaintiff Fact Sheet
   *In re Taxotere., MDL No. 2740*
   Plaintiff Name & ID Number: DESHAZOR, RENEE - 5403
   Docket No. Provided on PFS: 2:17-cv-16669

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Place of Birth | I. 16 | Failed to respond. |
| 2. | Plaintiff Maiden or Other Names | I. 18 | Failed to respond. |
| 3. | Current Marital Status | II. 1 | Failed to respond. |
| 4. | Married | II. 2 | Failed to respond. |
| 5. | Educational Attainment | II. 4 | Failed to respond. |
| 6. | Are you currently employed? | II. 5 | Failed to respond. |
| 7. | Are you making a claim for lost wages or lost earning capacity? | II. 7 | Failed to respond. |
| 8. | Have you ever been out of work for more than thirty days for health reasons in the last seven years? | II. 9 | Failed to respond. |
| 9. | Filed for workers' compensation, social security, and/or disability benefits within last ten years? | II. 11 | Failed to respond. |
| 10. | Have you ever served in any branch of the military? | II.13 | Failed to respond. |
| 11. | Other lawsuit or claim | II. 17 | Failed to respond. |
| 12. | Public Internet Comment | II. 18 | Failed to respond. |
| 13. | Alopecia Support group member | II. 20 | Failed to respond. |

| | | | |
|---|---|---|---|
| 14. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 15. | Name of Drug | III.3 | Failed to respond. |
| 16. | "Unknown" Certification | III.4 | Failed to respond. |
| 17. | Current weight | IV. 3 | Failed to Respond. |
| 18. | Response 1 - Child's Name | IV. 7 | Failed to respond. |
| 19. | Response 1 - Address | IV. 7 | Failed to respond. |
| 20. | Response 1 - Date of Birth | IV. 7 | Failed to respond. |
| 21. | Date of first period (menses) | IV. 8 | Failed to respond. |
| 22. | Date of last period (menses) | IV. 9 | Failed to respond. |
| 23. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 24. | Response 1 - Annual Gynecological Doctor | IV. 11 | Other - Failed to provide gynecological exam information for 2004-present, or to indicate if they were skipped or missed. |
| 25. | Response 1 - Annual Mammogram Doctor | IV.12 | Other - Failed to provide mammogram information for 1993-present, or to indicate if they were skipped or missed. |
| 26. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 27. | Diagnosed with genetic increased cancer risk | IV. 14 | Failed to respond. |
| 28. | Radiation treatments or exposure to radiation before the age of 30 | IV. 15 | Failed to respond. |
| 29. | Tobacco Use | IV. 16 | Failed to respond. |
| 30. | Cigarette Use | IV. 19 | Other - Failed to provide duration of use (#of years). |
| 31. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 32. | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 33. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 34. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 35. | Diagnosed with cancer more than once | V. 2 | Failed to respond. |
| 36. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to respond. |
| 37. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide full name[s] of the primary oncologist. |
| 38. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide full address. |
| 39. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 40. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Other - Failed to provide information regarding surgery; please supplement. |
| 41. | Response 1 - Treatment - 2 | V. 5 | Other - Failed to provide information regarding surgery; please supplement. |
| 42. | Response 1 - Treatment - 2 | V. 5 | Failed to respond. |
| 43. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full name[s] of the treatment facility. |
| 44. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full address. |

| | | | |
|---|---|---|---|
| 45. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 46. | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 47. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 48. | Breast Cancer HER2 | V. 8. d | Failed to respond. |
| 49. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 50. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 51. | Response 1 - Residence Dates | V. 15 | Failed to provide residency information for full time period requested. |
| 52. | Currently taking Taxotere or Docetaxel | VI. 1 | Failed to respond |
| 53. | Currently cancer-free | VI. 2 | Failed to respond |
| 54. | Current Cancer Status | VI. 3 | Failed to respond. |
| 55. | Most recent date consulted with oncologist | VI. 4 | Failed to respond. |
| 56. | Persistent total alopecia | VI. 5 | Failed to respond. |
| 57. | Persistent alopecia of the head | VI. 5 | Failed to respond. |
| 58. | Diffuse thinning of hair: total scalp | VI. 5 | Failed to respond. |
| 59. | Moderate thinning of head hair after discontinuing treatment | VI. 5 | Failed to respond. |
| 60. | Small bald area in head hair | VI. 5 | Failed to respond. |
| 61. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to respond. |
| 62. | Other Hair Loss | VI. 5 | Failed to respond. |
| 63. | Permanent / Persistent Loss of Body Hair | VI. 5 | Failed to respond. |
| 64. | Permanent / Persistent Loss of Genital Hair | VI. 5 | Failed to respond. |
| 65. | Permanent / Persistent Loss of Nasal Hair | VI. 5 | Failed to respond. |
| 66. | Permanent / Persistent Loss of Ear Hair | VI. 5 | Failed to respond. |
| 67. | Permanent / Persistent Loss of Hair in Other Areas | VI. 5 | Failed to respond. |
| 68. | Have you ever received treatment for the alleged injury? | VI. 6 | Failed to respond. |
| 69. | Were you diagnosed by a healthcare provider for the alleged injury? | VI. 7 | Failed to respond |
| 70. | Discussed with healthcare provider whether Taxotere / Docetaxel caused or contributed to alleged injury? | VI. 8 | Failed to respond. |
| 71. | Were you ever given any instructions? | VI. 9 | Failed to respond. |
| 72. | Oral instructions regarding chemotherapy | VI. 11 | Failed to respond. |

| # | Topic | Section | Status |
|---|---|---|---|
| 73. | Seen advertisements? | VI. 13 | Failed to respond. |
| 74. | Communication with Defendants? | VI. 15 | Failed to respond. |
| 75. | Filed MedWatch Adverse Event Report | VI. 17 | Failed to respond. |
| 76. | Mental or Emotional Damages | VI. 18 | Failed to respond |
| 77. | Medical expenses for alleged injury | VI. 20 | Failed to respond. |
| 78. | Lost wages from alleged injury | VI. 22 | Failed to Respond. |
| 79. | Out-of-Pocket Expenses | VI. 25 | Failed to Respond. |
| 80. | Saw healthcare provider for hair loss before Taxotere / Docetaxel? | VII. 1 | Failed to respond. |
| 81. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide. |
| 82. | Special diet before or during hair loss? | VII. 6 | Failed to respond. |
| 83. | Scalp Biopsy | VII. | Failed to respond. |
| 84. | Blood Test | VII. | Failed to respond. |
| 85. | Hormone Test | VII. | Failed to respond. |
| 86. | Thyroid Condition | VII. | Failed to respond. |
| 87. | Thyroid Hormone Treatment | VII. | Failed to respond. |
| 88. | Low Iron Level | VII. | Failed to respond. |
| 89. | Endocrine or Hormonal Therapy | VII. 7 | Failed to respond. |
| 90. | Autoimmune Diseases | VII. 9 | Failed to respond |
| 91. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
| 92. | Hairwashing Interval | VII. 12 | Failed to respond |
| 93. | Chemically Processed or Straightened | VII. 13 | Failed to respond. |
| 94. | High Heat Processing | VII. 13 | Failed to respond. |
| 95. | Hair Dyed | VII. 13 | Failed to respond. |
| 96. | Highlights | VII. 13 | Failed to respond. |
| 97. | Braids | VII. 13 | Failed to respond. |
| 98. | Weaves | VII. 13 | Failed to respond. |
| 99. | Tight Hairstyles | VII. 13 | Failed to respond. |
| 100. | Extensions | VII. 13 | Failed to respond. |
| 101. | Other Hair Treatment | VII. 13 | Failed to respond. |
| 102. | Different Hair Care Regimen | VII. 15 | Failed to respond. |
| 103. | Cool Cap | VII. 17 | Failed to respond. |
| 104. | OTC Hair Loss Medications | VII. 19 | Failed to respond. |
| 105. | Has anything helped your hair loss? | VII. 21 | Failed to respond. |
| 106. | Wig | VII. 25 | Failed to respond |
| 107. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 108. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide complete healthcare provider information for 2010-present. |

| | | | |
|---|---|---|---|
| 109. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 110. | Response 2 - Healthcare Provider Dates | VIII. 1 | Failed to respond. |
| 111. | Response 2 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
| 112. | Response 3 - Healthcare Provider Dates | VIII. 1 | Failed to respond. |
| 113. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 114. | Response 1 - Facility Name | VIII. 2 | Other - Please provide complete facility information for 2010-present. |
| 115. | Response 1 - Laboratory Name | VIII. 3 | Other - Please provide complete laboratory information for 2008-present. |
| 116. | Response 1 - Laboratory Name | VIII. 3 | Failed to respond. |
| 117. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 118. | Response 1 - Laboratory Address | VIII. 3 | Failed to respond. |
| 119. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 120. | Response 1 - Laboratory Test | VIII. 3 | Failed to respond. |
| 121. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 122. | Response 1 - Pharmacy Name | VIII. 4 | Failed to respond. |
| 123. | Response 1 - Pharmacy Name | VIII. 4 | Failed to provide pharmacy information for full time period requested. |
| 124. | Response 1 - Pharmacy Name | VIII. 4 | Other - Please provide complete pharmacy information for 2008-2014. |
| 125. | Response 1 - Pharmacy Address | VIII. 4 | Failed to respond. |
| 126. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to respond. |
| 127. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to respond. |
| 128. | Response 1 - Retailer Name | VIII. 5 | Failed to respond. |
| 129. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 130. | Response 1 - Retailer Name | VIII. 5 | Other - Please provide complete retailer information for 2008-present. |
| 131. | Response 1 - Retailer Address | VIII. 5 | Failed to respond. |
| 132. | Response 1 - Retailer Dates | VIII. 5 | Failed to respond. |
| 133. | Response 1 - Retailer Purchases | VIII. 5 | Failed to respond. |
| 134. | Response 1 - Insurance Carrier | VIII. 6 | Failed to respond. |
| 135. | Response 1 - Insurance Carrier | VIII. 6 | Failed to provide insurance or pharmacy benefit information for full time period requested. |
| 136. | Response 1 - Insurance Carrier | VIII. 6 | Other - Please provide complete insurance information for 2008-present. |

| | | | |
|---|---|---|---|
| 137. | Response 1 - Insurance Carrier Address | VIII. 6 | Failed to respond. |
| 138. | Response 1 - Insurance Carrier Name of Insured | VIII. 6 | Failed to respond. |
| 139. | Response 1 - Insurance Carrier Insured SSN | VIII. 6 | Failed to respond. |
| 140. | Response 1 - Insurance Carrier Policy Number | VIII. 6 | Failed to respond. |
| 141. | Response 1 - Insurance Carrier Dates of Coverage | VIII. 6 | Failed to respond. |
| 142. | Documents Reviewed in Preparation for PFS | IX | Failed to respond |
| 143. | Documents Reviewed in Preparation for PFS - Who has the Documents | IX | Failed to respond |
| 144. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to respond. |
| 145. | Medical Records For Any Condition or Symptom | IX | Failed to respond. |
| 146. | Laboratory Results Related to Hair Loss | IX | Failed to respond. |
| 147. | Laboratory Results Related to Hair Loss - Who has the Documents | IX | Failed to respond. |
| 148. | Pathology Reports Related to Hair Loss | IX | Failed to respond. |
| 149. | Pathology Reports Related to Hair Loss - Who has the Documents | IX | Failed to respond. |
| 150. | Documents Reflecting Rx Drug Use | IX | Failed to respond. |
| 151. | Documents Reflecting Rx Drug Use - Who has the Documents | IX | Failed to respond. |
| 152. | Documents Identifying Chemotherapy Agents | IX | Failed to respond. |
| 153. | Documents for Workers' Compensation or Disability | IX | Failed to respond. |
| 154. | Documents for Workers' Compensation or Disability - Who has the Documents | IX | Failed to respond. |
| 155. | Taxotere Instructions, Warnings, Handouts | IX | Failed to respond. |
| 156. | Taxotere Instructions, Warnings, Handouts - Who has the Documents | IX | Failed to respond. |
| 157. | Taxotere Advertisements | IX | Failed to respond. |
| 158. | Taxotere Advertisements - Who has the Documents | IX | Failed to respond. |
| 159. | Taxotere Articles | IX | Failed to respond. |
| 160. | Taxotere Articles - Who has the Documents | IX | Failed to respond. |
| 161. | Packaging | IX | Failed to respond. |
| 162. | Packaging - Who has the Documents | IX | Failed to respond. |

| | | | |
|---|---|---|---|
| 163. | Documents Mentioning Health Risks | IX | Failed to respond. |
| 164. | Documents Mentioning Health Risks - Who has the Documents | IX | Failed to respond. |
| 165. | Documents Obtained From Defendants | IX | Failed to respond. |
| 166. | Documents Obtained From Defendants - Who has the Documents | IX | Failed to respond. |
| 167. | Communications With Defendants | IX | Failed to respond. |
| 168. | Communications With Defendants - Who has the Documents | IX | Failed to respond. |
| 169. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 170. | Journals or Diaries | IX | Failed to respond. |
| 171. | Journals or Diaries - Who has the Documents | IX | Failed to respond. |
| 172. | Social Media Posts | IX | Failed to respond. |
| 173. | Social Media Posts - Who has the Documents | IX | Failed to respond. |
| 174. | Tax Returns | IX | Failed to respond. |
| 175. | Tax Returns - Who has the Documents | IX | Failed to respond. |
| 176. | Medical Bills | IX | Failed to respond. |
| 177. | Medical Bills - Who has the Documents | IX | Failed to respond. |
| 178. | Expense Records | IX | Failed to respond. |
| 179. | Expense Records - Who has the Documents | IX | Failed to respond. |
| 180. | Letters Testamentary | IX | Failed to respond. |
| 181. | Letters Testamentary - Who has the Documents | IX | Failed to respond. |
| 182. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 183. | Death Certificate and/or Autopsy - Who has the Documents | IX | Failed to respond. |
| 184. | Hair Photos Before Treatment | IX | Failed to respond. |
| 185. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 186. | Hair Photos Before Treatment | IX | Other - Plaintiff alleges loss of eyebrows and eyelashes in section VI.5, but failed to provide a clear before photograph representative of plaintiff's eyebrows and eyelashes prior to treatment. |
| 187. | Hair Photos Before Treatment - Who has the Documents | IX | Failed to respond. |

| | | | |
|---|---|---|---|
| 188. | Hair Photos During Treatment | IX | Failed to respond. |
| 189. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 190. | Hair Photos During Treatment - Who has the Documents | IX | Failed to respond. |
| 191. | Hair Photos After Treatment | IX | Failed to respond. |
| 192. | Hair Photos After Treatment - Who has the Documents | IX | Failed to respond. |
| 193. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 194. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 195. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 196. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 197. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 198. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 199. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 200. | Signed Authorizations for Medical Records | IX | Failed to provide authorizations for treaters/prescribers noted in the PFS. |
| 201. | Signed Authorizations for Medical Records - Who has the Documents | IX | Failed to respond. |
| 202. | Signed Authorizations for Medical Records - Who has the Documents | IX | Failed to provide records requested. |
| 203. | Signed Authorizations for Medical Records - Who has the Documents | IX | Failed to provide authorizations for treaters/prescribers noted in PFS |
| 204. | Declaration | X | Faliure to provide declaration |
| 205. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

**VIA MDL CENTRALITY**

Law Offices of A. Craig Eiland
2200 Market St., Suite 501,
Galveston, TX 77550

RE: Amended Notice of Deficiency in First Amended Plaintiff Fact Sheet
*In re Taxotere., MDL No. 2740*
Plaintiff Name & ID Number: DESHAZOR, RENEE - 5403
Docket No. Provided on PFS: 2:17-cv-16669

Dear Counsel:

This Notice is submitted on behalf of defendants properly served, as of the date plaintiff's Amended Plaintiff Fact Sheet (Amended PFS), as submitted via MDL Centrality. All other defendants reserve their rights as to this Amended PFS.

Defendants have reviewed the above submitted Amended PFS to determine if deficiencies identified in the served Notice of Deficiency have been cured. Uncured deficiencies are listed in the table below.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 2. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 3. | Response 1 - Annual Gynecological Doctor | IV. 11 | Other - Failed to provide gynecological exam information for 2004-2015, or to indicate if they were skipped or missed. |
| 4. | Response 15 - Annual Gynecological Doctor | IV. 11 | Failed to respond. |
| 5. | Response 15 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 6. | Response 1 - Annual Mammogram Doctor | IV.12 | Other - Failed to provide mammogram information for 1993-2008, 2010, and present, or to indicate if they were skipped or missed. |
| 7. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 8. | Response 1 - Prescriber | IV. 21 | Other - Please indicate OTC here. |
| 9. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to respond. |
| 10. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide full name[s] of the primary oncologist. |
| 11. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide full address. |
| 12. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |

| | | | |
|---|---|---|---|
| 13. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Other - Failed to provide information regarding surgery; please supplement. |
| 14. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 15. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 16. | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 17. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 18. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide. |
| 19. | Response 1 - Medication List when Hair Loss Began | VII. 11 | Failed to provide the names of the medications. |
| 20. | Chemically Processed or Straightened Frequency | VII. 13 | Failed to respond. |
| 21. | Hair Dyed Frequency | VII. 13 | Failed to respond. |
| 22. | Braids Frequency | VII. 13 | Failed to respond. |
| 23. | Tight Hairstyles Frequency | VII. 13 | Failed to respond. |
| 24. | Different Hair Care Regimen | VII. 15 | Failed to respond. |
| 25. | Response 1 - Wig Dates Used | VII. 26 | Other - Please clarify date as below Plaintiff says she no longer wears wigs. |
| 26. | Response 1 - Wig Period of Use | VII. 26 | Other - Daily? Weekly? Monthly? |
| 27. | Response 1 - Wig Period of Use | VII. 26 | Failed to provide full date, including month, day and year. |
| 28. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 29. | Response 1 - Wig Place Purchased | VII. 26 | Other - Please provide address. |
| 30. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Plaintiff has failed to provide information for all health care providers identified in the PFS: Dr. Ellen Whitaker. |
| 31. | Response 1 - Facility Name | VIII. 2 | Other - Please provide complete facility information for 2010-present. |
| 32. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 33. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 34. | Response 1 - Laboratory Name | VIII. 3 | Other - Please provide complete laboratory information for 2008-present. |
| 35. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 36. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 37. | Response 1 - Pharmacy Medications | VIII. 4 | Other - List out all medications. |
| 38. | Response 1 - Retailer Purchases | VIII. 5 | Other - What hair products? |
| 39. | Response 1 - Insurance Carrier Address | VIII. 6 | Failed to respond. |
| 40. | Documents Reflecting Rx Drug Use - Who has the Documents | IX | Failed to provide records requested. |

| | | | |
|---|---|---|---|
| 41. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 42. | Expense Records - Who has the Documents | IX | Failed to provide records requested. |
| 43. | Expense Records - Who has the Documents | IX | Other - Plaintiff alleges out-of-pocket expenses, but failed to provide any records. |
| 44. | Hair Photos Before Treatment | IX | Other - Plaintiff alleges loss of eyebrows and eyelashes in section VI.5, but failed to provide a clear before photograph representative of plaintiff's eyebrows and eyelashes prior to treatment. |
| 45. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 46. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 47. | Hair Photos After Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 48. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 49. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 50. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 51. | Signed Authorizations for Medical Records | IX | Other - HIPAA has the date written over, but not initialed; please correct.  Employment is missing printed name. |

Pursuant to PTO 22 paragraph 5, defendants reserve the right to add this case to the Status Conference Agenda for failure to cure deficiencies within 30 days of service of a Deficiency Notice.

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.