UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Tykesha Williams-Suanders*
*Case No. 20-979-JTM-MBN*

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4

Plaintiff Tykesha Williams-Saunders, by and through her counsel of record, The Finson Law Firm, submits her response to Defendants' Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and FRCP 4, and in fact, Defendants waived service per relevant case law as applied to the facts. Plaintiff submits Exhibit A reflects documentary evidence of waiver, including the Original Complaint, filed in California, removed by Defendants, and engaging in substantial involvement in this case.

1. The procedural facts are that this case was originally filed in California State Court, removed, and eventually ending up in the Taxotere MDL. following removal, on July 27, 2020, Defendants filed an Answer which while sounding in a general denial, did not raise the potential failure of service, and from the date of original filing until October 7, 2022, engaged in substantial involvement in this litigation. . See Exhibit A. Following removal Plaintiff served her Plaintiff Fact Sheet, and Defendants filed several Notices of Deficiency, which specified they were being filed by "properly served Defendants", clearly indicating that service was perfected. Thoughout the procedural history as reflected in the MDL Centrality Website, attached as Exhibit B, indicates Defendants and Plaintiff actively participated in this litigation where Defendants, by filing Deficiencies, were seeking substantive relief had Plaintiffs failed to respond. As of October 7, it appears Plaintiff's responses were adequate, and Defendants sought no other relief. Plaintiff submits this Court's Centrality Docket indicates the Defendants have engaged in substantive participation in this case, including filing and Answer, failing to indicate any process issues, engaging in substantive participation in this case, failing to raise any specific issues with service, but filing an Omnibus Motion which, for the first time since seeking Rule 35 relief, that it had an issue with this Plaintiff's service.

2. Regardless of proper service of process, Plaintiff also submits Defendants have waived service by substantial involvement in this litigation. Generally, a party may be said to waive the defense of lack of personal jurisdiction by failing to raise the issue when filing a responsive pleading when due. Broadcast Music, Inc. v. M.T.S Enterprises, Inc., 811 F.2d. 268 (CA 5 1987, See Adams v. Unione Mediterranea Di Sicurta, 220 F. 3d 659 (5th Cir. 2000). In order to determine the extent of a defendants' participation in the matter in order to establish a waiver of the defense of failure to serve, the key is the nature and extent of the defendant's contact with the court. Broadcast Music, supra. Trustees of Cent. Laborers' Welfare Fund v. Lowery, 924 F.2d 731, 733 (7th Cir. 1991). Waiver may be found as a result

of a party's and his counsel's conduct, resulting in a forfeiture of the defense of insufficiency of service. Broadcast Music, supra at 281. Further, the acts of counsel for the party claiming lack of service, taken as a whole is key to waiver. Here, those acts support waiver. Id.

3. All of these facts indicate there is good cause to not dismiss the case, but in the alternative, Plaintiff requests additional time to serve.

WHEREFORE, Plaintiff, Donna Rooney, prays that the Court enter an Order dismissing Defendants Sandoz's Motion to Dismiss for Failure to Comply with CMO 35, alternatively, for time to effect service, and for such other appropriate relief.

Dated: October 11, 2022            **FINSON LAW FIRM**

_/s/_ Lowell W. Finson

Lowell W. Finson
118 Channel Pointe Mall
Marina del Rey, CA  90292

Telephone: (254) 526-5688
Facsimile: (254) 526-8204

lowell@finsonlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2022, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

s/Lowell W. Finson
Lowell W. Finson
