# EXHIBIT A

# RELEVANT DOCKET ENTRIES

Query   Reports   Utilities   Help   Log Out

ACCO,(RAOx),CLOSED,DISCOVERY,MANADR,RELATED-G,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:18-cv-08268-R-RAO

Shelly Jones et al v. Sanofi US Services Inc., et al
Assigned to: Judge Manuel L. Real
Referred to: Magistrate Judge Rozella A. Oliver
Related Case: 2:16-cv-05418-R-RAO
Case in other court:  Los Angeles Superior Court, BC717326
Cause: 28:1441 Notice of Removal - Product Liability

Date Filed: 09/24/2018
Date Terminated: 02/12/2019
Jury Demand: Both
Nature of Suit: 367 Personal Injury: Health
Care/Pharmaceutical Personal Injury
Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Shelly Jones**

represented by **Amanda Deanne McGee**
Lenze Lawyers PLC
1300 Highland Avenue Suite 207
Manhattan Beach, CA 90266
310-322-8800
Fax: 310-322-8811
Email: mcgee@lenzelawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
Lenze Lawyers PLC
1300 Highland Avenue Suite 207
Manhattan Beach, CA 90266
310-322-8800
Fax: 310-322-8811
Email: jlenze@lenzelawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
Finson Law Firm LLC
126 Westwind Mall
Marina del Rey, CA 90292-7297
602-377-2903
Fax: 310-425-3278
Email: lowellwfinson@gmail.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Avery**                    represented by   **Amanda Deanne McGee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer A Lenze**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lowell W Finson**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Crawford**                     represented by   **Amanda Deanne McGee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer A Lenze**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lowell W Finson**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Allyn Dexter**                  represented by   **Amanda Deanne McGee**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer A Lenze**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lowell W Finson**
                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Peggy Elms**                          represented by **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Gwendolyn Hartford**                  represented by **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Aisha Ingram**                        represented by **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Della Ann Maciel**                    represented by   **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Pollack**                       represented by   **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Ponzi**                         represented by   **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Shubin**                    represented by    **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katrina Smith**                    represented by    **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Bobbitt**                    represented by    **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Jordan-Pack**                    represented by   **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgiane Gamboa**                    represented by   **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tykesha Williams-Saunders**           represented by   **Amanda Deanne McGee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer A Lenze**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell W Finson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**<u>Defendant</u>**

**Sanofi US Services Inc.**
*formerly known as*
Sanofi-Aventis U.S. Inc.

represented by **Eva M. Weiler**
Shook Hardy and Bacon LLP
Jamboree Center
5 Park Plaza Suite 1600
Irvine, CA 92614-2546
949-475-1500
Fax: 949-475-0016
Email: eweiler@shb.com
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Sanofi-Aventis US. LLC**
*separately, and*
*doing business as*
Winthrop, U.S.

**<u>Defendant</u>**

**Accord Healthcare, Inc.**

represented by **Caroline A Toole**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071
213-430-3400
Fax: 213-430-3409
Email: caroline.toole@tuckerellis.com
*ATTORNEY TO BE NOTICED*

**Monee Takla Hanna**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223
213-430-3378
Fax: 213-430-3409
Email: monee.hanna@nelsonmullins.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hospira Worldwide, LLC**
*formerly known as*
Hospira Worldwide, Inc.

represented by **Jonathan S Tam**
Dechert LLP
One Bush Street Suite 1600
San Francisco, CA 94104
415-262-4500
Fax: 415-262-4555
Email: jonathan.tam@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hospira, Inc.**

represented by **Jonathan S Tam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sun Pharma Global FZE**

**Defendant**

**Sun Pharmaceutical Industries, Inc.**
*formerly known as*
Caraco Pharmaceutical Laboratories Ltd.

**Defendant**

**sanofi-aventis U.S LLC**

represented by **Eva M. Weiler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sanofi U.S. Services Inc.**

represented by **Eva M. Weiler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**
*doing business as*
McKesson Packaging

represented by **Erin McCalmon Bosman**
Morrison and Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
858-720-5100
Fax: 858-720-5125
Email: ebosman@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Yongsun Park**
Morrison and Foerster LLP
12531 High Bluff Drive
San Diego, CA 92130-2040
858-720-5100
Fax: 858-720-5125
Email: juliepark@mofo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2018 | 1 | NOTICE OF REMOVAL from Los Angeles, case number BC717326 Receipt No: 0973-22474802 - Fee: $400, filed by defendant sanofi-aventis U.S LLC, Sanofi U.S. Services Inc.. (Attachments: # 1 Exhibit A1 - Summons, # 2 Exhibit A2 - Civil Case Cover Sheet and Addendum, # 3 Exhibit A3 - Complaint, # 4 Exhibit A4 - Notice of Case Assignment, # 5 Exhibit A5 - Miscellaneous Pleadings, # 6 Exhibit A6 - ADR Information Packet, # 7 Exhibit B - 8/20/17 Transcript) (Attorney Eva M Weiler added to party sanofi-aventis U.S LLC(pty:dft), Attorney Eva M Weiler added to party Sanofi U.S. Services Inc.(pty:dft))(Weiler, Eva) (Entered: 09/24/2018) |
| 09/24/2018 | 2 | NOTICE of Related Case(s) filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. Related Case(s): multiple (Weiler, Eva) (Entered: 09/24/2018) |
| 09/24/2018 | 3 | NOTICE filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. *of Pendency of Other Actions* (Weiler, Eva) (Entered: 09/24/2018) |
| 09/24/2018 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC identifying Sanofi as Corporate Parent. (Weiler, Eva) (Entered: 09/24/2018) |
| 09/24/2018 | 5 | NOTICE of Interested Parties filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC, identifying multiple. (Weiler, Eva) (Entered: 09/24/2018) |
| 09/24/2018 | 6 | CIVIL COVER SHEET filed by Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. (Weiler, Eva) (Entered: 09/24/2018) |
| 09/24/2018 | | CONFORMED COPY OF COMPLAINT against defendants Accord Healthcare, Inc., Hospira Worldwide, LLC, Hospira, Inc., McKesson Corporation, Sanofi US Services Inc., Sanofi-Aventis US. LLC, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., Jury Demand, filed by plaintiffs Amber Shubin, Aisha Ingram, Christine Avery, Shelly Jones, Tykesha Williams-Saunders, Michelle Bobbitt, Gwendolyn Hartford, Karen Crawford, Debra Pollack, Katrina Smith, Georgiane Gamboa, Donna Jordan-Pack, Della Ann Maciel, Mary Allyn Dexter, Linda Ponzi, Peggy Elms. (Filed in state court 8/29/18, submitted as document 1, attachment 3) (esa) (Entered: 09/25/2018) |
| 09/25/2018 | 7 | NOTICE OF ASSIGNMENT to District Judge Stephen V. Wilson and Magistrate Judge Michael R. Wilner. (esa) (Entered: 09/25/2018) |
| 09/25/2018 | 8 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (esa) |

| | | (Entered: 09/25/2018) |
|---|---|---|
| 09/27/2018 | 9 | STIPULATION Extending Time to Answer the complaint as to Sanofi US Services Inc. answer now due 10/31/2018; sanofi-aventis U.S LLC answer now due 10/31/2018, filed by defendant Sanofi US Services Inc.; sanofi-aventis U.S LLC.(Attorney Eva M Weiler added to party Sanofi US Services Inc.(pty:dft))(Weiler, Eva) (Entered: 09/27/2018) |
| 10/01/2018 | 10 | First STIPULATION Extending Time to Answer the complaint as to Accord Healthcare, Inc. answer now due 10/31/2018; Hospira Worldwide, LLC answer now due 10/31/2018; Hospira, Inc. answer now due 10/31/2018, filed by Defendant Accord Healthcare, Inc..(Attorney Monee Takla Hanna added to party Accord Healthcare, Inc. (pty:dft))(Hanna, Monee) (Entered: 10/01/2018) |
| 10/01/2018 | 11 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Accord Healthcare, Inc. identifying Intas Pharmaceuticals, Limited as Corporate Parent. (Hanna, Monee) (Entered: 10/01/2018) |
| 10/02/2018 | 12 | CERTIFICATE OF SERVICE filed by defendant Sanofi US Services Inc., sanofi-aventis U.S LLC, *Of Notice To Clerk Of Removal To Federal Court* served on 9/26/18. (Attachments: # 1 Exhibit 1)(Weiler, Eva) (Entered: 10/02/2018) |
| 10/02/2018 | 13 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05-Related Case-filed. Related Case No: 2:16-cv-05418 R(RAOx). Case transferred from Magistrate Judge Michael R. Wilner and Judge Stephen V. Wilson to Judge Manuel L. Real and Magistrate Judge Rozella A. Oliver for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:18-cv-08268 R(RAOx). Signed by Judge Manuel L. Real (rn) (Entered: 10/02/2018) |
| 10/02/2018 | 14 | CERTIFICATE OF SERVICE filed by defendant Sanofi US Services Inc., sanofi-aventis U.S LLC, *Of Notice To Adverse Party of Removal To Federal Court* served on 9/26/18. (Attachments: # 1 Exhibit 1)(Weiler, Eva) (Entered: 10/02/2018) |
| 10/03/2018 | 15 | ORDER RE NOTICE TO COUNSEL upon filing of the complaint by Judge Manuel L. Real. (smo) (Entered: 10/03/2018) |
| 10/10/2018 | 16 | NOTICE OF MOTION AND MOTION to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. Motion set for hearing on 11/19/2018 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Eva M. Weiler In Support of Motion to Stay, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E) (Weiler, Eva) (Entered: 10/10/2018) |
| 10/18/2018 | 17 | PLAINTIFFS NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER re NOTICE OF MOTION AND MOTION to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation 16 filed by Plaintiff Shelly Jones. (Attachments: # 1 Declaration, # 2 Exhibit Ex. A Part 1 of 3, # 3 Exhibit Ex. A Part 2 of 3, # 4 Exhibit Ex. A Part 3 of 3, # 5 Exhibit Ex. B-G, # 6 Proposed Order)(Finson, Lowell) (Entered: 10/18/2018) |

| 10/22/2018 | 18 | OPPOSITION OPPOSITION re: NOTICE OF MOTION AND MOTION to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation 16 filed by Plaintiff Shelly Jones. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Finson, Lowell) (Entered: 10/22/2018) |
|---|---|---|
| 10/23/2018 | 19 | NOTICE of Appearance filed by attorney Erin McCalmon Bosman on behalf of Defendant McKesson Corporation (Attorney Erin McCalmon Bosman added to party McKesson Corporation(pty:dft))(Bosman, Erin) (Entered: 10/23/2018) |
| 10/23/2018 | 20 | NOTICE of Appearance filed by attorney Julie Yongsun Park on behalf of Defendant McKesson Corporation (Attorney Julie Yongsun Park added to party McKesson Corporation(pty:dft))(Park, Julie) (Entered: 10/23/2018) |
| 10/23/2018 | 21 | CORPORATE DISCLOSURE STATEMENT filed by Defendant McKesson Corporation (Park, Julie) (Entered: 10/23/2018) |
| 10/23/2018 | 22 | NOTICE of Interested Parties filed by Defendant McKesson Corporation, (Park, Julie) (Entered: 10/23/2018) |
| 10/23/2018 | 23 | STIPULATION Extending Time to Answer the complaint as to McKesson Corporation answer now due 10/31/2018, re Notice of Removal (Attorney Civil Case Opening),, 1 filed by defendant McKesson Corporation.(Park, Julie) (Entered: 10/23/2018) |
| 10/29/2018 | 24 | MEMORANDUM of Points and Authorities in Opposition filed by Defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. Re: Motion Related Document,, 17 (Attachments: # 1 Exhibit A)(Weiler, Eva) (Entered: 10/29/2018) |
| 10/29/2018 | 25 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Motion Related Document,, 17 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. Local Rule 7.1-1 No Notice of Interested Parties and/or no copies. Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Remand Case to State Court. The filer used the event, Motion Related Document, and noticed the hearing for 11/19/2018 at 10:00 AM, however, only a motion-type event will allow the filer to place the matter on calendar. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 10/29/2018) |
| 10/30/2018 | 26 | Notice of Appearance or Withdrawal of Counsel: for attorney Caroline A Toole counsel for Defendant Accord Healthcare, Inc.. Filed by Defendant Accord Healthcare, Inc.. (Attorney Caroline A Toole added to party Accord Healthcare, Inc.(pty:dft))(Toole, Caroline) (Entered: 10/30/2018) |
| 10/30/2018 | 27 | STIPULATION for Extension of Time to File Answer to 12/31/2018 re Notice of Removal (Attorney Civil Case Opening),, 1 filed by defendant McKesson Corporation. (Attachments: # 1 Declaration Julie Y. Park, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Park, Julie) (Entered: 10/30/2018) |
| 10/31/2018 | 28 | ANSWER to Complaint - (Discovery),, filed by Defendant Accord Healthcare, Inc.. (Toole, Caroline) (Entered: 10/31/2018) |

| 10/31/2018 | 29 | ANSWER to Complaint - (Discovery),, *and Affirmative Defenses to Plaintiffs' Complaint for Damages and Demand for Jury Trial* filed by Defendant Hospira Worldwide, LLC, Hospira, Inc..(Tam, Jonathan) (Entered: 10/31/2018) |
| 10/31/2018 | 30 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Hospira Worldwide, LLC, Hospira, Inc. identifying Pfizer Holdings International Corporation as Corporate Parent. (Tam, Jonathan) (Entered: 10/31/2018) |
| 10/31/2018 | 31 | *Notice and* CERTIFICATE of Interested Parties filed by Defendant Hospira Worldwide, LLC, Hospira, Inc., identifying Pfizer Holdings International Corporation. (Tam, Jonathan) (Entered: 10/31/2018) |
| 10/31/2018 | 32 | PROOF OF SERVICE filed by Defendant Hospira Worldwide, LLC, Hospira, Inc., re Answer to Complaint (Discovery) 29 , Certificate/Notice of Interested Parties 31 , Corporate Disclosure Statement 30 served on 10/31/2018. (Tam, Jonathan) (Entered: 10/31/2018) |
| 10/31/2018 | 33 | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. Motion set for hearing on 12/3/2018 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Proposed Order) (Weiler, Eva) (Entered: 10/31/2018) |
| 11/01/2018 | 34 | ORDER DENYING EXTENDING TIME TO RESPOND TO COMPLAINT 27 by Judge Manuel L. Real. No good cause is shown. (rrey) (Entered: 11/02/2018) |
| 11/05/2018 | 35 | REPLY in support of NOTICE OF MOTION AND MOTION to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation 16 filed by Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Weiler, Eva) (Entered: 11/05/2018) |
| 11/05/2018 | 36 | NOTICE OF MOTION AND MOTION to Dismiss Complaint filed by Defendant McKesson Corporation. Motion set for hearing on 12/17/2018 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum of Points and Authorities In Support of McKesson's Motion to Dismiss Plaintiffs' Complaint, # 2 Proposed Order Granting McKesson's Motion to Dismiss Complaint) (Park, Julie) (Entered: 11/05/2018) |
| 11/05/2018 | 37 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss Complaint 36 filed by Defendant McKesson Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order Granting McKesson's Request for Judicial Notice In Support of Motion to Dismiss Complaint)(Park, Julie) (Entered: 11/05/2018) |
| 11/12/2018 | 38 | MEMORANDUM of Points and Authorities in Opposition filed by Plaintiff Shelly Jones. Re: NOTICE OF MOTION AND MOTION to Dismiss Case 33 (Attachments: # 1 Exhibit A-E)(Finson, Lowell) (Entered: 11/12/2018) |
| 11/15/2018 | 39 | TEXT ONLY SCHEDULING ORDER (IN CHAMBERS) by Judge Manuel L. Real, The Court has determined that Motion to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation filed by defendant Sanofi U.S. |

| | | |
|---|---|---|
| | | Services Inc., sanofi-aventis U.S LLC. <u>16</u> set for hearing on November 19, 2018 at 10:00 A.M. is suitable for a decision on the papers as filed by all parties without the need for oral argument. Therefore, the said motion is taken UNDER SUBMISSION on the papers as filed and the hearing date of November 19, 2018 is VACATED and TAKEN OFF CALENDAR. The Court will issue its ruling on the matter in due course. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbu) TEXT ONLY ENTRY (Entered: 11/15/2018) |
| 11/19/2018 | <u>40</u> | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss Case <u>33</u> filed by Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. (Weiler, Eva) (Entered: 11/19/2018) |
| 11/19/2018 | <u>41</u> | ORDER GRANTING DEFENDANT SANOFI US SERVICES INC.'S MOTION TO STAY CASE by Judge Manuel L. Real: IT IS HEREBY ORDERED that Defendant Sanofi US Services Inc.'s Motion to Stay Case <u>16</u> is GRANTED. The case is stayed pending determination on transfer by the Judicial Panel on Multidistrict Litigation. (gk) (Entered: 11/20/2018) |
| 11/26/2018 | <u>42</u> | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss Complaint <u>36</u> filed by Plaintiffs Christine Avery, Michelle Bobbitt, Karen Crawford, Mary Allyn Dexter, Peggy Elms, Georgiane Gamboa, Gwendolyn Hartford, Aisha Ingram, Shelly Jones, Donna Jordan-Pack, Della Ann Maciel, Debra Pollack, Linda Ponzi, Amber Shubin, Katrina Smith, Tykesha Williams-Saunders. (Attachments: # <u>1</u> Exhibit A-D)(Finson, Lowell) (Entered: 11/26/2018) |
| 02/12/2019 | <u>43</u> | Transfer Order from the United States Judicial Panel on Multidistrict Litigation, MDL 2740, transferring case to USDC, Eastern District of Louisiana and assigned to Honorable Jane Triche Milazzo. Case transferred electronically. (MD JS-6. Case Terminated.) (gk) (Entered: 02/13/2019) |
| 02/25/2019 | 44 | TEXT-ONLY ENTRY - RECEIVED Notice of Receipt of Electronic Case Transfer from Eastern District of Louisiana, 2:19-cv-01164 filed 2/25/2019. (iv) (Entered: 02/26/2019) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/11/2022 09:32:23 | | |
| **PACER Login:** | lowellfinson | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-08268-R-RAO End date: 10/11/2022 |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |

CONSOL,TAXOTERE

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:19-cv-01164-JTM-MBN

Shelly Jones et al v. Sanofi US Services Inc., et al
Assigned to: Judge Jane Triche Milazzo
Referred to: Magistrate Judge Michael North
Lead case: 2:16-md-02740-JTM-MBN
Member case: (View Member Case)
Case in other court: California Central, 2:18-cv-08268
Cause: 28:1441 Petition for Removal- Product Liability

Date Filed: 02/25/2019
Jury Demand: Both
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

### Plaintiff

**Shelly Jones**
*TERMINATED: 08/27/2021*

represented by **Jennifer A. Lenze**
Lenze Kamerrer Moss, PLC
1300 Highland Ave
Suite 207
Manhattan Beach, CA 90266
310-322-8800
Email: jlenze@lenzelawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
Lenze Lawyers PLC
1300 Highland Avenue Suite 207
Manhattan Beach, CA 90266
310-322-8800
Fax: 310-322-8811
Email: mcgee@lenzelawyers.com
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
Finson Law Firm
126 Westwind Mall
Marina del Ray, CA 90292
602-377-2903
Email: lowell@finsonlawfirm.com
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Christine Avery**
*TERMINATED: 08/27/2021*

represented by **Jennifer A. Lenze**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Karen Crawford**
*TERMINATED: 08/24/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mary Allyn Allyn Dexter**
*TERMINATED: 08/27/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Peggy Elms**
*TERMINATED: 07/08/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gwendolyn Hartford**
*TERMINATED: 08/27/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Aisha Ingram**
*TERMINATED: 07/08/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Della Ann Maciel**
*TERMINATED: 08/27/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Pollack**
*TERMINATED: 07/08/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Ponzi**
*TERMINATED: 08/24/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Shubin**
*TERMINATED: 07/08/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katrina Smith**
*TERMINATED: 07/08/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Michelle Bobbitt**
*TERMINATED: 08/27/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Donna Jordan-Pack**
*TERMINATED: 08/24/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Georgiane Gamboa**
*TERMINATED: 08/24/2021*

represented by **Jennifer A. Lenze**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda Deanne McGee**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Lowell Wayne Finson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tykesha Williams-Saunders**                    represented by   **Jennifer A. Lenze**
*TERMINATED: 08/27/2021*                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Amanda Deanne McGee**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Lowell Wayne Finson**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sanofi US Services Inc.**                      represented by   **Eva Marie Mannoia Weiler**
*formerly known as*                                             Shook, Hardy & Bacon L. L. P.
Sanofi-Aventis U.S. Inc.                                        Jamboree Center
                                                                5 Park Plaza
                                                                Ste 1600
                                                                Irvine, CA 92614
                                                                949-475-1500
                                                                Fax: 949-475-0016
                                                                Email: eweiler@shb.com
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Sanofi-Aventis U.S. LLC**
*separately, and*
*doing business as*
Winthrop U.S.

**Defendant**

**Accord Healthcare, Inc.**                      represented by   **Monee Takla Hanna**
                                                                Tucker Ellis LLP
                                                                515 South Flower Street 42nd Floor
                                                                Los Angeles, CA 90071-2223

213-430-3378
Fax: 213-430-3409
Email: monee.hanna@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caroline A Toole**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071
213-430-3400
Fax: 213-430-3409
Email: caroline.toole@tuckerellis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hospira Worldwide, LLC**
*formerly known as*
Hospira Worldwide, Inc.

represented by **Jonathan S. Tam**
Dechert LLP
One Bush St.
Suite 1600
San Francisco, CA 94104
415-875-6600
Email: jonathan.tam@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hospira, Inc.**

represented by **Jonathan S. Tam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sun Pharma Global FZE**

**Defendant**

**Sun Pharmaceutical Industries, Inc.**
*formerly known as*
Caraco Pharmaceutical Laboratories, Ltd.

**Defendant**

**Sanofi-Aventis U.S. LLC**

represented by **Eva Marie Mannoia Weiler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sanofi US Services Inc.**                    represented by **Eva Marie Mannoia Weiler**
                                               (See above for address)
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**McKesson Corporation**                       represented by **Julie Y. Park**
*doing business as*                            Morrison & Foerster LLP (San Diego)
McKesson Packaging                             12531 High Bluff Drive
                                               Suite 100
                                               San Diego, CA 92130
                                               Email: juliepark@mofo.com
                                               *LEAD ATTORNEY*
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

                                               **Erin M. Bosman**
                                               Morrison & Foerster LLP (San Diego)
                                               12531 High Bluff Drive
                                               Suite 100
                                               San Diego, CA 92130
                                               Email: ebosman@mofo.com
                                               *PRO HAC VICE*
                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/24/2018 | <u>1</u> | NOTICE OF REMOVAL from Los Angeles, case number BC717326 Receipt No: 0973-22474802 - Fee: $400, filed by defendant sanofi-aventis U.S LLC, Sanofi U.S. Services Inc.. (Attachments: # <u>1</u> Exhibit A1 - Summons, # <u>2</u> Exhibit A2 - Civil Case Cover Sheet and Addendum, # <u>3</u> Exhibit A3 - Complaint, # <u>4</u> Exhibit A4 - Notice of Case Assignment, # <u>5</u> Exhibit A5 - Miscellaneous Pleadings, # <u>6</u> Exhibit A6 - ADR Information Packet, # <u>7</u> Exhibit B - 8/20/17 Transcript) (Attorney Eva M Weiler added to party sanofi-aventis U.S LLC(pty:dft), Attorney Eva M Weiler added to party Sanofi U.S. Services Inc.(pty:dft))(Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 09/24/2018) |
| 09/24/2018 | <u>2</u> | NOTICE of Related Case(s) filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. Related Case(s): multiple (Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 09/24/2018) |
| 09/24/2018 | <u>3</u> | NOTICE filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC *of Pendency of Other Actions* (Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 09/24/2018) |
| 09/24/2018 | <u>4</u> | CORPORATE DISCLOSURE STATEMENT filed by Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC identifying Sanofi as Corporate Parent. (Weiler, Eva) |

| | | |
|---|---|---|
| | | [Transferred from cacd on 2/25/2019.] (Entered: 09/24/2018) |
| 09/24/2018 | 5 | NOTICE of Interested Parties filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC, identifying multiple. (Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 09/24/2018) |
| 09/24/2018 | 6 | CIVIL COVER SHEET filed by Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. (Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 09/24/2018) |
| 09/24/2018 | | CONFORMED COPY OF COMPLAINT against defendants Accord Healthcare, Inc., Hospira Worldwide, LLC, Hospira, Inc., McKesson Corporation, Sanofi US Services Inc., Sanofi-Aventis US. LLC, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc., Jury Demand, filed by plaintiffs Amber Shubin, Aisha Ingram, Christine Avery, Shelly Jones, Tykesha Williams-Saunders, Michelle Bobbitt, Gwendolyn Hartford, Karen Crawford, Debra Pollack, Katrina Smith, Georgiane Gamboa, Donna Jordan-Pack, Della Ann Maciel, Mary Allyn Dexter, Linda Ponzi, Peggy Elms. (Filed in state court 8/29/18, submitted as document 1, attachment 3) (esa) [Transferred from cacd on 2/25/2019.] (Entered: 09/25/2018) |
| 09/25/2018 | 7 | NOTICE OF ASSIGNMENT to District Judge Stephen V. Wilson and Magistrate Judge Michael R. Wilner. (esa) [Transferred from cacd on 2/25/2019.] (Entered: 09/25/2018) |
| 09/25/2018 | 8 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (esa) [Transferred from cacd on 2/25/2019.] (Entered: 09/25/2018) |
| 09/27/2018 | 9 | STIPULATION Extending Time to Answer the complaint as to Sanofi US Services Inc. answer now due 10/31/2018; sanofi-aventis U.S LLC answer now due 10/31/2018, filed by defendant Sanofi US Services Inc.; sanofi-aventis U.S LLC.(Attorney Eva M Weiler added to party Sanofi US Services Inc.(pty:dft))(Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 09/27/2018) |
| 10/01/2018 | 10 | First STIPULATION Extending Time to Answer the complaint as to Accord Healthcare, Inc. answer now due 10/31/2018; Hospira Worldwide, LLC answer now due 10/31/2018; Hospira, Inc. answer now due 10/31/2018, filed by Defendant Accord Healthcare, Inc..(Attorney Monee Takla Hanna added to party Accord Healthcare, Inc. (pty:dft))(Hanna, Monee) [Transferred from cacd on 2/25/2019.] (Entered: 10/01/2018) |
| 10/01/2018 | 11 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Accord Healthcare, Inc. identifying Intas Pharmaceuticals, Limited as Corporate Parent. (Hanna, Monee) [Transferred from cacd on 2/25/2019.] (Entered: 10/01/2018) |
| 10/02/2018 | 12 | CERTIFICATE OF SERVICE filed by defendant Sanofi US Services Inc., sanofi-aventis U.S LLC, *Of Notice To Clerk Of Removal To Federal Court* served on 9/26/18. (Attachments: # 1 Exhibit 1)(Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 10/02/2018) |
| 10/02/2018 | 13 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05-Related Case-filed. Related Case No: 2:16-cv-05418 R(RAOx). Case transferred from Magistrate Judge Michael R. Wilner and Judge Stephen V. Wilson to Judge Manuel L. Real and Magistrate Judge Rozella A. Oliver for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:18-cv-08268 R(RAOx). Signed by |

| | | |
|---|---|---|
| | | Judge Manuel L. Real (rn) [Transferred from cacd on 2/25/2019.] (Entered: 10/02/2018) |
| 10/02/2018 | 14 | CERTIFICATE OF SERVICE filed by defendant Sanofi US Services Inc., sanofi-aventis U.S LLC, *Of Notice To Adverse Party of Removal To Federal Court* served on 9/26/18. (Attachments: # 1 Exhibit 1)(Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 10/02/2018) |
| 10/03/2018 | 15 | ORDER RE NOTICE TO COUNSEL upon filing of the complaint by Judge Manuel L. Real. (smo) [Transferred from cacd on 2/25/2019.] (Entered: 10/03/2018) |
| 10/10/2018 | 16 | NOTICE OF MOTION AND MOTION to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. Motion set for hearing on 11/19/2018 at 10:00 AM before Judge Manuel L. Real. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Eva M. Weiler In Support of Motion to Stay, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E) (Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 10/10/2018) |
| 10/18/2018 | 17 | PLAINTIFFS NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER re NOTICE OF MOTION AND MOTION to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation 16 filed by Plaintiff Shelly Jones. (Attachments: # 1 Declaration, # 2 Exhibit Ex. A Part 1 of 3, # 3 Exhibit Ex. A Part 2 of 3, # 4 Exhibit Ex. A Part 3 of 3, # 5 Exhibit Ex. B-G, # 6 Proposed Order)(Finson, Lowell) [Transferred from cacd on 2/25/2019.] (Entered: 10/18/2018) |
| 10/22/2018 | 18 | OPPOSITION OPPOSITION re: NOTICE OF MOTION AND MOTION to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation 16 filed by Plaintiff Shelly Jones. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Finson, Lowell) [Transferred from cacd on 2/25/2019.] (Entered: 10/22/2018) |
| 10/23/2018 | 19 | NOTICE of Appearance filed by attorney Erin McCalmon Bosman on behalf of Defendant McKesson Corporation (Attorney Erin McCalmon Bosman added to party McKesson Corporation(pty:dft))(Bosman, Erin) [Transferred from cacd on 2/25/2019.] (Entered: 10/23/2018) |
| 10/23/2018 | 20 | NOTICE of Appearance filed by attorney Julie Yongsun Park on behalf of Defendant McKesson Corporation (Attorney Julie Yongsun Park added to party McKesson Corporation(pty:dft))(Park, Julie) [Transferred from cacd on 2/25/2019.] (Entered: 10/23/2018) |
| 10/23/2018 | 21 | CORPORATE DISCLOSURE STATEMENT filed by Defendant McKesson Corporation (Park, Julie) [Transferred from cacd on 2/25/2019.] (Entered: 10/23/2018) |
| 10/23/2018 | 22 | NOTICE of Interested Parties filed by Defendant McKesson Corporation, (Park, Julie) [Transferred from cacd on 2/25/2019.] (Entered: 10/23/2018) |
| 10/23/2018 | 23 | STIPULATION Extending Time to Answer the complaint as to McKesson Corporation |

| | | answer now due 10/31/2018, re Notice of Removal (Attorney Civil Case Opening),, 1 filed by defendant McKesson Corporation.(Park, Julie) [Transferred from cacd on 2/25/2019.] (Entered: 10/23/2018) |
|---|---|---|
| 10/29/2018 | 24 | MEMORANDUM of Points and Authorities in Opposition filed by Defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. Re: Motion Related Document,, 17 (Attachments: # 1 Exhibit A)(Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 10/29/2018) |
| 10/29/2018 | 25 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Motion Related Document,, 17 . The following error(s) was/were found: Hearing information is missing, incorrect, or not timely. Local Rule 7.1-1 No Notice of Interested Parties and/or no copies. Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Remand Case to State Court. The filer used the event, Motion Related Document, and noticed the hearing for 11/19/2018 at 10:00 AM, however, only a motion-type event will allow the filer to place the matter on calendar. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) [Transferred from cacd on 2/25/2019.] (Entered: 10/29/2018) |
| 10/30/2018 | 26 | Notice of Appearance or Withdrawal of Counsel: for attorney Caroline A Toole counsel for Defendant Accord Healthcare, Inc.. Filed by Defendant Accord Healthcare, Inc.. (Attorney Caroline A Toole added to party Accord Healthcare, Inc.(pty:dft))(Toole, Caroline) [Transferred from cacd on 2/25/2019.] (Entered: 10/30/2018) |
| 10/30/2018 | 27 | STIPULATION for Extension of Time to File Answer to 12/31/2018 re Notice of Removal (Attorney Civil Case Opening),, 1 filed by defendant McKesson Corporation. (Attachments: # 1 Declaration Julie Y. Park, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Park, Julie) [Transferred from cacd on 2/25/2019.] (Entered: 10/30/2018) |
| 10/31/2018 | 28 | ANSWER to Complaint - (Discovery),, filed by Defendant Accord Healthcare, Inc.. (Toole, Caroline) [Transferred from cacd on 2/25/2019.] (Entered: 10/31/2018) |
| 10/31/2018 | 29 | ANSWER to Complaint - (Discovery),, *and Affirmative Defenses to Plaintiffs' Complaint for Damages and Demand for Jury Trial* filed by Defendant Hospira Worldwide, LLC, Hospira, Inc..(Tam, Jonathan) [Transferred from cacd on 2/25/2019.] (Entered: 10/31/2018) |
| 10/31/2018 | 30 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Hospira Worldwide, LLC, Hospira, Inc. identifying Pfizer Holdings International Corporation as Corporate Parent. (Tam, Jonathan) [Transferred from cacd on 2/25/2019.] (Entered: 10/31/2018) |
| 10/31/2018 | 31 | *Notice and* CERTIFICATE of Interested Parties filed by Defendant Hospira Worldwide, LLC, Hospira, Inc., identifying Pfizer Holdings International Corporation. (Tam, Jonathan) [Transferred from cacd on 2/25/2019.] (Entered: 10/31/2018) |
| 10/31/2018 | 32 | PROOF OF SERVICE filed by Defendant Hospira Worldwide, LLC, Hospira, Inc., re Answer to Complaint (Discovery) 29 , Certificate/Notice of Interested Parties 31 , |

| | | Corporate Disclosure Statement <u>30</u> served on 10/31/2018. (Tam, Jonathan) [Transferred from cacd on 2/25/2019.] (Entered: 10/31/2018) |
|---|---|---|
| 10/31/2018 | <u>33</u> | NOTICE OF MOTION AND MOTION to Dismiss Case filed by defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. Motion set for hearing on 12/3/2018 at 10:00 AM before Judge Manuel L. Real. (Attachments: # <u>1</u> Memorandum of Points and Authorities, # <u>2</u> Proposed Order) (Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 10/31/2018) |
| 11/01/2018 | <u>34</u> | ORDER DENYING EXTENDING TIME TO RESPOND TO COMPLAINT <u>27</u> by Judge Manuel L. Real. No good cause is shown. (rrey) [Transferred from cacd on 2/25/2019.] (Entered: 11/02/2018) |
| 11/05/2018 | <u>35</u> | REPLY in support of NOTICE OF MOTION AND MOTION to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation <u>16</u> filed by Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I)(Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 11/05/2018) |
| 11/05/2018 | <u>36</u> | NOTICE OF MOTION AND MOTION to Dismiss Complaint filed by Defendant McKesson Corporation. Motion set for hearing on 12/17/2018 at 10:00 AM before Judge Manuel L. Real. (Attachments: # <u>1</u> Memorandum of Points and Authorities In Support of McKesson's Motion to Dismiss Plaintiffs' Complaint, # <u>2</u> Proposed Order Granting McKesson's Motion to Dismiss Complaint) (Park, Julie) [Transferred from cacd on 2/25/2019.] (Entered: 11/05/2018) |
| 11/05/2018 | <u>37</u> | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Dismiss Complaint <u>36</u> filed by Defendant McKesson Corporation. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Proposed Order Granting McKesson's Request for Judicial Notice In Support of Motion to Dismiss Complaint)(Park, Julie) [Transferred from cacd on 2/25/2019.] (Entered: 11/05/2018) |
| 11/12/2018 | <u>38</u> | MEMORANDUM of Points and Authorities in Opposition filed by Plaintiff Shelly Jones. Re: NOTICE OF MOTION AND MOTION to Dismiss Case <u>33</u> (Attachments: # <u>1</u> Exhibit A-E)(Finson, Lowell) [Transferred from cacd on 2/25/2019.] (Entered: 11/12/2018) |
| 11/15/2018 | 39 | TEXT ONLY SCHEDULING ORDER (IN CHAMBERS) by Judge Manuel L. Real, The Court has determined that Motion to Stay Case pending Determination On Transfer By The Judicial Panel On Multidistrict Litigation filed by defendant Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. <u>16</u> set for hearing on November 19, 2018 at 10:00 A.M. is suitable for a decision on the papers as filed by all parties without the need for oral argument. Therefore, the said motion is taken UNDER SUBMISSION on the papers as filed and the hearing date of November 19, 2018 is VACATED and TAKEN OFF CALENDAR. The Court will issue its ruling on the matter in due course. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dbu) TEXT ONLY ENTRY [Transferred from cacd on 2/25/2019.] (Entered: 11/15/2018) |

| 11/19/2018 | 40 | REPLY in support of NOTICE OF MOTION AND MOTION to Dismiss Case 33 filed by Defendants Sanofi U.S. Services Inc., sanofi-aventis U.S LLC. (Weiler, Eva) [Transferred from cacd on 2/25/2019.] (Entered: 11/19/2018) |
| --- | --- | --- |
| 11/19/2018 | 41 | ORDER GRANTING DEFENDANT SANOFI US SERVICES INC.'S MOTION TO STAY CASE by Judge Manuel L. Real: IT IS HEREBY ORDERED that Defendant Sanofi US Services Inc.'s Motion to Stay Case 16 is GRANTED. The case is stayed pending determination on transfer by the Judicial Panel on Multidistrict Litigation. (gk) [Transferred from cacd on 2/25/2019.] (Entered: 11/20/2018) |
| 11/26/2018 | 42 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss Complaint 36 filed by Plaintiffs Christine Avery, Michelle Bobbitt, Karen Crawford, Mary Allyn Dexter, Peggy Elms, Georgiane Gamboa, Gwendolyn Hartford, Aisha Ingram, Shelly Jones, Donna Jordan-Pack, Della Ann Maciel, Debra Pollack, Linda Ponzi, Amber Shubin, Katrina Smith, Tykesha Williams-Saunders. (Attachments: # 1 Exhibit A-D)(Finson, Lowell) [Transferred from cacd on 2/25/2019.] (Entered: 11/26/2018) |
| 02/12/2019 | 43 | Transfer Order from the United States Judicial Panel on Multidistrict Litigation, MDL 2740, transferring case to USDC, Eastern District of Louisiana and assigned to Honorable Jane Triche Milazzo. Case transferred electronically. (MD JS-6. Case Terminated.) (gk) [Transferred from cacd on 2/25/2019.] (Entered: 02/13/2019) |
| 02/25/2019 | 44 | Case transferred in from District of California Central; Case Number 2:18-cv-08268. Electronic file certified copy of transfer order and docket sheet received (cbs) (Entered: 02/25/2019) |
| 02/28/2019 | 45 | PRETRIAL ORDERS. Signed by Judge Jane Triche Milazzo.(ADI) (Entered: 02/28/2019) |
| 07/08/2021 | 46 | STIPULATION OF DISMISSAL with prejudice by Amber Shubin, Aisha Ingram, Debra Pollack, Katrina Smith, Peggy Elms. Filed at Rec. Doc. 12989 in 16-md-2740. (ko) (Entered: 07/08/2021) |
| 08/24/2021 | 47 | STIPULATION OF DISMISSAL with prejudice by Karen Crawford, Georgiane Gamboa, Donna Jordan-Pack, Linda Ponzi. Filed at Rec. Doc. 13234 in 16-md-2740. (ko) (Entered: 08/25/2021) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 10/11/2022 11:37:08 | | | |
| PACER Login: | lowellfinson | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:19-cv-01164-JTM-MBN |
| Billable Pages: | 12 | Cost: | 1.20 |