# EXHIBIT B

# RELEVANT CENTRALITY DOCKET

# MDL CENTRALITY

## IN RE TAXOTERE MDL 2740

HOME ▸ FACT SHEETS ▸ REPORTING ▸ DOCKET CENTRAL ▸ DISCOVERY CENTRAL ▸ MY ACCOUNT ▸

## MDL 2740 - Taxotere

Return to Search Results

### Search Results

Edit Plaintiff Information

### Plaintiff Information

**Plaintiff ID:** 15607
**Name:** TYKESHA WILLIAMS-SAUNDERS
**DOB:** 01/14/1978
**Email:**

**Most Recent PFS Submitted:** 08/25/2021

### Plaintiff Snapshot

**Treated with Taxotere:** Unknown
**Treated with Generic:** 
**Drug Name:** Unknown
**Unknown Certification:** Yes
**Treatment Dates:** 01/14/2014 to 05/1/2014
**Docket No.:** 2:20-cv-00979
**Properly Executed Verification of PFS:** View
**Proof of Injury - Medical Documentation:** N/A
**Proof of Injury - Before & After Photographs:** View
**Law Firm:** Finson Law Firm

Comments

### Documents



View Documents | Upload

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 528973 | Medical Records | 04/29/2022 | Remove |
| 523566 | Amended Deficiency Notice | 08/26/2021 | Remove |
| 523546 | Workers Compensation Authorization | 08/25/2021 | Remove |
| 523545 | Psychiatric Records Authorization | 08/25/2021 | Remove |
| 523544 | HIPAA Authorization | 08/25/2021 | Remove |
| 523543 | Health Insurance Record Authorization | 08/25/2021 | Remove |
| 523542 | Employment Authorization | 08/25/2021 | Remove |
| 523541 | Disability Claims Authorization | 08/25/2021 | Remove |
| 523540 | PTO 71 Written Statement | 08/25/2021 | Remove |
| 523539 | Properly Executed Verification of PFS | 08/25/2021 | Remove |
| 523534 | Proof of Injury - Before & After Photographs | 08/25/2021 | Remove |
| 523533 | First Amended Plaintiff Fact Sheet | 08/25/2021 | Remove |
| 522794 | Deficiency Notice | 07/27/2021 | |
| 522632 | Plaintiff Fact Sheet | 07/25/2021 | |
| 522631 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522630 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522629 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522628 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522627 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522626 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522625 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522624 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522623 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522622 | Proof of Injury - Before & After Photographs | 07/25/2021 | Remove |
| 522621 | Proof of Use -- Medical Records | 07/25/2021 | Remove |

Deficiency Response

10/10/22, 12:55 PM

https://www.mdlcentrality.com/Taxotere/Secure/MDL/Shared/PlaintiffConfirmation.aspx?id=103857&qid=15607

3/3

Fact Sheet Information

**Plaintiff Fact Sheet**

1. Plaintiff Fact Sheet - In Progress

[Edit] [PFS Compare]

© 2022 BrownGreer PLC. All rights reserved.