## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H" (5) |
| | : JUDGE JANE TRICHE MILAZZO |
| | : MAG. JUDGE MICHAEL B. NORTH |
| | : |
| THIS DOCUMENT RELATES TO | : |
| Tykesha Williams Saunders v. Sanofi et al. Case No. 2:20-979-JTM-MBN | : |

### [PROPOSED ORDER] DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35

The Court finds Plaintiff is excused from formal service, and Defendants' Motion to Dismiss therefore, is DENIED

So Ordered on this _____ day of _____, 2022.

_____
U.S. District Judge Presiding