UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: Taxotere (Docetaxyl) Products Liability Litigation | MDL No. 2740 |
| This Document Relates to:<br><br>*Rosa Clendinin v. Sanofi Aventis US, LLC, et al;* Case No. 2:17-cv-12486; 17-cv-12504; 16-17581; 17-cv-12483 | SEC: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE NORTH |

## NOTICE OF APPEARANCE

### TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Alfred A. Olinde Jr. of The Olinde Firm, LLC, on behalf of Plaintiffs, Rosa Clendinin (17-cv-12486), Renu Gyani (17-cv-12504), Carolyn Brasell, (16-17581) and Kimberly Kauffman (17-cv-12483) in the above-entitled and numbered causes.

Please copy undersigned counsel on all filings and transactions.

Respectfully submitted,

Dated: October 11, 2022

By: __s/*Alfred A Olinde, Jr.*_____
   Alfred A. Olinde, Jr., La. Bar # 20061
   **THE OLINDE FIRM, LLC**
   P.O. Box 55
   Mandeville, Louisiana  70470
   Telephone:  (504) 587-1440
   Facsimile:  (504) 587-1577
   Email: folinde@olindefirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022 a copy of the above and foregoing *Opposition to Defendant Sandoz's Motion to Dismiss for Failure to Follow CMO 35 and FRCP 4* has been served on all parties or their attorneys via Louisiana EDLA ECF filing system, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

/s/ *Alfred A Olinde, Jr.*