# EXHIBIT 1

# Dawn Schneithorst

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Friday, October 26, 2018 10:50 AM |
| **To:** | Kristen Fox |
| **Subject:** | RE: 2:18-cv-9346 |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

Mail Gate made the following annotations on Fri Oct 26 2018 10:50:17

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.