# EXHIBIT 1

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

## Exhibit 1

| | | | |
|---|---|---|---|
| 2:18-cv-01917 | Bridges | Shirley | Deceased and does not object to dismissal. |
| 2:19-cv-11973 | Burns | Carrie | Plaintiff served all other named Defendants in August 2019 but inadvertently left out Sandoz., who was not identified as the correct manufacturer until July 28, 2022. Plaintiff has now served Sandoz.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement and ESI, before and after photographs, medical records, authorizations, and proof of use.<br><br>Multiple defendants have served defendant fact sheets. |
| 2:16-cv-17174 | Champagne | Rose | Plaintiff did serve Sanofi and has now served Sandoz.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, and proof of use.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 2:16-cv-17163 | Chappell | Edith | Plaintiff did serve Sanofi and has now served Sandoz.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, and proof of use.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 2:16-cv-17190 | Chavez | Soundra | Case previously dismissed at CMO 12A hearing. Motion to dismiss is moot. |
| 2:19-cv-03422 | Clamon | Rhonda | Served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, authorizations, proof of use.<br><br>Complaint now served<br><br>Received a deficiency notice and Hospira Defendant Fact Sheet. |

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:16-cv-17151 | Crawford | Gwendolyn | Sanofi, Sandoz, and Hospira have been identified as manufacturers. Sanofi was served prior to August 31, 2022. Sandoz and Hospira have now been served.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, and proof of use.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi and supplemental Defendant Fact Sheets. |
| 2:18-cv-12526 | Cruz | Carmen | Identified manufacturer other than Sandoz. Do not object to dismissal of Sandoz. |
| 2:16-cv-17201 | Dean | Carnelia | Both Sanofi and Sandoz were identified as the correct manufacturer. Sanofi was served prior to August 31, 2022.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, chemotherapy information, out of pocket receipts, medical records, authorizations, and proof of use.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet. |
| 2:19-cv-13485 | Dewdney | Jacqueline | Plaintiff served all other named Defendants but inadvertently left out Sandoz. Sandoz has now been served.<br><br>Plaintiff served: Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, medical records, PTO 71A, proof of use, proof of product identification of Sandoz, Hospira, Sanofi, and Sagent. None of them are seeking to dismiss this lawsuit.<br><br>Plaintiff has received Defendant Fact Sheets from Hospira and Sanofi, along with deficiency notices. She has appeared on three show cause lists. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:19-cv-02401 | Forsyth | Valarie | Plaintiff served all other named Defendants but inadvertently left out Sandoz. Plaintiff was able to identify Sandoz as the correct manufacturer after suit was filed. Sandoz has now been served.<br><br>Plaintiff served: Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, medical records, PTO 71A, proof of use, proof of product identification of Sandoz.<br><br>Sandoz served a Defendant Fact Sheet. She also appeared on one show cause list. |
| 2:16-cv-17187 | Forte | Georgia | Plaintiff served the other named Defendant- Sanofi- prior to the entry of the service order on Sandoz. Sandoz has now been served.<br><br>Plaintiff served: Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, medical records, PTO 71A, proof of use, proof of product identification of Sandoz.<br><br>Plaintiff has received a Defendant Fact Sheet from Sanofi and a deficiency notice. Plaintiff has also appeared on a show cause list. |
| 2:16-cv-17167 | Gardner | Sharon | Case previously dismissed at CMO 12A hearing. Motion to dismiss is moot. |
| 2:16-cv-17145 | Harris | Ruby | Plaintiff had originally served named Defendant Sanofi. Through litigation, Sandoz and Hospira were identified as the manufacturers. Both have now been served.<br><br>Plaintiff served: Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, medical records, PTO 71A, proof of use, proof of product identification of Sandoz and Hospira.<br><br>Sandoz and Hospira served Defendant Fact Sheets and Sandoz served a deficiency notice. |

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:17-cv-00756 | Jefferson | Charlotte | Plaintiff had originally served named Defendant Accord but inadvertently did not serve other Defendants. All Defendants have now been served.<br><br>Plaintiff served: Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, medical records, PTO 71A, proof of use, significant discovery has occurred pursuant to CMO 12A and is ongoing.<br><br>Accord served a Defendant Fact Sheet and a deficiency notice was served. Her case has also been argued at CMO 12A show cause hearings. |
| 2:19-cv-12235 | Johnson | Janice | Served: Three Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, authorizations, proof of use.<br><br>Complaint now served |
| 2:16-cv-17166 | Johnson | Jonnie | Identified manufacturer other than Sandoz. Do not object to dismissal of Sandoz. |
| 2:18-cv-01893 | Johnson | Mary | All other named Defendants were served but Sandoz was inadvertently left out. Through litigation, Plaintiff discovered Sandoz was the correct manufacturer and Sandoz has now been served.<br><br>Plaintiff served: Plaintiff Fact Sheet, Authorization, product identification of Sandoz, and medical records.<br><br>Plaintiff received a deficiency notice and appeared on a show cause list. |
| 2:16-cv-17186 | Justice | Kristy L. | Identified manufacturer other than Sandoz. Do not object to dismissal of Sandoz. |
| 2:16-cv-17504 | Keys | Marylynn | Plaintiff had originally served named Defendant Sanofi but inadvertently did not serve Sandoz. Through litigation, Plaintiff identified Sandoz as the manufacturer and has now served them.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, product identification showing Sandoz, and a PTO 71 statement.<br><br>Plaintiff has been served with a deficiency notice and a Defendant Fact Sheet from Sanofi. She has also appeared on two show cause lists. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:18-cv-12258 | King | Andrea | Identified manufacturer other than Sandoz. Do not object to dismissal of Sandoz. |
| 2:19-cv-12394 | Knight | Michele L. | All other named Defendants were served except Hospira and Sandoz was inadvertently left out. Through litigation, Plaintiff discovered Sandoz and Hospira were the correct manufacturers and both have now been served. <br><br> Plaintiff has served: Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, PTO 71 statement, proof of use, medical records, and proof of product identification showing Hospira and Sandoz and the manufacturers. <br><br> Plaintiff has received deficiency notices and has appeared on a show cause list. |
| 2:16-cv-17212 | McDowell | Sheila | Case previously dismissed at CMO 12A hearing. Motion to dismiss is moot. |
| 2:16-cv-17183 | Petties | Kathleen | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz and Accord as the manufacturers. Plaintiff has now served both. <br><br> Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, and product identification of Sandoz and Accord. <br><br> Plaintiff has been served with deficiency notices. |
| 2:16-cv-17184 | Roberts | Lerconga | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz as the manufacturer. Plaintiff has now served Sandoz. <br><br> Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, and product identification of Sandoz. Defendants have also utilized Plaintiff's authorizations to obtain medical records. <br><br> Plaintiff has been served with a deficiency notice. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:17-cv-00117 | Russell | Madis C. | Deceased and do not object to dismissal. |
| 2:16-cv-17496 | Simmons | Janet | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz as the manufacturer. Plaintiff has now served Sandoz.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, and product identification of Sandoz.<br><br>Plaintiff has received a Defendant Fact Sheet from Sanofi and has also received multiple deficiency notices. |
| 2:16-cv-17213 | Thomas | Felicia | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz as the manufacturer. Plaintiff has now served Sandoz.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement and ESI, and product identification of Sandoz. Defendants have also utilized Plaintiff's authorizations to obtain medical records.<br><br>Plaintiff received a deficiency notice and appeared on a show cause list. |
| 2:16-cv-17199 | Turner | Cynthia B. | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz and Hospira as the manufacturers. Plaintiff has now served both.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement and ESI, and product identification of Sandoz and Hospira.<br><br>Plaintiff has been served with deficiency notices and appeared on a show cause list. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:16-cv-17241 | Waller | Sarah | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz and Hospira as the manufacturers. Plaintiff has now served both.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, and product identification of Sandoz and Hospira.<br><br>Plaintiff has been served with deficiency notices. |
| 2:16-cv-17169 | Werning | Lara | Plaintiff originally sued multiple Defendants but through litigation has been able to identify Hospira and Accord and the manufacturers. Both have now been served.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, ESI, and product identification of Sandoz and Accord.<br><br>Plaintiff has been served with deficiency notices and Sanofi's Defendant Fact Sheet. |
| 2:19-cv-14087 | Woods | Wanda | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz as the manufacturer. Plaintiff has now served Sandoz.<br><br>Plaintiff has served: Plaintiff Fact Sheet, authorizations, proof of use, PTO 71 statement, before and after photographs, and product identification of Sandoz.<br><br>Plaintiff has been served with a deficiency notice and appeared on a show cause list. |
| 2:16-cv-17235 | Young | Lorraine M. | Identified manufacturer other than Sandoz. Do not object to dismissal of Sandoz. |
| 2:16-cv-15497 | Valencia | Sonia | Identified manufacturer other than Sandoz. Do not object to dismissal of Sandoz. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:16-cv-15511 | McCullough | Susan | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz as the manufacturer.  Plaintiff has now served Sandoz.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, out-of-pocket medical expenses, medical records, pathology reports, authorizations, before and after photographs, PTO 71 statement, and a significant amount of ESI from Facebook.<br><br>Plaintiff has been served with Sanofi's Defendant Fact Sheet and deficiency notices. |
| 2:16-cv-17171 | Bias | Sheila | Identified manufacturer other than Sandoz.  Do not object to dismissal of Sandoz. |