# **EXHIBIT 1**

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*
# Exhibit 1

| 2:16-cv-17169 | Werning | Lara | Plaintiff originally sued multiple Defendants but through litigation has been able to identify Hospira and Accord and the manufacturers. Both have now been served.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, ESI, and product identification of Sandoz and Accord.<br><br>Plaintiff and Defendants have participated in the CMO 12A process for this Plaintiff, which helped in identifying Hospira and Accord as the correct manufacturers. Part of this process included Defendants collectively ordering Plaintiff's medical records.<br><br>Plaintiff has been served with deficiency notices and Sanofi's Defendant Fact Sheet. |
|---|---|---|---|
| 2:16-cv-17183 | Petties | Kathleen | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz and Accord as the manufacturers. Plaintiff has now served both.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, and product identification of Sandoz and Accord.<br><br>Plaintiff and Defendants have participated in the CMO 12A process for this Plaintiff, which helped in identifying Hospira and Accord as the correct manufacturers. Part of this process included Defendants collectively ordering Plaintiff's medical records.<br><br>Plaintiff has been served with deficiency notices. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:19-cv-03422 | Clamon | Rhonda | Served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, authorizations, proof of use<br><br>Complaint now served to all Defendants.<br><br>Plaintiff also sent a CMO 12A e-mail to Defendants.<br><br>Received a deficiency notice and Hospira Defendant Fact Sheet. Plaintiff also appeared on a show cause docket. |
| 2:19-cv-12235 | Johnson | Janice | Served: Three Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, authorizations, proof of use.<br><br>Plaintiff also sent a CMO 12A e-mail to all named Defendants.<br><br>Complaint now served to all Defendants.<br><br>Plaintiff has appeared on show cause dockets. |
| 2:16-cv-17151 | Crawford | Gwendolyn | Plaintiff does not object to the dismissal of Accord only, as other manufacturers have been identified. |