# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE** |
| *Kaila Kaden*           2:17-cv-12755 | |
| *Latasha Johnson*   2:18-cv-09399 | |
| *Barbara Addelson*  2:16-cv-16041 | |

COMES NOW Patrick A. Hamacher with the firm of Niemeyer, Grebel & Kruse, LLC and enters his appearance on behalf of the above-listed Plaintiffs.

Dated:  October 11, 2022                                 Respectfully Submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

*/s/ Patrick A. Hamacher*
Patrick A. Hamacer     MO #63855
Mark R. Niemeyer      MO #42437
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
hamacher@ngklawfirm.com
niemeyer@ngklawfirm.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ Mark R. Niemeyer*