UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Kaila Kaden          2:17-cv-12755 | |

## DECLARATION OF PATRICK A. HAMACHER

Comes now the undersigned, Patrick A. Hamacher. I am of sound mind and competent to offer to the testimony herein, and state as follows:

1. My name is Patrick A. Hamacher and am one of the counsels representing Plaintiff Kaila Kaden in this Multi-District Litigation.

2. I have taken, and I reasonably expect to take or defend depositions in this MDL.

3. I have read and understand the following materials designated in Magistrate Judge North's Order of January 18, 2019 (Rec. Doc. 5979):

   a. *Tajonera v. Black Elk Energy Offshore Operations, LLC*, No. 13-CV-0366, 2015 WL 13533520 (E.D. La. Sept. 30, 2015);
   b. *Howard v. Offshore Liftboats, LLC*, No. 13-CV-4811, 2015 WL 965976 (E.D. La. Mar. 4, 2015), *aff'd*, 2015 WL 3796458 (E.D. La. Jun. 18, 2015);
   c. *Hunter v. GEICO General Insurance Co.*, No. 17-CV-5070, 2018 WL 4352823 (E.D. La. Sept. 12, 2018); and
   d. The Court's Civil Practice Guidelines, available on the court's website at http://www.laed.uscourts.gov/judges-information/judge/honorable-michael-b-north.

4. I agree to abide by the rules and expectations of this Court in the conduct of depositions in this matter as described in detail in the above referenced materials.

Dated: October 10, 2022

**Patrick A. Hamacher**
Niemeyer, Grebel & Kruse, LLC