UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) MDL NO. 2740 ) |
| DEBRA BENAVENTE, | ) SECTION "H" (5) ) JUDGE TRICHE MILAZZO ) MAG. JUDGE NORTH |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No.: |
| SANOFI U.S. S.A. ET. AL. | ) 2:21-cv-64 ) |
| Defendants. | ) ) ) |

**PLAINTIFF'S RESPONSE TO SANDOZ INC.'S MOTION TO DISMISS**

NOW COMES Parag P. Bhosale, counsel for the Plaintiff, Debra Benavente, in response to Sandoz Inc.'s motion to dismiss for failure to comply with case management order #35 and FRCP 4, states as follows:

1. Upon receipt of Defendant's motion to dismiss, attorney Parag P. Bhosale immediately took steps to remedy the apparent failure to email summons and complaint to Sandoz-taxotere-complaints@gtlaw.com. Receipt was acknowledged via email on 10/05/2022;

2. Attorney Parag P. Bhosale only recently assumed primary handling of the firm's Taxotere matters. Attorneys Samuel Park and Magdalena Gonzalez previously handled these matters but no longer work for the firm.

3. Attorneys Park and Gonzalez had up until this point apparently filed all the firm's Taxotere Complaints and served them in compliance with the Court's Case Management orders;

4. Attorney Bhosale has attempted to review Attorney Park and Gonzalez's file notes, which appear to indicate that email service was sent on 1/12/2021 after filing, but access in no longer available to their accounts to verify this;

5. Attorney Bhosale can only assume that there may have been an inadvertent failure to forward the email to Sandoz;

6. Plaintiff has complied with all PFS, ESI and CMO 12A obligations despite this minor error, and there are no known pending deficiencies;

7. Dismissal of this action would be a drastic measure as there has been no substantive prejudice to Defendants.

Based on the foregoing, Plaintiff, DEBRA BENAVENTE requests that this Court deny Defendant's motion to dismiss.

Respectfully Submitted,

/s/ Parag P. Bhosale

**Parag P. Bhosale**
Gardi, Haught, Fischer, & Bhosale Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
pbhosale@gardilaw.com