# Exhibit A

| | |
|---|---|
| **Subject:** | Stephanie Wilson - Case No. 2:19-cv-12382 (EDLA) |
| **Date:** | Friday, October 7, 2022 at 10:55:30 AM Central Daylight Time |
| **From:** | David Franco |
| **To:** | HospiraTaxotereMDL@wolterskluwer.com |
| **Attachments:** | 2022-10-07 Wilson, Stephanie - SOP Ltr to Hospira Worldwide.pdf |

Dear Counsel:

Please find enclosed a copy of the filed Amended Short Form Complaint and summons issued in Wilson vs. Sanofi US Services, Inc., et al., Case No. 2:19-cv-12382 (E.D. La.).

Regards,

David B. Franco, Esq.
**FrancoLaw, PLLC**
500 W. 2nd Street
Floor 19, Suite 138
Austin, TX 78701
Tel: (512) 714-2223
Fax: (504) 229-6730
Email: dfranco@dfrancolaw.com

FrancoLaw, PLLC is committed to encouraging sustainable business practices. Please consider the environment before printing this email.

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This email and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and is confidential. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination or copying of this communication is prohibited. This e-mail is from a law firm and is intended solely for the use of the individual(s) to whom it is addressed.

**Subject:** Confirmation Email Receipt
**Date:** Friday, October 7, 2022 at 10:55:56 AM Central Daylight Time
**From:** HospiraTaxotereMDL
**To:** David Franco

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**Subject:** Stephanie Wilson - Case No. 2:19-cv-12382 (EDLA)
**Date:** Friday, October 7, 2022 at 10:54:07 AM Central Daylight Time
**From:** David Franco
**To:** HospiraTaxotereMDL@wolterskluwer.com
**Attachments:** 2022-10-07 Wilson, Stephanie - SOP Ltr to Hospira Inc.pdf

Dear Counsel:

Please find enclosed a copy of the filed Amended Short Form Complaint and summons issued in Wilson vs. Sanofi US Services, Inc., et al., Case No. 2:19-cv-12382 (E.D. La.).

Regards,

David B. Franco, Esq.
**FrancoLaw, PLLC**
500 W. 2nd Street
Floor 19, Suite 138
Austin, TX 78701
Tel: (512) 714-2223
Fax: (504) 229-6730
Email: dfranco@dfrancolaw.com

FrancoLaw, PLLC is committed to encouraging sustainable business practices. Please consider the environment before printing this email.

CONFIDENTIAL ATTORNEY-CLIENT OR OTHERWISE PRIVILEGED COMMUNICATION

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. This email and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521, and is confidential. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are notified that any dissemination or copying of this communication is prohibited. This e-mail is from a law firm and is intended solely for the use of the individual(s) to whom it is addressed.

**Subject:** Confirmation Email Receipt
**Date:** Friday, October 7, 2022 at 10:54:35 AM Central Daylight Time
**From:** HospiraTaxotereMDL
**To:** David Franco

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.