UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO SANDOZ, INC.** |

THIS DOCUMENT RELATES TO:
Nantri Casuas; 2:18-cv-02860

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Sandoz, Inc. in this matter, with each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 11th day of October, 2022.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
trevor.Rockstad@daviscrump.com

*Attorney for Plaintiff*

## **CERTFICATE OF SERVICE**

      I hereby certify that on October 11, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

      SO CERTIFIED this the 11th day of October, 2022.

                        /s/Trevor B. Rockstad
                        TREVOR B. ROCKSTAD (MS Bar# 103614)
                        DAVIS & CRUMP, P. C.
                        2601 14th Street
                        Gulfport, MS   39501
                        Telephone: (228) 863-6000
                        Facsimile: (228) 864-0907
                        trevor.rockstad@daviscrump.com