# EXHIBIT 1

# Mary Watkins-Eastern District of Louisiana

 **Liz Canales**

To ○ sandoz-taxotere-complaints@gtlaw.com

Cc ○ David Friend

Tue 10/4/2022 9:37 AM

Reply | Reply All | Forward

 **Original Complaint (File Stamped).pdf**
218 KB

 **Civil Summons-Sandoz-completed.pdf**
725 KB

Attached please find a Complaint and Summons for Mary Watkins.

Counsel contact information:
David L. Friend
Hissey, Mulderig & Friend, PLLC
1504 West Avenue
Austin, TX 78701
(512) 320-9100
(512 320-9101 fax
dfriend@hmf-law.com

Thank you,


Liz Canales
Legal Assistant
HISSEY, MULDERIG & FRIEND, PLLC
Dignan-Mickey House
1504 West Avenue
Austin, Texas 78701
512.320.9100
512.320.9101 (Fax)