# EXHIBIT 2

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:18-cv-06462-JTM-MBN

Watkins v. Sanofi US Services, Inc. et al  
Assigned to: Judge Jane Triche Milazzo  
Referred to: Magistrate Judge Michael North  
Lead case: [2:16-md-02740-JTM-MBN](#)  
Member case: [(View Member Case)](#)  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/03/2018  
Jury Demand: Plaintiff  
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability  
Jurisdiction: Diversity

**Plaintiff**

**Mary Watkins**          represented by     **David Friend**  
Hissey, Mulderig & Friend, PLLC  
1504 West Ave  
Austin, TX 78701  
512-320-9100  
Email: dfriend@hmf-law.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sanofi-Aventis U.S. LLC**

**Defendant**

**Sanofi US Services Inc.**  
*formerly known as*  
Sanofi-Aventis U.S. Inc.

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Hospira, Inc.**

**Defendant**

**Accord Healthcare, Inc.**

**Defendant**

**McKesson Corporation**  
*doing business as*  
McKesson Packaging

**Defendant**

**Hospira Worldwide, LLC**  
*formerly known as*

Hospira Worldwide, Inc.

**Defendant**

**Sun Pharma Global FZE**

**Defendant**

**Sun Pharmaceutical Industries, Inc.**
*formerly known as*
Caraco Pharmaceutical Laboratories, Ltd.

**Defendant**

**Pfizer Inc**

**Defendant**

**Actavis LLC**
*formerly known as*
Actavis Inc.

**Defendant**

**Actavis Pharma, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/03/2018 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-6979535) filed by Mary Watkins. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summons Summons)Attorney David L Friend added to party Mary Watkins(pty:pla).(Friend, David) (Entered: 07/03/2018) |
| 07/03/2018 | 2 | Initial Case Assignment to Judge Jane Triche Milazzo and Magistrate Judge Michael North. (gk) (Entered: 07/03/2018) |
| 07/05/2018 | 3 | Summons Issued as to Sanofi-Aventis U.S. LLC. (aj) (Entered: 07/05/2018) |
| 07/06/2018 | 4 | PRETRIAL ORDERS. Signed by Judge Jane Triche Milazzo.(ADI) (Entered: 07/06/2018) |
| 10/03/2022 | 5 | Request of Summons Issued as to Sandoz, Inc. filed by Mary Watkins re 1 Complaint,. (Friend, David) (Entered: 10/03/2022) |
| 10/04/2022 | 6 | Summons Issued as to Sandoz, Inc. (am) (Entered: 10/04/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/11/2022 13:30:46 | | | |
| **PACER Login:** | HK0532_rekmeh | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:18-cv-06462-JTM-MBN |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |