# EXHIBIT 3

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |
|---|---|---|---|---|---|

**Back To MDL Centrality**

| MDL 2740 - Taxotere | Search Results |
|---|---|

Return to Search Results                                                                 Edit Plaintiff Information

### Plaintiff Information

| Plaintiff ID: | 10981 | DOB: | 06/22/1951 |
|---|---|---|---|
| Name: | MARY WATKINS | Email: | |
| Most Recent PFS Submitted: | 12/18/2018 | | |

### Plaintiff Snapshot

| Treated with Taxotere: | Yes | Treated with Generic: | No | Comments |
|---|---|---|---|---|
| Drug Name: | Taxotere | Unknown Certification: | | |
| Treatment Dates: | 01/8/2016 to 04/7/2016 | Docket No.: | 2:18-cv-6462 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Hissey, Mulderig & Friend, PLLC | |

### Documents

View Documents    Upload                                                                 Deficiency Response

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 506395 | Workers Compensation Authorization | 12/04/2020 | Remove |
| 506394 | Health Insurance Record Authorization | 12/04/2020 | Remove |
| 506393 | Disability Claims Authorization | 12/04/2020 | Remove |
| 316951 | Sanofi - Defendant Fact Sheet Attachment - 10981 1 | 02/25/2019 | |
| 316948 | Sanofi Defendant Fact Sheet | 02/25/2019 | |
| 301844 | Deficiency Notice | 01/30/2019 | |
| 280702 | Plaintiff Fact Sheet | 12/18/2018 | |
| 279387 | Proof of Injury - Before & After Photographs | 12/16/2018 | Remove |
| 279386 | CMO 12 Product Identification | 12/16/2018 | Remove |
| 279385 | Proof of Use -- Medical Records | 12/16/2018 | Remove |
| 279384 | Workers Compensation Authorization | 12/16/2018 | Remove |
| 279383 | Psychiatric Records Authorization | 12/16/2018 | Remove |
| 279382 | HIPAA Authorization | 12/16/2018 | Remove |
| 279381 | Health Insurance Record Authorization | 12/16/2018 | Remove |
| 279380 | Employment Authorization | 12/16/2018 | Remove |
| 279379 | Disability Claims Authorization | 12/16/2018 | Remove |
| 279378 | Properly Executed Verification of PFS | 12/16/2018 | Remove |

| 275840 | PTO 71 Written Statement | 12/09/2018 | Remove |

### DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Sanofi | 02/25/2019 | View   Respond |

### Plaintiff Fact Sheet

I. Plaintiff Fact Sheet          Amend Fact Sheet     PFS Compare

© 2022 BrownGreer PLC. All rights reserved.