UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                               SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Mary Watkins,* **Case No.: 2:18-cv-6462**

### [PROPOSED ORDER] GRANTING PLAINTIFFS MOTION FOR LEAVE EXTEND DEADLINE

Plaintiff's Motion For Leave To Extend The Time For Plaintiff To Comply With CMO 35 is GRANTED.

The Court finds that Defendant Sandoz, Inc. was correctly served, by counsel for Mary Watkins, on October 4, 2022. Due to excusable neglect, so found by the Court, the deadline for Plaintiff, Mary Watkins, to comply with CMO 35 should be, and is hereby, extended for Plaintiff, Mary Watkins, to comply with CMO 35, from August 31, 2022 to October 4, 2022.

Defendants' Motion to Dismiss For Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____ day of _____, 2022.

                                                       _____

                                                              U.S. District Judge Presiding