# Exhibit B

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:17-cv-06919-JTM-MBN

| | |
|---|---|
| Destefano v. Sanofi S.A. et al | Date Filed: 07/19/2017 |
| Assigned to: Judge Jane Triche Milazzo | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Michael North | Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability |
| Lead case: 2:16-md-02740-JTM-MBN | |
| Member case: (View Member Case) | |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2017 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-6267631) filed by Terri M. Destefano. (Attachments: # 1 Civil Cover Sheet, # 2 Summons Hospira Inc., # 3 Summons Hospira Worldwide LLC, # 4 Summons Sanofi-Aventis US LLC)Attorney David Francis Miceli added to party Terri M. Destefano(pty:pla). (Miceli, David) (Entered: 07/19/2017) |
| 07/20/2017 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. (djg) (Entered: 07/20/2017) |
| 07/21/2017 | 3 | Summons Issued as to Hospira Worldwide, Inc., Hospira, Inc., Sanofi-Aventis U.S. LLC. (cc) (Entered: 07/21/2017) |
| 07/28/2017 | 4 | PRETRIAL ORDERS. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 07/28/2017) |
| 05/21/2018 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance. (ADI) (Entered: 05/21/2018) |
| 03/01/2021 | 6 | AMENDED COMPLAINT by Terri M. Destefano. Party Sandoz Inc. added. **See Rec. Doc 12251 filed in master case 16-md-2740** (am) (Entered: 03/02/2021) |
| 10/07/2022 | 7 | Request of Summons Issued as to Sandoz, Inc. filed by Terri M. Destefano re 1 Complaint,. (Gorshe, Lisa) (Entered: 10/07/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2022 13:55:25 | | | |
| **PACER Login:** | LisaGorshe | **Client Code:** | 060000 |
| **Description:** | Docket Report | **Search Criteria:** | 2:17-cv-06919-JTM-MBN |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |