# Exhibit A

## Lisa Gorshe

| | |
|---|---|
| **From:** | insognan@gtlaw.com |
| **Sent:** | Monday, October 3, 2022 10:30 AM |
| **To:** | Lisa Gorshe |
| **Cc:** | merrellc@gtlaw.com; holdene@gtlaw.com |
| **Subject:** | RE: Taxotere Motion to Dismiss for Failure to Comply with CMO 35 |

Counsel:

By entering CMO-35, Judge Milazzo set a firm deadline by which the below complaints were required to be served.  We do not believe we can accept service after a court-imposed deadline.  You can explain to the Court the reasons for plaintiffs' failure to serve timely, in an opposition to the motion. We will consider those reasons and respond, if at all, by way of Reply.

Thank you,
Nick

**From:** Lisa Gorshe <LGorshe@johnsonbecker.com>
**Sent:** Friday, September 30, 2022 4:40 PM
**To:** Insogna, Nicholas A. (Shld-Bos-LT) <insognan@gtlaw.com>
**Subject:** Taxotere Motion to Dismiss for Failure to Comply with CMO 35

## ∗EXTERNAL TO GT∗

Nick
I see that you filed yesterday the Motion to Dismiss re: service of process in Taxotere.  We have four cases on the list that were previously represented by the Simmons Hanley Conroy firm and transferred to our office in late 2020 to early 2021.  We were not aware of any service of process issues when the files were transferred to our office.  Additionally, our former Associate who was handling our Taxotere docket left our firm on August 5, 2022 (along with a 2 paralegals coming back after overlapping  4 month maternity leave) so the CMO from late July was not put onto my radar at her departure.  I'm asking for a courtesy to allow acceptance of service of process on Sandoz which we are in the process of effected (as well as reaching out to former counsel regarding service of process who is going through their records).
The Exhibit listed these cases
- Terri Destefano (17-cv-6919)
- Susan Hubbard (17-cv-317)
- Judith Proctor (17-cv-5666)

- Teresa Rosburg (17-cv-9491) is a moot issue as we are in process of dismissing Sandoz as product ID does not apply in this instance.  However, I am also attaching the service email from 2021 to Sandoz that I received from former counsel just moments ago.

Please let me know if you are willing to pull down for motion as it relates to the four clients above or if I should, in the alternative, consult with Lori Cohen.

Sincerely,

*Lisa Ann Gorshe*

LISA ANN GORSHE │ PARTNER

**JOHNSON // BECKER** PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 852
Direct: 612-436-1852
Facsimile: 612-436-1801
lgorshe@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1840 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.