# Exhibit B

## Melissa Jansen

| | |
|---|---|
| **From:** | Melissa Jansen |
| **Sent:** | Friday, October 7, 2022 3:57 PM |
| **To:** | Sandoz-taxotere-complaints@gtlaw.com |
| **Cc:** | Lisa Gorshe |
| **Subject:** | Hubbard, Susan (Taxotere-EDLA) |
| **Attachments:** | 381165_Hubbard v. Hospira, et al. - Sandoz Inc. Summons (issued 4.20.2021).pdf; 381165_Hubbard Amended Complaint (filed 4.14.2021).pdf |

Dear Counsel –

Please find attached the summons and complaint for the above-referenced Plaintiff, Susan Hubbard, pursuant to PTO 30 Streamlined Service on Sandoz as supplemented by CMO 35.

Sincerely,

*Melissa Jansen*

MELISSA JANSEN│PARALEGAL

JOHNSON // BECKER PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 930
Direct: 612-436-1930
Facsimile: 612-436-1801
mjansen@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1930 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

# Melissa Jansen

| | |
|---|---|
| **From:** | sandoz-taxotere-complaints@gtlaw.com |
| **Sent:** | Friday, October 7, 2022 3:57 PM |
| **To:** | Melissa Jansen |
| **Subject:** | Automatic reply: Hubbard, Susan (Taxotere-EDLA) |

Your email attempting service of the Complaint and Summons on Sandoz Inc. in MDL 2740, pursuant to PTO 30, has been received.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.