# Exhibit B

# Melissa Jansen

| | |
|---|---|
| **From:** | Melissa Jansen |
| **Sent:** | Friday, October 7, 2022 4:04 PM |
| **To:** | Sandoz-taxotere-complaints@gtlaw.com |
| **Cc:** | Lisa Gorshe |
| **Subject:** | Proctor, Judith (Taxotere-EDLA) |
| **Attachments:** | 381218_Proctor v. Accord and Sandoz - Sandoz Summons (issued 4.20.2021).pdf; 381218_Proctor v. Accord and Sandoz - Amended Complaint (filed 4.14.2021).pdf |

Dear Counsel –

Please find attached the summons and complaint for the above-referenced Plaintiff, Judith Proctor, pursuant to PTO 30 Streamlined Service on Sandoz as supplemented by CMO 35.

Sincerely,

*Melissa Jansen*

MELISSA JANSEN │ PARALEGAL



Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 930
Direct: 612-436-1930
Facsimile: 612-436-1801
mjansen@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1930 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

# Melissa Jansen

| | |
|---|---|
| **From:** | Melissa Jansen |
| **Sent:** | Monday, October 10, 2022 9:33 AM |
| **To:** | 'Sandoz-taxotere-complaints@gtlaw.com' |
| **Cc:** | Lisa Gorshe |
| **Subject:** | RE: Proctor, Judith (Taxotere-EDLA) |
| **Attachments:** | 381218_Proctor v. Accord and Sandoz - Sandoz Summons (issued 4.20.2021).pdf; 381218_Proctor v. Accord and Sandoz - Amended Complaint (filed 4.14.2021).pdf |

Dear Counsel –

Please find attached the summons and complaint for the above-referenced Plaintiff, Judith Proctor, pursuant to PTO 30 Streamlined Service on Sandoz as supplemented by CMO 35.

Sincerely,

*Melissa Jansen*

MELISSA JANSEN │ PARALEGAL



Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 930
Direct: 612-436-1930
Facsimile: 612-436-1801
mjansen@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1930 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

**From:** Melissa Jansen
**Sent:** Friday, October 7, 2022 4:04 PM
**To:** Sandoz-taxotere-complaints@gtlaw.com
**Cc:** Lisa Gorshe <LGorshe@johnsonbecker.com>
**Subject:** Proctor, Judith (Taxotere-EDLA)

Dear Counsel –

Please find attached the summons and complaint for the above-referenced Plaintiff, Judith Proctor, pursuant to PTO 30 Streamlined Service on Sandoz as supplemented by CMO 35.

Sincerely,

*Melissa Jansen*

MELISSA JANSEN │ PARALEGAL

**JOHNSON // BECKER** PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 930
Direct: 612-436-1930
Facsimile: 612-436-1801
mjansen@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1930 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

# Melissa Jansen

| | |
|---|---|
| **From:** | Melissa Jansen |
| **Sent:** | Tuesday, October 11, 2022 8:23 AM |
| **To:** | Sandoz-taxotere-complaints@gtlaw.com |
| **Cc:** | Lisa Gorshe |
| **Subject:** | RE: Proctor, Judith (Taxotere-EDLA) |
| **Attachments:** | 381218_Proctor v. Accord and Sandoz - Sandoz Summons (issued 4.20.2021).pdf; 381218_Proctor v. Accord and Sandoz - Amended Complaint (filed 4.14.2021).pdf |
| **Categories:** | TXT |

Dear Counsel –

Please find attached the summons and complaint for the above-referenced Plaintiff, Judith Proctor, pursuant to PTO 30 Streamlined Service on Sandoz as supplemented by CMO 35.

Sincerely,

*Melissa Jansen*

MELISSA JANSEN │ PARALEGAL

JOHNSON // BECKER PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 930
Direct: 612-436-1930
Facsimile: 612-436-1801
mjansen@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1930 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

**From:** Melissa Jansen
**Sent:** Monday, October 10, 2022 9:33 AM
**To:** 'Sandoz-taxotere-complaints@gtlaw.com' <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Lisa Gorshe <LGorshe@johnsonbecker.com>
**Subject:** RE: Proctor, Judith (Taxotere-EDLA)

Dear Counsel –

Please find attached the summons and complaint for the above-referenced Plaintiff, Judith Proctor, pursuant to PTO 30 Streamlined Service on Sandoz as supplemented by CMO 35.

Sincerely,

*Melissa Jansen*

MELISSA JANSEN │ PARALEGAL

**JOHNSON // BECKER** PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 930
Direct: 612-436-1930
Facsimile: 612-436-1801
mjansen@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1930 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.

**From:** Melissa Jansen
**Sent:** Friday, October 7, 2022 4:04 PM
**To:** Sandoz-taxotere-complaints@gtlaw.com
**Cc:** Lisa Gorshe <LGorshe@johnsonbecker.com>
**Subject:** Proctor, Judith (Taxotere-EDLA)

Dear Counsel –

Please find attached the summons and complaint for the above-referenced Plaintiff, Judith Proctor, pursuant to PTO 30 Streamlined Service on Sandoz as supplemented by CMO 35.

Sincerely,

*Melissa Jansen*

MELISSA JANSEN │ PARALEGAL

**JOHNSON // BECKER** PLLC

Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Toll Free: 800-279-6386, ext. 930
Direct: 612-436-1930
Facsimile: 612-436-1801
mjansen@johnsonbecker.com
www.johnsonbecker.com

THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE NAMED RECIPIENT(S) ABOVE. IT MAY CONTAIN CONFIDENTIAL INFORMATION THAT IS PRIVILEGED OR THAT CONSTITUTES ATTORNEY WORK PRODUCT.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL AND ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.  IF YOU RECEIVE THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER AT (612) 436-1930 OR BY REPLYING TO THIS E-MAIL AND DELETE THE MESSAGE AND ANY ATTACHMENT(S) FROM YOUR SYSTEM. THANK YOU.