**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| *This document relates to:*<br>Judith S. Proctor<br>Case. No: 17-cv-05666 | SECTION "N" (5) |

# [PROPOSED] ORDER TO EXTEND TIME FOR SERVICE OF PROCESS

Upon consideration of the response by counsel, the Court is of the opinion that Plaintiff's Motion to Extend Time for Service of Process until October 31, 2022 is **GRANTED.**

Further, Defendant's Motion to Dismiss for Failure to Comply with CMO 35 is **DENIED AS MOOT.**


The _____ day of _____, 2022


_____

The Hon. Jane Triche Milazzo