UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Jane Triche Milazzo |
| THIS DOCUMENT RELATES TO: | |
| Theresa Risotto | Case No. 2:20-cv-02963 H (5) |
| v. | |
| Sanofi US Services, et al | |

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

**PLAINTIFF, THERESA RISOTTI'S RESPONSE TO DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35 AND
PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE TIME FOR PLAINTIFF TO <u>COMPLY WITH CMO 35</u>**

Theresa Risotti, Plaintiff, Responds to Sanofi-aventis U.S. LLC and Sanofi US Services, Inc. (hereinafter "Sanofi Collective") Motion to Dismiss For Failure to Comply with CMO 35, and respectfully requests the Court, pursuant to Rule 6(b), Fed. R. Civ. P. to extend the time for Plaintiff to comply with CMO 35, because:

1. Per CMO 35, Plaintiff was required to serve Sanofi Collective., with summons, no later than August 31, 2022.

2. Plaintiff filed a complaint in this action.

3. Counsel for the plaintiff at the time of the filing of the complaint has since left the firm that represents plaintiff. When counsel at the current firm left current counsel for plaintiff mistakenly believed, based on a review of the multiple summons in the file, that the Sanofi Collective had been served.

4. Plaintiff's counsel did not realize that Sandoz, Inc had not been served until it received the motion to dismiss.

5.   Plaintiff's counsel has been out of town for a week since the filing for a deposition and a bench trial in Bankruptcy Court and thus has not had time to serve Sandoz, but will do so right away.

6.   Rule 6(b)(1)(B), *Fed. R. Civ. P.* states:

> (b) **Extending Time**.
> (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

7.   Good cause exists for extending the time to comply with CMO 35, as the failure to serve, in compliance with CMO 35, was not the result of conscious indifference, by Plaintiff's counsel, but due to a clerical error, excusable neglect and a good faith belief that service on Sandoz, Inc, had been properly and timely served.

8.   This is Plaintiff's first motion seeking an extension of time. Plaintiff has not engaged in routinely dilatory behavior. Additionally, an extension of time to comply with CMO 35 would not unnecessarily delay trial or significantly disrupt the progression of this case. Therefore, given the length of time that has passed, for the duration of this MDL, no harm or prejudice with result to Defendants by extending the time, for this Plaintiff, for a mere 7 weeks, to October 18th, 2022, to comply with CMO 35.

WHEREFORE, Plaintiff, Theresa Risotti, prays that the Court enter an Order extending the time for Plaintiff to comply with CMO 35, from August 31, 2022, to October 18, 2022, and denying the Sanofi Collective's Motions to Dismiss for Failure to Comply with CMO 35, as moot and that the Court enter Plaintiff's proposed order attached hereto. Plaintiff prays for such other appropriate relief.

Respectfully submitted,

RAY HODGE & ASSOCIATES, L.L.C.


By_____//s// Ryan Hodge_____
   Ryan Hodge, Kansas Bar  #16180
   hodgelaw@kansaslaw.com
250 N Rock Road, suite 100
Wichita, KS 67206
316-269-1414
   *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

     I hereby certify that on October 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

   /s/Ryan Hodge
   Ryan Hodge

UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:** | |
| Theresa Risotti | Case No. 2:20-cv-02963 H (5 |
| v. | |
| Sanofi US Services, et al.; | |

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**
**[PROPOSED ORDER] GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND DEADLINE**

Plaintiff's Motion For Leave To Extend The Time For Plaintiff To Comply With CMO 35 is GRANTED.

The Court finds that Plaintiff has until October 18th 2022 to serve the Sanofi Collective and that such prior failure was due to excuseable neglect. Due to excusable neglect, so found by the Court, the deadline for Plaintiff, Theresa Risotti, to comply with CMO 35 should be, and is hereby, extended for Plaintiff, Theresa Risotti, to comply with CMO 35, from August 31, 2022 to October 18, 2022.

Defendants' Motion to Dismiss For Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____ day of _____, 2022.


U.S. District Judge Presiding