# EXHIBIT 1




| HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼ |

**MDL 2740 - Taxotere**  **Search Results**

[Return to Search Results]    [Edit Plaintiff Information]

**Plaintiff Information**

| Plaintiff ID: | 10434 | DOB: | 08/12/1949 |
| Name: | JANICE SWICEGOOD | Email: | |
| Most Recent PFS Submitted: | 05/10/2021 | | |

**Plaintiff Snapshot**

| Treated with Taxotere: | Yes | Treated with Generic: | No | [Comments] |
| Drug Name: | Taxotere | Unknown Certification: | | |
| Treatment Dates: | 06/5/2005 to 07/18/2005 | Docket No.: | 2:18-cv-9079 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Niemeyer, Grebel & Kruse |

**Documents**

[View Documents]  [Upload]

## Uploaded Files

Filter: ALL ▼

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 519016 | First Amended Plaintiff Fact Sheet | 05/10/2021 | |
| 448338 | PTO 71 Written Statement - Amended | 03/09/2020 | Remove |
| 439986 | Proof of Injury - Before & After Photographs - 12.2016 | 02/07/2020 | Remove |
| 265989 | E-Discovery/Social Media Materials - 12.25.17 | 11/15/2018 | Remove |
| 265987 | E-Discovery/Social Media Materials - 12.25.16 | 11/15/2018 | Remove |
| 265986 | E-Discovery/Social Media Materials - 12.25.16 | 11/15/2018 | Remove |
| 265983 | E-Discovery/Social Media Materials - 12.15.16 | 11/15/2018 | Remove |
| 265982 | E-Discovery/Social Media Materials - 10.29.15 | 11/15/2018 | Remove |
| 265981 | E-Discovery/Social Media Materials - 10.28.18 | 11/15/2018 | Remove |
| 265980 | E-Discovery/Social Media Materials - 10.21.17 | 11/15/2018 | Remove |
| 265978 | E-Discovery/Social Media Materials - 10.11.11 | 11/15/2018 | Remove |
| 265976 | E-Discovery/Social Media Materials - 9.2018 | 11/15/2018 | Remove |
| 265975 | E-Discovery/Social Media Materials - 9.27.18 | 11/15/2018 | Remove |
| 265974 | E-Discovery/Social Media Materials - 8.2013 | 11/15/2018 | Remove |
| 265973 | E-Discovery/Social Media Materials - 8.12.18 | 11/15/2018 | Remove |
| 265972 | E-Discovery/Social Media Materials - 8.12.17 | 11/15/2018 | Remove |
| 265971 | E-Discovery/Social Media Materials - 7.4.15 | 11/15/2018 | Remove |
| 265970 | E-Discovery/Social Media Materials - 6.20.15 | 11/15/2018 | Remove |
| 265969 | E-Discovery/Social Media Materials - 6.19.15 | 11/15/2018 | Remove |

| | | | |
|---|---|---|---|
| 265967 | E-Discovery/Social Media Materials - 6.17.16 | 11/15/2018 | Remove |
| 265965 | E-Discovery/Social Media Materials - 6.14.16 | 11/15/2018 | Remove |
| 265964 | E-Discovery/Social Media Materials - 6.10.16 | 11/15/2018 | Remove |
| 265963 | E-Discovery/Social Media Materials - 5.2016 | 11/15/2018 | Remove |
| 265962 | E-Discovery/Social Media Materials - 5.23.15 | 11/15/2018 | Remove |
| 265961 | E-Discovery/Social Media Materials - 5.16.16 | 11/15/2018 | Remove |
| 265960 | E-Discovery/Social Media Materials - 4.16.17 | 11/15/2018 | Remove |
| 265959 | E-Discovery/Social Media Materials - 3.9.17 | 11/15/2018 | Remove |
| 265958 | E-Discovery/Social Media Materials - 2.2016 | 11/15/2018 | Remove |
| 265957 | E-Discovery/Social Media Materials - 2.17.16 | 11/15/2018 | Remove |
| 265940 | CMO 12 Product Identification | 11/15/2018 | Remove |
| 265939 | PTO 71 Written Statement | 11/15/2018 | Remove |
| 257753 | Workers Compensation Authorization | 10/31/2018 | Remove |
| 257752 | Psychiatric Records Authorization | 10/31/2018 | Remove |
| 257751 | Properly Executed Verification of PFS | 10/31/2018 | Remove |
| 257747 | HIPAA Authorization | 10/31/2018 | Remove |
| 257746 | Health Insurance Record Authorization | 10/31/2018 | Remove |
| 257745 | Employment Authorization | 10/31/2018 | Remove |
| 257742 | Disability Claims Authorization | 10/31/2018 | Remove |
| 257738 | Proof of Injury - Before & After Photographs - Current - 10.31.2018 | 10/31/2018 | Remove |
| 257736 | Proof of Injury - Before & After Photographs - Current - 10.31.2018 | 10/31/2018 | Remove |
| 257733 | Proof of Injury - Before & After Photographs - Current - 10.31.2018 | 10/31/2018 | Remove |
| 257731 | Proof of Injury - Before & After Photographs - Current - 10.31.2018 | 10/31/2018 | Remove |
| 257728 | Proof of Injury - Before & After Photographs - Current - 10.31.2018 | 10/31/2018 | Remove |
| 257727 | Proof of Injury - Before & After Photographs - Current - 10.31.2018 | 10/31/2018 | Remove |
| 257725 | Proof of Injury - Before & After Photographs - Before Chemotherapy - 1.16.2005 | 10/31/2018 | Remove |
| 257723 | Proof of Injury - Before & After Photographs - Before Chemotherapy - 2003 | 10/31/2018 | Remove |
| 257720 | Proof of Injury - Before & After Photographs - Before Chemotherapy - 2003 | 10/31/2018 | Remove |
| 257715 | Proof of Injury - Before & After Photographs - After Chemotherapy - 12.28.2016 | 10/31/2018 | Remove |
| 257714 | Proof of Injury - Before & After Photographs - After Chemotherapy - 12.28.2016 | 10/31/2018 | Remove |
| 257712 | Proof of Injury - Before & After Photographs - After Chemotherapy - 12.28.2016 | 10/31/2018 | Remove |
| 257711 | Proof of Injury - Before & After Photographs - After Chemotherapy - 12.28.2016 | 10/31/2018 | Remove |
| 257708 | Proof of Injury - Before & After Photographs - After Chemotherapy - 12.28.2016 | 10/31/2018 | Remove |
| 257704 | Proof of Injury - Before & After Photographs - After Chemotherapy - 12.28.2016 | 10/31/2018 | Remove |
| 257703 | Proof of Injury - Before & After Photographs - After Chemotherapy - 12.28.2016 | 10/31/2018 | Remove |
| 257700 | Proof of Use -- Medical Records | 10/31/2018 | Remove |
| 257699 | Proof of Use -- Medical Records | 10/31/2018 | Remove |
| 257693 | Plaintiff Fact Sheet | 10/31/2018 | |

**Plaintiff Fact Sheet**

I. Plaintiff Fact Sheet    [Amend Fact Sheet]  [PFS Compare]

© 2022 BrownGreer PLC. All rights reserved.