# Exhibit 2

# Dawn Schneithorst

| | |
|---|---|
| **From:** | Claire Berg <cberg@gainsben.com> |
| **Sent:** | Monday, November 18, 2019 5:01 PM |
| **To:** | Kristen Fox; Mark Niemeyer |
| **Cc:** | Lauren Stevens; Magan Ennis |
| **Subject:** | Taxotere MDL - PTO 85 Notice of Deficiency Determination (Niemeyer, Grebel & Kruse) |
| **Attachments:** | TAXOTERE - PTO 85 Deficiency - Niemeyer, Grebel & Kruse 11.18.2019 (00380214xAD72D).XLSX |

Counsel,

Please see the attached PTO 85 Notice of Deficiency from defendants, identifying your client(s) to be addressed in the next PTO 85 call docket. Please correct the deficiencies and engage in a conferral with the defendants consistent with PTO 85.

Magistrate Judge North previously addressed the briefing schedule for the call docket proceedings under PTO 85. Defendants listing Plaintiffs on the call docket under PTO 85 will provide the Court a brief (half-page) explanation of the perceived deficiencies in the Plaintiffs' ESI production no later than 15 days prior to the hearing. Plaintiffs may provide a similarly brief (half-page) response no later than 8 days prior to the hearing.

The next PTO 85 call docket conference is scheduled for January 10, 2020 at 10:00 a.m. CT. Therefore, Defendants' submissions are due no later than December 26, 2019, and Plaintiffs' responses are due no later than January 2, 2020.

If Defense counsel have not agreed the deficiency is cured, please send your written submission to Lauren Stevens (lstevens@gainsben.com) and Claire Berg (cberg@gainsben.com) by **Tuesday, December 31, 2019 at 5:00 p.m. CT**. One submission will be made to Magistrate Judge North by Plaintiffs' Liaison Counsel. Please do not hesitate to contact us with any questions.

Best,
Dawn and Palmer