# Exhibit 3



**NGK LAW**

**N**IEMEYER | **G**REBEL | **K**RUSE

Mark R. Niemeyer
niemeyer@ngklawfirm.com

January 2, 2020

**VIA ELECTRONIC MAIL**
The Honorable Michael B. North
United States Magistrate Judge
500 Poydras Street, Room B419
New Orleans, LA 70130

    Re: *In re: Taxotere (Docetaxel)* **PTO 85 Hearing:**
    Janice Swicegood- 2:18-cv-09079

    In its current spreadsheet submission, Sanofi appears to raise deficiencies of "photos missing metadata."

    **Plaintiff's Response:** In conferences, Sanofi raised the issue of production of social media post content in addition to photos produced by Ms. Swicegood. Once Sanofi understood that post content was not responsive to the PFS, it was agreed that any issues were resolved. Sanofi did not raise additional issues.

                   Very truly yours,

                   **N**IEMEYER, **G**REBEL & **K**RUSE LLC

               By: *[signature]*
                   Mark R. Niemeyer