# Exhibit 4

# Dawn Schneithorst

| | |
|---|---|
| **From:** | Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com> |
| **Sent:** | Monday, February 10, 2020 9:36 AM |
| **To:** | Mark Niemeyer; Michael Kruse; Kristen Fox |
| **Subject:** | RE: Remaining PTO 85 Deficiencies |

Good morning Mark,

317202 has been removed from our list of deficiencies. I will let Jeremy know that you are working to get PTO 71 statements. As the deadline is today, we still cannot remove you from the list until those have been received on our end. Please keep me updated.

Thank you.

**From:** Mark Niemeyer <niemeyer@ngklawfirm.com>
**Sent:** Sunday, February 9, 2020 5:15 PM
**To:** Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox <fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

**EXTERNAL**

Donya,

For Rose Woehr: we believe 317202 should fall into the same category as those cured as it was uploaded in the same zip file on 2/7/20, doc#439997.

We are working with the clients and our consultant team to obtain original photo metadata and updated PTO 71A statements regarding the originals not possessed by our clients.

It will take some additional time to accomplish the above.

Mark

**From:** Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com>
**Sent:** Friday, February 7, 2020 11:14 AM
**To:** Mark Niemeyer <niemeyer@ngklawfirm.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox <fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

Hi Mark,

The following have been cured and removed from our list of deficiencies (all others discussed remain on the list):

Ms. Rose Woehr:
- 317203: digital photo missing metadata
- 317204: digital photo missing metadata

1

- 317206: digital photo missing metadata
- 317207: digital photo missing metadata
- 317208: digital photo missing metadata
- 317209: digital photo missing metadata
- 317210: digital photo missing metadata

Ms. Janice Swicegood remains on our list:

- The folder that was uploaded today has those photos with the 12/28 date that you claim, but that is the only metadata that is present.  It could be that the photos were taken the same day they were sent to you, which is why the date is frozen in time on 12/28. But if you are showing a complete set of metadata on your end, could you please upload a screenshot showing that and we will remove those photos.

Regarding your question about Ms. Franklin-Johnson's 26(g) certification, both Plaintiffs and counsel have to sign the Rule 26(g) statements as required by paragraph PTO 71A  ("Each plaintiff shall provide a written statement to Defendants signed by the plaintiff and her attorney . . .").

Regarding your question on the 2/10 deadline, there is no call-docket on that date. 2/10 is Plaintiffs' final deadline to cure the deficiencies identified on the 11/15/19 notice. After 2/10, Defendants will submit any remaining issues to the Court. Plaintiffs will have 21 days from that date to respond. After that, the Court will address those remaining deficiencies (on an unspecified date/time).

I look forward to hearing status updates from you as Monday approaches. As always, please let me know if you have any questions.

Thank you.

**Donya Feizbakhsh**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

o: 202-662-4871 | m: 914.806.5597 | dfeizbakhsh@shb.com



**From:** Mark Niemeyer <niemeyer@ngklawfirm.com>
**Sent:** Friday, January 31, 2020 2:19 PM
**To:** Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox <fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

**EXTERNAL**

I could be available Friday at 1045amCST

**From:** Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com>
**Sent:** Friday, January 31, 2020 11:51 AM
**To:** Mark Niemeyer <niemeyer@ngklawfirm.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox

<fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

Good afternoon Mark,

Do you have any availability Monday or Friday?

**From:** Mark Niemeyer <niemeyer@ngklawfirm.com>
**Sent:** Friday, January 31, 2020 11:54 AM
**To:** Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox <fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

**EXTERNAL**

I am good during the afternoon on Tuesday, Wednesday and Thursday

**From:** Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com>
**Sent:** Friday, January 31, 2020 9:20 AM
**To:** Mark Niemeyer <niemeyer@ngklawfirm.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox <fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

Good morning,

I am following up on my request to meet-and-confer sent last week. Please let me know what time we can set up a meet-and-confer next week to discuss the below mentioned deficiencies.

Thank you,

**Donya Feizbakhsh**
*Staff Attorney*
Shook, Hardy & Bacon L.L.P.

202.662.4871 | dfeizbakhsh@shb.com



**From:** Feizbakhsh, Donya (SHB)
**Sent:** Wednesday, January 22, 2020 3:42 PM
**To:** Mark Niemeyer <niemeyer@ngklawfirm.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox <fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

Good afternoon Mark,

The Rule 26(g) certification is implemented here. Ms. Franklin-Johnson needs to produce supplemental Rule 26(g) for the corrected ESI that she produced from the previous round of deficiencies. The March 27, 2019 Order (attached) states the following:

3

"Concerning Rule 26(g) statements previously provided, to the extent they have not already done so, each of these 32 Plaintiffs is ordered to issue supplemental Rule 26 statements to accompany any supplemental responses previously made or made pursuant to this order. All Plaintiffs in this litigation must issue supplemental Rule 26 statements to accompany any supplemental responses previously made or made pursuant to this order. All Plaintiffs in this litigation must issue supplemental Rule 26(g) statements when they have completed their productions as required."

Please upload the required Rule 26(g) certification to Centrality.

Thank you,

**Donya Feizbakhsh**
*Law Clerk*
Shook, Hardy & Bacon L.L.P.

202.662.4871 | dfeizbakhsh@shb.com



---

**From:** Mark Niemeyer <niemeyer@ngklawfirm.com>
**Sent:** Wednesday, January 22, 2020 2:23 PM
**To:** Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox <fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

**EXTERNAL**

Donya,

Ms. Shaki Franklin-Johnson's was alleged to have failed to issue a supplemental PTO 71 statement. The PTO 71A statement submitted by Ms. Franklin-Johnson on March 6, 2019 complies with the directives of paragraph 6.a.-b. of PTO 71A and remains accurate today. The Rule 26 certification requirement is not implicated.

Mark

---

**From:** Feizbakhsh, Donya (SHB) <dfeizbakhsh@shb.com>
**Sent:** Wednesday, January 22, 2020 9:33 AM
**To:** Mark Niemeyer <niemeyer@ngklawfirm.com>; Michael Kruse <kruse@ngklawfirm.com>; Kristen Fox <fox@ngklawfirm.com>
**Subject:** RE: Remaining PTO 85 Deficiencies

Good morning,

I am writing regarding Ms. Shaki Franklin Johnson. Plaintiff has failed to issue a supplemental Rule 26(g) Statement. Please upload according to the Order attached.

Thank you.

**From:** Feizbakhsh, Donya (SHB)
**Sent:** Tuesday, January 21, 2020 4:24 PM
**To:** 'niemeyer@ngklawfirm.com' <niemeyer@ngklawfirm.com>; 'kruse@ngklawfirm.com' <kruse@ngklawfirm.com>; 'fox@ngklawfirm.com' <fox@ngklawfirm.com>
**Subject:** Remaining PTO 85 Deficiencies

Good afternoon,

I am reaching out regarding remaining PTO 85 deficiencies as of 1/10/2020 for your below Plaintiffs. Here are the details, including DOC ID numbers and explanations of deficiencies:

- Janice Swicegood
    - 265957: digital photo missing metadata
    - 265958: digital photo missing metadata
    - 265959: digital photo missing metadata
    - 265960: digital photo missing metadata
    - 265961: digital photo missing metadata
    - 265962: digital photo missing metadata
    - 265963: digital photo missing metadata
    - 265964: digital photo missing metadata
    - 265965: digital photo missing metadata
    - 265967: digital photo missing metadata
    - 265969: digital photo missing metadata
    - 265970: digital photo missing metadata
    - 265971: digital photo missing metadata
    - 265972: digital photo missing metadata
    - 265973: digital photo missing metadata
    - 265974: digital photo missing metadata
    - 265795: screenshot of Facebook photo, missing metadata
    - 265976: digital photo missing metadata
    - 265978: digital photo missing metadata
    - 265980: digital photo missing metadata
    - 265981: screenshot of Facebook photo, missing metadata
    - 265982: digital photo missing metadata
    - 265983: digital photo missing metadata
    - 265986: digital photo missing metadata
    - 265987: digital photo missing metadata
    - 265989: digital photo missing metadata
    - 257703: digital photo missing metadata
    - 257704: digital photo missing metadata
    - 257708: digital photo missing metadata
    - 257711: digital photo missing metadata
    - 257712: digital photo missing metadata
    - 257714: digital photo missing metadata
    - 257715: digital photo missing metadata
    - 257727: PDF of digital photo, please produce original JPG with metadata
    - 257728: PDF of digital photo, please produce original JPG with metadata
    - 257733: PDF of digital photo, please produce original JPG with metadata
    - 257736: PDF of digital photo, please produce original JPG with metadata
    - 257738: PDF of digital photo, please produce original JPG with metadata
- Rose Woehr
    - 352283: digital photo missing metadata

- o 352284: digital photo missing metadata
- o 317202: digital photo missing metadata
- o 317203: digital photo missing metadata
- o 317204: digital photo missing metadata
- o 317206: digital photo missing metadata
- o 317207: digital photo missing metadata
- o 317208: digital photo missing metadata
- o 317209: digital photo missing metadata
- o 317210: digital photo missing metadata
- o 347820: ZIP file with the following deficiencies:
    - 1.jpg: digital photo missing metadata
    - 2.jpg: digital photo missing metadata
    - 3.jpg: digital photo missing metadata
    - 4.jpg: digital photo missing metadata
    - 5.jpg: digital photo missing metadata
- o 321116: Facebook photo missing metadata

Attached, you will find Judge North's Minute Entry from our 1/10/2020 hearing. Per the Order, please note that each Plaintiff remaining on the list of deficiencies as of 1/10/2020 has until 2/10/2020 to cure any remaining deficiencies and to submit a Rule 26(g) certification attesting that such Plaintiff's production is complete. Failing to submit a Rule 26(g) certification will result in Plaintiff remaining on the list of deficiencies.

I am happy to set up a meet-and-confer to discuss the remaining deficiencies. Please let me know when you would like to set up a phone conference.

Thank you,

**Donya Feizbakhsh**
*Law Clerk*
Shook, Hardy & Bacon L.L.P.

202.662.4871 | dfeizbakhsh@shb.com



CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.