UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| This document relates to: Donna Vollentine, 18-09118 | ) ) | |

## ORDER

On September 13, 2022, this Court held a show cause hearing regarding CMO 12A and PTO 22A deficiencies. At the conclusion of the hearing, the Court entered a Minute Entry (Doc. 14722) that mistakenly identified Plaintiff Donna Volentine's case (2:18-cv-09118) as dismissed with prejudice when the record reflects that her case should have been rolled over to the next show cause hearing. Accordingly, pursuant to Federal Rule of Civil Procedure 60(a), the Court enters the amended Exhibit A attached, which corrects its error by removing Plaintiff Donna Volentine from the dismissal list.

**IT IS ORDERED** that Plaintiff Donna Vollentine's case (2:18-cv-09118) is **REINSTATED** and will be heard at the next show cause hearing for the reasons stated on the record. The Clerk's office is instructed to reinstate Plaintiff Donna Vollentine's case (2:18-cv-09118).

New Orleans, Louisiana, this 11th day of October, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

Exhibit A

September 13, 2022

Dismissal List

| # | Plaintiff's Counsel | Last | First | MDL Docket No. |
|---|---|---|---|---|
| 1 | Brent Coon & Associates | Wilson | Queen | 2:18-cv-04461 |
| 2 | Brown & Crouppen, P.C. | Hager | Bobbi Jo | 2:17-cv-14397 |
| 3 | Lemmon Law Firm | Ernst | Laurie | 2:17-cv-17273 |
| 4 | McSweeney/Langevin LLC | Myers | Marietta | 2:18-cv-12712 |
| 5 | Michael Hingle & Associates, LLC; Martzell, Bickford & Centola | Haggerty | Sheila | 2:16-cv-15782 |
| 6 | Rosen Harwood, P.A. | Ortiz | Irene | 2:19-cv-09544 |
| 7 | Sanders Phillips Grossman | Sails | Tangela | 2:19-cv-00803 |
| 8 | Watts Guerra, LLP | Simpson | Sandra | 2:17-cv-09296 |
| 9 | Roberts & Roberts | Bryant | Carla | 2:19-cv-01292 |
| 10 | Roberts & Roberts | Epes | Cynthia | 2:19-cv-01767 |
| 11 | The Goss Law Firm, P.C. | Sorensen | Barbara | 2:17-cv-15323 |
| 12 | Wendt Law Firm, PC | Snow | Tangnika | 2:16-cv-16797 |
| 13 | Morris Bart, LLC | Kennedy | Diane | 2:18-cv-06307 |
| 14 | Morris Bart, LLC | Bantz | Sherrye | 2:17-cv-05915 |
| 15 | Morris Bart, LLC | Broussard | Tammy | 2:16-cv-15394 |
| 16 | SCOTT VICKNAIR LLC | Ledesma | Delma | 2:20-cv-00215 |
| 17 | Shaw Cowart, LLP | Hersh | Ida | 2:17-cv-14167 |
| 18 | Shaw Cowart, LLP | Kuhns | Sally | 2:17-cv-14755 |
| 19 | Shaw Cowart, LLP | Tapp | Laura | 2:17-cv-15503 |
| 20 | Niemeyer, Grebel & Kruse | Love | Margert | 2:17-cv-13061 |
| 21 | Fears \| Nachawati | Snow | Dorris J. | 2:18-cv-05775 |
| 22 | Whitfield Bryson & Mason LLP | Boone | Renee | 2:16-cv-17586 |
| 23 | Whitfield Bryson & Mason LLP | Haeni | Nancy | 2:17-cv-13435 |
| 24 | Whitfield Bryson & Mason LLP | Perkins | Effie | 2:17-cv-13671 |
| 25 | Whitfield Bryson & Mason LLP | Westwood | Christina | 2:17-cv-13925 |
| 26 | Gibbs Law Group LLP | Brown | Alice F. | 2:17-cv-09640 |
| 27 | Gibbs Law Group LLP | Montague | Collete | 2:17-cv-05979 |
| 28 | Gibbs Law Group LLP | Quenzer | Mary Patricia | 2:17-cv-16112 |
| 29 | Gibbs Law Group LLP | Weber | Shannon | 2:17-cv-08151 |
| 30 | Gibbs Law Group LLP | Welch | Sherri | 2:18-cv-00845 |
| 31 | Gibbs Law Group LLP | Williams | LaSandra | 2:17-cv-08960 |
| 32 | Lowe Law Group | Davis | Latonya | 2:16-cv-17407 |
| 33 | Lowe Law Group | Kidd | LeShawn | 2:16-cv-17424 |
| 34 | Lowe Law Group | Wallace | Cynthia | 2:17-cv-08650 |

| | | | | |
|---|---|---|---|---|
| 35 | Lowe Law Group | Weitzel | Linda | 2:17-cv-10559 |
| 36 | Pendley, Baudin & Coffin, L.L.P. | Byers | Cyrethia | 2:17-cv-07373 |
| 37 | Pendley, Baudin & Coffin, L.L.P. | Philips | Carol | 2:17-cv-13660 |
| 38 | Pendley, Baudin & Coffin, L.L.P. | Williams | Nina | 2:18-cv-08950 |
| 39 | Pendley, Baudin & Coffin, L.L.P. | Winston-Allen | Kathryn D. | 2:18-cv-09295 |
| 40 | Zoll & Kranz, LLC | Stocks | Gloria | 2:17-cv-13762 |
| 41 | Zoll & Kranz, LLC | Dixon | Brenda G. | 2:17-cv-13707 |
| 42 | Zoll & Kranz, LLC | Coleman | Marshell | 2:17-cv-13454 |
| 43 | Zoll & Kranz, LLC | Weathers | Willie M. | 2:17-cv-11631 |
| 44 | Marc J. Bern & Partners LLP | Castille | Orelia | 2:18-cv-03431 |
| 45 | Marc J. Bern & Partners LLP | Clelland | Deborah | 2:18-cv-01952 |
| 46 | Marc J. Bern & Partners LLP | Hall | Donna | 2:18-cv-00804 |
| 47 | Marc J. Bern & Partners LLP | Hegenbart | Donna | 2:18-cv-09084 |
| 48 | Marc J. Bern & Partners LLP | Jennings | Jennifer | 2:18-cv-10009 |
| 49 | Marc J. Bern & Partners LLP | Kalsky | Theresa | 2:19-cv-12400 |
| 50 | Marc J. Bern & Partners LLP | Petty | Elena | 2:19-cv-12920 |
| 51 | Bachus & Schanker, LLC | Lawrence | Dorothy | 2:17-cv-12246 |
| 52 | Bachus & Schanker, LLC | Allen | Dalphine | 2:18-cv-01431 |
| 53 | Bachus & Schanker, LLC | Bryant | Mildred | 2:19-cv-12440 |
| 54 | Bachus & Schanker, LLC | Guthrie | Gisele | 2:17-cv-17709 |
| 55 | Bachus & Schanker, LLC | Ragland | Patsy | 2:19-cv-12540 |