# EXHIBIT 1

 

**IN RE TAXOTERE**
**MDL 2740**

| HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼ |

MDL 2740 - Taxotere                                                      Search Results

| Return to Search Results | | Edit Plaintiff Information |

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 3531 | DOB: | 02/12/1959 |
| Name: | TAMMIE LACKEY | Email: | |
| Most Recent PFS Submitted: | 12/05/2017 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes    **Comments** |
| Drug Name: | Accord Healthcare, Inc.; Hospira, Inc. | Unknown Certification: | |
| Treatment Dates: | 07/11/2011 to 12/29/2011 | Docket No.: | 2:17-cv-9705 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Niemeyer, Grebel & Kruse |

### Documents

| View Documents | Upload | | Deficiency Response |

#### Uploaded Files

Filter: [ ALL ▼ ]

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 526831 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526830 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526829 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526828 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526827 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526826 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526825 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526824 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526823 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526822 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526821 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526820 | Proof of Injury - Before & After Photographs - Current Photo as of 2/04/2022 | 02/04/2022 | Remove |
| 526819 | Proof of Injury - Before & After Photographs - Current Photos as of 2/04/2022 | 02/04/2022 | Remove |
| 522991 | Response to Deficiency Notice | 08/04/2021 | |
| 522990 | Proof of Injury - Before & After Photographs - After Chemo - 7/11/2017 | 08/04/2021 | Remove |
| 522989 | Proof of Injury - Before & After Photographs - After Chemo - 7/11/2017 | 08/04/2021 | Remove |
| 522988 | Proof of Injury - Before & After Photographs - After Chemo - 7/11/2017 | 08/04/2021 | Remove |
| 522987 | Proof of Injury - Before & After Photographs - After Chemo - 7/11/2017 | 08/04/2021 | Remove |

| | | | |
|---|---|---|---|
| 522986 | Proof of Injury - Before & After Photographs - After Chemo - 7/11/2017 | 08/04/2021 | Remove |
| 522985 | Proof of Injury - Before & After Photographs - After Chemo - 7/11/2017 | 08/04/2021 | Remove |
| 522984 | Proof of Injury - Before & After Photographs - After Chemo - 7/11/2017 | 08/04/2021 | Remove |
| 522983 | Proof of Injury - Before & After Photographs - Before Chemo - April 2011 | 08/04/2021 | Remove |
| 522982 | Proof of Injury - Before & After Photographs - Before chemo - May 2009 | 08/04/2021 | Remove |
| 230093 | Accord Healthcare - Defendant Fact Sheet Response to Deficiency Notice | 09/04/2018 | |
| 217860 | DFS Deficiency Notice - Accord Healthcare | 08/09/2018 | |
| 206012 | Accord Healthcare - Defendant Fact Sheet Response to Deficiency Notice | 07/19/2018 | |
| 187470 | DFS Deficiency Notice - Accord Healthcare | 06/20/2018 | |
| 180675 | Accord Healthcare - Defendant Fact Sheet Certification | 06/10/2018 | |
| 180674 | Accord Healthcare Defendant Fact Sheet | 06/10/2018 | |
| 148041 | CMO 12 Product Identification | 04/25/2018 | |
| 126662 | Proof of Injury - Before & After Photographs | 03/26/2018 | Remove |
| 120998 | PTO 71 Written Statement | 03/26/2018 | |
| 114673 | Response to Deficiency Notice | 03/19/2018 | |
| 114264 | Proof of Injury - Before & After Photographs - Current - 3.14.2018 | 03/19/2018 | Remove |
| 110119 | Response to Deficiency Notice | 03/12/2018 | |
| 77750 | Deficiency Notice | 02/08/2018 | |
| 42189 | Plaintiff Fact Sheet | 12/05/2017 | |
| 42181 | Workers Compensation Authorization | 12/05/2017 | Remove |
| 42180 | Psychiatric Records Authorization | 12/05/2017 | Remove |
| 42179 | Properly Executed Verification of PFS | 12/05/2017 | Remove |
| 42178 | HIPAA Authorization | 12/05/2017 | Remove |
| 42177 | Health Insurance Record Authorization | 12/05/2017 | Remove |
| 42176 | Disability Claims Authorization | 12/05/2017 | Remove |
| 42168 | Proof of Injury - Before & After Photographs - During Chemotherapy | 12/05/2017 | Remove |
| 42166 | Proof of Injury - Before & After Photographs - Before Chemotherapy | 12/05/2017 | Remove |
| 42165 | Proof of Injury - Before & After Photographs - Before Chemotherapy | 12/05/2017 | Remove |
| 42164 | Proof of Injury - Before & After Photographs - Before Chemotherapy | 12/05/2017 | Remove |
| 42163 | Proof of Injury - Before & After Photographs - After Chemotherapy | 12/05/2017 | Remove |
| 42161 | Proof of Injury - Before & After Photographs - After Chemotherapy | 12/05/2017 | Remove |
| 42160 | Proof of Injury - Before & After Photographs - After Chemotherapy | 12/05/2017 | Remove |
| 42159 | Proof of Injury - Before & After Photographs - After Chemotherapy | 12/05/2017 | Remove |
| 42158 | Proof of Injury - Before & After Photographs - After Chemotherapy | 12/05/2017 | Remove |
| 42156 | Proof of Injury - Before & After Photographs - After Chemotherapy | 12/05/2017 | Remove |
| 42155 | Proof of Injury - Before & After Photographs - After Chemotherapy | 12/05/2017 | Remove |
| 42154 | Proof of Use -- Medical Records | 12/05/2017 | Remove |
| 42152 | Proof of Use -- Medical Records | 12/05/2017 | Remove |

## DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Accord Healthcare | 06/10/2018 | View   Respond |

## Plaintiff Fact Sheet

I.  Plaintiff Fact Sheet          Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.