# EXHIBIT 1

   IN RE TAXOTERE
MDL 2740   

| HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼ |
|---|---|---|---|---|---|

**MDL 2740 - Taxotere**                    Search Results

Return to Search Results                    Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 11047 | **DOB:** | 12/19/1964 |
| **Name:** | THEATRICE THOMPSON | **Email:** | |
| **Most Recent PFS Submitted:** | 12/11/2018 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | **Comments** |
| **Drug Name:** | Hospira, Inc. | **Unknown Certification:** | |
| **Treatment Dates:** | 05/23/2013 to 08/22/2013 | **Docket No.:** | 2:17-cv-9371 |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Niemeyer, Grebel & Kruse |

### Documents

View Documents    Upload

### Uploaded Files

Filter:  ALL ▼

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 502157 | Medical Records | 10/28/2020 | Remove |
| 438839 | Proof of Injury - Before & After Photographs - 2008 | 02/03/2020 | Remove |
| 438838 | Proof of Injury - Before & After Photographs - 2012 | 02/03/2020 | Remove |
| 277485 | PTO 71 Written Statement | 12/12/2018 | Remove |
| 276799 | Workers Compensation Authorization | 12/11/2018 | Remove |
| 276797 | Psychiatric Records Authorization | 12/11/2018 | Remove |
| 276796 | Properly Executed Verification of PFS | 12/11/2018 | Remove |
| 276794 | HIPAA Authorization | 12/11/2018 | Remove |
| 276792 | Health Insurance Record Authorization | 12/11/2018 | Remove |
| 276791 | Employment Authorization | 12/11/2018 | Remove |
| 276790 | Disability Claims Authorization | 12/11/2018 | Remove |
| 276789 | Proof of Injury - Before & After Photographs - Before Chemotherapy - 3 | 12/11/2018 | Remove |
| 276788 | Proof of Injury - Before & After Photographs - Before Chemotherapy - 2 | 12/11/2018 | Remove |
| 276787 | Proof of Injury - Before & After Photographs - Before Chemotherapy - 1 | 12/11/2018 | Remove |
| 276786 | Proof of Injury - Before & After Photographs - After Chemo - 11.2.2016 | 12/11/2018 | Remove |
| 276784 | Proof of Injury - Before & After Photographs - After Chemo - 11.2.2016 | 12/11/2018 | Remove |
| 276783 | Proof of Injury - Before & After Photographs - After Chemo - 11.2.2016 | 12/11/2018 | Remove |
| 276782 | Proof of Injury - Before & After Photographs - Current - 1.22.2018 | 12/11/2018 | Remove |
| 276780 | Proof of Injury - Before & After Photographs - Current - 1.22.2018 | 12/11/2018 | Remove |

| 276779 | Proof of Injury - Before & After Photographs - Current - 1.22.2018 | 12/11/2018 | Remove |
|---|---|---|---|
| 276778 | Proof of Injury - Before & After Photographs - Current - 1.22.2018 | 12/11/2018 | Remove |
| 276776 | Proof of Use -- Medical Records | 12/11/2018 | Remove |
| 276775 | CMO 12 Product Identification | 12/11/2018 | Remove |
| 276773 | Proof of Use -- Medical Records | 12/11/2018 | Remove |
| 276772 | Proof of Use -- Medical Records | 12/11/2018 | Remove |
| 276757 | Plaintiff Fact Sheet | 12/11/2018 | |

### Plaintiff Fact Sheet

**I. Plaintiff Fact Sheet**

Amend Fact Sheet     PFS Compare

© 2022 BrownGreer PLC. All rights reserved.