UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| FLORA SMITH,<br><br>      Plaintiff(s),<br><br>vs.<br><br>SANOFI-AVENTIS U.S. LLC and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC,<br><br>      Defendant(s). | : : : : : : : : : : : : : | Civil Action No.: **2:19-cv-12845** |

**RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Flora Smith "Plaintiff", by counsel, submits her Response in Opposition to Defendant's Motion to Dismiss in support thereof, states:

1.      On December 4, 2019, consistent with this Court's Case Management Orders, Plaintiff's counsel served Plaintiff's Short Form Complaint and Amended Short Form Complaint and Summons via email to taxoterecomplaints@shb.com.  However, due to scrivener's error, the subject line of the email of service of these materials erroneously included the name of Kathryn Connell, another Taxotere Plaintiff, rather than the name of Flora Smith, whose name was on the caption of all the documents attached to the email. See Plaintiff's email with attached Short Form Complaint, Amended Short Form Complaint and Summons, attached as Exhibit A.  Exhibit B is Defendants acknowledgement receipt of same.

2.      Plaintiff's counsel first learned of the scrivener's error when counsel received a Motion to Dismiss that identifies Plaintiffs case on September 28, 2022.

3.	Plaintiff's counsel, Andrew Cross, has conferred with counsel for Defendant, Adrianne Byard, and has explained the circumstances and provided the backup documentation.

WHEREFORE, Plaintiff, Flora Smith, respectfully requests that the Court deny Defendant's Motion to Dismiss.

| | |
|---|---|
| Date 10/11/2022 | By:    /s/ Jeffrey J. Lowe |
| | CAREY DANIS & LOWE |
| | Jeffrey J. Lowe, #35114MO |
| | Andrew J. Cross #57337 MO |
| | 8235 Forsyth Blvd, Suite 1100 |
| | Saint Louis, MO 63105 |
| | Telephone: (314) 725-7700 |
| | Fax: (314) 721-0905 |
| | jlowe@careydanis.com |
| | across@careydanis.com |