# EXHIBIT B

## Amy MacDonald

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Wednesday, December 4, 2019 4:12 PM
**To:** Alyson Petrick
**Subject:** RE: Sanofi - EDLA - Kathryn Connell

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal is privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Carey, Danis & Lowe immediately at (314) 725-7700 or by return e-mail.