# EXHIBIT 1

 

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**MDL 2740 - Taxotere** — **Search Results**

[Return to Search Results]    [Edit Plaintiff Information]

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 14622 | DOB: | 05/19/1959 |
| Name: | JANICE JONES | Email: | |
| Most Recent PFS Submitted: | 05/04/2020 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes | Comments |
| Drug Name: | Sandoz Inc.; Hospira, Inc. | Unknown Certification: | | |
| Treatment Dates: | 07/1/2014 to 11/1/2014 | Docket No.: | 2:19-cv-14619 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Niemeyer, Grebel & Kruse | |

### Documents

[View Documents]  [Upload]    [Deficiency Response]

**Uploaded Files**

Filter:  ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 472985 | Defendant Fact Sheet Certification - Hospira | 06/03/2020 | |
| 472984 | Defendant Fact Sheet Exhibit B - Hospira | 06/03/2020 | |
| 472983 | Defendant Fact Sheet Exhibit A - Hospira | 06/03/2020 | |
| 472982 | Defendant Fact Sheet - Exhibit A Cover Sheet - Hospira | 06/03/2020 | |
| 472981 | Hospira Defendant Fact Sheet | 06/03/2020 | |
| 464237 | Properly Executed Verification of PFS | 05/04/2020 | Remove |
| 464236 | Second Amended Plaintiff Fact Sheet | 05/04/2020 | |
| 464235 | Response to Deficiency Notice | 05/04/2020 | |
| 456061 | Amended Deficiency Notice | 04/06/2020 | |
| 449300 | Response to Deficiency Notice | 03/12/2020 | |
| 449299 | First Amended Plaintiff Fact Sheet | 03/12/2020 | |
| 449282 | Other - Addendum | 03/12/2020 | Remove |
| 449276 | Medical Records - Proof of Use | 03/12/2020 | Remove |
| 449267 | CMO 12 Product Identification | 03/12/2020 | Remove |
| 448607 | PTO 71 Written Statement | 03/10/2020 | Remove |
| 447110 | Proof of Injury - Before & After Photographs - 7.2019 | 03/03/2020 | Remove |
| 447036 | Deficiency Notice | 03/03/2020 | |
| 443349 | Workers Compensation Authorization | 02/19/2020 | Remove |
| 443348 | Psychiatric Records Authorization | 02/19/2020 | Remove |

| | | | |
|---|---|---|---|
| [443347](#) | Properly Executed Verification of PFS | 02/19/2020 | [Remove](#) |
| [443346](#) | HIPAA Authorization | 02/19/2020 | [Remove](#) |
| [443345](#) | Health Insurance Record Authorization | 02/19/2020 | [Remove](#) |
| [443344](#) | Employment Authorization | 02/19/2020 | [Remove](#) |
| [443343](#) | Disability Claims Authorization | 02/19/2020 | [Remove](#) |
| [443342](#) | Proof of Injury - Before & After Photographs - Before - 2013 | 02/19/2020 | [Remove](#) |
| [443341](#) | Proof of Injury - Before & After Photographs - Before - 2012 | 02/19/2020 | [Remove](#) |
| [443339](#) | Proof of Use -- Medical Records | 02/19/2020 | [Remove](#) |
| [443338](#) | Proof of Use -- Medical Records | 02/19/2020 | [Remove](#) |
| [443335](#) | Plaintiff Fact Sheet | 02/19/2020 | |

## DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Hospira | 06/03/2020 | View    Respond |

## Plaintiff Fact Sheet

I. Plaintiff Fact Sheet        [Amend Fact Sheet]  [PFS Compare]

© 2022 BrownGreer PLC. All rights reserved.