# Exhibit 2

# Dawn Schneithorst

| | |
|---|---|
| **From:** | Dawn Schneithorst |
| **Sent:** | Tuesday, October 11, 2022 2:25 PM |
| **To:** | sandoz-taxotere-complaints@gtlaw.com |
| **Cc:** | Mark Niemeyer |
| **Subject:** | 2:19-cv-14619 - Janice Jones |
| **Attachments:** | Summons - SANDOZ.pdf; Complaint - Janice Jones.pdf |

Attached please find a Summons and Complaint in the above-referenced matter.

Counsel contact information is as follows:

Mark R. Niemeyer
Niemeyer, Grebel & Kruse, LLC
211 N. Broadway, Suite 2950
St. Louis, MO  63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com

If you have any questions, please contact our office.  Thank you.


Dawn

Dawn Schneithorst
Paralegal/Office Manager
211 N. Broadway, Suite 2950
St. Louis, MO  63102
314-241-1919
314-665-3017 (fax)



The information transmitted in this e-mail message is intended only for the addressee and may contain CONFIDENTIAL and/or PRIVILEGED material.  Any interception, review, transmission, dissemination, or other use of, or taking of any action upon this information by persons or entities other than the intended recipient is UNAUTHORIZED, prohibited by law and may subject such users to criminal or civil penalty.  If you received this communication in error, please (1) contact the sender above; (2) advise Niemeyer Grebel Kruse of such receipt; and (3) delete the communication completely from your computer or network system. All recipients are advised that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.