UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)
JUDGE ENGELHARDT
MAG. JUDGE NORTH

HELEN C. LANGE,

  Plaintiff(s)                                                  CIVIL ACTION NO. 2:18-CV-00103

vs.

SANOFI AVENTIS U.S. LLC, ET AL

  Defendants

## PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT

COMES NOW, Helen C. Lange, by and through counsel, and files this her Motion to Extend Time to Serve Summons and Complaint and in support thereof would show that due to excusable neglect and oversight, a copy of the filed summons and complaint in this matter was not emailed to Defendants pursuant to CMO 35.

1. That due to excusable neglect, inadvertence and oversight, Plaintiff requests that this court allow service outside the time allowed by F.R.C.P 4.

2. That Plaintiff's failure to email the complaint and summons was not done intentionally or to gain some type of advantage over Defendant. Rather, the failure to email the complaint was due to inadvertence and oversight.

3. That no prejudice has been suffered by Defendant as Plaintiff has timely submitted all discovery documents, including the PFS and supporting documentation through MDL Centrality. (See Affidavit of E. Scott Verhine, Exhibit "A" attached).

4.  That dismissal of Plaintiff's complaint would cause undue hardship on Plaintiff since the statute of limitations has expired and Defendant has not been harmed by the failure to serve.

5.  That the summons and complaint has since been served on Defendant. (See Email Correspondence, Exhibit "B" attached).

WHEREFORE PREMISES considered, Plaintiff prays that this Court grant the Motion to Extend Time to serve the summons and complaint on Defendant.

Respectfully submitted, this the 11th day of October, 2022.

> */s/ E. Scott Verhine*
> E. Scott Verhine, MSB# 10548
> Verhine & Verhine PLLC
> 1013 Adams Street
> Vicksburg, MS 39183
> (601) 636-0791
> (601) 636-2718 (fax)
> Email: scott@verhine.biz

## CERTIFICATE OF SERVICE

I, E. Scott Verhine, do certify that I have filed by CM/ECF a copy of the foregoing document which has been served on all parties of record at their email address on file.

Filed this the 11th day of October, 2022.

<i>/s/ E. Scott Verhine.</i><br>
E. Scott Verhine