# Lisa McGee

**From:** Lisa McGee [lisa@verhine.biz]
**Sent:** Tuesday, October 11, 2022 2:37 PM
**To:** 'taxoterecomplaints@shb.com'
**Cc:** 'Scott Verhine'
**Subject:** Helen Lange v. Sanofi, et al 18-cv-00103
**Attachments:** Filed.summons.pdf; lange.filed.complaint.pdf

Please see attached Summons and Short Form Complaint in the above referenced case.

Thank you.


Lisa M. McGee
Paralegal
Verhine & Verhine, PLLC
1013 Adams Street
Vicksburg MS  39183
Tel:   601-636-0791
Fax:   601-636-2718