UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| ALL CASES IN ATTACHED EXHIBIT 1 | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

**CONSENT MOTION TO EXTEND SUBMISSION DATE ONLY FOR CERTAIN SPECIFIC CASES IDENTIFIED HEREIN REGARDING HOSPIRA'S AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO NO. 35**

Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. (collectively "Hospira"), and Pfizer, Inc. hereby move to extend the submission date only for certain specific cases identified herein regarding Hospira's and Pfizer's previously-filed Motion to Dismiss for Failure to Comply with Case Management Order No. 35.  In their previous motion to dismiss, Hospira and Pfizer identified 153 cases that should be dismissed for insufficient service of process, failure to prosecute, and failure to comply with CMO No. 35.  Hospira's and Pfizer's motion to dismiss was noticed for submission on October 19, 2022 at 9:30 a.m.  Hospira and Pfizer now seek to extend that submission date by two weeks, or until November 2, 2022 at 9:30 a.m., for only those selected cases identified in the attached Exhibit 1.  This two week extension allows Hospira and Pfizer to meet and confer with the plaintiff attorneys in the cases identified in the attached Exhibit 1 to determine whether the plaintiffs' stated concerns in those specific cases can be resolved.   The submission date for any cases subject to Hospira's and Pfizer's motion to dismiss, but not identified in the attached Exhibit 1, shall remain October 19, 2022.  Counsel for the plaintiffs in the identified cases have been contacted and do not oppose this motion.

#4798243v1

Respectfully submitted:

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, D.C. 20024
Telephone: 202-434-5000
*hhubbard@wc.com*
*rmoore@wc.com*
*nwadhwani@wc.com*

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
*olinde@chaffe.com*
*rotolo@chaffe.com*

*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022 a copy of the foregoing was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ John F. Olinde*

#4798243v1