UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| ALL CASES IN ATTACHED EXHIBIT 1 | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

**O R D E R**

Considering the Consent Motion to Extend Submission Date Only for Certain Specific Cases Identified Herein Regarding Hospira's and Pfizer's Motion to Dismiss for Failure to Comply with CMO No. 35 ("Consent Motion");

**IT IS ORDERED** that the Consent Motion is **GRANTED** and that the submission date for those cases identified in Exhibit 1 to the Consent Motion is hereby reset for November 2, 2022 at 9:30 a.m. before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras St., New Orleans, Louisiana 70130. The submission date for all other cases subject to Hospira's and Pfizer's previously-filed Motion to Dismiss for Failure to Comply with Case Management Order No. 35, but not identified in the attached Exhibit 1, shall remain October 19, 2022.

New Orleans, Louisiana this _____ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE

#4798243v1