| # | Plaintiff Name/CaseNumber | Firm Name |
|---|---|---|
| 1 | Anita Stone (2:16-cv-16798) | Wendt Law Firm P.C<br>4717 Grand Avenue, Suite 130<br>Kansas City, Missouri 64112 |
| 2 | Regina Jeffries (2:20-cv-01759) | Saunders & Walker, P.A.<br>3491 Gandy Blvd. North, Ste 200<br>Pinellas Park, FL 33781 |
| 3 | Abigail Sandler (2:16-cv-15507)<br>Dorothy Malone (2:16-cv-17101) | The Gomez Firm<br>655 W Broadway, Ste 1700, San Diego, CA 92101 |
| 4 | Helen Bunche (2:19-cv-01851)<br>Ruby L. Davis (2:19-cv-01847)<br>Lenora Johnson (2:19-cv-01856)<br>Linda D. Abrams (2:19-cv-01616)<br>Antoinette Clark (2:19-cv-06751)<br>Sonia Collins (2:19-cv-09395)<br>Carol A. Crumblin (2:19-cv-10838)<br>Erma Farrington (2:19-cv-10586)<br>Linda Fullmore (2:19-cv-07035)<br>Phyllis M. Gill (2:19-cv-09844)<br>Shelby Grant (2:19-cv-01956)<br>Dorcille Hadley (2:19-cv-09849)<br>Bendetta Hosney (2:19-cv-09855)<br>Marjorie Hunt-Bluford (2:19-cv-09912)<br>Deborah Meyers (2:19-cv-11402)<br>Lillian H. Mirabella (2:19-cv-01961)<br>Gayla Morgan (2:19-cv-04340)<br>Denise Patterson (2:19-cv-02426)<br>Carla Phelps (2:19-cv-11395)<br>Patsy S. Reeves (2:19-cv-02027)<br>Linda Rice (2:19-cv-02026)<br>Valencia A. Schofield (2:19-cv-10097)<br>Carole M. Scott (2:19-cv-01974)<br>Frances Shular (2:19-cv-02025)<br>Sharon Tate (2:19-cv-02427)<br>Antoinette Thomas (2:19-cv-11355) | Napoli Shkolnik<br>1302 Avenida Ponce de Leon, Santurce, Puerto Rico 00907 |
| 5 | Karen Ahoe (2:19-cv-13928) | Baron and Budd |
| 6 | Joanne Greedan (19-cv-13259)<br>Elizabeth Ann Johnson (17-16672)<br>Yolanda Schulz (19-cv-13436) | Bachus & Schanker<br>101 W Colfax Ave #650,<br>Denver, CO 80202 |

**EXHIBIT 1**