| MDL 2740 1321 | | |
|---|---|---|
| **Row** | **Plaintiff ID** | **Name** |
| **1663** | 7882 | LANGE, HELEN C |

| Records Received Report<br>MDL No. 2740 (In Re: Taxotere)<br>(As of 8/20/18) ||
|---|---|
| **Law Firm Name** | **Doc IDs** |
| Verhine & Verhine, PLLC | 140236<br>140243<br>140245<br>140248<br>140249<br>140251<br>140254<br>140257<br>140259<br>140262<br>140268<br>177469<br>199628 |

| |
|---|
| **Documents** |
| Plaintiff Fact Sheet - 4/17/18 |
| Properly Executed Verification of PFS - 4/17/18 |
| Proof of Injury - Before & After Photographs - Photographs are dated - 4/17/18 |
| Proof of Injury - Before & After Photographs - Photographs are dated - 4/17/18 |
| Disability Claims Authorization - 4/17/18 |
| Health Insurance Record Authorization - 4/17/18 |
| HIPAA Authorization - 4/17/18 |
| Health Insurance Record Authorization - Amended Health Insurance Upload - 4/17/18 |
| Psychiatric Records Authorization - 4/17/18 |
| Workers Compensation Authorization - 4/17/18 |
| Proof of Use -- Medical Records - 4/17/18 |
| E-Discovery/Social Media Materials - ESI Certification - 6/5/18 |
| CMO 12 Product Identification - Proof of Use - 7/11/18 |