# EXHIBIT 1 - SERVICE

