# EXHIBIT 2 – ELECTRONIC DOCKET

CM/ECF   Civil ▾   Criminal ▾   Query   Reports ▾   Utilities ▾   Search   Help   Log Out

**Sun Pharmaceutical Industries, Inc.**
*formerly known as*
Caraco Pharmaceutical Laboratories, Ltd.

**Defendant**

**Actavis LLC**
*formerly known as*
Actavis Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 10/18/2017 | | Filing fee received from All Plaintiffs : (Filing fee $ 400 receipt number 053L-6418258) (Stall, Ellen) (Entered: 10/18/2017) |
| 10/19/2017 | 1 | COMPLAINT with jury demand against All Defendants (Fee previously paid) filed by Cindy Thomason. (Attachments: # 1 Civil Cover Sheet # 2 Summons - Sanofi S.A., # 3 Summons - Aventis Pharma S.A., # 4 Summons - Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., # 5 Summons - Sanofi-Aventis U.S. LLC, # 6 Summons - Sandoz Inc., # 7 Summons - ACCORD HEALTHCARE, INC., # 8 Summons - McKesson Corporation d/b/a McKesson Packaging, # 9 Summons - HOSPIRA WORLDWIDE, INC., # 10 Summons - HOSPIRA INC., # 11 Summons - SUN PHARMA GLOBAL FZE, # 12 Summons- SUN PHARMA GLOBAL, INC., # 13 Summons - Actavis LLC # 14 Summons - ACTAVIS PHARMA, INC., # 15 Summons - Pfizer Inc.)Attorney Martin Schmidt added to party Cindy Thomason(pty:pla).(Schmidt, Martin) Modified texton 10/19/2017 (am). (Entered: 10/19/2017) |
| 10/19/2017 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. (Stall, Ellen) (Entered: 10/19/2017) |
| 10/20/2017 | 3 | PRETRIAL ORDERS. Signed by Chief Judge Kurt D. Engelhardt.(ADJ) (Entered: 10/20/2017) |
| 05/22/2018 | 4 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance.(ADJ) (Entered: 05/22/2018) |

**PACER Service Center**

Transaction Receipt

10/11/2022 15:25:09

| PACER Login: | martinschmidt | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:17-cv-10773-JTM-MBN |
| Billable Pages: | 2 | Cost: | 0.20 |