UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABITLITY LITIGATION | : MDL NO. 2740 :<br>: SECTION "H" (5)<br>: JUDGE JANE TRICHE MILAZZO<br>: MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO<br>Cindy Thomason No. 2:17-cv-10733 : | : |

## [PROPOSED ORDER] DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35

The Court has granted Plaintiff, Cindy Thomason, leave to extend the deadline to comply with CMO 35, to October 4, 2022, finding that Plaintiff properly served the Hospira Defendants on October 4, 2022, per CMO 35. Defendant's Motion to Dismiss For Failure to Comply with CMO 35, therefore, is DENIED as moot.

So Ordered on this _____ day of _____, 2022.

_____
U.S. District Judge Presiding