UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)
JUDGE ENGELHARDT
MAG. JUDGE NORTH

MARY OSTERBERG,

Plaintiff(s)      CIVIL ACTION NO. 2:18-CV-08934

vs.

SANOFI AVENTIS U.S. LLC, ET AL

Defendants

## AFFIDAVIT

STATE OF MISSISSIPP

COUNTY OF WARREN

1. My name is E. Scott Verhine. I am a practicing attorney in Vicksburg, Mississippi and have been licensed to practice law since 1997. My address is 1013 Adams Street, Vicksburg, Mississippi 39183.

2. I represent approximately 25 Plaintiffs in the Taxotere MDL.

3. I submitted a PFS for Helen Lange through MDL Centrality on April 17, 2018. I also submitted authorizations and other documents including medical records and proof of use documents on this date.

4. Due to excusable neglect and oversight, I failed to email a copy of the filed complaint and summons to Defendants.

5. Until October of 2022, almost four (4) years after the complaint was filed, I had no knowledge that Defendants had not received the email service.

6. I have served a copy of the summons and complaint on October 11, 2022, via email to Defendants.

Respectfully submitted, this the 11th day of October, 2022.

/s/E. Scott Verhine

STATE OF MISSISSIPPI

COUNTY OF WARREN

Sworn to and subscribed before me on this the 11th day of October, 2022.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

4/18/13

*[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 85032, LISA M. McGEE, Commission Expires April 18, 2023, HINDS COUNTY]*