# Lisa McGee

| | |
|---|---|
| **From:** | Lisa McGee [lisa@verhine.biz] |
| **Sent:** | Tuesday, October 11, 2022 2:33 PM |
| **To:** | 'taxoterecomplaints@shb.com' |
| **Cc:** | 'Scott Verhine' |
| **Subject:** | Mary Osterberg v. Sanofi, et al 18-cv-08934 |
| **Attachments:** | Issued.summons.Sanofi Services.pdf; osterberg.filed.complaint.pdf |

Please see attached Short Form Complaint and Summons for the above captioned client.

Thank you.


Lisa M. McGee
Paralegal
Verhine & Verhine, PLLC
1013 Adams Street
Vicksburg MS   39183
Tel:   601-636-0791
Fax:   601-636-2718