**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** <br><br> **SECTION "N" (5)** <br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE NORTH** |
| **MARY OSTERBERG,** <br><br> Plaintiff(s) <br><br> vs. <br><br> **SANOFI AVENTIS U.S. LLC, ET AL** <br><br> Defendants | **CIVIL ACTION NO. 2:18-CV-08934** |

**ORDER [Proposed]**

THIS DAY this cause came on by motion of Plaintiff requesting that she be granted an extension on the time period to serve the summons and complaint on Defendant. That after review of the motion and related briefs filed in this matter, and being otherwise fully informed in the premises, does hereby find that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the deadline in which Plaintiff shall serve the summons and complaint in this matter be extended until October 11, 2022.

SO ORDERED, ADJUDGED AND DECREED this the _____ day of _____, 2022.

_____
U.S. District Court Judge

CERTIFICATE OF SERVICE

I, E. Scott Verhine, do certify that I have filed by CM/ECF a copy of the foregoing document which has been served on all parties of record at their email address on file.

Filed this the 11th day of October, 2022.

*/s/ E. Scott Verhine.*
E. Scott Verhine
