# EXHIBIT 1

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 5:10 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

_____

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 5:10 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Kimberly Eastep-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Eastep, Kimberly 2:19-cv-31.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 5:05 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been
received.  Your email will be reviewed and counsel will respond directly with any necessary follow-
up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves
its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at
Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 5:03 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Shores, Teresa-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Shores, Teresa 2:20-cv-
00643.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:45 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:43 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Schuller, Sharyl-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Schuller, Sharyl 2:20-cv-00731.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:30 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:28 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:28 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Popke, Brenda-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Popke, Brenda 2:20-cv-00752.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:17 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been
received.  Your email will be reviewed and counsel will respond directly with any necessary follow-
up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves
its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at
Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:11 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Lori Mitchell-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Mitchell, Lori 2:20-cv-
00728.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:59 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** De Anda, Alicia-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for De Anda, Alicia 2:20-cv-00694.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 3:19 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:17 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Carter, Cynthia-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Carter, Cynthia 2:20-cv-00671.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@woltersкluwer.com>
**Sent:** Sunday, October 9, 2022 3:06 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:05 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Linda Bieller-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Bieller, Linda 2:20-cv-00767.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 2:49 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 2:48 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Cindy Ramsey-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Ramsey, Cindy 2:19-cv-00473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2

 

IN RE TAXOTERE
MDL 2740

| HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼ |

### MDL 2740 - Taxotere                                     Search Results

Return to Search Results                                    Edit Plaintiff Information

#### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 15308 | DOB: | 02/22/1957 |
| Name: | CYNTHIA CARTER | Email: | cartercynthia55@gmail.com |
| Most Recent PFS Submitted: | 10/12/2020 | | |

#### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes | Comments |
| Drug Name: | Hospira, Inc. | Unknown Certification: | | |
| Treatment Dates: | 09/15/2014 to 11/3/2014 | Docket No.: | 2:20-cv-00671 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Fears \| Nachawati | |

#### Documents

View Documents    Upload

#### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 510336 | Health Insurance Record Authorization | 01/11/2021 | Remove |
| 510335 | Disability Claims Authorization | 01/11/2021 | Remove |
| 510334 | Employment Authorization | 01/11/2021 | Remove |
| 503705 | PTO 71 Written Statement | 11/11/2020 | Remove |
| 503704 | E-Discovery/Social Media Materials - Facebook | 11/11/2020 | Remove |
| 503703 | E-Discovery/Social Media Materials - Gmail | 11/11/2020 | Remove |
| 499828 | Properly Executed Verification of PFS | 10/12/2020 | Remove |
| 499826 | First Amended Plaintiff Fact Sheet | 10/12/2020 | |
| 498274 | Properly Executed Verification of PFS | 10/02/2020 | Remove |
| 497693 | Properly Executed Verification of PFS | 09/30/2020 | Remove |
| 497690 | Plaintiff Fact Sheet | 09/30/2020 | |
| 497689 | PTO 71 Written Statement | 09/30/2020 | Remove |
| 497341 | Proof of Injury - Before & After Photographs - Before-08-14-2007 | 09/28/2020 | Remove |
| 497340 | Proof of Injury - Before & After Photographs - After Up Close-09-26-2020 | 09/28/2020 | Remove |
| 497339 | Proof of Injury - Before & After Photographs - After Top-09-27-2020 | 09/28/2020 | Remove |
| 497338 | Proof of Injury - Before & After Photographs - After Right-09-27-2020 | 09/28/2020 | Remove |
| 497337 | Proof of Injury - Before & After Photographs - After Left-09-27-2020 | 09/28/2020 | Remove |
| 497336 | Proof of Injury - Before & After Photographs - After Front-09-26-2020 | 09/28/2020 | Remove |
| 497335 | Proof of Injury - Before & After Photographs - After Front-09-26-2020 | 09/28/2020 | Remove |



| 497334 | Proof of Injury - Before & After Photographs - After Back-09-27-2020 | 09/28/2020 | Remove |
| 497161 | Psychiatric Records Authorization | 09/24/2020 | Remove |
| 497160 | Workers Compensation Authorization | 09/24/2020 | Remove |
| 497159 | HIPAA Authorization | 09/24/2020 | Remove |
| 497158 | Health Insurance Record Authorization | 09/24/2020 | Remove |
| 497157 | Employment Authorization | 09/24/2020 | Remove |
| 497156 | Disability Claims Authorization | 09/24/2020 | Remove |
| 494699 | CMO 12 Product Identification | 09/09/2020 | Remove |
| 492528 | Proof of Use -- Medical Records | 08/23/2020 | Remove |

### Plaintiff Fact Sheet

I. **Plaintiff Fact Sheet**                    Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.