UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                            SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Cynthia Carter, Case No.: 2:20-cv-00671*

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME TO COMPLY WITH CMO 35**

       Plaintiff's Motion for Leave to Extend Time to Comply with CMO 35 is GRANTED.

       The Court finds that Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc. was correctly served by counsel for Plaintiff on October 9, 2022. Due to excusable neglect, the Court finds the deadline for Plaintiff to comply with CMO 35 should be, and is hereby, extended for Plaintiff from August 31, 2022, to October 9, 2022.

       Defendant's Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

       So ORDERED on this _____day of _____, 2022.

                                                                      _____
                                                                      U.S. District Judge Presiding