# EXHIBIT 1

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 5:10 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

_____

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 5:10 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Kimberly Eastep-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A, please see attached complaint and summons for Eastep, Kimberly 2:19-cv-31.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,


**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 5:05 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 5:03 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Shores, Teresa-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Shores, Teresa 2:20-cv-00643.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

_____

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:45 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:43 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Schuller, Sharyl-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A, please see attached complaint and summons for Schuller, Sharyl 2:20-cv-00731.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:30 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:28 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:28 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Popke, Brenda-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Popke, Brenda 2:20-cv-00752.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:17 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:11 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Lori Mitchell-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Mitchell, Lori 2:20-cv-00728.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:59 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** De Anda, Alicia-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A, please see attached complaint and summons for De Anda, Alicia 2:20-cv-00694.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 3:19 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:17 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Carter, Cynthia-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Carter, Cynthia 2:20-cv-00671.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712


Sincerely,


**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 3:06 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:05 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Linda Bieller-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Bieller, Linda 2:20-cv-00767.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712


Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 2:49 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 2:48 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Cindy Ramsey-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Ramsey, Cindy 2:19-cv-00473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com