# EXHIBIT 1

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 4:12 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Michelle Webb- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Webb, Michelle  2:20-cv-00522.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC

5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road

Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2

 

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**MDL 2740 - Taxotere**  **Search Results**

[Return to Search Results]  [Edit Plaintiff Information]

### Plaintiff Information

| Plaintiff ID: | 15363 | DOB: | 04/17/1974 |
| Name: | RASHEEMA DAVIS | Email: | |
| Most Recent PFS Submitted: | 12/23/2020 | | |

### Plaintiff Snapshot

| Treated with Taxotere: | No | Treated with Generic: | Yes | Comments |
| Drug Name: | Sandoz Inc. | Unknown Certification: | | |
| Treatment Dates: | 11/18/2015 to 01/20/2016 | Docket No.: | 2:20-cv-01473 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Fears | Nachawati | |

### Documents

[View Documents] [Upload]                          [Deficiency Response]

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 510373 | Psychiatric Records Authorization | 01/12/2021 | Remove |
| 510372 | Health Insurance Record Authorization | 01/12/2021 | Remove |
| 510371 | Disability Claims Authorization | 01/12/2021 | Remove |
| 510370 | Workers Compensation Authorization | 01/12/2021 | Remove |
| 510369 | Employment Authorization | 01/12/2021 | Remove |
| 508885 | Response to Deficiency Notice | 12/23/2020 | |
| 508884 | Properly Executed Verification of PFS | 12/23/2020 | Remove |
| 508883 | Third Amended Plaintiff Fact Sheet | 12/23/2020 | |
| 505259 | Amended Deficiency Notice | 11/24/2020 | |
| 504752 | Response to Deficiency Notice | 11/20/2020 | |
| 504751 | Properly Executed Verification of PFS | 11/20/2020 | Remove |
| 504750 | Second Amended Plaintiff Fact Sheet | 11/20/2020 | |
| 501068 | Deficiency Notice | 10/20/2020 | |
| 499807 | Proof of Injury - Before & After Photographs - Before 2014 | 10/12/2020 | Remove |
| 499806 | Proof of Injury - Before & After Photographs - Before 2014 | 10/12/2020 | Remove |
| 499805 | Proof of Injury - Before & After Photographs - Before 2011 | 10/12/2020 | Remove |
| 499802 | Proof of Injury - Before & After Photographs - Before 08092013 | 10/12/2020 | Remove |
| 499800 | Proof of Injury - Before & After Photographs - Before 2011 | 10/12/2020 | Remove |
| 499744 | Properly Executed Verification of PFS | 10/12/2020 | Remove |

| | | | |
|---|---|---|---|
| 499743 | First Amended Plaintiff Fact Sheet | 10/12/2020 | |
| 499724 | CMO 12 Product Identification | 10/12/2020 | Remove |
| 499723 | Proof of Use -- Medical Records | 10/12/2020 | Remove |
| 499233 | PTO 71 Written Statement | 10/09/2020 | Remove |
| 499231 | Proof of Injury - Before & After Photographs - After Up Close-10-09-2020 | 10/09/2020 | Remove |
| 499230 | Proof of Injury - Before & After Photographs - After Up Close-10-09-2020 | 10/09/2020 | Remove |
| 499229 | Proof of Injury - Before & After Photographs - After Up Close-10-09-2020 | 10/09/2020 | Remove |
| 499228 | Proof of Injury - Before & After Photographs - Photo After Up Close-10-09-2020 | 10/09/2020 | Remove |
| 499227 | Proof of Injury - Before & After Photographs - After Top-10-09-2020 | 10/09/2020 | Remove |
| 499226 | Proof of Injury - Before & After Photographs - After Right-10-09-2020 | 10/09/2020 | Remove |
| 499225 | Proof of Injury - Before & After Photographs - After Right-10-09-2020 | 10/09/2020 | Remove |
| 499224 | Proof of Injury - Before & After Photographs - After Right-10-09-2020 | 10/09/2020 | Remove |
| 499223 | Proof of Injury - Before & After Photographs - After Left-10-09-2020 | 10/09/2020 | Remove |
| 499222 | Proof of Injury - Before & After Photographs - After Left-10-09-2020 | 10/09/2020 | Remove |
| 499221 | Proof of Injury - Before & After Photographs - After Front-10-09-2020 | 10/09/2020 | Remove |
| 499220 | Proof of Injury - Before & After Photographs - After Back-10-09-2020 | 10/09/2020 | Remove |
| 499210 | Proof of Injury - Before & After Photographs - Before-1991 | 10/09/2020 | Remove |
| 499208 | Workers Compensation Authorization | 10/09/2020 | Remove |
| 499207 | Psychiatric Records Authorization | 10/09/2020 | Remove |
| 499206 | HIPAA Authorization | 10/09/2020 | Remove |
| 499205 | Health Insurance Record Authorization | 10/09/2020 | Remove |
| 499204 | Employment Authorization | 10/09/2020 | Remove |
| 499203 | Disability Claims Authorization | 10/09/2020 | Remove |
| 499202 | Properly Executed Verification of PFS | 10/09/2020 | Remove |
| 499201 | Plaintiff Fact Sheet | 10/09/2020 | |

## Plaintiff Fact Sheet

I. Plaintiff Fact Sheet    [Amend Fact Sheet]  [PFS Compare]

© 2022 BrownGreer PLC. All rights reserved.