UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| | HON. JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL NORTH |
| *Cindy Riker Wenzel, Case 2:19-cv-13107* | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

- ▪ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
- ▪ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
- ✓ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: October 11, 2022                                             /s/        M. Elizabeth Graham

                                                                                       M. Elizabeth Graham, SBN 143085
                                                                                       **GRANT & EISENHOFFER P.A.**
                                                                                       2325 3rd Street, Suite 329
                                                                                       San Francisco, California 94107
                                                                                       Telephone:  (415) 229-9720
                                                                                       Email:  egraham@gelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

<u>/s/       M. Elizabeth Graham</u>
M. Elizabeth Graham