# EXHIBIT 1

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 4:12 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Michelle Webb- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Webb, Michelle  2:20-cv-00522.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC

5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road

Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2

Case 2:16-md-02740-JTM-MBN   Document 14864-1   Filed 10/11/22   Page 7 of 9




| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]   [Edit Plaintiff Information]

### Plaintiff Information
- Plaintiff ID: 15259
- Name: MICHELLE WEBB
- Most Recent PFS Submitted: 07/12/2020
- DOB: 09/29/1956
- Email:

### Plaintiff Snapshot
- Treated with Taxotere: No
- Drug Name: Sandoz Inc.
- Treatment Dates: 05/30/2017 to 08/1/2017
- Properly Executed Verification of PFS: View
- Proof of Injury - Before & After Photographs: View
- Treated with Generic: Yes — Comments
- Unknown Certification:
- Docket No.: 2:20-cv-00522
- Proof of Injury - Medical Documentation: N/A
- Law Firm: Fears | Nachawati

### Documents
[View Documents]  [Upload]                                [Deficiency Response]

#### Uploaded Files
Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 527510 | Other - Chemotherapy Information Sheets | 03/09/2022 | Remove |
| 497450 | Sandoz Defendant Fact Sheet | 09/28/2020 | |
| 497449 | Sandoz - Defendant Fact Sheet Attachment - DFS Continuation Sheet | 09/28/2020 | |
| 497448 | Sandoz - Defendant Fact Sheet Certification - DFS Certification | 09/28/2020 | |
| 495986 | Amended Deficiency Notice | 09/16/2020 | |
| 489527 | E-Discovery/Social Media Materials - Keyword Search Results | 08/06/2020 | Remove |
| 489526 | PTO 71 Written Statement | 08/06/2020 | Remove |
| 486006 | Deficiency Notice | 07/22/2020 | |
| 483886 | Properly Executed Verification of PFS | 07/12/2020 | Remove |
| 483885 | Plaintiff Fact Sheet | 07/12/2020 | |
| 483884 | Proof of Use -- Medical Records | 07/12/2020 | Remove |
| 483882 | Proof of Injury - Before & After Photographs - Before - close up 2014 | 07/12/2020 | Remove |
| 483881 | Proof of Injury - Before & After Photographs - Before photo - 2015-2 | 07/12/2020 | Remove |
| 483880 | Proof of Injury - Before & After Photographs - Before - pink phone 2014 | 07/12/2020 | Remove |
| 483879 | Proof of Injury - Before & After Photographs - After - Top | 07/12/2020 | Remove |
| 483878 | Proof of Injury - Before & After Photographs - After - Top of Head | 07/12/2020 | Remove |
| 483877 | Proof of Injury - Before & After Photographs - After - Right Side | 07/12/2020 | Remove |
| 483876 | Proof of Injury - Before & After Photographs - After - Left Side | 07/12/2020 | Remove |
| 483875 | Proof of Injury - Before & After Photographs - After - Close Up | 07/12/2020 | Remove |



| | | | |
|---|---|---|---|
| 483874 | Proof of Injury - Before & After Photographs - After - Back of Head | 07/12/2020 | Remove |
| 483873 | Workers Compensation Authorization | 07/12/2020 | Remove |
| 483872 | Psychiatric Records Authorization | 07/12/2020 | Remove |
| 483871 | HIPAA Authorization | 07/12/2020 | Remove |
| 483870 | Health Insurance Record Authorization | 07/12/2020 | Remove |
| 483869 | Employment Authorization | 07/12/2020 | Remove |
| 483868 | Disability Claims Authorization | 07/12/2020 | Remove |
| 481216 | Proof of Use -- Medical Records - POU + NDCs | 06/27/2020 | Remove |

### DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Sandoz | 09/28/2020 | View   Respond |

### Plaintiff Fact Sheet

I.  Plaintiff Fact Sheet   - In Progress          Edit    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.