# EXHIBIT 1

 

| HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼ |

**MDL 2740 - Taxotere**  **Search Results**

[Return to Search Results]   [Edit Plaintiff Information]

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 3076 | DOB: | 12/12/1961 |
| Name: | PEARLEASE LUCAS | Email: | |
| Most Recent PFS Submitted: | 01/07/2020 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes      [Comments] |
| Drug Name: | Sandoz Inc.; Accord Healthcare, Inc. | Unknown Certification: | |
| Treatment Dates: | 03/27/2014 to 05/29/2014 | Docket No.: | 2:17-cv-8855 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Niemeyer, Grebel & Kruse |

### Documents

[View Documents]  [Upload]                                                           [Deficiency Response]

**Uploaded Files**

Filter: ALL ▼

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 431175 | Fourth Amended Plaintiff Fact Sheet | 01/07/2020 | |
| 195992 | Accord Healthcare - Defendant Fact Sheet Response to Deficiency Notice | 07/03/2018 | |
| 177415 | DFS Deficiency Notice - Accord Healthcare | 06/05/2018 | |
| 176318 | Accord Healthcare - Defendant Fact Sheet Certification | 06/03/2018 | |
| 176317 | Accord Healthcare Defendant Fact Sheet | 06/03/2018 | |
| 163275 | Proof of Injury - Before & After Photographs - After 8 - 5/15/2018 | 05/16/2018 | Remove |
| 163274 | Proof of Injury - Before & After Photographs - After 7 - 5/15/2018 | 05/16/2018 | Remove |
| 163273 | Proof of Injury - Before & After Photographs - After 6 - 5/15/2018 | 05/16/2018 | Remove |
| 163272 | Proof of Injury - Before & After Photographs - After 5 - 5/15/2018 | 05/16/2018 | Remove |
| 163271 | Proof of Injury - Before & After Photographs - After 4 - 5/15/2018 | 05/16/2018 | Remove |
| 163270 | Proof of Injury - Before & After Photographs - After 3 - 5/15/2018 | 05/16/2018 | Remove |
| 163269 | Proof of Injury - Before & After Photographs - After 2 - 5/15/2018 | 05/16/2018 | Remove |
| 163268 | Proof of Injury - Before & After Photographs - After 1 - 5/15/2018 | 05/16/2018 | Remove |
| 148054 | CMO 12 Product Identification | 04/25/2018 | Remove |
| 119742 | Proof of Injury - Before & After Photographs - Before - 2012 | 03/23/2018 | Remove |
| 119741 | Proof of Injury - Before & After Photographs - Before - 2009 | 03/23/2018 | Remove |
| 119740 | Response to Deficiency Notice | 03/23/2018 | |
| 119739 | Third Amended Plaintiff Fact Sheet | 03/23/2018 | |

| | | | |
|---|---|---|---|
| 118360 | Proof of Injury - Before & After Photographs - Before - 2012 | 03/22/2018 | Remove |
| 118359 | Proof of Injury - Before & After Photographs - Before - 2009 | 03/22/2018 | Remove |
| 117778 | Response to Deficiency Notice | 03/21/2018 | |
| 117777 | Second Amended Plaintiff Fact Sheet | 03/21/2018 | |
| 108697 | Amended Deficiency Notice | 03/08/2018 | |
| 84172 | PTO 71 Written Statement | 02/14/2018 | Remove |
| 61005 | First Amended Plaintiff Fact Sheet | 01/22/2018 | |
| 61003 | Response to Deficiency Notice | 01/22/2018 | |
| 61001 | Proof of Injury - Before & After Photographs - After - 8-2016 | 01/22/2018 | Remove |
| 60998 | Proof of Injury - Before & After Photographs - After - 8-2016 | 01/22/2018 | Remove |
| 49040 | Deficiency Notice | 12/21/2017 | |
| 33574 | Plaintiff Fact Sheet | 11/06/2017 | |
| 33563 | Workers Compensation Authorization | 11/06/2017 | Remove |
| 33562 | Properly Executed Verification of PFS | 11/06/2017 | Remove |
| 33561 | Psychiatric Records Authorization | 11/06/2017 | Remove |
| 33560 | Health Insurance Record Authorization | 11/06/2017 | Remove |
| 33559 | HIPAA Authorization | 11/06/2017 | Remove |
| 33558 | Employment Authorization | 11/06/2017 | Remove |
| 33557 | Disability Claims Authorization | 11/06/2017 | Remove |
| 33538 | Proof of Use -- Medical Records | 11/06/2017 | Remove |
| 33536 | Proof of Use -- Medical Records | 11/06/2017 | Remove |
| 33530 | Other - Addendum | 11/06/2017 | Remove |
| 33528 | Proof of Injury - Before & After Photographs - Before | 11/06/2017 | Remove |
| 33527 | Proof of Injury - Before & After Photographs - Before | 11/06/2017 | Remove |
| 33526 | Proof of Injury - Before & After Photographs - After - 8-2016 | 11/06/2017 | Remove |

## DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Accord Healthcare | 06/03/2018 | View   Respond |

## Plaintiff Fact Sheet

I. Plaintiff Fact Sheet          Amend Fact Sheet     PFS Compare

© 2022 BrownGreer PLC. All rights reserved.