UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO<br>SANDRA GERARDE HEATON, No. 2:18-cv-14076 | : : | |

**PLAINTIFF SANDRA GERARDE HEATON'S RESPONSE TO DEFENDANTS HOSPIRA AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35**

Comes now the plaintiff, Sandra Gerarde Heaton, by and through counsel and for response to HOSPIRA'S AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 states as follows:

1. Upon receipt of HOSPIRA'S AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35, counsel for the plaintiff conducted a review of her case to ensure that all defendants had been properly served before August 31, 2022.

2. A review of the plaintiff's file demonstrates that an email was sent to HospiraTaxotereMDL@WoltersKluwer.com on February 1, 2019 which constituted good service pursuant to Court's order. (See Affidavit of John A. Willis and Exhibit 1, attached hereto.)

3. Plaintiff also named Defendant Sandoz, Inc. in her lawsuit. Defendant Sandoz, Inc. has not alleged it has not been served with process in this matter. Entering an Order dismissing her case with prejudice would be detrimental to this Plaintiff.

WHEREFORE, Plaintiff Sandra Gerarde Heaton prays that the Court enter an Order denying Defendants Motion to Dismiss for Failure to Comply with CMO 35 and for such other appropriate relief.

Respectfully submitted,

FOX & FARLEY

*/s/ John A. Willis*
Bruce D. Fox, Esq. (BPR No. 008965)
John A. Willis, Esq. (BPR No. 018468)
BruceFox@FoxandFarleylaw.com
JohnWillis@FoxandFarleylaw.com
Fox & Farley, Attorneys at Law
310 N. Main St.
Clinton, Tennessee 37716
(865) 457-6440
Attorneys for Plaintiff Sandra Gerarde Heaton

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ John A. Willis*
John A. Willis, Esq. (BPR No. 018468)