UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO SANDRA GERARDE HEATON, No. 2:18-cv-14076 | |

### AFFIDAVIT OF JOHN A. WILLIS

Comes now John A. Willis, under oath, and based upon personal knowledge, states as follows:

1. I am over the age of eighteen (18) years and have personal knowledge of the facts contained in this Affidavit.

2. I am an attorney with the law firm of FOX & FARLEY.

3. My partner, Bruce D. Fox, and I oversee the processing and development of Taxotere claims.

4. Upon receipt of HOSPIRA'S AND PFIZER'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35, I conducted a review of our client's case to ensure that we had properly served all defendants before August 31, 2022.

5. A review of our client's file demonstrates that an email was sent to HospiraTaxotereMDL@WoltersKluwer.com on February 1, 2019 which constituted good service pursuant to Court's order. (See Exhibit 1, attached hereto.)

FURTHER AFFIANT SAITH NOT.

_____
JOHN A. WILLIS

STATE OF TENNESSEE )
)ss:
COUNTY OF ANDERSON )

    Personally appeared before me, the undersigned, a Notary Public, in and for said county and state, the within named John A. Willis, with whom I am personally acquainted (or upon the basis of satisfactory evidence presented to me), who, after being duly sworn, made oath that he executed the foregoing for the purposes therein contained.

    WITNESS my hand and official seal this __11th__ day of __October__, 2022.

    *Sarah Galloway*
    NOTARY PUBLIC

