# EXHIBIT 1

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 4:12 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Michelle Webb- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Webb, Michelle  2:20-cv-00522.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC

5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road

Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2

 

IN RE TAXOTERE MDL 2740

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]  [Edit Plaintiff Information]

### Plaintiff Information
- Plaintiff ID: 12676
- Name: DONNA SMITH
- Most Recent PFS Submitted: 04/11/2019
- DOB: 07/08/1965
- Email:

### Plaintiff Snapshot
- Treated with Taxotere: Yes
- Drug Name: Taxotere
- Treatment Dates: 01/1/2005 to 03/1/2012
- Properly Executed Verification of PFS: View
- Proof of Injury - Before & After Photographs: View
- Treated with Generic: No
- Unknown Certification:
- Docket No.: 2:18-cv-12973
- Proof of Injury - Medical Documentation: N/A
- Law Firm: Fears | Nachawati
- Comments

### Documents
[View Documents] [Upload]   [Deficiency Response]

#### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 480171 | CMO 12 Product Identification | 06/23/2020 | Remove |
| 430919 | Sanofi - Defendant Fact Sheet Attachment - 12676 5 | 01/06/2020 | |
| 430918 | Sanofi - Defendant Fact Sheet Attachment - 12676 4 | 01/06/2020 | |
| 430917 | Sanofi - Defendant Fact Sheet Attachment - 12676 3 | 01/06/2020 | |
| 430916 | Sanofi - Defendant Fact Sheet Attachment - 12676 2 | 01/06/2020 | |
| 430915 | Sanofi - Defendant Fact Sheet Attachment - 12676 1 | 01/06/2020 | |
| 430914 | Sanofi Defendant Fact Sheet | 01/06/2020 | |
| 425413 | Proof of Use -- Medical Records | 12/06/2019 | Remove |
| 417993 | Proof of Injury - Before & After Photographs - Before - 2007 - On the right | 11/05/2019 | Remove |
| 414885 | Proof of Use -- Medical Records | 10/23/2019 | Remove |
| 410550 | Proof of Injury - Before & After Photographs - After_2019 | 10/04/2019 | Remove |
| 410549 | Proof of Injury - Before & After Photographs - After_2019 | 10/04/2019 | Remove |
| 410548 | Proof of Injury - Before & After Photographs - After_2019 | 10/04/2019 | Remove |
| 410547 | Proof of Injury - Before & After Photographs - After_2019 | 10/04/2019 | Remove |
| 410546 | Proof of Injury - Before & After Photographs - After_2019 | 10/04/2019 | Remove |
| 410545 | Proof of Injury - Before & After Photographs - After_2019 | 10/04/2019 | Remove |
| 410523 | PTO 71 Written Statement | 10/04/2019 | Remove |
| 410515 | Psychiatric Records Authorization | 10/04/2019 | Remove |
| 410514 | HIPAA Authorization | 10/04/2019 | Remove |



| | | | |
|---|---|---|---|
| 406382 | Workers Compensation Authorization | 09/14/2019 | Remove |
| 406381 | Health Insurance Record Authorization | 09/14/2019 | Remove |
| 406380 | Disability Claims Authorization | 09/14/2019 | Remove |
| 406379 | PTO 71 Written Statement | 09/14/2019 | Remove |
| 369637 | Deficiency Notice | 05/25/2019 | |
| 338927 | Plaintiff Fact Sheet | 04/11/2019 | |
| 338860 | Properly Executed Verification of PFS | 04/11/2019 | Remove |

### DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Sanofi | 01/06/2020 | View  Respond |

### Plaintiff Fact Sheet

I.  Plaintiff Fact Sheet  - In Progress          Edit    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.