# EXHIBIT 1

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 4:12 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Michelle Webb- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Webb, Michelle  2:20-cv-00522.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC

5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road

Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

## MDL 2740 - Taxotere — Search Results

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 15307 | **DOB:** | 10/04/1969 |
| **Name:** | TAMARA HAYDEN | **Email:** | |
| **Most Recent PFS Submitted:** | 10/22/2020 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | **Comments** |
| **Drug Name:** | Sandoz Inc. | **Unknown Certification:** | | |
| **Treatment Dates:** | 07/25/2014 to 11/7/2014 | **Docket No.:** | 2:20-cv-00709 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Fears \| Nachawati | |

### Documents

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 509743 | Psychiatric Records Authorization | 01/05/2021 | Remove |
| 509742 | Employment Authorization | 01/05/2021 | Remove |
| 509741 | HIPAA Authorization | 01/05/2021 | Remove |
| 501430 | Response to Deficiency Notice | 10/22/2020 | |
| 501429 | Properly Executed Verification of PFS | 10/22/2020 | Remove |
| 501428 | Second Amended Plaintiff Fact Sheet | 10/22/2020 | |
| 501322 | Amended Deficiency Notice | 10/22/2020 | |
| 497767 | Response to Deficiency Notice | 09/30/2020 | |
| 497762 | Properly Executed Verification of PFS | 09/30/2020 | Remove |
| 497761 | First Amended Plaintiff Fact Sheet | 09/30/2020 | |
| 497458 | Workers Compensation Authorization | 09/28/2020 | Remove |
| 497456 | Health Insurance Record Authorization | 09/28/2020 | Remove |
| 497455 | Disability Claims Authorization | 09/28/2020 | Remove |
| 497404 | Other - Receipts for Eyelash Extensions | 09/28/2020 | Remove |

| ID | Description | Date | |
|---|---|---|---|
| 497403 | Other - Receipts for Eyelash Extensions | 09/28/2020 | Remove |
| 497401 | Other - Receipts for Hair Products | 09/28/2020 | Remove |
| 496046 | Deficiency Notice | 09/16/2020 | |
| 493554 | PTO 71 Written Statement | 08/30/2020 | Remove |
| 493553 | E-Discovery/Social Media Materials - Gmail | 08/30/2020 | Remove |
| 493552 | E-Discovery/Social Media Materials - LinkedIn | 08/30/2020 | Remove |
| 493551 | E-Discovery/Social Media Materials - Facebook | 08/30/2020 | Remove |
| 493550 | Properly Executed Verification of PFS | 08/30/2020 | Remove |
| 493549 | Plaintiff Fact Sheet | 08/30/2020 | |
| 492540 | Proof of Use -- Medical Records | 08/24/2020 | Remove |
| 492539 | CMO 12 Product Identification | 08/24/2020 | Remove |
| 492462 | Proof of Injury - Before & After Photographs - After Up Close-04182020 | 08/21/2020 | Remove |
| 492461 | Proof of Injury - Before & After Photographs - After Up Close-04182020 | 08/21/2020 | Remove |
| 492460 | Proof of Injury - Before & After Photographs - After Up Close 04182020 | 08/21/2020 | Remove |
| 492459 | Proof of Injury - Before & After Photographs - After Front-04182020 | 08/21/2020 | Remove |
| 492458 | Proof of Injury - Before & After Photographs - Before-2013 | 08/21/2020 | Remove |
| 492457 | Proof of Injury - Before & After Photographs - Before-2013 | 08/21/2020 | Remove |
| 492455 | Proof of Injury - Before & After Photographs - Before-2013 | 08/21/2020 | Remove |
| 492454 | Workers Compensation Authorization | 08/21/2020 | Remove |
| 492453 | Psychiatric Records Authorization | 08/21/2020 | Remove |
| 492452 | HIPAA Authorization | 08/21/2020 | Remove |
| 492451 | Health Insurance Record Authorization | 08/21/2020 | Remove |
| 492450 | Employment Authorization | 08/21/2020 | Remove |
| 492449 | Disability Claims Authorization | 08/21/2020 | Remove |

**Plaintiff Fact Sheet**

I.  **Plaintiff Fact Sheet**  **- In Progress**

© 2022 BrownGreer PLC. All rights reserved.