**In Re: TAXOTERE (DOCETAXEL)**                **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                  **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Teresa Shores, Case No.: 2:20-cv-00643*

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND
TIME TO COMPLY WITH CMO 35**

Plaintiff's Motion for Leave to Extend Time to Comply with CMO 35 is GRANTED.

The Court finds that Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc. was correctly served by counsel for Plaintiff on October 9, 2022. Due to excusable neglect, the Court finds the deadline for Plaintiff to comply with CMO 35 should be, and is hereby, extended for Plaintiff from August 31, 2022, to October 9, 2022.

Defendant's Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____day of _____, 2022.

_____

U.S. District Judge Presiding