# EXHIBIT 1




IN RE TAXOTERE MDL 2740

MDL CENTRALITY — BrownGreer

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]  [Edit Plaintiff Information]

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 4774 | DOB: | 05/06/1968 |
| Name: | TESSIE ADAMS | Email: | |
| Most Recent PFS Submitted: | 02/21/2018 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | Unknown | Treated with Generic: | **Comments** |
| Drug Name: | Unknown | Unknown Certification: | Yes |
| Treatment Dates: | 09/??/2016 to 12/??/2016 | Docket No.: | 2:17-cv-16210 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Allen & Nolte, PLLC |

### Documents

[View Documents]  [Upload]                                                                 [Deficiency Response]

#### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 512884 | Workers Compensation Authorization | 02/10/2021 | Remove |
| 512883 | Psychiatric Records Authorization | 02/10/2021 | Remove |
| 512882 | Health Insurance Record Authorization | 02/10/2021 | Remove |
| 512881 | Employment Authorization | 02/10/2021 | Remove |
| 512880 | Disability Claims Authorization | 02/10/2021 | Remove |
| 512879 | HIPAA Authorization | 02/10/2021 | Remove |
| 512878 | Properly Executed Verification of PFS | 02/10/2021 | Remove |
| 466302 | Proof of Injury - Before & After Photographs - Before - 2013 - 3 | 05/08/2020 | Remove |
| 466301 | Proof of Injury - Before & After Photographs - Before - 2013 - 2 | 05/08/2020 | Remove |
| 466300 | Proof of Injury - Before & After Photographs - Before - 2013 -1 | 05/08/2020 | Remove |
| 279401 | Medical Records | 12/16/2018 | Remove |
| 233320 | Health Insurance Record Authorization - ALL Authorizations | 09/10/2018 | Remove |
| 213581 | Response to Deficiency Notice | 08/01/2018 | |
| 213579 | CMO 12 Product Identification | 08/01/2018 | Remove |
| 213415 | Response to Deficiency Notice | 08/01/2018 | |
| 153778 | Proof of Injury - Before & After Photographs | 05/03/2018 | Remove |
| 153773 | Proof of Injury - Before & After Photographs | 05/03/2018 | Remove |
| 153767 | Proof of Injury - Before & After Photographs | 05/03/2018 | Remove |



| 130712 | Deficiency Notice | 04/05/2018 | |
| 125203 | E-Discovery/Social Media Materials | 03/29/2018 | Remove |
| 125201 | E-Discovery/Social Media Materials | 03/29/2018 | Remove |
| 125198 | E-Discovery/Social Media Materials | 03/29/2018 | Remove |
| 125196 | E-Discovery/Social Media Materials | 03/29/2018 | Remove |
| 125193 | PTO 71 Written Statement | 03/29/2018 | Remove |
| 93739 | Plaintiff Fact Sheet | 02/21/2018 | |
| 92321 | Other | 02/20/2018 | Remove |
| 92241 | Other | 02/20/2018 | Remove |
| 92154 | Other | 02/20/2018 | Remove |
| 91219 | Proof of Injury - Before & After Photographs | 02/19/2018 | Remove |
| 91218 | Proof of Injury - Before & After Photographs | 02/19/2018 | Remove |
| 91217 | Proof of Injury - Before & After Photographs | 02/19/2018 | Remove |
| 91212 | Proof of Injury - Before & After Photographs | 02/19/2018 | Remove |
| 91210 | Other | 02/19/2018 | Remove |
| 91209 | Properly Executed Verification of PFS | 02/19/2018 | Remove |

**Plaintiff Fact Sheet**

I.  Plaintiff Fact Sheet   **- In Progress**                    Edit      PFS Compare

© 2022 BrownGreer PLC. All rights reserved.