# EXHIBIT 2

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:17-cv-16210-JTM-MBN

Adams v. Sanofi US Services Inc. et al  
Assigned to: Judge Jane Triche Milazzo  
Referred to: Magistrate Judge Michael North  
Lead case: [2:16-md-02740-JTM-MBN](#)  
Member case: [(View Member Case)](#)  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/09/2017  
Jury Demand: Plaintiff  
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 12/09/2017 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-6526039) filed by Tessie Adams. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons)Attorney Charles G Orr added to party Tessie Adams(pty:pla).(Orr, Charles) (Main Document 1 replaced on 1/19/2018) (tk). (Attachment 1 replaced on 1/19/2018) (tk). (Attachment 2 replaced on 1/19/2018) (tk). (Attachment 3 replaced on 1/19/2018) (tk). (Attachment 4 replaced on 1/19/2018) (tk). (Attachment 5 replaced on 1/19/2018) (tk). (Attachment 6 replaced on 1/19/2018) (tk). (Entered: 12/09/2017) |
| 12/15/2017 | 2 | Initial Case Assignment to Chief Judge Kurt D. Engelhardt and Magistrate Judge Michael North. (ess) (Entered: 12/15/2017) |
| 01/19/2018 | 3 | Summons Issued as to Accord Healthcare, Inc., Hospira, Inc., Sandoz, Inc., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC. (tk) (Entered: 01/19/2018) |
| 01/19/2018 | 4 | Correction of Docket Entry by Clerk **Filing attorney did not properly format the pdf of complaint, civil cover sheet, and summons. The pdf should not have the 3 red buttons at the bottom. When using a FORM, fill in the applicable fields then click the red PRINT button at the bottom to print the document to pdf format. Clerk took corrective action. ** (tk) (Entered: 01/19/2018) |
| 01/22/2018 | 5 | Request of Summons Issued as to Accord Healthcare, Inc., Actavis LLC, Actavis Pharma, Inc., Hospira Worldwide, LLC, Hospira, Inc., McKesson Corporation, Pfizer Inc., Sandoz, Inc., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. filed by Tessie Adams re 1 Complaint,,. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons)(Orr, Charles) (Entered: 01/22/2018) |
| 01/23/2018 | 6 | Summons Issued as to Accord Healthcare, Inc., Hospira, Inc., Sandoz, Inc., Sanofi US Services Inc., Sanofi-Aventis U.S. LLC. (tk) (Entered: 01/23/2018) |
| 01/24/2018 | 7 | PRETRIAL ORDERS. Signed by Chief Judge Kurt D. Engelhardt.(ADI) (Entered: 01/24/2018) |
| 05/23/2018 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge Jane Triche Milazzo. Chief Judge Kurt D. Engelhardt no longer assigned to case. Signed by Judge Sarah S. Vance. (ADI) (Entered: 05/23/2018) |
| 10/10/2022 | 9 | Request of Summons Issued as to Hospira Worldwide, LLC, Hospira, Inc. filed by Tessie Adams re 1 Complaint,,. (Nolte, Jennifer) (Entered: 10/10/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2022 17:22:47 | | | |
| PACER Login: | WilliamsJYHJ | Client Code: | Adams, Tessie - Taxotere |
| Description: | Docket Report | Search Criteria: | 2:17-cv-16210-JTM-MBN |
| Billable Pages: | 2 | Cost: | 0.20 |