# EXHIBIT 1

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 4:12 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Michelle Webb- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Webb, Michelle  2:20-cv-00522.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC

5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road

Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2

 

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]  [Edit Plaintiff Information]

### Plaintiff Information
- **Plaintiff ID:** 15309
- **Name:** JACKLYN JONES
- **Most Recent PFS Submitted:** 01/28/2021
- **DOB:** 06/28/1968
- **Email:**

### Plaintiff Snapshot
- **Treated with Taxotere:** No
- **Drug Name:** Sandoz Inc.
- **Treatment Dates:** 12/5/2014 to 02/13/2015
- **Properly Executed Verification of PFS:** View
- **Proof of Injury - Before & After Photographs:** View
- **Treated with Generic:** Yes — Comments
- **Unknown Certification:**
- **Docket No.:** 2:20-cv-00708
- **Proof of Injury - Medical Documentation:** N/A
- **Law Firm:** Fears | Nachawati

### Documents

[View Documents]  [Upload]  [Deficiency Response]

#### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 513471 | Amended Deficiency Notice | 02/17/2021 | |
| 511784 | Medical Records - Surgery/Diagnostic Records | 01/28/2021 | Remove |
| 511783 | Properly Executed Verification of PFS | 01/28/2021 | Remove |
| 511782 | Second Amended Plaintiff Fact Sheet | 01/28/2021 | |
| 508760 | Properly Executed Verification of PFS | 12/22/2020 | Remove |
| 508759 | First Amended Plaintiff Fact Sheet | 12/22/2020 | |
| 508749 | CMO 12 Product Identification | 12/22/2020 | Remove |
| 500685 | Deficiency Notice | 10/14/2020 | |
| 499703 | Properly Executed Verification of PFS | 10/12/2020 | Remove |
| 499702 | Plaintiff Fact Sheet | 10/12/2020 | |
| 499362 | PTO 71 Written Statement | 10/09/2020 | Remove |
| 499360 | Proof of Injury - Before & After Photographs - After photo - top of head 1-8-2019 | 10/09/2020 | Remove |
| 499359 | Proof of Injury - Before & After Photographs - After photo - right side 1-8-2019 | 10/09/2020 | Remove |
| 499358 | Proof of Injury - Before & After Photographs - After photo - Left Side 1-8-2019 | 10/09/2020 | Remove |
| 499357 | Proof of Injury - Before & After Photographs - After photo - back of head 1-8-2019 | 10/09/2020 | Remove |
| 499356 | Proof of Injury - Before & After Photographs - Before photo 2011-13 plaintiff unsure | 10/09/2020 | Remove |
| 499354 | Proof of Injury - Before & After Photographs - Before photo 2014 | 10/09/2020 | Remove |
| 499353 | Proof of Injury - Before & After Photographs - Before photo 2012 | 10/09/2020 | Remove |
| 499352 | Workers Compensation Authorization | 10/09/2020 | Remove |

| | | | |
|---|---|---|---|
| 499351 | Psychiatric Records Authorization | 10/09/2020 | Remove |
| 499350 | HIPAA Authorization | 10/09/2020 | Remove |
| 499349 | Health Insurance Record Authorization | 10/09/2020 | Remove |
| 499348 | Employment Authorization | 10/09/2020 | Remove |
| 499347 | Disability Claims Authorization | 10/09/2020 | Remove |
| 492543 | Proof of Use -- Medical Records | 08/24/2020 | Remove |

## Plaintiff Fact Sheet

**I. Plaintiff Fact Sheet**

Amend Fact Sheet PFS Compare

© 2022 BrownGreer PLC. All rights reserved.

