# EXHIBIT 1

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 5:10 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

_____

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 5:10 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Kimberly Eastep-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Eastep, Kimberly 2:19-cv-31.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,


**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 5:05 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 5:03 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Shores, Teresa-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Shores, Teresa 2:20-cv-00643.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

_____

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:45 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:43 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Schuller, Sharyl-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Schuller, Sharyl 2:20-cv-00731.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:30 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:28 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:28 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Popke, Brenda-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Popke, Brenda 2:20-cv-00752.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:17 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:11 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Lori Mitchell-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Mitchell, Lori 2:20-cv-00728.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:59 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** De Anda, Alicia-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A, please see attached complaint and summons for De Anda, Alicia 2:20-cv-00694.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 3:19 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:17 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Carter, Cynthia-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Carter, Cynthia 2:20-cv-00671.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712


Sincerely,


**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 3:06 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:05 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Linda Bieller-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Bieller, Linda 2:20-cv-00767.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 2:49 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 2:48 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Cindy Ramsey-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Ramsey, Cindy 2:19-cv-00473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2




| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]  [Edit Plaintiff Information]

### Plaintiff Information
| | |
|---|---|
| Plaintiff ID: | 15379 |
| Name: | BRENDA POPKE |
| Most Recent PFS Submitted: | 04/13/2021 |
| DOB: | 10/26/1955 |
| Email: | |

### Plaintiff Snapshot
| | |
|---|---|
| Treated with Taxotere: | No |
| Drug Name: | Hospira, Inc. |
| Treatment Dates: | 09/15/2014 to 10/27/2014 |
| Properly Executed Verification of PFS: | View |
| Proof of Injury - Before & After Photographs: | View |
| Treated with Generic: | Yes |
| Unknown Certification: | |
| Docket No.: | 2:20-cv-00752 |
| Proof of Injury - Medical Documentation: | N/A |
| Law Firm: | Fears | Nachawati |

Comments

### Documents

[View Documents]  [Upload]                                   [Deficiency Response]

### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 520280 | Amended Deficiency Notice | 06/03/2021 | |
| 517570 | Response to Deficiency Notice | 04/13/2021 | |
| 517569 | Properly Executed Verification of PFS | 04/13/2021 | Remove |
| 517568 | First Amended Plaintiff Fact Sheet | 04/13/2021 | |
| 517558 | PTO 71 Written Statement | 04/13/2021 | Remove |
| 517557 | E-Discovery/Social Media Materials | 04/13/2021 | Remove |
| 517497 | Workers Compensation Authorization | 04/12/2021 | Remove |
| 517496 | Psychiatric Records Authorization | 04/12/2021 | Remove |
| 517495 | HIPAA Authorization | 04/12/2021 | Remove |
| 517494 | Health Insurance Record Authorization | 04/12/2021 | Remove |
| 516037 | Proof of Injury - Before & After Photographs - Before 2014 | 03/25/2021 | Remove |
| 516036 | Proof of Injury - Before & After Photographs - Before 2013 | 03/25/2021 | Remove |
| 516035 | Proof of Injury - Before & After Photographs - Before 2012 | 03/25/2021 | Remove |
| 516034 | Proof of Injury - Before & After Photographs - Before 2011 | 03/25/2021 | Remove |
| 516033 | Proof of Injury - Before & After Photographs - Before 2010 | 03/25/2021 | Remove |
| 516031 | Proof of Injury - Before & After Photographs - After 1-25-21 Top of head | 03/25/2021 | Remove |
| 516029 | Proof of Injury - Before & After Photographs - After 1-25-21 Right side | 03/25/2021 | Remove |
| 516028 | Proof of Injury - Before & After Photographs - After 1-25-21 Left side | 03/25/2021 | Remove |
| 516026 | Proof of Injury - Before & After Photographs - After 1-25-21 Front of face | 03/25/2021 | Remove |

| | | | |
|---|---|---|---|
| 516025 | Proof of Injury - Before & After Photographs - After 1-25-21 Close Up | 03/25/2021 | Remove |
| 516024 | Proof of Injury - Before & After Photographs - After 1-25-21 Back of head | 03/25/2021 | Remove |
| 505322 | Deficiency Notice | 11/24/2020 | |
| 503202 | Properly Executed Verification of PFS | 11/06/2020 | Remove |
| 503201 | Plaintiff Fact Sheet | 11/06/2020 | |
| 503200 | Employment Authorization | 11/06/2020 | Remove |
| 503199 | Workers Compensation Authorization | 11/06/2020 | Remove |
| 503198 | Psychiatric Records Authorization | 11/06/2020 | Remove |
| 503197 | HIPAA Authorization | 11/06/2020 | Remove |
| 503196 | Health Insurance Record Authorization | 11/06/2020 | Remove |
| 503195 | Disability Claims Authorization | 11/06/2020 | Remove |
| 503194 | PTO 71 Written Statement | 11/06/2020 | Remove |
| 503192 | CMO 12 Product Identification | 11/06/2020 | Remove |
| 503191 | Proof of Use -- Medical Records | 11/06/2020 | Remove |

## Plaintiff Fact Sheet

I. Plaintiff Fact Sheet            [Amend Fact Sheet]   [PFS Compare]

© 2022 BrownGreer PLC. All rights reserved.