# EXHIBIT 1

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 8:00 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Thomas, Debra -Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:58 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Thomas, Debra -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Debra Thomas :2:20-cv-01467.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 7:51 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Evelyn Smith-Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:49 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Evelyn Smith-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Evelyn Smith 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 7:23 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Pollard, Joanna -Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:21 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Pollard, Joanna -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Pollard, Joanna 2:18-cv-05637.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 7:07 PM

**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Carolyn Odom- Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:06 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Carolyn Odom- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Odom Carolyn 2:20-cv-00680.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712


Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 6:38 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Kratzer, Nancy - Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 6:36 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Kratzer, Nancy - Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Kratzer, Nancy 2:20-cv-00595.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 6:34 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Kirk, Catherine- Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 6:25 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Kirk, Catherine- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Kirk, Catherine 2:20-cv-02882.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com



*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 6:10 PM

**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Johnson,June- Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 6:08 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Johnson,June- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Johnson, June 2:20-cv-00549.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com



*Confidentiality Notice:*

*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 5:54 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Emma Frand- Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 5:51 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Emma Frand- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Frand, Emma 2:20-cv-00763.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231

(214) 890-0711
www.fnlawfirm.com



*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

# EXHIBIT 2



*IN RE TAXOTERE*
MDL 2740



| HOME ▾ | FACT SHEETS ▾ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▾ |

## MDL 2740 - Taxotere                    Search Results

Return to Search Results                    Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 15247 | DOB: | 08/04/1951 |
| Name: | ODOM CAROLYN | Email: | |
| Most Recent PFS Submitted: | 06/12/2020 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | Yes | Treated with Generic: | No | **Comments** |
| Drug Name: | Taxotere | Unknown Certification: | | |
| Treatment Dates: | 01/20/2010 to 03/22/2010 | Docket No.: | 2:20-cv-00680 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Fears \| Nachawati | |

### Documents

View Documents      Upload

#### Uploaded Files

Filter: [ ALL ▾ ]

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 510809 | Employment Authorization | 01/14/2021 | Remove |
| 476104 | Properly Executed Verification of PFS | 06/12/2020 | Remove |
| 476103 | Plaintiff Fact Sheet | 06/12/2020 | |
| 476097 | HIPAA Authorization | 06/12/2020 | Remove |
| 476096 | Psychiatric Records Authorization | 06/12/2020 | Remove |
| 476089 | Employment Authorization | 06/12/2020 | Remove |
| 476087 | Workers Compensation Authorization | 06/12/2020 | Remove |
| 476086 | Health Insurance Record Authorization | 06/12/2020 | Remove |
| 476085 | Disability Claims Authorization | 06/12/2020 | Remove |
| 476084 | Proof of Injury - Before & After Photographs - Before 2008 - 2 | 06/12/2020 | Remove |
| 476083 | Proof of Injury - Before & After Photographs - Before 2008 - 1 | 06/12/2020 | Remove |
| 476082 | Proof of Injury - Before & After Photographs - After Top Dec 2019 | 06/12/2020 | Remove |
| 476081 | Proof of Injury - Before & After Photographs - After Right Side Dec 2019 | 06/12/2020 | Remove |
| 476080 | Proof of Injury - Before & After Photographs - After Left Side Dec 2019 | 06/12/2020 | Remove |
| 476079 | Proof of Injury - Before & After Photographs - After Front Right Dec 2019 | 06/12/2020 | Remove |
| 476078 | Proof of Injury - Before & After Photographs - After Left Dec 2019 | 06/12/2020 | Remove |
| 476077 | Proof of Injury - Before & After Photographs - After Back Dec 2019 | 06/12/2020 | Remove |
| 476076 | Proof of Use -- Medical Records - Pregen | 06/12/2020 | Remove |



© 2022 BrownGreer PLC. All rights reserved.