# EXHIBIT 1

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 8:00 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Thomas, Debra -Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.


**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:58 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Thomas, Debra -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Debra Thomas :2:20-cv-01467.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 7:51 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Evelyn Smith-Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:49 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Evelyn Smith-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Evelyn Smith 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 7:23 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Pollard, Joanna -Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:21 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Pollard, Joanna -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Pollard, Joanna 2:18-cv-05637.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 7:07 PM

**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Carolyn Odom- Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:06 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Carolyn Odom- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Odom Carolyn 2:20-cv-00680.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 6:38 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Kratzer, Nancy - Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 6:36 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Kratzer, Nancy - Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Kratzer, Nancy 2:20-cv-00595.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 6:34 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Kirk, Catherine- Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 6:25 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Kirk, Catherine- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Kirk, Catherine 2:20-cv-02882.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712


Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com



*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.*

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 6:10 PM

**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Johnson,June- Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 6:08 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Johnson,June- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Johnson, June 2:20-cv-00549.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com



*Confidentiality Notice:*

*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, October 7, 2022 5:54 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** RE: Emma Frand- Eastern District of Louisiana

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 5:51 PM
**To:** Sanofi - PTO 9 (taxoterecomplaints@shb.com) <taxoterecomplaints@shb.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Emma Frand- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 9, please see attached complaint and summons for Frand, Emma 2:20-cv-00763.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5473 Blair Road
Dallas, TX 75231

(214) 890-0711
www.fnlawfirm.com



*Confidentiality Notice:*
*The information contained in this email message is intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail.  Thank you.*

# EXHIBIT 2




# MDL 2740 - Taxotere — Search Results

**Return to Search Results** | **Edit Plaintiff Information**

## Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 15482 | DOB: | 04/30/1939 |
| Name: | EMMA FRAND | Email: | |
| Most Recent PFS Submitted: | 02/02/2021 | | |

## Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes — Comments |
| Drug Name: | Winthrop US | Unknown Certification: | |
| Treatment Dates: | 11/12/2013 to 03/13/2014 | Docket No.: | 2:20-cv-00635 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Fears | Nachawati |

## Documents

**View Documents** | **Upload**

### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 512098 | Medical Records | 02/02/2021 | Remove |
| 512097 | Medical Records | 02/02/2021 | Remove |
| 512096 | CMO 12 Product Identification | 02/02/2021 | Remove |
| 512094 | PTO 71 Written Statement | 02/02/2021 | Remove |
| 512092 | Proof of Injury - Before & After Photographs - Before 2013 | 02/02/2021 | Remove |
| 512091 | Proof of Injury - Before & After Photographs - Before 2011 | 02/02/2021 | Remove |
| 512090 | Proof of Injury - Before & After Photographs - Before 2009 | 02/02/2021 | Remove |
| 512089 | Proof of Injury - Before & After Photographs - Before 2008 | 02/02/2021 | Remove |
| 512088 | Proof of Injury - Before & After Photographs - Before 2010 | 02/02/2021 | Remove |
| 512087 | Proof of Injury - Before & After Photographs - After Back-02-02-2021 | 02/02/2021 | Remove |
| 512086 | Proof of Injury - Before & After Photographs - After Top-02-02-2021 | 02/02/2021 | Remove |
| 512085 | Proof of Injury - Before & After Photographs - After Left-02-02-2021 | 02/02/2021 | Remove |
| 512083 | Proof of Injury - Before & After Photographs - After Front Right-02-02-2021 | 02/02/2021 | Remove |
| 512082 | Workers Compensation Authorization | 02/02/2021 | Remove |
| 512081 | Psychiatric Records Authorization | 02/02/2021 | Remove |
| 512080 | HIPAA Authorization | 02/02/2021 | Remove |
| 512079 | Health Insurance Record Authorization | 02/02/2021 | Remove |
| 512077 | Employment Authorization | 02/02/2021 | Remove |
| 512076 | Disability Claims Authorization | 02/02/2021 | Remove |

