# EXHIBIT 1

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 5:10 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

_____

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 5:10 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Kimberly Eastep-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Eastep, Kimberly 2:19-cv-31.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,


**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 5:05 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been
received.  Your email will be reviewed and counsel will respond directly with any necessary follow-
up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves
its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at
Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 5:03 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Shores, Teresa-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Shores, Teresa 2:20-cv-
00643.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:45 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been
received.  Your email will be reviewed and counsel will respond directly with any necessary follow-
up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves
its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at
Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:43 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Schuller, Sharyl-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Schuller, Sharyl 2:20-cv-
00731.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:30 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:28 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:28 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Popke, Brenda-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Popke, Brenda 2:20-cv-00752.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 4:17 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 4:11 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Lori Mitchell-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Mitchell, Lori 2:20-cv-00728.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:59 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** De Anda, Alicia-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for De Anda, Alicia 2:20-cv-00694.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 3:19 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:17 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Carter, Cynthia-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Carter, Cynthia 2:20-cv-00671.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712


Sincerely,


**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 3:06 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 3:05 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Linda Bieller-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Bieller, Linda 2:20-cv-00767.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

---

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Sunday, October 9, 2022 2:49 PM
**To:** Andrew Williams <awilliams@fnlawfirm.com>
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

---

**From:** Andrew Williams
**Sent:** Sunday, October 9, 2022 2:48 PM
**To:** HospiraTaxotereMDL@WoltersKluwer.com
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Cindy Ramsey-Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 40A,  please see attached complaint and summons for Ramsey, Cindy 2:19-cv-00473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2

 

IN RE TAXOTERE
MDL 2740

| HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼ |
|---|---|---|---|---|---|

## MDL 2740 - Taxotere                    Search Results

Return to Search Results                    Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 15650 | DOB: | 01/05/1954 |
| Name: | PATRICIA LEPORE | Email: | |
| Most Recent PFS Submitted: | 01/21/2022 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | Unknown | Treated with Generic: | Yes    Comments |
| Drug Name: | Unknown | Unknown Certification: | Yes |
| Treatment Dates: | 10/25/2017 to 02/28/2018 | Docket No.: | 2:21-cv-00700 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Fears \| Nachawati |

### Documents

View Documents    Upload                    Deficiency Response

#### Uploaded Files

Filter: [ ALL ▼ ]

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 527643 | Hospira Defendant Fact Sheet | 03/15/2022 | |
| 527642 | Defendant Fact Sheet Certification - Hospira | 03/15/2022 | |
| 526577 | Deficiency Notice | 01/25/2022 | |
| 526506 | Properly Executed Verification of PFS | 01/21/2022 | Remove |
| 526504 | Plaintiff Fact Sheet | 01/21/2022 | |
| 526202 | PTO 71 Written Statement | 01/10/2022 | Remove |
| 526201 | Employment Authorization | 01/10/2022 | Remove |
| 526200 | HIPAA Authorization | 01/10/2022 | Remove |
| 526191 | Workers Compensation Authorization | 01/07/2022 | Remove |
| 526190 | Psychiatric Records Authorization | 01/07/2022 | Remove |
| 526189 | Health Insurance Record Authorization | 01/07/2022 | Remove |
| 526188 | Disability Claims Authorization | 01/07/2022 | Remove |
| 526187 | Proof of Injury - Before & After Photographs - Before 5-15-2016 | 01/07/2022 | Remove |
| 526186 | Proof of Injury - Before & After Photographs - Before 12-29-99 | 01/07/2022 | Remove |
| 526185 | Proof of Injury - Before & After Photographs - Before - Jan 2016 | 01/07/2022 | Remove |
| 526184 | Proof of Injury - Before & After Photographs - Before 7-22-17 | 01/07/2022 | Remove |
| 526183 | Proof of Injury - Before & After Photographs - After 1-15-21 Top of head | 01/07/2022 | Remove |
| 526182 | Proof of Injury - Before & After Photographs - After 1-15-21 Right side | 01/07/2022 | Remove |
| 526181 | Proof of Injury - Before & After Photographs - After 1-15-21 Left Side | 01/07/2022 | Remove |



| 526180 | Proof of Injury - Before & After Photographs - After 1-15-21 Front | 01/07/2022 | Remove |
| 526179 | Proof of Injury - Before & After Photographs - After 1-15-21 Back of head | 01/07/2022 | Remove |
| 526177 | Proof of Use -- Medical Records | 01/07/2022 | Remove |

**DFS Deficiency Notice**

| Defendant Type | Date | Action |
|---|---|---|
| Hospira | 03/15/2022 | View  Respond |

**Plaintiff Fact Sheet**

I. Plaintiff Fact Sheet          Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.