# EXHIBIT 1

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 4:12 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Michelle Webb- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Webb, Michelle  2:20-cv-00522.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC

5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 12:05 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** filing <filing@fnlawfirm.com>
**Subject:** Tamara, Hayden- Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Tamara, Hayden 2:20-cv-00709.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,
**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

**From:** Andrew Williams
**Sent:** Friday, October 7, 2022 7:31 PM
**To:** Sandoz Inc. - PTO 30 (Sandoz-taxotere-complaints@gtlaw.com) <Sandoz-taxotere-complaints@gtlaw.com>
**Cc:** Filing <Filing@fnlawfirm.com>
**Subject:** Jones, Jacklyn -Eastern District of Louisiana

**Dear Counsel,**

Pursuant to PTO 30, please see attached complaint and summons for Rasheema Davis 2:20-cv-01473.

Please let us know if you have any questions or concerns. Counsel of records is as follows.

Gibbs C. Henderson
ghenderson@fnlawfirm.com
taxotere@fnlawfirm.com
FEARS NACHAWATI, PLLC
5489 Blair Road

Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

Sincerely,

**Andrew Williams**
Legal Assistant
Fears Nachawati Law Firm
5489 Blair Road
Dallas, TX 75231
(214) 890-0711
www.fnlawfirm.com

# EXHIBIT 2

 

IN RE TAXOTERE MDL 2740

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]   [Edit Plaintiff Information]

### Plaintiff Information
| | |
|---|---|
| Plaintiff ID: | 15650 |
| Name: | PATRICIA LEPORE |
| Most Recent PFS Submitted: | 01/21/2022 |
| DOB: | 01/05/1954 |
| Email: | |

### Plaintiff Snapshot
| | | | |
|---|---|---|---|
| Treated with Taxotere: | Unknown | Treated with Generic: | Yes  **Comments** |
| Drug Name: | Unknown | Unknown Certification: | Yes |
| Treatment Dates: | 10/25/2017 to 02/28/2018 | Docket No.: | 2:21-cv-00700 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Fears | Nachawati |

### Documents

[View Documents]  [Upload]    [Deficiency Response]

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 527643 | Hospira Defendant Fact Sheet | 03/15/2022 | |
| 527642 | Defendant Fact Sheet Certification - Hospira | 03/15/2022 | |
| 526577 | Deficiency Notice | 01/25/2022 | |
| 526506 | Properly Executed Verification of PFS | 01/21/2022 | Remove |
| 526504 | Plaintiff Fact Sheet | 01/21/2022 | |
| 526202 | PTO 71 Written Statement | 01/10/2022 | Remove |
| 526201 | Employment Authorization | 01/10/2022 | Remove |
| 526200 | HIPAA Authorization | 01/10/2022 | Remove |
| 526191 | Workers Compensation Authorization | 01/07/2022 | Remove |
| 526190 | Psychiatric Records Authorization | 01/07/2022 | Remove |
| 526189 | Health Insurance Record Authorization | 01/07/2022 | Remove |
| 526188 | Disability Claims Authorization | 01/07/2022 | Remove |
| 526187 | Proof of Injury - Before & After Photographs - Before 5-15-2016 | 01/07/2022 | Remove |
| 526186 | Proof of Injury - Before & After Photographs - Before 12-29-99 | 01/07/2022 | Remove |
| 526185 | Proof of Injury - Before & After Photographs - Before Jan 2016 | 01/07/2022 | Remove |
| 526184 | Proof of Injury - Before & After Photographs - Before 7-22-17 | 01/07/2022 | Remove |
| 526183 | Proof of Injury - Before & After Photographs - After 1-15-21 Top of head | 01/07/2022 | Remove |
| 526182 | Proof of Injury - Before & After Photographs - After 1-15-21 Right side | 01/07/2022 | Remove |
| 526181 | Proof of Injury - Before & After Photographs - After 1-15-21 Left Side | 01/07/2022 | Remove |

| | | | |
|---|---|---|---|
| [526180](#) | Proof of Injury - Before & After Photographs - After 1-15-21 Front | 01/07/2022 | [Remove](#) |
| [526179](#) | Proof of Injury - Before & After Photographs - After 1-15-21 Back of head | 01/07/2022 | [Remove](#) |
| [526177](#) | Proof of Use -- Medical Records | 01/07/2022 | [Remove](#) |

### DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Hospira | 03/15/2022 | View   Respond |

### Plaintiff Fact Sheet

I. Plaintiff Fact Sheet          Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.