UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | Section: "H" (5) |
| THIS DOCUMENT RELATES TO: Karen Racca, | Judge Milazzo |
| Plaintiff | Civil Action No: 2:17-cv-12862 |
| v. | |
| Sanofi US Services Inc. et al | |
| Defendants | |

### DECLARATION OF PIERCE JONES IN SUPPORT OF PLAINTIFF'S RESPONSE/MEMORANDUM TO SANDOZ'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

1. I am an attorney at the Johnson Law Group and counsel for Plaintiff in the above-captioned cause. I have personal knowledge of each matter and the facts stated herein as a result of my employment with Johnson Law Group., attorneys for Plaintiff, and if called upon and sworn as a witness, I could and would testify competently thereto.

2. I submit this Affidavit in opposition to Defendant Sandoz's Motion to Dismiss for Failure to follow CMO 35 and FRCP 4 (Doc. 14763). The facts contained herein are within my personal knowledge, and if called upon as a witness, I could and would competently testify to all of them.

3. **Exhibit A** attached to Plaintiff's Response/Memorandum to Defendant Sandoz Motion to Dismiss is a filed summons issued to Sandoz.

4. **Exhibit B** attached to Plaintiff's Response/Memorandum to Defendant Sandoz Motion to Dismiss is an email confirmation showing service upon Sandoz.

5. Plaintiff's Original Complaint was filed in the Eastern District of Louisiana (2:17-cv-12862), with Alyssa White as counsel of record.

1

6. Sanofi-Aventis U.S. LLC; Sanofi U.S. Services Inc. f/k/a Sanofi Aventis U.S. Inc.; Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; and Pfizer Inc. were named as Defendants in Plaintiff's filed Original Complaint.

7. Plaintiff subsequently served Defendants Sanofi-Aventis U.S. LLC; Sanofi U.S. Services Inc. f/k/a Sanofi Aventis U.S. Inc.; Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; and Pfizer Inc.

8. Johnson Law Group, through attorney Jade M. Ruiz, subsequently requested leave from this Court on October 27, 2020 to amend the original Complaint to add Sandoz as a Defendant. Doc. 11356.

9. On November 9, 2020 the honorable Judge Jane Triche Milazzo granted Plaintiff's motion and ordered the Clerk's office to file the Amended Complaint attached to Plaintiff's Motion in the member case Karen Racca v. Sanofi-Aventis U.S. LLC et al. Case No. 2:17-cv-12862. Doc. 11405.

10. On November 9, 2020 the Clerk's office filed the Amended Complaint adding Sandoz as a Defendant. 2:17-cv-12862, Doc. 6.

11. On July 27, 2021, attorney Ruiz departed from Johnson Law Group and attorney Alyssa White remained as counsel of record.

12. On July 11, 2022 attorney White departed from Johnson Law Group and attorneys Russell W. Lewis, IV and Pierce Jones moved MLD 2740 to withdraw attorney White as counsel of record and be substituted in place of attorney White on behalf of Plaintiff. 2:2016-md-02740, Doc. 14412.

13. On July 12, 2022, attorneys Lewis and Jones were substituted as counsel of record on behalf of Plaintiff. 2:2016-md-02740, Doc. 14420.

14. On July 26, 2022, Case Management Order No. 35 was entered requiring service on Defendant Sandoz by August 31, 2022. 2:2016-md-02740, Doc. 14456.

15. Johnson Law Group counsel performed an audit after Case Management Order No. 35 was entered to identify any outstanding cases and all cases were noted as served, including Karen Racca.

16. Undersigned counsel has no knowledge as to why Karen Racca's case file was noted as served as to Sandoz by prior counsel. It appears as though attorneys Ruiz or White, or someone on their team, erroneously marked Plaintiff's case as being served.

17. Upon notice of this deficiency in service by Sandoz on September 29, 2022, undersigned counsel immediately filed a Request of Summons Issued as to Sandoz on October 3, 2022. 2:17-cv-12862, Doc. 7.

18. On October 4, 2022 the Clerk's office filed the Summons Issued as to Sandoz, Inc. 2:17-cv-12862, Doc. 8, Exhibit A.

19. Undersigned counsel immediately provided service as to Sandoz pursuant to PTO 30. Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2022, at Houston, Texas.

_____
Pierce Jones, Declarant

CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: October 11, 2022

                                                    /s/ *Russell W. Lewis IV*
                                                    Russell W. Lewis IV

                                                    /s/ *Pierce Jones*
                                                    Pierce Jones