# EXHIBIT B

| | |
|---|---|
| From: | sandoz-taxotere-complaints@gtlaw.com |
| To: | Pierce Jones |
| Subject: | Automatic reply: Racca, Karen - USDC - EDLA Taxotere MDL Amended Complaint and Summons - 2:17-cv-12862 |
| Date: | Tuesday, October 4, 2022 9:49:20 AM |

**[EXTERNAL]**

Your email attempting service of the Complaint and Summons on Sandoz Inc. in MDL 2740, pursuant to PTO 30, has been received.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

| | |
|---|---|
| **From:** | Pierce Jones |
| **To:** | Sandoz-taxotere-complaints@gtlaw.com |
| **Cc:** | Russell Lewis |
| **Subject:** | RE: Racca, Karen - USDC - EDLA Taxotere MDL Amended Complaint and Summons - 2:17-cv-12862 |
| **Date:** | Tuesday, October 4, 2022 9:47:00 AM |
| **Attachments:** | Racca, Karen - Summons Issued by Clerk - Sandoz.pdf |
| | Racca, Karen - Amended Complaint RE Sandoz.pdf |

Please find attached the Amended Short Form Complaint and Summons for the above-referenced Plaintiff filed in the Taxotere MDL. This communication serves to fulfill the service of process requirements as laid out in the Court's applicable PTOs. Contact information for counsel of record for this plaintiff:

Russel W. Lewis IV
Pierce Jones
Johnson Law Group
2925 Richmond Ave., Ste. 1700
Houston, TX 77098
Tel: 713-626-9336
Fax: 713-583-9460
taxotere@johnsonlawgroup.com


**Pierce Jones | Attorney**

Johnson Law Group | 2925 Richmond Avenue, Suite 1700 | Houston, Texas 77098
Toll Free (800) 230-7700 | Phone (713) 626-9336 | Fax (713) 583-9460
pjones@johnsonlawgroup.com  |  www.johnsonlawgroup.com

The information contained in this email is confidential and/or privileged.  This email is intended to be reviewed initially by the recipient or a representative of the recipient, you are hereby notified that any review, dissemination or copying of this email or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by telephone and return this email to the sender at the above address. Thank you.