UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Altheria Cornelius v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et al.,*<br>Civil Action No. 2:17-cv-16910 | |

### [PROPOSED ORDER] GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME FOR PLAINTIFF ALTHERIA CORNELIUS TO COMPLY WITH CMO 35

Plaintiff Altheria Cornelius' Motion for Leave to Extend Time for Plaintiff to Comply with CMO 35 is GRANTED.

The Court finds that Defendant Sanofi-Aventis U.S. LLC was properly served by Plaintiff's counsel on September 29, 2022. Due to excusable neglect, so found by the Court, the deadline for Plaintiff to comply with CMO 35 should be, and is hereby, extended for Plaintiff to comply with CMO 35, from August 31, 2022 to September 29, 2022.

Defendants' Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____ day of _____, 2022.

_____
U.S. District Judge

1