# EXHIBIT A

# Marco Galindez

| | |
|---|---|
| **From:** | Marco Galindez |
| **Sent:** | Friday, October 26, 2018 4:44 PM |
| **To:** | noproductid@shb.com; 'docetaxelproductid@dechert.com' |
| **Cc:** | 'Douglas Moore'; Dawn Barrios; Palmer Lambert; John Thornton; Lauren Davis; Trevor White; Marco Galindez |
| **Subject:** | RE: Cornelius, Altheria v. Sanofi et al. (2:17-cv-16910) - Unopposed Motion for Leave to Amend Complaint |
| **Attachments:** | 1. 2018-10-26 - Cornelius - Notice of Motion For Leave to Amend Complaint.pdf; 2. 2018-10-26 - Cornelius - MFL to Amend Complaint.pdf; 3. 2018-10-26 - EXHIBIT 1 (Prop MDL ASFC_Sanofi)_Cornelius, Altheria.pdf; 4. 2018-10-26 - Cornelius - Order Granting Ps MFL to Amend Complaint.pdf; Cornelius, Altheria - Amended_CMO 12 product ID.pdf |

Counsel,

Please find the attached Unopposed Motion for Leave to Amend our client, Altheria Cornelius' Complaint. We have also attached our client's Product ID which based on Exhibit B to Amended CMO 12A shows the administration of the chemotherapy drug manufactured by Sanofi Aventis US LLC's.

Please confirm that we are allowed to file the attached Unopposed Motion to Amend and bring in Sanofi Aventis US LLC as a defendant on this case.

Best,

Marco-

Marco Galindez
*Paralegal*

ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: marco@andrewsthornton.com
Website: www.andrewsthornton.com

Click here to upload files to our secure cloud account.

**For the Most Recent Updates Follow Us On:**
**AndrewsThorntonBlog.com**



THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.
THANK YOU.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "H" (5)** |
| | **JUDGE JANE TRICHE MILAZZO** |
| | **MAG. JUDGE MICHAEL B. NORTH** |
| **THIS DOCUMENT RELATES TO:** *Altheria Cornelius v. Hospira Worldwide, LLC* Civil Action No: 2:17-cv-16910 | |

**PLAINTIFF'S NOTICE OF FILING UNOPPOSED MOTION FOR LEAVE TO FILE**

**AND AMEND COMPLAINT**

Plaintiff, Altheria Cornelius, by and through undersigned counsel, who respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto as Exhibit 1.

Plaintiff seeks to add Sanofi Aventis US LLC (Sanofi) as defendants. The cancer treatment center where Plaintiff was treated has identified Sanofi as a manufacturer of the Docetaxel administered to Plaintiff.

Dated: October 26, 2018             */s/ Trevor White*
                                    Trevor A. White, Esq.
                                    ANDREWS & THORNTON
                                    4701 Von Karman Ave., Suite 300
                                    Newport Beach, CA 92660
                                    Phone: (949) 748-1000
                                    Facsimile: (949) 315-3540
                                    E: twhite@andrewsthornton.com

                                    *Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2018, I served a true and accurate copy of the above **PLAINTIFF'S NOTICE OF FILING UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; EXHIBIT 1 (Proposed) AMENDED SHORT FORM COMPLAINT; (Proposed) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT; AND CERTIFICATE OF SERVICE;** electronically with the Clerk of Court via the CM/ECF system which sent an electronic notification of this filing to all registered counsel of record in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

/s/ Trevor White

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br>**SECTION "H" (5)**<br>**JUDGE JANE TRICHE MILAZZO**<br>**MAG. JUDGE MICHAEL B. NORTH** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Altheria Cornelius v. Hospira Worldwide, LLC*<br>*Civil Action No: 2:17-cv-16910* | |

# PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, ALTHERIA CORNELIUS, by and through undersigned counsel, respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto as Exhibit 1.

Plaintiff seeks to add Sanofi Aventis US LLC (Sanofi) as a defendant. The cancer treatment center where Plaintiff was treated has identified both Hospira, Inc. and Sanofi as the manufacturers of the Docetaxel used to treat Plaintiff.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion for leave to amend, based on the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion. The parties agree that all defenses are preserved, including Sanofi's defense that the Amended Short Form Complaint does not meet the requirements of FRCP 15(c) for relation back of amendments.

Dated: <u>October 26, 2018</u>  /s/ Trevor White
Trevor A. White, Esq.
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
E: twhite@andrewsthornton.com

*Attorney for Plaintiff*


Dated: <u>October 26, 2018</u>  /s/ Chris Kaufman
Chris Kaufman
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO
Phone: (816) 474-6550
Facsimile: (816) 421-5547
E: noproductid@shb.com

*Counsel for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.*


Dated: <u>October 26, 2018</u>  /s/ Mara Cusker Gonzalez
Mara Cusker Gonzalez
Sara Roitman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Main: 212-698-3500
Fax: 212-698-3599
E: docetaxelproductid@dechert.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

## COMPLIANCE

In compliance with Local Rule 7.6, Defense Liaison Counsel has been contacted and Defendants do not oppose the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, I served a true and accurate copy of the above **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT;** electronically with the Clerk of Court via the CM/ECF system which sent an electronic notification of this filing to all registered counsel of record in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Trevor White*

# EXHIBIT 1

(PROPOSED) AMENDED SHORT FORM COMPLAINT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| ALTHERIA CORNELIUS | SECTION "N"(5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| Plaintiff(s), | COMPLANT & JURY DEMAND <br> Civil Action No.: 2:17-cv-16910 |
| vs. | |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et al., | |
| Defendant(s). | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   ALTHERIA CORNELIUS

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: NORTH CAROLINA

5. State in which Plaintiff(s) allege(s) injury: NORTH CAROLINA

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

      ☐ A. Sanofi S.A.

      ☐ B. Aventis Pharma S.A.

      ☐ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      ☑ D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☐ A. Sandoz Inc.

      ☐ B. Accord Healthcare, Inc.

      ☐ C. McKesson Corporation d/b/a McKesson Packaging

      ☑ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

      ☑ E. Hospira, Inc.

      ☐ F. Sun Pharma Global FZE

      ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

      ☐ H. Pfizer Inc.

      ☐ I. Actavis LLC f/k/a Actavis Inc.

      ☐ J. Actavis Pharma, Inc.

2

           ✓    K.    Other: Does 2-100; The true names, capacities and acts or omissions of Defendants sued as Does are unknown.

7. Basis for Jurisdiction:

     ✓    Diversity of Citizenship

     ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District of North Carolina United States District Court

9. Brand Product(s) used by Plaintiff (check applicable):

     ✓    A.    Taxotere

     ☐    B.    Docefrez

     ✓    C.    Docetaxel Injection

     ✓    D.    Docetaxel Injection Concentrate

     ☐    E.    Unknown

     ☐    F.    Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 11/14/2013 to 2/27/2014

11. State in which Product(s) identified in question 9 was/were administered:

> NORTH CAROLINA

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent Alopecia

13. Counts in Master Complaint brought by Plaintiff(s):

- [✓] Count I – Strict Products Liability - Failure to Warn
- [ ] Count II – Strict Products Liability for Misrepresentation
- [✓] Count III – Negligence
- [✓] Count IV – Negligent Misrepresentation
- [✓] Count V – Fraudulent Misrepresentation
- [✓] Count VI – Fraudulent Concealment
- [✓] Count VII – Fraud and Deceit
- [ ] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4



14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: Anne Andrews
SBN 103280
John C. Thornton
SBN 84492
Trevor White
SBN 320305
ANDREWS THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
aa@andrewsthornton.com
jct@andrewsthornton.com
twhite@andrewsthornton.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
|---|---|
| | SECTION "H" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *Altheria Cornelius v. Hospira Worldwide, LLC* Civil Action No: 2:17-cv-16910 | |

## (PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Upon Plaintiff's Unopposed Motion for Leave to File an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

Dated: _____                    _____
                                                  The Hon. Jane Triche Milazzo

1

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: **Altheria Cornelius**

DATE OF BIRTH: [redacted]  SSN: ___/___/___

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02 (struck through)
- ☐ 0409-0201-10
- ☒ 0409-0201-20  — 01/14/14 – 02/27/14
- ☐ 0409-0201-25
- ☐ 0409-0201-26 (struck through)
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267 64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

- ☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT
ADMINISTERED
TAXOL/PACLITAXEL

(circled) **00075-8001-20**   11/14/13 – 12/26/13

**11 / 14 / 2013**  DATE OF FIRST TREATMENT

**02 / 27 / 2014**  DATE OF LAST TREATMENT

**6**  # OF DOSES

Signature: *Amanda Smith*
SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER

PRINTED NAME & TITLE OF REPRESENTATIVE: **Amanda Smith; Health Information Supervisor**

DATE: **11/08/17**

NAME OF PRACTICE/INFUSION CENTER: **Physicians East**

ADDRESS: **1850 W Arlington Blvd**

CITY, STATE, ZIP: **Greenville NC 27834**

# EXHIBIT B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH: \_\_\_\_/\_\_\_\_/\_\_\_\_\_   SSN: \_\_\_\_/\_\_\_\_/\_\_\_\_\_

**TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER**

**\*\*\*PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED \*\*\***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04
- ☐ 0955-1022-08

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-231-63
- ☐ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07
- ☐ 25021-245-01
- ☐ 25021-245-04

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ **WAS** / ☐ **WAS NOT ADMINISTERED TAXOL/PACLITAXEL**

13

_____/_____/ _____  _____/_____/ _____  _____
DATE OF FIRST TREATMENT   DATE OF LAST TREATMENT   # OF DOSES

_____  _____
SIGNATURE OF REPRESENTATIVE OF    NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____  _____
PRINTED NAME & TITLE OF REPRESENTATIVE    ADDRESS

_____  _____
DATE                              CITY, STATE, ZIP

14