# EXHIBIT C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Altheria Cornelius v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et al.,*<br>*Civil Action No. 2:17-cv-16910* | |

### DECLARATION OF ERIK FRITZ

I, Erik C. Fritz, declare as follows:

I am an attorney duly licensed to practice law in California and Florida. My law firm, Andrews & Thornton, is counsel for Plaintiff Altheria Cornelius in this action. This declaration is submitted in support of Plaintiff, Altheria Cornelius' Response to Defendant Sanofi's Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and Plaintiff's Motion for Leave to Extend the Time for Plaintiff to Comply with CMO 35. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

I am the associate attorney responsible for overseeing the day-to-day management of the firm's Taxotere cases.

On or about October 26, 2018, Plaintiff's counsel sent email correspondence to Sanofi-Aventis U.S. LLC's counsel at noproductid@shb.com, requesting consent to file "the attached Unopposed Motion to Amend and bring in Sanofi Aventis US LLC as a defendant on this case."

Shortly thereafter, the parties conferred, and Sanofi agreed to Plaintiff's Unopposed Motion to Amend, subject to "the understanding and agreement that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction or statute of limitations, by agreeing not to contest this motion."

On November 19, 2018, Plaintiff filed her Unopposed Motion for Leave to File and Amend Complaint.

1

On or about January 2, 2019, Defendant Sanofi-Aventis U.S. LLC timely filed a detailed, case-specific Defendant Fact Sheet – Product Information, which was uploaded to MDL Centrality.

Plaintiff's counsel provided Sanofi-Aventis U.S. LLC with actual notice that they were being named as an additional defendant in the case, which was acknowledged, and Sanofi-Aventis U.S. LLC subsequently filed a case-specific Defendant Fact Sheet – Product Information. However, it appears Sanofi was not timely served with the amended complaint, as required, due to a clerical error.

Once Defendants brought this clerical error to our attention, our firm promptly served Sanofi-Aventis U.S. LLC at the following email address: Taxoterecomplaints@shb.com, on September 29, 2022. Attached is a true and correct copy of the service email sent on September 29, 2022, along with the attachments, attached hereto as *Exhibit D*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 11, 2022, at Newport Beach, California.

By: /s/ Erik C. Fritz
ERIK C. FRITZ