# EXHIBIT D

# Marco Galindez

| | |
|---|---|
| **From:** | Marco Galindez |
| **Sent:** | Thursday, September 29, 2022 8:57 AM |
| **To:** | taxoterecomplaints@shb.com |
| **Cc:** | John Thornton; Erik Fritz; Bradley East; Marco Galindez |
| **Subject:** | RE: Altheria Cornelius - Taxotere - 2:17-cv-16910-JTM-MBN - Louisiana Eastern District Court - Sanofi-Aventis US LLC |
| **Attachments:** | 2018-11-30 - Cornelius, Altheria - FAC (Conformed).pdf; 2022-09-29 - Cornelius, Altheria - Summons on FAC (Conformed).pdf |

Counsel,

Per PTO 9, please find attached the First Amended Complaint and First Amended Summons on our client, Altheria Cornelius.

**COUNSEL OF RECORD:**
Anne Andrews, Esq.
John C. Thornton, Esq.
Erik C. Fritz, Esq.
ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: jct@andrewsthornton.com
Email: efritz@andrewsthornton.com

Best,

Marco Galindez
*Chief Paralegal*

ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: marco@andrewsthornton.com
Website: www.andrewsthornton.com

Click here to upload files to our secure cloud account.

**For the Most Recent Updates Follow Us On:**
**AndrewsThorntonBlog.com**



THIS IS A CONFIDENTIAL COMMUNICATION.

It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original author, please immediately delete it.

THANK YOU.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| ALTHERIA CORNELIUS | : | SECTION "N"(5) |
| | : | JUDGE ENGELHARDT |
| | : | MAG. JUDGE NORTH |
| _____, | : | |
| | : | COMPLANT & JURY DEMAND |
| Plaintiff(s), | : | |
| | : | Civil Action No.: 2:17-cv-16910 |
| vs. | : | |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et al. | : | |
| | : | |
| _____, | : | |
| Defendant(s). | : | |
| ------------------------------------------ | : | |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
    ALTHERIA CORNELIUS

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

1

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): _____

4. Current State of Residence: NORTH CAROLINA

5. State in which Plaintiff(s) allege(s) injury: NORTH CAROLINA

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☐ A. Sanofi S.A.

   ☐ B. Aventis Pharma S.A.

   ☐ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☑ D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☐ A. Sandoz Inc.

   ☐ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

   ☑ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☑ E. Hospira, Inc.

   ☐ F. Sun Pharma Global FZE

   ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☐ H. Pfizer Inc.

   ☐ I. Actavis LLC f/k/a Actavis Inc.

   ☐ J. Actavis Pharma, Inc.

| | ✓ | K. | Other: | Does 2-100; The true names, capacities and acts or omissions of Defendants sued as Does are unknown. |
|---|---|---|---|---|

7. Basis for Jurisdiction:

✓ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District of North Carolina United States District Court

9. Brand Product(s) used by Plaintiff (check applicable):

✓ A. Taxotere

☐ B. Docefrez

✓ C. Docetaxel Injection

✓ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> 11/14/2013 to 2/27/2014

11. State in which Product(s) identified in question 9 was/were administered:

> NORTH CAROLINA

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent Alopecia

13. Counts in Master Complaint brought by Plaintiff(s):

- [✓] Count I – Strict Products Liability - Failure to Warn
- [ ] Count II – Strict Products Liability for Misrepresentation
- [✓] Count III – Negligence
- [✓] Count IV – Negligent Misrepresentation
- [✓] Count V – Fraudulent Misrepresentation
- [✓] Count VI – Fraudulent Concealment
- [✓] Count VII – Fraud and Deceit
- [ ] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- [ ] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4



14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: Anne Andrews
SBN 103280
John C. Thornton
SBN 84492
Trevor White
SBN 320305
ANDREWS THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
aa@andrewsthornton.com
jct@andrewsthornton.com
twhite@andrewsthornton.com

5

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| ALTHERIA CORNELIUS | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 2:17-cv-16910 H(5) |
| Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et al. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Sanofi-Aventis U.S. LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anne Andrews
John C. Thornton
Erik. C. Fritz
Andrews Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Sep 29 2022

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-16910

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____  
                                                *Server's signature*

                                                *Printed name and title*

                                                *Server's address*

Additional information regarding attempted service, etc:

# Marco Galindez

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Thursday, September 29, 2022 8:58 AM |
| **To:** | Marco Galindez |
| **Subject:** | RE: Altheria Cornelius - Taxotere - 2:17-cv-16910-JTM-MBN - Louisiana Eastern District Court - Sanofi-Aventis US LLC |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# Marco Galindez

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Thursday, September 29, 2022 8:58 AM |
| **To:** | Marco Galindez |
| **Subject:** | RE: Altheria Cornelius - Taxotere - 2:17-cv-16910-JTM-MBN - Louisiana Eastern District Court - Sanofi-Aventis US LLC |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.