# EXHIBIT 1 - SERVICE

Q  Search in mail

# RE: Natalie Yarnall; 2:17:cv-11740 (External) Inbox ×

1 of 14,579

**Taxotere**
to me ▾

3:40 PM (10 minutes ago)  ☆

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Reply    Forward

## M Gmail

✎ Compose

Mail

□ Inbox    1,813
☆ Starred
⊘ Snoozed
▷ Sent
□ Drafts    143
> More

Labels    +

Juul EFiling Orders    2
Juul Invoices
taxotere

Google

● Active ▾    ⑦  ⚙  ⠿