ATTORNEY TO BE NOTICED

V.

**Defendant**

**Sanofi S.A.**
*TERMINATED: 01/04/2018*

**Defendant**

**Aventis Pharma S.A.**
*TERMINATED: 01/04/2018*

**Defendant**

**Sanofi US Services Inc.**
*formerly known as*
Sanofi-Aventis U.S. Inc.

**Defendant**

**Sanofi-Aventis U.S. LLC**

**Defendant**

**Sandoz, Inc.**
*TERMINATED: 03/30/2020*

**Defendant**

**Accord Healthcare, Inc.**
*TERMINATED: 03/30/2020*

**Defendant**

**McKesson Corporation**
*TERMINATED: 03/30/2020*
*doing business as*
McKesson Packaging
*TERMINATED: 03/30/2020*

**Defendant**

Hospira, Inc.