# EXHIBIT 1

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

## Exhibit 1

| 2:16-cv-17142 | Brown | Ada | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Three Plaintiff Fact Sheets, PTO 71 statement, before and after photographs, medical records, declaration signature page, authorizations, proof of use and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket. |
|---|---|---|---|
| 2:16-cv-17160 | Brown | Chantel | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira<br>.<br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 2:16-cv-17172 | Burnstein | Gwen | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira is the manufacture.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*
## Exhibit 1

| | | | |
|---|---|---|---|
| 2:16-cv-17174 | Champagne | Rose | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use, and proof of manufacturer showing Sandoz and Hospira.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 2:16-cv-17163 | Chappell | Edith | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, and proof of use.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 2:16-cv-17165 | Chorak | Amy | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira and Sandoz is the manufacturer.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*
## Exhibit 1

| 2:16-cv-17157 | Clendenon | Janice | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Three Plaintiff Fact Sheets, PTO 71 statement, before and after photographs, medical records, declaration signature page, authorizations, proof of use and proof that Hospira is the manufacturer.<br><br>Plaintiff has been served with a deficiency notice. |
|---|---|---|---|
| 2:16-cv-17124 | Coleman | Virginia | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira is the manufacturer.<br><br>Plaintiff has been served with a Defendant Fact Sheet from Sanofi and a deficiency notice. |
| 2:16-cv-17151 | Crawford | Gwendolyn | Sanofi, Sandoz, and Hospira have been identified as manufacturers.  Sanofi was served prior to service orders for other Defendants.  Sandoz and Hospira have now been served.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, and proof of use.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi and supplemental Defendant Fact Sheets. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

**Exhibit 1**

| 2:16-cv-17119 | Dawson | Earnestine | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. Plaintiff has now served Hospira.<br><br>Plaintiff has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer<br><br>Plaintiff has received a deficiency notice. |
|---|---|---|---|
| 2:16-cv-17231 | Fuller | Gloria | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and Defendant Fact Sheet from Defendants. |
| 2:17-cv-00739 | Goins | Rosie | Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice, Defendant Fact Sheet from Hospira. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

**Exhibit 1**

| | | | |
|---|---|---|---|
| 2:16-cv-17152 | Granderson | Thelma | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Third Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket. |
| 2:16-cv-17145 | Harris | Ruby | Plaintiff had originally served named Defendant Sanofi.  Through litigation, Sandoz and Hospira were identified as the manufacturers.  Both have now been served.<br><br>Plaintiff served:  Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, medical records, PTO 71A, proof of use, proof of product identification of Sandoz and Hospira.<br><br>Sandoz and Hospira served Defendant Fact Sheets and Sandoz served a deficiency notice. |
| 2:16-cv-17188 | Hawkins | Ethel | Plaintiff had originally served named Defendant Sanofi.  Through litigation, Sandoz and Hospira were identified as the manufacturers.  Both have now been served.<br><br>Plaintiff has served: Third Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacture<br><br>Plaintiff has received a deficiency notice and Sanofi's Defendant Fact Sheet. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

**Exhibit 1**

| | | | |
|---|---|---|---|
| 2:16-cv-17158 | Hyde | Sherwanda | Plaintiff had originally served named Defendant Sanofi.  Through litigation, Sandoz and Hospira were identified as the manufacturers.  Both have now been served.<br><br>Plaintiff has served: Second Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket. |
| 2:17-cv-00756 | Jefferson | Charlotte | Plaintiff had originally served named Defendant Accord but inadvertently did not serve other Defendants.  All Defendants have now been served.<br><br>Plaintiff served:  Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, medical records, PTO 71A, proof of use, significant discovery has occurred pursuant to CMO 12A and is ongoing.<br><br>Accord served a Defendant Fact Sheet and a deficiency notice was served.  Her case has also been argued at CMO 12A show cause hearings. |
| 2:16-cv-17166 | Johnson | Jonnie | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Third Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has been served with a deficiency notice, a Defendant Fact Sheet from Hospira and DFS Certification from Hospira.  She also appeared on a show cause docket. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

## Exhibit 1

| 2:16-cv-17209 | Jones | Joyce | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Fourth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer.<br><br>Plaintiff was served a deficiency notice and a Defendant Fact Sheet from Sanofi. |
|---|---|---|---|
| 2:16-cv-17186 | Justice | Kristy | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and appeared on at least two show cause dockets. |
| 2:16-cv-17181 | Kidd | Pamela | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Second Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, out of pocket medical expenses and proof that Hospira is the manufacturer.<br><br>Plaintiff was served with a deficiency notice. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*
## Exhibit 1

| 2:16-cv-17185 | Lewis | Sylvia | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Fourth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer.<br><br>Plaintiff has been served with a deficiency notice. |
|---|---|---|---|
| 2:16-cv-17214 | Manigault | Geraldine | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Fourth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket. |
| 2:16-cv-17508 | O'Brien | Linda | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira and Sanofi as the manufacturers.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira and Sanofi are the manufacturers.  Sanofi is not moving for dismissal.<br><br>Plaintiff has received a deficiency notice and appeared on a PTO 85 docket. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*
## Exhibit 1

| | | | |
|---|---|---|---|
| 2:16-cv-17223 | Palmatier | Christine | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira and Sanofi as the manufacturers.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira and Winthrop is the manufacturer.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 2:16-cv-17509 | Powell | Tawonna | Plaintiff inadvertently did not serve named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Fourth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has been served with a deficiency notice. |
| 2:17-cv-00017 | Russell | Madis | Does not object to dismissal. |
| 2:16-cv-17147 | Section | Annie | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

## Exhibit 1

| | | | |
|---|---|---|---|
| 2:16-cv-17168 | Sheffield | Rosetta | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Fifth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, proof of use, authorizations, proof that Hospira is the manufacturer<br><br>Plaintiff has received a deficiency notice and has appeared on a show cause docket. |
| 2:16-cv-17094 | Siler | Annie | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, PTO 71A statement, medical records, and proof of use and proof that Hospira is the manufacturer. |
| 2:16-cv-17141 | Spencer | Kimberly | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, PTO 71A statement, before and after photographs, medical records, and proof of use, and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice. |
| 2:17-cv-00094 | Tarver | Theresa | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Hospira.  She also appeared on a show cause docket. |
| 2:16-cv-17232 | Tipton | Sandra | Plaintiff identified Sanofi as the only Defendant and does not object to the dismissal of Hospira only. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:16-cv-17199 | Turner | Cynthia | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz and Hospira as the manufacturers. Plaintiff has now served both.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement and ESI, and product identification of Sandoz and Hospira.<br><br>Plaintiff has been served with deficiency notices and appeared on a show cause list |
| 2:16-cv-17241 | Waller | Sarah | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz and Hospira as the manufacturers. Plaintiff has now served both.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, and product identification of Sandoz and Hospira.<br><br>Plaintiff has been served with deficiency notices. |
| 2:16-cv-17493 | Ward | Linda | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants. Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, authorizations, and medical records, and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| | | | |
|---|---|---|---|
| 2:16-cv-17155 | Web-McConnell | Betty | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira, Sanofi, and Accord as the manufacturers.  Accord and Sanofi are not moving for dismissal.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, authorizations, medical records, and proof of use, and proof that Winthrop, Accord and Hospira are the manufacturer.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi.  Plaintiff has also appeared on a PTO 85 docket. |
| 2:16-cv-17220 | Williams | Daphine | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira and Sandoz as the manufacturers.  Sandoz is not moving for dismissal.  Plaintiff has now served Hospira and Sandoz.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, medical records, and proof of use, proof that Hospira and Sandoz are the manufacturer. |
| 2:16-cv-17492 | Willis | Lisa | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, PTO 71A statement, medical records, and proof of use, and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice. |
| 2:16-cv-17235 | Young | Lorraine | Sanofi is identified as the only manufacturer. Consent to dismissal of Hospira. |
| 2:16-cv-17198 | Davis | Terry | Accord is identified as only manufacturer. Consent to dismissal of Hospira. |
| 2:19-cv-14088 | Greedan | Joanne | Hospira was timely served. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

## Exhibit 1

| | | | |
|---|---|---|---|
| 2:19-cv-13488 | Moore | Debbie | Hospira was always the only Defendant. Plaintiff has now served her complaint and is getting all documents uploaded to Centrality. |
| 2:20-cv-01890 | Rogers | Roberta | Hospira was always the only Defendant. Plaintiff has now served her complaint and is getting all documents uploaded to Centrality. |
| 2:19-cv-13436 | Schulze | Yolanda | Hospira was timely served. |
| 2:17-cv-16959 | Byers | Sheila | Plaintiff served all other named Defendants in March 2018 but inadvertently left out Hospira who was not identified as the correct manufacturer until February 2019. Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, PTO 71A statement, medical records, and proof of use.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 2:19-cv-03422 | Clamon | Rhonda | Served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, authorizations, proof of use<br>Complaint now served to all Defendants.<br><br>Plaintiff also sent a CMO 12A e-mail to Defendants.<br><br>Received a deficiency notice and Hospira Defendant Fact Sheet. Plaintiff also appeared on a show cause docket. |
| 2:16-cv-17026 | Hoskin-Hudson | Mary | Sanofi was identified as sole manufacturer. Do not object to dismissal of Hospira. |
| 2:17-cv-16672 | Johnson | Elizabeth Ann | Hospira was timely served. |
| 2:19-cv-12235 | Johnson | Janice | Served: Three Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, authorizations, proof of use.<br><br>Complaint now served. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*
## Exhibit 1

| 2:19-cv-12394 | Knight | Michele | All other named Defendants were served except Hospira and Sandoz was inadvertently left out. Through litigation, Plaintiff discovered Sandoz and Hospira were the correct manufacturers and both have now been served.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, PTO 71 statement, proof of use, medical records, and proof of product identification showing Hospira and Sandoz and the manufacturers.<br><br>Plaintiff has received deficiency notices and has appeared on a show cause list. |
|---|---|---|---|
| 2:18-cv-01925 | Manning | Yvonne | Plaintiff identified Hospira as the manufacturer during litigation and has now served Hospira.<br><br>Plaintiff has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, authorizations, medical records, proof of use, proof and proof Hospira is the manufacturer. |
| 2:17-cv-8617 | McClendon | Mary | This is a duplicate claim. Plaintiff did serve Ms. McClendon's earlier-filed suit. Plaintiff requests that this duplicate filing be dismissed but without prejudice to the other suit (17-07115). |
| 2:17-cv-9529 | Melvin | Linda | Hospira the only manufacturer against whom a lawsuit was filed.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, medical records and PTO 71A Statement, and proof that Hospira, was the manufacturer.<br><br>Plaintiff has received a deficiency notice. |

*In Re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)*

# Exhibit 1

| 2:16-cv-17044 | Williams | Doris | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira and Sanofi as the manufacturers.  Sanofi is not moving for dismissal.  Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, medical records, and proof of use, and proof that Hospira, Winthrop and Sanofi are the manufacturers.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi.  She has also appeared on at least three show cause dockets and a PTO 85 docket. |
|---|---|---|---|
| 2:17-cv-8166 | Yessilth | Iris | Hospira has always been the only Defendant and has now been served.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, authorizations, and  proof that Hospira is the manufacturer. |
| 2:16-cv-17114 | Walker | Catherine | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira, Sanofi, and Accord as the manufacturers.  Accord and Sanofi are not moving for dismissal.  Plaintiff has now served Hospira. |
| 2:16-cv-15497 | Valencia | Sonia | Sanofi was identified as sole manufacture.  Do not object to the dismissal of Hospira. |