# EXHIBIT 2

| | |
|---|---|
| **From:** | Ashley Ledesma |
| **To:** | taxoterecomplaints@shb.com |
| **Subject:** | McLendon v. Sanofi Aventis US, et al 2:17-cv-07115-KDE-MBN |
| **Date:** | Wednesday, November 29, 2017 12:50:00 PM |
| **Attachments:** | Complaint.pdf |
| | Sanofi Aventis U.S Summons.pdf |

Counsel,

Pursuant to PTO No. 9, attached please find Mary McLendon's Complaint and Summons.

Thank you,

**Ashley Ledesma** |  Mass Tort Legal Assistant  | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-300-8964 | Fax: 303-893-9900 | Email: ashley.ledesma@ColoradoLaw.net | Website: www.ColoradoLaw.net



CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited.  Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.