# EXHIBIT B

# Sarah Glenn

**From:** Sarah Glenn
**Sent:** Wednesday, November 28, 2018 8:33 AM
**To:** 'hospiraTaxotereMDL@woltersKluwer.com'
**Cc:** Jennifer Domer
**Subject:** Julia Adams - MDL 2740

Contact for counsel of record:
C. Brooks Cutter, CA 121407
Jennifer S. Domer, CA 305822
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com <mailto:bcutter@cutterlaw.com>
jdomer@cutterlaw.com <mailto:jdomer@cutterlaw.com>

SARAH GLENN | LEGAL SECRETARY TO C. BROOKS CUTTER,
JOHN R. PARKER, JR., & JENNIFER DOMER
401 WATT AVE., SACRAMENTO, CA 95864
PHONE: (916) 290-9400 | FAX: (916) 588-9311



1

# Sarah Glenn

| | |
|---|---|
| **From:** | Sarah Glenn |
| **Sent:** | Wednesday, November 28, 2018 8:34 AM |
| **To:** | 'taxoterecomplaints@shb.com' |
| **Cc:** | Jennifer Domer |
| **Subject:** | Julia Adams - MDL 2740 |
| **Attachments:** | 181119 - 1 - SFC.pdf; 181121 - 3 - Summons Issued - Sanofi.pdf |

Contact for counsel of record:
C. Brooks Cutter, CA 121407
Jennifer S. Domer, CA 305822
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 95864
(916) 290-9400
bcutter@cutterlaw.com <mailto:bcutter@cutterlaw.com>
jdomer@cutterlaw.com <mailto:jdomer@cutterlaw.com>

SARAH GLENN | LEGAL SECRETARY TO C. BROOKS CUTTER,
JOHN R. PARKER, JR., & JENNIFER DOMER
401 WATT AVE., SACRAMENTO, CA 95864
PHONE: (916) 290-9400 | FAX: (916) 588-9311

