UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Saba v. Hospira Worldwide LLC et al., Case No. 2:18-cv-07818<br><br>Mallak v. Sandoz, Inc., Case No. 2:18-cv-07836 | MDL No. 2740<br><br>Section: N(5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |

### PLAINTIFFS' RESPONSE TO DEFENDANT SANDOZ, INC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO NO. 35 AND FRCP 4, AND PLAINTIFFS' MOTION TO EXTEND THE TIME FOR SERVICE

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs Tamara Saba and Patricia Mallak ("Plaintiffs") respectfully bring the instant Motion to Extend the Time for Service. On July 26, 2022, the Court entered Case Management Order (CMO) No. 35, which instructed all Plaintiffs to effectuate service of process on Defendant Sandoz, Inc. ("Sandoz") by August 31, 2022. Rec. Doc. 14456 at 1. For the good faith reasons set forth in the attached Memorandum, Plaintiffs ask that the Court deny Defendant's Motion to Dismiss and extend the time for service for an appropriate period. Although Plaintiffs inadvertently failed to serve Defendant Sandoz, Plaintiffs have complied with all PFS's, ESI's, and CMO 12A obligations. Plaintiffs initiated service at a reasonable time, but unfortunately made an error in typing Defendant's e-mail address. Plaintiffs now humbly asks this Court, in accordance with the good faith reasons set forth herein,

1

to extend the time for service so that Plaintiffs can properly effect service on Defendant Sandoz, Inc.

**WHEREFORE**, Plaintiffs respectfully request that this Court deny Defendant's Motion to Dismiss and grant Plaintiffs' Motion pursuant to Fed. R. Civ. P. 4(m).

Dated:   October 11, 2022                    Respectfully submitted,

**MESHBESHER & SPENCE, Ltd.**

/s/ Ashleigh Raso
Ashleigh Raso (#0393353)
Anthony Nemo (#221351)
Meshbesher & Spence, LTD
1616 Park Avenue
Minneapolis, MN 55404

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2022, a copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/ Ashleigh Raso
Ashleigh Raso