# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Saba v. Hospira Worldwide LLC et al., Case No. 2:18-cv-07818<br><br>Mallak v. Sandoz, Inc., Case No. 2:18-cv-07836 | MDL No. 2740<br><br>Section: N(5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |

## [PROPOSED ORDER] DENYING DEFENDANT SANDOZ'S MOTION TO DISMISS AND GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXTEND DEADLINE

Defendant's Motion to Dismiss is DENIED and Plaintiffs' Motion for Leave to Extend the Time for Plaintiffs to Comply with CMO 35 is GRANTED.

The Court finds that Plaintiffs Tamara Saba and Patricia Mallak shall properly serve Defendant Sandoz, Inc. within seven days of this Order. Due to excusable neglect, so found by the Court, the deadline for Plaintiffs, Tamara Saba and Patricia Mallak, to comply with CMO 35 should be, and is hereby, extended for Plaintiffs, from August 31, 2022, to seven days following this Order.

Defendants Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____ day of _____, 2022.

_____

U.S. District Judge Presiding