# EXHIBIT B

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: **TAXOTERE (DOCETAXEL) PRODUCTS**   **MDL NO. 16-2740**
   **LIABILITY LITIGATION**

                 **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

*Lesley Byrns v. Sanofi U.S. LLC. et. al. 2:18-cv-03311*

### ORDER OF SEVERANCE

Considering the foregoing Plaintiffs' Ex Parte Motion for Order of Severance (Rec. Doc. 3237);

**IT IS ORDERED** that the Motion is hereby **GRANTED**, and the individual plaintiffs' claims in the above-captioned member cases are hereby severed from their original complaints. The individual plaintiffs (and any plaintiff with a derivative claim) shall follow the procedures set forth in Pretrial Order No. 65 (Rec. Doc. 959) for filing individual Short Form Complaints, and shall file any Short Form Complaint within 45 days from this Order of Severance, as set forth in Pretrial Order No. 65.

New Orleans, Louisiana this 30th day of July, 2018.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE