# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| ALL CASES | HON. KURT D. ENGELHARDT |

## DEFENDANT FACT SHEET

## PRODUCT IDENTIFICATION

Within seventy-five (75) days of receiving a substantially completed Plaintiff Fact Sheet ("PFS"), Defendants must complete and serve this Defendant Fact Sheet ("DFS") and identify or provide DOCUMENTS and/or data responsive to the questions set forth below for each such Plaintiff.  Defendants must supplement their responses to the extent that additional information is provided by Plaintiff in a supplemental PFS, within sixty (60) days of receiving the supplemental information.  In the event the DFS does not provide YOU with enough space to complete YOUR responses or answers, please attach additional sheets if necessary.  Please identify any DOCUMENTS that YOU are producing as responsive to a question or request by bates number.

## DEFINITIONS & INSTRUCTIONS

As used herein, "YOU," "YOUR," or "YOURS" means the responding DEFENDANTS.

"DEFENDANTS" shall mean and refer to those companies involved in the development, manufacture and distribution of the drugs known as Taxotere (Docetaxel). Defendants shall each answer each document request and question that not only calls for YOUR knowledge, but also for all knowledge that is available to YOU by reasonable inquiry, including inquiry of YOUR "officers," "directors," "agents," "employees," and attorneys.

As used herein, the phrase "HEALTHCARE PROVIDER" means: any physician or other individual healthcare provider, health care facility, clinic, hospital or hospital pharmacy identified by full name and address in PFS Section Sections V.13 and V.14 who administered, prescribed, and/or dispensed Taxotere (Docetaxel) to the Plaintiff.

"REMUNERATION" means anything of value, directly or indirectly, overtly or covertly, in cash or in kind, including but not limited to monetary payment, compensation, incentives, preceptorship fees, gifts, entertainment, sports and/or concert tickets, speaker fees, grants, SAMPLES, reimbursement assistance, beneficiary inducements, wellness programs, patience assistance programs, transportation and/or lodging assistance, adherence to treatment regimen programs, incentives or inducements to remain in network, navigator/care coordination programs, end of life and/or palliative care programs, third party payments of

## **CERTIFICATION**

      I am employed by <u>See attached verification.</u>, one of the DEFENDANTS in this litigation. I am authorized by <u>See attached verification.</u> to execute this certification on each corporation's behalf. The foregoing answers were prepared with the assistance of a number of individual, including counsel for DEFENDANTS, upon whose advice and information I relied. I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Defendant Fact Sheet is true and correct to the best of my knowledge and that I have supplied all requested DOCUMENTS to the extent that such DOCUMENTS are in my possession, custody and control (including the custody and control of my lawyers).

| <u>See attached verification.</u> | <u>See attached verification.</u> | <u>04/05/19</u> |
|---|---|---|
| Signature | Printed Name | Date |

I am employed by Sandoz Inc., one of the DEFENDANTS in this litigation. I am authorized by Sandoz Inc. to execute this certification behalf of Sandoz Inc. The foregoing answers were prepared with the assistance of a number of individual, including counsel for Sandoz Inc., upon whose advice and information I relied. I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Defendant Fact Sheet is true and correct to the best of my knowledge and that I have supplied all requested and responsive DOCUMENTS, if any, to the extent that such DOCUMENTS are in my possession, custody and control (including the custody and control of my lawyers).

| /s/ Amanda Rebnicky | Amanda Rebnicky | April 5, 2019 |
|---|---|---|
| Signature | Print Name | Date |





SANDOZ-TAXO-Carrasco, Omatee-000120

**Etikette  AMP ○ / DST** 
**CARINI-Standard 2007**
Artikelnummer: 735354-01 (inkl. Klischeevermerk):
Format: 48 x 18 mm
Farben: ○ Schwarz C          ○ Pantone 186 C
            ○ Pantone 200 C      ○ Pantone 142 C
Eindruckfeld rechts: 6 mm ○        8 mm ⊗
Code:  3424    Seite: rechts(DST)⊗  links (AMP) ○
Stellung: M4







SANDOZ-TAXO-Carrasco, Omatee-000119

qx5kohyc.indd  1                                                        23.05.2011  08:40:25