# Marie Olivier

| | |
|---|---|
| **From:** | Marie Olivier |
| **Sent:** | Thursday, September 29, 2022 4:38 PM |
| **To:** | 'taxoterecomplaints@shb.com' |
| **Subject:** | Sharon McCall; C.A. 18-14016; US District Court, Eastern District of Louisiana |
| **Attachments:** | 01-main.pdf; 01-11.pdf; 01-12.pdf |

Dear Sirs,

Please see the attached:

Doc 1 – Short Form Complaint on behalf of Plaintiff Sharon McCall;
Doc 1-11 – Summons to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; and
Doc 1-12 – Summons to Sanofi-Aventis U.S. LLC.

Counsel of record is:

Joseph D. Terry
Terry & Thweatt, P.C.
114 Byrne Street
Houston, TX 77009
(713) 600-4710 office
(713) 600-4706 fax

Thank you for your kind attention to this matter.

Marie Olivier, *Paralegal*



TERRY & THWEATT, P.C
TRIAL LAWYERS

114 Byrne Street
Houston, TX 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com



EXHIBIT A

1

# Marie Olivier

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Thursday, September 29, 2022 4:39 PM |
| **To:** | Marie Olivier |
| **Subject:** | RE: Sharon McCall; C.A. 18-14016; US District Court, Eastern District of Louisiana |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.