**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | § | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | **SECTION "H" (5)** |
| | § | **JUDGE JSNE TRICHE MILAZZO** |
| | § | **MAG. JUDGE MICHAEL B. NORTH** |
| | § | |
| | § | |
| **This Document Relates to:** | § | |
| **Sharon McCall; Case No. 2:18-cv-14016** | § | |

**PROPOSED ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35**

Plaintiff's Motion for Leave to Extend the time for Plaintiff to comply with CMO 35 is GRANTED.

The Court finds that due to excusable neglect, so found by the Court, the deadline for Plaintiff, Sharon McCall, to comply with CMO 35 should be, and is hereby extended for Plaintiff, Sharon McCall, to comply with CMO 35 from August 31, 2022 to October 31, 2022.

Defendants' Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

So ordered on this ___ day of _____, 2022.

_____
U.S. District Judge Presiding

1