UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JSNE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |
| **This Document Relates to:**<br>**Cynthia DeCamara; Case No. 2:18-cv-14141** | § § | |

### PROPOSED ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35

Plaintiff's Motion for Leave to Extend the time for Plaintiff to comply with CMO 35 is GRANTED.

The Court finds that due to excusable neglect, so found by the Court, the deadline for Plaintiff, Cynthia DeCamara, to comply with CMO 35 should be, and is hereby extended for Plaintiff, Cynthia DeCanmara, to comply with CMO 35 from August 31, 2022 to October 31, 2022.

Defendants' Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

So ordered on this ___ day of _____, 2022.

_____
U.S. District Judge Presiding

1