# Marie Olivier

| | |
|---|---|
| **From:** | Marie Olivier |
| **Sent:** | Thursday, October 6, 2022 3:52 PM |
| **To:** | 'hospirataxoteremdl@wolterskluwer.com'; 'pfizertaxoteremdl@wolterskluwer.com' |
| **Cc:** | Joe Terry |
| **Subject:** | RE: Patricia Gardner; C.A. 18-14157; US District Court, Eastern District of Louisiana |
| **Attachments:** | Doc 03 - Summons to Hospira-Pfizer.pdf |

Good Afternoon,

Please see the attached corrected Summons to Hospira Worldwide Inc. n/k/a Hospira Worldwide, LLC, Hospira, Inc..; and Pfizer, Inc. in regards to the matter of Plaintiff Patricia Gardner.

Should you have any questions, please do not hesitate to contact our office.

Marie Olivier, *Paralegal*


TERRY & THWEATT, P.C
TRIAL LAWYERS

114 Byrne Street
Houston, Texas 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

**From:** Marie Olivier
**Sent:** Wednesday, October 5, 2022 6:08 PM
**To:** 'hospirataxoteremdl@wolterskluwer.com' <hospirataxoteremdl@wolterskluwer.com>; 'pfizertaxoteremdl@wolterskluwer.com' <pfizertaxoteremdl@wolterskluwer.com>
**Cc:** Joe Terry <jterry@terrythweatt.com>
**Subject:** Patricia Gardner; C.A. 18-14157; US District Court, Eastern District of Louisiana

Good Afternoon,

We kindly ask you to accept service on behalf of Plaintiff Patricia Gardner.

Attached please find:

Doc 1 – Short Form Complaint on behalf of Plaintiff Patricia Gardner;
Doc 1-5 – Summons to Hospira Worldwide Inc. n/k/a Hospira Worldwide, LLC
Doc 1-6 – Summons to Hospira, Inc..; and
Doc 1-8 – Summons to Pfizer, Inc.

Counsel of record is:

Joseph D. Terry
Terry & Thweatt, P.C.
114 Byrne Street
Houston, TX 77009
(713) 600-4710 office
(713) 600-4706 fax


EXHIBIT A

1

Thank you for your kind attention to this matter.

Marie Olivier, *Paralegal*



TERRY & THWEATT, P.C
TRIAL LAWYERS

114 Byrne Street
Houston, Texas 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

# Marie Olivier

| | |
|---|---|
| **From:** | HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com> |
| **Sent:** | Wednesday, October 5, 2022 6:08 PM |
| **To:** | Marie Olivier |
| **Subject:** | Confirmation Email Receipt |

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

1

# Marie Olivier

**From:** PfizerTaxotereMDL <PfizerTaxotereMDL@wolterskluwer.com>
**Sent:** Wednesday, October 5, 2022 6:08 PM
**To:** Marie Olivier
**Subject:** Confirmation Email Receipt

This confirms that your email sent to PfizerTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Pfizer expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Sara Roitman at sararoitman@quinnemanuel.com.

1

# Marie Olivier

**From:** HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com>
**Sent:** Thursday, October 6, 2022 3:53 PM
**To:** Marie Olivier
**Subject:** Confirmation Email Receipt

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

1

# Marie Olivier

**From:** PfizerTaxotereMDL <PfizerTaxotereMDL@wolterskluwer.com>
**Sent:** Thursday, October 6, 2022 3:53 PM
**To:** Marie Olivier
**Subject:** Confirmation Email Receipt

This confirms that your email sent to PfizerTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Pfizer expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Sara Roitman at sararoitman@quinnemanuel.com.

1