


**Back To MDL Centrality**

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]    [Edit Plaintiff Information]

### Plaintiff Information

| | |
|---|---|
| Plaintiff ID: | 12449 |
| Name: | PATRICIA GARDNER |
| Most Recent PFS Submitted: | 04/21/2021 |
| DOB: | 02/14/1947 |
| Email: | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | Yes | Treated with Generic: | Yes |
| Drug Name: | Taxotere; Pfizer Inc.; Hospira, Inc. | Unknown Certification: | |
| Treatment Dates: | 01/15/2013 to 05/??/2013 | Docket No.: | 18-14157 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Terry & Thweatt, P.C. |

Comments

### Documents

[View Documents]   [Upload]                                    [Deficiency Response]

**EXHIBIT B**

### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 518159 | HIPAA Authorization - HIPAA Auth | 04/21/2021 | Remove |
| 518158 | Workers Compensation Authorization - Workers Comp Authorization | 04/21/2021 | Remove |
| 518157 | Second Amended Plaintiff Fact Sheet | 04/21/2021 | |
| 518156 | Response to Deficiency Notice | 04/21/2021 | |
| 517293 | Proof of Injury - Before & After Photographs - 1965 Before - 10 | 04/09/2021 | Remove |
| 517292 | Proof of Injury - Before & After Photographs - 1978 Before - 09 | 04/09/2021 | Remove |
| 517291 | Proof of Injury - Before & After Photographs - 2016 After - 08 | 04/09/2021 | Remove |
| 517290 | Proof of Injury - Before & After Photographs - 2016 After - 07 | 04/09/2021 | Remove |
| 517289 | Proof of Injury - Before & After Photographs - 2017 After - 06 | 04/09/2021 | Remove |
| 517288 | Proof of Injury - Before & After Photographs - 2017 After - 05 | 04/09/2021 | Remove |
| 517287 | Proof of Injury - Before & After Photographs - 2019 - After 04 | 04/09/2021 | Remove |
| 517286 | Proof of Injury - Before & After Photographs - 2019 After - 03 | 04/09/2021 | Remove |
| 517285 | Proof of Injury - Before & After Photographs - 2021 After - 02 | 04/09/2021 | Remove |
| 517284 | Proof of Injury - Before & After Photographs - 2021 After - 01 | 04/09/2021 | Remove |
| 515287 | Amended Deficiency Notice | 03/16/2021 | |
| 514279 | Proof of Injury - Before & After Photographs - 2019 After | 02/25/2021 | Remove |
| 514278 | Proof of Injury - Before & After Photographs - 2019 After | 02/25/2021 | Remove |

| | | | |
|---|---|---|---|
| 514277 | Proof of Injury - Before & After Photographs - 2019 After | 02/25/2021 | Remove |
| 514276 | Proof of Injury - Before & After Photographs - 2017 After | 02/25/2021 | Remove |
| 514275 | Proof of Injury - Before & After Photographs - 2017 After | 02/25/2021 | Remove |
| 514274 | Proof of Injury - Before & After Photographs - 2000 Before | 02/25/2021 | Remove |
| 514273 | Proof of Injury - Before & After Photographs - 2012 Before | 02/25/2021 | Remove |
| 514272 | Proof of Injury - Before & After Photographs - 2019 After | 02/25/2021 | Remove |
| 514271 | Proof of Injury - Before & After Photographs - 2019 After | 02/25/2021 | Remove |
| 514270 | Proof of Injury - Before & After Photographs - 2019 After | 02/25/2021 | Remove |
| 514269 | Proof of Injury - Before & After Photographs - 2019 After | 02/25/2021 | Remove |
| 513636 | Response to Deficiency Notice | 02/18/2021 | |
| 513635 | First Amended Plaintiff Fact Sheet | 02/18/2021 | |
| 510987 | Deficiency Notice | 01/19/2021 | |
| 508161 | Properly Executed Verification of PFS - Verification | 12/16/2020 | Remove |
| 508126 | Plaintiff Fact Sheet | 12/15/2020 | |
| 507962 | PTO 71 Written Statement - PTO 71A Disclosure Statement | 12/14/2020 | Remove |
| 507961 | Psychiatric Records Authorization - Auth - Psych | 12/14/2020 | Remove |
| 507959 | HIPAA Authorization - Auth - HIPAA | 12/14/2020 | Remove |
| 507958 | Health Insurance Record Authorization - Auth - Health Insurance | 12/14/2020 | Remove |
| 507957 | Employment Authorization - Auth - Employment | 12/14/2020 | Remove |
| 507956 | Disability Claims Authorization - Auth - Disability | 12/14/2020 | Remove |
| 507955 | Proof of Use -- Medical Records - Banner Health Center | 12/14/2020 | Remove |
| 507953 | Proof of Use -- Medical Records - Allegiance Derm | 12/14/2020 | Remove |
| 507952 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507951 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507950 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507949 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507948 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507947 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507946 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507945 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507944 | Proof of Injury - Before & After Photographs - After | 12/14/2020 | Remove |
| 507943 | Proof of Injury - Before & After Photographs - Before | 12/14/2020 | Remove |
| 507942 | Proof of Injury - Before & After Photographs - Before | 12/14/2020 | Remove |
| 314034 | CMO 12 Product Identification - Banner Health Center Records with NDC | 02/19/2019 | Remove |

**Plaintiff Fact Sheet**

I. Plaintiff Fact Sheet    Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.