1/19/2021

**VIA MDL CENTRALITY**

Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100,
Houston, TX 77046

    RE: Notice of Deficiency in Plaintiff Fact Sheet
       *In re Taxotere., MDL No. 2740*
       Plaintiff Name & ID Number: GARDNER, PATRICIA K - 12449
       Docket No. Provided on PFS: 18-14157

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1. | "Unknown" Certification | III.4 | Other - If Plaintiff has identified the manufacturers as Hospira and Pfizer, why is unknown checked?  Please clarify. |
| 2. | Response 1 - Annual Gynecological Doctor | IV. 11 | Other - Please provide information for 2020. |
| 3. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 4. | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 5. | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 6. | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 7. | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 8. | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 9. | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 10. | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 11. | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |



EXHIBIT
C

| | | | |
|---|---|---|---|
| 12. | Response 5 - Annual Gynecological Doctor | IV. 11 | Other - Gabriela Palecek or Palecek Gabriela? |
| 13. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 14. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 15. | Response 6 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 16. | Response 6 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 17. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 18. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 19. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 20. | Response 1 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 21. | Response 1 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 22. | Response 2 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 23. | Response 2 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 24. | Response 2 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 25. | Response 3 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 26. | Response 3 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 27. | Response 3 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 28. | Response 4 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 29. | Response 4 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 30. | Response 4 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 31. | Response 5 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 32. | Response 5 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 33. | Response 5 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 34. | Response 6 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 35. | Response 6 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 36. | Response 6 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |

| 37. | Response 7 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
|---|---|---|---|
| 38. | Response 7 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 39. | Response 7 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 40. | Response 8 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 41. | Response 8 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 42. | Response 8 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 43. | Response 9 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 44. | Response 9 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 45. | Response 9 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 46. | Response 10 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 47. | Response 10 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 48. | Response 11 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 49. | Response 11 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 50. | Response 12 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 51. | Response 12 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 52. | Response 13 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 53. | Response 13 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 54. | Response 14 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 55. | Response 14 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 56. | Response 15 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 57. | Response 15 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 58. | Response 16 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 59. | Response 16 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 60. | Response 17 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 61. | Response 17 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 62. | Response 18 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |

| 63. | Response 18 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
|---|---|---|---|
| 64. | Response 19 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 65. | Response 19 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 66. | Response 20 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 67. | Response 20 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 68. | Response 21 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 69. | Response 21 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 70. | Response 22 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 71. | Response 22 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 72. | Response 23 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 73. | Response 23 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 74. | Response 24 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 75. | Response 24 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 76. | Response 25 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 77. | Response 25 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 78. | Response 26 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 79. | Response 26 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 80. | Response 27 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 81. | Response 27 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 82. | Response 28 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 83. | Response 28 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 84. | Response 29 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 85. | Response 29 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 86. | Response 30 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 87. | Response 30 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 88. | Response 31 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 89. | Response 31 - Annual Mammogram Office | IV.12 | Other - Please provide address. |

| 90. | Response 32 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
|---|---|---|---|
| 91. | Response 32 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 92. | Response 33 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 93. | Response 33 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 94. | Response 34 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 95. | Response 34 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 96. | Response 35 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 97. | Response 35 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 98. | Response 36 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 99. | Response 36 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 100. | Response 37 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 101. | Response 37 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 102. | Response 38 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 103. | Response 38 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 104. | Response 39 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 105. | Response 39 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 106. | Response 40 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 107. | Response 40 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 108. | Response 41 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 109. | Response 41 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 110. | Response 42 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 111. | Response 42 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 112. | Response 43 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 113. | Response 43 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 114. | Response 44 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 115. | Response 44 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 116. | Response 45 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |

| | | | |
|---|---|---|---|
| 117. | Response 45 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 118. | Response 46 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 119. | Response 46 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 120. | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 121. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 122. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Other - Jeanne Schulmar or Schulmar Jeanne? |
| 123. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 124. | Response 1 - Primary Oncologist Information - 3 | V. 5 | Other - Kaye Holte or Holte Kaye?  Failed to provide information regarding surgery; please clarify. |
| 125. | Response 1 - Treatment - 1 | V. 5 | Other - Failed to provide information regarding chemotherapy and surgery; please clarify. |
| 126. | Response 1 - Treatment - 1 | V. 5 | Failed to respond. |
| 127. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full name[s] of the treatment facility. |
| 128. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full address. |
| 129. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 130. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 131. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 132. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 133. | Taxotere / Docetaxel the only chemotherapy treatment that you ever received? | V. 9 | Other - Response is inconsistent with responses at V.10 and V.11.  Please clarify. |
| 134. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 135. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 136. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 137. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 138. | Response 1 - Chemotherapy Treatment Facility | V. 14 | Other - This information should be put in the appropriate place at V.5. |
| 139. | Response 2 - Chemotherapy Treatment Facility | V. 14 | Other - This information should be put in the appropriate place at V.5. |
| 140. | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 141. | Response 1 - Dates of Treatment | VI. 8 | Failed to provide a full date, including month, day and year. |
| 142. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 143. | Hair Care Regimen Description | VII. 15. a | Failed to describe past hair care regimen. |

| 144. | Hair Care Regimen Description | VII. 15. a | Other - The question is asking for a description of your past hair care regimen. Examples would be: washed it more/less, used heat, etc. |
|---|---|---|---|
| 145. | Response 1 - Wig Period of Use | VII. 26 | Other - Daily? Weekly? Monthly? |
| 146. | Response 1 - Wig Period of Use | VII. 26 | Failed to provide full date, including month, day and year. |
| 147. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 148. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 149. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Failed to provide information regarding Drs. Laszek Grabowski, Gabriela Palecek, Ann Thomas, Kimberly Frodl, Greta Brown, Hope MacKee, and Eyad Al-Hattab. |
| 150. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 151. | Response 2 - Healthcare Provider Name | VIII. 1 | Failed to provide full name. |
| 152. | Response 2 - Healthcare Provider Name | VIII. 1 | Other - Holt or Holte? |
| 153. | Response 2 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 154. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 155. | Response 1 - Facility Name | VIII. 2 | Other - Failed to provide information : Banner Health Clinic, Mayo Clinic Health System, Marshfield Clinic, Banner Health Center, Banner Clinic, and Mayo Clinic. Please supplement. |
| 156. | Response 1 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 157. | Response 2 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 158. | Response 3 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 159. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 160. | Response 1 - Laboratory Dates | VIII. 3 | Failed to provide full approximate dates (month/years). |
| 161. | Response 2 - Laboratory Dates | VIII. 3 | Failed to provide full approximate dates (month/years). |
| 162. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 163. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 164. | Response 1 - Pharmacy Medications | VIII. 4 | Other - List out pain medication. |
| 165. | Response 2 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 166. | Response 2 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 167. | Response 2 - Pharmacy Medications | VIII. 4 | Other - List out antibiotics. |
| 168. | Response 1 - Retailer Purchases | VIII. 5 | Other - List out pain medications. |

| | | | |
|---|---|---|---|
| 169. | Response 2 - Retailer Purchases | VIII. 5 | Other - List out antibiotics. |
| 170. | Response 1 - Insurance Carrier | VIII. 6 | Failed to provide insurance or pharmacy benefit information for full time period requested. |
| 171. | Response 1 - Insurance Carrier Address | VIII. 6 | Failed to provide full address. |
| 172. | Response 2 - Insurance Carrier Address | VIII. 6 | Failed to provide full address. |
| 173. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 174. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 175. | Media Depicting Alleged Injury | IX | Other - Photographs are undated and terrible quality. |
| 176. | Expense Records - Who has the Documents | IX | Other - Plaintiff is alleging out of pocket expenses, but failed to provide any receipts. |
| 177. | Expense Records - Who has the Documents | IX | Failed to provide records requested. |
| 178. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 179. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 180. | Hair Photos Before Treatment | IX | Other - Photographs are undated and terrible quality. |
| 181. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 182. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 183. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 184. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 185. | Hair Photos Today | IX | Other - Photographs are undated and terrible quality. |
| 186. | Signed Authorizations for Medical Records | IX | Other - Employment is missing printed name. |
| 187. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 188. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 189. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 190. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Documents are not viewable and/or are blurry. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

3/16/2021

**VIA MDL CENTRALITY**

Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100,
Houston, TX 77046

   RE: Amended Notice of Deficiency in First Amended Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: GARDNER, PATRICIA K - 12449
      Docket No. Provided on PFS: 18-14157

Dear Counsel:

This Notice is submitted on behalf of defendants properly served, as of the date plaintiff's Amended Plaintiff
Fact Sheet (Amended PFS), as submitted via MDL Centrality. All other defendants reserve their rights as to
this Amended PFS.

Defendants have reviewed the above submitted Amended PFS to determine if deficiencies identified in the
served Notice of Deficiency have been cured. Uncured deficiencies are listed in the table below.

|     | PFS Section | PFS Section # | Deficiency |
|-----|-------------|---------------|------------|
| 1.  | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 2.  | Response 1 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 3.  | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 4.  | Response 2 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 5.  | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 6.  | Response 3 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 7.  | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 8.  | Response 4 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 9.  | Response 5 - Annual Gynecological Doctor | IV. 11 | Other - Gabriela Palecek or Palecek Gabriela? |
| 10. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 11. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 12. | Response 6 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |

| 13. | Response 6 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
|---|---|---|---|
| 14. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 15. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 16. | Response 8 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 17. | Response 8 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 18. | Response 9 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 19. | Response 9 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 20. | Response 10 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 21. | Response 10 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 22. | Response 11 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 23. | Response 11 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 24. | Response 12 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 25. | Response 12 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 26. | Response 13 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 27. | Response 13 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 28. | Response 14 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 29. | Response 14 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 30. | Response 15 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 31. | Response 15 - Annual Gynecological Doctor Office | IV. 11 | Other - Please provide address. |
| 32. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 33. | Response 1 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 34. | Response 1 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 35. | Response 2 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 36. | Response 2 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 37. | Response 2 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 38. | Response 3 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 39. | Response 3 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |

| 40. | Response 3 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
|---|---|---|---|
| 41. | Response 4 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 42. | Response 4 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 43. | Response 4 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 44. | Response 5 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 45. | Response 5 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 46. | Response 5 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 47. | Response 6 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 48. | Response 6 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 49. | Response 6 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 50. | Response 7 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 51. | Response 7 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 52. | Response 7 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 53. | Response 8 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 54. | Response 8 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 55. | Response 8 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 56. | Response 9 - Annual Mammogram Doctor | IV.12 | Failed to respond. |
| 57. | Response 9 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 58. | Response 9 - Annual Mammogram Skipped or Missed | IV.12 | Failed to respond. |
| 59. | Response 10 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 60. | Response 10 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 61. | Response 11 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 62. | Response 11 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 63. | Response 12 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |

| 64. | Response 12 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
|---|---|---|---|
| 65. | Response 13 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 66. | Response 13 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 67. | Response 14 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 68. | Response 14 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 69. | Response 15 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 70. | Response 15 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 71. | Response 16 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 72. | Response 16 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 73. | Response 17 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 74. | Response 17 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 75. | Response 18 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 76. | Response 18 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 77. | Response 19 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 78. | Response 19 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 79. | Response 20 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 80. | Response 20 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 81. | Response 21 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 82. | Response 21 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 83. | Response 22 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 84. | Response 22 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 85. | Response 23 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 86. | Response 23 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 87. | Response 24 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 88. | Response 24 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 89. | Response 25 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 90. | Response 25 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |

| 91. | Response 26 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
|---|---|---|---|
| 92. | Response 26 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 93. | Response 27 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 94. | Response 27 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 95. | Response 28 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 96. | Response 28 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 97. | Response 29 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 98. | Response 29 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 99. | Response 30 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 100. | Response 30 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 101. | Response 31 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 102. | Response 31 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 103. | Response 32 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 104. | Response 32 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 105. | Response 33 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 106. | Response 33 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 107. | Response 34 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 108. | Response 34 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 109. | Response 35 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 110. | Response 35 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 111. | Response 36 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 112. | Response 36 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 113. | Response 37 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 114. | Response 37 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 115. | Response 38 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 116. | Response 38 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 117. | Response 39 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |

| 118. | Response 39 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
|---|---|---|---|
| 119. | Response 40 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 120. | Response 40 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 121. | Response 41 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 122. | Response 41 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 123. | Response 42 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 124. | Response 42 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 125. | Response 43 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 126. | Response 43 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 127. | Response 44 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 128. | Response 44 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 129. | Response 45 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 130. | Response 45 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 131. | Response 46 - Annual Mammogram Office | IV.12 | Other - Please provide address. |
| 132. | Response 46 - Annual Mammogram Office | IV.12 | Failed to provide full office[s]. |
| 133. | Response 1 - Primary Oncologist Information - 3 | V. 5 | Other - Failed to provide information regarding surgery; please clarify. |
| 134. | Response 1 - Treatment - 3 | V. 5 | Other - Failed to provide information for surgery. |
| 135. | Response 1 - Treatment - 3 | V. 5 | Failed to provide full address. |
| 136. | Response 1 - Treatment - 3 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 137. | Response 1 - Treatment - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 138. | Response 1 - Treatment - 3 | V. 5 | Failed to provide full name[s] of the treatment facility. |
| 139. | Response 1 - Treatment - 3 | V. 5 | Failed to respond. |
| 140. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 141. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 142. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 143. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 144. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 145. | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 146. | Response 1 - Dates of Treatment | VI. 8 | Failed to provide a full date, including month, day and year. |

| 147. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
|---|---|---|---|
| 148. | Response 1 - Wig Period of Use | VII. 26 | Failed to provide full date, including month, day and year. |
| 149. | Response 1 - Wig Period of Use | VII. 26 | Other - Daily? Weekly? Monthly? |
| 150. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 151. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 152. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Failed to provide information regarding Drs. Ann Thomas, Greta Brown, and Hope MacKee. |
| 153. | Response 2 - Healthcare Provider Name | VIII. 1 | Other - Holt or Holte? |
| 154. | Response 2 - Healthcare Provider Name | VIII. 1 | Failed to provide full name. |
| 155. | Response 5 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
| 156. | Response 6 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
| 157. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 158. | Response 1 - Facility Name | VIII. 2 | Other - Failed to provide information : Banner Health Clinic, Mayo Clinic Health System, Marshfield Clinic, Banner Health Center, Banner Clinic, and Mayo Clinic. Please supplement. |
| 159. | Response 1 - Pharmacy Medications | VIII. 4 | Other - List out pain medication. |
| 160. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 161. | Response 2 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 162. | Response 2 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 163. | Response 2 - Pharmacy Medications | VIII. 4 | Other - List out antibiotics. |
| 164. | Response 1 - Retailer Purchases | VIII. 5 | Other - List out pain medications. |
| 165. | Response 2 - Retailer Purchases | VIII. 5 | Other - List out antibiotics. |
| 166. | Response 1 - Insurance Carrier | VIII. 6 | Failed to provide insurance or pharmacy benefit information for full time period requested. |
| 167. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 168. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 169. | Media Depicting Alleged Injury | IX | Other - Before photographs are terrible quality. |
| 170. | Expense Records - Who has the Documents | IX | Other - Plaintiff is alleging out of pocket expenses, but failed to provide any receipts. |

| 171. | Expense Records - Who has the Documents | IX | Failed to provide records requested. |
|---|---|---|---|
| 172. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 173. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 174. | Hair Photos Before Treatment | IX | Other - Before photographs are terrible quality. |
| 175. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 176. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 177. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 178. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 179. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 180. | Signed Authorizations for Medical Records | IX | Other - Employment is missing printed name. |
| 181. | Proof of Injury | | Other - Before photographs are not viewable and/or blurry. |
| 182. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Documents are not viewable and/or are blurry. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

Pursuant to PTO 22 paragraph 5, defendants reserve the right to add this case to the Status Conference Agenda for failure to cure deficiencies within 30 days of service of a Deficiency Notice.

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.