

IN RE TAXOTERE
MDL 2740

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]   [Edit Plaintiff Information]

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 12660 | DOB: | 08/18/1949 |
| Name: | MILLIE HOWARD | Email: | |
| Most Recent PFS Submitted: | 04/23/2021 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | Unknown | Treated with Generic: | Yes |
| Drug Name: | Pfizer Inc.; Hospira, Inc. | Unknown Certification: | Yes |
| Treatment Dates: | 08/13/2015 to 11/??/2015 | Docket No.: | 19-00649 |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Terry & Thweatt, P.C. |

### Documents

[View Documents]  [Upload]                                       [Deficiency Response]

**EXHIBIT B**

#### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 521973 | Hospira Defendant Fact Sheet | 07/13/2021 | |
| 521955 | Defendant Fact Sheet Certification - Hospira | 07/13/2021 | |
| 521954 | Defendant Fact Sheet Exhibit B - Hospira | 07/13/2021 | |
| 521953 | Defendant Fact Sheet Exhibit A - Hospira | 07/13/2021 | |
| 521952 | Defendant Fact Sheet - Exhibit A Cover Sheet - Hospira | 07/13/2021 | |
| 518255 | CMO 12 Product Identification - CMO 12 | 04/23/2021 | Remove |
| 518254 | Second Amended Plaintiff Fact Sheet | 04/23/2021 | |
| 451099 | Other - NDC Records - UCMC | 03/20/2020 | Remove |
| 415556 | Response to Deficiency Notice | 10/25/2019 | |
| 415550 | Proof of Injury - Before & After Photographs - After - Right underarm | 10/25/2019 | Remove |
| 415549 | Proof of Injury - Before & After Photographs - After - Left underarm | 10/25/2019 | Remove |
| 415548 | Proof of Injury - Before & After Photographs - After - Right-top of head | 10/25/2019 | Remove |
| 415547 | Proof of Injury - Before & After Photographs - After - Left-top of head | 10/25/2019 | Remove |
| 415546 | Proof of Injury - Before & After Photographs - After - Front of head | 10/25/2019 | Remove |
| 415545 | Proof of Injury - Before & After Photographs - After - Front-top of head | 10/25/2019 | Remove |
| 415544 | Proof of Injury - Before & After Photographs - After - Back-top of head | 10/25/2019 | Remove |
| 415543 | Proof of Injury - Before & After Photographs - After - Eyebrows | 10/25/2019 | Remove |
| 415542 | Employment Authorization - Corrected Employment Authorization | 10/25/2019 | Remove |

| | | | |
|---|---|---|---|
| 408531 | Amended Deficiency Notice | 09/26/2019 | |
| 402516 | Response to Deficiency Notice | 08/28/2019 | |
| 402513 | First Amended Plaintiff Fact Sheet | 08/28/2019 | |
| 394681 | Deficiency Notice | 07/29/2019 | |
| 387677 | Plaintiff Fact Sheet | 07/08/2019 | |
| 387676 | Properly Executed Verification of PFS - Plaintiff's Declaration to PFS | 07/08/2019 | Remove |
| 387672 | Workers Compensation Authorization - Authorization - Workers' Comp | 07/08/2019 | Remove |
| 387670 | Psychiatric Records Authorization - Authorization - Psychological | 07/08/2019 | Remove |
| 387668 | HIPAA Authorization - Authorization - HIPAA | 07/08/2019 | Remove |
| 387667 | Health Insurance Record Authorization - Authorization - Health Insurance | 07/08/2019 | Remove |
| 387666 | Employment Authorization - Authorization - Employment | 07/08/2019 | Remove |
| 387665 | Disability Claims Authorization - Authorization - Disability | 07/08/2019 | Remove |
| 387664 | Proof of Use -- Medical Records - University of Cincinnati Medical | 07/08/2019 | Remove |
| 387663 | Proof of Injury - Before & After Photographs - 2019 Picture - After/Current | 07/08/2019 | Remove |
| 387662 | Proof of Injury - Before & After Photographs - 2018 Picture - After | 07/08/2019 | Remove |
| 387660 | Proof of Injury - Before & After Photographs - 2017 Picture - After | 07/08/2019 | Remove |
| 387658 | Proof of Injury - Before & After Photographs - 2012 Picture - Before | 07/08/2019 | Remove |
| 387657 | Proof of Injury - Before & After Photographs - 2011 Picture - Before | 07/08/2019 | Remove |
| 341893 | E-Discovery/Social Media Materials - PTO 71A Disclosure Statements | 04/17/2019 | Remove |

### DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Hospira | 07/13/2021 | View   Respond |

### Plaintiff Fact Sheet

I. Plaintiff Fact Sheet                    Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.