VIA MDL CENTRALITY

Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100,
Houston, TX 77046

RE: Notice of Deficiency in Plaintiff Fact Sheet
    *In re Taxotere., MDL No. 2740*
    Plaintiff Name & ID Number: HOWARD, MILLIE - 12660
    Docket No. Provided on PFS: 18-10692

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | Caption | I. 1 | Other - Please correct the spelling of Plaintiff's last name. |
| 2.  | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 3.  | Response 15 - Dates Taken | IV. 21 | Failed to provide full years medication was taken. |
| 4.  | Response 16 - Dates Taken | IV. 21 | Failed to provide full years medication was taken. |
| 5.  | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 6.  | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to respond. |
| 7.  | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide full name[s] of the primary oncologist. |
| 8.  | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide full address. |
| 9.  | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 10. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Other - Failed to provide information regarding chemotherapy, surgery, and radiation; please supplement. |
| 11. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |


EXHIBIT C

| | | | |
|---|---|---|---|
| 12. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 13. | Response 1 - Treatment - 2 | V. 5 | Failed to respond. |
| 14. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full name[s] of the treatment facility. |
| 15. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full address. |
| 16. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 17. | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 18. | Response 1 - Treatment - 2 | V. 5 | Other - Failed to provide information regarding chemotherapy, surgery, and radiation; please supplement. |
| 19. | Chemotherapy Last treatment date | V. 12. d | Failed to provide a full date, including month, day and year. |
| 20. | Permanent / Persistent Loss of Genital Hair | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 21. | Chemically Processed or Straightened Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 22. | Chemically Processed or Straightened Frequency | VII. 13 | Failed to respond. |
| 23. | High Heat Processing Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 24. | High Heat Processing Frequency | VII. 13 | Failed to respond. |
| 25. | Hair Dyed Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 26. | Hair Dyed Frequency | VII. 13 | Failed to respond. |
| 27. | Braids Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 28. | Braids Frequency | VII. 13 | Failed to respond. |
| 29. | Hair Care Regimen Description | VII. 15. a | Failed to describe past hair care regimen. |
| 30. | How long have you had alopecia or incomplete hair regrowth? | VII. 23 | Other - Please provide the year or # of years. |
| 31. | Response 1 - Wig Period of Use | VII. 26 | Other - Daily? Weekly? Monthly? |
| 32. | Response 1 - Wig Period of Use | VII. 26 | Failed to provide full date, including month, day and year. |
| 33. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 34. | Response 1 - Wig Place Purchased | VII. 26 | Other - Please provide name and address. |
| 35. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 36. | Response 3 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 37. | Response 1 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 38. | Response 2 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 39. | Response 1 - Laboratory Dates | VIII. 3 | Failed to provide full approximate dates (month/years). |

| | | | |
|---|---|---|---|
| 40. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 41. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 42. | Response 2 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 43. | Response 1 - Retailer Name | VIII. 5 | Failed to respond. |
| 44. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 45. | Response 1 - Retailer Address | VIII. 5 | Failed to respond. |
| 46. | Response 1 - Retailer Dates | VIII. 5 | Failed to respond. |
| 47. | Response 1 - Retailer Purchases | VIII. 5 | Failed to respond. |
| 48. | Response 2 - Insurance Carrier Address | VIII. 6 | Failed to respond. |
| 49. | Response 2 - Insurance Carrier Policy Number | VIII. 6 | Failed to respond. |
| 50. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 51. | Expense Records - Who has the Documents | IX | Failed to provide records requested. |
| 52. | Expense Records - Who has the Documents | IX | Other - Plaintiff alleges out-of-pocket expenses, but failed to provide any records. |
| 53. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 54. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 55. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 56. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 57. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 58. | Signed Authorizations for Medical Records | IX | Other - Missing printed name. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

VIA MDL CENTRALITY

Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100,
Houston, TX 77046

    RE: Amended Notice of Deficiency in First Amended Plaintiff Fact Sheet
       *In re Taxotere., MDL No. 2740*
       Plaintiff Name & ID Number: HOWARD, MILLIE - 12660
       Docket No. Provided on PFS: 18-10692

Dear Counsel:

This Notice is submitted on behalf of defendants properly served, as of the date plaintiff's Amended Plaintiff Fact Sheet (Amended PFS), as submitted via MDL Centrality. All other defendants reserve their rights as to this Amended PFS.

Defendants have reviewed the above submitted Amended PFS to determine if deficiencies identified in the served Notice of Deficiency have been cured. Uncured deficiencies are listed in the table below.

| | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 2. | Response 15 - Dates Taken | IV. 21 | Failed to provide full years medication was taken. |
| 3. | Response 16 - Dates Taken | IV. 21 | Failed to provide full years medication was taken. |
| 4. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide full name[s] of the primary oncologist. |
| 5. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 6. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide full address. |
| 7. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to respond. |
| 8. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Other - Failed to provide information regarding chemotherapy, surgery, and radiation; please supplement. |
| 9. | Response 1 - Treatment - 1 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 10. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 11. | Response 1 - Treatment - 2 | V. 5 | Failed to respond. |
| 12. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full name[s] of the treatment facility. |

| | | | |
|---|---|---|---|
| 13. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full names, addresses, dates of treatment and/or treatment provided. |
| 14. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full address. |
| 15. | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 16. | Response 1 - Treatment - 2 | V. 5 | Other - Failed to provide information regarding chemotherapy, surgery, and radiation; please supplement. |
| 17. | Chemically Processed or Straightened Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 18. | High Heat Processing Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 19. | Hair Dyed Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 20. | Braids Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 21. | Hair Care Regimen Description | VII. 15. a | Failed to describe past hair care regimen. |
| 22. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 23. | Response 1 - Wig Place Purchased | VII. 26 | Other - Please provide name and address. |
| 24. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 25. | Response 2 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 26. | Response 1 - Retailer Name | VIII. 5 | Failed to respond. |
| 27. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 28. | Response 1 - Retailer Address | VIII. 5 | Failed to respond. |
| 29. | Response 1 - Retailer Dates | VIII. 5 | Failed to respond. |
| 30. | Response 1 - Retailer Purchases | VIII. 5 | Failed to respond. |
| 31. | Response 2 - Insurance Carrier Policy Number | VIII. 6 | Failed to respond. |
| 32. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 33. | Expense Records - Who has the Documents | IX | Failed to provide records requested. |
| 34. | Expense Records - Who has the Documents | IX | Other - Plaintiff alleges out-of-pocket expenses, but failed to provide any records. |
| 35. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 36. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 37. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |

| | | | |
|---|---|---|---|
| 38. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 39. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 40. | Signed Authorizations for Medical Records | IX | Other - Missing printed name. |

Pursuant to PTO 22 paragraph 5, defendants reserve the right to add this case to the Status Conference Agenda for failure to cure deficiencies within 30 days of service of a Deficiency Notice.

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.