


# MDL CENTRALITY — IN RE TAXOTERE MDL 2740

HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT

**Back To MDL Centrality**

## MDL 2740 - Taxotere — Search Results

[ Return to Search Results ]   [ Edit Plaintiff Information ]

### Plaintiff Information

| | |
|---|---|
| Plaintiff ID: | 12662 |
| Name: | PENELOPE PAHIOS |
| Most Recent PFS Submitted: | 04/14/2021 |
| DOB: | 08/05/1963 |
| Email: | |

### Plaintiff Snapshot

| | |
|---|---|
| Treated with Taxotere: | Unknown |
| Drug Name: | Teva Parenteral Medicines, Inc. |
| Treatment Dates: | 01/18/2016 to 05/2/2016 |
| Properly Executed Verification of PFS: | View |
| Proof of Injury - Before & After Photographs: | View |
| Treated with Generic: | |
| Unknown Certification: | Yes |
| Docket No.: | |
| Proof of Injury - Medical Documentation: | N/A |
| Law Firm: | Terry & Thweatt, P.C. |

Comments

### Documents

[ View Documents ]   [ Upload ]   [ Deficiency Response ]

**EXHIBIT A**

### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 517770 | Third Amended Plaintiff Fact Sheet | 04/14/2021 | |
| 517769 | Response to Deficiency Notice | 04/14/2021 | |
| 517763 | CMO 12 Product Identification - CMO-12 | 04/14/2021 | Remove |
| 442495 | Response to Deficiency Notice | 02/14/2020 | |
| 442472 | Second Amended Plaintiff Fact Sheet | 02/14/2020 | |
| 433725 | Amended Deficiency Notice | 01/15/2020 | |
| 432839 | Response to Deficiency Notice | 01/10/2020 | |
| 432836 | First Amended Plaintiff Fact Sheet | 01/10/2020 | |
| 427478 | Deficiency Notice | 12/16/2019 | |
| 387937 | Plaintiff Fact Sheet | 07/08/2019 | |
| 387936 | Properly Executed Verification of PFS - PFS Declaration | 07/08/2019 | Remove |
| 387935 | E-Discovery/Social Media Materials - PTO 71A Disclosure Statement | 07/08/2019 | Remove |
| 387934 | Workers Compensation Authorization - Authorization - Workers' Comp | 07/08/2019 | Remove |
| 387933 | Psychiatric Records Authorization - Authorization - Psychological | 07/08/2019 | Remove |
| 387931 | HIPAA Authorization - Authorization - HIPAA | 07/08/2019 | Remove |
| 387930 | Health Insurance Record Authorization - Authorization - Health Insurance | 07/08/2019 | Remove |
| 387929 | Employment Authorization - Authorization - Employment | 07/08/2019 | Remove |

| | | | |
|---|---|---|---|
| 387928 | Disability Claims Authorization - Authorization - Disability | 07/08/2019 | Remove |
| 387927 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387926 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387925 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387924 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387923 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387922 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387921 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387920 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387919 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387918 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387917 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387916 | Proof of Injury - Before & After Photographs - 2019 - After/Current | 07/08/2019 | Remove |
| 387915 | Proof of Injury - Before & After Photographs - Dec 2015 - Before | 07/08/2019 | Remove |
| 387914 | Proof of Injury - Before & After Photographs - Sept 2015 - Before | 07/08/2019 | Remove |
| 387912 | Proof of Injury - Before & After Photographs - Jul 2015 - Before | 07/08/2019 | Remove |
| 387911 | Proof of Injury - Before & After Photographs - Apr 2015 - Before | 07/08/2019 | Remove |
| 387909 | Proof of Injury - Before & After Photographs - Jan 2015 - Before | 07/08/2019 | Remove |
| 387908 | Proof of Injury - Before & After Photographs - Dec 2014 - Before | 07/08/2019 | Remove |
| 387906 | Proof of Injury - Before & After Photographs - Dec 2014 - Before | 07/08/2019 | Remove |
| 387905 | Proof of Injury - Before & After Photographs - Oct 2014 - Before | 07/08/2019 | Remove |
| 387904 | Proof of Injury - Before & After Photographs - Nov 2014 - Before | 07/08/2019 | Remove |
| 387903 | Proof of Use -- Medical Records - Centegra Sage Cancer Center | 07/08/2019 | Remove |
| 387902 | Proof of Use -- Medical Records - Centrgra Gavers Breast Cancer | 07/08/2019 | Remove |
| 387901 | Proof of Use -- Medical Records - Bonnie Bremer | 07/08/2019 | Remove |

**Plaintiff Fact Sheet**

I. Plaintiff Fact Sheet          Amend Fact Sheet     PFS Compare

© 2022 BrownGreer PLC. All rights reserved.