**VIA MDL CENTRALITY**

Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100,
Houston, TX 77046

    RE: Notice of Deficiency in Plaintiff Fact Sheet
       *In re Taxotere., MDL No. 2740*
       Plaintiff Name & ID Number: PAHIOS, PENELOPE - 12662
       Docket No. Provided on PFS:

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

**EXHIBIT**
**B**

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Social Security Number | I. 17 | Failed to respond. |
| 2. | Response 1 - Date of Post | II. 19 | Failed to respond. |
| 3. | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 4. | "Unknown" Certification | III.4 | Failed to respond. |
| 5. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 6. | Medications used regularly in seven years before Taxotere? | IV. 20 | Other - Please list all Rx or OTC medications taken regularly, or more than three times, at any point in the seven years prior to Taxotere treatment. |
| 7. | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 8. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 9. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 10. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 11. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 12. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |

| 13. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
|---|---|---|---|
| 14. | Medications when Hair Loss Began | VII. 11 | Other - Please list all Rx or OTC medications plaintiff was taking when hair loss began. |
| 15. | Response 1 - Medication List when Hair Loss Began | VII. 11 | Failed to respond. |
| 16. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 17. | Response 2 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 18. | Response 3 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 19. | Response 7 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 20. | Response 1 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 21. | Response 2 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 22. | Response 3 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 23. | Response 4 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 24. | Response 5 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 25. | Response 6 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 26. | Response 1 - Laboratory Name | VIII. 3 | Failed to respond. |
| 27. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 28. | Response 1 - Laboratory Address | VIII. 3 | Failed to respond. |
| 29. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 30. | Response 1 - Laboratory Test | VIII. 3 | Failed to respond. |
| 31. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 32. | Response 1 - Retailer Dates | VIII. 5 | Failed to provide full range of years. |
| 33. | Response 2 - Retailer Dates | VIII. 5 | Failed to provide full range of years. |
| 34. | Response 1 - Insurance Carrier Insured SSN | VIII. 6 | Failed to provide full SSN of Insured. |
| 35. | Response 1 - Insurance Carrier Dates of Coverage | VIII. 6 | Failed to provide full range of years. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.