UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE JANE TRICHE MILAZZO <br><br> MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Sandra Espe v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al.,* <br> Civil Action No. 2:17-cv-15657 | |

**[PROPOSED ORDER] GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND TIME FOR PLAINTIFF SANDRA ESPE TO COMPLY WITH CMO 35**

Plaintiff Sandra Espe's Motion for Leave to Extend Time for Plaintiff to Comply with CMO 35 is GRANTED.

The Court finds that Defendants Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC were properly served by Plaintiff's counsel on September 28, 2022. Due to excusable neglect, so found by the Court, the deadline for Plaintiff to comply with CMO 35 should be, and is hereby, extended for Plaintiff to comply with CMO 35, from August 31, 2022 to September 28, 2022.

Defendants' Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____ day of _____, 2022.

_____
U.S. District Judge