## Marco Galindez

**From:**        Marco Galindez
**Sent:**        Tuesday, June 12, 2018 5:17 PM
**To:**         John Olinde; Douglas Moore; kbieri@shb.com; ckaufman@shb.com
**Cc:**         John Thornton; Trevor White; Marco Galindez; Daniela Trujillo
**Subject:**      RE: Espe v. Hospira, et al. (2:17-cv-15657)
**Attachments:**   2018-06-12 - Espe, Sandra - Motion for leave to file and amend complaint.pdf; 2018-06-12 - Espe -
             FAC (EXHIBIT 1).pdf; 2018-06-12 - Espe, Sandra - Proposed Order granting motion for leave to file
             amended complaint.pdf


Counsel,

Pursuant to PTO 37A, please find the attached draft of the of our Motion for Leave to File an Amended Complaint as to
our client, Sandra Espe, in the above-referenced matter. We have also attached Exhibit 1 (Proposed) First Amended
Complaint and lastly the (Proposed) Order Granting Plaintiff's Motion for Leave to File the First Amended Complaint.

Sanofi was identified as an additional manufacturer and records were uploaded to the MDL per CMO 12.

Best,

Marco-

Marco Galindez
*Paralegal*

ANDREWS & THORNTON
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Tel: (949) 748-1000
Fax: (949) 315-3540
Email: marco@andrewsthornton.com
Website: www.andrewsthornton.com

Click here to upload files to our secure cloud account.

**For the Most Recent Updates Follow Us On:**
**AndrewsThorntonBlog.com**


THIS IS A CONFIDENTIAL COMMUNICATION.
It is intended that this communication will not be read except by persons to whom it is addressed by the author. It may contain material, which is privileged or protected work product. The
communication of the contents of this message without the author's consent is prohibited. If received by you in error or forwarded to you without the express permission of the original
author, please immediately delete it.
THANK YOU.

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | SECTION "N" (5) JUDGE JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:** | COMPLAINT & JURY DEMAND |
| *Sandra Espe v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al., Civil Action No. 2:17-cv-15657* | Civil Action No.: *2:17-cv-15657* |

## <u>FIRST AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2018)</u>[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

   Sandra L. Espe

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

   N/A

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

4.  Current State of Residence:

California

5.  State in which Plaintiff(s) allege(s) injury:

California

6.  Defendants (check all Defendants against whom a Complaint is made):

    a.  Taxotere Brand Name Defendants

        ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☒ B. Sanofi-Aventis U.S. LLC

    b.  Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐ A. Sandoz Inc.

        ☐ B. Accord Healthcare, Inc.

        ☐ C. McKesson Corporation d/b/a McKesson Packaging

        ☒ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☒ E. Hospira, Inc.

        ☐ F. Sun Pharma Global FZE

        ☐ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐ H. Pfizer Inc.

        ☐ I. Actavis LLC f/k/a Actavis Inc.

        ☐ J. Actavis Pharma, Inc.

        ☒ K. Other:

           Winthrop and Does 1-100; The true names, capacities and acts or omissions of Defendants sued as Does are unknown.

2

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

   District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

   | |
   |---|
   | United States District Court Central District of California |

9. Brand Product(s) used by Plaintiff (check applicable):

   ☒ A. Taxotere

   ☐ B. Docefrez

   ☒ C. Docetaxel Injection

   ☒ D. Docetaxel Injection Concentrate

   ☐ E. Unknown

   ☐ F. Other:

   | |
   |---|
   | |

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

   | |
   |---|
   | Approx. 5/2015 - 8/2015 |

11. State in which Product(s) identified in question 9 was/were administered:

> California

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Permanent Alopecia

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn

☒ Count III – Negligence

☒ Count IV – Negligent Misrepresentation

☒ Count V – Fraudulent Misrepresentation

☒ Count VI – Fraudulent Concealment

☒ Count VII – Fraud and Deceit

☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

Dated: <u>June 12, 2018</u>                          By

| |
|---|
| ANDREWS & THORNTON<br><br><u>/s/ John C. Thornton</u><br>John C. Thornton, Esq.<br>4701 Von Karman Ave., Suite 300<br>Newport Beach, CA 92660<br>Phone: (949) 748-1000<br>Facsimile: (949) 315-3540<br>jct@andrewsthornton.com<br><br>*Attorney for Plaintiff* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:**<br>*Sandra Espe v. Hospira Worldwide, LLC f/k/a*<br>*Hospira Worldwide, Inc., et. al.,*<br>*Civil Action No. 2:17-cv-15657* | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AND AMEND COMPLAINT

Plaintiff, SANDRA ESPE, by and through undersigned counsel, respectfully brings this Motion pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Plaintiff seeks to add Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC. as defendants. Plaintiff's medical records identify Sanofi-Aventis and Sanofi U.S. Services as an additional manufacturer of the Docetaxel administered to Plaintiff.

Dated: June 12, 2018.

Respectfully submitted,

*/s/ John C. Thornton*
Andrews & Thornton
4701 Von Karman Ave., #300
Newport Beach, CA 92660
Phone: (949) 748-1000
Facsimile: (949) 315-3540
John C. Thornton, Esq.
jct@andrewsthornton.com

*Attorney for Plaintiff*

1

<u>/s/ Douglas J. Moore</u>
Douglas J. Moore, Esq.
Kelly Brilleaux
Irwin Fritchie Urquhart & Moore
400 Poydras St., Suite 2700
New Orleans, LA 70130
Phone: (504) 310-2100
Facsimile: (504) 310-2100
dmoore@irwinllc.com
kbrilleaux@irwinllc.com

***Liaison counsel for the Defendants***

## <u>CERTIFICATE OF COMPLIANCE</u>

In compliance with Local Rule 7.6, Defense Liaison Counsel has been contacted and Defendants do not oppose the relief requested.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ John Thornton*
John C. Thornton

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| **THIS DOCUMENT RELATES TO:** *Sandra Espe v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al., Civil Action No. 2:17-cv-15657* | |

<u>**ORDER**</u>

Upon Plaintiff's Motion for Leave to File an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2018

_____
The Hon. Jane Triche Milazzo

1