# EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Sandra Espe v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., et. al.,*<br>Civil Action No. 2:17-cv-15657 | |

## DECLARATION OF ERIK FRITZ

I, Erik C. Fritz, declare as follows:

I am an attorney duly licensed to practice law in California and Florida. My law firm, Andrews & Thornton, is counsel for Plaintiff Sandra Espe in this action. This declaration is submitted in support of Plaintiff, Sandra Espe's Response to Defendant Sanofi's Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and Plaintiff's Motion for Leave to Extend the Time for Plaintiff to Comply with CMO 35. The following facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

I am the associate attorney responsible for overseeing the day-to-day management of the firm's Taxotere cases.

On or about June 12, 2018, Plaintiff's counsel sent email correspondence to Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC's counsel at kbieri@shb.com and ckaufman@shb.com, advising that "Pursuant to PTO 37A, please find the attached draft of the of our [*sic*] Motion for Leave to File an Amended Complaint as to our client, Sandra Espe, in the above-referenced matter... Sanofi was identified as an additional manufacturer and records were uploaded to the MDL per CMO 12."

Plaintiff's records reflect that shortly thereafter, Plaintiff conferred with Defense Liaison Counsel, and Plaintiff's Defense Liaison Counsel did not oppose Plaintiff's Motion to Amend.

On or about July 16, 2018, Plaintiff's Motion to Amend was granted, and Plaintiff formally amended her complaint, adding Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC as additional defendants.

1

On July 18, 2018, Plaintiff filed requests for summonses to be issued for Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC.

On July 26, 2018, the court clerk issued executed summonses for Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC.

Due to a clerical error by a former legal assistant, two service emails were not timely sent to Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC in 2018, despite summonses on Plaintiff's Amended Complaint having been timely and properly issued for them.

I conducted a search of the former legal assistant's emails from a backup drive. From that search, it appears the former legal assistant simply forgot to send the two service emails to Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC in connection with this case, as required.

Plaintiff's counsel provided Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC with actual notice that they were being named as additional defendants in the case, via its June 12, 2018 correspondence. However, it appears Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC were not timely served with the amended complaint, as required, due to a clerical error.

Once Defendants brought this clerical error to our attention, our firm promptly served Sanofi U.S. Services Inc. and Sanofi-Aventis U.S. LLC at the following email address: Taxoterecomplaints@shb.com, on September 28, 2022. Attached are true and correct copies of the service emails were sent on September 28, 2022, along with the attachments, attached hereto as *Exhibit C*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 11, 2022, at Newport Beach, California.

By: *Erik C. Fritz*
ERIK C. FRITZ

2