# EXHIBIT 1

| | |
|---|---|
| **From:** | Bria Hanlon |
| **To:** | Bria Hanlon |
| **Subject:** | FW: SNIPES, FLOSSIE - EASTERN DISTRICT OF LA |
| **Date:** | Thursday, September 29, 2022 2:46:54 PM |
| **Attachments:** | STONE - SA.pdf |
| | STONE, KAREN - COMPLAINT.pdf |

**From:** Amanda Herl <aherl@atkinsandmarkoff.com>
**Sent:** Friday, January 18, 2019 12:57 PM
**To:** TAXOTERECOMPLAINTS@shb.com
**Subject:** SNIPES, FLOSSIE - EASTERN DISTRICT OF LA

DANIEL P. MARKOFF OBA#14886
ATKINS & MARKOFF
9211 Lake Hefner Pkwy, Ste 104
Oklahoma City, OK 73120
Office:  (405) 607-8757
Fax: (405) 607-8749
dmarkoff@atkinsandmarkoff.com

BRIA A. HANLON OBA#32412
ATKINS & MARKOFF
9211 Lake Hefner Pkwy, Ste 104
Oklahoma City, OK 73120
Office:  (405) 607-8757
Fax: (405) 607-8749
bhanlon@atkinsandmarkoff.com



Amanda Herl
ATKINS & MARKOFF
9211 Lake Hefner Pkwy, Ste 104
Oklahoma City, OK 73120
Office:  (405) 607-8757
Fax: (405) 607-8749
aherl@atkinsandmarkoff.com

| | |
|---|---|
| **From:** | Bria Hanlon |
| **To:** | Bria Hanlon |
| **Subject:** | FW: SNIPES, FLOSSIE - EASTERN DISTRICT OF LA |
| **Date:** | Thursday, September 29, 2022 2:47:16 PM |

**From:** Taxotere <Taxoterecomplaints@shb.com>
**Sent:** Friday, January 18, 2019 12:57 PM
**To:** Amanda Herl <aherl@atkinsandmarkoff.com>
**Subject:** RE: SNIPES, FLOSSIE - EASTERN DISTRICT OF LA

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

Mail Gate made the following annotations on Fri Jan 18 2019 12:56:51

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.