# EXHIBIT 2

| | |
|---|---|
| **From:** | Bria Hanlon |
| **To:** | taxoterecomplaints@shb.com |
| **Cc:** | Dan Markoff |
| **Subject:** | STONE, KAREN - EASTERN DISTRICT OF LA |
| **Date:** | Tuesday, October 11, 2022 5:37:58 PM |
| **Attachments:** | STONE - SA.pdf |
| | STONE, KAREN - COMPLAINT.pdf |

---------- Forwarded message ---------
From: **Bria Hanlon** <bhanlon@amalaw.com>
Date: Thu, Sep 29, 2022 at 2:46 PM
Subject: FW: SNIPES, FLOSSIE - EASTERN DISTRICT OF LA
To: Bria Hanlon <bhanlon@amalaw.com>

**From:** Amanda Herl <aherl@atkinsandmarkoff.com>
**Sent:** Friday, January 18, 2019 12:57 PM
**To:** TAXOTERECOMPLAINTS@shb.com
**Subject:** SNIPES, FLOSSIE - EASTERN DISTRICT OF LA

DANIEL P. MARKOFF
OBA#14886

ATKINS & MARKOFF

9211 Lake Hefner Pkwy, Ste 104

Oklahoma City, OK 73120

Office:  (405) 607-8757

Fax: (405) 607-8749

dmarkoff@atkinsandmarkoff.com


BRIA A. HANLON OBA#32412

ATKINS & MARKOFF

9211 Lake Hefner Pkwy, Ste 104

Oklahoma City, OK 73120

Office:  (405) 607-8757

Fax: (405) 607-8749

bhanlon@atkinsandmarkoff.com



Amanda Herl

ATKINS & MARKOFF

9211 Lake Hefner Pkwy, Ste 104

Oklahoma City, OK 73120

Office:  (405) 607-8757

Fax: (405) 607-8749

aherl@atkinsandmarkoff.com

--
Bria A. Moos
*Partner, Attorney at Law*
Adler Markoff & Associates

**From:** Taxotere
**To:** Bria Hanlon
**Subject:** RE: STONE, KAREN - EASTERN DISTRICT OF LA
**Date:** Tuesday, October 11, 2022 5:38:36 PM

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.