# EXHIBIT 5

**VIA MDL CENTRALITY**

Atkins & Markoff
9211 Lake Hefner Parkway, Suite 104,
Oklahoma City, OK 73120

   RE: Notice of Deficiency in Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: STONE, KAREN - 9781
      Docket No. Provided on PFS: 18-CV-12559

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Plaintiff Social Security Number | I. 17 | Failed to respond. |
| 2. | Response 1 - Screen Name or User Handle | II. 19 | Failed to identify the screen name or user handle[s]. |
| 3. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 4. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 5. | Response 1 - Primary Oncologist Information - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 6. | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 7. | Response 1 - Treatment - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 8. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 9. | Different Hair Care Regimen | VII. 15 | Failed to respond. |
| 10. | Hair Care Regimen Description | VII. 15. a | Failed to describe past hair care regimen. |
| 11. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 12. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |

| | | | |
|---|---|---|---|
| 13. | Response 1 - Facility Name | VIII. 2 | Other - Please provide the information requested for each facility previously identified in the PFS, including, but not limited to, Beth Israel Deaconess Medical Center – Hematology/Oncology. |
| 14. | Response 1 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 15. | Response 5 - Facility Reason for Treatment | VIII. 2 | Failed to respond. |
| 16. | Response 1 - Insurance Carrier Insured SSN | VIII. 6 | Failed to provide full SSN of Insured. |
| 17. | Response 1 - Insurance Carrier Policy Number | VIII. 6 | Failed to provide policy number. |
| 18. | Response 2 - Insurance Carrier Insured SSN | VIII. 6 | Failed to provide full SSN of Insured. |
| 19. | Response 3 - Insurance Carrier Insured SSN | VIII. 6 | Failed to provide full SSN of Insured. |
| 20. | Response 3 - Insurance Carrier Dates of Coverage | VIII. 6 | Failed to provide full range of years. |
| 21. | Social Media Posts | IX | Failed to provide records requested. |
| 22. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 23. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 24. | Hair Photos Today | IX | Other - Plaintiff claims loss of body hair but failed to provide dated after photos of the same. |
| 25. | Signed Authorizations for Medical Records | IX | Other - Failed to provide Court-approved authorizations. |
| 26. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 27. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 28. | Signed Authorizations for Medical Records | IX | Failed to provide signed and dated psychiatric records authorization. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.