# EXHIBIT 1

| | |
|---|---|
| **From:** | Bria Hanlon |
| **To:** | hospirataxoteremdl@wolterskluwer.com |
| **Subject:** | HANSEN, LORI VS. HOSPIRA, INC., 2:18-CV-00355, Eastern District of Louisiana |
| **Date:** | Tuesday, October 11, 2022 12:49:04 PM |
| **Attachments:** | HANSEN, LORI - SFC.pdf |
| | HANSEN, LORI -HOSP.pdf |

Bria A. Moos
*Attorney at Law, Partner*
ADLER MARKOFF & ASSOCIATES
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK  73120
Phone : (405) 607-8757
Fax: (405) 607-8749

bhanlon@amalaw.com

| | |
|---|---|
| **From:** | HospiraTaxotereMDL |
| **To:** | Bria Hanlon |
| **Subject:** | Confirmation Email Receipt |
| **Date:** | Tuesday, October 11, 2022 12:49:29 PM |

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.