# EXHIBIT 3

**VIA MDL CENTRALITY**

Atkins & Markoff

9211 Lake Hefner Parkway, Suite 104,

Oklahoma City, OK 73120

RE: Amended Notice of Deficiency in Fifth Amended Plaintiff Fact Sheet
   *In re Taxotere., MDL No. 2740*
   Plaintiff Name & ID Number: HANSEN, LORI - 7129
   Docket No. Provided on PFS: 18-CV-00355

Dear Counsel:

This Notice is submitted on behalf of defendants properly served, as of the date plaintiff's Amended Plaintiff Fact Sheet (Amended PFS), as submitted via MDL Centrality. All other defendants reserve their rights as to this Amended PFS.

Defendants have reviewed the above submitted Amended PFS to determine if deficiencies identified in the served Notice of Deficiency have been cured. Uncured deficiencies are listed in the table below.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | Response 1 - Annual Gynecological Doctor | IV. 11 | Other - Please checked the skipped/missed box for each entry below. |
| 2.  | Response 1 - Annual Mammogram Doctor | IV.12 | Other - Please checked the skipped/missed box where appropriate below (2013-present). |
| 3.  | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 4.  | Response 2 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 5.  | Response 3 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 6.  | Response 4 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 7.  | Response 5 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 8.  | Response 6 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 9.  | Response 7 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 10. | Response 8 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 11. | Response 9 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 12. | Response 10 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 13. | Response 11 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |

| | | | |
|---|---|---|---|
| 14. | Response 12 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 15. | Response 14 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 16. | Response 1 - Family Member Diagnosed with Breast Cancer | IV. 13 | Failed to respond. |
| 17. | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 18. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 19. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide complete healthcare provider information for 2010-present. |
| 20. | Response 1 - Laboratory Name | VIII. 3 | Other - Please provide complete laboratory information for 2008-present. |
| 21. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 22. | Response 2 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 23. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 24. | Expense Records - Who has the Documents | IX | Failed to respond. |
| 25. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 26. | Hair Photos During Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 27. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 28. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |

Pursuant to PTO 22 paragraph 5, defendants reserve the right to add this case to the Status Conference Agenda for failure to cure deficiencies within 30 days of service of a Deficiency Notice.

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

**VIA MDL CENTRALITY**

Atkins & Markoff
9211 Lake Hefner Parkway, Suite 104,
Oklahoma City, OK 73120

 RE: Notice of Deficiency in Fourth Amended Plaintiff Fact Sheet
  *In re Taxotere., MDL No. 2740*
  Plaintiff Name & ID Number: HANSEN, LORI - 7129
  Docket No. Provided on PFS: 2740

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | Caption | I. 1 | Other - Case Caption is the case name, not #. |
| 2.  | Court and Docket No | I.2 | Other - Plaintiff's case # goes here. |
| 3.  | Current Employer Name | II. 6.a. | Failed to respond. |
| 4.  | Current Employer Address | II.6.b. | Failed to respond. |
| 5.  | Current Employer Telephone Number | II.6.c. | Failed to respond. |
| 6.  | Current Employment Position | II.6.d. | Failed to respond. |
| 7.  | Response 1 - Annual Gynecological Doctor | IV. 11 | Other - Please checked the skipped/missed box for each entry below. |
| 8.  | Response 1 - Annual Mammogram Doctor | IV.12 | Other - Please checked the skipped/missed box where appropriate below (2013-present). |
| 9.  | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 10. | Response 2 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 11. | Response 3 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 12. | Response 4 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 13. | Response 5 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 14. | Response 6 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |

| | | | |
|---|---|---|---|
| 15. | Response 7 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 16. | Response 8 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 17. | Response 9 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 18. | Response 10 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 19. | Response 11 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 20. | Response 12 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 21. | Response 14 - Annual Mammogram Doctor | IV.12 | Failed to provide full name[s]. |
| 22. | Response 1 - Family Member Diagnosed with Breast Cancer | IV. 13 | Failed to respond. |
| 23. | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 24. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 25. | Response 1 - Wig Place Purchased | VII. 26 | Other - Please provide a physical address. |
| 26. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide complete healthcare provider information for 2010-present. |
| 27. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 28. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 29. | Response 2 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 30. | Response 3 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 31. | Response 2 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 32. | Response 3 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 33. | Response 5 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 34. | Response 6 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 35. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 36. | Response 1 - Laboratory Name | VIII. 3 | Other - Please provide complete laboratory information for 2008-present. |
| 37. | Response 2 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 38. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 39. | Social Media Posts | IX | Failed to respond. |
| 40. | Social Media Posts - Who has the Documents | IX | Failed to respond. |
| 41. | Expense Records - Who has the Documents | IX | Failed to respond. |

| | | | |
|---|---|---|---|
| 42. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 43. | Hair Photos Before Treatment | IX | Other - Photographs are not good quality and should be supplemented.  Please provide a straight photographs as well and not just the sides.   Plaintiff alleges loss of eyelashes and eyebrows in section VI.5, but failed to provide a clear before photograph representative of plaintiff's eyelashes and eyebrows prior to treatment. |
| 44. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 45. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 46. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.