# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Marytina Hill*

2:18-cv-10757-JTM-MBN

---

### AFFIDAVIT OF ALEX IVANOV

---

BEFORE ME, the undersigned authority, personally appeared Alex Ivanov, known to me to be the person whose signature appears below, who after being by me duly sworn, stated upon his oath as follows:

1. "My name is Alex Ivanov. I am an attorney for Plaintiff Marytina Hill ("Plaintiff") in the above-referenced matter. I am over 18 years of age and am fully competent in all respects to make this affidavit, the statements of which are within my personal knowledge and are true and correct.

2. After entry of CMO 35, I and others in my law Firm reviewed every one of the Firm's cases in its inventory and attempted to determine whether service had been effected on all Defendants. That consisted of hundreds of cases. I went through each case one by one and created a spreadsheet with regard to any service deficiencies I could find.

3. Upon reviewing this case, I could not locate a copy of service on the Hospira Defendants in the Firm's case management system. In an abundance of caution, I intended to re-serve the Hospira Defendants on or before 8/31/22. I noted on the spreadsheet I created that I

should serve/ re-serve the Hospira Defendants. Counsel for Plaintiff (our Firm) went through all of its cases (hundreds on file) one by one to attempt to verify that service was completed. Unfortunately, when going back through the spreadsheet and serving/ re-serving in other cases on or before 8/31/22, I inadvertently failed to see my notation on the spreadsheet that Hospira Defendants should be served/ re-served in this case. The foregoing was not the result of conscious indifference, but rather was an inadvertent mistake or accident.

4. Once Hospira Defendants filed their Motion to Dismiss and brought this to our attention, we investigated and determined what had happened, as shown by the attached Exhibit A-1, we served Hospira Defendants with an email with the Complaint and Summons on October 11, 2022.

FURTHER AFFIANT SAYETH NOT."

_____
Alex Ivanov

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this 11th day of October, 2022 to certify which witness my hand and official seal.

_____
Notary Public, The State of Texas

ISMAEL CHRISTIAN BARRAGAN
Notary Public, State of Texas
Comm. Expires 10-19-2025
Notary ID 124020335

Ismael Christian Barragan
Printed Name

# EXHIBIT A-1

Reply   Reply All   Forward

Tue 10/11/2022 5:14 PM

## Alex Ivanov

### 2:18-cv-10757 Marytina Hill

To   HospiraTaxotereMDL@WoltersKluwer.com

Cc   Ryan Browne; Christian Barragan

📎 Hospira Summons.pdf — 1 MB      📎 SFC.pdf — 157 KB

Good Afternoon,

Per the forthcoming response to Hospira's Motion to Dismiss for Failure to Comply with CMO No. 35, please see the attached that was inadvertently not provided.

Thank you!



REYES | BROWNE | REILLEY

A referral is the best compliment. If you know anyone that needs our help, please have them call our office or visit www.reyeslaw.com for a free case evaluation.

**Alex Ivanov**
Attorney
**REYES | BROWNE | REILLEY**

📍 8222 Douglas Avenue, Suite 400, Dallas, TX, 75225
✉ Email: Alex@reyeslaw.com
📞 Tel: (214) 526-7900  Fax: (214) 526-7910
🌐 Web: www.reyeslaw.com

"This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by return e-mail or fax and delete this from any computer."



Tue 10/11/2022 5:14 PM

HospiraTaxotereMDL <HospiraTaxotereM

Confirmation Email Receipt

To   Alex Ivanov

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.