# Michelle Olger

| | |
|---|---|
| **From:** | Michelle Olger |
| **Sent:** | Tuesday, October 4, 2022 9:05 AM |
| **To:** | 'taxoterecomplaints@shb.com' |
| **Subject:** | Mignon Jackson United States District Court Eastern District of Louisiana |
| **Attachments:** | COMPLAINT.pdf.pdf; JACKSON- ISSUED SUMMONS.pdf |

Pursuant to Pretrial Order NO. 9 please find the attached filed complaint and issued summons for Mignon Jackson

Thank you,
**MICHELLE OLGER, BSN**
Paralegal

---

398 W. Morse Blvd., Suite 200
Winter Park, FL 32789
407.839.0866 tel   |   321.304.6059 fax
[www.maherlawfirm.com](www.maherlawfirm.com)

THE
MAHER
LAW FIRM