| | |
|---|---|
| **From:** | Bradley Morris |
| **To:** | Michelle Olger |
| **Subject:** | FW: 5160088 LAWRENCE (Carolyn) v. Taxotere: Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence |
| **Date:** | Friday, May 11, 2018 12:34:21 PM |
| **Attachments:** | Barthelemy- UPDATED Plaintiff"s Unopposed Motion for Leave to file and ....docx<br>RE Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence.msg<br>Lawrence- UPDATED Plaintiff"s Unopposed Motion for Leave to file and Ame....docx |

**From:** Sara Roitman [mailto:sararoitman@quinnemanuel.com]
**Sent:** Friday, January 12, 2018 10:59 AM
**To:** Bradley Morris
**Cc:** Jason Fraxedas; Brittany Johnson; Mara Cusker Gonzalez
**Subject:** RE: 5160088 LAWRENCE (Carolyn) v. Taxotere: Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence

Thanks Brad. The proposed motion for Lawrence does not contain the edits that we requested be added to the Barthelemy and Lawrence complaints. Please incorporate the attached edits and send us an updated motion to review. Can you please also confirm that these edits were made to the Barthelemy motion?

Thanks,

Sara

**From:** Bradley Morris [mailto:bmorris@maherlawfirm.com]
**Sent:** Friday, January 12, 2018 9:54 AM
**To:** Sara Roitman <sararoitman@quinnemanuel.com>
**Cc:** Jason Fraxedas <jrfraxedas@maherlawfirm.com>; Brittany Johnson <bjohnson@maherlawfirm.com>
**Subject:** RE: 5160088 LAWRENCE (Carolyn) v. Taxotere: Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence

Ms. Roitman,

I do not believe I ever received your edits to the attached motion regarding the proposed amended complaint for Ms. Lawrence. Please send me your amendments at your earliest convenience. Thank you.

Sincerely,

Brad Morris

**From:** Jason Fraxedas
**Sent:** Thursday, December 21, 2017 9:34 AM
**To:** Bradley Morris; Brittany Johnson
**Subject:** FW: Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence

**From:** Mara Cusker Gonzalez [mailto:maracuskergonzalez@quinnemanuel.com]
**Sent:** Wednesday, November 15, 2017 4:34 PM
**To:** Jason Fraxedas; Sara Roitman
**Cc:** Olinde, John; holdene@gtlaw.com; dmoore@irwinllc.com; Michelle Rayser
**Subject:** RE: Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence

Here are requested edits from Hospira and Sandoz. Thanks.

Mara

**Mara Cusker Gonzalez**
*Of Counsel*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7597 Direct
212-849-7000 Main Office Number

212-849-7100 FAX
maracuskergonzalez@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jason Fraxedas [mailto:jrfraxedas@maherlawfirm.com]
**Sent:** Wednesday, November 15, 2017 3:30 PM
**To:** Sara Roitman <sararoitman@quinnemanuel.com>
**Cc:** Olinde, John <Olinde@chaffe.com>; Mara Cusker Gonzalez <maracuskergonzalez@quinnemanuel.com>; holdene@gtlaw.com; dmoore@irwinllc.com; Michelle Rayser <mrayser@maherlawfirm.com>
**Subject:** RE: Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence

Ms. Roitman,

I do not believe I ever received your edits to the attached motions regarding the proposed amended complaints for Ms. Barthelemy and Ms. Lawrence. Please send me your amendments at your earliest convenience. Thank you.

Jason

**From:** Jason Fraxedas
**Sent:** Wednesday, September 27, 2017 11:13 AM
**To:** 'Sara Roitman'
**Cc:** Olinde, John; Mara Cusker Gonzalez; holdene@gtlaw.com; dmoore@irwinllc.com
**Subject:** RE: Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence

Thank you Sara. Please see attached word versions of the motions.

**From:** Sara Roitman [mailto:sararoitman@quinnemanuel.com]
**Sent:** Tuesday, September 26, 2017 3:05 PM
**To:** Jason Fraxedas
**Cc:** Olinde, John; Mara Cusker Gonzalez; holdene@gtlaw.com; dmoore@irwinllc.com
**Subject:** FW: Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence

Mr. Fraxedas,

John Olinde forwarded your request to amend Ms. Barthelemy's PFS to add Hospira and Sandoz as Defendants and amend Ms. Lawrence's PFS to add Hospira as a Defendant. Hospira and Sandoz have conferred and both defendants agree not to oppose the amendment requests. Hospira and Sandoz, however, reserve all rights to all available defenses, including any defenses based on lack of product identification, if appropriate, as to both Plaintiffs. In addition, we ask that you please send a Word version of the Unopposed Motions so we can track some changes as we can't agree to the Motions as written.

Regards,

Sara

**Sara Roitman**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

500 West Madison St., Suite 2450
Chicago, IL 60661
312-705-7416 Direct
213.443.3000 Main Office Number
312.463.2962 FAX
sararoitman@quinnemanuel.com

www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Jason Fraxedas
**Sent:** Monday, September 18, 2017 4:25 PM
**To:** dmoore@irwinllc.com; Olinde, John
**Cc:** Michelle Rayser
**Subject:** Taxotere consent to amend complaints - Rocklyn Barthelemy and Carolyn Lawrence

Counsel,

It has come to our attention that Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., appear to have manufactured the docetaxel used by Plaintiffs in two of my firm's cases:

1. Rocklyn Barthelemy (MDL Docket No. 2:16-cv-17948)
2. Carolyn Lawrence (MDL Docket No. 2:16-cv-17958)

Also, it appears Sandoz, Inc. manufactured some of the docetaxel used by Mrs. Barthelemy. Therefore, I would like to obtain counsel's consent pursuant to Local Rule 7.6 to amend the complaint in both cases to add the Hospira entities as defendants in Mrs. Lawrence's case, add the Hospira/Sandoz entities in Mrs. Barthelemy's case, and drop the Sanofi entities from both cases. I have attached the proposed motions, orders, and amended short form complaints for each. I have also attached documentation supporting product identification.

I look forward to hearing from you regarding this issue.

Sincerely,

**Jason R. Fraxedas**
Attorney

www.maherlawfirm.com



Phone: (407) 839-0866
Fax: (407) 425-7958
**Office:**
271 W. Canton Ave.
Suite 1
Winter Park, FL 32789
**Mailing:**
PO Box 2209
Winter Park, FL 32790-2209

Confidentiality Notice

The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender of this message immediately.

Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.