# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Khanhtrang Tonnu*

2:19-cv-12654-JTM-MBN

## AFFIDAVIT OF ALEX IVANOV

　　BEFORE ME, the undersigned authority, personally appeared Alex Ivanov, known to me to be the person whose signature appears below, who after being by me duly sworn, stated upon his oath as follows:

　　1.　"My name is Alex Ivanov. I am an attorney for Plaintiff Khanhtrang Tonnu ("Plaintiff") in the above-referenced matter. I am over 18 years of age and am fully competent in all respects to make this affidavit, the statements of which are within my personal knowledge and are true and correct.

　　2.　After entry of CMO 35, I and others in my law Firm reviewed every one of the Firm's cases in its inventory and attempted to determine whether service had been effected on all Defendants. That consisted of hundreds of cases. I went through each case one by one and created a spreadsheet with regard to any service deficiencies I could find.

　　3.　Upon reviewing this case, I could not locate a copy of service on the Hospira Defendants and/or Sandoz in the Firm's case management system. While I believed they had been served (as other Defendants had been served), in an abundance of caution, I attempted to re-serve

the Hospira Defendants and Sandoz Inc. on 8/31/22. Per the emails attached hereto as Exhibit A-1 and by this reference incorporated herein, I sent emails with Complaints and Summonses attached to the Hospira Defendants and, inadvertently, Sanofi instead of Sandoz (email was sent to taxoterecomplaints@shb instead of sandoz-taxotere-complaints@gtlaw.com) on 8/31/22.

4.  The foregoing was not the result of conscious indifference, but rather was an inadvertent mistake or accident. Unfortunately, when attempting to serve (or re-serve; our Firm believed all Defendants had been served but perhaps an email effecting service had not been properly saved to its case management system) Defendant Sandoz Inc. in this case, I mistakenly sent the email to taxoterecomplaints@shb instead of sandoz-taxotere-complaints@gtlaw.com.

5.  Once Sandoz Inc. filed its Motion to Dismiss and brought this to the attention of counsel for Plaintiff for the first time, as shown by the attached Exhibit A-2, I served Defendant Sandoz Inc. with an email with the Complaint and Summons on October 4, 2022.

FURTHER AFFIANT SAYETH NOT."

_____
Alex Iyanov

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this 11th day of October, 2022 to certify which witness my hand and official seal.

_____
Notary Public, The State of Texas

ISMAEL CHRISTIAN BARRAGAN
Notary Public, State of Texas
Comm. Expires 10-19-2025
Notary ID 124020335

Ismael Christian Barragan
Printed Name

# EXHIBIT A-1



Reply | Reply All | Forward

Wed 8/31/2022 3:01 PM

**Alex Ivanov**

FW: Tonnu, Khanhtrang - 2:19-cv-12654 / United States District Court for the Eastern District of Louisian

To  'taxoterecomplaints@shb.com'

Cc  Ryan Browne

ⓘ You forwarded this message on 9/30/2022 3:27 PM.



📄 Sanofi US Services.pdf — 767 KB
📄 Sanofi-Aventis.pdf — 767 KB
📄 FM SFC. Tonnu, Khanktrang.pdf — 201 KB

Counsel,

We believe this has previously been served, but in an abundance of caution, please find the attached Summons and Complaint for our client, represented by:

Ryan J. Browne
Spencer P. Browne
Reyes|Browne| Reilley
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (fax)
spencer@reyeslaw.com
ryan@reyeslaw.com



R E Y E S | B R O W N E | REILLEY

A referral is the best compliment. If you know anyone that needs our help, please have them call our office or visit www.reyeslaw.com for a free case evaluation.

**Alex Ivanov**
Attorney

**REYES | BROWNE | REILLEY**

📍 8222 Douglas Avenue, Suite 400, Dallas, TX, 75225
✉ **Email:** Alex@reyeslaw.com
📞 **Tel:** (214) 526-7900 **Fax:** (214) 526-7910
🌐 **Web:** www.reyeslaw.com

"This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by return e-mail or fax and delete this from any computer."



Counsel,

We believe this has previously been served, but in an abundance of caution, please find the attached Summons and Complaint for our client, represented by:

Ryan J. Browne
Spencer P. Browne
Reyes|Browne| Reilley
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (fax)
spencer@reyeslaw.com
ryan@reyeslaw.com

# EXHIBIT A-2

↩ Reply   ↩ Reply All   ➔ Forward

Tue 10/4/2022 5:35 PM



### Alex Ivanov



Tonnu, Khanhtrang - 2:19-cv-12654 / United States District Court for the Eastern District of Louisian

To: sandoz-taxotere-complaints@gtlaw.com
Cc: Ryan Browne

📎 Sandoz.pdf — 767 KB
📎 FM SFC- Tonnu Khanktrang.pdf — 201 KB

Counsel,

Please see the attached short form complaint and Summons. Inadvertently, it was sent to Sanofi (taxoterecompaints@shb.com), along with Hospira, on 8/31/2022.

Thank you,



REYES | BROWNE | REILLEY

A referral is the best compliment. If you know anyone that needs our help, please have them call our office or visit www.reyeslaw.com for a free case evaluation.

**Alex Ivanov**
Attorney

**REYES | BROWNE | REILLEY**

📍 8222 Douglas Avenue, Suite 400, Dallas, TX, 75225
✉ Email: Alex@reyeslaw.com
📞 Tel: (214) 526-7900  Fax: (214) 526-7910
🌐 Web: www.reyeslaw.com



"This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by return e-mail or fax and delete this from any computer."