# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Khanhtrang Tonnu*

**2:19-cv-12654-JTM-MBN**

___

### AFFIDAVIT OF ALEX IVANOV

___

BEFORE ME, the undersigned authority, personally appeared Alex Ivanov, known to me to be the person whose signature appears below, who after being by me duly sworn, stated upon his oath as follows:

1.     "My name is Alex Ivanov. I am an attorney for Plaintiff Khanhtrang Tonnu ("Plaintiff") in the above-referenced matter. I am over 18 years of age and am fully competent in all respects to make this affidavit, the statements of which are within my personal knowledge and are true and correct.

2.     After entry of CMO 35, I and others in my law Firm reviewed every one of the Firm's cases in its inventory and attempted to determine whether service had been effected on all Defendants. That consisted of hundreds of cases. I went through each case one by one and created a spreadsheet with regard to any service deficiencies I could find.

3.     Upon reviewing this case, I could not locate a copy of service on the Hospira Defendants and/or Sandoz in the Firm's case management system. While I believed they had been served (as other Defendants had been served), in an abundance of caution, I attempted to re-serve

the Hospira Defendants and Sandoz Inc. on 8/31/22.  Per the emails attached hereto as Exhibit A-1 and by this reference incorporated herein, I sent emails with Complaints and Summonses attached to the Hospira Defendants and, inadvertently, Sanofi instead of Sandoz (email was sent to taxoterecomplaints@shb instead of sandoz-taxotere-complaints@gtlaw.com) on 8/31/22.

4.       The foregoing was not the result of conscious indifference, but rather was an inadvertent mistake or accident. Unfortunately, when attempting to serve (or re-serve; our Firm believed all Defendants had been served but perhaps an email effecting service had not been properly saved to its case management system) Defendant Sandoz Inc. in this case, I mistakenly sent the email to taxoterecomplaints@shb instead of sandoz-taxotere-complaints@gtlaw.com.

5.       Once Sandoz Inc. filed its Motion to Dismiss and brought this to the attention of counsel for Plaintiff for the first time, as shown by the attached Exhibit A-2, I served Defendant Sandoz Inc. with an email with the Complaint and Summons on October 4, 2022.

FURTHER AFFIANT SAYETH NOT."

_____

Alex Ivanov

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this 11th day of October, 2022 to certify which witness my hand and official seal.

_____
Notary Public, The State of Texas

ISMAEL CHRISTIAN BARRAGAN
Notary Public, State of Texas
Comm. Expires 10-19-2025
Notary ID 124020335

Ismael Christian Barragan
Printed Name

# EXHIBIT A-1



◀ Reply  ◀ Reply All  ▶ Forward

Wed 8/31/2022 3:01 PM

Alex Ivanov

FW: Tonnu, Khanhtrang - 2:19-cv-12654 / United States
District Court for the Eastern District of Louisian

To    'taxoterecomplaints@shb.com'

Cc    Ryan Browne

ⓘ You forwarded this message on 9/30/2022 3:27 PM.



| 📕 PDF | Sanofi US Services.pdf 767 KB | ▾ | 📕 PDF | Sanofi-Aventis.pdf 767 KB | ▾ |
|---|---|---|---|---|---|
| 📕 PDF | FM SFC. Tonnu, Khanktrang.pdf 201 KB | ▾ | | | |

Counsel,

We believe this has previously been served, but in an abundance of caution,
please find the attached Summons and Complaint for our client, represented
by:

Ryan J. Browne
Spencer P. Browne
Reyes|Browne| Reilley
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (fax)
spencer@reyeslaw.com
ryan@reyeslaw.com



REYES I BROWNE I REILLEY

A referral is the best compliment. If you
know anyone that needs our help, please
have them call our office or visit
www.reyeslaw.com for a free case
evaluation.

**Alex Ivanov**
**Attorney**

**REYES | BROWNE | REILLEY**

📍 8222 Douglas Avenue, Suite 400, Dallas, TX,
75225

✉ **Email:** Alex@reyeslaw.com

📞 **Tel:** (214) 526-7900 **Fax:** (214) 526-7910

🌐 **Web:** www.reyeslaw.com

📘 in 🐦 ▶ 📷

*"This communication, including attachments, is for
the exclusive use of the person or entity to which it
is addressed and may contain confidential,
proprietary and/or privileged information. Any
review, retransmission, dissemination or other use
of, or taking of any action in reliance upon, this
information by persons or entities other than the
intended recipient is prohibited. If you receive this in
error, please contact the sender by return e-mail or
fax and delete this from any computer."*



Alex Ivanov
To: HospiraTaxotereMDL@WoltersKluwer.com

Wed 8/31/2022 3:00 PM

Hospira Worldwide.pdf
768 KB

Hospira Inc.pdf
775 KB

FM SFC. Tonnu, Khanktrang.p...
201 KB

3 attachments (2 MB)   Save all to OneDrive - Reyes Browne Reilley   Download all

Counsel,

We believe this has previously been served, but in an abundance of caution, please find the attached Summons and Complaint for our client, represented by:

Ryan J. Browne
Spencer P. Browne
Reyes|Browne| Reilley
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (fax)
spencer@reyeslaw.com
ryan@reyeslaw.com

**Alex Ivanov**
Attorney
**REYES | BROWNE | REILLEY**
⦿ 8222 Douglas Avenue, Suite 400, Dallas, TX, 75225
✉ **Email:** Alex@reyeslaw.com
📞 **Tel:** (214) 526-7900 **Fax:** (214) 526-7910
🌐 **Web:** www.reyeslaw.com

*"This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by return e-mail or fax and delete this from any computer."*

REYES I BROWNE I REILLEY

A referral is the best compliment. If you know anyone that needs our help, please have them call our office or visit www.reyeslaw.com for a free case evaluation.

# EXHIBIT A-2

Reply  Reply All  Forward

Tue 10/4/2022 5:35 PM



## Alex Ivanov



**Tonnu, Khanhtrang** - 2:19-cv-12654 / United States District Court for the Eastern District of Louisian

To      sandoz-taxotere-complaints@gtlaw.com

Cc     Ryan Browne

| PDF Sandoz.pdf 767 KB | PDF FM SFC- Tonnu Khanktrang.pdf 201 KB |
|---|---|

Counsel,

Please see the attached short form complaint and Summons. Inadvertently, it was sent to Sanofi (taxoterecompaints@shb.com), along with Hospira, on 8/31/2022.

Thank you,



REYES I BROWNE I REILLEY

A referral is the best compliment. If you know anyone that needs our help, please have them call our office or visit www.reyeslaw.com for a free case evaluation.

**Alex Ivanov**
**Attorney**
**REYES | BROWNE | REILLEY**

📍 8222 Douglas Avenue, Suite 400, Dallas, TX, 75225

✉ **Email:** Alex@reyeslaw.com

📞 **Tel:** (214) 526-7900 **Fax:** (214) 526-7910

🌐 **Web:** www.reyeslaw.com



*"This communication, including attachments, is for the exclusive use of the person or entity to which it is addressed and may contain confidential, proprietary and/or privileged information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this in error, please contact the sender by return e-mail or fax and delete this from any computer."*