**EXHIBIT 1**

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Janet Bodden

DATE OF BIRTH: 12/21/1959        SSN: 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

TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☒ 0075-8003-01
- ☒ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☒ 0955-1020-01
- ☒ 0955-1021-04

**HOSPIRA, INC.**
- ☒ 0409-0201-02
- ☒ 0409-0201-10
- ☒ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☒ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT ☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

---

08/04/2011 — DATE OF FIRST TREATMENT
10/06/11 — DATE OF LAST TREATMENT
4 — # OF DOSES

SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER

Matthew McElveen, MD.
PRINTED NAME & TITLE OF REPRESENTATIVE

6/21/19
DATE

Northlake Hematology/Oncology Clinic
NAME OF PRACTICE/INFUSION CENTER

1120 Robert Blvd Ste 200
ADDRESS

Slidell, LA 70458
CITY, STATE, ZIP

# Rick Root

**From:** Rick Root
**Sent:** Wednesday, August 31, 2022 7:44 PM
**To:** taxoterecomplaint@shb.com
**Subject:** Janet Bodden - USDC Eastern District of Louisiana
**Attachments:** Bodden, Janet - sfc.pdf; Bodden, Janet - Summons.pdf

Please find the complaint and summons in the above referenced matter.   Please confirm receipt at rroot@morrisbart.com



**Richard L. Root**
Attorney - Mass Torts Litigation
MorrisBart, LLC
Pan American Life Center
601 Poydras St.,  24th Floor
New Orleans, LA  70130
(504) 526-1135 Direct Dial
(833) 277-4214 Fax

1

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**MDL 2740 - Taxotere**                                   Search Results

Return to Search Results                                                      Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 2935 | DOB: | 12/21/1959 |
| Name: | JANET BODDEN | Email: | tcanino@morrisbart.com |
| Most Recent PFS Submitted: | 03/17/2021 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| Treated with Taxotere: | Yes | Treated with Generic: | Yes     Comments |
| Drug Name: | Taxotere; Winthrop US; Hospira, Inc. | Unknown Certification: | |
| Treatment Dates: | 07/26/2011 to 10/6/2011 | Docket No.: | 2:16-cv-15609-KDE-MBN |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Morris Bart, LLC |

### Documents

View Documents    Upload                                                      Deficiency Response

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 515414 | Eighth Amended Plaintiff Fact Sheet | 03/17/2021 | |
| 475173 | Seventh Amended Plaintiff Fact Sheet | 06/10/2020 | |
| 413908 | Sixth Amended Plaintiff Fact Sheet | 10/21/2019 | |
| 413907 | Employment Authorization | 10/21/2019 | Remove |
| 413906 | HIPAA Authorization | 10/21/2019 | Remove |
| 413904 | Health Insurance Record Authorization | 10/21/2019 | Remove |
| 412544 | Sanofi - Defendant Fact Sheet Attachment - 2935 1 | 10/14/2019 | |
| 412542 | Sanofi Defendant Fact Sheet | 10/14/2019 | |
| 397201 | Fifth Amended Plaintiff Fact Sheet | 08/07/2019 | |
| 390956 | Response to Deficiency Notice | 07/17/2019 | |
| 390952 | Fourth Amended Plaintiff Fact Sheet | 07/17/2019 | |
| 390466 | Proof of Injury - Before & After Photographs - 2007, 2009, 2010 | 07/16/2019 | Remove |
| 383071 | Third Amended Plaintiff Fact Sheet | 06/26/2019 | |
| 382871 | CMO 12 Product Identification - NDC codes | 06/26/2019 | Remove |
| 381078 | Proof of Injury - Before & After Photographs - After photos | 06/20/2019 | Remove |
| 381077 | Proof of Injury - Before & After Photographs - Before photos | 06/20/2019 | Remove |
| 290880 | Second Amended Plaintiff Fact Sheet | 01/11/2019 | |
| 290877 | Response to Deficiency Notice | 01/11/2019 | |

| | | | |
|---|---|---|---|
| 174651 | Amended Deficiency Notice | 05/31/2018 | |
| 142441 | First Amended Plaintiff Fact Sheet | 04/19/2018 | |
| 142237 | Workers Compensation Authorization | 04/19/2018 | Remove |
| 142236 | Psychiatric Records Authorization | 04/19/2018 | Remove |
| 142233 | HIPAA Authorization | 04/19/2018 | Remove |
| 142232 | Health Insurance Record Authorization | 04/19/2018 | Remove |
| 142231 | Employment Authorization | 04/19/2018 | Remove |
| 142229 | Disability Claims Authorization | 04/19/2018 | Remove |
| 142228 | Properly Executed Verification of PFS | 04/19/2018 | Remove |
| 62326 | PTO 71 Written Statement - ESI Signed | 01/23/2018 | Remove |
| 40647 | Deficiency Notice | 12/01/2017 | |
| 27375 | Plaintiff Fact Sheet | 10/18/2017 | |
| 27006 | Medical Records | 10/17/2017 | Remove |

### DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Sanofi | 10/14/2019 | View   Respond |

### Plaintiff Fact Sheet

I. Plaintiff Fact Sheet                                      Amend Fact Sheet     PFS Compare

© 2022 BrownGreer PLC. All rights reserved.