**EXHIBIT 1**

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CARRIER:** BLUE CROSS/BS OF LA, PO BOX 98028, BATON ROUGE LA 70898-9028

| Field | Value |
|---|---|
| 1. Insurance Type | GROUP HEALTH PLAN (X) |
| 1a. Insured's I.D. Number | [redacted]2014281 |
| 2. Patient's Name | GREEN, SONYA, R |
| 3. Patient's Birth Date / Sex | [redacted] / F |
| 4. Insured's Name | GREEN, SONYA, R |
| 5. Patient's Address | [redacted] SPRIG DR, MARRERO, LA, 70072 |
| 6. Patient Relationship to Insured | Self (X) |
| 7. Insured's Address | [redacted] SPRIG DR, MARRERO, LA, 70072 |
| 10a. Employment? | NO |
| 10b. Auto Accident? | NO |
| 10c. Other Accident? | NO |
| 11a. Insured's Date of Birth / Sex | [redacted] / F |
| 11c. Insurance Plan Name | BLUE CROSS/BS OF LA |
| 11d. Another Health Benefit Plan? | NO |
| 12. Patient's Signature | SIGNATURE ON FILE — 02/01/2012 |
| 13. Insured's Signature | SIGNATURE ON FILE |
| 17. Name of Referring Provider | DN ALAN STOLIER MD |
| 17a. | 1790732923 |
| 21. Diagnosis | A. 1744 |

**24. Services:**

| # | Date From | Date To | POS | CPT/HCPCS | Mod | Dx | Charges | Units | NPI |
|---|---|---|---|---|---|---|---|---|---|
| | N462560797901 ML5 ALOXI | | | | | | | | |
| 1 | 02032012 | 02032012 | 11 | J2469 | | A | 3380.00 | 10 | 1386609147 |
| 2 | 02032012 | 02032012 | 11 | 96367 | 59 | A | 216.00 | 2 | 1386609147 |
| | N466758005003 MG1 TAXOTERE | | | | | | | | |
| 3 | 02032012 | 02032012 | 11 | J9171 | | A | 18696.00 | 152 | 1386609147 |
| | N45024201346B MG10 HERCEPTIN | | | | | | | | |
| 4 | 02032012 | 02032012 | 11 | J9355 | | A | 13650.00 | 21 | 1386609147 |
| | CORRECTED CLAIM | | | | | | | | |
| 5 | 02032012 | 02032012 | 11 | 96413 | | A | 666.00 | 1 | 1386609147 |

| Field | Value |
|---|---|
| 25. Federal Tax I.D. | 721269878 EIN |
| 26. Patient's Account No. | B26006ADBXHA |
| 27. Accept Assignment? | YES |
| 28. Total Charge | 36608.00 |
| 29. Amount Paid | 5501.44 |
| 31. Signature of Physician | MILTON SEILER MD — 02/06/2018 |
| 32. Service Facility | OFFICE CCPI MACARTHUR 200, 3712 MACARTHUR BLVD, NEW ORLEANS LA 70114-6864, 1689722340 |
| 33. Billing Provider | CRESCENT CITY PHYSICIANS INC, PO BOX 919168, DALLAS TX 75391-9168, 1689722340 |

NUCC Instruction Manual available at: www.nucc.org — PLEASE PRINT OR TYPE — CR061651 — APPROVED OMB-0938-1197 FORM 1500 (02-12)

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

## MDL 2740 - Taxotere — Search Results

Return to Search Results                                                                 Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 2941 | DOB: | 12/22/1969 |
| Name: | SONYA GREEN | Email: | tcanino@morrisbart.com |
| Most Recent PFS Submitted: | 07/08/2022 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | Yes | Treated with Generic: | No | Comments |
| Drug Name: | Taxotere; Sandoz Inc. | Unknown Certification: | | |
| Treatment Dates: | 01/13/2012 to 04/4/2012 | Docket No.: | 16-cv-15677-KDE-MBN | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Morris Bart, LLC | |

### Documents

View Documents     Upload                                                      Deficiency Response

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 531976 | Sixth Amended Plaintiff Fact Sheet | 07/08/2022 | |
| 531975 | Proof of Injury - Before & After Photographs - Before photos 1998 1996 2000 | 07/08/2022 | Remove |
| 531974 | Proof of Injury - Before & After Photographs - Before photo 2010 | 07/08/2022 | Remove |
| 531865 | Fifth Amended Plaintiff Fact Sheet | 07/06/2022 | |
| 531864 | Proof of Injury - Before & After Photographs - Before photo 2010 | 07/06/2022 | Remove |
| 417208 | Fourth Amended Plaintiff Fact Sheet | 11/01/2019 | |
| 375051 | Proof of Injury - Before & After Photographs - 2010 | 06/06/2019 | Remove |
| 280823 | Sanofi Defendant Fact Sheet | 12/18/2018 | |
| 255113 | Third Amended Plaintiff Fact Sheet | 10/24/2018 | |
| 223273 | Amended Deficiency Notice | 08/20/2018 | |
| 143551 | Second Amended Plaintiff Fact Sheet | 04/20/2018 | |
| 143550 | Proof of Injury - Before & After Photographs | 04/20/2018 | Remove |
| 141370 | Workers Compensation Authorization | 04/18/2018 | Remove |
| 141368 | Psychiatric Records Authorization | 04/18/2018 | Remove |
| 141365 | HIPAA Authorization | 04/18/2018 | Remove |
| 141364 | Health Insurance Record Authorization | 04/18/2018 | Remove |
| 141361 | Employment Authorization | 04/18/2018 | Remove |
| 141360 | Disability Claims Authorization | 04/18/2018 | Remove |
| 141358 | Properly Executed Verification of PFS | 04/18/2018 | Remove |

| | | | |
|---|---|---|---|
| 141357 | Employment Authorization | 04/18/2018 | Remove |
| 132284 | CMO 12 Product Identification - NDC Codes | 04/09/2018 | Remove |
| 127462 | First Amended Plaintiff Fact Sheet | 04/02/2018 | |
| 127461 | PTO 71 Written Statement | 04/02/2018 | Remove |
| 42106 | Deficiency Notice | 12/05/2017 | |
| 28477 | Plaintiff Fact Sheet | 10/24/2017 | |
| 27038 | Medical Records | 10/17/2017 | Remove |
| 27036 | Proof of Injury - Before & After Photographs - 9.1.2016 post treatment | 10/17/2017 | Remove |

### DFS Deficiency Notice

| Defendant Type | Date | Action |
|---|---|---|
| Sanofi | 12/18/2018 | View   Respond |

### Plaintiff Fact Sheet

I. Plaintiff Fact Sheet                                        Amend Fact Sheet    PFS Compare

© 2022 BrownGreer PLC. All rights reserved.

8/20/2018

**VIA MDL CENTRALITY**

Morris Bart, LLC
601 Poydras Street,
New Orleans, LA 70130

    RE: Amended Notice of Deficiency in Second Amended Plaintiff Fact Sheet
        *In re Taxotere.*, MDL No. 2740
        Plaintiff Name & ID Number: GREEN, SONYA - 2941
        Docket No. Provided on PFS: 16-cv-15677-KDE-MBN

Dear Counsel:

This Notice is submitted on behalf of defendants properly served, as of the date plaintiff's Amended Plaintiff Fact Sheet (Amended PFS), as submitted via MDL Centrality. All other defendants reserve their rights as to this Amended PFS.

Defendants have reviewed the above submitted Amended PFS to determine if deficiencies identified in the served Notice of Deficiency have been cured. Uncured deficiencies are listed in the table below.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | Date of last period (menses) | IV. 9 | Failed to respond. |
| 2.  | Date of last period (menses) | IV. 9 | Failed to provide full year. |
| 3.  | Age at last period | IV. 9 | Failed to Respond. |
| 4.  | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 5.  | Response 1 - Annual Mammogram Doctor | IV.12 | Other - please provide information for 2009 |
| 6.  | Response 1 - Medication before Taxotere | IV. 21 | Failed to provide the name of the medication. |
| 7.  | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 8.  | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 9.  | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 10. | Response 2 - Oral instructions Name of Healthcare Provider | VI. 12 | Failed to provide full name of healthcare provider. |
| 11. | Special diet description | VII. | Failed to describe the special diet. |
| 12. | Special diet description | VII. | Other - please describe diet and foods consumed |
| 13. | Response 1 - Medication List when Hair Loss Began | VII. 11 | Failed to provide the names of the medications. |
| 14. | Response 1 - Treatment | VII. 20 | Other - please describe name of product or treatment |
| 15. | Response 2 - Treatment | VII. 20 | Other - Please describe/name these products |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>HON. KURT D. ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br><br>*Sonya Green v. Sanofi S.A. et al.,*<br>*No. 16-cv-15677* | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira Inc., Sun Pharma Global FZE, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd., Pfizer, Inc., Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc. only from the above-captioned case, without prejudice, each party to bear its own costs.

Respectfully submitted,

*/s/ Lauren E. Godshall*
Betsy Barnes, LA # 19473
Lauren E. Godshall, LA #31465
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com
lgodshall@morrisbart.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| SONYA GREEN <br><br> *Plaintiff(s)* <br> v. <br> SANOFI S.A., ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No# 2:16-cv-15677 H(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Sandoz, Inc.
    100 College Road West
    Princeton, NJ 08540

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Betsy Barnes
    Richard Root
    Morris Bart, LLC
    601 Poydras St., 24th Floor
    New Orleans, La. 70130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                     Carol L. Michel
                                                                    *Name of clerk of court*

Date:    Aug 31 2022                                                            *Deputy clerk's signature*

- OneDrive - Personal
- This PC
- 3D Objects
- Desktop
- Downloads
- Music
- Pictures
- Rick_Root
- Videos

| Name | Date | Type | Size |
|---|---|---|---|
| Fulcher, Jody - Summons sanofi | 8/31/2022 5:32 PM | Adobe Acrobat D... | 220 KB |
| Fulcher, Jody - Summons sandoz | 8/31/2022 5:32 PM | Adobe Acrobat D... | 863 KB |
| Fulcher, Jody - Summons | 8/30/2022 3:34 PM | Adobe Acrobat D... | 183 KB |
| Gloria Weathersby summons | 3/21/2017 9:02 AM | Adobe Acrobat D... | 325 KB |
| Graves, Belinda - Complaint | 8/30/2022 3:03 PM | Adobe Acrobat D... | 497 KB |
| Graves, Belinda - Summons | 8/31/2022 5:41 PM | Adobe Acrobat D... | 842 KB |
| Green, Sonya - Complaint | 8/30/2022 2:48 PM | Adobe Acrobat D... | 495 KB |
| Green, Sonya - Summons | 8/30/2022 2:58 PM | Adobe Acrobat D... | 272 KB |
| Hartzog, Glorious - Complaint | 8/30/2022 3:15 PM | Adobe Acrobat D... | 145 KB |
| Hartzog, Glorious - Summons hospira, inc | 8/31/2022 6:01 PM | Adobe Acrobat D... | 171 KB |
| Hartzog, Glorious - Summons hospira, ww | 8/31/2022 6:00 PM | Adobe Acrobat D... | 204 KB |