## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**           MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)


THIS DOCUMENT RELATES TO:

Rita G. Coates
Case No.: 2:17-cv-09453

---

## SUGGESTION OF DEATH

---

       In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Rita G. Coates files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Rita G. Coates died on or about February 1, 2020, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Respectfully Submitted,


Dated: October 12, 2022               **JOHNSON BECKER, PLLC**

                               s/ Lisa Ann Gorshe
                               Lisa Ann Gorshe, Esq. (MN Bar #029522X)
                               Johnson Becker, PLLC
                               444 Cedar Street, Suite 1800
                               Saint Paul, MN 55101
                               Phone: (612) 436-1800
                               Fax: (612) 436-1801
                               lgorshe@johnsonbecker.com


                               **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on October 12, 2022, I filed the above document with the Court via the

Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.