# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Rita G. Coates
Case No.: 2:17-cv-09453

## PLAINTIFF'S MOTION TO SUBSTITUTE MAUREEN MILLER ON BEHALF OF RITA G. COATES

COMES NOW, Plaintiff Rita G. Coates and files this motion to substitute her surviving heir, Maureen Miller, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Rita G. Coates filed the present action in the United States District Court for the Eastern District of Louisiana on September 22, 2017;

2. Plaintiff Rita G. Coates died on February 1, 2020;

3. On October 12, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Maureen Miller is the surviving heir and proper party plaintiff pursuant to the laws of the State of North Carolina.

5. Plaintiff is proceeding with this Motion through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Maureen Miller be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: October 12, 2022 **JOHNSON BECKER, PLLC**

<u>s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on October 12, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
