UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Rita G. Coates
Case No.: 2:17-cv-09453

## ORDER

Upon Plaintiff's Motion to Substitute Maureen Miller on behalf of Rita G. Coates and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2022

_____
The Hon. Jane Triche Milazzo