UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## NOTICE OF CHANGE OF ADDRESS

NOW INTO COURT, comes Matthew Palmer Lambert, Co-Liaison Counsel for Plaintiffs, who respectfully appears to advise the Court and parties of his change of address and firm information below:

> M. Palmer Lambert (#33228)
> PENDLEY, BAUDIN & COFFIN, L.L.P.
> 1100 Poydras Street, Suite 2225
> New Orleans, LA 70163
> Phone: (504) 355-0086
> Fax: (504) 355-0089
> plambert@pbclawfirm.com

Undersigned respectfully represents that the aforementioned change in firm will not impede his discharge of continuing obligations as Co-Liaison Counsel set forth in Pretrial Order No. 1, ¶15.

Dated: October 12, 2022                                  Respectfully submitted,

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, LA 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com

*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
