# EXHIBIT 1

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 2:17-cv-15706 | Bailey | Mary | Plaintiff has served a Plaintiff Fact Sheet with corresponding Authorizations, PTO 71A Statement and E-Discovery/Social Media Materials, medical records which include proof of use and CMO 12A Product Identification, as well as before and after photographs |
| 2:17-cv-15723 | Beifeld | Sydney | Plaintiff has served a Plaintiff Fact Sheet with corresponding Authorizations, PTO 71A Statement and E-Discovery/Social Media Materials, medical records which include proof of use and CMO 12A Product Identification, as well as before and after photographs |
| 2:17-cv-15728 | Berry | Velma | Plaintiff has served a Plaintiff Fact Sheet with corresponding Authorizations, PTO 71A Statement and E-Discovery/Social Media Materials, medical records which include proof of use and CMO 12A Product Identification, as well as before and after photographs |
| 2:17-cv-15831 | Davis | Beverly | Plaintiff has served a Plaintiff Fact Sheet with corresponding Authorizations, PTO 71A Statement and E-Discovery/Social Media Materials, medical records which include proof of use and CMO 12A Product Identification, as well as before and after photographs<br><br>Defendants have served a deficiency notice and have included Plaintiff's case on two (2) non-compliance/show cause lists |
| 2:17-cv-15837 | Davis | Pamela | Plaintiff has served a Plaintiff Fact Sheet with corresponding Authorizations, PTO 71A Statement and E-Discovery/Social Media Materials, medical records which include proof of use and CMO 12A Product Identification, as well as before and after photographs |

| | | | |
|---|---|---|---|
| 2:17-cv-16435 | Riolo | Joyce | Plaintiff has served a Plaintiff Fact Sheet with corresponding Authorizations, PTO 71A Statement and E-Discovery/Social Media Materials and medical records which include proof of use and CMO 12A Product Identification<br><br>Defendants have included Plaintiff's case on a CMO 12A reconciliation list |
| 2:17-cv-16030 | Smith | Patti | Plaintiff has served a Plaintiff Fact Sheet with corresponding Authorizations, PTO 71A Statement and E-Discovery/Social Media Materials and medical records which include proof of use and CMO 12A Product Identification |
| 2:17-cv-16168 | Twarkins | Doreen | Plaintiff has served a Plaintiff Fact Sheet and medical records which include proof of use and CMO 12A Product Identification<br><br>Defendants have included Plaintiff's case on a non-compliance/show cause list |
| 2:17-cv-16170 | White | Patricia | Plaintiff has served a Plaintiff Fact Sheet with corresponding Authorizations, PTO 71A Statement and E-Discovery/Social Media Materials, medical records which include proof of use and CMO 12A Product Identification, as well as before and after photographs<br><br>Defendants have served a deficiency notice, have included Plaintiff's case on a non-compliance/show cause list and have served a Defendant Fact Sheet |