# EXHIBIT 2

**VIA MDL CENTRALITY**

The Mulligan Law Firm
3710 Rawlins St. #901,
Dallas, TX 75219

   RE: Notice of Deficiency in Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: DAVIS, BEVERLY - 5122
      Docket No. Provided on PFS: 2:17-15831

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | Public Internet Comment | II. 18 | Failed to respond. |
| 2.  | Cigarette Use | IV. 19 | Failed to respond. |
| 3.  | Cigarette Use | IV. 19 | Other - In question 17, Plaintiff indicated that she had used tobacco in the past. Please clarify. |
| 4.  | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 5.  | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 6.  | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 7.  | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 8.  | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 9.  | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 10. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 11. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 12. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |

| | | | |
|---|---|---|---|
| 13. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 14. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 15. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 16. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 17. | Documents Identifying Chemotherapy Agents | IX | Failed to provide records requested. |
| 18. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 19. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 20. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 21. | Taxotere Articles | IX | Failed to provide records requested. |
| 22. | Packaging | IX | Failed to provide records requested. |
| 23. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 24. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 25. | Communications With Defendants | IX | Failed to provide records requested. |
| 26. | Journals or Diaries | IX | Failed to provide records requested. |
| 27. | Social Media Posts | IX | Failed to provide records requested. |
| 28. | Tax Returns | IX | Failed to provide records requested. |
| 29. | Medical Bills | IX | Failed to provide records requested. |
| 30. | Expense Records | IX | Failed to provide records requested. |
| 31. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 32. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 33. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 34. | Hair Photos After Treatment | IX | Other - Failed to provide photos from 6 months after treatment. |
| 35. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 36. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 37. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 38. | Signed Authorizations for Medical Records | IX | Failed to provide signed and dated psychiatric records authorization. |
| 39. | Signed Authorizations for Medical Records | IX | Other - Failed to date the authorizations. |
| 40. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

| 41. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| --- | --- | --- | --- |
| 42. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |
| 43. | Declaration | | Other - Failed to date the declaration. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.