# EXHIBIT 3

VIA MDL CENTRALITY

The Mulligan Law Firm
3710 Rawlins St. #901,
Dallas, TX 75219

   RE: Notice of Deficiency in Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: WHITE, PATRICIA - 6253
      Docket No. Provided on PFS: 2:17-cv-16170

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Response 1 - Worker's Compensation and Disability Claims Court | II.12 | Failed to provide the name of the court in which your disability claim was filed. |
| 2. | Response 1 - Worker's Compensation and Disability Claims Award Amount | II.12 | Failed to provide a award regarding your worker's comp and/or disability claims. |
| 3. | Response 1 - Date of Post | II. 19 | Failed to provide month and year of post. |
| 4. | Response 2 - Date of Post | II. 19 | Failed to provide month and year of post. |
| 5. | Response 2 - Substance of Post | II. 19 | Failed to identify the substance[s] of posts. |
| 6. | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 7. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 8. | Response 1 - Primary Oncologist Information - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 9. | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 10. | Response 1 - Treatment - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 11. | Chemotherapy Last treatment date | V. 12. d | Failed to provide a full date, including month, day and year. |
| 12. | Response 1 - Dates of Treatment | VI. 8 | Failed to provide a full date, including month, day and year. |
| 13. | Response 1 - Treatments | VI. 8 | Failed to respond. |

| | | | |
|---|---|---|---|
| 14. | Response 2 - Dates of Treatment | VI. 8 | Failed to provide a full date, including month, day and year. |
| 15. | Response 2 - Treatments | VI. 8 | Failed to respond. |
| 16. | Response 1 - Endocrine or Hormonal Dates of Treatment | VII. 8 | Failed to provide approximate date (month and year). |
| 17. | High Heat Processing Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 18. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 19. | Response 1 - Facility Name | VIII. 2 | Other - Please provide the information requested for each facility previously identified in the PFS, including, but not limited to, Advocate Good Shepherd Cancer Center.  Please also provide the information requested for the full time period. |
| 20. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 21. | Response 3 - Insurance Carrier Policy Number | VIII. 6 | Failed to provide policy number. |
| 22. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 23. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 24. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 25. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 26. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 27. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 28. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 29. | Taxotere Articles | IX | Failed to provide records requested. |
| 30. | Packaging | IX | Failed to provide records requested. |
| 31. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 32. | Communications With Defendants | IX | Failed to provide records requested. |
| 33. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 34. | Journals or Diaries | IX | Failed to provide records requested. |
| 35. | Social Media Posts | IX | Failed to provide records requested. |
| 36. | Tax Returns | IX | Failed to provide records requested. |
| 37. | Medical Bills | IX | Failed to provide records requested. |
| 38. | Expense Records | IX | Failed to provide records requested. |
| 39. | Letters Testamentary | IX | Failed to respond. |
| 40. | Letters Testamentary | IX | Other - Please clarify. |
| 41. | Death Certificate and/or Autopsy | IX | Other - Please clarify. |
| 42. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 43. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |

| | | | |
|---|---|---|---|
| 44. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 45. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 46. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 47. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 48. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 49. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 50. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 51. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 52. | Signed Authorizations for Medical Records | IX | Other - Failed to date the authorizations. |
| 53. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No supporting records were coded as such. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 54. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 55. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.