UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>**Patricia Newsome**<br>**Case No. 2:19-cv-11478** | | |

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

**PLAINTIFF, PATRICIA NEWSOME'S RESPONSE TO DEFENDANTS SANDOZ INC'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO NO. 35 AND PLAINTIFF'S MOTION FOR LEAVE TO EXTEND THE TIME FOR PLAINTIFF TO COMPLY WITH CMO NO. 35**

Patricia Newsome, Plaintiff, Responds to Sandos Inc.'s Motion to Dismiss For Failure to Comply with Case Management Order No. 35, (hereinafter CMO No. 35), and respectfully requests the Court, pursuant to Rule 6(b), Fed. R. Civ. P. to extend the time for Plaintiff to comply with CMO No. 35, because:

1. Per CMO No. 35, Plaintiff was required to serve Sandos Inc., with summons, no later than August 31, 2022.

2. Plaintiff filed a complaint in this action.

3. Counsel for the plaintiff at the time of the filing of the complaint has since left the firm that represents plaintiff. When counsel at the current firm left, current counsel for plaintiff mistakenly believed, that previous counsel had ensured that the Sandos Inc. had been served.

4. Plaintiff's counsel did not realize that Sandoz, Inc. had not been served until it received the motion to dismiss on September 30, 2022.

5. Since receiving Sandoz Inc.'s motion to dismiss, Plaintiff's counsel has already addressed the issue of service and is in the process of getting Defendant Sandoz served immediately. Summons has been presented to the clerk for issuance and the Defendant will then be served.

6. Rule 6(b)(1)(B), *Fed. R. Civ. P.* states:

> (b) **Extending Time**.
> (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

7. Good cause exists for extending the time to comply with CMO No. 35, as the failure to serve, in compliance with CMO No. 35, was not the result of conscious indifference, by Plaintiff's counsel, but due to a clerical oversight, excusable neglect and a good faith belief that service on Sandoz, Inc., had been properly and timely served.

8. This is Plaintiff's first motion seeking an extension of time. Plaintiff has not engaged in routinely dilatory behavior. Additionally, an extension of time to comply with CMO No. 35 would not unnecessarily delay trial or significantly disrupt the progression of this case. Therefore, given the length of time that has passed, for the duration of this MDL, no harm or prejudice with result to Defendants by extending the time, for this Plaintiff, for a mere seven (7) weeks and two (2) days, to October 21, 2022, to comply with CMO No. 35.

WHEREFORE, Plaintiff, Patricia Newsome, prays that the Court enter an Order extending the time for Plaintiff to comply with CMO No. 35, from August 31, 2022, to October 21, 2022, and denying the Sandoz's Motions to Dismiss for Failure to Comply with CMO No. 35, as moot and that the Court enter Plaintiff's proposed order attached hereto. Plaintiff prays for such other appropriate relief.

**CERTIFICATE OF SERVICE**

      I HEREBY Certify that on October 13, 2022, I electronically filed the foregoing document with the Clerk of Court via EFC System, which sent notification of such filing to all counsel of record.

      Respectfully submitted,

By:   */s/ Mark M. O'Mara*
      Mark M. O'Mara (FL Bar No. 359701)
      O'MARA LAW GROUP
      221 NE Ivanhoe Blvd., Suite 200
      Orlando, FL 32804
      Telephone: (407) 898-5151
      Facsimile: (407) 898-2468
      mark@omaralawgroup.com

*Plaintiff's Counsel for Patricia Newsome*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| **Patricia Newsome**<br>**Case No. 2:19-cv-11478** | | |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXTEND DEADLINE

Plaintiff's Motion For Leave To Extend The Time For Plaintiff To Comply With CMO No. 35 is GRANTED.

The Court finds that Plaintiff has until October 21th 2022 to serve the Sandoz Inc., and that such prior failure was due to excusable neglect. Due to excusable neglect, so found by the Court, the deadline for Plaintiff, Patricia Newsome, to comply with CMO No. 35 should be, and is hereby, extended for Plaintiff, Patricia Newsome, to comply with CMO No. 35, from August 31, 2022 to October 21, 2022.

Defendants' Motion to Dismiss For Failure to Comply with CMO No. 35 is denied as moot.

So ORDERED on this _____ day of _____, 2022.

_____
U.S. District Judge Presiding