# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Sonia Valencia, 16-15497 ) | |

## ORDER

Before the Court is a Motion to Withdraw as Counsel of Record (Doc. 14806);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorneys John Gomez, Ahmed Diab, and Lindsay Stevens are withdrawn as counsel of record for the Plaintiff Sonia Valencia.

New Orleans, Louisiana, this 12th day of October, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE