# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**  **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Jeanne Bazille
Case No.: 19-cv-13551

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Jeanne Bazille files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Jeanne Bazille died on or about July 21, 2020, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: October 14, 2022

**JOHNSON BECKER, PLLC**

s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 14, 2022, I filed the above document with the Court via the

Court's CM/ECF system, which will notify all counsel of record.

<u>/s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq.