# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** |
| | **SECTION "N" (5)** |

THIS DOCUMENT RELATES TO:

Jeanne Bazille
Case No.: 19-cv-13551

## PLAINTIFF'S MOTION TO SUBSTITUTE MICHAEL BAZILLE ON BEHALF OF JEANNE BAZILLE

COMES NOW, Plaintiff Jeanne Bazille and files this motion to substitute her surviving heir, Michael Bazille, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Jeanne Bazille filed the present action in the United States District Court for the Eastern District of Louisiana on November 11, 2019;

2. Plaintiff Jeanne Bazille died on July 21, 2020;

3. On October 14, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Michael Bazille is the surviving heir and proper party plaintiff pursuant to the laws of the State of Minnesota.

5. Plaintiff is proceeding with this Motion through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Michael Bazille be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: October 14, 2022  **JOHNSON BECKER, PLLC**

<u>s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on DATE SERVED, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.