UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT CERTAIN DEFENDANTS<br><br>Civil Action No.: 2:18-cv-4324 |
| THIS DOCUMENT RELATES TO:<br><br>*Rachel Scott v. Sanofi-Aventis US LLC, et al* | | |

---

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO DEFENDANT SANOFI-AVENTIS U.S. LLC.

Pursuant to CMO 12A, Plaintiff dismisses Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: October 17, 2022              **RESPECTFULLY SUBMITTED,**

**TRACEY FOX WALTERS & KING**

*/s/ Clint Casperson*
Clint Casperson
TX State Bar No. 24075561
440 Louisiana, Suite 1901
Houston, Texas   77002
713-495-2333 Telephone
713-495-2331 Facsimile
ccasperson@traceylawfirm.com

**ATTORNEY FOR PLAINTIFF**

1

## **CERTIFICATION OF SERVICE**

I hereby certify that on October 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

Dated: October 17, 2022            **RESPECTFULLY SUBMITTED,**

**TRACEY FOX WALTERS & KING**

*/s/ Clint Casperson*
Clint Casperson
TX State Bar No. 24075561
440 Louisiana, Suite 1901
Houston, Texas   77002
713-495-2333 Telephone
713-495-2331 Facsimile
ccasperson@traceylawfirm.com

**ATTORNEY FOR PLAINTIFF**