UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | |
| | : | JUDGE JANE TRICHE MILAZZO |
| *Camille Hunter* | : | |
| Civil Action No. 2:19-cv-02832-JTM-MBN | : | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COMES NOW Plaintiff, by and through her undersigned attorneys, and pursuant to Local Rule 83.2.11 files this Joint Motion to Withdraw and Substitute Counsel. In support hereof, Plaintiff states as follows:

Christine M. Durant is currently Plaintiff's counsel of record. Christine M. Durant is no longer affiliated with Parker Waichman LLP. Plaintiff wishes to substitute Melanie H. Muhlstock of Parker Waichman LLP as her counsel of record and proceed with her claim.

By agreement of the undersigned attorneys, Christine M. Durant wishes to withdraw as counsel of record for the Plaintiff; and substitute Melanie H. Muhlstock as counsel of record for the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court will allow the withdrawal and substitution of counsel, as set forth herein.

Dated: October 17, 2022	Respectfully Submitted and Agreed to by:

*/s/ Christine M. Durant (with consent)*
Christine M. Durant


*/s/ Melanie H. Muhlstock*
Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500 Phone
(516) 466-6665 Fax
mmuhlstock@yourlawyer.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on October 17, 2022, the foregoing Joint Motion to Withdraw and Substitute Counsel was electronically filed and served using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

                        */s/ Melanie H. Muhlstock*