# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | | |
| | : | JUDGE JANE TRICHE MILAZZO |
| *Amy Martini* | : | |
| Civil Action No. 2:18-cv-06553-JTM-MBN | : | |

## O R D E R

Before the Court is a Joint Motion to Withdraw and Substitute Counsel (Doc. \_\_\_\_);

**IT IS ORDERED** that the Motion is **GRANTED** and that Christine M. Durant previously of the law firm of Parker Waichman LLP is withdrawn as counsel for the Plaintiff and that Melanie H Muhlstock of the law firm of Parker Waichman LLP is substituted as counsel of record for the Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2022.

JUDGE JANE TRICHE MILAZZO