# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| **THIS DOCUMENT RELATES TO:** | | |
| | : | **JUDGE JANE TRICHE MILAZZO** |
| **Mashea Spencer** | : | |
| **Civil Action No. 2:19-cv-13284-JTM-MBN:** | | |

## O R D E R

Before the Court is a Joint Motion to Withdraw and Substitute Counsel (Doc. _____);

**IT IS ORDERED** that the Motion is **GRANTED** and that Christine M. Durant previously of the law firm of Parker Waichman LLP is withdrawn as counsel for the Plaintiff and that Melanie H Muhlstock of the law firm of Parker Waichman LLP is substituted as counsel of record for the Plaintiff.

New Orleans, Louisiana, this_____day of_____, 2022.

_____

JUDGE JANE TRICHE MILAZZO