**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section:  "H" (5)** |
| **This Document Relates to:** *Cases Identified on Reply Ex. 2* | **JUDGE JANE TRICHE MILAZZO** |

**SANDOZ INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**
**IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO-35**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Sandoz Inc. ("Sandoz"), who respectfully moves this Court for leave to file a Reply Memorandum in Support of its September 29, 2022 Motion to Dismiss for Failure to Comply with Case Management Order No. 35.

WHEREFORE, Sandoz respectfully requests that this Court grant leave to file its Reply in Support of its Motion to Dismiss for Failure to Comply with Case Management Order No. 35.

Dated:  October 17, 2022

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Nicholas A. Insogna*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Nicholas A. Insogna
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100

(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com
Insognan@gtlaw.com

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2022, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Nicholas A. Insogna*

Nicholas A. Insogna

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section:  "H" (5)** |
| **This Document Relates to:** *Cases Identified on Ex. 1* | **JUDGE JANE TRICHE MILAZZO** |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Support of its September 29, 2022 Motion to Dismiss for Failure to Comply with Case Management Order No. 35, filed by Defendant, Sandoz Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Sandoz' proposed Reply in Support of its Motion for Summary Judgment is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

*ACTIVE 682676557v1*

3