# EXHIBIT 2

**Cases in Which No Opposition to Sandoz' Motion Was Received**

| MDL DOCKET No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|
| 2:16-cv-15664 | Fradella | Jacqueline | Allan Berger & Associates, PLC | 10/18/2016 |
| 2:16-cv-14486 | Rogers | Melanie | Allan Berger & Associates, PLC | 09/06/2016 |
| 2:19-cv-09607 | Jarrett | Diana | Carmen D. Caruso Law Firm | 04/22/2019 |
| 2:19-cv-09599 | Scott | Merri | Carmen D. Caruso Law Firm | 04/22/2019 |
| 2:19-cv-09586 | Stewart | Justine | Carmen D. Caruso Law Firm | 04/22/2019 |
| 2:22-cv-02859 | Haney | Sarah | Fears Nachawati, PLLC | 08/24/2022 |
| 2:18-cv-05637 | Pollard | Joanna | Law Office of William R. Brenske | 02/14/2018 |
| 2:19-cv-00125 | Cosner | Linda | McDonald Worley | 01/08/2019 |
| 2:18-cv-00795 | Newman | Patricia | McDonald Worley | 01/25/2018 |
| 2:18-cv-00793 | Roop | Merry | McDonald Worley | 01/25/2018 |

| | | | | |
|---|---|---|---|---|
| 2:19-cv-11478 | Newsome[1] | Patricia A. | O'Mara Law Group | 07/02/2019 |
| 2:17-cv-15809 | White | Stacy J. | Pulaski Law Firm, PLLC | 12/08/2017 |
| 2:17-cv-12814 | Turner | Jennifer | Reich & Binstock | 11/20/2017 |
| 2:17-cv-15033 | Wright | Monica | Reich & Binstock | 12/06/2017 |
| 2:18-cv-12135 | Medina | Maria A. | Reyes Browne Reilley | 12/02/2018 |
| 2:16-cv-15313 | Detrixhe | Karen A. | The Law Office of David Burkhead | 10/14/2016 |
| 2:17-cv-16669 | DeShazor | Renee | The Law Offices of A. Craig Eiland, P.C. | 12/11/2017 |

---

[1] Counsel for Plaintiff Patricia Newsome submitted an untimely Opposition (Rec. Doc. 14927, dated October 13, 2022).  Substantively, Plaintiff's untimely opposition seeks an extension of this Court's deadline, based on counsel's inadvertence or mistake in failing to timely serve Sandoz.

**Finson Law Firm Plaintiffs**

| MDL DOCKET No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|
| 2:20-cv-02664 | Rooney | Donna | Finson Law Firm | 05/05/2020 |
| 2:20-cv-02675 | Chaisson-Ricker | Elizabeth | Finson Law Firm | 05/27/2020 |
| 2:20-cv-00979 | Williams-Saunders | Tykesha | Finson Law Firm | 03/22/2020 |

**Bachus & Schanker Plaintiffs Not Opposing Dismissal**

| MDL DOCKET No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|
| 2:16-cv-17171 | Bias | Sheila | Bachus & Schanker, LLC | 12/12/2016 |
| 2:18-cv-01917 | Bridges | Shirley | Bachus & Schanker, LLC | 02/22/2018 |
| 2:18-cv-12526 | Cruz | Carmen | Bachus & Schanker, LLC | 12/05/2018 |
| 2:16-cv-17166 | Johnson | Jonnie | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17186 | Justice | Kristy L. | Bachus & Schanker, LLC | 12/12/2016 |
| 2:17-cv-00117 | Russell | Madis C. | Bachus & Schanker, LLC | 01/05/2017 |
| 2:16-cv-17241 | Waller | Sarah | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17235 | Young | Lorraine M. | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-15497 | Valencia | Sonia | Bachus & Schanker, LLC | 09/09/2016 |

**Bachus & Schanker Plaintiffs Opposing Dismissal**

| MDL DOCKET No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|
| 2:19-cv-11973 | Burns | Carrie | Bachus & Schanker, LLC | 08/01/2019 |
| 2:16-cv-17174 | Champagne | Rose | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17163 | Chappell | Edith | Bachus & Schanker, LLC | 12/12/2016 |
| 2:19-cv-03422 | Clamon | Rhonda | Bachus & Schanker, LLC | 03/26/2019 |
| 2:16-cv-17151 | Crawford | Gwendolyn | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17201 | Dean | Carnelia | Bachus & Schanker, LLC | 12/12/2016 |
| 2:19-cv-13485 | Dewdney | Jacqueline | Bachus & Schanker, LLC | 11/07/2019 |
| 2:19-cv-02401 | Forsyth | Valarie | Bachus & Schanker, LLC | 03/15/2019 |
| 2:16-cv-17187 | Forte | Georgia | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17145 | Harris | Ruby | Bachus & Schanker, LLC | 12/12/2016 |
| 2:17-cv-00756 | Jefferson | Charlotte | Bachus & Schanker, LLC | 01/27/2017 |
| 2:19-cv-12235 | Johnson | Janice | Bachus & Schanker, LLC | 08/20/2019 |
| 2:18-cv-01893 | Johnson | Mary | Bachus & Schanker, LLC | 02/22/2018 |
| 2:16-cv-17504 | Keys | Marylynn | Bachus & Schanker, LLC | 12/15/2016 |

| | | | | |
|---|---|---|---|---|
| 2:19-cv-12394 | Knight | Michele L. | Bachus & Schanker, LLC | 08/30/2019 |
| 2:16-cv-17183 | Petties | Kathleen | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17184 | Roberts | Lerconga | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17496 | Simmons | Janet | Bachus & Schanker, LLC | 12/15/2016 |
| 2:16-cv-17213 | Thomas | Felicia | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17199 | Turner | Cynthia B. | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17169 | Werning | Lara | Bachus & Schanker, LLC | 12/12/2016 |
| 2:19-cv-14087 | Woods | Wanda | Bachus & Schanker, LLC | 12/05/2019 |

**Plaintiffs Requesting Extensions of this Court's Deadline and/or Acceptance of Later Service Due to Inadvertence of Counsel**

| MDL DOCKET No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|
| 2:16-cv-17970 | Hurley | Betty | Bachus & Schanker, LLC | 12/09/2016 |
| 2:18-cv-08588 | Carrasco | Omatee | Cutter Law, P.C. | 09/13/2018 |
| 2:20-cv-01473 | Davis | Rasheema | Fears Nachawati, PLLC | 05/18/2020 |
| 2:20-cv-00709 | Hayden | Tamara | Fears Nachawati, PLLC | 02/29/2020 |
| 2:20-cv-00708 | Jones | Jacklyn D. | Fears Nachawati, PLLC | 02/29/2020 |
| 2:18-cv-12973 | Smith | Donna | Fears Nachawati, PLLC | 12/10/2018 |
| 2:20-cv-00522 | Webb | Michelle | Fears Nachawati, PLLC | 2/13/2020 |
| 2:18-cv-06462 | Watkins | Mary | Friend Law Group, LLC | 07/03/2018 |
| 2:21-cv-00064 | Benavente | Debra | Gardi & Haught Ltd. | 01/12/2021 |
| 2:17-cv-06919 | Destefano | Terri M. | Johnson Becker | 07/19/2017 |
| 2:17-cv-00317 | Hubbard | Susan P. | Johnson Becker | 01/12/2017 |
| 2:17-cv-05666 | Proctor | Judith S. | Johnson Becker | 06/08/2017 |

| | | | | |
|---|---|---|---|---|
| 2:17-cv-12862 | Racca | Karen | Johnson Law Group | 11/20/2017 |
| 2:17-cv-16078 | McGinnis | Kathleen | Kirtland & Packard, LLP | 12/08/2017 |
| 2:16-cv-15677 | Green | Sonya | Morris Bart, LLC | 10/18/2016 |
| 2:19-cv-14619 | Jones | Janice | Niemeyer, Grebel & Kruse LLC | 12/12/2019 |
| 2:18-cv-11205 | Warren | Felicia Linnette | Ray Hodge & Associates, LLC | 11/19/2018 |
| 2:17-cv-10733 | Thomason | Cindy | Schmidt National Law Group | 10/19/2017 |
| 2:19-cv-00406 | Pahios | Penelope A. | Terry & Thweatt, P.C. | 01/18/2019 |
| 2:16-cv-17948 | Barthelemy | Rocklyn | The Maher Law Firm | 12/08/2016 |
| 2:17-cv-12486 | Clendenin | Rosa L. | The Olinde Firm, LLC | 11/15/2017 |
| 2:16-cv-17830 | Cockrum | Sharon L. | Zoll & Kranz, LLC | 12/28/2016 |
| 2:16-cv-15511 | McCullough | Susan | Pendley Baudin & Coffin, LLP | 08/30/2016 |

**Plaintiffs Who Presented Timely, but Technologically Flawed Attempts at Service**

| MDL DOCKET No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|
| 2:18-cv-07836 | Mallak | Patricia | Meshbesher & Spence, Ltd. | 08/16/2018 |
| 2:18-cv-07818 | Saba | Tamara | Meshbesher & Spence, Ltd. | 08/16/2018 |
| 2:19-cv-12654 | Tonnu | Khanhtrang | Reyes Browne Reilley | 09/17/2019 |

*ACTIVE 682679765v1*