UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)     ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION   ) | |
|                                 ) | SECTION: "H" (5) |
| **This document relates to:**   ) | |
| Jeanne Bazille, 19-13551        ) | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 14932);

**IT IS ORDERED** that the Motion is **GRANTED** and that Michael Bazille, on behalf of Jeanne Bazille, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 17th day of October, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE