UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA INC.** |
| THIS DOCUMENT RELATES TO:<br><br>Denise Alton<br>Civil Action No. 2:18-cv-14052 | |

Pursuant to CMO 12A, Plaintiff, Denise Alton, dismisses with prejudice all previously named defendants in this matter except HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. and HOSPIRA INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 18th day of October, 2022         /s/ Holly Werkema
                                             Holly Werkema (TX. Bar  24081202)
                                             Baron & Budd, P.C.
                                             3102 Oak Lawn Ave., Suite 1100
                                             Dallas, Texas 75219
                                             Telephone: 214-521-3605
                                             Facsimile: 214-520-1181
                                             hwerkema@baronbudd.com

                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 18, 2022                                                            */s  Holly Werkema*
                                                                                                    Holly Werkema