# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Laura Werning*, No. 2:16-cv-17169 | |
| *Kathlene Petties*, No. 2:16-cv-17183 | |
| *Gwendolyn Crawford*, No. 2:16-cv-17151 | |
| *Janice Johnson*, No. 2:19-cv-12235 | |
| *Rhonda Clamon*, No. 2:19-cv-03422 | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF SUBMISSION FOR MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion for Leave to File its Reply in Support of Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and FRCP 4* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 2nd day of November, 2022.

DATED:  October 18, 2022        Respectfully submitted,

/s/ Julie A. Callsen
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
Email:        julie.callsen@tuckerellis.com
Email:        brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

2

**CERTFICATE OF SERVICE**

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                                          */s/ Julie Callsen*

5708328