UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Camille Hunter, 19-2832 Amy Martini, 18-6553 Michelle Pugsley, 18-6716 Mashea Spencer, 19-13284 | | |

# ORDER

Before the Court are several Motions to Substitute Counsel (Docs. 14934, 14935, 14936, and 14937);

**IT IS ORDERED** that the Motions are **GRANTED**, and attorney Melanie H. Muhlstock shall be substituted as counsel of record, in place of Christine M. Durant, in the above-captioned cases.

New Orleans, Louisiana, this 18th day of October, 2022.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**