# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This Document Relates to:**   ) | |
| Cases Listed on Exhibit A, attached.   ) | |

## ORDER

Before the Court is Defendant Sandoz Inc.'s Motion for Leave to File Reply Memorandum (Doc. 14938);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 14938-1) into the record.

New Orleans, Louisiana, this 18th day of October, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| MDL DOCKET No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|
| 2:16-cv-15664 | Fradella | Jacqueline | Allan Berger & Associates, PLC | 10/18/2016 |
| 2:16-cv-14486 | Rogers | Melanie | Allan Berger & Associates, PLC | 09/06/2016 |
| 2:19-cv-09607 | Jarrett | Diana | Carmen D. Caruso Law Firm | 04/22/2019 |
| 2:19-cv-09599 | Scott | Merri | Carmen D. Caruso Law Firm | 04/22/2019 |
| 2:19-cv-09586 | Stewart | Justine | Carmen D. Caruso Law Firm | 04/22/2019 |
| 2:22-cv-02859 | Haney | Sarah | Fears Nachawati, PLLC | 08/24/2022 |
| 2:18-cv-05637 | Pollard | Joanna | Law Office of William R. Brenske | 02/14/2018 |
| 2:19-cv-00125 | Cosner | Linda | McDonald Worley | 01/08/2019 |
| 2:18-cv-00795 | Newman | Patricia | McDonald Worley | 01/25/2018 |
| 2:18-cv-00793 | Roop | Merry | McDonald Worley | 01/25/2018 |

| | | | | |
|---|---|---|---|---|
| 2:19-cv-11478 | Newsome | Patricia A. | O'Mara Law Group | 07/02/2019 |
| 2:17-cv-15809 | White | Stacy J. | Pulaski Law Firm, PLLC | 12/08/2017 |
| 2:17-cv-12814 | Turner | Jennifer | Reich & Binstock | 11/20/2017 |
| 2:17-cv-15033 | Wright | Monica | Reich & Binstock | 12/06/2017 |
| 2:18-cv-12135 | Medina | Maria A. | Reyes Browne Reilley | 12/02/2018 |
| 2:16-cv-15313 | Detrixhe | Karen A. | The Law Office of David Burkhead | 10/14/2016 |
| 2:17-cv-16669 | DeShazor | Renee | The Law Offices of A. Craig Eiland, P.C. | 12/11/2017 |
| 2:20-cv-02664 | Rooney | Donna | Finson Law Firm | 05/05/2020 |
| 2:20-cv-02675 | Chaisson-Ricker | Elizabeth | Finson Law Firm | 05/27/2020 |
| 2:20-cv-00979 | Williams-Saunders | Tykesha | Finson Law Firm | 03/22/2020 |
| 2:16-cv-17171 | Bias | Sheila | Bachus & Schanker, LLC | 12/12/2016 |

| 2:18-cv-01917 | Bridges | Shirley | Bachus & Schanker, LLC | 02/22/2018 |
|---|---|---|---|---|
| 2:18-cv-12526 | Cruz | Carmen | Bachus & Schanker, LLC | 12/05/2018 |
| 2:16-cv-17166 | Johnson | Jonnie | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17186 | Justice | Kristy L. | Bachus & Schanker, LLC | 12/12/2016 |
| 2:17-cv-00117 | Russell | Madis C. | Bachus & Schanker, LLC | 01/05/2017 |
| 2:16-cv-17241 | Waller | Sarah | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17235 | Young | Lorraine M. | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-15497 | Valencia | Sonia | Bachus & Schanker, LLC | 09/09/2016 |
| 2:19-cv-11973 | Burns | Carrie | Bachus & Schanker, LLC | 08/01/2019 |

| | | | | |
|---|---|---|---|---|
| 2:16-cv-17174 | Champagne | Rose | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17163 | Chappell | Edith | Bachus & Schanker, LLC | 12/12/2016 |
| 2:19-cv-03422 | Clamon | Rhonda | Bachus & Schanker, LLC | 03/26/2019 |
| 2:16-cv-17151 | Crawford | Gwendolyn | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17201 | Dean | Carnelia | Bachus & Schanker, LLC | 12/12/2016 |
| 2:19-cv-13485 | Dewdney | Jacqueline | Bachus & Schanker, LLC | 11/07/2019 |
| 2:19-cv-02401 | Forsyth | Valarie | Bachus & Schanker, LLC | 03/15/2019 |
| 2:16-cv-17187 | Forte | Georgia | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17145 | Harris | Ruby | Bachus & Schanker, LLC | 12/12/2016 |

| | | | | |
|---|---|---|---|---|
| 2:17-cv-00756 | Jefferson | Charlotte | Bachus & Schanker, LLC | 01/27/2017 |
| 2:19-cv-12235 | Johnson | Janice | Bachus & Schanker, LLC | 08/20/2019 |
| 2:18-cv-01893 | Johnson | Mary | Bachus & Schanker, LLC | 02/22/2018 |
| 2:16-cv-17504 | Keys | Marylynn | Bachus & Schanker, LLC | 12/15/2016 |
| 2:19-cv-12394 | Knight | Michele L. | Bachus & Schanker, LLC | 08/30/2019 |
| 2:16-cv-17183 | Petties | Kathleen | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17184 | Roberts | Lerconga | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17496 | Simmons | Janet | Bachus & Schanker, LLC | 12/15/2016 |
| 2:16-cv-17213 | Thomas | Felicia | Bachus & Schanker, LLC | 12/12/2016 |

| | | | | |
|---|---|---|---|---|
| 2:16-cv-17199 | Turner | Cynthia B. | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17169 | Werning | Lara | Bachus & Schanker, LLC | 12/12/2016 |
| 2:19-cv-14087 | Woods | Wanda | Bachus & Schanker, LLC | 12/05/2019 |
| 2:16-cv-17970 | Hurley | Betty | Bachus & Schanker, LLC | 12/09/2016 |
| 2:18-cv-08588 | Carrasco | Omatee | Cutter Law, P. C. | 09/13/2018 |
| 2:20-cv-01473 | Davis | Rasheema | Fears Nachawati, PLLC | 05/18/2020 |
| 2:20-cv-00709 | Hayden | Tamara | Fears Nachawati, PLLC | 02/29/2020 |
| 2:20-cv-00708 | Jones | Jacklyn D. | Fears Nachawati, PLLC | 02/29/2020 |
| 2:18-cv-12973 | Smith | Donna | Fears Nachawati, PLLC | 12/10/2018 |

| | | | | |
|---|---|---|---|---|
| 2:20-cv-00522 | Webb | Michelle | Fears Nachawati, PLLC | 2/13/2020 |
| 2:18-cv-06462 | Watkins | Mary | Friend Law Group, LLC | 07/03/2018 |
| 2:21-cv-00064 | Benavente | Debra | Gardi & Haught Ltd. | 01/12/2021 |
| 2:17-cv-06919 | Destefano | Terri M. | Johnson Becker | 07/19/2017 |
| 2:17-cv-00317 | Hubbard | Susan P. | Johnson Becker | 01/12/2017 |
| 2:17-cv-05666 | Proctor | Judith S. | Johnson Becker | 06/08/2017 |
| 2:17-cv-12862 | Racca | Karen | Johnson Law Group | 11/20/2017 |
| 2:17-cv-16078 | McGinnis | Kathleen | Kirtland & Packard, LLP | 12/08/2017 |
| 2:16-cv-15677 | Green | Sonya | Morris Bart, LLC | 10/18/2016 |

| | | | | |
|---|---|---|---|---|
| 2:19-cv-14619 | Jones | Janice | Niemeyer, Grebel & Kruse LLC | 12/12/2019 |
| 2:18-cv-11205 | Warren | Felicia Linnette | Ray Hodge & Associates, LLC | 11/19/2018 |
| 2:17-cv-10733 | Thomason | Cindy | Schmidt National Law Group | 10/19/2017 |
| 2:19-cv-00406 | Pahios | Penelope A. | Terry & Thweatt, P.C. | 01/18/2019 |
| 2:16-cv-17948 | Barthelemy | Rocklyn | The Maher Law Firm | 12/08/2016 |
| 2:17-cv-12486 | Clendenin | Rosa L. | The Olinde Firm, LLC | 11/15/2017 |
| 2:16-cv-17830 | Cockrum | Sharon L. | Zoll & Kranz, LLC | 12/28/2016 |
| 2:16-cv-15511 | McCullough | Susan | Pendley Baudin & Coffin, LLP | 08/30/2016 |
| 2:18-cv-07836 | Mallak | Patricia | Meshbesher & Spence, Ltd. | 08/16/2018 |

| 2:18-cv-07818 | Saba | Tamara | Meshbesher & Spence, Ltd. | 08/16/2018 |
|---|---|---|---|---|
| 2:19-cv-12654 | Tonnu | Khanhtrang | Reyes Browne Reilley | 09/17/2019 |