# EXHIBIT 1

**No Dismissal Required – Agreed to Remove from Motion and/or Mooted by Prior Dismissal**

| MDL DOCKET No. | LAST NAME | FIRST NAME | Plaintiff Counsel | Date Complaint FILED |
|---|---|---|---|---|
| 2:19-cv-14445 | Story | Sheila | Allen & Nolte, PLLC | 12/10/2019 |
| 2:17-cv-12634 | Shaffer | Lois | Allen & Nolte, PLLC | 11/17/2017 |
| 2:18-cv-12258 | King | Andrea | Bachus & Schanker, LLC | 12/04/2018 |
| 2:16-cv-17190 | Chavez | Soundra | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17167 | Gardner | Sharon | Bachus & Schanker, LLC | 12/12/2016 |
| 2:16-cv-17212 | McDowell | Sheila | Bachus & Schanker, LLC | 12/12/2016 |
| 2:18-cv-02860 | Casaus | Nantri | Davis & Crump, PC | 03/16/2018 |
| 2:21-cv-00642 | Roddy | Kathleen | Fears Nachawati, PLLC | 03/30/2021 |
| 2:21-cv-00700 | Lepore | Patricia | Fears Nachawati, PLLC | 04/05/2021 |
| 2:19-cv-10022 | Moody | Bonnie J. | Grant & Eisenhofer P.A. | 05/01/2019 |
| 2:17-cv-09491 | Rosburg[1] | Teresa A. | Johnson Becker | 09/22/2017 |

---

[1] Counsel for Plaintiff Teresa Rosburg has indicated that "we are in the process of dismissing Sandoz as product ID does not apply in this instance."

| Case | Last Name | First Name | Firm | Date |
|---|---|---|---|---|
| 2:19-cv-14723 | Hawthorne | Betty | Martinez & McGuire, PLLC | 12/21/2019 |
| 2:19-cv-14755 | Killeen | Nancy | Martinez & McGuire, PLLC | 12/23/2019 |
| 2:19-cv-14756 | Parker | Gina Marie | Martinez & McGuire, PLLC | 12/23/2019 |
| 2:19-cv-14724 | Raggins | Sherry | Martinez & McGuire, PLLC | 12/21/2019 |
| 2:19-cv-02422 | Acosta-Dominguez | Delma | Napoli Shkolnik & Associates, PLLC | 03/18/2019 |
| 2:19-cv-09809 | Alawar | Ferial | Napoli Shkolnik & Associates, PLLC | 04/26/2019 |
| 2:19-cv-10842 | Chapman | Cynthia | Napoli Shkolnik & Associates, PLLC | 05/31/2019 |
| 2:19-cv-02231 | Conklin | Bianca | Napoli Shkolnik & Associates, PLLC | 03/15/2019 |
| 2:19-cv-07035 | Fullmore | Linda | Napoli Shkolnik & Associates, PLLC | 04/03/2019 |
| 2:19-cv-09849 | Hadley | Dorcille | Napoli Shkolnik & Associates, PLLC | 04/29/2019 |
| 2:19-cv-09912 | Hunt-Bluford | Marjorie | Napoli Shkolnik & Associates, PLLC | 04/30/2019 |

| | | | | |
|---|---|---|---|---|
| 2:19-cv-04340 | Morgan | Gayla | Napoli Shkolnik & Associates, PLLC | 03/28/2019 |
| 2:19-cv-11356 | Taylor | Barbara | Napoli Shkolnik & Associates, PLLC | 06/25/2019 |
| 2:19-cv-02441 | Wilder | Debra | Napoli Shkolnik & Associates, PLLC | 03/18/2019 |
| 2:18-cv-06849 | Stokes | Therese | Napoli Shkolnik & Associates, PLLC | 07/19/2018 |
| 2:17-cv-08855 | Lucas | Pearlease | Niemeyer, Grebel & Kruse, LLC | 09/10/2017 |
| 2:18-cv-13227 | Spencer | Karen | Pulaski Law Firm, PLLC | 12/10/2018 |