UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** ) ) ) ) ) ) ) **THIS DOCUMENT RELATES TO** ) SHARON D. WALKER, No. 2:18-cv-12488 ) | **MDL NO. 2740** **SECTION "H" (5)** |

**[PROPOSED ORDER]**

Before the Court is Plaintiff's Motion for Substitution of a Party (Doc.   );

Plaintiff's Motion is **GRANTED**.  Michael Walker, Jr., Administrator for the Estate of Sharon D. Walker, deceased, is substituted as Plaintiff herein.

So Ordered, New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**