**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION "H" (5)** |
| | ) | |
| | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO** | ) | |
| SHARON D. WALKER, No. 2:18-cv-12488 | ) | |

**[PROPOSED ORDER]**

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. _____);

Plaintiff's Motion is **GRANTED**, and that the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

So Ordered, New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**