**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION


THIS DOCUMENT RELATES TO:                    SECTION "H" (5)
ALL CASES IN ATTACHED REPLY
EXHIBITS 1 & 2

**HOSPIRA'S AND PFIZER'S MOTION FOR LEAVE TO**
**FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY**
<u>**WITH CASE MANAGEMENT ORDER NO. 35**</u>

Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc.

(collectively "Hospira"), and Pfizer, Inc. respectfully move this Court for leave to file a Reply

Memorandum in Support of its October 3, 2022 Motion to Dismiss for Failure to Comply with

Case Management Order No. 35.

Dated: October 18, 2022                    Respectfully submitted,

                                           Heidi K. Hubbard
                                           Richmond T. Moore
                                           Neelum J. Wadhwani
                                           **WILLIAMS & CONNOLLY LLP**
                                           725 Twelfth Street, N.W.
                                           Washington, D.C. 20005-5901
                                           Telephone: 202-434-5000
                                           hhubbard@wc.com

                                           */s/ John F. Olinde*
                                           John F. Olinde (Bar No.1515)
                                           Peter J. Rotolo (Bar No. 21848)
                                           **CHAFFE MCCALL LLP**
                                           1100 Poydras Street
                                           New Orleans, LA 70163
                                           Telephone: 504-858-7000
                                           olinde@chaffe.com

                                           *Counsel for Defendants Hospira, Inc.,*
                                           *Hospira Worldwide, LLC, and Pfizer Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ John F. Olinde*