UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| THIS DOCUMENT RELATES TO: ALL CASES IN ATTACHED REPLY EXHIBITS 1 & 2 | SECTION "H" (5) |

### ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Support of its October 3, 2022 Motion to Dismiss for Failure to Comply with Case Management Order No. 35, filed by Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc. (collectively "Defendants").

**IT IS HEREBY ORDERED** that said Motion be and is GRANTED, and that Defendants' proposed Reply in Support of their Motion to Dismiss is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE