UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This Document Relates to:** Laura Werning, 16-17169 Kathlene Petties, 16-17183 Gwendolyn Crawford, 16-17151 Janice Johnson, 19-12235 Rhonda Clamon, 19-3422 | | |

### ORDER

Before the Court is Defendant Accord Healthcare, Inc.'s Motion for Leave to File Reply Memorandum (Doc. 14941);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 14941-1) into the record.

New Orleans, Louisiana, this 18th day of October, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE