UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES IN ATTACHED EXHIBIT A

MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Reply Memorandum in Support of their Motion to Dismiss for Failure to Comply with Case Management Order No. 35.

WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Reply Memorandum in Support of its Motion to Dismiss for Failure to Comply with Case Management Order No. 35.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

2

> Harley Ratliff
> Jon Strongman
> Adrienne L. Byard
> **SHOOK, HARDY & BACON L.L.P.**
> 2555 Grand Boulevard
> Kansas City, Missouri 64108
> Telephone: 816-474-6550
> Facsimile: 816-421-5547
> hratliff@shb.com
> jstrongman@shb.com
> abyard@shb.com
>
> *Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

> /s/ *Douglas J. Moore*
> Douglas J. Moore