UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
SHARON D. WALKER
CASE NO. 2:18-cv-12488

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Plaintiff pursuant to Federal Rule of Civil Procedure 15, seeks leave to amend her short form complaint because:

1. Plaintiff died on September 5, 2020. Her claims for her losses, up to the date of her death, will be pursued by her Administrator, Michael Walker, Jr., who was duly appointed on September 16, 2022;

2. Plaintiff will substitute Michael Walker Jr. as a party and add a survival cause of action for Sharon D. Walker's damages up to the date of her death.

3. A copy of the Amended Short Form Complaint is attached as Exhibit "A" to this Motion.

4. Fed. R. Civ. P. 15(a)(2) instructs that courts "should freely give leave when justice so requires."

Wherefore, Plaintiff prays that the Court grant Plaintiff leave to amend her Short Form Complaint, as alleged herein above, and for such other appropriate relief.

1

Dated:  October 18, 2022

          Respectfully submitted,

          FERRER, POIROT & WANSBROUGH

<u>/s/John T. Kirtley, III</u>
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
  (Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/John T. Kirtley, III</u>
John T. Kirtley, III