UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO ) SHARON D. WALKER, No. 2:18-cv-12488 ) | MDL NO. 2740 SECTION "H" (5) |

**[PROPOSED ORDER]**

Before the Court is Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. ____);

Plaintiff's Motion is **GRANTED**, and that the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

So Ordered, New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**