UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
SHARON D. WALKER
CASE NO. 2:18-cv-12488

## PLAINTIFF'S MOTION TO SUBSTITUTE MICHAEL WALKER, JR. ON BEHALF OF SHARON D. WALKER

Plaintiff Sharon D. Walker files this motion to substitute Michael Walker, Jr., Administrator for the Estate of Sharon D. Walker, deceased, in lieu of Sharon D. Walker as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Sharon D. Walker filed the present action in the United States District Court of the Eastern District of Louisiana on December 5, 2018;

2. Plaintiff Sharon D. Walker died on September 5, 2020;

3. On August 16, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Michael Walker, Jr. is the Administrator for the Estate of Sharon D. Walker and proper party plaintiff pursuant to the laws of the State of Arkansas.

Plaintiff respectfully requests that Michael D Walker, Jr. be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
  (Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III