UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H" (5) |
| ) | |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO ) | |
| SHARON D. WALKER, No. 2:18-cv-12488 ) | |

## [PROPOSED ORDER]

Before the Court is Plaintiff's Motion for Substitution of a Party (Doc.   );

Plaintiff's Motion is **GRANTED**. Michael Walker, Jr., Administrator for the Estate of Sharon D. Walker, deceased, is substituted as Plaintiff herein.

So Ordered, New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**