UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This Document Relates to:** All Cases in Attached Reply Exhibits 1 & 2. | | |

# ORDER

Before the Court is a Motion for Leave to File Reply Memorandum in Support of its October 3, 2022 Motion to Dismiss for Failure to Comply with Case Management Order No. 35, filed by Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc. (Doc. 14948);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 14948-2) into the record.

New Orleans, Louisiana, this 19th day of October, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE