| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 1 | Rogers v. Sanofi S.A. et al | Melanie Rogers | 2:16-cv-14486 | Allan Berger & Associates, PLC | 9/6/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 2 | Harbert v. Sanofi S.A. et al | Christy Harbert | 2:16-cv-15839 | Andrews Thornton Higgins Razmara LLP | 10/25/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 3 | Hansen v. Hospira, Inc., Inc. | Lori Hansen | 2:18-cv-00355 | Atkins & Markoff | 1/11/2018 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14903 |
| 4 | Brown v. Sanofi, et al. | Ada Brown | 2:16-cv-17142 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 5 | Brown v. Sanofi, et al. | Chantel Brown | 2:16-cv-17160 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 6 | Burnstein v. Sanofi, et al. | Gwen Burnstein | 2:16-cv-17172 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 7 | Champagne v. Sanofi, et al. | Rose Champagne | 2:16-cv-17174 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 8 | Chappell v. Sanofi, et al. | Edith Chappell | 2:16-cv-17163 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 9 | Chorak v. Sanofi, et al. | Amy Chorak | 2:16-cv-17165 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 10 | Clendenon v. Sanofi, et al. | Janice Clendenon | 2:16-cv-17157 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 11 | Coleman v. Sanofi, et al. | Virginia Coleman | 2:16-cv-17124 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 12 | Crawford v. Sanofi, et al. | Gwendolyn Crawford | 2:16-cv-17151 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 13 | Dawson v. Sanofi, et al. | Earnestine Dawson | 2:16-cv-17119 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 14 | Fuller v. Sanofi, et al. | Gloria Fuller | 2:16-cv-17231 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 15 | Goins v. Sanofi, et al. | Rosie Goins | 2:17-cv-00739 | Bachus & Schanker, LLC | 1/27/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 16 | Granderson v. Sanofi, et al. | Thelma Granderson | 2:16-cv-17152 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 17 | Harris v. Sanofi, et al. | Ruby Harris | 2:16-cv-17145 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 18 | Hawkins v. Sanofi, et al. | Ethel Hawkins | 2:16-cv-17188 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 19 | Hyde v. Sanofi, et al. | Sherwanda Hyde | 2:16-cv-17158 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 20 | Jefferson v. Sanofi, et al. | Charlotte Jefferson | 2:17-cv-00756 | Bachus & Schanker, LLC | 1/27/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 21 | Johnson v. Sanofi, et al. | Jonnie Johnson | 2:16-cv-17166 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 22 | Jones v. Sanofi, et al. | Joyce Jones | 2:16-cv-17209 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 23 | Justice v. Sanofi, et al. | Kristy Justice | 2:16-cv-17186 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 24 | Kidd v. Sanofi, et al. | Pamela Kidd | 2:16-cv-17181 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 25 | Lewis v. Sanofi, et al. | Sylvia Lewis | 2:16-cv-17185 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 26 | Manigault v. Sanofi, et al. | Geraldine Manigault | 2:16-cv-17214 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 27 | O'Brien v. Sanofi, et al. | Linda O'Brien | 2:16-cv-17508 | Bachus & Schanker, LLC | 12/15/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 28 | Palmatier v. Sanofi, et al. | Christine Palmatier | 2:16-cv-17223 | Bachus & Schanker, LLC | 12/15/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 29 | Powell v. Sanofi, et al. | Tawonna Powell | 2:16-cv-17509 | Bachus & Schanker, LLC | 12/15/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 30 | Russell v. v. Sanofi, et al. | Madis Russell | 2:17-cv-00017 | Bachus & Schanker, LLC | 1/5/2017 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 31 | Section v. Sanofi, et al. | Annie Section | 2:16-cv-17147 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 32 | Sheffield v. Sanofi, et al. | Rosetta Sheffield | 2:16-cv-17168 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 33 | Siler v. Sanofi, et al. | Annie Siler | 2:16-cv-17094 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 34 | Spencer v. Sanofi, et al. | Kimberly Spencer | 2:16-cv-17141 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 35 | Tarver v. Sanofi, et al. | Theresa Tarver | 2:17-cv-00094 | Bachus & Schanker, LLC | 1/5/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 36 | Tipton v. Sanofi, et al. | Sandra Tipton | 2:16-cv-17232 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 37 | Turner v. Sanofi, et al. | Cynthia Turner | 2:16-cv-17199 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 38 | Waller v. Sanofi, et al. | Sarah Waller | 2:16-cv-17241 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 39 | Ward v. Sanofi, et al. | Linda Ward | 2:16-cv-17493 | Bachus & Schanker, LLC | 12/15/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 40 | Webb-McConnell v. Sanofi, et al. | Betty Web-McConnell | 2:16-cv-17155 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 41 | Williams v. Sanofi, et al. | Daphine Williams | 2:16-cv-17220 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 42 | Willis v. Sanofi, et al. | Lisa Willis | 2:16-cv-17492 | Bachus & Schanker, LLC | 12/15/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 43 | Young v. Sanofi, et al. | Lorraine Young | 2:16-cv-17235 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 44 | Davis v. Sanofi, et al. | Terry Davis | 2:16-cv-17198 | Bachus & Schanker, LLC | 12/12/2016 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 45 | Greedan v. Hospira, Inc. et al | Joanne Greedan | 2:19-cv-14088 | Bachus & Schanker, LLC (Denver) | 12/5/2019 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 46 | Moore v Hospira, Inc. | Debbie Moore | 2:19-cv-13488 | Bachus & Schanker, LLC (Denver) | 11/7/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 47 | Rogers v. Hospira, Inc. et al | Roberta Rogers | 2:20-cv-01890 | Bachus & Schanker, LLC (Denver) | 7/2/2020 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 48 | Schulze v. Hospira, Inc. et al | Yolanda Schulze | 2:19-cv-13436 | Bachus & Schanker, LLC (Denver) | 11/5/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 49 | Byers v. Sanofi-Aventis U.S. LLC et al | Sheila Byers | 2:17-cv-16959 | Bachus & Schanker, LLC (Denver) | 12/11/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 50 | Clamon v. Sanofi US Services Inc. et al | Rhonda Clamon | 2:19-cv-03422 | Bachus & Schanker, LLC (Denver) | 3/26/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 51 | Hoskin-Hudson v. Sanofi S.A. et al | Mary Hoskin-Hudson | 2:16-cv-17026 | Bachus & Schanker, LLC (Denver) | 12/9/2016 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 52 | Johnson v. Hospira, Inc., Inc. et al | Elizabeth Ann Johnson | 2:17-cv-16672 | Bachus & Schanker, LLC (Denver) | 12/11/2017 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 53 | Johnson v. Sanofi US Services Inc. et al | Janice Johnson | 2:19-cv-12235 | Bachus & Schanker, LLC (Denver) | 8/20/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 54 | Knight v. Sanofi US Services Inc. et al | Michele Knight | 2:19-cv-12394 | Bachus & Schanker, LLC (Denver) | 8/30/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 55 | Manning v. Sanofi-Aventis U.S. LLC, et al | Yvonne Manning | 2:18-cv-01925 | Bachus & Schanker, LLC (Denver) | 2/22/2018 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 56 | McClendon v. Sanofi S.A. et al | Mary McClendon | 2:17-cv-8617 | Bachus & Schanker, LLC (Denver) | 9/1/2017 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 57 | Melvin v. Hospira, Inc., Inc. et al | Linda Melvin | 2:17-cv-9529 | Bachus & Schanker, LLC (Denver) | 9/23/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 58 | Williams v. Sanofi S.A. et al | Doris Williams | 2:16-cv-17044 | Bachus & Schanker, LLC (Denver) | 12/9/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 59 | Yessilth v. Hospira, Inc. et al | Iris Yessilth | 2:17-cv-8166 | Bachus & Schanker, LLC (Denver) | 8/23/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 60 | Ahoe v. Sanofi US Services Inc et al | Karen Ahoe | 2:19-cv-13928 | Baron & Budd, P.C. (Dallas) | 11/27/2019 | Plaintiff and Hospira are conferring. Plaintiff's deadline to oppose Hospira's motion is October 25. Two weeks extension | |
| 61 | Walker (C) v. Sanofi, et al. | Catherine Walker | 2:16-cv-17114 | Beasley Allen Crow Methvin Portis & Miles, P.C. | 12/12/2016 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14891 |
| 62 | Toles v. Accord Healthcare, Inc. et al | Valerie Toles | 2:17-cv-9758 | Brown & Crouppen, P. | 9/28/2017 | Plaintiff dismissed with prejudice the claims against Hospira and/or Pfizer | 1094 |
| 63 | Tengesdahl v. Sanofi S.A. et al | Coretta Tengesdahl | 2:17-cv-6354 | Bruno & Bruno | 6/30/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14812 |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 64 | Ramsey v. Hospira, Inc. et al | Cindy Ramsey | 2:19-cv-00473 | Canepa Riedy Abele | 1/23/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14878 |
| 65 | Mclaney v. Accord Healthcare, Inc et al | Brenda McIaney | 2:19-cv-4339 | Carmen D. Caruso Law Firm | 4/4/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 66 | DelPlato v. Hospira, Inc., Inc. | Madeline DelPlato | 2:19-cv-09602 | Carmen D. Caruso Law Firm | 4/22/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 67 | Jarrett v. Sandoz, Inc. et al | Diana Jarrett | 2:19-cv-09607 | Carmen D. Caruso Law Firm | 4/22/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 68 | Sells v. Hospira, Inc. et al | Joanne Sells | 2:19-cv-09611 | Carmen D. Caruso Law Firm | 4/22/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 69 | Stewart v. Sandoz, Inc. et al | Justine Stewart | 2:19-cv-09586 | Carmen D. Caruso Law Firm | 4/22/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 70 | Adams v. Sanofi US Services Inc. et al | Julia Adams | 2:18-cv-11201 | Cutter Law, P. C. | 11/19/2018 | Hospira and Pfizer agree to withdraw their motion as to her. | 14892 |
| 71 | Bieller v. Hospira, Inc. et al | Linda Bieller | 2:20-cv-00767 | Fears Nachawati PLLC | 3/4/2020 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14859 |
| 72 | Carter v. Sanofi US Services Inc. et al | Cynthia Louise Carter | 2:20-cv-00671 | Fears Nachawati PLLC | 2/26/2020 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14858 |
| 73 | De Anda v. Sanofi US Services Inc. et al | Alicia De Anda | 2:20-cv-00694 | Fears Nachawati PLLC | 2/28/2020 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14863 |
| 74 | Mitchell v. Hospira, Inc., et al | Lori Mitchell | 2:20-cv-00728 | Fears Nachawati PLLC | 3/2/2020 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14884 |
| 75 | Popke v. Hospira, Inc.et al | Brenda Popke | 2:20-cv-00752 | Fears Nachawati PLLC | 3/4/2020 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14880 |
| 76 | Schuller v. Hospira, Inc. et al | Sharyl Schuller | 2:20-cv-00731 | Fears Nachawati PLLC | 3/3/2020 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14873 |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 77 | Shores v. Hospira, Inc. et al | Teresa Shores | 20-cv-00643 | Fears Nachawati PLLC | 2/21/2020 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14872 |
| 78 | Eastep et al v. Hospira, Inc. et al | Kimberly Eastep | 2:19-cv-00031 | Fears Nachawati PLLC | 1/3/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14867 |
| 79 | Lepore v. Sanofi US Services Inc. et al. | Patricia Lepore | 2:21-cv-00700 | Fears Nachawati, PLLC | 4/5/2021 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14886 |
| 80 | Kenniger v. Sanofi, et al. | Cynthia Kenniger | 2:17-cv-3112 | Femelius Simon PLLC | 4/10/2017 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 81 | Smith v. Sandoz, Inc. et al | Melodie Wells Smith | 2:18-cv-14198 | Ferrer Poirot Wansbrough (GA) | 12/26/2018 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14809 |
| 82 | Avery v. Sanofi-Aventis, et al. | Christine Avery | 2:20-cv-00967 | Finson Law Firm | 3/20/2020 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 83 | Heaton v. Sandoz, Inc. et al | Sandra Gerarde Heaton | 2:18-cv-14076 | Fox & Farley, Attorneys at Law | 12/20/2018 | Hospira and Pfizer agree to withdraw their motion as to her. | 14869 |
| 84 | Wilson v. Sanofi US Services Inc. et al | Stephanie Wilson | 2:19-cv-12382 | Franco Law PLLC | 8/29/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14835 |
| 85 | Watkins v. Sanofi US Services, Inc. et al | Mary Watkins | 2:18-cv-06462 | Friend Law Group, LLC | 7/3/2018 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 86 | Gilson v. Sanofi S.A. et al | Kathleen L Gilson | 2:17-cv-14003 | Goldberg & Osborne LLP (Tucson) | 12/1/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14818 |
| 87 | Malone v. Sanofi S.A. et al | Dorothy and Jerry Malone | 2:16-cv-17101 | Gomez Iagmin Trial Attorneys | 12/12/2016 | Plaintiff and Hospira are conferring. If the parties do not resolve their dispute, Plaintiff's deadline to oppose Hospira's motion is October 25. | |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 88 | Sandler v. Sanofi S.A. et al | Abigail Sandler | 2:16-cv-15507 | Gomez Iagmin Trial Attorneys | 10/21/2016 | Plaintiff and Hospira are conferring. If the parties do not resolve their dispute, Plaintiff's deadline to oppose Hospira's motion is October 25. | |
| 89 | Valencia v. Sanofi S.A. et al | Sonia Valencia | 2:16-cv-15497 | Gomez Iagmin Trial Attorneys | 9/9/2016 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 90 | Brewer v. Hospira, Inc. et al | Deborah Brewer | 2:19-cv-13102 | Grant & Eisenhofer P.A (Delaware) | 10/11/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14845 |
| 91 | Riker-Wenzel v. Hospira, Inc. et al | Cindy Riker-Wenzel | 2:19-cv-13107 | Grant & Eisenhofer P.A (Delaware) | 10/11/2019 | Plaintiff dismissed with prejudice the claims against Hospira and/or Pfizer | 14862 |
| 92 | Hurley v. Sanofi S.A. et al | Betty Hurley | 2:16-cv-17970 | Hughes & Coleman PLLC | 12/9/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 93 | Free v. Sanofi S.A. et al | Kimberly J. Free | 2:16-cv-15326 | Kennedy Hodges, LLP | 4/27/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 94 | Matter v. Hospira, Inc. et al | Barbara Matter | 2:17-cv-17397 | Kirkendall Dwyer LLP (Dallas) | 12/15/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14819 |
| 95 | Cosner v. Sanofi US Services Inc. et al | Linda Cosner | 2:19-cv-00125 | McDonald Worley | 1/8/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 96 | Pope v. Sanofi US Services Inc. et al | Ulle Pope | 2:18-cv-00794 | McDonald Worley | 2/21/2018 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 97 | Newman v. Sandoz et al. | Patricia Newman | 2:18-cv-00795 | McDonald Worley | 1/25/2018 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 98 | Greenwood v. Sanofi-Aventis U.S. LLC et al | Jacqueline Greenwood | 2:17-cv-13430 | McSweeney/Langevin Law Firm | 11/27/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14804 |
| 99 | Bodden v. Sanofi-Aventis, U.S., Inc. et al | Janet Bodden | 2:16 -cv-15609 | Morris Bart, LLC (New Orleans) | 10/15/2016 | Hospira and Pfizer agree to withdraw their motion as to her. | 14912 |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 100 | Encalarde v. Sanofi-Aventis, U.S., Inc. et al | Mary Encalarde | 2:16-cv-15863 | Morris Bart, LLC (New Orleans) | 10/26/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 101 | LaFountain v. Sanofi-Aventis U.S. et al | Lisa LaFountain | 2:16-cv-16250 | Morris Bart, LLC (New Orleans) | 10/26/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 102 | Nettles v. Hospira, Inc. et al | Neotia Nettles | 2:19-cv-10826 | Murray Law Firm | 5/30/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 103 | Bunche v. Hospira, Inc. et al | Helen Bunche | 2:19-cv-01851 | Napoli Shkolnik, PLLC (New York) | 2/28/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 104 | Davis v. Hospira, Inc. et al | Ruby L. Davis | 2:19-cv-01847 | Napoli Shkolnik, PLLC (New York) | 2/28/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 105 | Johnson et al v. Hospira, Inc. et al | Lenora Johnson | 2:19-cv-01856 | Napoli Shkolnik, PLLC (New York) | 2/28/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 106 | Abrams v. Hospira, Inc. et al | Linda D. Abrams | 2:19-cv-01616 | Napoli Shkolnik, PLLC (New York) | 2/21/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 107 | Alawar v. Sanofi-Aventis U.S. Services Inc. et al | Ferial Alawar | 2:19-cv-09809 | Napoli Shkolnik, PLLC (New York) | 4/26/2019 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |
| 108 | Clark v. Sanofi US Services Inc. et al | Antoinette Clark | 2:19-cv-06751 | Napoli Shkolnik, PLLC (New York) | 4/2/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 109 | Collins v. Hospira, Inc. et al | Sonia Collins | 2:19-cv-09395 | Napoli Shkolnik, PLLC (New York) | 4/15/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 110 | Crumblin v. Hospira, Inc. et al | Carol A. Crumblin | 2:19-cv-10838 | Napoli Shkolnik, PLLC (New York) | 5/31/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 111 | Farrington v. Hospira, Inc. et al | Erma Farrington | 2:19-cv-10586 | Napoli Shkolnik, PLLC (New York) | 5/21/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 112 | Fullmore v. Sandoz, Inc. et al | Linda Fullmore | 2:19-cv-07035 | Napoli Shkolnik, PLLC (New York) | 4/2/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 113 | Gill v. Accord Healthcare, Inc. et al | Phyllis M. Gill | 2:19-cv-09844 | Napoli Shkolnik, PLLC (New York) | 4/29/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 114 | Grant v. Hospira, Inc. Worldwide, LLC et al | Shelby Grant | 2:19-cv-01956 | Napoli Shkolnik, PLLC (New York) | 3/4/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 115 | Hadley v. Sanofi US Services Inc. et al | Dorcille Hadley | 2:19-cv-09849 | Napoli Shkolnik, PLLC (New York) | 4/29/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 116 | Hosney v. Hospira, Inc. et al | Bendetta Hosney | 2:19-cv-09855 | Napoli Shkolnik, PLLC (New York) | 4/29/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 117 | Hunt-Bluford v. Sanofi US Services Inc. et al | Marjorie Hunt-Bluford | 2:19-cv-09912 | Napoli Shkolnik, PLLC (New York) | 4/30/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 118 | Meyers v. Sanofi US Services Inc. et al | Deborah Meyers | 2:19-cv-11402 | Napoli Shkolnik, PLLC (New York) | 6/28/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 119 | Mirabella et al v. Hospira, Inc. et al | Lillian H. Mirabella | 2:19-cv-01961 | Napoli Shkolnik, PLLC (New York) | 3/4/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 120 | Morgan v. Sandoz, Inc. et al | Gayla Morgan | 2:19-cv-04340 | Napoli Shkolnik, PLLC (New York) | 3/28/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 121 | Patterson v. Hospira, Inc. et al | Denise Patterson | 2:19-cv-02426 | Napoli Shkolnik, PLLC (New York) | 3/18/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 122 | Phelps v. Hospira, Inc. et al | Carla Phelps | 2:19-cv-11395 | Napoli Shkolnik, PLLC (New York) | 6/27/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 123 | Reeves et al v. Hospira, Inc. et al | Patsy S. Reeves | 2:19-cv-02027 | Napoli Shkolnik, PLLC (New York) | 3/5/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 124 | Rice et al v. Hospira, Inc. et al | Linda Rice | 2:19-cv-02026 | Napoli Shkolnik, PLLC (New York) | 3/5/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 125 | Schofield v. Hospira, Inc. et al | Valencia A. Schofield | 2:19-cv-10097 | Napoli Shkolnik, PLLC (New York) | 5/6/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 126 | Scott et al v. Hospira, Inc. et al | Carole M. Scott | 2:19-cv-01974 | Napoli Shkolnik, PLLC (New York) | 3/4/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 127 | Shular et al v. Hospira, Inc. et al | Frances Shular | 2:19-cv-02025 | Napoli Shkolnik, PLLC (New York) | 3/5/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 128 | Tate v. Hospira, Inc. et al | Sharon Tate | 2:19-cv-02427 | Napoli Shkolnik, PLLC (New York) | 3/18/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 129 | Thomas v. Sanofi US Services Inc. et al | Antoinette Thomas | 2:19-cv-11355 | Napoli Shkolnik, PLLC (New York) | 6/25/2019 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 130 | Ward v. Hospira, Inc. et al | Helen Ward | 2:19-cv-11428 | Napoli Shkolnik, PLLC (New York) | 7/1/2019 | Plaintiff consents to dismissal against Hospira and Pfizer with prejudice | |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 131 | Thompson v. Hospira, Inc. et al | Theatrice Thompson | 2:18-cv-09371 | Niemeyer, Grebel & Kruse LLC | 10/9/2018 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14848 |
| 132 | Lackey v. Sanofi S.A. et al | Tammie Lackey | 2:17-cv-9705 | Niemeyer, Grebel & Kruse LLC | 9/27/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14847 |
| 133 | Newsome v. Sanofi U.S. Services Inc | Patricia Ann Newsome | 2:19-cv-11478 | O'Mara Law Group | 7/2/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 134 | Boggs v. Sanofi US Services Inc. et al | Ozie Boggs | 2:18-cv-11167 | Ray Hodge & Associates, LLC | 11/19/2018 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 135 | Ford v. Sanofi U.S. Services, Inc. et al | Deborah Ford | 2:17-cv-12763 | Reich & Binstock | 11/20/2017 Amended: 3/11/2019 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 136 | Solias v. Sanofi US Services Inc. et al | Joellen Solias | 2:18-cv-00724 | Reich & Binstock | 1/24/2018 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 137 | Kidwell v. Sanofi US Services Inc et al | Kidwell Twila | 2:17-cv-15550 | Reich and Binstock, LLP | 12/7/2017 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 138 | Shields v. Sanofi US Services Inc. et al | Shields Gwendolyn | 2:17-cv-15141 | Reich and Binstock, LLP | 12/6/2017 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 139 | Hill v. Sanofi US Services Inc. et al | Marytina Hill | 2:18-cv-10757 | Reyes Browne Reilley | 11/9/2018 | Hospira and Pfizer agree to withdraw their motion as to her. | 14905 |
| 140 | Reeder, Martine v. Sanofi US LLC, et al. | Martine Reeder | 2:19-cv-13981 | Robins Kaplan LLP | 12/11/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14813 |
| 141 | Jeffries v. Hospira, Inc., Inc. et al | Regina Jeffries | 2:20-cv-01759 | Saunders & Walker P.A. | 6/18/2020 | Plaintiff and Hospira conferred on 10/14. The parties did not resolve their dispute. Plaintiff's deadline to oppose Hospira's motion is October 25. | |
| 142 | Nieves v. Sanofi US Services Inc. et al | Maria I. Nieves | 2:17-cv-15044 | Schmidt National Law Group | 12/6/2017 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |

| # | Case Name | Plaintiff | MDL No. | Primary Plaintiffs' Counsel | Filed | Plaintiff's Response | Docket # |
|---|---|---|---|---|---|---|---|
| 143 | Thomason v. Sanofi S.A. et al | Cindy Thomason | 2:17-cv-10773 | Schmidt National Law Group | 10/17/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14855 |
| 144 | Della Rocca v. Hospira, Inc. et al | Lara Della Rocca | 2:19-cv-00908 | Terry & Thweatt, P.C. | 2/5/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14897 |
| 145 | Gardner v. Sanofi US Services Inc. et al | Patricia Gardner | 2:18-cv-14157 | Terry & Thweatt, P.C. | 12/21/2018 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14898 |
| 146 | Howard v. Sanofi US Services Inc. et al | Millie Howard | 2:19-cv-00349 | Terry & Thweatt, P.C. | 1/17/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14899 |
| 147 | Pahios v. Sanofi US Services Inc. et al | Penelope Pahios | 2:19-cv-00406 | Terry & Thweatt, P.C. | 1/18/2019 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14900 |
| 148 | Detrixhe v. Sanofi S.A. et al | Karen A. Detrixhe | 2:16-cv-15313 | The Law Office of David Burkhead | 4/15/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 149 | Lawrence v. Hospira, Inc. et al | Carolyn Lawrence | 2:16-cv-17958 | The Maher Law Firm | 3/13/2018 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14907 |
| 150 | Adams v. Sanofi US Services Inc. et al | Tessie Adams | 2:17-cv-16210 | The Mulligan Law Firm | 12/9/2017 | Plaintiff did not comply with CMO 35 yet seeks relief to proceed | 14874 |
| 151 | Stone v. Sanofi S.A., et al | Stone Anita | 2:16-cv-16798 | Wendt Law Firm, P.C | 12/1/2016 | After conferral with the plaintiff, Hospira and Pfizer agree to withdraw their motion as to her. | |
| 152 | Mottola v. Sanofi S.A. et al | Kathy Mottola | 2:16-cv-15320 | Whitfield Bryson & Mason LLP (Raleigh) | 5/23/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |
| 153 | Wood v. Sanofi S.A. et al | Delight Wood | 2:16-cv-15321 | Whitfield Bryson & Mason LLP (Raleigh) | 5/24/2016 | Plaintiff failed to respond to Hospira's and Pfizer's Motion | |