**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Linda Parker Case No.:              JUDGE MILAZZO
2:19-cv-00697-JTM-MBN                               MAG. JUDGE NORTH

<u>**DECLARATION**</u>

I, William Barfield, have attempted to reach my client, Linda Parker, on the following dates: September 27, 2022 by phone (number no longer in service), September 27 and October 5, 2022 by email (returned undeliverable) and on September 27, 2022 by USPS certified mail.

by (check all that apply) _X___ telephone, _X___ e-mail, _ ___ text message, ____ social media, ____ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**MCDONALD WORLEY, PC**
<u>*/s/ William H. Barfield*</u>
William H. Barfield,
bill@mcdonaldworley.com
TX State Bar No. 24031725
Jeffrey C. Bogart
jbogart@mcdonaldworley.com
State Bar No. 132778
Mc Donald S. Worley