# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Sharon D. Walker, 18-12488 | | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 14953);

**IT IS ORDERED** that the Motion is **GRANTED** and that Michael Walker, Jr., on behalf of Sharon D. Walker, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 20th day of October, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**