**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Betty Hurley v. Sanofi S.A., et al.,* | : | |
| Case No. 2:16-cv-17970 | : | |
| | : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS PLAINTIFF BETTY HURLEY'S COMPLAINT FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Accord Healthcare, Inc. ("Accord") respectfully brings the instant Motion to Dismiss Plaintiff Betty Hurley's Complaint for Failure to Comply with Case Management Order No. 35 and Rule 4 of the Federal Rules of Civil Procedure. On July 26, 2022, the Court entered Case Management Order No. 35, which instructed all Plaintiffs to effect service of process on Defendants by August 31, 2022. (Rec. Doc. 14456 at 1). Plaintiff Betty Hurley did not timely serve Accord by the Court-ordered deadline. Accordingly, the Court should dismiss Plaintiff's claims with prejudice as to Accord.

DATED: October 20, 2022          Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
Email:        julie.callsen@tuckerellis.com
              brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2022, I electronically filed the forgoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/Julie A. Callsen
Julie A. Callsen
*One of the Attorneys for Defendant*
*Accord Healthcare, Inc.*

5713421