```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                              Civil Action No. 16-MD-2740
                              Section "H"(5)
                              New Orleans, Louisiana
                              July 22, 2022

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************

              TRANSCRIPT OF GENERAL STATUS CONFERENCE
          HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                   UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

                    MATTHEW PALMER LAMBERT
                    GAINSBURGH BENJAMIN DAVID MEUNIER
                    & WARSHAUER
                    1100 POYDRAS STREET
                    SUITE 2800
                    NEW ORLEANS, LA 70163

                    CHRISTOPHER COFFIN
                    PENDLEY BAUDIN & COFFIN
                    1515 POYDRAS STREET
                    NEW ORLEANS, LA 70112

                    KAREN BARTH MENZIES
                    GIBBS LAW GROUP
                    400 CONTINENTAL BOULEVARD
                    EL SUGUNDO, CA 90245

                    CHRISTOPHER ELLIOTT
                    BACHUS & SCHANKER
                    1899 WYNKOOP STREET
                    SUITE 700
                    DENVER, CO 80202
```

```
 1  there's no change to this section.
 2          No. 7, Plaintiff and Defendant Fact Sheets, I won't
 3  read into the record the numbers, but the parties,
 4  particularly defendants, have updated the numbers of cases,
 5  plaintiff fact sheets per defendant in that section.
 6          Section No. 8, Service on Defendants, this section is
 7  unchanged, but I do want to remind counsel of the revised
 8  pretrial order related to streamlined service on Accord.
 9  That's Record Document 13877.
10          And we also discussed some pending motion practice
11  related to failure of counsel to serve defendants and the
12  Court will be entering an order that all counsel have until
13  August 31, 2022, to correct any service issues in their
14  cases.
15          THE COURT:  All right.  I want to speak to that just
16  briefly.  And I want plaintiffs' counsel to understand that
17  it is the obligation of the plaintiff to properly serve and
18  you should not anticipate some notice coming from a defendant
19  to say, oh, by the way, I have not been served.  It's not the
20  defendant's obligation to search through plaintiff fact
21  sheets to determine if they are indeed a defendant.  And so I
22  am -- this is an obligation of the plaintiff and the
23  plaintiff only, and I will give you until August 31st to
24  verify proper service.
25          MR. LAMBERT:  Thank you, Judge.  And if anybody has
```