# EXHIBIT 2

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

[Back To MDL Centrality](#)

## MDL 2740 - Taxotere      Search Results

Return to Search Results      Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 12881 | **DOB:** | 03/21/1952 |
| **Name:** | BRENDA MCLANEY | **Email:** | |
| **Most Recent PFS Submitted:** | 05/28/2019 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes    **Comments** |
| **Drug Name:** | Accord Healthcare, Inc.; Hospira, Inc. | **Unknown Certification:** | |
| **Treatment Dates:** | 08/24/2011 to 10/25/2011 | **Docket No.:** | MDL 2740 |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Carmen D. Caruso Law Firm |

### Documents

View Documents     Upload

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 427590 | CMO 12 Product Identification - pgs.9,11,13,15. | 12/16/2019 | Remove |
| 425099 | PTO 71 Written Statement | 12/06/2019 | Remove |
| 425097 | HIPAA Authorization | 12/06/2019 | Remove |
| 425096 | Health Insurance Record Authorization | 12/06/2019 | Remove |
| 401074 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401072 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401071 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401070 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401069 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401068 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401067 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401066 | Proof of Use -- Medical Records | 08/21/2019 | Remove |
| 401063 | Properly Executed Verification of PFS | 08/21/2019 | Remove |
| 369950 | Plaintiff Fact Sheet | 05/28/2019 | |

**Plaintiff Fact Sheet**

I. Plaintiff Fact Sheet  - In Progress                    Edit        PFS Compare

© 2022 BrownGreer PLC. All rights reserved.