# EXHIBIT 3

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

**MDL 2740 - Taxotere**                                    Search Results

Return to Search Results                                                          Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 13677 | **DOB:** | 02/22/1948 |
| **Name:** | DIANA JARRETT | **Email:** | dianajarrett8@gmail.com |
| **Most Recent PFS Submitted:** | 11/25/2019 | | |

### Plaintiff Snapshot

| | | | |
|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes    **Comments** |
| **Drug Name:** | Sandoz Inc.; Hospira, Inc. | **Unknown Certification:** | |
| **Treatment Dates:** | 10/1/2014 to 12/15/2014 | **Docket No.:** | MDL 2740 |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Carmen D. Caruso Law Firm |

### Documents

View Documents    Upload                                                          Deficiency Response

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 423206 | Health Insurance Record Authorization | 11/26/2019 | Remove |
| 423205 | HIPAA Authorization | 11/26/2019 | Remove |
| 422671 | PTO 71 Written Statement | 11/25/2019 | Remove |
| 422669 | Second Amended Plaintiff Fact Sheet | 11/25/2019 | |
| 418688 | Amended Deficiency Notice | 11/07/2019 | |
| 410260 | First Amended Plaintiff Fact Sheet | 10/03/2019 | |
| 410200 | Hospital Bill or Invoice | 10/03/2019 | Remove |
| 410199 | Hospital Bill or Invoice | 10/03/2019 | Remove |
| 410197 | Response to Deficiency Notice | 10/03/2019 | |
| 409620 | CMO 12 Product Identification | 10/01/2019 | Remove |
| 408479 | Proof of Injury - Before & After Photographs - Before - 2005 | 09/26/2019 | Remove |
| 408478 | Proof of Injury - Before & After Photographs - Before - 2008 | 09/26/2019 | Remove |
| 408477 | Proof of Injury - Before & After Photographs - Before - 2013 | 09/26/2019 | Remove |
| 408468 | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | Remove |
| 408467 | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | Remove |
| 408465 | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | Remove |

| | | | |
|---|---|---|---|
| [408461](#) | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | **[Remove](#)** |
| [408458](#) | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | **[Remove](#)** |
| [408456](#) | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | **[Remove](#)** |
| [408453](#) | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | **[Remove](#)** |
| [408452](#) | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | **[Remove](#)** |
| [408450](#) | Proof of Injury - Before & After Photographs - After - Aug 25, 2018 | 09/26/2019 | **[Remove](#)** |
| [408446](#) | Proof of Injury - Before & After Photographs - Before Treatment, Jan 2012 | 09/26/2019 | **[Remove](#)** |
| [403632](#) | Deficiency Notice | 09/03/2019 | |
| [400265](#) | Plaintiff Fact Sheet | 08/16/2019 | |
| [400147](#) | Proof of Use -- Medical Records | 08/15/2019 | **[Remove](#)** |
| [400146](#) | Proof of Use -- Medical Records | 08/15/2019 | **[Remove](#)** |
| [400145](#) | Proof of Use -- Medical Records | 08/15/2019 | **[Remove](#)** |
| [400142](#) | Properly Executed Verification of PFS | 08/15/2019 | **[Remove](#)** |

**Plaintiff Fact Sheet**

**I. Plaintiff Fact Sheet**  Amend Fact Sheet   PFS Compare

© 2022 BrownGreer PLC. All rights reserved.