# EXHIBIT 4

|  HOME  |  FACT SHEETS  |  REPORTING  |  DOCKET CENTRAL  |  DISCOVERY CENTRAL  |  MY ACCOUNT  |

**Back To MDL Centrality**

**MDL 2740 - Taxotere**                                              Search Results

Return to Search Results                                                             Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 13395 | **DOB:** | 02/12/1963 |
| **Name:** | JUSTINE STEWART | **Email:** | stewartjustine63@gmail.com |
| **Most Recent PFS Submitted:** | 12/10/2019 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | **Comments** |
| **Drug Name:** | Sandoz Inc.; Hospira, Inc. | **Unknown Certification:** | | |
| **Treatment Dates:** | 10/1/2014 to 10/1/2016 | **Docket No.:** | MDL 2740 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Carmen D. Caruso Law Firm | |

### Documents

View Documents    Upload                                                             Deficiency Response

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 425912 | Second Amended Plaintiff Fact Sheet | 12/10/2019 | |
| 425747 | CMO 12 Product Identification | 12/09/2019 | Remove |
| 425746 | HIPAA Authorization | 12/09/2019 | Remove |
| 425744 | Health Insurance Record Authorization | 12/09/2019 | Remove |
| 425740 | PTO 71 Written Statement | 12/09/2019 | Remove |
| 425739 | Response to Deficiency Notice | 12/09/2019 | |
| 419955 | Amended Deficiency Notice | 11/13/2019 | |
| 410556 | First Amended Plaintiff Fact Sheet | 10/04/2019 | |
| 410554 | Response to Deficiency Notice | 10/04/2019 | |
| 410471 | Proof of Injury - Before & After Photographs - 10/04/2019 - After Photo 10 | 10/04/2019 | Remove |
| 410469 | Proof of Injury - Before & After Photographs - 10/04/2019 - After Photo 9 | 10/04/2019 | Remove |
| 410467 | Proof of Injury - Before & After Photographs - 10/04/2019 - After Photo 8 | 10/04/2019 | Remove |
| 410466 | Proof of Injury - Before & After Photographs - 10/04/2019 - After Photo 7 | 10/04/2019 | Remove |
| 410465 | Proof of Injury - Before & After Photographs - 10/01/2019 - After Photo 6 | 10/04/2019 | Remove |
| 410464 | Proof of Injury - Before & After Photographs - 00/00/2012 - Before Photo 1 | 10/04/2019 | Remove |
| 410460 | Proof of Injury - Before & After Photographs - 08/30/2018 - After Photo 5 | 10/04/2019 | Remove |

| | | | |
|---|---|---|---|
| [410459](#) | Proof of Injury - Before & After Photographs - 08/22/2018 - After Photo 4 | 10/04/2019 | **[Remove](#)** |
| [410458](#) | Proof of Injury - Before & After Photographs - 08/22/2018 - After Photo 3 | 10/04/2019 | **[Remove](#)** |
| [410457](#) | Proof of Injury - Before & After Photographs - 08/22/2018 - After Photo 2 | 10/04/2019 | **[Remove](#)** |
| [410456](#) | Proof of Injury - Before & After Photographs - 08/22/2018 - After Photo 1 | 10/04/2019 | **[Remove](#)** |
| [404704](#) | Deficiency Notice | 09/06/2019 | |
| [400262](#) | Plaintiff Fact Sheet | 08/16/2019 | |
| [400138](#) | Proof of Injury - Before & After Photographs | 08/15/2019 | **[Remove](#)** |
| [400137](#) | Proof of Injury - Before & After Photographs | 08/15/2019 | **[Remove](#)** |
| [400136](#) | Proof of Injury - Before & After Photographs | 08/15/2019 | **[Remove](#)** |
| [400134](#) | Proof of Injury - Before & After Photographs - before photo | 08/15/2019 | **[Remove](#)** |
| [400133](#) | Proof of Use -- Medical Records | 08/15/2019 | **[Remove](#)** |
| [400132](#) | Proof of Use -- Medical Records | 08/15/2019 | **[Remove](#)** |
| [400131](#) | Properly Executed Verification of PFS | 08/15/2019 | **[Remove](#)** |

**Plaintiff Fact Sheet**

**I. Plaintiff Fact Sheet**   Amend Fact Sheet   PFS Compare

© 2022 BrownGreer PLC. All rights reserved.