# EXHIBIT 5

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

**MDL 2740 - Taxotere**     Search Results

Return to Search Results     Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 13365 | **DOB:** | 07/02/1964 |
| **Name:** | MADELINE DELPLATO | **Email:** | |
| **Most Recent PFS Submitted:** | 08/21/2019 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | **Comments** |
| **Drug Name:** | Hospira, Inc. | **Unknown Certification:** | | |
| **Treatment Dates:** | 12/7/2015 to 03/29/2016 | **Docket No.:** | MDL 2740 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Carmen D. Caruso Law Firm | |

### Documents

View Documents     Upload

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 427570 | CMO 12 Product Identification - pgs. 20,22,23,24,26,28 | 12/16/2019 | Remove |
| 425094 | PTO 71 Written Statement | 12/06/2019 | Remove |
| 425093 | HIPAA Authorization | 12/06/2019 | Remove |
| 425092 | Health Insurance Record Authorization | 12/06/2019 | Remove |
| 401059 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401058 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401057 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401056 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401055 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401054 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401053 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401052 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401051 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401050 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401049 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401048 | Proof of Use -- Medical Records | 08/21/2019 | Remove |

| | | | |
|---|---|---|---|
| [401041](#) | Properly Executed Verification of PFS | 08/21/2019 | [Remove](#) |
| [401040](#) | Plaintiff Fact Sheet | 08/21/2019 | |

**Plaintiff Fact Sheet**

**I. Plaintiff Fact Sheet  - In Progress**              Edit         PFS Compare

© 2022 BrownGreer PLC. All rights reserved.