# EXHIBIT 6

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

**MDL 2740 - Taxotere**    Search Results

Return to Search Results                                    Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 13396 | **DOB:** | 09/19/1957 |
| **Name:** | JOANNE SELLS | **Email:** | |
| **Most Recent PFS Submitted:** | 08/21/2019 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | **Comments** |
| **Drug Name:** | Hospira, Inc. | **Unknown Certification:** | | |
| **Treatment Dates:** | 01/1/2017 to 01/1/2018 | **Docket No.:** | MDL 2740 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Carmen D. Caruso Law Firm | |

### Documents

View Documents    Upload

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 423230 | CMO 12 Product Identification | 11/26/2019 | Remove |
| 423213 | PTO 71 Written Statement | 11/26/2019 | Remove |
| 423211 | Health Insurance Record Authorization | 11/26/2019 | Remove |
| 423209 | HIPAA Authorization | 11/26/2019 | Remove |
| 401138 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401137 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401136 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401135 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401134 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401133 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401132 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401131 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401130 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401129 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401128 | Proof of Injury - Before & After Photographs | 08/21/2019 | Remove |
| 401127 | Proof of Use -- Medical Records | 08/21/2019 | Remove |

| [401126](#) | Properly Executed Verification of PFS | 08/21/2019 | [Remove](#) |
|---|---|---|---|
| [401125](#) | Plaintiff Fact Sheet | 08/21/2019 | |

**Plaintiff Fact Sheet**

**I. Plaintiff Fact Sheet**     Amend Fact Sheet     PFS Compare

© 2022 BrownGreer PLC. All rights reserved.