# EXHIBIT 7

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

**Back To MDL Centrality**

**MDL 2740 - Taxotere**  Search Results

Return to Search Results  Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| **Plaintiff ID:** | 13366 | **DOB:** | 08/13/1960 |
| **Name:** | MERRI SCOTT | **Email:** | |
| **Most Recent PFS Submitted:** | 09/02/2020 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| **Treated with Taxotere:** | No | **Treated with Generic:** | Yes | **Comments** |
| **Drug Name:** | Sandoz Inc. | **Unknown Certification:** | | |
| **Treatment Dates:** | 09/2/2016 to 01/3/2017 | **Docket No.:** | MDL 2740 | |
| **Properly Executed Verification of PFS:** | View | **Proof of Injury - Medical Documentation:** | N/A | |
| **Proof of Injury - Before & After Photographs:** | View | **Law Firm:** | Carmen D. Caruso Law Firm | |

### Documents

View Documents   Upload   Deficiency Response

## Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 503808 | Workers Compensation Authorization | 11/12/2020 | Remove |
| 503807 | Psychiatric Records Authorization | 11/12/2020 | Remove |
| 503803 | Health Insurance Record Authorization | 11/12/2020 | Remove |
| 503802 | Employment Authorization | 11/12/2020 | Remove |
| 503801 | Disability Claims Authorization | 11/12/2020 | Remove |
| 503708 | Response to Deficiency Notice | 11/11/2020 | |
| 496048 | Amended Deficiency Notice | 09/16/2020 | |
| 494164 | Sixth Amended Plaintiff Fact Sheet | 09/02/2020 | |
| 494163 | Response to Deficiency Notice | 09/02/2020 | |
| 494157 | Response to Deficiency Notice | 09/02/2020 | |
| 494154 | Response to Deficiency Notice | 09/02/2020 | |
| 488825 | Deficiency Notice | 08/03/2020 | |
| 427596 | CMO 12 Product Identification - pgs. 127,129,130,132,134,137. | 12/16/2019 | Remove |
| 420307 | HIPAA Authorization | 11/15/2019 | Remove |
| 420305 | Health Insurance Record Authorization | 11/15/2019 | Remove |
| 420255 | Fifth Amended Plaintiff Fact Sheet | 11/15/2019 | |

| | | | |
|---|---|---|---|
| 420254 | PTO 71 Written Statement | 11/15/2019 | Remove |
| 420253 | E-Discovery/Social Media Materials - Posts to FB group Dianne's Breast Cancer Journey collected using FB's Download Your Information tool | 11/15/2019 | Remove |
| 419474 | Fourth Amended Plaintiff Fact Sheet | 11/12/2019 | |
| 418256 | Third Amended Plaintiff Fact Sheet | 11/06/2019 | |
| 416757 | Proof of Injury - Before & After Photographs - Before Feb 2016 | 10/30/2019 | Remove |
| 416751 | Proof of Injury - Before & After Photographs - After - Aug/Sep 2018 | 10/30/2019 | Remove |
| 416749 | Proof of Injury - Before & After Photographs - After - Aug/Sep 2018 | 10/30/2019 | Remove |
| 416745 | Proof of Injury - Before & After Photographs - After - Aug/Sep 2018 | 10/30/2019 | Remove |
| 416744 | Proof of Injury - Before & After Photographs - After - Aug/Sep 2018 | 10/30/2019 | Remove |
| 416743 | Proof of Injury - Before & After Photographs - After - Aug/Sep 2018 | 10/30/2019 | Remove |
| 416740 | Proof of Injury - Before & After Photographs - After - Aug/Sep 2018 | 10/30/2019 | Remove |
| 416738 | Proof of Injury - Before & After Photographs - After - Aug/Sep 2018 | 10/30/2019 | Remove |
| 416736 | Proof of Injury - Before & After Photographs - After - Aug/Sep 2018 | 10/30/2019 | Remove |
| 416734 | Proof of Injury - Before & After Photographs - Before - Aug 2016 | 10/30/2019 | Remove |
| 416732 | Proof of Injury - Before & After Photographs - Before - Jan 2016 | 10/30/2019 | Remove |
| 416728 | Proof of Use -- Medical Records - See pgs 127, 129, 130,, 132, 134, and 137 | 10/30/2019 | Remove |
| 400268 | Second Amended Plaintiff Fact Sheet | 08/16/2019 | |
| 400191 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400190 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400189 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400188 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400187 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400186 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400185 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400184 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400183 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400182 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400181 | Proof of Injury - Before & After Photographs | 08/15/2019 | Remove |
| 400180 | Proof of Use -- Medical Records | 08/15/2019 | Remove |
| 400178 | Proof of Use -- Medical Records | 08/15/2019 | Remove |
| 400176 | Properly Executed Verification of PFS | 08/15/2019 | Remove |
| 371945 | First Amended Plaintiff Fact Sheet | 05/30/2019 | |
| 370260 | Plaintiff Fact Sheet | 05/28/2019 | |

**Plaintiff Fact Sheet**

**I. Plaintiff Fact Sheet  - In Progress**   Edit   PFS Compare

© 2022 BrownGreer PLC. All rights reserved.