UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: April Lancien**
**Case No.: 2:17-cv-06707**

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Shirley Lockett on the following dates: 3/18/2022, 9/22/2022, 10/4/2022, and 10/17/2022 by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Michael P. McGartland*
Michael P. McGartland
McGartland Law Firm, PLLC
1300 South University Drive, Suite 500
(817) 332-9300
mike@mcgartland.com