# EXHIBIT A

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                         Civil Action No. 16-MD-2740
                         Section "H"(5)
                         New Orleans, Louisiana
                         July 22, 2022

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************

          TRANSCRIPT OF GENERAL STATUS CONFERENCE
      HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

                    MATTHEW PALMER LAMBERT
                    GAINSBURGH BENJAMIN DAVID MEUNIER
                    & WARSHAUER
                    1100 POYDRAS STREET
                    SUITE 2800
                    NEW ORLEANS, LA 70163

                    CHRISTOPHER COFFIN
                    PENDLEY BAUDIN & COFFIN
                    1515 POYDRAS STREET
                    NEW ORLEANS, LA 70112

                    KAREN BARTH MENZIES
                    GIBBS LAW GROUP
                    400 CONTINENTAL BOULEVARD
                    EL SUGUNDO, CA 90245

                    CHRISTOPHER ELLIOTT
                    BACHUS & SCHANKER
                    1899 WYNKOOP STREET
                    SUITE 700
                    DENVER, CO 80202
```

```
 1   there's no change to this section.
 2           No. 7, Plaintiff and Defendant Fact Sheets, I won't
 3   read into the record the numbers, but the parties,
 4   particularly defendants, have updated the numbers of cases,
 5   plaintiff fact sheets per defendant in that section.
 6           Section No. 8, Service on Defendants, this section is
 7   unchanged, but I do want to remind counsel of the revised
 8   pretrial order related to streamlined service on Accord.
 9   That's Record Document 13877.
10           And we also discussed some pending motion practice
11   related to failure of counsel to serve defendants and the
12   Court will be entering an order that all counsel have until
13   August 31, 2022, to correct any service issues in their
14   cases.
15           THE COURT:  All right.  I want to speak to that just
16   briefly.  And I want plaintiffs' counsel to understand that
17   it is the obligation of the plaintiff to properly serve and
18   you should not anticipate some notice coming from a defendant
19   to say, oh, by the way, I have not been served.  It's not the
20   defendant's obligation to search through plaintiff fact
21   sheets to determine if they are indeed a defendant.  And so I
22   am -- this is an obligation of the plaintiff and the
23   plaintiff only, and I will give you until August 31st to
24   verify proper service.
25           MR. LAMBERT:  Thank you, Judge.  And if anybody has
```