**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Omatee Carrasco v. Sandoz Inc., et al.,* Case No. 2:18-cv-08588 | : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF SUBMISSION FOR ITS MOTION TO DISMISS PLAINTIFF OMATEE CARRASCO'S COMPLAINT FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4**

PLEASE TAKE NOTICE that Defendant will bring for submission its *Motion to Dismiss Plaintiff Omatee Carrasco's Complaint for Failure to Comply with Case Management Order No. 35 and FRCP 4* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 16th day of November, 2022.

DATED: October 21, 2022

Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:  216.592.5000
Facsimile:  216.592.5009
Email:  julie.callsen@tuckerellis.com
Email:  brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

5713429

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

>  /s/ Julie Callsen
>  Julie A. Callsen
>  *One of the Attorneys for Defendant*
>  *Accord Healthcare, Inc.*

5713429