**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Mattie Anderson v.* *Sanofi US Services Inc., et al.,* Case No. 2:18-cv-14149 | : : : : | |
| *Cynthia Kinsella v.* *Sanofi US Services Inc., et al.,* Case No. 2:19-cv-00368 | : : : : | |

## **PROPOSED ORDER**

Considering the foregoing Motion to Dismiss the Complaints of Plaintiffs Mattie Anderson and Cynthia Kinsella for Failure to Comply with Case Management Order No. 35 and FRCP 4:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and the claims of Plaintiffs Mattie Anderson and Cynthia Kinsella against Accord are dismissed with prejudice at Plaintiffs' cost.

New Orleans, Louisiana, this ____ day of _____, 2022.

 

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**