# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Patricia Lepore v.*<br>*Sanofi US Services Inc., et al.,*<br>Case No. 2:21-cv-00700 | : : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

### DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF SUBMISSION FOR ITS MOTION TO DISMISS PLAINTIFF PATRICIA LEPORE'S COMPLAINT FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4

PLEASE TAKE NOTICE that Defendant will bring for submission its *Motion to Dismiss Plaintiff Patricia Lepore's Complaint for Failure to Comply with Case Management Order No. 35 and FRCP 4* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 16th day of November, 2022.

DATED: October 21, 2022              Respectfully submitted,

/s/ Julie A. Callsen
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
Email:        julie.callsen@tuckerellis.com
Email:        brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

5713455

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                                  */s/ Julie Callsen*
                                                  Julie A. Callsen
                                                  *One of the Attorneys for Defendant*
                                                  *Accord Healthcare, Inc.*

5713455