**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Mattie Anderson v.* *Sanofi US Services Inc., et al.,* Case No. 2:18-cv-14149 | : : : : | |
| *Cynthia Kinsella v.* *Sanofi US Services Inc., et al.,* Case No. 2:19-cv-00368 | : : : : | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS THE COMPLAINTS OF PLAINTIFFS MATTIE ANDERSON AND CYNTHIA KINSELLA FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4**

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Accord Healthcare, Inc. ("Accord") respectfully brings the instant Motion to Dismiss the Complaints of Plaintiff Mattie Anderson and Plaintiff Cynthia Kinsella for Failure to Comply with Case Management Order No. 35 and Rule 4 of the Federal Rules of Civil Procedure. On July 26, 2022, the Court entered Case Management Order No. 35, which instructed all Plaintiffs to effect service of process on Defendants by August 31, 2022. (Rec. Doc. 14456 at 1). Plaintiffs Mattie Anderson

and Cynthia Kinsella did not timely serve Accord by the Court-ordered deadline. Accordingly, the Court should dismiss Plaintiffs' claims with prejudice as to Accord.

DATED: October 21, 2022

Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:   216.592.5009
Email:   julie.callsen@tuckerellis.com
Email:   brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

5713436

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2022, I electronically filed the forgoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                            */s/Julie A. Callsen*
                                            Julie A. Callsen
                                            *One of the Attorneys for Defendant*
                                            *Accord Healthcare, Inc.*