# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Mattie Anderson v. Sanofi US Services Inc., et al.,* Case No. 2:18-cv-14149 | |
| *Cynthia Kinsella v. Sanofi US Services Inc., et al.,* Case No. 2:19-cv-00368 | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF SUBMISSION FOR ITS MOTION TO DISMISS THE COMPLAINTS OF PLAINTIFFS MATTIE ANDERSON AND CYNTHIA KINSELLA FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4

PLEASE TAKE NOTICE that Defendant will bring for submission its *Motion to Dismiss the Complaints of Plaintiffs Mattie Anderson and Cynthia Kinsella for Failure to Comply with Case Management Order No. 35 and FRCP 4* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 16th day of November, 2022.

DATED: October 21, 2022        Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:   216.592.5000
Facsimile:    216.592.5009
Email:          julie.callsen@tuckerellis.com
Email:          brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

>  */s/ Julie Callsen*
>  Julie A. Callsen
>  *One of the Attorneys for Defendant*
>  *Accord Healthcare, Inc.*

5713437