# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Brenda McLaney v. Hospira, Inc., et al.,* Case No. 2:19-cv-04339 | : : : | |

## PROPOSED ORDER

Considering the foregoing Motion to Dismiss Plaintiff Brenda McLaney's Complaint for Failure to Comply with Case Management Order No. 35 and FRCP 4:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiff Brenda McLaney's claims against Accord are dismissed with prejudice at Plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

5771327