UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Ahoe v. Sanofi US Services Inc. et al, Case No. 2:19-cv-13928; Malone v. Sanofi S.A. et al., Case No. 2:16-cv-17101); and Sandler v. Sanofi S.A. et al., Case No. 2:16-cv-15507 | HON. JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL B. NORTH |

### CONSENT MOTION BY HOSPIRA AND PFIZER TO WITHDRAW AS MOOT THREE ADDITIONAL CASES FROM THE MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO NO. 35

**NOW COME** Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. (collectively "Hospira"), and Pfizer, Inc. who requests that the Court withdraw as moot three additional cases from the Motion to Dismiss for Failure to Comply with Case Management Order No. 35 (Rec. Doc. 14770) for the reasons stated.

In their reply brief (Rec. Doc. 14956), Hospira and Pfizer identified in Exhibit 1 (Rec. Doc. 14956-1) some cases where, after meeting and conferral with plaintiffs' counsel, Hospira and Pfizer agreed to withdraw their Motion to Dismiss.[1]  As stated in footnote 1 of their reply brief, Hospira and Pfizer at the time the reply brief was filed were still conferring and had not come to resolution on a few of the cases listed in Exhibit 1.  These conferrals are now completed, and

---

[1] The cases where Hospira and Pfizer agreed to withdraw the Motion to Dismiss are listed in Exhibit 1 to the reply brief as Nos. 48, 52, 70, 83, 99, 103-106, 108-129, 139 and 151.

Hospira and Pfizer have agreed to withdraw the following three additional cases listed in Exhibit 1 to the reply brief:

    No. 60 on Exhibit 1 - Ahoe v. Sanofi US Services Inc. et al., Case No. 2:19-cv-13928

    No. 87 on Exhibit 1 - Malone v. Sanofi S.A. et al., Case No. 2:16-cv-17101

    No. 88 on Exhibit 1 - Sandler v. Sanofi S.A. et al., Case No. 2:16-cv-15507[2]

Hospira and Pfizer respectfully request that these three additional cases be withdrawn as moot from the Motion to Dismiss for Failure to Comply with Case Management Order No. 35.

The plaintiffs' attorneys for these three cases have been contacted and consent to the filing of this motion.

Respectfully submitted:

Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, D.C. 20024
Telephone: 202-434-5000
*hhubbard@wc.com*
*rmoore@wc.com*
*nwadhwani@wc.com*

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
*olinde@chaffe.com*
*rotolo@chaffe.com*

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

---

[2] These cases are also numbered 60, 87 and 88 in Exhibit A (Rec. Doc 14470-2) to the original Motion to Dismiss.

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022 a copy of the foregoing was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ John F. Olinde