UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| Ahoe v. Sanofi US Services Inc. et al, Case No. 2:19-cv-13928; Malone v. Sanofi S.A. et al., Case No. 2:16-cv-17101); and Sandler v. Sanofi S.A. et al., Case No. 2:16-cv-15507 | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

**O R D E R**

Considering the Consent Motion to Withdraw as Moot Three Additional Cases from Hospira and Pfizer's Motion to Dismiss for Failure to Comply with CMO No. 35;

**IT IS ORDERED** that the Consent Motion is **GRANTED** and that the following cases (listed as Nos. 60, 87 and 88 in Rec. Docs. 14470-2 and 14956-1) are withdrawn as moot from Hospira and Pfizer's Motion to Dismiss for Failure to Comply with CMO No. 35:

Ahoe v. Sanofi US Services Inc. et al., Case No. 2:19-cv-13928

Malone v. Sanofi S.A. et al., Case No. 2:16-cv-17101

Sandler v. Sanofi S.A. et al., Case No. 2:16-cv-15507

New Orleans, Louisiana this _____ day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE