UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This Document Relates to:**<br>All cases in attached Exhibit A. | | |

## ORDER

Before the Court is a Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss for Failure to Comply with Case Management Order No. 35 filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. (Doc. 14951);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 14951-2) into the record.

New Orleans, Louisiana, this 24th day of October, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**

| # | Case Name | MDL Docket No. | Counsel | Complaint Filed Date |
|---|---|---|---|---|
| 1 | Keaton, Debra | 2:21-cv-00062 | Gardi, Haught, Fischer, & Bhosale Ltd. | 1/12/2021 |
| 2 | Espe, Sandra | 2:17-cv-15657 | Andrews & Thornton | Original Complaint (not naming Sanofi): 12/07/2017 Am. SFC (naming Sanofi): 07/16/18 |
| 3 | Stone, Karen | 2:18-cv-12559 | Atkins & Markoff | 12/6/2018 |
| 4 | Smith, Flora | 2:19-cv-12845 | Carey Danis & Lowe | 9/27/2019 |
| 5 | McClendon, Mary | 2:17-cv-08617 | Bachus and Schanker LLC | 9/1/2017 |
| 6 | Cornelius, Altheria | 2:17-cv-16910 | Andrews & Thornton | Original Complaint: 12/11/2017 Am. SFC (adding Sanofi): 11/30/2018 |
| 7 | Yarnall, Natalie | 2:17-cv-11740 | Schmidt National Law Group | 11/2/2017 |
| 8 | Lange, Helen | 2:18-cv-00103 | Verhine & Verhine PLLC; Pearson, Randall & Schumacher PA | 1/3/2018 |
| 9 | Osterberg, Mary | 2:18-cv-08934 | Verhine & Verhine PLLC; Pearson, Randall & Schumacher PA | 9/26/2018 |
| 10 | Milson, Brenda | 2:19-cv-11390 | Law Offices of Seaton & Bates, PLLC | 6/27/2019 |

| | | | | |
|---|---|---|---|---|
| 11 | Bonner, Capria | 2:19-cv-11381 | Law Offices of Seaton & Bates, PLLC | Original Complaint: 06/27/2019<br>Am. SFC: 02/25/21 |
| 12 | Sarfo, Lanice | 2:19-cv-11470 | Law Offices of Seaton & Bates, PLLC | 7/2/2019 |
| 13 | Scales, Marion | 2:19-cv-11460 | Law Offices of Seaton & Bates, PLLC | Original Complaint: 07/02/2019<br>Am. SFC: 2/25/2021. |
| 14 | Risotti, Theresa | 2:20-cv-02963 | Ray Hodge & Associates | 11/2/2020 |
| 15 | Davis, Beverly | 2:17-cv-15831 | Allen & Nolte, PLLC | 12/8/2017 |
| 16 | Twarkins, Doreen | 2:17-cv-16168 | Allen & Nolte, PLLC | 12/8/2017 |
| 17 | Riolo, Joyce | 2:17-cv-16435 | Allen & Nolte, PLLC | 12/9/2017 |
| 18 | Bailey, Mary | 2:17-cv-15706 | Allen & Nolte, PLLC | 12/8/2017 |
| 19 | Davis, Pamela | 2:17-cv-15837 | Allen & Nolte, PLLC | 12/8/2017 |
| 20 | White, Patricia | 2:17-cv-16170 | Allen & Nolte, PLLC | 12/8/2017 |

| | | | | |
|---|---|---|---|---|
| 21 | Smith, Patti | 2:17-cv-16030 | Allen & Nolte, PLLC | 12/8/2017 |
| 22 | Beifeld, Sydney | 2:17-cv-15723 | Allen & Nolte, PLLC | 12/8/2017 |
| 23 | Berry, Velma | 2:17-cv-15728 | Allen & Nolte, PLLC | 12/8/2017 |
| 24 | Dvorak, Christine | 2:19-cv-13100 | Grant & Eisenhofer PA | 10/11/2019 |
| 25 | Harrison, Donna | 2:19-cv-10847 | Grant & Eisenhofer PA | 5/31/2019 |
| 26 | Nolin, Rena | 2:19-cv-13106 | Grant & Eisenhofer PA | 10/11/2019 |
| 27 | Losada, Caridad | 2:18-cv-04624 | Bachus and Schanker LLC | 5/4/2018 |
| 28 | Vickers, Cynthia | 2:19-cv-12459 | Bachus and Schanker LLC | 9/5/2019 |

| | | | | |
|---|---|---|---|---|
| 29 | Blake, Hope | 2:18-cv-11902 | Bachus and Schanker LLC | 11/29/2018 |
| 30 | Johnson, Janice | 2:19-cv-12235 | Bachus and Schanker LLC | 8/20/2019 |
| 31 | Keller, Lisa | 2:17-cv-11903 | Bachus and Schanker LLC | Original Complaint: 11/6/2017 Am. SFC: 8/1/20 (naming Sanofi) |
| 32 | Medici, Lisa | 2:16-cv-15569 | Bachus and Schanker LLC | 7/29/2016 |
| 33 | Turner, Martha | 2:18-cv-04629 | Bachus and Schanker LLC | 5/4/2018 |

| | | | | |
|---|---|---|---|---|
| 34 | Cain, Rebeca | 2:17-cv-08649 | Bachus and Schanker LLC | Original Complaint: 09/04/2017 (did not name Sanofi in initial complaint); Am. SFC: 04/14/2021 (naming Sanofi) |
| 35 | Clamon, Rhonda | 2:19-cv-03422 | Bachus and Schanker LLC | 3/26/2019 |
| 36 | Oliver, Shirley | 2:19-cv-13233 | Bachus and Schanker LLC | 10/23/2019 |
| 37 | Meyers, Monica | 2:16-cv-15323 | Bachus and Schanker LLC; Richardson, Patrick, Westbrook & Brickman LLC | 7/12/2016 |
| 38 | Odom, Carolyn | 2:20-cv-00680 | Fears Nachawati, PLLC | 2/27/2020 |
| 39 | Kirk, Catherine | 2:20-cv-02882 | Fears Nachawati, PLLC | 10/22/2020 |

| | | | | |
|---|---|---|---|---|
| 40 | Thomas, Debra | 2:20-cv-01467 | Fears Nachawati, PLLC | 5/18/2020 |
| 41 | Frand, Emma | 2:20-cv-00635 | Fears Nachawati, PLLC | 2/21/2020 |
| 42 | Smith, Evelyn | 2:20-cv-00744 | Fears Nachawati, PLLC | 3/3/2020 |
| 43 | Johnson, June | 2:20-cv-00549 | Fears Nachawati, PLLC | 2/14/2020 |
| 44 | Kratzer, Nancy | 2:20-cv-00595 | Fears Nachawati, PLLC | 2/18/2020 |
| 45 | Hernandez, Maria | 2:19-cv-14376 | Morgan and Morgan | 12/10/2019 |
| 46 | Jones, Goldie | 2:18-cv-04623 | Bachus and Schanker LLC | 5/4/2018 |
| 47 | DeCamara, Cynthia | 2:18-cv-14141 | Terry & Thweatt | 12/21/2018 |

| | | | | |
|---|---|---|---|---|
| 48 | Pahios, Penelope | 2:19-cv-00406 | Terry & Thweatt | 1/18/2019 |
| 49 | McCall, Sharon | 2:18-cv-14016 | Terry & Thweatt | 12/19/2018 |
| 50 | Jackson, Mignon | 2:18-cv-13278 | The Maher Law Firm | 12/10/2018 |
| 51 | Rooney, Donna | 2:20-cv-02664 | Finson Law Firm | 5/5/2020 |
| 52 | Sutherland, Rita | 2:18-cv-07003 | Napoli Shkolnik PLLC | 7/26/2018 |

| | | | | |
|---|---|---|---|---|
| 53 | Past, Anne | 2:18-cv-09346 | Niemeyer, Grebel & Kruse LLC | 10/8/2018 |
| 54 | Swicegood, Janice | 2:18-cv-09079 | Niemeyer, Grebel & Kruse LLC | 10/1/2018 |
| 55 | Colley, Kalay | 2:17-cv-17032 | Niemeyer, Grebel & Kruse LLC | 12/11/2017 |
| 56 | Worley, Elaine | 2:17-cv-16171 | Allen & Nolte, PLLC | 12/8/2017 |
| 57 | Chapman, Evelyn | 2:17-cv-15799 | Allen & Nolte, PLLC | 12/8/2017 |
| 58 | Trapp-Webb, Rita | 2:17-cv-16167 | Allen & Nolte, PLLC | 12/8/2017 |
| 59 | Stephanie, Brown, | 2:19-cv-14408 | Atkins & Markoff | 12/10/2019 |
| 60 | Bobbie, Mitchell, | 2:19-cv-10792 | Brown and Crouppen | 5/29/2019 |
| 61 | Pollard, Joanna | 2:18-cv-05637 | Fears Nachawati, PLLC | 2/14/2018 |
| 62 | Lepore, Patricia | 2:21-cv-00700 | Fears Nachawati, PLLC | 4/5/2021 |
| 63 | Ventura, Melissa | 2:17-cv-16022 | Goldberg & Osborne | 12/8/2017 |
| 64 | Woodyard, Kristen | 2:17-cv-14175 | Goldberg & Osborne | 12/3/2017 |
| 65 | Globe, Ruby | 2:16-cv-17971 | Hughes and Coleman | 12/9/2016 |

| | | | | |
|---|---|---|---|---|
| 66 | Green, Sandra | 2:18-cv-06608 | Kirkendall Dwyer, LLP | 7/10/2018 |
| 67 | Strebeck, Barbara | 2:18-cv-00792 | McDonald Worley, PC | 1/25/2018 |
| 68 | Abbott, Elizabeth | 2:19-cv-00694 | McDonald Worley, PC | 1/30/2019 |
| 69 | Carballo, Janet | 2:19-cv-00128 | McDonald Worley, PC | 1/8/2019 |
| 70 | Cosner, Linda | 2:19-cv-00125 | McDonald Worley, PC | 1/8/2019 |
| 71 | Roop, Merry | 2:18-cv-00793 | McDonald Worley, PC | 1/25/2018 |
| 72 | Pope, Ulle | 2:18-cv-00794 | McDonald Worley, PC | 1/25/2018 |
| 73 | Pointiff, Celeste | 2:17-cv-06457 | Morris Bart, LLC | 7/3/2017 |
| 74 | Christine, Davis, | 2:18-cv-06853 | Napoli Shkolnik PLLC | 7/19/2018 |
| 75 | Pendergrass, Pearlie | 2:19-cv-09231 | Napoli Shkolnik PLLC | 4/10/2019 |
| 76 | Ellen, Lipps, | 2:18-cv-03864 | Reich and Binstock, LLP | 4/12/2018 |
| 77 | Thomas, Anise | 2:17-cv-14481 | Schmidt National Law Group | 12/4/2017 |
| 78 | Contawe, Christine | 2:17-cv-11630 | Schmidt National Law Group | 10/31/2017 |
| 79 | Thomason, Cindy | 2:17-cv-10773 | Schmidt National Law Group | 10/19/2017 |

| | | | | |
|---|---|---|---|---|
| 80 | Leathers, Patricia | 2:17-cv-16497 | Shaw Cowart LLP | 12/10/2017 |
| 81 | Martin, Annette | 2:20-cv-03172 | The Carlson Law Firm | 11/20/2020 |
| 82 | Spiler, Evangeline | 2:17-cv-16165 | The Mulligan Law Firm | 12/8/2017 |
| 83 | Redin, Karen | 2:17-cv-15992 | The Mulligan Law Firm | 12/8/2017 |
| 84 | Simmons, Linda | 2:17-cv-16747 | The Mulligan Law Firm | 12/11/2017 |
| 85 | Steer, Rosalinda | 2:17-cv-16166 | The Mulligan Law Firm | 12/8/2017 |