# Marie Olivier

**From:** Marie Olivier
**Sent:** Tuesday, October 11, 2022 4:05 PM
**To:** docetaxel@keoghcox.com; sagentservice@ulmer.com; actdocecomp@ulmer.com
**Subject:** Cynthia Kinsella; C.A. 19-00386; US District Court, Eastern District of Louisiana

Good Afternoon,

Please accept my apologies on the clerical error in the email below. I previously misnamed Plaintiff as Cynthia DeCamara, Plaintiff's name in this matter is **Cynthia Kinsella**. All other information/documentation is correct.

I apologize for any inconvenience or confusion this may have causes.

Should you have any questions, please do not hesitate to contact our office.

Marie Olivier, *Paralegal*


TERRY & THWEATT, P.C
TRIAL LAWYERS

114 Byrne Street
Houston, Texas 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

**From:** Marie Olivier
**Sent:** Thursday, October 6, 2022 5:03 PM
**To:** 'docetaxel@keoghcox.com' <docetaxel@keoghcox.com>; 'sagentservice@ulmer.com' <sagentservice@ulmer.com>; 'actdocecomp@ulmer.com' <actdocecomp@ulmer.com>
**Cc:** Joe Terry <jterry@terrythweatt.com>
**Subject:** Cynthia DeCamara; C.A. 19-00386; US District Court, Eastern District of Louisiana

Dear Sirs,

Please see the attached:

Doc 1 – Short Form Complaint on behalf of Plaintiff Cynthia DeCamara;
Doc 1-5 – Summons to Accord Healthcare, Inc.;
Doc 1-12 – Summons to Actavis LLC k/k/a/ Actavis, Inc.;
Doc 1-13 – Summons to Actavis Pharma, Inc.;and
Doc 1-14 – Summons to Sagent Pharmaceutical, Inc.

Counsel of record is:

Joseph D. Terry
Terry & Thweatt, P.C.
114 Byrne Street
Houston, TX 77009
(713) 600-4710 office
(713) 600-4706 fax

Thank you for your kind attention to this matter.


EXHIBIT A

1

Marie Olivier, *Paralegal*


TERRY & THWEATT, P.C
TRIAL LAWYERS

114 Byrne Street
Houston, TX 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

# Marie Olivier

**From:** Docetaxel <docetaxel@keoghcox.com>
**Sent:** Thursday, October 6, 2022 5:04 PM
**To:** Marie Olivier
**Subject:** Message Received

Thank you. Your e-mail has been received.

1

# Marie Olivier

**From:** sagentservice <sagentservice@ulmer.com>
**Sent:** Thursday, October 6, 2022 5:04 PM
**To:** Marie Olivier
**Subject:** Automatic reply: Cynthia DeCamara; C.A. 19-00386; US District Court, Eastern District of Louisiana

Your email has been received.

# Marie Olivier

**From:** actdocecomp <actdocecomp@ulmer.com>
**Sent:** Thursday, October 6, 2022 5:04 PM
**To:** Marie Olivier
**Subject:** AutoResponse: Cynthia DeCamara; C.A. 19-00386; US District Court, Eastern District of Louisiana

Your email has been received.

# Marie Olivier

| | |
|---|---|
| **From:** | sagentservice <sagentservice@ulmer.com> |
| **Sent:** | Tuesday, October 11, 2022 4:05 PM |
| **To:** | Marie Olivier |
| **Subject:** | AutoResponse: Cynthia Kinsella; C.A. 19-00386; US District Court, Eastern District of Louisiana |

# Marie Olivier

**From:** Docetaxel <docetaxel@keoghcox.com>
**Sent:** Tuesday, October 11, 2022 4:05 PM
**To:** Marie Olivier
**Subject:** Message Received

Thank you. Your e-mail has been received.

1

# Marie Olivier

**From:** actdocecomp <actdocecomp@ulmer.com>
**Sent:** Tuesday, October 11, 2022 4:05 PM
**To:** Marie Olivier
**Subject:** AutoResponse: Cynthia Kinsella; C.A. 19-00386; US District Court, Eastern District of Louisiana

Your email has been received.