


IN RE TAXOTERE
MDL 2740

| HOME ▼ | FACT SHEETS ▼ | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT ▼ |

**Back To MDL Centrality**

## MDL 2740 - Taxotere — Search Results

[Return to Search Results]   [Edit Plaintiff Information]

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 12661 | DOB: | 05/17/1959 |
| Name: | CYNTHIA KINSELLA | Email: | |
| Most Recent PFS Submitted: | 02/14/2020 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes | Comments |
| Drug Name: | Actavis LLC; Accord Healthcare, Inc.; Sagent Pharmaceuticals, Inc. | Unknown Certification: | | |
| Treatment Dates: | 10/8/2015 to 11/25/2015 | Docket No.: | 19-00368 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Terry & Thweatt, P.C. | |

### Documents

[View Documents]   [Upload]                               [Deficiency Response]

**EXHIBIT B**

#### Uploaded Files

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 442623 | Response to Deficiency Notice | 02/14/2020 | |
| 442569 | Proof of Injury - Before & After Photographs - 2020-01-10 After | 02/14/2020 | Remove |
| 442568 | Proof of Injury - Before & After Photographs - 2020-01-10 After | 02/14/2020 | Remove |
| 442567 | Second Amended Plaintiff Fact Sheet | 02/14/2020 | |
| 433723 | Amended Deficiency Notice | 01/15/2020 | |
| 432051 | Response to Deficiency Notice | 01/08/2020 | |
| 432007 | First Amended Plaintiff Fact Sheet | 01/08/2020 | |
| 425490 | Deficiency Notice | 12/09/2019 | |
| 387890 | Plaintiff Fact Sheet | 07/08/2019 | |
| 387887 | Proof of Use -- Medical Records - Somerset Oncology | 07/08/2019 | Remove |
| 387884 | Proof of Use -- Medical Records - Somerset Family Practice | 07/08/2019 | Remove |
| 387883 | Properly Executed Verification of PFS - PFS Declaration | 07/08/2019 | Remove |
| 387882 | Workers Compensation Authorization - Authorization - Workers' Comp | 07/08/2019 | Remove |
| 387881 | Psychiatric Records Authorization - Authorization - Psychological | 07/08/2019 | Remove |
| 387880 | HIPAA Authorization - Authorization - HIPAA | 07/08/2019 | Remove |
| 387879 | Health Insurance Record Authorization - Authorization - Health Insurance | 07/08/2019 | Remove |

| | | | |
|---|---|---|---|
| 387878 | Employment Authorization - Authorization - Employment | 07/08/2019 | Remove |
| 387877 | Disability Claims Authorization - Authorization - Disability | 07/08/2019 | Remove |
| 387876 | CMO 12 Product Identification - National Drug Code Statement | 07/08/2019 | Remove |
| 387874 | Proof of Injury - Before & After Photographs - 2014 - Before | 07/08/2019 | Remove |
| 387873 | Proof of Injury - Before & After Photographs - 2014 - Before | 07/08/2019 | Remove |
| 387872 | Proof of Injury - Before & After Photographs - 2014 - Before | 07/08/2019 | Remove |
| 387871 | Proof of Injury - Before & After Photographs - 2013 - Before | 07/08/2019 | Remove |
| 387870 | Proof of Injury - Before & After Photographs - 06-2018 After/Current | 07/08/2019 | Remove |
| 387869 | Proof of Injury - Before & After Photographs - 06-2018 After/Current | 07/08/2019 | Remove |
| 387868 | Proof of Injury - Before & After Photographs - 06-2018 - After/Current | 07/08/2019 | Remove |
| 387867 | Proof of Injury - Before & After Photographs - 06-2018 After/Current | 07/08/2019 | Remove |
| 341906 | E-Discovery/Social Media Materials - PTO 71A Disclosure Statement | 04/17/2019 | Remove |

**Plaintiff Fact Sheet**

I. Plaintiff Fact Sheet    [Amend Fact Sheet]   [PFS Compare]

© 2022 BrownGreer PLC. All rights reserved.