VIA MDL CENTRALITY

Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100,
Houston, TX 77046

  RE: Notice of Deficiency in Plaintiff Fact Sheet
   *In re Taxotere.*, MDL No. 2740
   Plaintiff Name & ID Number: KINSELLA, CYNTHIA - 12661
   Docket No. Provided on PFS: 19-00368

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

EXHIBIT C

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | "Unknown" Certification | III.4 | Failed to respond. |
| 2.  | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 3.  | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 4.  | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 5.  | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 6.  | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 7.  | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 8.  | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 9.  | Discussed with healthcare provider whether Taxotere / Docetaxel caused or contributed to alleged injury? | VI. 8 | Failed to respond. |
| 10. | Condition: Pregnant | VII. 4 | Failed to respond. |
| 11. | Condition: Pregnant Description | VII. 4 | Failed to respond. |
| 12. | Hair Dyed Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 13. | Hair Dyed Frequency | VII. 13 | Failed to respond. |
| 14. | Highlights Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 15. | Highlights Frequency | VII. 13 | Failed to respond. |

| | | | |
|---|---|---|---|
| 16. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 17. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please also provide surgical oncologist, any PCPs, any dermatologist or hair loss specialist, and any other doctor seen for any reason during the applicable period. |
| 18. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 19. | Response 4 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 20. | Response 5 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 21. | Response 1 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 22. | Response 1 - Facility Reason for Treatment | VIII. 2 | Failed to respond. |
| 23. | Response 1 - Facility Reason for Treatment | VIII. 2 | Other - Chemotherapy was done a OB/GYN associates?  please clarify. |
| 24. | Response 2 - Facility Dates | VIII. 2 | Failed to respond. |
| 25. | Response 2 - Facility Reason for Treatment | VIII. 2 | Failed to respond. |
| 26. | Response 3 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 27. | Response 4 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 28. | Response 4 - Facility Name | VIII. 2 | Other - Please list ALL healthcare facilities utilized by plaintiff for any reason during the applicable period, including but not limited to all physicians seen for treatment of breast cancer. |
| 29. | Response 4 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 30. | Response 1 - Laboratory Name | VIII. 3 | Failed to respond. |
| 31. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 32. | Response 1 - Laboratory Address | VIII. 3 | Failed to respond. |
| 33. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 34. | Response 1 - Laboratory Test | VIII. 3 | Failed to respond. |
| 35. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 36. | Response 1 - Retailer Name | VIII. 5 | Failed to respond. |
| 37. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 38. | Response 1 - Retailer Address | VIII. 5 | Failed to respond. |
| 39. | Response 1 - Retailer Dates | VIII. 5 | Failed to respond. |
| 40. | Response 1 - Retailer Purchases | VIII. 5 | Failed to respond. |
| 41. | Response 1 - Insurance Carrier | VIII. 6 | Failed to provide insurance or pharmacy benefit information for full time period requested. |
| 42. | Response 1 - Insurance Carrier | VIII. 6 | Other - Please also provide insurance info for 2009-2014. |

| 43. | Response 1 - Insurance Carrier Address | VIII. 6 | Failed to respond. |
|---|---|---|---|
| 44. | Response 1 - Insurance Carrier Policy Number | VIII. 6 | Failed to respond. |
| 45. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 46. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 47. | Hair Photos Today | IX | Other - Please provide additional 'today' photos in which plaintiff's hair is not wet. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

VIA MDL CENTRALITY

Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100,
Houston, TX 77046

    RE: Amended Notice of Deficiency in First Amended Plaintiff Fact Sheet
        *In re Taxotere., MDL No. 2740*
        Plaintiff Name & ID Number: KINSELLA, CYNTHIA - 12661
        Docket No. Provided on PFS: 19-00368

Dear Counsel:

This Notice is submitted on behalf of defendants properly served, as of the date plaintiff's Amended Plaintiff Fact Sheet (Amended PFS), as submitted via MDL Centrality. All other defendants reserve their rights as to this Amended PFS.

Defendants have reviewed the above submitted Amended PFS to determine if deficiencies identified in the served Notice of Deficiency have been cured. Uncured deficiencies are listed in the table below.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | "Unknown" Certification | III.4 | Failed to respond. |
| 2.  | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 3.  | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 4.  | Response 2 - Prescriber | IV. 21 | Failed to respond. |
| 5.  | Response 2 - Dates Taken | IV. 21 | Failed to provide. |
| 6.  | Response 3 - Prescriber | IV. 21 | Failed to respond. |
| 7.  | Response 3 - Dates Taken | IV. 21 | Failed to provide. |
| 8.  | Response 4 - Prescriber | IV. 21 | Failed to respond. |
| 9.  | Response 4 - Dates Taken | IV. 21 | Failed to provide. |
| 10. | Response 5 - Prescriber | IV. 21 | Failed to respond. |
| 11. | Response 5 - Dates Taken | IV. 21 | Failed to provide. |
| 12. | Response 6 - Prescriber | IV. 21 | Failed to respond. |
| 13. | Response 6 - Dates Taken | IV. 21 | Failed to provide. |
| 14. | Response 7 - Prescriber | IV. 21 | Failed to respond. |
| 15. | Response 7 - Dates Taken | IV. 21 | Failed to provide. |
| 16. | Response 8 - Prescriber | IV. 21 | Failed to respond. |
| 17. | Response 8 - Dates Taken | IV. 21 | Failed to provide. |
| 18. | Response 9 - Prescriber | IV. 21 | Failed to respond. |
| 19. | Response 9 - Dates Taken | IV. 21 | Failed to provide. |
| 20. | Response 10 - Prescriber | IV. 21 | Failed to respond. |
| 21. | Response 10 - Dates Taken | IV. 21 | Failed to provide. |
| 22. | Response 11 - Prescriber | IV. 21 | Failed to respond. |
| 23. | Response 11 - Dates Taken | IV. 21 | Failed to provide. |

| | | | |
|---|---|---|---|
| 24. | Response 12 - Prescriber | IV. 21 | Failed to respond. |
| 25. | Response 12 - Dates Taken | IV. 21 | Failed to provide. |
| 26. | Response 13 - Prescriber | IV. 21 | Failed to respond. |
| 27. | Response 13 - Dates Taken | IV. 21 | Failed to provide. |
| 28. | Response 14 - Prescriber | IV. 21 | Failed to respond. |
| 29. | Response 14 - Dates Taken | IV. 21 | Failed to provide. |
| 30. | Response 15 - Prescriber | IV. 21 | Failed to respond. |
| 31. | Response 15 - Dates Taken | IV. 21 | Failed to provide. |
| 32. | Response 16 - Prescriber | IV. 21 | Failed to respond. |
| 33. | Response 16 - Dates Taken | IV. 21 | Failed to provide. |
| 34. | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 35. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 36. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 37. | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 38. | Other Hair Loss | VI. 5 | Failed to respond. |
| 39. | Condition: Pregnant | VII. 4 | Failed to respond. |
| 40. | Condition: Pregnant Description | VII. 4 | Failed to respond. |
| 41. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 42. | Hair Dyed Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 43. | Hair Dyed Frequency | VII. 13 | Failed to respond. |
| 44. | Highlights Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 45. | Highlights Frequency | VII. 13 | Failed to respond. |
| 46. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 47. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please also provide surgical oncologist, any PCPs, any dermatologist or hair loss specialist, and any other doctor seen for any reason during the applicable period. |
| 48. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 49. | Response 4 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 50. | Response 5 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 51. | Response 1 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 52. | Response 2 - Facility Dates | VIII. 2 | Failed to respond. |
| 53. | Response 3 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |
| 54. | Response 4 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 55. | Response 4 - Facility Name | VIII. 2 | Other - Please list ALL healthcare facilities utilized by plaintiff for any reason during the applicable period, including but not limited to all physicians seen for treatment of breast cancer. |
| 56. | Response 4 - Facility Dates | VIII. 2 | Failed to provide full approximate dates (month/years). |

| | | | |
|---|---|---|---|
| 57. | Response 1 - Laboratory Name | VIII. 3 | Failed to respond. |
| 58. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 59. | Response 1 - Laboratory Address | VIII. 3 | Failed to respond. |
| 60. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 61. | Response 1 - Laboratory Test | VIII. 3 | Failed to respond. |
| 62. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 63. | Response 1 - Retailer Name | VIII. 5 | Failed to respond. |
| 64. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 65. | Response 1 - Retailer Address | VIII. 5 | Failed to respond. |
| 66. | Response 1 - Retailer Dates | VIII. 5 | Failed to respond. |
| 67. | Response 1 - Retailer Purchases | VIII. 5 | Failed to respond. |
| 68. | Response 1 - Insurance Carrier Policy Number | VIII. 6 | Failed to respond. |
| 69. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 70. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 71. | Hair Photos Today | IX | Other - Please provide additional 'today' photos in which plaintiff's hair is not wet. |

Pursuant to PTO 22 paragraph 5, defendants reserve the right to add this case to the Status Conference Agenda for failure to cure deficiencies within 30 days of service of a Deficiency Notice.

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.