UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This Document Relates to:** ) <br> Karen Ahoe, 19-13928 ) <br> Dorothy Malone, 16-17101 ) <br> Abigail Sandler, 16-15507 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Considering the Consent Motion to Withdraw as Moot Three Additional Cases from Hospira and Pfizer's Motion to Dismiss for Failure to Comply with CMO No. 35 (Doc. 14970);

**IT IS ORDERED** that the Consent Motion is **GRANTED** and that the following cases (listed as Nos. 60, 87, and 88 in Doc. 14470-2) are withdrawn as moot from Hospira and Pfizer's Motion to Dismiss for Failure to Comply with CMO No. 35 (Doc. 14470):

- Ahoe v. Sanofi US Services Inc. et al., Case No. 2:19-cv-13928
- Malone v. Sanofi S.A. et al., Case No. 2:16-cv-17101
- Sandler v. Sanofi S.A. et al., Case No. 2:16-cv-15507

New Orleans, Louisiana, this 24th day of October, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE