# EXHIBIT A

| HOME | FACT SHEETS | REPORTING | DOCKET CENTRAL | DISCOVERY CENTRAL | MY ACCOUNT |

***This website will be offline for scheduled maintenance from Friday, October 28, 2022, at 9:00 PM ET until 2:00 PM ET on Saturday, October 29, 2022.***

**Back To MDL Centrality**

| MDL 2740 - Taxotere | Search Results |

Return to Search Results          Edit Plaintiff Information

### Plaintiff Information

| | | | |
|---|---|---|---|
| Plaintiff ID: | 15320 | DOB: | 03/18/1948 |
| Name: | REGINA JEFFRIES | Email: | blieurose@mindspring.com |
| Most Recent PFS Submitted: | 09/29/2020 | | |

### Plaintiff Snapshot

| | | | | |
|---|---|---|---|---|
| Treated with Taxotere: | No | Treated with Generic: | Yes | Comments |
| Drug Name: | Hospira, Inc. | Unknown Certification: | | |
| Treatment Dates: | 06/5/2012 to 07/17/2012 | Docket No.: | 2:20-cv-01759 | |
| Properly Executed Verification of PFS: | View | Proof of Injury - Medical Documentation: | N/A | |
| Proof of Injury - Before & After Photographs: | View | Law Firm: | Saunders & Walker PA | |

### Documents

View Documents    Upload

**Uploaded Files**

Filter: ALL

| Document ID | Document Type | Upload Date | Delete |
|---|---|---|---|
| 497644 | Proof of Injury - Before & After Photographs - Current Photo 9.20.20 | 09/29/2020 | Remove |
| 497643 | Plaintiff Fact Sheet | 09/29/2020 | |
| 494298 | Properly Executed Verification of PFS - Verification of PFS | 09/04/2020 | Remove |
| 494296 | Workers Compensation Authorization - Auth Workers Comp Records | 09/04/2020 | Remove |
| 494295 | Health Insurance Record Authorization - Auth Health Ins. Records | 09/04/2020 | Remove |
| 494294 | Disability Claims Authorization - AuthDisability Records | 09/04/2020 | Remove |
| 494293 | Psychiatric Records Authorization - Auth Psych Records | 09/04/2020 | Remove |
| 494292 | HIPAA Authorization - Auth Health Records | 09/04/2020 | Remove |
| 494291 | Employment Authorization - Auth Employment Records | 09/04/2020 | Remove |
| 494290 | PTO 71 Written Statement - Written Statement PTO 71a | 09/04/2020 | Remove |
| 494289 | Proof of Injury - Before & After Photographs - Current photos 7/2020, before chemo 2002 and 2003 | 09/04/2020 | Remove |
| 494288 | CMO 12 Product Identification - Florida Cancer Specialist Stmt of Chemo | 09/04/2020 | Remove |
| 494287 | Medical Records - Florida Cancer Specialist Records | 09/04/2020 | Remove |
| 494286 | Medical Records - St. Anthonys Hospital Medical Records | 09/04/2020 | Remove |

**Plaintiff Fact Sheet**

I. Plaintiff Fact Sheet                     Amend Fact Sheet     PFS Compare

© 2022 BrownGreer PLC. All rights reserved.