# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Regina Jeffries )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:20-cv-<u>1759 H</u>(5)
Hospira, Inc., and Hospira Worldwide, LLC )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hospira Worldwide, LLC
hospirataxoteremdl@wolterskluwer.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph H. Saunders
Saunders & Walker, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33781
(727) 579-4500, FAX (727) 577-9696
joe@saunderslawyers.com, nicola@saunderslawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Oct 06 2022

*Sherry Adams*
Deputy clerk's signature

Case 8:18-md-02740-JTM-MBN Document 14490-1 Filed 06/25/22 Page 3 of 2
Case 2:20-cv-02740-JTM-MBN Document 14-1 Filed 10/06/21 Page 3 of 6

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-_____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hospira Worldwide, LLC
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Regina Jeffries )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 2:20-cv- 1759 H (5)
Hospira, Inc., and Hospira Worldwide, LLC )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Hospira, Inc.,
hospirataxoteremdl@wolterskluwer.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joseph H. Saunders
Saunders & Walker, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33781
(727) 579-4500, FAX (727) 577-9696
joe@saunderslawyers.com, nicola@saunderslawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

Date: Oct 06 2022                                   /s/ Sherry Adams
                                                    *Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-_____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Hospira, Inc.
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                             _____
                                          *Server's signature*

                             _____
                                     *Printed name and title*

                             _____
                                        *Server's address*

Additional information regarding attempted service, etc:

# Nicola Larmond-Harvey

| | |
|---|---|
| **From:** | HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com> |
| **Sent:** | Wednesday, October 19, 2022 1:49 PM |
| **To:** | Nicola Larmond-Harvey |
| **Subject:** | Confirmation Email Receipt |

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received.  Your email will be reviewed and counsel will respond directly with any necessary follow-up.  Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response.  If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

1