**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE ENGELHARDT** |
| | : | **MAG. JUDGE NORTH** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| | : | |
| | : | |
| *Jeffries v. Hospira Inc., et al.,* | : | |
| Case No: 2:20-cv-01759 | : | |
| -------------------------------------------------------- | : | |

### [PROPOSED ORDER] DISMISSAL OF CASE WITHOUT PREJUDICE

Plaintiff's Motion to Dismiss Case Without Prejudice is GRANTED.

The Court orders the case against all Defendants Hospira, Inc. and Hospira Worldwide, LLC dismissed without prejudice.

If warranted under the circumstances, Plaintiff REGINA JEFFRIES may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

So ORDERED on this _____ day of _____ , 2022.


_____

U.S. District Judge Presiding