# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : : : : | |
| *Jeffries v. Hospira Inc., et al.,* <br> **Case No: 2:20-cv-01759** <br> -------------------------------------------------------- | : : : | |

## [PROPOSED ORDER] GRANTING PLAINTIFFS MOTION FOR LEAVE EXTEND DEADLINE

Plaintiff's Motion For Leave To Extend The Time For Plaintiff To Comply With CMO 35 is GRANTED.

The Court finds that Defendants Hospira, Inc. and Hospira Worldwide, LLC were correctly served, by counsel for Regina Jeffries, on October 19, 2022. Due to excusable neglect, so found by the Court, the deadline for Plaintiff, Regina Jeffries, to comply with CMO 35 should be, and is hereby, extended for Plaintiff, Regina Jeffries, to comply with CMO 35, from August 31, 2022 to October 19, 2022.

Defendants' Motion to Dismiss For Failure to Comply with CMO 35 is denied as moot.

So ORDERED on this _____ day of _____ , 2022.

_____
U.S. District Judge Presiding