# EXHIBIT A

```
 1                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF LOUISIANA
 2    ***********************************************************************
      IN RE:  TAXOTERE (DOCETAXEL)
 3    PRODUCTS LIABILITY LITIGATION
                                         Docket No. MDL-2740
 4                                       Section "H"
                                         New Orleans, Louisiana
 5                                       Tuesday, September 13, 2022
      [THIS DOCUMENT RELATES TO:
 6    ALL CASES]
      ***********************************************************************
 7
        TRANSCRIPT OF SHOW CAUSE PROCEEDINGS - AS PERTAINS TO NANCY HAENI
 8            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                          UNITED STATES DISTRICT JUDGE
 9


10
      APPEARANCES:
11
      FOR THE PLAINTIFF:           GAINSBURG BENJAMIN DAVID
12                                 MEUNIER & WARSHAUER
                                   BY:  M. PALMER LAMBERT, ESQ.
13                                 1100 Poydras St., Suite 2800
                                   New Orleans, LA 70163
14
                                   ALLEN & NOLTE
15                                 BY:  TREY ALLEN, ESQ.
                                   5445 La Sierra Dr., Suite 350
16                                 Dallas, Texas 75231
                                   (BY PHONE)
17
                                   WHITFIELD, BRYSON & MASON LLP
18                                 BY:  J. HUNTER BRYSON, ESQ.
                                   641 S St NW, 3rd Floor
19                                 Washington, DC 20001
                                   (BY PHONE)
20
                                   BRENT COON & ASSOCIATES
21                                 BY:  ERIC NEWELL, ESQ.
                                   215 Orleans St.
22                                 Beaumont, TX 77701
                                   (BY PHONE)
23
                                   BROWN & CROUPPEN
24                                 BY:  SETH WEBB, ESQ.
                                   211 N Broadway, Suite 1600
25                                 St. Louis, MO 63102
                                   (BY PHONE)
```

```
 1
 2                    DAVIS & CRUMP
                      BY:  TREVOR B. ROCKSTAD, ESQ.
 3                    2601 14th St.
                      Gulfport, MS, 39501
 4                    (BY PHONE)

 5                    DIAMOND LAW
                      BY:  DAVID J. DIAMOND, ESQ.
 6                    1700 E. River Rd., #65237
                      Tucson, AZ 85728
 7                    (BY PHONE)

 8                    GRANT & EISENHOFER P.A.
                      BY:  SAMANTHA MERTZ, ESQ.
 9                    123 Justison St., 7th Floor
                      Wilmington, DE 19801
10                    (BY PHONE)

11                    JOHNSON LAW GROUP
                      BY:  PIERCE JONES, ESQ.
12                    2925 Richmond Ave., Suite 1700
                      Houston, Texas 77098
13                    (BY PHONE)

14                    BACHUS & SCHANKER
                      BY:  MELANIE SULKIN, ESQ.
15                    1899 Wynkoop St., #700
                      Denver, CO 80202
16                    (BY PHONE)

17                    LEMMON LAW FIRM
                      BY:  ANDREW LEMMON, ESQ.
18                    15058 River Road
                      Hahnville, LA 70057
19                    (BY PHONE)

20                    McSWEENEY LANGEVIN
                      BY:  RHETT McSWEENEY, ESQ.
21                    2116 2nd Ave. S
                      Minneapolis, MN 55404
22                    (BY PHONE)

23                    NAPOLI SHKOLNIK
                      BY:  JAVIER ORTIZ ARCHILLA, ESQ.
24                    360 Lexington Ave., 11th Floor
                      New York, NY 10017
25                    (BY PHONE)
```

```
 1                              PARKER WAICHMAN
                                BY:  CHRISTINE DURANT, ESQ.
 2                              59 Maiden Lane, 6th Floor
                                New York, NY 10038
 3                              (BY PHONE)

 4                              JOHNSON BECKER
                                BY:  LISA ANN GORSHE, ESQ.
 5                              444 Cedar St., Suite 1800
                                St. Paul, MN 55101
 6                              (BY PHONE)

 7                              GIBBS LAW GROUP
                                BY:  KAREN B. MENZIES, ESQ.
 8                              400 Continental Blvd., 6th Floor
                                El Segundo, CA 90245
 9                              (BY PHONE)

10                              NIEMEYER GREBEL & KRUSE
                                BY:  MARK R. NIEMEYER, ESQ.
11                              211 North Broadway, Suite 2950
                                St. Louis, MO 63102
12                              (BY PHONE)

13                              THE GORI LAW FIRM
                                BY:  CHAD M. MOONEY, ESQ.
14                              156 N. Main St.
                                Edwardsville, IL 62025
15                              (BY PHONE)

16                              THE SIMON LAW FIRM
                                BY:  ELIZABETH S. LENIVY, ESQ.
17                              800 Market St., Suite 1700
                                St. Louis, MO 63101
18                              (BY PHONE)

19                              BARON & BUDD
                                BY:  AARON HOWARD, ESQ.
20                              3102 Oak Lawn Ave., Suite 1100
                                Dallas, TX 75219
21                              (BY PHONE)

22                              THE GOSS LAW FIRM
                                BY:  PETER GOSS, ESQ.
23                              1501 Westport Road
                                Kansas City, MO 64111
24                              (BY PHONE)

25
```

```
 1                        TRACEY FOX KING & WALTERS
                          BY:  CLINT CASPERSON, ESQ.
 2                        440 Louisiana St., Unit 1901
                          Houston, TX 77002
 3                        (BY PHONE)

 4                        WENDT LAW FIRM
                          BY:  SAMUEL M. WENDT, ESQ.
 5                        4717 Grand Ave., Suite 130
                          Kansas City, MO 64112
 6                        (BY PHONE)

 7                        ADLER MARKOFF & ASSOCIATES
                          BY:  BRIA HANLON, ESQ.
 8                        9211 Lake Hefner Parkway, Suite 104
                          Oklahoma City, Oklahoma 73120
 9                        (BY PHONE)

10                        MORGAN & MORGAN
                          BY:  PETE V. ALBANIS, ESQ.
11                        12800 University Dr., Suite 600
                          Fort Myers, FL 33907
12                        (BY PHONE)

13                        MORRIS BART, LLC.
                          BY:  RICHARD ROOT, ESQ.
14                        601 Poydras St., 24th Floor
                          New Orleans, LA 70130
15                        (BY PHONE)

16                        PULASKI KHERKHER
                          BY:  BRET STANLEY, ESQ.
17                        2925 Richmond Ave., Suite 1725
                          Houston, TX 77098
18                        (BY PHONE)

19                        SCOTT VICKNAIR
                          BY:  JENNIFER J. GREENE, ESQ.
20                        909 Poydras St., Suite 2025
                          New Orleans, LA 70112
21                        (BY PHONE)

22                        SHAW COWART
                          BY:  ETHAN L. SHAW, ESQ.
23                        1609 Shoal Creek Blvd., Suite 301
                          Austin, TX 78701
24                        (BY PHONE)

25
```

```
 1                                   THE MURRAY LAW FIRM
                                     BY:  ROBIN MYERS PRIMEAU, ESQ.
 2                                   701 Poydras St., Suite 4250
                                     New Orleans, LA 70139
 3                                   (BY PHONE)

 4                                   TorHOERMAN LAW
                                     BY:  STEVEN DAVIS, ESQ.
 5                                   210 S Main St.
                                     Edwardsville, IL 62025
 6                                   (BY PHONE)

 7                                   FEARS NACHAWATI
                                     BY:  ERIN WOOD, ESQ.
 8                                   5473 Blair Rd.
                                     Dallas, TX 75231
 9                                   (BY PHONE)

10
       FOR SANOFI S.A.:              IRWIN FRITCHIE URQUHART & MOORE
11                                   BY:  KELLY E. BRILLEAUX, ESQ.
                                     400 Poydras St., Suite 2700
12                                   New Orleans, LA 70130

13     FOR ACCORD HEALTHCARE, INC.:  TUCKER ELLIS
                                     BY:  JULIE A. CALLSEN, ESQ.
14                                   950 Main Ave., Suite 1100
                                     Cleveland, OH 44113
15
       FOR SANDOZ, A NOVARTIS
16     DIVISION:                     GREENBURG TRAURIG
                                     BY:  NICHOLAS A. INSOGNA, ESQ.
17                                   One International Place, Suite 2000
                                     Boston, MA 02110
18
       FOR SANOFI S.A.:              SHOOK, HARDY & BACON
19                                   BY:  JORDAN BAEHR, ESQ.
                                     2555 Grand Blvd.
20                                   Kansas, City MO 64108

21
       Official Court Reporter:      Karen A. Ibos, CCR, RPR, CRR, RMR
22                                   500 Poydras Street, B-275
                                     New Orleans, Louisiana 70130
23                                   (504) 589-7776

24
         Proceedings recorded by mechanical stenography, transcript
25     produced by computer.
```

<u>P R O C E E D I N G S</u>

(TUESDAY, SEPTEMBER 13, 2022)

08:43:51   (SHOW CAUSE PROCEEDINGS AS PERTAINS TO NANCY HAENI)

08:43:51

09:02:26   (OPEN COURT.)

13:35:57        THE COURT:  Okay.  We're going to roll this matter over.

13:35:59   And Nancy Haeni.

13:36:02        MR. INSOGNA:  In this case, your Honor, the CMO statement

13:36:04   indicates that, "Per our pharmacist, we do not record NDCs used for

13:36:09   any particular chemo administered."  There's an Excel spreadsheet

13:36:13   of unknown province that shows purchases or distributions of

13:36:16   Winthrop, Hospira, and Dr. Reddy's medication frequently purchased

13:36:21   within the same week of each other, so you can't separate out the

13:36:24   time periods.

13:36:26        THE COURT:  Mr. Bryson.

13:36:29        MR. BRYSON:  Yes.  He pointed that correctly.  I mean,

13:36:32   there is an Excel sheet but it's very detailed on which weeks it's

13:36:36   coming in.  Your Honor, we've got two defendants here, we have

13:36:39   Dr. Reddy's and this Winthrop entity.  And, you know, we would

13:36:44   like -- I mean, it's a week-by-week basis, it's not sitting on the

13:36:49   shelf, you know.  It's the one week there's an order, the next week

13:36:51   there's an order.  It's like clockwork, every day they were almost

13:36:55   taking shipments.  So we would like to take depositions to figure

13:36:58   out, you know, was this administered every day and line that up

13:37:02   with her treatment dates.

13:37:03  1          This one is very precise by day of what was coming in and

13:37:07  2   out.  This is a lot different than the previous case, your Honor,

13:37:12  3   this is day-by-day breakdown here.

13:37:16  4          MR. INSOGNA:  Would you like to see, your Honor?

13:37:18  5          THE COURT:  Please.  What days did your client have

13:38:07  6   chemotherapy?

13:38:08  7          MR. BRYSON:  She took one on the first date there when

13:38:12  8   they got Winthrop's shipment on February 13th of '15 and then her

13:38:18  9   last treatment date was on the 6th, 2/2015 and they got a

13:38:23 10   Dr. Reddy's.  And they are only getting Dr. Reddy's up for a month

13:38:27 11   prior to that except for a Winthrop shipment on the day she had

13:38:29 12   treatment --

13:38:29 13          THE COURT:  What's Dr. Reddy's Lab?  Who is Dr. Reddy?

13:38:34 14          MS. CALLSEN:  It's a 505(j) product.

13:38:48 15          MR. BRYSON:  Your Honor, we would submit that since it's

13:38:52 16   a day-by-day purchase records here this could be determined here

13:38:56 17   with some certainty.

13:38:57 18          THE COURT:  Did you ask anybody?

13:39:01 19          MR. BRYSON:  We have not.  We've gotten the supply

13:39:04 20   records, but we would like to take some depositions here to get to

13:39:07 21   the bottom of it.

13:39:09 22          MR. INSOGNA:  Your Honor, I mean, I don't think a

13:39:12 23   deposition is going to show which shipment ties to which plaintiff.

13:39:16 24   And because they're so densely interspersed here, I don't know that

13:39:22 25   you could ever get to that answer.

13:39:25 1        MR. BRYSON:  We disagree with that, your Honor,

13:39:29 2    obviously.

13:39:46 3        MR. INSOGNA:  And, your Honor, I said this at the outset,

13:39:49 4    but the statement indicates "Per our pharmacist we do not record

13:39:52 5    NDCs used for any particular chemotherapy infusion," so I don't

13:39:57 6    think a deposition can get there.

13:39:58 7        THE COURT:  I don't think what I am seeing presents

13:40:03 8    sufficient information to determine which manufacturer provided the

13:40:11 9    drugs, the medicine used for this plaintiff.  I am going to dismiss

13:40:15 10   this case over your objection.  Thank you.

11        (WHEREUPON, THE PORTION RELATING TO NANCY HAENI WAS

12        CONCLUDED.)

13

14                        *  *  *  *  *  *

15

16                    REPORTER'S CERTIFICATE

17        I, Karen A. Ibos, CCR, Official Court Reporter, United
States District Court, Eastern District of Louisiana, do hereby
18   certify that the foregoing is a true and correct transcript, to the
best of my ability and understanding, from the record of the
19   proceedings in the above-entitled and numbered matter.

20

           /s/ Karen A. Ibos
21         Karen A. Ibos, CCR, RPR, CRR, RMR
           Official Court Reporter

22

23

24

25