UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| **Plaintiff Name: Nancy Haeni** | : | |
| **Case No.: 2:17-cv-13435** | : | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that Plaintiff's Motion for Reconsideration is hereby set for

submission before District Court Judge Milazzo on December 7, 2022, at 9:30 a.m.

This the 25th day of October, 2022.

Respectfully submitted,

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. Bar No.: 15781
J. Hunter Bryson
N.C. Bar No.:  50602
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dbryson@milberg.com
hbryson@milberg.com

*Counsel for Plaintiff Nancy Haeni*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Daniel K. Bryson*
DANIEL K. BRYSON