UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: H |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |
| **Plaintiff Name: Renee Boone** <br> **Case No.: 2:16-cv-17586** | |

## MOTION FOR RECONSIDERATION OF DISMISSAL ORDER PERTAINING TO RENEE BOONE

Pursuant to Fed. R. Civ. P. 59(e), Plaintiff Renee Boone through counsel, respectfully seeks reconsideration and reversal of this Court's Order of September 27, 2022 (CM/ECF Doc. 7), that dismissed Plaintiffs' case for lack of CMO 12A Product Identification. Pursuant to the Court's direction to leadership after the hearing on September 21, 2022 and arguments made by Plaintiff's counsel during the September 21, 2022 hearing, Plaintiff contends a rehearing of Plaintiff's case is appropriate. The arguments made by Plaintiff's counsel to the Court are attached hereto as Exhibit A and are discussed more thoroughly in Plaintiff's memorandum in support.

Plaintiff respectfully moves the Court to reconsider and reverse the Order of Dismissal at issue as to Renee Boone claims against Sandoz Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc..

Dated: October 25, 2022

Respectfully submitted,

/s/ Daniel K. Bryson
Daniel K. Bryson
N.C. Bar No.: 15781
J. Hunter Bryson
N.C. Bar No.: 50602
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dbryson@milberg.com
hbryson@milberg.com

*Counsel for Plaintiff Renee Boone*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Daniel K. Bryson*
DANIEL K. BRYSON
