# EXHIBIT A

```
 1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
 2     *****************************************************************
       IN RE:   TAXOTERE (DOCETAXEL)
 3     PRODUCTS LIABILITY LITIGATION
                                             Docket No. MDL-2740
 4                                           Section "H"
                                             New Orleans, Louisiana
 5                                           Tuesday, September 13, 2022
       [THIS DOCUMENT RELATES TO:
 6     ALL CASES]
       *****************************************************************
 7
            EXCERPT TRANSCRIPT OF SHOW CAUSE PROCEEDINGS FOR RENEE BOONE
 8                HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                           UNITED STATES DISTRICT JUDGE
 9


10
       APPEARANCES:
11
       FOR THE PLAINTIFF:           GAINSBURG BENJAMIN DAVID
12                                  MEUNIER & WARSHAUER
                                    BY:  M. PALMER LAMBERT, ESQ.
13                                  1100 Poydras St., Suite 2800
                                    New Orleans, LA 70163
14
                                    ALLEN & NOLTE
15                                  BY:  TREY ALLEN, ESQ.
                                    5445 La Sierra Dr., Suite 350
16                                  Dallas, Texas 75231
                                    (BY PHONE)
17
                                    WHITFIELD, BRYSON & MASON LLP
18                                  BY:  J. HUNTER BRYSON, ESQ.
                                    641 S St NW, 3rd Floor
19                                  Washington, DC 20001
                                    (BY PHONE)
20
                                    BRENT COON & ASSOCIATES
21                                  BY:  ERIC NEWELL, ESQ.
                                    215 Orleans St.
22                                  Beaumont, TX 77701
                                    (BY PHONE)
23
                                    BROWN & CROUPPEN
24                                  BY:  SETH WEBB, ESQ.
                                    211 N Broadway, Suite 1600
25                                  St. Louis, MO 63102
                                    (BY PHONE)
```

```
                                        DAVIS & CRUMP
                                        BY:  TREVOR B. ROCKSTAD, ESQ.
                                        2601 14th St.
                                        Gulfport, MS, 39501
                                        (BY PHONE)

                                        DIAMOND LAW
                                        BY:  DAVID J. DIAMOND, ESQ.
                                        1700 E. River Rd., #65237
                                        Tucson, AZ 85728
                                        (BY PHONE)

                                        GRANT & EISENHOFER P.A.
                                        BY:  SAMANTHA MERTZ, ESQ.
                                        123 Justison St., 7th Floor
                                        Wilmington, DE 19801
                                        (BY PHONE)

                                        JOHNSON LAW GROUP
                                        BY:  PIERCE JONES, ESQ.
                                        2925 Richmond Ave., Suite 1700
                                        Houston, Texas 77098
                                        (BY PHONE)

                                        BACHUS & SCHANKER
                                        BY:  MELANIE SULKIN, ESQ.
                                        1899 Wynkoop St., #700
                                        Denver, CO 80202
                                        (BY PHONE)

                                        LEMMON LAW FIRM
                                        BY:  ANDREW LEMMON, ESQ.
                                        15058 River Road
                                        Hahnville, LA 70057
                                        (BY PHONE)

                                        McSWEENEY LANGEVIN
                                        BY:  RHETT McSWEENEY, ESQ.
                                        2116 2nd Ave. S
                                        Minneapolis, MN 55404
                                        (BY PHONE)

                                        NAPOLI SHKOLNIK
                                        BY:  JAVIER ORTIZ ARCHILLA, ESQ.
                                        360 Lexington Ave., 11th Floor
                                        New York, NY 10017
                                        (BY PHONE)
```

```
 1                         PARKER WAICHMAN
                           BY:  CHRISTINE DURANT, ESQ.
 2                         59 Maiden Lane, 6th Floor
                           New York, NY 10038
 3                         (BY PHONE)

 4                         JOHNSON BECKER
                           BY:  LISA ANN GORSHE, ESQ.
 5                         444 Cedar St., Suite 1800
                           St. Paul, MN 55101
 6                         (BY PHONE)

 7                         GIBBS LAW GROUP
                           BY:  KAREN B. MENZIES, ESQ.
 8                         400 Continental Blvd., 6th Floor
                           El Segundo, CA 90245
 9                         (BY PHONE)

10                         NIEMEYER GREBEL & KRUSE
                           BY:  MARK R. NIEMEYER, ESQ.
11                         211 North Broadway, Suite 2950
                           St. Louis, MO 63102
12                         (BY PHONE)

13                         THE GORI LAW FIRM
                           BY:  CHAD M. MOONEY, ESQ.
14                         156 N. Main St.
                           Edwardsville, IL 62025
15                         (BY PHONE)

16                         THE SIMON LAW FIRM
                           BY:  ELIZABETH S. LENIVY, ESQ.
17                         800 Market St., Suite 1700
                           St. Louis, MO 63101
18                         (BY PHONE)

19                         BARON & BUDD
                           BY:  AARON HOWARD, ESQ.
20                         3102 Oak Lawn Ave., Suite 1100
                           Dallas, TX 75219
21                         (BY PHONE)

22                         THE GOSS LAW FIRM
                           BY:  PETER GOSS, ESQ.
23                         1501 Westport Road
                           Kansas City, MO 64111
24                         (BY PHONE)

25
```

```
 1                          TRACEY FOX KING & WALTERS
                            BY:  CLINT CASPERSON, ESQ.
 2                          440 Louisiana St., Unit 1901
                            Houston, TX 77002
 3                          (BY PHONE)

 4                          WENDT LAW FIRM
                            BY:  SAMUEL M. WENDT, ESQ.
 5                          4717 Grand Ave., Suite 130
                            Kansas City, MO 64112
 6                          (BY PHONE)

 7                          ADLER MARKOFF & ASSOCIATES
                            BY:  BRIA HANLON, ESQ.
 8                          9211 Lake Hefner Parkway, Suite 104
                            Oklahoma City, Oklahoma 73120
 9                          (BY PHONE)

10                          MORGAN & MORGAN
                            BY:  PETE V. ALBANIS, ESQ.
11                          12800 University Dr., Suite 600
                            Fort Myers, FL 33907
12                          (BY PHONE)

13                          MORRIS BART, LLC.
                            BY:  RICHARD ROOT, ESQ.
14                          601 Poydras St., 24th Floor
                            New Orleans, LA 70130
15                          (BY PHONE)

16                          PULASKI KHERKHER
                            BY:  BRET STANLEY, ESQ.
17                          2925 Richmond Ave., Suite 1725
                            Houston, TX 77098
18                          (BY PHONE)

19                          SCOTT VICKNAIR
                            BY:  JENNIFER J. GREENE, ESQ.
20                          909 Poydras St., Suite 2025
                            New Orleans, LA 70112
21                          (BY PHONE)

22                          SHAW COWART
                            BY:  ETHAN L. SHAW, ESQ.
23                          1609 Shoal Creek Blvd., Suite 301
                            Austin, TX 78701
24                          (BY PHONE)

25
```

```
 1                                      THE MURRAY LAW FIRM
                                        BY:  ROBIN MYERS PRIMEAU, ESQ.
 2                                      701 Poydras St., Suite 4250
                                        New Orleans, LA 70139
 3                                      (BY PHONE)

 4                                      TorHOERMAN LAW
                                        BY:  STEVEN DAVIS, ESQ.
 5                                      210 S Main St.
                                        Edwardsville, IL 62025
 6                                      (BY PHONE)

 7                                      FEARS NACHAWATI
                                        BY:  ERIN WOOD, ESQ.
 8                                      5473 Blair Rd.
                                        Dallas, TX 75231
 9                                      (BY PHONE)

10
    FOR SANOFI S.A.:                    IRWIN FRITCHIE URQUHART & MOORE
11                                      BY:  KELLY E. BRILLEAUX, ESQ.
                                        400 Poydras St., Suite 2700
12                                      New Orleans, LA 70130

13  FOR ACCORD HEALTHCARE, INC.:        TUCKER ELLIS
                                        BY:  JULIE A. CALLSEN, ESQ.
14                                      950 Main Ave., Suite 1100
                                        Cleveland, OH 44113
15
    FOR SANDOZ, A NOVARTIS
16  DIVISION:                           GREENBURG TRAURIG
                                        BY:  NICHOLAS A. INSOGNA, ESQ.
17                                      One International Place, Suite 2000
                                        Boston, MA 02110
18
    FOR SANOFI S.A.:                    SHOOK, HARDY & BACON
19                                      BY:  JORDAN BAEHR, ESQ.
                                        2555 Grand Blvd.
20                                      Kansas, City MO 64108

21
    Official Court Reporter:            Karen A. Ibos, CCR, RPR, CRR, RMR
22                                      500 Poydras Street, B-275
                                        New Orleans, Louisiana 70130
23                                      (504) 589-7776

24

       Proceedings recorded by mechanical stenography, transcript
25  produced by computer.
```

```
                        P R O C E E D I N G S

                       (TUESDAY, SEPTEMBER 13, 2022)

                  (SHOW CAUSE PROCEEDINGS - FOR RENEE BOONE)


           (OPEN COURT.)

                 THE COURT:  And then we have --

                 MR. INSOGNA:  Renee Boone with Whitfield Bryson & Mason,
   your Honor.  This is an e-mail from a distributor indicating
   Hospira purchases and Sandoz purchases, and says we cannot confirm
   it was administered to any specific patient.

                 THE COURT:  Okay.  Mr. Bryson?  Hunter Bryson?  Star 6,
   Mr. Bryson.

                 MR. LAMBERT:  Your Honor, I think it's almost noon if you
   want to make your meeting.  We can get him on the line when we get
   back.  We do have some more to read in to the record, I can do it
   now or when we come back.

                 THE COURT:  Why don't we when we come back because you
   might get some more.  So those people associated with the Whitfield
   Bryson firm, the Gibbs Law Firm -- oh, I think we got -- those have
   all been dismissed -- Lowe Law Group, and Pendley, we will be at
   recess until 1:15.

                 MR. LAMBERT:  Thank you, Judge.

           (WHEREUPON, A LUNCH RECESS WAS TAKEN.)


                        P R O C E E D I N G S
```

```
11:59:32   1                    (AFTERNOON SESSION)
13:24:43   2
13:26:14   3        (OPEN COURT.)  MR. LAMBERT:  Mr. Bryson, are you on the line?
13:26:17   4              MR. BRYSON:  I am.
13:26:18   5              THE COURT:  Okay.  Great.  We're ready to start, that's
13:26:22   6   No. 70, Renee Boone.
13:26:24   7              MR. INSOGNA:  Thank you, your Honor.
13:26:26   8              THE COURT:  Mr. Insogna.
13:26:27   9              MR. INSOGNA:  In Ms. Boone's case we have an e-mail from
13:26:29  10   AmerisourceBergen, the distributor to the facility, identifying
13:26:35  11   purchases they made over a fairly wide range of months throughout
13:26:39  12   2014 when the plaintiff had her treatment, and they reflect Hospira
13:26:42  13   and Sandoz, and a Winthrop purchase, although the Winthrop one
13:26:47  14   appears to predate plaintiff's treatment.  And sorry, your Honor --
13:26:55  15              MR. BRYSON:  Your Honor --
13:26:55  16              THE COURT:  Wait, wait, wait.
13:26:58  17              MR. BRYSON:  Oh, I'm sorry.
13:26:58  18              MR. INSOGNA:  I'm sorry, your Honor.  The end of the
13:26:59  19   e-mail says, "AmerisourceBergen can only confirm purchases of the
13:27:05  20   NDC numbers and cannot confirm it was administered to any specific
13:27:09  21   patient."
13:27:09  22              THE COURT:  Okay.  Thank you.  Mr. Bryson?
13:27:11  23              MR. BRYSON:  Yes, your Honor.  You know, as you can see
13:27:14  24   it started here, there's 165 quantities of Sandoz and only 28
13:27:23  25   Hospira.  The last dose here was likely this Sandoz dose here at
```

| | |
|---|---|
| 13:27:29  1 | the end of the range since her last treatment date was in October |
| 13:27:32  2 | of 2014, so we think obviously one of the shipments of Sandoz was |
| 13:27:38  3 | likely what she took.  But we would like to proceed only with |
| 13:27:43  4 | Sandoz and Hospira and we'll happily dismiss Winthrop.  165 |
| 13:27:49  5 | quantities of Sandoz there right at the end of her treatment we |
| 13:27:52  6 | think is pretty, hopefully pretty dispositive that she did take |
| 13:27:55  7 | that. |
| 13:27:56  8 |       MR. INSOGNA:  And so, your Honor, I can hand you the |
| 13:27:59  9 | document if you would like to see, I think it might be helpful. |
| 13:28:02 10 |       THE COURT:  Please. |
| 13:28:02 11 |       MR. INSOGNA:  What it shows is that the majority of what |
| 13:28:10 12 | was shipped is Sandoz medication, but there were shipments of |
| 13:28:14 13 | Hospira NDCs that go through -- if you look on the second page at |
| 13:28:21 14 | University Cancer Specialist there's date ranges.  So Hospira codes |
| 13:28:25 15 | are shipped in between August 18th and August 21st and Sandoz are |
| 13:28:33 16 | shipped between August 5th and September 9th.  I don't think you |
| 13:28:38 17 | can narrow it down.  Her treatment goes through October 9th. |
| 13:28:41 18 |       THE COURT:  Wait, wait.  I'm having -- maybe I am not |
| 13:28:45 19 | understanding what I am looking at.  Where do you see what's what? |
| 13:28:59 20 |       MR. INSOGNA:  There are two e-mails -- |
| 13:29:02 21 |       THE COURT:  Right. |
| 13:29:02 22 |       MR. INSOGNA:  -- the first, the one sent December 5th |
| 13:29:06 23 | identifies shipments really within the period of plaintiff's |
| 13:29:09 24 | treatment. |
| 13:29:10 25 |       THE COURT:  Which is, what's the date of her treatment? |

13:29:13  1            MR. INSOGNA:  Her treatments were July 31st through
13:29:15  2   October 9th.
13:29:17  3            THE COURT:  Okay.  Thank you.
13:29:18  4            MR. INSOGNA:  And then you'll see what happened is the
13:29:20  5   plaintiff's attorney e-mails back and said to avoid any argument
13:29:25  6   about shelf life of the product, can you go back two years in time
13:29:28  7   before she started.  And even if you do that going back two-year
13:29:34  8   period, you'll see that there's Hospira and Sandoz medication
13:29:38  9   shipped throughout the period.
13:29:41 10            THE COURT:  How do you tell which one is which?
13:29:43 11            MR. INSOGNA:  So in looking at the second box on the
13:29:49 12   first page.
13:29:51 13            THE COURT:  Okay.
13:29:52 14            MR. INSOGNA:  That 409020120, that's a Hospira -- and
13:29:59 15   actually, it says the vendor name in the far right column -
13:30:05 16   Hospira, Winthrop, Sandoz, and Aventis.  So from 2012 all the way
13:30:08 17   through --
13:30:08 18            THE COURT:  That's cut out completely, just so you know.
13:30:10 19   I don't have --
13:30:11 20            MR. INSOGNA:  Oh, I'm sorry.
13:30:15 21            THE COURT:  This is what I have which is --
13:30:18 22            MR. INSOGNA:  I'm sorry.
13:30:21 23            THE COURT:  Oh, okay.  Well, this is helpful.  So the
13:30:32 24   Actavis was after she completed treatment?
13:30:35 25            MR. INSOGNA:  The Sanofi is predates.

```
13:30:38   1              THE COURT:  I have 7/31 to 10/9 of what year?
13:30:42   2              MR. INSOGNA:  Of 2014.
13:30:44   3              THE COURT:  Okay.
13:30:54   4              MR. INSOGNA:  And if you turn to the second page of this
13:30:57   5   document, that really focuses in on the period -- it's
13:31:02   6   unfortunately it's during her treatment, it doesn't cover the
13:31:07   7   first, the very first infusion.  But this is what Mr. Bryson is
13:31:10   8   saying, the 165 out of about 190 something are Sandoz medication.
13:31:19   9   But that does not account for the 28 shipments of Hospira
13:31:23  10   medication that happened exactly during her treatment.
13:31:28  11              THE COURT:  I'm back to the same problem.  I don't have
13:31:33  12   what's what.  So 120110110, that is what, the last numbers of the
13:31:41  13   NDC?
13:31:42  14              MR. INSOGNA:  Sorry, which number are you looking at?
13:31:51  15              THE COURT:  I'm back to where -- because when I turned
13:31:54  16   the page and get to the second page, I don't have a vendor name.
13:32:01  17              MR. INSOGNA:  I see, your Honor.  The 66758 numbers are
13:32:04  18   Sandoz and the 00409 are Hospira.
13:32:09  19              THE COURT:  Thank you.  This is very helpful.  All right.
13:32:19  20   So it could have been any of these.
13:32:24  21              MR. INSOGNA:  That's exactly right, your Honor.
13:32:26  22              MR. BRYSON:  Well, your Honor, you know, there's two
13:32:30  23   there, there's the Sandoz lot and then there's this Hospira lot,
13:32:33  24   and then really only a small amount of Hospira there.  But, you
13:32:38  25   know, we would dismiss the Winthrop entity and proceed against the
```

13:32:42  1   Sandoz and Hospira entity and proceed with that and figure out, you
13:32:47  2   know, how often they were cycling through this stuff.
13:32:51  3              THE COURT:  But even if you figured out they were cycling
13:32:55  4   through it, how would you determine which one this plaintiff was
13:33:03  5   administered?  I mean, I think -- the cases that I allowed to
13:33:10  6   proceed, when we looked at that window there was one manufacturer,
13:33:15  7   now you've got two, and there is no way to determine whether or not
13:33:21  8   she had Sandoz or Hospira.  And if you can figure out how to get
13:33:25  9   there beyond just it's a good guess, you need to let me know.
13:33:31 10              MR. BRYSON:  You Honor, if we could take depositions, I
13:33:35 11   mean, we're talking 165 out of 190 as defense counsel pointed out,
13:33:40 12   that's really we're talking about is only 20 something percent
13:33:45 13   chance or less that it was Hospira.  So if I can take depositions
13:33:50 14   to figure out how fast they were cycling through, I think I can
13:33:52 15   eliminate that.
13:33:54 16              MR. INSOGNA:  And obviously your Honor's familiar with
13:33:56 17   our position on that.  I would just also point out that this is
13:33:59 18   only AmerisourceBergen, the distributor's response.  We don't know,
13:34:03 19   there could be other distributors to this facility as well.  There
13:34:06 20   are too many unknowns I think for this case.
13:34:09 21              MR. BRYSON:  This is the only distributor we've seen,
13:34:11 22   this is the only one we're aware of.
13:34:19 23              MR. LAMBERT:  Your Honor, in a similar case before our
13:34:21 24   lunch break I think you did allow counsel time on a roll over to go
13:34:26 25   back and confirm that this was the only distributor.

13:34:29  1     THE COURT:  I know, but even if it is the only one,
13:34:32  2  Mr. Lambert, how do I get to which one was the one that was
13:34:35  3  actually administered to this plaintiff?  Because what I am hearing
13:34:39  4  is this was the primary, we had more Sandoz than Hospira, but there
13:34:50  5  was Hospira coming in at the same time that this woman received
13:34:56  6  treatment.  And I am looking at a case that was filed in 2016 and
13:35:00  7  this is the best we've got on product ID.  And so we've got nothing
13:35:05  8  that says which one she got.
13:35:08  9     And what we have is one distributor and it looks like
13:35:13 10  they distributed more Sandoz than Hospira, but that's still a shot
13:35:17 11  in the dark.  I know, yeah, they got more Sandoz but that's not, in
13:35:27 12  my view, crossing the finish line.  We've got to know who
13:35:31 13  distributed it.
13:35:34 14     Mr. Bryson, you've made a record, but I am going to
13:35:37 15  dismiss this case because I just don't think there's sufficient
13:35:40 16  product identification.

17     (WHEREUPON, THE PROCEEDINGS CONCERNING RENEE BOONE WERE
18        CONCLUDED.)

20                            * * * * *

REPORTER'S CERTIFICATE

I, Karen A. Ibos, CCR, Official Court Reporter, United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

 /s/ Karen A. Ibos
Karen A. Ibos, CCR, RPR, CRR, RMR
Official Court Reporter