UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| THIS DOCUMENT RELATES TO: **Plaintiff Name: Renee Boone** **Case No.: 2:16-cv-17586** | | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that Plaintiff's Motion for Reconsideration is hereby set for submission before District Court Judge Milazzo on December 7, 2022, at 9:30 a.m.

This the 25th day of October, 2022.

    Respectfully submitted,

    */s/ Daniel K. Bryson*
    Daniel K. Bryson
    N.C. Bar No.: 15781
    J. Hunter Bryson
    N.C. Bar No.: 50602
    MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
    900 W. Morgan Street
    Raleigh, NC 27603
    Phone: (919) 600-5000
    Fax: (919) 600-5035
    dbryson@milberg.com
    hbryson@milberg.com

    *Counsel for Plaintiff Renee Boone*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Daniel K. Bryson
DANIEL K. BRYSON