UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | Case 2:16-md-02740-JTM-MBN MDL NO. 2740 |

THIS DOCUMENT RELATES TO:

*All Cases*

## NOTICE OF APPEARANCE

Please enter the appearance of Dale Wainwright, Esq., of the law firm Greenberg Traurig, LLP, as counsel for Defendant Sandoz Inc.[1]

    Respectfully submitted,

    */s/ Dale Wainwright*
    Dale Wainwright
    GREENBERG TRAURIG, LLP
    300 West 6th Street, Suite 2050
    Austin, TX  78701
    (512) 320-7226
    Dale.Wainwright@gtlaw.com

    ***Counsel for Defendant Sandoz Inc.***

---

[1] By filing this Notice of Appearance, Sandoz is not waiving any right to object to improper service, venue, or jurisdiction.

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                                    */s/ Dale Wainwright*
                                                    Dale Wainwright