UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Barbara Davis_____
**Case No.:** 2:18-cv-10112_____

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Barbara Davis whose case is on a Notice of Non-Compliance received on September 21, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: October 26, 2022　　　　　　　　　　/s/ *Pierce Jones*_____
　　　　　　　　　　　　　　　　　　　　　Pierce Jones (TX Bar No: 24110061)
　　　　　　　　　　　　　　　　　　　　　JOHNSON LAW GROUP
　　　　　　　　　　　　　　　　　　　　　2925 Richmond Avenue Ste. 1700
　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 626-9336
　　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 583-9460
　　　　　　　　　　　　　　　　　　　　　Email: taxotere@johnsonlawgroup.com