UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Sally Kappeler
**Case No.:** 2:19-cv-12559

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Sally Kappeler whose case is on a Notice of Non-Compliance received on September 21, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: October 26, 2022          /s/ *Pierce Jones*
         Pierce Jones (TX Bar No: 24110061)
         JOHNSON LAW GROUP
         2925 Richmond Avenue Ste. 1700
         Houston, TX 77098
         Telephone: (713) 626-9336
         Facsimile: (713) 583-9460
         Email: taxotere@johnsonlawgroup.com