UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Donna McComas_____
**Case No.:** 2:18-cv-11340_____

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Donna McComas whose case is on a Notice of Non-Compliance received on September 21, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

| | |
|---|---|
| Dated: October 26, 2022 | /s/ *Pierce Jones*_____ <br> Pierce Jones (TX Bar No: 24110061) <br> JOHNSON LAW GROUP <br> 2925 Richmond Avenue Ste. 1700 <br> Houston, TX 77098 <br> Telephone: (713) 626-9336 <br> Facsimile: (713) 583-9460 <br> Email: taxotere@johnsonlawgroup.com |