# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

Plaintiff Name: Maryann Perry

Case Number: 2:18-cv-11361

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC; SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 26th day of October 2022.

JOHNSON LAW GROUP


By: */s/ Pierce Jones*
    Pierce Jones (TX Bar No: 24110061)
    2925 Richmond Avenue Ste. 1700
    Houston, TX 77098
    Telephone: (713) 626-9336
    Facsimile: (713) 583-9460
    Email: taxotere@johnsonlawgroup.com

    *Counsel of Plaintiff*


CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: October 26, 2022

                                        */s/ Pierce Jones*
                                        Pierce Jones