UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> **This Document Relates to:** ) <br> Julie Griffin, 19-14048 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court is Plaintiff Julie Griffin's Motion to Compel Compliance with Rule 45 Subpoena (Doc. 14727). This matter is **REFERRED** to Magistrate Judge Michael North for consideration.

New Orleans, Louisiana, this 26th day of October, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**