UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This Document Relates to:** All cases in attached Exhibit 1. | ) ) | |

# ORDER

Considering the Consent Motion to Extend Submission Date for Certain Specific Cases Identified Herein Regarding Hospira's and Pfizer's Motion to Dismiss for Failure to Comply with CMO No. 35 (Doc. 14853);

**IT IS ORDERED** that the Consent Motion is **GRANTED** and that the submission date for those cases identified in Exhibit 1 **ONLY** is hereby **RESET** for November 2, 2022 before the Honorable Jane Triche Milazzo.

New Orleans, Louisiana, this 26th day of October, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**Exhibit 1**

| # | Plaintiff Name/Case Number | Firm Name |
|---|---|---|
| 1 | Anita Stone (2:16-cv-16798) | Wendt Law Firm P.C<br>4717 Grand Avenue, Suite 130<br>Kansas City, Missouri 64112 |
| 2 | Regina Jeffries (2:20-cv-01759) | Saunders & Walker, P.A.<br>3491 Gandy Blvd. North, Ste 200 Pinellas Park, FL 33781 |
| 3 | Helen Bunche (2:19-cv-01851)<br>Ruby L. Davis (2:19-cv-01847)<br>Lenora Johnson (2:19-cv-01856)<br>Linda D. Abrams (2:19-cv-01616)<br>Antoinette Clark (2:19-cv-06751)<br>Sonia Collins (2:19-cv-09395)<br>Carol A. Crumblin (2:19-cv-10838)<br>Erma Farrington (2:19-cv-10586)<br>Linda Fullmore (2:19-cv-07035)<br>Phyllis M. Gill (2:19-cv-09844)<br>Shelby Grant (2:19-cv-01956)<br>Dorcille Hadley (2:19-cv-09849)<br>Bendetta Hosney (2:19-cv-09855)<br>Marjorie Hunt-Bluford (2:19-cv-09912)<br>Deborah Meyers (2:19-cv-11402)<br>Lillian H. Mirabella (2:19-cv-01961)<br>Gayla Morgan (2:19-cv-04340)<br>Denise Patterson (2:19-cv-02426)<br>Carla Phelps (2:19-cv-11395)<br>Patsy S. Reeves (2:19-cv-02027)<br>Linda Rice (2:19-cv-02026)<br>Valencia A. Schofield (2:19-cv-10097)<br>Carole M. Scott (2:19-cv-01974)<br>Frances Shular (2:19-cv-02025)<br>Sharon Tate (2:19-cv-02427)<br>Antoinette Thomas (2:19-cv-11355) | Napoli Shkolnik<br>1302 Avenida Ponce de Leon, Santurce, Puerto Rico 00907 |
| 4 | Joanne Greedan (19-cv-13259)<br>Elizabeth Ann Johnson (17-16672)<br>Yolanda Schulz (19-cv-13436) | Bachus & Schanker<br>101 W Colfax Ave #650,<br>Denver, CO 80202 |