UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   )   MDL No. 16-2740
PRODUCTS LIABILITY            )
LITIGATION                    )
                              )   SECTION: "H" (5)
                              )
**This Document Relates to:** )
All cases                     )

## ORDER

**IT IS ORDERED** that Judge Jane Triche Milazzo will preside over the general expert preservation deposition of David Madigan, PhD on the 14th and 15th days of November, 2022, at 9:00 a.m.

**IT IS FURTHER ORDERED** that Magistrate Judge Michael North will preside over the general expert preservation deposition of Ellen Feigal, M.D. on the 26th and 27th days of January, 2023, at 9:00 a.m. The Clerk's office is instructed to notify Magistrate Judge Michael North.

New Orleans, Louisiana, this 27th day of October, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**