MINUTE ENTRY
MILAZZO, J.
OCTOBER 28, 2022

JS-10: 00:41

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: 16-17583, 18-194, 17-12674, 18-9799, 18-4731 | ) | |

## MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:       Sherry Adams
COURT REPORTER:     Nichelle Wheeler
LAW CLERK:          Natalie Earles

APPEARANCES:        Andre Mura, M. Palmer Lambert, for Plaintiffs
                    Rich Moore, John Olinde, for Hospira and Pfizer Defendants
                    Douglas J. Moore for Liaison Counsel, and Sanofi Defendants
                    Michael Ruttinger, for Accord Defendants
                    Dale Wainwright, Clifton Merrell, Evan Holden for Sandoz Defendants

Court begins at 10:09 a.m.
Counsel made their appearances for the record, in person and by video conference.
The Hospira, Accord, and Sandoz Defendants' Joint Motion to Certify Order for Interlocutory Appeal pursuant to 28:1292(b) (Doc. 14517) is argued by counsel.
The Motion was taken under submission by the Court.
Court adjourned at 10:50 a.m.

**Participants by video:**
Andre Mura
Andrienne Byard
Ashley Burkett
Connie Matteo
Emily Jeffcoat
Emily King
Hannah Peterson
Javier Ortiz
Jon Strongman
Julie Callsen
Kathleen Kelly
Neelum Wadhwani
Nicholas Sullentrop
Nicola Larmand-Harvey
Parag Bhosale
ReickBush
Stephen Nichols
Williams Hoffman

Participants also by telephone