**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  TAXOTERE (DOCETAXEL)             MDL NUMBER:  2740
PRODUCTS LIABILITY
LITIGATION                                SECTION: "H"(5)

THIS DOCUMENT RELATES TO
19-14048

## ORDER

On October 27, 2022, the District Court referred Plaintiff's Motion to Compel Compliance with Rule 45 Subpoena (Rec. doc. 14727) to the undersigned for consideration. (Rec. doc. 14999).  It is not clear to the Court that Rule 45 of the Federal Rules of Civil Procedure allows this Court (as the issuing Court) to decide the pending motion to compel in the first instance, in that Rule 45(f) directs that a subpoena-related motion be filed in the Court where compliance is required.  Here, that Court is the Middle District of North Carolina.  No later than Friday, November 4, 2022, Plaintiff shall file with this Court a brief explaining why this Court is the proper forum for the pending motion.

New Orleans, Louisiana, this  31st  day of        October        , 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE