UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*The cases listed in the attached Exhibit A*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached Exhibit A, who respectfully request that Claire E. Kreider of the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, 70163, be substituted for Matthew Palmer Lambert of Pendley, Baudin & Coffin, L.L.P., 1100 Poydras Street, Suite 2225, New Orleans, LA 70163 as counsel of record for plaintiffs.

Dated: October 31, 2022          Respectfully submitted,

         */s/ Claire E. Kreider*
         Claire E. Kreider (#37029)
         GAINSBURGH BENJAMIN DAVID
         MEUNIER & WARSHAUER, LLC
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, LA 70163-2800
         Phone: 504-522-2304
         Fax: 504-528-9973
         ckreider@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, I electronically filed the forgoing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EF System, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Claire E. Kreider*
Claire E. Kreider
