# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Agatstein | Donna | 2:18-cv-11376 |
| Gaines | Glynis | 2:17-cv-12818 |
| Webre | Mary | 2:16-cv-16035 |