UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed in the attached Exhibit A*

# ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that Claire E. Kreider of the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be substituted for Matthew Palmer Lambert of Pendley, Baudin & Coffin, L.L.P. as counsel of record for plaintiffs identified in the attached Exhibit A.

New Orleans, Louisiana this _____ day of _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO