UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY              ) | | |
| LITIGATION                            ) | | |
|                                                ) | SECTION: "H" (5) | |
|                                                ) | | |
| This document relates to all cases ) | | |
|                                                ) | | |

**PRETRIAL ORDER NO. 127**
**(NOTICES OF APPEARANCE BY PLAINTIFFS' COUNSEL)**

Considering the volume of Notices of Appearance filed by plaintiffs' counsel in recent months, the Court issues this Order clarifying when a Notice of Appearance is appropriate in this MDL and how such a Notice should be filed.

1. MDL Centrality has been implemented in this MDL as a means to distribute fact sheets and MDL pleadings pursuant to Pretrial Order No. 24 (Doc. 286). Accordingly, Notices of Appearance are not necessary, shall not be filed in the main docket for purposes of obtaining pleadings, and shall be stricken from the docket if filed hereafter in violation of this Order. If plaintiffs' counsel is currently not receiving pleadings from MDL Centrality, please send an email to Jake Woody at Brown Greer (jswoody@browngreer.com) with a copy to the Plaintiffs' Liaison Counsel (taxotere@bkc-law.com).

2. Notices of Appearance are not necessary for plaintiffs' counsel to participate in a deposition involving a client of the firm with which counsel is associated; however, counsel are required to comply, among other controlling Orders in this MDL, with Magistrate Judge North's

1

Order of January 18, 2019 (Doc. 5979) in order to participate in a deposition involving a case in this MDL.

3. If plaintiffs' counsel is substituting in place of other counsel as counsel of record, to avoid unnecessarily cumulating pleadings, counsel shall file a single *ex parte* motion to substitute counsel of record with an attached proposed order. The motion should reference all firm cases in the caption "This Document Relates to: [insert list of all firm cases in which substitution is to occur]".

New Orleans, Louisiana, this 28th day of October, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**