# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. and HOSPIRA WORLDWIDE, LLC.** |
| THIS DOCUMENT RELATES TO: *Plaintiffs listed on Exhibit A* | Civil Action No.: See Exhibit A |

Pursuant to CMO 12A, Plaintiffs listed on Exhibit A dismiss with prejudice all previously named defendants in this matter except Hospira Inc., and Hospira Worldwide, LLC, each party to bear its own costs. Plaintiffs seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 1st day of November 2022.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.

Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 1, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: November 1, 2022

*/s/J. Christopher Elliott*

# **EXHIBIT A**

| | |
|---|---|
| Baker, Doris | 19-cv-11832 |
| Bonnett, Kathryn | 17-cv-07793 |
| Brown, Barbara A. | 17-cv-12245 |
| Gamttshull, Donna | 19-cv-14325 |
| Hobbs, Angela | 18-cv-02869 |
| Hollett, Joanne | 20-cv-00310 |
| McGriff, Patricia | 17-cv-11743 |
| Metcalf, Esther | 18-cv-02817 |
| Torres, Lisa | 18-cv-00649 |
| Wallace, Aslee | 17-cv-16189 |
| Wells-Croom, Keesha | 18-cv-02317 |
| Rice, Brenda | 18-cv-12156 |
| Berry, Carole A. | 17-cv-12134 |
| Macek, Brenda | 17-cv-13806 |