# **EXHIBIT A**

| | |
|---|---|
| Baker, Doris | 19-cv-11832 |
| Bonnett, Kathryn | 17-cv-07793 |
| Brown, Barbara A. | 17-cv-12245 |
| Gamttshull, Donna | 19-cv-14325 |
| Hobbs, Angela | 18-cv-02869 |
| Hollett, Joanne | 20-cv-00310 |
| McGriff, Patricia | 17-cv-11743 |
| Metcalf, Esther | 18-cv-02817 |
| Torres, Lisa | 18-cv-00649 |
| Wallace, Aslee | 17-cv-16189 |
| Wells-Croom, Keesha | 18-cv-02317 |
| Rice, Brenda | 18-cv-12156 |
| Berry, Carole A. | 17-cv-12134 |
| Macek, Brenda | 17-cv-13806 |