# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Ramona Clamon*, No. 2:19-cv-03422 *Charlotte Jefferson*, No. 2:17-cv-00756 *Cynthia Kinsella*, No. 2:19-cv-00368 | : : : : |  |

**ACTAVIS PHARMA, INC., ACTAVIS LLC, AND SAGENT PHARMACEUTICALS, INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35**

Defendants Actavis Pharma, Inc., Actavis LLC, and Sagent Pharmaceuticals, Inc., respectfully move this Court for leave to file a Reply Memorandum in Support of their October 7, 2022 Motion to Dismiss for Failure to Comply with Case Management Order No. 35. (Rec. Doc. 14802.)

DATED: November 1, 2022           Respectfully submitted,


/s/ *Michael J. Suffern*
Michael J. Suffern
Jennifer Snyder Heis
ULMER & BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
Email: msuffern@ulmer.com
Email: jheis@ulmer.com

*Attorneys for Actavis Pharma, Inc., Actavis LLC and Sagent Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 1, 2022, I electronically filed the forgoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

            /s/ Michael J. Suffern