# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES IN ATTACHED REPLY EXHIBITS 1 & 2 | : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of the October 7, 2022 Motion to Dismiss for Failure to Comply with Case Management Order No. 35, filed by Actavis Pharma, Inc., Actavis LLC, and Sagent Pharmaceuticals, Inc. (collectively "Defendants").

**IT IS HEREBY ORDERED** that said Motion be and is GRANTED, and that Defendants' proposed Reply in Support of their Motion to Dismiss is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE