UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Patricia Chiz v. Actavis and Sagent Pharmaceuticals, Inc, EDLA 2:17-cv-16956* | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion.

Dated November 1, 2022.

                                                           **BACHUS & SCHANKER, LLC**
                                                           By: */s/ J. Christopher Elliott*
                                                           J. Christopher Elliott, Esq.
                                                           Bachus & Schanker, LLC
                                                           101 West Colfax Suite 650
                                                           Denver, CO 80202
                                                           Telephone: (303)893-8900
                                                           Facsimile: (303) 893-9900
                                                           Email: celliott@coloradolaw.net

                                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*
J. Christopher Elliott

2