UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Patricia Chiz v. Actavis and Sagent Pharmaceuticals, Inc, EDLA 2:17-cv-16956* | HON. JANE T. MILAZZO |

**[PROPOSED] ORDER**

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

So ordered this ___ day of _____, 2022.

_____
U.S. District Judge

1