UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case No.: 2:16-md-02740-JTM-MBN |
| | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | HON. JANE TRICHE MILAZZO |

### NOTICE OF APPEARANCE OF MATTHEW ROBINSON ON BEHALF OF DEFENDANT MCKESSON CORPORATION

TO THE CLERK OF THE COURT:

Please enter the appearance of Matthew Robinson of the law firm Morrison & Foerster LLP as counsel for Defendant McKesson Packaging Services, a Division of McKesson Corporation.

DATED: November 1, 2022                MORRISON & FOERSTER LLP

                                            */s/ Matthew Robinson*
                                            Matthew Robinson

                                            Attorneys for Defendant
                                            McKESSON PACKAGING SERVICES,
                                            A division of McKESSON CORPORATION

SF-4963949

## CERTIFICATE OF SERVICE

      I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of the filing to all counsel of record.

                                      */s/ Matthew Robinson*
                                      Matthew Robinson

                                      *Attorney for Defendant*
                                      McKesson Packaging Services,
                                      a division of McKesson Corporation