**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| Blondell McCloud, 18-12998 | ) | |
| | ) | |

## ORDER

On September 13, 2022, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that Plaintiff Blondell McCloud has failed to do so within the time frame set by the Court.

Accordingly, **IT IS ORDERED** that Plaintiff Blondell McCloud's case is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 31st day of October, 2022.

_____

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**