UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This Document Relates to:**<br>Ramona Clamon, 19-03422<br>Charlotte Jefferson, 17-00756<br>Cynthia Kinsella, 19-00368 | ) ) ) ) | |

# ORDER

Before the Court is a Motion for Leave to File Reply in Support of Motion to Dismiss for Failure to Comply with Case Management Order No. 35 filed by Defendants Actavis Pharma, Inc., Actavis LLC, and Sagent Pharmaceuticals, Inc. (Doc. 15018);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 15018-2) into the record.

New Orleans, Louisiana, this 2nd day of November, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE