UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| **This document relates to:** Donna Agatstein, 18-11376 Glynis Gaines, 17-12818 Mary Webre, 16-16035 | |

## ORDER

Before the Court is a Motion to Substitute Counsel of Record (Doc. 15020);

**IT IS ORDERED** that the Motion is **GRANTED** and that Claire E. Kreider of the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC be substituted for Matthew Palmer Lambert of Pendley, Baudin & Coffin, L.L.P. as counsel of record for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 2nd day of November, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE