**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case Management Order No. 35<br>and MDL Nos.:<br>　2:19-cv-4339,<br>　2:19-cv-09602,<br>　2:19-cv-09607,<br>　2:19-cv-09586, and<br>　2:19-cv-09599. | MDL No. 16-2740<br><br>Section: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |

**CORRECTED EMERGENCY MOTION OF CERTAIN PLAINTIFFS FOR RELIEF FROM CMO #35 and LEAVE TO ACCOMPLISH SERVICE OF PROCESS[1][2]**

Plaintiffs Brenda McLaney (MDL No. 2:19-cv-4339), Madeline DelPlato (MDL No. 2:19-cv-09602), Dianna Jarrett (MDL No. 2:19-cv-09607), Joanne Sells (MDL No. 2:19-cv-09611), Justine Stewart (MDL No. 2:19-cv-09586), and Merri Scott (MDL No. 2:19-cv-09586) (collectively "Plaintiffs") – each represented by attorney Carmen D. Caruso, move for emergency relief from Case Management Order ("CMO") #35 and move for leave to belatedly accomplish service of process; and belatedly to oppose Defendants' motions to dismiss.

These Plaintiffs' cases should not be dismissed, and the Court should grant their motion allowing these Plaintiffs to accomplish service of process because:

---

[1] Per R. 14962, Plaintiffs' emergency motion originally filed on October 20, 2022 was deficient because a memorandum was not provided.  Plaintiffs correct their error in this submission.

[2] Plaintiffs' counsel attempted to file this corrected motion on October 26, 2022.  On November 2, 2022, Plaintiffs' counsel re-filed the motion after learned the corrected motion was not entered onto the docket.

1

1.      Attorney Caruso accepts responsibility for his failure to obtain service, non-compliance with CMO#35 and non-compliance with the briefing schedule on the motions to dismiss.  These omissions were inadvertent.

2.      Defendants are not prejudiced beyond their effort in including these Plaintiffs in their motion.

3.      Dismissal would be too harsh a sanction against these Plaintiffs because they complied with their discovery obligations as detailed below.

4.      Moreover, service of process is not absolutely required, as a party may waive service by express agreement as provided in Fed.R.Civ.P. 4(d), or by conduct.[3] To be clear, the Court need not find waiver as a requirement to grant these Plaintiffs the relief they seek on this motion.  The point is that this motion is committed to the Court's discretion – and the facts here support leniency.

For the reasons discussed above and as set forth in Plaintiffs' Memorandum of Law in Support of their Emergency Motion for relief from CMO #35 and leave to accomplish service of process, attached with this motion, Plaintiffs  Brenda McLaney (MDL No. 2:19-cv-4339), Madeline DelPlato (MDL No. 2:19-cv-09602), Dianna Jarrett (MDL No. 2:19-cv-09607), Joanne Sells (MDL No. 2:19-cv-09611), Justine Stewart (MDL No. 2:19-cv-09586), and Merri Scott (MDL No. 2:19-cv-09586) respectfully submit that their Emergency Motion should be granted.

---

[3] See *Maiz v. Virani*, 311 F.3d 334, 340 (5th Cir. 2002) ("A party makes a general appearance whenever it invokes the judgment of the court on any question other than jurisdiction. We have previously stated that, "[i]n determining whether conduct is sufficient to be considered a general appearance, the focus is on affirmative action that impliedly recognizes the court's jurisdiction over the parties."")) (quoting, *Jones v. Sheehan, Young, & Culp, P.C.*, 82 F.3d 1334, 1340–41 (5th Cir.1996); see also *City of Clarksdale v. BellSouth Telecommunications, Inc.*, 428 F.3d 206, 214 (5th Cir. 2005) ("The filing of the answer constitutes a voluntary appearance in the federal district court.").

Dated: November 2, 2022                  Respectfully submitted,

                                         Brenda McLaney (MDL No.: 2:19-cv-4339)
                                         Madeline DelPlato (MDL No.: 2:19-cv-09602)
                                         Dianna Jarrett (MDL No.: 2:19-cv-09607)
                                         Joanne Sells (MDL No.: 2:19-cv-09611)
                                         Justine Stewart (MDL No.: 2:19-cv-09586)


                                         By: */s/ Carmen D. Caruso*

Carmen D. Caruso (IL Bar # 6189462)
CARMEN D. CARUSO LAW FIRM
77 West Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

*Attorney for:*
Brenda McLaney (MDL No.: 2:19-cv-4339)
Madeline DelPlato (MDL No.: 2:19-cv-09602)
Dianna Jarrett (MDL No.: 2:19-cv-09607)
Joanne Sells (MDL No.: 2:19-cv-09611)
Justine Stewart (MDL No.: 2:19-cv-09586)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed on November 2, 2022.  Notice of this filing will be sent to these parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: November 2, 2022

/s/ Carmen D. Caruso
Carmen D. Caruso