UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>**Case Management Order No. 35 and MDL Nos.:**<br>　　2:19-cv-4339,<br>　　2:19-cv-09602,<br>　　2:19-cv-09607,<br>　　2:19-cv-09586, and<br>　　2:19-cv-09599. | MDL No. 16-2740<br><br>Section: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion: Emergency Motion of Certain Plaintiffs for Relief from CMO # 35 and Leave to Accomplish Service of Process is hereby set for submission before District Judge Jane Triche Milazzo on November 16, 2022 at 9:30 a.m.

Dated: November 2, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Brenda McLaney (MDL No.: 2:19-cv-4339)
　　　　　　　　　　　　　　　　　　Madeline DelPlato (MDL No.: 2:19-cv-09602)
　　　　　　　　　　　　　　　　　　Dianna Jarrett (MDL No.: 2:19-cv-09607)
　　　　　　　　　　　　　　　　　　Joanne Sells (MDL No.: 2:19-cv-09611)
　　　　　　　　　　　　　　　　　　Justine Stewart (MDL No.: 2:19-cv-09586)


　　　　　　　　　　　　　　　　　　By: */s/ Carmen D. Caruso*

Carmen D. Caruso (IL Bar # 6189462)
CARMEN D. CARUSO LAW FIRM
77 West Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

1

*Attorney for:*
Brenda McLaney (MDL No.: 2:19-cv-4339)
Madeline DelPlato (MDL No.: 2:19-cv-09602)
Dianna Jarrett (MDL No.: 2:19-cv-09607)
Joanne Sells (MDL No.: 2:19-cv-09611)
Justine Stewart (MDL No.: 2:19-cv-09586)

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed on November 2, 2022. Notice of this filing will be sent to these parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 2, 2022

                                                  */s/ Carmen D. Caruso*
                                                Carmen D. Caruso