BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Betsy Primacio et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**<br><br>Civil Action No.: 2:17-cv-14016 |

 NOW COMES Plaintiff Betsy Primacio, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her Amended Short Form Complaint, as attached hereto. In support of her motion, Plaintiff states as follows:

 Plaintiff brings this motion to amend her Short Form Complaint to conform to the evidence learned through discovery. Specifically, the Amended Complaint is offered to reflect the proper treatment dates and injury dates included in medical records that were obtained after the filing of her previous Amended Short Form Complaint. These medical records have previously been produced to defendants as part of the discovery information uploaded to MDL Centrality as Document ID Number 105790. Thus, defendants will not be unduly prejudiced if this Court grants Plaintiff leave to file the attached Amended Complaint.

1

Dated: November 2, 2022                          Respectfully submitted,

                                                             GOMEZ TRIAL ATTORNEYS
                                                             */s/ Lindsay R. Stevens*
                                                             John H. Gomez (CA Bar # 171485) T.A
                                                             Lindsay R. Stevens (CA Bar # 256811)
                                                             655 West Broadway, Suite 1700
                                                             San Diego, California 92101
                                                             Telephone: (619) 237-3490
                                                             Facsimile: (619) 237-3496
                                                             *john@thegomezfirm.com*
                                                             *lstevens@thegomezfirm.com*

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                             */s/ Lindsay R. Stevens*
                                                             Lindsay R. Stevens (CA Bar # 256811)
                                                             GOMEZ TRIAL ATTORNEYS
                                                             655 West Broadway, Suite 1700
                                                             San Diego, California 92101
                                                             Telephone: (619) 237-3490
                                                             Facsimile: (619) 237-3496
                                                             lstevens@thegomezfirm.com