UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case Management Order No. 35 and MDL Nos.:<br>   2:19-cv-4339,<br>   2:19-cv-09602,<br>   2:19-cv-09607,<br>   2:19-cv-09586, and<br>   2:19-cv-09599. | MDL No. 16-2740<br><br>Section: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |

**PLAINTIFFS MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF CORRECTED EMERGENCY MOTION OF CERTAIN PLAINTIFFS FOR RELIEF FROM CMO #35 and LEAVE TO ACCOMPLISH SERVICE OF PROCESS**

Plaintiffs Brenda McLaney (MDL No. 2:19-cv-4339), Madeline DelPlato (MDL No. 2:19-cv-09602), Dianna Jarrett (MDL No. 2:19-cv-09607), Joanne Sells (MDL No. 2:19-cv-09611), Justine Stewart (MDL No. 2:19-cv-09586), and Merri Scott (MDL No. 2:19-cv-09586) (collectively "Plaintiffs") – each represented by attorney Carmen D. Caruso, respectfully move this Court for leave to file a Reply Memorandum in Support of their October 26, 2022 Emergency Motion for relief from CMO # 35 and leave to accomplish service of process (Dkt. 14962, 15029).

Dated: November 3, 2022         Respectfully submitted,

                                          Brenda McLaney (MDL No.: 2:19-cv-4339)
                                          Madeline DelPlato (MDL No.: 2:19-cv-09602)
                                          Dianna Jarrett (MDL No.: 2:19-cv-09607)
                                          Joanne Sells (MDL No.: 2:19-cv-09611)
                                          Justine Stewart (MDL No.: 2:19-cv-09586)

1

By: */s/ Carmen D. Caruso*

Carmen D. Caruso (IL Bar # 6189462)
CARMEN D. CARUSO LAW FIRM
77 West Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

*Attorney for:*
Brenda McLaney (MDL No.: 2:19-cv-4339)
Madeline DelPlato (MDL No.: 2:19-cv-09602)
Dianna Jarrett (MDL No.: 2:19-cv-09607)
Joanne Sells (MDL No.: 2:19-cv-09611)
Justine Stewart (MDL No.: 2:19-cv-09586)

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed on November 3, 2022.  Notice of this filing will be sent to these parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: November 3, 2022

                                                  */s/ Carmen D. Caruso*
                                                  Carmen D. Caruso