UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case Management Order No. 35 and MDL Nos.:<br>   2:19-cv-4339,<br>   2:19-cv-09602,<br>   2:19-cv-09607,<br>   2:19-cv-09586, and<br>   2:19-cv-09599. | MDL No. 16-2740<br><br>Section: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |

## ORDER

Considering the foregoing Motion for Leave to File Reply in Support of Plaintiffs' Corrected Emergency Motion of Certain Plaintiffs for Relief from CMO #35 and Leave to Accomplish Service of Process:

**IT IS ORDERED** that the Motion is **GRANTED**, and the Plaintiffs' proposed Reply in Support of their Emergency Motion is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

1