UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br>SECTION "H" (5)<br>JUDGE MILAZZO |
| Julie Griffin, | This Document Relates To:2:19-cv-14048 |
| Plaintiff | |
| vs. | |
| Sanofi-Aventis U.S. LLC, et al. | |
| Defendant(s) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA**

Now comes Plaintiff Julie Griffin, by and through her counsel of record, and withdraws the Motion to Compel Compliance as to non-party Blue Cross Blue Shield of North Carolina. Blue Cross Blue Shield of North Carolina has agreed to provide the requested documents and information. Accordingly, the Motion to Compel is now moot and withdrawn.

Dated: November 3, 2022

Respectfully submitted,

/s/ *Steven D. Davis*
Steven D. Davis
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
Tel: (618) 656-4400
Fax: (618) 656-4401
sdavis@thlawyer.com
*Attorney for Plaintiff*

-1-

**CERTIFICATE OF SERVICE**

      I, Steven D. Davis, hereby certify that on this 3rd day of November, 2022, I electronically filedthe foregoing Plaintiff's Notice of Withdrawal of Motion to Compel, using the CM/ECF system and thereby delivered a copy of the same by electronic means to all registered participants as identified on the Notice of Electronic Filing. Non-Party Blue Cross Blue Shield was served the same via regular U.S. Mail and email, as described below.

                                       /s/ *Steven D. Davis*

Chad D. Hansen
Kilpatrick Townsend & Stockton LLP
Winston-Salem
1001 West Fourth Street | Winston-Salem, NC  27101-2400
office 336 607 7308 | fax 336 734 2616
E: chadhansen@kilpatricktownsend.com
*Attorney for Blue Cross Blue Shield of North Carolina*