**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE  MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE  OF  PARTIAL  DISMISSAL   WITH PREJUDICE  AS TO ALL EXCEPT HOSPIRA, INC. and HOSPIRA  WORLDWIDE,  LLC.** |
| THIS DOCUMENT RELATES TO: CAROLE BERRY v. SANOFI U.S. SERVICES, INC., ET AL. | Civil Action No.: 17-cv-12134 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants

in this matter except Hospira Inc., and Hospira Worldwide, LLC, each party to bear its own costs.

Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12

(Rec. Doc. 1506).   Plaintiff's claims  against  the remaining  defendants are  not  dismissed, or

otherwise affected, by this Notice of Partial Dismissal  with Prejudice.  If warranted under the

circumstances, Plaintiff may seek relief from this dismissal of claims  pursuant to Federal Rule of

Civil Procedure 60(b)(6).

Dated this 4th day of November 2022.


**BACHUS & SCHANKER, LLC**


By: */s/ J.Christopher  Elliott*
J. Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.

Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile:  (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2022  I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: November 4, 2022


*/s/J. Christopher Elliott*