MINUTE ENTRY
MILAZZO, J.
NOVEMBER 4, 2022

JS-10: 01:01

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL CASES | | |

## MINUTE ENTRY

On November 4, 2022, the Court held a status conference with Lead and Liaison Counsel. Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by video. Counsel discussed Remand Wave 1 discovery updates, the status of CMO 36 general expert preservation depositions, show cause proceedings, the status of mediation, and the pending motions to dismiss for failure to comply with CMO 35.

**IT IS ORDERED** that the next Lead and Liaison Counsel Conference is **SET** for **January 25, 2022 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the next Show Cause hearing is **SET** for **December 14, 2022 at 10:00 a.m.**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                        MDL 2740 H(5)
PRODUCTS LIABILITY LITIGATION

NOVEMBER 4, 2022
Lead/Liaison Counsel Meeting & Oral Argument (Doc. 14621)

| Name (Please Print) | Party Representing |
|---|---|
| Jon Strongman | Sanofi |
| Harley Ratliff | SANOFI |
| Adrienne Byard | Sonofi |
| Douglas Moore | Sanofi DCC |
| MATT DEVZ | SANOFI |
| Neelum Wadhwani | India |
| | SKG Liaison |
| Richmond Moore | Hospira |
| GEOFREY COAN | SUN PHARMACEUTICAL |
| Evan Holden | Sandoz |
| Madeline Deilius | Accord |
| Chris Coffin | PSC Co lead |
| Palmer Lambert | Pl co liaison |
| Karen Menzies | PSC co lead |
| Nicholas Insogna | Dfs |
| Claire Kreider | Pfs |
| Kelly Brilleaux | Dfs |
| Julie Callsen | Dfs |