MINUTE ENTRY
MILAZZO, J.
NOVEMBER 4, 2022

JS-10: 00:33

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 <br> SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: <br> All Cases | ) | |

### MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:   Sherry Adams
COURT REPORTER: Cathy Pepper
LAW CLERK:      Natalie Earles

APPEARANCES:    M. Palmer Lambert, Christopher Coffin, Karen Menzies, for Plaintiffs
Russell W. Lewis, IV, for Johnson Law Group Plaintiffs
Gibbs C. Henderson, for Fears Nachawati Plaintiffs
Jon Strongman, Harley Ratliff, Adrienne Byard, Douglas Moore, for Sanofi Defendants

Court begins at 10:09 a.m.
Counsel made their appearances for the record.
Plaintiffs' Steering Committee's Motion to Modify Pretrial Order No. 19 (Doc. 14621) is argued by counsel.
The Motion was taken under submission by the Court.
Court adjourned at 10:42 a.m.

**Participants by video:**

Charlene Martinez
Kelly Brilleaux
Matt Vinson
Rebecca Eickbush

Participants also appeared by telephone