EXHIBIT

A

| Case Number | Case Name |
| --- | --- |
| 2:2016cv15349 | Stevenson v. Sanofi S.A. et al |
| 2:2016cv15395 | Materre-Haynes v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15396 | McKinney v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15398 | Smith v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15400 | Hartzog v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15468 | Graves v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15469 | Hebert v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15470 | McCall v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15473 | Tuyes v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15609 | Bodden v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15610 | Weathersby v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15611 | Audrict v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15674 | Webre v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15675 | Williams v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15677 | Green v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15678 | Martin v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15680 | Carmon v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15840 | Perrin v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15842 | Moore v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15843 | Franklin v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15850 | Magee v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15852 | Cammarata v. Sanofi-Aventis U.S. Inc. et al |
| 2:2016cv15855 | Fulcher v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15863 | Encalarde v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv16240 | Brown v. Sanofi-Aventis U.S., Inc, et al |
| 2:2016cv16241 | Richardson v. Sanofi-Aventis U.S., Inc et al |
| 2:2016cv16242 | Jones v. Sanofi Aventis U.S., Inc et al |
| 2:2016cv16244 | Combs v. Sanofi-Aventis U.S., Inc et al |
| 2:2016cv16249 | Alexander v. Sanofi-Aventis U.S., Inc et al |
| 2:2016cv16250 | LaFountain v. Sanofi-Aventis U.S., Inc, et al |
| 2:2016cv16251 | Osum v. Sanofi-Aventis U.S., Inc, et al |
| 2:2016cv17252 | Fair v. Sanofi Aventis US Inc et al |
| 2:2017cv00593 | Anderson vs. Sanofi-Aventis U.S., Inc et al |
| 2:2017cv02297 | Jolivette v. Sanofi-Aventis U.S., Inc. et al |
| 2:2017cv06457 | Pontiff v. Sanofi S.A. et al |
| 2:2018cv03475 | Clements v. Sanofi US Services Inc. et al |
| 2:2018cv03515 | Watson v. Sanofi US Services Inc. et al |
| 2:2018cv03540 | Webb v. Sanofi US Services Inc. et al |
| 2:2018cv03570 | Gabriel v. Sanofi-Aventis U.S. LLC et al |
| 2:2018cv03572 | Howard v. Sanofi US Services Inc. et al |
| 2:2018cv03620 | Robinson v. Sanofi US Services Inc.  et al |
| 2:2018cv03625 | Doyle v. Sanofi US Services Inc. et al |
| 2:2018cv03633 | Quave v. Accord Healthcare, Inc. et al |
| 2:2018cv03658 | Morris v. Sanofi US Services Inc. et al |
| 2:2018cv03671 | Jones v. Sanofi US Services Inc. et al |

| | | |
|---|---|---|
| 2:2018cv03675 | | Brown v. Sanofi-Aventis U.S. LLC, et al. |
| 2:2018cv03678 | | Wallace v. Sanofi US Services Inc. et al |
| 2:2018cv03685 | | McGrew v. Sanofi US Services Inc. et al |
| 2:2018cv03688 | | Foster v. Sanofi U.S. Service, Inc. et al |
| 2:2018cv03690 | | Patterson v. Sanofi U.S. Services, Inc. et al |
| 2:2018cv03693 | | Shumway v. Sanofi US Services, Inc. et al |
| 2:2018cv03699 | | Dupas v. Sanofi US Services, Inc. et al |
| 2:2018cv03731 | | Jeanminette v. Sanofi US Services Inc. et al |
| 2:2018cv04809 | | Powe v. Sanofi US Services Inc. et al |
| 2:2018cv04820 | | Nauta v. Sanofi U.S. Services, Inc. et al |
| 2:2018cv04831 | | Booker v. Sanofi US Services, Inc. et al |
| 2:2018cv04833 | | Spellman et al v. Sanofi U.S. Services Inc. et al |
| 2:2018cv04836 | | Hilliard v. Sandoz, Inc. |
| 2:2018cv06027 | | Granger et al v. Sanofi US Services Inc. et al |
| 2:2018cv06035 | | Lawson v. Sanofi US Services Inc. et al |
| 2:2018cv06038 | | Abney v. Sanofi US Services Inc. et al |
| 2:2018cv06060 | | Cato v. Sanofi US Services Inc. et al |
| 2:2018cv06073 | | Eiermann et al v. Hospira Worldwide, LLC et al |
| 2:2018cv06091 | | McClain v. Sanofi US Services Inc. et al |
| 2:2018cv06092 | | Robertson v. Sanofi US Services Inc. et al |
| 2:2018cv06096 | | Gee v. Sanofi US Services Inc. et al |
| 2:2018cv06100 | | Myles v. Sanofi US Services Inc. et al |
| 2:2018cv06101 | | Small v. Sanofi US Services Inc. et al |
| 2:2018cv06102 | | Lewis v. Sanofi US Services Inc. et al |
| 2:2018cv06103 | | Nelson v. Sanofi US Services Inc. et al |
| 2:2018cv06105 | | Schmit v. Sanofi US Services Inc. et al |
| 2:2018cv06118 | | Quijano v. Sanofi US Services, Inc. et al |
| 2:2018cv06119 | | Grace v. Sanofi US Services, Inc. et al |
| 2:2018cv06122 | | Alexander et al v. Sanofi US Services Inc. et al |
| 2:2018cv06130 | | Landry v. Sanofi US Services, Inc. et al |
| 2:2018cv06131 | | Ross v. Sanofi US Services, Inc. et al |
| 2:2018cv06136 | | Jefferies-Johnson v. Sanofi US Services, Inc. et al |
| 2:2018cv06141 | | Philyaw v. Sanofi US Services Inc. et al |
| 2:2018cv06144 | | Taylor v. Sanofi US Services Inc. et al |
| 2:2018cv06145 | | Anthony v. Sanofi US Services Inc. et al |
| 2:2018cv06148 | | Guillory v. Sanofi US Services Inc. et al |
| 2:2018cv06154 | | Dennis v. Sanofi US Services Inc. et al |
| 2:2018cv06156 | | Griffin v. Sanofi US Services Inc. et al |
| 2:2018cv06157 | | Wilson v. Sanofi US Services Inc. et al |
| 2:2018cv06162 | | Mouton v. Sanofi US Services Inc. et al |
| 2:2018cv06163 | | Guillory v. Sanofi US Services Inc. et al |
| 2:2018cv06166 | | Walters v. Sanofi US Services Inc. et al |
| 2:2018cv06171 | | Cadiere v. Sanofi US Services Inc. et al |
| 2:2018cv06173 | | Berry v. Sanofi US Services Inc. et al |
| 2:2018cv06174 | | Green v. Sanofi US Services Inc. et al |
| 2:2018cv06180 | | Augillard v. Sanofi US Services Inc. et al |
| 2:2018cv06186 | | Barnett v. Sanofi US Services Inc. et al |

| | | |
|---|---|---|
| 2:2018cv06189 | | Andres v. Sanofi US Services Inc. et al |
| 2:2018cv06201 | | Franklin  v. Sanofi US Services Inc. et al |
| 2:2018cv06324 | | Montgomery v. Sanofi US Services Inc. et al |
| 2:2018cv06330 | | Alfred  v. Sanofi US Services Inc. et al |
| 2:2018cv06337 | | Adams v. Sanofi US Services Inc. et al |
| 2:2018cv06702 | | Office v. Sanofi US Services Inc. et al |
| 2:2018cv07246 | | Gafford v. Sanofi US Services Inc. et al |
| 2:2018cv07638 | | Moses v. Sanofi US Services Inc. et al |
| 2:2018cv07640 | | Logan v. Sanofi US Services Inc. et al |
| 2:2018cv07935 | | Williams  v. Sanofi US Services Inc.  et al |
| 2:2018cv07940 | | Frazier et al v. Sanofi US Services Inc. et al |
| 2:2018cv07988 | | Davis v. Sanofi US Services Inc. et al |
| 2:2018cv08194 | | Allen  v. Sanofi US Services Inc.  et al |
| 2:2018cv08231 | | Montgomery  v. Sanofi US Services Inc. et al |
| 2:2018cv08232 | | George v. Sanofi US Services Inc. et al |
| 2:2018cv12464 | | Williams  v. Sanofi US Services Inc. et al |