UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*The cases listed on the attached Exhibit A*

# ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the Motion is **GRANTED** and that Richard L. Root be withdrawn and Betsy J. Barnes be substituted as lead counsel of record in the civil actions and for the plaintiffs identified in Exhibit A of the instant motion.

New Orleans, Louisiana this _____ day of _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO