UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO<br>MELODIE WELLS SMITH, No. 2:18-cv-14198 | : : | |

### NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO EXTEND DEADLINE

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to Extend Deadline on CMO 35 is hereby set for submission before District Court Judge Milazzo on November 30, 2022 at 9:30 a.m.

This the 7th day of November, 2022.

Respectfully submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
  (Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III

1