# EXHIBIT F

# Jennifer Domer

| | |
|---|---|
| **From:** | No-Reply <no-reply@tuckerellis.com> |
| **Sent:** | Thursday, October 6, 2022 10:20 AM |
| **To:** | Sarah Glenn |
| **Subject:** | AutoResponse: MDL 2740 - Omatee Carrasco - 2:18-cv-08588 |

Your message to Accord.Service@tuckerellis.com has been received. Thank you.