UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Patricia Chiz v. Actavis and Sagent Pharmaceuticals, Inc, EDLA 2:17-cv-16956* | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO SUBSTITUTE PLEADING (REC. DOC. 15019-1)**

Plaintiff, by and through counsel, respectfully seeks leave of Court to substitute her recently filed Memorandum in Support of her Unopposed Motion for Leave to File an Amended Complaint (Rec. Doc. 15019-1) because it was filed in error. For the reasons more fully set forth in Plaintiff's Memorandum in Support of her Motion for Leave, Plaintiff respectfully submits that her Motion for Leave to Substitute her Memorandum in Support (Rec. Doc. 15019-1) be granted.

Dated November 7, 2022.

> BACHUS & SCHANKER, LLC
> By: */s/ J. Christopher Elliott*
> J. Christopher Elliott, Esq.
> Bachus & Schanker, LLC
> 101 West Colfax Suite 650
> Denver, CO 80202
> Telephone: (303)893-8900
> Facsimile: (303) 893-9900
> Email: celliott@coloradolaw.net
>
> *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/J. Christopher Elliott</u><br>
J. Christopher Elliott