UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Patricia Chiz v. Actavis and Sagent Pharmaceuticals, Inc, EDLA 2:17-cv-16956* | |

**MEMOMORANDUM IN SUPPORT OF
PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE PLEADING
(REC. DOC. 15019-1)**

COMES NOW Plaintiff Patricia Chiz, by and through the undersigned counsel and moves the Court to substitute her Memorandum in Support of her Unopposed Motion for Leave to File an Amended Complaint (Rec. Doc. 15019-1) with the corrected Memorandum in Support, attached as Exhibit 1.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

Plaintiff's originally filed suit did not add Sagent Pharmaceuticals as a party. Through litigation, Plaintiff claims Sagent and Actavis are the manufacturers associated with Plaintiff's docetaxel infusions. Consistent with PTO 37A, counsel for Plaintiff had e-mailed the proposed Amended Complaint and to counsel for all named parties and the parties Plaintiff sought to amend the complaint to add. Counsel for Sagent had certain edits to the memorandum; however, counsel for Plaintiff accidently filed the pleading that did not contain defense counsel's edits. Plaintiff seeks to rectify the issue by substituting Ex. 1 for Rec. Doc. 15019-1. The substitution does not affect the relief requested in Rec. Doc. 15019.

For the reasons stated herein, Plaintiff requests that this Court substitute Ex. 1 for Rec. Doc. 15019-1.

Dated November 7, 2022.

>BACHUS & SCHANKER, LLC
>By: */s/ J. Christopher Elliott*
>J. Christopher Elliott, Esq.
>Bachus & Schanker, LLC
>101 West Colfax Suite 650
>Denver, CO 80202
>Telephone: (303)893-8900
>Facsimile: (303) 893-9900
>Email: celliott@coloradolaw.net
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>*s/J. Christopher Elliott*
>J. Christopher Elliott, Esq