# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Patricia Chiz v. Actavis and Sagent Pharmaceuticals, Inc, EDLA 2:17-cv-16956* | |

**MEMOMORANDUM IN SUPPORT OF**
**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**AN AMENDED COMPLAINT**

COMES NOW Plaintiff Patricia Chiz, by and through the undersigned counsel, pursuant to

Federal Rules of Civil 15(A)(2), respectfully moves the Court for leave to amend her Short Form

Complaint filed in this action.  Plaintiff's original Complaint was filed in the Eastern District of

Louisiana on December 11, 2017 (*Chiz v. Sanofi US Services, Inc., et al.* Case No. 2:17-cv-16956-

JTM-MBN).

The court should freely give leave to file an amended complaint when justice so requires.

Fed. R. Civ. P. 15(A)(2).  Plaintiff avers that justice requires an amendment in this case.  Plaintiff

claims that Actavis and Sagent were the manufacturers or sellers of her docetaxel chemotherapy and

that she was not aware of that when she originally filed her lawsuit. Plaintiff wishes to amend her

complaint to include Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent

Pharmaceuticals, Inc. as the only Defendants. Plaintiff's proposed amendment would reflect this

change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, who agree in

the interest of judicial economy not to oppose this motion, with the understanding and agreement

1

that Defendants reserve their rights to assert all defenses, including but not limited to defenses based on statute of limitations, jurisdiction and service of process, at another stage in this lawsuit.

For the reasons stated herein, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Dated November 7, 2022.

**BACHUS & SCHANKER, LLC**
By:  */s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*
J. Christopher Elliott, Esq

2