UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Patricia Chiz v. Actavis and Sagent Pharmaceuticals, Inc, EDLA 2:17-cv-16956* | HON. JANE T. MILAZZO |

### [PROPOSED] ORDER

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to Substitute Pleading (Rec. Doc. 15019-1), and for good cause shown, it is hereby Ordered that Plaintiff's motion is GRANTED, and that Plaintiff's Memorandum in Support of her Unopposed Motion for Leave to File an Amended Complaint (Rec. Doc. 15019-1) is hereby withdrawn and substituted with Exhibit 1 attached to Plaintiff's Motion.

So ordered this ___ day of _____, 2022.

_____
U.S. District Judge

1