UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Annette Martin
**Case No.:** 2:20-cv-03172 -JTM-MBN

## DECLARATION

I, Ruth Rizkalla, have attempted to reach my client, Annette Martin, on the following dates: October 25, 2022; November 1, 2022; November 3, 2022; and November 7, 2022 by (check all that apply) _X_ telephone, _X_ e-mail, _X_ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

My attempts to reach the client were in regards to our firm's inability to locate National Drug Codes (NDC) as ordered by Case Management Order 12A. I promptly advised my client by certified mail that unless the NDC are located, the case could be dismissed. We have exhausted all attempts to locate the NDC.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated:  November 8, 2022　　　　　　　　/s/ *Ruth Rizkalla*
　　　　　　　　　　　　　　　　　　　　Ruth Rizkalla
　　　　　　　　　　　　　　　　　　　　The Carlson Law Firm, PC
　　　　　　　　　　　　　　　　　　　　1500 Rosecrans Avenue, Suite 500
　　　　　　　　　　　　　　　　　　　　Manhattan Beach, CA 90266
　　　　　　　　　　　　　　　　　　　　(254) 526-5688
　　　　　　　　　　　　　　　　　　　　rrizkalla@carlsonattorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2022, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Ruth Rizkalla*
Ruth Rizkalla