UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Cases listed in attached Exhibit A. | | |

## ORDER

Before the Court is a Motion to Substitute Counsel of Record (Doc. 15071);

**IT IS ORDERED** that the Motion is **GRANTED** and that Richard L. Root be withdrawn and Betsy J. Barnes be substituted as lead counsel of record for the plaintiffs identified in the attached Exhibit A.

New Orleans, Louisiana, this 7th day of November, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

EXHIBIT A

| Case Number | Case Name |
|---|---|
| 2:2016cv15349 | Stevenson v. Sanofi S.A. et al |
| 2:2016cv15395 | Materre-Haynes v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15396 | McKinney v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15398 | Smith v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15400 | Hartzog v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15468 | Graves v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15469 | Hebert v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15470 | McCall v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15473 | Tuyes v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15609 | Bodden v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15610 | Weathersby v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15611 | Audrict v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15674 | Webre v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15675 | Williams v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15677 | Green v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15678 | Martin v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15680 | Carmon v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15840 | Perrin v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15842 | Moore v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15843 | Franklin v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15850 | Magee v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15852 | Cammarata v. Sanofi-Aventis U.S. Inc. et al |
| 2:2016cv15855 | Fulcher v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv15863 | Encalarde v. Sanofi-Aventis, U.S., Inc. et al |
| 2:2016cv16240 | Brown v. Sanofi-Aventis U.S. Inc, et al |
| 2:2016cv16241 | Richardson v. Sanofi-Aventis U.S., Inc et al |
| 2:2016cv16242 | Jones v. Sanofi Aventis U.S., Inc et al |
| 2:2016cv16244 | Combs v. Sanofi-Aventis U.S., Inc et al |
| 2:2016cv16249 | Alexander v. Sanofi-Aventis U.S., Inc et al |
| 2:2016cv16250 | LaFountain v. Sanofi-Aventis U.S., Inc, et al |
| 2:2016cv16251 | Osum v. Sanofi-Aventis U.S., Inc, et al |
| 2:2016cv17252 | Fair v. Sanofi Aventis US Inc et al |
| 2:2017cv00593 | Anderson vs. Sanofi-Aventis U.S., Inc et al |
| 2:2017cv02297 | Jolivette v. Sanofi-Aventis U.S., Inc. et al |
| 2:2017cv06457 | Pontiff v. Sanofi S.A. et al |
| 2:2018cv03475 | Clements v. Sanofi US Services Inc. et al |
| 2:2018cv03515 | Watson v. Sanofi US Services Inc. et al |
| 2:2018cv03540 | Webb v. Sanofi US Services Inc. et al |
| 2:2018cv03570 | Gabriel v. Sanofi-Aventis U.S. LLC et al |
| 2:2018cv03572 | Howard v. Sanofi US Services Inc. et al |
| 2:2018cv03620 | Robinson v. Sanofi US Services Inc. et al |
| 2:2018cv03625 | Doyle v. Sanofi US Services Inc. et al |
| 2:2018cv03633 | Quave v. Accord Healthcare, Inc. et al |
| 2:2018cv03658 | Morris v. Sanofi US Services Inc. et al |
| 2:2018cv03671 | Jones v. Sanofi US Services Inc. et al |

| | | |
|---|---|---|
| 2:2018cv03675 | | Brown v. Sanofi-Aventis U.S. LLC, et al. |
| 2:2018cv03678 | | Wallace v. Sanofi US Services Inc. et al |
| 2:2018cv03685 | | McGrew v. Sanofi US Services Inc. et al |
| 2:2018cv03688 | | Foster v. Sanofi U.S. Service, Inc. et al |
| 2:2018cv03690 | | Patterson v. Sanofi U.S. Services, Inc. et al |
| 2:2018cv03693 | | Shumway v. Sanofi US Services, Inc. et al |
| 2:2018cv03699 | | Dupas v. Sanofi US Services, Inc. et al |
| 2:2018cv03731 | | Jeanminette v. Sanofi US Services Inc. et al |
| 2:2018cv04809 | | Powe v. Sanofi US Services Inc. et al |
| 2:2018cv04820 | | Nauta v. Sanofi U.S. Services, Inc. et al |
| 2:2018cv04831 | | Booker v. Sanofi US Services, Inc. et al |
| 2:2018cv04833 | | Spellman et al v. Sanofi U.S. Services Inc. et al |
| 2:2018cv04836 | | Hilliard v. Sandoz, Inc. |
| 2:2018cv06027 | | Granger et al v. Sanofi US Services Inc. et al |
| 2:2018cv06035 | | Lawson v. Sanofi US Services Inc. et al |
| 2:2018cv06038 | | Abney v. Sanofi US Services Inc. et al |
| 2:2018cv06060 | | Cato v. Sanofi US Services Inc. et al |
| 2:2018cv06073 | | Eiermann et al v. Hospira Worldwide, LLC et al |
| 2:2018cv06091 | | McClain v. Sanofi US Services Inc. et al |
| 2:2018cv06092 | | Robertson v. Sanofi US Services Inc. et al |
| 2:2018cv06096 | | Gee v. Sanofi US Services Inc. et al |
| 2:2018cv06100 | | Myles v. Sanofi US Services Inc. et al |
| 2:2018cv06101 | | Small v. Sanofi US Services Inc. et al |
| 2:2018cv06102 | | Lewis v. Sanofi US Services Inc. et al |
| 2:2018cv06103 | | Nelson v. Sanofi US Services Inc. et al |
| 2:2018cv06105 | | Schmit v. Sanofi US Services Inc. et al |
| 2:2018cv06118 | | Quijano v. Sanofi US Services, Inc. et al |
| 2:2018cv06119 | | Grace v. Sanofi US Services, Inc. et al |
| 2:2018cv06122 | | Alexander et al v. Sanofi US Services Inc. et al |
| 2:2018cv06130 | | Landry v. Sanofi US Services, Inc. et al |
| 2:2018cv06131 | | Ross v. Sanofi US Services, Inc. et al |
| 2:2018cv06136 | | Jefferies-Johnson v. Sanofi US Services, Inc. et al |
| 2:2018cv06141 | | Philyaw v. Sanofi US Services Inc. et al |
| 2:2018cv06144 | | Taylor v. Sanofi US Services Inc. et al |
| 2:2018cv06145 | | Anthony v. Sanofi US Services Inc. et al |
| 2:2018cv06148 | | Guillory v. Sanofi US Services Inc. et al |
| 2:2018cv06154 | | Dennis v. Sanofi US Services Inc. et al |
| 2:2018cv06156 | | Griffin v. Sanofi US Services Inc. et al |
| 2:2018cv06157 | | Wilson v. Sanofi US Services Inc. et al |
| 2:2018cv06162 | | Mouton v. Sanofi US Services Inc. et al |
| 2:2018cv06163 | | Guillory v. Sanofi US Services Inc. et al |
| 2:2018cv06166 | | Walters v. Sanofi US Services Inc. et al |
| 2:2018cv06171 | | Cadiere v. Sanofi US Services Inc. et al |
| 2:2018cv06173 | | Berry v. Sanofi US Services Inc. et al |
| 2:2018cv06174 | | Green v. Sanofi US Services Inc. et al |
| 2:2018cv06180 | | Augillard v. Sanofi US Services Inc. et al |
| 2:2018cv06186 | | Barnett v. Sanofi US Services Inc. et al |

| | |
|---|---|
| 2:2018cv06189 | Andres v. Sanofi US Services Inc. et al |
| 2:2018cv06201 | Franklin v. Sanofi US Services Inc. et al |
| 2:2018cv06324 | Montgomery v. Sanofi US Services Inc. et al |
| 2:2018cv06330 | Alfred v. Sanofi US Services Inc. et al |
| 2:2018cv06337 | Adams v. Sanofi US Services Inc. et al |
| 2:2018cv06702 | Office v. Sanofi US Services Inc. et al |
| 2:2018cv07246 | Gafford v. Sanofi US Services Inc. et al |
| 2:2018cv07638 | Moses v. Sanofi US Services Inc. et al |
| 2:2018cv07640 | Logan v. Sanofi US Services Inc. et al |
| 2:2018cv07935 | Williams v. Sanofi US Services Inc. et al |
| 2:2018cv07940 | Frazier et al v. Sanofi US Services Inc. et al |
| 2:2018cv07988 | Davis v. Sanofi US Services Inc. et al |
| 2:2018cv08194 | Allen v. Sanofi US Services Inc. et al |
| 2:2018cv08231 | Montgomery v. Sanofi US Services Inc. et al |
| 2:2018cv08232 | George v. Sanofi US Services Inc. et al |
| 2:2018cv12464 | Williams v. Sanofi US Services Inc. et al |