# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| MARIA LIND<br>Plaintiff, | Section "H" (5)<br>Judge Milazzo<br>Mag. Judge North |
| v. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi- Aventis US, LLC<br>**Defendants** | |
| | Civil Action No. 2:19-cv-13077 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Maria Lind respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Defendants and understands that Defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi-Aventis US, LLC. do not oppose this motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

DATE: November 8, 2022

Respectfully submitted,

/s/ *Samira Khazaeli*
Samira Khazaeli
Sara Salger
Gori Law Firm, P.C.
156 North Main Street
Edwardsville, IL 62025
618-659-9833 (phone)
618-659-9834 (fax)
skhazaeli@gorilaw.com
sara@gorilaw.com