# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2740 |
| | ) | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE MILAZZO MAG. JUDGE NORTH |
| Civil Action No.: 2:19-cv-13077 Plaintiff MARIA LIND | ) ) ) | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE EXCEPT TO Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi- Aventis US, LLC |

_____

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants **Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi- Aventis US, LLC**, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

|  |  |
|---|---|
| Dated this 8th day of November, 2022 | Counsel for Maria Lind |
|  | /s/ Samira Khazaeli |
|  | Sara Salger<br>Samira Khazaeli<br>The Gori Law Firm, P.C.<br>156 N. Main ST.<br>Edwardsville, IL 62025<br>618-659-9833<br>sara@gorilaw.com<br>skhazaeli@gorilaw.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 8, 2022

/s/ Samira Khazaeli