# Marie Olivier

| | |
|---|---|
| **From:** | Marie Olivier |
| **Sent:** | Tuesday, November 8, 2022 12:33 PM |
| **To:** | 'accordservice@tuckerellis.com' |
| **Cc:** | Joe Terry |
| **Subject:** | FW: Cynthia Kinsella; C.A. 19-00386; US District Court, Eastern District of Louisiana |
| **Attachments:** | Doc 1 - Petitition.pdf; 1.05 Summons.pdf; 1.12 Summons.pdf; 1.13 Summons.pdf; 1.14 Summons.pdf |

Good Afternoon,

Per Pretrial Order No. 29, the attached documents were emailed (see email below) to docetaxel@keoghcox.com on behalf of Plaintiff, Cynthia Kinsella.

After speaking with a representative at your office, it was confirmed that this is the correct email address for service, not the previously used email address.

Therefore, we kindly ask you to please accept service on behalf of Plaintiff Cynthia Kinsella in the above referenced matter.

Should you have any questions, please do not hesitate to contact our office.


Marie Olivier, *Paralegal*



114 Byrne Street
Houston, Texas 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

---

**From:** Marie Olivier
**Sent:** Tuesday, October 11, 2022 4:05 PM
**To:** docetaxel@keoghcox.com; sagentservice@ulmer.com; actdocecomp@ulmer.com
**Subject:** Cynthia Kinsella; C.A. 19-00386; US District Court, Eastern District of Louisiana

Good Afternoon,

Please accept my apologies on the clerical error in the email below. I previously misnamed Plaintiff as Cynthia DeCamara, Plaintiff's name in this matter is **Cynthia Kinsella**. All other information/documentation is correct.

I apologize for any inconvenience or confusion this may have causes.

Should you have any questions, please do not hesitate to contact our office.

Marie Olivier, *Paralegal*



114 Byrne Street
Houston, Texas 77009



EXHIBIT A

1

(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

**From:** Marie Olivier
**Sent:** Thursday, October 6, 2022 5:03 PM
**To:** 'docetaxel@keoghcox.com' <docetaxel@keoghcox.com>; 'sagentservice@ulmer.com' <sagentservice@ulmer.com>; 'actdocecomp@ulmer.com' <actdocecomp@ulmer.com>
**Cc:** Joe Terry <jterry@terrythweatt.com>
**Subject:** Cynthia DeCamara; C.A. 19-00386; US District Court, Eastern District of Louisiana

Dear Sirs,

Please see the attached:

Doc 1 – Short Form Complaint on behalf of Plaintiff Cynthia DeCamara;
Doc 1-5 – Summons to Accord Healthcare, Inc.;
Doc 1-12 – Summons to Actavis LLC k/k/a/ Actavis, Inc.;
Doc 1-13 – Summons to Actavis Pharma, Inc.;and
Doc 1-14 – Summons to Sagent Pharmaceutical, Inc.

Counsel of record is:

Joseph D. Terry
Terry & Thweatt, P.C.
114 Byrne Street
Houston, TX 77009
(713) 600-4710 office
(713) 600-4706 fax

Thank you for your kind attention to this matter.

Marie Olivier, *Paralegal*


TERRY & THWEATT, P.C.
— TRIAL LAWYERS —

114 Byrne Street
Houston, TX 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

# Marie Olivier

| | |
|---|---|
| **From:** | No-Reply <no-reply@tuckerellis.com> |
| **Sent:** | Tuesday, November 8, 2022 12:33 PM |
| **To:** | Marie Olivier |
| **Subject:** | AutoResponse: FW: Cynthia Kinsella; C.A. 19-00386; US District Court, Eastern District of Louisiana |

Your message to Accord.Service@tuckerellis.com has been received. Thank you.