# Marie Olivier

**From:** Docetaxel <docetaxel@keoghcox.com>
**Sent:** Thursday, October 6, 2022 5:04 PM
**To:** Marie Olivier
**Subject:** Message Received

Thank you. Your e-mail has been received.



1

## Marie Olivier

**From:** Docetaxel <docetaxel@keoghcox.com>
**Sent:** Tuesday, October 11, 2022 4:05 PM
**To:** Marie Olivier
**Subject:** Message Received

Thank you. Your e-mail has been received.