## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION § § § § § § § § This Document Relates to: § Cynthia Kinsella; Case No. 2:19-cv-00368 § | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE JSNE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL B. NORTH |

## PROPOSED ORDER DENYING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35

Plaintiff's Motion for Leave to Extend the time for Plaintiff to comply with CMO 35 is GRANTED.

The Court finds that due to excusable neglect, so found by the Court, the deadline for Plaintiff, Cynthia Kinsella, to comply with CMO 35 should be, and is hereby extended for Plaintiff, Cynthia Kinsella, to comply with CMO 35 from August 31, 2022 to November 31, 2022.

Defendants' Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

So ordered on this ___ day of _____, 2022.

_____
U.S. District Judge Presiding

1