## Marie Olivier

| | |
|---|---|
| From: | Marie Olivier |
| Sent: | Tuesday, November 8, 2022 12:33 PM |
| To: | accordservice@tuckerellis.com |
| Cc: | Joe Terry |
| Subject: | FW: Mattie Anderson; C.A. 18-14149; US District Court, Eastern District of Louisiana |
| Attachments: | 01-main.pdf; 01-2.pdf |

Good Afternoon,

Per Pretrial Order No. 29, the attached documents were emailed (see email below) to docetaxel@keoghcox.com on behalf of Plaintiff, Mattie Anderson.

After speaking with a representative at your office, it was confirmed that this is the correct email address for service, not the previously used email address.

Therefore, we kindly ask you to please accept service on behalf of Plaintiff Mattie Anderson in the above referenced matter.

Should you have any questions, please do not hesitate to contact our office.


Marie Olivier, *Paralegal*



114 Byrne Street
Houston, Texas 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

**From:** Marie Olivier
**Sent:** Thursday, October 6, 2022 4:04 PM
**To:** docetaxel@keoghcox.com
**Subject:** Mattie Anderson; C.A. 18-14149; US District Court, Eastern District of Louisiana

Good Afternoon,

We kindly ask you to accept service on behalf of Plaintiff Mattie Anderson.

Attached please find:

Doc 1 – Short Form Complaint on behalf of Plaintiff Mattie Anderson;
Doc 1-2 – Summons to Accord Healthcare, Inc.

Counsel of record is:

Joseph D. Terry
Terry & Thweatt, P.C.
114 Byrne Street
Houston, TX 77009
(713) 600-4710 office



1

(713) 600-4706 fax

Thank you for your kind attention to this matter.

Marie Olivier, *Paralegal*

**TERRY & THWEATT, P.C**
TRIAL LAWYERS

114 Byrne Street
Houston, Texas 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com

# Marie Olivier

| | |
|---|---|
| **From:** | No-Reply <no-reply@tuckerellis.com> |
| **Sent:** | Tuesday, November 8, 2022 12:33 PM |
| **To:** | Marie Olivier |
| **Subject:** | AutoResponse: FW: Mattie Anderson; C.A. 18-14149; US District Court, Eastern District of Louisiana |

Your message to Accord.Service@tuckerellis.com has been received. Thank you.