**Marie Olivier**

From: Docetaxel <docetaxel@keoghcox.com>
Sent: Thursday, October 6, 2022 4:05 PM
To: Marie Olivier
Subject: Message Received

Thank you. Your e-mail has been received.



EXHIBIT B