11/8/22, 10:47 AM  Case 2:16-md-02740-JTM-MBN  Document 15083-3  Filed 11/08/22  Page 1 of 1  Fact Sheet Information

