11/24/2020

**VIA MDL CENTRALITY**

Terry & Thweatt, P.C.
One Greenway Plaza, Suite 100,
Houston, TX 77046

    RE: Notice of Deficiency in Plaintiff Fact Sheet
        *In re Taxotere., MDL No. 2740*
        Plaintiff Name & ID Number: ANDERSON, MATTIE - 12426
        Docket No. Provided on PFS: 18-14149



EXHIBIT D

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|    | PFS Section | PFS Section # | Deficiency |
|----|-------------|---------------|------------|
| 1. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 2. | Medications used regularly in seven years before Taxotere? | IV. 20 | Other - Please list all rx or OTC medications taken regularly, or more than three times, at any point in the seven years prior to Taxotere treatment. |
| 3. | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 4. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 5. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 6. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 7. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to respond. |
| 8. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Other - Please provide surgical oncologist |
| 9. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 10. | Response 2 - Date of Diagnosis | V. 5 | Failed to respond. |
| 11. | Response 2 - Primary Oncologist Information - 1 | V. 5 | Failed to respond. |

| | | | |
|---|---|---|---|
| 12. | Response 2 - Treatment - 1 | V. 5 | Failed to respond. |
| 13. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 14. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 15. | Breast Cancer HER2 | V. 8. d | Failed to respond. |
| 16. | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 17. | Response 1 - Dates of Treatment | VI. 7 | Failed to provide a full date, including month, day and year. |
| 18. | Response 1 - Treatments | VI. 7 | Failed to respond. |
| 19. | Response 1 - Dates of Treatment | VI. 8 | Failed to provide a full date, including month, day and year. |
| 20. | Response 1 - Treatments | VI. 8 | Failed to respond. |
| 21. | Response 1 - Provider Name | VI. 21 | Failed to respond. |
| 22. | Response 1 - Date | VI. 21 | Failed to respond. |
| 23. | Response 1 - Expense | VI. 21 | Failed to respond. |
| 24. | Condition: Pregnant | VII. 4 | Failed to respond. |
| 25. | Condition: Pregnant Description | VII. 4 | Failed to respond. |
| 26. | Condition: Under Severe Stress Description | VII. 4 | Failed to respond. |
| 27. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 28. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
| 29. | Medications when Hair Loss Began | VII. 11 | Other - Please list all Rx or OTC medications plaintiff was taking when hair loss began. |
| 30. | Response 1 - Medication List when Hair Loss Began | VII. 11 | Failed to respond. |
| 31. | Response 1 - Wig Period of Use | VII. 26 | Failed to respond. |
| 32. | Response 1 - Wig Place Purchased | VII. 26 | Failed to respond. |
| 33. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 34. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please list ALL healthcare providers called for, including all PCPs/OBGYNS, surgeons, and other doctors. |
| 35. | Response 1 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 36. | Response 1 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
| 37. | Response 1 - Healthcare Provider Reason for Consultation | VIII. 1 | Other - Please be more specific. |
| 38. | Response 2 - Healthcare Provider Dates | VIII. 1 | Failed to provide full approximate dates (month/years). |
| 39. | Response 2 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
| 40. | Response 1 - Facility Name | VIII. 2 | Failed to respond. |
| 41. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |

| # | Item | Section | Deficiency |
|---|---|---|---|
| 42. | Response 1 - Facility Address | VIII. 2 | Failed to respond. |
| 43. | Response 1 - Facility Dates | VIII. 2 | Failed to respond. |
| 44. | Response 1 - Facility Reason for Treatment | VIII. 2 | Failed to respond. |
| 45. | Response 1 - Laboratory Name | VIII. 3 | Failed to respond. |
| 46. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 47. | Response 1 - Laboratory Address | VIII. 3 | Failed to respond. |
| 48. | Response 1 - Laboratory Dates | VIII. 3 | Failed to respond. |
| 49. | Response 1 - Laboratory Test | VIII. 3 | Failed to respond. |
| 50. | Response 1 - Laboratory Reason for Tests | VIII. 3 | Failed to respond. |
| 51. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to respond. |
| 52. | Response 2 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 53. | Response 1 - Retailer Name | VIII. 5 | Failed to respond. |
| 54. | Response 1 - Retailer Name | VIII. 5 | Failed to provide information for full time period requested. |
| 55. | Response 1 - Retailer Address | VIII. 5 | Failed to respond. |
| 56. | Response 1 - Retailer Dates | VIII. 5 | Failed to respond. |
| 57. | Response 1 - Retailer Purchases | VIII. 5 | Failed to respond. |
| 58. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 59. | Medical Records For Any Condition or Symptom - Who has the Documents | IX | Failed to respond. |
| 60. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 61. | Laboratory Results Related to Hair Loss - Who has the Documents | IX | Failed to respond. |
| 62. | Expense Records | IX | Failed to provide records requested. |
| 63. | Expense Records - Who has the Documents | IX | Failed to respond. |
| 64. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 65. | Hair Photos Before Treatment | IX | Other - Please produce additional 'before' photos, or certify that no others exist. |
| 66. | Hair Photos Today | IX | Other - Please produce additional less blurry / higher-quality photos of plaintiff's hair today. |
| 67. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 68. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |

| | | | |
|---|---|---|---|
| 69. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 70. | Signed Authorizations for Medical Records | IX | Other - The health insurance and disability authorizations lack signature pages. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.