# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION § § § § § § § § This Document Relates to: § Mattie Anderson; Case No. 2:18-cv-14149 § | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JSNE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |

## PROPOSED ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH CMO 35

Plaintiff's Motion for Leave to Extend the time for Plaintiff to comply with CMO 35 is GRANTED.

The Court finds that due to excusable neglect, so found by the Court, the deadline for Plaintiff, Mattie Anderson, to comply with CMO 35 should be, and is hereby extended for Plaintiff, Mattie Anderson, to comply with CMO 35 from August 31, 2022 to November 30, 2022.

Defendants' Motion to Dismiss for Failure to Comply with CMO 35 is denied as moot.

So ordered on this ___ day of _____, 2022.

_____
U.S. District Judge Presiding

1