UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:        HON. JANE MILAZZO
*Hazel Dora et al. vs. Sanofi US Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc. et al.*
Case No. 2:17-cv-13695

## DECLARATION

I, Lindsay R. Stevens, have attempted to reach my client, Hazel Dora on the following dates: 3/18/2021, 4/2/2021, 3/30/2022, 7/18/2022, 7/20/2022, 8/4/2022, 8/22/2022, 10/5/2022, and 10/6/2022 by (check all that apply) X telephone, ____ e-mail, X text message, ____ social media, X U.S. Mail, X Certified Mail, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 8, 2022        Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*lstevens@thegomezfirm.com*
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                */s/ Lindsay R. Stevens*
                Lindsay R. Stevens (CA Bar # 256811)
                GOMEZ TRIAL ATTORNEYS
                655 West Broadway, Suite 1700
                San Diego, California 92101
                Telephone: (619) 237-3490
                Facsimile: (619) 237-3496
                lstevens@thegomezfirm.com