# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC. and SANDOZ, INC.** |
| THIS DOCUMENT RELATES TO: <br> *Pamela Burge v. Sanofi US Services, Inc., et al.* <br><br> Civil Action No.: 2:20-cv-2382 | |

      Pursuant to CMO 12A, Plaintiff, Pamela Burge, dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Sandoz, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 9th day of November, 2022

                                                  */s/ Robin Myers Primeau*
                                                  Robin Myers Primeau
                                                  Murray Law Firm
                                                  701 Poydras Street
                                                  Suite 4250
                                                  New Orleans, LA 70139
                                                  (T) 504-525-8100
                                                  (F) 504-584-5249
                                                  rmyers@murray-lawfirm.com

                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 9, 2022              */s/ Robin Myers Primeau*
                                     Robin Myers Primeau