**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION  ) ) ) ) | MDL DOCKET NO. 2740 |
|  | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |

*All cases where Sanofi-Aventis U.S. LLC is named as a defendant*

## NOTICE OF APPEARANCE

Please enter the appearance of Abilgail A. Lawson of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: November 11, 2022          Respectfully Submitted,

                                  SHOOK, HARDY & BACON L.L.P.

                                  */s/ Abilgail A. Lawson*
                                  Abilgail A. Lawson
                                  SHOOK, HARDY& BACON L.L.P.
                                  2555 Grand Boulevard
                                  Kansas City, Missouri 64108
                                  Phone: (816) 474-6550
                                  Facsimile:  (816) 421-5547
                                  Email: alawson@shb.com

                                  *Attorney for Defendant Sanofi-Aventis U.S. LLC*

4884-9637-3309 v1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                        */s/ Abilgail A. Lawson*
                                        Abilgail A. Lawson

                                        *Attorney for Defendant Sanofi-Aventis U.S. LLC*

4884-9637-3309 v1