# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
|  | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Betty Hurley v. Sanofi S.A., et al.* Case No. 2:16-cv-17970 | : : : | |

## <u>PROPOSED ORDER</u>

Considering the foregoing Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Case Management Order No. 35 and FRCP 4:

**IT IS ORDERED** that Defendant's Motion is GRANTED, and that Accord's proposed Reply in Support of Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Case Management Order No. 35 and FRCP 4 is hereby entered into the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO