# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Mattie Anderson v.*<br>*Sanofi US Services Inc., et al.,*<br>Case No. 2:18-cv-14149<br><br>*Cynthia Kinsella v.*<br>*Sanofi US Services Inc., et al.,*<br>Case No. 2:19-cv-00368 | : : : : : : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

**DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF SUBMISSION FOR MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINTS FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4**

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its Motion for Leave to File its Reply in Support of Motion to Dismiss Plaintiffs' Complaints for Failure to Comply with Case Management Order No. 35 and FRCP 4 before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 30th day of November, 2022.

DATED: November 14, 2022

Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:  216.592.5000
Facsimile:  216.592.5009
Email:  julie.callsen@tuckerellis.com
Email:  brenda.sweet@tuckerellis.com
*Attorneys for Defendant Accord Healthcare, Inc.*

5791357

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Julie A. Callsen
Julie A. Callsen

*One of the Attorneys for Defendant*
*Accord Healthcare, Inc.*

5791357