UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** ) | MDL No. 16-2740 | |
| **PRODUCTS LIABILITY LITIGATION** ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This Document Relates to:** ) | | |
| Brenda McLaney, 19-4339 ) | | |
| Madeline DelPlato, 19-09602 ) | | |
| Dianna Jarrett, 19-09607 ) | | |
| Joanne Sells, 19-09611 ) | | |
| Justine Stewart, 19-09586 ) | | |

### ORDER

Before the Court is a Motion for Leave to File Reply in Support of Corrected Emergency Motion for Relief from CMO No. 35 and Leave to Accomplish Service of Process (Doc. 15033);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 15033-2) into the record.

New Orleans, Louisiana, this 10th day of November, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**