# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) **This document relates to:** ) Patricia Chiz, 17-16956 ) | MDL No. 16-2740 SECTION: "H" (5) |

## ORDER

Before the Court is an unopposed Motion for Leave to Substitute Pleading (Doc. 15074);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to substitute the Memorandum in Support of Plaintiff's Unopposed Motion for Leave to File Amended Complaint attached to Plaintiff's Motion (Doc. 15074-2) in place of the earlier filed Memorandum in Support of Unopposed Motion for Leave to File an Amended Complaint (Doc. 15019-1).

New Orleans, Louisiana, this 10th day of November, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**