MINUTE ENTRY
MILAZZO, J.
November 9, 2022

JS-10:00:18

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On November 9, 2022, the Court held a telephone status conference with Doug Moore, John Olinde, and Palmer Lambert to discuss matters related to the general expert preservation depositions.

