UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Patricia Lepore v.* <br> *Sanofi US Services Inc., et al.,* <br> Case No. 2:21-cv-00700 | | |

**MOTION FOR LEAVE TO FILE DEFENDANT ACCORD HEALTHCARE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35 AND FRCP 4**

Defendant Accord Healthcare, Inc. respectfully requests leave to file the attached Reply in Support of Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Case Management Order No. 35 and FRCP 4. (Rec. Doc. 14967). This Reply will further assist the Court in evaluating Accord's motion by providing additional facts and law that address the issues raised in Plaintiff's response.

DATED: November 14, 2022

Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

5791392

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2022, a copy of the foregoing document was filed with the Court via ECF and is deemed served on all counsel of record.

>  */s/ Julie A. Callsen*
> Julie A. Callsen
>
> *One of the Attorneys for Defendant*
> *Accord Healthcare, Inc.*

5791392