**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Patricia Lepore v.* <br> *Sanofi US Services Inc., et al.,* <br> Case No. 2:21-cv-00700 | | |

**PROPOSED ORDER**

Considering the foregoing Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Case Management Order No. 35 and FRCP 4:

**IT IS ORDERED** that Defendant's Motion is GRANTED, and that Accord's proposed Reply in Support of Motion to Dismiss Plaintiff's Complaint for Failure to Comply with Case Management Order No. 35 and FRCP 4 is hereby entered into the Court's docket.

New Orleans, Louisiana, this ____ day of _____, 2022.

JUDGE JANE TRICHE MILAZZO