UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case No.: 2:16-md-02740-JTM-MBN |
| | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | HON. JANE TRICHE MILAZZO |

NOTICE OF APPEARANCE OF ASHLEY E. QUINN ON BEHALF OF DEFENDANT MCKESSON CORPORATION

TO THE CLERK OF THE COURT:

Please enter the appearance of Ashley E. Quinn of the law firm Morrison & Foerster LLP as counsel for Defendant McKesson Packaging Services, a Division of McKesson Corporation.

DATED: November 14, 2022         MORRISON & FOERSTER LLP

                                 /s/ Ashley E. Quinn
                                 Ashley E. Quinn

                                 Attorneys for Defendant
                                 McKESSON PACKAGING SERVICES,
                                 A division of McKESSON CORPORATION

1

SF-4974053

## CERTIFICATE OF SERVICE

 I hereby certify that on November 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of the filing to all counsel of record.

            */s/ Ashley E. Quinn*
            Ashley E. Quinn

            *Attorney for Defendant*
            McKesson Packaging Services,
            a division of McKesson Corporation