# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Anita Lowe | : | |
| Case No. 2:17-cv-14580 | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Anita Lowe, on or about September 8, 2019.  A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Lowe's estate.

Dated: November 15, 2022	Respectfully Submitted,

**THE GOSS LAW FIRM, P.C.**

*/s/  Peter E. Goss*
Peter E. Goss
1501 Westport Road
Kansas City, MO 64111
816-336-1300 phone
816-336-1310 fax
pgoss@thegosslawfirm.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: November 15, 2022

                                        Respectfully Submitted,

                              **THE GOSS LAW FIRM, P.C.**

                              */s/ Peter E. Goss*
                              Peter E. Goss
                              1501 Westport Road
                              Kansas City, MO 64111
                              816-336-1300 phone
                              816-336-1310 fax
                              pgoss@thegosslawfirm.com

                              Attorney for Plaintiff