UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>Julie Griffin,<br><br>Plaintiff<br><br>vs.<br><br>Sanofi-Aventis U.S. LLC, et al.<br><br>Defendant(s) | MDL No. 2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br><br>This Document Relates To:2:19-cv-14048 |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL COMPLIANCE WITH RULE 45 SUBPOENA

On September 20, 2022, Plaintiff Julie Griffin, by and through her counsel of record, filed a motion seeking an order from this Court to Compel non-party Blue Cross Blue Shield of North Carolina to produce documents and responsive to her Rule 45 subpoena within seven (7) days. On October 27, 2022, this Court referred Plaintiff's Motion to Compel to Magistrate Judge Michael North for consideration. Plaintiff now moves to withdraw her motion for two independent reasons. First, this court is not the proper venue for a motion to compel Blue Cross Blue Shield of North Carolina. Second, Blue Cross Blue Shield of North Carolina is cooperating to provide the information sought by Plaintiff.

WHEREFORE, Plaintiff's Counsel respectfully requests that this Court allow Plaintiff to withdraw her Motion to Compel Compliance with Rule 45 Subpoena.

Dated: November 15, 2022                     Respectfully submitted,

                                             /s/ *Steven D. Davis*

-1-

                                                Steven D. Davis
TorHoerman Law LLC
210 S. Main Street
Edwardsville, IL 62025
Tel: (618) 656-4400
Fax: (618) 656-4401
sdavis@thlawyer.com

*Attorney for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

I, Steven D. Davis, hereby certify that on this 15th day of November, 2022, I electronically filedthe foregoing Plaintiff's Notice of Withdrawal of Motion to Compel, using the CM/ECF system and thereby delivered a copy of the same by electronic means to all registered participants as identified on the Notice of Electronic Filing. Non-Party Blue Cross Blue Shield was served the same via regular U.S. Mail and email, as described below.

/s/ *Steven D. Davis*

Chad D. Hansen
Kilpatrick Townsend & Stockton LLP
Winston-Salem
1001 West Fourth Street | Winston-Salem, NC  27101-2400
office 336 607 7308 | fax 336 734 2616
E: chadhansen@kilpatricktownsend.com
*Attorney for Blue Cross Blue Shield of North Carolina*