

# Outpatient Pharmacy

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES
www.uams.edu

| To: | Nachawati Law Group | | From: | UAMS Outpatient Pharmacy |
|---|---|---|---|---|
| | | | | |
| Fax No.: | 214-660-5268 | | Fax No.: | |
| Phone No.: | | | Phone No.: | |
| Re: | record request | | Date: | 11/15/2022 |
| Total Pages Including Cover Sheet: | | 4 | Time: | |

## • Comments:

If you do not receive all pages, please contact us immediately at the telephone number listed above.

**UAMS CONFIDENTIALITY NOTICE**
The information contained in this facsimile document may be privileged, confidential, and protected under applicable law and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately. If you cannot reach the sender, please contact the UAMS HIPAA Office at 501-603-1379.

UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES
4301 West Markham Street  ■  Little Rock, AR 72205
Main Ph.: 501-686-7000  ■  For Appointments, call: 501-686-8000 or 800-942-8267

## EXHIBIT B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _Velisa Johnson_

DATE OF BIRTH: _1 / 14 / 67_                                   SSN: ___ / ___ / ___

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

### ***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04
- ☐ 0955-1022-08

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☒ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-231-63
- ☐ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07
- ☐ 25021-245-01
- ☐ 25021-245-04

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

**☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
**☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL**

13

11-15-'22 08:47 FROM-                                                    T-429   P0003/0004 F-456

Case 2:16-md-02740-JTM-MBN   Document 15146   Filed 11/15/22   Page 3 of 4
Case 2:19-cv-00525-JTM-MBN   Document 4   Filed 01/30/19   Page 609 of 657

11 / 27 / 2018

DATE OF FIRST TREATMENT

SIGNATURE OF REPRESENTATIVE OF
PRACTICE/INFUSION CENTER

PRINTED NAME & TITLE OF REPRESENTATIVE

11/15/2022

DATE

12 / 18 / 2018

DATE OF LAST TREATMENT          # OF DOSES

2

UAMS Pharmacy
NAME OF PRACTICE/INFUSION CENTER

4301 W. Markham
ADDRESS

Little Rock, AR 72205
CITY, STATE, ZIP

14

# FEARS NACHAWATI
———— L A W   F I R M ————

## AUTHORIZATION TO DISCLOSE PROTECTED HEALTH INFORMATION (IN COMPLIANCE WITH ALL CORE ELEMENTS AND REQUIRED STATEMENTS PURSUANT TO 45 CFR §164.508)

Directed To: __UAMC Pharmacy Records__

Patient:__ Velisa Johnson__                                                    Date of Birth: _1/14/1967_

Re:Taxotere/Docetaxel NDC's (infusions 11/27/18 -1/1/2019) ____ *(Style of case OR reason for request)*

I hereby Authorize and request, you furnish to   Nachawati Law Group

_____, authorized  litigation
service for the Law Firm of FEARS NACHAWATI, all the following (unless otherwise noted):

| | | |
|---|---|---|
| o  History/Physical | o  Copy of Entire Health Record (all PHI) OR from  dates of _____ to _____ | |
| o  Doctor's Notes/Office Notes | | |
| o  Patient Intake Forms/Patient Information Forms | o  Copy of All Itemized Billing Statements/Billing Records OR from _____to_____ | |
| o  Admissions/Initial Visit | | |
| o  Consultations | o  Records from other health care providers which are maintained as part of your file Taxotere/Docetaxel NDC's (infusions 11/27/18 -1/1/2019) or Identify all distributors of Taxotere/Docetaxel from 11/17/18-1-1-2019/supporting | |
| o  Discharge Summaries | ɒ  Other documentation _____ | |

_____Paper Copies OR _x_ Electronic Disclosure (if available)

I understand that the information in my health record *may* include information relating to sexually transmitted disease, acquired immune deficiency syndrome (AIDS) or human immune deficiency virus (HIV), communicable or non- communicable diseases and genetic testing. It may also include information about behavioral or mental health services, information concerning alcohol or drug abuse and social and family matters._____(initials).

A photostatic copy of this authorization is considered as effective as the original and will expire one year from date signed *or* at the conclusion of this litigation.

This release of the aforementioned records is only for evaluation and use in connection with civil litigation or other cause as referenced above.

I understand I have the right to revoke this authorization at any time, provided the revocation is in writing to our record service and/or the firm listed above and the above listed Health Provider. Revocation of this Authorization will not affect information released prior to the notification of cancellation.

I understand that authorizing the disclosure of this health information is voluntary. I understand that I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524 and may inspect and am entitled to a copy of this Authorization. I understand that any disclosure of information, carries with it the potential for an unauthorized re-disclosure and the information may not be protected by Federal confidentiality rules.

I understand that my refusal to sign this form does not affect my health care treatment or the payment of my health care treatment, my eligibility or enrollment for benefits. Medical providers may not condition treatment or payment on execution of this authorization.

X _Velisa Johnson_                                X _08/02/2022_
Signature of Patient or Patient Representative         Date

_Velisa  Johnson_
Printed Name of Patient                        _____
                                               If signed by representative, relationship to the patient