UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>Section "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>Magistrate Judge Michael North |
| This document relates to:<br>GLORY MARTIN<br>Civil Action No. 2:18-cv-03591 | |

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND COUNSEL OF RECORD**, please take notice that, undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the Court of the death of Plaintiff Glory Martin.

Dated: November 15, 2022

Respectfully submitted,

/s/ Andrew J Cross_____
Jeffrey J. Lowe, #35114MO
Andrew J. Cross, #57337MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 725-7700
Facsimile: (314) 721-0905
jlowe@careydanis.com
across@careydanis.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 14th day of November, 2022.

/s/ Andrew J. Cross_____