**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

MDL NO. 2740
SECTION "H" (5)

THIS DOCUMENT RELATES TO:

GERALDINE MILLS
CASE NO.: 2:17-CV-06046

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

---

**NOW COMES,** Plaintiff Geraldine Mills, by and through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff originally filed suit against Sanofi defendants. Subsequently, in reviewing billing records, Plaintiff discovered that pursuant to CMO 12, the billing records contained NDC codes identifying four rounds of treatment with a Sanofi product and two rounds of treatment with a Hospira product. Those records have been attached hereto as Exhibit "A".

Sanofi has no objection to this motion and Hospira has not responded or lodged any objection to this motion.

Plaintiff hereby moves for leave to file her First Amended Short Form Complaint, as attached hereto.

Respectfully Submitted,

November 15, 2022

/s/ *Christopher L. Coffin*

Christopher L. Coffin, LA Bar# 27902
Jessica A. Perez Reynolds, LA Bar# 34024

Pendley, Baudin & Coffin, L.L.P.
24110 Eden Street
P.O. Drawer 71
Plaquemine, LA 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
ccoffin@pbclawfirm.com
jreynolds@pbclawfirm.com

***Attorneys for Plaintiff***

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6 Defendant Liaison Counsel has been contacted, and Defendants do not oppose the relief requested. Sanofi has no objections to this motion and Hospira has not responded or lodged any objection to this motion.

**CERTIFICATE OF SERVICE**

I certify that November 15, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Christopher L. Coffin*
Christopher L. Coffin