UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

GERALDINE MILLS
CASE NO.: 2:17-CV-06046

_____

**ORDER**
_____

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

The _____ day of _____, 2022

_____
The Honorable Jane T. Milazzo