**EXHIBIT A**

## HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Medicare
PO Box 100190

Columbia, SC  29202-3190

CARRIER

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE [X] (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 245661019A |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Mills Geraldine D**

3. PATIENT'S BIRTH DATE  MM 04 DD 21 YY 1941  SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
**902 Phillips Dr**

6. PATIENT RELATIONSHIP TO INSURED  Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY **Kinston**  STATE **NC**

8. RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE **28504**  TELEPHONE (Include Area Code) **(252) 939 1128**

ZIP CODE  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH  MM 04 DD 21 YY 41  SEX M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES [ ] NO [X]  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
**Medicare**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [ ]  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**  DATE **09/01/2016**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN  Qadir MD Misbah U NC**

17a. 
17b. NPI **I29526**

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES [ ] NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. **9**

A. **1749**  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
**34D1022543**

PHYSICIAN OR SUPPLIER INFORMATION

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 05 22 12 | 05 22 12 | 11 | | J9171 | 00075800120 ML2 | A | 3,340 00 | 167 | | NPI | 207RH0003X 1013992635 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X]
**560986098**

26. PATIENT'S ACCOUNT NO.
**000101177492**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO [ ]

28. TOTAL CHARGE $ **3,340 00**

29. AMOUNT PAID $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**QADIR MD, MISBAH U**
SIGNED **09/01/16**  DATE

32. SERVICE FACILITY LOCATION INFORMATION
**KMS DIV OF HEM/ONCOLOGY
313 AIRPORT RD
KINSTON NC  28504-8209**
a.  b.

33. BILLING PROVIDER INFO & PH #
**Kinston Medical Specialists PA
701 Doctors Drive Suite N
Kinston NC  28501-1584**
a. **1114904927**  b. **ZZ193200000X**

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  CR061653  APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Medicare
PO Box 100190

Columbia, SC  29202-3190

| PICA | | | | | | PICA |
|---|---|---|---|---|---|---|

**1.** MEDICARE [X] (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#)    **1a.** INSURED'S I.D. NUMBER  (For Program in Item 1)  **245661019A**

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Mills Geraldine D**

**3.** PATIENT'S BIRTH DATE  04 21 1941  SEX  M ☐  F [X]

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)

**5.** PATIENT'S ADDRESS (No., Street)
**902 Phillips Dr**

**6.** PATIENT RELATIONSHIP TO INSURED  Self [X]  Spouse ☐  Child ☐  Other ☐

**7.** INSURED'S ADDRESS (No., Street)

CITY **Kinston**  STATE **NC**

**8.** RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE **28504**  TELEPHONE (Include Area Code) **( 252 ) 939 1128**

ZIP CODE  TELEPHONE (Include Area Code)  ( )

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

**10.** IS PATIENT'S CONDITION RELATED TO:

**11.** INSURED'S POLICY GROUP OR FECA NUMBER

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (Current or Previous)  YES ☐  NO [X]

**a.** INSURED'S DATE OF BIRTH  04 21 41  SEX  M ☐  F [X]

**b.** RESERVED FOR NUCC USE

**b.** AUTO ACCIDENT?  YES ☐  NO [X]  PLACE (State)

**b.** OTHER CLAIM ID (Designated by NUCC)

**c.** RESERVED FOR NUCC USE

**c.** OTHER ACCIDENT?  YES ☐  NO [X]

**c.** INSURANCE PLAN NAME OR PROGRAM NAME  **Medicare**

**d.** INSURANCE PLAN NAME OR PROGRAM NAME

**10d.** CLAIM CODES (Designated by NUCC)

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [X]  NO ☐  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **Signature On File**  DATE **09/01/2016**

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

**14.** DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL.

**15.** OTHER DATE  QUAL.  MM DD YY

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

**17.** NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN  Qadir MD Misbah U NC**  17a.  **I29526**  17b. NPI

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

**19.** ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

**20.** OUTSIDE LAB?  YES ☐  NO [X]  $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. **9**
A. **1749**  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22.** RESUBMISSION  CODE  ORIGINAL REF. NO.

**23.** PRIOR AUTHORIZATION NUMBER  **34D1022543**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 00075800120 | | | | | ML2 | | | | | | | | | | 207RH0003X |
| 06 | 12 | 12 | 06 | 12 | 12 | 11 | | J9171 | | A | 3,340 00 | 167 | | NPI | 1013992635 |
| 2 | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

**25.** FEDERAL TAX I.D. NUMBER  **560986098**  SSN ☐ EIN [X]

**26.** PATIENT'S ACCOUNT NO.  **000101191663**

**27.** ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES [X]  NO ☐

**28.** TOTAL CHARGE  $ **3,340 00**

**29.** AMOUNT PAID  $

**30.** Rsvd for NUCC Use

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**QADIR MD, MISBAH U**
**09/01/16**  DATE

**32.** SERVICE FACILITY LOCATION INFORMATION
**KMS DIV OF HEM/ONCOLOGY**
**313 AIRPORT RD**
**KINSTON NC  28504-8209**
a.  b.

**33.** BILLING PROVIDER INFO & PH #
**Kinston Medical Specialists PA**
**701 Doctors Drive Suite N**
**Kinston NC  28501-1584**
a. **1114904927**  b. **ZZ193200000X**

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  CR061653  APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Medicare
PO Box 100190

Columbia, SC  29202-3190

CARRIER

| | PICA | | | | | | | | | PICA | |

**1. MEDICARE** [X] (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
245661019A

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Mills Geraldine D

**3. PATIENT'S BIRTH DATE** 04 21 1941  **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
902 Phillips Dr

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**7. INSURED'S ADDRESS (No., Street)**

**CITY** Kinston  **STATE** NC

**8. RESERVED FOR NUCC USE**

**CITY**  **STATE**

**ZIP CODE** 28504  **TELEPHONE (Include Area Code)** (252) 939 1128

**ZIP CODE**  **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** 04 21 41  **SEX** M [ ] F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES [ ] NO [X]  **PLACE (State)**

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Medicare

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [ ] NO [X]  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File  DATE  09/01/2016

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** MM DD YY  QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN  Qadir MD Misbah U NC

17a.
17b. NPI  I29526

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES [ ] NO [X]  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 9

A. 1749  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**
34D1022543

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 07 | 03 | 12 | 07 | 03 | 12 | 11 | | J9171 | | A | 3,340 00 | 167 | | NPI | 207RH0003X 1013992635 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

00007580012 0  ML2

**25. FEDERAL TAX I.D. NUMBER** 560986098  SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.** 000101206331

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 3,340 00

**29. AMOUNT PAID** $

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
QADIR MD, MISBAH U
09/01/16

**32. SERVICE FACILITY LOCATION INFORMATION**
KMS DIV OF HEM/ONCOLOGY
313 AIRPORT RD
KINSTON NC  28504-8209
a.  b.

**33. BILLING PROVIDER INFO & PH #**
Kinston Medical Specialists PA
701 Doctors Drive Suite N
Kinston NC  28501-1584
a. 1114904927  b. ZZ193200000X

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  CR061653  APPROVED OMB-0938-1197 FORM 1500 (02-12)



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Medicare
PO Box 100190

Columbia, SC  29202-3190

PICA

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE [X] (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER (ID#) | | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 245661019A | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
**Mills Geraldine D**

3. PATIENT'S BIRTH DATE  MM 04 DD 21 YY 1941  SEX M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
**902 Phillips Dr**

6. PATIENT RELATIONSHIP TO INSURED  Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY **Kinston**  STATE **NC**

8. RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE **28504**  TELEPHONE (Include Area Code) **( 252 ) 939 1128**

ZIP CODE  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH  MM 04 DD 21 YY 41  SEX M [ ]  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES [ ]  NO [X]  PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME
**Medicare**

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [ ]  NO [X]  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**  DATE **09/01/2016**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
**DN  Qadir MD Misbah U NC**
17a.  **I29526**
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES [ ]  NO [X]  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. **9**

A. **1749**  B. ___  C. ___  D. ___
E. ___  F. ___  G. ___  H. ___
I. ___  J. ___  K. ___  L. ___

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER
**34D1022543**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1  00409020120  ML16 07 | 24 | 12 | 07 | 24 | 12 | 11 | | J9171 | | A | 3,340 | 00 | 167 | | NPI | 207RH0003X 1013992635 |
| 2 | | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **560986098**  SSN [ ]  EIN [X]

26. PATIENT'S ACCOUNT NO. **000101220301**

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES [X]  NO [ ]

28. TOTAL CHARGE  $ **3,340 00**

29. AMOUNT PAID  $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**QADIR MD, MISBAH U**
**09/01/16**  DATE

32. SERVICE FACILITY LOCATION INFORMATION
**KMS DIV OF HEM/ONCOLOGY**
**313 AIRPORT RD**
**KINSTON NC  28504-8209**

33. BILLING PROVIDER INFO & PH #
**Kinston Medical Specialists PA**
**701 Doctors Drive Suite N**
**Kinston NC  28501-1584**
a. **1114904927**  b. **ZZ193200000X**

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION



# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Medicare
PO Box 100190

Columbia, SC  29202-3190

| | | |
|---|---|---|
| [ ] PICA | | PICA [ ] |

**1. MEDICARE** [X] (Medicare#)  **MEDICAID** [ ] (Medicaid#)  **TRICARE** [ ] (ID#/DoD#)  **CHAMPVA** [ ] (Member ID#)  **GROUP HEALTH PLAN** [ ] (ID#)  **FECA BLK LUNG** [ ] (ID#)  **OTHER** [ ] (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
245661019A

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Mills Geraldine D

**3. PATIENT'S BIRTH DATE** MM 04 DD 21 YY 1941  **SEX** M [ ] F [X]

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**
902 Phillips Dr

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

**7. INSURED'S ADDRESS (No., Street)**

CITY Kinston  STATE NC

**8. RESERVED FOR NUCC USE**

CITY  STATE

ZIP CODE 28504  **TELEPHONE (Include Area Code)** (252) 939 1128

ZIP CODE  **TELEPHONE (Include Area Code)** ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES [ ] NO [X]

**a. INSURED'S DATE OF BIRTH** MM 04 DD 21 YY 41  **SEX** M [ ] F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES [ ] NO [X]  PLACE (State)

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES [ ] NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Medicare

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [ ] NO [X]  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature On File  DATE 09/01/2016

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL.

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY  FROM  TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN Qadir MD Misbah U NC  17a. I29526  17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY  FROM  TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES [ ] NO [X]  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 9

A. 1749  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**
34D1022543

**24.**

| A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00409020120 ML16 | | | | | | | | | | | 207RH0003X |
| 08 14 12 | 08 14 12 | 11 | | J9171 | | A | 3,340 00 | 167 | | NPI | 1013992635 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 560986098  SSN [ ] EIN [X]

**26. PATIENT'S ACCOUNT NO.** 000101235326

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]

**28. TOTAL CHARGE** $ 3,340 00

**29. AMOUNT PAID** $

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
QADIR MD, MISBAH U
09/01/16  DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
KMS DIV OF HEM/ONCOLOGY
313 AIRPORT RD
KINSTON NC  28504-8209

**33. BILLING PROVIDER INFO & PH #** ( )
Kinston Medical Specialists PA
701 Doctors Drive Suite N
Kinston NC  28501-1584
a. 1114904927  b. ZZ193200000X

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  CR061653  APPROVED OMB-0938-1197 FORM 1500 (02-12)

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Medicare
PO Box 100190

Columbia, SC  29202-3190

CARRIER

| | |
|---|---|
| ▢ PICA | PICA ▢ |

**1. MEDICARE** [X] (Medicare#)  **MEDICAID** ▢ (Medicaid#)  **TRICARE** ▢ (ID#/DoD#)  **CHAMPVA** ▢ (Member ID#)  **GROUP HEALTH PLAN** ▢ (ID#)  **FECA BLK LUNG** ▢ (ID#)  **OTHER** ▢ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
245661019A

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Mills Geraldine D

**3. PATIENT'S BIRTH DATE** 04 21 1941  **SEX** M ▢ F [X]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)
902 Phillips Dr

**6. PATIENT RELATIONSHIP TO INSURED** Self [X] Spouse ▢ Child ▢ Other ▢

**7. INSURED'S ADDRESS** (No., Street)

**CITY** Kinston  **STATE** NC

**8. RESERVED FOR NUCC USE**

**CITY**  **STATE**

**ZIP CODE** 28504  **TELEPHONE** (Include Area Code) (252) 939 1128

**ZIP CODE**  **TELEPHONE** (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES ▢ NO [X]

**a. INSURED'S DATE OF BIRTH** 04 21 41  **SEX** M ▢ F [X]

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ▢ NO [X]  **PLACE (State)**

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ▢ NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Medicare

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [X] NO ▢  *If yes, complete items 9, 9a, and 9d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE  09/01/2016

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**   **QUAL.**

**15. OTHER DATE**   **QUAL.**

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
DN  Qadir MD Misbah U NC
**17a.**  **17b. NPI** I29526

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM   TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES ▢ NO [X]   **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   **ICD Ind.** 9

A. 1749  B.  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**   **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**
34D1022543

| 24. A. DATE(S) OF SERVICE From To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00075800120 ML2 | | | | | | | | | | | 207RH0003X |
| 09 04 12  09 04 12 | | 11 | | J9171 | | A | 3,340 00 | 167 | | NPI | 1013992635 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  SSN ▢ EIN [X]
560986098

**26. PATIENT'S ACCOUNT NO.**
000101248887

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO ▢

**28. TOTAL CHARGE**  $ 3,340 00

**29. AMOUNT PAID**  $

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
QADIR MD, MISBAH U
09/01/16   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
KMS DIV OF HEM/ONCOLOGY
313 AIRPORT RD
KINSTON NC 28504-8209
a.

**33. BILLING PROVIDER INFO & PH #**
Kinston Medical Specialists PA
701 Doctors Drive Suite N
Kinston NC 28501-1584
a. 1114904927   b. ZZ193200000X