# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Name: Jackie Snasel<br><br>Number: 2:17-cv-11140 | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC.; HOSPIRA WORLDWIDE LLC F/K/A HOSPIRA WORLDWIDE, INC** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc.; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 14th day of November 2022.

JOHNSON LAW GROUP

By: */s/ Pierce Jones*
    Pierce Jones (TX Bar No: 24110061)
    2925 Richmond Avenue Ste. 1700
    Houston, TX 77098
    Telephone: (713) 626-9336
    Facsimile: (713) 583-9460
    Email: taxotere@johnsonlawgroup.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

       I hereby certify that on November 14, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 14, 2022

                                                /s/ *Pierce Jones*
                                                Pierce Jones