MINUTE ENTRY
MILAZZO, J.
November 16, 2022

JS-10:00:12

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On November 16, 2022, the Court held a telephone status conference with Palmer Lambert, Emily Jeffcott, Andre Mura, Mike Ruttinger, Rich Moore, Nicholas Insogna, and Evan Holden to discuss matters related to this Court's August 2, 2022 Order and Reasons (Doc. 14477) and November 14, 2022 Order and Reasons (Doc. 15136).

