UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Betty Hurley, 16-17970 ) | |
| Mattie Anderson, 18-14149 ) | |
| Cynthia Kinsella, 19-00368 ) | |
| Omatee Carrasco, 18-08588 ) | |
| Patricia Lepore, 21-00700 ) | |

## ORDER

Before the Court are four Motions for Leave to File Replies filed by Defendant Accord Healthcare, Inc. (Docs. 15099, 15102, 15122, and 15135);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the replies attached to Defendant's Motions (Docs. 15099-1, 15102-1, 15122-1, and 15135-1) in the record.

New Orleans, Louisiana, this 15th day of November, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE