## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This Document Relates to:** | ) | |
| All cases | ) | |

## ORDER

**IT IS ORDERED** that a status conference with the Settlement Committee is **SET** for January 25, 2023, at 10:00 a.m.

New Orleans, Louisiana, this 16th day of November, 2022.

_____

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**