UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Hilda Adams, 16-17583 Gloria Cooper, 18-194 Carol Woodson, 17-12674 Arquice Conley, 18-9799 Tina Hickey, 18-4731 | ) ) ) ) ) ) ) | |

## AMENDED ORDER

For the reasons articulated in this Court's August 2, 2022 Order and Reasons (Doc. 14477) and November 14, 2022 Order and Reasons (Doc. 15136),

**IT IS ORDERED** that Defendant Accord Healthcare Inc.'s Motion for Summary Judgment on Preemption Grounds (Doc. 13425) is **DENIED**, Defendant Sandoz Inc.'s Motion for Summary Judgment on Preemption Grounds (Doc. 13445) is **DENIED**, and Defendant Hospira's Motion for Summary Judgment Based on Preemption (Doc. 13857) is **DENIED**.

**IT IS FURTHER ORDERED** that this Court hereby certifies its August 2, 2022 Order and Reasons (Doc. 14477) for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) because it involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

New Orleans, Louisiana, this 16th day of November, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**