# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NUMBER:  2740<br><br>SECTION: "H"(5)<br><br>THIS DOCUMENT RELATES TO 19-14048 |

## ORDER

On October 27, 2022, the District Court referred Plaintiff's Motion to Compel Compliance with Rule 45 Subpoena (Rec. doc. 14727) to the undersigned for consideration. Having reviewed the motion, this Court ordered Plaintiff to file a brief with the Court to explain why this Court would be the proper forum for the resolution of the motion to compel. (Rec. doc. 15013). Plaintiff now seeks to withdraw the motion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Withdraw Motion to Compel Compliance with Rule 45 Subpoena (Rec. doc. 15144) is **GRANTED**, and Plaintiff's Motion to Compel Compliance with Rule 45 Subpoena (Rec. doc. 14727) is **WITHDRAWN**.

New Orleans, Louisiana, this 16th day of November, 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE