# United States Court of Appeals
# for the Fifth Circuit

A True Copy
Certified order issued Nov 18, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 21-30762

IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

———————————————

ELIZABETH KAHN,

*Plaintiff—Appellant*,

*versus*

SANOFI-AVENTIS, U.S., L.L.C.; SANOFI U.S. SERVICES, INCORPORATED, *formerly known as* SANOFI-AVENTIS U.S., INCORPORATED,

*Defendants—Appellees.*

———————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-17039

———————————————

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of November 18, 2022, pursuant to appellant's motion.

No. 21-30762

                    LYLE W. CAYCE
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

By: _____
        Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT