# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 18, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 21-30762    Kahn v. Sanofi-Aventis US
                         USDC No. 2:16-MD-2740
                         USDC No. 2:16-CV-17039

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Allison G. Lopez, Deputy Clerk
                            504-310-7702

cc w/encl:
    Ms. Dawn M. Barrios
    Mr. Christopher L. Coffin
    Ms. Ilana H. Eisenstein
    Ms. Rachel Horton
    Mr. Matthew Palmer Lambert
    Ms. Karen Barth Menzies
    Ms. Danielle T. Morrison