UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Sylvia Thomas, 17-13635 | ) ) | |

## ORDER

Before the Court is an unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 15261);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion (Doc. 15261-1) in the member case.

New Orleans, Louisiana, this 22nd day of November, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT
JUDGE