UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) JUDGE TRICHE MILAZZO MAG. JUDGE NORTH |
| *This document relates to:* All Plaintiff(s) listed in the attached "Exhibit A" | |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL

Plaintiff(s) listed in the attached "Exhibit A", through undersigned counsel, hereby move this Court to allow counsel Danae N. Benton to serve as lead counsel in the above-styled matter. Gibbs C. Henderson of Nachawati Law Group shall serve as counsel for the Plaintiff. This request is made pursuant to the Eastern District of Louisiana Civ. Rule 82.2.12.

Dated: November 28, 2022

Respectfully submitted,

*/s/ Danae N. Benton*
**Danae N. Benton**
TX Bar No. 24080422
FEARS NACHAWATI, PLLC
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
E-mail: dbenton@Ntrial.com
**Gibbs C. Henderson**
IL Bar No.: 6314687
TX Bar No.: 24041084
NACHAWATI LAW GROUP, PLLC
5489 Blair Rd.
Dallas, TX 75231
Telephone: (214) 890-0711
Fax: (214) 890-0712
E-mail: ghenderson@Ntrial.com

## **CERTIFICATE OF SERVICE**

I, Danae N. Benton, hereby certify that on November 28, 2022, the foregoing Notice of Appearance and Designation of Lead Counsel was served electronically and notice of service of this document will be sent to all parties by the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                                       */s/Danae N. Benton*
                                                       Danae N. Benton