# EXHIBIT A

| Plaintiff | Case Title | Docket Number |
|---|---|---|
| Pecola Williams | Williams v. Sanofi US Services Inc. et al | 2:18-cv-3944 |
| Roseann Bell | Bell et al v. Sanofi US Services Inc. et al | 2:18-cv-5353 |
| Roxie Mengelkoch | Mengelkoch v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-05767 |
| Bonnie Sheahon | Sheahon v. Sanofi US Services Inc. et al | 2:18-cv-3942 |
| Joyce Epperson | Epperson et al v. Sanofi US Services Inc. et al | 2:18-cv-03997 |
| Shalanda Smith | Smith v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-496 |
| Jacqueline Morgan | Morgan v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-00402 |
| Cheryl Frederick | Frederick v. Sandoz, Inc. et al | 2:18-cv-5354 |
| Charlotte Henderson | Henderson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-14102 |
| Wanda Jackson | Jackson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-14105 |
| Katherine Johnson | Johnson v. Sanofi US Services Inc. et al | 2:18-cv-05355 |
| Daphne Sherlock | Sherlock v. Sanofi US Services Inc. et al | 2:18-cv-3928 |
| Carolyn Pierce | Pierce et al v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. et al | 2:18-cv-05729 |
| Maggie Howard | Howard v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17142 |
| Margaret Hunt | Hunt v. Sandoz Inc. | 2:18-cv-09534 |
| Princess Goings | Goings v. Sandoz Inc. et al | 2:17-cv-12618 |
| Janice Brock | Brock et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-403 |
| Betty Rundio | Rundio v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-5293 |
| Janet Harris | Harris v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17661 |
| June Counts | Counts v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-05360 |
| Sheryl Wray | Wray v. Sanofi US Services Inc. et al | 2:18-cv-05388 |
| Kathleen Eagle Elk | Eagle Elk v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. et al | 2:18-cv-05727 |
| Sonja Campbell | Campbell v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc et al | 2:18-cv-05779 |
| Dorris Jean Snow | Snow v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc et al | 2:18-cv-05775 |
| Miriam Rodriguez | Rodriguez v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17478 |
| Mary Smith | Smith v. Sanofi S.A. et al | 2:17-cv-12958 |
| Vanessa Reininger | Reininger v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-14151 |
| Patsy Johnson | Johnson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-849 |
| Sonja Brown | Brown v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S., Inc. et al | 2:18-cv-05301 |
| Donna Callahan | Callahan et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-00848 |
| Rosalind McMillan | McMillan v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-03939 |
| Sandra Forte | Forte et al v. Sandoz Inc. | 2:18-cv-5307 |
| Easter Lewis | Lewis v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17821 |
| Vickie Hammond | Hammond v. Sandoz Inc. et al | 2:17-cv-17516 |
| Irma Santos | Santos et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-7908 |
| Sureta Watson | Watson v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. et al | 2:18-cv-5814 |
| Cynthia Vernarecci | Vernarecci et al v. Sanofi S.A. et al | 2:17-cv-13020 |
| Teresa Stallworth | Stallworth v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17304 |
| Pattishon Smith | Smith v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-3923 |
| Leasa Horst | Horst v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-5769 |
| Sandra Blunck | Blunck v. Sanofi US Services Inc. et al | 2:18-cv-03945 |
| Tonya Allen | Allen v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc et al | 2:18-cv-5776 |
| Lynne Douglas | Douglas v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17461 |
| Maria Simmons | Simmons v. Sanofi US Services Inc. et al | 2:18-cv-05321 |
| Barbara Nobles | Nobles v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. et al | 2:18-cv-5675 |
| Deidre Rude | Rude et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-05730 |
| Dorothy Bathauer | Bathauer et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-06535 |
| Carolyn Blocker | Blocker v. Sanofi US Services Inc. et al | 2:19-cv-77 |
| Deanna Frank | Frank v. Sanofi S.A. et al | 2:17-cv-12722 |
| Aritha Savage | Savage v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-14152 |
| Sarah McArthur | McArthur v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-00367 |
| Delores Jefferson | Jefferson v. Sandoz Inc. et al | 2:17-cv-17143 |
| Jamie Washington-Perkins | Washington-Perkins et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17494 |
| Schwanda Moaning | Moaning et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc et al | 2:18-cv-05777 |
| Jenell Halvorson | Halvorson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17310 |
| Barbara Brown | Brown et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc et al | 2:18-cv-05782 |
| Dorothy Jones | Jones v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-14153 |
| Monica Fields | Fields v. Sanofi US Services Inc. et al | 2:21-cv-00011 |
| Mary Cottey | Cottey v. Sanofi US Services Inc. et al | 2:18-cv-3941 |
| Gloria Christopher | Christopher v. Actavis LLC f/k/a Actavis Inc. et al | 2:19-cv-01949 |

| | | |
|---|---|---|
| Deborah Warren | Warren v. Sanofi US Services Inc. et al | 2:18-cv-12864 |
| Vera Warren | Warren v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-00400 |
| Emily Eubanks | Eubanks v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. et al | 2:18-cv-5815 |
| Velma Johnson | Johnson v. Sanofi US Services Inc. et al | 2:18-cv-3943 |
| Deborah Akerson | Akerson v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. et al | 2:18-cv-05816 |
| Linda Kemp | Kemp v. Sanofi US Services Inc. et al | 2:18-cv-08466 |
| Paule Sylvain | Sylvain v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-6528 |
| Donna Ray | Ray v. Sanofi US Services Inc. et al | 2:18-cv-5352 |
| Roberta Phelps | Phelps v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U. S. Inc. et al | 2:18-cv-03308 |
| Marie Cavan | Cavan et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17209 |
| Patricia Bremer-Hardesty | Bremer-Hardesty v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-6048 |
| Renee Ruffin | Ruffin v. Sanofi US Services Inc. et al | 2:18-cv-08467 |
| Mary Bruno | Bruno et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-7680 |
| Donna Smith | Smith v. Sanofi US Services Inc. et al | 2:18-cv-12973 |
| Ethel Tendell | Tendell et al v. Sanofi US Services Inc. et al | 2:18-cv-12982 |
| Vynedra Brock | Brock v. Sanofi US Services Inc., et al | 2:18-cv-09535 |
| Donna Best | Best v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-501 |
| Reba Haynes | Haynes et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:17-cv-17499 |
| Sherry Carroll | Carroll v. Sanofi US Services Inc. et al | 2:18-cv-13736 |
| Margaret Crocker | Crocker v. Sanofi US Services Inc. et al | 2:18-cv-12869 |
| Claudette Barber | Barber et al v. Sandoz Inc. et al | 2:18-cv-5813 |
| Angelina Murphy | Murphy v. Sanofi US Services Inc. et al | 2:18-cv-3940 |
| Maria Bottini | Bottini v. Sanofi US Services Inc. et al | 2:18-cv-08224 |
| Manetha Gholar | Gholar v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-00502 |
| Rosemarie Fernandez | Fernandez v. Sanofi US Services Inc. et al | 2:18-cv-08114 |
| Laurie Holloway | Holloway et al v. Sanofi US Services Inc. et al | 2:18-cv-08471 |
| Ysmenia Caba | Caba v. Sanofi US Services Inc. et al | 2:20-cv-03207 |
| Sandra Loza | Loza v. Sanofi US Services Inc. et al | 2:18-cv-09022 |
| Judy Tucker | Tucker et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-6043 |
| Betty Spaulding | Spaulding v. Sanofi US Services Inc. et al | 2:18-cv-09012 |
| Debra Waters | Waters et al v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-3948 |
| Jerri Sell | Sell v. Sanofi US Services Inc. et al | 2:20-cv-00536 |
| Rebecca Rawlins | Rawlins et al v. Sanofi US Services Inc. et al | 2:18-cv-09142 |
| Rita Fernandez | Fernandez et al v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-09560 |
| Shari Matz | Matz v. Sanofi US Services Inc. et al | 2:18-cv-09553 |
| Larena Tucker | Tucker v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-13163 |
| Virginia Coles | Coles et al v. Sanofi US Services Inc. et al | 2:18-cv-09990 |
| Beryl Hollingsworth | Hollingsworth v. Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-5770 |
| Toni Hunter | Hunter v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-6044 |
| Shauna Breed | Breed v. Sanofi US Services Inc. et al | 2:18-cv-08482 |
| Shirley Wooten | Wooten v. Sanofi US Services Inc. et al | 2:18-cv-08112 |
| Michelle Webb | Webb v. Sandoz, Inc. | 2:20-cv-00522 |
| Myrtle Valdez | Valdez v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-6532 |
| Emma Gudger | Gudger et al v. Sanofi US Services Inc. et al | 2:18-cv-08758 |
| Joanne Rollieson | ROLLIESON v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:20-cv-01192 |
| Kara Shields | Shields v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-7913 |
| Audrey Houston | Houston v. Accord Healthcare, Inc. et al | 2:18-cv-09558 |
| Leisa Mitchell | Mitchell v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc et al | 2:18-cv-05771 |
| Lisa Ambrose | Ambrose v. Sandoz Inc. | 2:18-cv-07999 |
| Lois Castonguay | Castonguay v. Sanofi US Services Inc. et al | 2:18-cv-05773 |
| Flora Dongvort-Langs | Dongvort-Langs v. Sanofi US Services Inc. et al | 2:18-cv-08763 |
| Jennifer Ruiz | Ruiz v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-7914 |
| Alma Warren | Warren v. Sanofi US Services Inc. et al | 2:18-cv-07905 |
| Amy Copeland | Copeland v. Accord Healthcare, Inc. | 2:18-cv-5768 |
| Denise Clark | Clark v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-7910 |
| Monica Newman | Newman v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-07907 |
| Margaret Vesely | Vesely v. Sanofi US Services Inc. et al | 2:18-cv-13572 |
| Sharlene Brunson | Brunson v. Sanofi US Services Inc. et al | 2:20-cv-01228 |
| Deborah Gutrich | Gutrich v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-07734 |
| Tammy Griffin | Griffin et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10229 |
| Donna Green | Green et al v. Sandoz Inc. | 2:18-cv-07991 |

| | | |
|---|---|---|
| Kathryn Hoover | Hoover et al v. Accord Healthcare, Inc. et al | 2:18-cv-08124 |
| Lavinia Magliocco | Magliocco v. Accord Healthcare, Inc. et al | 2:18-cv-09616 |
| Mary Lee Garcia | Garcia v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-08127 |
| Vicki Daniels | Daniels v. Sanofi US Services Inc. et al | 2:18-cv-08222 |
| Sylvia Funderburk | Funderburk v. Sanofi US Services Inc. et al | 2:18-cv-07900 |
| Shirley Nettles | Nettles v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-08855 |
| Lisa Newton | Newton v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10238 |
| Melissa Craner | Craner v. Sanofi US Services Inc. F/K/A Sanofi-Aventis U.S. Inc. et al | 2:20-cv-00528 |
| Kathy Turner | Turner v. Sandoz Inc. | 2:18-cv-6918 |
| Tanya Alston | Alston v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-6527 |
| Dorothy Magsby | Magsby v. Sanofi US Services Inc. et al | 2:18-cv-08778 |
| Margarette Brown | Brown v. Sanofi US Services Inc. et al | 2:18-cv-09621 |
| Georgiann Scruggs | Scruggs v. Sanofi US Services Inc. et al | 2:18-cv-08227 |
| Jalynne Lawson | Lawson v. Hospira, Inc. et al | 2:18-cv-7035 |
| Shirrita Stanford | Stanford v. Sanofi US Services Inc. et al | 2:18-cv-13618 |
| Willie Francis | Francis v. Sanofi US Services Inc. et al | 2:18-cv-08767 |
| Thelma McKinney | McKinney et al v. Sanofi US Services Inc. et al | 2:18-cv-08480 |
| Alice Thompson | Thompson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10256 |
| Linda Weiskopf | Weiskopf v. Sanofi US Services Inc. et al | 2:19-cv-14350 |
| Judith Ellshoff | Ellshoff v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-7034 |
| Amy Sane | Sane v. Sanofi US Services Inc. et al | 2:18-cv-07071 |
| Ellanna May-Gassman | May-Gassman, et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:20-cv-01457 |
| Michelle Wintjen | Wintjen v. Accord Healthcare, Inc. | 2:18-cv-7037 |
| Rasheema Davis | Davis v. Sanofi US Services Inc. et al | 2:20-cv-01473 |
| Traycee Williams | Williams et al v. Hospira, Inc. et al | 2:18-cv-7036 |
| Christie Francis | Francis v. Sandoz Inc. | 2:18-cv-08125 |
| Petina Bennett | Bennett v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-07896 |
| Carmelina Carbone | Carbone v. Sanofi US Services Inc. et al | 2:20-cv-01584 |
| Tamara Butrum | Butrum v. Sanofi US Services Inc. et al | 2:18-cv-09014 |
| Amy Hartsel | Hartsel et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-7912 |
| Jennifer Misilewich | Misilewich v. Sandoz Inc. | 2:18-cv-07897 |
| Kimberly Monnin | Monnin et al v. Sanofi US Services Inc. et al | 2:18-cv-08006 |
| Kristen Hansen | Hansen et al v. Accord Healthcare, Inc. | 2:18-cv-07899 |
| Linda Nelson | Nelson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-08400 |
| Sheila Purvis | Purvis v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-6906 |
| Julie Melbourne-Weaver | Melbourne-Weaver v. Sanofi US Services Inc. et al | 2:18-cv-07898 |
| Gloria Clark | Clark v. Sanofi US Services Inc. et al | 2:18-cv-09593 |
| Joyce Lynch | Lynch v. Sanofi US Services Inc. et al | 2:18-cv-07903 |
| Jacqueline Collazo | Collazo et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-11367 |
| Carol Darling | Darling et al v. Sanofi US Services Inc. et al | 2:18-cv-11021 |
| Doris Durham | Durham v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13387 |
| Tamara Jones | Jones et al v. Sandoz Inc. et al | 2:19-cv-11335 |
| Delores Oates | Oates v. Sanofi US Services Inc. et al | 2:18-cv-09625 |
| Audrey Brewer | Brewer et al v. Accord Healthcare, Inc. et al | 2:18-cv-09605 |
| Theresa Smith | Smith et al v. Sanofi US Services Inc. et al | 2:20-cv-01997 |
| Ana Varela | Varela v. Sanofi US Services Inc. et al | 2:18-cv-08476 |
| Doris Markowitz | Markowitz v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14230 |
| Obelia Duncan | Duncan v. Sanofi US Services Inc. et al | 2:18-cv-08807 |
| Tamica Belo | Belo v. Accord Healthcare, Inc. | 2:18-cv-08817 |
| Karen Caselli | Caselli v. Accord Healthcare, Inc. | 2:18-cv-08821 |
| Yvonne James | Williams v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10792 |
| Kellee Brown | Brown v. Hospira, Inc. et al | 2:18-cv-10823 |
| Katherine Meyer | Meyer v. Sanofi US Services Inc. et al | 2:18-cv-11027 |
| Sarah McKnight | McKnight et al v. Sanofi US Services Inc. et al | 2:18-cv-11029 |
| Pamela Ferguson | Ferguson et al v. Sanofi US Services Inc. et al | 2:18-cv-6889 |
| Lois Lott | Lott et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10788 |
| Shirley Johnson | Johnson v. Sanofi US Services Inc. et al | 2:19-cv-14251 |
| Vivian Gordon | Gordon et al v. Sanofi US Services Inc. et al | 2:18-cv-13766 |
| Suzanne Gatewood | Gatewood et al v. Sanofi US Services Inc. et al | 2:18-cv-13468 |
| Doris Pendergrass | Pendergrass v. Sanofi US Services Inc. et al | 2:18-cv-08228 |
| Sandra Schafer | Schafer v. Sanofi US Services Inc. et al | 2:18-cv-11052 |

| | | |
|---|---|---|
| Angela McAlister | McAlister v. Sanofi US Services Inc. et al | 2:18-cv-13656 |
| Leslie Miner | Miner v. Sanofi US Services Inc. et al | 2:18-cv-09323 |
| Bertha Foley | Foley et al v. Sanofi US Services Inc. et al | 2:18-cv-08389 |
| Doris Mitchell | Mitchell v. Sanofi US Services Inc. et al | 2:21-cv-01301 |
| Cheryl Coup | Coup v. Accord Healthcare, Inc. et al | 2:18-cv-09331 |
| Beth Fidalgo | Fidalgo et al v. Sanofi US Services Inc. et al | 2:18-cv-11082 |
| Johna Licht | Licht et al v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10825 |
| Richardina Gore | Gore et al v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-09319 |
| Sheena Johnson-Walker | Johnson-Walker et al v. Sandoz, Inc. | 2:20-cv-02031 |
| Judie Chance | Chance v. Sanofi US Services Inc. et al | 2:18-cv-11087 |
| Lourdes Lopez | Lopez et al v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10822 |
| Eva Garland | Garland et al v. Sanofi US Services Inc. et al | 2:18-cv-11032 |
| Teresa Grier | Grier v. Sanofi US Services Inc. et al | 2:18-cv-08810 |
| Ann Bullock | Bullock et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13052 |
| Suzanne Ciske | Ciske v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-13205 |
| Sue Ward | Ward v. Sanofi US Services Inc. et al | 2:18-cv-13770 |
| Anita Henry | Henry v. Sanofi US Services Inc. et al | 2:18-cv-10976 |
| Kimberly Eastep | Eastep et al v. Hospira Worldwide, LLC et al | 2:19-cv-31 |
| Maria Roach | Roach v. Sanofi US Services Inc. et al | 2:18-cv-13234 |
| Yvonne Pottle | Pottle v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10263 |
| Ruth Stuckey-Henry | Stuckey-Henry v. Accord Healthcare, Inc. et al | 2:18-cv-09332 |
| Josephine Armstrong | Armstrong et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13740 |
| Emma Lawrence | Lawrence et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10876 |
| Anissa Madamidola | Madamidola et al v. Sanofi US Services Inc. et al | 2:18-cv-08908 |
| Sheena Wright | Wright et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13183 |
| Patricia Simons | Simons v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. et al | 2:18-cv-08415 |
| Cheryl Saathoff | Saathoff v. Sanofi US Services Inc. et al | 2:18-cv-14334 |
| Lisa Sanchez | Sanchez v. Sanofi US Services Inc. et al | 2:18-cv-09274 |
| Linda Saunders | Saunders v. Sanofi US Services Inc. et al | 2:18-cv-14335 |
| Faye Simmons | Simmons v. Simmons et al | 2:18-cv-09634 |
| Dulce Knox | Knox v. Sanofi US Services Inc. et al | 2:20-cv-02303 |
| Lisa Pierce | Pierce v. Sanofi US Services Inc. et al | 2:18-cv-10654 |
| Sandra Streeter | Streeter v. Sanofi US Services Inc. et al | 2:19-cv-14284 |
| Carol Doppler | Doppler v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14243 |
| Phillipa Rolle | Rolle v. Accord Healthcare, Inc. et al | 2:18-cv-09538 |
| Linda Hill | Hill et al v. Accord Healthcare, Inc. | 2:18-cv-10437 |
| Linda Terry | Terry et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10467 |
| Patsy Washington | Washington et al v. Sanofi US Services Inc. et al | 2:18-cv-09556 |
| Kanika Williams | Williams v. Accord Healthcare, Inc. et al | 2:18-cv-09695 |
| Paula Tandon | Tandon et al v. Accord Healthcare, Inc. | 2:18-cv-13165 |
| Mandy Campbell | Campbell et al v. Hospira Worldwide, LLC et al | 2:18-cv-09167 |
| Cynthia Svehla | Svehla et al v. Sanofi US Services Inc. et al | 2:18-cv-10472 |
| Katherine South | South v. Sanofi US Services Inc. et al | 2:18-cv-13660 |
| Carmelita Escarcega | Escarcega v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-13197 |
| Susana McCoy | McCoy v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10424 |
| Melanie McMillan | McMillan et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10481 |
| Nelcie Morgan | Morgan v. Sandoz Inc. | 2:18-cv-10603 |
| Teresa Mitchell | Mitchell et al v. Sanofi US Services Inc. et al | 2:18-cv-09726 |
| Leona McKines | McKines v. Accord Healthcare, Inc. et al | 2:18-cv-10594 |
| Shirley Doddy | Doddy et al v. Sanofi US Services Inc. et al | 2:18-cv-14336 |
| Earnestine Belton | Belton v. Sanofi US Services Inc. et al | 2:20-cv-02218 |
| Caroline Pearson | Pearson v. Sanofi US Services Inc. et al | 2:19-cv-14555 |
| Sindy Minor | Minor v. Sanofi US Services Inc. et al | 2:18-cv-09641 |
| Lisa Owens | Owens et al v. Sandoz, Inc. | 2:19-cv-11921 |
| Vicki Burgess | Burgess et al v. Accord Healthcare, Inc. et al | 2:18-cv-09728 |
| Ann Benigno | Benigno et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10566 |
| Elizabeth Brucie | Brucie v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:18-cv-09638 |
| Elizabeth Kennedy | Kennedy v. Sanofi US Services Inc. et al | 2:18-cv-09628 |
| Julie Clem | Clem v. Sanofi US Services Inc. et al | 2:18-cv-13853 |
| Cynthia Clemenza | Clemenza et al v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10794 |
| Kathy Barnes-Gordon | Barnes-Gordon v. Sanofi US Services Inc. et al | 2:18-cv-11089 |

| | | |
|---|---|---|
| Deborah Sarnie | Sarnie et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10469 |
| Mary Violette | Violette et al v. Sanofi US Services Inc. et al | 2:18-cv-09266 |
| Patricia Williams | Williams v. Sanofi US Services Inc. et al | 2:18-cv-11104 |
| Tina Gumbs | Gumbs v. Sanofi US Services Inc. et al | 2:18-cv-09024 |
| Margaret Schriefer | Schriefer v. Sanofi US Services Inc. et al | 2:19-cv-14391 |
| Paulette Martin | Martin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10545 |
| Nettie Roberts | Roberts et al v. Sanofi US Services Inc. et al | 2:18-cv-13826 |
| Sophia Johnson | Johnson et al v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10587 |
| Michele Shearin | Shearin et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13577 |
| Ernestine Brennan | Brennan v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10600 |
| Christine Graves | Graves v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13724 |
| Elaine Laurin | Laurin v. Sanofi US Services Inc. et al | 2:21-cv-00061 |
| Nicole Matis | Matis et al. Accord Healthcare, Inc. | 2:18-cv-10596 |
| Lori Harp | Harp et al v. Sanofi US Services Inc. et al | 2:18-cv-12791 |
| Linda Bush | Bush v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10617 |
| Joyce Burleson | Burleson v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10657 |
| Ora Vaughn | Vaughn v. Sanofi US Services Inc., et al | 2:18-cv-10655 |
| Michelle Bolte | Bolte v. Sandoz Inc. | 2:18-cv-10656 |
| Gwendolyn Henderson | Henderson v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10918 |
| Janine Fuchs | Fuchs v. Sanofi US Services Inc. et al | 2:18-cv-13852 |
| Jamie Ramsey | Ramsey v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-13902 |
| Dedra McGhee | McGhee v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10614 |
| Leta Lacey | Lacey v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13649 |
| Sheila Allen | Allen v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10688 |
| Geneva Betties | Betties v. Sanofi US Services Inc. et al | 2:18-cv-13774 |
| Janet Haworth | Haworth v. Sanofi US Services Inc. et al | 2:20-cv-00586 |
| Carla Lee | Lee et al v. Sanofi US Services Inc. et al | 2:18-cv-09171 |
| Jennifer Richardson | Richardson v. Sanofi US Services Inc. et al | 2:18-cv-13570 |
| Jennifer Payne | Payne v. Sanofi US Services Inc. et al | 2:18-cv-09727 |
| Joyce Long | Long v. Sanofi US Services Inc. et al | 2:19-cv-00064 |
| Gladys Rasmussen | Rasmussen et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-12857 |
| Diana Starbird | Starbird et al v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10932 |
| Peggy Roller | Roller et al v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-13105 |
| Tammy Bradwell | Bradwell v. Hospira Worldwide, LLC et al | 2:18-cv-10736 |
| Loretta Holt | Holt v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13645 |
| Cynthia McIntosh | McIntosh et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13176 |
| Shiray Person | Person v. Sanofi US Services Inc. et al | 2:18-cv-11326 |
| Charlotte Dihoff | Dihoff v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10716 |
| Myrta Hendrickson | Hendrickson et al v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10831 |
| Gwendolyn Simms | Simms v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13314 |
| Carmen Emerson | Emerson et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10529 |
| Karen Pfleiderer | Pfleiderer v. Sanofi US Services Inc. et al | 2:19-cv-10905 |
| Donna Cantrell | Cantrell v. Sanofi US Services Inc. et al | 2:19-cv-00046 |
| Virginia Elmore | Elmore et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10293 |
| Deborrah Moses | Moses v. Sanofi US Services Inc. et al | 2:18-cv-13805 |
| Mary Cooksey | Cooksey v. Hospira Worldwide, LLC et al | 2:19-cv-00017 |
| Sharon Hughes | Hughes v. Sanofi US Services Inc. et al | 2:19-cv-525 |
| Alice Peyton | Peyton v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10261 |
| June Johnson | Johnson v. Sanofi US Services Inc. et al | 2:20-cv-00549 |
| Patty Bennett | Bennett et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10260 |
| Linda Rodecker | Rodecker et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13101 |
| Tracy Johnson | Johnson et al v. Sanofi US Services Inc. et al | 2:20-cv-02614 |
| Donna Carter-Solomon | Carter-Solomon v. Sanofi US Services Inc. et al | 2:18-cv-13831 |
| Priscilla Deaton | Deaton et al vs. Sanofi US Services Inc. et al | 2:18-cv-12995 |
| Darlene Burgess | Burgess v. Hospira Worldwide, LLC et al | 2:19-cv-79 |
| Susan Cunningham | Cunningham v. Sanofi US Services Inc. et al | 2:19-cv-34 |
| Pamela Holtz | Holtz v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13551 |
| Stephanie Ivery | Ivery v. Sanofi US Services Inc. et al | 2:19-cv-00080 |
| Veronica DeBetham-Taylor | DeBetham-Taylor v. Sanofi US Services Inc. et al | 2:18-cv-13300 |
| Annie Johnson-Smith | Johnson-Smith v. Sanofi US Services Inc. et al | 2:19-cv-14342 |
| Virginia Fain | Fain v. Hospira Worldwide, LLC et al | 2:19-cv-00006 |

| | | |
|---|---|---|
| Patricia Cohen | Cohen v. Sanofi US Services Inc. et al | 2:19-cv-68 |
| Teressa Carter | Carter et al v. Sanofi US Services Inc. et al | 2:18-cv-13829 |
| Kalita Stubbs | Stubbs et al v. Sanofi US Services Inc. et al | 2:18-cv-12800 |
| Lillie Anderson | Anderson v. Sanofi US Services Inc. et al | 2:18-cv-13453 |
| Candace Williams | Williams v. Sanofi US Services Inc. et al | 2:18-cv-13851 |
| Ladell Wright | Wright v. Sanofi US Services Inc. et al | 2:20-cv-02621 |
| Reathea McNair | McNair v. Sanofi US Services Inc. et al | 2:18-cv-13692 |
| Yvonne Bell | Bell et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13334 |
| Cary Davis | Davis v. Sanofi US Services Inc. et al | 2:18-cv-13336 |
| Hope Manderson | Manderson v. Sanofi US Services Inc. et al | 2:18-cv-13739 |
| Denise Kemp | Kemp v. Accord Healthcare, Inc. et al | 2:18-cv-13742 |
| Montez Carter | Carter et al v. Sanofi US Services Inc. et al | 2:19-cv-00007 |
| Shirley Smirnov | Smirnov v. Sanofi US Services Inc. et al | 2:19-cv-14119 |
| Marjory Paganelli | Paganelli v. Sanofi US Services Inc. et al | 2:18-cv-13813 |
| Sandra Atkinson | Atkinson v. Sanofi US Services Inc. et al | 2:19-cv-14121 |
| Adrienne Hull | Hull v. Sanofi US Services Inc. et al | 2:18-cv-13156 |
| Cherry Nichols | Nichols v. Sanofi US Services Inc. et al | 2:18-cv-13011 |
| Vickie Converse | Converse v. Hospira Worldwide, LLC et al | 2:18-cv-12558 |
| Patricia Rivera | Rivera v. Sanofi US Services Inc. et al | 2:18-cv-13566 |
| Constance Frailey | Frailey et al v. Sanofi US Services Inc. et al | 2:19-cv-00004 |
| Belinda Harris | Harris v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13216 |
| Joanne Simon | Simon v. Sanofi US Services Inc. et al | 2:19-cv-14215 |
| Ann Taylor | Taylor v. Sanofi US Services Inc. et al | 2:18-cv-13819 |
| Victoria Stretz | Stretz v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13208 |
| Bobbie Thomas | Thomas v. Sandoz, Inc. et al | 2:20-cv-02626 |
| Phillis Gray | Gray v. Sandoz Inc. et al | 2:18-cv-13751 |
| Heather Bokelkamp | Bokelkamp v. Sanofi US Services Inc. et al | 2:18-cv-13642 |
| Renee Dilorenzo | Dilorenzo et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13655 |
| Angela Hicks | Hicks v. Sanofi US Services Inc. et al | 2:19-cv-00012 |
| Cathie McShane | McShane v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-13129 |
| Tonya Williams | Williams v. Sanofi US Services Inc. et al | 2:18-cv-12215 |
| Robin Waters | Waters v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13547 |
| Delia Crescini | Crescini v. Sanofi US Services Inc. et al | 2:18-cv-14328 |
| Christine Gooch | Gooch v. Sanofi US Services Inc. et al | 2:18-cv-13840 |
| Susan Williams | Williams v. Hospira Worldwide, LLC et al | 2:18-cv-11969 |
| Bobbi Adams | Adams v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10720 |
| Christine Greszczuk | Greszczuk v. Sanofi US Services Inc. et al | 2:18-cv-13635 |
| Wanda Vaughan | Vaughan v. Sanofi US Services Inc. et al | 2:18-cv-13849 |
| Barbara Goldsby | Goldsby v. Sanofi US Services Inc. et al | 2:18-cv-13848 |
| Tomekya Johnson | Johnson v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-13202 |
| Jennifer Anthony | Anthony et al v. Sanofi US Services Inc. et al | 2:18-cv-11940 |
| Lillie Thompson | Thompson v. Sanofi US Services Inc. et al | 2:18-cv-13408 |
| Zenita Pierce | Pierce v. Sandoz, Inc. | 2:19-cv-20 |
| Nancy Kratzer | Kratzer v. Sanofi US Services Inc. et al | 2:20-cv-00595 |
| Ella Phillips | Phillips et al v. Sanofi US Services Inc. F/K/A Sanofi-Aventis U.S. Inc. et al | 2:21-cv-00849 |
| Phyllis Holmes | Holmes v. Sanofi US Services Inc. et al | 2:18-cv-13562 |
| Rosie Bailey | Bailey et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13664 |
| Kristina Bizier | Bizier et al v. Sanofi US Services Inc. et al | 2:18-cv-13603 |
| Judy Luke | Luke v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13658 |
| Kim Strange | Strange v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-13280 |
| Karen Nichols | Nichols v. Sanofi US Services Inc. et al | 2:20-cv-00590 |
| Pamela Jackson | Jackson v. Sanofi US Services Inc. et al | 2:19-cv-18 |
| Susan Savino | Savino et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13294 |
| Gwendolyn McCain | McCain v. Sanofi US Services Inc. et al | 2:18-cv-13657 |
| Dedra Loye | Loye et al v. Sanofi US Services Inc. et al | 2:18-cv-13607 |
| Camille Fennell | Fennell v. Sandoz, Inc. | 2:18-cv-14337 |
| Kathleen Nasenbeny | Nasenbeny v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-10477 |
| Peggy Horst | Horst v. Sanofi US Services Inc. et al | 2:18-cv-13400 |
| Ermalinda Aleman | Aleman v. Sanofi US Services Inc. et al | 2:18-cv-14339 |
| Jo Ann Hopper | Hopper et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13299 |
| Lisa Chaney | Chaney v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13369 |

| | | |
|---|---|---|
| Judith Miller | Miller v. Sanofi US Services Inc. et al | 2:18-cv-13839 |
| Cindy Buford | Buford et al v. Sanofi US Services Inc. et al | 2:18-cv-13066 |
| Lilia Gaskin | Gaskin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-13976 |
| Lisa Pfaff | Pfaff v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14565 |
| Catharine Hones | Hones v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14456 |
| Lori Mitchell | 2:20-cv-00728 v. Mitchell et al | 2:20-cv-00728 |
| Catherine Kirk | Kirk v. Sanofi US Services Inc. et al | 2:20-cv-02882 |
| Angela Grimes | Grimes v. Sanofi US Services Inc. et al | 2:18-cv-12905 |
| Julie Mineard | Mineard v. Sanofi US Services Inc. et al | 2:18-cv-13841 |
| Christi Pankonin | Pankonin v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14519 |
| Diane Bingham | Bingham v. Sanofi US Services Inc. et al | 2:18-cv-13844 |
| Kayrenne Walker | Walker v. Sanofi US Services Inc. et al | 2:18-cv-13646 |
| Yascara Souffrain | Souffrain v. Hospira Worldwide, LLC et al | 2:19-cv-13972 |
| Martha Coats | Coats v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13579 |
| Maria Sanchez | Sanchez v. Sanofi-Aventis U.S. LLC et al | 2:18-cv-10717 |
| Regina McCray | McCray v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13249 |
| Lisa Pulliam | Pulliam et al v. Sanofi US Services Inc. et al | 2:19-cv-90 |
| Mary Hirsh | Hirsh et al v. Sanofi US Services Inc. et al | 2:19-cv-9484 |
| Greeta Burbage | Burbage v. Hospira Worldwide, LLC et al | 2:18-cv-12846 |
| Anna Salinetro | Salinetro v. Sanofi US Services Inc. et al | 2:19-cv-529 |
| Deborah Williams | Williams v. Sanofi US Services Inc. et al | 2:18-cv-13428 |
| Frances Pulley | Pulley v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13713 |
| Peggy Mason | Mason v. Sanofi US Services Inc. et al | 2:18-cv-13601 |
| Vicki MacDonald | MacDonald v. Sanofi US Services Inc. et al | 2:18-cv-13850 |
| Marolyn Handy | Handy v. Sanofi US Services Inc. et al | 2:18-cv-13221 |
| Susan Joy-Sobota | Joy-Sobota v. Sanofi US Services Inc. et al | 2:19-cv-14123 |
| Jeanette Varkoly | Varkoly v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14143 |
| Carol Thoman | Thoman v. Actavis LLC et al | 2:20-cv-00608 |
| Darlene Kedelty | Kedelty v. Sandoz Inc. | 2:19-cv-10908 |
| Graciela Guerrero | Guerrero v. Sanofi US Services Inc. et al | 2:20-cv-00565 |
| Teresa Shores | Shores v. Hospira Worldwide, LLC et al | 2:20-cv-00643 |
| Gwendolyn Edwards | Edwards et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13327 |
| Lisa Rodriguez | Rodriguez v. Sanofi US Services Inc. et al | 2:20-cv-02958 |
| Linda Cook | Cook v. Sanofi US Services Inc. et al | 2:20-cv-03063 |
| Donna English | English v. Sanofi US Services Inc. et al | 2:18-cv-13641 |
| Patricia Gordon | Gordon et al v. Sanofi US Services Inc. et al | 2:20-cv-02913 |
| Judith Schulz | Schulz v. Sandoz, Inc. | 2:19-cv-75 |
| Jennifer Blackwood | Blackwood v. Sanofi US Services Inc. et al | 2:20-cv-02902 |
| Judith McShea | McShea v. Sanofi US Services Inc. et al | 2:18-cv-13836 |
| Veronica McGovern | McGovern v. Sanofi US Services Inc. et al | 2:21-cv-01641 |
| Barbara Petrie | Petrie v. Sanofi US Services Inc. et al | 2:18-cv-13643 |
| Deborah Denmark | Denmark et al v. Sanofi US Services Inc. et al | 2:18-cv-13439 |
| Gloria Christensen | Christensen v. Sanofi US Services Inc. et al | 2:20-cv-02889 |
| Alleshia Wearing | Wearing et al v. Sanofi US Services Inc. et al | 2:18-cv-13835 |
| Alice Dieudonne | Dieudonne v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13667 |
| Consuelo Shively | Shively v. Sanofi US Services Inc. et al | 2:18-cv-13636 |
| Lisa Browne | Browne et al v. Sanofi US Services Inc. et al | 2:18-cv-13715 |
| Faye Dodson | Dodson et al v. Sanofi US Services Inc. et al | 2:20-cv-02959 |
| Annie Hennington | Hennington v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13271 |
| Elizabeth Moore | Moore v. Sanofi US Services Inc. et al | 2:18-cv-13554 |
| Emma Frand | Frand v. Sanofi US Services Inc. et al | 2:20-cv-00635 |
| Patricia Frink | Frink v. Sanofi US Services Inc. et al | 2:18-cv-13825 |
| Debra Thomas | Thomas v. Sanofi US Services Inc. et al | 2:20-cv-01467 |
| Urita Breen | Breen v. Sanofi US Services Inc. et al | 2:20-cv-02989 |
| Tammy Gibbons | Gibbons v. Sanofi US Services Inc. et al | 2:18-cv-13860 |
| Kathleen Misciasci | Misciasci v. Hospira Worldwide, LLC et al | 2:19-cv-14145 |
| Virginia Hutchins | Hutchins v. Sanofi US Services Inc. et al | 2:18-cv-13553 |
| Paula Taylor | Taylor v. Accord Healthcare, Inc. | 2:19-cv-14250 |
| Mary Bills | Bills v. Sanofi US Services Inc. et al | 2:20-cv-03307 |
| Susan Wetzel | Wetzel v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:18-cv-13640 |
| Sharyl Schuller | Schuller v. Hospira Worldwide, LLC et al | 2:20-cv-00731 |

| | | |
|---|---|---|
| Terri Collins | Collins v. Sanofi US Services Inc. et al | 2:21-cv-00851 |
| Chelsea Hunt | Hunt v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14568 |
| Alicia De Anda | De Anda v. Sanofi US Services Inc. et al | 2:20-cv-00694 |
| Tracy Peters | Peters et al v. Sanofi US Services Inc. et al | 2:20-cv-03380 |
| Emily Kroboth | Kroboth et al v. Sanofi US Services Inc. et al | 2:20-cv-03196 |
| Avon Gainer | Gainer v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19--cv-14515 |
| Ora Machado | Machado v. Sandoz Inc. | 2:19-cv-14152 |
| Mary Roache | Roache v. Sanofi US Services Inc. et al | 2:20-cv-00702 |
| Shirley Laskey | Laskey et al v. Sanofi US Services Inc. et al | 2:21-cv-01644 |
| Terry Pollard | Pollard v. Sanofi US Services Inc. et al | 2:21-cv-00021 |
| Kae Schlisman-Bullis | Schlisman-Bullis v. Sanofi US Services Inc. et al | 2:19-cv-14237 |
| Angel Stroh | Stroh v. Accord Healthcare, Inc. et al | 2:20-cv-00742 |
| Karin Miller | Miller v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14503 |
| Latrice Bing | Bing v. Sanofi US Services Inc. et al | 2:19-cv-14309 |
| Nahyira Tacktuck | Tacktuck v. Sanofi US Services Inc. et al | 2:19-cv-14462 |
| Ann Coyne | Coyne et al v. Sanofi US Services Inc. et al | 2:19-cv-09555 |
| Jacklyn Jones | Jones v. Sanofi US Services Inc. et al | 2:20-cv-00708 |
| Terri Brown | Brown v. Sandoz Inc. et al | 2:19-cv-14241 |
| Nancy Burkett | Burkett v. Sanofi US Services Inc. et al | 2:19-cv-09488 |
| Barbara Cook | Cook v. Hospira Worldwide, LLC et al | 2:19-cv-14346 |
| Anna Anderson | Anderson v. Sanofi US Services Inc. et al | 2:19-cv-14155 |
| Tammy Smith | Smith v. Hospira Worldwide, LLC et al | 2:19-cv-14244 |
| Doris Rayfield | Rayfield v. Sanofi US Services Inc. et al | 2:20-cv-00748 |
| Virginia Nuss | Nuss v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14572 |
| Linda Loomis | Loomis v. Sanofi US Services Inc. et al | 2:21-cv-01677 |
| Deborah Veader | Veader v. Hospira Worldwide, LLC et al | 2:19-cv-14246 |
| Laura Gintert | Gintert v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14395 |
| Maria Curtis | Curtis v. Sanofi US Services Inc. et al | 2:19-cv-14172 |
| Connie Pou | Pou v. Sanofi US Services Inc. et al | 2:19-cv-14528 |
| Vanessa Cano | Cano v. Sanofi US Services Inc. et al | 2:21-cv-00260 |
| Evelyn Smith | Smith v. Sanofi US Services Inc. et al | 2:20-cv-00744 |
| Luz Vogl | Vogl v. Sanofi US Services Inc. et al | 2:19-cv-14167 |
| Diana Escanaverino | Escanaverino v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14379 |
| Denise Scott | Scott v. Sanofi US Services Inc. et al | 2:19-cv-14002 |
| Karen Donato | Donato v. Sanofi US Services Inc. et al | 2:19-cv-14011 |
| Catherine Forsling | Forsling v. Hospira Worldwide, LLC et al | 2:19-cv-14178 |
| Joann Miller | Miller v. Sanofi US Services Inc. et al | 2:20-cv-00751 |
| Gloria Pryor | Pryor v. Sanofi US Services Inc. et al | 2:19-cv-14176 |
| Maria Costa | Costa v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14372 |
| Clara Lawhead | Lawhead v. Hospira Worldwide, LLC et al | 2:19-cv-14023 |
| Sharon Biach | Biach v. Sanofi US Services Inc. et al | 2:19-cv-14012 |
| Yasmine Kareem | Kareem v. Sanofi US Services Inc. et al | 2:19-cv-14272 |
| Teresa Williamson | Williamson et al v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-12222 |
| Linda Hill | Hill v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14245 |
| Kelly Denney | Denney v. Hospira Worldwide, LLC et al | 2:19-cv-14046 |
| Brenda Popke | Popke v. Hospira Worldwide, LLC et al | 2:20-cv-00752 |
| Patricia Breach | Breach v. Hospira Worldwide, LLC et al | 2:19-cv-14185 |
| LaFonda Brown | Brown v. Sanofi US Services Inc. et al | 2:19-cv-14013 |
| Mary Curtis | Curtis v. Sanofi US Services Inc. et al | 2:19-cv-14529 |
| Rhonda Morgan | Morgan v. Hospira Worldwide, LLC et al | 2:19-cv-14195 |
| Carolyn Howard | Howard v. Hospira Worldwide, LLC et al | 2:19-cv-14037 |
| Kathleen Hannah | Hannah v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14448 |
| Olivette Rogers | Rogers v. Sanofi US Services Inc. et al | 2:19-cv-14224 |
| Lynn Bankston | Bankston v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. et al | 2:19-cv-14240 |
| Doris Jones | Jones v. Sanofi US Services Inc. et al | 2:20-cv-00758 |
| Sylvia Livingston | Livingston v. Sanofi US Services Inc. et al | 2:21-cv-01314 |
| Teresa Adkins | Adkins v. Sanofi US Services Inc. et al | 2:19-cv-14051 |
| Donna Slaton | Slaton v. Sanofi US Services Inc. et al | 2:19-cv-14225 |
| Gloria Orr | Orr v. Sanofi US Services Inc. et al | 2:19-cv-14509 |
| Nadine Campbell | Campbell v. Sanofi US Services Inc. et al | 2:19-cv-14064 |
| Kimberlie Jensen | Jensen v. Sanofi US Services Inc. et al | 2:20-cv-03327 |

| | | |
|---|---|---|
| Constance Mengel | Mengel v. Sanofi US Services Inc. et al | 2:19-cv-14220 |
| Kimberly Matthews | Matthews v. Sanofi US Services Inc. et al | 2:20-cv-03337 |
| Tatiana Cohen | Cohen v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14553 |
| Carolyn Odom | Odom v. Sanofi US Services Inc. et al | 2:20-cv-00680 |
| Inez Elam | Elam v. Sanofi US Services Inc. et al | 2:19-cv-14645 |
| Linda Hull | Hull v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14468 |
| Michelle Carlisle | CARLISLE v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:21-cv-1674 |
| Cindy Morris | Morris v. Sanofi US Services Inc. et al | 2:19-cv-14229 |
| Lena Jones | Jones v. Sanofi US Services Inc. et al | 2:20-cv-00675 |
| Tamara Hayden | Hayden v. Sandoz, Inc. | 2:20-cv-00709 |
| Theresa Clark | Clark v. Sanofi US Services Inc. et al | 2:19-cv-14520 |
| Sarah Haney | Haney v. Sanofi US Services Inc. et al | 2:22-cv-02859 |
| Jill Craig | Craig v. Sanofi US Services Inc. et al | 2:19-cv-14047 |
| Margie Sebring | Sebring v. Sanofi US Services Inc. et al | 2:19-cv-14493 |
| Velisa Johnson | Johnson v. Sanofi US Services Inc. et al | 2:21-cv-01681 |
| Cynthia Carter | Carter v. Sanofi US Services Inc. et al | 2:20-cv-00671 |
| Lynn McGrory | McGrory v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14527 |
| Juanita Garcia | Garcia v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al | 2:19-cv-14405 |
| Stephanie Goss | Goss v. Sanofi US Services Inc. et al | 2:19-cv-14574 |
| Teresa Maldonado | Maldonado v. Sanofi US Services Inc. et al | 2:21-cv-01574 |
| Shannon Jedlicka | Jedlicka v. Sanofi US Services Inc. et al | 2:19-cv-14547 |
| Janice Davis | Davis v. Sanofi US Services et al. | 2:19-cv-12251 |
| Lenetta Thompson | Thompson v. Sandoz Inc. et al. | 2:19-cv-10862 |
| Leslie Bordus | Leslie Bordus v. Sanofi US Services Inc. et al. | 2:19-cv-13736 |
| Louise Plant | Plant v. Hospira Worldwide, LLC et al | 2:19-cv-12283 |
| Beverly Copeland | Copeland v. Sanofi US Services Inc. et al | 2:18-cv-06486 |
| Louella Watkins | Watkins v. Sanofi US Services Inc., et al. | 2:17-cv-17259 |
| Brenda Wilkins | Wilkins v. Sanofi US Services, Inc. et al. | 2:19-cv-10869 |
| Lisa McIntire | McIntire v. Sanofi SA et al. | 2:17-cv-17269 |
| Carla Ingram | Ingram v. Sanofi SA et al. | 2:17-cv-17307 |
| Lula Gibbs | Gibbs v. Sanofi SA et al. | 2:17-cv-17249 |
| Margarita Mugleston | Mugleston v. Sanofi US Services Inc. et al | 2:19-cv-02205 |
| Cindy Ramsey | Ramsey v. Hospira Worldwide, LLC et al | 2:19-cv-00473 |
| Connie Hale | Hale v. Sanofi US Services Inc. et al. | 2:19-cv-08556 |
| Patricia Via | Via v. Sanofi US Services, Inc. | 2:18-cv-9374 |
| Polly Rodgers | Rodgers v. Sanofi US Services Inc. et al. | 2:18-cv-6473 |
| Debra Mathis | Mathis v. Sanofi US Services Inc. et al. | 2:18-cv-06483 |
| Rebecca Schulze | Schulze v. Accord Healthcare, Inc. | 2:19-cv-12781 |
| Donna Spada | Spada v. Sanofi US Services, Inc. et al. | 2:19-cv-12775 |
| Rebekkah McKnight | McKnight v. Sanofi US Services Inc. et al. | 2:18-cv-09372 |
| Rhonda Mitchell | Rhonda Mitchell v. Sanofi US Services, Inc. et al. | 2:19-cv-03972 |
| Ellen Kelley | Kelley v. Sanofi SA et al. | 2:17-cv-17302 |
| Faustina Thompson | Thompson v. Sanofi S.A. et al. | 2:17-cv-17262 |
| Robin Chieves | Robin Chieves v. Sandoz Inc. | 2:19-cv-11372 |
| Gayle Cain | Cain v. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc. | 2:18-cv-09341 |
| Hattie Triplett | Triplett v. Sanofi US Services Inc. | 2:18-cv-11136 |
| Sharon Schneider | Schneider v. Hospira Worldwide, LLC | 2:19-cv-13068 |
| Jacqueline Rogers | Rogers v. Sanofi S.A. et al. | 2:17-cv-17222 |
| Sibbie Smith | Smith v. Sanofi US Services Inc. | 2:18-cv-10216 |
| Jeanne Smith | Smith v. Sanofi S.A .et al. | 2:17-cv-17265 |
| Joyce Woodard | Woodard v. Sanofi Services Inc. et al. | 2:19-cv-2210 |
| Judi Cochran | Judi Cochran v. Sanofi S.A. et al. | 2:17-cv-17309 |
| Judith Anthony | Anthony v. Sanofi US Services Inc. F/K/A Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC | 2:18-cv-09334 |
| Kathleen Jackson | Jackson v. Sandoz, Inc. | 2:19-cv-09924 |
| Judy Carlson | Carlson v. Sanofi US Services Inc., et al | 2:17-cv-17950 |
| Susan Shaulis | Shaulis v. Sanofi US Services Inc. et al. | 2:18-cv-10231 |
| Valerie Richardson | Richardson v. Sanofi US Services, Inc. et al. | 2:18-cv-10226 |
| Wanda Jones | Jones v. Sanofi US Services Inc. et al. | 2:19-cv-13756 |
| Mary Reinhardt | Reinhardt v. Sanofi US Service Inc. et al | 2:19-cv-1034 |
| Frances Papsch | Papsch v. Sanofi US Services Inc. et al. | 2:19-cv-09814 |
| Rhonda Newman | Newman v. Hospira Worldwide, LLC et al. | 2:19-cv-02387 |

| | | |
|---|---|---|
| Pat Potter | Potter v. Sanofi US Services Inc. et al. | 2:19-cv-10866 |
| Gretta Chapel | Martin v. Sanofi SA et al. | 2:17-cv-17223 |
| Iris Madden | Madden v. Sanofi SA et al. | 2:17-cv-17299 |
| Diane Marshall | Marshall v. Accord Healthcare, Inc. | 2:19-cv-00503 |
| Karen Dodson | Dodson v. Sanofi US Services Inc. et al. | 2:18-cv-9354 |
| Becky Flook | Flook v. Sanofi US Services Inc. et al. | 2:19-cv-07291 |
| Mary Young | Young v. Accord Healthcare, Inc. | 2:19-cv-2034 |
| Queen Middleton | Queen Middleton v. Sanofi US Services Inc. et al | 2:18-cv-03660 |
| Jo Hillyard | Hillyard v. Sanofi US Services Inc. et al. | 2:19-cv-12291 |
| Marlene Hildebrandt | Hildebrandt v. Sanofi US Services Inc. et al. | 2:18-cv-04521 |
| Rebecca Martin | Martin v. Sanofi SA et al. | 2:17-cv-17298 |
| Bonnie Hahn | Hahn v. Accord Healthcare Inc. | 2:18-cv-04740 |
| Delilah Harris-Finney | Harris-Finney v. Sanofi SA et al. | 2:17-cv-17306 |
| Nartasha Bacon | Bacon v. Sanofi US Services Inc. et al | 2:18-cv-9336 |
| Dianne Humphrey | Humphrey v. Accord Healthcare Inc. | 2:17-cv-17957 |
| Lisa Kelley | Kelley v. Sanofi US Services Inc. | 2:19-cv-11770 |
| Gennisa Colar | Colar v. Sanofi US Services Inc. et al | 2:19-CV-14569 |
| Glenda Franklin | Franklin v. Sanofi US Services Inc. et al | 2:21-cv-00622 |
| Veronica Hill | Hill v. Sanofi US Services Inc. et al | 2:21-cv-00629 |
| Janet Weeks | Weeks v. Sanofi US Services Inc. et al | 2:21-cv-00681 |
| Cherlyn Brice | Brice v. Accord Healthcare, Inc. | 2:21-cv-00687 |
| Patricia Gray | Gray v. Sanofi US Services Inc. et al | 2:21-cv-00683 |
| Katherine Wilson | Wilson v. Sanofi US Services Inc. et al | 2:21-cv-00692 |
| Raizel Heitzer | Heitzer v. Sanofi US Services Inc. et al | 2:21-cv-00702 |
| Patricia Lepore | Lepore v. Sanofi US Services Inc. et al | 2:21-cv-00700 |
| Vicky Burgess | Burgess et al v. Sanofi US Services Inc. et al | 2:21-cv-01126 |
| Claira Maples | Maples v. Sun Pharma Global FZE et al | 2:19-cv-12648 |
| Laverne Woods | Woods v. Sanofi S.A. et al | 2:17-cv-17267 |