**UNITED STATES DISTRICT CnOURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL DOCKET NO. 2740** |
| | ) | |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | | HON. JANE TRICHE MILAZZO |

*All cases where Sanofi-Aventis U.S. LLC*
*is named as a defendant*

<u>**NOTICE OF APPEARANCE**</u>

Please enter the appearance of Nancy E. Donahue of the law firm Shook, Hardy & Bacon

L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: November 29, 2022                Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

*/s/ Nancy E. Donahue*
Nancy E. Donahue
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Phone: (816) 474-6550
Facsimile: (816) 421-5547
Email: ndonahue@shb.com

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 29, 2022, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which sent notification of such filing to all counsel of record.


*/s/ Nancy E. Donahue*

Nancy E. Donahue

*Attorney for Defendant Sanofi-Aventis U.S. LLC*