UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Nancy Haeni*, Case No. 2:17-cv-13435<br><br>*Renee M. Boone*, Case No. 2:16-cv-17586 | : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

**DEFENDANTS' RESPONSE TO PLAINTIFFS NANCY HAENI
AND RENEE M. BOONE'S MOTIONS FOR RECONSIDERATION**

Defendants respond to Plaintiffs Nancy Haeni and Renee M. Boone's Motions for Reconsideration of Dismissal Order (respectively, Rec. Docs. 14981 and 14982) as follows:

At the September 13, 2022 order to show cause hearing pertaining to Case Management Order No. 12A product identification deficiencies, Plaintiffs Haeni and Boone presented contested product identification evidence in the form of purchase and/or distributor records. Their cases were dismissed over Plaintiffs' objections on the basis that the records produced to date showed multiple Defendants' products were at the facility during the relevant time period.[1] Over the course of the following months, PLC and all Defendants negotiated an Addendum to Case Management Order No. 12A, providing guidance to Plaintiffs regarding the evidence the Court will consider for a Plaintiff who seeks to identify the proper Defendants with purchase and/or distributor records evidence. The Addendum also provides for the reinstatement of certain cases

---

[1] The Hospira defendants note that a review of the "Item Description" column of the supply records produced by Plaintiff Haeni shows that only non-docetaxel Hospira products were at the facility during the relevant time period.

dismissed at the September 13, 2022 show cause hearing, and specifically provides for a meet and confer process as to reinstatement, with any disagreements to be heard at the next show cause hearing. If a case is reinstated, "those Plaintiffs shall have thirty (30) days from the Order of reinstatement to accomplish the . . . production of additional evidence" described in the Addendum.

Defendants accordingly request that Plaintiffs' motions be deferred to the meet and confer process set forth in the Addendum to CMO 12A, and, if necessary, argument at the next show cause hearing.

Respectfully submitted,

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
SHOOK HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
hratliff@shb.com
abyard@shb.com
jbaehr@shb.com

*Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

/s/ Nicholas A. Insogna
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Nicholas A. Insogna
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com
Insognan@gtlaw.com

*Counsel for Defendant Sandoz Inc.*


/s/ Neelum J. Wadhani
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com
rmoore@wc.com
nwadhani@wc.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*
Douglas J. Moore