# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Plaintiff Name: Tina Hickey<br>Case No.: 2:18-cv-04731-KDE-MBN | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to L.R. 83.2.11, the undersigned counsel hereby gives notice that Rashmi Parthasarathi is no longer associated with Johnson Law Group and should be withdrawn as counsel of record in this and all related matters on behalf of Plaintiff Tina Hickey (2:18-cv-04731-KDE-MBN). Russell W. Lewis, IV and Pierce Jones of Johnson Law Group will continue representation of Plaintiff Tina Hickey. As such, Plaintiff will not be prejudiced by this withdrawal, nor will it unduly delay these proceedings.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant this motion allowing for withdrawal as counsel for Plaintiff Tina Hickey.

Dated: November 29, 2022                                  Respectfully submitted,

JOHNSON LAW GROUP

*/s/ Russell W. Lewis, IV*
Russell W. Lewis, IV FL Bar No: 0100755
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

/s/ Pierce Jones
Pierce Jones TX Bar No: 24110061
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

*Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: November 29, 2022

                                                  /s/ Russell W. Lewis, IV
                                                Russell W. Lewis, IV


                                                /s/ Pierce Jones
                                                Pierce Jones