UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Plaintiff Name: Tina Hickey<br>Case No.: 2:18-cv-04731-KDE-MBN | |

**ORDER ON MOTION TO WITHDRAW COUNSEL**

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and attorney Rashmi Parthasarathi is **WITHDRAWN** as counsel for the above-captioned Plaintiff.

Dated: _____

_____
Honorable Jane Triche Milazzo
