UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Tina Hickey, 18-4731 | ) ) | |

## ORDER

Before the Court is a Joint Motion to Withdraw and Substitute Counsel (Doc. 15267);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Rashmi Parthasarathi shall be **WITHDRAWN** as counsel of record for the above-captioned Plaintiff.

**IT IS FURTHER ORDERED** that Russell W. Lewis, IV and Pierce Jones, of Johnson Law Group, are **SUBSTITUTED** as counsel for the above-captioned Plaintiff.

New Orleans, Louisiana, this 30th day of November, 2022.

**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**