**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION  ) <br> ) <br> ) | MDL DOCKET NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |

*All cases where Sanofi-Aventis U.S. LLC*
*is named as a defendant*

**NOTICE OF APPEARANCE**

    Please enter the appearance of Allison H. Pope of the law firm Shook, Hardy & Bacon L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: November 30, 2022　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.

　　　　　　　　　　　　　　　　　*/s/ Allison H. Pope*
　　　　　　　　　　　　　　　　　Allison H. Pope #73898
　　　　　　　　　　　　　　　　　SHOOK, HARDY& BACON L.L.P.
　　　　　　　　　　　　　　　　　2555 Grand Boulevard
　　　　　　　　　　　　　　　　　Kansas City, Missouri 64108
　　　　　　　　　　　　　　　　　Phone: (816) 474-6550
　　　　　　　　　　　　　　　　　Facsimile: (816) 421-5547
　　　　　　　　　　　　　　　　　Email: apope@shb.com

　　　　　　　　　　　　　　　　　*Attorney for Defendant Sanofi-Aventis U.S. LLC*

4884-9637-3309 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Allison H. Pope*
Allison H. Pope

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

2

4884-9637-3309 v1