UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *Davis v. Sanofi US Services Inc. et al* | |
| Plaintiff Name: Janice Davis<br>Civil Action No.: 2:19-cv-12251 | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: December 1, 2022

Respectfully submitted,

By: */s/ Danae N. Benton*
Danae N. Benton
Texas Bar No. 24080422
dbenton@ntrial.com
**Nachawati Law Group, PLLC**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFF**
**Janice Davis**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on December 1, 2022, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Danae N. Benton*
Danae N. Benton