# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE ATTACHED EXHIBIT "A" | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## MOTION TO WITHDRAW COUNSEL

Pursuant to L.R. 83.2.11, the undersigned counsel hereby gives notice that Rashmi Parthasarathi is no longer associated with Johnson Law Group and should be withdrawn as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action. The list of clients for whom Ms. Parthasarathi entered an appearance in this MDL is attached hereto as Exhibit A.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant this motion allowing for withdrawal of counsel.

Dated: December 1, 2022                              Respectfully submitted,

                                                    JOHNSON LAW GROUP

/s/ Russell W. Lewis, IV
Russell W. Lewis, IV FL Bar No: 0100755
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

/s/ Pierce Jones
Pierce Jones TX Bar No: 24110061
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

*Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 1, 2022

/s/ Russell W. Lewis, IV
Russell W. Lewis, IV

/s/ Pierce Jones
Pierce Jones