# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE ATTACHED EXHIBIT "A" | JUDGE MILAZZO MAG. JUDGE NORTH |

## ORDER ON MOTION TO WITHDRAW COUNSEL

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and attorney Rashmi Parthasarathi is **WITHDRAWN** as Plaintiffs' counsel of record listed on "Exhibit A" of the Motion;

Dated: December 1, 2022

_____
Honorable Jane Triche Milazzo