# Exhibit A

| First Name | Last Name | Case Number |
|---|---|---|
| Marcia | Fischer | 2:2017cv10036 |
| Kay | Flanagan | 2:2017cv10037 |
| Karen | Fowler | 2:2017cv10039 |
| Crystal | Galbreath | 2:2017cv10041 |
| Mary | Garcia | 2:2017cv10043 |
| Marietta | Dublin Pavon | 2:2017cv10045 |
| Anita | Crone | 2:2017cv10049 |
| Debbi | Perez | 2:2017cv10060 |
| Cathy | Perlmutter | 2:2017cv10064 |
| Bonita | Prince | 2:2017cv10068 |
| Ruby | Reed | 2:2017cv10073 |
| Anne | Riley | 2:2017cv10081 |
| Barbara | Silverstone | 2:2017cv10090 |
| Lucinda | Smith | 2:2017cv10092 |
| Phyllis | Sockwell | 2:2017cv10096 |
| Kay | Stapleton | 2:2017cv10098 |
| Leslie | Steele | 2:2017cv10100 |
| Antoinette | Stelly | 2:2017cv10101 |
| Bonnie | Stewart | 2:2017cv10102 |
| Vicki | Albanese | 2:2017cv10981 |
| Nina | Bailey | 2:2017cv10984 |
| Karen | Carlson | 2:2017cv10985 |
| Evelyn | Barry | 2:2017cv10986 |
| Kathryn | Bonner | 2:2017cv10988 |
| Laura | Castelli | 2:2017cv10990 |
| LeeAnn | Brewer | 2:2017cv10992 |
| Julie | Chaidez | 2:2017cv10994 |
| Joyce | Brown | 2:2017cv10995 |
| Catheryn | Clay | 2:2017cv10996 |
| Carole | Concannon | 2:2017cv11000 |
| Perlita | Cabusas | 2:2017cv11001 |
| Janet | Crenshaw | 2:2017cv11002 |
| Karen | Douglas | 2:2017cv11003 |
| Joella | Curtis | 2:2017cv11004 |
| Deborah | Flores | 2:2017cv11005 |
| Mandana | Dabbagh | 2:2017cv11007 |
| Kim | Fryery | 2:2017cv11009 |
| Peggy | Groat | 2:2017cv11011 |
| Charlotte | Grieselhuber | 2:2017cv11012 |
| Joeann | Haynes | 2:2017cv11013 |

| | | |
|---|---|---|
| Shannon | Herrschaft | 2:2017cv11014 |
| Maria | Inga | 2:2017cv11015 |
| Tari | Mazziotti | 2:2017cv11016 |
| Natasha | Nunnally | 2:2017cv11018 |
| Christine | Lilley | 2:2017cv11019 |
| Mary Ellen | Olin | 2:2017cv11021 |
| Maria | Ramirez | 2:2017cv11023 |
| Regina | Rocchio | 2:2017cv11024 |
| Karen | Rominger | 2:2017cv11025 |
| Peggy | Mattlage | 2:2017cv11027 |
| Kathy | Russell | 2:2017cv11028 |
| Tina | Mcgarity | 2:2017cv11030 |
| Mandie | Sabo | 2:2017cv11031 |
| Gina | McIver | 2:2017cv11033 |
| Diane | Smith | 2:2017cv11035 |
| Cynthia | Stevens | 2:2017cv11037 |
| Gwendolyn | Minners | 2:2017cv11038 |
| Angela | Stover | 2:2017cv11041 |
| Tammy | Mowrey | 2:2017cv11042 |
| Brenda | Zurlo | 2:2017cv11044 |
| Margaret | Murphy | 2:2017cv11045 |
| Sherry | Webb | 2:2017cv11049 |
| Kelly | Sanchez | 2:2017cv11053 |
| Linda | Walker | 2:2017cv11055 |
| Melissa | Shelley | 2:2017cv11057 |
| Regina | Smith | 2:2017cv11058 |
| Cyndi | Tangren | 2:2017cv11060 |
| Linda | Stonebreaker | 2:2017cv11061 |
| Kelly | Barker | 2:2017cv11068 |
| Mary | Bourche Greaves | 2:2017cv11073 |
| Carol | Patrick | 2:2017cv11074 |
| Demetria | Pierce | 2:2017cv11075 |
| Barbara | Pulli | 2:2017cv11079 |
| Sherrie | Bryant | 2:2017cv11080 |
| Kymberly | Ragan | 2:2017cv11081 |
| Jennifer | Rau | 2:2017cv11091 |
| Angela | Riggins | 2:2017cv11093 |
| Rose | Calvin | 2:2017cv11094 |
| Sheila | Carraway | 2:2017cv11095 |
| Sherry | Ross | 2:2017cv11096 |
| Mary | Royalty | 2:2017cv11100 |

| Mary | Schneider | 2:2017cv11106 |
|---|---|---|
| Jeannine | Chaney | 2:2017cv11107 |
| Tami | Cobb | 2:2017cv11115 |
| Danielle | Osley | 2:2017cv11116 |
| Mary | Shimkus | 2:2017cv11118 |
| Charlene | Cole | 2:2017cv11119 |
| Linda | Shortes | 2:2017cv11120 |
| Sandra | Courson | 2:2017cv11121 |
| Catheleen | Singh | 2:2017cv11122 |
| Malisa | Cox | 2:2017cv11123 |
| Patricia | Singleton | 2:2017cv11125 |
| Lillian | Crook | 2:2017cv11127 |
| Tamisha | Smiley | 2:2017cv11129 |
| Erica | Dezaiffe | 2:2017cv11133 |
| Lisa | Smith | 2:2017cv11134 |
| Lydia | Smith | 2:2017cv11136 |
| Danon | Diggs-Ream | 2:2017cv11137 |
| Sherry | Doan | 2:2017cv11139 |
| Jackie | Snasel | 2:2017cv11140 |
| Valarie | Dolman Barker | 2:2017cv11141 |
| Erin | Scheetz | 2:2017cv11144 |
| Yvonne | Elliott | 2:2017cv11146 |
| Janette | Stark | 2:2017cv11147 |
| Carolyn | Elmore | 2:2017cv11150 |
| Laura | Stephens | 2:2017cv11153 |
| Brenda | Evans | 2:2017cv11155 |
| Denise | Fisher | 2:2017cv11157 |
| Melissa | Fleck | 2:2017cv11161 |
| Delilah | Swinford | 2:2017cv11162 |
| Adrianne | Navarro | 2:2017cv11173 |
| Diana | Frith | 2:2017cv11174 |
| Frances | Fulton | 2:2017cv11177 |
| Dawnetta | Neubig | 2:2017cv11178 |
| Trenace | Tanke | 2:2017cv11181 |
| Wendy Ellen | Galecki Polk | 2:2017cv11187 |
| Eunice | Trayham | 2:2017cv11190 |
| Jacqueline | Greene | 2:2017cv11191 |
| Camin | Turner | 2:2017cv11192 |
| Netonya | Usher Williams | 2:2017cv11194 |
| Judy | Violette | 2:2017cv11196 |

| First | Last | Case |
|---|---|---|
| Keshia | Hammond-Merriman | 2:2017cv11198 |
| Rachael | Wells | 2:2017cv11199 |
| Marcie | Harreld | 2:2017cv11204 |
| Gail | Wooden | 2:2017cv11206 |
| Frances | Hurt | 2:2017cv11208 |
| Erica | Mullin | 2:2017cv11211 |
| Machelle | Johnson | 2:2017cv11214 |
| Erica | Mitchell | 2:2017cv11220 |
| Lorraine | Kenyon | 2:2017cv11221 |
| Anita | Miranda | 2:2017cv11223 |
| Sheila | Miller | 2:2017cv11226 |
| Theresa | Kramer | 2:2017cv11228 |
| Laura | LaPorte | 2:2017cv11231 |
| Joy | Clark | 2:2017cv11233 |
| Caroline | Mergogey | 2:2017cv11235 |
| Rita | Laymon | 2:2017cv11239 |
| HaeJin | Lee | 2:2017cv11246 |
| Joycelyn | Maddox | 2:2017cv11250 |
| Lotonia | Lewis | 2:2017cv11252 |
| Sammie | Lybrook | 2:2017cv11253 |
| Nadereh | Bagherzadeh | 2:2017cv12272 |
| Kathleen | Baty | 2:2017cv12273 |
| Juanita | Borrego | 2:2017cv12274 |
| Kathryn | Clough | 2:2017cv12276 |
| Irene | De La Rosa | 2:2017cv12278 |
| Martha | Doss | 2:2017cv12279 |
| Pamela | Fenner | 2:2017cv12281 |
| Karen | Claus | 2:2017cv12282 |
| Helen | Frazior | 2:2017cv12283 |
| Tammy | Creech | 2:2017cv12284 |
| Rita | Gallagher | 2:2017cv12285 |
| Teresa | Crock | 2:2017cv12286 |
| Jil | Griffith | 2:2017cv12287 |
| Heather | Hughes | 2:2017cv12290 |
| Eva | Espalin | 2:2017cv12291 |
| Danielle | Harris | 2:2017cv12297 |
| Sherry | Hays-Clarke | 2:2017cv12300 |
| Marlene | Heffernan | 2:2017cv12303 |
| Bea | Lane | 2:2017cv12308 |
| Charlene | Marsh | 2:2017cv12309 |
| Cindy | Barbiche | 2:2017cv12311 |

| | | |
|---|---|---|
| Shalley | Kappenman | 2:2017cv12313 |
| Riza | Catap | 2:2017cv12316 |
| Sandra | Longerman | 2:2017cv12317 |
| Lori | Neider | 2:2017cv12318 |
| Melissa | Luketich | 2:2017cv12320 |
| Barbara | Mack | 2:2017cv12322 |
| Janet | MacKenzie | 2:2017cv12325 |
| Sandra | Madden | 2:2017cv12327 |
| Judith | Mancino | 2:2017cv12329 |
| Pamela | McWilliams | 2:2017cv12331 |
| Amy | Rice | 2:2017cv12333 |
| Pamela | Postalwait | 2:2017cv12334 |
| Sabrina | Pruitt | 2:2017cv12336 |
| Ruth | Rosenfeld | 2:2017cv12337 |
| Alicia | Savage | 2:2017cv12339 |
| Marylin | Taylor | 2:2017cv12342 |
| Madeline C. | Wells | 2:2017cv12345 |
| Kathleen M. | Knouse | 2:2017cv12348 |
| Catherine | Loccisano | 2:2017cv12354 |
| Carol | Murray | 2:2017cv12356 |
| Nancy | Anderson | 2:2017cv12365 |
| Teresa | Duffy | 2:2017cv12370 |
| Lori | Hess | 2:2017cv12373 |
| Denise | Lauritsen | 2:2017cv12382 |
| Victoria | Nellas | 2:2017cv12391 |
| Melinda | Ramirez | 2:2017cv12418 |
| Rebekah | Reuss | 2:2017cv12421 |
| Kelly | Spikes | 2:2017cv12425 |
| Marsha | Stackhouse | 2:2017cv12427 |
| Sharon | Fennewald | 2:2017cv12430 |
| Patricia | Holohan | 2:2017cv12433 |
| Mary | Luna | 2:2017cv12436 |
| Patreece | Robinson | 2:2017cv12438 |
| Bari | Rosenthal | 2:2017cv12440 |
| Deborah | Salerno | 2:2017cv12441 |
| Anita | Smith | 2:2017cv12444 |
| Brenda | Weathers | 2:2017cv12447 |
| Cathie | Bunnell | 2:2017cv12773 |
| Soinia | Burgueno | 2:2017cv12774 |
| Christine | Denning | 2:2017cv12775 |
| Leah | Dennis-Ellsworth | 2:2017cv12776 |

| | | |
|---|---|---|
| Ava | Lee | 2:2017cv12781 |
| Rommie | Ellis | 2:2017cv12782 |
| Helen Marie | Esters | 2:2017cv12788 |
| Theresa | MacPherson | 2:2017cv12789 |
| Debi | George | 2:2017cv12790 |
| Sheri | Gidan | 2:2017cv12792 |
| Yvonne | Reed | 2:2017cv12793 |
| Kathy | Hanson | 2:2017cv12795 |
| Shawinette | Steward | 2:2017cv12796 |
| Penny | Thollot | 2:2017cv12798 |
| Diana | Villanueva | 2:2017cv12799 |
| Timolin D | Jefferson | 2:2017cv12800 |
| Stephanie | White | 2:2017cv12802 |
| Jen | Kacizak | 2:2017cv12803 |
| Amy | Kerbeck | 2:2017cv12805 |
| Linda | Wozniak | 2:2017cv12806 |
| Eileen | Kosoy | 2:2017cv12808 |
| Stephanie | Callahan | 2:2017cv12830 |
| Paula | Alo | 2:2017cv12834 |
| Linda | Becker | 2:2017cv12837 |
| Pearly | Cole | 2:2017cv12845 |
| Michele | Fleet | 2:2017cv12846 |
| Diana | Kissner | 2:2017cv12848 |
| Diana | Loyd | 2:2017cv12851 |
| Catherine | Ramenofsky | 2:2017cv12854 |
| DyAnna | Rose | 2:2017cv12857 |
| Kimberly | Neely | 2:2017cv12858 |
| Tasha | Oliver | 2:2017cv12859 |
| Karen | Schnelle | 2:2017cv12860 |
| Karen | Racca | 2:2017cv12862 |
| Darla | Oringderff | 2:2017cv12863 |
| Lisa | Siefert | 2:2017cv12864 |
| Catherine | Thomas | 2:2017cv12865 |
| Ruth | Vaughan | 2:2017cv12867 |
| Elizabeth | Woodard | 2:2017cv12870 |
| Beverley | Lamb | 2:2017cv12873 |
| Kaia | Luke | 2:2017cv12876 |
| Dola | McMinn | 2:2017cv12879 |
| Terry | Mejia | 2:2017cv12880 |
| Vanessa | Nnyanzi | 2:2017cv12884 |
| Donna | Bailey | 2:2017cv12885 |

| Lynda | Burke | 2:2017cv12895 |
|---|---|---|
| Teresa | Savini | 2:2017cv12896 |
| Teresa | Byars | 2:2017cv12899 |
| Denise | Campbell | 2:2017cv12900 |
| Linda | Schmidt | 2:2017cv12901 |
| Jessica | Carr-Scott | 2:2017cv12902 |
| Mary | Sowers | 2:2017cv12903 |
| Lisa | Coombs | 2:2017cv12914 |
| Donna | Tafuri | 2:2017cv12915 |
| Copper | Copley | 2:2017cv12917 |
| Erin | Vail | 2:2017cv12923 |
| Shauna | Dunford | 2:2017cv12929 |
| Lolita | Vincent | 2:2017cv12931 |
| Mary | Williams | 2:2017cv12936 |
| Heather | Zeboski | 2:2017cv12940 |
| Charsehella | Franklin | 2:2017cv12944 |
| Cathy | Green | 2:2017cv12945 |
| Karen | Harrison | 2:2017cv12950 |
| Gloria | Johnson | 2:2017cv12961 |
| Petra | Julian | 2:2017cv12963 |
| Nancy | Jordan | 2:2017cv12965 |
| Lisa | Justice | 2:2017cv12966 |
| Rosemarie | Newcomb | 2:2017cv12968 |
| Sheeneatha | Bradford | 2:2017cv13092 |
| Mary | Richmond | 2:2017cv13108 |
| Barbara | Harris | 2:2017cv13114 |
| Ronda | Taylor | 2:2017cv13116 |
| Aimee | Shaw | 2:2017cv13121 |
| Deborah | Hasan | 2:2017cv13123 |
| Sharon | Duell | 2:2017cv13385 |
| Sandi | Echelle | 2:2017cv14548 |
| Brenda | Kirby | 2:2017cv17944 |
| Natacha | Joseph | 2:2017cv17947 |
| Sonya | Thomas | 2:2018cv00986 |
| Debra | Noble | 2:2018cv00995 |
| Sonja | Logan | 2:2018cv01410 |
| Jessica | Carroll | 2:2018cv02019 |
| Judy | Spain | 2:2018cv02020 |
| Jennifer | Sweeney | 2:2018cv02027 |
| Peggy | Barnes | 2:2018cv02030 |
| Judy | Cardwell | 2:2018cv02031 |

| | | |
|---|---|---|
| Patsy | Holland | 2:2018cv02032 |
| Glenda | McClellan | 2:2018cv02037 |
| Lorraine | Hoverman | 2:2018cv02038 |
| Carolyn | Huff | 2:2018cv02039 |
| Joy | Propst | 2:2018cv02044 |
| Forestine | Venson | 2:2018cv02046 |
| Margie | Schoessler | 2:2018cv02047 |
| Theresa | Shipman | 2:2018cv02048 |
| Sylvia | Jackson | 2:2018cv04672 |
| Linda | Addison | 2:2018cv04674 |
| Doris | Jump | 2:2018cv04676 |
| Susan | Alford | 2:2018cv04678 |
| Donna | Boling | 2:2018cv04683 |
| Melissa | Keeney | 2:2018cv04685 |
| Cathy | Branson | 2:2018cv04687 |
| Sheri | Maples | 2:2018cv04688 |
| Lisa | McCabe | 2:2018cv04691 |
| Donna | Braun | 2:2018cv04692 |
| Deborah | Moreau | 2:2018cv04695 |
| Gloria | Nelson | 2:2018cv04696 |
| Kathy | O'Neill | 2:2018cv04698 |
| Rebecca | Riddle | 2:2018cv04702 |
| Nashanda | Christopher | 2:2018cv04703 |
| Tracey | Cordie | 2:2018cv04706 |
| Rebecca | Towe | 2:2018cv04707 |
| Rutha | Trimble | 2:2018cv04708 |
| Sandra | King | 2:2018cv04711 |
| Shirley | Duvall | 2:2018cv04715 |
| Roshanie | Warren | 2:2018cv04716 |
| Mary | White | 2:2018cv04717 |
| Beverly | Eichhorn | 2:2018cv04718 |
| Jana | Williams | 2:2018cv04720 |
| Margaret | Rogers | 2:2018cv04722 |
| Christine | Garcia | 2:2018cv04723 |
| Carrie | Hunt | 2:2018cv04734 |
| Sharon | Hutcheson | 2:2018cv04735 |
| Karen | Konieczki | 2:2018cv07135 |
| Pamela | Labounty | 2:2018cv07141 |
| Evelynne | Edgerly | 2:2018cv07143 |
| Francisca | Aneni | 2:2018cv07144 |
| Darcy | Dalgar | 2:2018cv07145 |

| | | |
|---|---|---|
| Helen Anne | Timmins | 2:2018cv07148 |
| Katrina | Jones | 2:2018cv07150 |
| Dawn | Cooper | 2:2018cv07151 |
| Patricia | Brown | 2:2018cv07153 |
| Majella | Steckel | 2:2018cv07155 |
| Marjorie | Peters | 2:2018cv07156 |
| Terrece | Crawford | 2:2018cv07157 |
| Kristi | Gunerius | 2:2018cv07160 |
| Lillie | Harmon | 2:2018cv07163 |
| Rosalee | Billings | 2:2018cv07164 |
| Margaret | Finley | 2:2018cv07165 |
| Jackie | Nelson | 2:2018cv07167 |
| Margaret | Ollice | 2:2018cv07169 |
| Marlene | Bigger | 2:2018cv07170 |
| Barbara | Pease | 2:2018cv07171 |
| Risa | Nisenbaum | 2:2018cv07172 |
| Lori | Allran | 2:2018cv07174 |
| Pauline | Foister | 2:2018cv07179 |
| Peggy | Zinter | 2:2018cv07181 |
| Patricia | Wolfe | 2:2018cv07182 |
| Francina | Williams | 2:2018cv07184 |
| Betty | Hazel Greenwell | 2:2018cv07185 |
| Constance | Brousseau | 2:2018cv07186 |
| Ruth | Fronek | 2:2018cv07187 |
| Carol | Archer | 2:2018cv07188 |
| Bonnie | Andies | 2:2018cv07190 |
| Mary Kay | Wetzel | 2:2018cv07191 |
| Nancy | Abair | 2:2018cv07193 |
| Lynne | Perry | 2:2018cv07194 |
| Pearlene | Barnett | 2:2018cv07195 |
| Charlotte | Sexton | 2:2018cv07196 |
| Shannon | Taylor | 2:2018cv07198 |
| Delphine | Scott | 2:2018cv07199 |
| Tori | Leonard | 2:2018cv07200 |
| Carol | Jenkins | 2:2018cv07201 |
| Chris | Wozny | 2:2018cv07202 |
| Anita | Hall | 2:2018cv07203 |
| Jean | Smith | 2:2018cv07205 |
| Herschelia | Watson | 2:2018cv07206 |
| Maria | Velasquez | 2:2018cv07208 |
| Zelda | Spence | 2:2018cv07209 |

| | | |
|---|---|---|
| Kathy | Ross | 2:2018cv07210 |
| Patti | Wilson | 2:2018cv07213 |
| Marie | Lepito | 2:2018cv07214 |
| Natalie | Walker | 2:2018cv07216 |
| Junice | Johnson | 2:2018cv07219 |
| Elaine | Baker | 2:2018cv08031 |
| Kim | Jacobsen | 2:2018cv08032 |
| Marlene | Carlson | 2:2018cv08034 |
| Rosita | Young | 2:2018cv08037 |
| Tina | Duquette | 2:2018cv08038 |
| Dymon | Bryant | 2:2018cv08041 |
| Lisa | Ramirez | 2:2018cv08042 |
| Robin | Verlaque | 2:2018cv08043 |
| Deborah | Anderson | 2:2018cv08044 |
| Sharon | Stowe | 2:2018cv08047 |
| Catherine | Peterson | 2:2018cv08049 |
| Crystal | Heien | 2:2018cv08050 |
| Frances | Martinez | 2:2018cv08051 |
| Kim | McDonell | 2:2018cv08053 |
| Monica | Skinner | 2:2018cv08054 |
| Lege | Sulit | 2:2018cv08057 |
| Carolyn | Guishard | 2:2018cv08058 |
| Carolyn | Couture | 2:2018cv08061 |
| Doris | Howell | 2:2018cv08062 |
| Jennifer | Gordy | 2:2018cv08063 |
| Vickie | Frederick | 2:2018cv08064 |
| Nancie | Costa-Dallaire | 2:2018cv08065 |
| Christine | Cochneuer | 2:2018cv08066 |
| Cindy | Farris | 2:2018cv08067 |
| Wendy | Walsh | 2:2018cv08069 |
| Gina | Woods | 2:2018cv08070 |
| Chasity | Smith | 2:2018cv10105 |
| Pamela | Perrineau | 2:2018cv10107 |
| Susan | Heth | 2:2018cv10109 |
| Rosalie | Massie | 2:2018cv10110 |
| Barbara | Davis | 2:2018cv10112 |
| Christine | Seidowsky | 2:2018cv10113 |
| Caroline | Perreault | 2:2018cv10115 |
| Stacy | Gaines | 2:2018cv10116 |
| Andrea | Florentino | 2:2018cv10117 |
| Kathy | Willis | 2:2018cv10118 |

| | | |
|---|---|---|
| Christina | Sullivan | 2:2018cv10120 |
| JoAnn | Arnold | 2:2018cv10122 |
| Michelle | Rodriguez | 2:2018cv10123 |
| Shawne | Evans | 2:2018cv10126 |
| Patricia | Steele | 2:2018cv10130 |
| Deborah | Young | 2:2018cv10131 |
| Teri | DeBruhl | 2:2018cv10132 |
| Cynthia | Kiehl-Carlson | 2:2018cv10133 |
| Bree | Grinde | 2:2018cv10136 |
| Gwendoline | Sowray | 2:2018cv10137 |
| Maria | Leon | 2:2018cv10138 |
| Barbara | Stroth | 2:2018cv10139 |
| Annette | Gibbs | 2:2018cv10140 |
| Terry | Patterson | 2:2018cv10142 |
| Karlene | Surad | 2:2018cv10143 |
| Bonnie Jean | Foote | 2:2018cv10144 |
| Christine | Ross | 2:2018cv10146 |
| Darlene | Mott | 2:2018cv10147 |
| Linda | Rathell | 2:2018cv10148 |
| Jessica | Baylis | 2:2018cv10150 |
| Jessica | Creso | 2:2018cv10151 |
| Gina | Graff | 2:2018cv10152 |
| Deborah | Donatti | 2:2018cv10153 |
| Suzanne | Marks | 2:2018cv10154 |
| Christy | Tidwell | 2:2018cv10155 |
| Susan | Davenport | 2:2018cv10156 |
| Rebecca | Beatson | 2:2018cv10157 |
| Deborah | Robinson | 2:2018cv10158 |
| Helen | Burns | 2:2018cv10163 |
| Josietta | Johnson | 2:2018cv10164 |
| Leslie | Borrego | 2:2018cv10167 |
| Mary | Fowler | 2:2018cv10169 |
| Amy | Blaine | 2:2018cv10171 |
| Patricia | Paul | 2:2018cv10172 |
| Cara | Baffo | 2:2018cv11311 |
| Elizabeth | Brimhall | 2:2018cv11312 |
| Paula | Buckley | 2:2018cv11313 |
| Deloise | Chambers | 2:2018cv11314 |
| Mari | Cintron | 2:2018cv11315 |
| Diane | Karakehian | 2:2018cv11316 |
| Susan | Decoteau | 2:2018cv11320 |

| Nancy | Derry | 2:2018cv11322 |
|---|---|---|
| Keely | Quigg | 2:2018cv11324 |
| Paige | Gibbons | 2:2018cv11327 |
| Donna | Knowlton | 2:2018cv11328 |
| Kathy | Robinson | 2:2018cv11331 |
| Tammy | Koenig | 2:2018cv11332 |
| Dianne | Guntharp | 2:2018cv11333 |
| Rita | Loyacono | 2:2018cv11335 |
| Maria | Rodriguez | 2:2018cv11336 |
| Kelly | Hendren | 2:2018cv11337 |
| Christy | Hooten | 2:2018cv11338 |
| Donna | McComas | 2:2018cv11340 |
| Deborah | Roice | 2:2018cv11341 |
| Shirley | Hopkins | 2:2018cv11342 |
| April | McConner | 2:2018cv11344 |
| Christina | Ross | 2:2018cv11345 |
| Cindy | McCoy | 2:2018cv11346 |
| Sarina | Russotto | 2:2018cv11347 |
| Mary | Howard | 2:2018cv11348 |
| Elma | Sanchez | 2:2018cv11351 |
| Kathleen | Johnson | 2:2018cv11357 |
| Maryann | Perry | 2:2018cv11361 |
| Meredith | Spradley | 2:2018cv11366 |
| Joyce | Stackhouse | 2:2018cv11367 |
| Eleanor | Strother | 2:2018cv11369 |
| Carol | Teeman | 2:2018cv11371 |
| Terri | Ashhurst | 2:2019cv02455 |
| Emily | Anderson | 2:2019cv02456 |
| Betty | Fox | 2:2019cv02457 |
| Vicky | Hutto | 2:2019cv02458 |
| Virginia | Linscott | 2:2019cv02459 |
| Sarah | Luchansky | 2:2019cv02461 |
| Rosemary | Falzone | 2:2019cv02462 |
| Wendy | McClanahan | 2:2019cv02463 |
| Delia | McQuality | 2:2019cv02464 |
| Patricia | Gooden | 2:2019cv02465 |
| Mary | Meyer | 2:2019cv02467 |
| Mary | Knebel | 2:2019cv02470 |
| Patricia | Potenza | 2:2019cv02472 |
| Janet | Londono | 2:2019cv02474 |
| Donna | Ormos | 2:2019cv02477 |

| | | |
|---|---|---|
| Theresa | Running | 2:2019cv02480 |
| Miriam | Valladares | 2:2019cv02481 |
| Lillian | Vazquez | 2:2019cv02482 |
| Donna | Smith | 2:2019cv02485 |
| Marilyn | Schilkie | 2:2019cv02487 |
| Kelly | Wunsch | 2:2019cv02488 |
| Janice | White | 2:2019cv02495 |
| Sally | Kappeler | 2:2019cv12559 |
| Prudence | Shereck | 2:2019cv13012 |
| Mary | Slagle | 2:2019cv13013 |
| Kathleen | Leo | 2:2019cv13014 |
| Jeri | Russell | 2:2019cv13015 |
| Cheryl | Lange | 2:2019cv13016 |
| Donelle | Kortemeier | 2:2019cv13018 |
| Kasime | Rosario | 2:2019cv13019 |
| Micheline | Gavidia-Berthaut | 2:2019cv13020 |
| Linda | Pitts | 2:2019cv13021 |
| Julia | Recht | 2:2019cv13022 |
| Melinda | Anderson | 2:2019cv13024 |
| Gloria | Hoffman | 2:2019cv13025 |
| Lisa | Cline | 2:2019cv13026 |
| Sharon | Wasserman | 2:2019cv13027 |
| Patricia | Kelly | 2:2019cv13028 |
| Nancy | Adams | 2:2019cv13029 |
| Linda | Proffitt | 2:2019cv13030 |
| Regina | Floyd | 2:2019cv13031 |
| Josephine | Cassano | 2:2019cv13032 |
| Susan | Apfel | 2:2019cv13033 |
| Phyllis | Anchel | 2:2019cv13034 |
| Dawn | Griffis | 2:2019cv13035 |
| Ella | Register | 2:2019cv13036 |
| Joyce | Goodnoe | 2:2019cv13037 |
| Deloris | McBride | 2:2019cv13038 |
| Linda | Walmsley | 2:2019cv13039 |
| Deborah | Kowalsky | 2:2019cv13040 |
| Carla | Horne | 2:2019cv13041 |
| Divina | Bigler | 2:2019cv13042 |
| Suzanne | Kokonski | 2:2019cv13043 |
| Barbara | Partridge | 2:2019cv13044 |
| Cindy | Rogers | 2:2019cv13045 |
| Cheryl | Berg | 2:2019cv13046 |

| | | |
|---|---|---|
| Canada | West | 2:2019cv13048 |
| Salvadora | Ortega | 2:2019cv13049 |
| Janet | McKean | 2:2019cv13050 |
| Pamela | Carroll | 2:2019cv13051 |
| Lynell | Taylor | 2:2019cv13052 |
| Margaret | Phillips | 2:2019cv13053 |
| Cassandra | Glee | 2:2019cv13054 |
| Cindy | Riback | 2:2019cv13056 |
| Tina | Sodam | 2:2019cv13057 |
| Susanna | Aglio | 2:2019cv13555 |
| Corey | Bradley | 2:2019cv13556 |
| Sarah | Dabney | 2:2019cv13557 |
| Jenelle | Holt | 2:2019cv13560 |
| Bridget | Adams-Deridder | 2:2019cv13561 |
| Karen | Jackson | 2:2019cv13565 |
| Almeeta | Bryant | 2:2019cv13566 |
| Joan | Lipschutz | 2:2019cv13567 |
| Andrea | Budin | 2:2019cv13568 |
| Judy | Phillips | 2:2019cv13570 |
| Andrea | Richardt | 2:2019cv13572 |
| Marlena | Hembree | 2:2019cv13573 |
| Diana | Ryder | 2:2019cv13574 |
| Deborah | Warren | 2:2019cv13575 |
| Cindy | Manuel | 2:2019cv13576 |
| Beverly | Williams | 2:2019cv13577 |
| Rose | Haddad | 2:2019cv13581 |
| Brenda | Perry | 2:2019cv13583 |
| Tracy | Mullaly | 2:2019cv13585 |
| Teresa | Produit | 2:2019cv13586 |
| Mary | Riccio | 2:2019cv13587 |
| Rosa | Torres | 2:2019cv13589 |