UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Connie Lee-Nunn, et al. v. Sanofi S.A., et al.,* EDLA No. 2:17-cv-14155 | |

**STATUS IN REGARD TO JULY 12, 2022, DISMISSAL CALL DOCKET**
**(Doc. 14580)**

Undersigned counsel for Plaintiffs Connie Lee-Nunn and Ralph Leroy Nunn previously informed the Court that Plaintiffs subpoenaed NDC records from McKesson Corporation; McKesson Specialty Distribution, LLC; AmerisourceBergen Drug Corp./Oncology Supply; and Cardinal Health, LLC. Document 10. All entities except Cardinal Health, LLC responded but did not have useful information. Cardinal Health, LLC, did not respond.  At the July 12, 2022, Hearing, the Court graciously granted Plaintiffs additional time in order to follow up with Cardinal Health, LLC and obtain compliance with the subpoena.

On October 12, 2022, Cardinal Health, LLC provided information identifying that Hospira, Inc. was the manufacturer that provided Docetaxel to Ms. Lee-Nunn's oncologist and infusion center during the relevant time period. A copy of what Cardinal Health, LLC provided is attached as Exhibit 1.

As a result of the information recently received from Cardinal Health, Plaintiffs have drafted a Motion to Amend Complaint, and an Amended Complaint, and will be filing them as

1

soon as Sanofi Defendants get back to us. Hospira, Inc. has reviewed the pleadings, and does not object.

Dated: December 2, 2022

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (AZ: 010842)
Diamond Law PLLC
1700 E. River Road, #65237
Tucson, AZ 85718
Phone: (520) 497-2672
Fax: (520) 527-1074
ddiamond@diamondlawusa.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on December 2, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

2