# EXHIBIT 1

| Name | Address | City | State | Zip | Phone | Invoice Date | Invoice Number | Vendor Name | Strength | NDC | Item Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESERT ONCOLOGY ASSOCIATES LLP | 1432 S. DOBSON RD, STE 106 | MESA | AZ | 852020000 | 4809694634 | 11/11/2011 | 4648840 (CS) | HOSPIRA | 10MGML | 409020120 | DOCETAXEL 10MG/ML 16ML |