UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Banks v. Sandoz, Inc. No. 17-cv-14981 ) <br> Bolter v. Sanofi-Aventis U.S. LLC, No. 17-cv-8200 ) <br> Collins v. Hospira Worldwide, LLC, No. 17-cv-08371 ) <br> Forbes v. Sanofi US Services Inc. et. al, No. 17-cv-12973 ) <br> Gatchalian v. Sanofi S.A. et al, No. 17-cv-10980 ) <br> Kitchens, et. al vs. Sanofi-Aventis U.S. LLC et al, No. 17-cv-13321 ) <br> Payton v. Sanofi US Service et al, No. 17-cv-12574 ) <br> Richards v. Sanofi-Aventis U.S. LLC, No. 17-cv-07864 ) <br> Smith v. Sanofi-Aventis, U.S. LLC, No. 17-cv-08569 ) <br> Taylor v. Sanofi-Aventis U.S. LLC, No. 17-cv-07825 ) <br> Thomas v. Sanofi S.A. et al, No. 17-cv-11078 ) <br> Treadway v. Sanofi US Services Inc. et al, No. 17-cv-13523 ) | MDL No. 2740 <br><br> SECTION: "H" (5) <br><br> SECTION: "N" (5) |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO THE COURT, through the undersigned counsel, come plaintiffs listed above, who respectfully request that Samuel M. Wendt of the firm Wendt Law Firm P.C., 4717 Grand Ave, Suite 130, Kansas City, MO 64112, be substituted for O. Nicole Smith, Alyssa Dockins, and Brett Emison of Langdon & Emison, LLC, 911 Main Street, P.O. Box 220, Lexington, MO 64067 as counsel of record for plaintiffs.

Dated: December 2, 2022

| | |
|---|---|
| */s/ Samuel Wendt (with consent)* <br> Samuel Wendt <br> Wendt Law Firm P.C. <br> 4717 Grand Ave, Suite 130 <br> Kansas City, MO 64112 <br> Phone: 816-531-4415 <br> sam@wendtlaw.com | */s/ O. Nicole Smith* <br> O. Nicole Smith (Missouri Bar #68406) <br> Langdon & Emison, LLC <br> P.O. Box 220 <br> Lexington, MO 64067 <br> Phone: 660-259-9911 <br> Fax: 660-259-4571 <br> nicole@lelaw.com <br><br> */s/ Alyssa Dockins* <br> Alyssa Dockins (Missouri Bar #74309) <br> Langdon & Emison, LLC <br> P.O. Box 220 |

Lexington, MO 64067
Phone: 816-608-1996
Fax: 660-259-4571
alyssa@lelaw.com

*/s/Brett A. Emison*
Brett A. Emison (Missouri Bar #52072)
Langdon & Emison, LLC
P.O. Box 220
Lexington, MO 64067
Phone: 660-259-9903
Fax: 660-259-4571
brett@lelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I electronically filed the forgoing with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/Brett A. Emison*