UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO:<br>Banks v. Sandoz, Inc. No. 17-cv-14981<br>Bolter v. Sanofi-Aventis U.S. LLC, No. 17-cv-8200<br>Collins v. Hospira Worldwide, LLC, No. 17-cv-08371<br>Forbes v. Sanofi US Services Inc. et. al, No. 17-cv-12973<br>Gatchalian v. Sanofi S.A. et al, No. 17-cv-10980<br>Kitchens, et. al vs. Sanofi-Aventis U.S. LLC et al, No. 17-cv-13321<br>Payton v. Sanofi US Service et al, No. 17-cv-12574<br>Richards v. Sanofi-Aventis U.S. LLC, No. 17-cv-07864<br>Smith v. Sanofi-Aventis, U.S. LLC, No. 17-cv-08569<br>Taylor v. Sanofi-Aventis U.S. LLC, No. 17-cv-07825<br>Thomas v. Sanofi S.A. et al, No. 17-cv-11078<br>Treadway v. Sanofi US Services Inc. et al, No. 17-cv-13523 | ) ) ) ) ) ) ) ) ) ) ) ) ) | SECTION: "N" (5) |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record:

**IT IS ORDERED** that the motion is **GRANTED** and that Samuel Wendt of Wendt Law Firm P.C. be substituted for Brett Emison, O. Nicole Smith, and Alyssa Dockins of Langdon & Emison, LLC as counsel of record for plaintiffs identified above.

New Orleans, Louisiana this _____ day of _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO