UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
*Kahn v. sanofi-aventis U.S. LLC,* **No. 16-17039**

### MOTION FOR RECONSIDERATION OF ORDER AND REASONS DENYING MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)

NOW INTO COURT, through undersigned counsel, comes Plaintiff Elizabeth Kahn, who, for the reasons set forth in the appended supporting memorandum, respectfully seeks reconsideration on the merits of this Honorable Court's Order and Reasons of November 4, 2022 (R. Doc. 15070) denying her motion for relief from judgment pursuant to Rule 60(b) (R. Doc. 14217).

WHEREFORE, Plaintiff respectfully prays that this Court reconsider its denial of her prior motion for relief from judgment and, after due consideration of the merits of the briefing and argument, grant the requested relief from judgment and reinstate her case for eventual remand from this Court's transferee role as MDL court and for a new trial.

Dated: December 2, 2022           Respectfully submitted,

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com
ccoffin@pbclawfirm.com

*Counsel for Plaintiff Elizabeth Kahn*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT