UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. sanofi-aventis U.S. LLC,* **No. 16-17039**

## NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion for Reconsideration of Order and Reasons Denying Motion for Relief from Judgment Pursuant to Rule 60(b) will come before the Court for submission on the 18th of January, 2023 at 9:30 a.m.

Dated: December 2, 2022     Respectfully submitted,

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com
ccoffin@pbclawfirm.com

*Counsel for Plaintiff Elizabeth Kahn*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT