UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>                                                                )<br>                                                                )<br>**This document relates to:**         )<br>Melba Banks, 17-14981                  )<br>Gail Bolter, 17-8200                         )<br>Tina Collins, 17-8371                       )<br>Diana Forbes, 17-12973                  )<br>Germana Gatchalian, 17-10980   )<br>Mack Kitchens, 17-13321              )<br>Kim Payton, 17-12574                    )<br>Brenda Richards, 17-7864            )<br>Frances D. Smith, 17-8569            )<br>Judith Taylor, 17-7825                    )<br>Robin Lynn Thomas, 17-11078    )<br>Peggy Treadway, 17-13523           ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

## ORDER

Before the Court is a Motion to Substitute Counsel of Record (Doc. 15278);

**IT IS ORDERED** that the Motion is **GRANTED** and that Samuel M. Wendt of Wendt Law Firm P.C. be substituted for O. Nicole Smith, Alyssa Dockins, and Brett Emison of Langdon & Emison, LLC, as lead counsel of record for the above-captioned plaintiffs.

New Orleans, Louisiana, this 5th day of December, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**