UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | ) ) | SECTION: "H" (5) |
| This document relates to all cases. | ) | |

## ORDER

**IT IS ORDERED** that the Show Cause Hearing currently set for Wednesday, December 14, 2022 is **RESET** for **Tuesday, February 7, 2023 at 10:00 a.m.**

New Orleans, Louisiana, this 6th day of December, 2022.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE