MINUTE ENTRY
NORTH, M.J.
NOVEMBER 29, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL NUMBER:  2740
　　　　PRODUCTS LIABILITY
　　　　LITIGATION　　　　　　　　　　　　　　SECTION: "H"(5)

THIS DOCUMENT RELATES TO:
17-2689, 18-0581, 17-9139, 18-9399,
17-8136, 17-12677, 17-12842, 18-12946,
18-8893, 17-11053

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

　　　　PRESENT:　　Ben Gordon　　　　　　Douglas Moore
　　　　　　　　　　Palmer Lambert　　　　Jon Strongman
　　　　　　　　　　Mark Niemeyer　　　　 Chris Coffin
　　　　　　　　　　Karen Barth Menzies

Negotiations were productive and resulted in settlement of the following cases:  17-2689, 17-12677, and 18-0851.

The Court thanks counsel and the parties for their efforts in bringing the claims of the above-listed cases to an amicable resolution.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL B. NORTH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANE TRICHE MILAZZO

MJSTAR (06:30)