UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>**Patricia Newsome**<br>**Case No. 2:19-cv-11478** | | |

## IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

## PLAINTIFF, PATRICIA NEWSOME'S MOTION FOR LEAVE TO REQUEST TO EXTEND TIME FOR PLAINTIFF TO COMPLY WITH CMO NO.35

NOW COMES Patricia Newsom, Plaintiff in the above-styled and numbered case, and respectfully moves this court for leave to request and extension of time to comply with Case Management Order No. 35, (hereinafter CMO No. 35).

1. On October 24, 2022, Defendant, Sandoz Inc., was served with a summons.
2. The proof of service of the summons is attached as "EXHIBIT A"

WHEREFORE, Patricia Newsom respectfully requests that this court grant leave to request an extension of time to comply with CMO No. 35.

Dated: December 8, 2022.

                                          Respectfully submitted,

By:   */s/ Mark M. O'Mara*
        Mark M. O'Mara (FL Bar No. 359701)
        O'MARA LAW GROUP
        221 NE Ivanhoe Blvd., Suite 200
        Orlando, FL 32804
        Telephone: (407) 898-5151
        Facsimile: (407) 898-2468
        mark@omaralawgroup.com

        *Plaintiff's Counsel for Patricia Newsome*