UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" (5) |
| _____ THIS DOCUMENT RELATES TO: | : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| **Patricia Newsome** **Case No. 2:19-cv-11478** _____ | : : : : : | |

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**
<u>**ORDER**</u>

Considering the foregoing Motion for Plaintiff, Patricia Newsome's Leave to Request to Extend Time for Plaintiff to Comply with Case Management Order No. 35.

**IT IS ORDERED** that the Plaintiff's Motion is GRANTED, and that Newsome's Motion for leave to Request to Extend Time for Plaintiff to Comply with Case Management Order No. 35 is hereby entered into the Court's docket.

New Orleans, Louisiana, this ____ day of _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO