UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH<br><br>**ORDER ON DEADLINES FOR FEBRUARY 7, 2023 HEARING ON CMO 12A PRODUCT IDENTIFICATION DEFICIENCIES** |
| THIS DOCUMENT RELATES TO:<br><br>Cases listed on Exhibit A | | |

The Court has set a show cause hearing for February 7, 2023 at 10 a.m. pursuant to PTO 22A to address both Product ID and Plaintiff Fact Sheet deficiencies. *See* Minute Entry, Rec. Doc. 15285.[1] In accordance with Case Management Order No. 12A (entered July 24, 2018 amending the initial CMO 12 governing Product Identification entered on Jan. 12, 2018), Plaintiffs are required to "make a diligent, good faith, and documented effort" to determine Product ID information (¶ 2). Evidence presumed to be sufficient to establish Product ID is set forth at paragraph 6 of CMO 12A, and Plaintiffs are to upload the Product ID information to MDL Centrality (¶ 7). Any Plaintiff who fails to comply is subject to dismissal pursuant to PTO 22A (¶ 11). For any Plaintiff lacking Product ID information following compliance with Paragraphs 1-5 of CMO 12A, discovery limited in scope to determine Product ID information is then authorized for a period of 120 days (¶ 12). If Product ID is not determined, any Plaintiff continuing to lack

---

[1] Although this Order addresses issues related to the show cause hearing on Product ID, the February 7, 2023 show cause hearing will also address Plaintiff Fact Sheet deficiencies. On September 21, 2022, Defendants served upon Plaintiffs a Notice of Non-Compliance identifying cases with PFS deficiencies under PTO 22A. The process and deadlines set forth in PTO 22A for responding to these deficiencies apply to these cases.

Product ID may then "be brought to the attention of the Court for appropriate adjudication" (¶ 12). In addition, the Addendum to CMO 12A entered on December 6, 2022 (Rec. Doc. 15287) identifies the documents outside the parameters of CMO 12A to be considered by the Court in adjudicating Product ID deficiencies and a 30-day time period for Plaintiffs to obtain the same.

On September 13, 2022, the Court held a hearing on both Product ID and PFS deficiencies Defendants, and continued a number of cases for further hearing. In addition, immediately before that hearing, several Plaintiffs requested to be removed from the agreed dismissal list and thus were not heard. On September 21, 2022, Defendants served upon Plaintiffs a Notice of Non-Compliance identifying cases with CMO 12A Product ID deficiencies, including Rollovers from the April 28, May 2, July 12, and September 13, 2022 show cause hearings. These cases are collectively listed on **Exhibit A**, attached. Consistent with this Court's previous orders, each Plaintiff identified on **Exhibit A** is **ORDERED** to comply with CMO 12A by obtaining Product ID information consistent with CMO 12A, uploading such results to MDL Centrality, and dismissing all Defendants for whom she does not have Product ID.

## DEADLINES

By December 16, 2022, Plaintiffs' Co-Liaison Counsel shall provide Defendants a list of Plaintiffs who intend to seek reinstatement of their cases as described in the Addendum to CMO 12A, and the parties shall thereafter meet and confer. If there remains a dispute as to whether that Plaintiff's case is subject to reinstatement, the issue of whether those cases will be reinstated shall be heard at the February 7, 2023 show cause hearing. (*See* Rec. Doc. 15287).

Any Plaintiff listed on **Exhibit A** who does not plan to show cause or appear to object must notify Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios at taxotere@bkc-law.com, by December 30, 2022. Any Plaintiff who plans to object and be heard on February 7, 2023 must provide their objection and the basis for the same (including any documentation

supporting the same) to Plaintiffs' Co-Liaison Counsel by December 30, 2022. Plaintiffs' Co-Liaison Counsel shall provide lists as to both categories of cases, including the objections and documentation, to Defendants on a rolling basis, but no later than January 4, 2023. The parties will exchange their respective positions on the evidence submitted using the agreed form (*see* **Exhibit B**) by January 12, 2023.[2] Defendants will serve their 14-day list on January 24, 2023 in accordance with PTO 22A.

Documentation of unsuccessful efforts to obtain Product ID does not satisfy Plaintiff's obligations under this Order or CMO 12A, nor exempt a Plaintiff from dismissal for failure to establish Product ID.

On or before January 31, 2023, Defendants will provide final hearing lists to the Court identifying 1) those Plaintiffs objecting, the substance of their objections, and the parties' respective positions on the evidence submitted; 2) those Plaintiffs who do not plan to appear and object; 3) a listing of cases where a dispute remains as to reinstatement; and 4) any unresolved PFS deficiencies identified in Sanofi's September 21, 2022 Notice of Non-Compliance.

New Orleans, Louisiana, on this 15th day of December, 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

---

[2] To the extent a Plaintiff receives documentation, including any obtained pursuant to the Addendum to CMO 12A, following January 12, 2023, Plaintiff shall upload such evidence of MDL Centrality and provide such documentation to Defendants by emailing insognan@gtlaw.com, julie.callsen@tuckerllis.com, brenda.sweet@tuckerellis.com, and reickbush@shb.com within 24 hours of receipt.

**Exhibit A**

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 1 | Allan Berger & Assoc. | Dillard Singleton, Wonza | 17-cv-04891 | Lack of CMO-12A Product Identification |
| 2 | Allan Berger & Assoc. | Doughty, Francis | 17-cv-05268 | Lack of CMO-12A Product Identification |
| 3 | Allan Berger & Assoc. | Mott, Eulalie | 17-cv-03754 | Lack of CMO-12A Product Identification |
| 4 | Allan Berger & Assoc. | Sledge, Veronique | 17-cv-03485 | Lack of CMO-12A Product Identification |
| 5 | Allan Berger & Assoc. | Smith, Cuedette | 17-cv-04707 | Lack of CMO-12A Product Identification |
| 6 | Allan Berger & Assoc. | Underwood, Debra | 17-cv-05262 | Lack of CMO-12A Product Identification |
| 7 | Allen & Nolte | Costin, Jennifer | 17-cv-14085 | Lack of CMO-12A Product Identification |
| 8 | Allen & Nolte | Harbin, Michelle | 18-cv-12355 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 9 | Allen & Nolte | Houston, Cecile | 17-cv-16328 | Lack of CMO-12A Product Identification |
| 10 | Allen & Nolte | Jones, Annie | 17-cv-04864 | Sandoz PID - Dismiss remaining defendants |
| 11 | Allen & Nolte | Lockett, Gloria | 18-cv-12911 | Actavis PID - Dismiss remaining defendants |
| 12 | Atkins & Markoff | Bennett, Alice | 18-cv-06272 | Sanofi PID - Dismiss remaining defendants |
| 13 | Atkins & Markoff | Brewer, Tina | 16-cv-17313 | Sanofi PID - Dismiss remaining defendants |
| 14 | Atkins & Markoff | Colton, Gloria | 17-cv-14235 | Lack of CMO-12A Product Identification |
| 15 | Atkins & Markoff | Conley, Joan | 17-cv-14237 | Hospira PID - Dismiss remaining defendants |
| 16 | Atkins & Markoff | Curtis, Constance | 17-cv-14249 | Sanofi PID - Dismiss remaining defendants |
| 17 | Atkins & Markoff | Jones, Katherine | 17-cv-14399 | Sanofi, Winthrop, and Sun PID - Dismiss remaining defendants |
| 18 | Atkins & Markoff | Mundell, Martha | 18-cv-12553 | Sanofi PID - Dismiss remaining defendants |
| 19 | Atkins & Markoff | Patterson, Lakeesha | 18-cv-12581 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 20 | Atkins & Markoff | Vermilyer, Diana | 17-cv-15110 | Lack of CMO-12A Product Identification |
| 21 | Atkins & Markoff | Weaver, Jo Ellen | 17-cv-15145 | Sanofi PID - Dismiss remaining defendants |
| 22 | Atkins & Markoff | Whittaker, Kim | 17-cv-15171 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 23 | Atkins & Markoff | Whitted, Patricia | 18-cv-12629 | Lack of CMO-12A Product Identification |
| 24 | Atkins & Markoff | Woosley, Sharon | 19-cv-14449 | Sanofi PID - Dismiss remaining defendants |
| 25 | Bachus & Schanker | Abramowitz, Susie | 18-cv-13448 | No CMO-12A; Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 26 | Bachus & Schanker | Alexander, Sheila | 17-cv-08760 | Lack of CMO-12A Product Identification |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 27 | Bachus & Schanker | Auria, Karen | 19-cv-12319 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 28 | Bachus & Schanker | Baker, Cathy | 16-cv-17154 | Lack of CMO-12A Product Identification |
| 29 | Bachus & Schanker | Bellmore, Annette | 17-cv-10105 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 30 | Bachus & Schanker | Bias, Sheila | 16-cv-17171 | Lack of CMO-12A Product Identification |
| 31 | Bachus & Schanker | Bibbs, Elizabeth | 19-cv-13254 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 32 | Bachus & Schanker | Burton-Crawford, Cynthia | 17-cv-16948 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 33 | Bachus & Schanker | Chesney, Christine | 19-cv-11867 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 34 | Bachus & Schanker | Chiz, Patricia | 17-cv-16956 | Sagent and Dr. Reddy PID - Dismiss remaining defendants |
| 35 | Bachus & Schanker | Clamon, Rhonda | 19-cv-03422 | Lack of CMO-12A Product Identification |
| 36 | Bachus & Schanker | Coles-Simmons, Detria | 19-cv-12343 | Sanofi PID - Dismiss remaining defendants |
| 37 | Bachus & Schanker | Collins, Thelmira | 18-cv-01918 | Dr. Reddy PID - Dismiss all defendants |
| 38 | Bachus & Schanker | Crawford, Gwendolyn | 16-cv-17151 | Rollover from 5/2/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 39 | Bachus & Schanker | Crawford-Burno, Pamela | 18-cv-13416 | Lack of CMO-12A Product Identification |
| 40 | Bachus & Schanker | Day, Velma Louise | 17-cv-05627 | Lack of CMO-12A Product Identification |
| 41 | Bachus & Schanker | Dean, Carnelia | 16-cv-17201 | Lack of CMO-12A Product Identification |
| 42 | Bachus & Schanker | Delores-Henderson, Carol Jean | 19-cv-13269 | Sanofi PID - Dismiss remaining defendants |
| 43 | Bachus & Schanker | Detrixhe, Karen | 16-cv-15313 | Sandoz PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 44 | Bachus & Schanker | Goode, Maureen | 20-cv-00388 | No CMO-12A; Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 45 | Bachus & Schanker | Gray, Margarita | 17-cv-16247 | Hospira PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 46 | Bachus & Schanker | Griffin, Angela | 17-cv-11806 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 47 | Bachus & Schanker | Holloway, Yolanda | 17-cv-16987 | Lack of CMO-12A Product Identification |
| 48 | Bachus & Schanker | Jefferson, Charlotte | 17-cv-00756 | Rollover from 5/2/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 49 | Bachus & Schanker | Justice, Kristy | 16-cv-17186 | Hospira PID - Dismiss remaining defendants |
| 50 | Bachus & Schanker | Kelley, Regina | 19-cv-02492 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 51 | Bachus & Schanker | Kidd, Ardett | 17-cv-17743 | Lack of CMO-12A Product Identification |
| 52 | Bachus & Schanker | Kirby, Linda | 17-cv-16984 | Lack of CMO-12A Product Identification |
| 53 | Bachus & Schanker | Kolpin, Barbara | 19-cv-14349 | Accord PID - Dismiss remaining defendants |
| 54 | Bachus & Schanker | Koziol, Renee | 19-cv-12453 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 55 | Bachus & Schanker | Livingood, Sherry | 17-cv-17038 | Lack of CMO-12A Product Identification |
| 56 | Bachus & Schanker | Mackey, Maria | 17-CV-09009 | Sanofi PID - Dismiss remaining defendants |
| 57 | Bachus & Schanker | Mahood, Eleanor | 18-cv-02266 | Lack of CMO-12A Product Identification |
| 58 | Bachus & Schanker | Mann, Catherine | 19-cv-13047 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 59 | Bachus & Schanker | May, Sonndra | 19-cv-12708 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 60 | Bachus & Schanker | McCallon, Mary | 19-cv-12999 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 61 | Bachus & Schanker | McCoy, Patricia | 18-cv-02267 | Lack of CMO-12A Product Identification |
| 62 | Bachus & Schanker | Miller, Astrida | 17-cv-16393 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 63 | Bachus & Schanker | Miller, Marylou | 19-cv-12815 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 64 | Bachus & Schanker | Munn, Deborah | 17-cv-12264 | Accord and Hospira PID - Dismiss remaining defendants |
| 65 | Bachus & Schanker | Omofoma, Nkechi | 18-cv-12602 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 66 | Bachus & Schanker | Pena, Azalia | 17-cv-16258 | Lack of CMO-12A Product Identification |
| 67 | Bachus & Schanker | Perkins, Pamela | 19-cv-02707 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 68 | Bachus & Schanker | Peyton, Earnestine | 17-cv-00747 | Lack of CMO-12A Product Identification |
| 69 | Bachus & Schanker | Phillips, Gail | 19-cv-09921 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 70 | Bachus & Schanker | Reyes, Anna Marie | 19-cv-13495 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 71 | Bachus & Schanker | Rhodes, Elizabeth | 18-cv-02942 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 72 | Bachus & Schanker | Robinson, Eleanora | 19-cv-12358 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 73 | Bachus & Schanker | Robinson, Patricia | 20-cv-01887 | Lack of CMO-12A Product Identification |
| 74 | Bachus & Schanker | Rogers, Frances E. | 18-cv-02285 | Lack of CMO-12A Product Identification |
| 75 | Bachus & Schanker | Rupert, Carrie | 17-cv-17993 | Lack of CMO-12A Product Identification |
| 76 | Bachus & Schanker | Smith, Marian | 19-cv-03290 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 77 | Bachus & Schanker | Snerling, Judy | 19-cv-12366 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 78 | Bachus & Schanker | Waiters, India | 19-cv-13984 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 79 | Bachus & Schanker | Willoughby, Kimberly | 19-cv-12254 | Lack of CMO-12A Product Identification |
| 80 | Bachus & Schanker | Wilson, Mevilyn | 18-cv-01529 | Lack of CMO-12A Product Identification |
| 81 | Baron & Budd | Egidio, Lisa | 17-cv-15700 | Lack of CMO-12A Product Identification |
| 82 | Barrett Johnston Martin & Garrison | Lawson-Winfield, Twanda | 19-cv-12010 | Lack of CMO-12A Product Identification |
| 83 | Barrios Kingsdorf & Casteix, LLP | Landry, Modine | 17-cv-08110 | Lack of CMO-12A Product Identification |
| 84 | Berezofsky Law Group | Bernardin, Lisa | 18-cv-01852 | Sanofi PID - Dismiss remaining defendants |
| 85 | Berezofsky Law Group | Cheehan, Kathryn | 18-cv-01848 | Lack of CMO-12A Product Identification |
| 86 | Bernstein Liebhard | Gaspari, Laura | 18-cv-13863 | Lack of CMO-12A Product Identification |
| 87 | Bernstein Liebhard | Love, Susan A. | 18-cv-05868 | Sanofi and Actavis ID - Dismiss remaining Defendants |
| 88 | Bernstein Liebhard | Lovely, Leah | 17-cv-03218 | Lack of CMO-12A Product Identification |
| 89 | Brent Coon & Associates | Daniels, Aquaquenetta | 17-cv-11152 | Lack of CMO-12A Product Identification |
| 90 | Brent Coon & Associates | Henegan, Charlotte | 17-cv-16733 | Lack of CMO-12A Product Identification |
| 91 | Brent Coon & Associates | Medlin, Karon | 17-cv-14349 | Lack of CMO-12A Product Identification |
| 92 | Brent Coon & Associates | Pitts, Susan | 18-cv-04448 | Winthrop PID - Dismiss remaining defendants |
| 93 | Brown & Crouppon | Garcia-Crump, Carol | 18-cv-11488 | Lack of CMO-12A Product Identification |
| 94 | Brown & Crouppon | Hayes, Cynthia D. | 17-cv-14407 | Hospira PID - Dismiss remaining defendants |
| 95 | Brown & Crouppon | Hendricks, Sherry | 18-cv-07248 | Sandoz PID - Dismiss remaining defendants |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 96 | Brown & Crouppon | Jimerson, Erserine | 19-cv-11429 | Lack of CMO-12A Product Identification |
| 97 | Brown & Crouppon | Reagle, Jennifer | 17-cv-14509 | Lack of CMO-12A Product Identification |
| 98 | Canepa Riedy Abele | Schneider, Sharon L. | 19-cv-13068 | Hospira PID - Dismiss remaining defendants |
| 99 | Carey Danis & Lowe | Smith-Jackson, Valerie | 18-cv-13389 | Lack of CMO-12A Product Identification |
| 100 | Carmen D. Caruso Law Firm | McDonald, Michelle | 19-cv-12092 | Lack of CMO-12A Product Identification |
| 101 | Cutter Law | Fiely, Sharon | 17-cv-15280 | Lack of CMO-12A Product Identification |
| 102 | Davis & Crump | Casaus, Nantri | 18-cv-02860 | Winthrop PID - Dismiss remaining defendants |
| 103 | Davis & Crump | Harrington, Patsy | 18-cv-11794 | Lack of CMO-12A Product Identification |
| 104 | Davis & Crump | Killian, Linda | 18-cv-06477 | Hospira and Sandoz PID - Dismiss remaining defendants |
| 105 | Diamond Law | Lee-Nunn, Connie | 17-cv-14155 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 106 | Fears \| Nachawati | Bizier, Kristina | 18-cv-13603 | Lack of CMO-12A Product Identification |
| 107 | Fears \| Nachawati | Cantrell, Donna | 19-cv-00046 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 108 | Fears \| Nachawati | Carlisle, Michelle | 21-cv-01674 | Lack of CMO-12A Product Identification |
| 109 | Fears \| Nachawati | Collins, Terri Sue | 21-cv-00851 | Lack of CMO-12A Product Identification |
| 110 | Fears \| Nachawati | Cunningham, Susan | 19-cv-00034 | Lack of CMO-12A Product Identification |
| 111 | Fears \| Nachawati | Gray, Patricia | 21-cv-00683 | Lack of CMO-12A Product Identification |
| 112 | Fears \| Nachawati | Laskey, Shirley | 21-cv-01644 | Lack of CMO-12A Product Identification |
| 113 | Fears \| Nachawati | Loomis, Linda | 21-cv-01677 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 114 | Fears \| Nachawati | McGovern, Veronica | 21-cv-01641 | Lack of CMO-12A Product Identification |
| 115 | Fears \| Nachawati | Mitchell, Doris | 21-cv-01301 | Lack of CMO-12A Product Identification |
| 116 | Fears \| Nachawati | Pollard, Terry | 21-cv-00021 | Lack of CMO-12A Product Identification |
| 117 | Fears \| Nachawati | Simons, Patricia | 18-cv-08415 | Lack of CMO-12A Product Identification |
| 118 | Fears \| Nachawati | Taylor, Paula | 18-cv-08771 | Sanofi PID - Dismiss remaining defendants |
| 119 | Fears \| Nachawati | Watson, Sureta | 18-cv-05814 | Sanofi PID - Dismiss remaining defendants |
| 120 | Fears \| Nachawati | Weeks, Janet | 21-cv-00681 | Lack of CMO-12A Product Identification |
| 121 | Fears \| Nachawati | Williams, Candace | 18-cv-13851 | Lack of CMO-12A Product Identification |
| 122 | Fears \| Nachawati | Wilson, Katherine | 21-cv-00692 | Lack of CMO-12A Product Identification |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 123 | Fears \| Nachawati | Wray, Sheryl | 18-cv-05388 | Lack of CMO-12A Product Identification |
| 124 | Fears \| Nachawati | Wright, Ladell | 20-cv-02621 | Sanofi PID - Dismiss remaining defendants |
| 125 | Ferrer Poirot & Wansbrough | Charles, Shannon | 17-cv-06344 | Lack of CMO-12A Product Identification |
| 126 | Ferrer Poirot & Wansbrough | Streeter, Sandra | 19-cv-14284 | Sanofi PID - Dismiss remaining defendants |
| 127 | Finson Law Firm | Beutow, Deborah | 17-cv-15447 | Lack of CMO-12A Product Identification |
| 128 | Finson Law Firm | Chaisson-Ricker, Elizabeth | 20-cv-02675 | Hospira and Sandoz PID - Dismiss remaining defendants |
| 129 | Finson Law Firm | Rooney, Donna | 20-cv-02664 | Lack of CMO-12A Product Identification |
| 130 | Finson Law Firm | Siggers, Robin N. | 17-cv-15802 | Lack of CMO-12A Product Identification |
| 131 | Fleming Nolen & Jez | Rittscher, June | 19-cv-10139 | Lack of CMO-12A Product Identification |
| 132 | Fox & Farley | Labat, Edwina | 19-cv-13884 | Lack of CMO-12A Product Identification |
| 133 | Fox & Farley | Whitehead, Cheryl | 19-cv-12878 | Sandoz PID - Dismiss remaining defendants |
| 134 | Gainsburg Benjamin | Brooks III, Robert (on behalf of Diane Brooks) | 20-cv-00109 | Sanofi PID - Dismiss remaining defendants |
| 135 | Gainsburg Benjamin | Stoops, Robin | 17-cv-13921 | Sagent and Winthrop PID - Dismiss remaining defendants |
| 136 | Gainsburg Benjamin | White, Geraldine | 17-cv-12548 | Lack of CMO-12A Product Identification |
| 137 | Gibbs Law Group | Dellit, Michelle | 17-cv-10885 | Hospira PID - Dismiss remaining defendants |
| 138 | Gibbs Law Group | Hoyt, Joanne | 18-cv-02667 | Lack of CMO-12A Product Identification |
| 139 | Gibbs Law Group | Navarro, Teri | 18-cv-01846 | Lack of CMO-12A Product Identification |
| 140 | Gibbs Law Group | Perez, Vivian | 17-cv-11676 | Sanofi PID - Dismiss remaining defendants |
| 141 | Gomez Trial Attorneys | Williams, Rose | 17-cv-05463 | Lack of CMO-12A Product Identification |
| 142 | Gomez Trial Attorneys | Bates, Marva | 17-cv-13652 | Lack of CMO-12A Product Identification |
| 143 | Gomez Trial Attorneys | McGee, Friella | 17-cv-13831 | Sanofi PID - Dismiss remaining defendants |
| 144 | Gomez Trial Attorneys | Oneal, Yulonda | 17-cv-13775 | Lack of CMO-12A Product Identification |
| 145 | Gomez Trial Attorneys | Smith, Lillie Louise | 17-cv-03126 | Winthrop PID - Dismiss remaining defendants |
| 146 | Gomez Trial Attorneys | Valencia, Sonia | 16-cv-15497 | Sanofi PID - Dismiss remaining defendants |
| 147 | Gori Law Firm | Cooke, Helen | 20-cv-02368 | Sanofi PID - Dismiss remaining defendants |
| 148 | Gori Law Firm | Delprete, Sandra | 19-cv-09989 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 149 | Gori Law Firm | Ward, Sheena L. | 19-cv-12327 | Lack of CMO-12A Product Identification |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 150 | Goza & Honnold | Frissora, Kathleen | 17-cv-13546 | Lack of CMO-12A Product Identification |
| 151 | Grant & Eisenhofer | Barber, Geraldine | 18-cv-13003 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 152 | Hughes & Coleman | Hurley, Betty | 16-cv-17970 | Lack of CMO-12A Product Identification |
| 153 | Johnson Becker | Campbell, Valerie | 17-cv-05191 | Lack of CMO-12A Product Identification |
| 154 | Johnson Becker | Clayborn, Barbara | 17-cv-08765 | Lack of CMO-12A Product Identification |
| 155 | Johnson Becker | Harges, Benita | 20-cv-01026 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 156 | Johnson Becker | Hovey, Susan K. | 17-cv-05647 | Lack of CMO-12A Product Identification |
| 157 | Johnson Becker | Kohlenberg, Kelly Lea | 17-cv-13959 | Lack of CMO-12A Product Identification |
| 158 | Johnson Becker | Madden, Debbie | 17-cv-09473 | Lack of CMO-12A Product Identification |
| 159 | Johnson Becker | Perrotta, Cornelia | 17-cv-04794 | Lack of CMO-12A Product Identification |
| 160 | Johnson Becker | Rowan, Karen | 17-cv-09845 | Lack of CMO-12A Product Identification |
| 161 | Johnson Becker | Smith, Nancy Kay | 17-cv-11387 | Lack of CMO-12A Product Identification |
| 162 | Johnson Becker | Tomasek, Arlene | 16-cv-17246 | Lack of CMO-12A Product Identification |
| 163 | Johnson Becker | Wendler, Sharren E. | 18-cv-07881 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 164 | Johnson Johnson Lucas & Middleton | Houle, Kimberly | 17-cv-17014 | Lack of CMO-12A Product Identification |
| 165 | Johnson Law Group | Borrego, Leslie | 18-cv-10167 | Lack of CMO-12A Product Identification |
| 166 | Johnson Law Group | Cardwell, Judy | 18-cv-02031 | Lack of CMO-12A Product Identification |
| 167 | Johnson Law Group | Davis, Barbara | 18-cv-10112 | Lack of CMO-12A Product Identification |
| 168 | Johnson Law Group | Griffin, Janis | 17-cv-10018 | Lack of CMO-12A Product Identification |
| 169 | Johnson Law Group | Hunt, Carrie | 18-cv-04734 | Lack of CMO-12A Product Identification |
| 170 | Johnson Law Group | Johnson, Renee | 17-cv-05338 | Lack of CMO-12A Product Identification |
| 171 | Johnson Law Group | Kappeler, Sally | 19-cv-12559 | Lack of CMO-12A Product Identification |
| 172 | Johnson Law Group | Marsh, Charlene | 17-cv-12309 | Lack of CMO-12A Product Identification |
| 173 | Johnson Law Group | McComas, Donna | 18-cv-11340 | Lack of CMO-12A Product Identification |
| 174 | Johnson Law Group | McQuality, Delia | 19-cv-02464 | Lack of CMO-12A Product Identification |
| 175 | Johnson Law Group | Rodriguez, Maria | 18-cv-11336 | Lack of CMO-12A Product Identification |
| 176 | Johnson Law Group | Ross, Sherry | 17-cv-11096 | Lack of CMO-12A Product Identification |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 177 | Johnson Law Group | Tavanello, Cathy | 17-cv-07196 | Lack of CMO-12A Product Identification |
| 178 | Jones Ward Law Firm LLC | Moody-Beaumont, Carol | 17-cv-15956 | Lack of CMO-12A Product Identification |
| 179 | Jones Ward Law Firm LLC | Somerday, Barbara | 17-cv-16587 | Lack of CMO-12A Product Identification |
| 180 | Kagan Legal Group | Doan, Susan | 17-cv-11139 | Lack of CMO-12A Product Identification |
| 181 | Kagan Legal Group | Ross, Tammy | 18-cv-07675 | Lack of CMO-12A Product Identification |
| 182 | Law Office of William R. Brenske | Pollard, Joanna | 18-cv-05637 | Sanofi PID - Dismiss remaining defendants |
| 183 | Lowe Law Group | Ayala, Mandi | 17-cv-08970 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 184 | Lowe Law Group | Brown, Venita | 16-cv-17390 | Lack of CMO-12A Product Identification |
| 185 | Lowe Law Group | Greene, Angela | 18-cv-07152 | Lack of CMO-12A Product Identification |
| 186 | Lowe Law Group | Hentz, Kathleen | 19-cv-10016 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 187 | Lowe Law Group | Hogan, Wanda | 16-cv-17431 | Lack of CMO-12A Product Identification |
| 188 | Lowe Law Group | McLaughlin, Leslie | 17-cv-11732 | Lack of CMO-12A Product Identification |
| 189 | Lowe Law Group | Moore, Consuela | 19-cv-10882 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 190 | Lowe Law Group | Nelms, Jennifer | 18-cv-06423 | Sanofi/Winthrop PID - Dismiss remaining defendants |
| 191 | Lowe Law Group | Nutt, Melody | 16-cv-17395 | Lack of CMO-12A Product Identification |
| 192 | MacArther Heder & Metler | Martinez, Yolanda | 20-cv-03445 | Lack of CMO-12A Product Identification |
| 193 | Maher Law Firm | Douglas, Christine | 17-cv-14017 | Lack of CMO-12A Product Identification |
| 194 | Maher Law Firm | Hucks, Ramona | 19-cv-14189 | Lack of CMO-12A Product Identification |
| 195 | Marc J. Bern & Partners LLP | Ceraio, Yvonne | 19-cv-10846 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 196 | Marc J. Bern & Partners LLP | Childs, Carolyn | 18-cv-02467 | Sandoz PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 197 | Marc J. Bern & Partners LLP | Davidson, Shelia | 18-cv-04445 | Lack of CMO-12A Product Identification |
| 198 | Marc J. Bern & Partners LLP | Deaton, Davida | 18-cv-07267 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 199 | Marc J. Bern & Partners LLP | Dellos, Carol | 18-cv-12681 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 200 | Marc J. Bern & Partners LLP | Fox, Vivian | 18-cv-14134 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 201 | Marc J. Bern & Partners LLP | Jimenez, Romona | 18-cv-09378 | Accord PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 202 | Marc J. Bern & Partners LLP | Jones, Joan | 18-cv-04465 | Accord PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 203 | Marc J. Bern & Partners LLP | Jones, Valerie | 19-cv-10778 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 204 | Marc J. Bern & Partners LLP | Minor, Viana | 19-cv-00037 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 205 | Marc J. Bern & Partners LLP | Nitto, Laura | 17-cv-14782 | Sandoz PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 206 | Marc J. Bern & Partners LLP | Olin, Valerie | 18-cv-14300 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 207 | Marc J. Bern & Partners LLP | Rathgeber, Cindy | 18-cv-11917 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 208 | Marc J. Bern & Partners LLP | Rose, Sandra | 19-cv-02395 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 209 | Marc J. Bern & Partners LLP | Ross, Janet | 18-cv-03443 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 210 | Marc J. Bern & Partners LLP | Siddoway, Cynthia | 19-cv-11983 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 211 | Marc J. Bern & Partners LLP | Wheeler, Mary | 19-cv-02221 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 212 | Marc J. Bern & Partners LLP | White, Shavonne | 18-cv-11228 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 213 | Marc J. Bern & Partners LLP | Zubee, Eleanor | 18-cv-00815 | Sandoz PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 214 | Martin, Harding & Mazzotti, LLP | Shpur, Jill | 16-cv-17292 | Hospira PID - Dismiss remaining defendants |
| 215 | McDonald Worley | Cosner, Linda | 19-cv-00125 | Sanofi PID - Dismiss remaining defendants |
| 216 | McDonald Worley | McMullen, Helga | 17-cv-17056 | Hospira PID - Dismiss remaining defendants |
| 217 | McDonald Worley | Roop, Merry | 18-cv-00793 | Sanofi PID - Dismiss remaining defendants |
| 218 | McGartland Law Firm | Lewis, Renee | 17-cv-11207 | Lack of CMO-12A Product Identification |
| 219 | McGartland Law Firm | Pendley, Lorin | 17-cv-11295 | Lack of CMO-12A Product Identification |
| 220 | McGartland Law Firm | Rose, Crystal | 17-cv-11351 | Lack of CMO-12A Product Identification |
| 221 | McGartland Law Firm | Ross, Tina | 17-cv-13529 | Lack of CMO-12A Product Identification |
| 222 | McGartland Law Firm | Shannon, Barbara | 17-cv-17926 | Lack of CMO-12A Product Identification |
| 223 | McGartland Law Firm | Warner, Nancy | 17-cv-11688 | Lack of CMO-12A Product Identification |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 224 | McSweeney Langevin | Archer, Isabelle | 17-cv-15882 | Lack of CMO-12A Product Identification |
| 225 | McSweeney Langevin | Boatwright, Alice | 18-cv-12044 | Lack of CMO-12A Product Identification |
| 226 | McSweeney Langevin | Clemmons, Alma | 18-cv-12789 | Lack of CMO-12A Product Identification |
| 227 | Morgan & Morgan | Brown, Denise | 19-cv-14081 | Lack of CMO-12A Product Identification |
| 228 | Morgan & Morgan | Mondus, Cherilyn | 19-cv-14364 | Sanofi PID - Dismiss remaining defendants |
| 229 | Morgan & Morgan | Owens, Elizabeth | 19-cv-14465 | Dr. Reddy PID - Dismiss all defendants |
| 230 | Morris Bart | Alfred, Bridget | 18-cv-06330 | Lack of CMO-12A Product Identification |
| 231 | Morris Bart | Felder, Jacqueline | 18-cv-05385 | Lack of CMO-12A Product Identification |
| 232 | Morris Bart | Hymel, Linda | 17-cv-05920 | Hospira and Sanofi PID - Dismiss remaining defendants |
| 233 | Morris Bart | Khan, Edith | 18-cv-05883 | Lack of CMO-12A Product Identification |
| 234 | Morris Bart | Landers, Terrie | 18-cv-08358 | Lack of CMO-12A Product Identification |
| 235 | Morris Bart | McKinney, Jaunifert | 16-cv-15396 | Lack of CMO-12A Product Identification |
| 236 | Morris Bart | Medine, Cindy | 17-cv-06845 | Lack of CMO-12A Product Identification |
| 237 | Morris Bart | Quave, Betty | 18-cv-03633 | Lack of CMO-12A Product Identification |
| 238 | Morris Bart | Small, Shirley | 18-cv-06101 | Lack of CMO-12A Product Identification |
| 239 | Morris Bart | Spellman, Denise | 18-cv-04833 | Hospira PID - Dismiss remaining defendants |
| 240 | Morris Bart | Stevens, Irma | 17-cv-05918 | Lack of CMO-12A Product Identification |
| 241 | Morris Bart | Turner, Dinah | 17-cv-05481 | Lack of CMO-12A Product Identification |
| 242 | Murray Law Firm | Price, Robyn | 19-cv-11739 | Lack of CMO-12A Product Identification |
| 243 | Napoli Shkolnik | Hadley, Dorcille | 19-cv-09849 | Lack of CMO-12A Product Identification |
| 244 | Napoli Shkolnik | Hunt-Bluford, Marjorie | 19-cv-09912 | Sanofi PID - Dismiss remaining defendants |
| 245 | Napoli Shkolnik | Slape, Tammy | 18-cv-13905 | Lack of CMO-12A Product Identification |
| 246 | Napoli Shkolnik | Wilder, Debra | 19-cv-02441 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 247 | Niemeyer, Grebel & Kruse | Lackey, Tammie | 17-cv-09705 | Lack of CMO-12A Product Identification |
| 248 | Niemeyer, Grebel & Kruse | McCord, Judith | 18-cv-12773 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 249 | Niemeyer, Grebel & Kruse | Rider, Rose | 18-cv-12148 | Sandoz PID - Dismiss remaining defendants |
| 250 | Niemeyer, Grebel & Kruse | Trayler, Kellie | 17-cv-10112 | Lack of CMO-12A Product Identification |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 251 | Niemeyer, Grebel & Kruse | Williford, Yolanda | 17-cv-10213 | Lack of CMO-12A Product Identification |
| 252 | Parker Waichman LLP | Pugsley, Michelle | 18-cv-06716 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 253 | Pendley, Baudin & Coffin | Anderson, Patricia | 19-cv-01207 | Sanofi PID - Dismiss remaining defendants |
| 254 | Pendley, Baudin & Coffin | Estrada, Nicolette | 17-cv-02767 | Hospira and Sandoz PID - Dismiss remaining defendants |
| 255 | Pendley, Baudin & Coffin | Grant, Sharlene | 18-cv-07658 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 256 | Pendley, Baudin & Coffin | Guyette, Dana | 17-cv-12612 | Lack of CMO-12A Product Identification |
| 257 | Pendley, Baudin & Coffin | Henderson, Cindra | 19-cv-01220 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 258 | Pendley, Baudin & Coffin | Huey, Karla | 17-cv-06512 | Hospira PID - Dismiss remaining defendants |
| 259 | Pendley, Baudin & Coffin | Hunter, Angela | 17-cv-04165 | Sagent PID - Dismiss remaining defendants |
| 260 | Pendley, Baudin & Coffin | Kettles, Sharon | 17-cv-11692 | Lack of CMO-12A Product Identification |
| 261 | Pendley, Baudin & Coffin | Klann, Dionne A. | 17-cv-07366 | Lack of CMO-12A Product Identification |
| 262 | Pendley, Baudin & Coffin | McDuell, Elaine | 17-cv-07107 | Lack of CMO-12A Product Identification |
| 263 | Pendley, Baudin & Coffin | Newbold, Donna | 17-cv-00832 | Lack of CMO-12A Product Identification |
| 264 | Pendley, Baudin & Coffin | Richardson, Christa | 18-cv-08081 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 265 | Pendley, Baudin & Coffin | Smith, Lauri | 17-cv-06293 | Sandoz PID - Dismiss remaining defendants |
| 266 | Pendley, Baudin & Coffin | Spruill, Cora | 17-cv-08079 | Lack of CMO-12A Product Identification |
| 267 | Pendley, Baudin & Coffin | Washington, Deirdra | 17-cv-06903 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 268 | Pulaski Law Firm | Baritot, Susan | 19-cv-13978 | Sandoz PID - Dismiss remaining defendants |
| 269 | Pulaski Law Firm | Blair, Pamela | 18-cv-12866 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 270 | Pulaski Law Firm | Dedier-James, Donna | 19-cv-13979 | Sanofi PID - Dismiss remaining defendants |
| 271 | Pulaski Law Firm | Greendyk, Maria | 17-cv-15259 | Lack of CMO-12A Product Identification |
| 272 | Pulaski Law Firm | Hardy, Lorrilee | 18-cv-13275 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 273 | Pulaski Law Firm | Herbster, Jamie | 18-cv-13055 | Lack of CMO-12A Product Identification |
| 274 | Pulaski Law Firm | Massey, Diana | 18-cv-13107 | Lack of CMO-12A Product Identification |
| 275 | Pulaski Law Firm | Valez, Betty | 17-cv-16080 | Sagent PID - Dismiss remaining defendants |
| 276 | Pulaski Law Firm | Windham, Linda | 18-cv-13279 | Lack of CMO-12A Product Identification |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 277 | Reyes Brown Reilley | Awal, Gloria | 19-cv-12906 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 278 | Reyes Brown Reilley | Barton, Evelyn | 18-cv-13420 | Sanofi/Winthrop PID - Dismiss remaining defendants |
| 279 | Reyes Brown Reilley | Becker, Frances | 18-cv-11402 | Hospira PID - Dismiss remaining defendants |
| 280 | Reyes Brown Reilley | Bobby, Rachel Leone | 18-cv-12123 | Sanofi/Winthrop PID - Dismiss remaining defendants |
| 281 | Reyes Brown Reilley | Brown, Vilinie | 19-cv-12726 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 282 | Reyes Brown Reilley | Cosban-Ioppolo, Jennifer | 18-cv-12332 | Lack of CMO-12A Product Identification |
| 283 | Reyes Brown Reilley | Delorenzo, Victoria | 18-cv-14246 | Sandoz PID - Dismiss remaining defendants |
| 284 | Reyes Brown Reilley | Donahue, Melanie | 19-cv-12703 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 285 | Reyes Brown Reilley | Dudley, Elizabeth | 18-cv-12127 | Hospira PID - Dismiss remaining defendants |
| 286 | Reyes Brown Reilley | Fanning, Barbara | 19-cv-12741 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 287 | Reyes Brown Reilley | Graf, Jody | 19-cv-12678 | Hospira PID - Dismiss remaining defendants |
| 288 | Reyes Brown Reilley | Hockaday, Marian | 18-cv-11433 | Sanofi PID - Dismiss remaining defendants |
| 289 | Reyes Brown Reilley | Horne, Nancy | 19-cv-13474 | Lack of CMO-12A Product Identification |
| 290 | Reyes Brown Reilley | Hughes, Patricia A. | 18-cv-12131 | Hospira PID - Dismiss remaining defendants |
| 291 | Reyes Brown Reilley | Johnson, Dawn Marie | 18-cv-12873 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 292 | Reyes Brown Reilley | Levington, Marcy | 18-cv-11437 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 293 | Reyes Brown Reilley | Lewis, Denyse | 18-cv-11438 | Sandoz PID - Dismiss remaining defendants |
| 294 | Reyes Brown Reilley | Lewis, Jackquelin | 19-cv-13739 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 295 | Reyes Brown Reilley | Marcos-Mendez, Ethel | 18-cv-12385 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 296 | Reyes Brown Reilley | Oberholtzer, Teresa | 18-cv-12533 | Winthrop and Hospira PID - Dismiss remaining defendants |
| 297 | Reyes Brown Reilley | Owens, Connie | 19-cv-12695 | Lack of CMO-12A Product Identification |
| 298 | Reyes Brown Reilley | Parian, Cherin | 18-cv-13411 | Winthrop PID - Dismiss remaining defendants |
| 299 | Reyes Brown Reilley | Pastore, Alyssa | 18-cv-12137 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 300 | Reyes Brown Reilley | Rosen, Marcia | 19-cv-12698 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 301 | Reyes Brown Reilley | Salamanca, Tawnya | 18-cv-12278 | Lack of CMO-12A Product Identification |
| 302 | Reyes Brown Reilley | Sonia, Frances D. | 18-cv-11691 | Winthrop PID - Dismiss remaining defendants |
| 303 | Reyes Brown Reilley | Street, Essie | 18-cv-12314 | Winthrop, Hospira, and Sandoz PID - Dismiss remaining defendants |
| 304 | Reyes Brown Reilley | Vedder, Pamela | 18-cv-12211 | Hospira PID - Dismiss remaining defendants |
| 305 | Reyes Brown Reilley | Vincent, Victoria | 18-cv-12216 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 306 | Reyes Brown Reilley | Walker, Holleigh | 19-cv-13118 | Lack of CMO-12A Product Identification |
| 307 | Reyes Brown Reilley | White, Felicia | 18-cv-12273 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 308 | Reyes Brown Reilley | Wignall, Randy | 19-cv-13504 | Winthrop PID - Dismiss remaining defendants |
| 309 | Reyes Brown Reilley | Wittmer, Gwen | 18-cv-12220 | Sanofi/Winthrop PID - Dismiss remaining defendants |
| 310 | Roberts & Roberts | Haynes, Carol | 18-cv-13901 | Sanofi PID - Dismiss remaining defendants |
| 311 | Roberts & Roberts | Joyner, Kathryn | 18-cv-11872 | Lack of CMO-12A Product Identification |
| 312 | Roberts & Roberts | Smith, Verniece | 18-cv-13890 | Lack of CMO-12A Product Identification |
| 313 | Rosen Harwood | Spencer, Celia | 20-cv-00045 | Lack of CMO-12A Product Identification |
| 314 | Schmidt National Law Group | Thomason, Cindy | 17-cv-10773 | Lack of CMO-12A Product Identification |
| 315 | SCOTT VICKNAIR LLC | Atwell, Patricia | 20-cv-00219 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 316 | SCOTT VICKNAIR LLC | Giglio, Janice | 17-cv-11901 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 317 | Seithel Law | Meadows, Mary | 18-cv-02216 | Lack of CMO-12A Product Identification |
| 318 | Shaw Cowart | Allen Barrick, Cathy | 17-cv-14295 | Sandoz PID - Dismiss remaining defendants |
| 319 | Shaw Cowart | Howard, Mary | 17-cv-15677 | Lack of CMO-12A Product Identification |
| 320 | Shaw Cowart | Moran, Joanne | 17-cv-14156 | Lack of CMO-12A Product Identification |
| 321 | SWMW Law | Maxwell, Velesta W. | 17-cv-16718 | Lack of CMO-12A Product Identification |
| 322 | Murray Law Firm | McDonnell, Lana | 17-cv-11669 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 323 | Tony Seaton & Associates | Harris, Susie B. | 19-cv-14700 | Lack of CMO-12A Product Identification |
| 324 | TorHoerman Law | Forrest, Jeannie | 18-cv-07103 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 325 | TorHoerman Law | Griffin, Julie | 19-cv-14048 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |

| # | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 326 | TorHoerman Law | Kincheloe, Sara | 20-cv-01139 | Lack of CMO-12A Product Identification |
| 327 | TorHoerman Law | Mitchell, Julia | 20-cv-01144 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 328 | TorHoerman Law | Phillips, Barbara | 18-cv-07093 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 329 | TorHoerman Law | Smith, Antoinette | 18-cv-08991 | Lack of CMO-12A Product Identification |
| 330 | Tracey & Fox | Boyd, Joy | 19-cv-04540 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 331 | Tracey & Fox | Huey, Elaine | 19-cv-04829 | Lack of CMO-12A Product Identification |
| 332 | Tracey & Fox | Wease, Suzanne | 18-cv-07959 | Lack of CMO-12A Product Identification |
| 333 | Verhine & Verhine, PLLC | Riemer, Gladyce | 17-cv-06168 | Lack of CMO-12A Product Identification |
| 334 | Verhine & Verhine, PLLC | Starr, Carol | 17-cv-06001 | Lack of CMO-12A Product Identification |
| 335 | Wendt Law Firm | Botley, Linda | 17-CV-12660 | Lack of CMO-12A Product Identification |
| 336 | Whitfield Bryson & Mason LLP | Bain, Barbara | 17-cv-12749 | Lack of CMO-12A Product Identification |
| 337 | Whitfield Bryson & Mason LLP | Scott, Mary Elaine | 16-cv-17587 | Lack of CMO-12A Product Identification |
| 338 | Whitfield Bryson & Mason LLP | Zabor, Elizabeth | 17-cv-13989 | Lack of CMO-12A Product Identification |
| 339 | Williams Hart Boundas Easterby, LLP | Aragon, Dana | 18-cv-08787 | Lack of CMO-12A Product Identification |
| 340 | Williams Hart Boundas Easterby, LLP | Hardy, Elizabeth | 17-cv-10451 | Lack of CMO-12A Product Identification |
| 341 | Williams Hart Boundas Easterby, LLP | Whitted, Emma | 18-cv-00312 | Lack of CMO-12A Product Identification |
| 342 | Williams Kherkher Hart | Holland, Annie | 17-cv-10430 | Lack of CMO-12A Product Identification |
| 343 | Zoll & Kranz | Hartso, Lenora | 16-cv-17984 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 344 | Zoll & Kranz | Kout, Adrienne | 17-cv-13386 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 345 | Zoll & Kranz | Lonzo, Ylonda | 16-cv-16793 | Sanofi PID - Dismiss remaining defendants |
| 346 | Zoll & Kranz | Middleton, Crystal | 17-cv-13600 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 347 | Zoll & Kranz | Tabron, Virginia | 17-cv-01729 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |

**Exhibit B**

| # | Plaintiff's Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category | Dates of Treatment | PL's MDL Centrality Submission Doc. Numbers | DE Position on Evidence Submitted | PL Position on Evidence Submitted | Ruling |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |

5812258.1