MINUTE ENTRY
NORTH, M.J.
DECEMBER 15, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                           MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION                                           SECTION: "H"(5)

THIS DOCUMENT RELATES TO:  17-12842

As a result of follow-up discussions among the Court and the parties, a settlement agreement was reached in the above matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

                                            MICHAEL B. NORTH
                                    UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANE TRICHE MILAZZO

MJSTAR (00:10)