UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| ANGELA WOODS  Plaintiff | : : : | COMPLAINT & JURY DEMAND |
| vs. | : : | Civil Action No: 2:17-cv-07138 |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.  Defendants | : : : : : : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Angela Woods, by and through counsel, pursuant to Fed.R.Civ.P.41(a) (1)(A)(i), hereby voluntarily dismisses all Defendants from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own fees and costs.

Dated this 20th day of December, 2022.

By: /s/ ETHAN L. SHAW
Ethan L. Shaw
Shaw Cowart, LLP
1609 Shoal Creek Blvd., Ste. 301
Austin, TX 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
Email: elshaw@shawcowart.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on December 20, 2022, I electronically served via email this Stipulation of Voluntary Dismissal with Prejudice on the following counsel of record for defendants:

Matt DePaz
Shook, Hardy & Bacon, L.L.P.
MDEPAZ@shb.com

Douglas Moore
Irwin Fritchie Urquhart & Moore LLC
dmoore@irwinllc.com

John Olinde
Chaffe McCall
olinde@chaffe.com

                /s/  Ethan L. Shaw