# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Charles Kridner, on Behalf of Miriam Kridner
Case No.: 2:16-cv-16945

## PLAINTIFF'S MOTION TO SUBSTITUTE RHONDA KRIDNER ON BEHALF OF MIRIAM KRIDNER

COMES NOW, Plaintiff Charles Kridner, on Behalf of Miriam Kridner and files this motion to substitute Miriam Kridner's surviving heir, Rhonda Kridner, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Miriam Kridner filed the present action in the United States District Court for the Eastern District of Louisiana on November 15, 2016;

2. Plaintiff Miriam Kridner died on December 6, 2018;

3. On March 25, 2020, Plaintiff filed a Suggestion of Death, and Motion to Substitute Charles Kridner on Behalf of Miriam Kridner pursuant to Federal Rule of Civil Procedure 25(a)(1);

4. On April 21, 2020, the Court granted Plaintiff's Motion to Substitute Charles Kridner on Behalf of Miriam Kridner;

5. Plaintiff Charles Kridner died on September 22, 2021;

6. On September 19, 2022, Plaintiff filed a Suggestion of Death for Charles Kridner pursuant to Federal Rule of Civil Procedure 25(a)(1);

7. Rhonda Kridner is a surviving heir and proper next of kin of Miriam Kridner and proper party plaintiff pursuant to the laws of the State of Tennessee.

8. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Rhonda Kridner be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: December 21, 2022          **JOHNSON BECKER, PLLC**

s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on December 21, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
