# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Charles Kridner, on Behalf of Miriam Kridner
Case No.: 2:16-cv-16945

## ORDER

Upon Plaintiff's Motion to Substitute Rhonda Kridner on behalf of Miriam Kridner and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2022

_____
The Hon. Jane Triche Milazzo