BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:            HON. JANE T. MILAZZO
*Dunn v. Sanofi S.A. et al*
*Case No. 2:16−cv−06979−JGB−SP*

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.**

DONE AND SIGNED this _____day of _____, 2022, at New Orleans, Louisiana.

                                                                   _____
                                                                   Honorable Jane Triche Milazzo