UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> **This document relates to:** ) <br> Charles Kridner, on Behalf of Miriam Kridner, ) <br> 2:16-cv-16945 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

# ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 15308);

**IT IS ORDERED** that the Motion is **GRANTED** and that Rhonda Kridner, on behalf of Miriam Kridner, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 22nd day of December, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE