IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>SUSAN LOVE<br><br>Civil Action No.: 2:18-cv-05868 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT: Sanofi US Services Inc. f/k/ a Sanofi-Aventis U.S. Inc., Sanofi- Aventis U.S. LLC, Actavis LLC f/k/a Actavis Inc.** |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT: Sanofi US Services Inc. f/k/ a Sanofi-Aventis U.S. Inc., Sanofi- Aventis U.S. LLC, Actavis LLC f/k/a Actavis Inc.**

Pursuant to CMO 12A, Plaintiff SUSAN LOVE dismisses with prejudice all previously named defendants in this matter **except:** Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Actavis LLC f/k/a Actavis Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: December 23, 2022,                              **Respectfully submitted,**

/s/ *Daniel C. Burke*
Daniel C. Burke, Esq.
*Pro Hac Vice*
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Email: dburke@bernlieb.com

1

**CERTIFCATE OF SERVICE**

The undersigned hereby certifies that on December 23, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                **Respectfully submitted,**

                                /s/ *Daniel C. Burke*
                                Daniel C. Burke, Esq.
                                *Pro Hac Vice*
                                BERNSTEIN LIEBHARD LLP
                                10 East 40th Street
                                New York, New York 10016
                                Tel: (212) 779-1414
                                Email: dburke@bernlieb.com