UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO |
| MICHELLE MCDONALD    Plaintiff, | : : : | MAG. JUDGE NORTH |
| vs. | : : | |
| ACTAVIS LLC    Defendant. | : : : | Civil Action No.: 2:19-cv-12092 |

### Notice of Dismissal with Prejudice

Plaintiff MICHELLE MCDONALD, and undersigned counsel, hereby give notice that the above-captioned action against Defendant ACTAVIS LLC., solely, is voluntary dismissed, with prejudice.

December 28, 2022                                                     Respectfully submitted,

                                                                                       */s/ Carmen D. Caruso*

Carmen D. Caruso
CARMEN D. CARUSO LAW FIRM
77 W Washington Street
Suite 1900
Chicago, IL 60602
cdc@cdcaruso.com

ATTORNEY FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this December 28, 2022, the foregoing Notice of Dismissal with Prejudice was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

Respectfully submitted,

*/s/ Carmen D. Caruso*
