UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740**<br><br>Section "H" (5)<br><br>**JUDGE JANE TRICHE MILAZZO**<br>Magistrate Judge Michael North |
| **This document relates to:**<br>**GLORY MARTIN**<br>**Civil Action No. 2:18-cv-03591** | |

## MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action hereby moves this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), for an order substituting Mark Martin on behalf of his deceased spouse, Glory Martin, as the Plaintiff in this action.

Plaintiff Glory Martin filed this lawsuit on April 4, 2018. (Civil Action No. 2:18-cv-03591, Doc. 1.) Plaintiff Glory Martin had died in the State of Tennessee on July 5, 2019 and filed a notice and suggestion of death with this Court. (See Doc. 15152.) Mark Martin is Plaintiff Glory Martin's surviving spouse and successor and is the proper party to substitute in this matter. See Fed. R. Civ. Pro. 25(a)(1). Glory Martin's lawsuit against Defendants survived her death and was not extinguished. "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. Pro. 25(a)(1). It is therefore hereby requested that "Mark Martin, Surviving Spouse and Successor of Glory Martin, Deceased" be substituted in place of "Glory Martin" as Plaintiff in this action in order for the action on Decedent Glory Martin's behalf to proceed.

Dated: December 28, 2022                              Respectfully submitted,

*/s/ Andrew J. Cross*
Jeffrey J. Lowe, #35114MO
Andrew J. Cross, #57337MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 725-7700
Facsimile: (314) 721-0905
jlowe@careydanis.com
across@careydanis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of December, 2022.

*/s/ Andrew J. Cross*