**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | Section "H" (5) |
| **This document relates to:** **GLORY MARTIN** Civil Action No. 2:18-cv-03591 | **JUDGE JANE TRICHE MILAZZO** Magistrate Judge Michael North |

**ORDER**

The Court, after being duly advised, finds Plaintiff's counsel's motion for substitution of a proper party meritorious. The motion is hereby GRANTED. It is hereby ORDERED that Mark Martin, the surviving spouse and successor of Glory Martin, Deceased, be substituted for Plaintiff Glory Martin in the above-captioned case.

Dated: December 28th, 2022

_____
UNITED STATES DISTRICT JUDGE