UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACTAVIS LLC f/k/a ACTAVIS INC. and ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO: <br><br> GLORIA LOCKETT <br> Civil Action No. 2:18-cv-12911 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Actavis LLC f/k/a Actavis, Inc. and Actavis Pharma, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 29th day of December, 2022.

**ALLEN & NOLTE, PLLC**

By: /s/ Jennifer Nolte
John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
Tel:  (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      /s/ Jennifer Nolte
      Jennifer Nolte