UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: *Wilson v. Sanofi US Services Inc. et al* <br><br>Plaintiff Name: Katherine Wilson <br>Civil Action No.: 2:21-cv-00692 | SECTION "H" (5) <br><br>JUDGE MILAZZO <br>MAG. JUDGE NORTH |

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI AVENTIS US LLC d/b/a/ WINTHROP US.

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi Aventis us LLC d/b/a/ Winthrop US, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: December 29, 2022                                    Respectfully submitted,

                                                            By: */s/ Danae N. Benton*
                                                            Danae N. Benton
                                                            Texas Bar No. 24080422
                                                            dbenton@ntrial.com
                                                            **Nachawati Law Group, PLLC**
                                                            5489 Blair Road
                                                            Dallas, Texas 75231
                                                            Tel. (214) 890-0711
                                                            Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFF**  
**Katherine Wilson**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on December 29, 2022, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Danae N. Benton*  
Danae N. Benton