**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE:  TAXOTERE (DOCETAXEL)**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br>*Conley v. Sandoz Inc.*,<br>**Civ. Action No. 2:18-cv-9799** | **MDL No. 2:16-md-2740**<br><br>**Section:  "H"(5)**<br><br>**JUDGE JANE TRICHE MILAZZO** |

## SANDOZ INC.'S MOTION FOR RELIEF
## FROM A JUDGMENT, ORDER, OR PROCEEDING

Pursuant to Federal Rule of Civil Procedure 60(b), Defendant Sandoz Inc. ("Sandoz") respectfully brings the instant Motion for Relief from a Judgment, Order, or Proceeding.  For the reasons more fully set forth in the attached Memorandum in Support, Sandoz moves to reopen the *Conley v. Sandoz Inc*. matter, Civ. Action No. 2:18-cv-9799, and vacate Plaintiff's stipulation of dismissal filed on December 20, 2022.

**WHEREFORE,** Sandoz respectfully requests that this Court grant Sandoz's Motion, reopen the *Conley* matter, and vacate Plaintiff's stipulation of dismissal.

Dated:  January 3, 2023                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2212 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 3, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Lori G. Cohen*
Lori G. Cohen