# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2:16-md-2740 |
| | Section:  "H"(5) |
| **This Document Relates to:** *Conley v. Sandoz Inc.*, Civ. Action No. 2:18-cv-9799 | **JUDGE JANE TRICHE MILAZZO** |

## [PROPOSED] ORDER

Considering the foregoing Motion for Relief from a Judgment, Order, or Proceeding;

**IT IS HEREBY ORDERED** that the Motion for Relief from a Judgment, Order, or Proceeding of Sandoz Inc. is GRANTED; and

**IT IS FURTHER ORDERED** that the matter of *Conley v. Sandoz Inc.*, Civ. Action No. 2:18-cv-9799, is re-opened; and

**IT IS FURTHER ORDERED** the stipulation of dismissal filed on December 20, 2022 (Civ. Action No. 2:18-cv-9799, Dkt. No. 6) is VACATED.

New Orleans, Louisiana, this ___ day of _____, 2023.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**