# EXHIBIT B

| | |
|---|---|
| **From:** | Palmer Lambert |
| **To:** | Holden, Evan (Shld-Atl-LT); Natalie_Earles@laed.uscourts.gov |
| **Cc:** | barrios@bkc-law.com; Cohen, Lori (Shld-Atl-LT); Merrell, Cliff (Shld-Atl-LT); olinde@chaffe.com; dmoore@irwinllc.com; Andre Mura; Emily Jeffcott |
| **Subject:** | Re: Taxotere - Arquice Conley Case |
| **Date:** | Wednesday, December 21, 2022 4:50:01 PM |
| **Attachments:** | image001.png |

Dear Natalie,

Our position is that the case should remain closed, and no further action should be taken at this time. Should Sandoz decide to file a formal motion seeking to reopen the case Ms. Conley elected to voluntarily dismiss *with prejudice*, we anticipate Ms. Conley will oppose the request.

Best,
Palmer


M. Palmer Lambert
Pendley, Baudin & Coffin
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Tel: (504) 355-0086
Cel: (504) 495-6857
Fax: (504) 355-0089

Main office of Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, Louisiana 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
www.pbclawfirm.com

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of this message.

**From:** holdene@gtlaw.com <holdene@gtlaw.com>
**Sent:** Wednesday, December 21, 2022 2:55 PM
**To:** Natalie_Earles@laed.uscourts.gov <Natalie_Earles@laed.uscourts.gov>
**Cc:** Palmer Lambert <PLambert@pbclawfirm.com>; barrios@bkc-law.com <barrios@bkc-law.com>; CohenL@gtlaw.com <CohenL@gtlaw.com>; merrellc@gtlaw.com <merrellc@gtlaw.com>; olinde@chaffe.com <olinde@chaffe.com>; dmoore@irwinllc.com

<dmoore@irwinllc.com>

**Subject:** RE: Taxotere - Arquice Conley Case

Natalie,

Thanks so much for your quick response. On behalf of Sandoz, we agree with your proposal for the Clerk's Office to issue a correction and to reopen the matter.

**Evan Holden**
Shareholder

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.7320  |  F +1 678.553.2243
holdene@gtlaw.com   |   www.gtlaw.com   |   View GT Biography



---

**From:** Natalie Earles <Natalie_Earles@laed.uscourts.gov>
**Sent:** Wednesday, December 21, 2022 3:23 PM
**To:** Holden, Evan (Shld-Atl-LT) <holdene@gtlaw.com>
**Cc:** Plambert@pbclawfirm.com; barrios@bkc-law.com; Cohen, Lori (Shld-Atl-LT) <CohenL@gtlaw.com>; Merrell, Cliff (Shld-Atl-LT) <merrellc@gtlaw.com>; olinde@chaffe.com; dmoore@irwinllc.com
**Subject:** RE: Taxotere - Arquice Conley Case

**\*EXTERNAL TO GT\***

Thank you, Evan. I just spoke with the Clerk's Office and discovered that Plaintiff Arquice Conley's case was dismissed this morning. They reviewed Plaintiff Conley's Stipulation of Dismissal and, finding the form of the notice to be proper, they accepted it and closed the matter.

If the parties agree, the Clerk's Office can issue a correction saying that the case was closed in error, reopen the matter, and the Court will resolve the issue once Plaintiffs and/or Sandoz make a formal filing. Otherwise, the case will remain closed until either party makes a formal filing. Please let me know how you all would like to proceed. Thank you much!

Kindly,

Natalie

---

**From:** holdene@gtlaw.com <holdene@gtlaw.com>
**Sent:** Wednesday, December 21, 2022 12:24 PM
**To:** Natalie Earles <Natalie_Earles@laed.uscourts.gov>
**Cc:** Plambert@pbclawfirm.com; barrios@bkc-law.com; CohenL@gtlaw.com; merrellc@gtlaw.com; olinde@chaffe.com; dmoore@irwinllc.com

**Subject:** Taxotere - Arquice Conley Case

**CAUTION - EXTERNAL:**

Good Afternoon Natalie,

Plaintiff Arquice Conley filed the attached purported Stipulation of Dismissal last night. As you may recall, this is one of the 5 cases that was the subject of Judge Milazzo's August 2, 2022 order denying defendants' preemption motions for summary judgment, and which is included in the potential interlocutory appeal to the Fifth Circuit.

It is Sandoz's position that this stipulation is improper under FRCP 41 and PTO 87, and we are opposed to the dismissal of the Conley case. I just discussed this with Palmer Lambert, and Plaintiffs and/or Sandoz will be making a formal filing in the next few days to provide further information. In the meantime, we request that the Court not enter any order dismissing the Conley case.

Please let us know if you would like to discuss this with Palmer and me or if the Court needs any additional information at this time.

Thanks so much, and Happy Holidays.

Evan Holden
Counsel for Sandoz


**Evan Holden**
Shareholder

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.7320  |  F +1 678.553.2243
holdene@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.