UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2:16-md-2740 |
| | Section: "H"(5) |
| This Document Relates to: *Conley v. Sandoz Inc.*, Civ. Action No. 2:18-cv-9799 | JUDGE JANE TRICHE MILAZZO |

### SANDOZ INC.'S MOTION FOR RELIEF FROM A JUDGMENT, ORDER, OR PROCEEDING

Pursuant to Federal Rule of Civil Procedure 60(b), Defendant Sandoz Inc. ("Sandoz") respectfully brings the instant Motion for Relief from a Judgment, Order, or Proceeding. For the reasons more fully set forth in the attached Memorandum in Support, Sandoz moves to reopen the *Conley v. Sandoz Inc*. matter, Civ. Action No. 2:18-cv-9799, and vacate Plaintiff's stipulation of dismissal filed on December 20, 2022.

**WHEREFORE,** Sandoz respectfully requests that this Court grant Sandoz's Motion, reopen the *Conley* matter, and vacate Plaintiff's stipulation of dismissal.

|  |  |
|---|---|
| Dated:  January 3, 2023 | Respectfully submitted, |
|  | **GREENBERG TRAURIG, LLP** |
|  | */s/ Lori G. Cohen* |
|  | Lori G. Cohen |
|  | R. Clifton Merrell |
|  | Evan C. Holden |
|  | Terminus 200 |
|  | 3333 Piedmont Road, N.E., Suite 2500 |
|  | Atlanta, Georgia 30305 |
|  | (678) 553-2100 |
|  | (678) 553-2212 (facsimile) |
|  | CohenL@gtlaw.com |
|  | MerrellC@gtlaw.com |
|  | HoldenE@gtlaw.com |
|  |  |
|  | *Attorneys for Sandoz Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Lori G. Cohen*
Lori G. Cohen
