# EXHIBIT A

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

22-90059
IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION
-------------------------------------------------------------
TINA HICKEY; HILDA ADAMS; GLORIA J. COOPER; CAROL R. WOODSON; ARQUICE CONLEY,

Plaintiffs - Respondents

v.

HOSPIRA, INCORPORATED; HOSPIRA WORLDWIDE, L.L.C., FORMERLY KNOWN AS HOSPIRA WORLDWIDE, INCORPORATED; ACCORD HEALTHCARE, INCORPORATED; SANDOZ, INCORPORATED,

Defendants – Petitioners

On Appeal from the United States District Court
for the Eastern District of Louisiana
MDL NO. 2740,
Case Nos. 2:18-cv-4731; 2:16-cv-17583; 2:18-cv-194;
2:17-cv-12674; 2:18-cv-9799

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
FILED IN EASTERN DISTRICT OF LOUISIANA
CIVIL ACTION NUMBER 2:18-cv-9799**

*/s/Matthew Palmer Lambert*
Matthew Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089

Jennifer S. Domer
CUTTER LAW, P. C.
401 Watt Avenue
Sacramento, CA 95864
T: (916) 290-9400
F: (916) 588-9330
jdomer@cutterlaw.com

1

| | |
|---|---|
| plambert@pbclawfirm.com | *Attorney for Plaintiff/Respondent* |
| *Co-Liaison Counsel for MDL* | *Arquice Conley* |
| *Plaintiffs/Respondents* | |

Plaintiff-Respondent Arquice Conley respectfully notifies this Court that, on December 20, 2022, she dismissed an action with prejudice by filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(ii) and the District Court's Pretrial Order No. 87. *See In re: Taxotere (Docetaxel) Prod. Liab. Litig.*, MDL Case No. 2:16-md-02740 (E.D. La.) (ECF No. 15306) (dismissing Civil Action No. 2:18-cv-9799).

Dated: December 20, 2022

/s/*Matthew Palmer Lambert*
Matthew Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com
*Co-Liaison Counsel for MDL Plaintiffs/Respondents*

Respectfully submitted,

Jennifer S. Domer
CUTTER LAW, P. C.
401 Watt Avenue
Sacramento, CA 95864
T: (916) 290-9400
F: (916) 588-9330
jdomer@cutterlaw.com

*Attorney for Plaintiff/Respondent Arquice Conley*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M Palmer Lambert*
M. PALMER LAMBERT

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)

I hereby certify that this notice complies with the type-volume limitation set forth in Rule 32(g). The notice is proportionally spaced, has a typeface of 14 points or more, and contains 62 words, excluding the parts exempted by Fed. R. App. P. 32(f).

*/s/ M Palmer Lambert*
M. PALMER LAMBERT
