# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: "H"(5) |
| This Document Relates to:<br>*Conley v. Sandoz Inc.*,<br>Civ. Action No. 2:18-cv-9799 | JUDGE JANE TRICHE MILAZZO |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Sandoz Inc. ("Sandoz") will bring for hearing the accompanying Motion for Relief from a Judgment, Order, or Proceeding on the 18th day of January, 2023, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Dated: January 3, 2023                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2212 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                        */s/ Lori G. Cohen*
                                        Lori G. Cohen