# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>Karla Huey | Civil Action No.: 2:17-cv-06512 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of January, 2023

Respectfully Submitted By:

/s/ Christopher L. Coffin
Christopher L. Coffin (LA Bar# 27902)
Jessica A. Perez Reynolds (LA Bar# 34024)
PENDLEY, BAUDIN & COFFIN, L.L.P.
24110 Eden Street / PO Drawer 71
Plaquemine, LA 70765-0071

Tel: (225) 687-6396 / Fax: (225) 687-6398
ccoffin@pbclawfirm.com
jreynolds@pbclawfirm.com

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 4, 2023          /s/ Christopher L. Coffin