**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)

THIS DOCUMENT RELATES TO:                           HON. JANE T. MILAZZO
*Dunn v. Sanofi S.A. et al*
*Case No. 2:16-cv-15495-JTM-MBN*

## ORDER GRANTING MOTION TO
## WITHDRAW AS COUNSEL OF RECORD

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED that John H. Gomez, Esq., Ahmed S. Diab, Esq., Lindsay R. Stevens, Esq. and the law firm of Gomez Trial Attorneys, are withdrawn as Plaintiff's attorneys of record.**

DONE AND SIGNED this _____day of _____, 2022, at New Orleans, Louisiana.

_____
Honorable Jane Triche Milazzo