UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP US, SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., and PFIZER, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>*Teresa Oberholtzer v. Sanofi-Aventis U.S. LLC d/b/a Winthrop US, et al.* | |
| | Civil Action No.: **2:18-cv-12533** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Defendants in this matter *except* Defendants **Sanofi-Aventis U.S. LLC d/b/a/ Winthrop US, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc.** each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

DATED this 4th day of January, 2023.

Respectfully submitted,

**REYES I BROWNE I REILLEY**

By: */s/ Ryan J. Browne*

Ryan J. Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 4, 2023                */s/ Ryan J. Browne*
                                      Ryan J. Browne