UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Glory Martin, 18-03591 | ) ) | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 15321);

**IT IS ORDERED** that the Motion is **GRANTED** and that Mark Martin, on behalf of Glory Martin, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 3rd day of January, 2023.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**