UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Deborah Dunn, 16-15495 | | |

## ORDER

Before the Court is a Motion for Withdrawal of Counsel (Doc. 15344);

**IT IS ORDERED** that the Motion is **GRANTED**, and John Gomez, Ahmed Diab, and Lindsay Stevens are withdrawn as counsel of record for the above-captioned Plaintiff.

New Orleans, Louisiana, this 5th day of January, 2023.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE