UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>MARJORIE HUNT-BLUFORD<br><br><br><br>Plaintiff,<br><br><br>vs.<br><br>SANOFI US SERVICES INC, formerly known as Sanofi-Aventis; SANOFI-AVENTIS U.S. LLC., SANDOZ, INC., ACCORD HEALTCARE, INC., SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES; HOSPIRA WORLDWIDE, LLC formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:19-cv-09912<br><br><br><br><br><br>**Notice of Partial Dismissal With Prejudice** |

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS EXCEPT SANOFI

Plaintiff Marjorie Hunt-Bluford, and undersigned counsel, hereby give notice that the above-captioned action against Defendants SANDOZ, INC., ACCORD HEALTHCARE, INC., SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES; HOSPIRA WORLDWIDE, LLC, formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA INC., only are voluntary dismissed, with prejudice.

3

The case will continue against the remaining Defendants SANOFI US SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC. and SANOFI AVENTIS U.S. LLC.

Dated this 5th day of January 2023

Respectfully Submitted,

*/s/ Christopher LoPalo*
Christopher LoPalo
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road, Suite 305
Melville, NY 11747
T: (212) 397-1000
*clopalo@napolilaw.com*

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 5, 2022             */s/ Christopher LoPalo*
                                                    Christopher LoPalo