**Exhibit A**

| | PLAINTIFF NAME | CASE # | HEARING DATE | FIRM | Defendant(s) to be Reinstated |
|---|---|---|---|---|---|
| 1 | Allen, Dalphine | 18-1431 | 09/13/2022 | Bachus & Schanker, LLC | Hospira |
| 2 | Barbour, Lanette | 18-11545 | 07/12/2022 | Bachus & Schanker, LLC | Hospira, Sun, Sanofi |
| 3 | Bryant, Mildred | 19-12440 | 09/13/2022 | Bachus & Schanker, LLC | Sandoz, Sanofi |
| 4 | Davis, Latonya | 16-17407 | 09/13/2022 | Bachus & Schanker, LLC | Sagent |
| 5 | Dixon, Yvonne | 18-1542 | 05/02/2022 | Bachus & Schanker, LLC | Accord, Sanofi |
| 6 | Guthrie, Gisele | 17-17709 | 09/13/2022 | Bachus & Schanker, LLC | Hospira, Sandoz |
| 7 | Kidd, LeShawn | 16-17424 | 09/13/2022 | Bachus & Schanker, LLC | Actavis |
| 8 | Ragland, Patsy | 19-12540 | 09/13/2022 | Bachus & Schanker, LLC | Accord, Hospira, Sanofi |
| 9 | Wallace, Cynthia | 17-8650 | 09/13/2022 | Bachus & Schanker, LLC | Hospira, Sandoz |
| 10 | Weitzel, Linda | 17-10559 | 09/13/2022 | Bachus & Schanker, LLC | Hospira, Sagent, Sandoz, Sanofi |
| 11 | Wilson, Queen | 18-4461 | 09/13/2022 | Brent Coon & Associates | Hospira, Sandoz |
| 12 | Hager, Bobbi Jo | 17-14397 | 09/13/2022 | Brown & Crouppen, P.C. | Accord, Hospira, Sandoz |
| 13 | Snow, Dorris J. | 18-05775 | 09/13/2022 | Fears \| Nachawati | Accord, Sandoz, Sanofi |
| 14 | Boone, Renee | 16-17586 | 09/13/2022 | Milberg | Hospira, Sandoz |
| 15 | Haeni, Nancy | 17-13435 | 09/13/2022 | Milberg | Hospira, Sanofi |
| 16 | Perkins, Effie | 17-13671 | 09/13/2022 | Milberg | Hospira, Sanofi |
| 17 | Westwood, Christina | 17-13925 | 09/13/2022 | Milberg | Hospira, Sagent, Sandoz |
| 18 | Bantz, Sherrye | 17-05915 | 09/13/2022 | Morris Bart, LLC | Hospira, Sandoz, Sanofi |
| 19 | Broussard, Tammy | 16-15394 | 09/13/2022 | Morris Bart, LLC | Hospira, Sandoz, Sanofi |
| 20 | Kuhns, Sally | 17-14755 | 09/13/2022 | Shaw Cowart, LLP | Hospira, Sagent |
| 21 | Tapp, Laura | 17-15503 | 09/13/2022 | Shaw Cowart, LLP | Hospira, Sandoz |
| 22 | Snow, Tangnika | 16-16797 | 09/13/2022 | Wendt Law Firm | Sandoz |
| 23 | Coleman, Marshell | 17-13454 | 09/13/2022 | Zoll & Kranz, LLC | Sanofi |
| 24 | Weathers, Willie M. | 17-11631 | 09/13/2022 | Zoll & Kranz, LLC | Hospira, Sandoz |

5824567.1