## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES ON EXHIBIT A | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## **PROPOSED ORDER**

Considering the foregoing Plaintiffs' Motion for Reinstatement of Cases to Obtain Evidence Set Forth in Addendum to Case Management Order No. 12A:

**IT IS ORDERED** that Plaintiffs' Motion is GRANTED, and that the Clerk is hereby ordered to vacate the dismissals of the cases listed on Exhibit A to Plaintiffs' Motion only as to those Defendants identified with respect to each case. Plaintiffs are subject to future orders to show cause and dismissal with prejudice should a plaintiff fail to obtain the documentation set forth in the Addendum to Case Management Order No. 12A sufficient to establish product identification in a manner consistent with the Court's prior orders. .

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
JUDGE JANE TRICHE MILAZZO