**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)  )  MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
             )  SECTION: "H" (5)
             )
**This Document Relates to:**    )
Cases listed on Exhibit A, attached. )

## ORDER

Before the Court is Plaintiffs' Motion for Reinstatement of Cases to Obtain Evidence Set Forth in Addendum to Case Management Order No. 12A (Doc. 15362), Plaintiff Nancy Haeni's Motion for Reconsideration (Doc. 14981), and Plaintiff Renee Boone's Motion for Reconsideration (Doc. 14982);

**IT IS ORDERED** that Plaintiffs' Motion for Reinstatement is **GRANTED**, and that the Court's May 2, 2022, July 12, 2022, and September 13, 2022, Orders (Docs. 14174, 14429, and 14722) are **VACATED** as it relates to the cases listed on Exhibit A and only as to those Defendants identified with respect to each case. Plaintiffs are subject to future orders to show cause and dismissal with prejudice should a plaintiff fail to obtain the documentation set forth in the Addendum to Case Management Order No. 12A sufficient to establish product identification in a manner consistent with the Court's prior orders.

**IT IS FURTHER ORDERED** that Plaintiffs Nancy Haeni and Renee Boone's Motions for Reconsideration (Docs. 14981 and 14982) are **DENIED** as **MOOT**.

New Orleans, Louisiana, this 6th day of January, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**

| | PLAINTIFF NAME | CASE # | HEARING DATE | FIRM | Defendant(s) to be Reinstated |
|---|---|---|---|---|---|
| 1 | Allen, Dalphine | 18-1431 | 09/13/2022 | Bachus & Schanker, LLC | Hospira |
| 2 | Barbour, Lanette | 18-11545 | 07/12/2022 | Bachus & Schanker, LLC | Hospira, Sun, Sanofi |
| 3 | Bryant, Mildred | 19-12440 | 09/13/2022 | Bachus & Schanker, LLC | Sandoz, Sanofi |
| 4 | Davis, Latonya | 16-17407 | 09/13/2022 | Bachus & Schanker, LLC | Sagent |
| 5 | Dixon, Yvonne | 18-1542 | 05/02/2022 | Bachus & Schanker, LLC | Accord, Sanofi |
| 6 | Guthrie, Gisele | 17-17709 | 09/13/2022 | Bachus & Schanker, LLC | Hospira, Sandoz |
| 7 | Kidd, LeShawn | 16-17424 | 09/13/2022 | Bachus & Schanker, LLC | Actavis |
| 8 | Ragland, Patsy | 19-12540 | 09/13/2022 | Bachus & Schanker, LLC | Accord, Hospira, Sanofi |
| 9 | Wallace, Cynthia | 17-8650 | 09/13/2022 | Bachus & Schanker, LLC | Hospira, Sandoz |
| 10 | Weitzel, Linda | 17-10559 | 09/13/2022 | Bachus & Schanker, LLC | Hospira, Sagent, Sandoz, Sanofi |
| 11 | Wilson, Queen | 18-4461 | 09/13/2022 | Brent Coon & Associates | Hospira, Sandoz |
| 12 | Hager, Bobbi Jo | 17-14397 | 09/13/2022 | Brown & Crouppen, P.C. | Accord, Hospira, Sandoz |
| 13 | Snow, Dorris J. | 18-05775 | 09/13/2022 | Fears | Nachawati | Accord, Sandoz, Sanofi |
| 14 | Boone, Renee | 16-17586 | 09/13/2022 | Milberg | Hospira, Sandoz |
| 15 | Haeni, Nancy | 17-13435 | 09/13/2022 | Milberg | Hospira, Sanofi |
| 16 | Perkins, Effie | 17-13671 | 09/13/2022 | Milberg | Hospira, Sanofi |
| 17 | Westwood, Christina | 17-13925 | 09/13/2022 | Milberg | Hospira, Sagent, Sandoz |
| 18 | Bantz, Sherrye | 17-05915 | 09/13/2022 | Morris Bart, LLC | Hospira, Sandoz, Sanofi |
| 19 | Broussard, Tammy | 16-15394 | 09/13/2022 | Morris Bart, LLC | Hospira, Sandoz, Sanofi |
| 20 | Kuhns, Sally | 17-14755 | 09/13/2022 | Shaw Cowart, LLP | Hospira, Sagent |
| 21 | Tapp, Laura | 17-15503 | 09/13/2022 | Shaw Cowart, LLP | Hospira, Sandoz |
| 22 | Snow, Tangnika | 16-16797 | 09/13/2022 | Wendt Law Firm | Sandoz |
| 23 | Coleman, Marshell | 17-13454 | 09/13/2022 | Zoll & Kranz, LLC | Sanofi |
| 24 | Weathers, Willie M. | 17-11631 | 09/13/2022 | Zoll & Kranz, LLC | Hospira, Sandoz |