# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 06, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-90059    Hickey v. Hospira
                USDC No. 2:16-MD-2740
                USDC No. 2:18-CV-4731
                USDC No. 2:16-CV-17583
                USDC No. 2:18-CV-194
                USDC No. 2:17-CV-12674
                USDC No. 2:18-CV-9799

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Ms. Dawn M. Barrios
Mr. Timothy J. Becker
Mr. Justin Lewis Bernstein
Ms. Julie A. Callsen
Mrs. Lori Gail Cohen
Mr. Curtis Brooks Cutter
Ms. Heidi Kaye Hubbard
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. Richmond Turner Moore
Mr. Andre M. Mura
Mr. John F. Olinde
Mr. Gregory E. Ostfeld
Mr. Rashmi Parthasarathi
Mr. Michael J. Ruttinger
Mr. Everette Scott Verhine
Mr. Jesse Wadell Wainwright
Ms. Alyssa White