UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Carrie Hunt_____
**Case No.:** 2:18-cv-04734-KDE-MBN_____

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Carrie Hunt whose case is on a Notice of Non-Compliance received on December 15, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 9, 2023

/s/ *Pierce Jones*_____
Pierce Jones (TX Bar No: 24110061)
JOHNSON LAW GROUP
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com