**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

In Re: TAXOTERE (DOCETAXEL)                          **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                                                            **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Susan K. Hovey**
**Case No.: 2:17-cv-05647**

**STATEMENT OF PLAINTIFF'S COUNSEL**

       I represent Susan K. Hovey whose case is on a Notice of Non-Compliance to be heard by the Court on February 7, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

       The deficiency is not cured and there is no defense to the request for dismissal.

| | |
|---|---|
| Dated: January 11, 2023 | /s/ Lisa Ann Gorshe |
| | Lisa Ann Gorshe, Esq. (MN Bar #029522X) |
| | Johnson Becker, PLLC |
| | 444 Cedar Street, Suite 1800 |
| | Saint Paul, MN 55101 |
| | Phone: (612) 436-1800 |
| | Fax: (612) 436-1801 |
| | lgorshe@johnsonbecker.com |
| | |
| | ***Attorney for Plaintiff*** |