UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES LISTED ON EXHIBIT A

## NOTICE OF CHANGE OF ADDRESS

　　　　NOW COMES David W. Hodges, who respectfully appears to advise the Court and parties of his change of address information below:

　　　　David W. Hodges (#20460)
　　　　HODGES & FOTY, L.L.P.
　　　　2 Greenway Plaza, Ste 250
　　　　Houston, TX 77046
　　　　Phone: (713) 523-0001
　　　　Fax: (713) 523-1116


Dated: January 12, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/David W. Hodges*
　　　　　　　　　　　　　　　　　　　　　David W. Hodges (#20460)
　　　　　　　　　　　　　　　　　　　　　HODGES & FOTY, L.L.P.
　　　　　　　　　　　　　　　　　　　　　2 Greenway Plaza, Ste 250
　　　　　　　　　　　　　　　　　　　　　Houston, TX 77046
　　　　　　　　　　　　　　　　　　　　　Phone: (713) 523-0001
　　　　　　　　　　　　　　　　　　　　　Fax: (713) 523-1116
　　　　　　　　　　　　　　　　　　　　　dhodges@hftrialfirm.com

　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ David W. Hodges*
David W. Hodges