Exhibit A

| Last Name | First Name | Cause Number |
|---|---|---|
| Mitchell | Pearl | 16-cv-15578 |
| Weaver | Kathy | 17-cv-01160 |
| Love | Annie | 17-cv-01975 |
| Rucker | Cynthia | 17-cv-02193 |
| Buckner | Norma | 17-cv-02276 |
| Capleton | Pamela | 17-cv-02278 |
| Patrick | Doerita | 17-cv-02503 |
| Claitt | Retha | 18-cv-00835 |
| Dixon-Young | Barbara | 18-cv-00836 |
| Edwards | Deborah | 18-cv-00882 |
| Wells | Rosa | 18-cv-00918 |
| Johnson | Tena | 18-cv-02446 |
| Chapman | Elizabeth | 18-cv-02448 |
| Brown | Charlene | 18-cv-02519 |
| Cisco | Ami | 18-cv-02524 |
| Johnson | Maggie | 18-cv-02532 |
| Thomas | Rosalyn | 18-cv-02888 |
| Burrell | Viola | 18-cv-03166 |
| Pappillion- | Dorothy | 18-cv-03167 |
| Lasky | Tamara | 18-cv-03432 |
| Thomas- | Shirley | 18-cv-03611 |
| Johnson-Hill | Shirley | 18-cv-03687 |
| McCarty | Kandace | 18-cv-06031 |
| Smith | Vera | 18-cv-08395 |
| Case | Kathleen | 19-cv-01660 |
| Baker | Kristie | 19-cv-02115 |
| Bailey | Cynthia | 19-cv-02217 |
| Keys | Pippie | 19-cv-02244 |
| Shaw | Vivian | 19-cv-02302 |
| Miller | Alberta | 19-cv-02400 |
| Graham | Joan | 19-cv-08425 |
| Payton | Rita | 19-cv-08825 |
| Johnson | Phyllis | 19-cv-12095 |

| Last Name | First Name | Cause Number |
|---|---|---|
| Scott | Darlene | 19-cv-12097 |
| Griffin | Virginia | 19-cv-12149 |
| O'Reilly | Sharon | 19-cv-12150 |
| Robinson- | Katherine | 19-cv-13109 |
| Otten | Patricia | 19-cv-13166 |
| Miner | Mary | 19-cv-13168 |
| Green | Ronni | 19-cv-13338 |
| Hall | Catherine | 19-cv-13601 |
| Davis-McGlown | Theresa | 19-cv-13690 |
| Carr | Ollie | 20-cv-759 |