THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| This Document Relates to: | |
| *Leah Lovely* | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Civil Action No.:  2:17-cv-03218 | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

Plaintiff LEAH LOVELY by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion

Dated: January 12, 2023                                              **Respectfully submitted,**

/s/ *Daniel C. Burke*
Daniel C. Burke, Esq.
*Pro Hac Vice*
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Email: dburke@bernlieb.com

1

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| This Document Relates to: | |
| | JUDGE MILAZZO |
| *Leah Lovely* | MAG. JUDGE NORTH |
| Civil Action No.: 2:17-cv-03218 | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

## MEMOMORANDUM IN SUPPORT OF
## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, Leah Lovely, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully requests leave from this Court to file an Amended Short Form Complaint ("Amended Complaint"). A copy of Plaintiff's proposed Amended Complaint is attached hereto as Exhibit A.

Federal Rule of Civil Procedure 15(a) requires that leave to amend a complaint "be freely given if justice so requires." Fed. R. Civ. P. 15(a). The decision whether to grant leave to amend a pleading is within the sound discretion of the Court. *Florida Foundation Seed Producers, Inc. v. Georgia Farms Services, LLC*, 2012 WL 4840809, at *21 (M.D. Ga. Sept. 28, 2012) (*citing Nat'l. Serv. Indus., Inc. v. Vafla Corp.*, 694 F.2d 246, 249 (11th Cir. 1982)). But as one court has aptly recognized, "this discretion is strictly circumscribed by the proviso that 'leave [should] be freely given when justice so requires.' *Id*. (quoting *Gramegna v.Johnson*, 846 F.2d 675, 678 (11th Cir. 1988)). Therefore, denial of a motion to amend requires an apparent justifying reason. *Id*. (citing *Moore v. Baker*, 989 F.2d 1129, 1131 (11th Cir. 1993)). A court may consider such factors as

2

undue delay, bad faith, or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of the amendment. *Id*. (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). "Unless a substantial reason exists to deny leave to amend, the discretion of the district court is not broad enough to permit denial." *Id*. (citing *Shipner v. Eastern Air Lines, Inc.*, 868 F.2d 401 (11th Cir. 1989) (internal quotation marks omitted)).

Here, Plaintiff's original complaint was filed in the Eastern District of Louisiana on April 11, 2017. At that time, Plaintiff was not aware that Sandoz Inc. had been a manufacturer of her chemotherapy. On January 9, 2022, counsel for Plaintiff received additional NDC information, newly identifying Sandoz Inc. as a manufacturer of the Taxotere/docetaxel that Plaintiff received.

Plaintiff, therefore, seeks leave of Court to amend her initial Short Form Complaint to add Sandoz Inc. as a defendant. This amendment will not present undue delay nor hardship as no new claims are asserted and this information was not otherwise known at the time of initial filing. Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel for Sandoz, and there is no opposition to this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated: January 12, 2023                                    **Respectfully submitted,**

/s/ *Daniel C. Burke*
Daniel C. Burke, Esq.
*Pro Hac Vice*
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Email: dburke@bernlieb.com

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendant Sandoz does not oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

**Respectfully submitted,**

/s/ *Daniel C. Burke*
Daniel C. Burke, Esq.
*Pro Hac Vice*
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Email: dburke@bernlieb.com

THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Leah Lovely*<br><br>Civil Action No.: 2:17-cv-03218 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**[PROPOSED] ORDER**

THE COURT, having considered Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

So ordered this ___ day of , 2023.

                                                                                                                    U.S. District Judge