UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                                   SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*All cases where sanofi-aventis U.S., LLC and*
*Sanofi U.S. Services, Inc. are named as a defendant*

## MOTION TO WITHDRAW HANNAH DALBEY AS COUNSEL FOR SANOFI

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for withdrawal of Hannah Dalbey as one of the counsel for Sanofi in the above-captioned matters. Sanofi will continue to be represented by its remaining counsel of record.

WHEREFORE, Sanofi respectfully requests that Hannah Dalbey be withdrawn as counsel for Sanofi in the above-captioned matters.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
dmoore@irwinllc.com

/s/ *Hannah Dalbey*
Hannah Dalbey
**SHOOK, HARDY & BACON L.L.P.**
1800 K. Street, N.W., Ste 1000
Washington, D.C. 20006
Telephone: 202-783-8400
hdalbey@shb.com

       Harley V. Ratliff
       Jon Strongman
       Adrienne L. Byard
       **SHOOK, HARDY & BACON L.L.P.**
       2555 Grand Boulevard
       Kansas City, Missouri 64108
       Telephone: 816-474-6550
       hratliff@shb.com
       jstrongman@shb.com
       abyard@shb.com

       *Counsel for sanofi-aventis U.S. LLC and*
       *Sanofi U.S. Services Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

          /s/ *Douglas J. Moore*