UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*All cases where sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc. are named as a defendant*

## ORDER

Considering the Motion to Withdraw Hannah Dalbey as Counsel for Sanofi, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Hannah Dalbey is withdrawn as counsel for sanofi-aventis U.S., LLC and Sanofi US Services, Inc. in the above-captioned matters.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE