# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| TAMMY SLAPE | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| | Civil Action No.: 2:18-cv-13905 |
| Plaintiff, | |
| vs. | |
| SANOFI US SERVICES INC, formerly known as Sanofi-Aventis; SANOFI-AVENTIS U.S. LLC., SANDOZ, INC., MCKESSON CORPORATION; ACCORD HEALTCARE, INC., SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES; HOSPIRA WORLDWIDE, LLC formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC., | **Notice of Partial Dismissal With Prejudice** |
| Defendants. | |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS EXCEPT SANOFI AND HOSPIRA

Plaintiff Tammy Slape, and undersigned counsel, hereby give notice that the above-captioned action against Defendants SANDOZ, INC., ACCORD HEALTHCARE, INC., SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES; MCKESSON CORPORATION only are voluntary dismissed, with prejudice.

The case will continue against the remaining Defendants SANOFI US SERVICES INC.,

3

formerly known as SANOFI-AVENTIS U.S. INC; SANOFI AVENTIS U.S. LLC and HOSPIRA

WORLDWIDE, LLC formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.


Dated this 13th day of January 2023


                                             Respectfully Submitted,


                                             */s/ Christopher LoPalo*
                                             Christopher LoPalo
                                             NAPOLI SHKOLNIK, PLLC
                                             400 Broadhollow Road, Suite 305
                                             Melville, NY 11747
                                             T: (212) 397-1000
                                             *clopalo@napolilaw.com*

                                             **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: January 13, 2022                    */s/ Christopher LoPalo*
                                            Christopher LoPalo