UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** All cases where sanofi-aventis U.S., LLC and Sanofi U.S. Services, Inc. are named as a defendant | ) ) ) ) ) | |

## ORDER

Before the Court is a Motion to Withdraw Hannah Dalbey as Counsel for Sanofi (Doc. 15393);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Hannah Dalbey is withdrawn as counsel of record for Sanofi in the above-captioned matters.

New Orleans, Louisiana, this 13th day of January, 2023.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**