UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

     SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. sanofi-aventis U.S. LLC,* No. 16-17039

### *EX PARTE* MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER AND REASONS DENYING MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)

NOW INTO COURT comes Plaintiff, Elizabeth Kahn, through undersigned counsel, who respectfully requests leave of Court to file her Reply Memorandum in Support of Motion for Reconsideration of Order and Reasons Denying Motion for Relief from Judgment Pursuant to Rule 60(B).

WHEREFORE, Plaintiff prays that this Motion be granted, and attached Reply Memorandum in Support of Motion for Reconsideration of Order and Reasons Denying Motion for Relief from Judgment Pursuant to Rule 60(B) be filed into the record.

Dated: January 17, 2023      Respectfully submitted,

     */s/M. Palmer Lambert*
     M. Palmer Lambert (#33228)
     Christopher L. Coffin (#27902)
     PENDLEY, BAUDIN & COFFIN, L.L.P.
     1100 Poydras Street, Suite 2225
     New Orleans, Louisiana 70163
     Phone: (504) 355-0086
     Fax: (504) 355-0089
     plambert@pbclawfirm.com
     ccoffin@pbclawfirm.com

     *Counsel for Plaintiff Elizabeth Kahn*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 17, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                            */s/ M. Palmer Lambert*
                                                                            M. PALMER LAMBERT