UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Kahn v. sanofi-aventis U.S. LLC,* No. 16-17039

# ORDER

Considering the *Ex Parte* Motion for Leave to File Plaintiff's Reply Memorandum in Support of Motion for Reconsideration of Order and Reasons Denying Motion for Relief from Judgment Pursuant to Rule 60(B);

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the Plaintiff's proposed Reply Memorandum in Support of Motion for Reconsideration of Order and Reasons Denying Motion for Relief from Judgment Pursuant to Rule 60(B) shall be entered into the Court's docket.

New Orleans, Louisiana, this _____ day of January, 2023.

_____
**HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**