UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section:  "H" (5) |
| **This Document Relates to:** *Conley v. Sandoz Inc.*, Civ. Action No. 2:18-cv-9799 | JUDGE JANE TRICHE MILAZZO |

### SANDOZ INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM A JUDGMENT, ORDER, OR PROCEEDING

**NOW INTO COURT**, through undersigned counsel, comes Defendant Sandoz Inc. ("Sandoz"), who respectfully moves this Court for leave to file a Reply Memorandum in Support of its January 3, 2023 Motion for Relief from a Judgment, Order, or Proceeding (Dkt. No. 15338).

WHEREFORE, Sandoz respectfully requests that this Court grant leave to file its Reply in Support of its Motion for Relief from a Judgment, Order, or Proceeding.

Dated:  January 17, 2023

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2212 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Lori G. Cohen*
Lori G. Cohen

ACTIVE 684604517v1