UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Conley v. Sandoz Inc.*,<br>Civ. Action No. 2:18-cv-9799 | MDL No. 2740<br><br>Section: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |

# [PROPOSED] ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Support of its January 3, 2023 Motion for Relief from a Judgment, Order, or Proceeding, filed by Defendant, Sandoz Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**; and

**IT IS FURTHER ORDERED** that Sandoz Inc.'s proposed Reply in Support of its Motion for Relief from a Judgment, Order, or Proceeding is hereby entered into the Court's docket.

New Orleans, Louisiana, this ___ day of _____, 2023.

                                                  **HON. JANE TRICHE MILAZZO**
                                                **UNITED STATES DISTRICT JUDGE**