UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This Document Relates to:** Elizabeth Kahn, 16-17039 | | |

## ORDER

Before the Court is a Motion for Leave to File Plaintiff's Reply Memorandum in Support of Motion for Reconsideration of Order and Reasons Denying Motion for Relief from Judgment Pursuant to Rule 60(b) filed by Plaintiff Elizabeth Kahn (Doc. 15399);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 15399-1) into the record.

New Orleans, Louisiana, this 18th day of January, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE