UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| **This Document Relates to:** Arquice Conley, 18-9799 | | |

## ORDER

Before the Court is a Motion for Leave to File Reply Memorandum in Support of Motion for Relief from a Judgment, Order, or Proceeding filed by Defendant Sandoz Inc. (Doc. 15400);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 15400-2) into the record.

New Orleans, Louisiana, this 18th day of January, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE