IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>LEAH LOVELY<br><br>Civil Action No.: 2:17-cv-03218 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT: Sandoz Inc.** |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT: Sandoz Inc.**

Pursuant to CMO 12A, Plaintiff LEAH LOVELY dismisses with prejudice all previously named defendants in this matter **except:** Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: January 18, 2023

**Respectfully submitted,**

/s/ *Daniel C. Burke*
Daniel C. Burke, Esq.
*Pro Hac Vice*
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Email: dburke@bernlieb.com

1

## CERTIFCATE OF SERVICE

The undersigned hereby certifies that on January 18, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

**Respectfully submitted,**

/s/ *Daniel C. Burke*
Daniel C. Burke, Esq.
*Pro Hac Vice*
BERNSTEIN LIEBHARD LLP
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Email: dburke@bernlieb.com