**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL**<br>**WITH PREJUDICE AS TO ALL**<br>**DEFENDANTS EXCEPT**<br>**ACCORD HEALTHCARE, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>**Edwina Labat v. Accord Healthcare, Inc.**<br><br>----------------------------------------------------------------- | | <br><br>Civil Action No.: 2:19-cv-13884 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Defendants in this matter *except* Defendant Accord Healthcare, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

  Dated this 19th day of January, 2023.

                Respectfully submitted,

By: <u>/s/ Bruce D. Fox</u>
     Bruce D. Fox, Esq.
     (BPR No. 008965)
     John A. Willis, Esq.
     (BPR No. 018468)
     BruceFox@FoxandFarleylaw.com
     JohnWillis@FoxandFarleylaw.com
     Fox & Farley, Attorneys at Law
     310 N. Main St.
     Clinton, Tennessee 37716
     (865) 457-6440
     Attorneys for Plaintiff