# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 |
| | : |
| | : SECTION "H" (5) |
| | : JUDGE MILAZZO |
| | : MAG. JUDGE NORTH |
| | : |
| | : **NOTICE OF PARTIAL DISMISSAL** |
| | : **WITH PREJUDICE AS TO ALL** |
| | : **DEFENDANTS EXCEPT** |
| | : **SANDOZ, INC.** |
| | : |
| THIS DOCUMENT RELATES TO: | : |
| | : |
| **Cheryl Whitehead v. Sandoz, Inc.** | : Civil Action No.: 2:19-cv-12878 |
| | : |
| ------------------------------------------------------------------ | : |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Defendants in this matter *except* Defendant Sandoz, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 19th day of January, 2023.

          Respectfully submitted,

By: /s/ Bruce D. Fox
Bruce D. Fox, Esq.
(BPR No. 008965)
John A. Willis, Esq.
(BPR No. 018468)
BruceFox@FoxandFarleylaw.com
JohnWillis@FoxandFarleylaw.com
Fox & Farley, Attorneys at Law
310 N. Main St.
Clinton, Tennessee 37716
(865) 457-6440
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 19, 2023       /s/ Bruce D. Fox
                                                            Bruce D. Fox