UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| Gracey Griffin, | SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| **Plaintiff,** | |
| v. | |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. | NOTICE AND SUGGESTION OF DEATH |
| **Defendants.** | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Gracey Griffin.

Dated: January 23, 2023

/s/ Rhett A. McSweeney
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
         filing@westrikeback.com
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 23rd, 2023　　　　　　　　　　*/s/ Rhett A. McSweeney*
　　　　　　　　　　　　　　　　　　　　　　Rhett A. McSweeney (MN Bar # 269542)
　　　　　　　　　　　　　　　　　　　　　　McSweeney Langevin
　　　　　　　　　　　　　　　　　　　　　　2116 2nd Avenue South
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55404
　　　　　　　　　　　　　　　　　　　　　　Phone: (612) 746-4646
　　　　　　　　　　　　　　　　　　　　　　Email: ram@westrikeback.com
　　　　　　　　　　　　　　　　　　　　　　　　　　filing@westrikeback.com
　　　　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**