# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| Gracey Griffin, | SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| **Plaintiff,** | |
| v. | |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. | MOTION TO SUBSTITUTE PARTY PLAINTIFF |
| **Defendants.** | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Gracey Griffin, and files this motion to substitute her surviving next of kin and Personal Representative of the Estate of Gracey Griffin, Shenita Gill, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Gracey Griffin, filed the present action in the United States District Court for the Eastern District of Louisiana on September 11, 2019.

2. Plaintiff Gracey Griffin died on May 10, 2022.

3. On January 23rd, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 15413. Plaintiff's counsel recently learned of the death of Ms. Griffin, after filing the lawsuit.

4. Gracey Griffin, daughter and Personal Representative of the Estate of Gracey Griffin, is the surviving next of kin, Personal Representative, and the proper party plaintiff to substitute for Plaintiff-decedent Gracey Griffin and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf,

1

pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Jacqueline Utermohlen as the proper party plaintiff in this action.

Respectfully submitted this 23rd day of January 2023.

        */s/ Rhett A. McSweeney*_____  _____
        Rhett A. McSweeney (MN Bar # 269542)
        McSweeney Langevin
        2116 2nd Avenue South
        Minneapolis, Minnesota 55404
        Phone: (612) 746-4646
        Email: ram@westrikeback.com
              filing@westrikeback.com
        **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: January 23, 2023

      */s/ Rhett A. McSweeney*_____
      Rhett A. McSweeney