# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>Gracey Griffin**,**<br><br>**Plaintiff,**<br><br>v.<br><br>Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.<br><br>**Defendants.** | **MDL NO. 2740**<br><br>**SECTION "H" (5)**<br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |

## **ORDER**

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Shenita Gill, on behalf of the Estate of Gracey Griffin, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane Triche Milazzo