UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>CASE NO.: 2:18-cv-12822 |
| Shirley Burgess, | SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **Plaintiff,** | |
| v. | |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. | NOTICE AND SUGGESTION OF DEATH |
| **Defendants.** | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Shirley Burgess.

Dated: January 23rd, 2023

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
filing@westrikeback.com
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23rd, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Dated: January 23rd, 2023 | */s/ Rhett A. McSweeney*_____ _____ <br> Rhett A. McSweeney (MN Bar # 269542) <br> McSweeney Langevin <br> 2116 2nd Avenue South <br> Minneapolis, Minnesota 55404 <br> Phone: (612) 746-4646 <br> Email: ram@westrikeback.com <br>             filing@westrikeback.com <br> **Attorney for Plaintiff** |