UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>Shirley Burgess,<br><br>**Plaintiff,**<br><br>v.<br><br>Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.<br><br>**Defendants.** | MDL NO. 2740<br>CASE NO.: 2:18-cv-12822<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>MOTION TO SUBSTITUTE<br>PARTY PLAINTIFF |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Shirley Burgess, and files this motion to substitute her surviving next of kin and Executor of the Estate of Shirley Burgess, Lakeisha Burgess, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Shirley Burgess, filed the present action in the United States District Court for the Eastern District of Louisiana on December 7, 2018.

2. Plaintiff Shirley Burgess died on January 31, 2022.

3. On January 23rd, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 15416. Plaintiff's counsel recently learned the death of Ms. Burgess. after filing the lawsuit.

4. Lakeisha Burgess, daughter and Executor of the Estate of Shirley Burgess, is the surviving next of kin, Executor of the Estate of Shirley Burgess, and the proper party plaintiff to substitute for Plaintiff-decedent Shirley Burgess and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's

1

behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Lakeisha Burgess as the proper party plaintiff in this action.

Respectfully submitted this 23rd day of January, 2023.

/s/ Rhett A. McSweeney_____ _____
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
         filing@westrikeback.com
**Attorney for Plaintiff**

2

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: January 23rd, 2023

/s/ Rhett A. McSweeney_____
Rhett A. McSweeney