UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> Shirley Burgess**,** <br><br> **Plaintiff,** <br><br> v. <br><br> Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. <br><br> **Defendants.** | MDL NO. 2740 <br> CASE NO.: 2:18-cv-12822 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Lakeisha Burgess, on behalf of the Estate of Shirley Burgess, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane Triche Milazzo