**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br>**CASE NO.: 2:17-cv-13424** |
| Carolyn Murphey, | **SECTION "H" (5)**<br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |
| **Plaintiff,** | |
| **v.** | |
| Sanofi-Aventis U.S. LLC and<br>Sanofi US Services, Inc. | |
| **Defendants.** | |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Carolyn Murphey.

Dated: January 23rd, 2023

/s/ Rhett A. McSweeney_____ _____
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
         filing@westrikeback.com
         **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on January 23rd, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 23rd, 2023

*/s/ Rhett A. McSweeney*_____
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
        filing@westrikeback.com
**Attorney for Plaintiff**