UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>Carolyn Murphey,<br><br>**Plaintiff,**<br><br>v.<br><br>Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.<br><br>**Defendants.** | MDL NO. 2740<br>CASE NO.: 2:17-cv-13424<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br><br>**MOTION TO SUBSTITUTE PARTY PLAINTIFF** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Carolyn Murphey, and files this motion to substitute her surviving next of kin and Executor of the Estate of Carolyn Murphey, Troy Spencer, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Carolyn Murphey, filed the present action in the United States District Court for the Eastern District of Louisiana on November 27, 2017.

2. Plaintiff Carolyn Murphey died on March 15, 2019.

3. On January 23rd, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 15418.   Plaintiff's counsel recently learned of the death of Ms. Murphey after filing the lawsuit.

4. Troy Spencer, son of Carolyn Murphey, is the surviving next of kin, Executor of the Estate of Carolyn Murphey, and the proper party plaintiff to substitute for Plaintiff-decedent Carolyn Murphey and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R.

1

Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Troy Spencer as the proper party plaintiff in this action.

Respectfully submitted this 23rd day of January 2023.

/s/ Rhett A. McSweeney
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
filing@westrikeback.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: January 23rd, 2023                      */s/ Rhett A. McSweeney*_____
                                                                       Rhett A. McSweeney