UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>Carolyn Murphey,<br><br>      **Plaintiff,**<br><br>v.<br><br>Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.<br><br>      **Defendants.** | MDL NO. 2740<br>CASE NO.: 2:17-cv-13424<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Troy Spencer, on behalf of the Estate of Carolyn Murphey, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane Triche Milazzo