UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff Name: Janis Griffin Case No.: 2:17-cv-10018 | |

**MOTION TO EXTEND DEADLINE**

Undersigned represents Plaintiff Janis Griffin. Her case is on a Notice of Non-Compliance to be heard by the Court on February 7, 2023.

For background, Ms. Griffin disclosed medical records showing that Taxotere was administered to her between February 11, 2014 and April 15, 2014, but was placed on the show cause list dated September 21, 2022. Plaintiff objected to the show cause citing medical records from Sharp Memorial Outpatient Pavilion which identify Hospira as the only manufacturer of Docetaxel used by the facility (MDL Centrality Doc. 535702). However, Defendants indicated that the record in question was not enough to satisfy CMO 12A on October 25, 2022. As a result, Plaintiff followed up with Sharp Memorial Outpatient Pavilion on November 29, 2022, requesting an affidavit for chemotherapy drug administration to be completed. Plaintiff is still waiting on the facility to provide the completed affidavit and Johnson Law Group continues to follow up.

Plaintiff respectfully request an additional 30 days to hear back from Sharp Memorial Outpatient Pavilion. If Sharp Memorial does not have any useful information or fails to provide

the affidavit, Plaintiff agrees to file a pleading stating that the deficiency is not cured and there is no defense to the request for dismissal.

Dated: January 23, 2023                                  Respectfully submitted,

                                              JOHNSON LAW GROUP


                                              /s/ Pierce Jones_____
                                              Pierce Jones TX Bar No: 24110061
                                              2925 Richmond Avenue Ste. 1700
                                              Houston, TX 77098
                                              Telephone: (713) 626-9336
                                              Facsimile: (713) 583-9460
                                              Email: taxotere@johnsonlawgroup.com

                                              *Counsel of Plaintiff*


CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 23, 2023

                                              /s/ Pierce Jones_____
                                              Pierce Jones