UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff Name: Cathy Tavanello<br>Case No.: 2:17-cv-07196-KDE-MBN | |

**MOTION TO EXTEND DEADLINE**

Undersigned represents Plaintiff Cathy Tavanello. Her case is on a Notice of Non-Compliance to be heard by the Court on February 7, 2023.

For background, Ms. Tavanello disclosed medical records showing that Taxotere was administered to her between August 7, 2012 and November 29, 2012, but was not provided with enough product identification to satisfy CMO 12A. As a result, Defendants included Plaintiff in their show cause list on September 21, 2022. Plaintiff informed Defendants that additional records would be requested from Ponca City Specialty Clinic. Defendants noted that they would not remove Plaintiff from the show cause list until additional evidence was provided. As a result, a request including an affidavit for chemotherapy drug administration was sent to Ponca City Specialty Clinic on November 7, 2022. Johnson Law Group was notified by Ponca City Specialty Clinic on December 7, 2022 that additional Product Identification was being sent. Plaintiff is still waiting on the facility to provide additional medical records and the completed affidavit.

Plaintiff respectfully request an additional 30 days to hear back from Ponca City Specialty Clinic. If Ponca City does not have any useful information or fails to provide the affidavit, Plaintiff

agrees to file a pleading stating that the deficiency is not cured and there is no defense to the request for dismissal.

Dated: January 23, 2023                                  Respectfully submitted,


                                                         JOHNSON LAW GROUP


                                                         /s/ Pierce Jones_____
                                                         Pierce Jones TX Bar No: 24110061
                                                         2925 Richmond Avenue Ste. 1700
                                                         Houston, TX 77098
                                                         Telephone: (713) 626-9336
                                                         Facsimile: (713) 583-9460
                                                         Email: taxotere@johnsonlawgroup.com

                                                         *Counsel of Plaintiff*


                          CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 23, 2023

                                                         /s/ Pierce Jones_____
                                                         Pierce Jones