# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Plaintiff Name: Cathy Tavanello<br>Case No.: 2:17-cv-07196-KDE-MBN | |

## [PROPOSED] ORDER ON MOTION TO WITHDRAW COUNSEL

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendants' Notice of Non-Compliance with CMO12A no later than March 9, 2023. If Plaintiffs have not received the necessary information and provided it to the Defendants by March 9, 2023, Plaintiff will agree that the deficiency is not cured and there is no defense to the request for a dismissal. Motion is **GRANTED** for extension of deadline.

Dated: _____

_____
Honorable Jane Triche Milazzo