# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Barbara Solorio
Case No.: 2:17-cv-09105

## PLAINTIFF'S MOTION TO SUBSTITUTE MICHAEL S. SOLORIO ON BEHALF OF BARBARA SOLORIO

COMES NOW, Plaintiff Barbara Solorio and files this motion to substitute her surviving heir, Michael S. Solorio, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Barbara Solorio filed the present action in the United States District Court for the Eastern District of Louisiana on September 15, 2017;

2. Plaintiff Barbara Solorio died on May 17, 2018;

3. On October 4, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Michael S. Solorio is the surviving heir and proper party plaintiff pursuant to the laws of the State of Texas.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Michael S. Solorio be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: January 23, 2023          **JOHNSON BECKER, PLLC**

s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.