# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Barbara Solorio
Case No.: 2:17-cv-09105

## ORDER

Upon Plaintiff's Motion to Substitute Michael S. Solorio on behalf of Barbara Solorio and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2023

_____

The Hon. Jane Triche Milazzo