UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| **This document relates to:**   ) | |
| Barbara Solorio, 17-09105   ) | |

# ORDER

Before the Court is a Motion to Substitute Michael S. Solorio on Behalf of Barbara Solorio (Doc. 15425);

**IT IS ORDERED** that the Motion is **GRANTED** and that Michael S. Solorio, on behalf of Barbara Solorio, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 24th day of January, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**