# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Deborah Dunn, 16-15495 ) | |

## ORDER

Before the Court is a Motion for Withdrawal of Counsel (Doc. 15310);

Given that John Gomez, Ahmed Diab, and Lindsay Stevens were withdrawn as counsel of record for the above-captioned Plaintiff on January 5, 2023 (Doc. 15360), **IT IS ORDERED** that the instant Motion (Doc. 15310) is **DENIED AS DUPLICATE**.

New Orleans, Louisiana, this 24th day of January, 2023.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**