# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|----------------------------------|----------------|
| 1 | Abdul Mumin | Sarah | 2:17-cv-11527 | 10/30/2017 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Sanofi |
| 2 | Andrus | Barbara | 2:19-cv-13519 | 11/8/2019 | PFS Not Substantially Complete - Digital 'before' photos lack metadata; No after photos showing entire scalp; Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 3 | Baldwin | Felicia | 2:20-cv-00848 | 3/11/2020 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Sanofi |
| 4 | Barr | Marian | 2:17-cv-06443 | 7/1/2017 | PFS Not Substantially Complete - No Proof of Use; Failed to provide information in the PFS for other cancer diagnosis/treatment; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 5 | Bates | Patsy | 2:19-cv-13225 | 10/23/2019 | Authorizations (fraudulent witness signatures) | Sanofi |
| 6 | Benninger | Cinda | 2:17-cv-15781 | 12/8/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 7 | Boseman | Yvette | 2:17-cv-08605 | 9/1/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 8 | Brown | Doris | 2:16-cv-16240 | 10/26/2016 | Plaintiff deceased; need suggestion of death filed and substitution of proper parties | Both Sanofi and 505 |
| 9 | Bryant | Joanette | 2:19-cv-00371 | 1/17/2019 | PFS does not indicate if Plaintiff posted to social media/emailed responsive material; need answer to question II.18 | Sanofi |
| 10 | Bryant | Mildred | 2:19-cv-12440 | 9/4/2019 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Both Sanofi and 505 |
| 11 | Buchanan | Dorothy | 2:18-cv-08189 | 8/28/2018 | Plaintiff admits to posting to social media but failed to submit copies to Centrality | Both Sanofi and 505 |
| 12 | Burns | Carrie | 2:19-cv-11973 | 8/1/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 13 | Bush | Linda | 2:18-cv-10617 | 11/7/2018 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Sanofi |
| 14 | Butlers | Laddy | 2:16-cv-17946 | 12/7/2016 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 15 | Callender | Gloria | 2:18-cv-05741 | 6/8/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 16 | Carpenter | Donna | 2:18-cv-11870 | 11/29/2018 | PFS indicates that Plaintiff posted to social media but no ESI submitted to Centrality; No Amended PFS | Sanofi |
| 17 | Chiz | Patricia | 2:17-cv-16956 | 12/11/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 18 | Costa | Maria | 2:19-cv-14372 | 12/10/2019 | PFS Not Substantially Complete - No before photos (metadata appears to indicate that before photos were taken after chemotherapy) | Sanofi |
| 19 | Cotton | Betty | 2:17-cv-07795 | 8/13/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 20 | Craddieth | Gwendolyn | 2:18-cv-00689 | 1/23/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 21 | Crawford | Carol | 2:18-cv-07057 | 7/27/2018 | Plaintiff admits to posting to social media but failed to submit copies to Centrality | Sanofi |
| 22 | Croghan | Deborah | 2:17-cv-17172 | 12/13/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 23 | Crone | Wendy | 2:18-cv-00690 | 1/23/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 24 | Cummings | Bernice | 2:17-cv-09815 | 9/29/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 25 | Daily | Juanita | 2:17-cv-11339 | 10/26/2017 | PFS Not Substantially Complete - No "after" photos | 505 |
| 26 | Darby | Charlotte | 2:17-cv-08332 | 8/27/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 27 | Davidson | Shelia | 2:18-cv-04445 | 4/30/2018 | No Insurance authorization | Both Sanofi and 505 |
| 28 | Davis | Normia | 2:18-cv-12238 | 12/4/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 29 | Davis | Ruby | 2:19-cv-10918 | 6/6/2019 | PFS Not Substantially Complete - Digital before photos lack metadata; Plaintiff appears to be wearing wigs in before photos | Sanofi |
| 30 | Degree | Marie | 2:18-cv-06739 | 7/17/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 31 | Dickens | Jacqueline | 2:19-cv-13659 | 11/15/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality; No Amended PFS | Sanofi |
| 32 | Diggs | Mollie | 2:16-cv-14524 | 9/7/2016 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Sanofi |
| 33 | Domeier | Linda | 2:18-cv-10682 | 11/8/2018 | PFS indicates that Plaintiff posted to social media but no ESI submitted to Centrality | Sanofi |
| 34 | Edwards | Debra | 2:17-cv-09282 | 9/18/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 35 | Elam | Yvette | 2:19-cv-00806 | 2/1/2019 | PFS Not Substantially Complete - Digital before photo lacks metadata; Only after photo doesn't really show scalp | Sanofi |
| 36 | Elliott | Patricia | 2:18-cv-12240 | 12/4/2018 | Shell PFS | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 37 | Finch | Mara | 2:17-cv-13780 | 11/30/2017 | PFS Not Substantially Complete - Digital before photos lack metadata; Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy; Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 38 | Fowler | Mary Madonna | 2:16-cv-17618 | 12/20/2016 | PFS Not Substantially Complete - No before photos from within 5 years of treatment | Sanofi |
| 39 | Foxworth | Denise | 2:17-cv-08333 | 8/27/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 40 | Fregio | Yolanda | 2:17-cv-05743 | 6/12/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 41 | Gaither | Bobbie | 2:18-cv-10838 | 11/12/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 42 | Garcia | Jeannette | 2:19-cv-12778 | 9/24/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 43 | Garner | Veronica | 2:17-cv-07800 | 8/13/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 44 | Gentile | Margaret | 2:18-cv-00516 | 1/16/2018 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second treatment | Sanofi |
| 45 | Giffen | Sandra | 2:18-cv-08764 | 9/19/2018 | No Amended PFS; PFS indicates that Plaintiff posted to social media but no ESI submitted to Centrality | Sanofi |
| 46 | Gilbert | Carolyn | 2:18-cv-12219 | 12/3/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 47 | Glover | Joyce | 2:17-cv-13714 | 11/30/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 48 | Gosnell | Melinda | 2:18-cv-08264 | 8/30/2018 | Plaintiff admits to posting to social media but failed to submit copies to Centrality | Sanofi |
| 49 | Grace | Tamika | 2:16-cv-17050 | 12/9/2016 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 50 | Grant | Cathie | 2:18-cv-02630 | 3/13/2018 | No PTO 71A (submitted statement for wrong plaintiff) | Sanofi |
| 51 | Grant | Kimberly | 2:17-cv-12263 | 11/12/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 52 | Graves | Diana | 2:18-cv-11901 | 11/29/2018 | PFS Not Substantially Complete - No Proof of Use | Both Sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 53 | Green | Veola | 2:16-cv-17018 | 12/9/2016 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; PFS Not Substantially Complete - No before photos from within 5 years of treatment; Digital after photos lack metadata | Sanofi |
| 54 | Griffin | Gracey | 2:19-cv-12527 | 9/11/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 55 | Hadfield | Aracely | 2:18-cv-13492 | 12/11/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality; Shell PFS | Sanofi |
| 56 | Hartford | Gwendolyn | 2:20-cv-00973 | 3/22/2020 | PFS Not Substantially Complete - No before photos; Authorizations (Insurance authorization is not witnessed) | Both Sanofi and 505 |
| 57 | Hayner | Linda | 2:18-cv-12481 | 12/5/2018 | No Amended PFS; PFS Not Substantially Complete - Digital 'before' photo lacks metadata | Sanofi |
| 58 | Hays | Patsy | 2:16-cv-17540 | 12/16/2016 | PFS Not Substantially Complete - Photos are not dated; Digital photos lack metadata | Sanofi |
| 59 | Hendrickson | Toni | 2:17-cv-14577 | 12/5/2017 | PFS Not Substantially Complete - No before photos | Sanofi |
| 60 | Hernandez | Faith | 2:18-cv-13427 | 12/11/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; Plaintiff failed to provide information for second cancer diagnosis/treatment | Sanofi |
| 61 | Holloway | Marilyn | 2:18-cv-12516 | 12/5/2018 | No Amended PFS | Sanofi |
| 62 | Hooker | Vernita | 2:17-cv-05973 | 6/20/2017 | PFS Not Substantially Complete - Appears Plaintiff is wearing a wig in only before photo from within five years of chemotherapy | Sanofi |
| 63 | Houston | Leslie | 2:18-cv-13518 | 12/11/2018 | PFS Not Substantially Complete - Digital before photos lack metadata; Plaintiff appears to be wearing wigs in all 'before' photos | Both Sanofi and 505 |
| 64 | Hucks | Ramona | 2:19-cv-14189 | 12/6/2019 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Both Sanofi and 505 |
| 65 | Hudgon | Marleen | 2:18-cv-01335 | 2/8/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 66 | Hutchins | Virginia | 2:18-cv-13553 | 12/12/2018 | PFS Not Substantially Complete -  Digital 'before' photo lacks metadata | Sanofi |
| 67 | Johnson | Cindy | 2:19-cv-00696 | 1/30/2019 | PFS Not Substantially Complete - No before photos; PTO 71A indicates that Plaintiff is in possession of responsive ESI; need responsive ESI submitted to Centrality | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 68 | Johnson | Morena | 2:19-cv-14684 | 12/19/2019 | PFS Not Substantially Complete - Digital before photo lacks metadata; Plaintiff appears to be wearing a wig in only before photo | Sanofi |
| 69 | Jones | Edna | 2:17-cv-17053 | 12/11/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 70 | Jones | Lisa | 2:18-cv-12256 | 12/4/2018 | No Amended PFS | Sanofi |
| 71 | Jones | Marilyn | 2:18-cv-12850 | 12/7/2018 | PFS indicates that Plaintiff posted to social media but no ESI submitted to Centrality | Both Sanofi and 505 |
| 72 | Jones | Tosha | 2:19-cv-13946 | 11/27/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 73 | Justice | Kristy | 2:16-cv-17186 | 12/12/2016 | PFS Not Substantially Complete - Digital 'before' photo lacks metadata | Both Sanofi and 505 |
| 74 | Kee | Judith | 2:16-cv-16039 | 9/30/2016 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 75 | Kelley | Ellen | 2:17-cv-17302 | 12/15/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 76 | Kennedy | Elizabeth | 2:18-cv-09628 | 10/16/2018 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Sanofi |
| 77 | Knight | Cordelia | 2:17-cv-09088 | 9/14/2017 | Authorizations (Plaintiff inserted her own name/address in the addressee lines of the insurance authorization) | Sanofi |
| 78 | Knight | Mary | 2:18-cv-12479 | 12/5/2018 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 | Sanofi |
| 79 | Knox | Tameshia | 2:17-cv-06284 | 6/29/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 80 | Lancien | April | 2:17-cv-06707 | 7/13/2017 | PFS Not Substantially Complete - No before photos from within 5 years of chemo; Only before photo is black & white | Sanofi |
| 81 | Landers | Terrie | 2:18-cv-08358 | 8/3/2018 | Plaintiff admits to posting to social media but failed to submit copies to Centrality | Both Sanofi and 505 |
| 82 | Lassiter | Lettie | 2:18-cv-11553 | 11/26/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; | Sanofi |
| 83 | Lee | Odell | 2:18-cv-01786 | 2/20/2018 | Authorizations (fraudulent witness signatures) | Sanofi |
| 84 | Leon | Angie | 2:20-cv-00061 | 1/8/2020 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Sanofi |
| 85 | Lewis | Gloria | 2:17-cv-11918 | 11/7/2017 | PFS Not Substantially Complete - Digital before photo lacks metadata | Sanofi |
| 86 | Lewis | Jackquelin | 2:19-cv-13739 | 11/20/2019 | PFS Not Substantially Complete - Digital before photos lack metadata | Both Sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|-----------------------------------|----------------|
| 87 | Lockett | Shirley | 2:17-cv-07095 | 7/25/2017 | PFS Not Substantially Complete - Before photos (digital before photos lack metadata, appears Plaintiff is wearing wig); Only after photos are from after second cancer treatment, need photos from after Taxotere but before second treatment | Sanofi |
| 88 | Lowe | Anita | 2:17-cv-14580 | 12/5/2017 | Plaintiff is deceased; need proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 89 | Madison | Clara | 2:17-cv-02730 | 3/30/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 90 | Mann | Riveria | 2:17-cv-07802 | 8/13/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 91 | Martin | Stephanie | 2:18-cv-13104 | 12/10/2018 | PFS Not Substantially Complete - Digital before photos lack metadata | Sanofi |
| 92 | Mcclellan | Derhonda | 2:18-cv-12515 | 12/5/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 93 | Mccormick | Lois | 2:17-cv-10104 | 10/3/2017 | Authorizations (fraudulent witness signatures) | Sanofi |
| 94 | Mccormick | Tywanda | 2:19-cv-13123 | 10/14/2019 | PFS Not Substantially Complete - Digital before photo lacks metadata; Plaintiff appears to be wearing a wig in before photo | Sanofi |
| 95 | Mccray | Sherri | 2:19-cv-10288 | 5/9/2019 | Authorizations (HIPAA signature is cut-off/missing) | Sanofi |
| 96 | Mcdaniel | Debra | 2:18-cv-12862 | 12/7/2018 | PFS Not Substantially Complete - Digital before photo lacks metadata | Sanofi |
| 97 | Mcfee | Richela | 2:18-cv-01357 | 2/9/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 98 | Mckinley | Annette | 2:18-cv-11909 | 11/29/2018 | PFS Not Substantially Complete - Only before photo is from before first and second chemotherapy; need photos after first and second chemotherapy but before Taxotere; Plaintiff admits to having responsive social media but failed to submit to Centrality; | Sanofi |
| 99 | Mcmillian | Regina | 2:17-cv-08803 | 9/8/2017 | Authorizations (Authorizations are not witnessed) | Sanofi |
| 100 | Melancon | Elizabeth | 2:18-cv-12502 | 12/5/2018 | No Amended PFS; PFS indicates that Plaintiff posted to social media but no ESI submitted to Centrality | Sanofi |
| 101 | Mendoza | Kimberly | 2:19-cv-09065 | 4/5/2019 | PFS Not Substantially Complete - No before photos; No after photos; | Both Sanofi and 505 |
| 102 | Mercado | Baranaca | 2:17-cv-17708 | 12/22/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; PFS Not Substantially Complete - No before photos (only before photo extremely blurry); No Amended PFS | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 103 | Mickens | Ernestine | 2:18-cv-12277 | 12/4/2018 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 | Sanofi |
| 104 | Miles | Queen | 2:17-cv-09612 | 9/25/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 105 | Moody | Rhonda | 2:18-cv-01587 | 2/15/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 106 | Moore | Barbara | 2:18-cv-06941 | 7/24/2018 | PFS Not Substantially Complete - Digital before photos lack metadata | Sanofi |
| 107 | Moore | Sheryl | 2:17-cv-10331 | 10/9/2017 | PFS Not Substantially Complete - Digital 'before' photos lack metadata | Sanofi |
| 108 | Mozisek | Rebecca | 2:17-cv-10715 | 10/16/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 109 | Murrin | Joanne | 2:19-cv-13564 | 11/12/2019 | PFS Not Substantially Complete - Digital 'before' photo lacks metadata | Sanofi |
| 110 | Myers | Latonya | 2:17-cv-12335 | 11/13/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 111 | Nebiett | Deconda | 2:17-cv-08329 | 8/27/2017 | PFS Not Substantially Complete - Digital before photo lacks metadata; Plaintiff appears to be wearing a wig in only before photo from within 5 years of treatment | Both Sanofi and 505 |
| 112 | Newman | Tina | 2:18-cv-01590 | 2/15/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 113 | Obrien | Teresa | 2:18-cv-05478 | 5/31/2018 | No Amended PFS; PFS Not Substantially Complete - Digital before photos lack metadata | Sanofi |
| 114 | Olah | Nancy | 2:20-cv-00313 | 1/29/2020 | Plaintiff admits to having responsive social media but failed to submit to Centrality; No Amended PFS | Sanofi |
| 115 | Oshiro | Frances | 2:18-cv-00552 | 1/18/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 116 | Papoulis | Elena | 2:16-cv-17207 | 12/12/2016 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 117 | Parker | Linda | 2:19-cv-00697 | 1/30/2019 | PFS Not Substantially Complete - No PFS Declaration (signature is typed); Authorizations (signatures are all typed; Insurance, disability and workers' compensation authorizations are not witnessed); No PTO 71A | Sanofi |
| 118 | Parmeter | Patricia | 2:17-cv-13027 | 11/21/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality; No Amended PFS | Sanofi |
| 119 | Payne | Paula | 2:19-cv-11407 | 6/28/2019 | PFS Substantially Complete - Digital before photo lacks metadata; Digital in-between photo lacks metadata | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 120 | Penn | Annie | 2:17-cv-12740 | 11/18/2017 | PFS Not Substantially Complete - Plaintiff failed to fully answer the "alleged injury" and dates experienced, hair loss history, and medications; needs to answer questions VI.5, VII. hair loss history, VII.7, VII.11; No Proof of Injury - no before or after photos; no PTO 71A | 505 |
| 121 | Perez | Vera | 2:18-cv-11885 | 11/29/2018 | Shell PFS; | Sanofi |
| 122 | Perry | Lyn | 2:19-cv-07542 | 4/2/2019 | No Amended PFS; PFS Not Substantially Complete - Before photo (Only before photo is tiny; need better copy/other photos); Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 123 | Peterson | Claudia | 2:18-cv-12282 | 12/4/2018 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 | Sanofi |
| 124 | Pierre | Angelica | 2:19-cv-14360 | 12/9/2019 | Authorizations (fraudulent witness signatures) | Sanofi |
| 125 | Pride | Joan | 2:20-cv-00662 | 2/26/2020 | PFS Not Substantially Complete - No before photos from within 5 years of treatment | Sanofi |
| 126 | Provost | Cindy | 2:20-cv-00605 | 2/19/2020 | Plaintiff admits to having responsive social media but failed to submit to Centrality; No Amended PFS | Sanofi |
| 127 | Ray | Gail | 2:17-cv-17710 | 12/22/2017 | PFS Not Substantially Complete - Digital before photos lack metadata | Sanofi |
| 128 | Regensburger | Arlene | 2:17-cv-11342 | 10/27/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 129 | Richardson | Vicksay | 2:17-cv-10966 | 10/20/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; PFS Not Substantially Complete - Plaintiff appears to be wearing a wig in the only before photo from within five years of chemotherapy | Sanofi |
| 130 | Roach | Maria | 2:18-cv-13234 | 12/10/2018 | PFS Not Substantially Complete - Digital before photos lack metadata | Sanofi |
| 131 | Rodriguez | Victoria | 2:17-cv-11808 | 11/5/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 132 | Ross | Dawn | 2:18-cv-06131 | 6/21/2018 | PFS Not Substantially Complete - No accurately-dated before photos from within 5 years of treatment | Sanofi |
| 133 | Russell | Kelly | 2:19-cv-11808 | 7/24/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 134 | Scroggins | Shirley | 2:18-cv-02341 | 3/4/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 135 | Seabrooks | Valerie | 2:17-cv-07877 | 8/16/2017 | PFS Not Substantially Complete - Digital 'before' photo lacks metadata | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|----------------------------------|----------------|
| 136 | Shemil | Ramona | 2:18-cv-00700 | 1/23/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 137 | Simmons | Lakay | 2:17-cv-16342 | 12/9/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 138 | Smith | Cuedette | 2:17-cv-04707 | 5/4/2017 | PFS Not Substantially Complete - Digital before photos lack metadata; Plaintiff appears to be wearing wigs in all 'before' photos; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 139 | Sorensen | Barbara | 2:17-cv-15323 | 12/7/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; No Amended PFS | Both Sanofi and 505 |
| 140 | Staniewicz | Helen | 2:19-cv-13613 | 11/13/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 141 | Steinberg | Elaine | 2:17-cv-10701 | 10/16/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; PFS Not Substantially Complete - Digital before photos lack metadata | Sanofi |
| 142 | Stephens | Teresa | 2:17-cv-07838 | 8/14/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality; PFS Not Substantially Complete - Digital before photos lack metadata | Sanofi |
| 143 | Stevenson | Chanelle | 2:19-cv-13437 | 11/5/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality; PFS Not Substantially Complete - Digital before photos lack metadata | Sanofi |
| 144 | Stone | Georgia | 2:19-cv-10919 | 6/6/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality; PFS Not Substantially Complete - Digital before photos lack metadata | Both Sanofi and 505 |
| 145 | Strean | Ruth | 2:17-cv-17529 | 12/19/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; PFS Not Substantially Complete - No before photos within 5 years of chemotherapy | Sanofi |
| 146 | Strong | Tammy | 2:18-cv-13532 | 12/11/2018 | Shell PFS | Sanofi |
| 147 | Sydnor | Deborah | 2:19-cv-14321 | 12/9/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 148 | Taylor | Barbara | 2:18-cv-13495 | 12/11/2018 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 | Sanofi |
| 149 | Taylor | Nancy | 2:19-cv-12930 | 10/3/2019 | PFS Not Substantially Complete - Photos are black & white | Sanofi |
| 150 | Thomas | Irene | 2:16-cv-17027 | 12/9/2016 | PFS Not Substantially Complete - No before photos from within 5 years of treatment | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 151 | Thomas | Lynette | 2:16-cv-17981 | 12/30/2016 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 152 | Thompson | Susan | 2:18-cv-11891 | 11/29/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 153 | Tingle | Cynthia | 2:17-cv-15096 | 12/6/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 154 | Torres | Lisa | 2:18-cv-00649 | 1/22/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Both Sanofi and 505 |
| 155 | Vargas | Marta | 2:18-cv-13470 | 12/11/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 156 | Vasquez | Aurora | 2:17-cv-14862 | 12/5/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 157 | Wagoner | Bev Zahra | 2:17-cv-09030 | 9/14/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 158 | Wallace | Bonnie | 2:17-cv-08134 | 8/23/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Both Sanofi and 505 |
| 159 | Walters | Christina | 2:18-cv-12243 | 12/4/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 160 | Warren | Diana | 2:19-cv-13887 | 11/26/2019 | No Amended PFS; Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 161 | Watkins | Cheryl | 2:18-cv-10811 | 11/11/2018 | PFS indicates that Plaintiff posted to social media/sent responsive emails but no ESI submitted to Centrality | Sanofi |
| 162 | Weinhoffer | Katalin | 2:18-cv-02427 | 3/7/2018 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 163 | Wilabay | Shawn | 2:17-cv-12235 | 11/10/2017 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 164 | Williams | Carolyn | 2:18-cv-08503 | 9/10/2018 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |
| 165 | Williams | Jennietta | 2:17-cv-11458 | 10/29/2017 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; PFS Not Substantially Complete - Only before photo is ID without issuance date | Sanofi |
| 166 | Williams | Linda | 2:18-cv-13433 | 12/11/2018 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 | Both Sanofi and 505 |
| 167 | Wilson | Valerie | 2:18-cv-01398 | 2/9/2018 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi |
| 168 | Wimbush | Musette | 2:19-cv-12473 | 9/6/2019 | Plaintiff admits to having responsive social media but failed to submit to Centrality | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 169 | Young | Sharon | 2:18-cv-14268 | 12/28/2018 | Plaintiff admits to posting to social media but failed to submit copies to Centrality | Sanofi |