# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Abramowitz | Susie | 2:18-cv-13448 | 12/11/2018 | No CMO 12A; Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Both Sanofi and 505 |
| 2 | Akomas | Jackie | 2:17-cv-08399 | 8/28/2017 | Plaintiff is deceased; need proper parties substituted; Authorizations (Insurance authorization is not witnessed); | Sanofi |
| 3 | Ates | Devoria | 2:17-cv-02930 | 4/6/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; Authorizations (Insurance, disability and workers' compensation authorizations are not witnessed) | Sanofi |
| 4 | Bridges | Shirley | 2:18-cv-01916 | 2/22/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; Authorizations (fraudulent witness signatures) | Both Sanofi and 505 |
| 5 | Brown | Virginia | 2:16-cv-16897 | 11/14/2016 | Plaintiff is deceased; need proper parties substituted; PFS Not Substantially Complete - Plaintiff failed to provide information in PFS for other cancer diagnosis/treatment | Sanofi |
| 6 | Cooper | Nancy | 2:17-cv-08658 | 9/4/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 7 | Deloach | Patricia | 2:17-cv-08340 | 8/28/2017 | Plaintiff is deceased; need proper parties substituted | Sanofi |
| 8 | Dials | Ernestine | 2:19-cv-13769 | 11/22/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 9 | Estes | Linda | 2:19-cv-11902 | 7/26/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 10 | Gaston | Mary | 2:17-cv-07121 | 7/26/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; Authorizations (fraudulent witness signatures) | Sanofi |
| 11 | Green | Arlene | 2:17-cv-10107 | 10/4/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS | Sanofi |
| 12 | Labrot | Deane | 2:17-cv-18007 | 12/30/2017 | Authorizations (Signed by improper party - Plaintiff deceased and no Motion to Substitute of Party filed) | Sanofi |
| 13 | Ramsey | Jamie | 2:19-cv-13902 | 11/26/2019 | Plaintiff is deceased; need proper parties substituted | Sanofi |
| 14 | Robinson | Willie | 2:17-cv-13485 | 11/28/2017 | Shell PFS | Both Sanofi and 505 |
| 15 | Russell | Madis | 2:17-cv-00117 | 1/5/2017 | Plaintiff deceased; need proper parties substituted; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment | Sanofi |
| 16 | Sheard | Lisa | 2:17-cv-10657 | 10/16/2017 | PFS Not Substantially Complete - Plaintiff failed to provide information for other cancer diagnosis/treatment | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 17 | Tobin | Barbara | 2:18-cv-13489 | 12/11/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 18 | White | Patricia | 2:18-cv-11641 | 11/28/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |