# EXHIBIT C

# Exhibit C - CMO 12A Product ID Deficiencies

|  | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 1 | Allan Berger & Assoc. | Dillard Singleton, Wonza | 17-cv-04891 | Lack of CMO-12A Product Identification |
| 2 | Allan Berger & Assoc. | Doughty, Francis | 17-cv-05268 | Lack of CMO-12A Product Identification |
| 3 | Allan Berger & Assoc. | Mott, Eulalie | 17-cv-03754 | Lack of CMO-12A Product Identification |
| 4 | Allan Berger & Assoc. | Sledge, Veronique | 17-cv-03485 | Lack of CMO-12A Product Identification |
| 5 | Allan Berger & Assoc. | Smith, Cuedette | 17-cv-04707 | Lack of CMO-12A Product Identification |
| 6 | Allan Berger & Assoc. | Underwood, Debra | 17-cv-05262 | Lack of CMO-12A Product Identification |
| 7 | Allen & Nolte | Costin, Jennifer | 17-cv-14085 | Lack of CMO-12A Product Identification |
| 8 | Allen & Nolte | Harbin, Michelle | 18-cv-12355 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 9 | Allen & Nolte | Houston, Cecile | 17-cv-16328 | Lack of CMO-12A Product Identification |
| 10 | Atkins & Markoff | Bennett, Alice | 18-cv-06272 | Sanofi PID - Dismiss remaining defendants |
| 11 | Atkins & Markoff | Brewer, Tina | 16-cv-17313 | Sanofi PID - Dismiss remaining defendants |
| 12 | Atkins & Markoff | Colton, Gloria | 17-cv-14235 | Lack of CMO-12A Product Identification |
| 13 | Atkins & Markoff | Conley, Joan | 17-cv-14237 | Hospira PID - Dismiss remaining defendants |
| 14 | Atkins & Markoff | Curtis, Constance | 17-cv-14249 | Sanofi PID - Dismiss remaining defendants |
| 15 | Atkins & Markoff | Jones, Katherine | 17-cv-14399 | Sanofi, Winthrop, and Sun PID - Dismiss remaining defendants |
| 16 | Atkins & Markoff | Mundell, Martha | 18-cv-12553 | Sanofi PID - Dismiss remaining defendants |
| 17 | Atkins & Markoff | Patterson, Lakeesha | 18-cv-12581 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 18 | Atkins & Markoff | Vermilyer, Diana | 17-cv-15110 | Lack of CMO-12A Product Identification |
| 19 | Atkins & Markoff | Weaver, Jo Ellen | 17-cv-15145 | Sanofi PID - Dismiss remaining defendants |
| 20 | Atkins & Markoff | Whittaker, Kim | 17-cv-15171 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 21 | Atkins & Markoff | Whitted, Patricia | 18-cv-12629 | Lack of CMO-12A Product Identification |
| 22 | Atkins & Markoff | Woosley, Sharon | 19-cv-14449 | Sanofi PID - Dismiss remaining defendants |
| 23 | Bachus & Schanker | Auria, Karen | 19-cv-12319 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 24 | Bachus & Schanker | Baker, Cathy | 16-cv-17154 | Lack of CMO-12A Product Identification |
| 25 | Bachus & Schanker | Bellmore, Annette | 17-cv-10105 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 26 | Bachus & Schanker | Bias, Sheila | 16-cv-17171 | Lack of CMO-12A Product Identification |
| 27 | Bachus & Schanker | Bibbs, Elizabeth | 19-cv-13254 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 28 | Bachus & Schanker | Burton-Crawford, Cynthia | 17-cv-16948 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 29 | Bachus & Schanker | Chesney, Christine | 19-cv-11867 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 30 | Bachus & Schanker | Clamon, Rhonda | 19-cv-03422 | Lack of CMO-12A Product Identification |
| 31 | Bachus & Schanker | Collins, Thelmira | 18-cv-01918 | Dr. Reddy PID - Dismiss all defendants |
| 32 | Bachus & Schanker | Crawford, Gwendolyn | 16-cv-17151 | Rollover from 5/2/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 33 | Bachus & Schanker | Crawford-Burno, Pamela | 18-cv-13416 | Lack of CMO-12A Product Identification |
| 34 | Bachus & Schanker | Day, Velma Louise | 17-cv-05627 | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 35 | Bachus & Schanker | Goode, Maureen | 20-cv-00388 | No CMO-12A; Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 36 | Bachus & Schanker | Gray, Margarita | 17-cv-16247 | Hospira PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 37 | Bachus & Schanker | Griffin, Angela | 17-cv-11806 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 38 | Bachus & Schanker | Holloway, Yolanda | 17-cv-16987 | Lack of CMO-12A Product Identification |
| 39 | Bachus & Schanker | Jefferson, Charlotte | 17-cv-00756 | Rollover from 5/2/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 40 | Bachus & Schanker | Kelley, Regina | 19-cv-02492 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 41 | Bachus & Schanker | Kidd, Ardett | 17-cv-17743 | Lack of CMO-12A Product Identification |
| 42 | Bachus & Schanker | Kirby, Linda | 17-cv-16984 | Lack of CMO-12A Product Identification |
| 43 | Bachus & Schanker | Koziol, Renee | 19-cv-12453 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 44 | Bachus & Schanker | Livingood, Sherry | 17-cv-17038 | Lack of CMO-12A Product Identification |
| 45 | Bachus & Schanker | Mackey, Maria | 17-CV-09009 | Sanofi PID - Dismiss remaining defendants |
| 46 | Bachus & Schanker | Mahood, Eleanor | 18-cv-02266 | Lack of CMO-12A Product Identification |
| 47 | Bachus & Schanker | Mann, Catherine | 19-cv-13047 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 48 | Bachus & Schanker | May, Sonndra | 19-cv-12708 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 49 | Bachus & Schanker | McCallon, Mary | 19-cv-12999 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 50 | Bachus & Schanker | Miller, Astrida | 17-cv-16393 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 51 | Bachus & Schanker | Miller, Marylou | 19-cv-12815 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 52 | Bachus & Schanker | Omofoma, Nkechi | 18-cv-12602 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 53 | Bachus & Schanker | Pena, Azalia | 17-cv-16258 | Lack of CMO-12A Product Identification |
| 54 | Bachus & Schanker | Perkins, Pamela | 19-cv-02707 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 55 | Bachus & Schanker | Peyton, Earnestine | 17-cv-00747 | Lack of CMO-12A Product Identification |
| 56 | Bachus & Schanker | Phillips, Gail | 19-cv-09921 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 57 | Bachus & Schanker | Reyes, Anna Marie | 19-cv-13495 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 58 | Bachus & Schanker | Rhodes, Elizabeth | 18-cv-02942 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 59 | Bachus & Schanker | Robinson, Eleanora | 19-cv-12358 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 60 | Bachus & Schanker | Robinson, Patricia | 20-cv-01887 | Lack of CMO-12A Product Identification |
| 61 | Bachus & Schanker | Rogers, Frances E. | 18-cv-02285 | Lack of CMO-12A Product Identification |
| 62 | Bachus & Schanker | Rupert, Carrie | 17-cv-17993 | Lack of CMO-12A Product Identification |
| 63 | Bachus & Schanker | Smith, Marian | 19-cv-03290 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 64 | Bachus & Schanker | Snerling, Judy | 19-cv-12366 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 65 | Bachus & Schanker | Valencia, Sonia | 16-cv-15497 | Sanofi PID - Dismiss remaining defendants |
| 66 | Bachus & Schanker | Waiters, India | 19-cv-13984 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 67 | Bachus & Schanker | Willoughby, Kimberly | 19-cv-12254 | Lack of CMO-12A Product Identification |
| 68 | Bachus & Schanker | Wilson, Mevilyn | 18-cv-01529 | Lack of CMO-12A Product Identification |
| 69 | Baron & Budd | Egidio, Lisa | 17-cv-15700 | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 70 | Barrett Johnston Martin & Garrison | Lawson-Winfield, Twanda | 19-cv-12010 | Lack of CMO-12A Product Identification |
| 71 | Barrios Kingsdorf & Casteix, LLP | Landry, Modine | 17-cv-08110 | Lack of CMO-12A Product Identification |
| 72 | Berezofsky Law Group | Cheehan, Kathryn | 18-cv-01848 | Lack of CMO-12A Product Identification |
| 73 | Bernstein Liebhard | Gaspari, Laura | 18-cv-13863 | Lack of CMO-12A Product Identification |
| 74 | Brent Coon & Associates | Daniels, Aquaquenetta | 17-cv-11152 | Lack of CMO-12A Product Identification |
| 75 | Brent Coon & Associates | Henegan, Charlotte | 17-cv-16733 | Lack of CMO-12A Product Identification |
| 76 | Brown & Crouppon | Garcia-Crump, Carol | 18-cv-11488 | Lack of CMO-12A Product Identification |
| 77 | Brown & Crouppon | Jimerson, Erserine | 19-cv-11429 | Lack of CMO-12A Product Identification |
| 78 | Brown & Crouppon | Reagle, Jennifer | 17-cv-14509 | Lack of CMO-12A Product Identification |
| 79 | Canepa Riedy Abele | Schneider, Sharon L. | 19-cv-13068 | Hospira PID - Dismiss remaining defendants |
| 80 | Carey Danis & Lowe | Smith-Jackson, Valerie | 18-cv-13389 | Lack of CMO-12A Product Identification |
| 81 | Cutter Law | Fiely, Sharon | 17-cv-15280 | Lack of CMO-12A Product Identification |
| 82 | Davis & Crump | Casaus, Nantri | 18-cv-02860 | Winthrop PID - Dismiss remaining defendants |
| 83 | Davis & Crump | Harrington, Patsy | 18-cv-11794 | Lack of CMO-12A Product Identification |
| 84 | Davis & Crump | Killian, Linda | 18-cv-06477 | Hospira and Sandoz PID - Dismiss remaining defendants |
| 85 | Diamond Law | Lee-Nunn, Connie | 17-cv-14155 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 86 | Ferrer Poirot & Wansbrough | Charles, Shannon | 17-cv-06344 | Lack of CMO-12A Product Identification |
| 87 | Finson Law Firm | Beutow, Deborah | 17-cv-15447 | Lack of CMO-12A Product Identification |
| 88 | Finson Law Firm | Chaisson-Ricker, Elizabeth | 20-cv-02675 | Hospira and Sandoz PID - Dismiss remaining defendants |
| 89 | Finson Law Firm | Rooney, Donna | 20-cv-02664 | Lack of CMO-12A Product Identification |
| 90 | Finson Law Firm | Siggers, Robin N. | 17-cv-15802 | Lack of CMO-12A Product Identification |
| 91 | Fleming Nolen & Jez | Rittscher, June | 19-cv-10139 | Lack of CMO-12A Product Identification |
| 92 | Gainsburg Benjamin | Brooks III, Robert (on behalf of Diane Brooks) | 20-cv-00109 | Sanofi PID - Dismiss remaining defendants |
| 93 | Gainsburg Benjamin | Stoops, Robin | 17-cv-13921 | Sagent and Winthrop PID - Dismiss remaining defendants |
| 94 | Gainsburg Benjamin | White, Geraldine | 17-cv-12548 | Lack of CMO-12A Product Identification |
| 95 | Gibbs Law Group | Hoyt, Joanne | 18-cv-02667 | Lack of CMO-12A Product Identification |
| 96 | Gibbs Law Group | Navarro, Teri | 18-cv-01846 | Lack of CMO-12A Product Identification |
| 97 | Gomez Trial Attorneys | Bates, Marva | 17-cv-13652 | Lack of CMO-12A Product Identification |
| 98 | Gomez Trial Attorneys | Oneal, Yulonda | 17-cv-13775 | Lack of CMO-12A Product Identification |
| 99 | Gori Law Firm | Cooke, Helen | 20-cv-02368 | Sanofi PID - Dismiss remaining defendants |
| 100 | Gori Law Firm | Delprete, Sandra | 19-cv-09989 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 101 | Gori Law Firm | Ward, Sheena L. | 19-cv-12327 | Lack of CMO-12A Product Identification |
| 102 | Grant & Eisenhofer | Barber, Geraldine | 18-cv-13003 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 103 | Hughes & Coleman | Hurley, Betty | 16-cv-17970 | Lack of CMO-12A Product Identification |
| 104 | Johnson Becker | Campbell, Valerie | 17-cv-05191 | Lack of CMO-12A Product Identification |
| 105 | Johnson Becker | Clayborn, Barbara | 17-cv-08765 | Sandoz PID - Dismiss remaining Defendants |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 106 | Johnson Becker | Harges, Benita | 20-cv-01026 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 107 | Johnson Becker | Hovey, Susan K. | 17-cv-05647 | Lack of CMO-12A Product Identification |
| 108 | Johnson Becker | Kohlenberg, Kelly Lea | 17-cv-13959 | Lack of CMO-12A Product Identification |
| 109 | Johnson Becker | Perrotta, Cornelia | 17-cv-04794 | Lack of CMO-12A Product Identification |
| 110 | Johnson Becker | Tomasek, Arlene | 16-cv-17246 | Lack of CMO-12A Product Identification |
| 111 | Johnson Johnson Lucas & Middleton | Houle, Kimberly | 17-cv-17014 | Lack of CMO-12A Product Identification |
| 112 | Johnson Law Group | Davis, Barbara | 18-cv-10112 | Lack of CMO-12A Product Identification |
| 113 | Johnson Law Group | Griffin, Janis | 17-cv-10018 | Lack of CMO-12A Product Identification |
| 114 | Johnson Law Group | Hunt, Carrie | 18-cv-04734 | Lack of CMO-12A Product Identification |
| 115 | Johnson Law Group | Johnson, Renee | 17-cv-05338 | Lack of CMO-12A Product Identification |
| 116 | Johnson Law Group | Kappeler, Sally | 19-cv-12559 | Lack of CMO-12A Product Identification |
| 117 | Johnson Law Group | Marsh, Charlene | 17-cv-12309 | Lack of CMO-12A Product Identification |
| 118 | Johnson Law Group | McComas, Donna | 18-cv-11340 | Lack of CMO-12A Product Identification |
| 119 | Johnson Law Group | McQuality, Delia | 19-cv-02464 | Lack of CMO-12A Product Identification |
| 120 | Johnson Law Group | Rodriguez, Maria | 18-cv-11336 | Lack of CMO-12A Product Identification |
| 121 | Johnson Law Group | Tavanello, Cathy | 17-cv-07196 | Lack of CMO-12A Product Identification |
| 122 | Jones Ward Law Firm LLC | Moody-Beaumont, Carol | 17-cv-15956 | Lack of CMO-12A Product Identification |
| 123 | Jones Ward Law Firm LLC | Somerday, Barbara | 17-cv-16587 | Lack of CMO-12A Product Identification |
| 124 | Kagan Legal Group | Doan, Susan | 17-cv-11139 | Lack of CMO-12A Product Identification |
| 125 | Kagan Legal Group | Ross, Tammy | 18-cv-07675 | Lack of CMO-12A Product Identification |
| 126 | Lowe Law Group | Ayala, Mandi | 17-cv-08970 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 127 | Lowe Law Group | Brown, Venita | 16-cv-17390 | Lack of CMO-12A Product Identification |
| 128 | Lowe Law Group | Greene, Angela | 18-cv-07152 | Lack of CMO-12A Product Identification |
| 129 | Lowe Law Group | Hentz, Kathleen | 19-cv-10016 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 130 | Lowe Law Group | Hogan, Wanda | 16-cv-17431 | Lack of CMO-12A Product Identification |
| 131 | Lowe Law Group | McLaughlin, Leslie | 17-cv-11732 | Lack of CMO-12A Product Identification |
| 132 | Lowe Law Group | Nutt, Melody | 16-cv-17395 | Lack of CMO-12A Product Identification |
| 133 | MacArther Heder & Metler | Martinez, Yolanda | 20-cv-03445 | Lack of CMO-12A Product Identification |
| 134 | Maher Law Firm | Douglas, Christine | 17-cv-14017 | Lack of CMO-12A Product Identification |
| 135 | Maher Law Firm | Hucks, Ramona | 19-cv-14189 | Lack of CMO-12A Product Identification |
| 136 | Marc J. Bern & Partners LLP | Ceraio, Yvonne | 19-cv-10846 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 137 | Marc J. Bern & Partners LLP | Childs, Carolyn | 18-cv-02467 | Sandoz PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 138 | Marc J. Bern & Partners LLP | Davidson, Shelia | 18-cv-04445 | Lack of CMO-12A Product Identification |
| 139 | Marc J. Bern & Partners LLP | Deaton, Davida | 18-cv-07267 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 140 | Marc J. Bern & Partners LLP | Dellos, Carol | 18-cv-12681 | Hospira PID - Dismiss remaining Defendants |
| 141 | Marc J. Bern & Partners LLP | Fox, Vivian | 18-cv-14134 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 142 | Marc J. Bern & Partners LLP | Jimenez, Romona | 18-cv-09378 | Accord PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 143 | Marc J. Bern & Partners LLP | Jones, Joan | 18-cv-04465 | Accord PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 144 | Marc J. Bern & Partners LLP | Jones, Valerie | 19-cv-10778 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 145 | Marc J. Bern & Partners LLP | Minor, Viana | 19-cv-00037 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 146 | Marc J. Bern & Partners LLP | Nitto, Laura | 17-cv-14782 | Sandoz PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 147 | Marc J. Bern & Partners LLP | Olin, Valerie | 18-cv-14300 | Sanofi PID - Dismiss remaining defendants |
| 148 | Marc J. Bern & Partners LLP | Rathgeber, Cindy | 18-cv-11917 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 149 | Marc J. Bern & Partners LLP | Rose, Sandra | 19-cv-02395 | Sanofi PID - Dismiss remaining defendants |
| 150 | Marc J. Bern & Partners LLP | Ross, Janet | 18-cv-03443 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 151 | Marc J. Bern & Partners LLP | Siddoway, Cynthia | 19-cv-11983 | Hospira and Sandoz PID - Dismiss remaining defendants |
| 152 | Marc J. Bern & Partners LLP | Wheeler, Mary | 19-cv-02221 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 153 | Marc J. Bern & Partners LLP | White, Shavonne | 18-cv-11228 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 154 | Marc J. Bern & Partners LLP | Zubee, Eleanor | 18-cv-00815 | Sandoz PID - Dismiss remaining Defendants (Continuation from 9/13/22 Hearing) |
| 155 | McDonald Worley | Cosner, Linda | 19-cv-00125 | Sanofi PID - Dismiss remaining defendants |
| 156 | McDonald Worley | McMullen, Helga | 17-cv-17056 | Hospira PID - Dismiss remaining defendants |
| 157 | McDonald Worley | Roop, Merry | 18-cv-00793 | Sanofi PID - Dismiss remaining defendants |
| 158 | McGartland Law Firm | Lewis, Renee | 17-cv-11207 | Lack of CMO-12A Product Identification |
| 159 | McGartland Law Firm | Pendley, Lorin | 17-cv-11295 | Lack of CMO-12A Product Identification |
| 160 | McGartland Law Firm | Rose, Crystal | 17-cv-11351 | Lack of CMO-12A Product Identification |
| 161 | McGartland Law Firm | Ross, Tina | 17-cv-13529 | Lack of CMO-12A Product Identification |
| 162 | McGartland Law Firm | Shannon, Barbara | 17-cv-17926 | Lack of CMO-12A Product Identification |
| 163 | McGartland Law Firm | Warner, Nancy | 17-cv-11688 | Lack of CMO-12A Product Identification |
| 164 | McSweeney Langevin | Archer, Isabelle | 17-cv-15882 | Lack of CMO-12A Product Identification |
| 165 | McSweeney Langevin | Boatwright, Alice | 18-cv-12044 | Lack of CMO-12A Product Identification |
| 166 | McSweeney Langevin | Clemmons, Alma | 18-cv-12789 | Lack of CMO-12A Product Identification |
| 167 | Morgan & Morgan | Brown, Denise | 19-cv-14081 | Lack of CMO-12A Product Identification |
| 168 | Morgan & Morgan | Mondus, Cherilyn | 19-cv-14364 | Sanofi PID - Dismiss remaining defendants |
| 169 | Morgan & Morgan | Owens, Elizabeth | 19-cv-14465 | Dr. Reddy PID - Dismiss all defendants |
| 170 | Morris Bart | Alfred, Bridget | 18-cv-06330 | Lack of CMO-12A Product Identification |
| 171 | Morris Bart | Felder, Jacqueline | 18-cv-05385 | Lack of CMO-12A Product Identification |
| 172 | Morris Bart | Hymel, Linda | 17-cv-05920 | Hospira and Sanofi PID - Dismiss remaining defendants |
| 173 | Morris Bart | Khan, Edith | 18-cv-05883 | Lack of CMO-12A Product Identification |
| 174 | Morris Bart | Landers, Terrie | 18-cv-08358 | Lack of CMO-12A Product Identification |
| 175 | Morris Bart | McKinney, Jaunifert | 16-cv-15396 | Lack of CMO-12A Product Identification |
| 176 | Morris Bart | Medine, Cindy | 17-cv-06845 | Lack of CMO-12A Product Identification |
| 177 | Morris Bart | Quave, Betty | 18-cv-03633 | Lack of CMO-12A Product Identification |
| 178 | Morris Bart | Small, Shirley | 18-cv-06101 | Lack of CMO-12A Product Identification |
| 179 | Morris Bart | Spellman, Denise | 18-cv-04833 | Hospira PID - Dismiss remaining defendants |
| 180 | Morris Bart | Stevens, Irma | 17-cv-05918 | Lack of CMO-12A Product Identification |
| 181 | Morris Bart | Turner, Dinah | 17-cv-05481 | Lack of CMO-12A Product Identification |
| 182 | Murray Law Firm | McDonnell, Lana | 17-cv-11669 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 183 | Murray Law Firm | Price, Robyn | 19-cv-11739 | Lack of CMO-12A Product Identification |
| 184 | Nachawati Law | Bizier, Kristina | 18-cv-13603 | Lack of CMO-12A Product Identification |
| 185 | Nachawati Law | Cantrell, Donna | 19-cv-00046 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 186 | Nachawati Law | Carlisle, Michelle | 21-cv-01674 | Lack of CMO-12A Product Identification |
| 187 | Nachawati Law | Collins, Terri Sue | 21-cv-00851 | Lack of CMO-12A Product Identification |
| 188 | Nachawati Law | Cunningham, Susan | 19-cv-00034 | Lack of CMO-12A Product Identification |
| 189 | Nachawati Law | Laskey, Shirley | 21-cv-01644 | Lack of CMO-12A Product Identification |
| 190 | Nachawati Law | McGovern, Veronica | 21-cv-01641 | Lack of CMO-12A Product Identification |
| 191 | Nachawati Law | Mitchell, Doris | 21-cv-01301 | Lack of CMO-12A Product Identification |
| 192 | Nachawati Law | Pollard, Terry | 21-cv-00021 | Lack of CMO-12A Product Identification |
| 193 | Nachawati Law | Simons, Patricia | 18-cv-08415 | Lack of CMO-12A Product Identification |
| 194 | Nachawati Law | Taylor, Paula | 18-cv-08771 | Sanofi PID - Dismiss remaining defendants |
| 195 | Nachawati Law | Watson, Sureta | 18-cv-05814 | Sagent PID - Dismiss remaining defendants |
| 196 | Nachawati Law | Weeks, Janet | 21-cv-00681 | Lack of CMO-12A Product Identification |
| 197 | Nachawati Law | Williams, Candace | 18-cv-13851 | Lack of CMO-12A Product Identification |
| 198 | Nachawati Law | Wilson, Katherine | 21-cv-00692 | Lack of CMO-12A Product Identification |
| 199 | Nachawati Law | Wray, Sheryl | 18-cv-05388 | Lack of CMO-12A Product Identification |
| 200 | Nachawati Law | Wright, Ladell | 20-cv-02621 | Sanofi PID - Dismiss remaining defendants |
| 201 | Napoli Shkolnik | Hadley, Dorcille | 19-cv-09849 | Lack of CMO-12A Product Identification |
| 202 | Napoli Shkolnik | Slape, Tammy | 18-cv-13905 | Lack of CMO-12A Product Identification |
| 203 | Napoli Shkolnik | Wilder, Debra | 19-cv-02441 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 204 | Niemeyer, Grebel & Kruse | Lackey, Tammie | 17-cv-09705 | Lack of CMO-12A Product Identification |
| 205 | Niemeyer, Grebel & Kruse | McCord, Judith | 18-cv-12773 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 206 | Niemeyer, Grebel & Kruse | Williford, Yolanda | 17-cv-10213 | Lack of CMO-12A Product Identification |
| 207 | Parker Waichman LLP | Pugsley, Michelle | 18-cv-06716 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 208 | Pendley, Baudin & Coffin | Frissora, Kathleen | 17-cv-13546 | Lack of CMO-12A Product Identification |
| 209 | Pendley, Baudin & Coffin | Grant, Sharlene | 18-cv-07658 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 210 | Pendley, Baudin & Coffin | Guyette, Dana | 17-cv-12612 | Lack of CMO-12A Product Identification |
| 211 | Pendley, Baudin & Coffin | Henderson, Cindra | 19-cv-01220 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 212 | Pendley, Baudin & Coffin | Kettles, Sharon | 17-cv-11692 | Lack of CMO-12A Product Identification |
| 213 | Pendley, Baudin & Coffin | Klann, Dionne A. | 17-cv-07366 | Lack of CMO-12A Product Identification |
| 214 | Pendley, Baudin & Coffin | McDuell, Elaine | 17-cv-07107 | Lack of CMO-12A Product Identification |
| 215 | Pendley, Baudin & Coffin | Newbold, Donna | 17-cv-00832 | Lack of CMO-12A Product Identification |
| 216 | Pendley, Baudin & Coffin | Richardson, Christa | 18-cv-08081 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 217 | Pendley, Baudin & Coffin | Spruill, Cora | 17-cv-08079 | Lack of CMO-12A Product Identification |
| 218 | Pendley, Baudin & Coffin | Washington, Deirdra | 17-cv-06903 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 219 | Pulaski Law Firm | Baritot, Susan | 19-cv-13978 | Sandoz PID - Dismiss remaining defendants |
| 220 | Pulaski Law Firm | Blair, Pamela | 18-cv-12866 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 221 | Pulaski Law Firm | Dedier-James, Donna | 19-cv-13979 | Sanofi PID - Dismiss remaining defendants |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 222 | Pulaski Law Firm | Greendyk, Maria | 17-cv-15259 | Lack of CMO-12A Product Identification |
| 223 | Pulaski Law Firm | Herbster, Jamie | 18-cv-13055 | Lack of CMO-12A Product Identification |
| 224 | Pulaski Law Firm | Massey, Diana | 18-cv-13107 | Lack of CMO-12A Product Identification |
| 225 | Pulaski Law Firm | Valez, Betty | 17-cv-16080 | Sagent PID - Dismiss remaining defendants |
| 226 | Pulaski Law Firm | Windham, Linda | 18-cv-13279 | Lack of CMO-12A Product Identification |
| 227 | Reyes Brown Reilley | Awal, Gloria | 19-cv-12906 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 228 | Reyes Brown Reilley | Brown, Vilinie | 19-cv-12726 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 229 | Reyes Brown Reilley | Cosban-Ioppolo, Jennifer | 18-cv-12332 | Lack of CMO-12A Product Identification |
| 230 | Reyes Brown Reilley | Donahue, Melanie | 19-cv-12703 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 231 | Reyes Brown Reilley | Fanning, Barbara | 19-cv-12741 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 232 | Reyes Brown Reilley | Graf, Jody | 19-cv-12678 | Hospira PID - Dismiss remaining defendants |
| 233 | Reyes Brown Reilley | Horne, Nancy | 19-cv-13474 | Lack of CMO-12A Product Identification |
| 234 | Reyes Brown Reilley | Johnson, Dawn Marie | 18-cv-12873 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 235 | Reyes Brown Reilley | Levington, Marcy | 18-cv-11437 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 236 | Reyes Brown Reilley | Lewis, Jackquelin | 19-cv-13739 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 237 | Reyes Brown Reilley | Marcos-Mendez, Ethel | 18-cv-12385 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 238 | Reyes Brown Reilley | Owens, Connie | 19-cv-12695 | Lack of CMO-12A Product Identification |
| 239 | Reyes Brown Reilley | Parian, Cherin | 18-cv-13411 | Winthrop PID - Dismiss remaining defendants |
| 240 | Reyes Brown Reilley | Pastore, Alyssa | 18-cv-12137 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 241 | Reyes Brown Reilley | Rosen, Marcia | 19-cv-12698 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 242 | Reyes Brown Reilley | Salamanca, Tawnya | 18-cv-12278 | Lack of CMO-12A Product Identification |
| 243 | Reyes Brown Reilley | Street, Essie | 18-cv-12314 | Winthrop, Hospira, and Sandoz PID - Dismiss remaining defendants |
| 244 | Reyes Brown Reilley | Vincent, Victoria | 18-cv-12216 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 245 | Reyes Brown Reilley | Walker, Holleigh | 19-cv-13118 | Lack of CMO-12A Product Identification |
| 246 | Reyes Brown Reilley | White, Felicia | 18-cv-12273 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 247 | Roberts & Roberts | Haynes, Carol | 18-cv-13901 | Sanofi PID - Dismiss remaining defendants |
| 248 | Roberts & Roberts | Joyner, Kathryn | 18-cv-11872 | Lack of CMO-12A Product Identification |
| 249 | Roberts & Roberts | Smith, Verniece | 18-cv-13890 | Lack of CMO-12A Product Identification |
| 250 | Rosen Harwood | Spencer, Celia | 20-cv-00045 | Lack of CMO-12A Product Identification |
| 251 | Schmidt National Law Group | Thomason, Cindy | 17-cv-10773 | Lack of CMO-12A Product Identification |
| 252 | SCOTT VICKNAIR LLC | Atwell, Patricia | 20-cv-00219 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 253 | SCOTT VICKNAIR LLC | Giglio, Janice | 17-cv-11901 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 254 | Seithel Law | Meadows, Mary | 18-cv-02216 | Lack of CMO-12A Product Identification |
| 255 | Shaw Cowart | Howard, Mary | 17-cv-15677 | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 256 | Shaw Cowart | Moran, Joanne | 17-cv-14156 | Lack of CMO-12A Product Identification |
| 257 | SWMW Law | Maxwell, Velesta W. | 17-cv-16718 | Lack of CMO-12A Product Identification |
| 258 | Tony Seaton & Associates | Harris, Susie B. | 19-cv-14700 | Lack of CMO-12A Product Identification |
| 259 | TorHoerman Law | Forrest, Jeannie | 18-cv-07103 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 260 | TorHoerman Law | Griffin, Julie | 19-cv-14048 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 261 | TorHoerman Law | Mitchell, Julia | 20-cv-01144 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 262 | TorHoerman Law | Phillips, Barbara | 18-cv-07093 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 263 | Tracey & Fox | Boyd, Joy | 19-cv-04540 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 264 | Tracey & Fox | Huey, Elaine | 19-cv-04829 | Lack of CMO-12A Product Identification |
| 265 | Tracey & Fox | Wease, Suzanne | 18-cv-07959 | Lack of CMO-12A Product Identification |
| 266 | Verhine & Verhine, PLLC | Riemer, Gladyce | 17-cv-06168 | Lack of CMO-12A Product Identification |
| 267 | Verhine & Verhine, PLLC | Starr, Carol | 17-cv-06001 | Lack of CMO-12A Product Identification |
| 268 | Wendt Law Firm | Botley, Linda | 17-CV-12660 | Lack of CMO-12A Product Identification |
| 269 | Whitfield Bryson & Mason LLP | Bain, Barbara | 17-cv-12749 | Hospira PID - Dismiss Remaining Defendants |
| 270 | Whitfield Bryson & Mason LLP | Scott, Mary Elaine | 16-cv-17587 | Lack of CMO-12A Product Identification |
| 271 | Williams Hart Boundas Easterby, LLP | Aragon, Dana | 18-cv-08787 | Lack of CMO-12A Product Identification |
| 272 | Williams Hart Boundas Easterby, LLP | Hardy, Elizabeth | 17-cv-10451 | Lack of CMO-12A Product Identification |
| 273 | Williams Hart Boundas Easterby, LLP | Whitted, Emma | 18-cv-00312 | Lack of CMO-12A Product Identification |
| 274 | Williams Kherkher Hart | Holland, Annie | 17-cv-10430 | Lack of CMO-12A Product Identification |
| 275 | Zoll & Kranz | Hartso, Lenora | 16-cv-17984 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 276 | Zoll & Kranz | Kout, Adrienne | 17-cv-13386 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 277 | Zoll & Kranz | Lonzo, Ylonda | 16-cv-16793 | Sanofi PID - Dismiss remaining defendants |
| 278 | Zoll & Kranz | Middleton, Crystal | 17-cv-13600 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 279 | Zoll & Kranz | Tabron, Virginia | 17-cv-01729 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |