# EXHIBIT D

# Exhibit D - Reinstatement Cases (Addendum to CMO-12A)

|  | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 1 | Bachus & Schanker | Barbour, Lanette | 18-cv-11545 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 2 | Bachus & Schanker | Bryant, Mildred | 19-cv-12440 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 3 | Bachus & Schanker | Davis, Latonya | 16-cv-17407 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 4 | Bachus & Schanker | Dixon, Yvonne | 18-cv-01542 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 5 | Bachus & Schanker | Guthrie, Gisele | 17-cv-17709 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 6 | Bachus & Schanker | Kidd, LeShawn | 16-cv-17424 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 7 | Bachus & Schanker | Ragland, Patsy | 19-cv-12540 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 8 | Bachus & Schanker | Wallace, Cynthia | 17-cv-08650 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 9 | Bachus & Schanker | Weitzel, Linda | 17-cv-10559 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 10 | Brent Coon & Associates | Wilson, Queen | 18-cv-04461 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 11 | Brown & Crouppon | Hager, Bobbi Jo | 17-cv-14397 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 12 | Gibbs Law Group | Welch, Sherri | 18-cv-00845 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 13 | McSweeney Langevin | Myers, Marietta | 18-cv-12712 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 14 | Milberg | Boone, Renee | 16-cv-17586 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 15 | Milberg | Haeni, Nancy | 17-cv-13435 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 16 | Milberg | Perkins, Effie | 17-cv-13671 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 17 | Milberg | Westwood, Christina | 17-cv-13925 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 18 | Morris Bart | Bantz, Sherrye | 17-cv-05915 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 19 | Morris Bart | Broussard, Tammy | 16-cv-15394 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 20 | Nachawati Law | Snow, Dorris J. | 18-cv-05775 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 21 | Niemeyer, Grebel & Kruse | Hatchett, Glenda | 17-cv-16580 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 22 | Pendley, Baudin & Coffin | Allen, Kathryn Winston | 18-cv-09295 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 23 | SCOTT VICKNAIR LLC | Ledesma, Delma | 16-cv-15394 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 24 | Shaw Cowart | Kuhns, Sally | 17-cv-14755 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 25 | Shaw Cowart | Tapp, Laura | 17-cv-15503 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 26 | Wendt Law Firm | Snow, Tangnika | 16-cv-16797 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 27 | Zoll & Kranz | Coleman, Marshall | 17-cv-13454 | Case reinstated 1/6/23 per Addendum to CMO-12A |

|    | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|----|-------------------|----------------|--------------|--------------------------|
| 28 | Zoll & Kranz | Dickerson, Elizabeth | 16-cv-16776 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 29 | Zoll & Kranz | Johnson, Renita | 16-cv-15296 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 30 | Zoll & Kranz | Knoles, Deborah | 17-cv-13800 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 31 | Zoll & Kranz | Pineda, Dianne | 17-cv-13755 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 32 | Zoll & Kranz | Thomas, Cynthia | 17-cv-01732 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 33 | Zoll & Kranz | Ward, Sharron | 17-cv-13986 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 34 | Zoll & Kranz | Weathers, Willie M. | 17-cv-11631 | Case reinstated 1/6/23 per Addendum to CMO-12A |