UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Conley v. Sandoz, Inc.*, 2:18-cv-09799 | MDL No. 2740<br><br>SECTION: "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

### *EX PARTE* MOTION FOR LEAVE TO FILE PLAINTIFF CONLEY'S SUR-REPLY IN OPPOSITION TO DEFENDANT SANDOZ'S RULE 60(B) MOTION TO REOPEN A DISMISSED AND CLOSED CASE

NOW INTO COURT, comes Plaintiff, Arquice Conley, who respectfully seeks leave to file her Sur-Reply in Opposition to Defendant Sandoz's Rule 60(B) Motion to Reopen a Dismissed and Closed Case to address arguments raised in Sandoz's reply memorandum. While the submission date has passed, the matter has not yet been ruled upon and the Sur-Reply is both necessary and appropriate to address the lack of authority for Sandoz's argument.

WHEREFORE, Plaintiff prays that this Motion be granted, and the attached Sur-Reply in Opposition to Defendant Sandoz's Rule 60(B) Motion to Reopen a Dismissed and Closed Case be filed into the record.

| | |
|---|---|
| Dated: January 24, 2023 | Respectfully submitted, |
| */s/ Christopher L. Coffin*<br>Christopher L. Coffin (#27902)<br>PENDLEY, BAUDIN & COFFIN, L.L.P.<br>1100 Poydras Street, Suite 2225<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086 | */s/ Karen B. Menzies*<br>Karen Barth Menzies (CA Bar #180234)<br>GIBBS LAW GROUP LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Telephone: 510-350-9700 |

| | |
|---|---|
| Fax: (504) 355-0089 | Facsimile: 510-350-9701 |
| ccoffin@pbclawfirm.com | kbm@classlawgroup.com |
| | |
| *Plaintiffs' Co-Lead Counsel* | *Plaintiffs' Co-Lead Counsel* |
| | |
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| PENDLEY, BAUDIN & COFFIN, L.L.P. | BARRIOS, KINGSDORF & CASTEIX, LLP |
| 1100 Poydras Street, Suite 2225 | 701 Poydras Street, Suite 3650 |
| New Orleans, LA 70163-2800 | New Orleans, LA 70139 |
| Phone: 504-355-0086 | Phone: 504-524-3300 |
| Fax: 504-355-0089 | Fax: 504-524-3313 |
| plambert@pbclawfirm.com | barrios@bkc-law.com |
| | |
| *Plaintiffs' Co-Liaison Counsel* | *Plaintiffs' Co-Liaison Counsel* |

And

C. Brooks Cutter
CUTTER LAW, PC
401 Watt Avenue
Sacramento, CA 95864
Phone: 916-290-9400
bcutter@cutterlaw.com

*Counsel for Plaintiff Arquice Conley*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
