UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Conley v. Sandoz, Inc.*, 2:18-cv-09799 | MDL No. 2740<br><br>SECTION: "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the *Ex Parte* Motion for Leave to File Plaintiff Conley's Sur-Reply in Opposition to Defendant Sandoz's Rule 60(B) Motion to Reopen a Dismissed and Closed Case;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Plaintiff Conley's Sur-Reply in Opposition to Defendant Sandoz's Rule 60(B) Motion to Reopen a Dismissed and Closed Case shall be entered into the Court's docket.

New Orleans, Louisiana, this _____ day of January, 2023.

**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**