## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) | ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| | ) | SECTION "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE MILAZZO |
| | ) | MAG. JUDGE NORTH |
| Civil Action No.:  2:20-cv-2638 | ) | |
| Plaintiff HELEN COOKE | ) | NOTICE OF PARTIAL |
| | ) | DISMISSAL WITH PREJUDICE |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE EXCEPT TO Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi- Aventis US, LLC**

---

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants **Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi- Aventis US, LLC**, each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 25th day of January, 2023            Counsel for Maria Lind

/s/ Samira Khazaeli

Sara Salger
Samira Khazaeli
The Gori Law Firm, P.C.
156 N. Main ST.
Edwardsville, IL 62025
618-659-9833
sara@gorilaw.com
skhazaeli@gorilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25th, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 25th, 2023

/s/ Samira Khazaeli