MINUTE ENTRY
MILAZZO, J.

JANUARY 25, 2023

JS-10: 00:05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On January 25, 2023, the Court held a status conference with Lead and Liaison Counsel. Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by video. Counsel discussed the status of Remand Wave 1, the parties' proposed Wave 1 Remand Plan CMO, the parties' proposed CMO regarding selection, discovery, and remand for Wave 2, and the status of general expert trial preservation depositions.



.05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL 2740 H(5)
PRODUCTS LIABILITY LITIGATION

JANUARY 25, 2023
Lead/Liaison Counsel Meeting

| Name (Please Print) | Party Representing |
|---|---|
| Harley Ratliff | Sanofi |
| Adrienne Byard | Sanofi |
| Jon Strongman | Sanofi |
| Doug Moore | Sanofi |
| Karen Barth Menzies | π PEC |
| Chris Coffin | π PEC |
| Palmer Lambert | π Liaison |
| Nilum Wadhwani | Hospira/Pfizer |
| Evan Holden | Δ Sandoz |
| Cliff Merrell | Δ Sandoz |
| Geoffrey Coan | Sun Pharmaceutical |
| John Olinde | 505(b)(2) Liaison |
| Dawn Barrios | π Co-Liaison (zoom) |
| Jennifer Heis | Δ Actavis / Sagent |
| Julie Callsen | Δs. |