UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This Document Relates to:** ) | | |
| Arquice Conley, 18-9799 ) | | |

## ORDER

Before the Court is a Motion for Leave to File Plaintiff Conley's Sur-Reply in Opposition to Defendant Sandoz's Rule 60(b) Motion to Reopen a Dismissed and Closed Case (Doc. 15434);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Sur-Reply Memorandum (Doc. 15434-1) into the record.

New Orleans, Louisiana, this 25th day of January, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE