UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION        MDL NO. 2740

SHEENA L. WARD                        Section "H" (5)
Plaintiff,                            Judge Milazzo
                                      Mag. Judge North
v.

Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.,
Sanofi-Aventis U.S. LLC and Winthrop US d/b/a
Sanofi- Aventis US, LLC
**Defendants**

                                      Civil Action No. 2:19-cv-12327

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Helen Cooke respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Defendants and understands that Defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi-Aventis US, LLC. do not oppose this motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

DATE: January 26, 2023                Respectfully submitted,

                                      /s/ *Samira Khazaeli*
                                      Samira Khazaeli
                                      Sara Salger
                                      Gori Law Firm, P.C.
                                      156 North Main Street
                                      Edwardsville, IL 62025
                                      618-659-9833 (phone)
                                      618-659-9834 (fax)
                                      skhazaeli@gorilaw.com
                                      sara@gorilaw.com