# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE TRICHE MILAZZO |
| Carol R. Woodson, | : : | MAG. JUDGE NORTH |
| Plaintiff(s), | : : : | Civil Action No.: **2:17-cv-12674** |
| vs. | : : | |
| Accord Healthcare, Inc., | : : | |
| Defendant(s). | : : | |

## MOTION TO ENROLL AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff Carol R. Woodson, who moves this Honorable Court for an Order enrolling as counsel of record on her behalf, Lisa Ann Gorshe of the law firm of Johnson Becker, PLLC, in the above captioned matter.

Based on the foregoing, Plaintiff respectfully moves for an order enrolling new counsel of record as set forth above.

Respectfully Submitted,

Dated: January 26, 2023            **JOHNSON BECKER, PLLC**

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>January 26, 2023</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>/s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq.

**Attorney for Plaintiffs**