**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE TRICHE MILAZZO** |
| Carol R. Woodson, | : | **MAG. JUDGE NORTH** |
| Plaintiff(s), | : | |
| | : | **Civil Action No.: 2:17-cv-12674** |
| vs. | : | |
| Accord Healthcare, Inc., | : | |
| Defendant(s). | : | |

**PROPOSED ORDER ON**
**MOTION TO ENROLL AS COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Carol R. Woodson, who moves this Honorable Court for an Order enrolling counsel of record on her behalf.

Considering the foregoing motion,

IT IS ORDERED that Lisa Ann Gorshe of Johnson Becker, PLLC be enrolled as new counsel of record for the above-captioned case.

New Orleans, Louisiana this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE