# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                 SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Sharon Charles**
Case No.: **17-cv-06344**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Sharon Charles whose case is on a Notice of Non-Compliance to be heard by the Court on February 7, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 27, 2023      /s/John T. Kirtley, III
               John T. Kirtley, III Texas Bar No. 11534050
               2603 Oak Lawn Ave., Suite 300
               Dallas, Texas 75219
               214-521-4412
               214-526-6026 (fax)
               jkirtley@lawyerworks.com
               (Asst. molvera@lawyerworks.com)
               Counsel for Plaintiff