UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Carol R. Woodson, 17-12674 | | |

## ORDER

Before the Court is a Motion to Enroll as Counsel (Doc. 15444);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Lisa Ann Gorshe, of the law firm of Johnson Becker, PLLC, shall be enrolled as counsel of record for the above-referenced Plaintiff.

New Orleans, Louisiana, this 27th day of January, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**