# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Anita Lowe
Case No.: 2:17-cv-14580

_____

### PLAINTIFF'S MOTION TO SUBSTITUTE EDWARD LOWE ON BEHALF OF ANITA LOWE

_____

COMES NOW, Plaintiff Anita Lowe and files this motion to substitute her surviving heir, Edward Lowe, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Anita Lowe filed the present action in the United States District Court for the Eastern District of Louisiana on December 5, 2017;

2. Plaintiff Anita Lowe died on September 8, 2019;

3. On November 15, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and,

4. Edward Lowe is the surviving heir and proper party plaintiff.

5. Plaintiff is proceeding with this Motion for the purposes of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Edward Lowe be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1)

Respectfully Submitted,

Dated: January 27, 2023

**THE GOSS LAW FIRM, P.C.**

<u>s/ Peter E. Goss</u>
Peter E. Goss (MO Bar #57933)
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
Phone: (816) 336-1300
Fax: (816) 336-1310
pgoss@thegosslawfirm.com

**Attorney for Plaintiff**