UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )  MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )  SECTION: "H" (5)
**This document relates to:**  )
Anita Lowe, 2:17-cv-14580     )

# ORDER

Before the Court is a Motion to Substitute Party Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED** and that Edward Lowe, on behalf of Anita Lowe, be substituted as Plaintiff herein.

New Orleans, Louisiana, this ____th day of January, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**