UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2:16-MD-2740 |
| : | SECTION "N" (D) |
| THIS DOCUMENT RELATES TO: : | JUDGE KURT D. ENGELHARDT |
| *Cynthia Loyd v. Sanofi S.A., et al.,* : *Civil Action No. 2:17-cv-15682* : | |
| : | MAG. JUDGE MICHAEL B. NORTH |
| _____ : | |

**STIPULATION FOR DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to F.R.C.P. 41(a)(1)(A)(ii), that Plaintiff Cynthia Loyd's claims against Defendant Accord Healthcare, Inc., be dismissed with prejudice, each party to bear its own costs.

Dated this 27th day of January 2023

Respectfully submitted,

THE SIMON LAW FIRM, P.C.

By: /s/Amy Collignon Gunn
    John G. Simon
    Amy Collignon Gunn
    800 Market Street, Ste. 1700
    St. Louis, MO 63101
    Phone: 314-241-2929
    Fax: 314-241-2029
    jsimon@simonlawpc.com
    agunn@simonlawpc.com

        /s/ Julie A. Callsen
            Julie A. Callsen
            Brenda A. Sweet
            TUCKER ELLIS LLP
            950 Main Ave., Suite 1100
            Cleveland, OH 44113-7213
            Telephone: 216.592.5000
            Facsimile: 216.592.5009
            E-mail: julie.callsen@tuckerellis.com
            brenda.sweet@tuckerellis.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

By: /s/Amy Collignon Gunn
Amy Collignon Gunn