UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:** Anita Lowe, 17-14580 | | |

## ORDER

Before the Court is a Motion to Substitute Edward Lowe on Behalf of Anita Lowe (Doc. 15447);

**IT IS ORDERED** that the Motion is **GRANTED** and that Edward Lowe, on behalf of Anita Lowe, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 30th day of January, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**