UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> NOTICE OF PARTIAL DISMISSAL <br> WITH PREJUDICE AS TO ALL <br> EXCEPT CERTAIN DEFENDANTS <br><br> Civil Action No.: 2:19-cv-04540 |
| THIS DOCUMENT RELATES TO: <br><br> *Joy Boyd v. Sanofi-Aventis US LLC, et al.* | | |

------------------------------------------------------------------------------------------------

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Joy Boyd, whose case is on a Notice of Non-Compliance to be heard by the Court on February 7, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  January 30, 2023

Respectfully Submitted,

By: _____
Clinton J. Casperson
Texas State Bar No. 24075561
TRACEY FOX KING & WALTERS
440 Louisiana St., Ste. 1901, Houston, TX 77002
Phone: (713) 495-2333 | Fax: (866)-709-2333
ccasperson@traceylawfirm.com

*Attorney for Plaintiff*

1

## CERTIFICATION OF SERVICE

      I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

Dated:  <u>January 30, 2023</u>                **Respectfully Submitted,**

By: _____
Clinton J. Casperson
Texas State Bar No. 24075561
TRACEY FOX KING & WALTERS
440 Louisiana St., Ste. 1901, Houston, TX 77002
Phone: (713) 495-2333 | Fax: (866)-709-2333
ccasperson@traceylawfirm.com

*Attorney for Plaintiff*