UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT DEFENDANTS SANDOZ and HOSPIRA**<br><br>Civil Action No.: 20-CV-02675 |
| THIS DOCUMENT RELATES TO:<br>ELIZABETH CHAISSON RICKER<br>CASE NO. 20-CV-02675 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except [defendant(s) for whom plaintiffs have obtained product identification], each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of January, 2023

                                                FINSON LAW FIRM
                                                s/ Lowell W. Finson
                                                Lowell W. Finson
                                                118 Channel Point Mall
                                                Marina del Rey, CA 90292
                                                602-377-2903
                                                lowell@finsonlawfirm.com
                                                Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED January 30, 2023                    /s/ Lowell W. Finson