# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO: <br> Childs v. Sanofi US Services, Inc. et al. | Civil Action No.: 2:18-cv-02467 |

      Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 30th day of January, 2023.

                                            Alexandra Colella, Esq. <br>
                                            (NJ Bar No. 203112017) <br>
                                            Marc J. Bern & Partners LLP <br>
                                            60 East 42nd Street, Suite 950 <br>
                                            New York, NY 10165 <br>
                                            Tel: (212) 702-5000 <br>
                                            Fax: (212) 818-0164 <br>
                                            acolella@bernllp.com

CERTIFICATE OF SERVICE

    I hereby certify that on January, 26th of 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 30th, 2023                 /s/   Alexandra Colella