UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Linda Killian, Case No. 2:18-cv-06477 | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW INTO COURT comes Plaintiff, Linda Killian, who respectfully requests leave to file an amended short form complaint.

Plaintiff has advised counsel for Defendants McKesson, Accord, and Hospira of this request and understands there is no opposition to her motion or to her proposed amended short form complaint.

WHEREFORE, Plaintiff prays that she be allowed leave to file the amended short form complaint attached.

Dated: January 30, 2023                    Respectfully submitted,

/s/ Trevor B. Rockstad
Trevor B Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39507
228-863-6000
trevor.b.rockstad@daviscrump.com
*Attorney for Plaintiff Linda Killian*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        */s/ Trevor B Rockstad*
                                        TREVOR B. ROCKSTAD