UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)              MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

DEVORIA ATES
Case No.: 17-02930

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Ramona Garland, Administrator of the Estate of Devoria Ates, in place of Plaintiff, Devoria Ates.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed April 6, 2017.

2. The Plaintiff, Devoria Ates, died on September 29, 2019.  (See Death Certificate- Exhibit A).

3. Ramona Garland was appointed as Administrator of the Estate of Devoria Ates on May 26, 2020. (See Letters of Administration- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Ramona Garland, Administrator of the Estate for Devoria Ates, for the Plaintiff, Devoria Ates.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on January 30, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*
