**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

**THIS DOCUMENT RELATES TO:**

*DEVORIA ATES*
Case No.: 17-02930

## [PROPOSED] ORDER GRANTING SUBSITUTION

This came before the Court on Plaintiff Devoria Ates's Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Ramona Garland, Administrator of the Estate of Devoria Ates, is substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____, 2023.

_____
District Judge