# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Oct 08 2019

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-19-151040

1. LEGAL NAME OF DECEASED: DEVORIA LOUISE ATES ERVIN (Before Marriage)
2. DATE OF DEATH — ACTUAL OR PRESUMED: SEPTEMBER 29, 2019
3. SEX: FEMALE
4. DATE OF BIRTH: NOVEMBER 14, 1949
5. AGE: 69
6. BIRTHPLACE: TYLER, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Divorced (but not remarried)
9. SURVIVING SPOUSE'S NAME: —
10a. RESIDENCE STREET ADDRESS: 508 N. BARRON AVE
10c. CITY OR TOWN: TYLER
10d. COUNTY: SMITH
10e. STATE: TEXAS
10f. ZIP CODE: 75702
10g. INSIDE CITY LIMITS? ☒ Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: ALPHONZO ERVIN
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: KATHERINE BROOKS
13. PLACE OF DEATH: ☒ Inpatient
14. COUNTY OF DEATH: SMITH
15. CITY/TOWN, ZIP: TYLER, 75701
16. FACILITY NAME: CHRISTUS TRINITY MOTHER FRANCES HEALTH SYSTEM
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: RAMONA GARLAND - DAUGHTER
18. MAILING ADDRESS OF INFORMANT: 332 UTAH AVENUE, TYLER, TX 75704
19. METHOD OF DISPOSITION: ☒ Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: LE ROY FRANCIS SR, BY ELECTRONIC SIGNATURE - 11232
21. ☒ Unknown
22. PLACE OF DISPOSITION: COUNTY LINE CEMETERY
23. LOCATION: BEN WHEELER, TX
24. NAME OF FUNERAL FACILITY: COMMUNITY FUNERAL HOME OF TYLER
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 1429 N. BORDER AVENUE, TYLER, TX 75702
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: WILLIAM S CANTWELL, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: OCTOBER 3, 2019
29. LICENSE NUMBER: N3533
30. TIME OF DEATH: 09:10 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: WILLIAM S CANTWELL, 800 E DAWSON ST, TYLER, TX 75701-2036
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:

| | Cause | Approximate Interval Onset to death |
|---|---|---|
| a. | SEPTIC SHOCK | SAME DAY |
| b. | HEALTHCARE ASSOCIATED PNEUMONIA | SAME DAY |
| c. | MULTIPLE ORGAN DYSFUNCTION SYNDROME | SAME DAY |
| d. | PULMONARY HEMORRHAGE | SAME DAY |

PART 2. OTHER SIGNIFICANT CONDITIONS: —
34. WAS AN AUTOPSY PERFORMED? ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? —
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No
38. IF FEMALE: Not pregnant within past year
39. IF TRANSPORTATION INJURY: —
40a-f. INJURY: —
41. DESCRIBE HOW INJURY OCCURRED: —

EDR NUMBER: 000044444574721

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Oct 14 2019



TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE