# Letters of Independent Administration

## 44417P

| The State of Texas | § | County Court |
|---|---|---|
| | § | |
| County of Smith | § | Smith County, Texas |

I, Karen Phillips, Clerk of the County Court of Smith County, Texas, do hereby certify that on the **26th day of May, 2020, Ramona E. Garland** was by said court granted Letters of Independent Administration upon the Estate of **Devoria Louise Ates,** Deceased, and that on the **26th day of May, 2020, she** duly qualified as Independent Administrator as required by law and that said appointment is still in full force and effect.

Given under my hand and seal of said Court at Tyler, Texas on this the 24th day of November, 2020.

KAREN PHILLIPS, County Clerk
Smith County, Texas

By: *[signature]*
Katherine Beard, Deputy

No. 44417P

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE COUNTY COURT |
| | § | |
| DEVORIA LOUISE ATES, | § | OF |
| | § | |
| DECEASED | § | SMITH COUNTY, TEXAS |

## JUDGMENT DECLARING HEIRSHIP

On this day came on to be heard the sworn Application to Determine Heirship of the Estate of Devoria Louise Ates, Deceased, wherein Ramona E. Garland is the Applicant and is the personal representative of Decedent's Estate, and Decedent's living heirs whose names and/or whereabouts are unknown are Defendants, and it appears to the Court, and the Court so finds that all parties interested in the Estate of Decedent have been duly and legally served with citation as required by law; that the Court appointed an Attorney Ad Litem to appear and answer and to represent Defendants and such Attorney Ad Litem did so appear and filed an answer for Defendants; that this Court has jurisdiction of the subject matter and all persons and parties; that the evidence presented and admitted fully and satisfactorily proves each and every issue presented to the Court; that Decedent died intestate and that the heirship of Decedent has been fully and satisfactorily proved and the interest and shares of each of the heirs therein.

The court finds that $500.00 is a reasonable and necessary fee for the services of the ad litem and awards $500.00 to the ad litem to be paid from the assets of the estate.

The Court finds and it is **ORDERED** and **DECREED** by this Court that the names and places of residence of the heirs of Decedent and their respective shares and interests in the real and personal property of Decedent are as follows:

    a.    Name: Ramona E. Garland
             DOB: 07/02/1967
             Address: 332 Utah Avenue, Tyler, Texas 75704

      Relationship: Daughter
      Share of Real Property: ½
      Share of Personal Property: ½

  b. Name: Veronica L. Ates
    DOB: 12/08/1971
    Address: 705 N. Barron Ave., Tyler, Texas 75702
    Relationship: Daughter
    Share of Real Property: ½
    Share of Personal Property: ½

**IT IS ORDERED and DECREED** that Kenneth Raney, the Attorney Ad Litem is discharged.

SIGNED on the 26th day of May, 2020.

             */s/ Nathaniel Moran*
             **JUDGE PRESIDING**

FILED
KAREN PHILLIPS
[COUNTY] CLERK
20 MAY 27 AM 8:56
SMITH COUNTY, TEXAS
BY _____ DEPUTY

JUDGMENT DECLARING HEIRSHIP   PAGE 2

**APPROVED AS TO FORM:**

*Bill D Rosenstein*

Bill D. Rosenstein
Attorney for Ramona E. Garland
State Bar No.: 17279500
100 E. Ferguson St. Ste. 1104
Tyler, TX 75702
Telephone: (903) 903-531-9803
Facsimile: (903) 531-9805
E-mail: billdrosenstein@tyler.net

*Kenneth E. Raney*

Kenneth Raney
Attorney for Defendants
State Bar No.: 16541550
1902 Sybil Ln
Tyler, Texas 75703
Tel: 903-561-8456
Facsimile: (903) 561-7692