UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) **This document relates to:** ) Linda Killian, 18-06477 ) | MDL No. 16-2740  SECTION: "H" (5) |

## ORDER

Before the Court is an Unopposed Motion for Leave to File Amended Complaint (Doc. 15476);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion (Doc. 15476-1) in the member case.

New Orleans, Louisiana, this 31st day of January, 2023.

**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**