UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO

   Plaintiff Name: Robin Siggers
   Case No. 17-cv-15802

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Robin Siggers whose case is on a Notice of Non-Compliance to be heard by the Court on February 7, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 31, 2023

                                    Lowell W. Finson
                                    FINSON LAW FIRM
                                    118 Channel Pointe Mall
                                    Marina del Rey, CA 90292
                                    602-377-2903

                                    310-425-3278 (fax)
                                    lowell@finsonlawfirm.com

                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED January 31, 2023                           /s/ Lowell W. Finson