UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| **This document relates to:** | ) | |
| Devoria Ates, 17-02930 | ) | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 15479);

**IT IS ORDERED** that the Motion is **GRANTED** and that Ramona

Garland, on behalf of Devoria Ates, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 31st day of January, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE