UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br> Rachel Bryan <br> Plaintiff <br> v. <br> Sanofi US Services Inc.; Sanofi-Aventis U.S. LLC; Accord Healthcare, Inc. McKesson Corporation D/B/A McKesson Packaging, Sagent Pharmaceuticals, Inc.; Actavis LLC F/K/A Actavis Inc.; And Actavis Pharm Inc. <br> Defendants. <br> **Case No. *2:17-cv-12211*** | HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE TO DEFENDANT ACTAVIS LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARM INC.** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice the named defendant, ACTAVIS LLC f/k/a ACTAVIS INC.; and ACTAVIS PHARM INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 31st of January, 2023.

Respectfully submitted,

*/s/ Paige Boldt*
**Paige Boldt**
Texas Bar No. 24082626

2

> **Mikal C. Watts**
> Texas Bar No. 20981820
>
> **WATTS GUERRA LLP**
> 5726 Hausman Rd. W., Ste. 119
> San Antonio, TX 78249
> Telephone: 866.529.9100
> Fax: 210.448.0501
> Email: pboldt@wattsguerra.com
> Email: mcwatts@wattsguerra.com
> ***ATTORNEYS FOR PLAINTIFF***

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 31, 2023              */s/ Paige Boldt*
                                                       **Paige Boldt**