UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff: Deborah Beuteau
Case No. 17-cv-15447

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Deborah Beateau whose case is on a Notice of Non-Compliance to be heard by the Court on February 7, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: January 31, 2023　　　　　　　　/s/Lowell W. Finson
　　　　　　　　　　　　　　　　　　　FINSON LAW FIRM
　　　　　　　　　　　　　　　　　　　118 Channel Pointe Mall
　　　　　　　　　　　　　　　　　　　Marina del Rey, CA  90292
　　　　　　　　　　　　　　　　　　　602-377-2903
　　　　　　　　　　　　　　　　　　　310-425-3278 (fax)
　　　　　　　　　　　　　　　　　　　lowell@finsonlawfirm.com
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED January 31, 2023　　　　　　　/s/ Lowell W. Finson