UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA DEFENDANTS** |
| THIS DOCUMENT RELATES TO:<br><br>Rooney v. Sanofi US Services, Inc. et al.<br><br>Case No. 20-cv-02664 | Civil Action No.: 20-cv-02664 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Defendants, each party to bear its own costs. It is noted that Plaintiff's Rule 12A update reflects the Defendants have provided documents indicating Hospira Defendants provided their Docetaxel to Plaintiff's providers on the dates of treatment, and Plaintiff employed good faith efforts to obtain the NDC, but were unable to do so. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 31st day of January, 2023.

/S/Lowell W. Finson Esq.
CA Bar No. 275586
FINSON LAW FIRM
118 Channel Pointe Mall
Marina del Rey, CA 90292
Tel: (602) 377-2903
Fax: (310) 425-3278
lowell@finsonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January, 31st of 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 31st, 2023                            /s/   Lowell W. Finson