UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

: MDL NO. 2740
SECTION "H" (5)

JUDGE MILAZZO
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
Civil Action No.: 2:17-cv-15682

CYNTHIA LOYD

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL REMAINING DEFENDANT**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

[x] Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an :MDL defendant;

[ ] Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

[ ] Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: February 1st, 2023

/s/ Amy Collignon Gunn
Amy Collignon Gunn
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
St. Louis, MO 63101
Telephone: 314-241-2929
agunn@simonlawpc.com

CERTIFICATE OF SERVICE

I hereby certify that on February 1st, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 1st, 2023

/s/ Amy Collignon Gunn