# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC. and ACCORD HEALTHCARE, INC.** <br><br> Civil Action No.: 2:17-cv-15259 |
| THIS DOCUMENT RELATES TO: <br><br> Maria Greendyk | |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except **SANDOZ INC. and ACCORD HEALTHCARE, INC.,** each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 31st day of January, 2023.      Respectfully submitted,

                     **PULASKI KHERKHER, PLLC**

                     */s/ Bret Stanley*
                     Bret Stanley
                     2925 Richmond, Suite 1725
                     Houston, TX 77098
                     Tel: (713) 664-4555
                     Fax: (713) 664-7543
                     bstanley@pulaskilawfirm.com
                     *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: January 31, 2023                  /s/ *Bret Stanley*