UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| This Document Relates to: Arquice Conley, 18-9799 | ) ) ) | |

## ORDER

**IT IS ORDERED** that oral argument on Defendant Sandoz Inc.'s Motion for Relief from a Judgment, Order, or Proceeding (Doc. 15338) is **SET** for **February 14, 2023, at 9:30 a.m.**

New Orleans, Louisiana, this 1st day of February, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE