UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases. | ) | |

# ORDER

**IT IS ORDERED** that the Show Cause Hearing currently set for Tuesday, February 7, 2023 is **RESET** for **Tuesday, March 14, 2023 at 10:00 a.m.**

New Orleans, Louisiana, this 31st day of January, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE