# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.**<br><br>Civil Action No.: 2:18-cv-12866 |
| THIS DOCUMENT RELATES TO:<br><br>PAMELIA BLAIR | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except **ACCORD HEALTHCARE, INC.,** each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 31st day of January, 2023.

Respectfully submitted,

**PULASKI KHERKHER, PLLC**

*/s/ Bret Stanley*
Bret Stanley
2925 Richmond, Suite 1725
Houston, TX 77098
Tel: (713) 664-4555
Fax: (713) 664-7543
bstanley@pulaskilawfirm.com
*Attorney for Plaintiff*

15

## CERTIFICATE OF SERVICE

 I hereby certify that on January 31, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

 DATED: January 31, 2023      <u>/s/ *Bret Stanley*</u>