UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## ORDER

**IT IS ORDERED** that the next Lead and Liaison and General Status Conferences are **SET** for **March 30, 2023 at 9:30 a.m. and 10:30 a.m.**, respectively.

**IT IS FURTHER ORDERED** that oral argument on Plaintiff Kahn's Motion for Reconsideration of Order and Reasons Denying Motion for Relief from Judgment Pursuant to Rule 60(b) (Doc. 15280) is **SET** for **March 30, 2023 at 11:00 a.m.**

New Orleans, Louisiana, this 1st day of February, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE