UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                              MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

PATRICIA DELOACH
Case No.: 17-08340

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Adrian DeLoach, Administrator of the Estate of Patricia DeLoach, in place of Plaintiff, Patricia DeLoach.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed August 28, 2017.

2. The Plaintiff, Patricia DeLoach, died on April 4, 2018.  (See Death Certificate- Exhibit A).

3. Adrian DeLoach was appointed as Administrator of the Estate of Patricia DeLoach on April 15, 2022. (See Probate Letter- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Adrian DeLoach, Administrator of the Estate for Patricia DeLoach, for the Plaintiff, Patricia DeLoach.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on February 2, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*