# GEORGIA DEATH CERTIFICATE

State File Number: 2018GA000024676

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | PATRICIA ANN DELOACH |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | ROBINSON |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) — ACTUAL DATE OF DEATH | 04/04/2018 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 58 |
| 4b. UNDER 1 YEAR | |
| 4c. UNDER 1 DAY | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 05/14/1959 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE – STATE | GEORGIA |
| 7b. COUNTY | CHATHAM |
| 7c. CITY, TOWN | POOLER |
| 7d. STREET AND NUMBER | 3 TAMMYS CIRCLE |
| 7e. ZIP CODE | 31322 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | SOCIAL WORKER |
| 8b. KIND OF INDUSTRY OR BUSINESS | HUMAN SERVICES |
| 11. FATHER'S FULL NAME (First, Middle, Last) | ROGERS ROBINSON |
| 9. MARITAL STATUS | MARRIED |
| 10. SPOUSE NAME | ADRIAN K. DELOACH SR. |
| 13b. RELATIONSHIP TO DECEDENT | HUSBAND |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | GEORGIA LANE |
| 13a. INFORMANT'S NAME (First, Middle, Last) | ADRIAN K. DELOACH SR |
| 14. DECEDENT'S EDUCATION | BACHELOR'S DEGREE |
| 13c. MAILING ADDRESS | 3 TAMMYS CIRCLE POOLER GEORGIA 31322 |
| 15. ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 20. COUNTY OF DEATH | CHATHAM |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | CANDLER HOSPITAL |
| 19. CITY, TOWN or LOCATION OF DEATH | SAVANNAH |
| 23. DISPOSITION DATE | 04/13/2018 |
| 21. METHOD OF DISPOSITION | BURIAL |
| 22. PLACE OF DISPOSITION | WOODVILLE CEMETERY ROBERT STREET SAVANNAH GEORGIA 31408 |
| 25. FUNERAL HOME NAME | ADAMS FUNERAL SERVICES INC |
| 24a. EMBALMER'S NAME | E BRUCE ADAMS |
| 24b. EMBALMER LICENSE NO. | 02530 |
| 25a. FUNERAL HOME ADDRESS | 510 STEPHENSON AVE SAVANNAH GEORGIA 31405 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | AMARI A ADAMS |
| 26b. FUN. DIR. LICENSE NO | 05195 |
| 27. DATE PRONOUNCED DEAD | 04/04/2018 |
| 28. HOUR PRONOUNCED DEAD | 06:56 PM |
| 29a. PRONOUNCER'S NAME | MASOOD AHMED |
| 29b. LICENSE NUMBER | 031689 |
| 29c. DATE SIGNED | 04/04/2018 |
| 30. TIME OF DEATH | 06:56 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

**32. Part I.** Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death)

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. | CARDIOPULMONARY ARREST | UNKNOWN |
| B. | Due to, or as a consequence of: MULTISYSTEM ORGAN FAILURE | UNKNOWN |
| C. | Due to, or as a consequence of: SEPSIS, SHOCK | UNKNOWN |
| D. | Due to, or as a consequence of: PNEUMONIA | UNKNOWN |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | UNKNOWN |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 41. INJURY AT WORK? | |
| 38. DATE OF INJURY | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.): **MASOOD AHMED, MD, 031689**

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.):

| Field | Value |
|---|---|
| 45a. DATE SIGNED | 04/19/2018 |
| 45b. HOUR OF DEATH | 06:56 PM |
| 46a. DATE SIGNED | |
| 46b. HOUR OF DEATH | |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: **MASOOD AHMED 5356 REYNOLDS STREET SAVANNAH GEORGIA 31405**

48. REGISTRAR (Signature): /S/ DONNA L. MOORE

49. DATE FILED - REGISTRAR: 04/24/2018

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 511-1-3 DPH RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

County Custodian: _____
Issued by: _____
Date Issued: APR 2 5 2018

Any reproduction of this document is prohibited by statue: Do not accept unless embossed with a raised seal.

VOID IF ALTERED OR COPIED