Probate Court Return Mailing Address:

**PROBATE COURT OF**
**CHATHAM COUNTY**
P.O. BOX 8344
SAVANNAH, GA 31412

*(Above space to be used for filing in Superior Court Clerk's Office of Deeds and Records)*

### IN THE PROBATE COURT OF _____CHATHAM_____ COUNTY
### STATE OF GEORGIA

| | | |
|---|---|---|
| IN RE: ESTATE OF | ) | |
| | ) | |
| Patricia R. DeLoach              , | ) | ESTATE NO. **P22-00452 PB** |
| DECEASED | ) | |

#### PETITION FOR ORDER DECLARING NO ADMINISTRATION NECESSARY

#### FINAL ORDER

A petition for order declaring no administration necessary on the above estate was filed. It appearing that the decedent died intestate domiciled within, or domiciled outside the State of Georgia but owning real property within, the above county; that all of the heirs of said decedent have agreed upon a division of the estate as evidenced by the agreement attached to the petition and incorporated herein by reference; that the estate of said decedent owes no debts, except to creditors, if any, including any security deed holders, who have consented or been served in this matter; and that no objection has been filed.

ACCORDINGLY, IT IS ORDERED that no administration is necessary on the above estate and by agreement of the parties the following interest hereby vests as follows:

GRANTOR: *[Name of decedent]:* Patricia R. DeLoach _____

ADDRESS OF THE DECEDENT: 3 Tammy's Circle, Pooler, Chatham, Georgia 31322 _____

CERTIFIED COPY
This document is a certified copy of the original
document placed on record in the Clerk of Probate
Court, Chatham County, GA. Given under my hand
and seal this *15* day of *April*, 20 *22*

Deputy Clerk, Probate Court of Chatham County

Filed in Probate Court
This *15* day of *April*, 20 *22*
**Wendy Williamson**
Chief Clerk, Probate Court, Chatham Co., GA.

GPCSF-9                                              [16]                                    Eff. July 2021

09/14/2022  2:50PM (GMT-04:00)



# THE PACE LAW FIRM LLC

7505 Waters Avenue
Suite B-7
Savannah, Georgia 31406

Ph 912.875.2094
Fax 912.216.9513
rpace@pace-lawfirm.com

April 22, 2022

**Via Federal Express Delivery**
Mr. Adrian Keith DeLoach
3 Tammy's Circle
Pooler, Georgia 31322

Re:      The Estate of Patricia R. DeLoach (P22-00452-PB)

Dear Mr. DeLoach:

Enclosed please find the original certified copy of the Final Order Declaring No Administration Necessary for the above-referenced estate. This order gives you undivided interest in all real and personal property of Mrs. DeLoach, including but not limited to interest in 3 Tammy's Circle, Pooler, Georgia 31322. We will retain an electronic copy of this document; however, we strongly suggest that you store this document in a safe, easily accessible place.

If you have any questions or need anything further, please let me know.

Sincerely,

Meredith Lee
Paralegal for Robert S.D. Pace

RSDP/mhl
Enclosures