## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740** <br> **CASE NO.: 2:17-cv-15915** |
| Thomasina Mobley, | **SECTION "H" (5)** <br> **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |
| **Plaintiff,** | |
| **v.** | |
| Sanofi-Aventis U.S. LLC and <br> Sanofi US Services, Inc. | **NOTICE AND SUGGESTION OF DEATH** |
| **Defendants.** | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Thomasina Mobley.

Dated: February 3rd, 2023

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
     filing@westrikeback.com
**Attorney for Plaintiff**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 3, 2023

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
          filing@westrikeback.com
          **Attorney for Plaintiff**