## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br>**CASE NO.: 2:17-cv-15915** |
| Thomasina Mobley, | **SECTION "H" (5)**<br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |
|         **Plaintiff,** | |
| **v.** | **MOTION TO SUBSTITUTE**<br>**PARTY PLAINTIFF** |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. | |
|         **Defendants.** | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Thomasina Mobley, and files this motion to substitute her surviving next of kin and Executor of the Estate of Thomasina Mobley, Leonard Mobley, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Thomasina Mobley, filed the present action in the United States District Court for the Eastern District of Louisiana on December 8, 2017.

2. Plaintiff Thomasina Mobley died on May 14, 2021.

3. On January 30th, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 15502.  Plaintiff's counsel recently learned the death of Ms. Mobley. after filing the lawsuit.

4. Leonard Mobley, surviving spouse of Thomasina Mobley, is the surviving next of kin, and the proper party plaintiff to substitute for Plaintiff-decedent Thomasina Mobley and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party

dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Leonard Mobley as the proper party plaintiff in this action.

Respectfully submitted this 3rd day of February 2023.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
       filing@westrikeback.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney

of record through the Court's Electronic Court Filing System.


Dated: February 3, 2023                    */s/ Rhett A. McSweeney*_____
                                           Rhett A. McSweeney