UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>Thomasina Mobley**,**<br><br>**Plaintiff,**<br><br>v.<br><br>Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.<br><br>**Defendants.** | MDL NO. 2740<br>CASE NO.: 2:17-cv-15915<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**ORDER**

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Leonard Mobley, on behalf of the Estate of Thomasina Mobley, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane Triche Milazzo