UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Cindy Johnson
Case No.: 2:19-cv-00696-JTM-MBN

## DECLARATION

I, William Barfield, have attempted to reach my client, Cindy Johnson, on the following dates: September 27, 2022, left voicemail and sent email, October 5, 2022 sent email and letter by U.S. mail, January 30, 2023 left voicemail, sent email, text message and letter by certified mail by (check all that apply) __X__ telephone, _X___ e-mail, __X__ text message, ____ social media, __X__ U.S. Mail, _X___ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**MCDONALD WORLEY, PC**

*/s/ William H. Barfield*
William H. Barfield
1770 St. James Place, Suite 100
Houston, TX 77056
bill@mcdonaldworley.com
TX State Bar No. 24031725
McDonald S. Worley
State Bar No. 2400328
taxotere@mcdonaldworley.com

**Attorneys for Plaintiff**