## EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>Linda Cosner<br><br>Plaintiff, vs.<br><br>Sanofi S. A., et al,<br><br>Defendant(s)<br>THIS DOCUMENT RELATES TO:<br>Linda Cosner | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC**<br><br>Civil Action No.: 2:19-cv-00125-JTM-MB |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc.1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 2nd day of February, 2023.

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 2, 2023.

/s/ *William H. Barfield*
William H. Barfield
bill@mcdonaldworley.com
State Bar No. 24031725
McDonald S. Worley
don@mcdonaldworley.com
State Bar No. 4003208
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (713) 523-5500
Fax: (713) 523-5501
taxotere@mcdonaldworley.com