UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

**ORDER DISMISSING CASES SUBJECT TO FEBRUARY 7, 2023 SHOW CAUSE HEARING BASED UPON STIPULATIONS FILED BY COUNSEL**

In accordance with this Court's December 15, 2022 Order on Deadlines for the February 7, 2023 Hearing (Rec. Doc. 15299), Defendants have submitted a list of plaintiffs whose claims are subject to dismissal due to their inability to obtain Product Identification Information pursuant to CMO 12A or the Addendum to CMOA, and/or PFS deficiencies pursuant to PTO 22A. *See Defendants' Notice of Non-Compliance Cases Subject to February 7, 2023 Dismissal Call Docket*, January 24, 2023 (Rec. Doc. 15433).

**IT IS SO ORDERED** that the cases listed on the attached "Declaration of No Contact List," the "Stipulation of Dismissal List," and the "Statement of No Defense List," are **DISMISSED WITH PREJUDICE** based upon the stipulations filed by counsel.

New Orleans, Louisiana, on this 3rd day of February, 2023.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# Declaration of No Contact List

|   | Plaintiff Name | MDL Case No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|
| 1 | Lancien, April | 17-cv-06707 | PFS Not Substantially Complete - No before photos from within 5 years of chemo; Only before photo is black & white | Sanofi | McGartland Law Firm, PLLC | 10/21/22 | 14964 |
| 2 | Lockett, Shirley | 17-cv-07095 | PFS Not Substantially Complete - Before photos (digital before photos lack metadata, appears Plaintiff is wearing wig); Only after photos are from after second cancer treatment, need photos from after Taxotere but before second treatment | Sanofi | McGartland Law Firm, PLLC | 10/21/22 | 14963 |

# Stipulation of Dismissal List

|   | Plaintiff Name | MDL Case No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|
| 1 | Egidio, Lisa | 17-cv-15700 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Baron & Budd | 1/27/23 | 15451 |
| 2 | Lawson-Winfield, Twanda | 19-cv-12010 | Lack of CMO-12A Product Identification | 505 | Barrett Johnson Martin & Garrison | 1/27/23 | 15449 |

# Statement of No Defense List

|   | Plaintiff Name | MDL Case No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|
| 1 | Beutow, Deborah | 17-cv-15447 | Lack of CMO-12A Product Identification | 505 | Finson Law Firm | 01/31/23 | 15485 |
| 2 | Boyd, Joy | 19-cv-04540 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Tracey & Fox | 01/30/23 | 15455 |
| 3 | Charles, Shannon | 17-cv-06344 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Ferrer Poirot & Wansbrough | 01/27/23 | 15445 |

|    | Plaintiff Name | MDL Case No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|----|---|---|---|---|---|---|---|
| 4  | Davis, Barbara | 18-cv-10112 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Johnson Law Group | 10/26/22 | 14985 |
| 5  | Hovey, Susan | 17-cv-05647 | Lack of CMO-12A Product Identification | 505 | Johnson Becker | 01/11/23 | 15379 |
| 6  | Hunt, Carrie | 18-cv-04734 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Johnson Law Group | 01/09/23 | 15367 |
| 7  | Johnson, Renee | 17-cv-05338 | Lack of CMO-12A Product Identification | 505 | Johnson Law Group | 10/26/22 | 14986 |
| 8  | Kappeler, Sally | 19-cv-12559 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Johnson Law Group | 10/26/22 | 14987 |
| 9  | Lassiter, Lettie | 18-cv-11553 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; | Sanofi | Brown & Crouppen | 10/10/22 | 14808 |
| 10 | Marsh, Charlene | 17-cv-12309 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Johnson Law Group | 10/26/22 | 14988 |
| 11 | McComas, Donna | 18-cv-11340 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Johnson Law Group | 10/26/22 | 14990 |
| 12 | McQuality, Delia | 19-cv-02464 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Johnson Law Group | 01/09/23 | 15368 |
| 13 | Rodriguez, Maria | 18-cv-11336 | Lack of CMO-12A Product Identification | Both Sanofi and 505 | Johnson Law Group | 10/26/22 | 14989 |
| 14 | Siggers, Robin N. | 17-cv-15802 | Lack of CMO-12A Product Identification | 505 | Finson Law Firm | 01/31/23 | 15481 |
| 15 | Tingle, Cynthia | 17-cv-15096 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality | Sanofi | Atkins & Markoff | 10/10/22 | 14811 |