UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES ON EXHIBIT A | : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**ORDER DISMISSING CASES SUBJECT TO FEBRUARY 7, 2023 SHOW CAUSE HEARING WHO DID NOT INTEND TO APPEAR**

In accordance with this Court's December 15, 2022 Order on Deadlines for February 7, 2023 Hearing on CMO 12A Product Identification Deficiencies ("Order to Show Cause," Rec. Doc. 15299), Defendants have submitted a list of Plaintiffs whose claims are subject to dismissal due to their inability to determine Product ID Information pursuant to CMO 12A and the Addendum to CMO 12A. *See Defendants' Notice of Non-Compliance Cases Subject to February 7, 2023 Dismissal Call Docket*, January 24, 2023, Rec. Doc. 15433.

As contemplated by the Order to Show Cause (Rec. Doc. 15299), Plaintiffs listed on the attached Exhibit A notified Plaintiffs' Co-Liaison Counsel that they did not intend to appear at the Show Cause Hearing set for February 7, 2023 as Plaintiffs have been unable to obtain product identification. These Plaintiffs have adopted the general arguments urged by the PSC. Accordingly, Plaintiffs' claims listed on Exhibit A should be dismissed with prejudice pursuant to this Court's Order.

2

Therefore, **IT IS SO ORDERED** that the cases listed in the attached Exhibit A are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, on this 3rd day of February, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A

|  | Plaintiff Counsel | Plaintiff Name | MDL Case No. |
|---|---|---|---|
| 1 | Allan Berger & Assoc. | Doughty, Francis | 17-cv-05268 |
| 2 | Allan Berger & Assoc. | Mott, Eulalie | 17-cv-03754 |
| 3 | Allan Berger & Assoc. | Sledge, Veronique | 17-cv-03485 |
| 4 | Allan Berger & Assoc. | Underwood, Debra | 17-cv-05262 |
| 5 | Allen & Nolte | Costin, Jennifer | 17-cv-14085 |
| 6 | Allen & Nolte | Harbin, Michelle | 18-cv-12355 |
| 7 | Allen & Nolte | Houston, Cecile | 17-cv-16328 |
| 8 | Bachus & Schanker | Auria, Karen | 19-cv-12319 |
| 9 | Bachus & Schanker | Clamon, Rhonda | 19-cv-03422 |
| 10 | Bachus & Schanker | Davis, Latonya | 16-cv-17407 |
| 11 | Bachus & Schanker | Dixon, Yvonne | 18-cv-01542 |
| 12 | Bachus & Schanker | Kidd, LeShawn | 16-cv-17424 |
| 13 | Bachus & Schanker | McCallon, Mary | 19-cv-12999 |
| 14 | Bachus & Schanker | Miller, Marylou | 19-cv-12815 |
| 15 | Bachus & Schanker | Willoughby, Kimberly | 19-cv-12254 |
| 16 | Barrios Kingsdorf & Casteix, LLP | Landry, Modine | 17-cv-08110 |
| 17 | Bernstein Liebhard | Gaspari, Laura | 18-cv-13863 |
| 18 | Brown & Crouppon | Garcia-Crump, Carol | 18-cv-11488 |
| 19 | Brown & Crouppon | Jimerson, Erserine | 19-cv-11429 |
| 20 | Brown & Crouppon | Reagle, Jennifer | 17-cv-14509 |
| 21 | Cutter Law | Fiely, Sharon | 17-cv-15280 |
| 22 | Gomez Trial Attorneys | Bates, Marva | 17-cv-13652 |
| 23 | Gomez Trial Attorneys | Oneal, Yulonda | 17-cv-13775 |
| 24 | Grant & Eisenhofer | Barber, Geraldine | 18-cv-13003 |
| 25 | Hughes & Coleman | Hurley, Betty | 16-cv-17970 |
| 26 | Johnson Johnson Lucas & Middleton | Houle, Kimberly | 17-cv-17014 |
| 27 | Jones Ward Law Firm LLC | Moody-Beaumont, Carol | 17-cv-15956 |
| 28 | Jones Ward Law Firm LLC | Somerday, Barbara | 17-cv-16587 |
| 29 | Lowe Law Group | Brown, Venita | 16-cv-17390 |
| 30 | Lowe Law Group | Hentz, Kathleen | 19-cv-10016 |
| 31 | MacArther Heder & Metler | Martinez, Yolanda | 20-cv-03445 |
| 32 | Maher Law Firm | Douglas, Christine | 17-cv-14017 |
| 33 | Maher Law Firm | Hucks, Ramona | 19-cv-14189 |
| 34 | McDonald Worley | Cosner, Linda | 19-cv-00125 |
| 35 | McDonald Worley | Roop, Merry | 18-cv-00793 |
| 36 | McGartland Law Firm | Lewis, Renee | 17-cv-11207 |
| 37 | McGartland Law Firm | Pendley, Lorin | 17-cv-11295 |

|    | Plaintiff Counsel | Plaintiff Name | MDL Case No. |
|----|---|---|---|
| 38 | McGartland Law Firm | Rose, Crystal | 17-cv-11351 |
| 39 | McGartland Law Firm | Ross, Tina | 17-cv-13529 |
| 40 | McGartland Law Firm | Shannon, Barbara | 17-cv-17926 |
| 41 | McGartland Law Firm | Warner, Nancy | 17-cv-11688 |
| 42 | McSweeney Langevin | Archer, Isabelle | 17-cv-15882 |
| 43 | McSweeney Langevin | Boatwright, Alice | 18-cv-12044 |
| 44 | McSweeney Langevin | Clemmons, Alma | 18-cv-12789 |
| 45 | Morgan & Morgan | Brown, Denise | 19-cv-14081 |
| 46 | Morgan & Morgan | Mondus, Cherilyn | 19-cv-14364 |
| 47 | Morgan & Morgan | Owens, Elizabeth | 19-cv-14465 |
| 48 | Morris Bart | Alfred, Bridget | 18-cv-06330 |
| 49 | Morris Bart | Felder, Jacqueline | 18-cv-05385 |
| 50 | Morris Bart | Hymel, Linda | 17-cv-05920 |
| 51 | Morris Bart | Khan, Edith | 18-cv-05883 |
| 52 | Morris Bart | Landers, Terrie | 18-cv-08358 |
| 53 | Morris Bart | McKinney, Jaunifert | 16-cv-15396 |
| 54 | Morris Bart | Medine, Cindy | 17-cv-06845 |
| 55 | Morris Bart | Quave, Betty | 18-cv-03633 |
| 56 | Morris Bart | Small, Shirley | 18-cv-06101 |
| 57 | Morris Bart | Spellman, Denise | 18-cv-04833 |
| 58 | Morris Bart | Stevens, Irma | 17-cv-05918 |
| 59 | Morris Bart | Turner, Dinah | 17-cv-05481 |
| 60 | Murray Law Firm | Price, Robyn | 19-cv-11739 |
| 61 | Nachawati Law | Taylor, Paula | 18-cv-08771 |
| 62 | Nachawati Law | Williams, Candace | 18-cv-13851 |
| 63 | Napoli Shkolnik | Hadley, Dorcille | 19-cv-09849 |
| 64 | Pulaski Law Firm | Herbster, Jamie | 18-cv-13055 |
| 65 | Pulaski Law Firm | Massey, Diana | 18-cv-13107 |
| 66 | Pulaski Law Firm | Windham, Linda | 18-cv-13279 |
| 67 | Roberts & Roberts | Smith, Verniece | 18-cv-13890 |
| 68 | Schmidt National Law Group | Thomason, Cindy | 17-cv-10773 |
| 69 | Tony Seaton & Associates | Harris, Susie B. | 19-cv-14700 |
| 70 | TorHoerman Law | Griffin, Julie | 19-cv-14048 |
| 71 | TorHoerman Law | Mitchell, Julia | 20-cv-01144 |
| 72 | TorHoerman Law | Phillips, Barbara | 18-cv-07093 |
| 73 | Williams Hart Boundas Easterby, LLP | Aragon, Dana | 18-cv-08787 |