UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES ON EXHIBIT A | : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER SETTING DEADLINE FOR PARTIAL DISMISSALS AND/OR AMENDED COMPLAINTS

In accordance with this Court's December 15, 2022 Order on Deadlines for the February 7, 2023 Hearing on CMO 12A Product Identification Deficiencies "Order" (Rec. Doc. 15299), Defendants have submitted a list of plaintiffs whose claims are subject to dismissal due to their failure to dismiss named defendants for which there was no product identification evidence pursuant to CMO 12A. *See Defendants' Notice of Non-Compliance Cases Subject to February 7, 2023 Dismissal Call Docket*, January 24, 2023 (Rec. Doc. 15433).

Plaintiffs listed on the attached Exhibit A have obtained some evidence of product identification as to at least one infusion but failed to dismiss the remaining Defendants pursuant to CMO 12A. Defendants hereby request that the Court set a deadline of February 28, 2023 for partial dismissals and/or amended complaints for the applicable filings by plaintiffs.

Therefore, **IT IS SO ORDERED** that the cases listed on the attached Exhibit A shall file partial dismissals and/or amended complaints by February 28, 2023. Failure to comply subjects the case to being heard at the March 14, 2023 show cause hearing.

2

New Orleans, Louisiana, on this 3rd day of February, 2023.

                                         _____
                                         **HON. JANE TRICHE MILAZZO**
                                         **UNITED STATES DISTRICT JUDGE**

# Exhibit A

|    | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|----|-------------------|----------------|--------------|-------------------------|
| 1  | Bachus & Schanker | Mackey, Maria | 17-cv-09009 | Sanofi PID - Dismiss remaining defendants |
| 2  | Brent Coon & Associates | Wilson, Queen | 18-cv-04461 | Case reinstated 1/6/23 per Addendum to CMO-12A (Dismiss Sandoz) |
| 3  | Brown & Crouppon | Hager, Bobbi Jo | 17-cv-14397 | Case reinstated 1/6/23 per Addendum to CMO-12A (Dismiss Accord and Sandoz) |
| 4  | Canepa Riedy Abele | Schneider, Sharon L. | 19-cv-13068 | Hospira PID - Dismiss remaining defendants |
| 5  | McDonald Worley | McMullen, Helga | 17-cv-17056 | Hospira PID - Dismiss remaining defendants |
| 6  | Nachawati Law | Pollard, Terry | 21-cv-00021 | Accord PID - Dismiss remaining defendants |
| 7  | Nachawati Law | Watson, Sureta | 18-cv-05814 | Sagent PID - Dismiss remaining defendants |
| 8  | Napoli Shkolnik | Slape, Tammy | 18-cv-13905 | Lack of CMO-12A Product Identification (Dismiss Sanofi) |
| 9  | Napoli Shkolnik | Wilder, Debra | 19-cv-02441 | Rollover from 9/13/22 CMO-12A Show Cause Hearing (Dismiss Sandoz) |
| 10 | Reyes Brown Reilley | Johnson, Dawn Marie | 18-cv-12873 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) (Dismiss Hospira and Sandoz) |
| 11 | Roberts & Roberts | Haynes, Carol | 18-cv-13901 | Sanofi PID - Dismiss remaining defendants |
| 12 | Roberts & Roberts | Joyner, Kathryn | 18-cv-11872 | Lack of CMO-12A Product Identification (Dismiss Hospira) |
| 13 | Whitfield Bryson & Mason LLP | Bain, Barbara | 17-cv-12749 | Hospira PID - Dismiss Remaining Defendants |