UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Thomasina Mobley, 17-15915 | | |

# ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 15503);

**IT IS ORDERED** that the Motion is **GRANTED** and that Leonard Mobley, on behalf of Thomasina Mobley, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 6th day of February, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**