**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION ) ) ) ) | **MDL DOCKET NO. 2740**<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |

*All cases where Sanofi-Aventis U.S. LLC*
*is named as a defendant*

## NOTICE OF APPEARANCE

Please enter the appearance of Sheldon R. Poole of the law firm Shook, Hardy & Bacon

L.L.P. as counsel for Defendant Sanofi-Aventis U.S. LLC, in the above-captioned matters.

Dated: February 7, 2023                Respectfully Submitted,

                                       SHOOK, HARDY & BACON L.L.P.


                                       */s/ Sheldon R. Poole*
                                       Sheldon R. Poole
                                       SHOOK, HARDY & BACON L.L.P.
                                       185 Asylum Street
                                       City Place 1, Suite 3701
                                       Hartford, CT 06103
                                       Phone: (860) 515-8901
                                       Facsimile: (860) 515-8911
                                       Email: spoole@shb.com

                                       *Attorney for Defendant Sanofi-Aventis U.S. LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I electronically filed the foregoing with the Clerk of

the Court using the ECF system, which sent notification of such filing to all counsel of record.


*/s/ Sheldon R. Poole*
Sheldon R. Poole

*Attorney for Defendant Sanofi-Aventis U.S. LLC*

2