# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO MCKESSON CORPORATION ONLY** |
| THIS DOCUMENT RELATES TO:<br><br>*Annette Drake v. Accord Healthcare, Inc., et al.* | Civil Action No.: 2:17-cv-07426 |

Pursuant to CMO 12A, Plaintiff dismisses McKesson Corporation d/b/a McKesson Packaging, with prejudice, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: February 9, 2023                             Respectfully Submitted,

*/s/Frederick B. Darley, III*
Frederick B. Darley, III
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax

Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, this document was filed electronically with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Frederick B. Darley, III*
Frederick B. Darley, III