UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *All Cases where Sun Pharmaceutical* ) <br> *Industries, Inc. f/k/a Caraco Pharmaceutical*) <br> *Laboratories, Ltd. Is named as a Defendant* | MDL No. 2740 <br><br> Section: "H" (5) |

### EX PARTE MOTION TO WITHDRAW KATHLEEN E. KELLY AS COUNSEL FOR SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD.

**NOW INTO** COURT, through undersigned counsel, comes Defendant, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd., who respectfully moves for the withdrawal of Kathleen E. Kelly as one of its counsel in the above captioned matter.

Dated this 10th day of February 2023.

Respectfully submitted,

*/s/ Kathleen E. Kelly*
Kathleen E. Kelly (Bar No. 637394)
HINSHAW & CULBERTSON LLP
28 State Street, Floor 24
Boston, MA 02109
Telephone: 617-213-7000
Facsimile:  617-213-7001
kekelly@hinshawlaw.com

*Counsel for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                   */s/ Kathleen E. Kelly*
                                                   Kathleen E. Kelly