UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2740 |
| | | Section: "H" (5) |
| THIS DOCUMENT RELATES TO: *All Cases where Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. Is named as a Defendant* | ) ) ) ) | |

### ORDER

Considering the Motion to Withdraw Kathleen E. Kelly as counsel, filed by Defendant, Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED** and that Kathleen E. Kelly is hereby withdrawn as counsel for Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT COURT JUDGE