UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> *All cases where Sun Pharmaceutical* ) <br> *Industries, Inc. f/k/a Caraco Pharmaceutical* ) <br> *Laboratories, Ltd. is named as a Defendant* ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court is a Motion for Withdrawal of Counsel (Doc. 15518);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Kathleen E. Kelly shall be **WITHDRAWN** as counsel of record for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 13th day of February, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**