UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Regina Jones; Case No. 2:17-cv-12912*

## CONSENT MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Regina Jones, who respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Defendants and understands that Defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop U.S. do not oppose this motion.

WHEREFORE, Plaintiff prays that her Consent Motion for Leave to File Amended Short Form Complaint be granted, and the attached Amended Short Form Complaint be filed into the record.

Dated: February 14, 2023

Respectfully submitted,

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com

*Counsel for Plaintiff, Regina Jones*