UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Regina Jones; Case No. 2:17-cv-12912*

# ORDER

Considering the Consent Motion for Leave to File Amended Short Form Complaint;

IT IS HEREBY ORDERED that said Motion is GRANTED, and Plaintiff Regina Jones' Amended Short Form Complaint shall be entered into the Court's docket.

New Orleans, Louisiana, this _____ day of February, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**HONORABLE JANE TRICHE MILAZZO**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**