UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "N"(5) JUDGE ENGELHARDT MAG. JUDGE NORTH |
| TONI BROWN<br>    Plaintiff<br>vs.<br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; and SANOFI-AVENTIS U.S. LLC, separately and d/b/a WINTHROP U.S.<br>    Defendants | : : : : : : : : : : : | COMPLAINT & JURY DEMAND<br><br>Civil Action No: 2:17-cv-16239 |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Toni Brown, by and through counsel, pursuant to Fed.R.Civ.P.41(a) (1)(A)(i), hereby voluntarily dismisses all Defendants from the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, with prejudice, each party to bear their own fees and costs.

Dated this 14th day of February, 2023.

By: /s/ ETHAN L. SHAW
Ethan L. Shaw
Shaw Cowart, LLP
1609 Shoal Creek Blvd., Ste. 301
Austin, TX 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
Email: elshaw@shawcowart.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on February 14, 2023, I electronically served via email this Stipulation of Voluntary Dismissal with Prejudice on the following counsel of record for defendants:

Matt DePaz
Shook, Hardy & Bacon, L.L.P.
MDEPAZ@shb.com

Douglas Moore
Irwin Fritchie Urquhart & Moore LLC
dmoore@irwinllc.com

John Olinde
Chaffe McCall
olinde@chaffe.com

                 /s/  Ethan L. Shaw