MINUTE ENTRY
MILAZZO, J.
FEBRUARY 14, 2023

JS-10: 00:34

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          )        MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION        )
                                     )        SECTION: "H" (5)
                                     )
THIS DOCUMENT RELATES TO:            )
Arquice Conley, 18-9799

**<u>MINUTE ENTRY</u>**
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:        Sherry Adams
COURT REPORTER:      Nichelle Wheeler
LAW CLERK:           Natalie Earles

APPEARANCES:         M. Palmer Lambert, for Plaintiffs' Liaison Counsel,
                     Dale Wainwright, R. Clifton Merrell, Evan C. Holden, for
                     Sandoz, Inc.

Court begins at 9:31 a.m.
Counsel made their appearances for the record.
Sandoz, Inc.'s Motion for Relief from a Judgment, Order, or Proceeding, (Doc. 15338) is argued by counsel.
Sandoz's Declaration and its attachments were admitted as Exhibit 1.
The Court deferred ruling on the Motion and ordered the parties to file additional memoranda by no later than **February 27, 2023**, addressing the 41(a) factors. The Memoranda shall not exceed 10 pages, and no replies will be accepted without the Court specifically requesting same.
The Motion is taken under advisement by the Court.
Court adjourned at 10:05 a.m.