UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: "H" (5) |
| This Document Relates to: *Conley v. Sandoz Inc.*, Civ. Action No. 2:18-cv-9799 | JUDGE JANE TRICHE MILAZZO |

### DECLARATION OF EVAN C. HOLDEN, ESQ. IN SUPPORT OF SANDOZ INC.'S MOTION FOR RELIEF FROM A JUDGMENT, ORDER, OR PROCEEDING

I, Evan C. Holden, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am at least twenty-one (21) years of age and mentally competent to make this declaration and I do so based upon my personal knowledge. I am a shareholder of the law firm Greenberg Traurig LLP, attorneys for Defendant Sandoz Inc. ("Sandoz"), and as such, I am fully familiar with the facts and circumstances at issue herein.

2. I submit this declaration in support of Sandoz's Motion for Relief from a Judgment, Order, or Proceeding.

3. On April 23, 2019, this Court entered Case Management Order 14C, which provides that counsel for plaintiffs who have been nominated for a Trial Pool are required to certify, within fourteen days of plaintiffs having been so nominated, "that all nominated Plaintiffs are willing to proceed." [ECF No. 6789 at 2.]

4. On April 30, 2019, the parties informed the Court via e-mail that the Plaintiff Steering Committee had selected Plaintiff Arquice Conley as a replacement trial pool plaintiff. Attached hereto as Exhibit A is a true and correct copy of this e-mail.

5. On May 6, 2019, Plaintiff's counsel informed Sandoz's counsel via e-mail that "Arquice Conley[] is capable and willing to move forward as a bellwether plaintiff and she

understands her obligations as a bellwether plaintiff" and that "we write to certify Ms. Conley's willingness and ability to move forward." Attached hereto as Exhibit B is a true and correct copy of this e-mail.

6. On May 21, 2019, in addition to the e-mail notice provided on May 6, 2019, Plaintiff signed a written certification in accordance with CMO 14C confirming her willingness to "fulfill my duties and responsibilities as a trial pool plaintiff..." Attached hereto as Exhibit C is a true and correct copy of this certification.

7. Based on the events of this case, Sandoz has prepared a timeline for this Court's reference during the oral argument scheduled in this matter for February 14, 2023. Attached hereto as Exhibit D is a true and correct copy of this timeline, which accurately reflects the timeline of events in Plaintiff's case.

I certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the statements set forth herein are true and correct.

Executed on February 13, 2023.

DocuSigned by:
2B24D4B79AFA49A...
Evan C. Holden

# EXHIBIT A

| | |
|---|---|
| **From:** | Samantha_Schott@laed.uscourts.gov |
| **To:** | Palmer Lambert |
| **Cc:** | Dawn Barrios; Brandon.Cox@tuckerellis.com; ccoffin@pbclawfirm.com; Cohen, Lori (Shld-Atl-LT); Douglas J. Moore; Holden, Evan (Shld-Atl-LT); jperez@pbclawfirm.com; kbm@classlawgroup.com; mcclellan@stuevesiegel.com; Merrell, Cliff (Shld-Atl-LT); olinde@chaffe.com |
| **Subject:** | Re: Taxotere MDL - Substitutions per CMO 14C |
| **Date:** | Wednesday, May 1, 2019 2:06:00 PM |

Thank you, everyone. I'll share this with Judge Milazzo.

**Samantha Schott**
Law Clerk to the Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130
Phone: 504-589-7585

From:   Palmer Lambert <plambert@gainsben.com>
To:   "Samantha_Schott@laed.uscourts.gov" <Samantha_Schott@laed.uscourts.gov>
Cc:   "Brandon.Cox@tuckerellis.com" <Brandon.Cox@tuckerellis.com>, "olinde@chaffe.com" <olinde@chaffe.com>, "holdene@gtlaw.com" <holdene@gtlaw.com>, "merrellc@gtlaw.com" <merrellc@gtlaw.com>, "CohenL@gtlaw.com" <CohenL@gtlaw.com>, "ccoffin@pbclawfirm.com" <ccoffin@pbclawfirm.com>, "kbm@classlawgroup.com" <kbm@classlawgroup.com>, "mcclellan@stuevesiegel.com" <mcclellan@stuevesiegel.com>, "jperez@pbclawfirm.com" <jperez@pbclawfirm.com>, "Douglas J. Moore" <dmoore@irwinllc.com>, Dawn Barrios <barrios@bkc-law.com>
Date:   04/30/2019 09:15 PM
Subject:   Taxotere MDL - Substitutions per CMO 14C

Dear Sam:

Pursuant to the agreement set forth in footnote 1 of CMO 14C, the parties make the following substitutions for certain bellwether cases originally selected on November 1, 2018:

For Rose Skelton, Accord selects plaintiff Loretta Hulin, MDL Case No. 18-cv-7259
For Patsy Abbott, Sandoz selects plaintiff Trudy Autin, MDL Case No. 2:17-cv-07331
For Bonnie Seraphine, Sandoz selects plaintiff Earnestine Hall, MDL Case No. 2:18-cv-01156
For Patricia Barnett, the PSC selects plaintiff Arquice Conley, MDL Case No. 2:18-cv-09799

If Judge Milazzo has any questions or would rather the parties prepare a proposed order, please let us know.

Best,
Brandon Cox, Counsel for Accord Healthcare, Inc.
Lori Cohen and Evan Holden, Counsel for Sandoz Inc.
Christopher Coffin and Karen Menzies, Plaintiffs' Co-Lead Counsel

M. Palmer Lambert
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504-522-2304
Direct: 504-595-3340
Facsimile: 504-528-9973

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

# EXHIBIT B

| | |
|---|---|
| **From:** | Jennifer Domer |
| **To:** | Dease, Chelsea M. (Assoc-ATL-LT) |
| **Cc:** | plambert@gainsben.com; dbarrios@bkc-law.com; mcclellan@stuevesiegel.com; jperez@pbclawfirm.com; Cohen, Lori (Shld-Atl-LT); Merrell, Cliff (Shld-Atl-LT); Holden, Evan (Shld-Atl-LT); Insogna, Nicholas A. (Shld-Bos-LT); Brooks Cutter; Sarah Glenn |
| **Subject:** | RE: In Re Taxotere MDL No. 2740 Re: Arquice Conley (2:18-cv-09799) |
| **Date:** | Monday, May 6, 2019 2:55:14 PM |
| **Attachments:** | image001.png<br>image002.jpg<br>Sandoz-Proof of Use-Conley.pdf |

Counsel,

We write to inform you that replacement bellwether Plaintiff, Arquice Conley, is capable and willing to move forward as a bellwether plaintiff and she understands her obligations as a bellwether plaintiff. In addition, we believe that Plaintiff has obtained proper product identification information which demonstrates that your client Sandoz is the proper defendant in this matter. Attached is a copy of Plaintiff's proof of product identification. If you believe that product identification in this matter is in dispute, we request that we promptly schedule a meet and confer to comply with the requirements set forth in CMO 14C. Please note, that we are working with the facility for the first infusion NDC that did not previously provide.

We have been advised that liaison counsel for the parties are negotiating a CMO 14C certification. Upon receipt of an agreed upon certification, our client will promptly sign and return it. However, out of an abundance of caution we write to certify Ms. Conley's willingness and ability to move forward.

We will amend the PFS, provide dates of photos, and submit any ESI and statement found in the course of complying with PTO 71. As for the PFS info specifically requested, we will send you that information shortly.

Thank you,

Jennifer S. Domer


**From:** deasec@gtlaw.com <deasec@gtlaw.com>
**Sent:** Thursday, May 02, 2019 6:08 AM
**To:** Brooks Cutter <bcutter@cutterlaw.com>; Jennifer Domer <jdomer@cutterlaw.com>
**Cc:** plambert@gainsben.com; dbarrios@bkc-law.com; mcclellan@stuevesiegel.com; jperez@pbclawfirm.com; CohenL@gtlaw.com; merrellc@gtlaw.com; holdene@gtlaw.com; insognan@gtlaw.com
**Subject:** In Re Taxotere MDL No. 2740 Re: Arquice Conley (2:18-cv-09799)

Dear Counsel:

Upon review of the Plaintiff Fact Sheet submitted by Arquice Conley, we have identified

numerous deficiencies that must be cured. A deficiency notice was issued through MDL Centrality on April 29, 2019. Regardless, as this case has now been identified as a substitute to be included in Trial Pool #3 and is therefore subject to a deadline for Phase I discovery that could be as early as August 30, 2019, there are several key deficiencies which must be remedied immediately. *See* PTO-22A, CMO-14(c), ¶ 1(e). In addition to the other deficiencies identified on the Centrality deficiency notice, please immediately supplement the Plaintiff Fact Sheet to address the following:

1. Plaintiff's Proof of Injury photos are not dated. Per PTO-22A, Plaintiff must produce all photographs in her possession, custody, and control showing the condition of her hair within 5 years prior to the start of her chemotherapy treatment, during her chemotherapy treatment, in the 6 months following chemotherapy treatment, and at present. Those photographs must be dated. Because the photos uploaded to MDL Centrality are not dated, it is unclear which, if any, of the required categories of photographs have been provided. Further, to the extent that plaintiff is in possession of additional responsive photographs, those must be provided.

2. Plaintiff has not provided a certification of compliance with her ESI obligations, pursuant to PTO-71. Please supplement with such a statement, immediately, and also identify any sources of responsive ESI in plaintiff's possession, custody or control.

3. Plaintiff has not provided the start date(s) for each of the alleged injuries she identifies in response to PFS Question VI.5. Please supplement immediately in order to provide that information.

4. Plaintiff did not respond to PFS Questions VI.18-26, concerning whether she is claiming certain types of damages. Please supplement immediately in order to provide that information.

As to the other deficiencies identified in our Deficiency Notice, we will await your supplementation within the 30-day period allowed (from the date of the Notice).

Best,
**Chelsea M. Dease**
Associate
Greenberg Traurig, LLP | Terminus 200
3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T 678.553.2130 | F 678.553.2629 | C 404.510.9582
deasec@gtlaw.com | www.gtlaw.com | View GT Biography

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

CONFIDENTIALITY NOTICE: *THIS COMMUNICATION, INCLUDING ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY BE PROTECTED BY PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR E-MAIL, AND PERMANENTLY DELETE ALL COPIES, ELECTRONIC OR OTHER, THAT YOU MAY HAVE. THE FOREGOING APPLIES EVEN IF THIS NOTICE IS EMBEDDED IN A MESSAGE THAT IS FORWARDED OR ATTACHED.*

# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **Arquice Conley**
Case No.: **2:18-cv-09799**

## PLAINTIFF'S CERTIFICATION
## PURSUANT TO CMO 14C ¶(1)(g)

I understand I have been chosen to be in the trial pool for the Taxotere MDL. My counsel has explained the duties and responsibilities of my selection and the necessity for me to participate in discovery and possibly have my case tried in a bellwether trial.

I certify that I will fulfill my duties and responsibilities as a trial pool plaintiff and that, except under certain circumstances, if I seek to be removed from the trial pool, my case will be dismissed with prejudice.

Print Name: Arquice Conley
Date: 5/21/2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of May, 2019 a copy of the foregoing Plaintiff's Certification Pursuant to CMO 14C ¶(1)(g) was electronically served on Defendants through their counsel of record.

# EXHIBIT D

# Conley v. Sandoz Inc., Case No. 2:18-cv-9799 - Timeline



| Year | Date | Event |
|---|---|---|
| 2018 | October 22, 2018 | Plaintiff Arquice Conley files her action in the Eastern District of Louisiana. |
| | March – May 2019 | Plaintiff produces a Plaintiff Fact Sheet, medical records, photos, and executed authorizations. |
| | First half of 2019 | Plaintiff is identified as a trial pool plaintiff. |
| 2019 | July 17, 2019 | Plaintiff is deposed. |
| | September 12, 2019 | Plaintiff's treater, Courtney Nickels, N.P., is deposed. |
| | September 13, 2019 | Plaintiff's treater, John Whitecar, M.D., is deposed. |
| | September 19, 2019 | Plaintiff's treater, Michael A. Berry, M.D., is deposed. |
| | November 22, 2021 | Sandoz moves for summary judgment on preemption grounds. |
| 2021 | December 17, 2021 | Plaintiff files her opposition to Sandoz's motion for summary judgment on preemption grounds. |
| | December 23, 2021 | Sandoz files its reply memorandum in further support of its motion for summary judgment on preemption grounds. |
| | February 17, 2022 | Sandoz's motion is argued. |
| | August 2, 2022 | The Court denies Sandoz's preemption motion, as well as the motions for summary judgment based on preemption filed by Accord and Hospira. |
| | August 17, 2022 | Sandoz, Accord, and Hospira file a joint motion pursuant to 28 U.S.C. § 1292(b) to certify the Court's August 2, 2022 ruling. |
| | September 22, 2022 | Plaintiffs, including Arquice Conley, file oppositions to the joint motion to certify. |
| | October 6, 2022 | Sandoz, Accord, and Hospira file a reply memorandum in further support of their joint motion for certification. |
| 2022 | October 28, 2022 | The joint motion for certification is argued. |
| | Mid-November 2022 | The joint motion for certification is granted. |
| | November 25, 2022 | Sandoz files its Petition for Permission to Appeal the Court's August 2, 2022 ruling to the Fifth Circuit. |
| | December 5, 2022 | Plaintiffs, including Arquice Conley, file their Consolidated Answer to Sandoz, Accord, and Hospira's Petitions for Permission to Appeal to the Fifth Circuit. |
| | December 20, 2022 | Plaintiff files in the MDL a Non-Trial Pool Plaintiff's Stipulation of Dismissal with Prejudice as to All Defendants. |