UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Regina Jones, 17-12912 | ) ) | |

## ORDER

Before the Court is a Consent Motion for Leave to File Amended Short Form Complaint (Doc. 15522);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion (Doc. 15522-1) in the member case.

New Orleans, Louisiana, this 15th day of February, 2023.

**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**