## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**            MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                          SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Barbara Clayborn
Case No.: 2:17-cv-08765

---

## PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO AMEND HER COMPLAINT

---

**NOW COMES** Plaintiff Barbara Clayborn, through her undersigned counsel, who

respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Plaintiff hereby moves for leave to file her Second Amended Short Form Complaint, as attached

hereto.

Respectfully Submitted,


Dated: <u>February 17, 2023</u>            **JOHNSON BECKER, PLLC**

                                          <u>/s/ Lisa Ann Gorshe</u>
                                          Lisa Ann Gorshe, Esq. (MN Bar #029522X)
                                          Timothy J. Becker, Esq. (MN Bar #256663)
                                          Johnson Becker, PLLC
                                          444 Cedar Street, Suite 1800
                                          Saint Paul, MN 55101
                                          Phone: (612) 436-1800
                                          Fax: (612) 436-1801
                                          lgorshe@johnsonbecker.com
                                          tbecker@johnsonbecker.com

                                          **Attorneys for Plaintiff**

## **CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.6, Defendant Liaison Counsel has been contacted, and

Defendants do not oppose the relief requested.

## **CERTIFICATE OF SERVICE**

I certify that on February 17, 2023, I filed the above document with the Court via the

Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.