UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL<br>WITH PREJUDICE AS TO<br>MCKESSON CORPORATION<br>D/B/A MCKESSON PACKAGING** |
| THIS DOCUMENT RELATES TO:<br>Patricia Smith; 2:17-cv-15116 | Civil Action No.: 2:17-cv-15116 |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to CMO 12A, Plaintiff dismisses with prejudice previously named defendant McKesson Corporation d/b/a McKesson Packaging, with each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of February, 2023.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
trevor.Rockstad@daviscrump.com

Attorney for Plaintiff

**CERTFICATE OF SERVICE**

  I hereby certify that on February 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

  SO CERTIFIED this the 20th day of February, 2023.

        /s/Trevor B. Rockstad
        TREVOR B. ROCKSTAD (MS Bar# 103614)
        DAVIS & CRUMP, P. C.
        2601 14th Street
        Gulfport, MS   39501
        Telephone: (228) 863-6000
        Facsimile: (228) 864-0907
        trevor.rockstad@daviscrump.com