UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

CINDA LOU BENNINGER
Case No.: 17-15781

## MOTION FOR SUBSTITUTION OF A PARTY PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Michael Turner, Administrator of the Estate of Cinda Lou Benninger, in place of Plaintiff, Cinda Lou Benninger.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed December 8, 2017.

2. The Plaintiff, Cinda Lou Benninger, died on September 3, 2020.  (See Death Certificate- Exhibit A).

3. Michael Turner was appointed as Administrator of the Estate of Cinda Lou Benninger on September 21, 2020. (See Letters Testamentary - Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Michael Turner, Administrator of the Estate for Cinda Lou Benninger, for the Plaintiff, Cinda Lou Benninger.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on February 20, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*