# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00



**P 27311132**
Certification Number

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

*D Ann Shneringer* 9/6/2020
Local Registrar                    Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS**

## CERTIFICATE OF DEATH

**State File Number:** 388099-2020

1. Decedent's Legal Name: **Cinda Lou Benninger**
2. Sex: Female
3. Social Security Number: 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
4. Date of Death: September 03, 2020
5a. Age-Last Birthday (Yrs): 74
6. Date of Birth: January 01, 1946
7a. Birthplace: Chicora, Pennsylvania
7b. Birthplace (County): Butler
8a. Residence (State): Pennsylvania
8b. Residence (Street): 1408 Chicora Road
8d. Residence (County): Butler
8e. Residence (Zip Code): 16025
8c. Did Decedent Live in a Township? No, decedent lived within limits of Chicora (city/boro)
9. Ever in US Armed Forces? No
10. Marital Status at Time of Death: Never Married
12. Father/Parent's Name: Paul Francis Benninger
13. Mother/Parent's Name Prior to First Marriage: Helen Louise Rodgers
14a. Informant's Name: Michael Turner
14b. Relationship to Decedent: Nephew
14c. Informant's Mailing Address: 319 E Slippery Rock Street Chicora, PA 16025
15a. Place of Death: Hospice Facility
15b. Facility Name: Good Samaritan Hospice (Cabot)
15c. City or Town, State, and Zip Code: Cabot, Pennsylvania 16023
15d. County of Death: Butler
16a. Method of Disposition: Cremation
16b. Date of Disposition: September 05, 2020
16c. Place of Disposition: Lakeland Area Cremation Facility
16d. Location of Disposition: Sheakleyville, Pennsylvania 16151
17a. Signature of Funeral Service Licensee: Keri A Raisley (Electronically Signed)
17b. License Number: FS013781L
17c. Name and Complete Address of Funeral Facility: Edward L Raisley Funeral Home, 387 Main Street Prospect, Pennsylvania 16052
18. Decedent's Education: High school graduate or GED completed
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
21. Decedent's Single Race Self-Designation: White
22a. Decedent's Usual Occupation: Secretarial Supervisor
22b. Kind of Business/Industry: Hospital

23a. Date Pronounced Dead: September 03, 2020
23d. Date Signed: 
24. Time of Death: 03:13 AM
25. Was Medical Examiner or Coroner Contacted? No

### CAUSE OF DEATH

26. Part I.
a. IMMEDIATE CAUSE: **Metastatic Breast Cancer** — Approximate Interval: not known

26. Part II. Other significant conditions: **Congestive Heart Failure; Renal Failure**

27. Was an autopsy performed? No
28. Were autopsy findings available to complete the cause of death? (blank)

29. If Female: Not pregnant within past year
30. Did Tobacco Use Contribute to Death? No
31. Manner of Death: Natural

39a. Certifier: Certifying — To the best of my knowledge, death occurred due to the cause(s) and manner stated.
Signature of certifier: *DINA CECERE DOSCH* (Signature on File)
Title of certifier: DO
License Number: OS012134
39b. Name, Address and Zip Code of Person Completing Cause of Death: DINA DOSCH, 116 Browns Hill Road Valencia, Pennsylvania 16059
39c. Date Signed: September 03, 2020
40. Registrar's District Number: 10-108
41. Registrar's Signature: *Diana L Sneeringer* (Signature on File)
42. Registrar File Date: September 06, 2020
43. Amendments:

Disposition Permit No. E260970