# Sarah E. Edwards, MA JD
## REGISTER OF WILLS
Butler County, Pennsylvania



# Short Certificate

I, **SARAH E. EDWARDS, MA JD, Register of Wills** in and for the County of Butler, Pennsylvania.

**DO HEREBY CERTIFY** that on September 21, 2020, **LETTERS TESTAMENTARY** on the Estate of

**CINDA LOU BENNINGER**,

AKA:

CINDA BENNINGER

late of CHICORA in said county, deceased, were granted to

**MICHAEL TURNER**

having first been qualified well and truly to administer the same. And I further certify that said Letters have not been revoked.

**IN TESTIMONY WHEREOF,** I have unto set my hand and seal of said office at BUTLER, PENNSYLVANIA, on September 21, 2020.

| | |
|---|---|
| **File No:** | 10-20-0717 |
| **Date of Death :** | September 03, 2020 |
| **S.S. #:** | 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 |

*Sarah E. Edwards*

**SARAH E. EDWARDS, MA JD**
Register of Wills & Clerk of Orphans' Court
My Commission Expires First Monday, January, 2024.

**NOT VALID WITHOUT OFFICIAL SIGNATURE AND SEAL OF OFFICE**