**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY** | : | |
| | : | **SECTION "N" (5)** |
| *This Documents Relates to:* | : | |
| Ollie Carr vs. Sanofi U.S. Service, Inc., et al. | : | **JUDGE MILAZZO** |
| | : | |
| Civil Action No. 2:20-cv-759 | : | **MAG. JUDGE MICHAEL NORTH** |
| _____ | : | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Ollie Carr.

Dated this 20th day of February, 2023.

                                                            Respectfully submitted,

                                                            /s/ David W. Hodges
                                                           David W. Hodges
                                                           TX Bar No. 00796765
                                                           Federal Bar No. 20460
                                                           Hodges & Foty, LLP
                                                           2 Greenway Plaza, Suite 250 Houston, TX 77046
                                                           Telephone: (713) 523-0001
                                                           Facsimile: (713) 523-1116
                                                           dhodges@hftrialfirm.com

                                                           ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2023, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ David W. Hodges
David W. Hodges