**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2740**<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Ollie Carr
Case No.: 2:20-cv-759

**PLAINTIFF'S MOTION TO SUBSTITUTE VERONICA CARR ON BEHALF OF OLLIE CARR**

COMES NOW, Plaintiff Ollie Carr, and files this motion to substitute her surviving heir, Veronica Carr, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Ollie Carr filed the present action in the United States District Court for the Eastern District of Louisiana on March 4, 2020.

2. Plaintiff Ollie Carr died on June 1, 2022.

3. On February 20, 2023, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1).

4. Veronica Carr is the surviving heir and proper party plaintiff pursuant to the laws of the State of Louisiana and wishes to be substituted on behalf of Ollie Carr in this case.

Plaintiff respectfully requests that Veronica Carr be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: February 20, 2023

                                                Respectfully Submitted,

                                                **HODGES & FOTY, LLP**

                                                <u>/s/ *David W. Hodges*</u>
                                                David W. Hodges
                                                TX Bar No. 24081794
                                                2 Greenway Plaza, Suite 250
                                                Houston, TX 77046
                                                Telephone: (713) 523-0001
                                                Facsimile: (713) 523-1116
                                                dhodges@hftrialfirm.com

                                                **Attorneys for Plaintiff**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 20th, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ David W. Hodges
David W. Hodges