# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Ollie Carr
Case No.: 2:20-cv-759

---

# ORDER

---

　　Upon Plaintiff's Motion to Substitute Veronica Carr on behalf of Ollie Carr and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.


Signed, _____, 2023


　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　The Hon. Jane Triche Milazzo