# IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: <br><br> **TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** <br><br> **This Document Relates To:** <br><br> *Lorna Ray v. Sanofi-Aventis U.S. LLC, et al.,* <br> Case No.: 2:16-cv-16918 | MDL No. 2740 <br><br> Section "H" (5) <br><br> **JUDGE MILAZZO** <br> **MAG. JUDGE NORTH** |

## NOTICE AND SUGGESTION OF DEATH

Plaintiff's counsel, Terence J. Sweeney, Esq., pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby gives notice in the above-referenced action of the death of plaintiff Lorna Ray ("plaintiff"). On information and belief, plaintiff passed away on January 7, 2022, in Denver, Colorado.


Dated:  Chatham, New Jersey
        February 22, 2023

                                    Law Offices of Terence J. Sweeney, Esq.

                            By:     /s/ *Terence Sweeney*
                                    Terence J. Sweeney (5914)
                                    44 Fairmount Avenue
                                    Suite One
                                    Chatham, New Jersey 07928
                                    Telephone  (973) 665-0400
                                    Facsimile   (973) 665-0401
                                    Attorneys for the plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of February, 2023, a true and correct copy of the foregoing **NOTICE AND SUGGESTION OF DEATH** filed on behalf of Lorna Ray served upon the Clerk of the Court using the CM/ECF system which forwarded this Notice all counsel of record registered to receive service in this MDL.

      By:   /s/ *Terence Sweeney*
                    Terence J. Sweeney
                    44 Fairmount Avenue
                    Suite One
                    Chatham, New Jersey 07928
                    Telephone  (973) 665-0400
                    Facsimile   (973) 665-0401
                    Attorneys for the plaintiff