# IN THE UNITED STATES DISTRICT COURT FOR
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>**TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Lorna Ray v. Sanofi-Aventis U.S. LLC, et al.,*<br>Case No.: 2:16-cv-16918 | **MDL No. 2740**<br><br>**Section "H" (5)**<br><br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

Plaintiff's counsel, Terence J. Sweeney, Esq., pursuant to Federal Rule of Civil Procedure 25, moves this Court for an Order substituting Sandra Bradley, on behalf of Plaintiff Lorna Ray in the above captioned matter for the following reasons.

1. Deceased Plaintiff filed this action on November 10, 2016.

2. Deceased Plaintiff passed away on January 7, 2022.

3. Counsel filed a Notice and Suggestion of Death on February 22, 2023.

4. Deceased Plaintiff's product liability claims survived her death and her death did not extinguish those claims.

5. A Denver Probate court issued Letters of Testamentary to Sandra Bradley, a surviving daughter of decedent Ms. Ray, and appointed her as Administratrix of Ms. Ray's estate. She is a proper party to substitute for deceased Plaintiff Lorna Ray and has the proper capacity to proceed with the surviving products liability lawsuit.

WHEREFORE, counsel for Plaintiff respectfully requests that this Court recognize Sandra Bradley as the Administratrix of the Estate of Lorna Ray as the proper party to pursue Ms. Ray's surviving claims, and grant this motion for substitution for plaintiff in this action.

Dated:   Chatham, New Jersey
         February 22, 2023

Law Offices of Terence J. Sweeney, Esq.

By:   /s/ *Terence Sweeney*
Terence J. Sweeney (5914)
44 Fairmount Avenue
Suite One
Chatham, New Jersey 07928
Telephone (973) 665-0400
Facsimile (973) 665-0401
Attorneys for the plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of February, 2023, a true and correct copy of the foregoing **Motion for Substitution** filed on behalf of plaintiff Lorna Ray served upon the Clerk of the Court using the CM/ECF system which forwarded this Notice all counsel of record registered to receive service in this MDL.

By: /s/ *Terence Sweeney*
Terence J. Sweeney
44 Fairmount Avenue
Suite One
Chatham, New Jersey 07928
Telephone  (973) 665-0400
Facsimile   (973) 665-0401
Attorneys for the plaintiff