UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Nancy Haeni, | |
| Plaintiff, | |
| vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | |
| Defendants. | |
| Civil Case No.: 2:17-cv-13435 | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.. Each party to bear their own costs.

Plaintiff will continue her case against Defendants Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, based upon the product identification received.

This the 23rd day of February, 2023.

Milberg Coleman Bryson Phillips Grossman, PLLC

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781

J. Hunter Bryson
N.C. Bar No.: 50602
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 23rd day of February, 2023.

                                                          MILBERG COLEMAN BRYSON
                                                          PHILLIPS GROSSMAN, PLLC

                                                          */s/ Daniel K. Bryson*
                                                          Daniel K. Bryson
                                                          N.C. State Bar No.: 15781
                                                          J. Hunter Bryson
                                                          N.C. State Bar No.: 50602
                                                          PO Box 12638
                                                          Raleigh, NC 27605
                                                          Phone: 919-600-5000
                                                          Facsimile: 919-600-5035
                                                          Email: dbryson@milberg.com
                                                          Email: hbryson@milberg.com

                                                          *Attorneys for Plaintiff*