UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | |
| ) | | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ) | | |
| ALL ACTIONS ) | | |

**CASE MANAGEMENT ORDER NO. 34C**

(200 WAVE 1 REMAND CASE STATUS)

Case Management Order No. 34 ("CMO 34") (R. Doc. 14045) was entered on April 19, 2022, identifying 200 cases selected by the Court and parties for the Wave 1 remand process set forth in Case Management Order No. 33 ("CMO 33") (R. Doc. 13946).

Case Management Order No. 34B ("CMO 34B") (R. Doc. 14575) was entered on August 26, 2022, identifying 112 cases proceeding with Wave 1 discovery at that time.

With discovery continuing in Wave 1, 98 cases now remain proceeding with Wave 1 remand discovery at this time. The original Wave 1 cases are divided between the annexed appendices as follows:

    **Appendix 1 – Wave One Cases: Proceeding**

    **Appendix 2 – Wave One Cases: Removed**

**IT IS HEREBY ORDERED** that the cases listed on Appendix 1 shall continue to proceed with the discovery contemplated by CMO 33.[1] Nothing herein relieves the obligation of counsel in the cases listed in Appendix 1 to confer in good faith on whether they should continue to proceed with discovery.

---

[1] This includes additional product identification discovery in select cases: Cheryl House (2:17-cv-11436) and Sandra Moore (2:17-cv-09814).

1

**IT IS FURTHER ORDERED** that, for purposes of CMO 33, paragraph 9, the discovery completion period shall conclude by **February 28, 2023**. The Court is aware of Defense counsel's concerns regarding delayed responses from individual Plaintiffs' counsel in some cases; the Court implores all counsel to timely respond to requests for conferral or deposition dates – such cooperation is both expected and necessary to complete Wave 1 discovery within the applicable deadline.

**IT REMAINS ORDERED** that Co-Liaison Counsel and Sanofi shall periodically update the Court on the status of Wave 1 Remand Cases.

New Orleans, Louisiana, this 23rd day of February, 2023.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**Appendix 1 – Wave One Cases: Proceeding**

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM | EXAMINATION PRIORITY PER CMO ¶ 7 |
|---|---|---|---|
| Plaintiff | NECASTRO, MARGARET | Allen & Nolte, PLLC | Defendant |
| Court | SHEPPARD, JACKIE | Allen & Nolte, PLLC | Plaintiff |
| Plaintiff | SCHAFF, ELLEN | Atkins & Markoff | Defendant |
| Plaintiff | ALAMIL, MARIA C | Bachus & Schanker, LLC | Defendant |
| Court | ALI, AYSHA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | ALLAIN, CAROL | Bachus & Schanker, LLC | Plaintiff |
| Defense | BRODIE, STEPHANIE | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | BUMGARNER, CHARLOTTE | Bachus & Schanker, LLC | Plaintiff |
| Defense | FURBECK, LISA | Bachus & Schanker, LLC | Defendant |
| Defense | FUSSELL, CINDA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | GRAHAM, BERNADETTE | Bachus & Schanker, LLC | Plaintiff |
| Court | HARRIS, VIVIAN | Bachus & Schanker, LLC | Plaintiff |
| Court | HODGES, JOYCE | Bachus & Schanker, LLC | Plaintiff |
| Court | HOUSE, CHERYL L | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | JONES, MYRA E | Bachus & Schanker, LLC | Defendant |
| Court | LAMBERT, TRESILA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | LARSEN, ALISA | Bachus & Schanker, LLC | Defendant |
| Court | MCCLAFLIN, GINA | Bachus & Schanker, LLC | Plaintiff |
| Court | MOORE, SANDRA | Bachus & Schanker, LLC | Plaintiff |
| Defense | MORELAND, TABATHA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | SMITH, DEBRA | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | SMITH, JANET J | Bachus & Schanker, LLC | Defendant |
| Plaintiff | TIBBITTS, KIMBERLY | Bachus & Schanker, LLC | Plaintiff |
| Plaintiff | TOMLINSON, SARAH ELIZABETH | Bachus & Schanker, LLC | Defendant |
| Plaintiff | WOLFE, JODY | Bachus & Schanker, LLC | Defendant |
| Defense | GONZALES, MARTHA | Brent Coon & Associates | Defendant |
| Court | HARRISON, GEORGIA | Brent Coon & Associates | Defendant |
| Court | BROUILLARD, EDITH P | Brown & Crouppen | Plaintiff |
| Court | CHAMPANERI, ANUKA | Carey Danis & Lowe | Plaintiff |
| Defense | STEPHENS, LINDA | Carey Danis & Lowe | Defendant |
| Court | WARTH, MARIA | Carey Danis & Lowe | Defendant |
| Plaintiff | JOHNSON, ANGELA | Cory Watson | Plaintiff |
| Court | PEGUES, FANITA | Cory Watson | Plaintiff |
| Court | PICKETT, SHARON | Cory Watson | Plaintiff |
| Court | YANTZER, CARMEN | Cutter Law PC | Plaintiff |
| Court | DANIEL, MARGO | Davis & Crump, P. C. | Plaintiff |

| | | | |
|---|---|---|---|
| Court | HALL, MARGARET | Davis & Crump, P. C. | Defendant |
| Plaintiff | CAVAN, MARIE E | Fears \| Nachawati | Defendant |
| Defense | DAVIS, CARY | Fears \| Nachawati | Plaintiff |
| Defense | DOUGLAS, LYNNE A | Fears \| Nachawati | Plaintiff |
| Court | KNOX, DULCE | Fears \| Nachawati | Defendant |
| Court | HORST, PEGGY | Fears \| Nachawati | Defendant |
| Plaintiff | WEARING, ALLESHIA M | Fears \| Nachawati | Plaintiff |
| Court | JONES, REGINA A | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | Defendant |
| Court | LUDWIG, JACQUELINE J | Gibbs Law Group LLP | Defendant |
| Plaintiff | AYERS, KATHY | Gomez Trial Attorneys | Plaintiff |
| Plaintiff | PRIMACIO, BETSY | Gomez Trial Attorneys | Plaintiff |
| Court | THOMAS, SYLVIA | Gomez Trial Attorneys | Defendant |
| Defense | GREEN, ALMA | Hissey, Mulderig & Friend, PLLC | Plaintiff |
| Court | BIAS, TUWANA T | Johnson Becker | Defendant |
| Defense | DECOTEAU, SUSAN | Johnson Law Group | Defendant |
| Defense | JACKSON, SYLVIA | Johnson Law Group | Defendant |
| Defense | RAGAN, KYMBERLY | Johnson Law Group | Defendant |
| Plaintiff | CUARON, MARIA | Laborde Earles Law Firm | Defendant |
| Plaintiff | THOMAS, ROBIN L | Langdon & Emison LLC | Defendant |
| Defense | HUDSON, BONNIE | Law Offices of A. Craig Eiland | Plaintiff |
| Defense | UTTER, MARY K | Maher Law Firm | Defendant |
| Plaintiff | HANSON, HOLLY | McGartland Law Firm, PLLC | Defendant |
| Defense | NIDDRIE, SUZANNE | McSweeney/Langevin LLC | Plaintiff |
| Plaintiff | SMITH, LINDA | McSweeney/Langevin LLC | Plaintiff |
| Court | WARREN WIGGINS, GLORIA | Meyers & Flowers, LLC | Plaintiff |
| Plaintiff | CONWAY, ASHLEY | Napoli Shkolnik PLLC | Plaintiff |
| Court | DAVIS, REGINA A | Napoli Shkolnik PLLC | Defendant |
| Plaintiff | ADDELSON, BARBARA | Niemeyer, Grebel & Kruse | Plaintiff |
| Defense | JOHNSON, LATASHA S | Niemeyer, Grebel & Kruse | Plaintiff |
| Court | KADEN, KAILA M | Niemeyer, Grebel & Kruse | Plaintiff |
| Plaintiff | BALES, DONNA M | Pendley, Baudin & Coffin, L.L.P. | Defendant |
| Plaintiff | BRAZILL, SHARON | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Court | CUMMINGS, MATHILDA | Pendley, Baudin & Coffin, L.L.P. | Defendant |
| Plaintiff | DITTO, LOIS Y | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Court | HINES, PATRICIA A | Pendley, Baudin & Coffin, L.L.P. | Defendant |
| Plaintiff | KAIFES, ELAINE | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Court | MCELRATH, MYRA J | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Plaintiff | NEWCOMB, DEBORAH A | Pendley, Baudin & Coffin, L.L.P. | Plaintiff |
| Plaintiff | DORMAN, BRENDA | Pittman, Dutton & Hellums, P.C. | Defendant |
| Court | TREAT, BARBARA | Reich and Binstock, LLP | Plaintiff |
| Defense | BOGAN, ALAYNA | Reyes\|Browne\|Reilley | Plaintiff |

| | | | |
|---|---|---|---|
| Defense | CARY, GLADYS | Reyes\|Browne\|Reilley | Defendant |
| Court | OGILVIE, SHAREN | Reyes\|Browne\|Reilley | Defendant |
| Court | PROVENCHER, ELIZABETH | Reyes\|Browne\|Reilley | Defendant |
| Defense | ROUSE, FONDA | Reyes\|Browne\|Reilley | Defendant |
| Court | SMITH, SANDRA | Reyes\|Browne\|Reilley | Defendant |
| Defense | REEVERS, MAE | Roberts & Roberts | Plaintiff |
| Court | AYERS, LINDA | SCOTT VICKNAIR LLC | Plaintiff |
| Court | MCKINNEY, HARRIET | SCOTT VICKNAIR LLC | Defendant |
| Court | STOTT, ALICIA | SCOTT VICKNAIR LLC | Plaintiff |
| Court | BROWN, TONI | Shaw Cowart LLP | Defendant |
| Court | PICHLER, MARGARET | Shaw Cowart LLP | Defendant |
| Court | HESS, JUDITH | The Murray Law Firm | Plaintiff |
| Court | KING, PATIENCE | The Simon Law Firm, P.C. | Defendant |
| Court | PETRILLI, ELAINE | The Simon Law Firm, P.C. | Defendant |
| Court | ARMOND, HELEN | TorHoerman Law LLC | Defendant |
| Court | MAXWELL, REPONZA | Wendt Law Firm, P.C. | Plaintiff |
| Court | DEVENS, LAURA | WHITFIELD BRYSON LLP | Plaintiff |
| Court | VINSON, ODESSA | WHITFIELD BRYSON LLP | Defendant |
| Court | GOFF, BONNIE L | Williams Hart Boundas Easterby, LLP | Plaintiff |
| Defense | HAMMOND, TRACY M | Williams Hart Boundas Easterby, LLP | Defendant |
| Defense | TAYLOR, SANDRA F. | Zoll & Kranz, LLC | Plaintiff |

**Appendix 2 – Wave One Cases: Removed**

| Selection | PLAINTIFF FULL NAME | PLAINTIFF LAW FIRM | SANOFI COMMENT |
|---|---|---|---|
| Plaintiff | EKELOF, DORIS | Allen & Nolte, PLLC | RULED INELIGIBLE |
| Court | LAFERRIERE, KATHY | Allen & Nolte, PLLC | AGREED INELIGIBLE |
| Defense | MYERS, DEBRA | Allen & Nolte, PLLC | DISMISSED |
| Defense | PETERSON, KIRSTEN | Allen & Nolte, PLLC | DISMISSED |
| Plaintiff | TRIPP, VIOLET | Allen & Nolte, PLLC | AGREED INELIGIBLE |
| Court | BRACK, SANDRA | Atkins & Markoff | AGREED INELIGIBLE |
| Defense | PRYOR LYNCH, CAROLYN | Atkins & Markoff | DISMISSED |
| Plaintiff | ARAGON, FLORAIDA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Plaintiff | ASKEW, DOROTHY | Bachus & Schanker, LLC | AGREED INELIGIBLE |
| Plaintiff | BAUGH, DONNA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Court | CARINGER, KIMBERLY | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Plaintiff | COOPER, NANCY A | Bachus & Schanker, LLC | AGREED INELIGIBLE |
| Plaintiff | CUMMINGS, BERNICE | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Court | DEATON, MICHELLE | Bachus & Schanker, LLC | DISMISSAL FORTHCOMING |
| Court | DORSEY, LEDORA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | EAKINS, GRETCHEN | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Plaintiff | EKLUND, PATRICIA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | FULLER, ELLA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Plaintiff | GAFFNEY, JUDY | Bachus & Schanker, LLC | DELAYED TO WAVE 2 |
| Defense | JONES, CLARA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | KASSING, DEB | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Court | KOSKY, LYNN | Bachus & Schanker, LLC | AGREED INELIGIBLE |
| Defense | MCGHEE, LESLIE | Bachus & Schanker, LLC | SANOFI WILL ADD TO SHOW CAUSE |
| Court | SMITH, MARY JEAN | Bachus & Schanker, LLC | DISMISSED |
| Court | TOBIN, BARBARA | Bachus & Schanker, LLC | RULED INELIGIBLE |
| Defense | YULO, MARIAN | Bachus & Schanker, LLC | DISMISSED |
| Court | RALLS, FINA | Bailey & Greer PLLC | DISMISSED |

| | | | |
|---|---|---|---|
| Court | HILLARD, MICHELLE | Baron & Budd | DISMISSED |
| Court | ALLEN, LOIS | Carey Danis & Lowe | DISMISSED |
| Court | BASTAJIAN, DEANNA | Cutter Law PC | DISMISSED |
| Court | REY, LINDSEY | Cutter Law PC | DISMISSED |
| Court | BUSH, LINDA | Fears | Nachawati | RULED INELIGIBLE |
| Court | JOHNSON, TOMEKYA | Fears | Nachawati | DISMISSED |
| Court | RAYFIELD, DORIS | Fears | Nachawati | DISMISSAL FORTHCOMING |
| Court | WALLER, JOYCE | Fears | Nachawati | DISMISSED |
| Defense | BOYNTON, SANDRA | Fernelius Simon PLLC | DELAYED TO WAVE 2 |
| Court | HOGAN, HESTER | Gomez Trial Attorneys | DISMISSED |
| Court | MERGENDAHL, DARLENE | Gomez Trial Attorneys | DISMISSED |
| Plaintiff | MILLS, JACQUELINE | Gomez Trial Attorneys | RESOLVED |
| Plaintiff | OYIBO, GAIL | Gomez Trial Attorneys | RESOLVED |
| Court | RODRIGUEZ, MARTHA | Harrison Davis Steakley Morrison Jones, PC | AGREED INELIGIBLE |
| Court | CHAMBERLAIN, FRANCES F | Johnson Becker | DISMISSED |
| Defense | HOLLINGS, ANNIE | Johnson Law Group | DISMISSED |
| Court | MCBRIDE, DELORIS | Johnson Law Group | DELAYED TO WAVE 2 |
| Defense | POITRAS, JAYNE | Johnson Law Group | DISMISSED |
| Defense | WHITE, PATRICIA | KAGAN LEGAL GROUP | AGREED INELIGIBLE |
| Court | PHILLIPS, MARY L | Kirkendall Dwyer LLP | RESOLVED |
| Defense | ALSTON, SHIRLEY | Liska Exnicios Nungesser | AGREED INELIGIBLE |
| Court | BANISTER, KAREN L | Lowe Law Group | AGREED INELIGIBLE |
| Court | DUNN, PRECIOUS | Lowe Law Group | DISMISSED |
| Court | COAST, ANNE L | Martinez & McGuire PLLC | AGREED INELIGIBLE |
| Court | DOYLE, BETTY | McDonald Worley | DISMISSED |
| Defense | REIS, DONNA | McGartland Law Firm, PLLC | DISMISSED |
| Court | SELIMOVIC, INDIRA | McGartland Law Firm, PLLC | DISMISSED |
| Court | YOUNG, SHARON | McGartland Law Firm, PLLC | AGREED INELIGIBLE |
| Court | MATTHEWS, CAROLYN | McSweeney/Langevin LLC | RULED INELIGIBLE |

| | | | |
|---|---|---|---|
| Court | BLANKENSHIP, VIRGINIA S | Morgan and Morgan | AGREED INELIGIBLE |
| Defense | LIPFORD, PAULA | Morgan and Morgan | DISMISSED |
| Court | REYNOLDS, GLENDA H | Morgan and Morgan | DISMISSED |
| Court | SILVA, DENISE M | Morgan and Morgan | DISMISSED |
| Court | STEWART, ROSE M | Morgan and Morgan | DISMISSED |
| Court | KENNEDY, DIANE | Morris Bart, LLC | AGREED INELIGIBLE |
| Plaintiff | RIVERS, SHEILA | Napoli Shkolnik PLLC | RULED INELIGIBLE |
| Defense | MCCLOUD, BLONDELL | Niemeyer, Grebel & Kruse | AGREED INELIGIBLE |
| Court | BARNES FORD, ERIKA | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | BROWN, MARY | Pendley, Baudin & Coffin, L.L.P. | RESOLVED |
| Defense | BUCK, DEBRA W | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Defense | DAVIS, JOYCE F | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | FREE, KRISTIN K | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | GALLOWAY, CHRISTINE N | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Court | GENTILE, MARGARET | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Court | HELMS, SHERRY L | Pendley, Baudin & Coffin, L.L.P. | AGREED INELIGIBLE |
| Plaintiff | HOOKER, VERNITA | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | MCDUELL, ELAINE | Pendley, Baudin & Coffin, L.L.P. | RULED INELIGIBLE |
| Plaintiff | TOLAND, GERREL | Pendley, Baudin & Coffin, L.L.P. | DELAYED TO WAVE 2 |
| Court | DAVIES, ANITA | Peterson & Associates, P.C. | DISMISSED |
| Court | BOECK HAMLIN, MARIANNE | Pittman, Dutton & Hellums, P.C. | AGREED INELIGIBLE |
| Court | BARKER, CHRISTINA | Pulaski Law Firm, PLLC | DELAYED TO WAVE 2 |
| Court | GADOLA, MARY | Pulaski Law Firm, PLLC | DISMISSED |
| Court | GARCIA, IVONE | Pulaski Law Firm, PLLC | DISMISSED |
| Court | GOTT, CAROL | Pulaski Law Firm, PLLC | DISMISSED |
| Defense | MOODY, MIMI | Pulaski Law Firm, PLLC | DISMISSED |
| Defense | SAMUELS, NATASHA | Pulaski Law Firm, PLLC | DISMISSED |
| Court | MCDONALD, ANITA | Reich and Binstock, LLP | DELAYED TO WAVE 2 |
| Court | MIDDLEKAUFF, KRISTIE L | Reich and Binstock, LLP | AGREED INELIGIBLE |
| Defense | NEW, LINDA | Reich and Binstock, LLP | DISMISSAL FORTHCOMING |

| | | | |
|---|---|---|---|
| Defense | SIMCOX, CHRISTINE | Reich and Binstock, LLP | DISMISSED |
| Defense | FERNANDEZ, DONNA | Robins Kaplan LLP | DISMISSED |
| Defense | BURNEY, DINAH L | Roden Law | DISMISSED |
| Defense | STAPLES, ALICE | Rosen Harwood, P.A. | DISMISSAL FORTHCOMING |
| Defense | WOODS, ANGELA | Shaw Cowart LLP | DISMISSED |
| Court | WAGNER, TERRY L | Shaw Cowart, LLP | DISMISSED |
| Plaintiff | TRAMMEL, LINDA | Simon Greenstone Panatier, P.C. | AGREED INELIGIBLE |
| Court | RODRIGUEZ, LINDA C | Summers & Johnson, P.C. | AGREED INELIGIBLE |
| Court | WALL, JO ANNE | The Gallagher Law Firm PLLC | DISMISSED |
| Court | BATTLE, LOU JEAN | The Murray Law Firm | AGREED INELIGIBLE |
| Court | CONN, BEATRICE | The Simon Law Firm, P.C. | DISMISSAL FORTHCOMING |
| Court | SIMPSON, SANDRA | Watts Guerra, LLP | AGREED INELIGIBLE |
| Defense | COLLETTO, ROBIN | WHITFIELD BRYSON LLP | AGREED INELIGIBLE |
| Plaintiff | JONES, CATHY A | Williams Hart Boundas Easterby, LLP | DELAYED TO WAVE 2 |
| Court | LUMLEY, CAROL | Williams Hart Boundas Easterby, LLP | DELAYED TO WAVE 2 |
| Court | ROBINSON, WILLIE D. | Zoll & Kranz, LLC | AGREED INELIGIBLE |