## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| This document relates to: | ) | |
| Cinda Lou Benninger, 17-15781 | ) | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 15541);

**IT IS ORDERED** that the Motion is **GRANTED** and that Michael

Turner, on behalf of Cinda Lou Benninger, be substituted as Plaintiff herein.


New Orleans, Louisiana, this 22nd day of February, 2023.


_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**