UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| **This document relates to:** Ollie Carr, 20-759 | | |

### ORDER

Before the Court is Plaintiff's Motion to Substitute Veronica Carr on Behalf of Ollie Carr (Doc. 15543);

**IT IS ORDERED** that the Motion is **GRANTED** and that Veronica Carr, on behalf of Ollie Carr, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 22nd day of February, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE