UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Cases Listed on the attached Exhibit A

## MOTION TO WITHDRAW CLAIRE E. KREIDER AS COUNSEL OF RECORD

Pursuant to Local Rules 83.2.11, Attorney Claire E. Kreider of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC respectfully requests this Court enter an order permitting her to withdraw as counsel of record in all of the cases listed on the attached Exhibit A. In support of this Motion, Ms. Kreider states the following:

1.　　Attorney Matthew Palmer Lambert of Pendley, Baudin & Coffin, L.L.P. is already listed as counsel of record for each of the cases listed on Exhibit A.

2.　　Attorney Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC will no longer be representing the Plaintiffs listed on Exhibit A. She does not need notice of filings in these cases and requests to be removed from all service lists.

3.　　Attorney Matthew Palmer Lambert of Pendley, Baudin & Coffin, L.L.P. will continue to represent the Plaintiffs in each of the cases listed on Exhibit A. Therefore, Plaintiffs will not be prejudiced by this withdrawal.

For the foregoing reasons, Attorney Claire E. Kreider of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC hereby respectfully requests that the Court grant leave to withdraw herself as counsel of record and to remove her from all service lists as counsel for the Plaintiffs in each of the cases listed on Exhibit A.

2

Dated this 24th day of February, 2023.

        Respectfully submitted,

        */s/ Claire E. Kreider*
        Claire E. Kreider (LA Bar No. 37029)
        Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone: 504-522-2304
        Facsimile: 504-528-9973
        ckreider@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ Claire E. Kreider*
        Claire E. Kreider