## Exhibit A

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Alderete | Ruth | 2:17-cv-13472 |
| Baxter | Valencia | 2:20-cv-00108 |
| Bermudez | Olga | 2:17-cv-13473 |
| Burnett | Joy | 2:17-cv-13651 |
| Clark | Katherine | 2:17-cv-13658 |
| Cobb | Veronica | 2:17-cv-12770 |
| Collins | Katherine | 2:17-cv-09878 |
| Crittenden | Kelley | 2:20-cv-00053 |
| Dempsey | Patricia | 2:17-cv-13667 |
| Fedor | Mary | 2:17-cv-13475 |
| Frisina | Paulette | 2:20-cv-00114 |
| Garcia | Lorna | 2:20-cv-00055 |
| Glimm | Kay | 2:17-cv-12772 |
| Graham | Linna | 2:17-cv-13482 |
| Grant | Carol | 2:20-cv-00115 |
| Hicks | Rose | 2:20-cv-00116 |
| Hill | Beverly | 2:17-cv-13686 |
| Hubbard | Linda | 2:17-cv-12783 |
| Hunter | Linda | 2:17-cv-12787 |
| Iacopetti | Zosie | 2:17-cv-13486 |
| Isom | Barbara | 2:17-cv-12379 |
| Jones | Regina | 2:17-cv-12912 |
| Keenan | Gail | 2:17-cv-13488 |
| Kelemen | Patricia | 2:17-cv-13879 |
| Knight | Sheri | 2:17-cv-13491 |
| Lawson | Alicia | 2:20-cv-00060 |
| Legaspi | Thelma | 2:17-cv-12916 |
| Leon | Angie | 2:20-cv-00061 |
| Litke | Yumi | 2:20-cv-00117 |
| Lund | Sandra | 2:20-cv-00118 |
| Martin | Dawn | 2:17-cv-13502 |
| McCrary | Elizabeth | 2:17-cv-12919 |
| Miller | Virginia | 2:20-cv-00064 |
| Morgan | Rose | 2:17-cv-13506 |
| Perry | Mary Renee | 2:20-cv-00123 |

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Pienkowski | Kris | 2:17-cv-13884 |
| Rodriguez | Belen | 2:20-cv-00125 |
| Schlegel | Autumn | 2:20-cv-02837 |
| Schmit | Karla | 2:20-cv-00065 |
| Simon | Joan | 2:17-cv-12822 |
| Sines-Baker | Violette | 2:20-cv-00070 |
| Sousa | Mona | 2:17-cv-12547 |
| Stoops | Robin | 2:17-cv-13921 |
| Taft | Marjorie | 2:20-cv-00066 |
| Yost | Julie | 2:20-cv-00068 |
| Young | Ruby | 2:20-cv-00350 |