**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
Cases Listed on the attached Exhibit A

**ORDER REGARDING MOTION TO WITHDRAW**
**CLAIRE E. KREIDER AS COUNSELOF RECORD**

Considering the foregoing Motion to Withdraw Claire E. Kreider of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC as Counsel of Record;

IT IS HEREBY ORDERED that the Motion to Withdraw Claire E. Kreider is GRANTED. Attorney Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC are hereby withdrawn as counsel of record for the cases listed on Exhibit A. Attorney Matthew Palmer Lambert shall remain counsel of record for the cases listed on Exhibit A.

New Orleans, Louisiana, this _____ day of _____, 2023.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE