UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to all cases. | |

## CASE MANAGEMENT ORDER NO. 38
### (WAVE 1[1] REMAND PLAN)

Case Management Order No. 34 ("CMO 34") (R. Doc. 14045) identified 200 cases selected by the Court and parties for the Wave 1 remand process set forth in Case Management Order No. 33 ("CMO 33") (R. Doc. 13946). At this time, 98 cases now remain proceeding with Wave 1 remand discovery. Four (4) cases resolved after this Court ordering a bellwether mediation process for Wave 1 cases, which took place on November 29, 2022. Plaintiffs in the balance of the originally nominated cases dismissed their lawsuits, plan to dismiss them, asked to defer to Wave 2, or were ruled or agreed to be ineligible for Wave 1.

In the cases proceeding with Wave 1 discovery, CMO 33 deposition discovery is ongoing at this time and must be completed by **February 28, 2023**. While these cases will require additional factual discovery and some may present dispositive factual and legal issues on remand to their transferor courts, the mandate to coordinate pre-trial proceedings in these matters is largely complete, having been faithfully executed by this Court.

**IT IS HEREBY ORDERED** that on or before **March 7, 2023**, the parties will each provide proposed Suggestions of Remand for this Court to

---

[1] Of note, many Wave 1 cases were originally filed in this Court via direct filing pursuant to PTO No. 5 (R. Doc. 131) and are amenable to transfer under 28 U.S.C. § 1404(a), without the necessity of a remand order from the J.P.M.L.

provide to the respective district courts on remand of the applicable Wave 1 cases. The Court directs that the proposed Suggestions should be provided to Chambers in a word document and describe in relative detail the myriad important rulings entered by this Court as well as the Fifth Circuit.

**IT IS FURTHER ORDERED** that on or before **March 7, 2023**, the parties will each submit briefing to the Court outlining their overall proposals for remand priority (e.g. whether prioritizing jurisdictions and/or phasing/staggering remand is appropriate).

On or before **March 14, 2023**, if any Wave 1 plaintiff believes her case should not be remanded, she must serve a Notice of Objection to Transfer on liaison counsel, including her basis for objection.

On or before **March 17, 2023**, the parties will jointly submit to the Court a list of cases they believe have completed the discovery provided for by CMO 33 (R. Doc. 13946), and collection of core records. Any objection to transfer of the respective cases to the venue identified in Paragraph 8 of each individual plaintiff's most recently filed Short Form Complaint shall also be provided to the Court in said listing due on **March 17, 2023**. Any disputes on status should be provided to the Court in that summary chart.

**IT REMAINS ORDERED** that Co-Liaison Counsel and Sanofi shall periodically update the Court on the status of Wave 1 Remand Cases.

New Orleans, Louisiana, this 27th day of February, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**