UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO McKesson Corporation d/b/a McKesson Packaging** |
| THIS DOCUMENT RELATES TO:<br><br>Marian Bess v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc. et al | Civil Action No.:   2:17-cv-17295 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice McKesson Corporation d/b/a McKesson Packaging, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 28th day of February, 2023

/s/Rhett A. McSweeney
David M. Langevin (#329563)
Rhett A. McSweeney (#269542)
McSweeney/Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Counsel for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

| | |
|---|---|
| Dated: February 28, 2023 | */s/ Rhett A. McSweeney* <br> Rhett A. McSweeney |