UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>DEBRA WILDER<br><br>Plaintiff,<br><br>vs.<br><br>Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi- Aventis US, LLC<br><br>Defendants. | MDL NO. 2740<br><br>Section "H" (5)<br>Judge Milazzo<br>Mag. Judge North<br><br><br>Civil Action No. 2:19-cv-2441 |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Debra Wilder respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Defendants and understands that Defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi-Aventis US, LLC. do not oppose this motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

DATE: February 28, 2023

Respectfully submitted,

/s/ *Christopher LoPalo*
Christopher LoPalo
NS PR LAW SERVICES LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
Phone: (787) 493-5088
Fax: (646) 843-7603
Email: Clopalo@nsprlaw.com