UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *Watson v. Sanofi US Services Inc. f/k/a Sanofi Aventis U.S. Inc. et al* | JUDGE MILAZZO MAG. JUDGE NORTH |
| Plaintiff Name: Sureta Watson Civil Action No.: 2:18-cv-5814 | |

MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT

Plaintiff Sureta Watson by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on June 11, 2018 , naming Defendants Sanofi US Services, Inc. ("Sanofi"), Sandoz Inc. ("Sandoz"), and Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc. (collectively, "Hospira"), Sun Pharma Global FZE ("Sun Pharma Global, FZE"), Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd. ("Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd."), Accord Healthcare, Inc. based upon initial medical records provided by the Plaintiff's infusion facility. Thereafter, Plaintiff obtained additional medical records from

Plaintiff's infusion facility, which records Plaintiff alleges show she was infused with docetaxel sold by Sagent Pharmaceuticals, agent Pharmaceuticals, Inc., c/o Illinois Corporation Service company 801 Adlai Stevenson Drive Springfield, IL 62703

Consequently, Plaintiff seeks leave to amend her complaint to name Sagent Pharmaceuticals as a defendant in addition to Sanofi, Sandoz, Accord, and Hospira. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and there is no opposition to this motion, with the understanding and agreement that Defendants do not concede and reserve the right to contest all averments contained in this unopposed motion for leave to amend and that Defendants do not waive any defenses, including but not limited to defenses based on jurisdiction, statute of limitations, and the applicability of FRCP 15(c) by agreeing to not contest this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated: February 28, 2023                                               Respectfully submitted,


                                                                       By: /s/ Danae N. Benton
                                                                       Danae N. Benton
                                                                       Texas Bar No. 24080422
                                                                       dbenton@ntrial.com
                                                                       Nachawati Law Group, PLLC
                                                                       5489 Blair Road
                                                                       Dallas, Texas 75231
                                                                       Tel. (214) 890-0711
                                                                       Fax (214) 890-0712
                                                                       **ATTORNEY FOR**
                                                                       **PLAINTIFF Sureta Watson**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed and served on February 28, 2023, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                 */s/ Danae N. Benton*
                                                 Danae N. Benton