UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This document applies to:**<br>*Pollard v. Sanofi US Service Inc., et al* | Case No.: 2:21-cv-00021 |

**MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Plaintiff Terry Pollard, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on January 07, 2021, naming Defendants Sanofi US Services, Inc. ("Sanofi"), Sandoz Inc. ("Sandoz"), and Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. and Hospira, Inc. (collectively, "Hospira") based upon initial medical records provided by the Plaintiff's infusion facility. Thereafter, Plaintiff obtained additional medical records from Plaintiff's infusion facility showing that Plaintiff was infused with docetaxel manufactured by Accord Healthcare, Inc. ("Accord"). Consequently, Plaintiff seeks leave to amend her complaint to name Accord as a defendant in addition to Sanofi, Sandoz, and Hospira. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and PTO 37A, Plaintiff has conferred with defense counsel, who expressed opposition to amending without appropriate product identification. Plaintiff has produced product identification for the newly identified Accord defendant. All defendants, in which no product identification is available, will be dismissed per agreement.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to

file Plaintiff's proposed Amended Short Form Complaint.

Dated: February 28, 2023

Respectfully submitted,

By: */s/ Danae N. Benton*
Danae N. Benton
Texas Bar No. 24080422
dbenton@ntrial.com
**Nachawati Law Group**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFF
TERRY POLLARD**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on February 28, 2023, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Danae N. Benton*
Danae N. Benton

2