# Exhibit C - CMO 12A Product ID Deficiencies

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 1 | Allan Berger & Assoc. | Dillard Singleton, Wonza | 17-cv-04891 | Lack of CMO-12A Product Identification |
| 2 | Allan Berger & Assoc. | Smith, Cuedette | 17-cv-04707 | Lack of CMO-12A Product Identification |
| 3 | Atkins & Markoff | Colton, Gloria | 17-cv-14235 | Lack of CMO-12A Product Identification |
| 4 | Atkins & Markoff | Patterson, Lakeesha | 18-cv-12581 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 5 | Atkins & Markoff | Vermilyer, Diana | 17-cv-15110 | Lack of CMO-12A Product Identification |
| 6 | Atkins & Markoff | Whittaker, Kim | 17-cv-15171 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 7 | Atkins & Markoff | Whitted, Patricia | 18-cv-12629 | Lack of CMO-12A Product Identification |
| 8 | Bachus & Schanker | Baker, Cathy | 16-cv-17154 | Lack of CMO-12A Product Identification |
| 9 | Bachus & Schanker | Barbour, Lanette | 18-cv-11545 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 10 | Bachus & Schanker | Bellmore, Annette | 17-cv-10105 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 11 | Bachus & Schanker | Bias, Sheila | 16-cv-17171 | Lack of CMO-12A Product Identification |
| 12 | Bachus & Schanker | Bibbs, Elizabeth | 19-cv-13254 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 13 | Bachus & Schanker | Bryant, Mildred | 19-cv-12440 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 14 | Bachus & Schanker | Burton-Crawford, Cynthia | 17-cv-16948 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 15 | Bachus & Schanker | Collins, Thelmira | 18-cv-01918 | Dr. Reddy PID - Dismiss all defendants |
| 16 | Bachus & Schanker | Crawford, Gwendolyn | 16-cv-17151 | Rollover from 5/2/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 17 | Bachus & Schanker | Day, Velma Louise | 17-cv-05627 | Lack of CMO-12A Product Identification |
| 18 | Bachus & Schanker | Griffin, Angela | 17-cv-11806 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 19 | Bachus & Schanker | Guthrie, Gisele | 17-cv-17709 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 20 | Bachus & Schanker | Holloway, Yolanda | 17-cv-16987 | Lack of CMO-12A Product Identification |
| 21 | Bachus & Schanker | Jefferson, Charlotte | 17-cv-00756 | Rollover from 5/2/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 22 | Bachus & Schanker | Kelley, Regina | 19-cv-02492 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 23 | Bachus & Schanker | Kirby, Linda | 17-cv-16984 | Lack of CMO-12A Product Identification |
| 24 | Bachus & Schanker | Koziol, Renee | 19-cv-12453 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 25 | Bachus & Schanker | Livingood, Sherry | 17-cv-17038 | Lack of CMO-12A Product Identification |
| 26 | Bachus & Schanker | Mahood, Eleanor | 18-cv-02266 | Lack of CMO-12A Product Identification |
| 27 | Bachus & Schanker | Miller, Astrida | 17-cv-16393 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 28 | Bachus & Schanker | Omofoma, Nkechi | 18-cv-12602 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 29 | Bachus & Schanker | Pena, Azalia | 17-cv-16258 | Lack of CMO-12A Product Identification |
| 30 | Bachus & Schanker | Perkins, Pamela | 19-cv-02707 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 31 | Bachus & Schanker | Phillips, Gail | 19-cv-09921 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 32 | Bachus & Schanker | Ragland, Patsy | 19-cv-12540 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 33 | Bachus & Schanker | Reyes, Anna Marie | 19-cv-13495 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 34 | Bachus & Schanker | Rhodes, Elizabeth | 18-cv-02942 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 35 | Bachus & Schanker | Robinson, Patricia | 20-cv-01887 | Lack of CMO-12A Product Identification |
| 36 | Bachus & Schanker | Rogers, Frances E. | 18-cv-02285 | Lack of CMO-12A Product Identification |
| 37 | Bachus & Schanker | Rupert, Carrie | 17-cv-17993 | Lack of CMO-12A Product Identification |
| 38 | Bachus & Schanker | Smith, Marian | 19-cv-03290 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 39 | Bachus & Schanker | Waiters, India | 19-cv-13984 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 40 | Bachus & Schanker | Weitzel, Linda | 17-cv-10559 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 41 | Bachus & Schanker | Wilson, Mevilyn | 18-cv-01529 | Lack of CMO-12A Product Identification |
| 42 | Berezofsky Law Group | Cheehan, Kathryn | 18-cv-01848 | Lack of CMO-12A Product Identification |
| 43 | Brent Coon & Associates | Daniels, Aquaquenetta | 17-cv-11152 | Lack of CMO-12A Product Identification |
| 44 | Brent Coon & Associates | Henegan, Charlotte | 17-cv-16733 | Lack of CMO-12A Product Identification |
| 45 | Carey Danis & Lowe | Smith-Jackson, Valerie | 18-cv-13389 | Lack of CMO-12A Product Identification |
| 46 | Davis & Crump | Casaus, Nantri | 18-cv-02860 | Winthrop PID - Dismiss remaining defendants |
| 47 | Davis & Crump | Harrington, Patsy | 18-cv-11794 | Lack of CMO-12A Product Identification |
| 48 | Diamond Law | Lee-Nunn, Connie | 17-cv-14155 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 49 | Finson Law Firm | Rooney, Donna | 20-cv-02664 | Lack of CMO-12A Product Identification |
| 50 | Fleming Nolen & Jez | Rittscher, June | 19-cv-10139 | Lack of CMO-12A Product Identification |
| 51 | Gainsburgh Benjamin | Brooks III, Robert (on behalf of Diane Brooks) | 20-cv-00109 | Sanofi PID - Dismiss remaining defendants |
| 52 | Gainsburgh Benjamin | Stoops, Robin | 17-cv-13921 | Sagent and Winthrop PID - Dismiss remaining defendants |
| 53 | Gainsburgh Benjamin | White, Geraldine | 17-cv-12548 | Lack of CMO-12A Product Identification |
| 54 | Gibbs Law Group | Hoyt, Joanne | 18-cv-02667 | Lack of CMO-12A Product Identification |
| 55 | Gibbs Law Group | Navarro, Teri | 18-cv-01846 | Lack of CMO-12A Product Identification |
| 56 | Gori Law Firm | Delprete, Sandra | 19-cv-09989 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 57 | Gori Law Firm | Ward, Sheena L. | 19-cv-12327 | Lack of CMO-12A Product Identification |
| 58 | Johnson Becker | Campbell, Valerie | 17-cv-05191 | Lack of CMO-12A Product Identification |
| 59 | Johnson Becker | Clayborn, Barbara | 17-cv-08765 | Lack of CMO-12A Product Identification |
| 60 | Johnson Becker | Harges, Benita | 20-cv-01026 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 61 | Johnson Becker | Kohlenberg, Kelly Lea | 17-cv-13959 | Lack of CMO-12A Product Identification |
| 62 | Johnson Becker | Perrotta, Cornelia | 17-cv-04794 | Lack of CMO-12A Product Identification |
| 63 | Johnson Becker | Tomasek, Arlene | 16-cv-17246 | Lack of CMO-12A Product Identification |
| 64 | Johnson Law Group | Griffin, Janis | 17-cv-10018 | Lack of CMO-12A Product Identification |
| 65 | Johnson Law Group | Tavanello, Cathy | 17-cv-07196 | Lack of CMO-12A Product Identification |
| 66 | Kagan Legal Group | Doan, Susan | 17-cv-11139 | Lack of CMO-12A Product Identification |
| 67 | Kagan Legal Group | Ross, Tammy | 18-cv-07675 | Lack of CMO-12A Product Identification |
| 68 | Lowe Law Group | Ayala, Mandi | 17-cv-08970 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 69 | Lowe Law Group | Hogan, Wanda | 16-cv-17431 | Lack of CMO-12A Product Identification |
| 70 | Lowe Law Group | McLaughlin, Leslie | 17-cv-11732 | Lack of CMO-12A Product Identification |
| 71 | Lowe Law Group | Nutt, Melody | 16-cv-17395 | Lack of CMO-12A Product Identification |
| 72 | Marc J. Bern & Partners LLP | Ceraio, Yvonne | 19-cv-10846 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 73 | Marc J. Bern & Partners LLP | Davidson, Shelia | 18-cv-04445 | Lack of CMO-12A Product Identification |
| 74 | Marc J. Bern & Partners LLP | Deaton, Davida | 18-cv-07267 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 75 | Marc J. Bern & Partners LLP | Fox, Vivian | 18-cv-14134 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 76 | Marc J. Bern & Partners LLP | Jones, Valerie | 19-cv-10778 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 77 | Marc J. Bern & Partners LLP | Minor, Viana | 19-cv-00037 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 78 | Marc J. Bern & Partners LLP | Rathgeber, Cindy | 18-cv-11917 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 79 | Marc J. Bern & Partners LLP | Ross, Janet | 18-cv-03443 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 80 | Marc J. Bern & Partners LLP | Wheeler, Mary | 19-cv-02221 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 81 | Marc J. Bern & Partners LLP | White, Shavonne | 18-cv-11228 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 82 | Milberg | Boone, Renee | 16-cv-17586 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 83 | Milberg | Haeni, Nancy | 17-cv-13435 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 84 | Milberg | Westwood, Christina | 17-cv-13925 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 85 | Morris Bart | Bantz, Sherrye | 17-cv-05915 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 86 | Morris Bart | Broussard, Tammy | 16-cv-15394 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 87 | Murray Law Firm | McDonnell, Lana | 17-cv-11669 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 88 | Nachawati Law | Bizier, Kristina | 18-cv-13603 | Lack of CMO-12A Product Identification |
| 89 | Nachawati Law | Cantrell, Donna | 19-cv-00046 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 90 | Nachawati Law | Carlisle, Michelle | 21-cv-01674 | Lack of CMO-12A Product Identification |
| 91 | Nachawati Law | Collins, Terri Sue | 21-cv-00851 | Lack of CMO-12A Product Identification |
| 92 | Nachawati Law | Laskey, Shirley | 21-cv-01644 | Lack of CMO-12A Product Identification |
| 93 | Nachawati Law | McGovern, Veronica | 21-cv-01641 | Lack of CMO-12A Product Identification |
| 94 | Nachawati Law | Mitchell, Doris | 21-cv-01301 | Lack of CMO-12A Product Identification |
| 95 | Nachawati Law | Pollard, Terry | 21-cv-00021 | Accord PID - Dismiss remaining defendants |
| 96 | Nachawati Law | Schneider, Sharon L. | 19-cv-13068 | Hospira PID - Dismiss remaining defendants |
| 97 | Nachawati Law | Simons, Patricia | 18-cv-08415 | Lack of CMO-12A Product Identification |
| 98 | Nachawati Law | Snow, Dorris J. | 18-cv-05775 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 99 | Nachawati Law | Watson, Sureta | 18-cv-05814 | Sagent PID - Dismiss remaining defendants |
| 100 | Nachawati Law | Weeks, Janet | 21-cv-00681 | Lack of CMO-12A Product Identification |
| 101 | Nachawati Law | Wray, Sheryl | 18-cv-05388 | Lack of CMO-12A Product Identification |
| 102 | Nachawati Law | Wright, Ladell | 20-cv-02621 | Sanofi PID - Dismiss remaining defendants |
| 103 | Napoli Shkolnik | Slape, Tammy | 18-cv-13905 | Lack of CMO-12A Product Identification (Dismiss Sanofi) |
| 104 | Napoli Shkolnik | Wilder, Debra | 19-cv-02441 | Rollover from 9/13/22 CMO-12A Show Cause Hearing (Dismiss Sandoz) |
| 105 | Niemeyer, Grebel & Kruse | Lackey, Tammie | 17-cv-09705 | Lack of CMO-12A Product Identification |
| 106 | Niemeyer, Grebel & Kruse | McCord, Judith | 18-cv-12773 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 107 | Niemeyer, Grebel & Kruse | Williford, Yolanda | 17-cv-10213 | Lack of CMO-12A Product Identification |
| 108 | Parker Waichman LLP | Pugsley, Michelle | 18-cv-06716 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 109 | Pendley, Baudin & Coffin | Frissora, Kathleen | 17-cv-13546 | Lack of CMO-12A Product Identification |
| 110 | Pendley, Baudin & Coffin | Grant, Sharlene | 18-cv-07658 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 111 | Pendley, Baudin & Coffin | Guyette, Dana | 17-cv-12612 | Lack of CMO-12A Product Identification |
| 112 | Pendley, Baudin & Coffin | Henderson, Cindra | 19-cv-01220 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 113 | Pendley, Baudin & Coffin | Kettles, Sharon | 17-cv-11692 | Lack of CMO-12A Product Identification |
| 114 | Pendley, Baudin & Coffin | Klann, Dionne A. | 17-cv-07366 | Lack of CMO-12A Product Identification |
| 115 | Pendley, Baudin & Coffin | McDuell, Elaine | 17-cv-07107 | Lack of CMO-12A Product Identification |
| 116 | Pendley, Baudin & Coffin | Newbold, Donna | 17-cv-00832 | Lack of CMO-12A Product Identification |
| 117 | Pendley, Baudin & Coffin | Richardson, Christa | 18-cv-08081 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 118 | Pendley, Baudin & Coffin | Spruill, Cora | 17-cv-08079 | Lack of CMO-12A Product Identification |
| 119 | Pendley, Baudin & Coffin | Washington, Deirdra | 17-cv-06903 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 120 | Pulaski Law Firm | Greendyk, Maria | 17-cv-15259 | Lack of CMO-12A Product Identification (Dismiss Hospira) |
| 121 | Reyes Brown Reilley | Awal, Gloria | 19-cv-12906 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 122 | Reyes Brown Reilley | Brown, Vilinie | 19-cv-12726 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 123 | Reyes Brown Reilley | Cosban-Ioppolo, Jennifer | 18-cv-12332 | Lack of CMO-12A Product Identification |
| 124 | Reyes Brown Reilley | Donahue, Melanie | 19-cv-12703 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 125 | Reyes Brown Reilley | Fanning, Barbara | 19-cv-12741 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 126 | Reyes Brown Reilley | Graf, Jody | 19-cv-12678 | Hospira PID - Dismiss remaining defendants |
| 127 | Reyes Brown Reilley | Horne, Nancy | 19-cv-13474 | Lack of CMO-12A Product Identification |
| 128 | Reyes Brown Reilley | Johnson, Dawn Marie | 18-cv-12873 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) (Dismiss Hospira and Sandoz) |
| 129 | Reyes Brown Reilley | Levington, Marcy | 18-cv-11437 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 130 | Reyes Brown Reilley | Lewis, Jackquelin | 19-cv-13739 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 131 | Reyes Brown Reilley | Marcos-Mendez, Ethel | 18-cv-12385 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 132 | Reyes Brown Reilley | Owens, Connie | 19-cv-12695 | Lack of CMO-12A Product Identification |
| 133 | Reyes Brown Reilley | Pastore, Alyssa | 18-cv-12137 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 134 | Reyes Brown Reilley | Rosen, Marcia | 19-cv-12698 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 135 | Reyes Brown Reilley | Salamanca, Tawnya | 18-cv-12278 | Lack of CMO-12A Product Identification |
| 136 | Reyes Brown Reilley | Street, Essie | 18-cv-12314 | Winthrop, Hospira, and Sandoz PID - Dismiss remaining defendants |
| 137 | Reyes Brown Reilley | Vincent, Victoria | 18-cv-12216 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 138 | Reyes Brown Reilley | Walker, Holleigh | 19-cv-13118 | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 139 | Reyes Brown Reilley | White, Felicia | 18-cv-12273 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 140 | Roberts & Roberts | Haynes, Carol | 18-cv-13901 | Sanofi PID - Dismiss remaining defendants |
| 141 | Roberts & Roberts | Joyner, Kathryn | 18-cv-11872 | Lack of CMO-12A Product Identification (Dismiss Hospira) |
| 142 | Rosen Harwood | Spencer, Celia | 20-cv-00045 | Lack of CMO-12A Product Identification |
| 143 | SCOTT VICKNAIR LLC | Atwell, Patricia | 20-cv-00219 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 144 | SCOTT VICKNAIR LLC | Giglio, Janice | 17-cv-11901 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 145 | Seithel Law | Meadows, Mary | 18-cv-02216 | Lack of CMO-12A Product Identification |
| 146 | Shaw Cowart | Howard, Mary | 17-cv-15677 | Lack of CMO-12A Product Identification |
| 147 | Shaw Cowart | Kuhns, Sally | 17-cv-14755 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 148 | Shaw Cowart | Moran, Joanne | 17-cv-14156 | Lack of CMO-12A Product Identification |
| 149 | Shaw Cowart | Tapp, Laura | 17-cv-15503 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 150 | SWMW Law | Maxwell, Velesta W. | 17-cv-16718 | Lack of CMO-12A Product Identification |
| 151 | Tracey & Fox | Huey, Elaine | 19-cv-04829 | Lack of CMO-12A Product Identification |
| 152 | Tracey & Fox | Wease, Suzanne | 18-cv-07959 | Lack of CMO-12A Product Identification |
| 153 | Wendt Law Firm | Botley, Linda | 17-CV-12660 | Lack of CMO-12A Product Identification |
| 154 | Whitfield Bryson & Mason LLP | Bain, Barbara | 17-cv-12749 | Lack of CMO-12A Product Identification |
| 155 | Whitfield Bryson & Mason LLP | Scott, Mary Elaine | 16-cv-17587 | Lack of CMO-12A Product Identification |
| 156 | Williams Hart Boundas Easterby, LLP | Whitted, Emma | 18-cv-00312 | Lack of CMO-12A Product Identification |
| 157 | Zoll & Kranz | Coleman, Marshell | 17-cv-13454 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 158 | Zoll & Kranz | Hartso, Lenora | 16-cv-17984 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 159 | Zoll & Kranz | Kout, Adrienne | 17-cv-13386 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 160 | Zoll & Kranz | Middleton, Crystal | 17-cv-13600 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 161 | Zoll & Kranz | Tabron, Virginia | 17-cv-01729 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 162 | Zoll & Kranz | Weathers, Willie M. | 17-cv-11631 | Case reinstated 1/6/23 per Addendum to CMO-12A |