# Exhibit D - Reinstatement Cases (Addendum to CMO-12A)

|   | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 1 | Gibbs Law Group | Welch, Sherri | 18-cv-00845 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 2 | McSweeney Langevin | Myers, Marietta | 18-cv-12712 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 3 | Niemeyer, Grebel & Kruse | Hatchett, Glenda | 17-cv-16580 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 4 | Pendley, Baudin & Coffin | Allen, Kathryn Winston | 18-cv-09295 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 5 | SCOTT VICKNAIR LLC | Ledesma, Delma | 20-cv-00215 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 6 | Zoll & Kranz | Dickerson, Elizabeth | 16-cv-16776 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 7 | Zoll & Kranz | Pineda, Dianne | 17-cv-13755 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 8 | Zoll & Kranz | Thomas, Cynthia | 17-cv-01732 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 9 | Zoll & Kranz | Ward, Sharron | 17-cv-13986 | PL seeks to reinstate pursuant to Addendum to CMO-12A |