UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Renee M. Boone, Plaintiff, vs. Sanofi S.A., et al. Defendants. Civil Case No.: 2:16-cv-17586 | : : : : : : : : : : : : : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc.. Each party to bear their own costs.

Plaintiff will continue her case against Defendant Sandoz, Inc. based upon the product identification received.

This the 1st day of March, 2023.

                                          Milberg Coleman Bryson Phillips Grossman, PLLC

                                          */s/ Daniel K. Bryson*
                                          Daniel K. Bryson
                                          N.C. Bar No. 15781
                                          J. Hunter Bryson

N.C. State Bar No.: 5060
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 1st day of March, 2023.

                                            MILBERG COLEMAN BRYSON
                                            PHILLIPS GROSSMAN, PLLC

                                            */s/ Daniel K. Bryson*
                                            Daniel K. Bryson
                                            N.C. State Bar No.: 15781
                                            J. Hunter Bryson
                                            N.C. State Bar No.: 50602
                                            PO Box 12638
                                            Raleigh, NC 27605
                                            Phone: 919-600-5000
                                            Facsimile: 919-600-5035
                                            Email: dbryson@milberg.com
                                            Email: hbryson@milberg.com

                                            *Attorneys for Plaintiff*