UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

### 505(b)(2) DEFENDANTS' MOTION TO REPLACE SETTLEMENT COUNSEL FOR SANDOZ INC. AND CHAIRPERSON OF THE 505(b)(2) DEFENDANTS' <u>SETTLEMENT COMMITTEE</u>

Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., Pfizer Inc., Accord Healthcare, Inc., Sandoz Inc., McKesson Corporation d/b/a McKesson Packaging Service, Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd. and Actavis Pharma, Inc. ("the 505(b)(2) Defendants"), respectfully request that this Court allow the following changes to the 505(b)(2) Settlement Committee, as initially appointed by this Court in Pretrial Order No. 44 (Rec. Doc. No. 371):

1.  Sandoz Inc. ("Sandoz") seeks to replace its current representative, Russell "Chip" Gaudreau, Esq., with Evan C. Holden, Esq. of Greenberg Traurig, LLP. The primary reasons for this replacement are Mr. Gaudreau's departure from Greenberg Traurig, LLP, which is national counsel for Sandoz.

2.  The 505(b)(2) Defendants request that Mr. Holden assume Mr. Gaudreau's role as Chairperson of the 505(b)(2) Settlement Committee. All other members of the 505(b)(2) Settlement Committee will remain in place.

Mr. Holden's application for position on the 505(b)(2) Settlement Committee has been provided today to the Court for its consideration via electronic transmission.

WHEREFORE, the 505(b)(2) Defendants pray that the Court allow the requested changes to the 505(b)(2) Settlement Committee.

Respectfully Submitted:

| | |
|---|---|
| /s/ Lori G. Cohen<br>Lori G. Cohen<br>R. Clifton Merrell<br>Evan C. Holden<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305<br>Telephone:  678-553-2100<br>Facsimile:  678-553-2100<br>cohenl@gtlaw.com<br>merrellc@gtlaw.com<br>holdene@gtlaw.com | *Counsel for Defendant Sandoz Inc.* |
| /s/ Julie A. Callsen<br>Julie A. Callsen<br>Brenda Sweet<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH 44113-7213<br>Telephone:  216-592-5000<br>Facsimile:  216-592-5009<br>julie.callsen@tuckerellis.com<br>brenda.sweet@tuckerellis.com | *Counsel for Defendant Accord Healthcare, Inc.* |
| /s/ Heidi K. Hubbard<br>Heidi K. Hubbard<br>Richmond T. Moore<br>Neelum J. Wadhwani<br>WILLIAMS & CONNOLLY, LLP<br>800 Maine Avenue, S.W.<br>Washington, DC 20024<br>Telephone:  202-434-5000<br>hhubbard@wc.com<br>rmoore@wc.com | *Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.* |

nwadhwani@wc.com

| | |
|---|---|
| /s/ John F. Olinde<br>John F. Olinde (Bar No. 1515)<br>Peter J. Rotolo (Bar No. 21848)<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Telephone:  504-858-7000<br>Facsimile:  504-585-7075<br>olinde@chaffe.com<br>rotolo@chafe.com | *Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.* |
| /s/ Erin M. Bosman<br>Erin M. Bosman<br>Julie Y. Park<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Dr.<br>San Diego, CA 92130-2040<br>Telephone:  858-720-5100<br>Facsimile:  858-720-5125<br>ebosman@mofo.com<br>juliepark@mofo.com | *Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service* |
| /s/ Geoffrey M. Coan<br>Geoffrey M. Coan<br>HINSHAW & CULBERTSON LLP<br>28 State Street<br>Boston, MA 02109<br>Telephone:  617-213-7000<br>Facsimile:  617-213-7001<br>gcoan@hinshawlaw.com | *Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.* |
| /s/ Michael J. Suffern<br>Michael J. Suffern<br>ULMER & BERNE LLP<br>600 Vine Street, Suite 2800<br>Cincinnati, OH 45202<br>Telephone:  513-698-5064<br>Facsimile:  513-698-5065<br>msuffern@ulmer.com | *Counsel for Defendant Actavis Pharma, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 1, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                            */s/ Lori G. Cohen*
                                            Lori G. Cohen