UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Terry Pollard, 21-21 | ) ) | |

### ORDER

Before the Court is an unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 15577);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion (Doc. 15577-1) in the member case.

New Orleans, Louisiana, this 1st day of March, 2023.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**