## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCT LIABILITY LITIGATION | : | |
| | : | SECTION "N' (5) |
| | : | |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| | : | **NOTICE OF PARTIAL DISMISSAL** |
| | : | **WITH PREJUDICE AS TO** |
| | : | **McKESSON CORPORATION d/b/a** |
| | : | **McKESSON PACKAGING** |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | **CIVIL Action No.:** 2:18-cv-13003 |
| GERALDINE BARBER, et al. vs. SANOFI US | : | |
| SERVICES, INC. F/K/A/ SANOFI-AVENTIS | : | |
| U.S. INC., et al. | : | |
| _____ | : | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice McKesson Corporation d/b/a McKesson Packaging, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 2nd day of March, 2023

*/s/ M. Elizabeth Graham*
M. Elizabeth Graham (CA. No. 143805
Grant & Eisenhofer, P.A.
123 Justison Street
Wilmington, DE  19801
Tel: (302) 622-7000
Fax: (302) 622-7100
Email: agraham@gelaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: March 2, 2023                          */s/* M. Elizabeth Graham
                                              M. Elizabeth Graham