# IN THE UNITED STATES DISTRICT COURT FOR
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: )<br>)<br>TAXOTERE (DOCETAXEL) PRODUCTS )<br>LIABILITY LITIGATION )<br>)<br>)<br>)<br>**This Document Relates To:** )<br>)<br>*Doris Brown v. Sanofi-Aventis U.S., Inc, et al* )<br> Case No.: 2:16-cv-16240 )<br>) | **MDL No. 2740**<br><br>Section "H" (5)<br><br>**JUDGE MILAZZO**<br>**MAG. JUDGE NORTH** |

## NOTICE AND SUGGESTION OF DEATH

Plaintiff's counsel, Betsy Barnes, Esq., pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby gives notice in the above-referenced action of the death of plaintiff Doris Brown ("plaintiff"). On information and belief, plaintiff passed away on October 25, 2018, in Baton Rouge, Louisiana.

Dated:   March 2, 2023

                                           **Respectfully submitted,**
                                           **MORRIS BART, LLC**

                                           */s/ Betsy J. Barnes*
                                           Betsy J. Barnes LA Bar 19473
                                           John C. Enochs LA Bar 22774
                                           601 Poydras Street, 24th Floor
                                           New Orleans, LA 70130
                                           Telephone: (504) 262-9953
                                           Facsimile: (833) 277-4214
                                           bbarnes@morrisbart.com
                                           jenochs@morrisbart.com
                                           **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2023, a true and correct copy of the foregoing **NOTICE AND SUGGESTION OF DEATH** filed on behalf of Doris Brown served upon the Clerk of the Court using the CM/ECF system which forwarded this Notice all counsel of record registered to receive service in this MDL.

By: /s/ *Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**