IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | )<br>) |
| **TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | )<br>) MDL No. 2740<br>)<br>) |
| | ) Section "H" (5)<br>) |
| **This Document Relates To:** | )<br>) |
| *Doris Brown v. Sanofi-Aventis U.S., Inc, et al*<br>Case No.: 2:16-cv-16240 | ) **JUDGE MILAZZO**<br>) **MAG. JUDGE NORTH**<br>)<br>) |

## **DECLARATION**

I, Betsy J. Barnes, have attempted to reach Nicole Franklin, my client and legal heir of Doris Brown, on the following dates: 5/29/2019, 5/30/2019, 6/18/2019, 8/20/2019, 10/7/2019, 11/25/2019, 12/31/2019, 3/24/2020, 5/19/2020, 6/9/2020, 7/27/2020, 8/12/2020, 9/17/2020, 10/28/2020, 12/29/2020, 2/18/2021, 3/19/2021, 4/30/2021, 6/30/2021, 8/9/2021, 10/29/2021, 12/2/2021, 1/26/2022, 2/11/2022, 3/25/2022, 5/25/2022, 7/6/2022, 11/3/2022, and 2/22/2023 by telephone and U.S. Mail. My client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: March 2, 2023

                                            **Respectfully submitted,**
                                            **MORRIS BART, LLC**

*/s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2023, a true and correct copy of the foregoing **DECLARATION** filed on behalf of Doris Brown served upon the Clerk of the Court using the CM/ECF system which forwarded this Notice all counsel of record registered to receive service in this MDL.

By: */s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**