UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

### ORDER

Before the Court is the 505(b)(2) Defendants' Motion to Replace Settlement Committee Counsel for Sandoz, Inc. and Chairperson for the 505(b)(2) Defendants' Settlement Committee (Doc. 15585);

**IT IS ORDERED** that the Motion is **GRANTED**, and Sandoz, Inc.'s current representative on the 505(b)(2) Settlement Committee, Russell "Chip" Gaudreau, is hereby replaced by Evan C. Holden of the firm Greenberg Traurig, LLP.

**IT IS FURTHER ORDERED** that Evan C. Holden shall assume Russell "Chip" Gaudreau's role as Chairperson of the 505(b)(2) Settlement Committee.

New Orleans, Louisiana, this 3rd day of March, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE