UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                             SECTION "H" (5)

THIS DOCUMENT RELATES TO
Maria Revolorio, Case No. 2:18-cv-02858

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiff's Motion is GRANTED, and that the Plaintiff may file the Amended Complaint attached to her Motion.

This ____ day of _____, 2023, New Orleans, Louisiana.

_____
The Hon. Jane T. Milazzo