UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| Pamela Hubbard-Nickens, <br><br>**Plaintiff,**<br><br>v.<br><br>Sanofi-Aventis US Services Inc. f/k/a Sanofi-Aventis U.S., Inc. et al<br><br>**Defendants.** | SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE AND SUGGESTION OF DEATH<br><br>Civil Action No.: 2:17-cv-16960 |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Pamela Hubbard-Nickens.

Dated: March 7, 2023

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
      filing@westrikeback.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: March 7, 2023                                            */s/ Rhett A. McSweeney*_____ _____
                                                                             Rhett A. McSweeney (MN Bar # 269542)
                                                                             McSweeney Langevin
                                                                             2116 2nd Avenue South
                                                                             Minneapolis, Minnesota 55404
                                                                             Phone: (612) 746-4646
                                                                             Email: ram@westrikeback.com
                                                                                          filing@westrikeback.com
                                                                             **Attorney for Plaintiff**