UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| Pamela Hubbard-Nickens, | SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| **Plaintiff,** | |
| v. | |
| Sanofi-Aventis US Services Inc. f/k/a Sanofi-Aventis U.S., Inc. et al | NOTICE AND SUGGESTION OF DEATH |
| **Defendants.** | Civil Action No.: 2:17-cv-16960 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Pamela Hubbard-Nickens, and files this motion to substitute her surviving next of kin Dequanna Shenese Hubbard, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Pamela Hubbard-Nickens, filed the present action in the United States District Court for the Eastern District of Louisiana on December 11, 2017.

2. Plaintiff Pamela Hubbard-Nickens died on January 1, 2021.

3. On March 7, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 15646. Plaintiff's counsel recently learned of the death of Ms. Hubbard-Nickens, after filing the lawsuit.

4. Dequanna Shenese is the daughter, surviving next of kin, and the proper party plaintiff to substitute for Plaintiff-decedent Pamela Hubbard-Nickens and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is

not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Dequanna Shenese Hubbard as the proper party plaintiff in this action.

Respectfully submitted March 7, 2023

/s/ Rhett A. McSweeney_____
Rhett A. McSweeney (MN Bar # 269542)
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646
Email: ram@westrikeback.com
filing@westrikeback.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 7, 2023                                */s/ Rhett A. McSweeney*_____
                                                                   Rhett A. McSweeney