# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| Pamela Hubbard-Nickens, | SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| **Plaintiff,** | |
| v. | |
| Sanofi-Aventis US Services Inc. f/k/a Sanofi-Aventis U.S., Inc. et al | NOTICE AND SUGGESTION OF DEATH |
| **Defendants.** | Civil Action No.: 2:17-cv-16960 |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Dequanna Shenese Hubbard, on behalf of the Estate of Pamela Hubbard-Nickens, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane Triche Milazzo