UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Carlisle v. Sanofi US Services Inc. et al | |
| Civil Action No.: 2:21-cv-1674 | |

**STATEMENT OF PLAINTIFF'S COUNSEL**

    I represent Michelle Carlisle whose case is on a Notice of Non-Compliance to be heard by the Court on March 14, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated this 7th day of March 2023.

                                                                         Respectfully submitted,

                                                                         By: /s/ Danae N. Benton
                                                                         Danae N. Benton
                                                                         Texas Bar No. 24080422
                                                                         dbenton@ntrial.com
                                                                         Nachawati Law Group, PLLC
                                                                         5489 Blair Road
                                                                         Dallas, Texas 75231
                                                                         Tel. (214) 890-0711
                                                                         Fax (214) 890-0712

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was filed and served on March 7, 2023, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                    */s/ Danae N. Benton*
                                                    Danae N. Benton