UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES ON EXHIBITS A AND B | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |

**STIPULATION REGARDING ROLLOVER OF CERTAIN CASES SUBJECT TO MARCH 14, 2023 ORDER TO SHOW CAUSE HEARING**

The parties hereby stipulate that as to cases listed on Exhibit A for failure to comply with Amended PTO 22,[1] they are in the process of meeting and conferring as to the deficiencies noticed and agree to roll these cases over to the next show cause hearing, or a date agreed to by the parties.

The parties further stipulate that as to cases listed on Exhibit B for failure to obtain Product Identification information consistent with CMO 12A and the Addendum to CMO 12A entered on December 6, 2022,[2] consistent with meet and confers being conducted by the parties, Plaintiffs have advised they are in the process of obtaining additional Product Identification evidence and therefore, the parties agree to roll these cases over to the next show cause hearing, or a date agreed to by the parties.

Dated: March 8, 2023

[1] The cases listed in this Stipulation as Exhibit A were included in the Exhibits A and B to the Notice of Non-Compliance filed on February 28, 2023.

[2] The cases listed in this Stipulation as Exhibit B were included in the Exhibits C and D to the Notice of Non-Compliance filed on February 28, 2023.

Respectfully submitted,

*/s/ M. Palmer Lambert*
M. Palmer Lambert (Bar No. 33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, LA 70163
Telephone: 504-355-0086
Facsimile: 504-355-0089
plambert@pbclawfirm.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Dawn M. Barrios*
Dawn M. Barrios (Bar No. 2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

*Sanofi Defendants' Liaison Counsel*

*/s/ John F. Olinde*
John F. Olinde (Bar No. 1515)
CHAFFEE MCCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-585-7000
Facsimile: 504-585-7075
olinde@chaffee.com

*505(b)(2) Defendants' Liaison Counsel*

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

# Exhibit A

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 1 | Allan Berger & Associates | Diggs, Mollie | 16-cv-14524 | PFS Not Substantially Complete - Digital 'before' photos lack metadata |
| 2 | Allan Berger & Associates | Smith, Cuedette | 17-cv-04707 | PFS Not Substantially Complete - Digital before photos lack metadata; Plaintiff appears to be wearing wigs in all 'before' photos; Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality |
| 3 | Allen & Nolte, PLLC | Gilbert, Carolyn | 18-cv-12219 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality |
| 4 | Allen & Nolte, PLLC | Mcdaniel, Debra | 18-cv-12862 | PFS Not Substantially Complete - Digital before photo lacks metadata |
| 5 | Bachus & Schanker, LLC | Abdul Mumin, Sarah | 17-cv-11527 | PFS Not Substantially Complete - Digital 'before' photos lack metadata |
| 6 | Bachus & Schanker, LLC | Andrus, Barbara | 19-cv-13519 | PFS Not Substantially Complete - Digital 'before' photos lack metadata; Plaintiff admits to having responsive social media but failed to submit to Centrality |
| 7 | Bachus & Schanker, LLC | Burns, Carrie | 19-cv-11973 | Plaintiff admits to having responsive social media but failed to submit to Centrality |
| 8 | Bachus & Schanker, LLC | Cummings, Bernice | 17-cv-09815 | PFS Not Substantially Complete - No Proof of Use |
| 9 | Bachus & Schanker, LLC | Daily, Juanita | 17-cv-11339 | PFS Not Substantially Complete - No "after" photos |
| 10 | Bachus & Schanker, LLC | Davis, Ruby | 19-cv-10918 | PFS Not Substantially Complete - Digital before photos lack metadata; Plaintiff appears to be wearing wigs in before photos |
| 11 | Bachus & Schanker, LLC | Dials, Ernestine | 19-cv-13769 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 12 | Bachus & Schanker, LLC | Edwards, Debra | 17-cv-09282 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality |
| 13 | Bachus & Schanker, LLC | Gaither, Bobbie | 18-cv-10838 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted; Failed to provide information in the PFS for other cancer treatment |
| 14 | Bachus & Schanker, LLC | Garcia, Jeannette | 19-cv-12778 | Plaintiff admits to having responsive social media but failed to submit to Centrality |
| 15 | Bachus & Schanker, LLC | Gaston, Mary | 17-cv-07121 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; Authorizations (fraudulent witness signatures) |
| 16 | Bachus & Schanker, LLC | Grace, Tamika | 16-cv-17050 | Authorizations (Insurance authorization is not witnessed) |
| 17 | Bachus & Schanker, LLC | Graves, Diana | 18-cv-11901 | PFS Not Substantially Complete - No Proof of Use |
| 18 | Bachus & Schanker, LLC | Green, Arlene | 17-cv-10107 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS |
| 19 | Bachus & Schanker, LLC | Hayner, Linda | 18-cv-12481 | No Amended PFS; PFS Not Substantially Complete - Digital 'before' photo lacks metadata |
| 20 | Bachus & Schanker, LLC | Hernandez, Faith | 18-cv-13427 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; Plaintiff failed to provide information for second cancer diagnosis/treatment |
| 21 | Bachus & Schanker, LLC | Holloway, Marilyn | 18-cv-12516 | No Amended PFS |
| 22 | Bachus & Schanker, LLC | Jones, Lisa | 18-cv-12256 | No Amended PFS |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 23 | Bachus & Schanker, LLC | Justice, Kristy | 16-cv-17186 | PFS Not Substantially Complete - Digital 'before' photo lacks metadata |
| 24 | Bachus & Schanker, LLC | Knight, Mary | 18-cv-12479 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 |
| 25 | Bachus & Schanker, LLC | Labrot, Deane | 17-cv-18007 | Authorizations (Signed by improper party - Plaintiff deceased and no Motion to Substitute of Party filed) |
| 26 | Bachus & Schanker, LLC | Mann, Riveria | 17-cv-07802 | Plaintiff admits to having responsive social media but failed to submit to Centrality |
| 27 | Bachus & Schanker, LLC | Mckinley, Annette | 18-cv-11909 | PFS Not Substantially Complete - Only before photo is from before first and second chemotherapy; need photos after first and second chemotherapy but before Taxotere; Plaintiff admits to having responsive social media but failed to submit to Centrality; |
| 28 | Bachus & Schanker, LLC | Melancon, Elizabeth | 18-cv-12502 | No Amended PFS; PFS indicates that Plaintiff posted to social media but no ESI submitted to Centrality |
| 29 | Bachus & Schanker, LLC | Mercado, Baranaca | 17-cv-17708 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; PFS Not Substantially Complete - No before photos (only before photo extremely blurry); No Amended PFS |
| 30 | Bachus & Schanker, LLC | Mickens, Ernestine | 18-cv-12277 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 |
| 31 | Bachus & Schanker, LLC | Miles, Queen | 17-cv-09612 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality |
| 32 | Bachus & Schanker, LLC | Moore, Sheryl | 17-cv-10331 | PFS Not Substantially Complete - Digital 'before' photos lack metadata |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 33 | Bachus & Schanker, LLC | Murrin, Joanne | 19-cv-13564 | PFS Not Substantially Complete - Digital 'before' photo lacks metadata |
| 34 | Bachus & Schanker, LLC | Nebiett, Deconda | 17-cv-08329 | PFS Not Substantially Complete - Digital before photo lacks metadata; Plaintiff appears to be wearing a wig in only before photo from within 5 years of treatment |
| 35 | Bachus & Schanker, LLC | Olah, Nancy | 20-cv-00313 | Plaintiff admits to having responsive social media but failed to submit to Centrality; No Amended PFS |
| 36 | Bachus & Schanker, LLC | Perez, Vera | 18-cv-11885 | Shell PFS; |
| 37 | Bachus & Schanker, LLC | Peterson, Claudia | 18-cv-12282 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 |
| 38 | Bachus & Schanker, LLC | Ray, Gail | 17-cv-17710 | PFS Not Substantially Complete - Digital before photos lack metadata |
| 39 | Bachus & Schanker, LLC | Seabrooks, Valerie | 17-cv-07877 | PFS Not Substantially Complete - Digital 'before' photo lacks metadata |
| 40 | Bachus & Schanker, LLC | Sheard, Lisa | 17-cv-10657 | PFS Not Substantially Complete - Plaintiff failed to provide information for other cancer diagnosis/treatment |
| 41 | Bachus & Schanker, LLC | Stephens, Teresa | 17-cv-07838 | Plaintiff admits to having responsive social media but failed to submit to Centrality; PFS Not Substantially Complete - Digital before photos lack metadata |
| 42 | Bachus & Schanker, LLC | Stevenson, Chanelle | 19-cv-13437 | PFS Not Substantially Complete - Digital before photos lack metadata |
| 43 | Bachus & Schanker, LLC | Stone, Georgia | 19-cv-10919 | Plaintiff admits to having responsive social media but failed to submit to Centrality; PFS Not Substantially Complete - Digital before photos lack metadata |
| 44 | Bachus & Schanker, LLC | Strong, Tammy | 18-cv-13532 | Shell PFS |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 45 | Bachus & Schanker, LLC | Taylor, Barbara | 18-cv-13495 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 |
| 46 | Bachus & Schanker, LLC | Thompson, Susan | 18-cv-11891 | Plaintiff admits to having responsive social media but failed to submit to Centrality |
| 47 | Bachus & Schanker, LLC | Torres, Lisa | 18-cv-00649 | Plaintiff admits to having responsive social media but failed to submit to Centrality |
| 48 | Bachus & Schanker, LLC | Weinhoffer, Katalin | 18-cv-02427 | PFS Not Substantially Complete - No Proof of Use |
| 49 | Bachus & Schanker, LLC | Williams, Jennietta | 17-cv-11458 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality; PFS Not Substantially Complete - Only before photo is ID without issuance date |
| 50 | Bachus & Schanker, LLC | Williams, Linda | 18-cv-13433 | Plaintiff failed to answer whether she posted to social media, emailed, etc.; need answer to PFS question II.18 |
| 51 | Davis & Crump, P. C. | Elam, Yvette | 19-cv-00806 | PFS Not Substantially Complete - Digital before photo lacks metadata; Only after photo doesn't really show scalp |
| 52 | Davis & Crump, P. C. | Obrien, Teresa | 18-cv-05478 | No Amended PFS; PFS Not Substantially Complete - Digital before photos lack metadata |
| 53 | Fears \| Nachawati | Bush, Linda | 18-cv-10617 | PFS Not Substantially Complete - Digital 'before' photos lack metadata |
| 54 | Fears \| Nachawati | Costa, Maria | 19-cv-14372 | PFS Not Substantially Complete - No before photos (metadata appears to indicate that before photos were taken after chemotherapy) |
| 55 | Fears \| Nachawati | Hutchins, Virginia | 18-cv-13553 | PFS Not Substantially Complete - Digital 'before' photo lacks metadata |
| 56 | Fears \| Nachawati | Kennedy, Elizabeth | 18-cv-09628 | PFS Not Substantially Complete - Digital 'before' photos lack metadata |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 57 | Finson Law Firm | Hartford, Gwendolyn | 20-cv-00973 | PFS Not Substantially Complete - No before photos; Authorizations (Insurance authorization is not witnessed) |
| 58 | Gainsburgh Benjamin | Leon, Angie | 20-cv-00061 | PFS Not Substantially Complete - Digital 'before' photos lack metadata |
| 59 | Law Offices of A. Craig Eiland | Hendrickson, Toni | 17-cv-14577 | PFS Not Substantially Complete - No before photos |
| 60 | Law Offices of Tony Seaton & Associates, PLLC | Baldwin, Felicia | 20-cv-00848 | PFS Not Substantially Complete - Digital 'before' photos lack metadata |
| 61 | Law Offices of Tony Seaton & Associates, PLLC | Johnson, Morena | 19-cv-14684 | PFS Not Substantially Complete - Digital before photo lacks metadata; Plaintiff appears to be wearing a wig in only before photo |
| 62 | Lowe Law Group | Houston, Leslie | 18-cv-13518 | PFS Not Substantially Complete - Digital before photos lack metadata; Plaintiff appears to be wearing wigs in all 'before' photos |
| 63 | Lowe Law Group | Myers, Latonya | 17-cv-12335 | Authorizations (No psychiatric records authorization) |
| 64 | Napoli Shkolnik PLLC | Mendoza, Kimberly | 19-cv-09065 | PFS Not Substantially Complete - No before photos; No after photos; |
| 65 | Pendley, Baudin & Coffin, L.L.P. | Gentile, Margaret | 18-cv-00516 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second treatment |
| 66 | Pendley, Baudin & Coffin, L.L.P. | Hooker, Vernita | 17-cv-05973 | PFS Not Substantially Complete - Appears Plaintiff is wearing a wig in only before photo from within five years of chemotherapy |
| 67 | Pittman, Dutton & Hellums, P.C. | Thomas, Irene | 16-cv-17027 | PFS Not Substantially Complete - No before photos from within 5 years of treatment |
| 68 | Pulaski Law Firm, PLLC | Martin, Stephanie | 18-cv-13104 | PFS Not Substantially Complete - Digital before photos lack metadata |
| 69 | Reich and Binstock, LLP | Croghan, Deborah | 17-cv-17172 | Scalp biopsy indicated in PFS but no dermatology records or preservation letter submitted to Centrality |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 70 | Reich and Binstock, LLP | Gosnell, Melinda | 18-cv-08264 | Plaintiff admits to posting to social media but failed to submit copies to Centrality |
| 71 | Reich and Binstock, LLP | Hays, Patsy | 16-cv-17540 | PFS Not Substantially Complete - Photos are not dated; Digital photos lack metadata |
| 72 | Reich and Binstock, LLP | Moore, Barbara | 18-cv-06941 | PFS Not Substantially Complete - Digital before photos lack metadata |
| 73 | Reich and Binstock, LLP | Oshiro, Frances | 18-cv-00552 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality |
| 74 | Reyes\|Browne\|Reilley | Lewis, Jackquelin | 19-cv-13739 | PFS Not Substantially Complete - Digital before photos lack metadata |
| 75 | Reyes\|Browne\|Reilley | Watkins, Cheryl | 18-cv-10811 | PFS indicates that Plaintiff posted to social media/sent responsive emails but no ESI submitted to Centrality |
| 76 | Saunders & Walker PA | Payne, Paula | 19-cv-11407 | PFS Substantially Complete - Digital before photo lacks metadata; Digital in-between photo lacks metadata |
| 77 | Schmidt National Law Group | Finch, Mara | 17-cv-13780 | PFS Not Substantially Complete - Digital before photos lack metadata; Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy |
| 78 | The Simon Law Firm, P.C. | Pride, Joan | 20-cv-00662 | PFS Not Substantially Complete - No before photos from within 5 years of treatment |
| 79 | Williams Hart Boundas Easterby, LLP | Lewis, Gloria | 17-cv-11918 | PFS Not Substantially Complete - Digital before photo lacks metadata |

# Exhibit B

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 1 | Allan Berger & Assoc. | Dillard Singleton, Wonza | 17-cv-04891 | Lack of CMO-12A Product Identification |
| 2 | Allan Berger & Assoc. | Smith, Cuedette | 17-cv-04707 | Lack of CMO-12A Product Identification |
| 3 | Atkins & Markoff | Colton, Gloria | 17-cv-14235 | Lack of CMO-12A Product Identification |
| 4 | Atkins & Markoff | Vermilyer, Diana | 17-cv-15110 | Lack of CMO-12A Product Identification |
| 5 | Atkins & Markoff | Whittaker, Kim | 17-cv-15171 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 6 | Atkins & Markoff | Whitted, Patricia | 18-cv-12629 | Lack of CMO-12A Product Identification |
| 7 | Brent Coon & Associates | Daniels, Aquaquenetta | 17-cv-11152 | Lack of CMO-12A Product Identification |
| 8 | Carey Danis & Lowe | Smith-Jackson, Valerie | 18-cv-13389 | Lack of CMO-12A Product Identification |
| 9 | Davis & Crump | Casaus, Nantri | 18-cv-02860 | Winthrop PID - Dismiss remaining defendants |
| 10 | Davis & Crump | Harrington, Patsy | 18-cv-11794 | Lack of CMO-12A Product Identification |
| 11 | Finson Law Firm | Rooney, Donna | 20-cv-02664 | Lack of CMO-12A Product Identification |
| 12 | Fleming Nolen & Jez | Rittscher, June | 19-cv-10139 | Lack of CMO-12A Product Identification |
| 13 | Gainsburgh Benjamin | White, Geraldine | 17-cv-12548 | Lack of CMO-12A Product Identification |
| 14 | Gori Law Firm | Ward, Sheena L. | 19-cv-12327 | Lack of CMO-12A Product Identification |
| 15 | Johnson Becker | Campbell, Valerie | 17-cv-05191 | Lack of CMO-12A Product Identification |
| 16 | Johnson Becker | Clayborn, Barbara | 17-cv-08765 | Lack of CMO-12A Product Identification |
| 17 | Johnson Becker | Harges, Benita | 20-cv-01026 | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 18 | Johnson Becker | Perrotta, Cornelia | 17-cv-04794 | Lack of CMO-12A Product Identification |
| 19 | Johnson Becker | Tomasek, Arlene | 16-cv-17246 | Lack of CMO-12A Product Identification |
| 20 | Johnson Law Group | Griffin, Janis | 17-cv-10018 | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 21 | Johnson Law Group | Tavanello, Cathy | 17-cv-07196 | Lack of CMO-12A Product Identification |
| 22 | Milberg | Haeni, Nancy | 17-cv-13435 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 23 | Morris Bart | Bantz, Sherrye | 17-cv-05915 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 24 | Morris Bart | Broussard, Tammy | 16-cv-15394 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 25 | Nachawati Law | Cantrell, Donna | 19-cv-00046 | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 26 | Nachawati Law | Laskey, Shirley | 21-cv-01644 | Lack of CMO-12A Product Identification |
| 27 | Nachawati Law | McGovern, Veronica | 21-cv-01641 | Lack of CMO-12A Product Identification |
| 28 | Nachawati Law | Schneider, Sharon L. | 19-cv-13068 | Hospira PID - Dismiss remaining defendants |
| 29 | Nachawati Law | Weeks, Janet | 21-cv-00681 | Lack of CMO-12A Product Identification |
| 30 | Rosen Harwood | Spencer, Celia | 20-cv-00045 | Lack of CMO-12A Product Identification |
| 31 | Seithel Law | Meadows, Mary | 18-cv-02216 | Lack of CMO-12A Product Identification |
| 32 | Wendt Law Firm | Botley, Linda | 17-CV-12660 | Lack of CMO-12A Product Identification |
| 33 | Williams Hart Boundas Easterby, LLP | Whitted, Emma | 18-cv-00312 | Lack of CMO-12A Product Identification |
| 34 | Zoll & Kranz | Coleman, Marshell | 17-cv-13454 | Case reinstated 1/6/23 per Addendum to CMO-12A |
| 35 | Zoll & Kranz | Dickerson, Elizabeth | 16-cv-16776 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 36 | Zoll & Kranz | Hartso, Lenora | 16-cv-17984 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 37 | Zoll & Kranz | Kout, Adrienne | 17-cv-13386 | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 38 | Zoll & Kranz | Middleton, Crystal | 17-cv-13600 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 39 | Zoll & Kranz | Pineda, Dianne | 17-cv-13755 | PL seeks to reinstate pursuant to Addendum to CMO-12A |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 40 | Zoll & Kranz | Tabron, Virginia | 17-cv-01729 | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 41 | Zoll & Kranz | Thomas, Cynthia | 17-cv-01732 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 42 | Zoll & Kranz | Ward, Sharron | 17-cv-13986 | PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 43 | Zoll & Kranz | Weathers, Willie M. | 17-cv-11631 | Case reinstated 1/6/23 per Addendum to CMO-12A |