UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### DEFENDANTS' MOTION TO RECONSIDER AND VACATE CMO 36 AND TO STRIKE GENERAL EXPERTS' IMPROPER TESTIMONY

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully move this Court to reconsider its Order Granting the PSC's Motion to Preserve Expert Testimony and vacate CMO 36. Sanofi also requests that the Court strike Dr. Feigal and Dr. Madigan's preservation testimony that violates the limitations imposed by CMO 36.

At the PSC's request, this Court entered CMO 36 permitting "expert preservation depositions" of "general" experts for potential use at trial in transferred cases. The PSC, however, has flouted CMO 36 in the two preservation depositions taken to date. Dr. Ellen Feigal and Dr. David Madigan have offered opinions that have (1) never been properly disclosed; (2) been previously ruled inadmissible by this Court; and (3) referenced evidence this Court excluded under Rule 407. It is clear now that the PSC hopes to repackage inadmissible testimony as admissible testimony in the transferor courts under the guise of CMO 36. Such a strategy has eviscerated the perceived efficiencies of CMO 36, and it raises substantial prejudice to Sanofi in the process. As a result, Sanofi requests that the Court vacate CMO 36 and strike Dr. Feigal and Dr. Madigan's preservation testimony that violates the limitations imposed by CMO 36.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2