# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                         Civil Action No. 16-MD-2740
                         Section "H"(5)
                         New Orleans, Louisiana
                         March 8, 2022

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************

        TRANSCRIPT OF MOTION TO PRESERVE EXPERT TESTIMONY
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                 UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

                         MATTHEW PALMER LAMBERT
                         GAINSBURGH BENJAMIN DAVID MEUNIER
                         & WARSHAUER
                         1100 POYDRAS STREET
                         SUITE 2800
                         NEW ORLEANS, LA 70163

                         CHRISTOPHER COFFIN
                         PENDLEY BAUDIN & COFFIN
                         1515 POYDRAS STREET
                         NEW ORLEANS, LA 70112

                         DAVID F. MICELI
                         DAVID F. MICELI, LLC
                         P.O. BOX 2519
                         CARROLLTON, GA 30112

FOR SANOFI S.A.:
                         JON STRONGMAN
                         SHOOK, HARDY & BACON
                         1155 F STREET NW, SUITE 200
                         WASHINGTON, DC  20004




                        OFFICIAL TRANSCRIPT
                              Page 1
```

|  |  |  |
|---|---|---|
|  | **1** | **P R O C E E D I N G S** |
| 10:16:37AM | 2 | (Call to order of the court.) |
| 10:16:37AM | 3 | THE CASE MANAGER: MDL No. 16-2740, *In Re: Taxotere* |
| 10:16:37AM | 4 | *Products Liability Litigation*. |
| 10:16:48AM | 5 | MR. MICELI: Thank you. |
| 10:16:48AM | 6 | Your Honor, I learned during our little break that |
| 10:16:52AM | 7 | they are going to be -- Mr. Strongman and Ms. Callsen are |
| 10:16:56AM | 8 | going to be arguing. I will try to address, if there's |
| 10:17:00AM | 9 | anything that I need to address, anything particular to a |
| 10:17:03AM | 10 | defendant, but I don't think my arguments do, but I may ask |
| 10:17:08AM | 11 | for a little indulgence on my rebuttal because I did not know |
| 10:17:12AM | 12 | I was going to be rebutting two arguments. |
| 10:17:12AM | 13 | THE COURT: Okay. |
| 10:17:15AM | 14 | MR. MICELI: But may it please the Court, Your Honor, |
| 10:17:17AM | 15 | we are here to discuss our motion, PSC's motion, to preserve |
| 10:17:24AM | 16 | general expert testimony. And when I began preparing for |
| 10:17:27AM | 17 | this argument, I went first to the transfer order that |
| 10:17:30AM | 18 | created this MDL and I looked at the purpose for |
| 10:17:33AM | 19 | centralization, and it's to eliminate duplicative discovery, |
| 10:17:39AM | 20 | prevent inconsistent trial rulings on common issues to all |
| 10:17:41AM | 21 | plaintiffs in the MDL, and to conserve the resources of the |
| 10:17:43AM | 22 | parties, their counsel, and the judiciary, not just this |
| 10:17:48AM | 23 | court, but all judiciary. |
| 10:17:52AM | 24 | The PSC's proposal accomplishes all three of these |
| 10:17:55AM | 25 | goals. We eliminate duplicative -- preserving general |

```
10:18:02AM   1   testimony will preserve and eliminate duplicative expert
10:18:07AM   2   discovery by allowing this court to address once again and
10:18:09AM   3   once and for all the issues of the 702 challenges to our
10:18:12AM   4   general experts, no case-specific experts, only those that
10:18:17AM   5   offer general testimony on, can Docetaxel cause permanent
10:18:27AM   6   chemotherapy-induced alopecia.  It is a discrete scientific
10:18:30AM   7   question.  It's not plaintiff-specific.  It's not time
10:18:33AM   8   sensitive and the experts that testify on general cause and
10:18:35AM   9   the topics that impact upon general cause do not offer
10:18:40AM  10   case-specific opinions.
10:18:41AM  11           I know that we're going to hear about Dr. Bosserman.
10:18:45AM  12   Dr. Bosserman is the one that has sort of a dual role.  She
10:18:50AM  13   talks about generally educating a jury on breast cancer, its
10:18:54AM  14   diagnosis, all of the options, and then she did that
10:18:58AM  15   predictive modeling based upon an individual plaintiff's
10:19:03AM  16   characteristics, the objective information from their
10:19:06AM  17   records.  We are only talking about her general opinions.  We
10:19:10AM  18   would not attempt to preserve and we could not attempt to
10:19:13AM  19   preserve that predictive modeling.  That's an issue that will
10:19:17AM  20   be handled if the litigants decide to do so, if the plaintiff
10:19:22AM  21   litigant decides to do so, in the transferor court, that's an
10:19:26AM  22   issue that can be addressed on remand by the transferor court
10:19:30AM  23   judge.
10:19:30AM  24           And, subsequently, the PSC's general expert reports
10:19:34AM  25   have not --
```

|          |    |                                                              |
|---------:|---:|--------------------------------------------------------------|
| 10:24:04AM | 1  | have stated in their objection, they would have all 200 of |
| 10:24:10AM | 2  | those judges or judges that handle those 200 cases retread |
| 10:24:15AM | 3  | the same ground over and over and over again.  And it's |
| 10:24:18AM | 4  | important to remember that this question is exactly the same; |
| 10:24:23AM | 5  | does Taxotere, Docetaxel -- can it cause PCIA?  It's the same |
| 10:24:30AM | 6  | for every case.  This is a perfect ripe issue to be decided |
| 10:24:34AM | 7  | in this court.  And the efficiencies that can be gained, it's |
| 10:24:39AM | 8  | hard to challenge those. |
| 10:24:40AM | 9  |       We want to look for the most expeditious and |
| 10:24:45AM | 10 | efficient way to remand cases for trials in transferor |
| 10:24:51AM | 11 | courts.  This Court has overseen four different sets of |
| 10:24:55AM | 12 | briefing, four hearings on *Daubert* motions challenging the |
| 10:24:58AM | 13 | same experts and we've heard the same arguments time and time |
| 10:25:02AM | 14 | again.  We don't need to hear them or we don't need to see |
| 10:25:07AM | 15 | them compounded by 200 this first round and another 200 the |
| 10:25:12AM | 16 | next round.  This should be decided once and once only.  And |
| 10:25:14AM | 17 | it conserves resources for the parties, for counsel, and the |
| 10:25:18AM | 18 | judiciary. |
| 10:25:19AM | 19 |       The defendants never addressed these three-stated |
| 10:25:22AM | 20 | reasons for consolidation.  Our brief is the only -- our |
| 10:25:24AM | 21 | memorandum is the only one that addresses the fact that this |
| 10:25:26AM | 22 | is an identical issue in every case and the most efficient |
| 10:25:30AM | 23 | way to handle it is here and here only. |
| 10:25:33AM | 24 |       Importantly, the manual on complex litigation |
| 10:25:39AM | 25 | predicts this.  It endorses the use of videotaped deposition. |