# EXHIBIT D

Page 1

```
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2                 CASE NO. 2:16-cv-17039

 3

 4   ELIZABETH KAHN,                    ) VIDEOCONFERENCE
                                          VIDEOTAPED
 5                                      ) DEPOSITION OF:
                    Plaintiff,          )
 6                                      )
        v.                              ) ELLEN G.
 7                                      ) FEIGAL, M.D.
                                        )
 8   SANOFI S.A., SANOFI-AVENTIS        )
     U.S. L.L.C., SANOFI US SERVICE,    )
 9   INC., and AVENTIS-PHARMA S.A.,     )
                                        )
10                  Defendants.         )
     _____)
11

12

13           TRANSCRIPT of the stenographic notes of
14   the proceedings in the above-entitled matter, as
15   taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
16   held via Zoom videoconference from multiple
17   locations, with the witness located at 11806 Barranca
18   Road, Santa Rosa Valley, California, on Friday,
19   April 10, 2020, commencing at 10:58 a.m.
20
21
22
23
24
25
```

```
 1    can do statistical analysis on the strength of the
 2    association.  You can do a statistical test on the
 3    meta-analysis of the two randomized controlled
 4    clinical trials; and it's supported by the case
 5    reports and the pharmacovigilance information that
 6    came into the company.
 7              So all three bodies of evidence; that's
 8    what I'm doing a general causation on.  I didn't go
 9    through Bradford-Hill for all the other chemotherapy
10    agents a breast cancer patient might take.
11         Q.   I think it's implied in your last
12    answer, but I just want to make sure it's clear for
13    the record.  In reaching your conclusions about
14    whether Taxotere is capable of causing PCIA, did you
15    determine whether Adriamycin is also capable of
16    causing PCIA?
17         A.   I did not do a Bradford-Hill analysis on
18    Adriamycin.
19         Q.   In reaching your conclusion on whether
20    Taxotere is capable of causing PCIA, did you
21    determine whether cyclophosphamide is capable of
22    causing PCIA?
23         A.   I did not do a Bradford-Hill analysis on
24    cyclophosphamide.
25         Q.   In reaching your conclusions about
```