# EXHIBIT E

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4  IN RE: TAXOTERE (DOCETAXEL)    )  MDL No. 2740
5  PRODUCTS LIABILITY LITIGATION  )  Civil Case No.
6                                 )  2:17-CV-10817
7  This Document Relates to:      )
8  Wanda Stewart v. Sandoz Inc.   )
9  Civil Case No. 2:17-cv-10817   )
10 _____ )
11 IN RE: TAXOTERE (DOCETAXEL)    )
12 PRODUCTS LIABILITY LITIGATION  )
13                                )  MDL No. 2740
14 THIS DOCUMENT RELATES TO       )  Civil Case No.
15 ALICE D. HUGHES V. ACCORD      )  2:17-CV-10817
16 HEALTHCARE, INC.               )
17 _____ )
18       VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
19                  ELLEN FEIGAL, M.D.
20              Tuesday, September 1, 2020
21
22
23  Reported By:
24  SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
25  Job No. 183203

Page 141

```
 1            THE WITNESS:  There's a lot in that
 2   question and I lost you so please restate that
 3   question.
 4       Q    BY MR. INSOGNA:  Would it be an
 5   appropriate takeaway from reading your expert
 6   report to say that Adriamycin, cyclophosphamide,
 7   aromatase inhibitors or paclitaxel do not cause
 8   pCIA?
 9            MR. MICELI:  Object to the form.
10            THE WITNESS:  What you can say from my
11   report is about the causation of docetaxel/
12   Taxotere.  I'm not opining on other products that
13   aren't the topic for the litigation.
14       Q    BY MR. INSOGNA:  Okay.  So I think that
15   answered my question.  So --
16       A    Okay.
17       Q    -- you could not take away from reading
18   your report that those other medications do not
19   cause pCIA, correct?
20       A    I'm silent on that.
21            MR. MICELI:  Objection to the form.
22            THE WITNESS:  Yeah.  I mean, I'm talking
23   about risk and causal association of docetaxel/
24   Taxotere so, you know, I can't comment any further
25   than that.
```