UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL MEMORANDUM IN SUPPORT AND EXHIBITS B, C, F, AND G TO SANOFI'S MOTION TO RECONSIDER AND VACATE CMO 36 AND TO STRIKE GENERAL EXPERTS' IMPROPER TESTIMONY

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request leave of Court to file under seal their Memorandum in Support (Rec. Doc. 15673-1) and Exhibits B (Rec. Doc. 15673-3), C (Rec. Doc. 15673-4), F (Rec. Doc. 15673-7), and G (Rec. Doc. 15673-8) to their Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony (Rec. Doc. 15673).

Sanofi's Memorandum in Support of this Motion, as well as Exhibits B, C, F, and G, contain excerpts from Sanofi's cross-examinations of Drs. Ellen Feigal and David Madigan during their CMO 36 preservation depositions. CMO 36 specifically provides for sequestration of the 505(b)(2) defendants' counsel during Sanofi's cross-examination at these depositions.[1] Thus, to make Sanofi's cross-examination public now would frustrate the Court's intent in including the sequestration provision in CMO 36. For these reasons, the Memorandum in Support of this Motion and Exhibits B, C, F, and G must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D.

---

[1]  Rec. Doc. 14925 (CMO 36) at 5.

La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of CMO 36 and the applicable case law mandate that Sanofi's Memorandum in Support of its Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony, as well as Exhibits B, C, F, and G to the Motion, be sealed.

Respectfully submitted,

 /s/ *Douglas J. Moore*

| | |
|---|---|
| Douglas J. Moore (Bar No. 27706) | Harley V. Ratliff |
| **IRWIN FRITCHIE URQUHART** | Jon Strongman |
| **MOORE & DANIELS LLC** | Adrienne L. Byard |
| 400 Poydras Street, Suite 2700 | **SHOOK, HARDY & BACON L.L.P.** |
| New Orleans, LA 70130 | 2555 Grand Boulevard |
| Telephone: 504-310-2100 | Kansas City, Missouri 64108 |
| Facsimile: 504-310-2120 | Telephone: 816-474-6550 |
| dmoore@irwinllc.com | Facsimile: 816-421-5547 |
| | hratliff@shb.com |
| | jstrongman@shb.com |
| | abyard@shb.com |

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*