UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## ORDER

Considering the *Ex Parte* Motion For Leave To File Under Seal their Memorandum in Support and Exhibits B, C, F, and G to Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Sanofi's Memorandum in Support (Rec. Doc. 15673-1) and Exhibits B (Rec. Doc. 15673-3), C (Rec. Doc. 15673-4), F (Rec. Doc. 15673-7), and G (Rec. Doc. 15673-8) UNDER SEAL.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE