UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "H" (5) |
| : | |
| : | JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: : | |
| *Elaine Huey v. Sanofi U.S. Services, Inc.,* : *et al., Civil Action No. 2:19-cv-04829* | MAGISTRATE JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH
## AS TO PLAINTIFF ELAINE HUEY

Steven Huey, spouse of Elaine Huey, hereby files this Notice and Suggestion of Death and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Elaine Huey.

Dated: March 10, 2023

_____
Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.:           (713) 495-2333
Facsimile:   (866) 709-2333

*ATTORNEYS FOR THE PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 10, 2023

_____
Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.:		(713) 495-2333
Facsimile:	(866) 709-2333

*ATTORNEYS FOR THE PLAINTIFF*

2