UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC, ACTAVIS LLC F/K/A ACTAVIS INC., AND ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:17-cv-13921 |

Pursuant to CMO 12A, Plaintiff, Robin Stoops, dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Actavis LLC f/k/a Actavis Inc., and Actavis Pharma, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 10th day of March, 2023

/s/ M. Palmer Lambert
M. Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN LLP
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163

1

Tel: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED March 10, 2023                                      /s/ M. Palmer Lambert
                                                          M. Palmer Lambert