**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| This document relates to: | ) | |
| Renita Johnson, 16-15296 | ) | |
| Deborah Knoles, 17-13800 | ) | |

**ORDER FOR REINSTATEMENT OF CASES TO OBTAIN EVIDENCE**
**SET FORTH IN ADDENDUM TO CASE MANAGEMENT ORDER NO. 12A**

Plaintiffs Renita Johnson and Deborah Knoles were dismissed with prejudice on the record at the April 28, 2022 show cause hearings due to their inability to determine Product ID Information in accordance with CMO 12A. *See* Doc. 14137. Based on the agreement of the parties and pursuant to Rule 60(b) and the Addendum to Case Management Order No. 12A (Rec. Doc. 15287), **IT IS ORDERED** that Plaintiff Renita Johnson's case is reinstated as to **Defendants Sanofi and Hospira only** and Plaintiff Deborah Knoles's case is reinstated as to **Defendant Sanofi only**. Plaintiffs are subject to further orders to show cause and dismissal with prejudice should a plaintiff fail to obtain the documentation set forth in the Addendum to Case Management Order No. 12A sufficient to establish product identification in a manner consistent with the Court's prior rulings.

New Orleans, Louisiana, this 9th day of March, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**