UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases. | | |

### ORDER

Before the Court is an Ex Parte Motion for Leave to File Under Seal Memorandum in Support and Exhibits B, C, F, and G to Sanofi's Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony (Doc. 15674);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's Office is instructed to **FILE UNDER SEAL** Sanofi's Memorandum in Support (Doc. 15673-1) and Exhibits B (Doc. 15673-3), C (Doc. 15673-4), F (Doc. 15673-7), and G (Doc. 15673-8).

New Orleans, Louisiana, this 10th day of March, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE