# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC. |
| THIS DOCUMENT RELATES TO<br><br>KATHRYN JOYNER V. ACCORD HEALTHCARE, INC. | | Civil Action No.: 2:18-cv-11872 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6). Dated this 13th day of March, 2023.

        Respectfully submitted,

        ROBERTS & ROBERTS

        BY:   */s/ Justin C. Roberts*
                JUSTIN C. ROBERTS
                Texas Bar No. 24079221
                Email: justin@robertslawfirm.com
                ROBERTS & ROBERTS
                118 West Fourth Street
                Tyler, Texas 75701-4000
                Ph: (903) 597-6655
                Fax: (903) 597-1600
                ***Attorney for Plaintiff***

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 13, 2023

                                                 */s/ Justin C. Roberts*
                                                 ROBERTS & ROBERTS