# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| HOLLY HANSON, | : : | JUDGE MILAZZO |
| Plaintiffs, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| | : | Civil Action No. 2:17-cv-17938 |
| SANOFI-AVENTIS U.S. INC., et al. | : : | |
| Defendants. | : : : | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT comes Plaintiff, Holly Hanson, through counsel, and request leave to file an amended short form complaint.

Plaintiff has advised counsel for Defendants, Sanofi, of this request and understands there is no opposition to her motion or her proposed amended short form complaint.

WHEREFORE, Plaintiff prays that she be allowed leave to file the amended short form complaint attached.

Dated this 14th day of March, 2023.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:   (817) 332-9301
mike@mcgartland.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion for Leave to File Amended Short Form Complaint is agreed to by Defendant Sanofi.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2023, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland