# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| HOLLY HANSON, | : : | JUDGE MILAZZO |
| Plaintiffs, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| | : | Civil Action No. 2:17-cv-17938 |
| SANOFI-AVENTIS U.S. INC., et al. | : : | |
| Defendants. | : : | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT, having considered Plaintiff's Unopposed Motion for Leave to File Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiff's Motion is GRANTED, and that the Plaintiff may file the Amended Complaint attached to her Motion.

This ___ day of _____, 2023, New Orleans, Louisiana.

_____
The Hon. Jane T. Milazzo