UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| This document applies to: <br> *Knox, Dulce v. Sanofi US Services, Inc.; et al* | Case No.: 2:20-cv-02303 |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE MILAZZO:

Please take notice that attorney Erin M. Wood hereby appears as counsel of record for PLAINTIFF DULCE KNOX in the above-captioned matter.

Counsel respectfully requests the undersigned be added to the service list in this case, that the parties take notice of this entry of appearance, and that all notices, pleadings, correspondence, orders, documents, papers, and other materials related to this suit be copied to the undersigned counsel.

Dated: March 15, 2023

Respectfully submitted,

By: */s/ Erin M. Wood*
Erin M. Wood
Texas Bar No. 24073064
ewood@ntrial.com
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

1

ATTORNEYS FOR PLAINTIFF  
DULCE KNOX

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on March 15, 2023, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

<i>/s/ Erin M. Wood</i>  
Erin M. Wood