UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This document applies to:**<br>*Knox v. Sanofi US Service Inc., et al* | Case No.: 2:20-cv-02303 |

**MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

Plaintiff Dulce Knox, by and through counsel, files this Motion for Leave to File an Amended Short Form Complaint and, in support, would show the Court the following:

Plaintiff filed her Short Form Complaint on August 20, 2020, stating that the Eastern District of Virginia was the proper venue for remand and trial. The proper venue, however, is the United State District Court of Maryland, Northern Division, since the infusions were administered in Baltimore, Maryland, and the injury occurred in Baltimore, Maryland. Consequently, Plaintiff seeks leave to amend her complaint to name the United State District Court of Maryland, Northern Division as the proper venue in this matter. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel, and there is no opposition to this motion.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated: March 15, 2023

                                          Respectfully submitted,

By: */s/ Erin Wood*
Erin Wood
Texas Bar No. 24073064
ewood@ntrial.com
**Nachawati Law Group**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFF
DULCE KNOX**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on March 15, 2023, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

By: */s/ Erin Wood*
Erin Wood

2