# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H"<br>JUDGE TRICHE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Dulce Knox v. Sanofi US Services, Inc. et al* | : : | Case No. 2:20-cv-02303 |

# ORDER

Before the Court is Plaintiff's Unopposed Motion to Amend;

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
Honorable Jane Triche Milazzo
United States District Court Judge