UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A, attached. | ) ) ) | |

## ORDER

In accordance with this Court's February 14, 2023 Order on Deadlines for March 14, 2023 Hearing on CMO 12A Product Identification Deficiencies ("Order to Show Cause," Rec. Doc. 15521), Defendants have submitted a list of Plaintiffs whose claims are subject to dismissal due to their inability to determine Product ID Information pursuant to CMO 12A and the Addendum to CMO 12A. *See Defendants' Notice of Non-Compliance Cases Subject to March 14, 2023 Dismissal Call Docket*, February 28, 2023, Rec. Doc. 15580.

As contemplated by the Order to Show Cause (Rec. Doc. 15221), Plaintiffs listed on the attached Exhibit A notified Plaintiffs' Co-Liaison Counsel and/or Defendants' Counsel that they did not intend to appear at the Show Cause Hearing set for March 14, 2023 as Plaintiffs have been unable to obtain product identification. These Plaintiffs have adopted the general arguments urged by the PSC. Accordingly, Plaintiffs' claims listed on Exhibit A should be dismissed with prejudice pursuant to this Court's Order.

Therefore, **IT IS ORDERED** that the cases listed in the attached Exhibit A are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, on this 16th day of March, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**

|    | Plaintiff Counsel | Plaintiff Name | MDL Case No. |
|----|---|---|---|
| 1  | Atkins & Markoff | Patterson, Lakeesha | 18-cv-12581 |
| 2  | Bachus & Schanker | Barbour, Lanette | 18-cv-11545 |
| 3  | Bachus & Schanker | Bryant, Mildred | 19-cv-12440 |
| 4  | Bachus & Schanker | Guthrie, Gisele | 17-cv-17709 |
| 5  | Bachus & Schanker | Ragland, Patsy | 19-cv-12540 |
| 6  | Bachus & Schanker | Weitzel, Linda | 17-cv-10559 |
| 7  | Bachus & Schanker | Jefferson, Charlotte | 17-cv-00756 |
| 8  | Bachus & Schanker | Bias, Sheila | 16-cv-17171 |
| 9  | Bachus & Schanker | Burton-Crawford, Cynthia | 17-cv-16948 |
| 10 | Bachus & Schanker | Day, Velma Louise | 17-cv-05627 |
| 11 | Bachus & Schanker | Griffin, Angela | 17-cv-11806 |
| 12 | Bachus & Schanker | Holloway, Yolanda | 17-cv-16987 |
| 13 | Bachus & Schanker | Kelley, Regina | 19-cv-02492 |
| 14 | Bachus & Schanker | Kirby, Linda | 17-cv-16984 |
| 15 | Bachus & Schanker | Mahood, Eleanor | 18-cv-02266 |
| 16 | Bachus & Schanker | Miller, Astrida | 17-cv-16393 |
| 17 | Bachus & Schanker | Omofoma, Nkechi | 18-cv-12602 |
| 18 | Bachus & Schanker | Perkins, Pamela | 19-cv-02707 |
| 19 | Bachus & Schanker | Robinson, Patricia | 20-cv-01887 |
| 20 | Bachus & Schanker | Rogers, Frances E. | 18-cv-02285 |
| 21 | Bachus & Schanker | Smith, Marian | 19-cv-03290 |
| 22 | Bachus & Schanker | Waiters, India | 19-cv-13984 |
| 23 | Gori Law Firm | Delprete, Sandra | 19-cv-09989 |
| 24 | Lowe Law Group | McLaughlin, Leslie | 17-cv-11732 |
| 25 | Lowe Law Group | Nutt, Melody | 16-cv-17395 |
| 26 | Kagan Legal Group | Doan, Susan | 17-cv-11139 |
| 27 | Kagan Legal Group | Ross, Tammy | 18-cv-07675 |
| 28 | Parker Waichman LLP | Pugsley, Michelle | 18-cv-06716 |
| 29 | Shaw Cowart | Kuhns, Sally | 17-cv-14755 |
| 30 | Shaw Cowart | Tapp, Laura | 17-cv-15503 |