**Exhibit A**

|    | Plaintiff Counsel | Plaintiff Name | MDL Case No. |
|----|---|---|---|
| 1  | Atkins & Markoff | Patterson, Lakeesha | 18-cv-12581 |
| 2  | Bachus & Schanker | Barbour, Lanette | 18-cv-11545 |
| 3  | Bachus & Schanker | Bryant, Mildred | 19-cv-12440 |
| 4  | Bachus & Schanker | Guthrie, Gisele | 17-cv-17709 |
| 5  | Bachus & Schanker | Ragland, Patsy | 19-cv-12540 |
| 6  | Bachus & Schanker | Weitzel, Linda | 17-cv-10559 |
| 7  | Bachus & Schanker | Jefferson, Charlotte | 17-cv-00756 |
| 8  | Bachus & Schanker | Bias, Sheila | 16-cv-17171 |
| 9  | Bachus & Schanker | Burton-Crawford, Cynthia | 17-cv-16948 |
| 10 | Bachus & Schanker | Day, Velma Louise | 17-cv-05627 |
| 11 | Bachus & Schanker | Griffin, Angela | 17-cv-11806 |
| 12 | Bachus & Schanker | Holloway, Yolanda | 17-cv-16987 |
| 13 | Bachus & Schanker | Kelley, Regina | 19-cv-02492 |
| 14 | Bachus & Schanker | Kirby, Linda | 17-cv-16984 |
| 15 | Bachus & Schanker | Mahood, Eleanor | 18-cv-02266 |
| 16 | Bachus & Schanker | Miller, Astrida | 17-cv-16393 |
| 17 | Bachus & Schanker | Omofoma, Nkechi | 18-cv-12602 |
| 18 | Bachus & Schanker | Perkins, Pamela | 19-cv-02707 |
| 19 | Bachus & Schanker | Robinson, Patricia | 20-cv-01887 |
| 20 | Bachus & Schanker | Rogers, Frances E. | 18-cv-02285 |
| 21 | Bachus & Schanker | Smith, Marian | 19-cv-03290 |
| 22 | Bachus & Schanker | Waiters, India | 19-cv-13984 |
| 23 | Gori Law Firm | Delprete, Sandra | 19-cv-09989 |
| 24 | Lowe Law Group | McLaughlin, Leslie | 17-cv-11732 |
| 25 | Lowe Law Group | Nutt, Melody | 16-cv-17395 |
| 26 | Kagan Legal Group | Doan, Susan | ~~17-cv-11139~~ 18-cv-992[1] |
| 27 | Kagan Legal Group | Ross, Tammy | 18-cv-07675 |
| 28 | Parker Waichman LLP | Pugsley, Michelle | 18-cv-06716 |
| 29 | Shaw Cowart | Kuhns, Sally | 17-cv-14755 |
| 30 | Shaw Cowart | Tapp, Laura | 17-cv-15503 |

---

[1] Regarding Plaintiff #26, the Court was advised that 18-cv-992 is the correct case number for Susan Doan, not 17-cv-11139. This Order was amended on March 24, 2023 to reflect these changes. The Clerk's office is instructed to reopen case number 17-cv-11139 and close case number 18-cv-992.