UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO |
| This Document Relates To:<br><br>CASES LISTED ON THE ATTACHED EXHIBIT "A" | : : : : | |

### NOTICE OF FIRM NAME AND EMAIL ADDRESS CHANGE

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, Hodes Milman Liebeck, LLP has changed its name to Hodes Milman, LLP. The mailing address and telephone number remain the same. However, the domain for the firm's email addresses has changed to @hodesmilman.com.

Dated: March 16, 2023

Respectfully Submitted,

By: _____
Daniel M. Hodes, Esq.
HODES MILMAN, LLP
9210 Irvine Center Dr.
Irvine, California 92618
Telephone: (949) 640-8222
Facsimile: (949) 336-8114
Email: dhodes@hodesmilman.com
*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true correct copy of the foregoing *Notice of Change of Firm Name and Email Addresses* was served by CM/ECF to the parties registered to the Court's CM/ECF system.

Dated:  March 16, 2023

By: _____
Daniel M. Hodes, Esq.
HODES MILMAN, LLP
9210 Irvine Center Dr.
Irvine, California 92618
Telephone: (949) 640-8222
Facsimile: (949) 336-8114
Email: dhodes@hodesmilman.com
*Counsel for Plaintiffs*