**EXHIBIT A**

| FIRST NAME | LAST NAME | CASE NUMBER |
|---|---|---|
| Sharish | Adolph | 2:17- cv-14069-JTM-MBN |
| Cathleen | Backley | 2:17-cv-14108-JTM-MBN |
| Maureen | Benson | 2:17-cv-14074-JTM-MBN |
| Lilibeth | Borgonia | 2:18-cv-06518-JTM-MBN |
| Paula | Bridges | 2:17-cv-14109-JTM-MBN |
| Glenda | Coulson | 2:17-cv-14099-JTM-MBN |
| Beverly | Davis | 2:17-cv-14111-JTM-MBN |
| Judith | De Palma | 2:19-cv-12210-JTM-MBN |
| Edith | Fezzuoglio | 2:17-cv-14092-JTM-MBN |
| Patricia | Frisque | 2:17-cv-14112-JTM-MBN |
| Melody | Jordan | 2:17-cv-14087-JTM-MBN |
| Suzanne | Makshanoff | 2:17-cv-01155-JTM-MBN |
| Shannon | Miller | 2:17-cv-14094-JTM-MBN |
| Petronilla | Neal | 2:17-cv-14113-JTM-MBN |
| Mary | O'Pray | 2:17-cv-14103-JTM-MBN |
| Leslie | Perry | 2:17-cv-14096-JTM-MBN |
| Sandra | Porter | 2:17-cv-14082-JTM-MBN |
| Judith | Schaller | 2:17-cv-14089-JTM-MBN |