UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO<br>ALL CASES | |

### [PROPOSED] ORDER

Considering the foregoing Consent Motion to Extend Submission Date,

**IT IS HEREBY ORDERED,** that the submission date on Defendants' Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony (Rec. Doc. 15673) is hereby extended and reset to April 12, 2023.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**