UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

Before the Court is a Consent Motion to Extend Submission Date (Doc. 15690);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Defendants' Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony (Doc. 15673) is extended to April 12, 2023.

New Orleans, Louisiana, this 17th day of March, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**