**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  TAXOTERE (DOCETAXEL)                              MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                          SECTION: "N" (5)

**THIS DOCUMENT RELATES TO:**

**LISA SHEARD**
**Case No.: 17-10657**

## SUGGESTION OF DEATH

Kendra Winston, daughter of Lisa Sheard suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Lisa Sheard, Plaintiff of record in the above captioned case. Ms. Sheard passed away on January 11, 2019, during the pendency of this action (See Death Certificate – Exhibit A).  Ms. Sheard's surviving family members will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on March 17, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*