[Image of a Texas Certificate of Death, City of Dallas, rotated sideways. State File Number 142-19-008629. Decedent: Lisa L. Sheard. Date of birth: October 8, 1967. Date of death: January 11, 2019. Cause of death includes metastatic breast cancer, pulmonary embolism. Certified copy issued January 28, 2019.]