UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>TAMMY SLAPE ,<br><br><br><br>Plaintiff,<br><br><br>vs.<br><br><br>SANOFI US SERVICES INC,<br>formerly known as Sanofi-Aventis;<br>SANOFI-AVENTIS U.S. LLC.,<br>HOSPIRA WORLDWIDE, LLC<br>formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA, INC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:18-cv-13905<br><br><br><br><br>**Notice of Partial Dismissal With Prejudice** |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS EXCEPT HOSPIRA

Plaintiff Tammy Slape, and undersigned counsel, hereby give notice that the above-captioned action against Defendants SANOFI US SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC. and SANOFI AVENTIS U.S. LLC., only are voluntary dismissed, with prejudice.

The case will continue against the remaining Defendants HOSPIRA WORLDWIDE, LLC, formerly known as HOSPIRA WORLDWIDE, INC. and HOSPIRA INC.,

Dated this 20th day of March 2023

                                                    Respectfully Submitted,

                                                    */s/ Christopher LoPalo*
                                                    Christopher LoPalo
                                                    NS PR LAW SERVICES LLC
                                                    1302 Avenida Ponce de Leon
                                                    Santurce, PR 00907
                                                    Phone: (787) 493-5088
                                                    Fax: (646) 843-7603
                                                    Email: *Clopalo@nsprlaw.com*

                                                    **Counsel for Plaintiff**