## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 20, 2023                          */s/ Christopher LoPalo*
                                                                Christopher LoPalo