UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |

THIS DOCUMENT RELATES TO:

MARY GASTON
Case No.: 17-07121

## SUGGESTION OF DEATH

Levi Gaston, son of Mary Gaston suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Mary Gaston, Plaintiff of record in the above captioned case. Ms. Gaston passed away on March 13, 2021, during the pendency of this action (See Death Certificate – Exhibit A). Ms. Gaston's surviving family members will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

1

## **CERTIFICATE OF SERVICE**

I certify that on March 20, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*