# CERTIFICATION OF VITAL RECORD
## CITY OF HOUSTON

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS**
Apr 08 2021

### CERTIFICATE OF DEATH

**STATE FILE NUMBER** 142-21-072489

1. LEGAL NAME OF DECEASED: MARY AYERS GASTON
2. DATE OF DEATH - ACTUAL OR PRESUMED: FOUND MARCH 13, 2021
3. SEX: FEMALE
4. DATE OF BIRTH: MARCH 25, 1943
5. AGE: 77 Years
6. BIRTHPLACE: AYERS
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: Divorced (and not remarried)
9. SURVIVING SPOUSE'S NAME: —
10a. RESIDENCE STREET ADDRESS: 10979 FAIRLAND DR
10b. COUNTY: HARRIS
10c. STATE: TEXAS
10d. ZIP CODE: 77051
10e. INSIDE CITY LIMITS?: Yes
10f. CITY OR TOWN: HOUSTON
11. FATHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: FILMORE AYERS
12. MOTHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: BIRDIE JOHNSON
13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: HARRIS
15. CITY/TOWN, ZIP: HOUSTON, 77051
16. FACILITY NAME: 10979 FAIRLAND DRIVE
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: LEVI GASTON III - SON
18. MAILING ADDRESS OF INFORMANT: 1607 PALACIO REAL DR, HOUSTON, TX 77047
19. METHOD OF DISPOSITION: Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: JAMMIE PRUITT, BY ELECTRONIC SIGNATURE - 10175
22. PLACE OF DISPOSITION: HOUSTON MEMORIAL GARDENS
23. LOCATION: PEARLAND, TX
24. NAME OF FUNERAL FACILITY: PRUITT & PRUITT MORTUARY
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 4337 LIBERTY RD, HOUSTON, TX 77026
28. DATE CERTIFIED: MARCH 17, 2021
29. LICENSE NUMBER: M4159
30. TIME OF DEATH: 07:49 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: MERRILL O. HINES III, M.D., 1861 OLD SPANISH TRAIL, HOUSTON, TX 77054-2098
32. TITLE OF CERTIFIER: ASSISTANT M.E.
27. SIGNATURE OF CERTIFIER: MERRILL O. HINES III, M.D., BY ELECTRONIC SIGNATURE

**CAUSE OF DEATH**
33. PART 1:
a. HYPERTENSIVE AND ATHEROSCLEROTIC CARDIOVASCULAR DISEASE

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: DIABETES MELLITUS, OBESITY

38. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: No
40a. INJURY AT WORK?: No

42a. DATE RECEIVED BY LOCAL REGISTRAR: APRIL 8, 2021
42c. REGISTRAR: REGISTRAR - CITY OF HOUSTON, ELECTRONICALLY FILED

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED APRIL 08 2021

S. Kellen Sweny
Local Registrar

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

VS-112 REV 1/2006