# CERTIFICATION OF DEATH RECORD

**SPRINGFIELD CITY CLERK**
**SPRINGFIELD, ILLINOIS**

## MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| STATE FILE NUMBER | 2020 0115099 |
| MEDICAL EXAMINER'S CASE NUMBER | 20-2716-C |
| DATE ISSUED | 12/14/2020 |
| DECEDENT'S LEGAL NAME | ARLENE LOUISE GREEN |
| SEX | FEMALE |
| DATE OF DEATH | DECEMBER 03, 2020 |
| COUNTY OF DEATH | SANGAMON |
| AGE AT LAST BIRTHDAY | 66 YEARS |
| DATE OF BIRTH | AUGUST 18, 1954 |
| CITY OR TOWN | SPRINGFIELD |
| HOSPITAL OR OTHER INSTITUTION NAME | MEMORIAL MEDICAL CENTER |
| PLACE OF DEATH | INPATIENT |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | NEVER MARRIED/NEVER IN CIVIL UNION |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| BIRTHPLACE | EAST ST LOUIS, IL |
| RESIDENCE | 3535 EAST COOK STREET LOT 125 |
| APT. NO. | |
| CITY OR TOWN | SPRINGFIELD |
| INSIDE CITY LIMITS? | YES |
| COUNTY | SANGAMON |
| STATE | IL |
| ZIP CODE | 62703 |
| FATHER'S/PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ABRON LEWIS SR |
| MOTHER'S/PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | CATHERINE GREEN |
| INFORMANT'S NAME | EUNICE GREEN |
| RELATIONSHIP | DAUGHTER |
| MAILING ADDRESS | 3535 EAST COOK STREET LOT 125, SPRINGFIELD, IL 62703 |
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | ROSELAWN MEMORIAL PARK |
| LOCATION - CITY OR TOWN AND STATE | SPRINGFIELD, IL |
| DATE OF DISPOSITION | DECEMBER 10, 2020 |
| FUNERAL HOME | RUBY FUNERAL SERVICES & CHAPEL INC, 1520 E WASHINGTON ST, SPRINGFIELD, IL, 62703 |
| FUNERAL DIRECTOR'S NAME | RUBY JEAN DAVIS |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015953 |
| LOCAL REGISTRAR'S NAME | FRANK J LESKO |
| DATE FILED WITH LOCAL REGISTRAR | DECEMBER 8, 2020 |

**CAUSE OF DEATH**

PART I.
IMMEDIATE CAUSE: CORONARY ARTERY DISEASE

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
HYPERTENSION, DIABETES MELLITUS

| Field | Value |
|---|---|
| FEMALE PREGNANCY STATUS | NOT PREGNANT WITHIN LAST YEAR |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | |
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| MANNER OF DEATH | NATURAL |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| ATTEND THE DECEASED? | |
| DATE LAST SEEN ALIVE | |
| DATE PRONOUNCED | DECEMBER 03, 2020 |
| TIME OF DEATH | 10:47 PM |
| CERTIFIER | MEDICAL EXAMINER/CORONER |
| DATE CERTIFIED | DECEMBER 08, 2020 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | JAMES ALLMON, 200 SOUTH 9TH STREET, ROOM 303, SPRINGFIELD, IL, 62701 |
| PHYSICIAN'S LICENSE NUMBER | |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Frank J. Lesko*
City Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE
HOLD UP TO LIGHT TO VERIFY TRUE WATERMARK
THE WORD VOID APPEARS WHEN PHOTOCOPIED