**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  TAXOTERE (DOCETAXEL)                          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION: "N" (5)

**THIS DOCUMENT RELATES TO:**

**DEANE LABROT**
**Case No.: 17-18007**

## SUGGESTION OF DEATH

Carol Ruessler, mother of Deane Labrot suggests upon the record, pursuant to Rule

25(a)(1) of the Federal Rules of Civil Procedure, the death of Deane Labrot, Plaintiff of record in

the above captioned case. Ms. Labrot passed away on February 20, 2019, during the pendency of this

action (See Death Certificate – Exhibit A). Ms. Labrot's surviving family members will be filing the

appropriate pleadings to appear as the substituted plaintiff in this matter.


                                   Respectfully Submitted,

                                   */s/ J. Christopher Elliott*
                                   J. Christopher Elliott (BAR NO. 41063)
                                   BACHUS & SCHANKER, LLC
                                   101 West Colfax
                                   Ste. 650
                                   Denver, CO 80202
                                   (303)899-9800
                                   F: (303)893-9900
                                   celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on March 20, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*