```
LOCAL REGISTRAR:                                    MISSOURI DEPARTMENT OF HEALTH
JEFFERSON COUNTY HEALTH DEPT                        AND SENIOR SERVICES
405 MAIN ST PO BOX 437                              FEE RECEIPT
HILLSBORO MO 63050                                  DEATH CERTIFICATION
```



```
VINYARD FUNERAL HOME                    REGISTRANT(S):
PO BOX 517                              DEANE MICHELLE LABROT
FESTUS MO  63028                        D9999-999999
                                        6 COPY
```

MO 580-0698 (2-12)

| YOUR RECENT REQUEST HAS BEEN ACTED UPON AS INDICATED BELOW: | | | | |
|---|---|---|---|---|
| DATE RECEIVED | TOTAL AMOUNT | AMOUNT THIS REQUEST | PROCESSING FEE REQUIRED | REFUND |
| 03/05/2019 | 13.00 | 13.00 | 0.00 | 0.00 |

**UNAPPLIED REMITTANCES ONLY VALID FOR ONE YEAR AFTER RECEIPT.** When you inquire about your request, please return this receipt. If a refund is indicated, it will be mailed within 30 to 60 days.

## MISSOURI

### CERTIFICATION OF DEATH

**DATE FILED:** MARCH 1, 2019

**STATE FILE NUMBER:** 124-19-005926

**DECEDENT NAME:** DEANE MICHELLE LABROT

**SEX:** FEMALE

**DATE OF DEATH:** FEBRUARY 20, 2019

**COUNTY OF DEATH:** FRANKLIN

**DATE OF BIRTH:** FEBRUARY 5, 1972

**MARITAL STATUS:** DIVORCED

**EVER IN ARMED FORCES:** NO

**SOCIAL SECURITY NUMBER:** 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

**RESIDENCE ADDRESS:** 5869 COUNTRY CLUB ROAD WASHINGTON, MISSOURI

**SURVIVING SPOUSE:**
(IF WIFE, MAIDEN NAME):

**FUNERAL HOME:** VINYARD FUNERAL HOME INC

**MANNER:** NATURAL

**UNDERLYING CAUSE (ICD CODE):**
METASTATIC BREAST CANCER

**SIG COND:** LUNG, BRAIN, LIVER AND BONE METASTASIS; SPLENIC VEIN THROMBOSIS; CORONARY ARTERY DISEASE; HISTORY OF PULMONARY EM

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: JEFFERSON

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

**DATE ISSUED:** MARCH 5, 2019

*Craig B. Ward*
Craig B. Ward
State Registrar of Vital Statistics

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW. ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.