UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

FAITH HERNANDEZ
Case No.: 18-13427

## SUGGESTION OF DEATH

Annie Mayberry, mother of Faith Hernandez suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Faith Hernandez, Plaintiff of record in the above captioned case. Ms. Hernandez passed away on May 5, 2020, during the pendency of this action (See Death Certificate – Exhibit A). Ms. Hernandez's surviving family members will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　*/s/ J. Christopher Elliott*
　　　　　　　　　　　　　　　　　J. Christopher Elliott (BAR NO. 41063)
　　　　　　　　　　　　　　　　　BACHUS & SCHANKER, LLC
　　　　　　　　　　　　　　　　　101 West Colfax
　　　　　　　　　　　　　　　　　Ste. 650
　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　(303)899-9800
　　　　　　　　　　　　　　　　　F: (303)893-9900
　　　　　　　　　　　　　　　　　celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on March 20, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*