# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS
### CERTIFICATE OF DEATH

Texas Department of State Health Services - Vital Statistics
May 15 2020

**STATE FILE NUMBER:** 142-20-076553

**1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last):** FAITH IONE HERNANDEZ

**3. SEX:** FEMALE
**4. DATE OF BIRTH (mm-dd-yyyy):** OCTOBER 2, 1955
**5. AGE-Last Birthday (Years):** 64
**(Before Marriage):** JEFFERSON
**2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy):** MAY 5, 2020
**6. BIRTHPLACE (City & State or Foreign Country):** BALTIMORE, MD

**7. SOCIAL SECURITY NUMBER:** 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
**8. MARITAL STATUS AT TIME OF DEATH:** ☒ Divorced (but not remarried)
**9. SURVIVING SPOUSE'S NAME:** (blank)

**10a. RESIDENCE STREET ADDRESS:** 1906 HOMELAND STREET
**10b. APT. NO.:** (blank)
**10c. CITY OR TOWN:** DALLAS
**10d. COUNTY:** DALLAS
**10e. STATE:** TEXAS
**10f. ZIP CODE:** 75212-1734
**10g. INSIDE CITY LIMITS?:** ☒ Yes

**11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE:** OTIS JEFFERSON
**12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE:** ANNIE LUMPKIN

**13. PLACE OF DEATH:** ☒ Decedent's Home
**14. COUNTY OF DEATH:** DALLAS
**15. CITY/TOWN, ZIP:** DALLAS, 75212-1734
**16. FACILITY NAME:** 1906 HOMELAND STREET

**17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** LUTHER JONES III - SON
**18. MAILING ADDRESS OF INFORMANT:** 1915 HOMELAND STREET, DALLAS, TX 75212-1734

**19. METHOD OF DISPOSITION:** ☒ Burial
**20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR:** VERNON O. SMITH, BY ELECTRONIC SIGNATURE - 116160
**21.** Section: CEMETERY; Block: 33; Lot: 35; Space: 7

**22. PLACE OF DISPOSITION:** LINCOLN MEMORIAL PARK CEMETERY
**23. LOCATION:** DALLAS, TX
**24. NAME OF FUNERAL FACILITY:** EVERGREEN MEMORIAL FUNERAL HOME, INC.
**25. COMPLETE ADDRESS OF FUNERAL FACILITY:** 6449 UNIVERSITY HILLS BLVD., DALLAS, TX 75241

**26. CERTIFIER:** ☒ Certifying physician
**27. SIGNATURE OF CERTIFIER:** PANKAJ THAPAR, BY ELECTRONIC SIGNATURE
**28. DATE CERTIFIED:** MAY 8, 2020
**29. LICENSE NUMBER:** K6359
**30. TIME OF DEATH:** 05:10 PM
**31. PRINTED NAME, ADDRESS OF CERTIFIER:** PANKAJ THAPAR 476 ELM ST #201, LEWISVILLE, TX 75057
**32. TITLE OF CERTIFIER:** MD

**33. PART 1. CHAIN OF EVENTS:**

| | Cause | Approximate interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | METASTATIC DISEASE TO BRAIN | FEW WEEKS |
| b. Due to | BREAST CANCER | FEW YEARS |
| c. Due to | | |
| d. | | |

**34. WAS AN AUTOPSY PERFORMED?:** ☒ No
**35. WERE AUTOPSY FINDINGS AVAILABLE:** (blank)

**36. MANNER OF DEATH:** ☒ Natural
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?:** ☒ No
**38. IF FEMALE:** (blank)
**39. IF TRANSPORTATION INJURY:** (blank)

**42a. REGISTRAR FILE NO.:** 02004481
**42b. DATE RECEIVED BY LOCAL REGISTRAR:** MAY 15, 2020
**42c. REGISTRAR:** (signed) Tara Das

EDR NUMBER 000044444721207

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

**ISSUED:** May 15 2020

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

VS-112 REV 1/2006
QA16563701