# GEORGIA DEATH CERTIFICATE

State File Number: 2020GA000000714

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | BOBBIE RAY GAITHER |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | FULLER |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 01/02/2020 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 54 |
| 4b. UNDER 1 YEAR | |
| 4c. UNDER 1 DAY | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 03/08/1965 |
| 6. BIRTHPLACE | LOUISIANA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | BIBB |
| 7c. CITY, TOWN | MACON |
| 7d. STREET AND NUMBER | 2147 3RD AVENUE |
| 7e. ZIP CODE | 31204 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | PRIVATE SITTER |
| 8b. KIND OF INDUSTRY OR BUSINESS | PRIVATE |
| 9. MARITAL STATUS | DIVORCED |
| 10. SPOUSE NAME | |
| 11. FATHER'S FULL NAME (First, Middle, Last) | ODELL FULLER SR |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | BETTY JANE GIPSON |
| 13a. INFORMANT'S NAME (First, Middle, Last) | STACY K PHILL |
| 13b. RELATIONSHIP TO DECEDENT | SISTER |
| 13c. MAILING ADDRESS | 4938 PAR CIRCLE SHREVEPORT LOUISIANA 71107 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT (Italian, Mex., French, English, etc.) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | DECEDENT'S HOME |
| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.) | 2147 3RD AVENUE |
| 19. CITY, TOWN or LOCATION OF DEATH | MACON |
| 20. COUNTY OF DEATH | BIBB |
| 21. METHOD OF DISPOSITION (specify) | BURIAL |
| 22. PLACE OF DISPOSITION | FILLMORE CEMETERY FILLMORE CEMETERY ROAD PRINCETON LOUISIANA 71067 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 01/11/2020 |
| 24a. EMBALMER'S NAME | ANTEGUS BIRKS |
| 24b. EMBALMER LICENSE NO. | 4086 |
| 25. FUNERAL HOME NAME | BENTLEY AND SONS FUNERAL HOME MACON |
| 25a. FUNERAL HOME ADDRESS | 2714 MONTPELIER AVENUE MACON GEORGIA 31204 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | JANICE BENTLEY |
| 26b. FUN. DIR. LICENSE NO | 3249 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 01/02/2020 |
| 28. HOUR PRONOUNCED DEAD | 12:21 PM |
| 29a. PRONOUNCER'S NAME | SHERRY ANN WRIGHT |
| 29b. LICENSE NUMBER | RN121966 |
| 29c. DATE SIGNED | 01/02/2020 |
| 30. TIME OF DEATH | 12:21 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | Approximate Interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) A. | NEOPLASM OF BREAST | UNKNOWN |
| Due to, or as a consequence of B. | | |
| Due to, or as a consequence of C. | | |
| Due to, or as a consequence of D. | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

33. WAS AUTOPSY PERFORMED?

34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

---

VOID IF ALTERED OR COPIED

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.

DATE ISSUED: 1/13-2022

ISSUED BY:

COUNTY CUSTODIAN:

GEORGIA STATE OFFICE OF VITAL RECORDS
STATE REGISTRAR AND CUSTODIAN

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

# GEORGIA DEATH CERTIFICATE

State File Number: 2020GA000000714

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | BOBBIE RAY GAITHER |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | FULLER |
| 2. SEX | FEMALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 01/02/2020 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 54 |
| 5. DATE OF BIRTH (Mo., Day, Year) | 03/06/1965 |
| 6. BIRTHPLACE | LOUISIANA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | BIBB |
| 7c. CITY, TOWN | MACON |
| 7d. STREET AND NUMBER | 2147 3RD AVENUE |
| 7e. ZIP CODE | 31204 |
| 7f. INSIDE CITY LIMITS? | YES |
| 8. ARMED FORCES? | NO |
| 8a USUAL OCCUPATION | PRIVATE SITTER |
| 8b. KIND OF INDUSTRY OR BUSINESS | PRIVATE |
| 9. MARITIAL STATUS | DIVORCED |
| 10. SPOUSE NAME | |
| 11. FATHER'S FULL NAME (First, Middle, Last) | ODELL FULLER SR |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | BETTY JANE GIPSON |
| 13a. INFORMANT'S NAME (First, Middle, Last) | STACY K PHILL |
| 13b. RELATIONSHIP TO DECEDENT | SISTER |
| 13c. MAILING ADDRESS | 4938 PAR CIRCLE SHREVEPORT LOUISIANA 71107 |
| 14. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15. ORIGIN OF DECEDENT (Italian, Mex.,French, English, etc.) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | DECEDENT'S HOME |
| 18. HOSPITAL OR OTHER INSTITUTION NAME | 2147 3RD AVENUE |
| 19. CITY, TOWN or LOCATION OF DEATH | MACON |
| 20. COUNTY OF DEATH | BIBB |
| 21. METHOD OF DISPOSITION (specify) | BURIAL |
| 22. PLACE OF DISPOSITION | FILLMORE CEMETERY FILLMORE CEMETERY ROAD PRINCETON LOUISIANA 71067 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 01/11/2020 |
| 24a. EMBALMER'S NAME | ANTEGUS BIRKS |
| 24b. EMBALMER LICENSE NO. | 4086 |
| 25. FUNERAL HOME NAME | BENTLEY AND SONS FUNERAL HOME MACON |
| 25a. FUNERAL HOME ADDRESS | 2714 MONTPELIER AVENUE MACON GEORGIA 31204 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | JANICE BENTLEY |
| 26b. FUN. DIR. LICENSE NO | 3249 |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 01/02/2020 |
| 28. HOUR PRONOUNCED DEAD | 12:21 PM |
| 29a. PRONOUNCER'S NAME | SHERRY ANN WRIGHT |
| 29b. LICENSE NUMBER | RN121966 |
| 29c. DATE SIGNED | 01/02/2020 |
| 30. TIME OF DEATH | 12:21 PM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) A. | NEOPLASM OF BREAST | UNKNOWN |
| Due to, or as a consequence of B. | | |
| Due to, or as a consequence of C. | | |
| Due to, or as a consequence of D. | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT PREGNANT WITHIN THE PAST YEAR |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | NATURAL |
| 38. DATE OF INJURY (Mo., Day, Year) | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY | |
| 41. INJURY AT WORK? (Yes or No) | |
| 42. LOCATION OF INJURY | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |
| 45. Medical Certifier | |
| 46. Medical Examiner/Coroner | /S/ LEON JONES CORONER |
| 45a. DATE SIGNED | |
| 45b. HOUR OF DEATH | |
| 46a. DATE SIGNED | 01/10/2020 |
| 46b. HOUR OF DEATH | 12:21 PM |
| 47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | LEON JONES 111 THIRD STREET MACON GEORGIA 31201 |
| 48. REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49. DATE FILED - REGISTRAR (Mo., Day, Year) | 01/13/2020 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH