# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052021077034
**LOCAL REGISTRATION NUMBER:** 3202119018846

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11a(REV 3/09)

### DECEDENT'S PERSONAL DATA

- **1. NAME OF DECEDENT—FIRST (Given):** JEANNETTE
- **2. MIDDLE:** M
- **3. LAST (Family):** GARCIA
- **AKA. ALSO KNOWN AS:** —
- **4. DATE OF BIRTH:** 08/25/1958
- **5. AGE Yrs:** 62
- **6. SEX:** F
- **9. BIRTH STATE/FOREIGN COUNTRY:** CA
- **10. SOCIAL SECURITY NUMBER:** 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
- **11. EVER IN U.S. ARMED FORCES?:** NO
- **12. MARITAL STATUS:** DIVORCED
- **7. DATE OF DEATH:** 03/02/2021
- **8. HOUR (24 Hours):** 0815
- **13. EDUCATION:** SOME COLLEGE
- **14/15. HISPANIC:** YES HISPANIC
- **16. DECEDENT'S RACE:** MEXICAN AMERICAN — 1 OF 2
- **17. USUAL OCCUPATION:** SENIOR SPACE BUYER
- **18. KIND OF BUSINESS OR INDUSTRY:** AEROSPACE
- **19. YEARS IN OCCUPATION:** 30

### USUAL RESIDENCE

- **20. DECEDENT'S RESIDENCE:** 14344 FOOTHILL BLVD #902
- **21. CITY:** SYLMAR
- **22. COUNTY/PROVINCE:** LOS ANGELES
- **23. ZIP CODE:** 91342
- **24. YEARS IN COUNTY:** 62
- **25. STATE/FOREIGN COUNTRY:** CA

### INFORMANT

- **26. INFORMANT'S NAME, RELATIONSHIP:** ANDREN GARCIA, SON
- **27. INFORMANT'S MAILING ADDRESS:** 14344 FOOTHILL BLVD #902, SYLMAR, CA 91342

### SPOUSE/SRDP AND PARENT INFORMATION

- **28-30. NAME OF SURVIVING SPOUSE:** —
- **31. NAME OF FATHER/PARENT—FIRST:** JUAN
- **33. LAST:** LADIOS
- **34. BIRTH STATE:** HONDURAS
- **35. NAME OF MOTHER/PARENT—FIRST:** CARMEN
- **37. LAST (BIRTH NAME):** ESPINOZA
- **38. BIRTH STATE:** CA

### FUNERAL DIRECTOR / LOCAL REGISTRAR

- **39. DISPOSITION DATE:** 04/30/2021
- **40. PLACE OF FINAL DISPOSITION:** PIERCE BROTHERS VALHALLA MEMORIAL PARK, 10621 VICTORY BLVD, NORTH HOLLYWOOD, CA 91606
- **41. TYPE OF DISPOSITION(S):** BU
- **42. SIGNATURE OF EMBALMER:** CARLOS SOLORZANO
- **43. LICENSE NUMBER:** EMB8704
- **44. NAME OF FUNERAL ESTABLISHMENT:** PIERCE BROTHERS VALHALLA
- **45. LICENSE NUMBER:** FD916
- **46. SIGNATURE OF LOCAL REGISTRAR:** MUNTU DAVIS, M.D.
- **47. DATE:** 03/17/2021

### PLACE OF DEATH

- **101. PLACE OF DEATH:** RESIDENCE
- **102. IF HOSPITAL, SPECIFY ONE:** IP
- **104. COUNTY:** LOS ANGELES
- **105. FACILITY ADDRESS OR LOCATION WHERE FOUND:** 14344 FOOTHILL BLVD #902
- **106. CITY:** SYLMAR

### CAUSE OF DEATH

- **107. CAUSE OF DEATH:**
  - IMMEDIATE CAUSE (A): STAGE 4 BREAST CANCER
- **Time Interval Between Onset and Death:** MOS
- **108. DEATH REPORTED TO CORONER?:** NO
- **109. BIOPSY PERFORMED?:** NO
- **110. AUTOPSY PERFORMED?:** NO
- **111. USED IN DETERMINING CAUSE?:** —
- **112. OTHER SIGNIFICANT CONDITIONS:** NONE
- **113. WAS OPERATION PERFORMED:** NO
- **113A. IF FEMALE, PREGNANT IN LAST YEAR?:** NO

### PHYSICIAN'S CERTIFICATION

- **114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED...**
- **115. SIGNATURE AND TITLE OF CERTIFIER:** JAY RAJAN THOMAS M.D.
- **116. LICENSE NUMBER:** A55197
- **117. DATE:** 03/16/2021
- **118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE:** JAY RAJAN THOMAS M.D., 1624 BANK STREET, SOUTH PASADENA, CA 91030
- **(A) Decedent Attended Since:** 12/30/2020
- **(B) Decedent Last Seen Alive:** 03/02/2021

### CORONER'S USE ONLY

- **119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED...**
- **MANNER OF DEATH:** —
- **120. INJURED AT WORK?:** —
- **121. INJURY DATE:** —
- **122. HOUR:** —
- **123. PLACE OF INJURY:** —
- **124. DESCRIBE HOW INJURY OCCURRED:** —
- **125. LOCATION OF INJURY:** —
- **126. SIGNATURE OF CORONER / DEPUTY CORONER:** —
- **127. DATE:** —
- **128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:** —

**STATE REGISTRAR:** *010001004894151*

**FAX AUTH.#:** —
**CENSUS TRACT:** —

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

Health Officer and Registrar — MD / VB

**DATE ISSUED:** MAY - 6 2021

002943690

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

CAL0SANG01