MINUTE ENTRY
MILAZZO, J.
MARCH 14, 2023

JS-10: 04:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| All Cases | | |

**MINUTE ENTRY**
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:        Sherry Adams
COURT REPORTER:    Alexis Vice
LAW CLERK:             Natalie Earles

On March 14, 2023, the Court held a show cause hearing. Certain participants appeared in person: Palmer Lambert and Claire Kreider for Plaintiffs; and Nicholas Insogna, Kelly Brilleaux, Julie Callsen, and Brenda Sweet, for Defendants. Other participants appeared by video and by telephone.

**IT IS ORDERED** that the cases listed on the attached "Statement of No Defense and Declaration of No Contact List" are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the cases listed on the attached "Dismissal List" are **DISMISSED WITH PREJUDICE** as to the Defendants identified with respect to each case **ONLY** for the reasons stated on the record.

**IT IS FURTHER ORDERED** that the cases listed on the attached "Non-Compliance List" shall provide Show Cause Counsel evidence of their efforts to obtain

Product Identification evidence, as required by Case Management Order No. 12A (Doc. 3492) and the Addendum to Case Management Order No. 12A (Doc. 15287), within **SEVEN (7) DAYS** from the date this Order is entered. Show Cause Counsel is named in Attachment A. Upon expiration of the seven-day period for commencing efforts, the cases listed on the attached "Non-Compliance List" shall produce such Product Identification evidence within **THIRTY (30) DAYS**. The Court may, upon a showing of good cause and substantial compliance, grant additional time to produce Product Identification evidence. The failure to comply with this Order may result in dismissal with prejudice.



**March 14, 2023**
**Statement of No Defense and Declaration of No Contact List**

| # | Plaintiff Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|
| 1 | Bizier, Kristina | 18-cv-13603 | Lack of CMO-12A Product Identification | Sanofi and 505 | Nachawati Law | 03/07/2023 | 15654 (Statement of No Defense) |
| 2 | Brown, Doris | 16-cv-16240 | Plaintiff deceased; need suggestion of death filed and substitution of parties | Sanofi and 505 | Morris Bart, LLC | 03/02/2023 | 15593 (Declaration of No Contact) 15594 (Statement of No Defense) |
| 3 | Carlisle, Michelle | 21-cv-01674 | Lack of CMO-12A Product Identification | Sanofi and 505 | Nachawati Law | 03/07/2023 | 15655 (Statement of No Defense) |
| 4 | Collins, Terri Sue | 21-cv-00851 | Lack of CMO-12A Product Identification | Sanofi and 505 | Nachawati Law | 03/07/2023 | 15656 (Statement of No Defense) |
| 5 | Mitchell, Doris | 21-cv-01301 | Lack of CMO-12A Product Identification | Sanofi and 505 | Nachawati Law | 03/07/2023 | 15657 (Statement of No Defense) |
| 6 | Simons, Patricia | 18-cv-08415 | Lack of CMO-12A Product Identification | Sanofi and 505 | Nachawati Law | 03/07/2023 | 15658 (Statement of No Defense) |
| 7 | Wray, Sheryl | 18-cv-05388 | Lack of CMO-12A Product Identification | Sanofi and 505 | Nachawati Law | 03/07/2023 | 15660 (Statement of No Defense) |

**March 14, 2023**
**Dismissal List**

| # | Plaintiff Name | MDL Docket No. | Plaintiff's Counsel | Defendant(s) to be Dismissed |
|---|---|---|---|---|
| 1 | Abramowitz, Susie | 18-cv- 13448 | Bachus & Schanker | All Defendants |
| 2 | Akromas, Jackie | 17-cv- 08399 | Bachus & Schanker | All Defendants |
| 3 | Bridges, Shirley | 18-cv- 01916 | Bachus & Schanker | All Defendants |
| 4 | Brown, Virginia | 16-cv- 16897 | Bachus & Schanker | All Defendants |
| 5 | Cooper, Nancy | 17-cv- 08658 | Bachus & Schanker | All Defendants |
| 6 | Estes, Linda | 19-cv- 11902 | Bachus & Schanker | All Defendants |
| 7 | Russell, Madis | 17-cv- 00117 | Bachus & Schanker | All Defendants |
| 8 | Tobin, Barbara | 18-cv- 13489 | Bachus & Schanker | All Defendants |
| 9 | Crawford, Gwendolyn | 16-cv- 17151 | Bachus & Schanker | All Defendants except Sanofi |
| 10 | Bellmore, Annette | 17-cv- 10105 | Bachus & Schanker | All Defendants except Sandoz |
| 11 | Collins, Thelmira | 18-v-01918 | Bachus & Schanker | All Defendants except Sanofi and Hospira |
| 12 | Koziol, Renee | 19-cv- 12453 | Bachus & Schanker | All Defendants except Accord |
| 13 | Livingood, Sherry | 17-cv- 17038 | Bachus & Schanker | All Defendants except Hospira |
| 14 | Reyes, Anna Marie | 19-cv- 13495 | Bachus & Schanker | All Defendants except Hospira |
| 15 | Rhodes, Elizabeth | 18-cv- 02942 | Bachus & Schanker | All Defendants |
| 16 | Rupert, Carrie | 17-cv- 17993 | Bachus & Schanker | All Defendants except Hospira |
| 17 | Awal, Gloria | 19-cv- 12906 | Reyes Brown Reilley | All Defendants |
| 18 | Brown, Vilinie | 19-cv- 12726 | Reyes Brown Reilley | All Defendants except Sanofi |
| 19 | Donahue, Melanie | 19-cv- 12703 | Reyes Brown Reilley | All Defendants |
| 20 | Fanning, Barbara | 19-cv- 12741 | Reyes Brown Reilley | All Defendants |
| 21 | Johnson, Dawn Marie | 18-cv- 12873 | Reyes Brown Reilley | All Defendants except Sanofi |
| 22 | Levington, Marcy | 18-cv- 11437 | Reyes Brown Reilley | All Defendants |
| 23 | Marcos- Mendez, Ethel | 18-cv- 12385 | Reyes Brown Reilley | All Defendants except Hospira and Sanofi |
| 24 | Owens, Connie | 19-cv- 12695 | Reyes Brown Reilley | All Defendants except Hospira |
| 25 | Rosen, Marcia | 19-cv- 12698 | Reyes Brown Reilley | All Defendants |
| 26 | Salamanca, Tawnya | 18-cv- 12278 | Reyes Brown Reilley | All Defendants except Sanofi |
| 27 | White, Felicia | 18-cv- 12273 | Reyes Brown Reilley | All Defendants except Hospira |
| 28 | Ross, Janet | 18-cv- 03443 | Marc J. Bern & Partners LLP | All Defendants except Hospira |
| 29 | Deaton, Davida | 18-cv- 07267 | Marc J. Bern & Partners LLP | All Defendants except Sandoz and Hospira |
| 30 | Henegan, Charlotte | 17-cv- 16733 | Brent Coon & Associates | All Defendants |

| 31 | Lee-Nunn, Connie | 17-cv- 14155 | Diamond Law | All Defendants |
|----|------------------|--------------|-------------|----------------|
| 32 | Kohlenberg, Kelly Lea | 17-cv- 13959 | Johnson Becker | All Defendants |
| 33 | Westwood, Christina | 17-cv- 13925 | Milberg | All Defendants |
| 34 | Maxwell, Velesta W. | 17-cv- 16718 | SWMW Law | All Defendants except Accord and Sandoz |
| 35 | Brooks III, Robert (on behalf of Diane Brooks) | 20-cv- 00109 | Gainsburgh Benjamin | All Defendants except Sanofi |
| 36 | Bain, Barbara | 17-cv-12749 | Whitfield Bryson & Mason LLP | All Defendants except Hospira |
| 37 | Penn, Annie | 17-cv-12740 | Shaw Cowart | All Defendants |
| 38 | McCord, Judith | 18-cv- 12773 | Niemeyer, Grebel & Kruse | All Defendants except Sandoz and Accord |

**March 14, 2023**

**Non-Compliance List**

| # | Plaintiff Name | MDL Docket No. | Plaintiff's Counsel | Non-Compliance Category |
|---|---|---|---|---|
| 1 | Bibbs, Elizabeth | 19-cv- 13254 | Bachus & Schanker | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 2 | Phillips, Gail | 19-cv- 09921 | Bachus & Schanker | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 3 | Livingood, Sherry | 17-cv-17038 | Bachus & Schanker | Lack of CMO-12 Product ID (Continuation from 9/13/22 Hearing) |
| 4 | Reyes, Anna Marie | 19-cv- 13495 | Bachus & Schanker | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 5 | Ayala, Mandi | 17-cv- 08970 | Lowe Law Group | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 6 | Lewis, Jackquelin | 19-cv- 13739 | Reyes Brown Reilley | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 7 | Marcos-Mendez, Ethel | 18-cv- 12385 | Reyes Brown Reilley | Lack of CMO-12A Product ID |
| 8 | Pastore, Alyssa | 18-cv- 12137 | Reyes Brown Reilley | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 9 | Horne, Nancy | 19-cv-13474 | Reyes Brown Reilley | Lack of CMO-12A Product ID |
| 10 | Vincent, Victoria | 18-cv-12216 | Reyes Brown Reilley | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 11 | Walker, Holleigh | 19-cv-13118 | Reyes Brown Reilley | Lack of CMO-12A Product ID |
| 12 | Allen, Kathryn Winston | 18-cv- 09295 | Pendley, Baudin & Coffin | PL seeks to reinstate pursuant to Addendum to CMO- 12A |
| 13 | Grant, Sharlene | 18-cv- 07658 | Pendley, Baudin & Coffin | Rollover from 7/12/22 CMO-12A Show Cause Hearing (Continuation from 9/13/22 Hearing) |
| 14 | Frissora, Kathleen | 17-cv- 13546 | Pendley, Baudin & Coffin | Lack of CMO-12A Product Identification |
| 15 | Henderson, Cindra | 19-cv- 01220 | Pendley, Baudin & Coffin | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 16 | Kettles, Sharon | 17-cv- 11692 | Pendley, Baudin & Coffin | Lack of CMO-12A Product Identification |
| 17 | Klann, Dionne A. | 17-cv- 07366 | Pendley, Baudin & Coffin | Lack of CMO-12A Product Identification |
| 18 | Newbold, Donna | 17-cv- 00832 | Pendley, Baudin & Coffin | Lack of CMO-12A Product Identification |
| 19 | Spruill, Cora | 17-cv- 08079 | Pendley, Baudin & Coffin | Lack of CMO-12A Product Identification |
| 20 | Washington, | 17-cv- 06903 | Pendley, Baudin & | Lack of CMO-12A Product ID |

|    | Deirdra | | Coffin | (Continuation from 9/13/22 Hearing) |
|----|---------|--|--------|-------------------------------------|
| 21 | Deaton, Davida | 18-cv-07267 | Marc J. Bern & Partners LLP | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 22 | Ceraio, Yvonne | 19-cv- 10846 | Marc J. Bern & Partners LLP | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 23 | Fox, Vivian | 18-cv- 14134 | Marc J. Bern & Partners LLP | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 24 | Jones, Valerie | 19-cv- 10778 | Marc J. Bern & Partners LLP | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 25 | Minor, Viana | 19-cv- 00037 | Marc J. Bern & Partners LLP | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 26 | Rathgeber, Cindy | 18-cv- 11917 | Marc J. Bern & Partners LLP | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 27 | Wheeler, Mary | 19-cv- 02221 | Marc J. Bern & Partners LLP | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 28 | White, Shavonne | 18-cv- 11228 | Marc J. Bern & Partners LLP | Lack of CMO-12A Product ID (Continuation from 9/13/22 Hearing) |
| 29 | Cheehan, Kathryn | 18-cv- 01848 | Berezofsky Law Group | Lack of CMO-12A Product Identification |
| 30 | Slape, Tammy | 18-cv- 13905 | Napoli Shkolnik | Lack of CMO-12A Product Identification (Dismiss Sanofi) |
| 31 | Maxwell, Velesta W. | 17-cv- 16718 | SWMW Law | Lack of CMO-12A Product Identification |
| 32 | Huey, Elaine | 19-cv- 04829 | Tracey & Fox | Lack of CMO-12A Product Identification |
| 33 | Wease, Suzanne | 18-cv- 07959 | Tracey & Fox | Lack of CMO-12A Product Identification |
| 34 | Scott, Mary Elaine | 16-cv- 17587 | Whitfield Bryson & Mason LLP | Lack of CMO-12A Product Identification |
| 35 | Navarro, Teri | 18-cv- 01846 | Gibbs Law Group | Lack of CMO-12A Product Identification |
| 36 | Atwell, Patricia | 20-cv- 00219 | SCOTT VICKNAIR LLC | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 37 | Giglio, Janice | 17-cv- 11901 | SCOTT VICKNAIR LLC | Rollover from 7/12/22 and 9/13/22 CMO-12A Show Cause Hearings |
| 38 | Moran, Joanne | 17-cv- 14156 | Shaw Cowart | Lack of CMO-12A Product Identification |
| 39 | McCord, Judith | 18-cv- 12773 | Niemeyer, Grebel & Kruse | Rollover from 9/13/22 CMO-12A Show Cause Hearing |
| 40 | Lackey, Tammie | 17-cv- 09705 | Niemeyer, Grebel & Kruse | Lack of CMO-12A Product Identification |

## Attachment A
## Show Cause Counsel

**Julie Callsen**
*Counsel for Accord Healthcare, Inc.*
Tucker Ellis LLP
Julie.Callsen@TuckerEllis.com

**Brenda Sweet**
*Counsel for Accord Healthcare, Inc.*
Tucker Ellis LLP
brenda.sweet@tuckerellis.com

**Nicholas Insogna**
*Counsel for Sandoz, Inc.*
Greenberg Traurig LLP
insognan@gtlaw.com

**Jordan Baehr**
*Counsel for Sanofi-Aventis U.S. LLC &*
*Sanofi U.S. Services*
Shook Hardy & Bacon, LLP
jbaehr@shb.com

**Kelly Brilleaux**
*Counsel for Sanofi-Aventis U.S. LLC &*
*Sanofi U.S. Services*
Irwin Fritchie Urquhart & Moore LLC
kbrilleaux@irwinllc.com

**Claire Kreider**
*Counsel for Plaintiffs*
Gainsburgh Benjamin David Meunier
& Warshauer, LLC
ckreider@gainsben.com

**Palmer Lambert**
*Plaintiffs' Liaison Counsel*
Pendley, Baudin & Coffin LLP
plambert@pbclawfirm.com

**Dawn Barrios**
*Plaintiffs' Liaison Counsel*
Barrios, Kingsdorf & Casteix, LLP
barrios@bkc-law.com

**John Olinde**
*Defendants' Liaison Counsel*
Chaffe McCall, LLP
Olinde@chaffe.com

**Douglas J. Moore**
*Defendants' Liaison Counsel*
Irwin Fritchie Urquhart & Moore LLC
dmoore@irwinllc.com