UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
   *Squires (2:19-cv-13774)*

## MOTION TO WITHDRAW MATTHEW PALMER LAMBERT AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Attorney Matthew Palmer Lambert of Pendley, Baudin & Coffin, L.L.P., 1100 Poydras Street, Suite 2225, New Orleans, Louisiana 70163 respectfully requests that this Court enter an order permitting him and the law firm of Pendley, Baudin & Coffin, L.L.P. to withdraw as counsel of record for Plaintiff, Virginia Squires. In support of this motion, Mr. Lambert states the following:

1. Attorney Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., 2800 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163 are already listed as counsel of record for Plaintiff, Virginia Squires.

2. When Mr. Lambert changed firms to the law firm of Pendley, Baudin & Coffin, L.L.P., 1100 Poydras Street, Suite 2225, New Orleans, Louisiana, he promptly changed his registration with PACER CM/ECF.  However, neither Mr. Lambert nor his new firm are representing the Plaintiff, Virginia Squires. Mr. Lambert and/or the law firm of Pendley, Baudin & Coffin, L.L.P. do not need notice of filings in this individual case and request to be removed from the service list.

3. Attorney Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. will continue to represent the Plaintiff, Virginia Squires. Therefore, Plaintiff will not be prejudiced by this withdrawal.

For the foregoing reasons, Attorney Matthew Palmer Lambert and the law firm of Pendley, Baudin & Coffin, L.L.P. hereby respectfully request that they be withdrawn as counsel of record and removed from the service list as counsel for the Plaintiff, Virginia Squires.

Dated: March 21, 2023

> Respectfully submitted,
>
> **PENDLEY, BAUDIN & COFFIN, L.L.P.**
>
> BY:  */s/ M. Palmer Lambert*
> **M. PALMER LAMBERT**
> **BAR NO. 33228**
> 1100 Poydras Street, Suite 2225
> New Orleans, Louisiana 70163
> Telephone:  (504) 355-0086
> Facsimile:  (504) 355-0089
> E-mail: plambert@pbclawfirm.com
>
> Attorneys for Plaintiff, Virginia Squires

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

> */s/ M. Palmer Lambert*
> **M. PALMER LAMBERT**