UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Squires (2:19-cv-13774)*

## ORDER

Considering the foregoing Motion to Withdraw Matthew Palmer Lambert as Counsel of Record;

**IT IS HEREBY ORDERED** that the foregoing motion is GRANTED and that Matthew Palmer Lambert and the law firm of Pendley, Baudin & Coffin, L.L.P. are withdrawn as counsel of record for Plaintiff, Virginia Squires, and that he be removed from all service lists for this case.

**IT IS HEREBY FURTHER ORDERED** that Attorney Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. shall remain counsel of record for Plaintiff, Virginia Squires.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**