MINUTE ENTRY
NORTH, M.J.
MARCH 17, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NUMBER: 2740 SECTION: "H"(5) |

THIS DOCUMENT RELATES TO: 17-9139

As a result of follow-up discussions among the Court and the parties, a settlement agreement was reached in the above matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANE TRICHE MILAZZO

MJSTAR (00:15)