UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to ) <br> ) <br> CYNTHIA BONORDEN ) <br> CASE No.: 2:19-cv-13420 ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> Chief Judge: MILAZZO <br> Magistrate Judge: NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANDOZ INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: March 22, 2023

                                           Respectfully submitted,

                                           DUTTON, DANIELS, HINES,
                                           KALKHOFF, COOK & SWANSON, PLC
                                           Attorneys for Plaintiff

                                           */s/ James H. Cook*
                                           James H. Cook, AT0001622
                                           3151 Brockway Road
                                           P.O. Box 810 Waterloo, IA 50704
                                           Phone: (319) 234-4471
                                           Fax: (319) 234-8029
                                           Email: jcook@duttonfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *James H. Cook*
James H. Cook