## EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TERRI ZIMMERMAN SEWALD<br><br>    Plaintiff<br><br>v.<br><br>Sanofi S.A., Accord Healthcare, Inc., Actavis, Inc., Actavis Pharma, Inc., Aventis Pharma S.A, Hospira, Inc., Hospira Worldwide Inc., McKesson Corporation d/b/a McKesson Packaging, Pfizer, Inc. Sandoz, Inc., Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, separately, and d/b/a Winthrop U.S., Sun Pharma Global FZE, and Sun Pharma Global, Inc.<br><br>    Defendants | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA, INC.**<br><br>Civil Action No.: 2:17-cv-5316 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 23rd day of March, 2023

        Respectfully Submitted,

        FERRER, POIROT & WANSBROUGH

        <u>/s/John T. Kirtley, III</u>
        John T. Kirtley, III
        Texas Bar No. 11534050
        2603 Oak Lawn Ave., Suite 300
        Dallas, Texas 75219
        214-521-4412
        214-526-6026 (fax)
        jkirtley@lawyerworks.com
        (Asst. molvera@lawyerworks.com)
        Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on March, 23, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March, 23, 2023        <u>/s/ John T. Kirtley, III</u>
                                              John T. Kirtley, III