UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
*Cases Listed on the attached Exhibit A*

## MOTION TO WITHDRAW COUNSEL OF RECORD

Pursuant to Local Rules 83.2.11, Attorney Claire E. Kreider of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., 1100 Poydras Street, Suite 2800, New Orleans, Louisiana 70163 respectfully requests that this Court enter an order permitting her to withdraw as counsel of record for the Plaintiffs in each of the cases listed on Exhibit A. In support of this Motion, Ms. Kreider states the following:

1. Attorney Matthew Palmer Lambert and the law firm of Pendley, Baudin & Coffin, L.L.P., 1100 Poydras Street, Suite 2225, New Orleans, Louisiana 70163 are already listed as counsel of record for the Plaintiffs in each of the cases listed on Exhibit A.

2. Attorney Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. will no longer be representing the Plaintiffs in each of the cases listed on Exhibit A. She does not need notice of filings in these cases and request to be removed from all service lists as counsel of record for the Plaintiffs in each of the cases listed on Exhibit A.

3. Attorney Matthew Palmer Lambert and the law firm of Pendley, Baudin & Coffin, L.L.P. will continue to represent the Plaintiffs in each of the cases listed on Exhibit A. Therefore, Plaintiffs will not be prejudiced by this withdrawal.

For the foregoing reasons, Attorney Claire E. Kreider of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. hereby respectfully requests that she be withdrawn as counsel of

record and removed from all service lists as counsel for the Plaintiffs in each of the cases listed on Exhibit A.

Dated: March 23, 2023

> Respectfully submitted,
>
> **GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**
>
> BY: */s/ Claire E. Kreider*
> **CLAIRE E. KREIDER**
> **BAR NO. 37029**
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: (504) 522-2304
> Facsimile: (504) 528-9973
> E-mail: ckreider@gainsben.com
>
> Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

> */s/ Claire E. Kreider*
> **CLAIRE E. KREIDER**

2