**EXHIBIT A**

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Thompson | Joanne | 2:17-cv-13507 |
| Walls | LaVern | 2:17-cv-12927 |
| Leverette | Marshall | 2:17-cv-13496 |
| Ratcliff | Joyce | 2:20-cv-00124 |
| Lance | Anita | 2:17-cv-12913 |
| Dobias | Debra | 2:20-cv-00112 |