UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | CASE 2:16-md-02740-KDE-MBN |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT,** comes Deborah B. Rouen, counsel of record in the above-captioned matter, who respectfully requests and moves that her name be stricken as counsel of record for Sandoz, Inc.

**WHEREFORE,** Deborah B. Rouen moves that her name be withdrawn as counsel of record for Sandoz, Inc.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Deborah B. Rouen*
Deborah B. Rouen (#2084)
Hancock Whitney Center – Suite 4500
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
E-Mail: Debbie.Rouen@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the Court's Electronic Notice System, on this   23rd   day of March, 2023.

*/s/ Deborah B. Rouen*
Deborah B. Rouen