EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          *     CASE 2:16-md-02740-KDE-MBN
       PRODUCTS LIABILITY LITIGATION      *
                                                         *
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the Motion to Withdraw as Counsel;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Deborah B. Rouen shall be withdrawn as counsel for Defendant, Sandoz, Inc. and that her name be stricken as counsel of record.

_____
JUDGE