UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Joanne Thompson, 17-13507<br>LaVern Walls, 17-12927<br>Marshall Leverette, 17-13496<br>Joyce Ratcliff, 20-124<br>Anita Lance, 17-12913<br>Debra Dobias, 20-112 | ) ) ) ) ) ) ) ) | |

## ORDER

Before the Court is a Motion to Withdraw Counsel of Record (Doc. 15720);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. are withdrawn as counsel of record and removed from all service lists for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Matthew Palmer Lambert and the law firm of Pendley, Baudin & Coffin, L.L.P. shall remain counsel of record for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 22nd day of March, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**