UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )        MDL No. 16-2740
PRODUCTS LIABILITY           )
LITIGATION                   )
                             )        SECTION: "H" (5)
                             )
This document relates to all cases.   )

## ORDER

**IT IS ORDERED** that the General Status Conference currently set for Thursday, March 30, 2023 is **CANCELED**.

**IT IS FURTHER ORDERED** that the Lead and Liaison Counsel Conference currently set for Thursday, March 30, 2023 will proceed at 9:30 a.m.

**IT IS FURTHER ORDERED** that oral argument on Plaintiff Kahn's Motion for Reconsideration of Order and Reasons Denying Motion for Relief from Judgment Pursuant to Rule 60(b) (Doc. 15280) is **RESET** for Thursday, March 30, 2023 at **10:30 a.m.**

New Orleans, Louisiana, this 24th day of March, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE