UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*Arquice Conley v. Sandoz Inc.*<br>Civil Case No. 2:18-cv-9799 | MDL No. 2740<br><br>Section:  "H"(5)<br><br>JUDGE JANE TRICHE MILAZZO |

## MOTION TO TAX COSTS

Pursuant to Local Civil Rule 54.3 and Federal Rule of Civil Procedure 54(d)(1), Defendant Sandoz Inc. ("Sandoz") respectfully brings the instant Motion to Tax Costs against Plaintiff Arquice Conley.  Sandoz herein relies on the attached Bill of Costs, Affidavit of Evan C. Holden, and Exhibit A.

**WHEREFORE,** Sandoz respectfully requests that costs be taxed against Plaintiff in accordance with the attached Bill of Costs, Affidavit, and Exhibit A.

Dated:  March 27, 2023

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Evan C. Holden*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2212 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com
*Counsel for Sandoz Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

*/s/ Evan C. Holden*
Evan C. Holden
