UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Arquice Conley v. Sandoz Inc.*<br>Civil Case No. 2:18-cv-9799 | MDL No. 2740<br><br>Section: "H"(5)<br><br>JUDGE JANE TRICHE MILAZZO |

## AFFIDAVIT OF EVAN C. HOLDEN

BEFORE ME, the undersigned authority, personally came and appeared EVAN C. HOLDEN of the law firm Greenberg Traurig, LLP, counsel for Defendant Sandoz Inc. ("Sandoz") in the above-captioned matter, who, after being duly sworn, did affirm that the records maintained by the accounting department of such law firm reflect costs expended on behalf of Sandoz in the amount of **$11,116.12**, as more fully detailed below:

**COURT COSTS**

| | | |
|---|---|---:|
| Docket Fee pursuant to 28 U.S.C. § 1923 | | $5.00 |
| | **Subtotal:** | **$5.00** |

**DEPOSITION TRANSCRIPT FEES**

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 9/4/2019 | Transcript of Deposition of Arquice Conley | $1,740.47 |
| 9/4/2019 | Video of Deposition of Arquice Conley | $1,227.50 |
| 9/30/2019 | Transcript of Deposition of John Whitecar, M.D. | $704.56 |
| 9/30/2019 | Video of Deposition of John Whitecar, M.D. | $565.00 |
| 9/30/2019 | Transcript of Deposition of Courtney Nickels | $491.40 |
| 9/30/2019 | Video of Deposition of Courtney Nickels | $495.00 |
| 10/1/2019 | Transcript of Deposition of Michael Berry, M.D. | $338.85 |

1

| | | |
|---|---|---|
| 10/1/2019 | Video of Deposition of Michael Berry, M.D. | $480.00 |
| | Subtotal | $6,042.78 |

**MEDICAL RECORDS COLLECTION FEES**

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/11/2019 | Collection of medical records | $1,295.31 |
| 7/9/2019 | Collection of medical records | $531.16 |
| 7/9/2019 | Collection of medical and pharmacy records | $501.55 |
| 9/6/2019 | Collection of medical records | $77.50 |
| 1/16/2020 | Collection of medical and insurance records | $289.12 |
| 1/28/2020 | Collection of medical records | $696.52 |
| 1/28/2020 | Collection of medical records | $75.50 |
| 2/19/2020 | Collection of insurance, pharmacy, medical, and social security records | $434.98 |
| 2/19/2020 | Collection of medical records | $130.91 |
| 3/19/2020 | Collection of medical records | $430.26 |
| 10/23/2020 | Collection of insurance and medical records | $421.25 |
| 10/23/2020 | Collection of insurance and medical records | $41.40 |
| 12/23/2020 | Collection of medical records | $47.75 |
| 1/5/2021 | Collection of medical records | $95.13 |
| | Subtotal: | $5,068.34 |

**TOTAL COSTS EXPENDED: $11,116.12**

_____
Evan C. Holden

SWORN TO ME AND SUBSCRIBED
BEFORE ME ON THIS 24th DAY
OF MARCH, 2023.

_____
NOTARY PUBLIC
NAME: Cassaundra Christmas (# )

Cassaundra Christmas
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 01/23/2026