

# INVOICE

**DATE:** 9/4/2019
**INVOICE #** 071719-671427
**JOB #** 164255
**CLIENT MATTER #** 093086.284700

**Bill To:**
Taryn W. Harper Esq.
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Arquice Conley v. Sandoz Inc.)
**WITNESS:** Arquice Conley
**DATE:** 7/17/2019
**LOCATION:** Ridgeland, MS

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 423 | $2.39 | $1,010.97 |
| Original Transcript - Evening Pages | 5 | $2.00 | $10.00 |
| Rough Transcript | 423 | $1.50 | $634.50 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 2 | $35.00 | $0.00 |
| Reporter Appearance Fee / Evening Session - Videotaped | 1 | $35.00 | $35.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,690.47 |
| SHIPPING & HANDLING | $50.00 |
| TOTAL | $1,740.47 |

Please make all checks payable to: TSG Reporting, Inc.
Remit by Mail to: TSG Reporting, Inc. PO Box 95568 Grapevine, TX 76099-9708
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 9/4/2019
**INVOICE #** 071719-671428
**JOB #** 164255
**CLIENT MATTER #** 093086.284700

**Bill To:**    Taryn W. Harper Esq.
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:**        In Re: Taxotere (Docetaxel) Products Liability Litigation (Arquice Conley v. Sandoz Inc.)
**WITNESS:**     Arquice Conley
**DATE:**        7/17/2019
**LOCATION:**    Ridgeland, MS

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer - Additional Hours | 7.5 | $70.00 | $525.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $125.00 | $62.50 |
| Videosynch / Tape | 7 | $50.00 | $350.00 |
| Certified - MPEG - Complimentary | 7 | $50.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,187.50 |
| SHIPPING & HANDLING | $40.00 |
| TOTAL | $1,227.50 |

Please make all checks payable to: TSG Reporting, Inc.
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2019
**INVOICE #** 091319-673321
**JOB #** 164260
**CLIENT MATTER #** 093086.284700

**Bill To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Arquice Conley v. Sandoz Inc.)
**WITNESS:** Dr. John Whitecar
**DATE:** 9/13/2019
**LOCATION:** Columbus, MS

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 156 | $2.39 | $372.84 |
| Rough Transcript | 156 | $1.50 | $234.00 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 1 | $35.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 443 | $0.04 | $17.72 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $200.00 | $0.00 |
| | | **SUBTOTAL** | $624.56 |
| | | **SHIPPING & HANDLING** | $80.00 |
| | | **TOTAL** | $704.56 |

Please make all checks payable to: TSG Reporting, Inc.
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 9/30/2019
**INVOICE #** 091319-673322
**JOB #** 164260
**CLIENT MATTER #** 093086.284700

**Bill To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Arquice Conley v. Sandoz Inc.)
**WITNESS:** Dr. John Whitecar
**DATE:** 9/13/2019
**LOCATION:** Columbus, MS

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer – 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer – Additional Hours | 2.5 | $70.00 | $175.00 |
| Videosynch / Tape | 2 | $50.00 | $100.00 |
| Certified – MPEG – Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $525.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $565.00 |

Please make all checks payable to: TSG Reporting, Inc.
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**DATE:** 9/30/2019
**INVOICE #** 091219-673317
**JOB #** 166272
**CLIENT MATTER #** 093086.284700

**Bill To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Arquice Conley v. Sandoz Inc.)
**WITNESS:** Courtney Nickels
**DATE:** 9/12/2019
**LOCATION:** Starkville, MS

**Billing Comments / Instructions:** Includes shipping for materials sent to witness for read & sign purposes.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 108 | $2.39 | $258.12 |
| Rough Transcript | 108 | $1.50 | $162.00 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 1 | $35.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 32 | $0.04 | $1.28 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | SUBTOTAL | $421.40 |
|---|---|---|
| | SHIPPING & HANDLING | $70.00 |
| | TOTAL | $491.40 |

Please make all checks payable to: TSG Reporting, Inc.
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 9/30/2019
**INVOICE #** 091219-673318
**JOB #** 166272
**CLIENT MATTER #** 093086.284700

**Bill To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Arquice Conley v. Sandoz Inc.)
**WITNESS:** Courtney Nickels
**DATE:** 9/12/2019
**LOCATION:** Starkville, MS

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer – 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer – Additional Hours | 1.5 | $70.00 | $105.00 |
| Videosynch / Tape | 2 | $50.00 | $100.00 |
| Certified – MPEG – Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $455.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $495.00 |

Please make all checks payable to: TSG Reporting, Inc.
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 10/1/2019
**INVOICE #** 091819-673414
**JOB #** 166837
**CLIENT MATTER #** 093086.284700

**Bill To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Arquice Conley v. Sandoz Inc.)
**WITNESS:** Michael Berry, M.D.
**DATE:** 9/18/2019
**LOCATION:** Columbus, MS

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 73 | $2.39 | $174.47 |
| Rough Transcript | 73 | $1.50 | $109.50 |
| Reporter Appearance Fee / Session - Complimentary - Videotaped | 2 | $35.00 | $0.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 122 | $0.04 | $4.88 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $200.00 | $0.00 |

|  | SUBTOTAL | $288.85 |
|---|---|---|
|  | SHIPPING & HANDLING | $50.00 |
|  | **TOTAL** | $338.85 |

Please make all checks payable to: TSG Reporting, Inc.
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 10/1/2019
**INVOICE #** 091819-673415
**JOB #** 166837
**CLIENT MATTER #** 093086.284700

**Bill To:**
Stephen T. Fowler Esq.
Greenberg Traurig, LLP
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

**Ship To:**
Dawn Prather
Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

**CASE:** In Re: Taxotere (Docetaxel) Products Liability Litigation (Arquice Conley v. Sandoz Inc.)
**WITNESS:** Michael Berry, M.D.
**DATE:** 9/18/2019
**LOCATION:** Columbus, MS

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer – 1st 2 Hours | 1 | $250.00 | $250.00 |
| Videographer – Additional Hours | 2 | $70.00 | $140.00 |
| Videosynch / Tape | 1 | $50.00 | $50.00 |
| Certified – MPEG – Complimentary | 1 | $50.00 | $0.00 |
| | | **SUBTOTAL** | $440.00 |
| | | **SHIPPING & HANDLING** | $40.00 |
| | | **TOTAL** | $480.00 |

Please make all checks payable to: TSG Reporting, Inc.
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL |
| GREENBERG TRAURIG, LLP |
| 3333 PIEDMONT ROAD NE, SUITE 2500 |
| ATLANTA, GEORGIA 30305 |
| ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 06/11/2019 | 246033 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE |
| CAUSE NUMBER: |
| PLAINTIFF: |
| DEFENSE: |
| RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
|  | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: BAPTIST MEMORIAL HOSPITAL | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGT5 | 1 | $37.75 | $37.75 |
|    Custodian Fee | 1 | $47.00 | $47.00 |
|    Page Fee | 18 | $0.275 | $4.95 |
| | | | |
| FROM: BAPTIST MEMORIAL HOSPITAL | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGT6 | 1 | $37.75 | $37.75 |
|    Custodian Fee | 1 | $454.00 | $454.00 |
|    Page Fee | 805 | $0.275 | $221.38 |
| | | | |
| FROM: BAPTIST MEMORIAL HOSPITAL | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGT7 | 1 | $37.75 | $37.75 |
|    Custodian Fee | 1 | $46.45 | $46.45 |
|    Page Fee | 4 | $0.275 | $1.10 |
|    Overnight Mail Fee | 1 | $6.87 | $6.87 |
|    CD/Tapes/Other Media Fee | 1 | $15.00 | $15.00 |
| | | | |
| FROM: DR. OSORIO / OCH MEDICAL ASSOCIATES / RAMON OSORIO, MD / OCH MEDICAL ASSOCIATES | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGTX | 1 | $37.75 | $37.75 |
|    Page Fee | 18 | $0.275 | $4.95 |
| | | | |
| FROM: DR. OSORIO / OCH MEDICAL ASSOCIATES / RAMON OSORIO, MD / OCH MEDICAL ASSOCIATES | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGTY | 1 | $37.75 | $37.75 |
|    Custodian Fee | 1 | $31.25 | $31.25 |
|    Page Fee | 131 | $0.275 | $36.03 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: GREGORY W CHILDREY, MD / COLUMBUS OB/GYN SPECIALTY CENTER | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGTL | 1 | $37.75 | $37.75 |

| | | | |
|---|---|---|---|
| Custodian Fee | 1 | $50.00 | $50.00 |
| Page Fee | 40 | $0.275 | $11.00 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| **FROM: MARK ELLIS, MD / GOLDEN TRIANGLE RADIOLOGY ASSOCIATES** | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGTC | 1 | $37.75 | $37.75 |
| Custodian Fee | 1 | $15.00 | $15.00 |
| Page Fee | 5 | $0.275 | $1.38 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| **FROM: OCH FAMILY HEALTH CLINIC** | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGVR | 1 | $37.75 | $37.75 |
| Custodian Fee | 1 | $6.50 | $6.50 |
| Page Fee | 3 | $0.275 | $0.83 |
| Overnight Mail Fee | 1 | $20.62 | $20.62 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| CD/Tapes/Other Media Fee | 1 | $15.00 | $15.00 |
| | | | |
| Taxable Cost: NOT APPLICABLE | | **Total** | $1,295.31 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450

 **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL |
| GREENBERG TRAURIG, LLP |
| 3333 PIEDMONT ROAD NE, SUITE 2500 |
| ATLANTA, GEORGIA 30305 |
| ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 07/09/2019 | 248558 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE |
| CAUSE NUMBER: |
| PLAINTIFF: |
| DEFENSE: |
| RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
|  | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: DR. HALL, MD / COLUMBUS ORTHOPAEDIC CLINIC | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGV8 | 1 | $37.75 | $37.75 |
|     Custodian Fee | 1 | $25.00 | $25.00 |
|     Page Fee | 4 | $0.275 | $1.10 |
|     Overnight Mail Fee | 1 | $3.39 | $3.39 |
|     CD/Tapes/Other Media Fee | 1 | $15.00 | $15.00 |
| | | | |
| FROM: DR. OSORIO / OCH MEDICAL ASSOCIATES / RAMON OSORIO, MD / OCH MEDICAL ASSOCIATES | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGTZ | 1 | $37.75 | $37.75 |
|     Custodian Fee | 1 | $6.50 | $6.50 |
|     Page Fee | 4 | $0.275 | $1.10 |
|     Overnight Mail Fee | 1 | $3.39 | $3.39 |
|     Regular Mail Fee | 1 | $1.00 | $1.00 |
|     CD/Tapes/Other Media Fee | 1 | $15.00 | $15.00 |
| | | | |
| FROM: FAST BREAK CLINIC / FAST CARE CLINIC | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGV3 | 1 | $37.75 | $37.75 |
|     Custodian Fee | 1 | $14.00 | $14.00 |
|     Page Fee | 11 | $0.275 | $3.03 |
|     Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: FAST BREAK CLINIC / FAST CARE CLINIC | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGV4 | 1 | $37.75 | $37.75 |
|     Custodian Fee | 1 | $31.00 | $31.00 |
|     Page Fee | 31 | $0.275 | $8.53 |
|     Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: FAST BREAK CLINIC / FAST CARE CLINIC | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGV5 | 1 | $37.75 | $37.75 |
|     Custodian Fee | 1 | $20.00 | $20.00 |
|     Page Fee | 18 | $0.275 | $4.95 |

| | | | |
|---|---|---|---|
| Overnight Mail Fee | 1 | $3.39 | $3.39 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| CD/Tapes/Other Media Fee | 1 | $15.00 | $15.00 |
| | | | |
| FROM: IMAGING CENTER OF COLUMBUS | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGVF | 1 | $37.75 | $37.75 |
|   Custodian Fee | 1 | $50.34 | $50.34 |
|   Page Fee | 48 | $0.275 | $13.20 |
|   Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: OKTIBBEHA COUNTY HOSPITAL | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGSY | 1 | $37.75 | $37.75 |
|   Custodian Fee | 1 | $6.50 | $6.50 |
|   Page Fee | 4 | $0.275 | $1.10 |
|   Overnight Mail Fee | 1 | $3.39 | $3.39 |
|   Regular Mail Fee | 1 | $1.00 | $1.00 |
|   Regular Mail Fee | 1 | $1.00 | $1.00 |
|   CD/Tapes/Other Media Fee | 1 | $15.00 | $15.00 |
| | | | |
| Taxable Cost: NOT APPLICABLE | | Total | $531.16 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450


**Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL<br>GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD NE, SUITE 2500<br>ATLANTA, GEORGIA 30305<br>ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 07/09/2019 | 248557 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE<br>CAUSE NUMBER:<br>PLAINTIFF:<br>DEFENSE:<br>RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
| ███████ | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: DIGESTIVE HEALTH SPECIALISTS | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGV0 | 1 | $37.75 | $37.75 |
|     Page Fee | 3 | $0.275 | $0.83 |
| | | | |
| FROM: DIGESTIVE HEALTH SPECIALISTS | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGV1 | 1 | $37.75 | $37.75 |
|     Page Fee | 13 | $0.275 | $3.58 |
| | | | |
| FROM: DR. HALL, MD / COLUMBUS ORTHOPAEDIC CLINIC | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGV7 | 1 | $37.75 | $37.75 |
|     Custodian Fee | 1 | $50.00 | $50.00 |
|     Page Fee | 105 | $0.275 | $28.88 |
| | | | |
| FROM: DR. OSORIO / OCH MEDICAL ASSOCIATES / RAMON OSORIO, MD / OCH MEDICAL ASSOCIATES | | | |
| TYPE: LEGAL DOCUMENTS ONLY – BILLING | | | |
| REQUEST NO.: 00-LHPR | 0 | $37.75 | $0.00 |
|     Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: KROGER CORPORATE OFFICE / THE KROGER COMPANY (USE THIS ONE) | | | |
| TYPE: PHARMACY / BILLING | | | |
| REQUEST NO.: 00-LGSN | 1 | $37.75 | $37.75 |
|     Custodian Fee | 1 | $45.00 | $45.00 |
|     Page Fee | 11 | $0.275 | $3.03 |
|     Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: MICHAEL ANTHONY, MD / STARKVILLE FAMILY PRACTICE | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGVJ | 1 | $37.75 | $37.75 |
|     Custodian Fee | 1 | $40.00 | $40.00 |
|     Page Fee | 22 | $0.275 | $6.05 |

| | | | |
|---|---|---|---|
| FROM: MICHAEL ANTHONY, MD / STARKVILLE FAMILY PRACTICE | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGVK | 1 | $37.75 | $37.75 |
| Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: OCH FAMILY HEALTH CLINIC | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGVP | 1 | $37.75 | $37.75 |
| Page Fee | 67 | $0.275 | $18.43 |
| | | | |
| FROM: STARKVILLE BREAST HEALTH & IMAGING / CENTER OF BREAST HEALTH & IMAGING/CENTER OF BREAST HEALTH & IMAGING | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGTT | 1 | $37.75 | $37.75 |
| Page Fee | 4 | $0.275 | $1.10 |
| | | | |
| FROM: STARKVILLE BREAST HEALTH & IMAGING / CENTER OF BREAST HEALTH & IMAGING/CENTER OF BREAST HEALTH & IMAGING | | | |
| TYPE: LEGAL DOCUMENTS ONLY – MEDICAL | | | |
| REQUEST NO.: 00-LJ04 | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| Taxable Cost: NOT APPLICABLE | | **Total** | $501.55 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450



**SLP** **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. • Katy, Texas 77450
Phone: 713-995-8225 • Fax: 713-995-6220

| Bill To | | Date | Invoice # |
|---|---|---|---|
| R. CLIFTON MERRELL<br>GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD NE, SUITE 2500<br>ATLANTA, GEORGIA 30305<br>ATTENTION: ADAM L. HIGGINS | | 09/06/2019 | 254300 |

**Records On**

PROJECT: NPC-GT-TAXOTERE
CAUSE NUMBER:
PLAINTIFF:
DEFENSE:
RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD

| | Tax ID | Term |
|---|---|---|
| | ▮▮▮▮▮ | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: COLUMBUS HEMATOLOGY AND ONCOLOGY | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGTH | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: STARKVILLE BREAST HEALTH & IMAGING /<br>CENTER OF BREAST HEALTH & IMAGING/CENTER OF<br>BREAST HEALTH & IMAGING | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGTW | 1 | $37.75 | $37.75 |
| Taxable Cost: NOT APPLICABLE | | Total | $77.50 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450

 **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL |
| GREENBERG TRAURIG, LLP |
| 3333 PIEDMONT ROAD NE, SUITE 2500 |
| ATLANTA, GEORGIA 30305 |
| ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 01/16/2020 | 275992 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE |
| CAUSE NUMBER: |
| PLAINTIFF: |
| DEFENSE: |
| RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
|  | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: CENTERS FOR MEDICARE AND MEDICAID SERVICES ***USE THIS ONE FOR MEDICARE RECORDS*** | | | |
| TYPE: INSURANCE | | | |
| REQUEST NO.: 00-LGSQ | 1 | $37.75 | $37.75 |
| Page Fee | 92 | $0.275 | $25.30 |
| Certified Mail Fee | 1 | $6.50 | $6.50 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: COLUMBUS HEMATOLOGY AND ONCOLOGY | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGTJ | 1 | $37.75 | $37.75 |
| Page Fee | 2 | $0.275 | $0.55 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: DIGESTIVE HEALTH SPECIALISTS | | | |
| TYPE: LEGAL DOCUMENTS ONLY – BILLING | | | |
| REQUEST NO.: 00-LJ99 | 0 | $37.75 | $0.00 |
| Page Fee | 3 | $0.275 | $0.83 |
| | | | |
| FROM: DR. OSORIO / OCH MEDICAL ASSOCIATES / RAMON OSORIO, MD / OCH MEDICAL ASSOCIATES | | | |
| TYPE: LEGAL DOCUMENTS ONLY – RADIOLOGY | | | |
| REQUEST NO.: 00-LL93 | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: JOHN WHITECAR, MD | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGT0 | 1 | $37.75 | $37.75 |
| Page Fee | 95 | $0.275 | $26.13 |
| | | | |
| FROM: JOHN WHITECAR, MD | | | |
| TYPE: ADDITIONAL RECORDS – MEDICAL | | | |
| REQUEST NO.: 00-LYPQ | 0 | $37.75 | $0.00 |
| Page Fee | 38 | $0.275 | $10.45 |
| | | | |
| FROM: JOHN WHITECAR, MD | | | |
| TYPE: ADDITIONAL RECORDS – MEDICAL | | | |

| REQUEST NO.: 00-LZB9 | 0 | $37.75 | $0.00 |
|---|---|---|---|
| Page Fee | 196 | $0.275 | $53.90 |
| | | | |
| FROM: MICHAEL ANTHONY, MD / STARKVILLE FAMILY PRACTICE | | | |
| TYPE: LEGAL DOCUMENTS ONLY – MEDICAL | | | |
| REQUEST NO.: 00-LHHB | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: OCH FAMILY HEALTH CLINIC | | | |
| TYPE: LEGAL DOCUMENTS ONLY – RADIOLOGY | | | |
| REQUEST NO.: 00-LJRB | 0 | $37.75 | $0.00 |
| Page Fee | 3 | $0.275 | $0.83 |
| | | | |
| FROM: OKTIBBEHA COUNTY HOSPITAL | | | |
| TYPE: LEGAL DOCUMENTS ONLY – RADIOLOGY | | | |
| REQUEST NO.: 00-LJ0L | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: STARKVILLE BREAST HEALTH & IMAGING / CENTER OF BREAST HEALTH & IMAGING/CENTER OF BREAST HEALTH & IMAGING | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LGTV | 1 | $37.75 | $37.75 |
| Custodian Fee | 1 | $6.50 | $6.50 |
| Page Fee | 9 | $0.275 | $2.48 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| Taxable Cost: NOT APPLICABLE | | **Total** | $289.12 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450

 **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. – Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL |
| GREENBERG TRAURIG, LLP |
| 3333 PIEDMONT ROAD NE, SUITE 2500 |
| ATLANTA, GEORGIA 30305 |
| ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 01/28/2020 | 276857 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE |
| CAUSE NUMBER: |
| PLAINTIFF: |
| DEFENSE: |
| RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
| | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: COLUMBUS HEMATOLOGY AND ONCOLOGY | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGTG | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: DIGESTIVE HEALTH SPECIALISTS | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGV2 | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
| | | | |
| FROM: DR. HALL, MD / COLUMBUS ORTHOPAEDIC CLINIC | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGV6 | 1 | $37.75 | $37.75 |
|    Page Fee | 17 | $0.275 | $4.68 |
| | | | |
| FROM: DR. HALL, MD / COLUMBUS ORTHOPAEDIC CLINIC | | | |
| TYPE: LEGAL DOCUMENTS ONLY – RADIOLOGY | | | |
| REQUEST NO.: 00-LL92 | 0 | $37.75 | $0.00 |
|    Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: GREGORY W CHILDREY, MD / COLUMBUS OB/GYN SPECIALTY CENTER | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LGTK | 1 | $37.75 | $37.75 |
|    Page Fee | 7 | $0.275 | $1.93 |
| | | | |
| FROM: GREGORY W CHILDREY, MD / COLUMBUS OB/GYN SPECIALTY CENTER | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LGTM | 1 | $37.75 | $37.75 |
|    Page Fee | 2 | $0.275 | $0.55 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: GREGORY W CHILDREY, MD / COLUMBUS | | | |

OB/GYN SPECIALTY CENTER
TYPE: LEGAL DOCUMENTS ONLY – MEDICAL

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LJR7 | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |

FROM: GREGORY W CHILDREY, MD / COLUMBUS
OB/GYN SPECIALTY CENTER
TYPE: LEGAL DOCUMENTS ONLY – BILLING

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LKR8 | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |

FROM: IMAGING CENTER OF COLUMBUS
TYPE: BILLING

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LGVD | 1 | $37.75 | $37.75 |
| Custodian Fee | 1 | $50.33 | $50.33 |
| Page Fee | 4 | $0.275 | $1.10 |

FROM: IMAGING CENTER OF COLUMBUS
TYPE: RADIOLOGY FILMS

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LGVG | 1 | $37.75 | $37.75 |
| Custodian Fee | 1 | $50.33 | $50.33 |
| Page Fee | 15 | $0.275 | $4.13 |
| Overnight Mail Fee | 1 | $3.39 | $3.39 |
| CD/Tapes/Other Media Fee | 2 | $15.00 | $30.00 |

FROM: JOHN WHITECAR, MD
TYPE: BILLING

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LGSZ | 1 | $37.75 | $37.75 |
| Page Fee | 3 | $0.275 | $0.83 |

FROM: JOHN WHITECAR, MD
TYPE: RADIOLOGY FILMS

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LGT1 | 1 | $37.75 | $37.75 |
| Page Fee | 3 | $0.275 | $0.83 |

FROM: OCH FAMILY HEALTH CLINIC
TYPE: LEGAL DOCUMENTS ONLY – BILLING

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LJQJ | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |

FROM: OKTIBBEHA COUNTY HOSPITAL
TYPE: BILLING

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LGSW | 1 | $37.75 | $37.75 |
| Page Fee | 49 | $0.275 | $13.48 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |

FROM: OKTIBBEHA COUNTY HOSPITAL
TYPE: MEDICAL

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LGSX | 1 | $37.75 | $37.75 |
| Custodian Fee | 1 | $52.25 | $52.25 |
| Page Fee | 211 | $0.275 | $58.03 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |

FROM: OKTIBBEHA COUNTY HOSPITAL
TYPE: LEGAL DOCUMENTS ONLY – BILLING

| | | | |
|---|---|---|---|
| REQUEST NO.: 00-LMRV | 0 | $37.75 | $0.00 |

| Page Fee | 2 | $0.275 | $0.55 |
|---|---|---|---|
| Taxable Cost: NOT APPLICABLE | | **Total** | $696.52 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450

 **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. – Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL<br>GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD NE, SUITE 2500<br>ATLANTA, GEORGIA 30305<br>ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 01/28/2020 | 276858 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE<br>CAUSE NUMBER:<br>PLAINTIFF:<br>DEFENSE:<br>RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
|  | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: MICHAEL ANTHONY, MD / STARKVILLE FAMILY PRACTICE<br>TYPE: BILLING<br>REQUEST NO.: 00-LGVH | 1 | $37.75 | $37.75 |
| FROM: OCH FAMILY HEALTH CLINIC<br>TYPE: MEDICAL<br>REQUEST NO.: 00-LGVQ | 1 | $37.75 | $37.75 |
| Taxable Cost: NOT APPLICABLE | | **Total** | $75.50 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450



**Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

**Bill To**

R. CLIFTON MERRELL
GREENBERG TRAURIG, LLP
3333 PIEDMONT ROAD NE, SUITE 2500
ATLANTA, GEORGIA 30305
ATTENTION: ADAM L. HIGGINS

| Date | Invoice # |
|------|-----------|
| 02/19/2020 | 278155 |

**Records On**

PROJECT: NPC-GT-TAXOTERE
CAUSE NUMBER:
PLAINTIFF:
DEFENSE:
RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD

| Tax ID | Term |
|--------|------|
|  | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|-------------|----------|------------|--------|
| FROM: AMBETTER MAGNOLIA | | | |
| TYPE: INSURANCE | | | |
| REQUEST NO.: 00-LGSS | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: CVS CAREMARK / CVS PHARMACY (CORP.) (*USE THIS ONE*) (RETAIL ONLY) | | | |
| TYPE: PHARMACY / BILLING | | | |
| REQUEST NO.: 00-LGSM | 1 | $37.75 | $37.75 |
| | | | |
| FROM: DR. JESSIE WILLIAMS / COLUMBUS INTERNAL MEDICINE / JESSE WILLIAMS, MD / COLUMBUS FAMILY HEALTH CENTER | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LL6S | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: DR. JESSIE WILLIAMS / COLUMBUS INTERNAL MEDICINE / JESSE WILLIAMS, MD / COLUMBUS FAMILY HEALTH CENTER | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LL6T | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: DR. JESSIE WILLIAMS / COLUMBUS INTERNAL MEDICINE / JESSE WILLIAMS, MD / COLUMBUS FAMILY HEALTH CENTER | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LL6V | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: HUMANA CHOICE | | | |
| TYPE: INSURANCE | | | |
| REQUEST NO.: 00-LGSV | 1 | $37.75 | $37.75 |
|    Custodian Fee | 1 | $6.50 | $6.50 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: SOCIAL SECURITY ADMINISTRATION – DISABILITY (***USE THIS ONE***) | | | |

| TYPE: SOCIAL SECURITY DISABILITY | | | |
|---|---|---|---|
| REQUEST NO.: 00-LGSR | 1 | $37.75 | $37.75 |
|    Custodian Fee | 1 | $32.88 | $32.88 |
|    Certified Mail Fee | 2 | $6.55 | $13.10 |
| | | | |
| FROM: UCH CLINIC | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-LKKP | 1 | $37.75 | $37.75 |
| | | | |
| FROM: UCH CLINIC | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-LKKQ | 1 | $37.75 | $37.75 |
| | | | |
| FROM: UCH CLINIC | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-LKKR | 1 | $37.75 | $37.75 |
| | | | |
| Taxable Cost: NOT APPLICABLE | | Total | $434.98 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450

 **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL |
| GREENBERG TRAURIG, LLP |
| 3333 PIEDMONT ROAD NE, SUITE 2500 |
| ATLANTA, GEORGIA 30305 |
| ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 02/19/2020 | 278143 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE |
| CAUSE NUMBER: |
| PLAINTIFF: |
| DEFENSE: |
| RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
|  | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: EVERETT MCKIBBEN, MD / FAMILY MEDICINE / EVERETT MCKIBBEN, MD / LAIRD CLINIC OF FAMILY MEDICINE | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-MW2H | 1 | $37.75 | $37.75 |
| Page Fee | 3 | $0.275 | $0.83 |
| | | | |
| FROM: S. KEITH HOLTON, PLLC / PHYSICAL THERAPIST / S. KEITH HOLTON, PLLC / MAGNOLIA OUTPATIENT REHABILITATION | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2P | 1 | $37.75 | $37.75 |
| Custodian Fee | 1 | $50.00 | $50.00 |
| Page Fee | 13 | $0.275 | $3.58 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| Taxable Cost: NOT APPLICABLE | | Total | $130.91 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450



**Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL |
| GREENBERG TRAURIG, LLP |
| 3333 PIEDMONT ROAD NE, SUITE 2500 |
| ATLANTA, GEORGIA 30305 |
| ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 03/19/2020 | 279601 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE |
| CAUSE NUMBER: |
| PLAINTIFF: |
| DEFENSE: |
| RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
| | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: COLUMBUS OB/GYN SPECIALTY CENTER | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-MW2D | 1 | $37.75 | $37.75 |
|    Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: COLUMBUS OB/GYN SPECIALTY CENTER | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2W | 1 | $37.75 | $37.75 |
|    Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: COLUMBUS OB/GYN SPECIALTY CENTER | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-MW2X | 1 | $37.75 | $37.75 |
|    Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: COLUMBUS ORTHOPAEDIC STARKVILLE PHYSICAL THERAPY | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-MW2F | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: COLUMBUS ORTHOPAEDIC STARKVILLE PHYSICAL THERAPY | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2V | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: COLUMBUS ORTHOPAEDIC STARKVILLE PHYSICAL THERAPY | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-MW2Y | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: MEADOWS & PERKINS DISABILITY CONSULTANTS | | | |

| TYPE: BILLING | | | |
|---|---|---|---|
| REQUEST NO.: 00-MW2K | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: MEADOWS & PERKINS DISABILITY CONSULTANTS | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2Q | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: MEADOWS & PERKINS DISABILITY CONSULTANTS | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-MW32 | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: UNIVERSITY OF MISSISSIPPI MEDICAL CENTER | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-MW29 | 1 | $37.75 | $37.75 |
|    Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| FROM: UNIVERSITY OF MISSISSIPPI MEDICAL CENTER | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2B | 1 | $37.75 | $37.75 |
|    Page Fee | 3 | $0.275 | $0.83 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| Taxable Cost: NOT APPLICABLE | | Total | $430.26 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450


**Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL |
| GREENBERG TRAURIG, LLP |
| 3333 PIEDMONT ROAD NE, SUITE 2500 |
| ATLANTA, GEORGIA 30305 |
| ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 10/23/2020 | 290167 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE |
| CAUSE NUMBER: |
| PLAINTIFF: |
| DEFENSE: |
| RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
|  | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: AETNA INSURANCE | | | |
| TYPE: INSURANCE | | | |
| REQUEST NO.: 00-MW28 | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: DR. JESSIE WILLIAMS, MD / PCP / JESSE WILLIAMS, MD / PCP | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-MW2G | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: DR. JESSIE WILLIAMS, MD / PCP / JESSE WILLIAMS, MD / PCP | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2T | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: DR. JESSIE WILLIAMS, MD / PCP / JESSE WILLIAMS, MD / PCP | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-MW2Z | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: EVERETT MCKIBBEN, MD / FAMILY MEDICINE / EVERETT MCKIBBEN, MD / LAIRD CLINIC OF FAMILY MEDICINE | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2S | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: EVERETT MCKIBBEN, MD / FAMILY MEDICINE / EVERETT MCKIBBEN, MD / LAIRD CLINIC OF FAMILY MEDICINE | | | |
| TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-MW30 | 1 | $37.75 | $37.75 |
| | | | |
| FROM: JPB PATHOLOGY, INC | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-MW2J | 1 | $37.75 | $37.75 |

| | | | |
|---|---|---|---|
| FROM: JPB PATHOLOGY, INC<br>TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2R | 1 | $37.75 | $37.75 |
|    Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: JPB PATHOLOGY, INC<br>TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-MW31 | 1 | $37.75 | $37.75 |
| | | | |
| FROM: S. KEITH HOLTON, PLLC / PHYSICAL<br>THERAPIST / S. KEITH HOLTON, PLLC / MAGNOLIA<br>OUTPATIENT REHABILITATION<br>TYPE: BILLING | | | |
| REQUEST NO.: 00-MW2L | 1 | $37.75 | $37.75 |
| | | | |
| FROM: S. KEITH HOLTON, PLLC / PHYSICAL<br>THERAPIST / S. KEITH HOLTON, PLLC / MAGNOLIA<br>OUTPATIENT REHABILITATION<br>TYPE: RADIOLOGY FILMS | | | |
| REQUEST NO.: 00-MW33 | 1 | $37.75 | $37.75 |
| Taxable Cost: NOT APPLICABLE | | Total | $421.25 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450

 **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. – Katy, Texas 77450
Phone: 713-995-8225 – Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL |
| GREENBERG TRAURIG, LLP |
| 3333 PIEDMONT ROAD NE, SUITE 2500 |
| ATLANTA, GEORGIA 30305 |
| ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 10/23/2020 | 290162 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE |
| CAUSE NUMBER: |
| PLAINTIFF: |
| DEFENSE: |
| RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
| | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: ANTHEM BLUE CROSS & BLUE SHIELD | | | |
| TYPE: INSURANCE | | | |
| REQUEST NO.: 00-LGST | 1 | $37.75 | $37.75 |
| Page Fee | 2 | $0.275 | $0.55 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: THE FAMILY CLINIC | | | |
| TYPE: LEGAL DOCUMENTS ONLY – MEDICAL | | | |
| REQUEST NO.: 00-NC19 | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |
| Regular Mail Fee | 1 | $1.00 | $1.00 |
| | | | |
| FROM: THE FAMILY CLINIC | | | |
| TYPE: LEGAL DOCUMENTS ONLY – BILLING | | | |
| REQUEST NO.: 00-NC1B | 0 | $37.75 | $0.00 |
| Page Fee | 2 | $0.275 | $0.55 |
| | | | |
| Taxable Cost: NOT APPLICABLE | | **Total** | $41.40 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450

 **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL<br>GREENBERG TRAURIG, LLP<br>3333 PIEDMONT ROAD NE, SUITE 2500<br>ATLANTA, GEORGIA 30305<br>ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 12/23/2020 | 302770 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE<br>CAUSE NUMBER:<br>PLAINTIFF:<br>DEFENSE:<br>RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD<br>FROM: THE FAMILY CLINIC<br>TYPE: RADIOLOGY FILMS<br>REQUEST NO.: 00-MW34 |

| Tax ID | Term |
|---|---|
| | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| Base Fee - CERTIFICATION WITH AUTHORIZATION | 1 | $37.75 | $37.75 |
| Custodian Fee | 1 | $10.00 | $10.00 |

| Taxable Cost: NOT APPLICABLE | | Total | $47.75 |
|---|---|---|---|

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450

 **Strategic Litigation Partners**

# Invoice

21324 Provincial Blvd. - Katy, Texas 77450
Phone: 713-995-8225 - Fax: 713-995-6220

| Bill To |
|---|
| R. CLIFTON MERRELL
GREENBERG TRAURIG, LLP
3333 PIEDMONT ROAD NE, SUITE 2500
ATLANTA, GEORGIA 30305
ATTENTION: ADAM L. HIGGINS |

| Date | Invoice # |
|---|---|
| 01/05/2021 | 303568 |

| Records On |
|---|
| PROJECT: NPC-GT-TAXOTERE
CAUSE NUMBER:
PLAINTIFF:
DEFENSE:
RECORDS ON: ARQUICE CONLEY A/K/A BISHOP; MCDONALD |

| Tax ID | Term |
|---|---|
|  | Net 30 Days |

| Description | Quantity | Price Each | Amount |
|---|---|---|---|
| FROM: THE FAMILY CLINIC | | | |
| TYPE: BILLING | | | |
| REQUEST NO.: 00-MW2M | 1 | $37.75 | $37.75 |
|    Page Fee | 11 | $0.275 | $3.03 |
| | | | |
| FROM: THE FAMILY CLINIC | | | |
| TYPE: MEDICAL | | | |
| REQUEST NO.: 00-MW2N | 1 | $37.75 | $37.75 |
|    Custodian Fee | 1 | $10.00 | $10.00 |
|    Page Fee | 24 | $0.275 | $6.60 |
| | | | |
| Taxable Cost: NOT APPLICABLE | | **Total** | $95.13 |

Thank you for your business.
Please enclose a copy of the invoice with your remittance to:

SLP-STRATEGIC LITIGATION PARTNERS
21324 PROVINCIAL BLVD.
KATY, TEXAS 77450