UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Arquice Conley v. Sandoz Inc.*<br>Civil Case No. 2:18-cv-9799 | MDL No. 2740<br><br>Section:  "H"(5)<br><br>JUDGE JANE TRICHE MILAZZO |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant Sandoz Inc. ("Sandoz") will bring for hearing the accompanying Bill of Costs against Plaintiff Arquice Conley on the 12th day of April, 2023, at a time to be determined, before Carol L. Michel, Clerk of the Court for the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

Dated:  March 24, 2023                    Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ *Evan C. Holden*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2212 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Counsel for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/ Evan C. Holden
Evan C. Holden