UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO:<br><br>ROSEMARY CORUM | Civil Action No.: 2:19-cv-14319 |

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 27th day of March, 2023.

                                              /s/ Amy Collignon Gunn
                                              Amy Collignon Gunn
                                              The Simon Law Firm
                                              800 Market St., Ste. 1700
                                              St. Louis, MO 63101
                                              Tel: (314) 241-2929
                                              agunn@simonlawpc.com

                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 27, 2023　　　　　　　　　　　　／s／ Amy Collignon Gunn
　　　　　　　　　　　　　　　　　　　　　　　Amy Collignon Gunn