UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases. | ) | |

## ORDER

Before the Court is a Motion to Withdraw as Counsel (Doc. 15721);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Deborah B. Rouen is withdrawn as counsel of record for Sandoz, Inc.

New Orleans, Louisiana, this 27th day of March, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**