**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | ) ) ) ) ) | MDL NO 2740 |
| | | Section "N" (5) |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE MILAZZO |
| | ) | MAG. JUDGE NORTH |
| The Cases Listed on the attached Exhibit A | ) ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

     Kindly enter my appearance on behalf of the Plaintiffs listed in the attached Exhibit A in the above captioned matters.

Dated: March 28, 2023

                                         Respectfully Submitted,

                                         */s/ Denise Dessel*
                                         Denise Dessel
                                         New York Bar
                                         No.5741459
                                         Marc J. Bern & Partners LLC
                                         60 East 42nd Street, Suite 950
                                         New York, NY 10165
                                         Telephone: (212) 702-5000
                                         Email: ddessel@bernllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on March 28, 2023, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Denise Dessel*
Denise Dessel

## EXHIBIT A

| | |
|---|---|
| 2:17-cv-04840-JTM-MBN | Rasmussen v. Sanofi S.A. et al |
| 2:17-cv-04972-JTM-MBN | Gidcomb et al v. Sanofi S.A. et al |
| 2:18-cv-04445-JTM-MBN | Davidson v. Sanofi US Services Inc. et al |
| 2:18-cv-04465-JTM-MBN | Jones v. Sanofi US Services Inc. et al |
| 2:18-cv-05547-JTM-MBN | Sites et al v. Sanofi US Services Inc. et al |
| 2:18-cv-05577-JTM-MBN | Dannhauser v. Sanofi US Services Inc. et al |
| 2:18-cv-07105-JTM-MBN | McCoy v. Sanofi US Services Inc. et al |
| 2:18-cv-07265-JTM-MBN | Boyce et al v. Accord Healthcare, Inc. |
| 2:18-cv-07267-JTM-MBN | Deaton v. Sanofi US Services Inc. et al |
| 2:18-cv-07295-JTM-MBN | Taylor v. Sanofi US Services Inc. et al |
| 2:18-cv-07557-JTM-MBN | Torres v. Sanofi US Services Inc. et al |
| 2:18-cv-08297-JTM-MBN | Williams et al v. Sanofi US Services Inc. et al |
| 2:18-cv-08555-JTM-MBN | Anderson v. Sanofi US Services Inc. et al |
| 2:18-cv-09378-JTM-MBN | Jimenez et al v. Sanofi US Services Inc. et al |
| 2:18-cv-10048-JTM-MBN | Martin et al v. Sanofi US Services Inc. et al |
| 2:18-cv-10718-JTM-MBN | Terblanche et al v. Sanofi US Services Inc. et al |
| 2:18-cv-10721-JTM-MBN | Buckley v. Sanofi US Services Inc. et al |
| 2:18-cv-10734-JTM-MBN | McAfee et al v. Sanofi US Services Inc. et al |
| 2:18-cv-11100-JTM-MBN | Knutz v. Sanofi US Services Inc. et al |
| 2:18-cv-11228-JTM-MBN | White v. Sanofi US Services Inc et al |
| 2:18-cv-11256-JTM-MBN | Mayo v. Sanofi US Services Inc. et al |
| 2:18-cv-11615-JTM-MBN | Williams et al v. Sanofi US Services Inc. et al |
| 2:18-cv-11618-JTM-MBN | Clark-Culp v. Sanofi US Services Inc. et al |
| 2:18-cv-11718-JTM-MBN | Scott v. Sanofi US Services Inc. et al |
| 2:18-cv-11815-JTM-MBN | Anderson et al v. Sanofi US Services Inc. et al |
| 2:18-cv-11822-JTM-MBN | Morgan v. Sanofi US Services Inc. et al |

| | |
|---|---|
| 2:18-cv-11917-JTM-MBN | Rathgeber v. Sanofi US Services Inc. et al |
| 2:18-cv-12429-JTM-MBN | Hall v. Sanofi US Services Inc. et al |
| 2:18-cv-12681-JTM-MBN | Dellos et al v. Sanofi US Services Inc. et al |
| 2:18-cv-13035-JTM-MBN | Yancey v. Sanofi US Services Inc. et al |
| 2:18-cv-13071-JTM-MBN | White v. Sanofi US Services Inc. et al |
| 2:18-cv-13145-JTM-MBN | Weldon et al v. Sanofi US Services Inc. et al |
| 2:18-cv-13418-JTM-MBN | Miles v. Sanofi US Services Inc., et al |
| 2:18-cv-13650-JTM-MBN | Reed v. Sanofi US Services Inc., et al |
| 2:18-cv-14035-JTM-MBN | Priebe v. Sanofi US Services Inc. et al |
| 2:18-cv-14134-JTM-MBN | Fox et al v. Sanofi US Services Inc. et al |
| 2:18-cv-14300-JTM-MBN | Olin v. Sanofi US Services Inc. et al |
| 2:18-cv-14303-JTM-MBN | Anthony et al v. Sanofi US Services Inc. et al |
| 2:19-cv-00037-JTM-MBN | Minor et al v. Sanofi US Services Inc. et al |
| 2:19-cv-01412-JTM-MBN | Blodgett v. Sanofi US Services Inc. et al |
| 2:19-cv-01585-JTM-MBN | Chen v. Sanofi US Services Inc. et al |
| 2:19-cv-01902-JTM-MBN | Hackney et al v. Sanofi US Services Inc. et al |
| 2:19-cv-13229-JTM-MBN | Driggins v. Sanofi US Services Inc., et al |