UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740<br><br>SECTION: "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>ANGELA T. THOMAS v.<br>SANOFI U.S. SERVICES, INC., ET AL. | * * * * * * * * | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES, INC., f/k/a SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC<br>Civil Action No. 2:17-CV-12173 |

**************************************************************************

Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this March 28, 2023

Respectfully submitted,
s/ *Bobby J. Bell, Jr.*
Bobby J. Bell, Jr. ASB 3426B63B
Hollis Wright & Clay, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Telephone (205) 324-3600
Facsimile (205) 324-3636
bob@hollis-wright.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of this motion was electronically filed with the Clerk of Court on this 28th day of March 2023, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Bobby J. Bell, Jr.*
Bobby J. Bell, Jr.