UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sandra Burris v. Hospira, Inc. et al*<br><br>**Civil Action No.:** 2:17-CV-03715 | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC., AND HOSPIRA WORLDWIDE, LLC, F/K/A HOSPIRA WORLDWIDE, INC. |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc., and Hospira Worldwide, LLC, F/K/A, Hospira Worldwide, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

DATED: March 25, 2023                                    Respectfully submitted,

                                                                            By:

                                                                            /s/ Terence J. Sweeney, Esq.
                                                                            Terence J. Sweeney, Esq.
                                                                            Law Offices of Terence J. Sweeney, Esq.
                                                                            44 Fairmount Avenue
                                                                            Suite 1
                                                                            Chatham, New Jersey  07928
                                                                            Telephone: (973) 665-0400
                                                                            Facsimile:  (973) 665-0401
                                                                            *Attorneys for the Plaintiff Sandra Burris*

## CERTIFICATE OF SERVICE

  I certify that, on the date set forth below, the foregoing NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE was filed electronically and was furnished by operation of the Court's Electronic Case Filing System on counsel of record in case No. 2:16-MD-2740, on this 29th day of March, 2023.

Dated: Chatham, New Jersey
    March 29, 2023

            Law Offices of Terence J. Sweeney, Esq.

          By: /s/ Terence J. Sweeney
             Terence J. Sweeney
             44 Fairmount Avenue
             Suite One
             Chatham, New Jersey 07928
             Telephone  (973) 665-0400
             Facsimile   (973) 665-0401
             Attorneys for the plaintiff Sandra Burris