UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Hospira, Inc, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.**<br><br>Civil Action No.: 2:19-cv-13819 |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira. Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

  Dated this 29th day of March, 2023.

                */s/Wesley L. Laird*
                **Wesley L. Laird**
                **Ala. Bar No. 1956A41W**
                Laird, Baker & Blackstock, LLC
                501 North Main Street
                Opp, Alabama 36467
                T: (334) 493-9716
                F: (334) 493-9715
                Wes@LBBLawFirm.com
                Amy@LBBLawFirm.com
                *Attorney for Patricia C. Hudson*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 29, 2023                    */s/Wesley L. Laird*_____