MINUTE ENTRY
MILAZZO, J.
MARCH 30, 2023

JS-10: 00:32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |

Elizabeth Kahn, 16-17039

## MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Toni Tusa |
| LAW CLERK: | Natalie Earles |
| | |
| APPEARANCES: | M. Palmer Lambert, for Plaintiffs Liaison Counsel, |
| | Douglas J. Moore, for Sanofi & Defendants Liaison Counsel |

Court begins at 9:58 a.m.
Counsel made their appearances for the record.
Plaintiff, Elizabeth Kahn's Motion for Reconsideration of Order & Reasons, (Doc. 15280) is argued by counsel.
The Motion is taken under advisement by the Court.
Court adjourned at 10:30 a.m.