UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: MARY HOWARD | ) ) ) | SECTION: "H" 5 JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| *Plaintiff,* | ) ) | |
| vs. | ) ) | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOF-AVENTIS U.S. LLC, separately and d/b/a WINTHORP U.S.; ACCORD HEALTHCARE, INC.; McKESSON CORPORATION d/b/a McKESSON PACKAGING; HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; and SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD. *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:17-CV-15677 |

## **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Mary Howard (*hereinafter* "Plaintiff"), by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local Rule (7.6E) respectfully seek leave to amend the body of the Complaint under paragraph 6(b).

Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Plaintiff duly served a copy of the Complaint on December 8, 2017.

On March 30, 2023, Plaintiff provided a copy of the proposed Amended Complaint to Defendants but have not heard back from them with consent to amend the Complaint.

WHEREFORE, Plaintiff Mary Howard respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: March 30, 2023

Respectfully submitted,

By: */s/ Ethan L. Shaw*
    Ethan L. Shaw
    John P. Cowart
    SHAW COWART, L.L.P.
    1609 Shoal Creek Boulevard
    Suite 301
    Austin, Texas  78701
    Telephone:  (512) 499-8900
    Facsimile:  (512) 320-8906
    elshaw@shawcowart.com
    jcowart@shawcowart.com

    *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2023, a true and correct copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

*/s/ Ethan L. Shaw*
Ethan L. Shaw

## CERTIFICATE OF CONFERENCE

I hereby certify that a copy of the Plaintiff's Amended Complaint was provided to opposing counsel for consent but have not heard back from them.

*/s/ Ethan L. Shaw*
Ethan L. Shaw