UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION:  "H" 5 |
| MARY HOWARD | ) | JUDGE JANE TRICHE MILAZZO |
| | ) | MAG. JUDGE NORTH |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SANOFI US SERVICES INC. f/k/a | ) | Civil Action No. 2:17-CV-15677 |
| SANOFI-AVENTIS U.S. INC.; | ) | |
| SANOF-AVENTIS U.S. LLC, separately | ) | |
| and d/b/a WINTHORP U.S.; ACCORD | ) | |
| HEALTHCARE, INC.; McKESSON | ) | |
| CORPORATION d/b/a McKESSON | ) | |
| PACKAGING; HOSPIRA, INC.; | ) | |
| HOSPIRA WORLDWIDE, LLC f/k/a | ) | |
| HOSPIRA WORLDWIDE, INC.; and | ) | |
| SUN PHARMACEUTICAL INDUSTRIES, | ) | |
| INC. f/k/a CARACO PHARMACEUTICAL | ) | |
| LABORATORIES, LTD. | ) | |
| *Defendants* | ) | |
| | ) | |

_____

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE
AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to File Amended Short Form Complaint and for

good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form

Complaint attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2023.


_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE