UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: Valencia Williams<br>Case Number: 2:16-cv-15675 | JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC.** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc.; each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant is not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: March 30, 2023

Respectfully submitted,

By: /s/*Betsy Barnes*
Morris Bart (La. Bar No. 2788)
Betsy Barnes (La. Bar No. 19473)
John Enochs (La. Bar No. 22774)
**MORRIS BART, L.L.C.**
601 Poydras St.
24th Floor
New Orleans, LA 70130
Telephone: (504) 525-8000
Fax: (504) 599-3380
bbarnes@morrisbart.com
jenochs@morrisbart.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: March 30, 2023

                                                  /s/ *Betsy Barnes*
                                                  Betsy Barnes