# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 16-2740 |
| PRODUCTS LIABILITY ) | | |
| LITIGATION ) | | |
| ) | | SECTION: "H" (5) |
| ) | | |
| This document relates to all cases. ) | | |

## ORDER

**IT IS ORDERED** that the next show cause hearing is **SET** for Tuesday, July 11, 2023, at 9:30 a.m.

New Orleans, Louisiana, this 31st day of March, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**