MINUTE ENTRY
MILAZZO, J.
MARCH 30, 2023

JS-10: 00:18

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

### MINUTE ENTRY

On March 30, 2023, the Court held a status conference with Lead and Liaison Counsel. Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by video. Counsel discussed the ongoing remand process and gave a general status update.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL 2740 H(5)
PRODUCTS LIABILITY LITIGATION

MARCH 30, 2023
LEAD & LIAISON MEETING & ORAL ARGUMENT, DOC. 15280

| Name (Please Print) | Party Representing |
| --- | --- |
| Cliff Merrell | Sandoz |
| Evan Holden | Sandoz |
| Jon Strongman | Sanofi |
| Douglas Moore | Sanofi DLC |
| Harley R. | SANOFI |
| Adrienne Byard | Sanofi |
| John Olinde | SOSSy Liaison |
| Richmond Moore | Hospira/Pfizer |
| Michael Suffern | Actavis & Sagent |
| Julie Callsen | acwd |
| Palmer Lambert | co-liaison  II |
| Karen Barth Menzies | co-lead  II |
| Chris Coffin | co-lead  II |
| Geoffrey Coan | Sun Pharmaceutical |
| Dawn Barrios | |
| Matt Robinson | |
|  |  |