UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| --- | --- |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Arquice Conley v. Sandoz Inc.* Case No. 2:18-cv-9799 | HON. JANE TRICHE MILAZZO |

### PLAINTIFF'S MOTION TO EXTEND SUBMISSION DATE

NOW INTO COURT, comes Plaintiff, through Plaintiff's Attorneys, who respectfully move this Court to extend the submission date of Defendant's Motion to Tax Costs (Dkt. 15727) to April 26, 2023. The current submission date for this is April 12, 2023. Counsel for Sandoz Inc. does not oppose this request.

WHEREFORE, Plaintiff respectfully prays that this Court grant the instant Motion to Extend Submission Date and enter the attached proposed order continuing the submission date from April 12, 2023, to April 26, 2023.

Dated: March 31, 2023                CUTTER LAW P.C.

                                     Respectfully submitted,


                                     By: /s/ Celine E. Cutter      .
                                     C. Brooks Cutter
                                     Jennifer S. Domer
                                     Celine E. Cutter

1

CUTTER LAW P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-290-9400
Facsimile: 916-588-9330

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Elaine Bell