# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
|---|---|
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** *Arquice Conley v. Sandoz Inc.* Case No. 2:18-cv-9799 | HON. JANE TRICHE MILAZZO |

## [PROPOSED] ORDER

Considering the foregoing Plaintiffs' Motion to Extend Submission Date,

**IT IS HEREBY ORDERED,** that the submission date of Defendant's Motion to Tax Costs (Dkt. 15727) is hereby extended and reset to April 26, 2023.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**