UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: MARY HOWARD | SECTION: "H" 5 JUDGE JANE TRICHE MILAZZO MAG. JUDGE NORTH |
| *Plaintiff,* vs. | |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.; SANOF-AVENTIS U.S. LLC, separately and d/b/a WINTHORP U.S.; ACCORD HEALTHCARE, INC.; McKESSON CORPORATION d/b/a McKESSON PACKAGING; HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; and SUN PHARMACEUTICAL INDUSTRIES, INC. f/k/a CARACO PHARMACEUTICAL LABORATORIES, LTD. *Defendants* | Civil Action No. 2:17-CV-15677 |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to File Amended Short Form Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2023.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE