UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| Arquice Conley, 18-9799 | | |

## ORDER

Before the Court is an ex parte Motion to Extend Submission Date (Doc. 15758);

**IT IS ORDERED** that the Motion is **GRANTED**, and the submission date for Defendant's Motion to Tax Costs (Doc. 15727) is extended to April 26, 2023.

New Orleans, Louisiana, this 3rd day of April, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE