## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "H" (5) |
| | * | JUDGE MILAZZO |
| | * | MAG. JUDGE NORTH |
| | * | |
| THIS DOCUMENT RELATES TO: | * | NOTICE OF PARTIAL |
| | * | DISMISSAL WITH |
| RUBY WILSON v. | * | PREJUDICE AS TO ALL |
| SANOFI U.S. SERVICES, INC., ET AL. | * | EXCEPT HOSPIRA |
| | * | WORLDWIDE, L.L.C., |
| | * | HOSPIRA, INC. |
| | * | |
| | * | Civil Action No. 2:17-cv-13642 |

**************************************************************************

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, L.L.C. f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Accord Healthcare, Inc. with each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this April 3, 2023

Respectfully submitted,
s/ Merritt E. Cunningham
Michael G. Stag, LA Bar No. 23314
Merritt E. Cunningham, LA Bar No. 32843
STAG LIUZZA, L.L.C.
(f/k/a Smith Stag, L.L.C.)
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone (504) 593-9600
Facsimile (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a copy of this motion was electronically filed with the Clerk of Court on this 3rd day of April, 2023, by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Merritt E. Cunningham*
Merritt E. Cunningham