# EXHIBIT A



# CLINICAL STUDY REPORT

---

### COMPOUND: Docetaxel

**A multicenter phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of operable breast cancer patients with positive axillary lymph nodes**

**10-year follow-up**

**STUDY NUMBER: TAX316 (EFC6041/BCIRG001)**

---

**Study Initiation Date (first patient enrolled): 11-Jun-1997**

**Study Completion Date (last patient, last follow-up visit): 25-Jan-2010**

**Phase: 3**

**Design: Prospective, parallel, nonblinded, randomized, positive-controlled, multinational trial**

**Study Chairmen:**    **John Mackey**, MD, Cross Cancer Institute, 11560 University Avenue, Edmonton, Alberta T6G1Z2 Canada
**Miguel Martin**, MD, Servicio de Oncologia Medica, Hospital Universitario San Carlos, Ciudad Universitaria - 28040 Madrid, Spain
**Charles Vogel**, MD, Cancer Research Network, 350 NW 84th Ave. Suite 300, Plantation, Florida 33324 USA

**Report Date: 09-Sep-2010**

**Previous Versions (date): 21-Jan-2004:  Second interim analysis at 55 months median follow-up**

This study was performed in compliance with Good Clinical Practices, including the archiving of essential documents.  This report has been prepared in accordance with the ICH Harmonized Tripartite Guideline on the Structure and Content of Clinical Study Reports, dated July 1996, using SOP WW-CLIN-SR-SOP-0013-SD04.

Part or all of the information presented in this document may be unpublished material and should be treated as the confidential property of sanofi-aventis.  The use of such information or material must be restricted to the recipient for the agreed purpose and must not be disclosed to any unauthorized persons, in any form, including publications and presentations, without the written consent of sanofi-aventis.

Property of the sanofi-aventis group - strictly confidential
According to template: **WW-CLIN-SR013-SD-04-VERSION N°06** (05-NOV-2007)

Page 1

Confidential                                                                 Sanofi_00724262

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# SYNOPSIS

| | |
|---|---|
| **Title of the study:** | A multicenter phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of operable breast cancer patients with positive axillary lymph nodes (10-year follow-up) |
| **Investigator(s):** | John Mackey, MD, Cross Cancer Institute, 11560 University Avenue, Edmonton, Alberta, T6G1Z2 Canada<br>Miguel Martin, MD, Servicio de Oncologia Medica, Hospital Universitario San Carlos, Ciudad Universitaria – 28040 Madrid, Spain<br>Charles Vogel, MD, Cancer Research Network, 350 NW 84th Ave. Suite 300, Plantation, Florida  33324 USA |
| **Study center(s):** | 112 centers in the following countries: Argentina (3), Austria (1), Brazil (2), Canada (23), Czech Republic (2), Egypt (2), France (1), Germany (1), Greece (1), Hungary (3), Israel (3), Poland (3), Portugal (2), Slovak Republic (1), South Africa (1), Spain (14), Sweden (2), United Kingdom (4), Uruguay (2), and the USA (41) |

**Publications (reference):**

Second interim analysis:  Martin M, Pienkowsi T, Mackey J, Pawlicki M, Guastall J, Weaver C, et al.  Adjuvant docetaxel for node-positive breast cancer.  N Engl J Med. 2005;352(22):2302-13.

**Study period:**

| | |
|---|---|
| Date first patient enrolled: | 11-Jun-1997 |
| Date last patient completed: | 25-Jan-2010 |

**Phase of development:  3**

**Objectives:**

*Primary*:  To compare disease-free survival (DFS) after treatment with Taxotere® (docetaxel) in combination with doxorubicin and cyclophosphamide (TAC) to 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC) in operable breast cancer patients with positive axillary lymph nodes

*Secondary*:  To compare overall survival (OS), toxicity, and quality of life between the 2 above-mentioned arms, and to evaluate pathologic and molecular markers for predicting efficacy

**Methodology:**  Prospective, parallel, nonblinded, randomized, positive-controlled, multinational trial

| **Number of patients:** | Efficacy: 1491 |
|---|---|
| | Safety : 1480 |

**Poststudy treatment:**

Tamoxifen 20 mg orally daily for 5 years was administered following completion of study treatment to patients with estrogen- and/or progesterone-positive tumors unless there was a contraindication for the use of tamoxifen therapy.  Patients who had lumpectomy as their primary surgery underwent postoperative radiation therapy after completion of study treatment.  Radiation therapy postmastectomy and/or ipsilateral nodal radiation therapy was prescribed at the discretion of the treating radiation oncologist.  This was done according to the guidelines at each institution.

**Criteria for evaluation:**

Efficacy:  Disease-free survival, OS

Safety:  Adverse events (AEs) reported by the patient or noted by the Investigator; standard hematology and blood chemistry; left ventricular ejection fraction (LVEF)

Confidential

Sanofi_00724263

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Statistical methods:**

The Kaplan-Meier product limit method was used to calculate the DFS and the OS probability estimates.  The log-rank test, stratified for the nodal status (1 to 3 versus 4+ positive nodes), was used to compare the 2 treatment groups for both DFS and OS as per the Closed Testing Procedure.  Hazard ratios (HRs) and 95% confidence intervals (CIs) were obtained from a proportional hazards Cox regression model.  All efficacy analyses were conducted in the intent-to-treat (ITT) population; all randomized patients were analyzed in their group and stratum of randomization.

For all safety analyses, only descriptive methods were used without any formal statistical tests of hypotheses.  All safety analyses were conducted on all patients who started at least 1 infusion of the study treatment, and patients were analyzed in the treatment groups according to the treatment they actually received.

**Summary:**

An interim study report (dated 21 January 2004) was included in the dossier submitted in March 2004 and was based on the second interim analysis of TAX316 with cut-off dates of 30 April 2003 and 15 July 2003 for safety and efficacy data, respectively.  This analysis demonstrated that TAX316 was statistically significant in favor of TAC for the primary efficacy endpoint of DFS as well as the secondary endpoint of OS in the ITT population.  The magnitude of the benefit was clinically significant and remained so even when differences in toxicity were considered.  This final study report presents the results of the final analysis of TAX316 after 10 years of follow-up, as summarized below.

Clinical Study Report                                    09-Sep-2010
XRP6976 - TAX316 (EFC6041)                               Version number: 1 (electronic: 1.0)

**Efficacy results:**

At the cut-off date of 11 March 2010, there were a total of 620 DFS events, with 287 and 333 events in the TAC and FAC treatment groups, respectively. TAC was associated with a 20.5% relapse risk reduction compared to FAC (HR = 0.795, 95% CI: 0.679-0.932). The distribution of DFS was significantly different between the 2 treatment groups using the stratified log-rank test on the number of axillary lymph nodes involved at randomization (log-rank p-value = 0.0043).

In the stratum "1 to 3 positive nodes", TAC was associated with a 27.6% relapse risk reduction compared to FAC (HR = 0.724, 95% CI: 0.578-0.907). This difference was statistically significant (p = 0.0047). In the stratum "4 and more positive nodes", TAC was associated with a 12.9% relapse risk reduction compared to FAC (HR = 0.871, 95% CI: 0.0.698-1.088). This risk reduction was not statistically significant (p = 0.223). The treatment by nodal status interaction was not statistically significant (p = 0.259), indicating that the treatment effects were not substantially different between patients with 1 to 3 positive nodes and 4+ positive nodes.

There were 429 deaths (TAC: 188; FAC: 241). TAC was associated with a 25.8% risk reduction in mortality compared to FAC (HR = 0.742, 95% CI: 0.613-0.898). The distribution of OS was significantly different between the 2 treatment groups using the log-rank test stratified on the number of axillary lymph nodes involved at randomization (log-rank p-value = 0.0020).

In the stratum "1 to 3 positive nodes", TAC was associated with a 38.4% risk reduction in mortality compared to FAC (HR = 0.616, 95% CI: 0.464-0.819). The difference was statistically significant (p = 0.0008). In the stratum "4 and more positive nodes", the risk reduction in mortality associated with TAC was not statistically significant (HR = 0.866, 95% CI: 0.668-1.122, p = 0.2746). The treatment by nodal status interaction reached a significance level of p = 0.0814. This value was below the threshold of 0.15 defined in the statistical analysis plan, indicating that there was some variability in the results of these 2 subgroups.

Overall, for both DFS and OS, the subgroup analyses demonstrated a consistent benefit for TAC over FAC.

Second primary malignancies (SPMs) were reported in this study primarily as efficacy endpoints, either as the first primary DFS event (ie, an SPM that occurred prior to breast cancer relapse) or as an efficacy endpoint (ie, an SPM that occurred after the first primary DFS event [breast cancer relapse or an SPM]). In some instances, SPMs were also reported as serious adverse events.

Of the SPMs reported as efficacy events, 109 SPMs were reported as DFS events (TAC: 56 [19.5%] events; FAC: 53 [15.9%] events). These included contralateral breast cancer (the most common subtype) reported in 30 patients (TAC: 15; FAC: 15) and ipsilateral breast cancer reported in 2 patients (TAC: 0; FAC: 2). There were also 5 reports of leukemia: 4 acute myeloid leukemia (TAC: 4; FAC: 0), and 1 chronic lymphocytic leukemia (TAC: 0; FAC: 1). Of the 36 SPMs reported after a primary DFS event, 17 events occurred in 15 TAC patients and 19 events occurred in 17 FAC patients. These included 8 reports of contralateral breast cancer (TAC: 3; FAC: 5), and 1 report of acute myeloid leukemia (TAC: 0; FAC: 1). Therefore, a total of 145 SPM events (TAC: 73; FAC: 72) were reported as efficacy endpoints.

Ten SPMs were reported as serious adverse events (TAC: 6; FAC: 4), of which 8 were also considered efficacy endpoints (TAC: 6; FAC: 2). Five of the 6 cases of leukemia were reported as TEAEs and there were 3 reports of myelodysplastic syndrome (TAC: 2; FAC: 1).

In summary, 147 SPM events (TAC: 73; FAC: 74) were reported as either efficacy and/or safety events. Overall, these occurred in 67 TAC patients and in 68 FAC patients (due to multiple SPM events occurring in some patients).

Clinical Study Report                     09-Sep-2010
XRP6976 - TAX316 (EFC6041)                Version number: 1 (electronic: 1.0)

**Safety results:**

Of the 1491 randomized patients in the study, 1480 patients were treated with study drugs.  Almost all treated patients (>99%) experienced at least 1 treatment-emergent adverse event (TEAE) during study treatment.  Grade 3 to 4 TEAEs (TAC:  36.7%; FAC:  26.9%), serious TEAEs (TAC:  35.9%; FAC:  9.1%), and serious Grade 3 to 4 TEAEs (TAC:  10.1%; FAC:  4.9%) were reported more frequently in TAC patients during chemotherapy.  Safety during the treatment period was previously reported in detail in the interim study report (Appendix 14.1.1).

The focus of this 10-year final report is the follow-up period (ie, >30 days after the last administration of study drugs), for which new safety information is presented.

In the follow-up period, the incidence of Grade 3 to 4 AEs (TAC:  13.8%; FAC:  11.3%) was higher in the TAC group.

Of the TEAEs persisting into the follow-up period, the most common in both treatment groups were alopecia (TAC:  92.3%; FAC:  87.6%), asthenia (TAC:  31.7%; FAC:  24.5%), and amenorrhea (TAC:  27.2%; FAC:  17.0%).  Amenorrhea was reported as persisting into the follow-up period in 198 of 420 (47.1%) premenopausal patients in the TAC group and in 119 of 403 (29.5%) premenopausal patients in the FAC group.  Among TEAEs that persisted into the follow-up period in >1% of patients, the majority of events resolved; however, amenorrhea remained ongoing in 59.9% of TAC patients and 68.8% of FAC patients.

The types and incidence rates of AEs starting or worsening in the follow-up period were similar in both treatment groups, with the exception of peripheral sensory neuropathy (TAC:  3.8%; FAC:  0.7%), which was more frequently reported in the TAC group.

Serious TEAEs were reported more frequently in TAC patients during the follow-up period (TAC:  7.1%; FAC:  4.5%).  Among the 1480 treated patients, 189 (25.4%) TAC patients and 242 (32.9%) FAC patients died, and most of the deaths occurred in the follow-up period with the majority due to breast cancer.  There were 10 fatal outcomes (TAC:  4; FAC:  6) considered related to study drugs, of which 8 occurred in the follow-up period.  The most common cause of related death was congestive heart failure (CHF).

In total, 26 patients in the TAC group and 17 patients in the FAC group were reported to have developed CHF at some point during the study period, with most cases reported in the follow-up period.  The difference in the incidence of CHF between the 2 treatment groups was not statistically significant.

Second primary malignancies were reported either as the first primary DFS event (ie, an SPM that occurred prior to breast cancer relapse) or as an efficacy endpoint (ie, an SPM that occurred after the first primary event [breast cancer relapse or an SPM]; these SPMs reported as DFS events are summarized under "Efficacy results."  Ten SPMs were reported as serious adverse events (TAC:  6; FAC:  4), of which 8 were also considered efficacy endpoints (TAC:  6; FAC:  2).

**Conclusions:**

The results of this study show that docetaxel in combination with doxorubicin and cyclophosphamide (TAC) offers an efficacy benefit to women with operable, node-positive breast cancer.  The safety profile of TAC was manageable and consistent with the known toxicity of the individual drugs and of the TAC regimen.  These final results from 10 years of follow-up continue to support the use of TAC as an appropriate adjuvant chemotherapy option in women with operable, node-positive breast cancer.

**Date of report: 09-Sep-2010**

Confidential                                                           Sanofi_00724266

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# TABLE OF CONTENTS

SYNOPSIS ........................................................................................................................................2

TABLE OF CONTENTS ...................................................................................................................6

1       LIST OF ABBREVIATIONS AND DEFINITION OF TERMS .......................................10

2       ETHICAL CONSIDERATIONS ......................................................................................11

3       INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE............................12

4       INTRODUCTION............................................................................................................13

5       STUDY OBJECTIVES ...................................................................................................14

6       INVESTIGATIONAL PLAN............................................................................................15

6.1     DESCRIPTION OF OVERALL STUDY DESIGN AND PLAN.......................................15

6.2     DEFINITION AND TIMING OF ASSESSMENTS .........................................................15

6.3     STATISTICAL AND ANALYTICAL PROCEDURES .....................................................15
6.3.1   Efficacy analyses ..........................................................................................................15
6.3.2   Safety ............................................................................................................................16

6.4     CHANGES IN THE CONDUCT OF THE STUDY OR PLANNED ANALYSES ............18

7       STUDY PATIENTS ........................................................................................................19

7.1     DISPOSITION OF PATIENTS .......................................................................................19

8       EFFICACY EVALUATION.............................................................................................20

8.1     PRIMARY ANALYSIS ON DISEASE-FREE SURVIVAL ..............................................20

8.2     OVERALL SURVIVAL ANALYSIS ................................................................................30

9       SAFETY EVALUATION.................................................................................................34

9.1     EXTENT OF EXPOSURE ..............................................................................................34

9.2     POPULATION DEMOGRAPHICS .................................................................................34

9.3     ADVERSE EVENTS.......................................................................................................34
9.3.1   Summary of occurrence of adverse events ..................................................................34
9.3.2   Adverse events during treatment period ......................................................................35
9.3.3   Adverse events during follow-up ..................................................................................36
9.3.4   Deaths, serious adverse events, and other significant adverse events........................44

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| | | |
|---|---|---|
| 9.3.4.1 | Deaths | 44 |
| 9.3.4.2 | Serious adverse events | 52 |
| 9.3.4.3 | Adverse events leading to withdrawal | 53 |
| 9.3.5 | Analysis of adverse events by age and race | 53 |
| 9.4 | CLINICAL LABORATORY EVALUATIONS | 53 |
| 9.5 | SPECIAL SAFETY | 54 |
| 9.5.1 | Cardiovascular | 54 |
| 9.5.2 | Second primary malignancies | 66 |
| 9.5.3 | Other special safety | 68 |
| 9.6 | SAFETY CONCLUSIONS | 68 |
| 10 | PHARMACOKINETIC EVALUATION | 70 |
| 11 | DISCUSSION AND OVERALL CONCLUSIONS | 71 |
| 12 | REFERENCES | 72 |
| 13 | SUPPORTIVE INFORMATION | 73 |
| 13.1 | DEMOGRAPHIC DATA | 73 |
| 13.2 | EFFICACY DATA | 73 |
| 13.3 | SAFETY DATA | 73 |
| 13.3.1 | Listing of narratives of deaths, serious adverse events, and other significant adverse events | 73 |
| 13.4 | PHARMACOKINETIC DATA | 78 |
| 14 | APPENDICES | 79 |

Confidential                                    Sanofi_00724268

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

## LIST OF TABLES

Table 1 – Disease-free survival per axillary lymph nodes in all randomized patients, by randomization group – ITT analysis ................................................................................................................. 21

Table 2 – Disease-free survival - summary of reasons for censoring – ITT population ................... 22

Table 3 – Disease-free survival - first primary events, by type of event – ITT population ............ 23

Table 4 – Number of patients with other second primary malignancies occurring after a primary DFS event, by type of event – ITT population ............................................................................... 26

Table 5 – Overall survival by axillary lymph nodes in all randomized patients, by randomization group – ITT analysis ....................................................................................................................... 31

Table 6 – Overview of patients with adverse events regardless of causal relationship, by study period – safety population ............................................................................................................. 35

Table 7 – Number (%) of patients with TEAEs during the treatment period (incidence ≥2% in TAC) that persisted into the follow-up period, regardless of causal relationship – safety population ......................... 37

Table 8 – Number (%) of patients with adverse events starting or worsening in follow-up, by causality (for adverse events related to study drugs in >1 patient in either treatment group) – safety population ...... 40

Table 9 – Outcome in patients with adverse events starting or worsening in follow-up, regardless of causal relationship (incidence ≥0.5% in the TAC group) – safety population ................................. 42

Table 10 – Number (%) of all deaths occurring by cause of death during study period – safety population 45

Table 11 – Deaths due to causes other than breast cancer, occurring >30 days after last administration of study drugs, by causality – safety population ...................................................................... 47

Table 12 – Overview of serious adverse events by study period, regardless of causal relationship – safety population ................................................................................................................................... 52

Table 13 – Number (%) of patients with cardiac TEAEs during the treatment period, overall and by severity grading (worst grade reported), regardless of causal relationship – safety population ................. 55

Table 14 – Number (%) of patients with cardiac TEAEs starting or worsening in the follow-up period, overall and by severity grading (worst grade reported), regardless of causal relationship – safety population ......................................................................................................................................... 57

Table 15 – Number (%) of patients with congestive heart failure, during study period – safety population . 59

Table 16 – Cumulative incidence of congestive heart failure ...................................................... 60

Table 17 – Risk factors for congestive heart failure during the study period – safety population ................. 63

Table 18 – Congestive heart failure incidence and risk factors during the study period – safety population ..... 64

Table 19 – Number (%) of patients with relative decrease of LVEF, by evaluable patients, during study period – safety population ............................................................................................................. 65

Table 20 – Summary of second primary malignancies reported as adverse events .................................... 67

Table 21 – Listing of patients with events in the follow-up period reported in the interim clinical study report narratives ............................................................................................................................. 74

Table 22 – Listing of patients with events in the follow-up period reported in the final clinical study report narratives .............................................................................................................................. 76

Confidential                                          Sanofi_00724269

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

## LIST OF FIGURES

Figure 1 – Disease-free survival, by randomization group – ITT analysis .................................................. 20

Figure 2 – Forest plot for disease-free survival, main subgroup analysis – ITT population......................... 28

Figure 3 – Forest plot for disease-free survival subgroup analysis, other baseline characteristics – ITT population ............................................................................................................................................. 29

Figure 4 – Overall survival – ITT analysis ................................................................................................. 30

Figure 5 – Forest plot for overall survival, main subgroup analysis – ITT population ................................. 32

Figure 6 – Forest plot for overall survival subgroup analysis, other baseline characteristics – ITT population ............................................................................................................................................. 33

Figure 7 – Cumulative incidence of congestive heart failure, time to cardiac event ................................... 61

Figure 8 – Incidence of congestive heart failure – hazard function (Kernel method)................................... 62

Confidential                                        Sanofi_00724270

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# 1     LIST OF ABBREVIATIONS AND DEFINITION OF TERMS

| | |
|---|---|
| AE | adverse event |
| ALT | alanine aminotransferase (same as SGPT) |
| AST | aspartate aminotransferase (same as SGOT) |
| cGy | centi-Gray units |
| CHF | congestive heart failure |
| CI | confidence interval |
| COSTART | Coding Symbols for Thesaurus of Adverse Reaction Terms |
| CR | complete response |
| DCIS | ductal carcinoma in situ |
| DFS | disease-free survival |
| ECG | electrocardiogram |
| EF | ejection fraction |
| FAC | 5-fluorouracil in combination with doxorubicin and cyclophosphamide |
| HER2 | human epidermal growth factor receptor 2 |
| HR | hazard ratio |
| ITT | intent-to-treat |
| LVEF | left ventricular ejection fraction |
| MedDRA | Medical Dictionary for Regulatory Activities |
| NCI-CTC | National Cancer Institute Common Toxicity Criteria |
| NC/SD | no change/stable disease |
| NE | not evaluable |
| OS | overall survival |
| PT | preferred term |
| SAE | serious adverse event |
| SAP | statistical analysis plan |
| SOC | system organ class |
| SPM | second primary malignancy |
| TAC | Taxotere® in combination with doxorubicin and cyclophosphamide |
| TAF | docetaxel, doxorubicin, and 5-fluorouracil |
| TEAE | treatment-emergent adverse event |
| US | United States |

Confidential

Sanofi_00724271

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# 2    ETHICAL CONSIDERATIONS

The protocol and its amendments were submitted to, and approved by, the appropriate ethical review process as described in the interim study report (Appendix 14.1.1).

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

## 3    INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE

Information on the Investigators and the study administrative structure is available in the interim study report (Appendix 14.1.1, Section 4). Additions or changes to information on the Investigators since the interim study report are presented in Appendix 14.1.2.

Confidential                                                                                        Sanofi_00724273

Clinical Study Report                    09-Sep-2010
XRP6976 - TAX316 (EFC6041)               Version number: 1 (electronic: 1.0)

# 4    INTRODUCTION

An interim analysis study report for TAX316 (EFC6041/BCIRG001) was completed
21 January 2004, and was based on the second interim analysis of TAX316 data, with cut-off
dates of 30 April 2003 and 15 July 2003 for safety and efficacy data, respectively.  At the time of
that analysis (at a median follow-up of 55 months), there were 399 disease-free survival (DFS)
events.

The second interim analysis presented in the interim study report demonstrated that the results of
TAX316 were statistically significant in favor of Taxotere® (docetaxel) in combination with
doxorubicin and cyclophosphamide (TAC) for the primary efficacy endpoint of DFS as well as
the secondary endpoint of overall survival (OS) in the intent-to-treat (ITT) population.  The
greater benefit of TAC over 5-fluorouracil in combination with doxorubicin and
cyclophosphamide (FAC) applied irrespective of nodal or hormone receptor status.  The
magnitude of the benefit was clinically significant, the safety profile was manageable, and these
results supported a positive benefit risk ratio for this regimen.  The complete study report based
on the second interim analysis is provided in Appendix 14.1.1, and contains a full introduction to
the study (Appendix 14.1.1, Section 1).

The approval for the adjuvant treatment of patients with operable node-positive breast cancer with
TAC was obtained in the United States (US) in August 2004, followed by approval in Europe in
November 2004.  Subsequently followed by the approval in Canada (December 2006).

All 3 health authorities (The Committee for Medicinal Products for Human Use, the US Food and
Drug Administration, and Health Canada) agreed to the submission of a final report after 10 years
of follow-up.

This final study report presents the results of the final analysis of TAX316 after 10 years of
follow-up.

Confidential                                                    Sanofi_00724274

Clinical Study Report                           09-Sep-2010
XRP6976 - TAX316 (EFC6041)                      Version number: 1 (electronic: 1.0)

# 5    STUDY OBJECTIVES

The primary study objective was to compare DFS after treatment with TAC or FAC in operable breast cancer patients with positive axillary lymph nodes.

The secondary objectives of this study were to:

- compare overall survival between the 2 above-mentioned arms
- compare toxicity and quality of life between the 2 above-mentioned arms
- evaluate pathologic and molecular markers for predicting efficacy
- conduct an independent socioeconomic study in parallel with the clinical study

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# 6   INVESTIGATIONAL PLAN

## 6.1   DESCRIPTION OF OVERALL STUDY DESIGN AND PLAN

The complete description of the study design and plan is presented in the interim study report (Appendix 14.1.1, Section 5).

This final study report presents the results of the final analysis of TAX316 after 10 years of follow-up.

## 6.2   DEFINITION AND TIMING OF ASSESSMENTS

The definition and timing of assessments is presented in the interim study report (Appendix 14.1.1, Section 5.5).

## 6.3   STATISTICAL AND ANALYTICAL PROCEDURES

The final 10-year analyses were conducted in accordance with the statistical analysis plan (SAP) version 3.0 dated 28 February 2002 (Appendix II.A of Appendix 14.1.1), unless otherwise mentioned in the following sections.  The cut-off date for data inclusion in this analysis was 11 March 2010.

### 6.3.1   Efficacy analyses

Disease-free survival was the primary efficacy endpoint, defined as the time interval between the date of randomization and the date of local, regional, or metastatic relapse, or the date of second primary cancer, or death from any cause, whichever occurred first.  If none of these events was reported for a given patient, the DFS time was censored as follows:

- date of the 10-year follow-up visit, if the patient attended
- date of last known/available follow-up visit when the patient was lost to follow-up

The 10-year follow-up visit was the last follow-up visit, occurring 120 months after the last administration of study drugs (a range of 4 months was allowed, meaning that it should have occurred at least 116 months after the last administration of study drugs).

Overall survival was the main secondary endpoint, defined as the time interval between the date of randomization and the date of death or last contact.  If death was not reported at the date of the 10-year follow-up visit, the OS time was censored at that date.

Confidential

Sanofi_00724276

Disease-free survival and OS were analyzed using the log-rank test, stratified for the nodal status (1 to 3 versus 4+ positive nodes) as per the Closed Testing Procedure described in the SAP. Hazard ratios (HRs) and 95% confidence intervals (CIs) were obtained from a proportional hazards Cox regression model.  All efficacy analyses were conducted in the ITT population, for which all randomized patients were analyzed in their group and stratum of randomization.

Reason for censoring, type of first primary event, location of second primary malignancies (SPMs), and cause of death were also presented.

**Confirmatory and sensitivity analyses**

The analyses of DFS and OS were repeated on different populations using different models to assess the robustness of the results and summarized by the p-value and the HR of TAC versus FAC and the 95% CI, as follows:

- Kaplan-Meier analysis by hormonal receptor status and by nodal status

- Univariate Cox model analysis on the baseline characteristics

- Adjusted and unadjusted interaction analyses between treatment and number of positive axillary node and hormonal receptor status

- Covariate adjusted analysis:  multivariate Cox model analysis adjusted on the main prognostic variables (age, histopathological grade, human epidermal growth factor receptor 2 [HER2] status, hormonal receptor status, and tumor size) for each positive axillary node subgroups ([1 to 3] and [4+]).

**Subgroup efficacy analyses**

Subgroup analyses were performed for the following covariates:  nodal status, hormone receptor status, HER2 status, and menopausal status as well as age, tumor size, Karnofsky performance status, surgery, radiotherapy, histological grade, and histological subtype.

**6.3.2   Safety**

The safety analyses were conducted on all patients who started at least 1 infusion of the study drugs, and patients were analyzed in the treatment group according to the treatment they actually received.  All patients who received any dose of docetaxel during the treatment period were included in the TAC group.

For this safety evaluation, "treatment period" is defined as the period from the date of randomization until 30 days after the last administration of study drugs.  "Follow-up period" is defined as the period of time beginning after the end of the treatment period (ie, >30 days after the last administration of study drugs) and ending at the completion of the 10-year follow-up period. The term "study period" refers to the entire study period, and includes both the treatment and follow-up periods.

Adverse events (AEs) were assessed in general and also using the concept of treatment-emergent adverse events (TEAEs).  A TEAE was defined as any AE not present prior to the start of

Confidential                                                              Sanofi_00724277

treatment and beginning during the treatment period, or any AE already present at the start of treatment and worsening in intensity during the treatment period.

For this 10-year final report, AE terms were recoded from National Cancer Institute Common Toxicity Criteria (NCI-CTC), version 1.0 classification and Coding Symbols for Thesaurus of Adverse Reaction Terms (COSTART) into Medical Dictionary for Regulatory Activities (MedDRA), version 12.1. In addition, some conventions used in the interim study report (eg, adding laboratory safety parameters to the AE tables) were not repeated in this final report.

All AEs, related AEs, and serious adverse events (SAEs) occurring during the treatment and follow-up periods, and TEAEs leading to discontinuation were summarized.

Deaths occurring during the study period were also presented. Reported deaths that occurred after the 10-year follow-up visit were listed and referenced in the relevant tables.

Hematological toxicity was evaluated during the treatment period by assessing incidence of leukopenia, neutropenia, thrombocytopenia, and anemia (graded according to the NCI-CTC, version 1.0 classification), as well as febrile neutropenia, neutropenic infection, and infection.

In addition to hematological laboratory results, biochemical laboratory results were evaluated during the treatment period by assessing total bilirubin, alkaline phosphatase, aspartate aminotransferase (AST), alanine aminotransferase (ALT), creatinine, and creatinine clearance (if indicated) graded according to the NCI-CTC, version 1.0 classification.

**Special safety**

Special attention was given to cardiovascular AEs and to SPMs.

The following analyses were conducted to further characterize cardiovascular AEs:

* Summary of the numbers of patients experiencing a cardiac AE (MedDRA system organ class (SOC) = "Cardiac disorders") for the treatment and follow-up periods, overall, and by severity grading

* Decrease and relative decrease in left ventricular ejection fraction (LVEF) analyses for evaluable patients, classified according to the percentage of decrease

* Congestive heart failure (CHF): As per the SAP, CHF was previously collected as the NCI term "Cardiac function", Grade 3 to 4. Using MedDRA, CHF is coded by the MedDRA preferred term (PT) "Cardiac failure congestive", Grade 3 to 4.

    – The cumulative incidence of CHF was plotted using a Kaplan-Meier curve. An associated table provides the probability of occurrence of CHF during the treatment and follow-up periods using 12-month intervals starting from randomization.

    – The incidence of CHF was also analyzed according to risk factors including age, weight, history of hypertension, diabetes, hypercholesterolemia, hyperlipidemia, cardiomyopathy, baseline LVEF, and previous radiation therapy on cardiac area.

Confidential

Sanofi_00724278

&ndash; The number (%) of patients with relative decrease of LVEF (from baseline), by evaluable patients with CHF, was summarized for the study period.

Second primary malignancies were summarized according to the Case Report Form, and upon medical review, were classified into different types of cancers.

Other specific safety outcomes were also analyzed in order to update the results on fluid retention (MedDRA terms oedema, weight increased, pericardial effusion, and pulmonary oedema), gastrointestinal toxicities (SOC = "gastrointestinal disorders"), neurotoxicity (SOC = "nervous system disorders"), pulmonary toxicity (SOC = "respiratory, thoracic, and mediastinal disorders"), and skin toxicity (SOC = "skin and subcutaneous tissue disorders").

## 6.4    CHANGES IN THE CONDUCT OF THE STUDY OR PLANNED ANALYSES

Revisions to the administrative appendices since the time of the interim study report are provided in Appendix 14.1.2.

Confidential                                                          Sanofi_00724279

Clinical Study Report                          09-Sep-2010
XRP6976 - TAX316 (EFC6041)                     Version number: 1 (electronic: 1.0)

# 7 STUDY PATIENTS

## 7.1 DISPOSITION OF PATIENTS

Of the 1491 randomized patients, 11 did not receive any study drugs:  1 in the TAC group
(Patient No ███████ and 10 in the FAC group (Patients No ████████████████████
████████████████████████).  Eight (8) withdrew consent, 1 was lost to follow-up,
and 2 did not receive treatment for other reasons (Appendix 14.1.1, Table 1.01-b of
Appendix II.F.1).  In total, therefore, 1480 patients were treated with study drugs and are included
in the safety analysis (TAC:  744; FAC:  736).

One patient randomized to the TAC group (Patient No ████████ received a combination of
docetaxel, doxorubicin, and 5-fluorouracil (TAF) for the first 3 cycles by error followed by
3 cycles of TAC.  She is analyzed for efficacy and safety in the TAC group.

A full description of patient disposition is found in the interim study report (Appendix 14.1.1,
Section 6.1).

Among the 1480 patients treated with study drugs, 82 patients were lost to follow-up at the end of
the study, with an actual median follow-up time equal to 96 months.

Confidential                                                          Sanofi_00724280

Clinical Study Report
XRP6976 - TAX316 (EFC6041)                    09-Sep-2010
                                              Version number: 1 (electronic: 1.0)

# 8   EFFICACY EVALUATION

## 8.1   PRIMARY ANALYSIS ON DISEASE-FREE SURVIVAL

At the cut-off date of 11 March 2010, there were a total of 620 DFS events
(TAC: 287; FAC: 333).  TAC was associated with a 20.5% relapse risk reduction compared to
FAC (HR = 0.795, 95% CI:  0.679-0.932).  The distribution of DFS was significantly different
between the 2 treatment groups using the stratified log-rank test on the number of axillary lymph
nodes involved at randomization (log-rank p-value = 0.0043) (Figure 1 and Table 1).

**Figure 1 – Disease-free survival, by randomization group – ITT analysis**



FAC:  5-fluorouracil, doxorubicin, and cyclophosphamide, ITT:  intent-to-treat, TAC:  docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_dfs01_KMPlot_ovrl.sas OUT=REPORT/OUTPUT/a6_dfs01_KMPlot_ovrl_i.rtf (21JUN2010 - 19:27)

In accordance with the closed testing procedure presented in the protocol, the DFS analysis was
subsequently performed within each of the 2 strata "1 to 3 positive nodes" and "4 and more
positive nodes" (Table 1).

Confidential                                                    Sanofi_00724281

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 1 – Disease-free survival per axillary lymph nodes in all randomized patients, by randomization group – ITT analysis**

| Number of positive nodes | Statistics | TAC | FAC |
|---|---|---|---|
| **All** | Overall number assessed | 745 | 746 |
| | Overall number of events, n (%) | 287 (38.5%) | 333 (44.6%) |
| | Timepoint 36 months | | |
| |   Probability of surviving (95% CI) [a] | 0.837 (0.810-0.863) | 0.757 (0.726-0.788) |
| | Timepoint 60 months | | |
| |   Probability of surviving (95% CI) [a] | 0.756 (0.725-0.787) | 0.687 (0.654-0.720) |
| | Timepoint 120 months | | |
| |   Probability of surviving (95% CI) [a] | 0.615 (0.579-0.650) | 0.550 (0.513-0.586) |
| | Stratified log-rank test p-value [b] | 0.0043 | |
| | Adjusted Hazard ratio (95% CI) [c] | 0.795 (0.679-0.932) | |
| **1-3 Nodes** | Overall number assessed | 467 | 459 |
| | Overall number of events, n (%) | 137 (29.3%) | 170 (37.0%) |
| | Timepoint 36 months | | |
| |   Probability of surviving (95% CI) [a] | 0.903 (0.876-0.930) | 0.812 (0.776-0.848) |
| | Timepoint 60 months | | |
| |   Probability of surviving (95% CI) [a] | 0.831 (0.797-0.865) | 0.748 (0.709-0.788) |
| | Timepoint 120 months | | |
| |   Probability of surviving (95% CI) [a] | 0.708 (0.666-0.750) | 0.630 (0.585-0.675) |
| | Unstratified log-rank test p-value | 0.0047 | |
| | Unadjusted Hazard ratio (95% CI) | 0.724 (0.578-0.907) | |
| **≥4 Nodes** | Overall number assessed | 278 | 287 |
| | Overall number of events, n (%) | 150 (54.0%) | 163 (56.8%) |
| | Timepoint 36 months | | |
| |   Probability of surviving (95% CI) [a] | 0.725 (0.672-0.777) | 0.667 (0.612-0.722) |
| | Timepoint 60 months | | |
| |   Probability of surviving (95% CI) [a] | 0.631 (0.574-0.688) | 0.587 (0.530-0.645) |
| | Timepoint 120 months | | |
| |   Probability of surviving (95% CI) [a] | 0.459 (0.400-0.519) | 0.418 (0.359-0.477) |
| | Unstratified log-rank test p-value | 0.2229 | |
| | Unadjusted Hazard ratio (95% CI) | 0.871 (0.698-1.088) | |
| Treatment by nodal status interaction | Unadjusted Interaction | 1.2 (0.875-1.645)   p=0.259 | |

[a] Kaplan-Meier estimates

[b] Pairwise stratified log-rank test on the number of positive axillary nodes as per randomization

[c] Estimated using Cox proportional Hazard Model adjusted on the number of positive axillary nodes as per randomization
CI:  confidence interval, FAC:  5-fluorouracil, doxorubicin, and cyclophosphamide, ITT:  intent-to-treat, TAC:  docetaxel, doxorubicin, and cyclophosphamide.
Adapted from PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_dfs_main2.sas  OUT=REPORT/OUTPUT/a6_dfs_main2_i.rtf (21JUN2010 - 19:51)
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_dfs_main_node2.sas  OUT=REPORT/OUTPUT/a6_dfs_main_node2_i.rtf (21JUN2010 - 20:05)
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_dfs_int_posnod2.sas  OUT=REPORT/OUTPUT/a6_dfs_int_posnod2_i.rtf (21JUN2010 - 19:35)

In the stratum "1 to 3 positive nodes", there were 137 (29.3%) and 170 (37.0%) events in the TAC and FAC treatment groups, respectively.  TAC was associated with a 27.6% relapse risk reduction compared to FAC (HR = 0.724, 95% CI:  0.578-0.907).  This difference was statistically significant (p = 0.0047).

In the stratum "4 and more positive nodes", there were 150 (54.0%) and 163 (56.8%) events in the TAC and FAC treatment groups, respectively.  TAC was associated with a 12.9% relapse risk

Confidential                                                                 Sanofi_00724282

Clinical Study Report                           09-Sep-2010
XRP6976 - TAX316 (EFC6041)                 Version number: 1 (electronic: 1.0)

reduction compared to FAC (HR = 0.871, 95% CI: 0.0.698-1.088). This risk reduction was not statistically significant (p = 0.223).

The treatment by nodal status interaction was not statistically significant (p = 0.259), indicating that the treatment effects were not substantially different between patients with 1 to 3 positive nodes and 4+ positive nodes. In both subgroups, the DFS rates favored TAC over FAC; however, the treatment difference was greater in patients with 1 to 3 positive nodes (7.8% at 10 years) than 4+ positive nodes (4.1% at 10 years).

The reasons for censoring the DFS analysis are described in Table 2. Eighty-two (82) patients were lost to follow-up (TAC: 43; FAC: 39); for these patients, the median time in follow-up was 107.1 months for TAC, 83.1 months for FAC, and 96.6 months across both groups (Appendix 14.2.6.6, Appendix 14.2.6.8). A total of 415 patients in the TAC group and 374 patients in the FAC group were censored at the time of their 10-year follow-up visit with no documentation of a DFS event occurring at that time. Among these 789 patients, 3 patients (TAC: Patient No         FAC: Patients No.            ) had events reported after the 10-year follow-up visit. Thus, there were 786 patients (TAC: 414; FAC: 372) with no documentation of breast cancer relapse, SPM, or death. All patients free of event at the time of their 10-year follow-up visit were censored in the DFS analysis. Summaries of reasons for censoring by age, race, and menopausal status can be found in Appendix 14.2.6.1.14.3, Appendix 14.2.6.1.15.3, and Appendix 14.2.6.1.16.3.

#### Table 2 – Disease-free survival - summary of reasons for censoring – ITT population

|  | TAC (N=745) | FAC (N=746) |
|---|---|---|
| Disease-free survival |  |  |
| No documentation of BCR, SPM, or death | 414 (55.6%) | 372 (49.9%) |
| Event reported after 10-yrs FUP visit date | 1 (0.1%) | 2 (0.3%) |
| Lost to follow-up | 43 (5.8%) | 39 (5.2%) |

BCR: breast cancer relapse, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, FUP: follow-up, ITT: intent-to-treat, SPM: second primary malignancy, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_dfs04_rsn_cens.sas  OUT=REPORT/OUTPUT/a6_dfs04_rsn_cens_i.rtf
(21JUN2010 - 19:52)

The occurrence of an SPM (defined in the protocol as histopathologically proven cancer, excluding nonmelanomatous skin cancer, in situ carcinoma of the cervix, and in situ carcinoma of the breast) was considered to be an efficacy event. In the study, nonmelanomatous skin cancer, ductal carcinoma in situ (DCIS), or cancer that was not histopathologically proven, were sometimes reported as SPMs, not according to the protocol. These events were conservatively retained as SPMs. Second primary malignancies were reported as primary efficacy endpoints (DFS events) if they occurred prior to breast cancer relapse and are summarized in Table 3.

Confidential                                                           Sanofi_00724283

**Table 3 – Disease-free survival - first primary events, by type of event – ITT population**

|  | TAC (N=745) | FAC (N=746) |
|---|---|---|
| Number of patients |  |  |
| Event-free patients | 458 (61.5%) | 413 (55.4%) |
| Patients with primary event (breast cancer relapse, second primary malignancy, death) [a, b] | 287 (38.5%) | 333 (44.6%) |
| Primary events |  |  |
| Breast cancer relapse | 216 (75.3%) | 264 (79.3%) |
| Second primary malignancy | 56 (19.5%) | 53 (15.9%) |
| Contralateral breast cancer | 15 (5.2%) | 15 (4.5%) |
| Ipsilateral breast cancer | 0 | 2 (0.6%) |
| Endometrium cancer | 5 (1.7%) | 5 (1.5%) |
| Ovarian cancer [c] | 0 | 1 (0.3%) |
| Leukemia | 4 (1.4%) | 1 (0.3%) |
| Acute myeloid leukemia | 4 (1.4%) | 0 [d] |
| Chronic lymphocytic leukemia | 0 | 1 (0.3%) |
| Other | 31 (10.8%) | 29 (8.7%) |
| Lung | 9 (3.1%) | 4 (1.2%) |
| Gastrointestinal | 7 (2.4%) | 14 (4.2%) |
| Skin | 3 (1.0%) | 3 (0.9%) |
| Thyroid | 3 (1.0%) | 1 (0.3%) |
| Hematological [e] | 2 (0.7%) | 0 |
| Kidney | 2 (0.7%) | 0 |
| Bladder | 1 (0.3%) | 3 (0.9%) |
| Miscellaneous | 4 (1.4%) [f] | 4 (1.2%) [g] |
| Unknown [c] | 1 (0.3%) | 0 |
| Death NED [h] | 15 (5.2%) | 16 (4.8%) |

[a] First primary events are defined as breast cancer relapse, second primary malignancy, or death, whichever occurred first.

[b] Number of patients used in the calculation of percentages for primary events

[c] TAC Patient No ████ had ovarian cancer, but was categorized as unknown because the type of SPM was not identified on the SPM page of the Case Report Form.

[d] FAC Patient No ████ was diagnosed with acute myeloid leukemia, but this was not considered a first primary event as it occurred after breast cancer relapse (see Table 4).

[e] Hematological malignancies include reports of myelodysplastic syndrome in TAC Patients No ████████ . One additional patient (FAC Patient No ████ ) had myelodysplastic syndrome reported as an SAE, but not as an efficacy event (see Table 20, Section 9.5.2).

[f] "Miscellaneous" includes one report each of uterine (Patient No ████ adrenal (Patient No. ████ ), exocrine (salivary) (Patient No ████ and brain (Patient No ████ cancer.

[g] "Miscellaneous" includes one report each of breast (Patient No ████ cervical (Patient No ████ anal vaginal (Patient No ████ cancer, as well as one cancer that was undetermined (Patient N ████

[h] NED: no evidence of disease

FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, ITT: intent-to-treat, TAC: docetaxel, doxorubicin, and cyclophosphamide.
Adapted from PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_dfs05_1evt_type.sas OUT=REPORT/OUTPUT/a6_dfs05_1evt_type_i.rtf
(21JUN2010 - 19:41)

Breast cancer relapse was the most common DFS event in both groups
(TAC: 216/287 events [75.3%]; FAC: 264/333 events [79.3%]) followed by SPMs
(TAC: 56/287 events [19.5%]; FAC: 53/333 events [15.9%]). Overall, the frequency of SPMs
reported as DFS events was similar in both treatment groups (TAC: 56; FAC: 53). Contralateral
breast cancer was the most common of all SPMs (TAC: 15; FAC: 15); ipsilateral breast cancer

Confidential                                                                                     Sanofi_00724284

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

was also reported (TAC: 0; FAC: 2). In addition to breast cancer, endometrial cancer (TAC: 5; FAC: 5), ovarian cancer (TAC: 1; FAC: 1), and leukemia (TAC: 4 [acute myeloid leukemia]; FAC: 1 [chronic lymphocytic leukemia]) were also reported. In addition, FAC Patient No. ███████ was diagnosed with acute myeloid leukemia, but this was not considered a first primary event as it occurred after breast cancer relapse (see Table 4).

Lung cancer was reported as a DFS event in both treatment groups (TAC: 9; FAC: 4). Additionally, lung cancer was also reported as an SPM in FAC Patient No. ██████ because it occurred after breast cancer relapse (see Table 4). Information on the 14 patients with lung cancer is summarized as follows:

## TAC treatment group

- Patient No. ██████ was a 52-year-old patient. Poorly differentiated nonsmall cell lung cancer was diagnosed 6.5 years after Cycle 1. Following a lobectomy of her left lung/left upper lobe with a complete resection of the lung cancer, the patient experienced a complete response (CR), and was alive with no evidence of disease 4.5 years after the diagnosis.

- Patient No. ██████ was a 51-year-old patient. Nonsmall cell lung cancer was diagnosed 6.5 years after Cycle 1. The patient was treated with radiotherapy 2000 centi-Gray units (cGy) for 7 days at the sacrum, followed 20 days later by 1-day carboplatin/paclitaxel. The response was not evaluable (NE). She died 4 months later from "malignant disease other than breast cancer" (not otherwise specified).

- Patient No. ██████ was a 51-year-old patient. Basocellular skin carcinoma was diagnosed 4.5 years after Cycle 1; it was surgically excised and the patient experienced a CR. Squamous cell carcinoma of the lung was diagnosed 9.7 years after Cycle 1 of treatment. Anticancer therapy consisted of transplatin (TDDP), a transisomer of cisplatin (CDDP)/vinorelbine for 72 days. She died 9 months later from "malignant disease other than breast cancer" (not otherwise specified).

- Patient No. ██████ was a 62-year-old patient with a history of chronic obstructive pulmonary disease. Small cell carcinoma of the lung was diagnosed 4.5 years after Cycle 1. The patient underwent wedge resection of the left upper lobe with lymph node dissection followed by 1-day etoposide/carboplatin as anticancer therapy. She died 4 years later from malignant disease other than breast cancer (not otherwise specified).

- Patient No. ██████ was a 54-year-old patient. Small cell carcinoma of the lung was diagnosed 8.4 years after Cycle 1. Anticancer therapy consisted of 1-day cisplatin/etoposide. She died 9 months later from "malignant disease other than breast cancer" (not otherwise specified).

- Patient No. ██████ was a 44-year-old patient. Squamous cell carcinoma of the lung was diagnosed 8.7 years after Cycle 1. Anticancer therapy consisted of 1-day carboplatin/gemcitabine. She died 7 months later from "malignant disease other than breast cancer" (not otherwise specified).

- Patient No. ██████ was a 65-year-old patient. Poorly differentiated small cell carcinoma of the right lung was diagnosed 4.4 years after Cycle 1. Following anticancer therapy with 1-day carboplatin/etoposide, the response was NE, and she died 9 months later from a cause noted as "other", specified only as "malignant disease".

- Patient No ▆▆▆▆▆ was a 53-year-old patient.  "Lung cancer" was diagnosed 5.9 years after Cycle 1; although the histological diagnosis was obtained, it was not further specified. Anticancer therapy consisted of 1-day carboplatin/gemcitabine, and the patient was alive 5 years after the diagnosis.

- Patient No ▆▆▆▆ was a 57-year-old patient.  "Lung cancer" was diagnosed 10.1 years after Cycle 1; although the histological diagnosis was obtained, it was not further specified. Following anticancer therapy with 4 cycles gemcitabine/carboplatin, the response was no change/stable disease (NC/SD), and the patient died 6 months later from "malignant disease other than breast cancer" (not otherwise specified).

**FAC treatment group**

- Patient No ▆▆▆▆ was a 42-year-old patient.  A diagnosis of "either nonoats cell lung cancer or renal cancer" was reported 7.7 years after Cycle 1, although no histopathological proof was reported.  The patient was treated with gemcitabine/cisplatin (71 days), docetaxel (128 days), and erlotinib (11 days).  The response was NC/SD, and the patient was alive 3.5 years after the unconfirmed diagnosis.

- Patient No ▆▆▆▆ was a 48-year-old patient.  Lung adenocarcinoma was diagnosed 3.5 years after Cycle 1.  Following treatment with carboplatin/paclitaxel for 119 days, there was a partial response.  She died 6 months later from "malignant disease other than breast cancer" (not otherwise specified).

- Patient No ▆▆▆▆ was a 58-year-old patient.  Lung adenocarcinoma was diagnosed 3.1 years after Cycle 1.  The patient underwent an upper lobectomy, followed approximately 2.5 years later by paclitaxel/carboplatin therapy for approximately 8 months.  Grade III invasive bladder cancer was reported approximately 2 years after the lung cancer, requiring a cystectomy.  The response to all treatments was NC/SD, and the patient died 3 years later from "malignant disease other than breast cancer" (not otherwise specified).

- Patient No ▆▆▆▆ was a 68-year-old patient.  Nonsmall cell lung cancer, metastatic to the brain, was diagnosed 0.4 years after Cycle 1.  Following radiotherapy 200 cGy (x 11 fractions) to the brain for 17 days, the response was NE.  She died approximately 1 month later from "malignant disease other than breast cancer" (not otherwise specified).

- Patient No ▆▆▆▆ was a 61-year-old patient.  Small cell lung cancer was diagnosed 6.9 years after Cycle 1, and was not considered a DFS event because it occurred after breast cancer relapse approximately 5 years after Cycle 1.  Treatment consisted of etoposide/cisplatin for 87 days and radiotherapy 4000 cGy for 24 days at the right upper lobe.  She died approximately 1 year later from "malignant disease other than breast cancer" (not otherwise specified).

Overall, lung cancer as an SPM was reported in 14 patients (TAC:  9; FAC:  5).  The duration of survival (ranging 3 to 5 year) in 3 TAC patients (Patients No. 11803, 20701, and 32312) and in 1 FAC patient (Patient No ▆▆▆▆ suggests that the lung cancer was diagnosed and treated effectively.  The roles of primary nonmetastatic breast cancer, irradiation, and prolonged survival are known to contribute independently to the risk of lung cancer, which is also influenced by

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

genetic, social, environmental, and lifestyle characteristics of the patients at risk. In this study, prolonged DFS might have been another contributing factor to the observed incidence of lung cancer.

The lack of key information (especially regarding medical history and risk factors), however, does not permit a meaningful interpretation of these second primary lung cancers. None of the lung cancers reported as an SPM was also reported as an SAE, and therefore additional information from safety reporting is not available.

Gastrointestinal malignancies were reported as SPMs in 21 patients (TAC: 7; FAC: 14).

Death without any evidence of disease was the first DFS event in 15 TAC and 16 FAC patients (5.0% of the total number of events).

There were 32 additional patients with SPMs (TAC: 15; FAC: 17) reported as efficacy events (but not as primary events since they occurred after either breast cancer relapse or another reported SPM) and they are summarized in Table 4.

**Table 4 – Number of patients with other second primary malignancies occurring after a primary DFS event, by type of event – ITT population**

|  | TAC (N=745) | FAC (N=746) |
|---|---|---|
| Number of patients with SPMs occurring after a DFS event | 15 | 17 |
| Contralateral breast cancer | 3 | 5 |
| Breast cancer | 0 | 1 |
| Ovarian cancer | 1 | 0 |
| Leukemia | 0 | 1 [a] |
| Lung | 0 | 1 |
| Skin | 10 [b] | 6 [c] |
| Gallbladder | 1 | 0 |
| Bladder | 0 | 1 |
| Endometrium | 0 | 1 |
| Bone | 0 | 1 |

[a] The type of leukemia reported for Patient No. ▓▓▓ was acute myeloid leukemia.
[b] Two patients had 2 SPMs reported: Patient No. ▓▓▓ skin tumor on the left shoulder and sternal skin) and Patient No ▓▓▓ 2 nonmelanoma skin cancers).
[c] Two patients had 2 SPMs reported: Patient No. ▓▓▓ 2 basal cell carcinomas) and Patient No. ▓▓▓ (2 basal cell carcinomas).
DFS: disease-free survival, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, ITT: intent-to-treat, SPM: second primary malignancy, TAC: docetaxel, doxorubicin, and cyclophosphamide.
Adapted from Appendix 14.2.6.1.7.4.

The overall frequencies of SPMs reported after a primary DFS event were balanced between the 2 treatment groups (TAC: 15; FAC: 17). There were 2 patients (TAC: 1; FAC: 1) who had more than 1 SPM reported in addition to breast cancer, exclusive of patients with nonmelanoma skin cancers and DCIS. Patient No ▓▓▓ TAC) had colon and gallbladder cancer, and Patient No ▓▓▓ FAC) had lung and bladder cancer (see Appendix 14.2.6.1.7.4).

There were a total of 6 reports of leukemia: 5 acute myeloid leukemia (TAC: 4; FAC: 1) and 1 report of chronic lymphocytic leukemia (FAC). Five of the 6 cases of leukemia were primary

Confidential                                                                                    Sanofi_00724287

Clinical Study Report                                09-Sep-2010
XRP6976 - TAX316 (EFC6041)                      Version number: 1 (electronic: 1.0)



DFS events; one patient (Patient No. ████████ ) was diagnosed with leukemia after breast cancer relapse.  Five of the 6 cases of leukemia were reported as TEAEs (see Section 9.5.2).

A formal histopathology report was missing in TAC Patients No. ████████skin — basal cell carcinoma) and ████████(contralateral breast cancer), and for FAC Patients No. ████████(nonsmall cell lung cancer and possible renal cancer), ████████(planoepithelial cancer of the uterine cervix), ████████(bone), ████████(pancreas), an ████████gastrointestinal).  Although these SPMs were not histologically confirmed, they were conservatively considered as efficacy events.  Histological proof, although without the description of the specific histological cytotype, was obtained in FAC Patients No ████████malignant melanoma) ████████malignant melanoma) ████████gastric cancer), and ████████(squamous cell cancer of the skin on the right hand, "superficially invasive").

Second primary malignancies (SPMs) were reported in this study primarily as efficacy endpoints, either as the first primary DFS event (ie, an SPM that occurred prior to breast cancer relapse) or as an efficacy endpoint (ie, an SPM that occurred after the first primary DFS event [breast cancer relapse or an SPM]).  In some instances, SPMs were also reported as serious adverse events (see Table 20 in Section 9.5.2 for SPMs reported as safety events).  Of the SPMs reported as efficacy events, 109 SPMs were reported as DFS events (TAC:  56 [19.5%] events; FAC:  53 [15.9%] events) (Table 3).  Of the 36 SPMs reported after a primary DFS event, 17 events occurred in 15 TAC patients and 19 events occurred in 17 FAC patients (Table 4).  Therefore, a total of 145 SPM events (TAC:  73; FAC:  72) were reported as efficacy endpoints for 67 TAC patients and 66 FAC patients.  These frequencies are substantially similar between the 2 treatment groups.

Information regarding first primary events and all DFS events are presented in Appendix 14.2.6.1.6 and Appendix 14.2.6.1.7, respectively.  Confirmatory analyses are presented in Appendix 14.2.6.1.3 and Appendix 14.2.6.1.4.

**Subgroup and interaction analysis**

Figure 2 and Figure 3 are Forest plots presenting HRs and 95% CIs for DFS for TAC compared with FAC in certain subgroups.

Confidential                                                      Sanofi_00724288

Clinical Study Report                    09-Sep-2010
XRP6976 - TAX316 (EFC6041)               Version number: 1 (electronic: 1.0)

**Figure 2 – Forest plot for disease-free survival, main subgroup analysis – ITT population**



# Premenopausal includes patients with status unknown but age < 50 years; postmenopausal includes patients with status unknown but age ≥50 years).
CI: confidence interval, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, HER2NEU: human epidermal growth factor receptor 2, ITT: intent-to-treat, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_dfs_sub_main_fplt.sas OUT=REPORT/OUTPUT/a6_dfs_sub_main_fplt_i.rtf (21JUN2010 - 20:10)

Clinical Study Report                        09-Sep-2010
XRP6976 - TAX316 (EFC6041)                   Version number: 1 (electronic: 1.0)

**Figure 3 – Forest plot for disease-free survival subgroup analysis, other baseline characteristics –
ITT population**



\* Grade 1 includes GX
\*\* Other included Lobular, Classic or Variant Carcinoma
CI:  confidence interval, FAC:  5-fluorouracil, doxorubicin, and cyclophosphamide, GX:  grade not assessed, ITT:  intent-to-treat,
PS:  performance status, TAC:  docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_dfs_sub_bc_fplt.sas OUT=REPORT/OUTPUT/a6_dfs_sub_bc_fplt_i.rtf (21JUN2010 - 20:01)

Overall, the subgroup analyses (presented in Appendix 14.2.6.1.8) demonstrated a consistent
benefit for TAC over FAC, and most of the unadjusted interaction analyses between treatment and
each covariate did not show significant interactions (Appendix 14.2.6.1.12).

Few unadjusted interactions were below the significance threshold of 15%:

- Interaction term between treatment and menopausal status shows a p-value equal to 0.0557.

- Interaction term between treatment and HER2 status shows a p-value equal to 0.0903.

- Interaction term between treatment and hormonal receptor status shows a p-value equal to
  0.1157.

However, these interactions appear to be quantitative and not qualitative since the related HR
calculated within the subgroups still favors TAC (Figure 2 and Figure 3).  This supports the
consistency and robustness of the demonstrated benefit for TAC over FAC in the overall
ITT population and across subgroups.

**Sensitivity Analysis**

A sensitivity analysis that censored nonbreast SPMs was conducted on DFS
(Appendix 14.2.6.1.17.2).  The results showed that the distribution of DFS was still significantly

Confidential                                                                     Sanofi_00724290

Clinical Study Report                             09-Sep-2010
XRP6976 - TAX316 (EFC6041)                        Version number: 1 (electronic: 1.0)

different between the 2 treatment groups and favored TAC (p = 0.0012;
HR = 0.763 [CI: 0.647-0.899]).

## 8.2    OVERALL SURVIVAL ANALYSIS

At the cut-off date of 11 March 2010, there were a total of 429 deaths (TAC: 188; FAC: 241).
Four (4) patients who died after their 10-year follow-up visit (TAC: Patient No. ▮▮▮▮▮▮
FAC: Patients No ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were not included in the OS analysis, but were
included in the safety analysis.

TAC was associated with a 25.8% risk reduction in mortality compared to FAC (HR = 0.742,
95% CI: 0.613-0.898). The distribution of OS was significantly different between the 2 treatment
groups using the log-rank test stratified on the number of axillary lymph nodes involved at
randomization (log-rank p-value = 0.0020) (Figure 4 and Table 5).

**Figure 4 – Overall survival – ITT analysis**



FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, ITT: intent-to-treat, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_os_main_KMPlot.sas OUT=REPORT/OUTPUT/a6_os_main_KMPlot_i.rtf (21JUN2010 - 20:22)

Confidential                                                              Sanofi_00724291

Clinical Study Report                              09-Sep-2010
XRP6976 - TAX316 (EFC6041)                         Version number: 1 (electronic: 1.0)

**Table 5 – Overall survival by axillary lymph nodes in all randomized patients, by randomization group – ITT analysis**

| Number of positive nodes | Statistics | TAC | FAC |
|---|---|---|---|
| **All** | Overall number assessed | 745 | 746 |
| | Overall number of events, n (%) | 188 (25.2%) | 241 (32.3%) |
| | Timepoint 36 months | | |
| | Probability of surviving (95% CI) [a] | 0.919 (0.899-0.939) | 0.885 (0.863-0.908) |
| | Timepoint 60 months | | |
| | Probability of surviving (95% CI) [a] | 0.874 (0.850-0.898) | 0.809 (0.781-0.838) |
| | Timepoint 120 months | | |
| | Probability of surviving (95% CI) [a] | 0.755 (0.724-0.786) | 0.685 (0.651-0.719) |
| | Stratified log-rank test p-value [b] | 0.0020 | |
| | Adjusted Hazard ratio (95% CI) [c] | 0.742 (0.613-0.898) | |
| **1-3 Nodes** | Overall number assessed | 467 | 459 |
| | Overall number of events, n (%) | 79 (16.9%) | 119 (25.9%) |
| | Timepoint 36 months | | |
| | Probability of surviving (95% CI) [a] | 0.955 (0.936-0.974) | 0.910 (0.884-0.937) |
| | Timepoint 60 months | | |
| | Probability of surviving (95% CI) [a] | 0.929 (0.905-0.952) | 0.853 (0.821-0.886) |
| | Timepoint 120 months | | |
| | Probability of surviving (95% CI) [a] | 0.841 (0.807-0.874) | 0.751 (0.711-0.791) |
| | Unstratified log-rank test p-value | 0.0008 | |
| | Unadjusted Hazard ratio (95% CI) | 0.616 (0.464-0.819) | |
| **≥4 Nodes** | Overall number assessed | 278 | 287 |
| | Overall number of events, n (%) | 109 (39.2%) | 122 (42.5%) |
| | Timepoint 36 months | | |
| | Probability of surviving (95% CI) [a] | 0.859 (0.818-0.900) | 0.846 (0.804-0.888) |
| | Timepoint 60 months | | |
| | Probability of surviving (95% CI) [a] | 0.783 (0.734-0.832) | 0.739 (0.687-0.790) |
| | Timepoint 120 months | | |
| | Probability of surviving (95% CI) [a] | 0.613 (0.555-0.671) | 0.578 (0.519-0.636) |
| | Unstratified log-rank test p-value | 0.2746 | |
| | Unadjusted Hazard ratio (95% CI) | 0.866 (0.668-1.122) | |
| Treatment by nodal status interaction | Unadjusted Interaction | 1.407 (0.958-2.067)   p=0.0814 | |

[a] Kaplan-Meier estimates

[b] Pairwise log-rank test stratified on the number of positive axillary nodes as per randomization

[c] Estimated using Cox proportional Hazard Model adjusted on the number of positive axillary nodes as per randomization.
CI:  confidence interval, FAC:  5-fluorouracil, doxorubicin, and cyclophosphamide, ITT:  intent-to-treat, TAC:  docetaxel, doxorubicin, and cyclophosphamide.
Adapted from PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_os_main2.sas  OUT=REPORT/OUTPUT/a6_os_main2_i.rtf (21JUN2010 - 20:12)
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_os_main_node2.sas  OUT=REPORT/OUTPUT/a6_os_main_node2_i.rtf (21JUN2010 - 19:53)
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_os_int_posnod2.sas  OUT=REPORT/OUTPUT/a6_os_int_posnod2_i.rtf (21JUN2010 - 20:07)

In the stratum "1 to 3 positive nodes", there were 79 and 119 deaths in TAC and FAC treatment groups, respectively.  TAC was associated with a 38.4% risk reduction compared to FAC (HR = 0.616, 95% CI:  0.464-0.819).  The difference was statistically significant (p = 0.0008).

Confidential                                                          Sanofi_00724292

Clinical Study Report                           09-Sep-2010
XRP6976 - TAX316 (EFC6041)                      Version number: 1 (electronic: 1.0)

In the stratum "4 and more positive nodes", there were 109 and 122 deaths in the TAC and FAC treatment groups, respectively. The risk reduction associated with TAC was not statistically significant (HR = 0.866, 95% CI: 0.668-1.122, p = 0.2746) in this subgroup.

The treatment by nodal status interaction reached a significance level of p = 0.0814. This value was below the threshold of 0.15 defined in the SAP, indicating that there was some variability in the results of these 2 subgroups. However, the observed interaction seems to be more quantitative than qualitative in nature, because in both subgroups, the death rate was lower in TAC than in FAC; but, the treatment difference was greater in patients with 1 to 3 positive nodes (9.0% at 10 years) compared to 4+ positive nodes (3.5% at 10 years). The hazard ratio (HR = 0.866) for patients with 4+ positive nodes still favored TAC over FAC, but without reaching statistical significance.

Summaries of causes of death are shown in Appendix 14.2.6.2.6. Confirmatory analyses are presented in Appendix 14.2.6.2.3 to Appendix 14.2.6.2.5.

**Subgroup and interaction analysis**

Figure 5 and Figure 6 are Forest plots presenting HRs and 95% CIs for OS for TAC compared with FAC in certain subgroups.

**Figure 5 – Forest plot for overall survival, main subgroup analysis – ITT population**



# Premenopausal includes patients with status unknown but age < 50 years; postmenopausal includes patients with status unknown but age ≥50 years).
CI: confidence interval, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, HER2NEU: human epidermal growth factor receptor 2, ITT: intent-to-treat, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_os_sub_main_fplt.sas OUT=REPORT/OUTPUT/a6_os_sub_main_fplt_i.rtf (21JUN2010 - 19:38)

Clinical Study Report                           09-Sep-2010
XRP6976 - TAX316 (EFC6041)                      Version number: 1 (electronic: 1.0)

**Figure 6 – Forest plot for overall survival subgroup analysis, other baseline characteristics – ITT population**



| | | | | |
|---|---|---|---|---|
| Overall | ITT Adjusted | 0.742 (0.613 to 0.898) | 1491 | |
| Age | < 50 years | 0.692 (0.529 to 0.907) | 795 | |
| Age | >= 50 years | 0.79 (0.603 to 1.035) | 696 | |
| Tumor size | <= 2cm | 0.536 (0.373 to 0.77) | 615 | |
| Tumor size | > 2cm | 0.814 (0.649 to 1.022) | 876 | |
| Karnofsky PS | 100% | 0.741 (0.595 to 0.923) | 1153 | |
| Karnofsky PS | < 100% | 0.735 (0.5 to 1.081) | 338 | |
| Surgery | Conservative | 0.735 (0.534 to 1.01) | 608 | |
| Surgery | Mastectomy | 0.735 (0.579 to 0.933) | 883 | |
| Radiotherapy | No Adjuvant Radiotherapy | 0.581 (0.383 to 0.881) | 403 | |
| Radiotherapy | Adjuvant Radiotherapy | 0.799 (0.645 to 0.991) | 1088 | |
| Histological grade | Grade 1* | 1.108 (0.628 to 1.955) | 273 | |
| Histological grade | Grade 2 | 0.698 (0.52 to 0.938) | 671 | |
| Histological grade | Grade 3 | 0.737 (0.556 to 0.976) | 547 | |
| Histological subtype | Invasive Ductal Carcinoma | 0.732 (0.589 to 0.908) | 1132 | |
| Histological subtype | Other Carcinoma** | 0.773 (0.511 to 1.17) | 359 | |

In favor of TAC    In favor of FAC

0.2  0.6  1.0  1.4  1.8  2.2
Hazards Ratio with 95% C.I.

\* Grade 1 includes GX
\*\* Other included lobular, classic or variant carcinoma
CI:  confidence interval, FAC:  5-fluorouracil, doxorubicin, and cyclophosphamide, GX:  grade not assessed, ITT:  intent-to-treat,
PS:  performance status, TAC:  docetaxel, doxorubicin, and cyclophosphamide
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a6_os_sub_bc_fplt.sas OUT=REPORT/OUTPUT/a6_os_sub_bc_fplt_i.rtf (21JUN2010 - 19:47)

Overall, the subgroup analyses (presented in Appendix 14.2.6.2.9) demonstrated a consistent benefit for TAC over FAC, and most of the unadjusted interaction analyses between treatment and each covariate did not show significant interactions (Appendix 14.2.6.2.13).

Few unadjusted interactions were below the significance threshold of 15%:

- Interaction term between treatment and number of nodes shows a p-value equal to 0.0814.

- Interaction term between treatment and menopausal status shows a p-value equal to 0.1481.

- Interaction term between treatment and tumor size shows a p-value equal to 0.0575.

However, these interactions appear to be quantitative and not qualitative since the related HR calculated within the subgroups still favors TAC (Figure 5 and Figure 6).  This supports the consistency and robustness of the demonstrated benefit for TAC over FAC in the overall ITT population and across subgroups.

Confidential                                                    Sanofi_00724294

# 9    SAFETY EVALUATION

As discussed in Section 6.3.2, for this safety evaluation, "treatment period" is defined as the period from the date of randomization until 30 days after the last administration of study drugs. "Follow-up period" is defined as the period of time beginning after the end of the treatment period and ending at the completion of the 10-year follow-up period. The term "study period" refers to the entire study period, and includes both the treatment and follow-up periods. The focus of this safety evaluation is on the follow-up period because this includes new data beyond what has been presented in the interim study report at a median follow-up time of 55 months (dated 21 January 2004; Appendix 14.1.1).

## 9.1    EXTENT OF EXPOSURE

Of the 1491 randomized patients, 1480 patients were treated with study drugs (safety population: TAC: 744; FAC: 736). TAC was administered for 6 cycles at the planned doses to over 90% of randomized patients, and 4272 cycles of TAC were administered to 744 patients with 3940 cycles (92.2%) at the planned dose; 4348 cycles of FAC were administered to 736 patients, with 4269 cycles (98.2%) at the planned dose.

A full description of treatment exposure of patients in the TAX316 study is presented in the interim study report (Appendix 14.1.1, Section 8.1) and in Appendix 14.2.5.1.

## 9.2    POPULATION DEMOGRAPHICS

A full description of demographics for all patients in the TAX316 study is presented in the interim study report (Appendix 14.1.1, Section 6.3.1). Age and performance status of patients at baseline were comparable between treatment groups.

## 9.3    ADVERSE EVENTS

As discussed in Section 6.3.2, AEs were recoded into MedDRA. In addition, some conventions used in the interim study report (eg, adding laboratory safety parameters to the AE tables) were not repeated in this final report. Due to the changes in coding, the AE tables presented in this report do not exactly match those presented in the interim study report and subsequent safety update reports. The changes of the coding dictionary and of some of the editorial conventions adopted after the interim study report, however, do not substantially modify the overall safety conclusions regarding this study, particularly with regard to the analyses of the TEAEs occurring during the treatment period.

### 9.3.1   Summary of occurrence of adverse events

Table 6 summarizes the AEs, regardless of causality, reported during the treatment and follow-up periods. Adverse events occurring during the treatment period are considered TEAEs.

Confidential                                                            Sanofi_00724295

Clinical Study Report                          09-Sep-2010
XRP6976 - TAX316 (EFC6041)                     Version number: 1 (electronic: 1.0)

At least 1 TEAE was reported for almost all patients during the treatment period
(TAC: 100%; FAC: 99.7%). More patients on TAC experienced at least one Grade 3 to 4 TEAE
(TAC: 36.7%; FAC: 26.9%), serious TEAE (TAC: 35.9%; FAC: 9.1%), or serious Grade 3 to 4
TEAE (TAC: 10.1%; FAC: 4.9%). A TEAE was listed as a reason for discontinuing study
medication for 45 (6.0%) TAC patients and for 8 (1.1%) FAC patients. There were 4 deaths
during the treatment period (TAC: 2; FAC: 2), and 1 death in each treatment group was
attributed to a TEAE related to study drugs (see Section 9.3.4.1 for further information on deaths).

In the follow-up period, the incidence of Grade 3 to 4 AEs (TAC: 13.8%; FAC: 11.3%) and
SAEs (TAC: 7.1%; FAC: 4.5%) was higher in the TAC group, though the difference was not as
great as that observed during the treatment period. There were 19 deaths (TAC: 8; FAC: 11) due
to AEs reported during the follow-up period; of these, 3 deaths in the TAC group and 5 deaths in
the FAC group were considered related to study drugs (see Section 9.3.4.1 for further information
on deaths).

**Table 6 – Overview of patients with adverse events regardless of causal relationship, by study
period – safety population**

|  | TAC (N=744) | | FAC (N=736) | |
|---|---|---|---|---|
|  | Treatment phase n (%) | Follow-up [a] n (%) | Treatment phase n (%) | Follow-up [a] n (%) |
| Patients with at least one AE | 744 (100%) | 523 (70.3%) | 734 (99.7%) | 495 (67.3%) |
| Patients with at least one G3-4 AE [b] | 273 (36.7%) | 103 (13.8%) | 198 (26.9%) | 83 (11.3%) |
| Patients with at least one serious AE (SAE) | 267 (35.9%) | 53 (7.1%) | 67 (9.1%) | 33 (4.5%) |
| Patients with at least one serious G3-4 AE (SAE) [b] | 75 (10.1%) | 42 (5.6%) | 36 (4.9%) | 32 (4.3%) |
| Patients discontinued due to AE | 45 (6.0%) | 0 | 8 (1.1%) | 0 |
| Patients with death due to AE [c] | 2 (0.3%) | 8 (1.1%) | 2 (0.3%) | 11 (1.5%) |

[a] Nonserious follow-up AEs are those starting or worsening during follow-up. Serious follow-up AEs (SAEs) are those starting as or becoming serious during follow-up.

[b] Worst grade per patient, as reported by the Investigator.

[c] All deaths reported during follow-up are included in the follow-up period.

AE: adverse event, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, G3-4: Grade 3 to 4, SAE: serious adverse event,
TAC: docetaxel, doxorubicin, and cyclophosphamide
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_aeoverview.sas  OUT=REPORT/OUTPUT/a7_aeoverview_i.rtf (21JUN2010 -
18:51)

### 9.3.2  Adverse events during treatment period

All patients in the TAX316 study had completed study treatment by October 1999, and all TEAEs
occurring during the treatment period were reported previously in the interim study report
(Appendix 14.1.1, Section 8.2.1.1). They are presented again in this report in Appendix 14.2.7,
coded in MedDRA, version 12.1. Appendix 14.2.7.1.5 presents TEAEs occurring during the
treatment period regardless of relationship by SOC, high level group term, high level term, and
PT, by grade. Appendices 14.2.7.1.6 and 14.2.7.1.7 present TEAEs occurring during treatment
regardless of relationship by PT and grade, on a per patient and cycle basis, respectively.
Appendix 14.2.7.2.2 and Appendix 14.2.7.2.3 present related TEAEs occurring during treatment
by SOC and PT, by grade, on a per patient and cycle basis, respectively. Appendix 14.2.7.2.4 and
Appendix 14.2.7.2.5 present related TEAEs occurring during treatment by PT and grade, on a per

Confidential                                                    Sanofi_00724296

Clinical Study Report                          09-Sep-2010
XRP6976 - TAX316 (EFC6041)                      Version number: 1 (electronic: 1.0)

patient and cycle basis, respectively.  A listing of all related TEAEs during the entire study is presented in Appendix 14.2.7.2.6.  These tables incorporate coding and other changes since the interim study report, which do not substantially modify the overall safety conclusions.

### 9.3.3   Adverse events during follow-up

Adverse events during the follow-up period include possibly or probably related TEAEs that persisted into the follow-up period and possibly or probably related AEs that started or worsened during the follow-up period.  Worsening was defined as an increase of at least 1 grade in intensity. For AEs starting or worsening during the follow-up period, Investigators were asked to identify the most likely cause as study drugs, tamoxifen, radiotherapy, tumor, or other.  Further ongoing evaluation included relevant noncancer-related signs and symptoms occurring after completion of chemotherapy (eg, congestive heart failure, toxicities related to tamoxifen and/or radiation therapy).  These AEs were evaluated and data captured during protocol-defined, routine follow-up visits (every 3 months for the first 2 years; then every 6 months during Years 3, 4, and 5; then once a year during the subsequent 5 years).  Therefore, it is not always possible to determine the precise duration of the AE for those AEs that were reported as resolved.

*TEAEs persisting into follow-up*

Table 7 displays TEAEs that were first documented during the treatment period (incidence ≥2% in the TAC group) and persisted into the follow-up period, regardless of causal relationship.  Most TEAEs were to be followed into the follow-up period, based on a protocol-defined clinical decision (see Section 5.5.4 of the interim study report in Appendix 14.1.1).

In both treatment groups, the most common TEAEs persisting into the follow-up period were alopecia (TAC:  92.3%; FAC:  87.6%), asthenia (TAC:  31.7%; FAC:  24.5%), and amenorrhea (TAC:  27.2%; FAC:  17.0%).  Amenorrhea was reported as persisting into the follow-up period in 198 of 420 (47.1%) premenopausal patients in the TAC group and in 119 of 403 (29.5%) premenopausal patients in the FAC group (Appendix 14.2.7.13.1).  The types of TEAEs persisting at the start of the follow-up period were similar in both treatment groups, with a greater than 10% difference between the 2 treatment groups seen only for peripheral edema (TAC:  16.0%; FAC:  3.1%) and amenorrhea.  Among TEAEs that persisted into the follow-up period  in >1% of patients, the majority of events resolved; however, amenorrhea remained ongoing in 121 of 202 (59.9%) TAC patients and in 86 of 125 (68.8%) FAC patients, and lymphedema remained ongoing in 6 of 11 (54.5%) TAC patients and in 1 of 1 (100%) FAC patient.  In addition, nausea, stomatitis, pain, hot flush, arthralgia, increased weight, and lethargy remained ongoing in >25% of patients who had persisting events (>1%) in either treatment group.

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 7 – Number (%) of patients with TEAEs during the treatment period (incidence ≥2% in TAC) that persisted into the follow-up period, regardless of causal relationship – safety population**

| MedDRA PT | TAC (N=744) | | | | FAC (N=736) | | | |
|---|---|---|---|---|---|---|---|---|
| | All n (%) | Persisting into follow-up n (%) | Resolved[a] n (%) | Ongoing[a] n (%) | All n (%) | Persisting into follow-up n (%) | Resolved[a] n (%) | Ongoing[a] n (%) |
| Alopecia | 728 (97.8) | 687 (92.3) | 658 (95.8) | 29 (4.2) | 715 (97.1) | 645 (87.6) | 629 (97.5) | 16 (2.5) |
| Nausea | 599 (80.5) | 35 (4.7) | 25 (71.4) | 10 (28.6) | 648 (88.0) | 25 (3.4) | 24 (96.0) | 1 (4.0) |
| Asthenia | 592 (79.6) | 236 (31.7) | 207 (87.7) | 29 (12.3) | 513 (69.7) | 180 (24.5) | 164 (91.1) | 16 (8.9) |
| Stomatitis | 510 (68.5) | 18 (2.4) | 13 (72.2) | 5 (27.8) | 374 (50.8) | 13 (1.8) | 13 (100) | 0 |
| Vomiting | 330 (44.4) | 5 (0.7) | 3 (60.0) | 2 (40.0) | 436 (59.2) | 2 (0.3) | 2 (100) | 0 |
| Infection[b] | 324 (43.5) | 19 (2.6) | 17 (89.5) | 2 (10.5) | 306 (41.6) | 14 (1.9) | 14 (100) | 0 |
| Pain | 313 (42.1) | 31 (4.2) | 21 (67.7) | 10 (32.3) | 264 (35.9) | 21 (2.9) | 20 (95.2) | 1 (4.8) |
| Fever in absence of infection | 273 (36.7) | 2 (0.3) | 1 (50.0) | 1 (50.0) | 61 (8.3) | 0 | 0 | 0 |
| Constipation | 271 (36.4) | 17 (2.3) | 14 (82.4) | 3 (17.6) | 255 (34.6) | 16 (2.2) | 14 (87.5) | 2 (12.5) |
| Diarrhoea | 262 (35.2) | 7 (0.9) | 6 (85.7) | 1 (14.3) | 205 (27.9) | 2 (0.3) | 2 (100) | 0 |
| Oedema peripheral | 250 (33.6) | 119 (16.0) | 100 (84.0) | 19 (16.0) | 92 (12.5) | 23 (3.1) | 19 (82.6) | 4 (17.4) |
| Amenorrhoea | 212 (28.5) | 202 (27.2) | 81 (40.1) | 121 (59.9) | 136 (18.5) | 125 (17.0) | 39 (31.2) | 86 (68.8) |
| Menstruation irregular | 211 (28.4) | 55 (7.4) | 50 (90.9) | 5 (9.1) | 165 (22.4) | 71 (9.6) | 60 (84.5) | 11 (15.5) |
| Dysgeusia | 206 (27.7) | 57 (7.7) | 53 (93.0) | 4 (7.0) | 112 (15.2) | 22 (3.0) | 19 (86.4) | 3 (13.6) |
| Myalgia | 199 (26.7) | 30 (4.0) | 24 (80.0) | 6 (20.0) | 73 (9.9) | 6 (0.8) | 6 (100) | 0 |
| Peripheral sensory neuropathy | 185 (24.9) | 84 (11.3) | 74 (88.1) | 10 (11.9) | 70 (9.5) | 15 (2.0) | 13 (86.7) | 2 (13.3) |
| Hot flush | 184 (24.7) | 129 (17.3) | 91 (70.5) | 38 (29.5) | 147 (20.0) | 109 (14.8) | 66 (60.6) | 43 (39.4) |
| Dyspepsia | 179 (24.1) | 18 (2.4) | 15 (83.3) | 3 (16.7) | 132 (17.9) | 11 (1.5) | 10 (90.9) | 1 (9.1) |
| Skin disorder | 176 (23.7) | 59 (7.9) | 55 (93.2) | 4 (6.8) | 105 (14.3) | 42 (5.7) | 41 (97.6) | 1 (2.4) |
| Decreased appetite | 161 (21.6) | 22 (3.0) | 20 (90.9) | 2 (9.1) | 130 (17.7) | 8 (1.1) | 7 (87.5) | 1 (12.5) |
| Pyrexia | 156 (21.0) | 4 (0.5) | 3 (75.0) | 1 (25.0) | 88 (12.0) | 2 (0.3) | 2 (100) | 0 |
| Headache | 154 (20.7) | 11 (1.5) | 9 (81.8) | 2 (18.2) | 169 (23.0) | 5 (0.7) | 5 (100) | 0 |
| Arthralgia | 144 (19.4) | 30 (4.0) | 22 (73.3) | 8 (26.7) | 67 (9.1) | 10 (1.4) | 8 (80.0) | 2 (20.0) |
| Nail disorder | 135 (18.1) | 106 (14.2) | 102 (96.2) | 4 (3.8) | 103 (14.0) | 79 (10.7) | 73 (92.4) | 6 (7.6) |
| Weight increased | 131 (17.6) | 89 (12.0) | 56 (62.9) | 33 (37.1) | 108 (14.7) | 61 (8.3) | 36 (59.0) | 25 (41.0) |
| Insomnia | 122 (16.4) | 26 (3.5) | 22 (84.6) | 4 (15.4) | 83 (11.3) | 17 (2.3) | 16 (94.1) | 1 (5.9) |
| Lung disorder | 118 (15.9) | 25 (3.4) | 24 (96.0) | 1 (4.0) | 64 (8.7) | 19 (2.6) | 17 (89.5) | 2 (10.5) |
| Cough | 100 (13.4) | 4 (0.5) | 3 (75.0) | 1 (25.0) | 72 (9.8) | 4 (0.5) | 3 (75.0) | 1 (25.0) |
| Injection site reaction | 99 (13.3) | 21 (2.8) | 21 (100) | 0 | 88 (12.0) | 22 (3.0) | 22 (100) | 0 |
| Lacrimation increased | 87 (11.7) | 22 (3.0) | 22 (100) | 0 | 52 (7.1) | 8 (1.1) | 8 (100) | 0 |
| Hypersensitivity | 85 (11.4) | 4 (0.5) | 3 (75.0) | 1 (25.0) | 21 (2.9) | 0 | 0 | 0 |
| Affective disorder | 83 (11.2) | 15 (2.0) | 12 (80.0) | 3 (20.0) | 77 (10.5) | 15 (2.0) | 12 (80.0) | 3 (20.0) |
| Dizziness | 63 (8.5) | 4 (0.5) | 3 (75.0) | 1 (25.0) | 50 (6.8) | 2 (0.3) | 2 (100) | 0 |
| Oropharyngeal pain | 60 (8.1) | 0 | 0 | 0 | 53 (7.2) | 1 (0.1) | 1 (100) | 0 |
| Haemorrhoids | 57 (7.7) | 1 (0.1) | 0 | 1 (100) | 35 (4.8) | 2 (0.3) | 2 (100) | 0 |
| Chills | 53 (7.1) | 2 (0.3) | 0 | 2 (100) | 29 (3.9) | 1 (0.1) | 1 (100) | 0 |
| Flushing | 49 (6.6) | 2 (0.3) | 0 | 2 (100) | 26 (3.5) | 0 | 0 | 0 |
| Abdominal pain upper | 46 (6.2) | 1 (0.1) | 1 (100) | 0 | 22 (3.0) | 3 (0.4) | 2 (66.7) | 1 (33.3) |
| Arrhythmia | 46 (6.2) | 1 (0.1) | 0 | 1 (100) | 36 (4.9) | 4 (0.5) | 4 (100) | 0 |
| Nasopharyngitis | 45 (6.0) | 0 | 0 | 0 | 62 (8.4) | 1 (0.1) | 1 (100) | 0 |
| Rhinorrhoea | 39 (5.2) | 9 (1.2) | 9 (100) | 0 | 27 (3.7) | 2 (0.3) | 2 (100) | 0 |
| Dry mouth | 36 (4.8) | 10 (1.3) | 10 (100) | 0 | 43 (5.8) | 12 (1.6) | 12 (100) | 0 |
| Upper respiratory tract infection | 36 (4.8) | 0 | 0 | 0 | 54 (7.3) | 1 (0.1) | 1 (100) | 0 |

Confidential

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| MedDRA PT | TAC (N=744) | | | | FAC (N=736) | | | |
|---|---|---|---|---|---|---|---|---|
| | All | Persisting into follow-up | Resolved[a] | Ongoing[a] | All | Persisting into follow-up | Resolved[a] | Ongoing[a] |
| | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) | n (%) |
| Dry skin | 32 (4.3) | 17 (2.3) | 17 (100) | 0 | 36 (4.9) | 11 (1.5) | 11 (100) | 0 |
| Lymphoedema | 32 (4.3) | 11 (1.5) | 5 (45.5) | 6 (54.5) | 8 (1.1) | 1 (0.1) | 0 | 1 (100) |
| Pharyngitis | 31 (4.2) | 0 | 0 | 0 | 21 (2.9) | 0 | 0 | 0 |
| Conjunctivitis | 29 (3.9) | 5 (0.7) | 4 (80.0) | 1 (20.0) | 35 (4.8) | 2 (0.3) | 2 (100) | 0 |
| Abdominal pain | 28 (3.8) | 0 | 0 | 0 | 10 (1.4) | 0 | 0 | 0 |
| Anxiety | 28 (3.8) | 1 (0.1) | 1 (100) | 0 | 32 (4.3) | 4 (0.5) | 3 (75.0) | 1 (25.0) |
| Weight decreased | 28 (3.8) | 13 (1.7) | 11 (84.6) | 2 (15.4) | 22 (3.0) | 5 (0.7) | 4 (80.0) | 1 (20.0) |
| Peripheral motor neuropathy | 26 (3.5) | 6 (0.8) | 6 (100) | 0 | 14 (1.9) | 1 (0.1) | 1 (100) | 0 |
| Influenza like illness | 25 (3.4) | 0 | 0 | 0 | 18 (2.4) | 0 | 0 | 0 |
| Oral candidiasis | 23 (3.1) | 2 (0.3) | 1 (50.0) | 1 (50.0) | 8 (1.1) | 0 | 0 | 0 |
| Dry eye | 22 (3.0) | 7 (0.9) | 7 (100) | 0 | 19 (2.6) | 8 (1.1) | 8 (100) | 0 |
| Vulvovaginal mycotic infection | 22 (3.0) | 0 | 0 | 0 | 12 (1.6) | 0 | 0 | 0 |
| Oral herpes | 21 (2.8) | 2 (0.3) | 2 (100) | 0 | 21 (2.9) | 1 (0.1) | 1 (100) | 0 |
| Dyspnoea | 20 (2.7) | 7 (0.9) | 3 (42.9) | 4 (57.1) | 8 (1.1) | 2 (0.3) | 2 (100) | 0 |
| Epistaxis | 20 (2.7) | 0 | 0 | 0 | 15 (2.0) | 0 | 0 | 0 |
| Fatigue | 19 (2.6) | 5 (0.7) | 4 (80.0) | 1 (20.0) | 14 (1.9) | 3 (0.4) | 3 (100) | 0 |
| Depression | 18 (2.4) | 1 (0.1) | 1 (100) | 0 | 18 (2.4) | 2 (0.3) | 1 (50.0) | 1 (50.0) |
| Dysphagia | 18 (2.4) | 0 | 0 | 0 | 5 (0.7) | 0 | 0 | 0 |
| Dysuria | 18 (2.4) | 0 | 0 | 0 | 14 (1.9) | 0 | 0 | 0 |
| Pain in extremity | 18 (2.4) | 2 (0.3) | 2 (100) | 0 | 14 (1.9) | 2 (0.3) | 2 (100) | 0 |
| Influenza | 17 (2.3) | 0 | 0 | 0 | 19 (2.6) | 0 | 0 | 0 |
| Sinusitis | 16 (2.2) | 0 | 0 | 0 | 19 (2.6) | 0 | 0 | 0 |
| Vision blurred | 16 (2.2) | 3 (0.4) | 3 (100) | 0 | 14 (1.9) | 2 (0.3) | 2 (100) | 0 |
| Erythema | 15 (2.0) | 0 | 0 | 0 | 12 (1.6) | 2 (0.3) | 2 (100) | 0 |
| Lethargy | 15 (2.0) | 10 (1.3) | 7 (70.0) | 3 (30.0) | 20 (2.7) | 11 (1.5) | 9 (81.8) | 2 (18.2) |
| Respiratory tract infection | 15 (2.0) | 1 (0.1) | 1 (100) | 0 | 6 (0.8) | 1 (0.1) | 1 (100) | 0 |

[a] Percentages are calculated over the number of patients for each event during follow-up period.

[b] All adverse events mapped to the MedDRA SOC infections and infestations

FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, MedDRA: Medical Dictionary for Regulatory Activities, PT: preferred term, SOC: system organ class, TAC: docetaxel, doxorubicin, and cyclophosphamide, TEAE: treatment-emergent adverse event.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_aept_fup.sas  OUT=REPORT/OUTPUT/a7_aept_fup_i.rtf (21JUN2010 - 18:53)

For a summary of all patients with AEs during the treatment period (occurring in >1% of patients) that persisted into the follow-up period, see Appendix 14.2.7.1.9.

*AEs starting or worsening during follow-up*

Table 8 displays the AEs starting or worsening during follow-up, by causality (for AEs occurring in >1 patient [related to study drugs] in either treatment group). Overall, 523 (70.3%) patients in the TAC group and 495 (67.3%) patients in the FAC group had AEs that started or worsened in the follow-up period (Table 6). Except for peripheral sensory neuropathy related to study drugs, which was more frequent in the TAC group (TAC: 3.8%; FAC: 0.7%), both the types and incidence rates of AEs starting or worsening in the follow-up period were similar in both treatment groups.

Amenorrhea was reported as starting or worsening in the follow-up period in
78 of 420 (18.6%) premenopausal patients in the TAC group and in 97 of 403 (24.1%)
premenopausal patients in the FAC group (Appendix 14.2.7.13.1). Delayed-onset amenorrhea
was attributed to study drugs in 70 (16.7%) premenopausal patients in the TAC group and in
79 (19.6%) premenopausal patients in the FAC group (Appendix 14.2.7.13.2). Irregular
menstruation was reported as starting or worsening in the follow-up period in
35 of 420 (8.3%) premenopausal patients in the TAC group and in 31 of 403 (7.7%)
premenopausal patients in the FAC group (Appendix 14.2.7.13.1). Irregular menstruation was
attributed to study drugs in 27 (6.4%) premenopausal patients in the TAC group and in
18 (4.5%) premenopausal patients in the FAC group (Appendix 14.2.7.13.2).

For a complete summary of all patients with AEs starting or worsening in the follow-up period,
see Appendix 14.2.7.1.12.

Confidential                                                              Sanofi_00724300

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 8 – Number (%) of patients with adverse events starting or worsening in follow-up, by causality (for adverse events related to study drugs in >1 patient in either treatment group) – safety population**

| MedDRA PT | TAC (N=744) | | | | | FAC (N=736) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Study drug n (%) | Tamoxifen n (%) | Radiotherapy n (%) | Tumor n (%) | Other n (%) | Study drug n (%) | Tamoxifen n (%) | Radiotherapy n (%) | Tumor n (%) | Other n (%) |
| Amenorrhoea | 71 (9.5) | 2 (0.3) | 0 | 0 | 6 (0.8) | 79 (10.7) | 15 (2.0) | 1 (0.1) | 0 | 6 (0.8) |
| Peripheral sensory neuropathy | 28 (3.8) | 1 (0.1) | 4 (0.5) | 0 | 4 (0.5) | 5 (0.7) | 0 | 2 (0.3) | 0 | 1 (0.1) |
| Menstruation irregular | 27 (3.6) | 7 (0.9) | 0 | 0 | 2 (0.3) | 18 (2.4) | 12 (1.6) | 0 | 0 | 1 (0.1) |
| Cardiac failure congestive | 19 (2.6) | 0 | 0 | 0 | 6 (0.8) | 12 (1.6) | 0 | 0 | 0 | 5 (0.7) |
| Hot flush | 19 (2.6) | 163 (21.9) | 0 | 0 | 9 (1.2) | 17 (2.3) | 179 (24.3) | 3 (0.4) | 0 | 9 (1.2) |
| Asthenia | 18 (2.4) | 2 (0.3) | 23 (3.1) | 0 | 14 (1.9) | 14 (1.9) | 5 (0.7) | 31 (4.2) | 1 (0.1) | 4 (0.5) |
| Cardiac disorder [a] | 17 (2.3) | 0 | 0 | 0 | 4 (0.5) | 16 (2.2) | 0 | 1 (0.1) | 0 | 4 (0.5) |
| Alopecia | 15 (2.0) | 4 (0.5) | 0 | 0 | 3 (0.4) | 16 (2.2) | 2 (0.3) | 0 | 0 | 1 (0.1) |
| Arthralgia | 11 (1.5) | 2 (0.3) | 0 | 0 | 8 (1.1) | 6 (0.8) | 0 | 2 (0.3) | 0 | 4 (0.5) |
| Nail disorder | 10 (1.3) | 1 (0.1) | 0 | 0 | 0 | 9 (1.2) | 0 | 0 | 0 | 0 |
| Dysgeusia | 7 (0.9) | 0 | 0 | 0 | 3 (0.4) | 4 (0.5) | 0 | 1 (0.1) | 0 | 0 |
| Weight increased | 7 (0.9) | 24 (3.2) | 0 | 0 | 4 (0.5) | 10 (1.4) | 22 (3.0) | 0 | 0 | 3 (0.4) |
| Oedema peripheral | 5 (0.7) | 5 (0.7) | 25 (3.4) | 0 | 7 (0.9) | 3 (0.4) | 6 (0.8) | 9 (1.2) | 0 | 6 (0.8) |
| Amnesia | 3 (0.4) | 5 (0.7) | 0 | 0 | 0 | 0 | 1 (0.1) | 0 | 0 | 1 (0.1) |
| Arrhythmia | 3 (0.4) | 0 | 1 (0.1) | 0 | 2 (0.3) | 2 (0.3) | 1 (0.1) | 0 | 0 | 4 (0.5) |
| Cognitive disorder | 3 (0.4) | 0 | 0 | 0 | 1 (0.1) | 0 | 0 | 0 | 0 | 1 (0.1) |
| Dry mouth | 3 (0.4) | 2 (0.3) | 0 | 0 | 0 | 5 (0.7) | 0 | 0 | 0 | 0 |
| Fatigue | 3 (0.4) | 1 (0.1) | 3 (0.4) | 1 (0.1) | 3 (0.4) | 2 (0.3) | 2 (0.3) | 1 (0.1) | 0 | 2 (0.3) |
| Myalgia | 3 (0.4) | 3 (0.4) | 0 | 0 | 2 (0.3) | 1 (0.1) | 1 (0.1) | 2 (0.3) | 0 | 1 (0.1) |
| Myocardial ischaemia | 3 (0.4) | 0 | 0 | 0 | 4 (0.5) | 0 | 0 | 0 | 0 | 6 (0.8) |
| Parosmia | 3 (0.4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acute myeloid leukaemia | 2 (0.3) | 0 | 0 | 0 | 0 | 1 (0.1) | 0 | 0 | 0 | 0 |
| Atrial fibrillation | 2 (0.3) | 0 | 0 | 0 | 2 (0.3) | 0 | 0 | 0 | 0 | 2 (0.3) |
| Decreased appetite | 2 (0.3) | 0 | 2 (0.3) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Property of the sanofi-aventis group - strictly confidential**

Page 40

Page 40

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| MedDRA PT | TAC (N=744) | | | | | FAC (N=736) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Study drug n (%) | Tamoxifen n (%) | Radiotherapy n (%) | Tumor n (%) | Other n (%) | Study drug n (%) | Tamoxifen n (%) | Radiotherapy n (%) | Tumor n (%) | Other n (%) |
| Hypoaesthesia | 2 (0.3) | 0 | 0 | 0 | 0 | 0 | 0 | 1 (0.1) | 0 | 2 (0.3) |
| Lung disorder | 2 (0.3) | 0 | 1 (0.1) | 0 | 2 (0.3) | 1 (0.1) | 0 | 2 (0.3) | 1 (0.1) | 2 (0.3) |
| Peripheral motor neuropathy | 2 (0.3) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Stomatitis | 1 (0.1) | 0 | 0 | 0 | 5 (0.7) | 2 (0.3) | 0 | 0 | 0 | 0 |
| Dry eye | 0 | 0 | 0 | 0 | 0 | 2 (0.3) | 0 | 0 | 0 | 0 |
| Vulvovaginal dryness | 0 | 12 (1.6) | 0 | 0 | 0 | 2 (0.3) | 16 (2.2) | 0 | 0 | 3 (0.4) |

[a] The term "cardiac disorder" includes terms "cardiac function", "cardiac function BP", "cardiac dysfunction", and "cardiac function decreased LVEF", and includes some patients already counted under the term "cardiac failure congestive".
BP: blood pressure, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, LVEF: left ventricular ejection fraction, PT: preferred term, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_aept_stwrs2.sas  OUT=REPORT/OUTPUT/a7_aept_stwrs2_i.rtf (21JUN2010 - 18:28)

**Property of the sanofi-aventis group - strictly confidential**

Confidential                                                                                     Sanofi_00724302

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

Table 9 displays the outcome of the AEs that started or worsened in the follow-up period in ≥0.5% of TAC patients, regardless of causal relationship.  Among the AEs starting or worsening in ≥3% of patients in either treatment group, events that remained ongoing in greater than >50% of patients included amenorrhea (TAC: 58.2%; FAC: 50.5%), weight increased (TAC: 60.0%; FAC: 55.6%), cardiac failure congestive (TAC: 52.0%; FAC: 47.1%), lymphedema (TAC: 62.5%; FAC: 53.8%), and cardiac disorder (TAC: 60.9%; FAC: 66.7%).

**Table 9 – Outcome in patients with adverse events starting or worsening in follow-up, regardless of causal relationship (incidence ≥0.5% in the TAC group) – safety population**

| | TAC (N=744) | | | FAC (N=736) | | |
|---|---|---|---|---|---|---|
| | **All** | **Resolved[a]** | **Ongoing[a]** | **All** | **Resolved[a]** | **Ongoing[a]** |
| **MedDRA PT** | **n (%)** | **n (%)** | **n (%)** | **n (%)** | **n (%)** | **n (%)** |
| Hot flush | 177 (23.8) | 131 (74.0) | 46 (26.0) | 200 (27.2) | 136 (68.0) | 64 (32.0) |
| Skin disorder | 151 (20.3) | 146 (96.7) | 5 (3.3) | 157 (21.3) | 151 (96.2) | 6 (3.8) |
| Amenorrhoea | 79 (10.6) | 33 (41.8) | 46 (58.2) | 99 (13.5) | 49 (49.5) | 50 (50.5) |
| Asthenia | 53 (7.1) | 39 (73.6) | 14 (26.4) | 52 (7.1) | 48 (92.3) | 4 (7.7) |
| Skin hyperpigmentation | 45 (6.0) | 39 (86.7) | 6 (13.3) | 48 (6.5) | 42 (87.5) | 6 (12.5) |
| Oedema peripheral | 40 (5.4) | 32 (80.0) | 8 (20.0) | 22 (3.0) | 16 (72.7) | 6 (27.3) |
| Peripheral sensory neuropathy | 37 (5.0) | 29 (78.4) | 8 (21.6) | 8 (1.1) | 8 (100) | 0 |
| Menstruation irregular | 35 (4.7) | 28 (80.0) | 7 (20.0) | 31 (4.2) | 23 (74.2) | 8 (25.8) |
| Weight increased | 35 (4.7) | 14 (40.0) | 21 (60.0) | 36 (4.9) | 16 (44.4) | 20 (55.6) |
| Nausea | 30 (4.0) | 19 (63.3) | 11 (36.7) | 14 (1.9) | 14 (100) | 0 |
| Vaginal discharge | 28 (3.8) | 25 (89.3) | 3 (10.7) | 17 (2.3) | 17 (100) | 0 |
| Cardiac failure congestive | 25 (3.4) | 12 (48.0) | 13 (52.0) | 17 (2.3) | 9 (52.9) | 8 (47.1) |
| Lymphoedema | 24 (3.2) | 9 (37.5) | 15 (62.5) | 13 (1.8) | 6 (46.2) | 7 (53.8) |
| Pain | 24 (3.2) | 15 (62.5) | 9 (37.5) | 31 (4.2) | 28 (90.3) | 3 (9.7) |
| Skin exfoliation | 24 (3.2) | 23 (95.8) | 1 (4.2) | 35 (4.8) | 35 (100) | 0 |
| Cardiac disorder [b] | 23 (3.1) | 9 (39.1) | 14 (60.9) | 21 (2.9) | 7 (33.3) | 14 (66.7) |
| Erythema | 23 (3.1) | 21 (91.3) | 2 (8.7) | 17 (2.3) | 16 (94.1) | 1 (5.9) |
| Infection[c] | 23 (3.1) | 19 (82.6) | 4 (17.4) | 17 (2.3) | 17 (100) | 0 |
| Radiation skin injury | 23 (3.1) | 19 (82.6) | 4 (17.4) | 34 (4.6) | 26 (76.5) | 8 (23.5) |
| Arthralgia | 22 (3.0) | 14 (63.6) | 8 (36.4) | 12 (1.6) | 8 (66.7) | 4 (33.3) |
| Vaginal haemorrhage | 22 (3.0) | 22 (100) | 0 | 24 (3.3) | 24 (100) | 0 |
| Alopecia | 21 (2.8) | 16 (76.2) | 5 (23.8) | 19 (2.6) | 18 (94.7) | 1 (5.3) |
| Headache | 18 (2.4) | 13 (72.2) | 5 (27.8) | 5 (0.7) | 5 (100) | 0 |
| Skin hypertrophy | 17 (2.3) | 11 (64.7) | 6 (35.3) | 11 (1.5) | 7 (63.6) | 4 (36.4) |
| Pulmonary fibrosis | 13 (1.7) | 3 (23.1) | 10 (76.9) | 12 (1.6) | 3 (25.0) | 9 (75.0) |
| Telangiectasia | 13 (1.7) | 5 (38.5) | 8 (61.5) | 15 (2.0) | 6 (40.0) | 9 (60.0) |
| Breast fibrosis | 12 (1.6) | 9 (75.0) | 3 (25.0) | 12 (1.6) | 8 (66.7) | 4 (33.3) |
| Vulvovaginal dryness | 12 (1.6) | 10 (83.3) | 2 (16.7) | 21 (2.9) | 13 (61.9) | 8 (38.1) |
| Dry skin | 11 (1.5) | 11 (100) | 0 | 10 (1.4) | 10 (100) | 0 |
| Nail disorder | 11 (1.5) | 11 (100) | 0 | 9 (1.2) | 9 (100) | 0 |
| Dysgeusia | 10 (1.3) | 8 (80.0) | 2 (20.0) | 5 (0.7) | 5 (100) | 0 |
| Fatigue | 10 (1.3) | 7 (70.0) | 3 (30.0) | 7 (1.0) | 5 (71.4) | 2 (28.6) |
| Bone pain | 9 (1.2) | 8 (88.9) | 1 (11.1) | 5 (0.7) | 4 (80.0) | 1 (20.0) |
| Dermatitis | 9 (1.2) | 9 (100) | 0 | 11 (1.5) | 11 (100) | 0 |
| Night sweats | 9 (1.2) | 8 (88.9) | 1 (11.1) | 7 (1.0) | 7 (100) | 0 |
| Amnesia | 8 (1.1) | 6 (75.0) | 2 (25.0) | 2 (0.3) | 1 (50.0) | 1 (50.0) |
| Dyspnoea | 8 (1.1) | 2 (25.0) | 6 (75.0) | 7 (1.0) | 4 (57.1) | 3 (42.9) |
| Insomnia | 8 (1.1) | 6 (75.0) | 2 (25.0) | 7 (1.0) | 6 (85.7) | 1 (14.3) |
| Peau d'orange | 8 (1.1) | 7 (87.5) | 1 (12.5) | 4 (0.5) | 4 (100) | 0 |
| Weight fluctuation | 8 (1.1) | 4 (50.0) | 4 (50.0) | 3 (0.4) | 1 (33.3) | 2 (66.7) |
| Hirsutism | 7 (0.9) | 6 (85.7) | 1 (14.3) | 0 | 0 | 0 |
| Myalgia | 7 (0.9) | 6 (85.7) | 1 (14.3) | 5 (0.7) | 5 (100) | 0 |
| Myocardial ischaemia | 7 (0.9) | 5 (71.4) | 2 (28.6) | 6 (0.8) | 6 (100) | 0 |

Confidential

Sanofi_00724303

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| | TAC (N=744) | | | FAC (N=736) | | |
|---|---|---|---|---|---|---|
| **MedDRA PT** | **All** n (%) | **Resolved**[a] n (%) | **Ongoing**[a] n (%) | **All** n (%) | **Resolved**[a] n (%) | **Ongoing**[a] n (%) |
| Pruritus | 7 (0.9) | 7 (100) | 0 | 4 (0.5) | 3 (75.0) | 1 (25.0) |
| Constipation | 6 (0.8) | 1 (16.7) | 5 (83.3) | 3 (0.4) | 2 (66.7) | 1 (33.3) |
| Cough | 6 (0.8) | 3 (50.0) | 3 (50.0) | 5 (0.7) | 4 (80.0) | 1 (20.0) |
| Diarrhoea | 6 (0.8) | 2 (33.3) | 4 (66.7) | 0 | 0 | 0 |
| Endometrial hypertrophy | 6 (0.8) | 4 (66.7) | 2 (33.3) | 3 (0.4) | 2 (66.7) | 1 (33.3) |
| Metrorrhagia | 6 (0.8) | 6 (100) | 0 | 7 (1.0) | 7 (100) | 0 |
| Oedema | 6 (0.8) | 3 (50.0) | 3 (50.0) | 10 (1.4) | 10 (100) | 0 |
| Stomatitis | 6 (0.8) | 1 (16.7) | 5 (83.3) | 2 (0.3) | 2 (100) | 0 |
| Affective disorder | 5 (0.7) | 4 (80.0) | 1 (20.0) | 11 (1.5) | 8 (72.7) | 3 (27.3) |
| Arrhythmia | 5 (0.7) | 3 (60.0) | 2 (40.0) | 7 (1.0) | 6 (85.7) | 1 (14.3) |
| Breast inflammation | 5 (0.7) | 5 (100) | 0 | 0 | 0 | 0 |
| Breast oedema | 5 (0.7) | 5 (100) | 0 | 12 (1.6) | 9 (75.0) | 3 (25.0) |
| Dizziness | 5 (0.7) | 4 (80.0) | 1 (20.0) | 5 (0.7) | 4 (80.0) | 1 (20.0) |
| Dry mouth | 5 (0.7) | 5 (100) | 0 | 5 (0.7) | 5 (100) | 0 |
| Dysphagia | 5 (0.7) | 5 (100) | 0 | 6 (0.8) | 6 (100) | 0 |
| Lung disorder | 5 (0.7) | 5 (100) | 0 | 6 (0.8) | 4 (66.7) | 2 (33.3) |
| Oesophagitis | 5 (0.7) | 3 (60.0) | 2 (40.0) | 4 (0.5) | 4 (100) | 0 |
| Radiation injury | 5 (0.7) | 2 (40.0) | 3 (60.0) | 8 (1.1) | 3 (37.5) | 5 (62.5) |
| Vomiting | 5 (0.7) | 2 (40.0) | 3 (60.0) | 2 (0.3) | 2 (100) | 0 |
| Atrial fibrillation | 4 (0.5) | 1 (25.0) | 3 (75.0) | 2 (0.3) | 2 (100) | 0 |
| Back pain | 4 (0.5) | 1 (25.0) | 3 (75.0) | 7 (1.0) | 3 (42.9) | 4 (57.1) |
| Breast pain | 4 (0.5) | 4 (100) | 0 | 1 (0.1) | 1 (100) | 0 |
| Breast swelling | 4 (0.5) | 3 (75.0) | 1 (25.0) | 1 (0.1) | 1 (100) | 0 |
| Cognitive disorder | 4 (0.5) | 1 (25.0) | 3 (75.0) | 1 (0.1) | 0 | 1 (100) |
| Decreased appetite | 4 (0.5) | 4 (100) | 0 | 0 | 0 | 0 |
| Deep vein thrombosis | 4 (0.5) | 4 (100) | 0 | 1 (0.1) | 1 (100) | 0 |
| Depression | 4 (0.5) | 4 (100) | 0 | 6 (0.8) | 6 (100) | 0 |
| Impaired healing | 4 (0.5) | 4 (100) | 0 | 4 (0.5) | 1 (25.0) | 3 (75.0) |
| Lethargy | 4 (0.5) | 3 (75.0) | 1 (25.0) | 3 (0.4) | 1 (33.3) | 2 (66.7) |
| Musculoskeletal chest pain | 4 (0.5) | 3 (75.0) | 1 (25.0) | 4 (0.5) | 2 (50.0) | 2 (50.0) |
| Musculoskeletal pain | 4 (0.5) | 4 (100) | 0 | 3 (0.4) | 2 (66.7) | 1 (33.3) |
| Ovarian cyst | 4 (0.5) | 3 (75.0) | 1 (25.0) | 1 (0.1) | 1 (100) | 0 |
| Pain in extremity | 4 (0.5) | 3 (75.0) | 1 (25.0) | 2 (0.3) | 2 (100) | 0 |
| Peripheral motor neuropathy | 4 (0.5) | 3 (75.0) | 1 (25.0) | 0 | 0 | 0 |
| Phlebitis | 4 (0.5) | 4 (100) | 0 | 2 (0.3) | 2 (100) | 0 |
| Pulmonary embolism | 4 (0.5) | 4 (100) | 0 | 3 (0.4) | 3 (100) | 0 |
| Skin discolouration | 4 (0.5) | 4 (100) | 0 | 5 (0.7) | 4 (80.0) | 1 (20.0) |
| Skin reaction | 4 (0.5) | 4 (100) | 0 | 3 (0.4) | 3 (100) | 0 |

[a] Percentages are calculated over the number of patients for each event during follow-up period.

[b] The term "cardiac disorder" includes terms "cardiac function", "cardiac function BP", "cardiac dysfunction", and "cardiac function decreased LVEF", and includes some patients already counted under the term "cardiac failure congestive".

[c] All adverse events mapped to the MedDRA SOC term Infections and infestations

BP: blood pressure, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, LVEF: left ventricular ejection fraction , MedDRA: Medical Dictionary for Regulatory Activities , PT: preferred term, SOC: system organ class, TAC: docetaxel, doxorubicin, and cyclophosphamide. PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_aefup_out.sas  OUT=REPORT/OUTPUT/a7_aefup_out_i.rtf (21JUN2010 - 18:51)

For a complete summary of the outcomes for AEs that started or worsened in the follow-up period, see Appendix 14.2.7.1.11.

Confidential

Sanofi_00724304

**9.3.4   Deaths, serious adverse events, and other significant adverse events**

Narratives were provided in the interim study report for each death, SAE, discontinuation, or other event determined to be of clinical importance (Appendix 14.1.1, Section 13).  For this 10-year final report, new narratives were written for patients with serious cardiac events, SAEs, acute myeloid leukemia, SPMs reported as AEs, or death for reasons other than malignancy that occurred after the 55-month follow-up period described in the interim study report.  Any newly reported events or updated information for narratives of patients previously reported in the interim study report are also included in this 10-year final report (Section 13.3.1:  see Table 21 for a listing of patients with events that occurred in the follow-up period and are described in narratives presented in the interim clinical study report, and see Table 22 for those patients with events that occurred in the follow-up period and are described in new narratives presented with this final clinical study report).

***9.3.4.1   Deaths***

As of the cut-off date of 11 March 2010, among the 1480 treated patients, 189 (25.4%) TAC patients and 242 (32.9%) FAC patients had died.  There were 2 additional deaths (Patients No. 1 ▓▓▓▓▓▓▓▓ both randomized to FAC) excluded from the safety population because the patients did not receive treatment.  Table 10 summarizes all deaths reported either during treatment or follow-up periods by treatment received and by the reported cause of death.

Clinical Study Report                        09-Sep-2010
XRP6976 - TAX316 (EFC6041)                   Version number: 1 (electronic: 1.0)

**Table 10 – Number (%) of all deaths occurring by cause of death during study period – safety population**

|  | TAC (N=744) | FAC (N=736) |
|---|---|---|
| Alive | 555 (74.6%) | 494 (67.1%) |
| Death on study | 189 (25.4%) | 242 (32.9%) |
|  |  |  |
| Death ≤30 days after last study treatment | 2 (0.3%) | 2 (0.3%) |
| Toxic death due to study chemotherapy |  |  |
| Septic | 0 | 0 |
| Nonseptic | 1 (0.1%) | 1 (0.1%) |
| Nontoxic death |  |  |
| Death due to additional chemotherapy | 0 | 0 |
| Breast cancer | 0 | 0 |
| Malignant disease, other than breast cancer | 0 | 0 |
| Other | 1 (0.1%) | 1 (0.1%) |
|  |  |  |
| Death >30 days after last study treatment | 185 (24.9%) | 239 (32.5%) |
| Toxic death due to study chemotherapy |  |  |
| Septic | 0 | 0 |
| Nonseptic | 3 (0.4%) | 4 (0.5%) [a] |
| Nontoxic death |  |  |
| Death due to additional chemotherapy | 1 (0.1%) | 1 (0.1%) |
| Breast cancer | 153 (20.6%) | 203 (27.6%) |
| Malignant disease, other than breast cancer | 12 (1.6%) | 14 (1.9%) |
| Other | 16 (2.2%) | 17 (2.3%) |
|  |  |  |
| Death date missing | 2 (0.3%) | 1 (0.1%) |
| Toxic death due to study chemotherapy |  |  |
| Septic | 0 | 0 |
| Nonseptic | 0 | 0 |
| Nontoxic death |  |  |
| Death due to additional chemotherapy | 0 | 0 |
| Breast cancer | 0 | 0 |
| Malignant disease, other than breast cancer | 0 | 0 |
| Other | 2 (0.3%) | 1 (0.1%) |

[a] Does not include Patient No ▮▮▮▮ whose death was considered by the Investigator to be related to study drugs; this patient's death was reported as a second primary malignancy and not as nonseptic toxicity due to study chemotherapy.
FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, TAC: docetaxel, doxorubicin, and cyclophosphamide
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_death.sas  OUT=REPORT/OUTPUT/a7_death_i.rtf (21JUN2010 - 18:58)

In each treatment group, 2 patients died during the treatment period, 1 in each group from nonseptic toxicity due to study chemotherapy (TAC Patient No ▮▮▮▮ heart arrest; FAC Patient No ▮▮▮▮ pulmonary embolism), and 1 in each group from causes considered by the Investigator to be unrelated to study drugs (TAC Patient No. ▮▮▮▮ pulmonary embolism; FAC Patient No ▮▮▮▮ hypovolemic shock).  Brief descriptions of these deaths are provided at the end of this section.

In the TAC treatment group, 185 (24.9%) patients died in the follow-up period.  Among these, 153 died due to breast cancer.  Among the remaining 32 deaths in the follow-up period, 3 were considered due to nonseptic toxicity from study chemotherapy (2 CHF [Patients No ▮▮▮▮ and ▮▮▮▮ ] and 1 acute myeloid leukemia [Patient No. ▮▮▮▮ ]), 1 due to toxicity from

Confidential                                                        Sanofi_00724306

Clinical Study Report                      09-Sep-2010
XRP6976 - TAX316 (EFC6041)                 Version number: 1 (electronic: 1.0)

additional chemotherapy received after completion of study treatment (Patient No. █████ ), 12 due to malignant disease other than breast cancer, and 16 due to "other" causes.

In the FAC treatment group, 239 (32.5%) patients died in the follow-up period.  Among these, 203 died because of breast cancer.  Among the remaining 36 deaths in the follow-up period, 5 were considered related to study chemotherapy, including 4 due to nonseptic toxicity from study chemotherapy (3 CHF [Patients No ████████████████████ ] and 1 ventricular fibrillation [Patient No█████ ]) and 1 (Patient No████████ ) categorized as due to malignant disease other than breast cancer (acute myeloid leukemia).  Of the remaining deaths, 1 was due to toxicity from additional chemotherapy received after completion of study treatment (Patient No██████ 14 were due to malignant disease other than breast cancer (including Patient No.████ noted above), and 17 due to "other" causes.

Table 11 provides further details on the patients who died in the follow-up period from causes other than breast cancer (TAC:  32; FAC:  36).

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 11 – Deaths due to causes other than breast cancer, occurring >30 days after last administration of study drugs, by causality – safety population**

| Treatment arm | Cause | Patient No. | MedDRA preferred term or verbatim term | Number of years from last cycle |
|---|---|---|---|---|
| TAC | Nonseptic toxicity due to study chemotherapy | | Acute myeloid leukaemia* | 3.6 |
| | | | Cardiac failure congestive* | 9.5 |
| | | | Arrhythmia* | 2.7 |
| | | | Cardiac failure congestive* | |
| TAC | Other | | Cause of death unknown | 4.9 |
| | | | Myocardial infarction* | 1.5 |
| | | | Cardiopathy | |
| | | | Pneumoniae | 5.4 |
| | | | Septic shock pneumonia associated to mechanic ventilation by pseudomonas aeruginosa | 8.2 |
| | | | Unknown | 8.9 |
| | | | Myelosuppression + liver failure | 9.6 |
| | | | Suicide | 5.2 |
| | | | Cardiac arrest* | 1.9 |
| | | | Cardiac arrest | |
| | | | Completed suicide* | 0.1 |
| | | | Drowning (suicide) | |
| | | | Cardiovascular event | 8.6 |
| | | | Unknown reason, metastatic disease could not be ruled out | 2.7 |
| | | | Unknown | 5.2 |
| | | | Cerebral haemorrhage* | 0.6 |
| | | | Intracerebral hemorrhage | |
| | | | Chronic obstructive pulmonary disease | 7 |
| | | | Suicide | 1.8 |
| | | | Malignant disease | 4.8 |
| TAC | Malignant disease, other than breast cancer | | Not specified [c] | 6.5 |
| | | | Not specified [c] | 3.1 |
| | | | Not specified [c] | 10.2 |
| | | | Not specified [c] | 9.8 |
| | | | Not specified [c] | 11.2 |
| | | | Not specified [c] | 8.1 |
| | | | Not specified [c] | 8.9 |
| | | | Not specified [c] | 3.1 |
| | | | Not specified [c] | 9 |
| | | | Not specified [c] | 11.1 |
| | | | Not specified [c] | 9.6 |
| | | | Not specified [c] | 10.3 |

**Property of the sanofi-aventis group - strictly confidential**

Confidential                    Sanofi_00724308

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| Treatment arm | Cause | Patient No. | MedDRA preferred term or verbatim term | Number of years from last cycle |
|---|---|---|---|---|
| TAC | Toxicity due to chemotherapy after relapse | ▮ | Septic shock* | 2.6 |
| FAC | Nonseptic toxicity due to study chemotherapy | ▮ | Cardiac failure congestive* | 2.4 |
| | | | Cardiac failure congestive* | 5.4 |
| | | | Ventricular fibrillation* | 2 |
| | | | Cardiac failure congestive* | 8.2 |
| FAC | Other | ▮ | Respiratory failure | 10.8 |
| | | | Vascular event | 9.6 |
| | | | Death due to malignant disease breast or colic cancer is unknown | 6.5 |
| | | | Unknown | 7.6 |
| | | | Jaundice*, Icterus of unknown cause | 5.5 |
| | | | Unknown | 7.3 |
| | | | Colitis ischemic | 9.9 |
| | | | Atrial fibrillation*, Cardiac failure congestive* Oesophageal varices haemorrhage* Urosepsis*, Hepatic encephalopathy following GI bleeding with concomitant cardiac disorders and sepsis | 7.1 |
| | | | CVA (subarachnoid hemorrhage) | 5 |
| | | | Unknown | 6.6 |
| | | | Suicide | 0.6 |
| | | | Mesenteric thrombosis and septic shock | 7.5 |
| | | | Hypercalcaemia | 3.5 |
| | | | Cerebral ischaemia*, Brain ischemia (not related to the protocol treatment) | 7.2 |
| | | | Acute respiratory failure*, Hepatic vein thrombosis*, Hepatorenal failure*, Portalvein thrombosis/hepatic failure | 0.1 |
| | | | Coronary artery disease*, Coronary artery disease | 8.3 |
| | | | Myocardial ischaemia*, Cardiac arrest | 0.5 |
| FAC | Malignant disease, other than breast cancer | ▮ | Not specified [c] | 5.5 |
| | | | Not specified [c] | 8.6 |
| | | | Not specified [c] | 3.7 |
| | | | Not specified [c] | 7.8 |
| | | | Not specified [c] | 2.2 |

**Property of the sanofi-aventis group - strictly confidential**

Confidential
Sanofi_00724309

Clinical Study Report
XRP6976 – TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| Treatment arm | Cause | Patient No. | MedDRA preferred term or verbatim term | Number of years from last cycle |
|---|---|---|---|---|
| | | | Not specified [c] | 0.2 |
| | | | Not specified [c] | 7.6 |
| | | | Not specified [c] | 10.9 |
| | | | Not specified [c] | 3.9 |
| | | | Acute myeloid leukaemia* | 4 |
| | | | Not specified [c] | 9.8 |
| | | | Not specified [c] | 8.2 |
| | | | Not specified [c] | 7.1 |
| | | | Not specified [c] | 8.5 |
| FAC | Toxicity due to chemotherapy after relapse | | | 3.2 |

* MedDRA preferred term·

[a] The cases of acute myeloid leukemia for TAC Patient No. ▮ and FAC Patient No. ▮ were considered by the Investigators as related to study drugs, but 1 was reported as nonseptic toxicity due to study chemotherapy and the other reported as a second primary malignancy in the Case Report Form.

[b] The cause of death for Patient No ▮ as incorrectly reported on the Case Report Form as "other", and should have been reported as "malignant disease other than breast cancer".

[c] Type of malignancy was not specified on the death page of the Case Report Form.  Patients with SPMs are accounted for and discussed in Sections 8.1 and 9.5.2.

CVA:  cerebrovascular event, FAC:  5-fluorouracil, doxorubicin, and cyclophosphamide, GI:  gastrointestinal, MedDRA:  Medical Dictionary for Regulatory Activities, SPM:  second primary malignancy, TAC:  docetaxel, doxorubicin, and cyclophosphamide.

PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_death_nonbcr30d_list.sas
OUT=REPORT/OUTPUT/a7_death_nonbcr30d_list_i.rtf (21JUN2010 – 19:15)

Following are brief narratives for 10 patients with deaths considered by the Investigators to be related to study drugs.  All related deaths were reported as AEs and occurred in 1 patient in each treatment group during the treatment period (TAC:  Patient No. ▮ FAC:  Patient No. ▮ and in 3 TAC (Patients No ▮ ) and 5 FAC patients (Patients No. ▮ ) in the follow-up period:

## TAC treatment group:

Treatment period:

- Patient No ▮ was a 61-year-old patient with a history of hypertension (treated with medication) and unspecified arrhythmia, who experienced a syncopal episode on Day 5 of Cycle 2.  An electrocardiogram (ECG) showed atrial flutter, which resolved spontaneously.  Two weeks later, she experienced sudden dyspnea followed by cardiac arrest and death.  A pulmonary embolism was suspected.  Atrial flutter, dyspnea, and cardiac arrest were considered possibly related to study drugs.

Follow-up period:

- Patient No ▮ was a 46-year-old patient who, after completing 6 cycles of treatment and experiencing a disease-free period of 20 months, was diagnosed with acute myeloid leukemia.  She died from leukemia approximately 26.5 months later, with no

Confidential                                                        Sanofi_00724310

evidence of relapse of breast cancer. The acute myelogenous leukemia was considered probably related to study drugs.

- Patient No ▉▉▉ was a 65 year-old-patient who completed 6 cycles of treatment and adjuvant irradiation of her left breast. Medical history was significant for hypertension, diabetes, and thyroidectomy. Within the first year after the end of chemotherapy, the patient was diagnosed with chronic multi-factorial CHF (ejection fraction [EF]: 25%) primarily attributed to doxorubicin (cumulative dose of 301.0 mg/m$^2$) and to lateral wall myocardial infarction. Total occlusion of the proximal circumflex coronary artery, and mild atherosclerosis had been documented. The EF value further declined to 11.9% at 6 years; the patient was regularly seen by a cardiologist, and cardiomegaly, Grade 4 CHF, and New York Heart Association Class-III symptoms, appeared to be overall medically managed. Eight years after the end of chemotherapy, acute and chronic renal failure with elevated liver enzymes were diagnosed. The patient progressively declined and finally succumbed to her severe CHF, longstanding hypertension, and cardiomyopathy at 9.5 years.

- Patient No. ▉▉▉ was a 65-year-old patient with a history of hypertension. The cumulative dose of doxorubicin was 295 mg/m$^2$. Seven months after beginning study treatment, the patient was hospitalized with a 1-week history of increasing dyspnea, nonproductive cough, lethargy, and insomnia. A chest x-ray was consistent with CHF and an ECG suggested a possible myocardial infarction. Cardiac function remained stable and responsive to therapy (with an LVEF of 28%, compared with 54% at baseline) for 2 years, until the patient was hospitalized with refractory CHF and Grade 4 arrhythmias, which led to her death 2 months later. The CHF and arrhythmias were attributed to study drugs.

**FAC treatment group:**

Treatment period:

- Patient No ▉▉▉ was a 59-year-old patient with a history of deep vein thrombosis who was hospitalized during Cycles 1 and 2 for fever and neutropenia. Whereas the fever resolved on Day 14 of Cycle 2, she experienced 3 episodes of hypotension, the last one resulting in cardiorespiratory arrest. An echocardiogram showed acute right ventricular dilatation consistent with massive pulmonary embolism, and the patient died a few minutes later; the pulmonary embolism was considered related to study drugs.

Follow-up period:

- Patient No. ▉▉▉ was a 68-year-old patient who, during study treatment, was diagnosed with hypertension and hypercholesterolemia considered unrelated to study drugs. Left ventricular ejection fraction, measured at baseline and during Cycle 3, were 62% and 55%, respectively. She received 6 cycles of treatment, and radiotherapy to her left breast; the cumulative dose of doxorubicin was 300.06 mg/m$^2$. Approximately 20 months after the last study treatment, she was diagnosed with an infiltrating adenocarcinoma of the endometrium. Twenty-six months after the last study treatment, the patient was diagnosed with pleural effusion considered a consequence of CHF. Approximately 3 months later, she was hospitalized with ascites and symptoms of CHF, and died 3 days later from CHF considered possibly related to study drugs.

Confidential                                                          Sanofi_00724311

- Patient No. ▮▮▮▮▮▮ was a 55-year-old patient who discontinued study treatment after Cycle 5 because of a hematological toxicity (delayed recovery, absolute neutrophil count 1.41 x $10^9$/L). Treatment included adjuvant radiotherapy to the left breast, and the cumulative dose of doxorubicin was 229 mg/m$^2$. Five years and 9 months after starting study treatment, the patient was hospitalized with CHF and pulmonary embolism associated with profound dyspnea and severe biventricular dysfunction. Three weeks later, the patient was readmitted with cardiogenic shock, a Grade 4 decrease of LVEF (15%), and uncontrolled atrial fibrillation. After complications with liver and renal failure, the patient died 2 days later. The autopsy confirmed signs of cardiomyopathy consistent with anthracycline toxicity. The CHF was considered related to study drugs.

- Patient No. ▮▮▮▮▮▮ was a 35-year-old patient who completed 6 cycles of treatment, and adjuvant radiotherapy to the left breast. The cumulative dose of doxorubicin was 301 mg/m$^2$. After a disease-free period of 21 months, distant relapse of breast cancer was detected in the lung and mediastinum. Further chemotherapy with 1 cycle of docetaxel followed by 4 cycles of vinorelbine + 5-fluorouracil was administered. The patient died approximately 5.5 months after her relapse because of ventricular fibrillation. The autopsy demonstrated myocardial fibrosis and chronic myocarditis, with pseudomembranous colitis. The hypokalemia resulting from the colitis may have contributed to the arrhythmia. The ventricular fibrillation was considered possibly related to study drugs.

- Patient No. ▮▮▮▮▮▮ was a 70-year-old patient with history of hypertension, ischemic heart disease, and diabetes mellitus, who also received adjuvant radiotherapy to the left breast; baseline LVEF was 60%. During a follow-up visit 7.7 years after completion of study treatment, the patient was diagnosed with CHF, which was treated medically. The patient died from CHF 14 months later. The Investigator considered the CHF probably related to study drugs.

- Patient No. ▮▮▮▮▮▮ was a 51-year-old patient who completed 6 cycles of treatment. The patient had 2 surgical procedures for basal cell carcinoma of her ear and forearm, 20 and 26 months after chemotherapy, respectively. Five weeks after her last surgery, she was diagnosed with contralateral breast cancer relapse, confirmed by histopathology. Further chemotherapy with cyclophosphamide, methotrexate, and 5-fluorouracil was administered; 22 months later, and 1 month after chemotherapy with docetaxel was started, she was diagnosed with acute myeloid leukemia confirmed by bone marrow biopsy. The patient died from leukemia 16 days after the diagnosis, with no evidence of additional breast cancer relapse. The acute myeloid leukemia was considered related to study drugs.

Following are brief narratives for the 2 patients with deaths considered by the Investigator to be unrelated to study drugs and occurring during the treatment period:

- TAC Patient No. ▮▮▮▮▮ was a 51-year-old patient with prior history of pulmonary embolism, asthma, and obesity, who died suddenly on Day 2 of Cycle 4. A postmortem examination revealed pulmonary embolism as the cause of death.

- FAC Patient No. ▮▮▮▮▮ was a 56-year-old patient with a history of hypercholesterolemia who tolerated Cycles 1 to 3 without an SAE. On Day 6 of Cycle 4, she was hospitalized with loss of consciousness with subsequent left hemiplegia and was diagnosed with

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

thrombus of right subclavian artery/carotid sinus/carotid arteries and treated with heparin. Subsequently, she developed hypovolemic shock attributed to hemothorax occurring during pleural catheter placement and was unresponsive to transfusion; a surgical intervention was unsuccessful.

**Patients with AEs that led to death**

As identified in Table 6, there were 10 TAC patients (2 during the treatment period and 8 during the follow-up period) and 13 FAC patients (2 during the treatment period and 11 during the follow-up period) who had AEs that led to death. Of these, 4 AEs in the TAC treatment group and 6 AEs in the FAC treatment group were considered by the Investigator as related to study drugs. Brief narratives for these patients were provided previously in this section.

### 9.3.4.2 Serious adverse events

Table 12 provides an overview of the incidence of SAEs reported by treatment group and study period, regardless of causal relationship. Serious events occurring during the treatment period are considered treatment-emergent (serious TEAEs).

**Table 12 – Overview of serious adverse events by study period, regardless of causal relationship – safety population**

| | TAC (N=744) | | FAC (N=736) | |
|---|---|---|---|---|
| | Treatment period n (%) | Follow-up period [a] n (%) | Treatment period n (%) | Follow-up period [a] n (%) |
| Patients with at least one serious AE (SAE) | 267 (35.9%) | 53 (7.1%) | 67 (9.1%) | 33 (4.5%) |
| Patients with at least one G3-4 serious AE (SAE) [b] | 75 (10.1%) | 42 (5.6%) | 36 (4.9%) | 32 (4.3%) |
| Patients discontinued due to serious AE (SAE) | 28 (3.8%) | 0 | 7 (1.0%) | 0 |
| Patients with death due to serious AE (SAE) [c] | 2 (0.3%) | 8 (1.1%) | 2 (0.3%) | 11 (1.5%) |

[a] Nonserious follow-up AEs are those starting or worsening during follow-up. Serious follow-up AEs (SAEs) are those starting as or becoming serious during follow-up.
[b] Worst grade per patient, as reported by the Investigator.
[c] All deaths reported during follow-up are included in the follow-up period.
AE: adverse event, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, G3-4: Grade 3 to 4, SAE: serious adverse event, TAC: docetaxel, doxorubicin, and cyclophosphamide
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_sae_overview.sas OUT=REPORT/OUTPUT/a7_sae_overview_i.rtf (21JUN2010 - 19:00)

During the treatment period, more TAC patients experienced serious TEAEs (35.9%) than did FAC patients (9.1%). There were also more Grade 3 to 4 serious TEAEs reported in the TAC group (10.1%) than in the FAC group (4.9%).

The incidence of serious TEAEs that occurred in more than 1 patient in either treatment group during the treatment period, by AE preferred term, are presented in Appendix 14.2.7.3.2. The most frequently reported serious TEAE during chemotherapy in both treatment groups was fever

Confidential                                                                      Sanofi_00724313

in absence of infection (TAC: 25.1%; FAC: 3.3%). The most frequently reported nonhematological serious TEAEs during chemotherapy in both treatment groups were infection (TAC: 7.9%; FAC: 3.0% ), vomiting (TAC: 1.5%; FAC: 0.8%), and nausea (TAC: 1.1%; FAC: 0.4%). Other serious TEAEs occurred in less than 1% of patients in either treatment group.

Few SAEs were reported in the follow-up period. More TAC patients experienced SAEs (TAC: 7.1%; FAC: 4.5%). The number of Grade 3 to 4 SAEs was similar in the 2 groups (TAC: 5.6%; FAC: 4.3%).

The incidence of SAEs occurring in the follow-up period, by event term and causality assessment, are presented in Appendix 14.2.7.3.4. The most frequently reported SAE occurring in the follow-up period was CHF, reported by Investigators in 23 (3.1%) TAC patients and 16 (2.2%) FAC patients. There was 1 additional CHF case in the TAC treatment group (Patient No          ) that was reported as nonserious by the Investigator, but reassessed as serious by the Sponsor. Leukemia was reported as an SAE in 3 TAC patients and 2 FAC patients. One TAC patient had an SAE of peripheral sensory neuropathy occurring in the follow-up period. Most of the SAEs were attributed either to study drugs or to "other" causes. Cardiovascular AEs and SPMs are presented in more detail in Section 9.5 (special safety).

### 9.3.4.3  *Adverse events leading to withdrawal*

Adverse events leading to withdrawal during the treatment period were previously discussed in the interim study report (Appendix 14.1.1, Section 8.2.3). The incidence of study withdrawal due to TEAEs experienced during the treatment period is presented in Appendix 14.2.7.4.1.

### 9.3.5  Analysis of adverse events by age and race

Analyses of TEAEs by age and race were previously discussed in the interim study report (Appendix 14.1.1,Section 8.2.4). Tables showing an overview of TEAEs and SAEs by age group are presented in Appendix 14.2.7.15.

### 9.4     CLINICAL LABORATORY EVALUATIONS

Clinical laboratory evaluations during the treatment period were previously discussed in Section 8.2.5 of the interim study report (Appendix 14.1.1). Tables summarizing hematological and biochemical abnormalities are presented in Appendix 14.2.8.

Confidential                                                      Sanofi_00724314

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

## 9.5    SPECIAL SAFETY

### 9.5.1   Cardiovascular

**Cardiovascular TEAEs during the treatment period**

Cardiac TEAEs and hypertensive/hypotensive TEAEs (collectively included with the cardiac events) occurring during the treatment period are displayed in Table 13, in the order of decreasing frequency of incidence in the TAC treatment group.  The protocol required that all reports of CHF ("cardiac function" Grade 3 to 4) were to be reported as serious.

Confidential                                                             Sanofi_00724315

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 13 – Number (%) of patients with cardiac TEAEs during the treatment period, overall and by severity grading (worst grade reported), regardless of causal relationship – safety population**

| MedDRA PT[a] | TAC (N=744) | | | | FAC (N=736) | | | |
|---|---|---|---|---|---|---|---|---|
| | All grades n (%) | Grade >=3 n (%) | Serious n (%) | Led to D/C[b] n (%) | All grades n (%) | Grade >=3 n (%) | Serious n (%) | Led to D/C[b] n (%) |
| Any event | 99 (13.3%) | 7 (0.9%) | 4 (0.5%) | 4 (0.5%) | 60 (8.2%) | 5 (0.7%) | 3 (0.4%) | 3 (0.4%) |
| Arrhythmia | 46 (6.2%) | 2 (0.3%) | 0 | 0 | 36 (4.9%) | 2 (0.3%) | 2 (0.3%) | 1 (0.1%) |
| Hypotension | 14 (1.9%) | 0 | 1 (0.1%) | 0 | 6 (0.8%) | 1 (0.1%) | 0 | 0 |
| Cardiac disorder [c] | 13 (1.7%) | 0 | 0 | 2 (0.3%) | 4 (0.5%) | 0 | 0 | 1 (0.1%) |
| Palpitations | 12 (1.6%) | 0 | 0 | 0 | 7 (1.0%) | 0 | 0 | 0 |
| Hypertension | 7 (0.9%) | 1 (0.1%) | 0 | 0 | 3 (0.4%) | 1 (0.1%) | 0 | 0 |
| Orthostatic hypotension | 5 (0.7%) | 0 | 1 (0.1%) | 0 | 2 (0.3%) | 0 | 0 | 0 |
| Myocardial ischaemia | 3 (0.4%) | 3 (0.4%) | 1 (0.1%) | 2 (0.3%) | 1 (0.1%) | 0 | 0 | 0 |
| Pericardial effusion | 3 (0.4%) | 0 | 0 | 0 | 1 (0.1%) | 0 | 0 | 0 |
| Tachycardia | 3 (0.4%) | 0 | 0 | 0 | 2 (0.3%) | 0 | 0 | 0 |
| Angina pectoris | 1 (0.1%) | 0 | 0 | 0 | 1 (0.1%) | 0 | 0 | 0 |
| Atrial flutter | 1 (0.1%) | 0 | 1 (0.1%) | 0 | 0 | 0 | 0 | 0 |
| Cardiac arrest | 1 (0.1%) | 1 (0.1%) | 1 (0.1%) | 0 | 0 | 0 | 0 | 0 |
| Cardiac failure congestive [d] | 1 (0.1%) | 1 (0.1%) | 0 | 0 | 1 (0.1%) | 1 (0.1%) | 1 (0.1%) | 1 (0.1%) |
| Ventricular extrasystoles | 1 (0.1%) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sinus tachycardia | 0 | 0 | 0 | 0 | 1 (0.1%) | 0 | 0 | 0 |

[a] Worst AE grade reported

[b] D/C - Discontinuation of chemotherapy

[c] The term "cardiac disorder" includes the terms "cardiac function", "cardiac function BP", "cardiac dysfunction", and "cardiac function decreased LVEF", and includes some patients already counted under the term "cardiac failure congestive".

[d] CHF in TAC Patient No. ▮▮▮▮ was reported as nonserious by the Investigator, but reassessed by the Sponsor as serious.

D/C: discontinuation, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, MedDRA: Medical Dictionary for Regulatory Activities, PT: preferred term, TAC: docetaxel, doxorubicin, and cyclophosphamide, TEAE: treatment-emergent adverse event.

PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_cardiac1.sas  OUT=REPORT/OUTPUT/a7_ae_cardiac1_i.rtf (21JUN2010 - 18:15)

**Property of the sanofi-aventis group - strictly confidential**

Confidential

Sanofi_00724316

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

Cardiac TEAEs, regardless of relationship to study drugs, were observed in 99 (13.3%) TAC patients and 60 (8.2%) FAC patients during the treatment period. Overall, cardiac TEAEs, regardless of relationship to study drugs, were reported more frequently in the TAC treatment group than in the FAC treatment group. The incidences of cardiac TEAEs that were Grade 3 to 4, serious, or led to discontinuation were low and similar in each arm. There was 1 CHF reported in each treatment group during the treatment period, and it led to discontinuation of chemotherapy in the patient in the FAC group.

**Cardiovascular AEs starting or worsening during the follow-up period**

Cardiac AEs and hypertensive/hypotensive AEs (collectively included with the cardiac events) starting or worsening during the follow-up period are displayed in Table 14, in the order of decreasing frequency of incidence in the TAC treatment group.

Confidential                                                                 Sanofi_00724317

.Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 14 – Number (%) of patients with cardiac TEAEs starting or worsening in the follow-up period, overall and by severity grading (worst grade reported), regardless of causal relationship – safety population**

| MedDRA PT [a] | TAC (N=744) | | | FAC (N=736) | | |
|---|---|---|---|---|---|---|
| | All grades n (%) | Grade >=3 n (%) | Serious n (%) | All grades n (%) | Grade >=3 n (%) | Serious n (%) |
| Any event | 61 (8.2%) | 33 (4.4%) | 28 (3.8%) | 57 (7.7%) | 28 (3.8%) | 23 (3.1%) |
| Cardiac failure congestive [b] | 25 (3.4%) | 25 (3.4%) | 22 (3.0%) | 17 (2.3%) | 17 (2.3%) | 15 (2.0%) |
| Cardiac disorder [c] | 23 (3.1%) | 0 | 1 (0.1%) | 21 (2.9%) | 1 (0.1%) | 1 (0.1%) |
| Myocardial ischaemia | 7 (0.9%) | 4 (0.5%) | 3 (0.4%) | 6 (0.8%) | 5 (0.7%) | 4 (0.5%) |
| Arrhythmia | 5 (0.7%) | 2 (0.3%) | 2 (0.3%) | 7 (1.0%) | 3 (0.4%) | 3 (0.4%) |
| Atrial fibrillation | 4 (0.5%) | 2 (0.3%) | 2 (0.3%) | 2 (0.3%) | 1 (0.1%) | 1 (0.1%) |
| Cardiac arrest | 2 (0.3%) | 2 (0.3%) | 2 (0.3%) | 0 | 0 | 0 |
| Hypertension | 2 (0.3%) | 1 (0.1%) | 0 | 3 (0.4%) | 2 (0.3%) | 0 |
| Myocardial infarction | 2 (0.3%) | 2 (0.3%) | 2 (0.3%) | 2 (0.3%) | 2 (0.3%) | 2 (0.3%) |
| Ventricular dysfunction | 2 (0.3%) | 0 | 0 | 0 | 0 | 0 |
| Cardiomegaly | 1 (0.1%) | 0 | 0 | 0 | 0 | 0 |
| Cardiomyopathy | 1 (0.1%) | 0 | 0 | 1 (0.1%) | 0 | 0 |
| Congestive cardiomyopathy | 1 (0.1%) | 0 | 0 | 1 (0.1%) | 1 (0.1%) | 1 (0.1%) |
| Mitral valve stenosis | 1 (0.1%) | 1 (0.1%) | 0 | 0 | 0 | 0 |
| Orthostatic hypotension | 1 (0.1%) | 1 (0.1%) | 1 (0.1%) | 0 | 0 | 0 |
| Pericardial effusion | 1 (0.1%) | 0 | 0 | 2 (0.3%) | 0 | 1 (0.1%) |
| Tachycardia | 1 (0.1%) | 0 | 0 | 1 (0.1%) | 0 | 0 |
| Arrhythmia supraventricular | 0 | 0 | 0 | 1 (0.1%) | 1 (0.1%) | 1 (0.1%) |
| Bundle branch block right | 0 | 0 | 0 | 1 (0.1%) | 0 | 0 |
| Cardiotoxicity | 0 | 0 | 0 | 1 (0.1%) | 0 | 0 |
| Conduction disorder | 0 | 0 | 0 | 1 (0.1%) | 1 (0.1%) | 0 |
| Coronary artery disease | 0 | 0 | 0 | 3 (0.4%) | 2 (0.3%) | 1 (0.1%) |

**Property of the sanofi-aventis group - strictly confidential**

Confidential

Sanofi_00724318

.Clinical Study Report                           09-Sep-2010
XRP6976 - TAX316 (EFC6041)                       Version number: 1 (electronic: 1.0)

| MedDRA PT [a] | TAC (N=744) | | | FAC (N=736) | | |
|---|---|---|---|---|---|---|
| | All grades n (%) | Grade >=3 n (%) | Serious n (%) | All grades n (%) | Grade >=3 n (%) | Serious n (%) |
| Hypotension | 0 | 0 | 0 | 1 (0.1%) | 0 | 0 |
| Sick sinus syndrome | 0 | 0 | 0 | 1 (0.1%) | 1 (0.1%) | 0 |
| Ventricular fibrillation | 0 | 0 | 0 | 1 (0.1%) | 1 (0.1%) | 1 (0.1%) |

[a] Worst AE grade reported

[b] Includes 1 case of Grade 1 cardiac function (TAC Patient No. ███ and 2 cases of Grade 2 cardiac function (TAC Patient No. ███ and FAC Patient No ███ incorrectly reported as Grade 3 cardiac function (CHF) by the Investigator.

[c] The term "cardiac disorder" includes the terms "cardiac function", "cardiac function BP", "cardiac dysfunction", and "cardiac function decreased LVEF", and includes some patients already counted under the term "cardiac failure congestive".

AE:  adverse event, BP:  blood pressure, FAC:  5-fluorouracil, doxorubicin, and cyclophosphamide, LVEF:  left ventricular ejection fraction, MedDRA:  Medical Dictionary for Regulatory Activities, PT:  preferred term, TAC:  docetaxel, doxorubicin, and cyclophosphamide.

PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_cardiac3_fup.sas  OUT=REPORT/OUTPUT/a7_ae_cardiac3_fup_i.rtf (21JUN2010 - 19:06)

**Property of the sanofi-aventis group - strictly confidential**

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

Cardiac AEs starting or worsening in the follow-up period, regardless of relationship to study drugs, were observed in 61 (8.2%) TAC patients and 57 (7.7%) FAC patients.  Serious and Grade 3 to 4 cardiac events were infrequently reported, and similar between the 2 treatment groups.  Congestive heart failure was higher in the TAC treatment group (TAC:  3.4%; FAC:  2.3%); long-term cardiac safety was analyzed separately and is discussed further in the following subsections.

**Congestive heart failure**

Table 15 summarizes patients with CHF AEs reported during the treatment and follow-up periods.

**Table 15 – Number (%) of patients with congestive heart failure, during study period – safety population**

|  | TAC (N=744) | FAC (N=736) |
|---|---|---|
| Cardiac failure congestive [a] | 26 (3.5%) | 17 (2.3%) |
| Grade 3 [a,b] | 21 (2.8%) | 14 (1.9%) |
| Grade 4 [b] | 5 (0.7%) | 3 (0.4%) |
| Serious cardiac failure congestive [c] | 23 (3.1%) | 16 (2.2%) |
| Cardiac failure congestive leading to death | 2 (0.3%) | 4 (0.5%) |

[a] Includes 1 case of Grade 1 cardiac function (TAC Patient No.████ and 2 cases of Grade 2 cardiac function (TAC Patient No.████ and FAC Patient No.████ incorrectly reported as Grade 3 cardiac function (CHF) by the Investigator.

[b] Worst AE grade reported

[c] There were 4 cases of CHF that were reported as nonserious by the Investigators; but 1 case (TAC Patient No.████ ) was reassessed as serious by the Sponsor, and 3 cases (TAC: Patients No.████ FAC: Patient No.████ were incorrectly reported as CHF (see footnote a).

AE: adverse event, CHF:  congestive heart failure, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, TAC: docetaxel, doxorubicin, and cyclophosphamide.

PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_chf.sas  OUT=REPORT/OUTPUT/a7_ae_chf_i.rtf (21JUN2010 - 18:46)

In total, 26 TAC patients and 17 FAC patients were reported to have developed CHF at some point during the treatment or follow-up period.  However, in 2 TAC patients (Patients No.████ and ████ and 1 FAC patient (Patient No.████ the CHF was reported incorrectly because these patients experienced either Grade 1 or 2 cardiac function events.  Removing these patients from the total CHF cases resulted in 24 TAC and 16 FAC patients for which CHF actually occurred.  Congestive heart failure was diagnosed before the completion of study treatment in 1 patient in each treatment group (both following Cycle 5), whereas CHF was a posttreatment-emergent event in the remaining 41 patients.  The majority of patients with CHF had each received a cumulative dose of doxorubicin of $\leq 300$ mg/m$^2$ (as per protocol) during the conduct of the study (TAC:  16; FAC:  9), whereas 10 TAC patients and 8 FAC patients received a cumulative dose of doxorubicin >300 mg/m$^2$.  Of those patients receiving a cumulative dose of doxorubicin >300 mg/m$^2$, only 2 TAC patients (Patients No.████ and ████ ) received a cumulative dose >305 mg/m$^2$; 1 FAC patient (Patient No.████ ) received a cumulative dose >310 mg/m$^2$.  Two TAC patients (Patients No.████ ) and 1 FAC patient (Patient No.████ ) received additional anthracycline therapy in the follow-up period (see patient narratives for further details:████ .

Confidential

Sanofi_00724320

Clinical Study Report                          09-Sep-2010
XRP6976 - TAX316 (EFC6041)                     Version number: 1 (electronic: 1.0)

Congestive heart failure was reported as serious in 23 TAC patients and 16 FAC patients. There were 4 cases of CHF that were reported as nonserious by the Investigators, but 1 case (TAC: Patient No█████████) was reassessed as serious by the Sponsor, and 3 cases (TAC: Patients N█████████and█████FAC: Patient No████████were actually Grade 1 or 2 cardiac function events that did not correspond to CHF.

Congestive heart failure led to death in 2 TAC and 4 FAC patients. Detailed information for the 6 patients who died from CHF is included in the patient narratives (TAC: Patients No.████████ and██████; FAC: Patients No.█████████). Four of the 6 patients who died received a cumulative dose of doxorubicin >300 mg/m² (TAC: Patient No████████; FAC: Patients No.████████████), and only 1 patient received a cumulative dose of doxorubicin >305 mg/m² (FAC: Patient No.██████████). In the TAC group, both patients who died from CHF were over 60 years of age, 1 of the patients (Patient No██████) had adjuvant radiotherapy to the left chest wall, and both patients had additional risk factors for CHF (eg, hypertension, diabetes, lateral wall myocardial infarction, and mitral regurgitation). In the FAC group, 3 of the 4 patients who died from CHF were over 60 years of age (Patients No████████████), 3 patients had adjuvant radiotherapy to the left chest wall (Patients No.███████████████), and 3 patients (Patients No██████████████) had additional risk factors for CHF including a history of hypertension, alcoholic liver disease, and/or diabetes.

The cumulative incidence of CHF is shown in Table 16 and Figure 7. The difference in the incidence of CHF between the 2 treatment groups was not statistically significant. The Chi-square p-value comparing 26 CHF events reported in 744 patients for TAC and 17 CHF events reported in 736 patients for FAC is equal to 0.1748.

**Table 16 – Cumulative incidence of congestive heart failure**

|  | TAC (N=744) | FAC (N=736) |
|---|---|---|
| Number of CHF events [a] | 26 | 17 |
| 55 months median follow-up | 13 (50.0%) | 5 (29.4%) |
| End of follow-up | 13 (50.0%) | 12 (70.6%) |

[a] Number of patients used for the calculations
CHF: congestive heart failure, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_chf_cuin2.sas OUT=REPORT/OUTPUT/a7_ae_chf_cuin2_i.rtf
(21JUN2010 - 18:43)

Confidential                                                     Sanofi_00724321

**Figure 7 – Cumulative incidence of congestive heart failure, time to cardiac event**



| Number at Risk | 0 | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAC | 744 | 713 | 679 | 647 | 620 | 591 | 566 | 540 | 515 | 484 | 437 |
| FAC | 736 | 716 | 672 | 621 | 588 | 554 | 522 | 490 | 466 | 429 | 392 |

CHF: congestive heart failure, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_chf_kmplt.sas OUT=REPORT/OUTPUT/a7_ae_chf_kmplt_i.rtf (21JUN2010 - 18:58)

The incidence of CHF plotted by hazard function is presented in Figure 8. The risk of CHF is higher in the TAC group in the first year, and from then on it is similar in both treatment groups. There is no higher cumulative or late occurrence of CHF in the TAC group compared with the FAC group.

Confidential                                                                    Sanofi_00724322

Clinical Study Report                                   09-Sep-2010
XRP6976 - TAX316 (EFC6041)                              Version number: 1 (electronic: 1.0)

**Figure 8 – Incidence of congestive heart failure – hazard function (Kernel method)**



CHF: congestive heart failure, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_chf_hzrplt.sas OUT=REPORT/OUTPUT/a7_ae_chf_hzrplt_kr_i.rtf (21JUN2010 - 19:03)

The incidence of CHF was analyzed according to risk factors including age (≥65 years), weight (obesity defined with a body mass index ≥30), history of hypertension, diabetes, hypercholesterolemia, hyperlipidemia, cardiomyopathy, baseline LVEF, and previous radiation therapy in cardiac area (Table 17). Regarding risk factors such as hypercholesterolemia and hyperlipidemia, the available information was obtained from the medical history reported by the Investigators because no biological values (cholesterol and triglycerides) were to be collected systematically either at study entry or during the study period. Some of the more common risk factors observed in patients with CHF were age (≥65 years), obesity, hypertension, and irradiation of a left-side tumor.

Confidential                                                         Sanofi_00724323

Clinical Study Report                                09-Sep-2010
XRP6976 - TAX316 (EFC6041)                 Version number: 1 (electronic: 1.0)

**Table 17 – Risk factors for congestive heart failure during the study period – safety population**

| | Number of patients | TAC (N=744) CHF (N=26) | FAC (N=736) CHF (N=17) |
|---|---|---|---|
| Age | | | |
| <50 | 788 | 7 (26.9%) | 5 (29.4%) |
| 50-64 | 603 | 14 (53.8%) | 7 (41.2%) |
| 65+ | 89 | 5 (19.2%) | 5 (29.4%) |
| Obesity (BMI>=30) | | | |
| Yes | 369 | 9 (34.6%) | 7 (41.2%) |
| No | 1111 | 17 (65.4%) | 10 (58.8%) |
| Hypertension | | | |
| Yes | 246 | 14 (53.8%) | 5 (29.4%) |
| No | 1234 | 12 (46.2%) | 12 (70.6%) |
| Diabetes | | | |
| Yes | 36 | 4 (15.4%) | 1 (5.9%) |
| No | 1444 | 22 (84.6%) | 16 (94.1%) |
| Hypercholesterolemia | | | |
| Yes | 43 | 1 (3.8%) | 0 |
| No | 1437 | 25 (96.2%) | 17 (100%) |
| Hyperlipidemia | | | |
| Yes | 9 | 0 | 0 |
| No | 1471 | 26 (100%) | 17 (100%) |
| Cardiomyopathy | | | |
| Yes | 1 | 0 | 0 |
| No | 1479 | 26 (100%) | 17 (100%) |
| Baseline LVEF | | | |
| <50 or missing | 78 | 1 (3.8%) | 0 |
| 50-54% | 126 | 2 (7.7%) | 0 |
| 55-64% | 605 | 7 (26.9%) | 9 (52.9%) |
| 65%+ | 671 | 16 (61.5%) | 8 (47.1%) |
| Left-side tumor and radiation | | | |
| Yes | 529 | 14 (53.8%) | 7 (41.2%) |
| No | 951 | 12 (46.2%) | 10 (58.8%) |

Risk factors defined as: age ≥ 65 years, diabetes, obesity (BMI >= 30), hypercholesterolemia, hyperlipidemia, left-sided radiation therapy, hypertension, and prior history of cardiomyopathy
BMI:  body mass index, FAC:  5-fluorouracil, doxorubicin, and cyclophosphamide, LVEF:  left ventricular ejection fraction, TAC:  docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_chf_riskf.sas  OUT=REPORT/OUTPUT/a7_ae_chf_riskf_i.rtf
(21JUN2010 - 18:29)

Incidence of CHF and observation of at least 1 risk factor (age, diabetes, obesity, hypercholesterolemia, hyperlipidemia, left-side radiation therapy, hypertension, and prior history of cardiomyopathy) are summarized in Table 18.  The percentage of patients with CHF that had no risk factors was similar in the TAC and FAC treatment groups (15.4% and 17.6%, respectively).  Among the patients with at least 1 risk factor, approximately 60% did not develop CHF in either treatment group.

Confidential                                                        Sanofi_00724324

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 18 – Congestive heart failure incidence and risk factors during the study period – safety population**

| | TAC (N=744) | | FAC (N=736) | |
|---|---|---|---|---|
| | CHF (N=26) | No CHF (N=718) | CHF (N=17) | No CHF (N=719) |
| Number of patients without risk factors, N=595 | 4 (15.4%) | 305 (42.5%) | 3 (17.6%) | 283 (39.4%) |
| Number of patients with at least 1 risk factor, N=885 | 22 (84.6%) | 413 (57.5%) | 14 (82.4%) | 436 (60.6%) |
| Number of patients with 1 risk factor, N=553 | 6 (23.1%) | 254 (35.4%) | 9 (52.9%) | 284 (39.5%) |
| Number of patients with 2 risk factors, N=244 | 10 (38.5%) | 120 (16.7%) | 1 (5.9%) | 113 (15.7%) |
| Number of patients with at least 3 risk factors, N=88 | 6 (23.1%) | 39 (5.4%) | 4 (23.5%) | 39 (5.4%) |

Risk factors defined as: age ≥ 65 years, diabetes, obesity (BMI >= 30), hypercholesterolemia, hyperlipidemia, left-sided radiation therapy, hypertension, and prior history of cardiomyopathy
BMI: body mass index, CHF: congestive heart failure, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_aa_chf_incd.sas OUT=REPORT/OUTPUT/a7_aa_chf_incd_i.rtf (21JUN2010 - 18:00)

## LVEF decrease comparisons

A total of 617 patients were evaluable for LVEF (ie, having 1 LVEF value at baseline and 1 LVEF value during the study period). Table 19 shows the relative decrease, and the decrease assessed versus the normal limit for the exam in the total population and in CHF patients. The percentage values were calculated based on the evaluable population.

Among all evaluable patients, 36.5% of patients in the TAC group and 29.7% of patients in the FAC group had no decrease in LVEF. Among all evaluable patients, 27.6% of patients in the TAC group and 29.4% of patients in the FAC group had a relative LVEF decrease between 0% and 10%. A 10% to 20% decrease in LVEF was reported in 19.3% of patients in the TAC group and in 25.7% of patients in the FAC group. A decrease of more than 20% in LVEF was reported in 16.7% of patients in the TAC group and in 15.2% of patients in the FAC group. Overall, the LVEF decreases among evaluable patients were similar in the 2 treatment groups, both in the total population and among CHF patients.

Confidential                                                                 Sanofi_00724325

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 19 – Number (%) of patients with relative decrease of LVEF, by evaluable patients, during study period – safety population**

| | TAC | | FAC | |
|---|---|---|---|---|
| | All patients (N=744) | CHF patients (N=26) | All patients (N=736) | CHF patients (N=17) |
| Number of patients not evaluable | 396 (53.2%) | 10 (38.5%) | 467 (63.5%) | 6 (35.3%) |
| Number of patients evaluable | 348 (46.8%) | 16 (61.5%) | 269 (36.5%) | 11 (64.7%) |
| **No LVEF decrease** | 127 (36.5%) | 0 | 80 (29.7%) | 0 |
| **LVEF decrease 0%-10%** | 96 (27.6%) | 1 (6.3%) | 79 (29.4%) | 1 (9.1%) |
| Decrease within normal limits [a] | 96 (27.6%) | 1 (6.3%) | 77 (28.6%) | 1 (9.1%) |
| Decrease below lower normal limit | 0 | 0 | 2 (0.7%) | 0 |
| **LVEF decrease 10%-20%** | 67 (19.3%) | 2 (12.5%) | 69 (25.7%) | 2 (18.2%) |
| Decrease within normal limits [a] | 59 (17.0%) | 1 (6.3%) | 63 (23.4%) | 2 (18.2%) |
| Decrease below lower normal limit | 8 (2.3%) | 1 (6.3%) | 6 (2.2%) | 0 |
| **LVEF decrease >20%** | 58 (16.7%) | 13 (81.3%) | 41 (15.2%) | 8 (72.7%) |
| Decrease within normal limits [a] | 25 (7.2%) | 3 (18.8%) | 22 (8.2%) | 0 |
| Decrease below lower normal limit | 33 (9.5%) | 10 (62.5%) | 19 (7.1%) | 8 (72.7%) |

Note: Evaluable population is defined as patients with at least one LVEF measurement both at baseline and during study period.
Note: Percentage is based on evaluable patients.
[a] Lower normal limit replaced by 50% if normal limit was missing
CHF: congestive heart failure, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, LVEF: left ventricular ejection fraction,
TAC: docetaxel, doxorubicin, and cyclophosphamide.
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_lvef_chf.sas  OUT=REPORT/OUTPUT/a7_ae_lvef_chf_i.rtf (21JUN2010 - 18:52)
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_lvef.sas  OUT=REPORT/OUTPUT/a7_ae_lvef_i.rtf (21JUN2010 - 19:06)

Among those evaluable patients not diagnosed with CHF and who had a relative decrease of LVEF >20%, the following cardiac conditions (most severe for each patient, described only once) were diagnosed:



- TAC:  Grade 1 cardiac disorder (Patients No████ Grade 2 cardiac disorder (Patients No ████████████████); Grade 1 arrhythmia (Patients No. ████████████ and ████; Grade 3 arrhythmia (Patient No. ████████); Grade 2 tachycardia (Patient No.████); Grade 1 hypotension (Patient No.████ and Grade 1 pericardial effusion (Patient No.████

- FAC:  Grade 1 cardiac disorder (Patients No.████████████████ Grade 2 cardiac disorder (Patients No. ████████████ Grade 2 cardiomyopathy (Patient No ████; Grade 1 arrhythmia (Patients No.████████████; and Grade 1 palpitations (Patients No.████████.

These cardiac conditions were all nonserious except for the Grade 3 arrhythmia in TAC Patient No.████     .

For the evaluable patients not diagnosed with CHF, cardiac disorder includes the terms "cardiac function" and "cardiac function decreased LVEF".

Confidential                                                                                    Sanofi_00724326

Clinical Study Report                    09-Sep-2010
XRP6976 - TAX316 (EFC6041)               Version number: 1 (electronic: 1.0)

### 9.5.2  Second primary malignancies

The occurrence of an SPM (defined in the protocol as histopathologically proven cancer,
excluding nonmelanomatous skin cancer, in situ carcinoma of the cervix, and in situ carcinoma of
the breast) was considered to be an efficacy event and is discussed in Section 8.1.  Second
primary malignancies were reported as primary efficacy endpoints (DFS events) if they occurred
prior to breast cancer relapse; these SPMs reported as DFS events are summarized in Table 3, and
are analyzed and discussed extensively in Section 8.1.  As summarized in Section 8.1, a total of
67 patients in the TAC group had 73 SPMs, and 66 patients in the FAC group had 72 SPMs,
reported as efficacy endpoints.  These overall frequencies are substantially similar between the
2 treatment groups.

In addition to SPMs considered as efficacy endpoints, SPMs were reported as AEs in 6 TAC and
4 FAC patients (Table 20).

**Table 20 – Summary of second primary malignancies reported as adverse events**

| Treatment group | Patient No. | MedDRA PT | Diagnosis since last treatment (years) | Diagnostic method | Resulted in death? | Causality or most likely cause |
|---|---|---|---|---|---|---|
| TAC | | Acute myeloid leukemia | 4.1 | Bone marrow aspirate & biopsy | No | Study drugs |
| | | Acute myeloid leukemia | 1.4 | No histopathology reported [a] | Yes | Study drugs |
| | | Basal cell carcinoma | 0.2 | Basal cell carcinoma | No | Other |
| | | Myelodysplastic syndrome | 1.9 | No histopathology reported [b] | No | Other |
| | | Refractory anemia with an excess of blasts | 9.1 | Pathology & cytogenentic reports | No | Study drugs |
| FAC | | Acute myelomonocyte leukemia | 2.5 | Bone marrow biopsy | No | Study drugs |
| | | Chronic lymphocytic leukemia | 6.2 | Peripheral blood smear | No | Other |
| | | Acute myeloid leukemia | 4.0 | Smear bone marrow biopsy was negative (12-12-02) | Yes | Study drugs |
| | | Myelodysplastic syndrome | 8.4 | Bone Marrow Biopsy | No | Study drugs |
| | | Endometrial cancer | 0.005 (2 days) | Endometrial Biopsy | No | None |

[a] Histopathology for this event was not reported in the Case Report Form for this patient, but was later obtained through a data clarification form.

[b] Histopathology for this event was not reported on the SPM page of the Case Report Form, but was later obtained from the procedures page of the Case Report Form.

[c] The SPM for Patient No. ▇▇▇ was classified as myelodysplastic syndrome in the DFS analysis.

DFS: disease-free survival, FAC: 5-fluorouracil, doxorubicin, and cyclophosphamide, MedDRA: Medical Dictionary for Regulatory Activities, PT: preferred term, SPM: second primary malignancy, TAC: docetaxel, doxorubicin, and cyclophosphamide.
Adapted from  PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_spm_teae.sas OUT=REPORT/OUTPUT/a7_ae_spm_teae_x.rtf (21JUN2010 - 18:45)
PGM=PRODOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_ae_spm.sas  OUT=REPORT/OUTPUT/a7_ae_spm_x.rtf (06MAY2010 - 11:59)
PGM=DEVOPS/XRP6976D/TAX316/CSR/REPORT/PGM/a7_aelis.sas OUT=REPORT/OUTPUT/a7_aelis_x.rtf (14MAY2010 - 20:54)

Second primary malignancies reported as AEs were also considered efficacy events, except for those reported for FAC Patients No. ▇▇▇▇▇▇▇ (which therefore are not included as primary DFS events):

- Patient No. ▇▇▇ – This patient had myelodysplastic syndrome that was reported as an SAE; it was not assessed as an SPM, however, because the Investigator considered it a precancerous condition rather than a malignancy.

Sanofi_00724328

- Patient No. ████. This patient had serious vaginal bleeding at baseline, which was later assessed as endometrial cancer. Because the vaginal bleeding was assumed to be present prior to enrollment, the endometrial cancer did not need to be reported as an SPM.

There were 2 patients (TAC: 1; FAC: 1) who had more than 1 SPM reported in addition to breast cancer, exclusive of patients with nonmelanoma skin cancers and DCIS (see Section 8.1).

After a follow-up of 10 years, there were 6 reports of leukemia: 5 acute myeloid leukemia (TAC: 4; FAC: 1), and 1 report of chronic lymphocytic leukemia (FAC). Five of the 6 cases of leukemia were reported as TEAEs. In addition, there were 3 reports of myelodysplastic syndrome (TAC: 2; FAC: 1).

Lung cancer was reported as a DFS event (TAC: 9; FAC: 4) and as an SPM that occurred after breast cancer relapse (TAC: 0; FAC: 1). None of the lung cancers reported as an SPM was also reported as an SAE, and therefore additional information from safety reporting is not available. An analysis of information on the patients with lung cancer is provided in Section 8.1.

Finally, there were 21 gastrointestinal SPMs reported as DFS events (TAC: 7; FAC: 14) (Section 8.1).

### 9.5.3   Other special safety

The incidence of febrile neutropenia and infection during the treatment period was previously discussed in the interim study report (Appendix 14.1.1, Section 8.2.6.1). Updated tables using MedDRA coding are presented in Appendix 14.2.7.6.

Adverse events related to fluid retention, gastrointestinal disorders, neurological disorders, respiratory disorders, and skin disorders that occurred during the treatment period were previously discussed in Sections 8.2.6.3, 8.2.6.4  , 8.2.6.5  , 8.2.6.7  , and 8.2.6.8   of the interim study report, respectively (Appendix 14.1.1). Updated summary tables and listings that use MedDRA coding are presented in Appendices 14.2.7.11, 14.2.7.8  , 14.2.7.9  , 14.2.7.10, and 14.2.7.12 , respectively, for these areas of special safety concern.

### 9.6     SAFETY CONCLUSIONS

Docetaxel in combination with doxorubicin and cyclophosphamide (TAC) in the treatment of patients with operable node-positive breast cancer was associated with a safety profile that is consistent with the known toxicity of the individual drugs and the TAC combination.

Of the 1491 randomized patients in the study, 1480 patients were treated with study drugs. Almost all treated patients (>99%) experienced at least 1 TEAE during study treatment. Grade 3 to 4 TEAEs (TAC: 36.7%; FAC: 26.9%), serious TEAEs (TAC: 35.9%; FAC: 9.1%), and serious Grade 3 to 4 TEAEs (TAC: 10.1%; FAC: 4.9%) were reported more frequently in TAC patients during chemotherapy. Safety during the treatment period was previously reported in detail in the interim study report (see Section 8 of the interim study report, Appendix 14.1.1).

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

The focus of this 10-year final report is on the AEs during the follow-up period, for which new safety information is presented, as well as on the evaluation of cardiac toxicity and SPMs.

In the follow-up period, the incidence of Grade 3 to 4 AEs and SAEs was higher in the TAC group, though the difference was not as great as that observed during the treatment period.

The most common TEAEs persisting into the follow-up period in both treatment groups were alopecia (TAC: 92.3%; FAC: 87.6%), asthenia (TAC: 31.7%; FAC: 24.5%), and amenorrhea (TAC: 27.2%; FAC: 17.0%). Among TEAEs that persisted into the follow-up period in >1% of patients, the majority of events resolved; however, amenorrhea remained ongoing in 59.9% of TAC patients and 68.8% of FAC patients, and lymphedema remained ongoing in 6 of 11 (54.5%) TAC patients and in 1 of 1 (100%) FAC patient.

The types and incidence rates of AEs starting or worsening in the follow-up period were similar in both treatment groups, with the exception of peripheral sensory neuropathy (TAC: 3.8%; FAC: 0.7%), which was more frequently reported in the TAC group.

Serious adverse events occurred more frequently in TAC patients, both during the treatment period (TAC: 35.9%; FAC: 9.1%) and the follow-up period (TAC: 7.1%; FAC: 4.5%), although there were fewer events and less difference observed between the 2 groups during the follow-up period.

There were 10 fatal outcomes (TAC: 4; FAC: 6) that were considered related to study drugs. Two of these occurred during the treatment period, and 8 occurred in the follow-up period. The most common cause of treatment-related death occurring in the follow-up period was CHF (TAC: 2; FAC: 3).

In total, 26 patients in the TAC group and 17 patients in the FAC group were reported to have developed CHF at some point during the study period, with most cases reported in the follow-up period. The difference in the incidence of CHF between the 2 treatment groups was not statistically significant.

After a follow-up of 10 years, there were 6 reports of leukemia (TAC: 4; FAC: 2) and 14 patients with lung cancer. Lung cancer was reported both as a DFS event (TAC: 9; FAC: 4), and as an SPM that occurred after breast cancer relapse (TAC: 0; FAC: 1). Gastrointestinal SPMs were reported in a total of 21 patients (TAC: 7; FAC: 14).

In summary, this study demonstrated the safety profile of TAC compared with FAC when administered in a randomized trial to a population of women with operable, node-positive breast cancer. Although TAC was associated with a higher incidence of TEAEs and serious TEAEs than FAC during the treatment period, fewer events were reported in the follow-up period than on treatment, and the majority resolved. The higher incidence of AEs in the TAC group is not correlated with a higher incidence of fatal outcomes. The safety profile of TAC was predictable, manageable, and substantially consistent with previous controlled studies of adjuvant treatment with TAC, when compared to FAC. These safety findings should be interpreted in the context of significant improvement in DFS and OS among women with operable, node-positive breast cancer.

Confidential

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# 10   PHARMACOKINETIC EVALUATION

Not applicable

Confidential

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# 11   DISCUSSION AND OVERALL CONCLUSIONS

This 10-year final analysis confirms the conclusions from the interim study report that there is a benefit of TAC over FAC as adjuvant treatment in women with operable, node-positive breast cancer.

The primary objective of this study was to compare DFS after treatment with TAC and FAC.  The DFS analysis demonstrated that TAC was associated with a 20.5% relapse risk reduction compared with FAC.  Additional subgroup analyses conducted for the predefined subgroups were consistent with the overall result showing superiority of TAC over FAC.  Additional supportive analyses to assess the robustness of the results of the primary analysis confirmed the superiority of TAC over FAC.  These results were consistent with the overall result showing superiority of TAC over FAC and strengthen the ability to generalize the results to a broadly defined population of women with operable, node-positive breast cancer.

A secondary objective of this study was to compare OS after treatment with TAC and FAC.  The analysis of OS showed that TAC was associated with 25.8% risk reduction in mortality compared to FAC.

This demonstration of the additional efficacy advantage in both DFS and OS associated with the substitution of docetaxel for 5-fluorouracil, in combination with AC, is of clinical interest.  The current efficacy results for TAC versus FAC are in favor of the docetaxel-based regimen.  For both treatment groups, the DFS and OS curves are separate and in favor of TAC.

The safety profiles of TAC and FAC were predictable, manageable, and consistent with previous observations in breast cancer patients.  There was a higher incidence of TEAEs and serious TEAEs in the treatment period among TAC patients compared to FAC patients.  The types of TEAEs persisting at the start of the follow-up period were similar in both treatment groups, resolved in the majority of cases, and did not impact the frequency of fatal outcomes in the long term.  After a follow-up of 10 years, the risk of leukemia and CHF with TAC is not greater than that described with anthracycline-based adjuvant chemotherapy programs (1, 2).  Overall, SPMs occurred with a similar frequency in both treatment groups, with the exception of lung cancer being reported more frequently in the TAC group, and gastrointestinal malignancies being reported more frequently in the FAC group.  The lack of information regarding medical history and risk factors, however, does not allow an interpretation of the observed incidence of second primary lung cancers.

In conclusion, the results from this study show that docetaxel in combination with doxorubicin and cyclophosphamide (TAC) offers an efficacy benefit to women with operable, node-positive breast cancer.  In addition, the safety profile of TAC is consistent with the known toxicity of the individual drugs and of the TAC regimen.  These results therefore indicate that TAC is an appropriate adjuvant chemotherapy option for women with operable, node-positive breast cancer.

Confidential                                                      Sanofi_00724332

## 12   REFERENCES

1.  Pinder MC, Zhigang D, Goodwin JS, Nortobagyi GN, Giordano SH. Congestive heart failure in older women treated with adjuvant anthracycline chemotherapy for breast cancer. J Clin Oncol. 2007;25(25):3808-15.

2.  Diamandidou E, Buzdar AU, Smith TL, Frye D, Witjaksono M, Hortobagyi GN. Treatment-related leukemia in breast cancer patients treated with fluorouracil-doxorubicin-cyclophosphamide combination adjuvant chemotherapy: the University of Texas M.D. Anderson Cancer Center experience. J Clin Oncol. 1996;14(10):2722-30.

Confidential

Sanofi_00724333

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# 13   SUPPORTIVE INFORMATION

## 13.1   DEMOGRAPHIC DATA

Not applicable

## 13.2   EFFICACY DATA

Not applicable

## 13.3   SAFETY DATA

### 13.3.1 Listing of narratives of deaths, serious adverse events, and other significant adverse events

Narratives were provided in the interim study report for each death, SAE, discontinuation, or other event determined to be of clinical importance (Appendix 14.1.1, Section 13).  For this 10-year final report, new narratives were written for patients with serious cardiac events, SAEs, acute myeloid leukemia, SPMs reported as AEs, or death for reasons other than malignancy that occurred after the 55-month follow-up period described in the interim study report.  Any newly reported events or updated information for narratives of patients previously reported in the interim study report (Appendix 14.4.1) are included in this 10-year final report in Table 21.  Table 22 lists those patients with events occurring in the follow-up period described in new narratives presented with this final clinical study report.

Confidential

Sanofi_00724334

Clinical Study Report                          09-Sep-2010
XRP6976 - TAX316 (EFC6041)                     Version number: 1 (electronic: 1.0)

**Table 21 – Listing of patients with events in the follow-up period reported in the interim clinical study report narratives**

| Patient No. | SAE in follow-up reported in interim CSR | Grade | Follow-up information |
|---|---|---|---|
| **TAC** | | | |
| | Myocardial infarction | 4 | None.  Death due to MI reported in narrative |
| | Alopecia | 2 | Alive at 10 years, 7 mos (July 2008) |
| | Diverticulitis | 4 | None, as reported in narrative.  Alive at 4 years, 3 mos. |
| | Fever in absence of infection | 2 | Hospitalized for febrile neutropenia on 16 October 1998 and treated with antibiotics. Resolution date was not reported. |
| | Respiratory tract infection | 3 | |
| | | | On 15 November 1998 she was hospitalized for pneumonia and respiratory tract infection.  She was treated with cefuroxime.  The events resolved on 17 November 1998.  These events were considered possibly related to study treatment. |
| | | | Died due to malignant disease January 2005. Survival 7 years, 1 mo. |
| | Peripheral sensory neuropathy | 3 | Alive 10 years, 6 mos. (November 2009) |
| | Urinary retention | 3 | |
| | Peritonitis | 4 | Alive 10 years, 3 mos. (September 2009) |
| | Pulmonary embolism | 2 | Alive 11 years, 3 mos. (May 2009) |
| | Basel cell carcinoma | 2 | Died March 2008 due to malignant disease. Survival 10 years, 1 mo. |
| | Respiratory failure | 3 | On 16 April 2001, the patient was hospitalized for respiratory insufficiency.  She was treated with albuterol and ipratropium.  The event resolved on 20 April 2001.  This event was considered unrelated to study treatment. |
| | | | Death from malignant disease reported in narrative. |
| | Pulmonary embolism | 4 | Alive 8 years, 10 mos. (May 2007) |
| | Cardiac arrest | 4 | None.  Death from cardiac arrest reported in narrative. |
| | Complete suicide | 4 | None.  Death reported in narrative. |
| | Pneumothorax | 3 | Alive 10 years, 3 mos. (June 2009) |
| | | | Pneumothorax mentioned in narrative but not in table at beginning of narrative. |

**Property of the sanofi-aventis group - strictly confidential**

Confidential                                                          Sanofi_00724335

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| | | |
|---|---|---|
| Cerebral hemorrhage | 4 | None.  Death from cerebral hemorrhage reported in narrative. |
| Alopecia | 1 | Alive 10 years, 5 mos. (February 2010) |
| Deep vein thrombosis | 1 | Alive 10 years, 6 mos. (March 2009) |
| Acute myelomonocytic leukemia | 4 | None.  Death from septic shock reported in narrative. |
| Septic shock | 4 | |
| Intestinal infarction | 4 | Died May 2003 from malignant disease. |
| Pulmonary embolism | 3 | Survival 4 years, 8 mos. |
| Cardiac failure congestive | 3 | |
| Peritoneal infection | 3 | None.  Death from malignant disease reported in narrative. |
| Ventricular fibrillation | 4 | None.  Death from ventricular fibrillation reported in narrative. |
| Myocardial ischemia | 3 | Lost to follow-up May 2004.  Survival 7 years, 2 mos. |
| Myocardial ischemia | 4 | None.  Death from malignant disease reported in narrative. |
| Acute myeloid leukemia | 4 | None.  Death from leukemia reported in narrative. |
| Breast cancer SPM | -- | Death due to breast cancer now believed to be only 1 SPM and not 2 as originally reported. |
| | | The left breast focal adenocarcinoma in 2000 was another aspect of the invasive ductal carcinoma (first and only legitimate SPM) diagnosed in 1999 in the left breast. |
| Pulmonary fibrosis | 3 | Alive 5 years, 3 mos. (January 2005) |
| Acute respiratory failure | 4 | None.  Death from hepatic failure reported in narrative. |
| Dehydration | 2 | |
| Hepatic vein thrombosis | 4 | |
| Hepatorenal failure | 4 | |
| Myocardial ischemia | 4 | None.  Death reported in narrative. |

CSR:  clinical study report, MI:  myocardial infarction, SAE:  serious adverse event, SPM:  second primary malignancy

**Property of the sanofi-aventis group - strictly confidential**

Confidential                                                                    Sanofi_00724336

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

**Table 22 – Listing of patients with events in the follow-up period reported in the final clinical study report narratives**

| Patient number | Cardiac | SAE | Death during follow-up for reasons other than malignancy | Secondary primary malignancies reported as AEs |
|---|---|---|---|---|
| **TAC** | | | | |
| | | | X | |
| | | | X | |
| | X | X | | |
| | | X | | X |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | | X | | X |
| | | X | | |
| | X | X | | |
| | | X | | |
| | X | X | X | |
| | X | X | X | |
| | | | X | |
| | X | X | | |
| | | X | | |
| | | X | | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | | | X | |
| | X | X | | |
| | X | X | | |
| | | X | | |
| | | | X | |
| | X | X | | |
| | | X | | |
| | | | X | |

Confidential                                                                 Sanofi_00724337

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| Patient number | Cardiac | SAE | Death during follow-up for reasons other than malignancy | Secondary primary malignancies reported as AEs |
|---|---|---|---|---|
| | | X | | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | X | X | X | |
| | X | X | X | |
| | | X | | X |
| | X | X | | |
| | | | X | |
| | X | X | | |
| | | X | | X |
| | X | X | | |
| | X | X | | |
| | | X | | |
| | X | X | | |
| | | | | |
| | X | X | X | |
| | | | X | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | X | X | X | |
| | | | X | |
| | | X | | |
| | | | X | |
| | | X | X | |
| | | | X | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | | | X | |

Property of the sanofi-aventis group - strictly confidential

Confidential                                        Sanofi_00724338

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

| Patient number | Cardiac | SAE | Death during follow-up for reasons other than malignancy | Secondary primary malignancies reported as AEs |
|---|---|---|---|---|
| | X | X | X | |
| | | | X | |
| | | | X | |
| | | X | | |
| | | | X | |
| | | X | | X |
| | X | X | | |
| | X | X | X | |
| | X | X | | |
| | X | X | | |
| | X | X | | |
| | | X | | |
| | X | X | | |
| | X | X | X | |
| | | X | | X |
| | X | X | | |
| | X | X | | |

AE: adverse event, SAE: serious adverse event

## 13.4   PHARMACOKINETIC DATA

Not applicable

Confidential
Sanofi_00724339

Clinical Study Report
XRP6976 - TAX316 (EFC6041)

09-Sep-2010
Version number: 1 (electronic: 1.0)

# 14   APPENDICES

See list of appendices.

# LIST OF APPENDICES

**14 APPENDICES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .79

14.1 STUDY INFORMATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

14.1.1 TAX 316 published study report - 21 January 2004 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

14.1.2 Revisions to administrative appendices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36417
14.1.2.1 List of investigators who enrolled . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36419
14.1.2.2 Study report author(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36500
14.1.2.3 Signature of principal investigator/sponsor's responsible medical officer . . . . . . . . . . . . . . 36502
14.1.2.4 Publications based on the study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36508
14.1.2.5 Important publications referenced in the report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36521

14.2 SUMMARY TABULATIONS AND PATIENT LISTINGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36540

14.2.1 Patient disposition - See Appendix 14.1.1 (Appendix II) . . . . . . . . . . . . . . . . . . . . . . . . . . 36541

14.2.2 Protocol deviations - See Appendix 14.1.1 (Appendix II) . . . . . . . . . . . . . . . . . . . . . . . . . 36542

14.2.3 Patients, visits, or observations excluded from efficacy analyses - See Appendix 14.1.1
(Appendix II) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36543

14.2.4 Demographic data, data at baseline and medications details - See Appendix 14.1.1
(Appendix II) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36544

14.2.5 Compliance and drug concentration data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36545
14.2.5.1 Compliance and dosing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36546

14.2.6 Efficacy Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36551
14.2.6.1 Disease Free Survival . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36556
14.2.6.2 Overall Survival . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36697
14.2.6.3 Follow-up time (months) - Kaplan Meier Curve - Randomized population . . . . . . . . . . . . . 36790
14.2.6.4 Follow-up time (months) - Randomized population . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36791
14.2.6.5 Follow-up time (months) of lost to follow-up patients - Kaplan Meier Curve - Randomized
population . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36795
14.2.6.6 Follow-up time (months) of lost to follow-up patients - Randomized population . . . . . . . . 36796
14.2.6.7 Follow-up time (months) of lost to follow-up patients by treatment arm - Kaplan Meier
Curve - Randomized population . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36800
14.2.6.8 Follow-up time (months) of lost to follow-up patients by treatment arm - Randomized
population . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36801

14.2.7 Adverse event data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36805
14.2.7.1 All AEs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36810
14.2.7.2 All related AEs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37496
14.2.7.3 Serious AEs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41975
14.2.7.4 AEs leading to treatment discontinuation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42047
14.2.7.5 Deaths . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42054
14.2.7.6 Neutropenia and Infection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42088
14.2.7.7 Cardiac disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42122
14.2.7.8 Gastric disorder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42473

14.2.7.9  Nerve disorder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43268
14.2.7.10  Respiratory disorder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43582
14.2.7.11  Fluid retention . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43666
14.2.7.12  Skin disorder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43668
14.2.7.13  Amenorrhea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43677
14.2.7.14  Second Primary Malignancy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43679
14.2.7.15  TEAE by age group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43680

14.2.8  Clinical laboratory data . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43695
14.2.8.1  Hematology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43697
14.2.8.2  Biochemistry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45587

14.2.9  Other safety observations - See Appendix 14.1.1 (Appendix II) . . . . . . . . . . . . . . . . . . . . . 46912

14.3  CASE REPORT FORMS (CRFs) - Available upon request . . . . . . . . . . . . . . . . . . . . . . . . . . . 46913

14.4  INDIVIDUAL PATIENT DATA LISTINGS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46914

14.4.1  Patient narratives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46915

Confidential

Sanofi_00724342

BegDoc: Sanofi_00724262
EndDoc: Sanofi_00724342
BegAttach:
EndAttach:
PageCount: 81
Custodian: EMA
All Custodians:
Date Created: 06/18/2006
Date Last Modified: 12/01/2016
DocType: Document
Original FilePath:
FileName:
FileExt:
MD5 Hash: f5ec1edeee3874c753998b47b2d33f08
File Size: 926210
EMAIL Folder Path:
From:
To:
Subject:
Date Sent:
Date Received:
CC:
BCC:
Confidentiality: Confidential
Redacted: Yes
Embedded: False
Conversation Index Value: