# EXHIBIT B

| | EXECUTIVE SUMMARY | |
|---|---|---|
| SANOFI | Private & Confidential | - Page 1 of 7 - |

| Inn / main brand | DOCETAXEL<br>Taxotere and Docetaxel Winthrop | | | |
|---|---|---|---|---|
| Formulation & dosage | Two-vial formulation: Concentrate and Solvent for solution for infusion<br>20 mg/0.5 ml and 80 mg/2 ml<br>One-vial formulation: Concentrate for solution for infusion<br>20 mg/1 ml, 80 mg/4 ml and 160 mg/8 ml | | | |
| Topic | ☐ Initial submission<br>☐ LCM:<br>☒ Maintenance: safety-related<br>☐ Other: | | | |
| Labeling texts | ☒ CCDS | ☐ CCDM | ☐ GLU | ☐ CCSI |
| | ☒ USPI | ☒ EUSPC | ☐ JPI | ☐ Other: |
| Source issue and Background and Summary of Recommendation | ☒Internal: specify department: US-Legal<br><br>*Breast cancer, adjuvant setting*:<br>*Update with TAX316 (node>0) and GEICAM (node <0) 10-year follow-up data*<br><br>**Background**<br>**TAX316**: TAC (Taxotere-Doxorubicin-Cyclophosphamide) treatment in node positive patients with Breast cancer, adjuvant setting:<br><br>• *CCDS v26 (LRC 28-June-2011)*:<br>  update with TAX316 10-year FU data: addition of persisting events<br>  (part of EU-FUM for above mentioned indication approved in 2004 to submit the 10-year FU CSR for TAX316)<br>• *EU-SPC in line with CCDS v26: PO 11Sept2011*<br>• *USPI: implementation plan approved by LRC at 28June2011 LRC meeting*:<br>  • *Submission: Postpone until FDA assessment of TAX316 CSR received.*<br>  • *Industrial implementation: Postpone until FDA assessment of TAX316 CSR received*<br>• *Currently: no information available on FDA feedback on TAX316 CSR.*<br>• *Presentation of USPI in line with CCDS v26 (June2011, TAX316 10-year follow-up data): LRC of 16Dec2016*<br>• **Privileged - Attorney-Client Communication**<br>• *LRC 16Mar2017: harmonization of CCDS/ EU-SPC/ USPI with TAX316 10-year FU data*<br><br>**Background**<br>**GEICAM**: TAC (Taxotere-Doxorubicin-Cyclophosphamide) treatment in node negative patients with Breast cancer, adjuvant setting (with one or more high risk factors):<br><br>• *CCDS v29 (LRC 12-November-2014)*:<br>  update with GEICAM 10-year FU data: addition of persisting events<br>  (Post-Authorization Measure in Europe to update the EU-SPC with GEICAM follow-up data at 8-10 years)| | | |

{ FILENAME }



Confidential

Sanofi_05173852

| | EXECUTIVE SUMMARY | |
|---|---|---|
| SANOFI | **Private & Confidential** | - Page 2 of 7 - |

| | |
|---|---|
| | • *EU-SPC in line with CCDS v29: PO 25Apr2014*<br>• *USPI: Indication linked to GEICAM not approved in the US*<br>• *The LWG had the same approach for Labeling update with GEICAM FU update as for TAX316*<br>• *LRC 16Mar2017: harmonization of CCDS/ EU-SPC with GEICAM 10-year FU data*<br><br>☒ Internal:<br>LWG proposes Docetaxel CCDS/ EU-SPC/ USPI update/ harmonization with persisting events, linked to TAX316 (update of the 3 Labeling documents) and GEICAM (CCDS/ EU-SPC update) 10-year follow-up data. |
| **Objectives/Issues** | ☐ New Labeling Document Creation<br>☒ Update: CCDS/ EU-SPC/ USPI – Adverse events section<br>*For Taxotere and docetaxel Winthrop EU-Labelings and US-Labelings* |
| **LWG meeting dates** | ○ 16-Feb-2017  –  22-Feb-2017  –  3-Mar-2017 |

| **Participants** | **Permanent** | **Ad Hoc** |
|---|---|---|
| | **GRA Labeling: Vanina Groult** | Global Statistics: Jeanne DEVIN |
| | GPE:   Nanae Hangai (GSO) | US Legal:<br>Harley RATLIFF - Jason STEINHART - Erin LESLIE |
| | GRA-US/Global: Sunil GUPTA<br>GRA-EU: Christelle LAMORIL | US Advertising and Promotion:<br>Marybeth TOSCANO |
| | Global Medical:<br>Arvind SINGH, Ayse OZATILGAN | US Medical Oncology: Ted SZATROWSKI |

| | |
|---|---|
| **Supportive Data/ Documentation (date and authors)** | – **TAX316:**<br>**CLINICAL STUDY REPORT**-Docetaxel-TAX316 (EFC6041/BCIRG001) 10-year follow-up- 09-Sep-2010<br>– **GEICAM:**<br>**ABBREVIATED CLINICAL STUDY REPORT (FOLLOW-UP)**- Docetaxel-TAX.ES1.301/GEICAM 9805- 8-year and 10-year follow-up-02-Dec-2013 and **Appendix 14.2.7 Adverse event data**-02-Dec-2013 |
| **Safety Topics combined Y/N** | – No |
| **SMC decision date(s) per topic (if applicable)** | – Not applicable |
| **In case SMC to LRC >90 days add reason** | |

| **Outcome LWG** | ☒ to LRC 16 March 2017<br>☐ no further action or update recommended |
|---|---|

{ FILENAME }

| | EXECUTIVE SUMMARY | |
|---|---|---|
| SANOFI | Private & Confidential | - Page 3 of 7 - |

| LRC | ☐ LRC meeting 16 March 2017<br>☒ LRC by circulation | *16-Mar-2017* |
|---|---|---|
| Summary of changes | The following Labeling sections are proposed for update (for CCDS, EU-labeling and US-Labeling: harmonization): Blue text added - red text deleted<br><br>*For Taxotere and docetaxel Winthrop EU-Labelings and US-Labelings:*<br><br>**11. ADVERSE REACTIONS**<br>**11.1 Clinical Studies**<br><br>**11.1.1 Combination therapy with \*TM\* in the adjuvant treatment of operable node–positive and high risk node negative breast cancer**<br><br>TAX316 10-year follow-up data – CCDS update<br><br>• Acute Myeloid Leukemia (AML)/Myelodysplastic Syndrome<br><br>After 10 years of follow up, in study TAX316, AML occurred in 3 of 744 (0.4%) patients who received \*TM\*, doxorubicin, and cyclophosphamide and in 1 of 736 (0.1%) patients who received fluorouracil, doxorubicin and cyclophosphamide. One TAC patient died due to AML during the follow up period (median follow-up time of 8 years). Myelodysplastic syndrome occurred in 2 of 744 (0.3%) patients who received \*TM\*, doxorubicin, and cyclophosphamide and in 1 of 736 (0.1%) patients who received fluorouracil, doxorubicin and cyclophosphamide.<br><br>• Other persistent reactions<br><br>~~The most common adverse events persisting into the follow-up period in TAC patients were alopecia (92.3%), asthenia (31.7%), and amenorrhea (27.2%). Among the adverse events that persisted into the follow-up period in >1% of patients, the majority of events resolved; however, amenorrhea (59.9%), and lymphoedema (54.5%) remained ongoing in TAC patients.~~<br><br>In Study TAX316, the most common adverse events persisting into the follow-up period in TAC patients are described in below table (median follow-up time of 8 years). Among the adverse events that persisted into the follow-up period the majority of events resolved.<br><br>Table xx– Persistent reactions in patients receiving \*TM\* in combination with doxorubicin and cyclophosphamide. (TAX316) |

{ FILENAME }

| | [illegible] | |
|---|---|---|
| | Persisting into the follow-up period | Ongoing at the end of the follow-up period |
| | N (%) | N (%) |
| Alopecia | [illegible] | [illegible] |
| Asthenia | [illegible] | [illegible] |
| Amenorrhea | [illegible] | [illegible] |
| Lymphoedema | [illegible] | [illegible] |
| Peripheral oedema | [illegible] | [illegible] |
| Peripheral sensory neuropathy | [illegible] | [illegible] |

**GEICAM 10-year follow-up data – CCDS update**

- Persistent reactions

~~**The most common adverse events persisting into the follow-up period (median follow-up time of 10 years and 5 months) were alopecia** (49 patients, 9.2%), **amenorrhea** (18 patients, 3.4%) and **asthenia** (12 patients, 2.3%).~~

~~Among the adverse events that persisted into the follow-up period in >1% of patients, the majority of events resolved; however, amenorrhea (7 patients, 1.3%), peripheral sensory neuropathy (3 patients, 0.6%) and asthenia (2 patients, 0.4%) remained ongoing at the end of the follow-up period.~~

**In Study GEICAM 9805, the most common adverse events persisting into the follow-up period in TAC patients** are described in below table **(median follow-up time of 10 years and 5 months). Among the adverse events that persisted into the follow-up period the majority of events resolved.**

**Table xx Persisting reactions in patients receiving *TM* in combination with doxorubicin and cyclophosphamide. (GEICAM 9805)**

| - | *TM* 75 mg/m² + Doxorubicin 50 mg/m² + Cyclophosphamide 500 mg/m² n = 532 | |
|---|---|---|
| - | Persisting into the follow-up period N (%) | Ongoing at the end of the follow-up period N (%) |
| Alopecia* | 49 (9.2) | 3 (0.6) |
| Asthenia | 12 (2.3) | 2 (0.4) |
| Amenorrhea | 18 (3.4) | 7 (1.3) |
| Lymphoedema | 5 (0.9) | 4 (0.8) |
| Peripheral oedema | 4 (0.8) | 0 (0) |
| Peripheral sensory neuropathy | 10 (1.9) | 3 (0.6) |

* **Alopecia** related to study drug **started or worsened during the follow-up period** in

| EXECUTIVE SUMMARY | | |
|---|---|---|
| SANOFI | **Private & Confidential** | - Page 5 of 7 - |

| | 42 patients (7.9%).<br><br>• **Cardiovascular events**<br>**Three patients (0.6%) developed congestive heart failure during the follow-up period. At the end of the follow-up period (median follow-up time of 10 years and 5 months),** no patients had CHF in TAC arm and ~~One~~ 1 patient died because of dilated cardiomyopathy.<br><br>*EU-SPC and USPI updates are in line with CCDS update.* |
|---|---|
| **LRC decision**<br>**16 March 2017** | ☐ Approved without change<br>☒ Approved with changes *specify: changes are highlighted in yellow*<br><br>TAX316:<br><br>**Acute Myeloid Leukemia (AML)/Myelodysplastic Syndrome**<br>After 10 years of follow up, in study TAX316, …<br><br>**Other persistent reactions**<br>In Study TAX316, the most common adverse events that started during the treatment period and persisted ~~persisting~~ into the follow-up period in TAC patients are described in below the table 12 **(median follow-up time of 8 years)**. ~~Among the adverse events that persisted into the follow-up period~~ The majority of the events that had persisted resolved during the follow-up period.<br><br>Table 12/Column 2:<br>Persisting from the treatment period into the follow-up period<br><br>Same comments as for CCDS apply to US-Labelings and EU-Labelings for Docetaxel Winthrop and Taxotere.<br><br>GEICAM:<br>*Same comments as for Tax316 comments on slides 9 apply.*<br><br>☐ Return to LWG *action item(s) if available*<br>☐ Recommends no changes to labeling<br>☐ Other *specify* |

{ FILENAME }

Confidential　　　　　　　　　　　　　　　　　　　　　　　　Sanofi_05173856

| | EXECUTIVE SUMMARY | |
|---|---|---|
| SANOFI | Private & Confidential | - Page 6 of 7 - |

**Country Specific Instructions for Submission and Implementation**

I. All <u>Direct</u> Action Countries:

*(note to RLOM: Only keep applicable timelines. Delete the rest)*

| Timeline for Submission | Timeline for Industrial Implementation* |
|---|---|
| Within 90 days from Dispatch of Corporate Package | Within 180 days from Regulatory Authority approval |

\* Industrial Implementation i.e. release from the manufacturing site

*Note*: Local regulations may be stricter, in that case Direct Action country to follow their local regulations/guidelines.

II. <u>Reference</u> Countries: Based on information available in SHARE at the date of this letter, the following countries are identified as reference for Docetaxel, and should send a copy of the agency approval letters to the "RnD-GRA-reference-MA" dedicated mailbox upon Regulatory Authority approval: Europe and South Africa.

III. All <u>Deferred</u> Action Countries (countries that need to wait for approval in a reference country):

- Safety Information Letter to be sent to your Regulatory Authority within 21 calendar days after notification by your Global Regulatory Affairs Country/Region Manager (once the safety change in the reference country is submitted).
    o List of countries exempt from SIL submission is maintained at Region level.

- **Submission and implementation according to the following timelines in the table below:**

| Timeline for Submission | Timeline for Industrial Implementation* |
|---|---|
| After the approval in the reference country and within the timelines required by the submission category rule** to which your country belongs. | Within180 days from Regulatory Authority approval |

\* Industrial Implementation i.e. QP release from the manufacturing site
\*\* Countries are classified into 3 different categories for submission, i.e.:

{ FILENAME }

Confidential                                                                                                          Sanofi_05173857



| EXECUTIVE SUMMARY | | |
|---|---|---|
| SANOFI | Private & Confidential | - Page 7 of 7 - |

- "SW90" country: Submission must be done within 90 calendar days after Regional dispatch
- "SW180" country: Submission must be done within 180 calendar days after Regional dispatch
- "SW360" country: Submission must be done within 360 calendar days after Regional dispatch

The country classification used for monitoring is maintained at Region level.

{ FILENAME }