# EXHIBIT C

Ellen Feigal, Ph.D.

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3      *******************************************

 4      IN RE: TAXOTERE
        (DOCETAXEL) PRODUCTS
 5      LIABILITY LITIGATION

 6                                        MDL NO. 2740

 7                                        SECTION "H"

 8      THIS DOCUMENT RELATES TO:
        ALL CASES
 9

        *******************************************
10

11

12          The videotaped CMO 36 trial preservation

13      deposition of ELLEN FEIGAL, PH.D., VOLUME I,

14      taken in connection with the captioned cause,

15      pursuant to the following stipulations before DIXIE

16      VAUGHAN, Certified Court Reporter, January 26,

17      2023, beginning at 9:44 a.m.

18

19

20

21

22

23

24

25
```

```
 1        Q.   Okay.  What are the popular -- what are
 2   the popular combination medicines that are used
 3   with Taxotere?
 4        A.   Well, the effective combination regimens
 5   that are used for this indication include
 6   Adriamycin, cyclophosphamide, methotrexate, 5FU,
 7   and then there are a variety of clinical trials
 8   that add other agents that can be used.  I think
 9   the ones I looked at include Bevacizumab and
10   Gemcitabine.
11        Q.   With regard to Adriamycin, have you
12   investigated whether or not reliable scientific
13   evidence establishes that Adriamycin causes
14   permanent chemotherapy-induced alopecia?
15        A.   No, I do not have evidence to support
16   that.  May I also make a comment?  I neglected to
17   add Trastuzumab to the list of drugs that I've
18   looked at.
19        Q.   Thank you.  I want to get back with
20   Adriamycin.  You say that you don't -- I want to
21   make sure I'm repeating what you said.  No, you do
22   not have evidence to support that Adriamycin
23   causes permanent chemotherapy-induced alopecia?
24   Is that what you said?
25        MR. MOORE:  Objection to form.
```

```
 1        A.   Yes, I do not have evidence to support
 2   causation.
 3   BY MR. MICELI:
 4        Q.   And Adriamycin is the one that's been
 5   around since when?
 6        A.   I think we said 1974.  I'd have to check
 7   the textbook on that, but I believe that's the
 8   correct date.
 9        Q.   And so from 1974 to 2004, did you find
10   any evidence that Adriamycin can cause permanent
11   chemotherapy-induced alopecia?
12        MR. MOORE:  Object to form.
13        A.   No.  As I said, all I saw were anecdotal
14   cases.  Nothing -- nothing to support causation.
15   BY MR. MICELI:
16        Q.   I'm going to ask you the same question
17   about cyclophosphamide.  And cyclophosphamide has
18   been around since, I think you said, '59?
19        A.   Correct.  But check my facts.
20        Q.   Okay.  Did you find any reliable
21   scientific evidence that said from between 1959 to
22   2004, when Taxotere was approved for early-stage
23   breast -- use of adjuvant care in early-stage
24   breast cancer, that cyclophosphamide can cause
25   permanent chemotherapy-induced alopecia?
```