# EXHIBIT D

1                UNITED STATES DISTRICT COURT
2               EASTERN DISTRICT OF CALIFORNIA
3
4    IN RE:   TAXOTERE (DOCETAXEL)    )
     PRODUCTS LIABILITY LITIGATION    )
5                                     )  MDL No. 2740
     This Document Relates To:        )
6                                     )  Section H
     Antoinette Durden,               )
7    Case No. 2:16-cv-17735;          )
     Tanya Francis,                   )
8    Case No. 2:16-cv-17410;          )
     Barbara Earnest,                 )
9    Case No. 2:16-cv-17144           )
     _____  )
10
11
12
13
14
15
16     VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
17              San Francisco, California
18              Friday, January 11, 2019
19                     Volume III
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 3189948
25   Pages 384 - 626

1  SEER registry.
2      Q   Would you agree with me that there have
3  been cases of permanent hair loss reported with
4  Taxol?
5      A   Yes, and I think I have reported it in my
6  table.
7      Q   Would you agree with me that there are
8  cases of permanent hair loss reported with
9  cyclophosphamide?
10     A   I include that in my non-taxane
11 anthracycline cyclophosphamide regimen, yeah.
12         You're talking about breast cancer; is
13 that correct?
14     Q   Yes.
15     A   Or anything?
16     Q   Breast cancer.
17     A   In breast cancer, yes, and I think I've --
18 yes.
19     Q   Okay.
20     A   I would agree.
21     Q   Would you agree with me that there are
22 cases of permanent hair loss reported with
23 Adriamycin?
24     A   Yeah.  Now, what you're saying is cases
25 reported, yes.  I mean, anecdotal reports, yes, I

1  agree.
2      Q   And there are cases reported of permanent
3  hair loss associated with the AC regimen?
4      A   There have been cases -- anecdotal cases
5  reported.
6      Q   And there have been cases reported of
7  permanent hair loss with the AC Taxol regimen,
8  correct?
9      A   I have captured that in my table.  Yes.
10     Q   So yes?
11     A   Yes.
12     Q   And there have been cases of permanent
13 hair loss reported with CMF, correct?
14     A   That I don't think I have a tabulation
15 for.
16     Q   You have not seen that?
17     A   I don't recall seeing that.
18         By the way, we didn't talk about it, but I
19 have major issues with the Berglund article, which
20 is about CMF.
21     Q   If Dr. Bosserman testified that there have
22 been cases of permanent hair loss reported with CMF,
23 would you have any reason to disagree with her?
24         MR. THORNTON:  Objection.  Form.
25         THE WITNESS:  I don't have any opinion on

1            THE VIDEO OPERATOR:  Back on the record.
2    The time is 5:16.
3                       EXAMINATION
4    BY MR. THORNTON:
5        Q   Yes, Dr. Feigal.  I'm going to ask you
6    questions about these articles that you have been
7    presented by counsel for Sanofi, just so you have a
8    chance to make your comments about them as they may
9    relate to your table.
10           What's your table referred to in your
11   report?  I think Table 2?
12       A   Table 2.
13       Q   I thought so.
14           First of all, as to Crown, what are your
15   observations about the Crown study as it relates to
16   the applicability of that study to Table 2?
17       A   Well, I actually think it's an interesting
18   abstract and poster, which I agree, I hadn't seen.
19           But upon reading it, I actually think it's
20   supportive of the docetaxel-based regimen inducing
21   permanent alopecia.  The largest amount of data is
22   on the docetaxel-based regimen of 265 patients.
23           There's also a dose response that's
24   present here where patients who received the higher
25   cumulative dose of 450 milligrams -- I presume

1   that's per meter squared -- had a higher incidence
2   and also a higher degree of severity of their
3   permanent alopecia as compared to a lower dose of
4   the docetaxel-containing regimen.
5          I do agree that there are anecdotal
6   patients.  I believe it's one patient on one of the
7   regimens, and up to three patients on the other,
8   just very small numbers.  But basically I believe
9   there's about 39 patients when I did the math on the
10  265 patients.
11         So --
12     Q   39 -- so why don't you go over the
13  numbers -- the actual numbers of patients who are
14  reported in the Crown study as having permanent
15  chemotherapy-induced alopecia.
16     A   So in the Crown study, there's 265
17  patients who were on a docetaxel regimen, either
18  with or without an anthracycline.  There are 12
19  patients on an anthracycline non-taxane, and there
20  are 23 patients on an anthracycline and a
21  paclitaxel.
22         And there's approximately 15 percent
23  overall incidence of permanent alopecia for patients
24  receiving docetaxel, and I believe 15 percent of
25  265 -- I have to do the math, but I believe it was