# EXHIBIT E

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
                                                    )
 5   In Re:                                         )
     TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY        )
 6   LITIGATION,                                    )
                                                    )MDL No. 2740
 7                                                  )
     This document relates to:                      )SECTION: H
 8                                                  )
     Sheila Crayton, Case No. 2:16-cv-05923,        )
 9   Cynthia Thibodeaux, Case No. 2:16-cv-15859     )
                                                    )
10                                                  )
     _____        )
11                                                  )
12
13
14
15       VIDEOTAPED DEPOSITION OF ELLEN FEIGAL, M.D.
16                 Los Angeles, California
17               Thursday, November 21, 2019
18
19
20
21   Stenographically Reported by:
     AMANDA J. KALLAS
22   CSR No. 13901
23   Job No. 3775935
24   PAGES 1 - 331
25
```

1     A    I said that -- I -- I said I didn't know of
2    any examples; although, there actually may be one, I
3    just didn't highlight it.  But what I was instead
4    going to do is in terms of experiment, that a
5    randomized clinical trial is an experiment.
6         Q    Right; a clinical trial --
7         A    And a --
8         Q    -- is an experiment?
9         A    Well, as long as you can answer a question
10   with it.
11        Q    Okay.
12        A    And the question of interest here is Taxotere
13   and permanent alopecia.
14        Q    Okay.  And then analogy, in some
15   circumstances, it would be fair to judge by analogy?
16        A    Other than high-dose chemotherapy in the
17   transplant setting, which is well-known, or
18   radiation directly to the scalp, like in patients
19   who get -- who have brain cancer and get direct,
20   there -- there is no analogy to conventional doses
21   of chemo -- of the types of chemotherapy that are
22   given to patients with early-stage breast cancer in
23   the adjuvant setting that cause permanent
24   chemotherapy induced alopecia.
25             No one's arguing there may be cases recorded,

Page 174

1    it on other chemotherapy drugs, but nothing's
2    changed other than this is a new drug.  So I
3    can't -- I can't speculate why it's not reported.
4    There's nothing -- there's nothing stopping people
5    from reporting.
6         Q    But you did mention, I think for a second at
7    some point in that answer, that you're not arguing
8    that there are cases of permanent or persisting
9    alopecia associated with other chemotherapy
10   regimens.
11        A    Anecdotal cases.
12        Q    Right.
13        A    Not -- not the level of -- not having the
14   level of evidence that I have with Taxotere.  For
15   example, there are no randomized clinical trials
16   with any of these other chemotherapy agents showing
17   an increased incidence of permanent chemotherapy
18   induced alopecia as compared to any other control
19   arm.
20        Q    How do you know that?
21        A    Because I've looked, it's part of my search.
22        Q    Do you have access to the clinical trial data
23   at Bristol-Myers Squibb?
24        A    The scope of what I'm here is about Taxotere.
25   And the litigation is about Taxotere.  So my focus

1      it down by -- by that.
2          Q    Okay.  But the point is -- is that there are
3      reports in the medical and scientific literature of
4      cases of permanent chemotherapy induced alopecia
5      following regimens containing Taxol?
6          A    Yes, anecdotal cases.
7          Q    Right.
8          A    And I have that in my table.
9          Q    And also for cytoxan?
10         A    Well, as I said, I have it as a regimen of
11     CMF.
12         Q    Right.
13              And there are regimens containing cytoxan
14     that do not contain Docetaxel, for which there are
15     reports of permanent chemotherapy induced alopecia
16     in the medical and scientific literature?
17         A    I think there's only one report of 20 that
18     has it, and I think it's Freites-Martin [sic].  I
19     don't think any of the other ones have it with CMF.
20         Q    I'm not talking about CMF.
21         A    I know you're not.
22         Q    I'm talking about regimen --
23         A    I know you're not.
24         Q    So the answer to my question was "yes"?
25         A    No.  The answer is, I'm looking at regimens