# EXHIBIT F

```
08:48:06   1                    UNITED STATES DISTRICT COURT

           2                    EASTERN DISTRICT OF LOUISIANA

           3

           4

           5   IN RE:  TAXOTERE (DOCETAXEL)
                       PRODUCTS LIABILITY           Docket No.: 16-MD-2740
           6           LITIGATION                   Section "H(5)"
                                                    September 20, 2019
           7                                        New Orleans, Louisiana

           8   Relates To:  Barbara Earnest,
               Case No.: 16-CV-17144
           9

          10   * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

          11
                                    DAY 5, MORNING SESSION
          12                TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                       HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
          13                    UNITED STATES DISTRICT JUDGE

          14

          15   APPEARANCES:

          16   For the Plaintiffs:       Barrios, Kingsdorf & Casteix, LLP
                                         BY:  DAWN BARRIOS, ESQ.
          17                             701 Poydras Street
                                         Suite 3650
          18                             New Orleans, Louisiana 70139

          19

          20   For the Plaintiffs:       Gainsburgh, Benjamin, David,
                                           Meunier & Warshauer, LLC
          21                             BY:  PALMER LAMBERT, ESQ.
                                         2800 Energy Centre
          22                             1100 Poydras Street
                                         New Orleans, Louisiana 70163-2800
          23

          24

          25
```

*OFFICIAL TRANSCRIPT*

09:32:57  1    Q.   Thank you.
09:32:59  2         If I didn't ask this already, does the literature
09:33:02  3    that you've reviewed support a dose response relationship with
09:33:06  4    Taxotere?
09:33:06  5    A.   Yeah, from the literature I reviewed, there is evidence
09:33:09  6    for a dose response.
09:33:17  7         MR. MICELI:  May I have a moment to speak to my --
09:33:20  8         THE COURT:  Sure.
09:33:21  9         MR. STRONGMAN:  Your Honor, may I just grab my
09:33:35 10    exhibits?
09:33:36 11         THE COURT:  Sure.
09:33:37 12    EXAMINATION BY MR. MICELI:
09:34:11 13    Q.   Now, Dr. Feigal, because this jury has been told that
09:34:15 14    A and C may have caused Ms. Earnest's lack of hair regrowth, I
09:34:21 15    have to ask you, have you reviewed -- in your review of all of
09:34:26 16    the scientific evidence and medical literature that's out
09:34:28 17    there, have you seen evidence that A or C has been related --
09:34:34 18    causally related to permanent irreversible hair loss, hair that
09:34:38 19    doesn't grow back when it's supposed to?
09:34:41 20    A.   I haven't seen evidence for causal relationship.  You'll
09:34:44 21    see those anecdotal cases that have been reported in the
09:34:48 22    published literature.
09:34:48 23    Q.   I just want to do a little bit of simple math with you,
09:34:53 24    based upon your chart.  Okay?  I guess I can look at it right
09:34:59 25    here.

*OFFICIAL TRANSCRIPT*