# EXHIBIT H

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2                 CASE NO. 2:16-cv-17039
 3
 4   ELIZABETH KAHN,                    ) VIDEOCONFERENCE
                                          VIDEOTAPED
 5                                      ) DEPOSITION OF:
                     Plaintiff,         )
 6                                      )
         v.                             ) ELLEN G.
 7                                      ) FEIGAL, M.D.
                                        )
 8   SANOFI S.A., SANOFI-AVENTIS        )
     U.S. L.L.C., SANOFI US SERVICE,    )
 9   INC., and AVENTIS-PHARMA S.A.,     )
                                        )
10                   Defendants.        )
     _____)
11
12               CONFIDENTIAL
13               TRANSCRIPT of the stenographic notes of
14   the proceedings in the above-entitled matter, as
15   taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
16   held via Zoom videoconference from multiple
17   locations, with the witness located at 11806 Barranca
18   Road, Santa Rosa Valley, California, on Friday,
19   April 10, 2020, commencing at 10:58 a.m.
20
21
22
23
24
25
```

CONFIDENTIAL

Page 85

1   is capable of causing PCIA, you did not analyze
2   whether Adriamycin, cyclophosphamide, Xeloda, Gemzar
3   or Avastin are also capable of causing PCIA.
4   Correct?
5            MR. MICELI:  Object to the form.
6        A.   I analyzed those drugs in the context of
7   answering the question about Taxotere.  I found no
8   evidence, to the degree I found it with Taxotere, for
9   general causation.  But no, I did not do general
10  causation analysis on any of the chemotherapy drugs,
11  other than Taxotere.
12       Q.   So let me try and understand --
13       A.   What I just said is a correct statement.
14       Q.   Okay.  So you did not perform a general
15  causation analysis on any other chemotherapy drugs
16  besides Taxotere.  Right?
17       A.   Yes.  But I did look at the drugs in the
18  regimen, and did my analysis based on the literature,
19  the randomized controlled clinical trials, and the
20  pharmacovigilance.
21       Q.   And so let's say hypothetically that you
22  reviewed a paper that had 50 cases of PCIA in
23  non-Taxotere regimens.  That would not be sufficient
24  for you to conclude that those drugs are capable of
25  causing PCIA.  Right?