# EXHIBIT L

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3     *******************************

 4    IN RE:  TAXOTERE (DOCETAXEL)

 5    PRODUCTS LIABILITY              MDL No. 2740

 6    LITIGATION                      Section: "N"(5)

 7                                    Judge Engelhardt

 8    This Document Relates to:    Mag. Judge North

 9    All Cases

10     *******************************

11

12          CONTINUED VIDEOTAPED DEPOSITION OF

13                   PIERRE MANCINI

14

15

16           Friday, October 12th, 2018

17                   8:30 a.m.

18

19        Held At:

20            DLA Piper UK LLP

21            160 Aldersgate Street

22            London, England

23

24    REPORTED BY:

25    Maureen O'Connor Pollard, RMR, CLR, CSR
```

```
 1   BY MR. MICELI:
 2        Q.    It's on Page 17 --
 3        A.    Yeah.
 4        Q.    -- of 181 --
 5        A.    So --
 6        Q.    -- "Safety Population."
 7        A.    So again, that document says that
 8   safety means a variable that indicate safety
 9   population, okay, and the document you show me
10   have "Safety" and a "Y" below it.  So whether
11   this represents the full safety population of
12   the study, you know, I cannot say that, you
13   know.  I mean --
14        Q.    Certainly.  I'm not representing to
15   you that it is the --
16        A.    So --
17        Q.    -- full population of the -- safety
18   population of the study.
19        A.    No.
20        Q.    But let me show you what was
21   Exhibit 25 to your deposition originally, and
22   this is the Table 7 from the final clinical
23   study report that we went over extensively.  And
24   at the top center of the page there's a date, 9
25   September, 2010.
```

```
 1              Do you see that?
 2              MR. DEPAZ:  Object to the form.
 3       A.     I see the document.
 4  BY MR. MICELI:
 5       Q.     Okay.  And that's Sanofi's final
 6  clinical study report that has a date of
 7  September of -- it says 9 September, 2010,
 8  correct?
 9              MR. DEPAZ:  Object to the form.
10       A.     That, I don't know.
11  BY MR. MICELI:
12       Q.     Well, it's what's on the page.
13       A.     Okay.  The date there says 9
14  September, 2010.
15       Q.     Sure.
16              And before you analyze data for a
17  clinical study report that's going to be
18  submitted to regulatory authorities, you have to
19  have a data lock date, correct?
20       A.     Yes.
21       Q.     Okay.  And the data lock date means
22  that you lock down the data fields in your
23  dataset for that clinical study, correct?
24       A.     We locked -- the database is locked,
25  yes.
```