# EXHIBIT M

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

      IN RE:  TAXOTERE         MDL NO. 2740
 4    (DOCETAXEL) PRODUCTS
      LIABILITY LITIGATION     SECTION: "H"
 5
                               JUDGE MILAZZO
 6    THIS DOCUMENT RELATES TO:
      ALL CASES                MAG. JUDGE NORTH
 7

 8

 9

10    * * * * * * * * * * * * * * * * * * * * * *

11          The videotaped CMO 36 trial preservation

12    deposition of DAVID B. MADIGAN, PH.D., VOLUME I,

13    taken in connection with the captioned cause,

14    pursuant to the following stipulations before RITA

15    A. DEROUEN, Certified Court Reporter, Registered

16    Professional Reporter, on November 14, 2022,

17    beginning at 9:57 a.m.

18

19

20

21

22

23

24

25
```

 1      A.  I did not.

 2      Q.  Okay.  All right.  When you look at the
 3   HER2 status of people who were positive, is there
 4   anything about the randomization of those two --
 5   of the HER2 status that would demonstrate
 6   objectively that people were sicker in one group
 7   or the other?

 8          MR. STRONGMAN:

 9              Objection; form.

10      A.  As I understand it -- I'm not an expert in
11   this.  As I understand it, having positive HER2
12   status is not a good thing.  So the two groups are
13   approximately balanced, slightly more in the FAC
14   group than the TAC group, but very closely -- you
15   know, closely balanced.

16   BY MR. MICELI:

17      Q.  Okay.  I'm going to ask this question a
18   little bit differently.  Did you look at the
19   randomization as to hypertension, anxiety, and
20   obesity?

21      A.  No.

22      Q.  Okay.  Now, once you have a locked
23   clinical trial dataset that is properly randomized
24   and the data is locked, is it ever appropriate to
25   go behind that locked clinical trial data to

```
 1   answer questions?
 2         MR. MERRELL:
 3              Objection; form.
 4      A.   Sorry, behind the lock?
 5   BY MR. MICELI:
 6      Q.   Well, what do you rely upon when you're
 7   analyzing a locked clinical trial dataset?
 8      A.   You're relying on the locked data, right.
 9   There's a process that led to -- you know, that
10   involved checking, rechecking every last item of
11   data in the clinical study at a moment in time
12   when the sponsor, the study sponsor, said I'm
13   done, this is it, this is the locked record of
14   this study.
15         It's hugely important in terms of the
16   regulation of drugs because those locked data lead
17   to regulatory decisions and drug approvals or
18   failure to approve.  But they're hugely important
19   in -- it is the central data source for decisions
20   that the regulator makes that then affects
21   people's lives.
22         So, you know, you cannot have, two years
23   later or two days later or 20 years later,
24   something -- you know, something coming back and
25   saying, never mind, you know, that wasn't actually
```

```
 1          A.   Broadly speaking, yeah, very similar
 2     studies.
 3          Q.   Did they -- was the follow-up done exactly
 4     the same in both?
 5          A.   I'm reluctant to say absolutely yes
 6     because there might be tiny differences, I don't
 7     know.  But generally speaking, these two studies
 8     are very, very similar.
 9          Q.   Okay.  Do the findings of your
10     metaanalysis support a conclusion that a
11     statistical -- strike that.
12               Do the findings of your metaanalysis
13     support your conclusion of a statistical
14     association and inference of causation between tax
15     -- between docetaxel and permanent
16     chemotherapy-induced alopecia?
17          MR. STRONGMAN:
18               Objection; form.
19          A.   Yes.
20     BY MR. MICELI:
21          Q.   Do you understand the question?
22          A.   Sorry, I said yes.
23          Q.   I'm sorry, you said yes.  Okay, thanks.
24               I want to show you -- if we could go to
25     Exhibit 6 of your -- of this deposition, the
```

 1    columns as you used for docetaxel?  Can you -- let
 2    me restate that.
 3            In conducting your FAERS analysis, did you
 4    use the exact same search criteria or analytic
 5    criteria to conduct the search for each of these
 6    chemotherapy drugs?
 7        A.  Yeah, I would refer to it as the end
 8    point.  So I used the exact same -- actually, the
 9    same computer program, the exact same code, run
10    the exact same analysis for each of these drugs in
11    turn.
12        Q.  Okay.  Did the findings of your FAERS
13    analysis support your conclusion of the
14    statistical association and inference of causation
15    between docetaxel and permanent
16    chemotherapy-induced alopecia?
17            MR. STRONGMAN:
18                Objection; form.
19        A.  Yes, it's important.
20    BY MR. MICELI:
21        Q.  Why is that?
22        A.  So it's good practice in these -- in
23    these -- when addressing these kind of questions
24    to look at different strands of evidence.  They
25    vary in terms of their force, their scientific

1  force. But it's good practice to look at
2  different strands of evidence. This is one of
3  them.
4      Q. Okay. In your experience in conducting
5  FAERS analyses, have you ever done this for
6  pharmaceutical companies?
7      A. Yes.
8      Q. Okay. Do pharmaceutical companies and the
9  FDA use these types of analyses to look for safety
10 signals?
11         MR. MERRELL:
12             Objection to form.
13     A. Yes.
14 BY MR. MICELI:
15     Q. And do they use these types of safety
16 signals to look for increased risk -- supporting
17 evidence of increased risk of side effects?
18         MR. MERRELL:
19             Object to the form.
20     A. Sorry, I missed the clause there.
21 BY MR. MICELI:
22     Q. Do drug companies and the FDA use the
23 FAERS analysis to look for both safety signals and
24 increased risks of causality or supporting
25 evidence of increased risk of causality related to

```
 1        A.   I do.
 2        Q.   And did the methodology that you employed,
 3   is it at all similar to what Dr. Hangai did in
 4   completing this clinical overview?
 5             MR. STRONGMAN:
 6                  Objection; form.
 7        A.   Yeah, at a sufficiently high level, it's
 8   similar.  She looked at different strands of
 9   evidence.
10   BY MR. MICELI:
11        Q.   Okay.  And concerning the clinical
12   trials -- strike that.
13             I'm going to talk -- you can put that
14   aside for a moment, Dr. Madigan.
15             The -- did your review of Sanofi's
16   pharmacovigilance database and the information
17   contained in it inform your opinion on -- pardon
18   me, I want to make sure I mention this correctly.
19   I don't want to operate off of memory.
20             Do your findings and review of the
21   pharmacovigilance database and your analysis of it
22   support your conclusion of a statistical
23   association and inference of causation between
24   docetaxel and PCIA?
25             MR. STRONGMAN:
```

```
 1                 Objection; form.
 2         A.   Yes.
 3    BY MR. MICELI:
 4         Q.   Now let's talk about the fourth and final
 5    strand of evidence that you mentioned earlier
 6    today, and that is the observational studies.  Can
 7    you tell us first -- we talked earlier today about
 8    what an observational study is.
 9              Can you tell us how you went about
10    selecting observational studies to review for your
11    analysis.
12         A.   So I conducted a search, I did this in
13    September 2019, of electronic databases of the
14    scientific literature, so PubMed, Embase, and
15    SCOPUS.  And I searched -- I searched those
16    databases for relevant studies so I can -- the
17    search terms are in my report.
18              And then I reviewed the hits, you know,
19    what came back from that search, and I identified
20    four -- four observational studies that were --
21    were germane.
22         Q.   For the benefit of the juries that may
23    watch this video, the jury that may watch this
24    video, can you tell us what your search terms were
25    and how you went about conducting that.
```