# EXHIBIT N

David B. Madigan, Ph.D.

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

    IN RE:  TAXOTERE          MDL NO. 2740

 4  (DOCETAXEL) PRODUCTS

    LIABILITY LITIGATION      SECTION: "H"

 5

                             JUDGE MILAZZO

 6  THIS DOCUMENT RELATES TO:

    ALL CASES                 MAG. JUDGE NORTH

 7

 8

 9

10     * * * * * * * * * * * * * * * * * * * * * * * *

11         The videotaped CMO 36 trial preservation

12     deposition of DAVID B. MADIGAN, PH.D., VOLUME II,

13     taken in connection with the captioned cause,

14     pursuant to the following stipulations before RITA

15     A. DEROUEN, Certified Court Reporter, Registered

16     Professional Reporter, on November 15, 2022,

17     beginning at 8:38 a.m.

18

19

20

21

22

23

24

25
```

David E. Madigan, Ph.D.

```
 1            Do you see that?
 2      A.  I do.
 3      Q.  And then I want you to turn to the page
 4  ending in 639.
 5      A.  Okay.
 6      Q.  Which -- here, I'll put it up on the
 7  screen.
 8      A.  39?
 9      Q.  It's up on the screen if you want to look
10  at it.
11      A.  I don't have it here.  I'll look at the
12  screen.  Oh, I do have it, never mind.  Okay.
13      Q.  Are you with me?
14      A.  Yep.
15      Q.  And we have a follow-up, right?  Follow-up
16  1, do you see that?
17      A.  I do.
18      Q.  And what's the date of this assessment in
19  the follow-up?
20      A.  March 11, 1998.
21      Q.  Or actually, it's --
22      A.  Oh, sorry, sorry, sorry.  November 3,
23  1998.
24      Q.  November 3, 1998, correct?
25            And so the follow-up as reflected on this
```

David E. Madigan, Ph.D.

1    page is November 3, 1998, correct?

2         A.   That's what it seems, yes.

3         Q.   And when we look back at this, the second

4    chart I showed you, the last follow-up for AE was

5    identified as November 3, 1998, correct?

6         A.   Yes.

7         Q.   And I want you to turn the page to the

8    chart for this follow-up for November 3, 1998, and

9    it lists follow-up for clinical adverse

10   experiences.

11        Do you see that?

12        A.   I see that.

13        Q.   Okay.  And alopecia is here.

14        What box is checked?

15        A.   So "status of adverse event experience:

16   No longer followed due to new chemotherapy regimen

17   startup."

18        Q.   Okay.  And so when you look at this page

19   of the report for patient 15002, what you can tell

20   is that as of November 3, 1998, it states that

21   alopecia was no longer followed due to new

22   chemotherapy regimen starting, correct?

23        A.   So it seems.

24        Q.   Right?  And that's what Box Number 3 on

25   this form means, correct?

David B. Madigan, Ph.D.

```
1          A.   Could be.

2          Q.   Okay.  And, again, that's consistent with

3     the second chart that we looked at, correct?

4          A.   What's consistent?  What do you mean?

5          Q.   Well, the date, the last follow-up for

6     adverse event, the date in the chart that we

7     looked at --

8          A.   Okay.

9          Q.   -- the second chart, matches what we're

10    seeing in the report, fair enough?

11         A.   Okay.

12         Q.   And then if you look forward a few pages,

13    there's a page that ends in 49.

14         A.   Yep.

15         Q.   And it indicates that this patient

16    actually started taking taxol, correct?

17         A.   Maybe, yeah.

18         Q.   And so what we know when you looked under

19    the data and you looked at the case report form is

20    that patient 15002 started on Taxotere and

21    ultimately started taking taxol, correct?

22         A.   Maybe.

23         Q.   At least based on the exhibit in front of

24    you, that's what it indicates, correct?

25         A.   Could be.  I don't know these types of
```

David E. Madigan, Ph.D.

```
 1    forms, but could be.
 2         Q.  And, obviously, the start date of taxol is
 3    after the start date for Taxotere, correct?
 4         A.  So it seems.
 5         Q.  And then if you look forward to what ends
 6    in page -- strike that.
 7              If you move forward to the page ending in
 8    54, let me know when you're there.
 9         A.  I'm there.
10         Q.  And this indicates a physical examination
11    and patient status as of what date?
12         A.  25th of July -- excuse me -- 2001.
13         Q.  And you would certainly agree this is well
14    after this patient started taking taxol, correct,
15    based on the exhibit in front of you?
16         A.  So it seems.
17         Q.  And this is after patient 15002 was no
18    longer followed for alopecia because that patient
19    started another chemotherapy, correct?
20              MR. MICELI:
21                   Object to the form.
22         A.  I don't know -- I cannot know that.  I saw
23    a form that you put in front of me that had that
24    box checked.  That's all I know.
25    BY MR. STRONGMAN:
```

1    junk out.  I want to try to use one with you as

2    well.  Have you heard the quote "Lies, damned

3    lies, and statistics"?

4        A.  Yes.

5        Q.  I think it was coined by Mark Twain,

6    wasn't it?

7        A.  I believe so.

8        Q.  Did statistics tell a true story about

9    this Crown study regarding the percentage of

10   people when you look at a non-statistically

11   significant group and compare -- of 12 people and

12   compare it to a group of 265 people, do you expect

13   it to show the truth about a drug?

14           MR. STRONGMAN:

15               Objection; form.

16       A.  So technically what I expect is that it

17   has very little statistical power.  So a study --

18   I haven't done the calculation, but, you know,

19   based on my experience, a study of this type

20   probably -- it has very little statistical power,

21   is unlikely to find an effect, if one is there.

22   BY MR. MICELI:

23       Q.  Okay.  I'm jumping around a little bit,

24   and I apologize, Dr. Madigan.  But when -- when

25   Mr. Strongman was questioning you and showing you

1    the documents about a patient in the TAX 316 study

2    that has been switched from Taxotere, or

3    docetaxel, to paclitaxel, and I believe -- I think

4    we've already gone through it.  It's back to

5    Exhibit 21 that he showed you --

6        A.   Correct.

7        Q.   -- where a patient was switched from

8    Taxotere, docetaxel, to paclitaxel and questioned

9    you that -- concerning whether or not that patient

10   should have been included in the number 29

11   demonstrated on Table 7 of the clinical study

12   report.

13        Do you recall those questions?

14       A.   I recall those questions in general, yes.

15       Q.   And is today the first time you've ever

16   been questioned about that?

17       A.   Not about this general issue.  I'm not

18   sure if I ever saw this document before,

19   Exhibit 21.  But the general issue I've certainly

20   been questioned about before.

21       Q.   Have you -- when have you been questioned

22   about that?

23       A.   Oh, I don't know exactly, but in prior

24   depositions.

25       Q.   Okay.  And based upon those prior -- that

David E. Madigan, Ph.D.

```
1    prior series of questioning on that topic, did you

2    go back and try to figure out how many patients in

3    the TAC arm and how many patients in the FAC arm

4    were switched from docetaxel to another

5    chemotherapy drug?

6        A.  Yes.

7        Q.  And what did -- what was that called in

8    your analysis when they were switched to a second

9    chemotherapy regimen?

10            MR. STRONGMAN:

11                Object to the form.

12       A.  I called it chemo 2.

13   BY MR. MICELI:

14       Q.  Okay.  And how many people received chemo

15   2 in the TAC arm?

16       A.  That I don't have at my fingertips.  I

17   could find -- I could recover that, do the

18   analysis again.

19       Q.  Let me ask you this:  How many people in

20   the 29 received chemo 2?

21       A.  Of the 29, nine of those patients were --

22   had chemo 2, what we're calling chemo 2.

23       Q.  And how many patients in the 16 on the FAC

24   arm received chemo 2?

25       A.  Also nine.
```

1    Q.  So if we take those nine people out, you

2    end up with 20 and 7, is that respectively -- for

3    TAC and FAC?

4    A.  Yes.

5    Q.  Okay.  And have you assessed whether such

6    a finding, 20 versus 7, is statistically

7    significant?

8    A.  Yes.

9         MR. STRONGMAN:

10             Objection; form and undisclosed

11        opinion.

12        THE COURT REPORTER:

13             I'm sorry, objection; form, what?

14        MR. STRONGMAN:

15             Undisclosed opinion.

16             Go ahead.

17    A.  So yes.  So I've done that analysis where

18    you just remove the patients who had second -- had

19    chemo 2, and, indeed, then the difference between

20    TAC and FAC is statistically significant.

21    BY MR. MICELI:

22    Q.  In TAX 316 alone?

23    A.  In TAX 316 alone.

24    Q.  Okay.  Just out of curiosity, because you

25    were questioned about whether or not you published