# EXHIBIT O

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2
     *******************************************************************
 3
     IN RE:  TAXOTERE (DOCETAXEL)
 4   PRODUCTS LIABILITY LITIGATION

 5                                       Docket No. 16-MD-2740
                                         Section H
 6                                       New Orleans, LA
                                         Tuesday, November 16, 2021
 7   Relates to:  Elizabeth Kahn
                  16-CV-17039
 8
     *******************************************************************
 9
                       TRANSCRIPT OF TRIAL PROCEEDINGS
10            HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                       UNITED STATES DISTRICT JUDGE
11                       DAY 6, MORNING SESSION

12
     APPEARANCES:
13
     FOR THE PLAINTIFF:              BACHUS & SCHANKER, LLC
14                                   BY:  DARIN L. SCHANKER, ESQ.
                                          J. KYLE BACHUS, ESQ.
15                                   101 W. Colfax Ave., Suite 650
                                     Denver, CO 80202
16
                                     GIBBS LAW GROUP, LLP
17                                   BY:  KAREN B. MENZIES, ESQ.
                                          ANDRE MURA, ESQ.
18                                   6701 Center Drive West, 14th Floor
                                     Los Angeles, CA 90045
19
                                     DAVID F. MICELI, LLC
20                                   BY:  DAVID F. MICELI, ESQ.
                                     P.O. Box 2519
21                                   Carrollton, GA 30112-0046

22                                   PENDLEY BAUDIN & COFFIN
                                     BY:  CHRISTOPHER L. COFFIN, ESQ.
23                                        JESSICA A. PEREZ, ESQ.
                                     2505 Energy Centre
24                                   1100 Poydras St.
                                     New Orleans, LA 70163
25
```

1  A.  I do.
2  Q.  Okay.  And so if you count up all of the numbers under the TAC
3  arm there, and it goes to the next page and then we have the FAC
4  arm.  If you count them up you're going to get the 29 and 16 that
5  you've talked about; fair enough?
6  A.  Okay.
7  Q.  And you know, Doctor, when it comes to defining ongoing
8  alopecia in this study, if somebody, like, had alopecia the last
9  time they were seen but then passed away, it could be considered
10 ongoing in this study, correct?
11 A.  Yeah.  It's through the end of follow-up for, you know, however
12 that ends.
13 Q.  And somebody could be given additional chemotherapy medication,
14 like Taxol for example if they had an allergic reaction to
15 Taxotere, but they could still be considered as ongoing for adverse
16 events in this study, correct?
17 A.  So they -- you know, somebody could have another round of
18 chemotherapy because of a relapse, so they, you know, they -- yeah,
19 and say their alopecia continued after that, they could be
20 considered as ongoing.  But to that specific point, that's actually
21 something I looked at.  There are 9 patients -- amongst the 29 and
22 the 16, 9 of these people had what's called "Chemo 2," and 9 of
23 these people had Chemo 2.  So it's 9 people -- 9 out of the 29 and
24 9 out of the 26.  So, you know, if -- if you were to not include
25 those people, if -- so I am not arguing for this -- but if you were

```
 1   to do that, you would then instead of having 29 and 16, you would
 2   have 20 and 9, which is, as it happens, is actually statistically
 3   significant in and of itself.
 4   Q.  Fair enough.  And, Doctor, my question was just that you could
 5   have somebody get additional chemotherapy that wasn't Taxotere and
 6   they could still be counted as ongoing in the chart?
 7   A.  Right.  And my answer was to say I'm aware of that and I did an
 8   analysis --
 9   Q.  Very good.
10   A.  -- to address that question.
11   Q.  And you could also have patients that are "lost to follow-up."
12   What's "lost to follow-up" mean?
13   A.  That you're lost to follow-up.  You know, it happens.  I don't
14   know if it happened in this study, but people moved city and can't
15   be found, stuff like that.
16   Q.  And you can have patients that are lost to follow-up that are
17   also counted as having ongoing adverse events in the study,
18   correct?
19   A.  You could.  I mean, the follow-up varied.  For, you know, many
20   of the patients it was eight, nine, ten years and for other
21   patients it was, you know, less than that.
22   Q.  And you could also have a situation where a patient, say, had
23   an allergic reaction, started a new chemotherapy, and so the study
24   didn't follow an adverse event after that point but did follow the
25   patient to see if they survived.  That could happen, correct?
```