# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-90059   Hickey v. Hospira  
                  USDC No. 2:16-MD-2740  
                  USDC No. 2:18-CV-4731  
                  USDC No. 2:16-CV-17583  
                  USDC No. 2:18-CV-194  
                  USDC No. 2:17-CV-12674  
                  USDC No. 2:18-CV-9799

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Shea E. Pertuit, Deputy Clerk  
504-310-7666

Ms. Dawn M. Barrios  
Mr. Timothy J. Becker  
Mr. Justin Lewis Bernstein  
Ms. Julie A. Callsen  
Mrs. Lori Gail Cohen  
Mr. Curtis Brooks Cutter  
Ms. Heidi Kaye Hubbard  
Mr. Matthew Palmer Lambert  
Ms. Carol L. Michel  
Mr. Richmond Turner Moore  
Mr. Andre M. Mura  
Mr. John F. Olinde  
Mr. Gregory E. Ostfeld  
Mr. Rashmi Parthasarathi  
Mr. Michael J. Ruttinger  
Mr. Everette Scott Verhine  
Honorable Jesse Wadell Wainwright  
Ms. Alyssa White

# United States Court of Appeals
# for the Fifth Circuit

———————

No. 22-90059

———————

A True Copy
Certified order issued Apr 05, 2023

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Tina Hickey; Hilda Adams; Gloria J. Cooper; Carol R. Woodson; Arquice Conley,

*Plaintiffs—Respondents*,

*versus*

Hospira, Incorporated; Hospira Worldwide, L.L.C., *formerly known as* Hospira Worldwide, Incorporated; Accord Healthcare, Incorporated; Sandoz Inc.,

*Defendants—Petitioners*.

———————

Motion for Leave to Appeal
from an Interlocutory Order
USDC Nos. 2:16-MD-2740, 2:18-CV-4731,
2:16-CV-17583, 2:18-CV-194,
2:17-CV-12674, 2:18-CV-9799

———————

UNPUBLISHED ORDER

Before Clement, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the opposed motion of Sandoz Inc., for leave to appeal from the interlocutory order of the United States District Court of

No. 22-90059

the Eastern District of Louisiana, entered on August 2, 2022, is DISMISSED for lack of jurisdiction.