UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION "H"(5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE JANE TRICHE MILAZZO |
| Anna Gallegos ) | |
| Case No.: 18-cv-14044 ) | MAG. JUDGE MICHAEL B. NORTH |
| ) | |

### SUGGESTION OF DEATH

Pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), the undersigned counsel hereby informs the Court of the death of the Plaintiff Anna Gallegos on or about September 15, 2021.

Counsel respectfully informs this Court that the next of kin, decedent's sister, may be opening an estate.

Dated: April 7, 2023               Respectfully submitted,

*/s/ Robert K. Finnell*
Robert K. Finnell
Ga. Bar #261575
THE FINNELL FIRM
P. O. Box 63
Rome, GA 30162-0063
Tel: (706) 235-7272
Fax: (706) 235-9461
bob@finnellfirm.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

| | |
|---|---|
| Dated: April 7, 2023 | Respectfully submitted, |
| | */s/ Robert K. Finnell* |
| | Robert K. Finnell |
| | Ga. Bar #261575 |
| | THE FINNELL FIRM |
| | P. O. Box 63 |
| | Rome, GA 30162-0063 |
| | Tel: (706) 235-7272 |
| | Fax: (706) 235-9461 |
| | bob@finnellfirm.com |
| | |
| | Attorney for Plaintiff |