**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "H" (5)
THIS DOCUMENT RELATES TO:
ALL CASES

*EX PARTE* **MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**
**IN SUPPORT OF MOTION TO RECONSIDER AND VACATE CMO 36**
**AND TO STRIKE GENERAL EXPERTS' IMPROPER TESTIMONY**

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis

U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to

file a Reply Memorandum in Support of Motion to Reconsider and Vacate CMO 36 and to Strike

General Experts' Improper Testimony.

WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Reply in

Support of its Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper

Testimony.

                                        Respectfully submitted,

                                        /s/ *Douglas J. Moore*
                                        Douglas J. Moore (Bar No. 27706)
                                        **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                        400 Poydras Street, Suite 2700
                                        New Orleans, LA  70130
                                        Telephone: 504-310-2100
                                        Facsimile:  504-310-2120
                                        dmoore@irwinllc.com

Harley Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-47p4-6550
Facsimile:  816-421-5547
hratliff@shb.com
abyard@shb.com

***Counsel for sanofi-aventis U.S., LLC and Sanofi US Services, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*