# REPLY MEMORANDUM
*Filed Under Seal*