UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER AND VACATE CMO 36 AND TO STRIKE GENERAL EXPERTS' IMPROPER TESTIMONY UNDER SEAL

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request leave of Court to file under seal their Reply Memorandum in Support of Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony (Rec. Doc. 15771-2).

Sanofi's Reply Memorandum in Support of this Motion contains excerpts from Sanofi's cross-examinations of Drs. Ellen Feigal and David Madigan during their CMO 36 preservation depositions. CMO 36 specifically provides for sequestration of the 505(b)(2) defendants' counsel during Sanofi's cross-examination at these depositions.[1] Thus, to make Sanofi's cross-examination public now would frustrate the Court's intent in including the sequestration provision in CMO 36. For these reasons, the Reply Memorandum in Support of this Motion must be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). In this matter, the entry of CMO 36 and the applicable

---

[1] Rec. Doc. 14925 (CMO 36) at 5.

case law mandate that Sanofi's Reply Memorandum in Support of its Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony be sealed.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART**
**MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Telephone: 504-310-2100
Facsimile:  504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*