## EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ INC.** |
| THIS DOCUMENT RELATES TO: <br><br> SANDRA TRAPP | Civil Action No.: 2:17-cv-10759 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 12th day of April, 2023

                                                                   The Maher Law Firm

                                                                   */s/ Jason R. Fraxedas*
                                                                   Jason R. Fraxedas, Esq.
                                                                   Florida Bar #63887
                                                                   jrfraxedas@maherlawfirm.com
                                                                   398 West Morse Blvd. Suite 200
                                                                   Winter Park, FL 32789
                                                                   (407) 839-0866
15                                                               *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

        I hereby certify that on April 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 12, 2023        /s/__*Jason R. Fraxedas*_____

        Jason R. Fraxedas