# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL<br>WITH PREJUDICE AS TO ALL<br>EXCEPT ACCORD HEALTHCARE,<br>INC.<br><br>Civil Action No.: 2:20-cv-2820 |
| THIS DOCUMENT RELATES TO:<br><br>PATTY SEEKAMP | | |

_____

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice ofPartial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 18th day of April, 2023.

                                                   Respectfully submitted,

                                                 /s/ *Tyler Love*
                                               Tyler Love
                                               GA Bar No.: 940419
                                               Roden Law
                                               333 Commercial Drive
                                               Savannah, GA 31406
                                               912-303-5850
                                               tlove@rodenlaw.com

                                               Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>April 18, 2023</u>                                                                    <u>/s/ Tyler Love</u>