IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Lederle Taylor, Case No. 2:16-cv-17917* | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**AN AMENDED COMPLAINT**

Plaintiff, by and though counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion.

Dated April 21, 2023

                                                                     Respectfully submitted,

                                                                     THE MAHER LAW FIRM, P.A.

                                                                     /s/Jason R. Fraxedas_____
                                                                     Jason R. Fraxedas (FL Bar # 63887)
                                                                     398 West Morse Blvd. Suite 200
                                                                     Winter Park, FL 32789
                                                                     Telephone: (407) 839-0866
                                                                     Facsimile: (407) 425-7958
                                                                     jrfraxedas@maherlawfirm.com

                                                                   ***Attorney for Plaintiff***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 21, 2023　　　　　　　　　　/s/Jason R. Fraxedas_____
　　　　　　　　　　　　　　　　　　　　Jason R. Fraxedas