**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740
PRODUCTS LIABILITY LITIGATION |
| SECTION "N" (5)
| JUDGE ENGELHARDT
| MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
*Lederle Taylor, Case No. 2:16-cv-17917*

---

<u>**MEMORANDUM IN SUPPORT OF**</u>
<u>**PLAINTIFF'S MTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**</u>

COMES NOW Plaintiff Lederle Taylor, by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(A)(2), respectfully moves the Court for leave to amend her Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Western District of Louisiana on December 2, 2016 (*Taylor v. Sanofi A.S., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S.* Case No: 2:16-cv-01666-JTT-KK), the case was then transferred into the Eastern District of Louisiana and an amended short Form Complaint was filed on May 31, 2017 (*Taylor v. Sanofi A.S., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S.* Case No: 2:16-cv-17917) and Plaintiff served Defendants pursuant to PTO 9.

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. R. 15 (A)(2). Justice requires an amendment in this case. Plaintiff was not aware that Hospira, Inc., had been the manufacturer of her chemotherapy. Plaintiff wishes to amend her

complaint to include Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as the only Defendants. Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, Sanofi does not oppose, but Hospira intends to oppose this motion.

For the reasons stated herein, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

DATED: April 21, 2023

Respectfully submitted,

THE MAHER LAW FIRM, P.A.

/s/Jason R. Fraxedas
Jason R. Fraxedas (FL Bar # 63887)
398 West Morse Blvd. Suite 200
Winter Park, FL 32789
Telephone: (407) 839-0866
Facsimile: (407) 425-7958
jrfraxedas@maherlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 21, 2023                    /s/Jason R. Fraxedas
                                          Jason R. Fraxedas