UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS EXCEPT DEFENDANTS HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>LOUISE D. WHITEHEAD v. SANOFI US SERVICES INC. F/KA SANOFI-AVENTIS U.S. INC., ET AL., Case No. 2:17-cv-10447 | Civil Action No.: 2:17-cv-10447 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff Louise D. Whitehead's claims against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S. *only* in the above-captioned action in the Taxotere (Docetaxel) Products Liability Litigation, MDL 2740, be dismissed with prejudice, each party to bear its own costs. Plaintiff is not dismissing her claims against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. or Hospira, Inc.

Dated this 21th day of April 2023.

1

**WILLIAMS HART BOUNDAS, LLP**

     */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS HART BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com

*Attorney for Plaintiff*