## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL<br>WITH PREJUDICE AS TO ALL<br>EXCEPT CERTAIN DEFENDANTS<br><br>Civil Action No.: 2:18-cv-07959 |
| THIS DOCUMENT RELATES TO:<br><br>*Suzanne Wease v. Sanofi-Aventis US LLC, et al.* | | |

------------------------------------------------------------------------

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT ACCORD HEALTHCARE, INC.

Pursuant to CMO 12A, Plaintiff dismisses Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: April 21, 2023

RESPECTFULLY SUBMITTED,

**TRACEY FOX WALTERS & KING**

*/s/ Clint Casperson*
Clint Casperson
State Bar No. 24075561
440 Louisiana, Suite 1901
Houston, Texas  77002
713-495-2333 Telephone
713-495-2331 Facsimile
ccasperson@traceylawfirm.com

**ATTORNEY FOR PLAINTIFF**

1

**CERTIFICATION OF SERVICE**

      I hereby certify that on April 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

Dated: April 21, 2023                      **RESPECTFULLY SUBMITTED,**

                                                  **TRACEY FOX WALTERS & KING**

                                                  */s/ Clint Casperson*
                                                  Clint Casperson
                                                  State Bar No. 24075561
                                                  440 Louisiana, Suite 1901
                                                  Houston, Texas   77002
                                                  713-495-2333 Telephone
                                                  713-495-2331 Facsimile
                                                  ccasperson@traceylawfirm.com

                                                  **ATTORNEY FOR PLAINTIFF**