UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases. | | |

## ORDER

Before the Court is a Motion for Leave to File Reply Memorandum in Support of Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony (Doc. 15771) and a Motion for Leave to File Reply Memorandum in Support of Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony Under Seal (Doc. 15772) filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's Office is instructed to file Sanofi's Reply Memorandum (Doc. 15771-2) **UNDER SEAL**.

New Orleans, Louisiana, this 12th day of April, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**