UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Arquice Conley v. Sandoz Inc.*,<br>Civil Case No. 2:18-cv-9799 | MDL No. 2740<br><br>Section:  "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |

## SANDOZ INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO TAX COSTS

**NOW INTO COURT**, through undersigned counsel, comes Defendant Sandoz Inc. ("Sandoz"), who respectfully moves this Court for leave to file a Reply Memorandum in Support of its March 27, 2023 Motion to Tax Costs [ECF 15727].

WHEREFORE, Sandoz respectfully requests that this Court grant leave to file its Reply in Support of its Motion to Tax Costs.

Dated:  April 24, 2023

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Evan C. Holden*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2212 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

*Attorneys for Sandoz Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2023, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                                              */s/ Evan C. Holden*
                                                              Evan C. Holden

*ACTIVE 686961594v1*