UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases. | ) | |

## ORDER

**IT IS ORDERED** that the next Lead and Liaison Counsel Conference is **SET** for Thursday, June 22, 2023, at 9:00 a.m.

New Orleans, Louisiana, this 26th day of April, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE