UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| Arquice Conley, 18-9799 | ) | |

## ORDER

Before the Court is a Motion for Leave to File Reply Memorandum in Support of Motion to Tax Costs (Doc. 15786) filed by Defendant Sandoz Inc.;

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's Office is instructed to file the Reply Memorandum (Doc. 15786-2) into the record.

New Orleans, Louisiana, this 1st day of May, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE