IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Carl Miller, on behalf of his deceased wife, Charity Miller Case No. 2:17-cv-2265* | |

## MEMORANDUM IN SUPPORT OF
## PLAINTIFF'S MTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff Carl Miller, on behalf of his deceased wife, Charity Miller, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(A)(2), respectfully moves the Court for leave to amend his Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on March 17, 2017 (*Miller v. Sanofi A.S., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S.* Case No: 2:17-cv-2265), and Plaintiff served Defendants pursuant to PTO 9.

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. R. 15 (A)(2). Justice requires an amendment in this case. Plaintiff was not aware that Hospira, Inc., had been the manufacturer of Charity Miller's chemotherapy. Plaintiff wishes to amend his complaint to include Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. as the only Defendants. Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, Sanofi does not oppose, but Hospira intends to oppose this motion.

For the reasons stated herein, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

DATED: May 1, 2023

Respectfully submitted,

THE MAHER LAW FIRM, P.A.

/s/Jason R. Fraxedas_____
Jason R. Fraxedas (FL Bar # 63887)
398 West Morse Blvd. Suite 200
Winter Park, FL 32789
Telephone: (407) 839-0866
Facsimile: (407) 425-7958
jrfraxedas@maherlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 1, 2023         /s/Jason R. Fraxedas_____
                            Jason R. Fraxedas