IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE ENGELHARDT <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> *Lederle Taylor, Case No. 2:16-cv-17917* | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
AN AMENDED COMPLAINT**

Plaintiff, by and though counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion.

Dated May 1, 2023

                                              Respectfully submitted,

                                              THE MAHER LAW FIRM, P.A.

                                              /s/Jason R. Fraxedas_____
                                              Jason R. Fraxedas (FL Bar # 63887)
                                              398 West Morse Blvd. Suite 200
                                              Winter Park, FL 32789
                                              Telephone: (407) 839-0866
                                              Facsimile: (407) 425-7958
                                              jrfraxedas@maherlawfirm.com

                                              ***Attorney for Plaintiff***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 1, 2023                             /s/Jason R. Fraxedas_____
                                                       Jason R. Fraxedas