# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Ladina Vonner
Case No.: 2:16-md-02740

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Ladina Vonner files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Ladina Vonner died on or about 27th of January 2020, during the pendency of this civil action.

Respectfully Submitted,

Dated: May 1, 2023          **JOHNSON BECKER, PLLC**

<u>s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on May 1, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
