UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This Document Relates to:** ) <br> Karen Ahoe, 19-13928 ) <br> Dorothy Malone, 16-17101 ) <br> Abigail Sandler, 16-15507 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

On October 3, 2022, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. (collectively "Hospira"), and Pfizer, Inc. filed a Motion to Dismiss certain cases, including those captioned above, for failure to comply with Case Management Order No. 35 (Doc. 14770). Thereafter, Hospira and Pfizer filed a Motion to Withdraw the three above-captioned cases from their Motion to Dismiss (Doc. 14970). The Motion to Withdraw was granted on October 24, 2022 (Doc. 14979). It has been brought to the Court's attention, however, that on December 29, 2022, the Clerk's Office closed the above-captioned cases in error. Accordingly;

**IT IS ORDERED** that the Clerk's Office is instructed to **REINSTATE** the following cases:

- Karen Ahoe, 19-13928
- Dorothy Malone, 16-17101
- Abigail Sandler, 16-15507

New Orleans, Louisiana, this 2nd day of May, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**