UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION ""N" (5) HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Glenda Simmons v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* C.A. No: 2:17-cv-15387 | | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Federal Rules of Civil Procedure 25(a)(1), the undersigned counsel hereby informs the Court of the death of Plaintiff, Glenda Simmons, on April 21, 2020.

Dated: May 3, 2023

**WILLIAMS HART BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      DATED: May 3, 2023

      **WILLIAMS HART BOUNDAS , LLP**

      By: */s/ Brian A. Abramson*
      Brian A. Abramson, Esq.
      Texas Bar No. 24050193
      8441 Gulf Freeway, Suite 600
      Houston, TX 77017
      Telephone: (713) 230-2200
      Facsimile: (713) 643-6226
      Email: babramson@whlaw.com
      *Attorney for Plaintiff*