UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Carol Winkel, | **MDL NO. 2740** |
| Plaintiff, | **Civil Action No. 2:17-cv-06659** |
| v. | |
| Sanofi Aventis, S.A. et al. | |
| Defendant(s). | |

## SUGGESTION OF DEATH

In accordance with Rule 25(a), Nicholas Gregory Winkel, who will serve as the Personal Representative of the Estate of Carol Winkel, notes the death during pendency of this action of Carol Winkel, Plaintiff in the above styled and numbered cause.

Dated, May 4, 2023.

    Respectfully submitted,

    NICHOLAS GREGORY WINKEL
    PERSONAL REPRESENTATIVE OF
    THE ESTATE OF CAROL WINKEL

    By: */s/E. Scott Verhine*
    E. Scott Verhine
    Verhine & Verhine, PLLC
    1013 Adams Street
    Vicksburg MS  39183
    Telephone: (601) 636-0791
    Fax: (601) 636-2718
    scott@verhine.biz
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, a true and correct copy of the Suggestion of Death was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

Dated May 4, 2023                                                     Respectfully submitted,

By: */s/E. Scott Verhine*
E. Scott Verhine
Verhine & Verhine, PLLC
1013 Adams Street
Vicksburg MS  39183
Telephone: (601) 636-0791
Fax: (601) 636-2718
scott@verhine.biz
***Counsel for Plaintiff***