UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**

Carol Winkel,                                                **MDL NO. 2740**

    Plaintiff,                                         **Civil Action No. 2:17-cv-06659**

 v.

Sanofi Aventis, S.A. et al.

    Defendant(s).

## MOTION FOR SUBSTITION OF PARTY

COMES NOW, Nicholas Gregory Winkel, Personal Representative of the Estate of Carol Winkel and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as a Plaintiff in this action based on the death of Plaintiff.

A Notice/Suggestion of Death was filed in this matter on May 4, 2023 (ID #15803).

Dated, May 4, 2023.

                                          Respectfully submitted,

                                          NICHOLAS GREGORY WINKEL
                                          PERSONAL REPRESENTATIVE OF
                                          THE ESTATE OF CAROL WINKEL

                                          By: */s/E. Scott Verhine*
                                          E. Scott Verhine
                                          Verhine & Verhine, PLLC
                                          1013 Adams Street
                                          Vicksburg MS  39183
                                          Telephone: (601) 636-0791
                                          Fax: (601) 636-2718
                                          scott@verhine.biz
                                          *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2023, a true and correct copy of the Motion to Substitute Party was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

Dated May 4, 2023                                          Respectfully submitted,

By: */s/E. Scott Verhine*
E. Scott Verhine
Verhine & Verhine, PLLC
1013 Adams Street
Vicksburg MS  39183
Telephone: (601) 636-0791
Fax: (601) 636-2718
scott@verhine.biz
*Counsel for Plaintiff*