UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION**

Carol Winkel,                                                                **MDL NO. 2740**

    Plaintiff,                                                               **Civil Action No. 2:17-cv-06659**

  v.

Sanofi Aventis, S.A. et al.

    Defendant(s).

## ORDER

THE COURT, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, and finding that a Suggestion of Death was filed in this matter on May 4, 2023, does find the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AN DECREED that Plaintiff Nicholas Gregory Winkel, Personal Representative of the Estate of Carol Winkel, is substituted for Plaintiff Carol Winkel.

Signed this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE