UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : |
| MARCELLA LACY, | : MDL NO. 2740 |
| Plaintiff(s), | : : |
| | : Civil Action No.: 2:18-cv-8404 |
| vs. | : : |
| | : |
| SANOFI-AVENTIS U.S., LLC ET AL., | : : |
| Defendant(s). | : : |

## SUGGESTION OF DEATH

In accordance with Rule 25(a), Torri Naeem, who will serve as the Personal Representative of the Estate of Marcella Lacy, notes the death during pendency of this action of Marcella Lacy, Plaintiff in the above styled and numbered cause.

Dated, May 4, 2023.

                                                                                            Respectfully submitted,

                                                                                           /s/ *David L. Friend*
                                                                                           David L. Friend, Esq.
                                                                                           HISSEY, MULDERIG & FRIEND, PLLC
                                                                                           1504 West Avenue
                                                                                           Austin, Texas 78701
                                                                                           (512) 320-9100
                                                                                           (512) 320-9101 (fax)
                                                                                           dfriend@hmf-law.com

                                                                                           ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 4, 2023, a true and correct copy of the Suggestion of Death was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

              */s/ David L. Friend*
              David L. Friend, Esq.
              HISSEY, MULDERIG & FRIEND, PLLC
              1504 West Avenue
              Austin, Texas 78701
              (512) 320-9100
              (512) 320-9101 (fax)
              dfriend@hmf-law.com

              ATTORNEYS FOR PLAINTIFFS