# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | |
| : | |
| MARCELLA LACY                        , : | MDL NO. 2740 |
| : | |
| Plaintiff(s), : | |
| : | Civil Action No.:  2:18-cv-8404 |
| vs. : | |
| : | |
| SANOFI-AVENTIS U.S., LLC ET AL.       , : | |
| : | |
| Defendant(s). : | |
| ------------------------------------------------------------ : | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Tori Naeem, Personal Representative of the Estate of Marcella Lacy and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as a Plaintiff in this action based on the death of Plaintiff.

A Notice/Suggestion of Death was filed in this matter on May 4, 2023 (ID #15806).

Dated, May 4, 2023.

                                                                                                 Respectfully submitted,

                                                                                                 /*s/ David L. Friend*                        
                                                                                                 David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND, PLLC
1504 West Avenue
Austin, Texas 78701
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, a true and correct copy of the Motion to Substitute Party was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

/s/ David L. Friend
David L. Friend, Esq.
HISSEY, MULDERIG & FRIEND, PLLC
1504 West Avenue
Austin, Texas 78701
(512) 320-9100
(512) 320-9101 (fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS