**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | |
| MARCELLA LACY, : | MDL NO. 2740 |
| Plaintiff(s), : | |
| : | Civil Action No.: 2:18-cv-8404 |
| vs. : | |
| SANOFI-AVENTIS U.S., LLC ET AL., : | |
| Defendant(s). : | |

**PROPOSED ORDER**

THE COURT, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, and finding that a Suggestion of Death was filed in this matter on May 4, 2023, does find the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AN DECREED that Plaintiff Torri Naeem, Personal Representative of the Estate of Marcella Lacy, is substituted for Plaintiff Marcella Lacy.

Signed this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE