# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| **This document relates to:**  ) | |
| Marcella Lacy, 18-8404  ) | |

## ORDER

Before the Court is a Motion for Substitution of Party (Doc. 15807);

**IT IS ORDERED** that the Motion is **GRANTED** and that Tori Naeem, on behalf of Marcella Lacy, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 5th day of May, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**