**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : | MDL NO. 2740 |

IN RE: TAXOTERE (DOCETAXEL)                 :        MDL NO. 2740
PRODUCTS LIABILITY LITIGATION               :
                                            :        SECTION "H" (5)
                                            :        JUDGE MILAZZO
                                            :        MAG. JUDGE NORTH
                                            :
                                            :        **NOTICE OF PARTIAL**
                                            :        **DISMISSAL WITH PREJUDICE**
                                            :        **AS TO HOSPIRA, INC. AND**
                                            :        **HOSPIRA WORLDWIDE, LLC**
                                            :        **f/k/a HOSPIRA WORLDWIDE,**
                                            :        **INC.**
THIS DOCUMENT RELATES TO:                   :
                                            :        Civil Action No.: 2:18-cv-06296
Karen Shore vs.                             :
Hospira, Inc., Hospira Worldwide, LLC, et al. :
                                            :

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 5th day of May, 2023.

s/ *Michael P. McGartland*
Michael P. McGartland
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile: (817) 332-9301
mike@mcgartland.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I electronically filed the foregoing with the Clerk of

the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.

Dated this 5th day of May, 2023.

s/ *Michael P. McGartland*
Michael P. McGartland