# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case No. 2:16-md-2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:** Betty Ashley, \qquad Plaintiff, v. Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc. \qquad Defendants. | Case No. 2:18-cv-08992 **Motion to Substitute Party Plaintiff** |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Betty Ashley.

| | |
|---|---|
| Dated: May 5, 2023 | /s/ Rhett A. McSweeney _____ Rhett A. McSweeney David M. Langevin McSweeney Langevin 2116 2nd Avenue South Minneapolis, Minnesota 55404 Phone: (612) 746-4646, ext. 1567 Email: filing@westrikeback.com **Attorney for Plaintiff** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 5, 2023                             /s/ Rhett A. McSweeney            _____
                                               Rhett A. McSweeney
                                               David M. Langevin
                                               McSweeney Langevin
                                               2116 2nd Avenue South
                                               Minneapolis, Minnesota 55404
                                               Phone: (612) 746-4646, ext. 1567
                                               Email: filing@westrikeback.com
                                               **Attorney for Plaintiff**