UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | Case No. 2:16-md-2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:**<br>**Betty Ashley,**<br>    Plaintiff,<br>v.<br>**Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.**<br>    Defendants. | Case No. 2:18-cv-08992<br><br><br>**Motion to Substitute Party Plaintiff** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Betty Ashley, and files this motion to substitute her surviving next of kin, Edward Ashley, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Betty Ashley, filed the present action in the United States District Court for the Eastern District of Louisiana on September 27, 2018.

2. Plaintiff Betty Ashley died on September 17, 2019.

3. On May 5, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 15812. Plaintiff's counsel recently learned the death of Betty Ashley after filing the lawsuit.

4. Edward Ashley, surviving spouse of Betty Ashley, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Betty Ashley and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the

1

claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Christopher Simpson as the proper party plaintiff in this action.

Respectfully submitted this 5th day of May, 2023.

/s/ Rhett A. McSweeney
Rhett A. McSweeney
David M. Langevin
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: filing@westrikeback.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 5, 2023                                 /s/ Rhett A. McSweeney_____
                                                                               Rhett A. McSweeney