**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **Case No. 2:16-md-2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH** |

---

| | |
|---|---|
| **This Document Relates to Plaintiff:** | **Case No. 2:18-cv-08992** |
| **Betty Ashley,** | |
| **Plaintiff,** | **Proposed Order** |
| **v.** | |
| **Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.** | |
| **Defendants.** | |

---

**ORDER**


IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Edward Ashley, on behalf of the Estate of Betty Ashley, is substituted as Plaintiff in the above referenced action.


SO ORDERED this _____ day of _____, 2023.


_____
Judge Jane Milazzo, U.S. District Judge