UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Tonette McManus v. Sanofi-Aventis U.S. LLC, et al.* | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO DEFENDANTS HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.**<br><br>**Civil Action No.: 2:18-cv-12707** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Inc.in this matter, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

| | |
|---|---|
| Dated this 8th day of May, 2023 | Respectfully submitted,<br><br>WENDT LAW FIRM, P.C.<br><br>**/s/Samuel M. Wendt**<br>Samuel M. Wendt, MO Bar# 53573<br>4717 Grand Avenue, Ste 130<br>Kansas City, MO 64112<br>Phone: (816) 531-4415<br>Email: sam@wendtlaw.com<br>ATTORNEY FOR PLAINTIFF |

1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 8, 2023                           */s/ Samuel M. Wendt*
                                                      Samuel M. Wendt