UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| All Cases | **ORDER ON DEADLINES FOR JULY 11, 2023 SHOW CAUSE HEARING** |

The Court has set a show cause hearing for July 11, 2023, at 9:30 a.m. pursuant to PTO 22A to address both Product ID and Plaintiff Fact Sheet deficiencies. *See* Minute Entry, Rec. Doc. 15752.[1] In accordance with Case Management Order No. 12A (entered July 24, 2018 amending the initial CMO 12 governing Product Identification entered on Jan. 12, 2018), Plaintiffs are required to "make a diligent, good faith, and documented effort" to determine Product ID information (¶ 2). Evidence presumed to be sufficient to establish Product ID is set forth at paragraph 6 of CMO 12A, and Plaintiffs are to upload the Product ID information to MDL Centrality (¶ 7). Any Plaintiff who fails to comply is subject to dismissal pursuant to PTO 22A (¶ 11). For any Plaintiff lacking Product ID information following compliance with Paragraphs 1-5 of CMO 12A, discovery limited in scope to determine Product ID information is then authorized for a period of 120 days (¶ 12). If Product ID is not determined, any Plaintiff continuing to lack

---

[1] On April 28, 2023, Defendants served upon Plaintiffs a Notice of Non-Compliance identifying cases with PFS deficiencies under PTO 22A. The process and deadlines set forth in PTO 22A for responding to these deficiencies apply to these cases.

Product ID may then "be brought to the attention of the Court for appropriate adjudication" (¶ 12). In addition, the Addendum to CMO 12A entered on December 6, 2022 (Rec. Doc. 15287) identifies the documents outside the parameters of CMO 12A to be considered by the Court in adjudicating Product ID deficiencies and a 30-day time period for Plaintiffs to obtain the same.

On March 8, 2023, the parties entered a Stipulation Regarding Rollover of Certain Cases Subject to March 14, 2023 Order to Show Cause Hearing, Rec. Doc. 15662.  On March 14, 2023, the Court held a show cause hearing, and following the expiration of the additional time set forth to produce Product ID, the parties agreed to rollover four of the identified cases.  On March 20 and March 24, 2023, Defendants served upon Plaintiffs Notices of Non-Compliance identifying cases with CMO 12A Product ID deficiencies, including Rollovers from the April 28, May 2, July 12, September 13, 2022, and March 14, 2023 show cause hearings.  Consistent with this Court's previous orders, each Plaintiff identified is ORDERED to comply with CMO 12A by obtaining Product ID information consistent with CMO 12A, uploading such results to MDL Centrality, and dismissing all Defendants for whom that Plaintiff does not have Product ID.

**DEADLINES**

Any Plaintiff who does not plan to show cause or appear to object must notify Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios at taxotere@bkc-law.com, by May 26, 2023.  Any Plaintiff who plans to object and be heard on July 11, 2023 must provide her objection and the basis (including any documentation supporting the same) to Plaintiffs' Co-Liaison Counsel by May 26, 2023.  Plaintiffs' Co-Liaison Counsel shall identify both categories of cases, including providing the objections and documentation, to Defendants on a rolling basis, but no later than May 31, 2023.  Defendants will serve their position on the evidence submitted using the agreed upon format by June 8, 2023.  Plaintiffs will serve their position on the evidence using the agreed

upon format by June 13, 2023. Defendants will serve their 14-day list on June 27, 2023, in accordance with PTO 22A.

Documentation of unsuccessful efforts to obtain Product ID does not satisfy Plaintiff's obligations under this Order or CMO 12A, nor exempt a Plaintiff from dismissal for failure to establish Product ID.

On or before July 7, 2023, Defendants will provide final hearing lists to the Court identifying 1) those Plaintiffs objecting, the substance of their objections, and the parties' respective positions on the evidence submitted; and 2) those Plaintiffs who do not plan to appear and object.

New Orleans, Louisiana, on this 8th day of May, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**