UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740  SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| Cases Listed on Exhibit A | : | |

## ORDER

On March 14, 2023, the Court held a show cause hearing and following the same, issued a Minute Entry (Doc. 15703). The Minute Entry included a "Non-Compliance List," and ordered the cases listed thereon to provide Show Cause Counsel evidence of their efforts to obtain Product Identification Evidence as required by Case Management Order No. 12A (Rec. Doc. 3492) and the Addendum to Case Management Order No. 12A (Rec. Doc. 15287), within seven (7) days. *See* Minute Entry (Rec. Doc. 15703) and 1-2, 6-7. Upon expiration of the seven-day period for commencing efforts, the plaintiffs were to produce such Product Identification Evidence within thirty (30) days. The cases listed on the attached Exhibit A were included on the Non-Compliance List attached to the Court's Minute Entry and failed to comply with the Order as issued. Thus, these cases are subject to dismissal. Accordingly;

**IT IS ORDERED** that the cases listed on the attached Exhibit A are **DISMISSED WTH PREJUDICE** for failure to comply with this Court's Order.

New Orleans, Louisiana, on this 8th day of May, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Plaintiff Name | MDL Docket No. | Plaintiff's Counsel |
|---|---|---|
| Moran, Joann | 17-cv-14156 | Shaw Cowart |
| Navarro, Teri | 18-cv-01846 | Gibbs Law Group |
| Ceraio, Yvonne | 19-cv-10846 | Marc J. Bern & Partners LLP |
| Rathgeber, Cindy | 18-cv-11917 | Marc J. Bern & Partners LLP |
| Wheeler, Mary | 19-cv-02221 | Marc J. Bern & Partners LLP |
| White, Shavonne | 18-cv-11228 | Marc J. Bern & Partners LLP |
| McCord, Judith | 18-cv-12773 | Niemeyer, Grebel & Kruse |
| Henderson, Cindra | 19-cv-01220 | Pendley, Baudin & Coffin |
| Kettles, Sharon | 17-cv-11692 | Pendley, Baudin & Coffin |
| Washington, Deirdra | 17-cv-06903 | Pendley, Baudin & Coffin |
| Horne, Nancy | 19-cv-13474 | Reyes Brown Reilley |
| Lewis, Jackquelin | 19-cv-13739 | Reyes Brown Reilley |
| Marcos-Mendez, Ethel | 18-cv-12385 | Reyes Brown Reilley |
| Pastore, Alyssa | 18-cv-12137 | Reyes Brown Reilley |
| Vincent, Victoria | 18-cv-12216 | Reyes Brown Reilley |
| Walker, Holleigh | 19-cv-13118 | Reyes Brown Reilley |
| Giglio, Janice | 17-cv-11901 | SCOTT VICKNAIR LLC |
| Maxwell, Velesta W. | 17-cv-16718 | SWMW Law |
| Scott, Mary Elaine | 16-cv-17587 | Whitfield Bryson & Mason LLP |
| Atwell, Patricia | 20-cv-00219 | SCOTT VICKNAIR LLC |
| Ayala, Mandi | 17-cv-08970 | Lowe Law Group |
| Huey, Elaine | 19-cv-04829 | Tracey & Fox |