IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* Sharon Lawrence and Allen Lawrence v. Sanofi-Aventis U.S. LLC | : : : : | JUDGE MILAZZO |
| Civil Action No. 2:17-cv-17723 | : : : | MAG. JUDGE MICHAEL NORTH |

### NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Sharon Lawrence.

Dated this 9th day of May, 2023.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:  (817) 332-9300
Facsimile:  (817) 332-9301
mike@mcgartland.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2023, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:  /s/ *Michael P. McGartland*
         Michael P. McGartland