# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Annette Washington
Case No.: 2:17-cv-09494

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Annette Washington files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Annette Washington died on or about September 19, 2022, during the pendency of this civil action.

Respectfully Submitted,

Dated: May 12, 2023
                                  **JOHNSON BECKER, PLLC**

                                  s/ Lisa Ann Gorshe
                                  Lisa Ann Gorshe, Esq. (MN Bar #029522X)
                                  Johnson Becker, PLLC
                                  444 Cedar Street, Suite 1800
                                  Saint Paul, MN 55101
                                  Phone: (612) 436-1800
                                  Fax: (612) 436-1801
                                  lgorshe@johnsonbecker.com

                                  **Attorney for Plaintiff**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 12, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

<u>/s/ Lisa Ann Gorshe</u>
Lisa Ann Gorshe, Esq.