# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | Case No. 2:16-md-2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:**<br>Sallie Phillips,<br>    Plaintiff,<br>v.<br>Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.<br>    Defendants. | Case No. 2:19-cv-11976<br><br>**Motion to Substitute Party Plaintiff** |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Sallie Phillips.

Dated: May 12, 2023

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
David M. Langevin
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: filing@westrikeback.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 12, 2023    */s/ Rhett A. McSweeney*  _____
Rhett A. McSweeney
David M. Langevin
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: filing@westrikeback.com
  **Attorney for Plaintiff**