# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | Case No. 2:16-md-2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:**<br>Sallie Phillips,<br>    Plaintiff,<br>v.<br>Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.<br>    Defendants. | Case No. 2:19-cv-11976<br><br><br>**Motion to Substitute Party Plaintiff** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Sallie Phillips, and files this motion to substitute her surviving next of kin, Dwight Montgomery, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Sallie Phillips, filed the present action in the United States District Court for the Eastern District of Louisiana on August 1, 2019.

2. Plaintiff Sallie Phillips died on May 8, 2022.

3. On May 12, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 15838. Plaintiff's counsel recently learned the death of Sallie Phillips after filing the lawsuit.

4. Dwight Montgomery, child of Sallie Phillips, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Sallie Phillips and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is

not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Dwight Montgomery as the proper party plaintiff in this action.

Respectfully submitted this 12th day of May 2023.

*/s/ Rhett A. McSweeney*
Rhett A. McSweeney
David M. Langevin
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: filing@westrikeback.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 12, 2023              */s/ Rhett A. McSweeney*_____
                                 Rhett A. McSweeney