UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case No. 2:16-md-2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:** Sallie Phillips,     Plaintiff, v. Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.     Defendants. | Case No. 2:19-cv-11976 Proposed Order |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Dwight Montgomery, on behalf of the Estate of Sallie Phillips, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
Judge Jane Milazzo, U.S. District Judge