BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Bentley v. Sanofi S.A. et al<br>Case No. 2:17-cv-09948-JTM-MBN | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

  **NOW COMES** Plaintiff Nellie Bentley, by and through counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure and Pretrial Order No. 82. Plaintiff seeks leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A and amend the complaint to include only Sanofi defendants, for the reasons set forth in Plaintiff's Memorandum filed in support of this Motion.

Dated this 12th day of May, 2023              Respectfully submitted,

                          GOMEZ TRIAL ATTORNEYS
                           */s/ Lindsay R. Stevens*
                          John H. Gomez (CA Bar # 171485) T.A
                          Lindsay R. Stevens (CA Bar # 256811)
                          755 Front Street
                          San Diego, California 92101
                          Telephone: (619) 237-3490
                          Facsimile: (619) 237-3496
                          *john@getgomez.com*
                          *lstevens@getgomez.com*

1

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Bentley v. Sanofi S.A. et al<br>Case No. 2:17-cv-09948-JTM-MBN | **PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

  Plaintiff Nellie Bentley, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

  Subsequent to the filing of her initial Short Form Complaint, Plaintiff discovered that all of her Taxotere/docetaxel administrations occurred prior to March of 2011. Therefore, only the following Sanofi defendants should be named in the amended Short Form Complaint: Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi"). This determination was made as a result of receipt of billing and medical record that confirm that all of Plaintiff's Taxotere/docetaxel chemotherapy infusions took place between December 17, 2009 and April 2, 2010 – before any non-Sanofi docetaxel was marketed.

///

///

///

///

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 12th day of May, 2023        Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 /s/ Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@getgomez.com*
*lstevens@getgomez.com*

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants do not oppose the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS