**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Bentley v. Sanofi S.A. et al<br>Case No. 2:17-cv-09948-JTM-MBN | **ORDER** |

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause as shown, it is hereby ordered that Plaintiff may file an Amended Complaint as attached to her Motion.

This ___ day of _____, 2023, New Orleans, Louisiana.

_____
The Hon. Jane T. Milazzo

1