UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Sallie Phillips, 19-11976 | | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 15839);

**IT IS ORDERED** that the Motion is **GRANTED** and that Dwight Montgomery, on behalf of Sallie Phillips, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 15th day of May, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE