# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHARA BROWN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>SANOFI U.S. SERVICES, INC. ET AL.,<br><br>　　　Defendants. | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**SECOND NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/d/b/a HOSPIRA WORLDWIDE, INC.**<br><br>Civil Action No.: 2:18-CV-04654 |

　　Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except HOSPIRA, INC., and HOSPIRA WORLDWIDE, LLC f/d/b/a HOSPIRA WORLDWIDE, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated: May 15, 2023　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　**SIMON GREENSTONE PANATIER, P.C.**
　　　　　　　　　　　　　　　　　　　　　　*/s/ Shreedhar R. Patel*
　　　　　　　　　　　　　　　　　　　　　　Shreedhar R. Patel, TX State Bar No. 24004580
　　　　　　　　　　　　　　　　　　　　　　1201 Elm Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75270
　　　　　　　　　　　　　　　　　　　　　　Tel: 214-276-7680
　　　　　　　　　　　　　　　　　　　　　　Fax: 214-276-7699
　　　　　　　　　　　　　　　　　　　　　　spatel@sgptrial.com

　　　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>May</u>, <u>15th</u>, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: <u>May 15, 2023</u>         <u>*/s/ Shreedhar R. Patel*</u>
                    Shreedhar R. Patel