MINUTE ENTRY
MILAZZO, J.
May 17, 2023

JS-10:00:16

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| This document relates to cases the identified in Exhibit A. | ) ) ) | |

## MINUTE ENTRY

On May 17, 2023, the Court held a telephone status conference with Palmer Lambert, Douglas Moore, and Adrienne Byard. The parties discussed the designation of records in the Wave 1 cases subject to this Court's Transfer Order (Doc. 15836).

**IT IS ORDERED** that the Transfer Date currently set for May 22, 2023 is **RESET** for **May 24, 2023** to allow the parties additional time for designating records in the individual member cases.



**EXHIBIT A**

| Plaintiff | Case No. | SFC Venue / Jurisdiction | Law Firm |
|---|---|---|---|
| Alamil, Maria C | 2:18-cv-05166 | Central District of California | Kagan Legal Group (now represented by Bachus & Schanker, LLC) |
| Ali, Aysha | 2:17-cv-14632 | Northern District of California | Bachus & Schanker, LLC |
| Allain, Carol | 2:18-cv-01308 | Middle District of Florida | Bachus & Schanker, LLC |
| Armond, Helen | 2:18-cv-7009 | Northern District of Georgia | TorHoerman Law LLC |
| Ayers, Kathy | 2:17-cv-12947 | Western District of Washington | Gomez Trial Attorneys |
| Ayers, Linda | 2:20-cv-00186 | Northern District of Georgia | Scott Vicknair LLC |
| Bales, Donna M | 2:18-cv-03855 | Eastern District of Washington | Pendley, Baudin & Coffin, L.L.P. |
| Bias, Tuwana T | 2:18-cv-12105 | Western District of North Carolina | Johnson Becker |
| Bogan, Alayna | 2:18-cv-10815 | District of Nebraska | Reyes Brown Reilley |
| Brazill, Sharon | 2:17-cv-10126 | Northern District of Illinois | Pendley, Baudin & Coffin, L.L.P. |

| Brouillard, Edith P. | 2:20-cv-1086 | Eastern District of Missouri | Brown & Crouppen |
|---|---|---|---|
| Bumgarner, Charlotte | 2:18-cv-00685 | Middle District of Florida | Bachus & Schanker, LLC |
| Cary, Gladys | 2:19-cv-12934 | District of Nebraska | Reyes Brown Reilley |
| Cavan, Marie E | 2:17-cv-17209 | District of Oregon | Fears Nachawati |
| Champaneri, Anuka | 2:18-cv-12979 | District of South Carolina | Carey Danis & Lowe |
| Conway, Ashley | 2:19-cv-09309 | District of Maryland | Napoli Shkolnik PLLC |
| Cuaron, Maria | 2:20-cv-01945 | Central District of California | Laborde Earles (now represented by Martzell, Bickford & Centola) |
| Cummings, Mathilda | 2:17-cv-07915 | District of South Carolina | Pendley, Baudin & Coffin, L.L.P. |
| Daniel, Margo | 2:17-cv-13082 | District of New Jersey | Davis & Crump, P.C. |
| Davis, Cary | 2:18-cv-13336 | Western District of North Carolina | Fears Nachawati |
| Davis, Regina A | 2:19-cv-09299 | District of Maryland | Napoli Shkolnik PLLC |

| Devens, Laura | 2:16-cv-17344 | Southern District of New York | Whitfield Bryson LLP |
|---|---|---|---|
| Ditto, Lois Y | 2:17-cv-09040 | District of Colorado | Pendley, Baudin & Coffin, L.L.P. |
| Dorman, Brenda | 2:17-cv-11505 | Southern District of Indiana | Pittman, Dutton & Hellums, P.C. |
| Douglas, Lynne A | 2:17-cv-17461 | District of Massachusetts | Fears Nachawati |
| Furbeck, Lisa | 2:17-cv-08136 | District of Delaware | Bachus & Schanker, LLC |
| Fussell, Cinda | 2:18-cv-02928 | Western District of North Carolina | Bachus & Schanker, LLC |
| Gonzales, Martha | 2:17-cv-14125 | District of Kansas | Brent Coon & Associates |
| Green, Alma | 2:18-cv-3325 | Middle District of Tennessee | Hissey, Mulderig & Friend, PLLC |
| Hall, Margaret | 2:19-cv-12903 | Middle District of Florida | Davis & Crump, P.C. |
| Hammond, Tracy M | 2:17-cv-15446 | Southern District of Indiana | Williams Hart Boundas Easterby, LLP |
| Hanson, Holly | 2:17-cv-17938 | District of Minnesota | McGartland Law Firm, PLLC |

| Harris, Vivian | 2:19-cv-02466 | Eastern District of Pennsylvania | Bachus & Schanker, LLC |
|---|---|---|---|
| Hines, Patricia A | 2:17-cv-06823 | Central District of California | Pendley, Baudin & Coffin, L.L.P. |
| Hodges, Joyce | 2:18-cv-02632 | Central District of Illinois | Bachus & Schanker, LLC |
| Horst, Peggy | 2:18-cv-13400 | District of Maryland | Fears Nachawati |
| House, Cheryl L | 2:17-cv-9149 | Eastern District of Virginia | Lowe Law Group (now represented by Bachus & Schanker, LLC) |
| Hudson, Bonnie | 2:17-cv-14588 | Middle District of North Carolina | Law Offices of A. Craig Eiland |
| Jackson, Sylvia | 2:18-cv-04672 | Middle District of Tennessee | Johnson Law Group |
| Johnson, Angela | 2:17-cv-12160 | Eastern District of Arkansas | Cory Watson |
| Johnson, Latasha S | 2:18-cv-9399 | Middle District of North Carolina | Niemeyer, Grebel & Kruse |
| Jones, Myra E | 2:17-cv-09545 | District of Delaware | Bachus & Schanker, LLC |
| Jones, Regina A | 2:17-cv-12912 | Middle District of Georgia | Hillard Martinez Gonzales LLP (now represented by Bachus & Schanker, LLC) |

| Kaden, Kaila M | 2:17-cv-12755 | Central District of California | Niemeyer, Grebel & Kruse |
|---|---|---|---|
| Knox, Dulce | 2:20-cv-02303 | District of Maryland | Fears Nachawati |
| Lambert, Tresila | 2:18-cv-1219 | Western District of Virginia | Bachus & Schanker, LLC |
| Larsen, Alisa | 2:17-cv-14876 | District of Oregon | Bachus & Schanker, LLC |
| Maxwell, Reponza | 2:17-cv-12717 | Northern District of Alabama | Wendt Law Firm, P.C. |
| McClaflin, Gina | 2:17-cv-16980 | District of Colorado | Bachus & Schanker, LLC |
| McElrath, Myra J | 2:17-cv-12463 | Northern District of Florida | Pendley, Baudin & Coffin, L.L.P. |
| Moreland, Tabatha | 2:17-cv-07652 | District of Delaware | Bachus & Schanker, LLC |
| Necastro, Margaret | 2:17-cv-13940 | Western District of Pennsylvania | Allen & Nolte, PLLC |
| Newcomb, Deborah A | 2:17-cv-08799 | Northern District of Ohio | Pendley, Baudin & Coffin, L.L.P. |
| Niddrie, Suzanne | 2:18-cv-12080 | District of Massachusetts | McSweeny/Langevin LLC |
| Ogilvie, Sharen | 2:18-cv-11635 | Western District of Washington | Reyes Browne Reilley |

| | | | |
|---|---|---|---|
| Pegues, Fanita | 2:18-cv-09026 | District of Maryland | Cory Watson |
| Pichler, Margaret | 2:17-cv-17457 | Eastern District of Pennsylvania | Shaw Cowart, LLP |
| Pickett, Sharon | 2:17-cv-11656 | Eastern District of Arkansas | Cory Watson |
| Primacio, Betsy | 2:17-cv-14016 | Middle District of Florida | Gomez Trial Attorneys |
| Provencher, Elizabeth | 2:18-cv-10992 | District of Maine | Reyes Browne Reilley |
| Ragan, Kymberly | 2:17-cv-11081 | Western District of Tennessee | Johnson Law Group |
| Reevers, Mae | 2:19-cv-12268 | District of Massachusetts | Roberts & Roberts (now represented by Fears Nachawati) |
| Rouse, Fonda | 2:18-cv-10489 | Middle District of North Carolina | Reyes Browne Reilley |
| Schaff, Ellen | 2:18-cv-12576 | Western District of Washington | Atkins & Markoff |
| Sheppard, Jackie | 2:17-cv-11947 | Southern District of Georgia | Allen & Nolte, PLLC |
| Smith, Debra | 2:17-cv-11433 | District of New Jersey | Bachus & Schanker, LLC |
| Smith, Janet J | 2:17-cv-02728 | Western District of Kentucky | Bachus & Schanker, LLC |

| Smith, Linda | 2:19-cv-11856 | District of Minnesota | McSweeney/Langevin LLC |
|---|---|---|---|
| Smith, Sandra | 2:19-cv-12350 | Southern District of Florida | Reyes Browne Reilley |
| Stephens, Linda | 2:17-cv-15100 | Western District of Tennessee | Carey Danis & Lowe |
| Taylor, Sandra F. | 2:17-cv-13973 | Eastern District of North Carolina | Zoll & Krantz, LLC |
| Thomas, Sylvia | 2:17-cv-13635 | Central District of California | Gomez Trial Attorneys |
| Tibbitts, Kimberly | 2:17-cv-10597 | District of Delaware | Bachus & Schanker, LLC |
| Tomlinson, Sarah | 2:18-cv-00704 | Middle District of Florida | Bachus & Schanker, LLC |
| Utter, Mary K | 2:17-cv-14052 | District of Kansas | Maher Law Firm |
| Vinson, Odessa | 2:17-cv-13555 | District of Maryland | Whitfield Bryson LLP |
| Warren Wiggins, Gloria | 2:17-cv-16751 | Eastern District of Virginia | Meyers & Flowers, LLC |
| Wrath, Maria | 2:17-cv-16503 | Northern District of Ohio | Carey Danis & Lowe |
| Wearing, Alleshia | 2:18-cv-13835 | Western District of New York | Fears Nachawati |
| Wolfe, Jody | 2:17-cv-15844 | Western District of Pennsylvania | Bachus & Schanker, LLC |

| Yantzer, Carmen | 2:20-cv-03240 | Northern District of North Dakota | Cutter Law PC |