# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-90059

---

Tina Hickey; Hilda Adams; Gloria J. Cooper; Carol R. Woodson; Arquice Conley,

*Plaintiffs—Respondents,*

*versus*

Hospira, Incorporated; Hospira Worldwide, L.L.C., *formerly known as* Hospira Worldwide, Incorporated; Accord Healthcare, Incorporated; Sandoz Inc.,

*Defendants—Petitioners.*

---

Motions for Leave to Appeal
from an Interlocutory Order
USDC Nos. 2:16-MD-2740, 2:18-CV-4731,
2:16-CV-17583, 2:18-CV-194,
2:17-CV-12674, 2:18-CV-9799

---

UNPUBLISHED ORDER

Before Clement, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the opposed motion of Hospira, Incorporated and Hospira Worldwide, L.L.C. for leave to appeal from the

No. 22-90059

interlocutory order of the United States District Court of the Eastern District of Louisiana, entered on August 2, 2022, is GRANTED.

     IT IS FURTHER ORDERED that the opposed motion of Accord Healthcare, Incorporated, for leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, entered on August 2, 2022, is GRANTED.

     IT IS FURTHER ORDERED that the opposed motion of Sandoz Inc., for leave to appeal from the interlocutory order of the United States District Court of the Eastern District of Louisiana, entered on August 2, 2022, is REMANDED to the district court for determination whether USDC No. 2:18-CV-9799 was properly dismissed and no longer remains pending.