## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: <u>Antoinette Joseph</u> | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Case Number: <u>2:20-cv-00910</u> | |

## **SUGGESTION OF DEATH**

COMES NOW the husband, Arnold Joseph of Plaintiff, Antoinette Joseph, and by and through his undersigned attorney, files this Suggestion of Death:

That on **June 14, 2020**, Plaintiff, Antoinette Joseph, passed away in Douglas, North Dakota.

Dated: May 18, 2023                                   Respectfully submitted,

                                                                      JOHNSON LAW GROUP

                                                                      /s/ Pierce Jones_____
                                                                      Pierce Jones TX Bar No: 24110061
                                                                      2925 Richmond Avenue Ste. 1700
                                                                      Houston, TX 77098
                                                                      Telephone: (713) 626-9336
                                                                      Facsimile: (713) 583-9460
                                                                      Email: taxotere@johnsonlawgroup.com

                                                                      *Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 18, 2023

                                                /s/ Pierce Jones_____
                                                Pierce Jones