# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: Dola McMinn | JUDGE MILAZZO MAG. JUDGE NORTH |
| Case Number: 2:17-cv-12879 | |

## SUGGESTION OF DEATH

COMES NOW the husband, Michael McMinn of Plaintiff, Dola McMinn, and by and through his undersigned attorney, files this Suggestion of Death:

That on **August 13, 2018**, Plaintiff, Dola McMinn, passed away in Bakersfield, California.

Dated: May 18, 2023              Respectfully submitted,

                                 JOHNSON LAW GROUP

                                 /s/ Pierce Jones
                                 Pierce Jones TX Bar No: 24110061
                                 2925 Richmond Avenue Ste. 1700
                                 Houston, TX 77098
                                 Telephone: (713) 626-9336
                                 Facsimile: (713) 583-9460
                                 Email: taxotere@johnsonlawgroup.com

                                 *Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 18, 2023

                                                                           /s/ Pierce Jones_____
                                                                          Pierce Jones