UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: Susan Davenport | JUDGE MILAZZO MAG. JUDGE NORTH |
| Case Number: 2:18-cv-10156 | |

## SUGGESTION OF DEATH

COMES NOW the daughter, Kellie Sexton of Plaintiff, Susan Davenport, and by and through her undersigned attorney, files this Suggestion of Death:

That on **April 22, 2019**, Plaintiff, Susan Davenport, passed away in Lakeview, Ohio.

Dated: May 18, 2023                           Respectfully submitted,

JOHNSON LAW GROUP

/s/ Pierce Jones
Pierce Jones TX Bar No: 24110061
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

*Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 18, 2023

                                                  /s/ Pierce Jones_____
                                                Pierce Jones