BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO.  2:16-md-02740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Dorothy Malone, 2:16-cv-17101* | HON. JANE T. MILAZZO |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Dorothy Malone files this Suggestion of Death upon the Record in the above referenced case. Mrs. Malone died on or about November 14, 2022, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: May 19, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Phone: (619) 237-3490
Fax: (619) 237-3496
lstevens@thegomezfirm.com
*Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

| | |
|---|---|
| Date: May 19, 2023 | Respectfully Submitted |
| | |
| | GOMEZ TRIAL ATTORNEYS |
| | |
| |  /s/*Lindsay R. Stevens*          |
| | Lindsay R. Stevens (CA Bar # 256811) |
| | 755 Front Street |
| | San Diego, California 92101 |
| | Phone: (619) 237-3490 |
| | Fax: (619) 237-3496 |
| | *lstevens@thegomezfirm.com* |