# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "N"(5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE JANE TRICHE MILAZZO |
| Patricia Ellen Nicholson | : | |
| Case No. 2:16-cv-16757 | : | MAG. JUDGE MICHAEL B. NORTH |
| | : | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Patricia Ellen Nicholson, on or about June 28, 2019. A motion for substitution of plaintiff will be filed by the appropriate representative of Ms. Nicholson's estate.

Dated: May 22, 2023

Respectfully Submitted,

**THE GOSS LAW FIRM, P.C.**

/s/ Peter E. Goss
Peter E. Goss
1501 Westport Road
Kansas City, MO 64111
816-336-1300 phone
816-336-1310 fax
pgoss@thegosslawfirm.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: May 18, 2023

                                                     Respectfully Submitted,

**THE GOSS LAW FIRM, P.C.**

*/s/ Peter E. Goss*
Peter E. Goss
1501 Westport Road
Kansas City, MO 64111
816-336-1300 phone
816-336-1310 fax
pgoss@thegosslawfirm.com

Attorney for Plaintiff