# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Patricia Ellen Nicholson
Case No.: 2:16-cv-16757

---

## PLAINTIFF'S MOTION TO SUBSTITUTE DON NICHOLSON ON BEHALF OF PATRICIA ELLEN NICHOLSON

---

COMES NOW, Plaintiff Patricia Ellen Nicholson and files this motion to substitute her surviving heir, Don Nicholson as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Patricia Ellen Nicholson filed the present action in the United States District Court for the Eastern District of Louisiana on December 1, 2016;

2. Plaintiff Patricia Ellen Nicholson died on June 28, 2019;

3. On May 22, 2023, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and,

4. Don Nicholson is the surviving heir and proper party plaintiff.

5. Plaintiff is proceeding with this Motion for the purposes of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Don Nicholson be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1)

Respectfully Submitted,

Dated: May 22, 2023                                                **THE GOSS LAW FIRM, P.C.**

<u>s/ Peter E. Goss</u>
Peter E. Goss (MO Bar #57933)
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
Phone: (816) 336-1300
Fax: (816) 336-1310
pgoss@thegosslawfirm.com

**Attorney for Plaintiff**