IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2740 <br> SECTION: "N" 5 <br> COMPLAINT & JURY DEMAND |
| This Document Relates To: <br> *Audrey Bailey* | * * * | CIVIL ACTION NO. 2:17-cv-13942 |

## PLAINTTIF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW Plaintiff Audrey Bailey, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 8th day of May, 2023.

                                                                             **BRENT COON & ASSOCIATES**

                                                                             /s/  *Eric W. Newell*
                                                                             Brent W. Coon
                                                                             Federal Bar No. 9308
                                                                             Texas Bar No. 04769750
                                                                             Brent@bcoonlaw.com
                                                                             Eric W. Newell
                                                                             Texas Bar No. 24046521
                                                                             Eric_newell@bcoonlaw.com

## **CERTIFICATE OF CONFERENCE**

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. I received no response from Counsel for Sanofi defendants and Hospira and Sandoz Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 22nd day of May, 2023.

*/s/Eric W. Newell*
Eric W. Newell