IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Lederle Taylor, Case No. 2:16-cv-17917* | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**AN AMENDED COMPLAINT**

Plaintiff, by and though counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion.

Dated May 22, 2023

Respectfully submitted,

THE MAHER LAW FIRM, P.A.

/s/Jason R. Fraxedas
Jason R. Fraxedas (FL Bar # 63887)
398 West Morse Blvd. Suite 200
Winter Park, FL 32789
Telephone: (407) 839-0866
Facsimile: (407) 425-7958
jrfraxedas@maherlawfirm.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 22, 2023                      /s/Jason R. Fraxedas_____
                                                             Jason R. Fraxedas