**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                                **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                               **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Lederle Taylor, Case No. 2:16-cv-17917*

**NOTICE OF SUBMISSION**

          TO:     ALL COUNSEL OF RECORD

          PLEASE TAKE NOTICE that Plaintiff's Motion for leave to file an amended complaint

will come before the Court for submission on June 21, 2023.

**CERTIFICATE OF SERVICE**

          I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.

                                                      */s/ Jason R. Fraxedas*
                                                      Jason R. Fraxedas

1