UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Carl Miller, on behalf of his deceased wife,*
*Charity Miller, Case No: 2:17-cv-2265*

## NOTICE OF SUBMISSION

TO:　　ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion for leave to file an amended complaint will come before the Court for submission on June 21, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason R. Fraxedas*
　　　　　　　　　　　　　　　　　　　　　　Jason R. Fraxedas