UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *John Green, on behalf of his deceased wife, Saundra Green, Case No: 3:16-cv-00640* | |

## NOTICE OF SUBMISSION

TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion for leave to file an amended complaint will come before the Court for submission on June 21, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　*/s/ Jason R. Fraxedas*
　　　　　　　　　　　　　　　　　　　　Jason R. Fraxedas

1