UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THEODORA MCCLAIN | Section "H" (5)<br>Judge Milazzo<br>Mag. Judge North |
| Plaintiff, | |
| vs. | |
| Sanofi US Services Inc.<br>f/k/a Sanofi-Aventis U.S. Inc.,<br>Sanofi-Aventis U.S. LLC and Winthrop US<br>d/b/a Sanofi- Aventis US, LLC., Sandoz, Inc.,<br>Accord Healthcare, Inc., Hospira, Inc., | Civil Action No. 2:18-cv-13409 |
| Defendants. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Theodora McClain respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Defendants and understands that Defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC and Winthrop US d/b/a Sanofi-Aventis US, LLC., Sandoz, Inc., Accord Healthcare, Inc., and Hospira, Inc. do not oppose this motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed Amended Short Form Complaint.

DATE: May 23, 2023

Respectfully submitted,

/s/ *Christopher LoPalo*
Christopher LoPalo
NS PR LAW SERVICES LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
Phone: (787) 493-5088
Fax: (646) 843-7603
Email: Clopalo@nsprlaw.com