## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>THEODORA MCCLAIN<br><br>Plaintiff,<br><br>vs.<br><br>Sanofi US Services Inc.<br>f/k/a Sanofi-Aventis U.S. Inc.,<br>Sanofi-Aventis U.S. LLC and Winthrop US<br>d/b/a Sanofi- Aventis US, LLC., Sandoz, Inc.,<br>Accord Healthcare, Inc., Hospira, Inc.,<br><br>Defendants. | **MDL NO. 2740**<br><br>**Section "H" (5)**<br>**Judge Milazzo**<br>**Mag. Judge North**<br><br><br>**ORDER RE: MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>**Civil Action No. 2:18-cv-13409** |

THE COURT, having considered Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered the Plaintiff's motion is GRANTED, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

So ordered this _____ day of _____, 2023.

_____
U.S. District Judge