# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| Plaintiff Name: Antoinette Joseph | MAG. JUDGE NORTH |
| Case Number: 2:20-cv-00910 | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Arnold Joseph on behalf of the Estate of Antoinette Joseph, as Plaintiff in the above captioned cause.

1. Antoinette Joseph filed a product liability lawsuit against defendants on March 17, 2020.

2. Plaintiff Antoinette Joseph died on June 14, 2020.

3. Antoinette Joseph product liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on May 18, 2023, attached hereto as "Exhibit A."

5. Arnold Joseph, surviving spouse of Antoinette Joseph, is a proper party to substitute for plaintiff Antoinette Joseph and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies

and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: May 23, 2023                    Respectfully submitted,

JOHNSON LAW GROUP

/s/ Pierce Jones_____
Pierce Jones TX Bar No: 24110061
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

*Counsel of Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 23, 2023

/s/ Pierce Jones_____
Pierce Jones