# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: <u>Antoinette Joseph</u><br><br>Case Number: <u>2:20-cv-00910</u> | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

### ORDER ON MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Arnold Joseph, on behalf of the Estate of Antoinette Joseph, is substituted for Plaintiff Antoinette Joseph in the above captioned cause.

Date: _____                         _____
                                                                                         Honorable Jane Triche Milazzo