# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: Susan Davenport | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Case Number: 2:18-cv-10156 | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Kellie Sexton on behalf of the Estate of Susan Davenport, as Plaintiff in the above captioned cause.

1. Susan Davenport filed a product liability lawsuit against defendants on October 30, 2018.

2. Plaintiff Susan Davenport died on April 22, 2019.

3. Susan Davenport product liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on May 18, 2023, attached hereto as "Exhibit A."

5. Kellie Sexton, surviving daughter of Susan Davenport, is a proper party to substitute for plaintiff Susan Davenport and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.

A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: May 23, 2023						Respectfully submitted,


						JOHNSON LAW GROUP

						/s/ Pierce Jones_____
						Pierce Jones TX Bar No: 24110061
						2925 Richmond Avenue Ste. 1700
						Houston, TX 77098
						Telephone: (713) 626-9336
						Facsimile: (713) 583-9460
						Email: taxotere@johnsonlawgroup.com

						*Counsel of Plaintiff*


CERTIFICATE OF SERVICE

I hereby certify that on May238, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: May 23, 2023

						/s/ Pierce Jones_____
						Pierce Jones