# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: Susan Davenport | JUDGE MILAZZO MAG. JUDGE NORTH |
| Case Number: 2:18-cv-10156 | |

## ORDER ON MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Kellie Sexton, on behalf of the Estate of Susan Davenport, is substituted for Plaintiff Susan Davenport in the above captioned cause.

Date: _____         _____
                                                                            Honorable Jane Triche Milazzo