# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: Dola McMinn | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Case Number: 2:17-cv-12879 | |

## ORDER ON MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Michael McMinn, on behalf of the Estate of Dola McMinn, is substituted for Plaintiff Dola McMinn in the above captioned cause.

Date: _____                    _____
                                                  Honorable Jane Triche Milazzo