# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: <u>Nancy Derry</u> | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Case Number: <u>2:18-cv-11322</u> | |

## ORDER ON MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Matthew Derry, on behalf of the Estate of Nancy Derry, is substituted for Plaintiff Nancy Derry in the above captioned cause.

Date: _____                    _____
                                                                                          Honorable Jane Triche Milazzo