# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Ladina Vonner
Case No.: 2:16-cv-15582

## PLAINTIFF'S MOTION TO SUBSTITUTE WILLIE WILSON, JR. ON BEHALF OF LADINA VONNER

COMES NOW, Plaintiff Ladina Vonner and files this motion to substitute her surviving heir, Willie Wilson, Jr., as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Ladina Vonner filed the present action in the United States District Court for the Eastern District of Texas Beaumont Division on September 1, 2016, and the case was transferred to the United States District Court for the Eastern District of Louisiana on May 1, 2017;

2. Plaintiff Ladina Vonner died on January 27, 2020;

3. On May 1, 2023, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Willie Wilson, Jr. is the surviving heir and proper party plaintiff pursuant to the laws of the State of Texas.

5. Plaintiff is proceeding with this Motion through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Willie Wilson, Jr. be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: May 23, 2023             **JOHNSON BECKER, PLLC**

s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.