# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Ladina Vonner
Case No.: 2:16-cv-15582

# ORDER

Upon Plaintiff's Motion to Substitute Willie Wilson, Jr. on behalf of Ladina Vonner and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2023

_____
The Hon. Jane Triche Milazzo