UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Civil Action No. 2:18-cv-7034 | |
| | PLAINTIFF'S SUGGESTION OF DEATH |
| PLAINTIFF: JUDITH ELLSHOFF | |

**PLAINTIFF'S SUGGESTION OF DEATH**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Erin Wood, counsel of record for Plaintiff Judith Ellshoff and files this Suggestion of Death on behalf of Judith Ellshoff.

**I.**

The Court is to be advised that Judith Ellshoff passed away on February 6, 2021.

[Signature block on following page]

1

By: /s/ Erin Wood
Erin Wood
Texas Bar No. 24073064
nwood@ntrial.com
**Nachawati Law Group**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed and served on May 24, 2023 via the CM/ECF which will send notification of such filing to all attorneys of record.

/s/ Erin Wood
Erin Wood
Attorney for Plaintiffs