# EXHIBIT A



Current News    About Us    Plan Ahead    Our Services    Grief & Healing



## November 8, 1942 ~ February 6, 2021

Born in: **Indianapolis, IN**

Resided in: **Indianapolis, IN**



- SEND FLOWERS
- LIGHT A CANDLE
- ADD A MEMORY TO THE TIMELINE
- SIGN THE GUESTBOOK
- TRIBUTE VIDEO
- SHARE THROUGH EMAIL

### Judith Reddy Ellshoff

78, of Indianapolis, Indiana, passed away on February 6, 2021 in Avon, Indiana. Judith was born on November 8, 1942 in Indianapolis, Indiana to the late Ruth and Paul Bilyeu. She was retired from Praxair. She was preceded in death by her husband, Melvin Reddy; siblings, Dixie Watkins and Bud Bilyeu and her parents. She is survived by her children, Terri (Terry) Holtsclaw, Candy Reddy and Melvin Reddy; grandchildren, Danielle Reddy, Cole Reddy and Jessi Miller; great-grandchild, Jordishea Reddy and beloved pet, Honey Noel. A funeral service will be held, Tuesday, February 16, 2021 at 2 pm with visitation from 1 pm at Flanner Buchanan-Floral Park. Burial will take place at Floral Park Cemetery.

## Services