UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Kristen Bellino, Plaintiff, vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. Defendants. Civil Case No.: 2:17-cv-12748 | : : : : : : : : : : : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants; Pfizer Inc.. Each party to bear their own costs.

Plaintiff will continue her case against Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., based upon the product identification received.

This the 25th day of May, 2023.

Milberg Coleman Bryson Phillips Grossman, PLLC

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781

        J. Hunter Bryson
        N.C. Bar No.: 50602
        900 W. Morgan Street
        Raleigh, NC 27603
        Telephone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dbryson@milberg.com
        Email: hbryson@milberg.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 25th day of May, 2023.

                MILBERG COLEMAN BRYSON
                PHILLIPS GROSSMAN, PLLC

                */s/ Daniel K. Bryson*
                Daniel K. Bryson
                N.C. State Bar No.: 15781
                J. Hunter Bryson
                N.C. State Bar No.: 50602
                PO Box 12638
                Raleigh, NC 27605
                Phone: 919-600-5000
                Facsimile: 919-600-5035
                Email: dbryson@milberg.com
                Email: hbryson@milberg.com

                *Attorneys for Plaintiff*