UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases. | ) | |

## ORDER

**IT IS ORDERED** that oral argument on Defendants' Motion to Reconsider and Vacate CMO 36 and to Strike General Experts' Improper Testimony (Doc. 15673) is **SET** for **June 1, 2023, at 9:30 a.m.**

New Orleans, Louisiana, this 24th day of May, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE