# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| EUNICE VILLEGAS | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| | Civil Action No.: 2:19-cv-11408 |
| Plaintiff, | |
| vs. | |
| SANOFI US SERVICES INC., formerly known as Sanofi-Aventis, SANOFI-AVENTIS U.S. INC., SUN PHARMACEUTICAL INDUSTRIES, formerly known as CARACO PHARMACEUTICAL LABORATORIES, LTD, SUN PHARMA GLOBAL FZE, HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC., formerly known as HOSPIRA WORLDWIDE, INC., ACCORD HEALTCARE, INC., SANDOZ, INC., | **Notice of Dismissal with Prejudice** |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Eunice Villegas and undersigned counsel, hereby give notice that the above-captioned action against all Defendants be voluntarily dismissed, with prejudice.

Dated this 25th day of May 2022

3

Respectfully Submitted,

*/s/ Christopher LoPalo*
Christopher LoPalo
NSPR Law Services LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
T: (787) 493-5088
*clopalo@nsprlaw.com*

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 25, 2023                                  */s/ Christopher LoPalo*
                                                                            Christopher LoPalo