# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| Ellen Schaff, | Section "H" (5)<br>Judge Milazzo<br>Mag. Judge North |
| Plaintiff, | |
| vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, | Civil Action No. 2:18-cv-12576 |
| Defendants. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Ellen Schaff and respectfully requests leave to file the attached proposed Amended Short Form Complaint (Exhibit A).

Plaintiff's counsel has conferred with Defendants and understands that Defendants, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC. do not oppose this motion.

WHEREFORE, Plaintiff prays that she be granted leave to file the attached proposed First Amended Short Form Complaint.

DATE: May 25, 2023

Respectfully submitted,

*/s/ Daniel P. Markoff*
Daniel P. Markoff, OBA #14866
Atkins and Markoff
9211 Lake Hefner Pkwy Ste 104
Oklahoma City, OK 73120
(405) 607-8757 (Office)
(405) 607-8749 (Facsimile)
Dmarkoff@amalaw.com