# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>Ellen Schaff,<br><br>Plaintiff,<br><br>vs.<br><br>Sanofi US Services Inc.<br>f/k/a Sanofi-Aventis U.S. Inc. and<br>Sanofi-Aventis U.S. LLC,<br><br>Defendants. | MDL NO. 2740<br><br>Section "H" (5)<br>Judge Milazzo<br>Mag. Judge North<br><br>ORDER RE: MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>Civil Action No. 2:18-cv-12576 |

THE COURT, having considered Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered the Plaintiff's motion is GRANTED, and that Plaintiff may file the First Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

So ordered this ____ day of _____, 2023.

_____
U.S. District Judge