# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 23-30323    Hickey v. Hospira
                USDC No. 2:16-MD-2740
                USDC No. 2:18-CV-4731
                USDC No. 2:16-CV-17583
                USDC No. 2:18-CV-194
                USDC No. 2:17-CV-12674
```

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Ms. Julie A. Callsen
Mr. Chad M. Eggspuehler
Ms. Heidi Kaye Hubbard
Mr. Matthew Palmer Lambert
Ms. Carol L. Michel
Mr. Richmond Turner Moore
Mr. Andre M. Mura
Mr. John F. Olinde
Mr. Michael J. Ruttinger