**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Genetta Rodriguez v. Sanofi US Services Inc., et. al.* | |
| | Civil No. 2:17-cv-10623 |

**NOTICE AND SUGGESTION OF DEATH**

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Genetta Rodriguez, deceased, files this Suggestion of Death upon the Record.  Plaintiff Genetta Rodriguez departed this world on or about March 24, 2018, during the pendency of this litigation.

Dated: May 25, 2023

Respectfully submitted,

*/s/ Pete V. Albanis*
Pete V. Albanis
Florida Bar No. 0077354
2150 Goodlette Frank Rd. N.,
Suite 750
Naples, FL 34102
Telephone: 239-432-6605
Fax: 239-204-3798
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

The hereby certify that on May 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Pete V. Albanis*
Pete V. Albanis