# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Pandora Smith v. Sanofi US Services Inc., et. al.* | Civil No. 2:18-cv-11699 |

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Pandora Smith, deceased, files this Suggestion of Death upon the Record. Plaintiff Pandora Smith departed this world on or about October 13, 2019, during the pendency of this litigation.

Dated: May 25, 2023

    Respectfully submitted,

    */s/ Pete V. Albanis*
    Pete V. Albanis
    Florida Bar No. 0077354
    2150 Goodlette Frank Rd. N.,
    Suite 750
    Naples, FL 34102
    Telephone: 239-432-6605
    Fax: 239-204-3798
    Email: palbanis@forthepeople.com

    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The hereby certify that on May 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                        /s/ *Pete V. Albanis*
                                        Pete V. Albanis