UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Patricia Ellen Nicholson, 16-16757 | ) ) | |

## ORDER

Before the Court is a Motion to Substitute Don Nicholson on Behalf of Patricia Ellen Nicholson (Doc. 15865);

**IT IS ORDERED** that the Motion is **GRANTED** and that Don Nicholson, on behalf of Patricia Ellen Nicholson, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 25th day of May, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE