UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**MOTION TO STRIKE PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO SANOFI-AVENTIS U.S. LLC, SANOFI U.S. SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.** |
| THIS DOCUMENT RELATES TO:<br><br>FAITH NEWHOUSE v. SANOFI-AVENTIS U.S. LLC, et al. | : : : : : : : : | Civil Action No.: 2:17-cv-15057 |

Pursuant to CMO 12A and pursuant to Federal Rule of Civil Procedure 60 (b)(6), Plaintiff moves to strike its Notice of Dismissal of Defendants Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. ("the Sanofi Defendants") (Doc. 15897). Plaintiff has determined and verified that Plaintiff has infusions of taxotere designed, manufactured and marketed by manufactured by Defendants Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. ("the Hospira Defendants"), but not the Sanofi Defendants. Plaintiff seeks to strike and/or withdraw its previously filed Notice of Dismissal, and to re-file it after Plaintiff files an Amended Short Form Complaint naming the Hospira Defendants. In support, Plaintiff states:

1

1. Plaintiff filed her Short Form Complaint on December 6, 2017 naming only the Sanofi Defendants as the entities that designed, manufactured and marketed the taxotere with which her oncologist provided infusions for treatment of her breast cancer.

2. Plaintiff has determined that the taxotere that doctor prescribed and administered was designed, manufactured and marketed by the Hospira Defendants, and not the Sanofi defendants.

3. On May 25, 2023, Plaintiff mistakenly filed its Notice of Dismissal of the Sanofi Defendants without having first filed an Amended Short Form Complaint naming the Hospita Defendants.

4. Under Federal Rule of Civil Procedure 60(a) and (b), this Court has the authority to provide the relief requested herein.

WHEREFORE, Plaintiff Faith Newhouse respectfully requests that this Honorable Court enter an order striking Plaintiff's Notice of Dismissal of Defendants Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc. ("the Sanofi Defendants") (Doc. 15897). Dated this 25th day of May, 2023

Respectfully submitted,

*/s/ Jeffery J. Lowe*
Jeffery J. Lowe, # 35114MO
Andrew J. Cross, #57337 MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
across@careydanis.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Jeffery J. Lowe*