
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO SANOFI-AVENTIS U.S. LLC, SANOFI U.S. SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC.** |
| THIS DOCUMENT RELATES TO: <br><br> FAITH NEWHOUSE  v. SANOFI-AVENTIS U.S. LLC, et al. | : : : : : : | Civil Action No.: 2:17-cv-15057 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc. f/k/a Sanofi-Aventis U.S. Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6). Dated this 25th day of May, 2023.

Respectfully submitted,

*/s/ Jeffery J. Lowe*
Jeffrey J. Lowe, #35114MO
Andrew J. Cross, #57337 MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
across@careydanis.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Jeffery J. Lowe*