UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>LEJUNE WASHINGTON<br><br><br>Plaintiff,<br><br>vs.<br><br>SANOFI US SERVICES INC, formerly known as Sanofi-Aventis; SANOFI-AVENTIS U.S. LLC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:19-cv-11450 |

**MOTION FOR SUBSTITUTION OF A PARTY PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, counsel moves this Court for an order substituting as Plaintiff, Bobbie Jones, Executor of the Estate of LeJune Washington, in place of Plaintiff, LeJune Washington. As grounds for the same Plaintiff states as follows:

1. The complaint in the above styled manner was filed on July 1, 2019.

2. The Plaintiff, LeJune Washington, died on December 28, 2019. (See Death Certificate – Exhibit A).

3. Bobbie Jones was appointed as Executor of the Estate of LeJune Washington on December 11, 2017. (See Letter Testamentary Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above-mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Bobbie Jones, Executor of the Estate for LeJune Washington, for the Plaintiff, LeJune Washington.

Dated this 26th day of May 2023

Respectfully Submitted,

*/s/ Christopher LoPalo*
Christopher LoPalo
NS PR LAW SERVICES LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
Phone: (787) 493-5088
Fax: (646) 843-7603
Email: *Clopalo@nsprlaw.com*

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 26, 2023                                                         */s/ Christopher LoPalo*
                                                                                                   Christopher LoPalo