# EXHIBIT A

MOH-1961 (8/2011)

RECORDED SPIRO: 5150
REGISTER NUMBER: 538

**NEW YORK STATE**
**DEPARTMENT OF HEALTH**
# CERTIFICATE OF DEATH

131-2019-00098539
**STATE FILE NUMBER**

**DECEDENT**

| 1. NAME: FIRST / MIDDLE / LAST | 2. SEX: MALE ☐1  FEMALE ☒2 | 3A. DATE OF DEATH: MONTH 12 DAY 28 YEAR 2019 | 3B. HOUR: 09:07 PM |
|---|---|---|---|

LeJune Washington

4A. PLACE OF DEATH: (Check one) HOSPITAL DOA ☐ ER ☐ HOSPITAL OUTPATIENT ☐ HOSPITAL INPATIENT ☐ NURSING HOME ☐ PRIVATE RESIDENCE ☒ HOSPICE FACILITY ☐ OTHER (Specify): ☐

4B. IF FACILITY, DATE ADMITTED: MONTH DAY YEAR

4C. NAME OF FACILITY: (If not facility, give address)
11 Silverpine Drive, Amityville

4D. LOCALITY: (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☐  Babylon Town

4E. COUNTY OF DEATH: Suffolk

4F. MEDICAL RECORD NO.

4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? (If yes, specify institution name, city or town, county and state) NO ☐ YES ☐

5. DATE OF BIRTH: MONTH 09 DAY 26 YEAR 1949

6A. AGE IN YEARS: 70 yrs.

6B. IF UNDER 1 DAY ENTER: months ___ days

6C. IF UNDER 1 DAY ENTER: hours ___ minutes

7A. CITY AND STATE OF BIRTH: (If not USA, Country and Region/Province)
Elizabethtown, North Carolina

7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH:

8. SERVED IN U.S. ARMED FORCES? (Specify years) NO ☒ 0  YES ☐ 1

9. DECEDENT OF HISPANIC ORIGIN? Check the boxes that best describe what the decedent is Spanish/Hispanic/Latino.
A ☒ No, not Spanish/Hispanic/Latino
B ☐ Yes, Mexican, Mexican American, Chicano
C ☐ Yes, Puerto Rican
D ☐ Yes, Cuban
E ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE: Check one or more races to indicate what decedent considered himself or herself to be.
A ☐ White/Caucasian
B ☒ Black or African American
C ☐ Asian Indian
D ☐ Chinese
E ☐ Filipino
F ☐ Japanese
G ☐ Korean
H ☐ Vietnamese
I ☐ Native Hawaiian
J ☐ Guamanian or Chamorro
M ☐ Samoan
N ☐ American Indian or Alaska Native (specify)
P ☐ Other Asian (specify)
R ☐ Other Pacific Islander (specify)
O ☐ Other (specify)

11. DECEDENT'S EDUCATION: Check the box that best describes the highest degree or level of school completed at the time of death.
1 ☐ < 8th grade
2 ☐ 9th-12th grade, no diploma
3 ☒ High school graduate or GED
4 ☐ Some college credit, but no degree
5 ☐ Associate's degree
6 ☐ Bachelor's degree
7 ☐ Master's degree
8 ☐ Doctoral/Professional degree

12. SOCIAL SECURITY NUMBER: 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

13. MARITAL STATUS: NEVER MARRIED ☒1  MARRIED ☐2  WIDOWED ☐3  DIVORCED ☐4  SEPARATED ☐5

14. SURVIVING SPOUSE: Enter birth name of spouse if married or separated

15A. USUAL OCCUPATION: (Do not enter retired)
Electrical Engineer

15B. KIND OF BUSINESS OR INDUSTRY:
Aerospace

15C. NAME AND LOCALITY OF COMPANY OR FIRM:
Grumman Aerospace, Bethpage, NY

16A. RESIDENCE: (State or Country if not USA) NY

16B. County or Region/Province if not USA: Suffolk

16C. LOCALITY: (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☐  Babylon Town

16F. IF, OR IF VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐YES ☐NO  IF NO, SPECIFY TOWN:

16D. STREET AND NUMBER OF RESIDENCE:
11 Silverpine Drive, Amityville

16E. ZIP CODE: 11701

17. BIRTH NAME OF FATHER / PARENT: FIRST Clarence MI Owen LAST Washington

18. BIRTH NAME OF MOTHER / PARENT: FIRST Carrie MI LAST McKeithan

**DISPOSITION**

19A. NAME OF INFORMANT:
Corey Washington

19B. MAILING ADDRESS: (include zip code)
11 Silverpine Drive, North Amityville Hamlet, Suffolk, NY 11701

20A. ☒1 BURIAL  2☐ CREMATION  3☐ REMOVAL  4☐ HOLD  5☐ DONATION  6☐ ENTOMBMENT
MONTH 01 DAY 03 YEAR 2020

20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION:
Amityville Cemetery

20C. LOCATION: (City or town and state)
North Amityville Hamlet, New York

21A. NAME AND ADDRESS OF FUNERAL HOME:
Powell Funeral Home Inc
67 Broadway, Amityville Village, NY 11701

21B. REGISTRATION NUMBER: 01383

22A. NAME OF FUNERAL DIRECTOR:
Wesley A Powell

22B. SIGNATURE OF FUNERAL DIRECTOR:
► Wesley A Powell Electronically Signed

22C. REGISTRATION NUMBER: 12921

23A. SIGNATURE OF REGISTRAR:
► Geraldine L Compitello  Electronically Signed

23B. DATE FILED: MONTH 12 DAY 30 YEAR 2019

24A. BURIAL OR REMOVAL PERMIT ISSUED BY:
Dawn Carberry

24B. DATE ISSUED: MONTH 12 DAY 30 YEAR 2019

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**CERTIFIER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
Certifier's Name: Elizabeth Marchand, NP
License No.: 303814
Signature: Elizabeth Marchand, NP  ► Electronically Signed
Month 12 Day 29 Year 2019

25B. Certifier's Title: 0☐ Attending Physician  0☐ Physician acting on behalf of Attending Physician  1☐ Coroner  2☐ Medical Examiner / Deputy Medical Examiner
Address: 99 Sunnyside Blvd, Woodbury Town, NY 11797

25B. If coroner is not a physician, enter Coroner's Physician's name & title: License No.:  Signature:  Month Day Year  Address:

25C. If certifier is not attending physician, enter Attending Physician's name & title: License No.:  Address:

26A. Attending physician attended deceased: FROM Month 12 Day 20 Year 2019 TO Month 12 Day 28 Year 2019

26B. Deceased last seen alive by attending physician: Month 12 Day 27 Year 2019

26C. Pronounced dead: Month 12 Day 28 Year 2019 AT Time 09:07 PM

27. MANNER OF DEATH: NATURAL CAUSE ☒1  ACCIDENT ☐2  HOMICIDE ☐3  SUICIDE ☐4  UNDETERMINED CIRCUMSTANCES ☐5  PENDING INVESTIGATION ☐6

28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? NO ☒0  YES ☐1

29A. AUTOPSY? NO ☒0  YES ☐1  REFUSED ☐2

29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? 0☐ NO  1☐ YES

CONFIDENTIAL   SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH   CONFIDENTIAL

**CAUSE OF DEATH**

30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).)

| | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| PART I. IMMEDIATE CAUSE: (A) Malignant Metastatic Lung Cancer | years |
| DUE TO OR AS A CONSEQUENCE OF: (B) <<<>>> | <<<>>> |
| DUE TO OR AS A CONSEQUENCE OF: (C) <<<>>> | <<<>>> |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

DID TOBACCO USE CONTRIBUTE TO DEATH? 0☐ NO  1☐ YES  2☐ PROBABLY  3☒ UNKNOWN

31A. IF INJURY, DATE: MONTH DAY YEAR  HOUR:

31B. INJURY LOCALITY: (City or town and county and state)

31C. DESCRIBE HOW INJURY OCCURRED:

31D. PLACE OF INJURY:

31E. INJURY AT WORK? NO ☐0  YES ☐1

31F. IF TRANSPORTATION INJURY, SPECIFY: 1☐ Driver/Operator  2☐ Passenger  3☐ Pedestrian  4☐ OTHER (specify)

32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS? NO ☐0  YES ☐1

33A. IF FEMALE: 9☒0 Not pregnant within last year  1☐ Pregnant at time of death  2☐ Not pregnant, but pregnant within 42 days of death  3☐ Not pregnant, but pregnant 43 days to 1 year before death  4☐ Unknown if pregnant within past year

33B. DATE OF DELIVERY: MONTH DAY YEAR