# EXHIBIT B

# Surrogate's Court of the State of New York
## Suffolk County

Certificate# 250425
File#: 2020-2832/A

## Certificate of Appointment of Executor

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

| | |
|---|---|
| Name of Decedent: | LeJune Washington |
| Date of Death: | December 28, 2019 |
| Domicile: | County of Suffolk |
| Fiduciary Appointed: | Bobby Jones |
| Letters Issued: | LETTERS TESTAMENTARY |
| Letters Issued On: | June 3, 2022 |
| Limitations: | NONE |

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

and such Letters are unrevoked and in full force as of this date.

Dated: June 24, 2022
Riverhead, New York

IN TESTIMONY WHEREOF, the seal of the Suffolk County Surrogate's Court has been affixed.

WITNESS, Honorable Theresa Whelan, Judge of the Suffolk County Surrogate's Court.

*Doreen A. Quinn*
Doreen A. Quinn, Chief Clerk
Suffolk County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Suffolk County Surrogate's Court*