# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>LEJUNE WASHINGTON<br><br><br>Plaintiff,<br><br>vs.<br><br>SANOFI US SERVICES INC, formerly known as Sanofi-Aventis; SANOFI-AVENTIS U.S. LLC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:19-cv-11450 |

## ORDER

THE COURT, after considering the Plaintiff's Motion for Substitution of Party Plaintiff, as well as any responses hereto, and finding that a Suggestion of Death was filed on May 26, 2023, does find the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff Bobby Jones, Executor of the Estate of LeJune Washington, is substituted for Plaintiff LeJune Washington.

Signed this the _____ day of _____, 2023

_____
UNITED STATES DISTRICT JUDGE