# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : | |
| Pandora Smith                                    , : : | **MDL NO. 2740** |
| Plaintiff(s), : : | **Civil Action No.:** 2:18-cv-11699 |
| vs. : : : | |
| Sanofi US Services Inc.,et. al.                , : : | |
| Defendant(s). : | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Daphne Shippey, Personal Representative of the Estate of Pandora Smith and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as a Plaintiff in this action based on the death of Plaintiff.

A Notice/Suggestion of Death was filed in this matter on May 25, 2023 (ID #15896).

Dated, May 26, 2023.

    Respectfully submitted,

/s/ *Pete V. Albanis*
Pete V. Albanis
Florida Bar No. 0077354
2150 Goodlette Frank Rd. N.,
Suite 750
Naples, FL 34102
Telephone: 239-432-6605
Fax: 239-204-3798
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2023, a true and correct copy of the Motion to Substitute Party was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

               /s/ *Pete V. Albanis*
               Pete V. Albanis
               Florida Bar No. 0077354
               2150 Goodlette Frank Rd. N.,
               Suite 750
               Naples, FL 34102
               Telephone: 239-432-6605
               Fax: 239-204-3798
               Email: palbanis@forthepeople.com

               *Attorney for Plaintiff*