UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | Case No. 2:16-md-2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:**<br>Pandora Smith,<br>      Plaintiff,<br>v.<br>Sanofi US Services, Inc., et al.<br>      Defendants. | Case No. 2:18-cv-11699<br><br>Proposed Order |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Daphne Shippey, on behalf of the Estate of Pandora Smith, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
Judge Jane Milazzo, U.S. District Judge