# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : <br> : <br> : |
| Genetta Rodriguez, | :    **MDL NO. 2740** <br> : |
| Plaintiff(s), | : <br> :    **Civil Action No.:** 2:17-cv-10623 |
| vs. | : <br> : <br> : |
| Sanofi US Services Inc.,et. al., | : <br> : |
| Defendant(s). | : <br> : |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Danine Porter, Personal Representative of the Estate of Genetta Rodriguez and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as a Plaintiff in this action based on the death of Plaintiff.

A Notice/Suggestion of Death was filed in this matter on May 25, 2023 (ID #15895).

Dated, May 26, 2023.

        Respectfully submitted,

        /s/ *Pete V. Albanis*
        Pete V. Albanis
        Florida Bar No. 0077354
        2150 Goodlette Frank Rd. N.,
        Suite 750
        Naples, FL 34102
        Telephone: 239-432-6605
        Fax: 239-204-3798
        Email: palbanis@forthepeople.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, a true and correct copy of the Motion to Substitute Party was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

/s/ *Pete V. Albanis*
Pete V. Albanis
Florida Bar No. 0077354
2150 Goodlette Frank Rd. N.,
Suite 750
Naples, FL 34102
Telephone: 239-432-6605
Fax: 239-204-3798
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*