**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | Case No. 2:16-md-2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:**<br>**Genetta Rodriguez,**<br>    **Plaintiff,**<br>v.<br>**Sanofi US Services, Inc., et al.**<br>    **Defendants.** | Case No. 2:17-cv-10623<br><br>Proposed Order |

**<u>ORDER</u>**

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Danine Porter, on behalf of the Estate of Genetta Rodriguez, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
Judge Jane Milazzo, U.S. District Judge