UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Antoinette Joseph, 20-910 | ) ) ) | |

## ORDER

Before the Court is a Motion for Substitution of Proper Party (Doc. 15879);

**IT IS ORDERED** that the Motion is **GRANTED** and that Arnold Joseph, on behalf of Antoinette Joseph, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 26th day of May, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**