UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Susan Davenport, 18-10156 | | |

## ORDER

Before the Court is a Motion for Substitution of Proper Party (Doc. 15880);

**IT IS ORDERED** that the Motion is **GRANTED** and that Kellie Sexton, on behalf of Susan Davenport, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 26th day of May, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE