UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: "H" (5) |
| **This document relates to:** ) | | |
| Ladina Vonner, 16-15582 ) | | |

## ORDER

Before the Court is Plaintiff's Motion to Substitute Willie Wilson, Jr. on Behalf of Ladina Vonner (Doc. 15883);

**IT IS ORDERED** that the Motion is **GRANTED** and that Willie Wilson, Jr., on behalf of Ladina Vonner, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 26th day of May, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE