UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: Jackie Sheppard, 17-11947, ONLY | | |

## ORDER OF DISMISSAL

The Court having been advised by Counsel for the parties (correspondence attached), that all parties have firmly agreed upon a compromise in the Jackie Sheppard matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**THE PARTIES ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 30th day of May, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# SHOOK
HARDY & BACON

May 30, 2023

VIA ELECTRONIC MAIL ONLY
Honorable Judge Milazzo
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room C206
New Orleans, LA 70130

Adrienne L. Byard

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**d** 816.559.2574
**f** 816.421.5547
abyard@shb.com

In Re: Jackie Sheppard v. Sanofi US Services Inc.
f/k/a/ Sanofi-Aventis U.S. Inc.; Sanofi-Aventis
U.S. LLC

MDL Docket No.: 2:17-cv-11947

Re: Taxotere Litigation: Settlement Acceptance to Jackie Sheppard

Dear Judge Milazzo:

Counsel for Sanofi, Adrienne L. Byard, and Plaintiff Jackie Sheppard, John H. (Trey) Allen, III, respectfully advise the Court that they have reached a settlement in principle of this matter, Case No. 2:17-cv-11947, which the parties accordingly request not be transferred.

We ask that the Clerk's office dismiss the *Sheppard* matter without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated.

Respectfully,

*Adrienne Byard*

Adrienne Byard
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
abyard@shb.com

John H. (Trey) Allen, III,
Allen & Nolte, PLLC
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
trey@allennolte.com