**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "N" 5 |
| | * | |
| | * | COMPLAINT & JURY DEMAND |
| | * | |
| This Document Relates To: | * | |
| *Audrey Bailey* | * | CIVIL ACTION NO. 2:17-cv-13942 |
| | * | |

**PLAINTTIF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

---

COMES NOW Plaintiff Audrey Bailey, by counsel, and pursuant to *Federal Rule of Civil Procedure* 15(a)(2), respectfully requests leave to file her Amended Short Form Complaint (attached as "Exhibit A"). For the reasons set forth more fully in Plaintiff's supporting memorandum, filed concurrently herewith, Plaintiff requests that this Court allow her to file her Amended Short Form Complaint.

Respectfully submitted this 31st day of May, 2023.

**BRENT COON & ASSOCIATES**

/s/ *Eric W. Newell*
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_newell@bcoonlaw.com

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6.  Counsel for  Sandoz responded that they did not oppose.  Counsel for Hospira defendants did not respond. Counsel for Sanofi defendants did not respond. Plaintiff non-suited Sanofi defendants on May 5th, 2023.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing pleading has been sent to counsel of record for all parties via CM/ECF system this 31st day of May, 2023.

*/s/Eric W. Newell*
Eric W. Newell