# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| **This document relates to:** | ) | |
| Pandora Smith, 18-11699 | ) | |

## ORDER

Before the Court is a Motion for Substitution of Party (Doc. 15905);

**IT IS ORDERED** that the Motion is **GRANTED** and that Daphne Shippey, on behalf of Pandora Smith, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 30th day of May, 2023.

_____

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**