MINUTE ENTRY
MILAZZO, J.
JUNE 1, 2023

JS-10: 00:32

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| All Cases | | |

## MOTION HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Alexis Vice |
| LAW CLERK: | Natalie Earles |
| | |
| APPEARANCES: | M. Palmer Lambert, David F. Miceli, for Plaintiffs; Douglas J. Moore, Stephen E. Nichols, for Sanofi Defendants |

Court begins at 9:34 a.m.
Counsel made their appearances for the record.
Sanofi's Motion to Reconsider and Vacate CMO 36, and to Strike General Experts' Improper Testimony (Doc. 15673) is argued by counsel.
The Motion is taken under advisement by the Court.
Court adjourned at 10:06 a.m.

