# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Benita Harges
Case No.: 2:20-cv-01026

## PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO AMEND HER COMPLAINT

**NOW COMES** Plaintiff Benita Harges, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.[1]

Plaintiff filed her original Complaint on March 26, 2020, and served Defendants pursuant to PTO 9. In her original and short form Complaint, Plaintiff named Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC as Defendants. Around February 2023, counsel for Plaintiff received National Drug Code information from Ms. Harges' health provider that indicated that Ms. Harges was treated with docetaxel manufactured by Sandoz Inc..

Therefore, Plaintiff's proposed amendment would reflect this correction by removing the Sanofi entities as Defendants and substituting Sandoz Inc., as the proper Defendant. Plaintiff's counsel has conferred with defense counsel and there is no opposition to this motion. Further,

---

[1] Plaintiff's counsel conferred with Liaison counsel for Defendants on this issue, who do not oppose this motion.

Defendants will not be prejudiced by this amendment to Plaintiff's Complaint. For these reasons, Plaintiff requests that this Court grant leave to file an amended Complaint.

Respectfully Submitted,

Dated: June 1, 2023                              **JOHNSON BECKER, PLLC**

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Timothy J. Becker, Esq. (MN Bar #256663)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

      I certify that on June 1, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.