# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Patricia Harris v. Sanofi US Services Inc., et. al.* | Civil No. 2:18-cv-03447 |

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Patricia Harris, deceased, files this Suggestion of Death upon the Record. Plaintiff Patricia Harris departed this world on or about February 15, 2020, during the pendency of this litigation.

Dated: June 2, 2023

                                                 Respectfully submitted,

                                                 */s/ Pete V. Albanis*
                                                 Pete V. Albanis
                                                 Florida Bar No. 0077354
                                                 2150 Goodlette Frank Rd. N.,
                                                 Suite 750
                                                 Naples, FL 34102
                                                 Telephone: 239-432-6605
                                                 Fax: 239-204-3798
                                                 Email: palbanis@forthepeople.com

                                                 *Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

The hereby certify that on June 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Pete V. Albanis*
Pete V. Albanis
