UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Jacquelyn Edge
Case No.: 2:18-cv-8311

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Jacquelyn Edge whose case is on a Notice of Non-Compliance. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: June 2, 2023        */s/ Seth Sharrock Webb*
       SETH SHARROCK WEBB, # 51236
       BROWN & CROUPPEN, P.C.
       211 N. Broadway, Suite 1600
       St. Louis, Missouri 63102
       314-421-0216
       314-421-0359 facsimile
       sethw@getbc.com