UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : : | JUDGE MILAZZO MAG. JUDGE NORTH |
| EDUVIGES MATSUMURA *Plaintiff* | : : : : : | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| vs. | : : : | |
| SANOFI-AVENTIS U.S. LLC, ET AL., *Defendants* | : : : : : : : | Civil Action No.: 2:17-cv-09533 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Accord Healthcare, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: June 5, 2023                                  Respectfully submitted,

                                                     **SHAW COWART, L.L.P.**

                                                     /s/ Ethan L. Shaw
                                                     ETHAN L. SHAW
                                                     Texas Bar No. 18140480
                                                     elshaw@shawcowart.com
                                                     JOHN P. COWART
                                                     Texas Bar No. 04919500
                                                     jcowart@shawcowart.com
                                                     1609 Shoal Creek Blvd., Suite 301
                                                     Austin, Texas 78701
                                                     T: 512.499.8900 / F: 512.320.8906

                                                     *ATTORNEYS FOR PLAINTIFF*


## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                     /s/ Ethan L. Shaw
                                                     ETHAN L. SHAW