UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:17-cv-14151 | : :  :| <br><br>**PLAINTIFF'S SUGGESTION OF DEATH** |
| PLAINTIFF: Vanessa Reininger | : : | |

---

**PLAINTIFFS' SUGGESTION OF DEATH**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Erin Wood, counsel of record for Plaintiff Vanessa Reininger and files this Suggestion of Death on behalf of Vanessa Reininger.

**I.**

The Court is to be advised that Vanessa Reininger passed away on October 5, 2019.

1

Respectfully submitted,

NACHAWATI LAW GROUP
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

By _____
Erin Wood
State Bar No. 24073064
ewood@ntrial.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed and served on June 5, 2023 via the CM/ECF which will send notification of such filing to all attorneys of record.

_____
Erin Wood
Attorney for Plaintiffs

2