# EXHIBIT A



IN THE CARE OF

Sunset Memorial Park & Funeral Home

Vanessa "Kelly" Reininger, age 61, passed away October 5, 2019 in New Braunfels, TX. She was born in Myrtle Beach, SC on July 31, 1958 in to Earl & Barbara Tritt. She was a loving wife, mother, and friend who will be dearly missed. Kelly attended Southwest Texas State University where she earned a BST, then furthered her education at Webster University to earn a MST so she could achieve her dream of being a Computer Programmer. Despite her hectic schedule, family was Kelly's passion and delight. She grew up spending summers with her beloved Grandmother, Siblings, and Cousins. A loving Mother, she enjoyed preparing meals for her family and friends, especially over the holidays. She was also an avid traveler, visiting 5 Continents, taking 14 Cruises, enjoyed sailing, hiking, biking, and numerous trips to beaches around the world. Her life was truly a living example of Ephesians 4:32- "And be kind and compassionate to one another, forgiving one another, just as God also forgave you in Christ."

Mrs. Reininger was proceeded in death by her parents Earl Tritt II & Barbara Poore; Sister, Terrie Tritt.

She is survived by her Husband, Andrew Reininger; Daughters, Ashley & Lindsey Vitek; Sister, Leslie Tatum; Brothers, Earl Tritt III, Christopher Tritt, & Damon Tritt.

The funeral services will be 1pm, Saturday, October 12, 2019 at Sunset Funeral Chapel, 1701 Austin Hwy, San Antonio, TX 78218. Burial will follow at Sunset Memorial Park.