## U UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740  SECTION ""N" (5)  HON. JUDGE JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Madelyn Cindric v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al C.A. No: 2:17-cv-15348* | | |

## ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and that John Cindric, on behalf of his deceased wife, Madelyn Cindric, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2023.

_____
HON. JANE T. MILAZZO
United States District Judge