UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE MILAZZO |
| THE CASES LISTED ON THE Plaintiff Name: Judy Spain_____ | MAG. JUDGE NORTH |
| Case Number: 2:18-cv-02020_____ | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff Judy Spain, by and through the undersigned counsel, pursuant to Federal Rules of Civil 15(A)(2), respectfully moves the Court for leave to amend her Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on February 27, 2018 (*Spain v. Sanofi-Aventis U.S. LLC et al* Case No. 2:18-cv-02020).

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. P. 15(A)(2). Plaintiff avers that justice requires an amendment in this case. Plaintiff claims that Sandoz, Inc. was the manufacturer or seller of her docetaxel chemotherapy and that she was not aware of that when she originally filed her lawsuit. Plaintiff wishes to amend her complaint to include Sandoz, Inc. as Defendants. Plaintiff would also like to remove Hospira, Inc., Hospira Worldwide, LL f/k/a Hospira Worldwide, Inc. and Pfizer, Inc. was a Defendant. Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, who agree in the interest of judicial economy not to oppose this motion, with the understanding and agreement

that Defendants reserve their rights to assert all defenses, including but not limited to defense base on statute of limitations, jurisdiction and service of process, at another stage in this lawsuit.

Plaintiff, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion.

Dated: June 5, 2023

Respectfully submitted,

JOHNSON LAW GROUP

/s/ Pierce Jones
Pierce Jones TX Bar No: 24110061
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

*Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on June 5, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 5, 2023

      /s/ Pierce Jones
      Pierce Jones