# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| Judy Spain, | MAG. JUDGE NORTH |
| Plaintiff(s), | COMPLAINT & JURY DEMAND |
| vs. | Civil Action No.: 2:18-cv-02020 |
| Sanofi-Aventis U.S. LLC, et al., | |
| Defendant(s). | |

## AMENDED SHORT FORM COMPLAINT[1]

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   Judy Spain

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

2.     Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):
N/A

3.     Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
N/A

4.     Current State of Residence: CA

5.     State in which Plaintiff(s) allege(s) injury: CA

6.     Defendants (check all Defendants against whom a Complaint is made):

     a.    Taxotere Brand Name Defendants

         ☐   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

         ☐   B.   Sanofi-Aventis U.S. LLC

     b.    Other Brand Name Drug Sponsors, Manufacturers, Distributors

         ☒   A.   Sandoz Inc.

         ☐   B.   Accord Healthcare, Inc.

         ☐   C.   McKesson Corporation d/b/a McKesson Packaging

         ☐   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

         ☐   E.   Hospira, Inc.

         ☐   F.   Sun Pharma Global FZE

         ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

         ☐   H.   Pfizer Inc.

         ☐   I.   Actavis LLC f/k/a Actavis Inc.

         ☐   J.   Actavis Pharma, Inc.

☐ K. Other:

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of California - Sacramento Division

9. Brand Product(s) used by Plaintiff (check applicable):

☒ A. Taxotere

☐ B. Docefrez

☒ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☐ E. Unknown

☐ F. Other:

3

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> First use was on or about June 15, 2015; Last use was on or about September 28, 2015

11. State in which Product(s) identified in question 9 was/were administered:

> California

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Disfigurement & permanent alopecia beginning sometime after treatments with Taxotere (Docetaxel) and continuing until present. Associated with said alopecia are the following: mental anguish, severe and debilitating emotional distress; present and future mental and physical suffering and discomfort.

13. Counts in Master Complaint brought by Plaintiff(s):

   [x] Count I – Strict Products Liability - Failure to Warn
   [x] Count III – Negligence
   [x] Count IV – Negligent Misrepresentation
   [x] Count V – Fraudulent Misrepresentation
   [x] Count VI – Fraudulent Concealment
   [x] Count VII – Fraud and Deceit

   [x] Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

Extreme and Outrageous Conduct/Intentional Infliction of Emotional Distress against all Defendants; Punitive Damages.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: 

Pierce Jones
TX Bar No: 24110061
Johnson Law Group
2925 Richmond Ave. Suite 1700
Houston, Texas 77098
Tel. (713) 626-9336
Fax (713) 583-9460
Email: taxotere@johnsonlawgroup.com

Russell W. Lewis, IV
FL Bar No: 0100755
Johnson Law Group
2925 Richmond Ave. Suite 1700
Houston, Texas 77098
Tel. (713) 626-9336
Fax (713) 583-9460
Email: taxotere@johnsonlawgroup.com