UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>PATRICIA GARDNER,<br><br>v.<br><br>SANOFI US SERVICES, INC., ET AL | Civil Action No.: 2:18-cv-14157 |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO PFIZER, INC.**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Defendant Pfizer, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 5th day of June, 2023.

By:  _/s/ Joseph D. Terry_
Joseph D. Terry
L. Lee Thweatt
**Terry & Thweatt, P.C.**
114 Byrne Street
Houston, Texas 77009
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
Email: jterry@terrythweatt.com
Email: lthweatt@terrythweatt.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 5, 2023.

>  */s/ Joseph D. Terry*
> Joseph D. Terry
> L. Lee Thweatt
> **Terry & Thweatt, P.C.**
> 114 Byrne Street
> Houston, Texas 77009
> Telephone: (713) 600-4710
> Facsimile: (713) 600-4706
> jterry@terrythweatt.com
> lthweatt@terrythweatt.com