# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| **This document relates to:** ) | |
| Glenda Simmons, 17-15387 ) | |

## ORDER

Before the Court is a Motion for Substitution of Proper Party (Doc. 15937);

**IT IS ORDERED** that the Motion is **GRANTED** and that John M. Simmons, on behalf of Glenda Simmons, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 6th day of June, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE