UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 16-2740 SECTION "H" (5) JUDGE MILAZZO |
| Anndrea Maddox           Plaintiff, | : : : | |
| vs. | : : | |
| Sandoz, Inc.           Defendant. | : : : | Civil Action No.: 20-cv-00081 |

**Notice of Dismissal with Prejudice**

Plaintiff Anndrea Maddox (Case No. 20-cv-00081), and undersigned counsel, hereby give notice that the above-captioned action against Defendant Sandoz, Inc., solely, is voluntary dismissed, with prejudice.

June 6, 2023                                                                     Respectfully submitted,

                                                                                Anndrea Maddox (MDL No.: 20-cv-00081)

                                                                                By: */s/ Carmen D. Caruso*

Carmen D. Caruso
CARMEN D. CARUSO LAW FIRM
77 W Washington Street
Suite 1900
Chicago, IL 60602
cdc@cdcaruso.com

ATTORNEY FOR PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this June 6, 2023, the foregoing Notice of Dismissal with Prejudice was served on all parties of record by means of electronic filing via the Electronic Case Filing (ECF) system.

Respectfully submitted,

*/s/ Carmen D. Caruso*