UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Darla Oringderff, 17-12863 | ) ) | |

# ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint (Doc. 15942);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion (Doc. 15942-1) in the member case.

New Orleans, Louisiana, this 6th day of June, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE