UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>LESLEY RIDDLE and JOE RIDDLE,<br><br><br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI US SERVICES INC., formerly known as Sanofi-Aventis; SANOFI-AVENTIS U.S. LLC., MCKESSON CORPORATION doing business as MCKESSON PACKAGING, PFIZER INC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:18-cv-07001<br><br><br><br>**Notice of Partial Dismissal With Prejudice** |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS EXCEPT SANOFI

Plaintiff Lesley Riddle, and undersigned counsel, hereby give notice that the above-captioned action against Defendants MCKESSON CORPORATION doing business as MCKESSON PACKAGING, and PFIZER INC., only are voluntary dismissed, with prejudice.

The case will continue against the remaining Defendants SANOFI US SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC. and SANOFI AVENTIS U.S. LLC.

Dated this 7th day of June 2023

                                                                     Respectfully Submitted,

                                                                      */s/ Christopher LoPalo*
                                                                      Christopher LoPalo
                                                                      NS PR LAW SERVICES LLC
                                                                      1302 Avenida Ponce de Leon
                                                                      Santurce, PR 00907
                                                                      Phone: (787) 493-5088
                                                                      Fax: (646) 843-7603
                                                                      Email: *Clopalo@nsprlaw.com*

                                                                      **Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 7, 2023          */s/ Christopher LoPalo*
                     Christopher LoPalo