# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE MILAZZO |
| CYNTHIA LEWIS, | MAG. JUDGE NORTH |
| Plaintiff, | |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC.** |
| vs. | |
| SANOFI U.S. SERVICES, INC. ET AL., | |
| | Civil Action No.: 2:17-cv-15250-JTM |
| Defendants. | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except ACCORD HEALTHCARE, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6).

Dated: June 7, 2023        Respectfully Submitted,

**SIMON GREENSTONE PANATIER, P.C.**

*/s/ Shreedhar R. Patel*
Shreedhar R. Patel, TX State Bar No. 24004580
1201 Elm Street, Suite 3400
Dallas, TX 75270
Tel: 214-276-7680
Fax: 214-276-7699
spatel@sgptrial.com

**ATTORNEY FOR PLAINTIFF**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7th, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 7, 2023              */s/ Shreedhar R. Patel*
                                 Shreedhar R. Patel