UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>*Burleson v. Sanofi US Services Inc. et al*<br><br>Plaintiff Name: Joyce Burleson<br>Civil Action No.: 2:18-cv-10657 | SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES, INC**

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: June 7, 2023

Respectfully submitted,

By: */s/ Erin Wood*
Erin Wood
Texas Bar No. 24073064
nwood@ntrial.com
**Nachawati Law Group**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFF<br>JOYCE BURLESON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on June 7, 2023, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Erin M. Wood*<br>Erin M. Wood