UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **THIS DOCUMENT RELATES TO:**<br>16-17915, 17-5044, 17-5699, 17-5255,<br>17-5603, 17-6001, 17-5743, 17-5250,<br>17-6168, 18-103, 18-8934, 17-6659, &<br>17-8521 | | |

## ORDER OF DISMISSAL

The Court having been advised by Counsel for the parties (correspondence attached), that all parties have firmly agreed upon a compromise in the above thirteen listed matters;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**THE PARTIES ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 7th day of June, 2023

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**SHOOK**
HARDY & BACON

June 6, 2023

Adrienne L. Byard

VIA ELECTRONIC MAIL ONLY
Honorable Judge Milazzo
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room C206
New Orleans, LA 70130

2555 Grand Blvd.
Kansas City, Missouri 64108
t 816.474.6550
d 816.559.2574
f 816.421.5547
abyard@shb.com

In Re: Verhine Law Sanofi Taxotere Cases

Re: Settlement Acceptance on Total Inventory of Sanofi Cases

Dear Judge Milazzo:

Counsel for Sanofi, Adrienne L. Byard and Plaintiffs E. Scott Verhine, respectfully advise the Court that they have reached a settlement in principle of 14 matters implicating 13 MDL Cases:

| | | |
|---|---|---|
| Taylor | Flordia | 2:16-cv-17915 |
| Cummings | Marcia | 2:17-cv-05044 |
| Dalida | Carole | 2:17-cv-05699 |
| Brewington | Catherine | 2:17-cv-05255 |
| Stuckey | Ernestine | 2:17-cv-05603 |
| Starr | Carol | 2:17-cv-06001 |
| Fregio | Yolanda | 2:17-cv-05743 |
| Snow | Susan | 2:17-cv-05250 |
| Riemer | Gladyce | 2:17-cv-06168 |
| Lange | Helen | 2:18-cv-00103 |
| Osterberg | Mary | 2:18-cv-08934 |
| Winkel | Carol | 2:17-cv-06659 |
| Amato | Karen | 2:17-cv-08521 |

One additional matter is implicated in the corresponding New Jersey MCL proceedings (Elaine Shore, No. L-004613-18).

We ask that the Clerk's office dismiss the 13 MDLs matter without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated.

*Confidential | Attorney Work Product | Attorney-Client Privilege*

**SHOOK**
HARDY & BACON

Respectfully,

*[signature]*

Adrienne Byard
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
abyard@shb.com

*[signature]*

E. Scott Verhine
Verhine & Verhine PLLC
1012 Adams St.
Vicksburg, MS 39183
scott@verhine.biz

June 6, 2023
Page 2