UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Tina Hickey, Case No. 2:18-cv-4731<br>Hilda Adams, Case No. 2:16-cv-17583<br>Gloria J. Cooper, Case No. 2:18-cv-194<br>Carol R. Woodson, Case No. 2:17-cv-12674 |

## JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, come Plaintiffs Tina Hickey, Hilda Adams, Gloria J. Cooper, and Carol R. Woodson, and Defendants Hospira Inc., Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc., and Accord Healthcare, Inc., who submit the following joint record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated May 25, 2023. The parties designate documents both from the master docket for *In re Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and from the individual member case dockets. Docket entries designated herein should be included in their entirety, including all exhibits and attachments. The filings made in 16-md-02740 that correspond to the below should be transmitted to the Court of Appeals in accordance with the District Court's usual practices and procedure for preserving confidentiality.

*In re: Taxotere (Docetaxel) Products Liability Litigation,* **No. 2:16-md-02740**

| Date | Rec. Doc. | Docket Text |
|---|---|---|
| | | Docket Sheet for *In re: Taxotere (Docetaxel) Products Liability Litigation*, 2:16-md-02740 |
| 07/25/2017 | 689 | AMENDED MASTER LONG FORM COMPLAINT with Jury Demand against All Defendants filed by All Plaintiffs.(Reference: all cases)(tm) (Entered: 07/25/2017) |
| 10/16/2017 | 955 | ANSWER to 689 Amended Master Complaint with Jury Demand by Accord Healthcare, Inc.(Reference: 2740)(Callsen, Julie) Modified text on 10/17/2017 (cml). (Entered: 10/16/2017) |

| 10/16/2017 | 963 | ANSWER to 689 Amended Master Complaint with Jury Demand by Hospira, Inc., Hospira Worldwide LLC, and Pfizer Inc.(Reference: 16-2740)(Gonzalez, Mara) Modified on 10/17/2017 (cml). (Entered: 10/16/2017) |
|---|---|---|
| 09/27/2018 | 4407 | Second AMENDED COMPLAINT with Jury Demand *Second Amended Master Long Form Complaint adding Sagent Pharmaceuticals, Inc.* against Defendant filed by Plaintiff. (Attachments: # 1 Summons for Sagent Pharmaceuticals, Inc.)(Reference: ALL CASES)(Lambert, Matthew) (Entered: 09/27/2018) |
| 10/21/2021 | 13344 | ORDER re Briefing Schedule for Motions for Summary Judgment based on preemption to be filed by Defendants Sandoz Inc. and Accord Healthcare, Inc. It is Ordered that Defendants' motion and supporting memorandum shall be filed no later than November 19, 2021, Plaintiff's opposition shall be filed no later than December 17, 2021, and Defendants' reply shall be filed no later than December 28, 2021. Signed by Judge Jane Triche Milazzo.(Reference: All Cases)(ecm) (Entered: 10/21/2021) |
| 11/18/2021 | 13425 | MOTION for Summary Judgment *on Preemption Grounds* by Defendant. Motion(s) will be submitted on 1/26/2022. (Attachments: # 1 Proposed Order, # 2 Supplement Request for Oral Argument, # 3 Statement of Contested/Uncontested Facts, # 4 Memorandum in Support, # 5 Exhibit A - Adams 2nd Amended PFS excerpt, # 6 Exhibit B Cooper PFS excerpts, # 7 Exhibit C Woodson 3rd Amended PFS, # 8 Exhibit D Accord Sec'y of State Filing, # 9 Exhibit E Meeting Minutes of June 4, 2008, # 10 Exhibit F FDA Summary Review, # 11 Exhibit G Accord Drug Approval Pkg, # 12 Exhibit H CMC Considerations for 505(b)(2) Applications, # 13 Exhibit I Annotated Label Comparison, # 14 Exhibit J Depo Excerpts Nair 7-8-19, # 15 Exhibit K Depo Excerpts Nair 10-7-19, # 16 Exhibit L under seal, # 17 Exhibit M under seal, # 18 Exhibit N under seal, # 19 Exhibit O under seal, # 20 Exhibit P 12-11-15 FDA Supplement Approval Letter, # 21 Exhibit Q Letter from Accord to FDA, # 22 Exhibit R 7-26-16 FDA Supplement Approval Letter, # 23 Exhibit S 5-20-16 FDA Resp. to Special Supplement CBE labeling, # 24 Exhibit T 7-26-16 FDA Approved Label, # 25 Exhibit U FDA 505(b)(2) Resp. to Citizens Petition, # 26 Exhibit V Ross Report, # 27 Exhibit W Depo Excerpts Ross 8-31-20, # 28 Exhibit X Kluger Article, # 29 Exhibit Y Clatterbridge Study)(Reference: 2:16-cv- |

| | | |
|---|---|---|
| | | 17583, 2:18-cv-00194, 2:17-cv-12674)(Callsen, Julie) Modified on 11/22/2021 (ko). (Additional attachment(s) added on 11/23/2021: # 30 Notice of Submission (Civil Only)) (ecm). (Additional attachment(s) added on 11/30/2021: # 31 SEALED Exhibit L, # 32 SEALED Exhibit M, # 33 SEALED Exhibit N, # 34 SEALED Exhibit O) (ko). Modified on 11/30/2021 (ecm). (Entered: 11/18/2021) |
| 11/18/2021 | 13426 | MOTION to Seal Document 13425 MOTION for Summary Judgment *on Preemption Grounds Exhibits L through O* by Defendant. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support)(Reference: 2:16-cv-17583, 2:18-cv-00194, 2:17-cv-12674)(Callsen, Julie) Modified text on 11/22/2021 (ko). (Entered: 11/18/2021) |
| 11/30/2021 | 13470 | ORDER granting 13426 Motion for Leave to File Under Seal Certain Exhibits. The Clerk's Office is instructed to file under seal Exhibits L through O to Accord's Motion for Summary Judgment on Preemption Grounds (Doc. 13425). Signed by Judge Jane Triche Milazzo on 11/29/2021. (Reference: 16-17583, 18-194, 17-12674)(ko) (Entered: 11/30/2021) |
| 12/17/2021 | 13595 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 13425 MOTION for Summary Judgment *on Preemption Grounds*. (Attachments: # 1 Opposition and Response to Defendants' Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment on Preemption Grounds, # 2 Separate Statement of Undisputed Facts in Support of Opposition to Accord's Motion for Summary Judgment on Preemption Grounds, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20)(Reference: 2:16-cv-17583; 2:18-cv-00194; 2:17-cv-12674)(Lambert, Matthew) (Attachment 22 replaced per Order at Rec. Doc. 13629 on 12/27/2021) (ko). (Entered: 12/17/2021) |
| 12/27/2021 | 13628 | REPLY Memorandum in Support of 13425 MOTION for Summary Judgment *on Preemption Grounds* filed by Defendant. (Attachments: # 1 Exhibit A - Ross 8-31-20 Deposition Excerpts, # 2 Response to Plaintiffs' Separate Statement of Undisputed Facts in Opp to Defendant's MSJ)(Reference: 2:16-cv-17583, 2:18-cv-00194, 2:17- |

| | | |
|---|---|---|
| | | cv-12674)(Callsen, Julie) Modified text on 12/28/2021 (ko). (Entered: 12/27/2021) |
| 02/02/2022 | 13759 | ORDER: Considering the attached correspondence from counsel, the Court denies Hospira's request to participate in the oral arguments currently set for February 17, 2022, regarding preemption. The Court will permit Hospira to file a new motion and request for oral argument in a case with a similar fact pattern to Plaisance. This new motion shall be filed no later than March 2, 2022. The Court will still hear argument on February 17, 2022, on the Sandoz and Accord motions for summary judgment on preemption grounds. Signed by Judge Jane Triche Milazzo.(Reference: all cases)(ecm) (Entered: 02/02/2022) |
| 02/17/2022 | 13811 | Minute Entry for proceedings held before Judge Jane Triche Milazzo: Motion Hearing held on 2/17/2022 re 13425 and 13445 MOTIONS for Summary Judgment. The motions were taken under submission by the Court. (Court Reporter Alexis Vice.) (Reference: 16-17583, 18-194, 17-12674, 18-9799)(ko) (Entered: 02/17/2022) |
| 03/02/2022 | 13857 | MOTION for Summary Judgment *Hospira's Motion for Summary Judgment Based on Preemption* by Defendant. Motion(s) will be submitted on 3/23/2022. (Attachments: # 1 Memorandum in Support, # 2 Statement of Contested/Uncontested Facts, # 3 Notice of Submission, # 4 Request for Oral Argument, # 5 Exhibit A, # 6 Exhibit B, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G, part 1, # 12 Exhibit G, part 2, # 13 Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P, # 22 Exhibit Q, # 23 Exhibit R, # 24 Exhibit S, # 25 Exhibit T, # 26 Exhibit U, # 27 Exhibit V, # 28 Exhibit W, part 1, # 29 Exhibit W, part 2, # 30 Exhibit X, # 31 Exhibit Y, # 32 Exhibit Z, # 33 Exhibit AA, # 34 Exhibit BB, # 35 Exhibit CC, # 36 Exhibit DD, # 37 Exhibit EE, # 38 Exhibit FF, part 1, # 39 Exhibit FF, part 2, # 40 Exhibit GG, # 41 Exhibit HH, # 42 Exhibit II)(Reference: 18-4731)(Hubbard, Heidi) Modified submission date on 3/7/2022 (ko). (Entered: 03/02/2022) |
| 03/03/2022 | 13861 | TRANSCRIPT of Hearing on Motions held on February 17, 2022 before Judge Jane Triche Milazzo. Court Reporter/Recorder Alexis Vice, Telephone number 504-589-7777. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 6/1/2022. (Reference: 16-17583, 18-194, 17-12674, 18-9799)(rsg) (Entered: 03/03/2022) |
| 03/31/2022 | 13978 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 13857 MOTION for Summary Judgment *Hospira's Motion for Summary Judgment Based on Preemption* . (Attachments: # 1 Opposition and Response to Defendant's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment on Preemption Grounds, # 2 Separate Statement of Undisputed Facts in Support of Opposition to Hospira's Motion for Summary Judgment on Preemption Grounds, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16)(Reference: 2:18-cv-04731)(Lambert, Matthew) (Entered: 03/31/2022) |
| 04/08/2022 | 14004 | REPLY to Response to Motion filed by Defendant re 13857 MOTION for Summary Judgment *Hospira's Motion for Summary Judgment Based on Preemption*. (Attachments: # 1 Statement of Contested/Uncontested Facts)(Reference: Tina Hickey, 18-4731)(am) (Entered: 04/11/2022) |
| 04/14/2022 | 14020 | Minute Order. Proceedings held before Judge Jane Triche Milazzo: Motion for Summary Judgment based on Preemption 13857 is argued by counsel. The Motion was taken under submission by the Court. (Court Reporter Nichelle Wheeler.) (Reference: Tina Hickey, 18-4731)(am) (Entered: 04/14/2022) |
| 04/27/2022 | 14124 | TRANSCRIPT of Motion Hearing held on April 14, 2022 before Judge Jane Triche Milazzo. Court Reporter/Recorder Nichelle Wheeler, Telephone number 504-589-7775. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/26/2022. (Reference: All Cases)(rsg) (Entered: 04/27/2022) |

| | | |
|---|---|---|
| 08/02/2022 | 14477 | ORDER AND REASONS - IT IS ORDERED that Defendant Accord Healthcare Inc.'s Motion for Summary Judgment on Preemption Grounds (Doc. 13425 ) is DENIED, Defendant Sandoz Inc.'s Motion for Summary Judgment on Preemption Grounds (Doc. 13445 ) is DENIED, and Defendant Hospira's Motion for Summary Judgment Based on Preemption (Doc. 13857 ) is DENIED, as set forth herein. Signed by Judge Jane Triche Milazzo on 8/2/2022. (Reference: Adams 16-17583, Cooper 18-194, Woodson 17-12674, Conley 18-9799, & Hickey 18-4731) (sa) (Entered: 08/02/2022) |
| 08/17/2022 | 14517 | MOTION *Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's August 2, 2022 Summary Judgment Order for Interlocutory Appeal by Defendants Accord Healthcare, Inc., Sandoz Inc., Hospira Worldwide, LLC, and Hospira, Inc.* by Defendant. Motion(s) will be submitted on 09/07/2022. (Attachments: # 1 Memorandum in Support, # 2 Notice of Submission, # 3 Request for Oral Argument, # 4 Proposed Order)(Reference: 16-17583, 18-00194, 17-12674, 18-09799, 18-04731)(Hubbard, Heidi) Modified text/submission date on 8/22/2022 (ko). (Entered: 08/17/2022) |
| 09/22/2022 | 14737 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 14517 MOTION *Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's August 2, 2022 Summary Judgment Order for Interlocutory Appeal by Defendants Accord Healthcare, Inc., Sandoz Inc., and Hospira, Inc.* . (Reference: 16-cv-17583, 18-cv-194, 17-cv-12674, 18-cv-9799, 18-cv-4731)(Lambert, Matthew) (Entered: 09/22/2022) |
| 10/06/2022 | 14796 | REPLY to Response to Motion filed by Defendant re 14517 MOTION *Pursuant to 28 U.S.C. § 1292(b) to Certify the Court's August 2, 2022 Summary Judgment Order for Interlocutory Appeal by Defendants Accord Healthcare, Inc., Sandoz Inc., and Hospira, Inc.* (Reference: 16-17583, 18-194, 17-12674, 18-9799, 18-4731)(sa) (Entered: 10/06/2022) |
| 10/28/2022 | 15004 | Minute Entry for Proceedings held before Judge Jane Triche Milazzo: Hospira, Accord, and Sandoz Defendants' Joint Motion to Certify Order for Interlocutory Appeal pursuant to 28:1292(b) (Doc. 14517 ) was argued by counsel. The Motion was taken under submission by the Court. (Court Reporter Nichelle Wheeler.) (Reference: 16-17583, 18-194, 17-12674, 18-9799, 18-4731)(sa) (Main Document 15004 |

| | | |
|---|---|---|
| | | replaced with edited version on 11/1/2022) (sa). (Entered: 10/28/2022) |
| 11/14/2022 | 15136 | ORDER AND REASONS - IT IS ORDERED that Defendants' Joint Motion to Certify Order for Interlocutory Appeal (Doc. 14517) is GRANTED. IT IS FURTHER ORDERED that, should application for appeal be made timely after this Order, these cases will be STAYED pending the outcome of the appeal. If such application is not timely made, the case will proceed without a stay. Signed by Judge Jane Triche Milazzo on 11/14/2022. (Reference: 16-17583, 18-194, 17-12674, 18-9799, 18-4731) (NEF: Appeals Clerk, 5CA Clerk) (sa) (Entered: 11/14/2022) |
| 11/14/2022 | 15138 | TRANSCRIPT of Motion Hearing held on October 28, 2022 before Judge Jane Triche Milazzo. Court Reporter/Recorder Nichelle Wheeler, Telephone number 504-589-7775. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2023. (Reference: All Cases)(rsg) (Entered: 11/14/2022) |
| 11/16/2022 | 15236 | AMENDED ORDER - IT IS ORDERED that Accord Healthcare Inc.'s Motion for Summary Judgment (Doc. 13425 ) is DENIED, Sandoz Inc.'s Motion for Summary Judgment (Doc. 13445 ) is DENIED, and Hospira's Motion for Summary Judgment (Doc. 13857 ) is DENIED. IT IS FURTHER ORDERED that this Court hereby certifies its August 2, 2022 Order and Reasons (Doc. 14477 ) for interlocutory appeal pursuant to 28:1292(b) because it involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal from the Order may materially advance the ultimate termination of the litigation. Signed by Judge Jane Triche Milazzo on 11/16/2022.(Reference: 16-17583, 18-194, 17-12674, 18-9799, 18-4731)(sa) (Entered: 11/16/2022) |

*Hickey v. Hospira Worldwide, LLC, et al.*, No. 2:18-cv-4731

| Date | Rec. Doc. | Docket Text |
|---|---|---|
| | | Docket Sheet for *Hickey v. Hospira Worldwide, LLC, et al.*, No. 18-cv-4731 |

| Date | Rec. Doc. | Docket Text |
|---|---|---|
| 05/08/2018 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-6851159) filed by Tina Hickey. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons)Attorney Rashmi Parthasarathi added to party Tina Hickey(pty:pla).(Parthasarathi, Rashmi) (Entered: 05/08/2018) |

*Adams v. Sanofi S.A. et al.*, No. 2:16-cv-17583

| Date | Rec. Doc. | Docket Text |
|---|---|---|
| | | Docket Sheet for *Adams v. Sanofi S.A. et al.*, No. 2:16-cv-17583 |
| 11/29/2016 | 1 | COMPLAINT against Sanofi-Aventis U S L L C, Aventis Pharma S A, Sanofi S A with Jury Demand (Filing fee $400, receipt number 0536-3230486) filed by Hilda Adams. (Attachments: # 1 Civil cover sheet, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons)(Attorney Christopher L Coffin added to party Hilda Adams(pty:pla))(aty,Coffin, Christopher) Modified on 11/30/2016 to edit text. (Putch, A) [Transferred from lawd on 1/5/2017.] (Entered: 11/29/2016) |
| 08/02/2017 | 7 | AMENDED SHORT FORM COMPLAINT by Hilda Adams. Party Accord Healthcare, Inc. added. (Per Rec Doc. 713 filed in Master Case) (tm) (Entered: 08/02/2017) |

*Cooper v. Accord Healthcare, Inc.*, No. 2:18-cv-194

| Date | Rec. Doc. | Docket Text |
|---|---|---|
| | | Docket Sheet for *Cooper v. Accord Healthcare, Inc.*, No. 2:18-cv-194 |
| 1/08/2018 | 1 | COMPLAINT with jury demand against All Defendants (Filing fee $ 400 receipt number 053L-6583908) filed by Gloria J Cooper. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)Attorney Everette Scott Verhine added to party Gloria J Cooper(pty:pla).(Verhine, Everette) (Entered: 01/08/2018) |
| 02/21/2018 | 3 | SHORT FORM COMPLAINT with Jury Demand against Accord Healthcare, Inc., filed by Gloria J Cooper.(cbs) (Entered: 02/26/2018) |

*Woodson v. Sanofi US Services Inc. et al.*, No. 2:17-cv-12674

| Date | Rec. Doc. | Docket Text |
|---|---|---|
| | | Docket Sheet for *Woodson v. Sanofi US Services Inc. et al.*, No. 2:17-cv-12674 |
| 11/17/2017 | 1 | COMPLAINT with jury demand against Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC (Filing fee $ 400 receipt number 053L-6479260) filed by Carol R. Woodson. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons)Attorney Alexandra Robertson added to party Carol R. Woodson(pty:pla).(Robertson, Alexandra) (Entered: 11/17/2017) |
| 05/03/2018 | 5 | AMENDED COMPLAINT with Jury Demand against Accord Healthcare, Inc., filed by Carol R. Woodson. (Attachments: # 1 Summons) Per Order, doc. 2450 filed in 16md2740.(sbs) (Entered: 05/10/2018) |

Dated: June 8, 2023                             Respectfully submitted,

/s/ Richmond T. Moore
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave., SW
Washington, D.C. 20024
Telephone: 202-434-5000
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

John F. Olinde (Bar No.1515)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc. and Hospira Worldwide, LLC*

/s/ Michael J. Ruttinger
Michael J. Ruttinger
Julie A. Callsen

Chad M. Eggspuehler
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Fax: 216.592.5009
michael.ruttinger@tuckerellis.com
julie.callsen@tuckerellis.com
chad.eggspuehler@tuckerellis.com

*Counsel for Defendant Accord Healthcare, Inc.*

*/s/ M. Palmer Lambert*
M. Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Michael J. Ruttinger*