UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Tina Hickey, Case No. 2:18-cv-4731<br>Hilda Adams, Case No. 2:16-cv-17583<br>Gloria J. Cooper, Case No. 2:18-cv-194<br>Carol R. Woodson, Case No. 2:17-cv-12674 |
|---|---|

**DEFENDANT-APPELLANT ACCORD HEALTHCARE, INC.'s SUPPLEMENTAL RECORD DESIGNATIONS**

NOW INTO COURT, by and through undersigned counsel, comes Defendant-Appellant Accord Healthcare, Inc., which submits the following supplemental record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated May 25, 2023. The supplemental designations are from the master docket for *In re Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740. Docket entries designated herein should be included in their entirety, including all exhibits and attachments. The filings made in 16-md-02740 that correspond to the below should be transmitted to the Court of Appeals in accordance with the District Court's usual practices and procedure for preserving confidentiality.

*In re: Taxotere (Docetaxel) Products Liability Litigation,* **No. 2:16-md-02740**

| Date | Rec. Doc. | Docket Text |
|---|---|---|
| 11/22/2021 | 13445 | MOTION for Summary Judgment *on Preemption Grounds* by Defendant Sandoz. Motion(s) will be submitted on 1/26/2022. (Attachments: # 1 Memorandum in Support, # 2 Statement of Contested/Uncontested Facts, # 3 Notice of Submission)(Reference: 2:18-cv-09799)(Cohen, Lori) Modified on 11/24/2021 (ecm). (Attachment 1 replaced on 12/8/2021) (ko). (Attachment 2 replaced on 12/8/2021) (ko). (Additional attachment(s) added on 12/8/2021: # 4 Exhibits A-L, # 5 Exhibits M-W) (ko). (Additional attachment(s) added on 12/8/2021: # 6 SEALED Exhibit E, # 7 SEALED Exhibit H, # 8 SEALED Exhibit G) (ko). (Entered: 11/22/2021) |
| 12/06/2021 | 13477 | EXPARTE/CONSENT MOTION Sandoz Inc.'s Ex Parte Motion for Leave to Modify its Motion for Summary Judgment on Preemption Grounds by Defendant. |

**Error! Unknown document property name.**

| | | |
|---|---|---|
| | | (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3a, # 5 Exhibit 3b, # 6 Proposed Order, # 7 Notice of Submission)(Reference: 2:18-cv-09799)(Cohen, Lori) (Entered: 12/06/2021) |
| 12/08/2021 | 13507 | ORDER granting 13477 Motion to Modify 13445 Motion for Summary Judgment on Preemption Grounds and 13479 Motion for Leave to File Under Seal Certain Exhibits in Support of Motion for Summary Judgment on Preemption Grounds. The Clerk's Office is instructed to modify the docket entry for Sandoz's Motion for Summary Judgment on Preemption Grounds as set forth in document. The Clerk's Office is also instructed to file under seal Exhibits E, G, and H to Sandoz's Motion for Summary Judgment on Preemption Grounds. Signed by Judge Jane Triche Milazzo on 12/07/2021. (Reference: 18-9799)(ko) (Entered: 12/08/2021) |
| 12/17/2021 | 13596 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 13445 MOTION for Summary Judgment *Sandoz Inc.'s Motion for Summary Judgment on Preemption Grounds* . (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Statement of Contested/Uncontested Facts, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15)(Reference: 2:18-cv-09799)(Barrios, Dawn) (Attachment 17 replaced on 12/20/2021) (ecm). (Entered: 12/17/2021) |
| 12/23/2021 | 13626 | RESPONSE/MEMORANDUM in Support filed by Defendant re 13445 MOTION for Summary Judgment *Sandoz Inc.'s Motion for Summary Judgment on Preemption Grounds*. (Reference: 2:18-cv-09799)(Cohen, Lori) (Entered: 12/23/2021) |

Dated: June 8, 2023                                             Respectfully submitted,

                                                                */s/ Michael J. Ruttinger*
                                                                Michael J. Ruttinger
                                                                Julie A. Callsen
                                                                Chad M. Eggspuehler
                                                                TUCKER ELLIS LLP
                                                                950 Main Avenue, Suite 1100
                                                                Cleveland, OH 44113

**Error! Unknown document property name.**

Telephone: 216.592.5000
Fax: 216.592.5009
michael.ruttinger@tuckerellis.com
julie.callsen@tuckerellis.com
chad.eggspuehler@tuckerellis.com

*Counsel for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Michael J. Ruttinger*

**Error! Unknown document property name.**