# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>MARJORIE HUNT-BLUFORD<br><br><br><br>Plaintiff,<br><br><br>vs.<br><br><br>SANOFI US SERVICES INC., formerly known as Sanofi-Aventis, SANOFI-AVENTIS U.S. INC.,<br><br><br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:19-cv-09912<br><br><br><br><br><br><br>**Notice of Dismissal with Prejudice** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Marjorie Hunt-Bluford and undersigned counsel, hereby give notice that the above-captioned action against all Defendants be voluntarily dismissed, with prejudice.

Dated this 8th day of June 2023

Respectfully Submitted,

*/s/ Christopher LoPalo*
Christopher LoPalo
NSPR Law Services LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
T: (787) 493-5088
*clopalo@nsprlaw.com*

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 8, 2023                                                      */s/ Christopher LoPalo*
                                                                                 Christopher LoPalo