UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" (5) |
| *SONIA HONAKER v. HOSPIRA, INC., et al.* | Judge Jane Triche Milazzo |
| No. 2:18-cv-10740- JTM | |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

In accordance with Local Civil Rule 83.2.11 and Pretrial Order 74, the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C. and its attorney, David C. Harman (collectively "Burg Simpson"), respectfully move for leave to withdraw as counsel of record for Plaintiff Sonia Honaker. In support of this Motion, Burg Simpson certifies and states as follows:

1) Plaintiff Sonia Honaker was a resident of Ohio, whose relevant injuries are alleged to have occurred in Ohio.

2) Ms. Honaker filed a Short Form Complaint directly with this Court on November 9, 2018. The Hospira Defendants were the only named Defendants.

3) Ms. Honaker complied with Amended Pretrial Order No. 22.

4) Sonia Honaker died on February 12, 2021. (*See* Ex. A, Declaration of David C. Harman, attached to the Memorandum in Support of this Motion.)

5) Burg Simpson's attorney-client relationship with Ms. Honaker ended with her death. *England v. Barstow*, 30 Ohio App. 2d 42, 44 282 N.E.2d 58 (Ohio Ct. App. 1972).

6) Burg Simpson communicated with Ms. Honaker's known successors shortly after her death. (*See* Ex. A, Declaration of David C. Harman, attached to the Memorandum in Support of this Motion.)

7) During these communications, Burg Simpson conveyed that, if Ms. Honaker's successors wished to continue the litigation, they would need to appoint a representative of Ms. Honaker's estate, hire an attorney, and file a motion to substitute the Plaintiff in this case. (*Id*.)

8) Upon information and belief, probate proceedings have not been initiated, and no executor or personal representative for Ms. Honaker's estate has been named. (*See* Ex. A, Declaration of David C. Harman, attached to the Memorandum in Support of this Motion.)

9) Burg Simpson has not been hired to represent Ms. Honaker's estate. (*Id.*)

10) A Suggestion of Death was filed with the Court on June 16, 2022. (Doc. No. 14297.)

11) On June 16, 2022, Burg Simpson sent letters via certified mail to Ms. Honaker's known successors, her children, at the address they provided notifying them that the Suggestion of Death was filed and of the need to have a representative of the estate appointed, hire counsel, and file a motion to substitute the Plaintiff within 90 days of the filing of the Suggestion of Death. (*See* Ex. A, Declaration of David C. Harman, attached to the Memorandum in Support of this Motion.) These letters were returned to Burg Simpson marked undeliverable. (*Id*.)

12) Burg Simpson attempted to reach Ms. Honaker's successors to obtain a new contact address but were unsuccessful. (*Id*.) Following a Lexis search that identified potential new addresses for Ms. Honaker's successors, Burg Simpson unsuccessfully attempted to contact them by certified and regular mail as well as multiple phone calls. (*Id*.)

13) As a result of Ms. Honaker's death, Burg Simpson is unable to communicate with the Plaintiff and accordingly cannot strictly comply with section 1(b) of Pretrial Order 74.

14) Likewise, Burg Simpson acknowledges LR 83.2.11, which requires attorneys seeking withdrawal to certify that a copy of the Motion to Withdraw has been served on each plaintiff. Burg Simpson is unable to strictly comply with that Rule, as Ms. Honaker is deceased and there is no other plaintiff of record. Burg Simpson, however, does certify that the firm has diligently sought to provide all necessary information to Ms. Honaker's successors at their last known address and phone numbers as set forth in this Motion and paragraphs 9 and 10 of the attached Declaration of David C. Harman.

15) Burg Simpson certifies that, as required by Pretrial Order No. 74, on May 24, 2023, more than 14 days prior to filing this Motion, Burg Simpson contacted Defendants' Liaison Counsel and counsel for Hospira Defendants in writing informing them of Burg Simpson's intent to move to withdraw. On June 7, 2023, counsel for the Hospira Defendants confirmed in writing that the Motion is unopposed. (*See* Ex. A, Declaration of David C. Harman, attached to the Memorandum in Support of this Motion.)

16) Granting this motion will not delay trial of this matter or otherwise prejudice Defendants, as this matter is part of MDL 2740 and is not yet scheduled for trial.

17) Pursuant to Local Civil Rule 7.3, this motion does not assign a date for submission. A proposed order is submitted with this motion.

For these reasons, and the reasons set forth in the accompanying Memorandum in Support, the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C. and its attorney, David C. Harman, respectfully request that they be granted leave to withdraw as counsel of record for Plaintiff Sonia Honaker.

DATED: June 8, 2023

                                       Respectfully submitted,

                                       */s/ David C. Harman*
                                       David C. Harman (OH 0087882)
                                       BURG SIMPSON
                                       ELDREDGE HERSH & JARDINE, PC
                                       201 E. Fifth Street, Suite 1340
                                       Cincinnati, OH 45202
                                       (513) 852-5600 Telephone
                                       (513) 852-5611 Facsimile
                                       dharman@burgsimpson.com

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was electronically filed with the Court on this 8th day of June, 2023, and will be served upon counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

      A copy of the foregoing has also been sent via certified mail to Ms. Honaker's known successors Sacha Honaker, Anthony Kahill, and Antwan Kahill, at their last known address and other potential addresses identified by counsel: 3838 Washington Ave., Apt. #13, Cheviot, OH 45211-4649; 2964 High Forest Lane, Apt. 336, Cincinnati, OH 45223-1319; 2948 High Forest Lane, Apt. 336, Cincinnati, OH 45223-1303; P.O. Box 32196, Cincinnati, OH 45211-0196.

                                       */s/ David C. Harman*
                                       David C. Harman