UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" (5) |
| *SONIA HONAKER v. HOSPIRA, INC., et al.* | Judge Jane Triche Milazzo |
| No. 2:18-cv-10740- JTM | |

## EXHIBIT A: DECLARATION OF DAVID C. HARMAN

I, David C. Harman, declare and state as follows:

1. I am of sound mind, over the age of eighteen, and in all other respect competent to make this Declaration.

2. I am an attorney duly licensed to practice law in the State of Ohio. I am a shareholder with the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C. ("Burg Simpson").

3. The facts contained herein are within my personal knowledge, and if called upon as a witness I could and would competently testify to the following under oath.

4. Burg Simpson represented Plaintiff Sonia Honaker in the above-captioned action. The Hospira Defendants are the only named defendants in this action.

5. After being unable to reach Ms. Honaker, on or around January 26, 2022, Burg Simpson located an obituary online that matched Ms. Honaker's name and birth date. The obituary indicated that Ms. Honaker died on February 12, 2021.

6. Burg Simpson made numerous attempts to reach Ms. Honaker's daughter, Ms. Sacha Honaker, and ultimately made contact on April 6, 2022.

7. Ms. Sacha Honaker confirmed that Plaintiff was deceased. Burg Simpson informed Ms. Sacha Honaker that if she and her siblings wished to continue pursuing these claims they would

1

need to appoint an estate representative, hire an attorney, and file a motion to substitute. Ms. Sacha Honaker indicated that neither she nor her siblings had plans to open an estate on behalf of their deceased mother.

8. On June 16, 2022, Burg Simpson filed a Notice of Suggestion of Death.

9. On June 16, 2022, Burg Simpson sent a letter, the Notice of Suggestion of Death, and accompanying Declaration via certified mail to Ms. Honaker's known successors, her living children Sacha Honaker, Anthony Kahill, and Antwan Kahill, at their last known address: 3838 Washington Ave., Apt. 13, Cheviot, OH 45211.

10. The letter notified them that Burg Simpson's representation of Ms. Honaker ended when she died. The letter further notified them that they had 90 days from the date the Suggestion of Death was filed to hire counsel and file a motion to substitute the Plaintiff, otherwise the case would be dismissed. That letter was returned to Burg Simpson marked undeliverable by the mail carrier. Burg Simpson attempted to reach Ms. Honaker's successors to obtain a new contact address but was unsuccessful. Burg Simpson conducted a Lexis search that identified potential new addresses for Ms. Honaker's successors, at which point Burg Simpson unsuccessfully attempted to contact them by certified and regular mail as well as multiple phone calls. Despite these diligent efforts, Burg Simpson has been unable to regain contact with Ms. Honaker's successors.

11. Upon information and belief based upon searches of public probate records, no estate has been opened for Ms. Sonia Honaker and no executor or personal representative has been appointed for Ms. Honaker's estate. Burg Simpson has not been engaged by and does not represent the estate of Ms. Honaker. In addition, Burg Simpson has not been engaged by any potential heir of Ms. Honaker.

12. On May 24, 2023, Burg Simpson sent an email to Defendants' Liaison Counsel and counsel for the Hospira Defendants, asking if they opposed Burg Simpson's Motion to Withdraw. On June 7, 2023, counsel for the Hospira Defendants confirmed in writing that the Motion would be unopposed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 8, 2023

                                        */s/ David C. Harman*
                                        David C. Harman