UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" (5) |
| *SONIA HONAKER v. HOSPIRA, INC., et al.* | Judge Jane Triche Milazzo |
| No. 2:18-cv-10740- JTM | |

**ORDER GRANTING COUNSEL'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

This matter having come before the Court on counsel's Unopposed Motion for Leave to Withdraw as Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C. and its attorney, David C. Harman, are withdrawn as counsel of record for Plaintiff Sonia Honaker.

New Orleans, Louisiana this _____ day of _____, 2023.

_____
Honorable Jane Triche Milazzo
United States District Court Judge