# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*John Green, on behalf of his deceased wife Saundra Green,* Case No. 2:16-cv-15518 | |

## [PROPOSED] ORDER

THE COURT, having considered Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion

So ordered this _____ day of _____, 2023

_____
U.S. District Judge