UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Stacey Porter, | |
| Plaintiff, | |
| vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | |
| Defendants. | |
| Civil Case No.: 2:17-cv-13732 | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants: Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC. Each party to bear their own costs.

Plaintiff will continue her case against Defendants, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. based upon the product identification received.

This the 9th day of June, 2023.

Milberg Coleman Bryson Phillips Grossman, PLLC

*/s/ Daniel K. Bryson*
Daniel K. Bryson

        N.C. Bar No. 15781  
        J. Hunter Bryson  
        N.C. Bar No.: 50602  
        900 W. Morgan Street  
        Raleigh, NC 27603  
        Telephone: 919-600-5000  
        Facsimile: 919-600-5035  
        Email: dbryson@milberg.com  
        Email: hbryson@milberg.com  

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 9th day of June, 2023.

        MILBERG COLEMAN BRYSON
        PHILLIPS GROSSMAN, PLLC

        */s/ Daniel K. Bryson*
        Daniel K. Bryson
        N.C. State Bar No.: 15781
        J. Hunter Bryson
        N.C. State Bar No.: 50602
        PO Box 12638
        Raleigh, NC 27605
        Phone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dbryson@milberg.com
        Email: hbryson@milberg.com

        *Attorneys for Plaintiff*