UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT** Hospira Inc. and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. |
| THIS DOCUMENT RELATES TO: **Wanda Fularz v. Sanofi S.A., et al.** | Civil Action No.: 2:17-cv-17914 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Inc., and Hospira Worldwide LLC f/k/a Hospira Worldwide, Inc. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

DATED: June 13, 2023

/s/ Bradley D. Honnold
Bradley D. Honnold #22972
Goza & Honnold, LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66208
913.451.3433 P
913.839.0567 F
bhonnold@gohonlaw.com
*Attorney for Plaintiff*

00707034-1

## CERTIFICATE OF SERVICE

  I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: June 13, 2023          <u>/s/ Bradley D. Honnold</u>