# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) |
| THIS DOCUMENT RELATES | : : | HON. JANE TRICHE MILAZZO |
| TO: Mary Carroll, | : | |
| Plaintiff, | : : | |
| vs. | : : | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. | : : : | |
| Defendants. | : : | |
| Civil Case No.: 2:17-cv-17324 | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of her voluntary dismissal with prejudice of the following Defendants: Sanofi US Services Inc. f/k/a Sanofi- Aventis U.S. Inc., Sanofi-Aventis U.S. LLC. Each party to bear their own costs.

Plaintiff will continue her case against Defendants, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. based upon the product identification received.

Dated this 13th day of June, 2023.

HISSEY, MULDERIG & FRIEND, PLLC

*/s/ David L. Friend*
David L. Friend. Esq.
State Bar No. 00796583
1504 West Avenue
Austin, TX 78701
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 13th day of June, 2023.

                                                  HISSEY, MULDERIG & FRIEND, PLLC

                                                  */s/ David L. Friend*
David L. Friend. Esq.
State Bar No. 00796583
1504 West Avenue
Austin, TX 78701
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

*Attorneys for Plaintiff*