UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>John Green, on behalf of his deceased wife, Saundra Green, Case No. 2:16-cv-15518 |

**HOSPIRA'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Hospira, Inc. (collectively, "Hospira") enters this Response to Plaintiff's Motion for Leave to File Amended Short Form Complaint (ECF 15966). Plaintiff has been in possession of the information he claims supports product identification for several years, but engaged in undue delay in adding Hospira as a defendant. Considering the Court's prior decision to defer rulings in similar circumstances (ECF 10906), Hospira does not oppose Plaintiff's Motion for Leave, but expressly reserves all rights and defenses under PTO-37 and otherwise, including its right to move for summary judgment on statute of limitations and/or laches grounds and with respect to the sufficiency of Plaintiff's product identification submission.

Dated: June 13, 2023

Respectfully submitted,

*/s/ Richmond T. Moore*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave., SW
Washington, D.C. 20024
Telephone: 202-434-5000
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

John F. Olinde (Bar No.1515)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc. and Hospira Worldwide, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Richmond T. Moore*