# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE INC.** |
| THIS DOCUMENT RELATES TO: <br> Vera Smith vs. Accord Healthcare, Inc. and Sandoz, Inc. | Civil Action No.: **18-cv-08395** |

     Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except [defendant(s) for whom plaintiffs have obtained product identification], each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this __13th__ day of __June__, 2023.

*David W. Hodges* (signature)

David W. Hodges *(admitted pro hac vice)*
dhodges@hftrialfirm.com
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Phone: (713) 523-0001
Fax: (713) 523-1116

CERTIFICATE OF SERVICE

I hereby certify that on  June  , 13 , 2023  I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 13, 2023                                             /s/ David W. Hodges