## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| PENELOPE PAHIOS, | Civil Action No.: 2:19-cv-00406 |
| v. | |
| SANOFI US SERVICES, INC., ET AL | |

### NOTICE OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all Defendants, each party to bear its own costs. Plaintiff seeks this dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of June, 2023.

By: _/s/ Joseph D. Terry_
Joseph D. Terry
L. Lee Thweatt
**Terry & Thweatt, P.C.**
114 Byrne Street
Houston, Texas 77009
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
Email: jterry@terrythweatt.com
Email: lthweatt@terrythweatt.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: June 13, 2023.

                                          */s/ Joseph D. Terry*
                                          Joseph D. Terry
                                          L. Lee Thweatt
                                          **Terry & Thweatt, P.C.**
                                            114 Byrne Street
                                            Houston, Texas 77009
                                            Telephone: (713) 600-4710
                                            Facsimile: (713) 600-4706
                                            jterry@terrythweatt.com
                                            lthweatt@terrythweatt.com