UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO MAG.<br>JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA<br>[Defendant for whom Plaintiffs have obtained product identification] |
| THIS DOCUMENT RELATES TO:<br><br>DONNA BRIDGERS,<br><br>v.<br><br>SANOFI US SERVICES INC.F/AKA SANOFI-AVENTIS U.S. INC., AND SANOFI-AVENTIS U.S. LLC, | Civil Action No.: 2:18-cv-5437 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except HOSPIRA [defendant for whom plaintiffs have obtained product identification], each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 14th day of June 2023

/s/ Joseph H. Saunders
Joseph H. Saunders
Saunders & Walker, P.A.
3491 Gandy Blvd. North, Ste 200
Pinellas Park, FL 33781
(727) 579-4500, F. (727) 577-9696
Fla. Bar No. 0341746
joe@saunderslawyers.com
Counsel for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: June 14, 2023                      **/s/ Joseph Saunders, Esq.**