UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:17-cv-17516<br><br>PLAINTIFF: Vickie Hammond | PLAINTIFF'S SUGGESTION OF DEATH |

## PLAINTIFF'S SUGGESTION OF DEATH

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Erin M. Wood, counsel of record for Plaintiff Vickie Hammond and files this Suggestion of Death on behalf of Vickie Hammond.

**I.**

The Court is to be advised that Vickie Hammond passed away on July 14, 2019.

[Signature block on following page]

1

Respectfully submitted,

By: /s/ Erin M. Wood
Erin M. Wood
Texas Bar No. 24073064
ewood@ntrial.com
**NACHAWATI LAW GROUP**
8970 Blair Road
Dallas, TX
Tel: (214) 890-0711
Fax: (214) 890-0712

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed and served on June 15, 2023 via the CM/ECF which will send notification of such filing to all attorneys of record.

_____
Erin M. Wood
Attorney for Plaintiffs

2