# EXHIBIT A



# Vickie S. Hammond
November 28, 1954 - July 14, 2019

Ms. Vickie S. Hammond, age 64, of Waleksa, passed away on Sunday, July 14, 2019 at her residence.

A Memorial Service is scheduled for 4:00 p.m. Saturday, July 20, 2019 at the Sosebee Memorial Chapel with Rev. Jim Bell, Rev. Jay Tenney, Rev. Jimmy Gayton officiating. The family will receive friends at the funeral home one hour prior to the memorial service.

Ms. Hammond was a kind and supportive person who loved people. She enjoyed reading and going to church.

She was preceded in death by her parents, Donald and Fay Satterfield and sister, Donna Stitt. Survivors include her sister, Lynne Rollins (Raymond); aunt, Ida Carden; uncle, Lester Goss; nephews, Jim Bell, Donnie Stitt, Dane Stitt and Drew Stitt; niece, Rana Hilton; one great niece; several great nephews, cousins and friends.

Sosebee Funeral Home, Canton, GA is honored to serve the family. sosebeefuneralhome.com 770-479-2131.