## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABLITY LITIGATION | ) MDL No. 2740 |
| | ) |
| | ) Section "H" (5) |
| | ) |
| **This Document Relates to:** | ) Judge Milazzo |
| | ) Mag. Judge North |
| Nantri Casaus; 2:18-cv-02860 | ) |
| | ) **NOTICE OF PARTIAL DISMISSAL** |
| | ) **WITH PREJUDICE AS TO ALL** |
| | ) **DEFENDANTS EXCEPT SANOFI US** |
| | ) **SERVICES F/K/A SANOFI-AVENTIS** |
| | ) **U.S. INC. AND SANOFI-AVENTIS U.S.** |
| | ) **LLC** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE

Pursuant to CMO 12A, Plaintiff dismisses with prejudice previously named defendants Sandoz, Inc., Accord Healthcare, Inc., McKesson Corporation d/b/a McKesson Packaging, Hospira Worldwide, LLC f/k/a Hospira worldwide, Inc., Hospira, Inc., Pfizer, Inc., Actavis Pharma, Inc., and Actavis LLC f/k/a Actavis, Inc., with each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants, including Sanofi US Services, Inc. and Sanofi-Aventis U.S. LLC, are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with  Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of June, 2023.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad

Davis & Crump, P.C.
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
trevor.Rockstad@daviscrump.com

Attorney for Plaintiff

## <u>CERTFICATE OF SERVICE</u>

I hereby certify that on June 16, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

SO CERTIFIED this the 16th day of June, 2023.

<u>/s/Trevor B. Rockstad</u>
TREVOR B. ROCKSTAD (MS Bar# 103614)
DAVIS & CRUMP, P. C.
2601 14th Street
Gulfport, MS   39501
Telephone: (228) 863-6000
Facsimile: (228) 864-0907
trevor.rockstad@daviscrump.com