UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE Plaintiff Name: Teressa Savini | JUDGE MILAZZO MAG. JUDGE NORTH |
| Case Number: 2:17-cv-12896 | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff Teressa Savini, by and through the undersigned counsel, pursuant to Federal Rules of Civil 15(A)(2), respectfully moves the Court for leave to amend her Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on November 22, 2017 (*Savini v. Sanofi-Aventis U.S. LLC et al* Case No. 2:17-cv-12896).

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. P. 15(A)(2). Plaintiff avers that justice requires an amendment in this case. Plaintiff claims that Accord Healthcare, Inc. was the manufacturer or seller of her docetaxel chemotherapy and that she was not aware of that when she originally filed her lawsuit. Plaintiff wishes to amend her complaint to include Accord Healthcare, Inc. as Defendants. Plaintiff would also like to remove Hospira, Inc., Hospira Worldwide, LL f/k/a Hospira Worldwide, Inc. and Pfizer, Inc. as a Defendant. Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Accord

Healthcare, Inc. as to whether they would oppose the filing of a motion for leave to amend to add them as a party. In the interest of judicial economy at this stage of the litigation and in light of the Court's previous rulings (*see* Rec. Doc. 10906), Accord will not enter special appearances to oppose a motion for leave to amend to add them as parties, with the understanding and agreement that they reserve their rights to assert all defenses, including but not limited to their rights to move to dismiss or seek summary judgement based on statute of limitations, laches, jurisdiction and service of process, at another stage in this lawsuit. Moreover, by agreeing not to oppose this motion, counsel for Accord is not agreeing to the truth or accuracy of any legal or factual averment of Plaintiff's counsel that are contained in the motion.

Plaintiff, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion.

Dated: June 19, 2023

Respectfully submitted,

JOHNSON LAW GROUP

/s/ Pierce Jones
Pierce Jones TX Bar No: 24110061
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

*Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on June 19, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 19, 2023

                                                  /s/ Pierce Jones_____
                                                  Pierce Jones