# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE MILAZZO |
| THE CASES LISTED ON THE Plaintiff Name: Teressa Savini | MAG. JUDGE NORTH |
| Case Number: 2:17-cv-12896 | |

Considering the parties' Motion for Leave to Amend Complaint of Teressa Savini.

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to Amend the Complaint filed by Teressa Savini is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Dated: _____

_____
Honorable Jane Triche Milazzo