UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| THE CASES LISTED ON THE Plaintiff Name: Sheeneatha Bradford | JUDGE MILAZZO MAG. JUDGE NORTH |
| Case Number: 2:17-cv-13092 | |

Considering the parties' Motion for Leave to Amend Complaint of Sheeneatha Bradford.

**IT IS HEREBY ORDERED** that the Unopposed Motion for Leave to Amend the Complaint filed by Sheeneatha Bradford is hereby GRANTED and the Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Dated: _____

_____
Honorable Jane Triche Milazzo