## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Feb 24 2021

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-21-036489

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last): JENNIFER LYNN MATHIS (Before Marriage) MATHIS
2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy): FEBRUARY 1, 2021
3. SEX: FEMALE
4. DATE OF BIRTH (mm-dd-yyyy): AUGUST 16, 1965
5. AGE-Last Birthday (Years): 55
6. BIRTHPLACE (City & State or Foreign Country): LONGVIEW, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: [X] Divorced (but not remarried)
9. SURVIVING SPOUSE'S NAME:
10a. RESIDENCE STREET ADDRESS: 200 BOSTIC DR
10b. APT. NO.: 211
10c. CITY OR TOWN: LONGVIEW
10d. COUNTY: GREGG
10e. STATE: TEXAS
10f. ZIP CODE: 75602
10g. INSIDE CITY LIMITS?: [X] Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: ELVIS MATHIS
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: SHIRLEY LILLY
13. PLACE OF DEATH: [X] Inpatient
14. COUNTY OF DEATH: GREGG
15. CITY/TOWN, ZIP: LONGVIEW, 75605
16. FACILITY NAME: LONGVIEW REGIONAL MEDICAL CENTER
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: LATORIA WILLIAMS - DAUGHTER
18. MAILING ADDRESS OF INFORMANT: 200 BOSTIC DR # 211, LONGVIEW, TX 75602
19. METHOD OF DISPOSITION: [X] Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: KHADIJAH ANNTONETTE ANDERSON, BY ELECTRONIC SIGNATURE - 117607
21. [X] Unknown
22. PLACE OF DISPOSITION: ALLEN DAVE FH & CREMATORIUM
23. LOCATION: CARTHAGE, TX
24. NAME OF FUNERAL FACILITY: ROSEWOOD MEMORIAL FUNERAL HOME - LONGVIEW
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 401 NORTH 5TH STREET, LONGVIEW, TX 75601
26. CERTIFIER: [X] Certifying physician
27. SIGNATURE OF CERTIFIER: ALA NIJIM, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: FEBRUARY 23, 2021
29. LICENSE NUMBER: S0758
30. TIME OF DEATH: 11:47 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: ALA NIJIM 2901 N FOURTH STREET, LONGVIEW, TX 75605
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
- a. IMMEDIATE CAUSE: SEPTIC SHOCK — Approximate interval: FEW DAYS
- b. COLITIS — FEW DAYS
- c.
- d.

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: BREAST CANCER, ANEMIA

34. WAS AN AUTOPSY PERFORMED?: [X] No
35. WERE AUTOPSY FINDINGS AVAILABLE:
36. MANNER OF DEATH: [X] Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: [X] No
38. IF FEMALE: [X] Unknown if pregnant within the past year

EDR NUMBER 000044444952352

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Mar 04 2021

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

