UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                         MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

SHIRLEY OLIVER
Case No.: 19-13233

## SUGGESTION OF DEATH

Phoebe Langley, daughter of Shirley Oliver suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Shirley Oliver, Plaintiff of record in the above captioned case. Ms. Oliver passed away on April 9, 2022, during the pendency of this action (See Death Certificate – Exhibit A). Ms. Oliver's surviving family members will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
950 17th Street, Suite 1050
Denver, CO 80202
T: (303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

**CERTIFICATE OF SERVICE**

I certify that on June 19, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*