# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Apr 12 2022

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-22-070282

1. LEGAL NAME OF DECEASED (include AKA's, if any) (First, Middle, Last): SHIRLEY ANN OLIVER (Before Marriage) DORMAN
2. DATE OF DEATH: ACTUAL OR PRESUMED (mm-dd-yyyy): APRIL 9, 2022
3. SEX: FEMALE
4. DATE OF BIRTH (mm-dd-yyyy): FEBRUARY 27, 1933
5. AGE-Last Birthday (Years): 89
6. BIRTHPLACE (City & State or Foreign Country): CUERO, TX
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: ☒ Widowed (but not remarried)
9. SURVIVING SPOUSE'S NAME:
10a. RESIDENCE STREET ADDRESS: 64 LANGLEY ROAD
10c. CITY OR TOWN: HUNTSVILLE
10d. COUNTY: WALKER
10e. STATE: TEXAS
10f. ZIP CODE: 77320-1229
10g. INSIDE CITY LIMITS?: ☒ No
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: FLOYD IVEY DORMAN
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: WINIFRED MAE MOFFETT
13. PLACE OF DEATH: ☒ Nursing Home
14. COUNTY OF DEATH: TRINITY
15. CITY/TOWN, ZIP: TRINITY, 75862
16. FACILITY NAME: AVALON PLACE TRINITY
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: PHOEBE MAUREEN LANGLEY - DAUGHTER
18. MAILING ADDRESS OF INFORMANT: 64 LANGLEY ROAD, HUNTSVILLE, TX 77320-1229
19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: LOIS EDWARDS 10709, BY ELECTRONIC SIGNATURE - 10709
22. PLACE OF DISPOSITION: WALLER THORNTON CREMATORY
23. LOCATION: HUNTSVILLE, TX
24. NAME OF FUNERAL FACILITY: WALLER-THORNTON FUNERAL HOME - HUNTSVILLE
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 672 FM 980, HUNTSVILLE, TX 77320
26. CERTIFIER: ☒ Medical Examiner/Justice of the Peace
27. SIGNATURE OF CERTIFIER: LYLE STUBBS, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: APRIL 12, 2022
29. LICENSE NUMBER: 99999
30. TIME OF DEATH: 11:05 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: LYLE STUBBS P.O. BOX 641, TRINITY, TX 75862
32. TITLE OF CERTIFIER: JP

33. PART 1.
a. IMMEDIATE CAUSE: RESPIRATORY FAILURE — Approximate interval Onset to death: HOSPICE

34. WAS AN AUTOPSY PERFORMED?: ☒ No

36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ Unknown
38. IF FEMALE: Not pregnant within past year

EDR NUMBER 000044445325838

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Apr 13 2022

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE