UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)         MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

VIVIAN SEDLOCK
Case No.: 18-05423

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Kelly Macek, Administrator of the Estate of Vivian Sedlock, in place of Plaintiff, Vivian Sedlock.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed May 29, 2018.

2. The Plaintiff, Vivian Sedlock, died on February 17, 2022.  (See Death Certificate- Exhibit A).

3. Kelly Macek was appointed as Administrator of the Estate of Vivian Sedlock on February 13, 2023. (See Letters Testamentary - Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Kelly Macek, Administrator of the Estate for Vivian Sedlock, for the Plaintiff, Vivian Sedlock.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
950 17th Street, Ste. 1050
Denver, CO 80202
T: (303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

**CERTIFICATE OF SERVICE**

I certify that on June 20, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*