# COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH
## VITAL RECORDS

**WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH.**

## Certification of Death

Disposition Permit Number: **E472710**
State File Number: **324880-2022**

Decedent's Legal Name: **Vivian M. Sedlock**
Alias:
Date of Death: **February 17, 2022**
Social Security Number: **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**
Sex: **Female**

Age: **86 Years**
Date of Birth: **August 30, 1935**
Birthplace: **Pensacola, Florida**
Ever in US Armed Forces: **No**
Marital Status at Time of Death: **Widowed**

Residence Address: **211 Norman Drive Moon Township, Pennsylvania 15108**
Surviving Spouse's Name:
Residence County: **Allegheny**

Father / Parent's Name: **Hermon Spangler**
Mother / Parent's Name: **Vivian Stone**

Informant's Name: **Kelly Macek**
Informant's Relationship to Decedent: **Daughter**

Place of Death: **Decedent's Residence**
City or Town, State, and Zip Code: **Moon Township, Pennsylvania 15108**
Place of Death Address: **211 Norman Drive**
County of Death: **Allegheny**

Method of Disposition: **Cremation**
Place of Disposition: **Pittsburgh Cremation Services**

Location of Disposition: **Ross Township, Pennsylvania 15237**
Date of Disposition: **February 23, 2022**
Time of Death: **11:51 AM**

Name and Address of Funeral Facility: **R D Copeland Ltd (Coraopolis)**
**867 Fifth Avenue Coraopolis, Pennsylvania 15108**
Funeral Director: *Donald J Vey (Electronically Signed)*

**PART I. Cause of Death:**

| | | Approximate Interval Onset to Death |
|---|---|---|
| Immediate Cause → a. | Cardiopulmonary Failure | Minutes |
| b. | Cerebral Aneurysm | Years |
| c. | <<<>>> | <<<>>> |
| d. | <<<>>> | <<<>>> |

**PART II. Other Significant Conditions Contributing to Death:**
**Hypertension; Hyperlipidemia; Chronic Kidney Disease Stage IIIb; Aortic Regurgitation; History of Breast Cancer; Hypothyroidism**

Was an Autopsy Performed? **No**
Were Autopsy Findings Available to Complete Cause of Death? **Unrecorded**

Date of Injury:
Time of Injury:
Place of Injury:
Injury at Work:
Location of Injury:
Describe How Injury Occurred:
If Transportation Injury, Specify:

Did Tobacco Use Contribute to Death? **No**
Pregnant at Time of Death: **Not Applicable**
Manner of Death: **Natural**

Hispanic Origin: **Not Spanish/Hispanic/Latino**
Education: **High School graduate or GED completed**
Decedent's Race: **White**

Usual Occupation: **Homemaker**
Kind of Business/Industry: **Own Home**

Certifier's Name & Title: *ELIZABETH ANN RUBERG DO (Signature on File)*
Address: **1136L Thorn Run Road Moon Township, Pennsylvania 15108**
Date Certified: **February 17, 2022**

Registrar's Name/District Number: *Wayne P Madden (Signature on File)* **02-013**
Date Filed: **February 26, 2022**

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Audrey C. Marrocco*
**Audrey C. Marrocco**
State Registrar

THE DOCUMENT FACE CONTAINS A YELLOW BACKGROUND AND EMBOSSED SEAL
THE BACK CONTAINS SPECIAL LINES WITH TEXT.

H105.105.1D Rev. (03/2020)
**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.
**0006855469**

**DETACH HERE** — **TEAR AT THIS PERFORATION** — **DETACH HERE**

R D COPELAND LTD (CORAOPOLIS)
867 FIFTH AVENUE
CORAOPOLIS, PENNSYLVANIA 15108

Order Number: **20220211111**

