FORM 20

## DEPARTMENT OF COURT RECORDS, WILLS/ORPHANS' COURT DIVISION

*COMMONWEALTH OF PENNSYLVANIA*

*ALLEGHENY COUNTY*

SS:     No.:    2251243

No.    022301029

I, Michael McGeever, Director of the Department of Court Records in and for the County of Allegheny in the Commonwealth of Pennsylvania, DO HEREBY CERTIFY that on the

13th day of February, 2023    LETTERS OF TESTAMENTARY

on the Estate of VIVIAN M. SEDLOCK,

deceased, were granted to KELLY JEAN MACEK

having first been qualified well and truly to administer the same. And, I further certify that no revocation of said Letters appears of record in my office.

Date of Death    2/17/2022

Social Security No.    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

Given under my hand and seal of office, at Pittsburgh this 13th day of February 2023

_____
Director, Department of Court Records

_____
Clerk

**NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL**