# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC., AND HOSPIRA, INC.**<br><br>Civil Action No.: 2:17-cv-04794 |
| THIS DOCUMENT RELATES TO:<br><br>CORNELIA L. PERROTTA | |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 20th day of June, 2023.   /s/ Lisa Ann Gorshe
                   Lisa Ann Gorshe, Esq. (MN Bar #029522X)
                   Johnson Becker, PLLC
                   444 Cedar Street, Suite 1800
                   Saint Paul, MN 55101
                   Phone: (612) 436-1800
                   Fax: (612) 436-1801
                   lgorshe@johnsonbecker.com

                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on <u>June 20</u>, 20<u>23</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>June 20</u>, 20<u>23</u>,                                   <u>/s/ Lisa Ann Gorshe</u>
                                                                                 Lisa Ann Gorshe, Esq.