**CERTIFICATION OF VITAL RECORD**

# CERTIFICATE OF DEATH
State File Number: 2021004746

## Martha Lee Turner

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| Date of Death: | March 11, 2021 | Time of Death: | 16:11 |
| City of Death: | Ogden | County of Death: | Weber |
| Age: | 73 | Date of Birth: | April 17, 1947 |
| Place of Birth: | Los Angeles, California | Sex: | Female |
| Armed Services: | No | Marital Status: | Married |
| Spouse's Name: | LaSalle Turner Jr | Usual Occupation: | Realtor |
| Industry/Business: | Real Estate | Education: | Associate Degree |
| Residence: | Riverdale, Utah | Father's Name: | Elbert Ross |
| Mother's Name: | Julia James | Facility Type: | Hospital Inpatient |
| Facility or Address: | McKay-Dee Hospital Center | | |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| Name: | LaSalle Turner Jr | Relationship: | Husband |
| Mailing Address: | 751 West 4250 South, Riverdale, Utah 84405 | | |

### DISPOSITION INFORMATION

| | |
|---|---|
| Method of Disposition: | Burial |
| Place of Disposition: | Lindquist's Washington Heights Memorial Park, Ogden, Utah |
| Date of Disposition: | March 20, 2021 |

### FUNERAL HOME INFORMATION

| | |
|---|---|
| Funeral Home: | Myers Mortuary - Ogden |
| Address: | 845 Washington Blvd, Ogden, Utah 84404 |
| Funeral Director: | Shaun S Myers |

### MEDICAL CERTIFICATION

Certifying Physician: Elliott Karren MD, 4401 Harrison Blvd, Ogden (Weber), Utah 84403

### CAUSE OF DEATH

Natural, Not Otherwise Specified
Due to (or as a consequence of): Acute Systolic Heart Failure, Lactic Acidosis
Due to (or as a consequence of): Acute Liver Injury, Thrombocytopenia, Immune Thrombocytopenic Purpura
Due to (or as a consequence of): Upper Gastrointestinal Hemorrhage
Other significant conditions: Tachycardia Mediated Cardiomyopathy, Breast Cancer
Tobacco Use: Unknown
Medical Examiner Contacted: No    Autopsy Performed: No    Manner of Death: Natural

Date Registered: March 16, 2021
Date Issued: March 31, 2022

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics. Security features of this official document include: Intaglio Border, V & R images in top cycloids, and intaglio microtext. This document displays the date, seal and signature of the Utah State Registrar of Vital Record and Statistics.

Linda S. Wininger, MSW, LCSW
State Registrar
Rev. 07/21


*067005169*

Brian Cowan, MPH, LEHS
Director/Health Officer
County Health Department


WEBER MORGAN HEALTH DEPARTMENT

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE