# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | | HON. JUDGE JANE TRICHE MILAZZO |
| *Vanessa Reininger v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al No: 2:17-cv-14151* | | MAG. JUDGE MICHAEL NORTH |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, Vanessa Reininger, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Andrew Reininger on behalf of his deceased wife, Vanessa Reininger, in the above-captioned cause for the following reasons:

1. On December 2, 2017, Vanessa Reininger filed a products liability lawsuit in the above-referenced matter.

2. On October 5, 2019, Vanessa Reininger passed away.

3. Plaintiff filed a Suggestion of Death on June 5, 2023. *See* Doc. No. 15938.

4. Vanessa Reininger's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. The decedent's spouse, Andrew Reininger, is a proper party to substitute for Plaintiff - decedent Vanessa Reininger and wishes to be substituted on behalf of Vanessa Reininger in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: June 22, 2023

*/s/ Erin M. Wood*
Erin M. Wood
Texas Bar No. 24073064
ewood@ntrial.com
**NACHAWATI LAW GROUP**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 22, 2023

By: */s/ Erin M. Wood* Texas Bar No. 24073064
ewood@ntrial.com
NACHAWATI LAW GROUP
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
*Attorney for Plaintiff*

U UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | : | HON. JUDGE JANE TRICHE MILAZZO |
| *Vanessa Reininger v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* <br> *No: 2:17-cv-14151* | : : : : | MAG. JUDGE MICHAEL NORTH |

**ORDER GRANTING SUBSTITUTION OF PROPER PARTY**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and that Andrew Reininger, on behalf of his deceased wife, Vanessa Reininger, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2023.

_____
HON. JANE T. MILAZZO
United States District Judge
