U UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | : | HON. JUDGE JANE TRICHE MILAZZO |
| *Vanessa Reininger v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al No: 2:17-cv-14151* | : : : : | MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and that Andrew Reininger, on behalf of his deceased wife, Vanessa Reininger, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2023.

_____
HON. JANE T. MILAZZO
United States District Judge