**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION <br><br> EDITH BROUILLARD and PAUL BROUILLARD, <br><br> Plaintiffs, <br> vs. <br> SANOFI-AVENTIS U.S. LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Case No. 4:23-cv-00705-MTS <br><br> *(Transferred from the Eastern District of Louisiana; Case Number 2:17-cv-17938)* |

**NOTICE OF APPEARANCE OF SETH SHARROCK WEBB**

COMES NOW Seth Sharrock Webb, individually and for Brown & Crouppen, P.C., and

hereby enters his appearance on behalf of the Plaintiffs, Edith Brouillard and Paul Brouillard.

Dated: June 22, 2023                     Respectfully submitted,

*/s/ Seth Sharrock Webb*
Seth Sharrock Webb, 51236
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO  63102
(314) 222-2222
Fax (314) 667-3112
sethw@getbc.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Seth Sharrock Webb, hereby certify that, on June 22, 2023, this document filed

through the CM/ECF system will be sent electronically to registered participants identified in the

Notice of Electronic Filing (NEF) and electronic copies will be sent to those indicated as non-

registered participants and any known counsel for the parties.

Dated: June 22, 2023                         */s/ Seth Sharrock Webb*
                                             Seth Sharrock Webb, 51236
                                             Brown & Crouppen, P.C.
                                             211 North Broadway, Suite 1600
                                             St. Louis, MO  63102
                                             (314) 222-2222
                                             Fax (314) 667-3112
                                             sethw@getbc.com

                                             ATTORNEY FOR PLAINTIFF