UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| This document relates to: Sheri Welch, 18-00845 | ) ) | |

### ORDER FOR REINSTATEMENT OF CASE TO OBTAIN EVIDENCE SET FORTH IN ADDENDUM TO CASE MANAGEMENT ORDER NO. 12A

Plaintiff Sheri Welch was dismissed with prejudice on the record at the September 13, 2022 show cause hearing due to her alleged inability to determine Product ID Information in accordance with CMO 12A. *See* Minute Entry, Rec. Doc. 14722. Based on the agreement of the parties and pursuant to Rule 60(b) and the Addendum to Case Management Order No. 12A (Rec. Doc. 15287), **IT IS ORDERED** that Plaintiff Sheri Welch's case is **REINSTATED** as to **Defendants Accord and Sagent only**. Plaintiff is subject to further orders to show cause and dismissal with prejudice should a plaintiff fail to obtain the documentation set forth in the Addendum to Case Management Order No. 12A sufficient to establish product identification in a manner consistent with the Court's prior rulings.

New Orleans, Louisiana, this 21st day of June, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE