UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)         MDL NUMBER:  2740
      PRODUCTS LIABILITY
      LITIGATION                              SECTION: "H"(5)

THIS DOCUMENT RELATES TO:
16-17039

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

The settlement conference scheduled for July 27, 2023 in the above matter is hereby RESCHEDULED for August 31, 2023 at 1:00 p.m. via telephone before Magistrate Judge Michael B. North. The parties are referred to the Court's original order scheduling the settlement conference in this matter (rec. doc. 15801) for requirements regarding the content of and submission date for their confidential settlement position papers.

New Orleans, Louisiana, this  22nd  day of _____June_____, 2023.

                                        MICHAEL B. NORTH
                                UNITED STATES MAGISTRATE JUDGE