MINUTE ENTRY
MILAZZO, J.
JUNE 22, 2023

JS-10:   00:43

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On June 22, 2023, the Court held a status conference with Lead and Liaison Counsel. Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by video. Counsel discussed the ongoing remand process and gave a general status update.

**IT IS ORDERED** that the next Lead & Liaison Meeting is **SET** for **October 3, 2023 at 9:00 AM**.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL 2740 H(5)
PRODUCTS LIABILITY LITIGATION

JUNE 22, 2023
LEAD & LIAISON MEETING

| Name (Please Print) | Party Representing |
|---|---|
| Adrienne Byard | Sanofi |
| Douglas Moore | DLC Sanofi |
| Hartley R. | Sanofi |
| Geoff Coan | Sun |
| Neeluu Wadhwani | Hospira |
| Julie Callsen | Accord |
| Palmer Lambert | π Co-Liaison |
| Chris Coffin | π Co-Lead |
| Karen Barth Menzies | π Co-Lead |
| David Miceli | PEC |
| John Olinde | SUSL2 liaison |
| Michael Suffern | Altavis Pharma, Inc., Hetausele & Sagent Pharm., Inc. |
| Evan Holden | Δ Sandoz |