**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | MDL NO. 2740 |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | SECTION "H" 5 |
| | ) | |
| | ) | HON. JUDGE MILAZZO |
| | ) | |
| | ) | MAG. JUDGE MICHAEL NORTH |

**ENTRY OF APPEARANCE**

John J. Carey of Carey Danis & Lowe hereby enters his appearance as counsel for

Plaintiffs listed in Exhibit A in this matter.

Dated: June 23, 2023                                              Respectfully submitted,

*/s/ John J. Carey*
 John J. Carey
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 725-7700
Facsimile: (314) 721-0905
jcarey@careydanis.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic
filing system and thereby served upon all counsel of record by electronic filing on the 23rd day
of June, 2023.

*/s/ John J. Carey*