**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION ""N" (5) |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | HON. JUDGE JANE TRICHE MILAZZO |
| *Ruth Simmons v. Sanofi US Services Inc.* | : | |
| *f/k/a Sanofi-Aventis U.S. Inc. et al* | : | |
| *C.A. No: 2:17-cv-15395* | : | MAG. JUDGE MICHAEL NORTH |
| | : | |

## <u>MOTION FOR SUBSTITUTION OF PROPER PARTY</u>

COMES NOW counsel for plaintiff, Ruth Simmons, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Devon Stoney on behalf of his deceased mother, Ruth Simmons, in the above-captioned cause for the following reasons:

1.      On December 7, 2017, Ruth Simmons filed a products liability lawsuit in the above-referenced matter.

2.      On January 13, 2021, Ruth Simmons passed away.

3.      Plaintiff filed a Suggestion of Death on May 17, 2023.  *See* Doc. No. 15853.

4.      Ruth Simmons's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5.      The decedent's son, Devon Stoney, is a proper party to substitute for plaintiff-decedent Ruth Simmons and wishes to be substituted on behalf of Ruth Simmons in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: June 23, 2023

**WILLIAMS HART & BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: June 23, 2023

**WILLIAMS HART & BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*