U UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Ruth Simmons v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al C.A. No: 2:17-cv-15395* | : : : : | HON. JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

## ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and that Devon Stoney, on behalf of his deceased mother, Ruth Simmons, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2023.

_____
HON. JANE T. MILAZZO
United States District Judge