# EXHIBIT B

| | |
|---|---|
| **From:** | Decea, Nanette E. |
| **To:** | Lindsay Stevens |
| **Cc:** | Baehr, Jordan (SHB); rmoore@wc.com; NWadhwani@wc.com; Michelle Barnett; Sophia Sylvestri |
| **Subject:** | RE: Taxotere Meet and Confer re: 2:17-cv-11188 Calkins, Rosemary |
| **Date:** | Monday, May 1, 2023 11:51:05 AM |
| **Attachments:** | image064.png |
| | image065.png |
| | image066.png |
| | image067.png |
| | image068.png |
| | image070.png |
| | image071.png |
| | image072.png |
| | image073.png |
| | image074.png |
| | image075.png |
| | image076.png |
| | image077.png |
| | image078.png |
| | image079.png |
| | image082.png |
| | image084.png |
| | image085.png |
| | image086.png |
| | image087.png |
| | image088.png |
| | image089.png |
| | image090.png |
| | image091.png |
| | image092.png |
| | image093.png |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |

Hi Jordan – It is Hospira's position that plaintiff's claims are time-barred from filing an amended complaint, and we intend to oppose on that basis.

Thanks,

Nanette

_____

Nanette E. Decea
Senior Attorney and Advisor | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8615 | F: +1 212.836.6469
Nanette.Decea@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lindsay Stevens <lindsay@getgomez.com>
**Sent:** Friday, April 28, 2023 4:40 PM
**To:** Decea, Nanette E. <Nanette.Decea@arnoldporter.com>
**Cc:** Baehr, Jordan (SHB) <JBAEHR@shb.com>; zzz.External.rmoore@wc.com <rmoore@wc.com>; zzz.External.NWadhwani@wc.com <NWadhwani@wc.com>; Michelle Barnett <michelle@getgomez.com>; Sophia Sylvestri <sophia@getgomez.com>
**Subject:** RE: Taxotere Meet and Confer re: 2:17-cv-11188 Calkins, Rosemary

External E-mail

Nanette,

What is the basis for Hospira's opposition?

Thank you,

**Lindsay Stevens** OF COUNSEL

📞 619.237.3490   📠 619.237.3496
📍 755 Front Street, San Diego, CA 92101
🌐 www.GetGomez.com





**From:** Decea, Nanette E. <Nanette.Decea@arnoldporter.com>
**Sent:** Thursday, April 27, 2023 2:28 PM
**To:** Lindsay Stevens <lindsay@getgomez.com>
**Cc:** Baehr, Jordan (SHB) <JBAEHR@shb.com>; rmoore@wc.com; NWadhwani@wc.com
**Subject:** RE: Taxotere Meet and Confer re: 2:17-cv-11188 Calkins, Rosemary

Hello Lindsay – Hospira intends to oppose the motion to amend the complaint in the Rosemary Calkins matter. Thank you.

Nanette
_____
Nanette E. Decea
Senior Attorney and Advisor | Bio

# Arnold & Porter

250 West 55th Street
New York, NY 10019-9710

T: +1 212.836.8615 | F: +1 212.836.6469

Nanette.Decea@arnoldporter.com

www.arnoldporter.com | LinkedIn | Twitter

**From:** Lindsay Stevens <lindsay@getgomez.com>
**Sent:** Thursday, April 20, 2023 4:57 PM
**To:** Hatten, Madison M. (SHB) <MHATTEN@shb.com>; Decea, Nanette E. <Nanette.Decea@arnoldporter.com>; higginsa@gtlaw.com; insognan@gtlaw.com; Baehr, Jordan (SHB) <JBAEHR@shb.com>; Hoerl, Brandon J. (SHB) <BHOERL@shb.com>
**Cc:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>; Bieri, Kelly (SHB) <KBIERI@shb.com>; Starr, Sarah R. (SHB) <SSTARR@shb.com>; Thomas, Brad (SHB) <BSTHOMAS@shb.com>
**Subject:** RE: Taxotere Meet and Confer re: 2:17-cv-11188 Calkins, Rosemary
**Importance:** High

External E-mail

Counsel,

I am picking back up on this meet and confer that looks like it got waylaid.  This is a meet and confer regarding our client, Rosemary Calkins (MDL Case No. 2:17-cv-11188). In an effort to cure purported deficiencies as to our client (alleged on July 10, 2020), we received a signed statement of chemotherapy identifying Hospira as a manufacturer of the Taxotere/Docetaxel administered to Ms. Calkins. Please see attached signed statement of chemotherapy, uploaded to MDL Centrality as doc. no. 495470. Please note that this signed statement was received by our office on September 8, 2020.

I am attaching our draft motion for leave to amend to add Hospira to Ms. Calkins's short form complaint, in addition to Sanofi already named on a theory of innovator liability. Please advise within two weeks if you plan to oppose the motion.

Thank you,

**Lindsay Stevens** OF COUNSEL

📞 619.237.3490   📠 619.237.3496
📍 755 Front Street, San Diego, CA 92101
🌐 **www.GetGomez.com**





**From:** Hatten, Madison M. (SHB) <MHATTEN@shb.com>
**Sent:** Friday, September 18, 2020 7:31 AM
**To:** Lindsay Stevens <lstevens@thegomezfirm.com>
**Cc:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>; Bieri, Kelly (SHB) <KBIERI@shb.com>; Starr, Sarah R. (SHB) <SSTARR@shb.com>; Thomas, Brad (SHB) <BSTHOMAS@shb.com>
**Subject:** RE: Taxotere Meet and Confer re: 2:17-cv-11188 Calkins, Rosemary

Lindsay,

The 11/27/18 statement is inconsistent with the 9/8/2020 statement. The 11/27/18 statement also predates Sanofi's 7/10/2020 deficiency letter regarding this case.

The 9/8/2020 statement only selects Hospira as the manufacturer of plaintiff's docetaxel and alleges 6 treatments between 10/13/14-2/5/15.

The records attached to the 9/8/2020 statement note infusions with docetaxel manufactured by Hospira on the following dates:
1) 10/13/14 – Hospira
2) 11/13/14 – Hospira
3) 12/4/14 – Hospira
4) 12/26/14 – Hospira
5) 1/5/15 – Hospira
6) 2/5/15 – Hospira

The records also include an AmerisourceBergen Invoice with docetaxel manufactured by Hospira. The "Taxotere/Docetaxel Purchase History" documents also only include Hospira NDCs.

Based on all of this information, Sanofi should not be named in this case.

Regards,
Madison

**Madison Hatten (SHB)**
*Associate*

Shook, Hardy & Bacon L.L.P.

816.559.4093 | mhatten@shb.com



**From:** Lindsay Stevens <lstevens@thegomezfirm.com>
**Sent:** Thursday, September 17, 2020 6:30 PM
**To:** Hatten, Madison M. (SHB) <MHATTEN@shb.com>
**Cc:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>; Bieri, Kelly (SHB) <KBIERI@shb.com>; Starr, Sarah R. (SHB) <SSTARR@shb.com>; Thomas, Brad (SHB) <BSTHOMAS@shb.com>
**Subject:** RE: Taxotere Meet and Confer re: 2:17-cv-11188 Calkins, Rosemary
**Importance:** High

## EXTERNAL

Madison,

Plaintiff has previously produced the attached statement of chemotherapy identifying Sanofi as a manufacturer.  This documents is uploaded as 285523 on 1/2/19 and 485452 on 1/2/19.

**Lindsay R. Stevens, Esq.**
COMPLEX LITIGATION ATTORNEY
Direct **619 629 0958**

**From:** Hatten, Madison M. (SHB) [mailto:MHATTEN@shb.com]
**Sent:** Thursday, September 17, 2020 2:17 PM
**To:** Lindsay Stevens <lstevens@thegomezfirm.com>
**Cc:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>; Bieri, Kelly (SHB) <KBIERI@shb.com>; Starr, Sarah R. (SHB) <SSTARR@shb.com>; Thomas, Brad (SHB) <BSTHOMAS@shb.com>
**Subject:** FW: Taxotere Meet and Confer re: 2:17-cv-11188 Calkins, Rosemary
**Importance:** High

Lindsay,

The attached product identification does not identify Sanofi.  Sanofi should not be named in this case.

I can review a revised amended SFC.

Thanks,
Madison

**Madison Hatten (SHB)**

*Associate*
Shook, Hardy & Bacon L.L.P.

816.559.4093 | mhatten@shb.com



**From:** Lindsay Stevens <lstevens@thegomezfirm.com>
**Sent:** Thursday, September 17, 2020 2:21 PM
**To:** Hatten, Madison M. (SHB) <MHATTEN@shb.com>; Cheffo, Mark <Mark.Cheffo@dechert.com>; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; Ratliff, Harley (SHB) <HRATLIFF@shb.com>
**Cc:** Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>; Bieri, Kelly (SHB) <KBIERI@shb.com>; Lupe Felix <lfelix@thegomezfirm.com>; dbarrios@bkc-law.com; Palmer Lambert <plambert@gainsben.com>
**Subject:** Taxotere Meet and Confer re: 2:17-cv-11188 Calkins, Rosemary
**Importance:** High

## EXTERNAL

Counsel,

This is a meet and confer regarding our client, Rosemary Calkins (MDL Case No. 2:17-cv-11188).  In an effort to cure purported deficiencies as to our client (alleged on July 10, 2020), we recently received a signed statement of chemotherapy identifying Hospira as a manufacturer of the Taxotere/Docetaxel administered to Ms. Calkins.  Please see attached signed statement of chemotherapy, uploaded to MDL Centrality as doc. no. 495470.  Please note that this signed statement was received by our office on September 8, 2020.

I am attaching our draft motion for leave to amend to add Hospira to Ms. Calkins's short form complaint, in addition to Sanofi already named (see document 485452).  Please advise within two weeks if you plan to oppose the motion.

Thank you,

**Lindsay R. Stevens, Esq.**
COMPLEX LITIGATION ATTORNEY

P **619 237 3490**  F **619 237 3496**
**655 W Broadway, Ste 1700, San Diego, CA 92101**
**www.thegomezfirm.com**







CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com