# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
|  | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Juliette Tacon v. Accord Healthcare, Inc.*; Case No. 2:17-cv-15073 | : : : : | **NOTICE OF SUGGESTION OF DEATH** |

## NOTICE OF SUGGESTION OF DEATH

Defendant Accord Healthcare Inc., by and through its attorneys and pursuant to Fed. R. Civ. P 25(a)(1), hereby suggests upon the record the death of Plaintiff Juliette Nina Tacon. On April 13, 2023, Plaintiff's counsel advised counsel for Accord that Ms. Tacon is deceased through a response to a PFS deficiency notice.

Respectfully submitted,

/s/ *Brenda A. Sweet*
Julie A. Callsen (0062287)
Brenda A. Sweet (0085909)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:     216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  June 26, 2023                     */s/ Brenda A. Sweet*
                                          *One of the Attorneys for Defendant Accord Healthcare, Inc.*