# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**In Re:  TAXOTERE (DOCETAXEL)**
**PRODUCTS LIABILITY LITIGATION**

**MDL No. 16- 2740**

**SECTION: H/5**

**This Document Relates to:**

*Deborah Johnson v. Sanofi*, **16cv15607**

*Cynthia Thibodeaux v. Sanofi*, **16cv15859**

*June Phillips v. Sanofi*, **16cv15397**

*Emma Willie v. Sanofi*, **18cv3857**

*Tanya Francis v. Sanofi*, **16cv17410**

*Cindy Smith v. Sanofi*, **18cv7702**

*Barbara Earnest v. Sanofi*, **16cv17144**

*Kelly Gahan v. Sanofi*, **16cv15283**

*Melissa Roach v. Sanofi*, **17cv7918**

*Antoinette Durdin v. Sanofi,* **16cv16635**

*Sheila Crayton v. Sanofi*, **17cv5923**

*Juanita Greer v. Sanofi,* **18cv11728**

*Wanda Stewart v. Sanofi*, **17cv10817**

*Alice Hughes v. Accord*, **17cv11769**

*Arquice Conley v. Sanofi*, **18cv9799**

**********************************************************************************

1

A conference on outstanding Bills of Costs pending the above referenced cases is **SET** for **Thursday, July 27, 2023**, at 10:00 a.m. in person in Judge Milazzo's courtroom, Room C-224, and by Zoom.

The Case Manager for Section H (Judge Milazzo) will distribute a Zoom link to liaison counsel for dissemination to counsel in the above-referenced cases prior to the conference.

New Orleans, Louisiana, this 26th day of June, 2023.

**CAROL L. MICHEL**
Clerk of Court