**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**　　　　　　　　　　**MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

　　　　　　　　　　　　　　　　　　　　　　　　　　**SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Lorraine Hoverman_____
**Case No.:** 2:18-cv-02038_____

**STATEMENT OF PLAINTIFF'S COUNSEL**

　　　I represent Lorraine Hoverman whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: June 27, 2023　　　　　　　　　　　/s/ *Pierce Jones*_____
　　　　　　　　　　　　　　　　　　　　　Pierce Jones (TX Bar No: 24110061)
　　　　　　　　　　　　　　　　　　　　　JOHNSON LAW GROUP
　　　　　　　　　　　　　　　　　　　　　2925 Richmond Avenue Ste. 1700
　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 626-9336
　　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 583-9460
　　　　　　　　　　　　　　　　　　　　　Email: taxotere@johnsonlawgroup.com