**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Catherine Loccisano_____
Case No.: 2:17-cv-12354_____

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Catherine Loccisano whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: June 27, 2023                    /s/ *Pierce Jones*_____
                                        Pierce Jones (TX Bar No: 24110061)
                                        JOHNSON LAW GROUP
                                        2925 Richmond Avenue Ste. 1700
                                        Houston, TX 77098
                                        Telephone: (713) 626-9336
                                        Facsimile: (713) 583-9460
                                        Email: taxotere@johnsonlawgroup.com