**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                                     **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                                                                        **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name:** Gail Wooden_____
**Case No.:** 2:17-cv-11206_____

**STATEMENT OF PLAINTIFF'S COUNSEL**

     I represent Gail Wooden whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

     The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: June 27, 2023                                              /s/ *Pierce Jones*_____
                                                                                  Pierce Jones (TX Bar No: 24110061)
                                                                                  JOHNSON LAW GROUP
                                                                                  2925 Richmond Avenue Ste. 1700
                                                                                  Houston, TX 77098
                                                                                  Telephone: (713) 626-9336
                                                                                  Facsimile: (713) 583-9460
                                                                                  Email: taxotere@johnsonlawgroup.com