## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> PAMELA COLLIER ) <br> Case No. 2:17-cv-14008 ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Pamela Collier

Dated: June 27, 2023

/s/ Rhett A. McSweeney_____
Rhett A. McSweeney
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: ram@westrikeback.com
filing@westrikeback.com
**Attorney for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Dated: June 27, 2023 | /s/ Rhett A. McSweeney_____ |
| | Rhett A. McSweeney |
| | McSweeney Langevin |
| | 2116 2nd Avenue South |
| | Minneapolis, Minnesota 55404 |
| | Phone: (612) 746-4646, ext. 1567 |
| | Email: ram@westrikeback.com |
| |         filing@westrikeback.com |
| | **Attorney for Plaintiff** |