UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Vanessa Reininger, 17-14151 | ) ) | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 15992);

**IT IS ORDERED** that the Motion is **GRANTED** and that Andrew Reininger, on behalf of Vanessa Reininger, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 27th day of June, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE