# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| **This document relates to:** | ) | |
| Vivian Sedlock, 18-05423 | ) | |

## ORDER

Before the Court is a Motion for Substitution of a Party (Doc. 15989);

**IT IS ORDERED** that the Motion is **GRANTED** and that Kelly Macek,

on behalf of Vivian Sedlock, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 27th day of June, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**