UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> PAMELA COLLIER ) <br> Case No. 2:17-cv-14008 ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Pamela Collier, and files this motion to substitute her surviving next of kin, Dennis Collier, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Pamela Collier, filed the present action in the United States District Court for the Eastern District of Louisiana on December 1, 2017.

2. Plaintiff Pamela Collier died on February 17, 2023.

3. On June 27, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16017. Plaintiff's counsel recently learned the death of Pamela Collier after filing the lawsuit.

4. Dennis Collier, spouse of Pamela Collier, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Pamela Collier and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Christopher Simpson as the proper party plaintiff in this action.

Respectfully submitted this 27th day of June, 2023.

/s/ Rhett A. McSweeney_____
Rhett A. McSweeney
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: ram@westrikeback.com
         filing@westrikeback.com
filing@westrikeback.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

2

Dated: June 27, 2023

                                                <u>/s/ Rhett A. McSweeney</u>
                                                Rhett A. McSweeney