**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | SECTION "H" (5) |
| | ) | JUDGE MILAZZO |
| | ) | MAG. JUDGE NORTH |
| This Document Relates to Plaintiff: | ) | |
| | ) | |
| PAMELA COLLIER | ) | |
| Case No. 2:17-cv-14008 | ) | |

---

**<u>ORDER</u>**

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Dennis Collier, on behalf of the Estate of Pamela Collier, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane T. Milazzo