UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES ON ATTACHED EXHIBITS A, B, and C | |

**DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES
SUBJECT TO JULY 11, 2023 DISMISSAL CALL DOCKET**

Pursuant to PTO 22A (Rec. Doc. 3493) and Case Management Order 12A, Paragraphs 11-12 ("CMO 12A," Rec. Doc. 3492), Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc., and Sun Pharmaceutical Industries, Inc. (collectively "Defendants"), submit a listing of cases for the July 11, 2023 dismissal call docket. The case lists are attached hereto as **Exhibits A, B, and C.**

As to PFS deficiencies, on April 28, 2023, pursuant to PTO 22A, counsel for Defendants provided to Plaintiffs' Liaison Counsel Notice of Non-Compliance identifying for adjudication those cases listed on Exhibit A as having deficiencies under Amended PTO 22. Of the 246 cases identified on Defendants' April 28, 2023 Notice of Non-Compliance, one filed a stipulation of dismissal with prejudice of their entire action instead of attempting to cure the identified deficiency(ies).[1] Of the remaining 245 cases, 141 failed to cure the deficiency(ies) and are identified for dismissal with prejudice on Exhibit A. Defendants respectfully request this Court

---

[1] In addition to this one case, one additional case that appeared on Defendants' April 28, 2023 Notice of Non-Compliance was otherwise previously dismissed.

dismiss with prejudice the cases identified on **Exhibit A** for (1) failure to comply with Amended PTO 22, which required Plaintiffs to produce a complete and verified Plaintiff Fact Sheet ("PFS"), signed and dated Authorizations, and responsive documents requested in the PFS, and/or (2) failure to comply with PTO 71A (Plaintiffs' Responsibilities Relevant to ESI, Rec. Doc. 1531). Defendants also list 13 cases on **Exhibit B** that were addressed during prior show cause hearings, and that Defendants believe are also subject to dismissal at this time.

As to CMO 12A deficiencies, on March 14, 2023, the Court held a hearing on Product ID deficiencies arising under CMO 12A, and several cases were "rolled over" via stipulation (*see* Rec. Doc. 15662) in advance of the hearing. In addition, on March 20 and March 24, 2023, Defendants served upon Plaintiffs Notices of Non-Compliance identifying cases with CMO 12A Product ID deficiencies, including Rollovers from the July 12, 2022, September 13, 2022, and March 14, 2023 show cause hearings. On May 9, 2023, this Court entered an Order on Deadlines for July 11, 2023 Show Cause Hearing (Rec. Doc. 15818), which states that each Plaintiff subject to the hearing, was "ORDERED to comply with CMO-12A by obtaining Product ID information consistent with CMO 12A, uploading such results to MDL Centrality, and dismissing all Defendants for whom that Plaintiff does not have Product ID." (Rec. Doc. 15818). The Court further ordered that "[D]ocumentation of unsuccessful efforts to obtain Product ID does not satisfy Plaintiff's obligations under this Order or CMO 12A, nor exempt a Plaintiff from dismissal for failure to establish Product ID." (*Id.*)

Of the 177 cases identified for hearing on July 11, 2023 regarding CMO 12A deficiencies, 33 are Rollover cases from previous hearings. There are 102 cases in which the deficiency(ies) have not been cured and counsel have indicated they intend to appear, but which Defendants believe are appropriate for dismissal with prejudice. Counsel in 37 cases have indicated that they

do not intend to show cause or appear. All of these cases are listed in attached **Exhibit C**. Defendants respectfully request this Court dismiss the cases identified on **Exhibit C** for failure to comply with CMO 12A (Amended Product Identification Order) (Rec. Doc. 3492). In addition, listed on **Exhibit C** are 33 cases where Plaintiffs have obtained some evidence of Product ID as to at least one infusion but failed to dismiss the remaining Defendants pursuant to CMO-12A. Defendants intend to work with Plaintiffs to resolve the partial dismissal issues in advance of the July 11 hearing, but reserve their right to address any cases requiring such partial dismissals, if not resolved prior to the hearing.

Pursuant to the Addendum to Case Management Order No. 12A entered December 6, 2022 (Rec. Doc. 15287), there remain five cases that were reinstated pursuant to this Court's January 6, 2023 order and provided 30 days (until February 5, 2023) to obtain further documentation set forth in the Addendum sufficient to establish product ID in a manner consistent with the Court's prior orders. Further, four remaining Plaintiffs have sought reinstatement of their cases but Defendants have objected. All cases reinstated and subject to further hearing on any new evidence submitted or subject to possible reinstatement are listed on **Exhibit C**.

The fact that a case identified on any of Defendants' Notices of Non-Compliance was not included on Exhibits A, B, or C hereto is not agreement by Defendants that product identification has been established consistent with CMO 12A or the Addendum to CMO 12A, and/or that Plaintiff Fact Sheet deficiencies have been cured, and Defendants reserve their right to identify on a future Notice of Non-Compliance any case(s) in which Plaintiff has not otherwise complied with her obligations under PTO 22A, Amended PTO 22, CMO 12A, and/or Addendum to CMO 12A.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

4

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500 New Orleans, Louisiana 70139 Telephone: (504) 581-3234 Facsimile: (504) 566-0210 debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*


WILLIAMS & CONNOLLY LLP

/s/ Richmond Moore
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
rmoore@wc.com
hhubbard@wc.com
nwadhwani@wc.com

5

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*


HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


ULMER & BERNE LLP

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of June, 2023 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*
Douglas J. Moore