# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Coleman | Sandra | 2:17-cv-09118 | 9/15/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; | Sanofi |
| 2 | Bailey | Mary | 2:17-cv-15706 | 12/8/2017 | Authorizations (HIPAA and Psychiatric Records authorizations are not dated, No signed Insurance authorization) | Sanofi |
| 3 | Davis | Pamela | 2:17-cv-15837 | 12/8/2017 | PFS Not Substantially Complete - Photos are not dated; Authorizations (HIPAA and Psychiatric Records authorizations were expired by the time Plaintiff served her Complaint) | Sanofi |
| 4 | Riolo | Joyce | 2:17-cv-16435 | 12/9/2017 | Authorizations (HIPAA and Psychiatric Records authorizations were expired by the time Plaintiff served her Complaint; Insurance authorization is not witnessed) | Sanofi |
| 5 | Twarkins | Doreen | 2:17-cv-16168 | 12/8/2017 | PFS Not Substantially Complete - No before photos | Sanofi |
| 6 | Brewer | Tina | 2:16-cv-17313 | 12/14/2016 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted | Both Sanofi and 505 |
| 7 | Hagan | Shirley | 2:18-cv-12637 | 12/6/2018 | PFS Not Substantially Complete - No after photos of eyebrows/eyelashes | Sanofi |
| 8 | Snipes | Flossie | 2:18-cv-12640 | 12/6/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted | Sanofi |

| # | Last | First | Case No. | Date | Issue | Defendant |
|---|---|---|---|---|---|---|
| 9 | Travis | Antoinette | 2:18-cv-12560 | 12/6/2018 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 10 | Washington | Joann | 2:17-cv-15143 | 12/6/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 11 | kem Bisho | Carmela | 2:17-cv-17972 | 12/29/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 12 | Barnett | Leora | 2:17-cv-09932 | 10/2/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 13 | Barnwell | Jemeta | 2:17-cv-07804 | 8/13/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Both Sanofi and 505 |
| 14 | Brown | Theodoisa | 2:18-cv-11825 | 11/29/2018 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 15 | Burton | Tammy | 2:17-cv-08634 | 9/3/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 16 | Drake | Donna | 2:19-cv-10289 | 5/9/2019 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 17 | Garcia | Jeannette | 2:19-cv-12778 | 9/24/2019 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | Harrison | Debra | 2:17-cv-17464 | 12/19/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 19 | Howard | Carolyn | 2:16-cv-17208 | 12/12/2016 | PFS Not Substantially Complete - Photos not dated | 505 |
| 20 | Hughes | Linda | 2:17-cv-15478 | 12/7/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 21 | Jackson | Kim | 2:17-cv-07737 | 8/10/2017 | Shell PFS; Plaintiff is deceased; need suggestion of death filed, proper parties substituted | Sanofi |
| 22 | Johnson | Reginald An | 2:18-cv-01385 | 2/9/2018 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 23 | Jones | Goldie | 2:18-cv-04623 | 5/4/2018 | PFS Not Substantially Complete – No Before Photos | 505 |
| 24 | Jones | Jewel | 2:16-cv-17136 | 5/31/2017 | PFS Not Substantially Complete - Shell PFS; no photos provided; no PTO-71 Statement | 505 |
| 25 | Karam | Rosemary | 2:17-cv-10716 | 10/16/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 26 | Keller | Lisa | 2:17-cv-11903 | 11/6/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |

| | | | | | |
|---|---|---|---|---|---|
| 27 | Kolpin | Barbara | 2:19-cv-14349 | 12/9/2019 | PFS Not Substantially Complete - No before photos | 505 |
| 28 | Lade | Celeste | 2:17-cv-17666 | 12/21/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 29 | Leinweber | Bernice | 2:18-cv-12522 | 12/5/2018 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 30 | Losada | Caridad | 2:18-cv-04624 | 5/4/2018 | Shell PFS | Sanofi |
| 31 | Lucas | Nicole | 2:22-cv-00534 | 3/2/2022 | PFS Not Substantially Complete - Failed to answer if she has had cancer more than once; No CMO 12A | Both Sanofi and 505 |
| 32 | Meuti | Connie | 2:17-cv-12241 | 11/11/2017 | PFS Not Substantially Complete - No Photos | 505 |
| 33 | Oliver | Audrey | 2:18-cv-01359 | 2/9/2018 | Shell PFS | Sanofi |
| 34 | Oliver | Shirley | 2:19-cv-13233 | 10/23/2019 | Plaintiff is deceased; proper parties substituted | Sanofi |
| 35 | Paden | Ida | 2:17-cv-09607 | 9/25/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |

| 36 | Patrick | Jo Ann | 2:16-cv-17036 | 12/9/2016 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted | Sanofi |
|---|---|---|---|---|---|---|
| 37 | Podesta | Barbara | 2:17-cv-09541 | 9/23/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 38 | Ray | Gail | 2:17-cv-17710 | 12/22/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 39 | Rodriguez | Victoria | 2:17-cv-11808 | 11/5/2017 | Shell PFS | Sanofi |
| 40 | Sampson | Shirley | 2:17-cv-10778 | 10/18/2017 | PFS Not Substantially Complete - Failure to amend PFS and identify Dates of Treatment, Prescribing Physician and Treatment Facility (PFS sections V. 12, 13 and 14). No Medical Records | 505 |
| 41 | Sena | Louise | 2:17-cv-17992 | 12/30/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 42 | Shea | Barbara | 2:16-cv-17497 | 12/15/2016 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted | Sanofi |
| 43 | Singleton | Sharon | 2:19-cv-13809 | 11/25/2019 | Shell PFS | Sanofi |
| 44 | Smith | Tammy | 2:17-cv-07790 | 8/13/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | Thomas | Beverly | 2:18-cv-01368 | 2/9/2018 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 46 | Thompson | Cindy | 2:16-cv-17194 | 12/12/2016 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 47 | Turner | Martha | 2:18-cv-04629 | 5/4/2018 | Plaintiff is deceased; need proper parties substituted; PFS Not Substantially Complete - No Photographs; Authorizations (HIPAA is not dated; Psychiatric record authorization expired by time of service; Plaintiff inserted her own personal information in the addressee lines of the insurance authorization) | Sanofi |
| 48 | Wardwell | Cindy | 2:21-cv-00357 | 2/19/2021 | No PFS Submitted - No Profile on MDL Centrality (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 49 | Williams | Vertise | 2:17-cv-17050 | 12/11/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 50 | Wilson | Linda L. | 2:17-cv-12255 | 11/12/2017 | PFS Not Substantially Complete - No before photos | 505 |
| 51 | Burton | June | 2:17-cv-14810 | 12/5/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment | Sanofi |
| 52 | Dubois | Toshia | 2:17-cv-14850 | 12/5/2017 | Authorizations (No HIPAA authorization) | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | Edge | Jacquelyn | 2:18-cv-08311 | 8/31/2018 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; | Sanofi |
| 54 | Jones | Mary | 2:18-cv-13222 | 12/10/2018 | Plaintiff is deceased; need proper parties substituted or dismissal; PFS Not Substantially Complete - Failed to provide information for other cancer diagnoses/treatments | Sanofi |
| 55 | Burns | Joyce | 2:17-cv-05705 | 6/9/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - No before photos from within 5 years of treatment | Sanofi |
| 56 | Clark | Miriam | 2:17-cv-16808 | 12/11/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 57 | Fowler | Linnie | 2:17-cv-13977 | 12/1/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 58 | Lemarr | Sandra | 2:17-cv-03739 | 4/21/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; | Sanofi |
| 59 | Palmares | Rebecca | 2:17-cv-12893 | 11/21/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 60 | Pappas | Patricia | 2:19-cv-14608 | 12/12/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | Rankins | Ina | 2:17-cv-14999 | 12/6/2017 | Authorizations (Authorizations are not dated; Insurance authorization is not witnessed); No PTO 71A | Both Sanofi and 505 |
| 62 | Deggs | Ernestine | 2:17-cv-00588 | 1/23/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted | Sanofi |
| 63 | Keaton | Debra | 2:21-cv-00062 | 1/12/2021 | No PTO 71A | Sanofi |
| 64 | Litton | Ramona | 2:17-cv-11952 | 11/7/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 65 | Neace | Lesa | 2:17-cv-11518 | 10/30/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; | Sanofi |
| 66 | Fularz | Wanda | 2:17-cv-17914 | 12/28/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | 505 |
| 67 | Bynum | Hilda | 2:18-cv-03098 | 3/22/2018 | PFS Not Substantially Complete - No PFS Declaration signed by plaintiff | Sanofi |
| 68 | Cobren | Amber | 2:17-cv-17331 | 12/15/2017 | PFS Not Substantially Complete - No PFS Declaration signed by Plaintiff; No Before Photos; Authorizations (HIPAA and Psychiatric Records authorizations were expired by the time Plaintiff served her Complaint; No Insurance authorization) | Sanofi |
| 69 | Leavell | Delois | 2:18-cv-03322 | 3/28/2018 | PFS Not Substantially Complete - No PFS Declaration signed by plaintiff | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 70 | Benson | Maureen | 2:17-cv-14074 | 12/1/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 71 | Goble | Ruby | 2:16-cv-17971 | 12/9/2016 | No PFS Submitted - No Profile on MDL Centrality (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | Sanofi |
| 72 | Harrison | Karen | 2:17-cv-12950 | 11/21/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 73 | Newcomb | Rosemarie | 2:17-cv-12968 | 11/21/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 74 | Riley | Anne | 2:17-cv-10081 | 10/3/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 75 | Wells | Madeline | 2:17-cv-12345 | 11/13/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 76 | Howard | Alberta | 2:17-cv-06016 | 6/22/2017 | PFS Not Substantially Complete - Photos not dated | 505 |
| 77 | Brand | Jean | 2:17-cv-06250 | 6/28/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 78 | Martin | Annette | 2:20-cv-03172 | 11/20/2020 | PFS Not Substantially Complete - No Proof of Use; No Photographs; No Authorizations; No PTO 71A | Sanofi |

| 79 | Ladner | Elizabeth | 2:16-cv-17368 | 12/14/2016 | PFS Not Substantially Complete - Plaintiff failed to provide information for other cancer diagnosis/treatment | Sanofi |
| --- | --- | --- | --- | --- | --- | --- |
| 80 | Sand | Jacqueline | 2:17-cv-10800 | 10/18/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Failed to provide information for other cancer diagnoses/treatments | Sanofi |
| 81 | Howard | Lorraine | 2:17-cv-12992 | 11/21/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 82 | McNeal | Opal | 2:16-cv-17919 | 12/2/2016 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 83 | Boyce | Debra | 2:18-cv-07265 | 8/1/2018 | PFS Not Substantially Complete - No photos | 505 |
| 84 | Antone | Geneva | 2:17-cv-05784 | 6/14/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 85 | Blakley | Anita | 2:18-cv-12115 | 11/30/2018 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; | Sanofi |
| 86 | Hocutt | Carla | 2:18-cv-05040 | 5/18/2018 | Shell PFS | Sanofi |
| 87 | Howard | Lovie | 2:18-cv-03572 | 4/4/2018 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted | Sanofi |

| # | Last | First | Case No. | Filed | Deficiency | Defendant |
|---|---|---|---|---|---|---|
| 88 | Lawson | Daisy | 2:18-cv-06035 | 6/18/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 89 | terre-Hay | Darlene | 2:16-cv-15395 | 10/8/2016 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted | Sanofi |
| 90 | Moore | Loretta | 2:16-cv-15842 | 10/25/2016 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 91 | Tuyes | Lisa | 2:16-cv-15473 | 10/12/2016 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 92 | Auwater | Cindy | 2:17-cv-17221 | 12/13/2017 | No PFS Submitted - No Profile on MDL Centrality (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 93 | Caselli | Karen | 2:18-cv-08821 | 9/21/2018 | PFS Not Substantially Complete - No before photos | 505 |
| 94 | Hammond | Vickie | 2:17-cv-17516 | 12/19/2017 | Plaintiff is deceased; need proper parties substituted | Both Sanofi and 505 |
| 95 | Haney | Sarah | 2:22-cv-02859 | 8/24/2022 | No CMO 12A | Both Sanofi and 505 |
| 96 | Kratzer | Nancy | 2:20-cv-00595 | 2/18/2020 | PFS Not Substantially Complete - No Proof of Use; No PFS Declaration (declaration signed by Counsel, not Plaintiff); No PTO 71A | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | McGrory | Lynn | 2:19-cv-14527 | 12/11/2019 | PFS Not Substantially Complete - Photos not dated; No PTO-71 Statement | 505 |
| 98 | Reininger | Vanessa | 2:17-cv-14151 | 12/2/2017 | Plaintiff is deceased; need proper parties substituted | Sanofi |
| 99 | Thomas | Debra | 2:20-cv-01467 | 5/18/2020 | No PTO 71A | Both Sanofi and 505 |
| 100 | Jacobs | Anita | 2:19-cv-11243 | 6/17/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for other cancer diagnosis/treatment | Sanofi |
| 101 | Allen | Deborah | 2:19-cv-14597 | 12/12/2019 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; | Sanofi |
| 102 | Past | Anne | 2:18-cv-09346 | 10/8/2018 | Authorizations (HIPAA and Psychiatric Records authorizations were expired by the time Plaintiff served her Complaint) | Sanofi |
| 103 | Player | Iris | 2:17-cv-13734 | 11/30/2017 | PFS Not Substantially Complete - No verification and Seventh Amended Fact Sheet blank | 505 |
| 104 | Campbell | Faith | 2:18-cv-07921 | 8/20/2018 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; | Sanofi |
| 105 | Terry | Toneka | 2:17-cv-01637 | 2/27/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 106 | Anguiano | Adela | 2:17-cv-14976 | 12/6/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 107 | Bowie | rbara (Charl | 2:17-cv-15025 | 12/6/2017 | Plaintiff is deceased; need death certificate submitted to Centrality | Sanofi |
| 108 | Manning | April | 2:17-cv-14811 | 12/5/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 109 | Snell | Rose | 2:17-cv-16063 | 12/8/2017 | Plaintiff is deceased; need death certificate submitted to Centrality | Sanofi |
| 110 | Brown | Mabel | 2:18-cv-11982 | 11/30/2018 | Authorizations (HIPAA and Psychiatric Records authorizations were expired by the time Plaintiff served her Complaint) | Sanofi |
| 111 | Clay | Starlon | 2:17-cv-17118 | 12/12/2017 | PFS Not Substantially Complete - Photos not dated | 505 |
| 112 | Figley | Dawn | 2:17-cv-17112 | 12/12/2017 | PFS Not Substantially Complete - Shell PFS<br>No Authorizations, No Medical Records, No Proof of Injury, No Declaration | 505 |
| 113 | Gebauer | Judy | 2:18-cv-00266 | 7/16/2019 | PFS Not Substantially Complete - Photos not dated | 505 |
| 114 | Hoggard | Mary | 2:18-cv-03073 | 3/21/2018 | PFS Not Substantially Complete - No Proof of Use | Sanofi |

| 115 | Jennett | Gena | 2:17-cv-13552 | 11/28/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 116 | Jones | Earline | 2:18-cv-04769 | 5/9/2018 | PFS Not Substantially Complete: No Proof of Injury - no photos provided | 505 |
| 117 | Ohara | Christine | 2:17-cv-17225 | 12/13/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 118 | Oshiro | Frances | 2:18-cv-00552 | 1/18/2018 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 119 | Daner | Inez | 2:19-cv-13320 | 10/29/2019 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 120 | annenfels | JoAnn (Eric) | 2:18-cv-13287 | 12/10/2018 | Plaintiff is deceased; need death certificate submitted to Centrality | Sanofi |
| 121 | Turner | Molly | 2:18-cv-10850 | 11/12/2018 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted | Sanofi |
| 122 | Weaver | Giselle | 2:19-cv-12935 | 10/3/2019 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 123 | Romero | Dolores | 2:17-cv-06411 | 6/30/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Plaintiff failed to provide information for all cancer diagnoses and treatments | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 124 | Douglas | Dorothy | 2:19-cv-10871 | 6/3/2019 | PFS Not Substantially Complete – No Before Photos | 505 |
| 125 | Herndon | Sheri | 2:17-cv-16375 | 12/9/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 126 | Leathers | Patricia | 2:17-cv-16497 | 12/10/2017 | Authorizations (HIPAA and Psychiatric Records authorizations were expired by the time Plaintiff served her Complaint) | Sanofi |
| 127 | DeCamara | Cynthia | 2:18-cv-14141 | 12/21/2018 | No PFS Submitted - (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | Sanofi |
| 128 | McCall | Sharon | 2:18-cv-14016 | 12/19/2018 | PFS Not Substantially Complete - Plaintiff failed to provide information for other cancer diagnosis/treatment; Authorizations (HIPAA and psychiatric records authorizations were expired by the time Plaintiff served the Complaint; Plaintiff failed to leave the top lines of the insurance authorization blank); PTO 71A (Counsel failed to sign) | Both Sanofi and 505 |
| 129 | Smialek | Joanne | 2:18-cv-06648 | 7/12/2018 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 130 | McNeal | Sharon | 2:17-cv-11325 | 10/26/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 131 | Biddix | Melda | 2:17-cv-10301 | 10/9/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 132 | Conley | Sandra | 2:17-cv-13418 | 11/27/2017 | Plaintiff is deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality | Sanofi |
| 133 | Jansma | Terri L | 2:17-cv-15491 | 12/7/2017 | Medical records (submissions excerpted from record sets that have not been produced) | Sanofi |
| 134 | Belcher | Tracey | 2:17-cv-13703 | 11/29/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 135 | Curlin | Susie | 2:17-cv-13743 | 11/30/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 136 | Gadsden | Angela | 2:17-cv-13763 | 11/30/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 137 | Holmes | Jana | 2:17-cv-13498 | 11/28/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 138 | Manning | Iretha | 2:17-cv-13599 | 11/28/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 139 | Murphy | Beverly | 2:17-cv-13471 | 11/28/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 140 | Overton | Arnetta | 2:17-cv-13572 | 11/28/2017 | Authorizations (No psychiatric records authorization) | Sanofi |

| | | | | | | |
|---|---|---|---|---|---|---|
| 141 | Potter | Deanna | 2:17-cv-13759 | 11/30/2017 | Plaintiff deceased; need suggestion of death filed; proper parties substituted and death certificate submitted to Centrality; Authorizations (No psychiatric records authorization) | Sanofi |