# EXHIBIT B

Exhibit B - June 27, 2023 PTO-22A Notice of Non-Compliance

| # | Last | First | MDL Docket No. | Date Complaint Filed | 14-day Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|----------------------------------|----------------|
| 1 | Cummings | Bernice | 2:17-cv-09815 | 9/29/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 2 | Grace | Tamika | 2:16-cv-17050 | 12/9/2016 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 3 | Graves | Diana | 2:18-cv-11901 | 11/29/2018 | PFS Not Substantially Complete - No Proof of Use | Both Sanofi and 505 |
| 4 | Perez | Vera | 2:18-cv-11885 | 11/29/2018 | Shell PFS | Sanofi |
| 5 | Daily | Juanita | 2:17-cv-11339 | 10/26/2017 | PFS Not Substantially Complete - No "after" photos | 505 |
| 6 | Gaither | Bobbie | 2:18-cv-10838 | 11/12/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted; Failed to provide information in the PFS for other cancer treatment | Sanofi |
| 7 | Hartford | Gwendolyn | 2:20-cv-00973 | 3/22/2020 | PFS Not Substantially Complete - No before photos; Authorizations (Insurance authorization is not witnessed) | Both Sanofi and 505 |
| 8 | Hernandez | Faith | 2:18-cv-13427 | 12/11/2018 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted; Plaintiff failed to provide information for second cancer diagnosis/treatment | Sanofi |
| 9 | Sheard | Lisa | 2:17-cv-10657 | 10/16/2017 | PFS Not Substantially Complete - Plaintiff failed to provide information for other cancer diagnosis/treatment | Sanofi |

| 10 | Dials | Ernestine | 2:19-cv-13769 | 11/22/2019 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted | Sanofi |
|---|---|---|---|---|---|---|
| 11 | Gaston | Mary | 2:17-cv-07121 | 7/26/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; Authorizations (fraudulent witness signatures) | Sanofi |
| 12 | Green | Arlene | 2:17-cv-10107 | 10/4/2017 | Plaintiff is deceased; need suggestion of death filed, proper parties substituted and death certificate submitted to Centrality; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS | Sanofi |
| 13 | Labrot | Deane | 2:17-cv-18007 | 12/30/2017 | Authorizations (Signed by improper party - Plaintiff deceased and no Motion to Substitute of Party filed) | Sanofi |