# EXHIBIT C

|    | Plaintiff Counsel       | Plaintiff Name            | MDL Case No.  | Non-Compliance Category |
|----|-------------------------|---------------------------|---------------|-------------------------|
| 1  | Allan Berger & Assoc.   | Dillard Singleton, Wonza  | 17-cv-04891   | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 2  | Allan Berger & Assoc.   | Guilbeau, Janice          | 17-cv-05781   | Lack of CMO-12A Product Identification |
| 3  | Allan Berger & Assoc.   | Lirette, Joan             | 17-cv-04897   | Lack of CMO-12A Product Identification |
| 4  | Allan Berger & Assoc.   | Manuel, Willie            | 17-cv-04829   | Sanofi PID - Dismiss remaining defendants |
| 5  | Allan Berger & Assoc.   | Mccrea, Zannette          | 17-cv-04817   | Lack of CMO-12A Product Identification |
| 6  | Allan Berger & Assoc.   | Rogers, Melanie           | 16-cv-14486   | Sanofi PID - Dismiss remaining defendants |
| 7  | Allan Berger & Assoc.   | Smith, Cuedette           | 17-cv-04707   | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 8  | Allan Berger & Assoc.   | Chetta, Debra             | 18-cv-04632   | Hospira PID – Dismiss remaining Defendants |
| 9  | Allan Berger & Assoc.   | Rohli, Brenda             | 16-cv-14526   | Lack of CMO-12A Product Identification |
| 10 | Andrews & Thornton      | Leach, Jayna              | 17-cv-16924   | Lack of CMO-12A Product Identification |
| 11 | Atkins & Markoff        | Carter, Launa             | 17-cv-14219   | Lack of CMO-12A Product Identification |
| 12 | Atkins & Markoff        | Colton, Gloria            | 17-cv-14235   | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 13 | Atkins & Markoff        | Edwards, Altha            | 17-cv-14281   | Sagent PID - Dismiss remaining Defendants |
| 14 | Atkins & Markoff        | Gentis, Suzette           | 17-cv-14339   | Hospira PID – Dismiss remaining Defendants |
| 15 | Atkins & Markoff        | Vermilyer, Diana          | 17-cv-15110   | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 16 | Atkins & Markoff        | Whittaker, Kim            | 17-cv-15171   | Rollover from 9/13/22 and 3/14/23 CMO-12A Show Cause Hearings |
| 17 | Atkins & Markoff        | Whitted, Patricia         | 18-cv-12629   | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 18 | Bachus & Schanker       | Anderson, Marjorie        | 16-cv-17139   | Accord and Sagent PID - Dismiss remaining defendants |
| 19 | Bachus & Schanker       | Benjamin, Clemintene      | 17-cv-10293   | Lack of CMO-12A Product Identification |
| 20 | Bachus & Schanker       | Bornfreund, Renee         | 17-cv-17980   | Lack of CMO-12A PID as to any named Defendant |
| 21 | Bachus & Schanker       | Boyland, Joanne           | 18-cv-00684   | Lack of CMO-12A PID as to any named Defendant |
| 22 | Bachus & Schanker       | Brown, Chantae            | 17-cv-10993   | Lack of CMO-12A Product Identification |
| 23 | Bachus & Schanker       | Burgan, Vivian            | 17-cv-12250   | Lack of CMO-12A Product Identification |
| 24 | Bachus & Schanker       | Caudle, Janice            | 19-cv-14111   | Lack of CMO-12A Product Identification |
| 25 | Bachus & Schanker       | Cordell, Yvette           | 18-cv-00687   | Lack of CMO-12A PID as to any named Defendant |
| 26 | Bachus & Schanker       | Craddieth, Gwendolyn      | 18-cv-00689   | Lack of CMO-12A PID as to any named Defendant |
| 27 | Bachus & Schanker       | Crone, Wendy              | 18-cv-00690   | Hospira PID – Dismiss remaining Defendants |
| 28 | Bachus & Schanker       | Dannhardt, Barbara        | 18-cv-07538   | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 29 | Bachus & Schanker | Dixon, Shirley | 18-cv-06742 | Lack of CMO-12A Product Identification |
| 30 | Bachus & Schanker | Durham, Gloria | 18-cv-01756 | Lack of CMO-12A PID as to any named Defendant |
| 31 | Bachus & Schanker | Ford, Thelma | 17-cv-16966 | Lack of CMO-12A PID as to any named Defendant |
| 32 | Bachus & Schanker | Gubala, Teresa | 17-cv-10672 | Lack of CMO-12A PID as to any named Defendant |
| 33 | Bachus & Schanker | Harris, Susie M | 18-cv-01456 | Lack of CMO-12A PID as to any named Defendant |
| 34 | Bachus & Schanker | Hilley, Margarette | 17-cv-14776 | Lack of CMO-12A Product Identification |
| 35 | Bachus & Schanker | Houston, Leslie | 18-cv-13518 | Hospira PID – Dismiss remaining Defendants |
| 36 | Bachus & Schanker | Johnson, Janice | 19-cv-12235 | Lack of CMO-12A Product Identification |
| 37 | Bachus & Schanker | Lieberman, Erica | 17-cv-03729 | Lack of CMO-12A Product Identification |
| 38 | Bachus & Schanker | Noll, Robin | 18-cv-02274 | Accord, Sagent, and Sanofi PID - Dismiss remaining defendants |
| 39 | Bachus & Schanker | Patrick, Jo Ann | 16-cv-17036 | Lack of CMO-12A Product Identification |
| 40 | Bachus & Schanker | Perez, Angela | 17-cv-16739 | Hospira and Sandoz PID - Dismiss remaining Defendants |
| 41 | Bachus & Schanker | Pointer, Lisa | 17-cv-08758 | Lack of CMO-12A PID as to any named Defendant |
| 42 | Bachus & Schanker | Shupe, Mary Beth | 17-cv-13735 | Lack of CMO-12A PID as to any named Defendant |
| 43 | Bailey & Greer PLLC | Cox, Danielle | 18-cv-13323 | Lack of CMO-12A Product Identification |
| 44 | Baron & Budd | Todd, Dianna | 18-cv-05976 | Lack of CMO-12A Product Identification |
| 45 | Baron & Budd | Zephier, Patrice | 18-cv-06004 | Lack of CMO-12A Product Identification |
| 46 | Brent Coon & Associates | Daniels, Aquaquenetta | 17-cv-11152 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 47 | Brown & Crouppen | Long, Magdalene | 17-cv-14459 | Lack of CMO-12A Product Identification |
| 48 | Brown & Crouppen | Rutledge, Elaine | 17-cv-14521 | Sanofi PID - Dismiss remaining defendants |
| 49 | Carey Danis & Lowe | Brown, Denise | 18-cv-13403 | Lack of CMO-12A Product Identification |
| 50 | Carey Danis & Lowe | Mason, Georgia | 18-cv-13223 | Sanofi PID - Dismiss remaining defendants |
| 51 | Carey Danis & Lowe | Smith-Jackson, Valerie | 18-cv-13389 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 52 | Cutter Law | Bazil-Simeon, Anne Marie | 18-cv-09679 | Lack of CMO-12A Product Identification |
| 53 | Cutter Law | Matthews, Demille | 17-cv-16761 | Lack of CMO-12A Product Identification |
| 54 | Davis & Crump | Brick, Laurie | 18-cv-03025 | Lack of CMO-12A Product Identification |
| 55 | Davis & Crump | Castano, Vivian | 17-cv-13422 | Lack of CMO-12A Product Identification |
| 56 | Davis & Crump | Kelley, Shannon | 18-cv-11289 | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 57 | Davis & Crump | Rankins, Ina | 17-cv-14999 | Lack of CMO-12A Product Identification |
| 58 | Davis & Crump | Smith-Williams, Patricia | 18-cv-02408 | Sanofi PID - Dismiss remaining defendants |
| 59 | Davis & Crump | Williams, Ester | 18-cv-01606 | Lack of CMO-12A Product Identification |
| 60 | Diamond Law | Tanner, Nancy | 17-cv-14170 | Lack of CMO-12A Product Identification |
| 61 | Fernelius Simon | Deggs, Ernestine | 17-cv-00588 | Lack of CMO-12A Product Identification |
| 62 | Fernelius Simon | Landis, Meredith | 17-cv-09427 | Lack of CMO-12A Product Identification |
| 63 | Fernelius Simon | Thompson, Teresa | 17-cv-11498 | Lack of CMO-12A Product Identification |
| 64 | Finson Law Firm | Manley, Anita | 17-cv-15607 | Lack of CMO-12A Product Identification |
| 65 | Finson Law Firm | Rhea, Nakeisha | 17-cv-15421 | Hospira and Sandoz PID - Dismiss remaining Defendants |
| 66 | Finson Law Firm | Rooney, Donna | 20-cv-02664 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 67 | Finson Law Firm | Schoenbeck, Janet | 17-cv-15790 | Lack of CMO-12A Product Identification |
| 68 | Fleming Nolen & Jez | Rittscher, June | 19-cv-10139 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 69 | Gainsburgh Benjamin | White, Geraldine | 17-cv-12548 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 70 | Gibbs Law Group | Price, Mary | 17-cv-13646 | Lack of CMO-12A Product Identification |
| 71 | Gomez Trial Attorneys | DeGraff, Elizabeth | 17-cv-05457 | Lack of CMO-12A Product Identification |
| 72 | Gomez Trial Attorneys | McGree, Friella | 17-cv-13831 | Lack of CMO-12A Product Identification |
| 73 | Hissey, Mulderig & Friend | Lacy, Marcella | 18-cv-08404 | Lack of CMO-12A Product Identification |
| 74 | Hissey, Mulderig & Friend | Maurizzio, Mary | 17-cv-11148 | Lack of CMO-12A Product Identification |
| 75 | Hodges & Foty | Johnson-Hill, Shirley | 18-cv-03687 | Lack of CMO-12A Product Identification |
| 76 | Johnson Becker | Campbell, Valerie | 17-cv-05191 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 77 | Johnson Becker | Long, Terrie | 17-cv-01166 | Lack of CMO-12A Product Identification |
| 78 | Johnson Law Group | Buckley, Paula | 18-cv-11313 | Lack of CMO-12A Product Identification |
| 79 | Johnson Law Group | Griffin, Janis | 17-cv-10018 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 80 | Johnson Law Group | Hess, Lori | 17-cv-12373 | Lack of CMO-12A Product Identification |
| 81 | Johnson Law Group | Hoverman, Lorraine | 18-cv-02038 | Lack of CMO-12A Product Identification |
| 82 | Johnson Law Group | Jones, Katrina | 18-cv-07150 | Lack of CMO-12A Product Identification |
| 83 | Johnson Law Group | Laymon, Rita | 17-cv-11239 | Lack of CMO-12A Product Identification |
| 84 | Johnson Law Group | Loccisano, Catherine | 17-cv-12354 | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 85 | Johnson Law Group | Mack, Lisa | 17-cv-10067 | Hospira PID – Dismiss remaining Defendants |
| 86 | Johnson Law Group | Mowrey, Tammy | 17-cv-11042 | Lack of CMO-12A Product Identification |
| 87 | Johnson Law Group | Navarro, Adrienne | 17-cv-11173 | Lack of CMO-12A Product Identification |
| 88 | Johnson Law Group | Osley, Danielle | 17-cv-11116 | Sun PID - Dismiss remaining Defendants |
| 89 | Johnson Law Group | Papandrea, Denise | 17-cv-10634 | Sanofi PID - Dismiss remaining defendants |
| 90 | Johnson Law Group | Tavanello, Cathy | 17-cv-07196 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 91 | Johnson Law Group | Thomas, Catherine | 17-cv-12865 | Lack of CMO-12A Product Identification |
| 92 | Johnson Law Group | White, Mary A | 18-cv-04717 | Lack of CMO-12A Product Identification |
| 93 | Johnson Law Group | Wooden, Gail | 17-cv-11206 | Lack of CMO-12A Product Identification |
| 94 | Johnson Law Group | Wozny, Chris | 18-cv-07202 | Lack of CMO-12A Product Identification |
| 95 | Johnson Law Group | Zurlo, Brenda | 17-cv-11044 | Lack of CMO-12A Product Identification |
| 96 | Kirtland & Packard | Kaminski, Sidnee | 17-cv-16109 | Lack of CMO-12A Product Identification |
| 97 | Kirtland & Packard | Smith, Johnie | 16-cv-16951 | Lack of CMO-12A Product Identification |
| 98 | Kirtland & Packard | Willis, Evelyn | 17-cv-11408 | Lack of CMO-12A Product Identification |
| 99 | Law Office of A. Craig Eiland, PC | Deshazor, Renee | 17-cv-16669 | Sanofi PID - Dismiss remaining defendants |
| 100 | Law Office of A. Craig Eiland, PC | Ward, Thressa | 17-cv-16646 | Lack of CMO-12A Product Identification |
| 101 | Law Offices of A. Craig Eiland PC | Brown, Virginia | 17-cv-14400 | Lack of CMO-12A Product Identification |
| 102 | Law Offices of A. Craig Eiland PC | McGee, Joan | 17-cv-14731 | Lack of CMO-12A Product Identification |
| 103 | Law Offices of A. Craig Eiland PC | O'Neill, Maris | 17-cv-16051 | Lack of CMO-12A Product Identification |
| 104 | MacArthur, Heder, & Metler | Bennett, Arezinia | 19-cv-11259 | Lack of CMO-12A Product Identification |
| 105 | Marc J. Bern & Partners | Loveless, Lydedra | 18-cv-01167 | Lack of CMO-12A Product Identification |
| 106 | Marc J. Bern & Partners | Fox, Vivian | 18-cv-14134 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 107 | Marc J. Bern & Partners | Jones, Valerie | 19-cv-10778 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 108 | Marc J. Bern & Partners | Minor, Viana | 19-cv-00037 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 109 | McDonald Worley | Shanks, Dawn | 19-cv-00752 | Lack of CMO-12A Product Identification |
| 110 | McEwen Law Firm | Jones, Joann | 17-cv-12801 | Lack of CMO-12A Product Identification |
| 111 | McGartland Law Firm | Dotson, Mary | 18-cv-00722 | Lack of CMO-12A Product Identification |
| 112 | McGartland Law Firm; Pendley, Baudin & Coffin | Stewart, Catherine | 18-cv-09210 | Lack of CMO-12A Product Identification |

| | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 113 | McSweeney/Langevin | Dilling, Frankie | 19-cv-12684 | Lack of CMO-12A Product Identification |
| 114 | McSweeney/Langevin | Reinert, Debbie | 16-cv-15556 | Lack of CMO-12A Product Identification |
| 115 | Michael Hingle & Associates | Smith, Blynda | 17-cv-00617 | Lack of CMO-12A Product Identification |
| 116 | Milberg | Haeni, Nancy | 17-cv-13435 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - Case reinstated 1/6/23 per Addendum to CMO-12A |
| 117 | Morris Bart | Bantz, Sherrye | 17-cv-05915 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - Case reinstated 1/6/23 per Addendum to CMO-12A |
| 118 | Morris Bart | Barnett, Shirley | 18-cv-06186 | Lack of CMO-12A Product Identification |
| 119 | Morris Bart | Broussard, Tammy | 16-cv-15394 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - Case reinstated 1/6/23 per Addendum to CMO-12A |
| 120 | Morris Bart | Myles, Lillian | 18-cv-06100 | Sanofi PID - Dismiss remaining defendants |
| 121 | Morris Bart | Bodden, Janet | 16-cv-15609 | Lack of CMO-12A Product Identification |
| 122 | Morris Bart | Hartzog, Glorious | 16-cv-15400 | Lack of CMO-12A Product Identification |
| 123 | Morris Bart | Hebert, Gloria | 16-cv-15469 | Lack of CMO-12A Product Identification |
| 124 | Morris Bart | McCall, Patricia | 16-cv-15470 | Lack of CMO-12A Product Identification |
| 125 | Morris Bart | Perrin, Judy | 16-cv-15840 | Lack of CMO-12A Product Identification |
| 126 | Morris Bart | Webre, Hedy | 16-cv-15674 | Lack of CMO-12A Product Identification |
| 127 | Nachawati Law | Burleson, Joyce | 18-cv-10657 | Lack of CMO-12A Product Identification |
| 128 | Nachawati Law | Cantrell, Donna | 19-cv-00046 | Rollover from 9/13/22 and 3/14/23 CMO-12A Show Cause Hearings |
| 129 | Nachawati Law | Dodson, Faye | 20-cv-02959 | Lack of CMO-12A Product Identification |
| 130 | Nachawati Law | Laskey, Shirley | 21-cv-01644 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 131 | Nachawati Law | Mcgovern, Veronica | 21-cv-01641 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 132 | Nachawati Law | Phillips, Ella | 21-cv-00849 | Lack of CMO-12A Product Identification |
| 133 | Nachawati Law | Ward, Sue D. | 18-cv-13770 | Lack of CMO-12A Product Identification |
| 134 | Napoli Shkolnik | Carroll, Linda | 19-cv-10684 | Lack of CMO-12A Product Identification |
| 135 | Napoli Shkolnik | Theresa, Prag | 19-cv-10873 | Lack of CMO-12A Product Identification |
| 136 | Pendley, Baudin & Coffin | Grant, Sharlene | 18-cv-07658 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 137 | Pendley, Baudin & Coffin | Mcduell, Elaine | 17-cv-07107 | Lack of CMO-12A Product Identification |

Case 2:16-md-02740-JTM-MBN   Document 16023-3   Filed 06/27/23   Page 7 of 8
Exhibit C - June 27, 2023 CMO-12A Notice of Non-Compliance

|  | **Plaintiff Counsel** | **Plaintiff Name** | **MDL Case No.** | **Non-Compliance Category** |
|---|---|---|---|---|
| 138 | Pogust Braslow & Millrood | Henwood, Carol | 17-cv-17322 | Sanofi PID - Dismiss remaining defendants |
| 139 | Powers Santola | Downs, Mary | 17-cv-01106 | Sandoz PID - Dismiss remaining Defendants |
| 140 | Pulaski Law Firm | Filipski, Ann | 17-cv-15235 | Partial Hospira Product ID - Dismiss other defendants |
| 141 | Pulaski Law Firm | Rivera, Yolanda | 17-cv-02906 | Partial Hospira Product ID - Dismiss other defendants |
| 142 | Reich and Binstock | Lamorte, Mimoza | 17-cv-12645 | Lack of CMO-12A Product Identification |
| 143 | Reyes Brown Reilley | Cole, LaShonda | 20-cv-03353 | Hospira PID – Dismiss remaining Defendants |
| 144 | Reyes Brown Reilley | Cosban-Ioppolo, Jennifer | 18-cv-12332 | Lack of CMO-12A Product Identification |
| 145 | Reyes Brown Reilley | Moore, Lottie | 18-cv-12136 | Sanofi PID - Dismiss remaining defendants |
| 146 | Reyes Brown Reilley | Nofsinger, Diane | 18-cv-13285 | Lack of CMO-12A Product Identification |
| 147 | Reyes Brown Reilley | Purcell, Donna | 18-cv-13508 | Sanofi PID - Dismiss remaining defendants |
| 148 | Rosen Harwood | Spencer, Celia | 20-cv-00045 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 149 | SCOTT VICKNAIR LLC | Newton, Peggy J | 17-cv-11569 | Accord PID - Dismiss remaining Defendants |
| 150 | SCOTT VICKNAIR LLC | Ruiz, Neredia | 17-cv-17874 | Hospira PID – Dismiss remaining Defendants |
| 151 | SCOTT VICKNAIR LLC | Yoho, Julie | 17-cv-04125 | Hospira PID – Dismiss remaining Defendants |
| 152 | Seithel Law | Meadows, Mary | 18-cv-02216 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 153 | Shaw Cowart LLP | Craig, Patricia | 17-cv-09569 | Lack of CMO-12A Product Identification |
| 154 | Terry & Thweatt, P.C. | Pahios, Penelope A. | 19-cv-00406 | Teva PID - Dismissal of case |
| 155 | The Carlson Law Firm | Wortham, Mildred | 17-cv-12728 | Lack of CMO-12A Product Identification |
| 156 | The Gori Law Firm | Cooke, Helen | 20-cv-02368 | Lack of CMO-12A Product Identification |
| 157 | The Goss Law Firm | Elkins, Cleo | 16-cv-16657 | Lack of CMO-12A Product Identification |
| 158 | The Murray Law Firm | Pajtis, Jennifer | 18-cv-04085 | Hospira PID – Dismiss remaining Defendants |
| 159 | The Murray Law Firm | Stillwell, Tabatha | 18-cv-05950 | Lack of CMO-12A Product Identification |
| 160 | The Murray Law Firm | Young, Valerie | 18-cv-06199 | Sandoz PID - Dismiss remaining Defendants |
| 161 | Wendt Law Firm | Botley, Linda | 17-CV-12660 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 162 | WHITFIELD BRYSON LLP | Cain, Sharon | 17-cv-09048 | Lack of CMO-12A Product Identification |
| 163 | Williams Hart Boundas Easterby, LLP | Allen, Gloria | 17-cv-10464 | Lack of CMO-12A Product Identification |
| 164 | Williams Hart Boundas Easterby, LLP | Cirello, Rona | 18-cv-01188 | Sanofi PID - Dismiss remaining defendants |
| 165 | Williams Hart Boundas Easterby, LLP | Garrett, Earlene | 17-cv-11963 | Lack of CMO-12A Product Identification |
| 166 | Williams Hart Boundas Easterby, LLP | Whitted, Emma | 18-cv-00312 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |

|  | Plaintiff Counsel | Plaintiff Name | MDL Case No. | Non-Compliance Category |
|---|---|---|---|---|
| 167 | Zoll & Kranz | Coleman, Marshell | 17-cv-13454 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - Case reinstated 1/6/23 per Addendum to CMO-12A |
| 168 | Zoll & Kranz | Dickerson, Elizabeth | 16-cv-16776 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 169 | Zoll & Kranz | Hartso, Lenora | 16-cv-17984 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 170 | Zoll & Kranz | Kout, Adrienne | 17-cv-13386 | Rollover from 3/14/23 CMO-12A Show Cause Hearing |
| 171 | Zoll & Kranz | Middleton, Crystal | 17-cv-13600 | Rollover from 7/12/22 and 3/14/23 CMO-12A Show Cause Hearings |
| 172 | Zoll & Kranz | Pineda, Dianne | 17-cv-13755 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 173 | Zoll & Kranz | Polk, Latoshia | 17-cv-13036 | Lack of CMO-12A Product Identification |
| 174 | Zoll & Kranz | Tabron, Virginia | 17-cv-01729 | Rollover from 7/12/22 and 3/14/23 CMO-12A Show Cause Hearings |
| 175 | Zoll & Kranz | Thomas, Cynthia | 17-cv-01732 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 176 | Zoll & Kranz | Ward, Sharron | 17-cv-13986 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - PL seeks to reinstate pursuant to Addendum to CMO-12A |
| 177 | Zoll & Kranz | Weathers, Willie M. | 17-cv-11631 | Rollover from 3/14/23 CMO-12A Show Cause Hearing - Case reinstated 1/6/23 per Addendum to CMO-12A |