UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Pamela Collier, 17-14008 | ) ) | |

# ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 16022);

**IT IS ORDERED** that the Motion is **GRANTED** and that Dennis Collier, on behalf of Pamela Collier, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 28th day of June, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE