# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| This Document Relates to: Alicia Flemings v. Sanofi U.S. Services et al.; Civil Action No.: 2:19-11981 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

**PROPOSED ORDER ON
MOTION TO ENROLL ADDITIONAL COUNSEL**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs in Exhibit A, who moves this Honorable Court for an Order enrolling additional counsel of record on their behalf.

Considering the foregoing motion,

IT IS ORDERED that J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus of Bachus & Schanker, LLC be enrolled as additional counsel of record for Plaintiff.

New Orleans, Louisiana this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE