# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES INC., AND SANDOZ, INC.,** <br><br> **Civil Action No.: 2:17-cv-12660-JTM-MBN** |
| THIS DOCUMENT RELATES TO: <br> *Linda Botley v. Hospira, Inc., et al.* | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice defendants Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. and Sandoz, Inc. in this matter, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 29th day of June, 2023

Respectfully submitted,

WENDT LAW FIRM, P.C.

**/s/Samuel M. Wendt**
Samuel M. Wendt, MO Bar# 53573
4717 Grand Avenue, Ste 130
Kansas City, MO 64112
Phone: (816) 531-4415
Email: sam@wendtlaw.com
ATTORNEY FOR PLAINTIFF

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 29, 2023                                                  /s/ *Samuel M. Wendt*
                                                                                      Samuel M. Wendt