**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION "H" (5)** |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | **JUDGE JANE TRICHE MILAZZO** |
| *Pat Henderson v. Sanofi S.A.,* | ) | |
| *et al.; Civil Action No. 2:17-cv-6257* | ) | **MAG. JUDGE MICHAEL B. NORTH** |

### <u>NOTICE AND SUGGESTION OF DEATH</u>

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Pat Henderson.

Dated this 29th day of June, 2023.

Respectfully submitted,
BRUNO & BRUNO

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO (Bar Roll No. 3604)
MARKITA HAWKINS (Bar Roll No. 35812)
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
        mhawkins@brunobrunolaw.com
***Attorneys for Plaintiff***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 29, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 29, 2023

                                  Respectfully submitted,
                                  BRUNO & BRUNO

                                  */s/ Joseph M. Bruno*
                                  JOSEPH M. BRUNO (Bar Roll No. 3604)
                                  MARKITA HAWKINS (Bar Roll No. 35812)
                                  855 Baronne Street
                                  New Orleans, LA 70113
                                  Telephone: (504) 525-1335
                                  Facsimile: (504) 561-6775
                                  Email: jbruno@brunobrunolaw.com
                                           mhawkins@brunobrunolaw.com
                                  ***Attorneys for Plaintiff***