UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Maureen Benson**
**Case No.: 2:17-cv-14074**

## DECLARATION

I, Jacob Brender, have attempted to reach my client, Maureen Benson, on the following dates: May 4, 2023; May 11, 2023; May 16, 2023; May 18, 2023; May 23, 2023; May 25, 2023; and June 28, 2023 by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client has not been responsive to my communications to date. Further, no personal representative, successor-in-interest, or next of kin has contacted us in response to any of our communications or to notify us regarding the death of Ms. Benson.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Jacob Brender, Esq.
HODES MILMAN, LLP
9210 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 640-8222
Facsimile: (949) 336-8114