UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) <br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**FIRST AMENDED MOTION TO STRIKE NOTICE OF VOLUNTARY DISMISSAL *EX PARTE*** <br><br>Civil Action No.: 2:17-cv-15057 |
| THIS DOCUMENT RELATES TO:<br><br>FAITH NEWHOUSE v. SANOFI-AVENTIS U.S. LLC, et al. | | |

Pursuant to CMO 12A and pursuant to Federal Rule of Civil Procedure 12(f), Plaintiff respectfully requests that this Court strike, *ex parte*, the Notice of Voluntary Dismissal that Plaintiff filed in error on May 26, 2023. Plaintiff erroneously filed her Notice of Voluntary Dismissal before filing Motion for Leave to file, *ex parte*, an Amended Short Form Complaint naming the proper Defendants, Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. ("the Hospira Defendants").

1. Plaintiff filed her Short Form Complaint on December 6, 2017, naming only the Sanofi Defendants as the entities that designed, manufactured and marketed the taxotere with which her oncologist provided infusions for treatment of her breast cancer.

2. Plaintiff has determined that the taxotere that doctor prescribed and administered was designed, manufactured and marketed by the Hospira Defendants, and not the Sanofi Defendants.

3. On May 26, 2023, Plaintiff mistakenly filed its Notice of Dismissal of the Sanofi Defendants without having first filed an Amended Short Form Complaint naming the Hospira Defendants.

4. Under Federal Rule of Civil Procedure 12(f), this Court has the authority to provide the relief requested herein.

5. Plaintiff's counsel has conferred with Counsel for Defendants Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and sought consent for the relief requested. Counsel for Defendants Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; did not consent to the Motion or to the relief requested herein.

6. A Proposed Order is attached as **Exhibit 1**.

WHEREFORE, Plaintiff Faith Newhouse respectfully requests that this Honorable Court enter an order Striking Plaintiff's Notice of Dismissal.

Dated this 29th day of June, 2023                Respectfully submitted,

*/s/ Jeffery J. Lowe*
Jeffery J. Lowe, # 35114MO
Andrew J. Cross, #57337 MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
across@careydanis.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Jeffrey J. Lowe_____