UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S FIRST AMENDED MOTION TO STRIKE PLAINTFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Civil Action No.: 2:17-cv-15057 |
| THIS DOCUMENT RELATES TO:<br><br>FAITH NEWHOUSE  v. SANOFI-AVENTIS U.S. LLC, et al. | | |

**ORDER GRANTING PLAINTIFF'S FIRST AMENDED MOTION TO STRIKE PLAINTFF'S NOTICE OF VOLUNTARY DISMISSAL**

Upon Plaintiff's First Amended Motion to Strike Plaintiff's Notice of Voluntary Dismissal filed on May 26, 2023, and for good cause shown, it is hereby Ordered that Plaintiff's Notice of Voluntary Dismissal filed on May 26, 2023 is GRANTED/DENIED.

SO ORDERED this _____ day of _____, 2023.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE