BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Rosemary Calkins et al. v. Sanofi US LLC<br><br>Civil Action No.: 2:17-cv-11188 | **PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

COMES NOW Plaintiffs Rosemary Calkins and Larry Calkins, by and through counsel, who respectfully bring this Motion pursuant to Federal Rules of Civil Procedure 15(A)(2). Plaintiffs' seek leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A. Plaintiffs' respectfully moves the Court to amend the complaint to reinstate Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. as defendants, in addition to previously named defendant Sanofi-Aventis U.S. LLC, for the reasons set forth in Plaintiffs' Memorandum filed in support of this Motion.

Dated this 29th day of June, 2023.

                                              Respectfully submitted,

                                              GOMEZ TRIAL ATTORNEYS
                                              /s/Lindsay R Stevens
                                              Lindsay R. Stevens (CA Bar # 256811)
                                              755 Front Street
                                              San Diego, California 92101
                                              Telephone: (619) 237-3490
                                              Facsimile: (619) 237-3496
                                              lstevens@thegomezfirm.com

                                              *Attorney for Plaintiffs*

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Rosemary Calkins et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: 2:17-cv-11188 | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT** |

COMES NOW Plaintiffs Rosemary Calkins and Larry Calkins, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(A)(2), and respectfully moves the Court for leave to amend the Short Form complaint filed in this action.

Plaintiffs' original Complaint was filed in Superior Court of the State of California for the County of Sacramento on March 30, 2017 and amended on May 2, 2017. The case was transferred to MDL 2740 in the Eastern District of Louisiana on November 30, 2017. Counsel for Plaintiffs received a "Statement Regarding Chemotherapy Drug Administered" dated November 27, 2018, provided by Plaintiff's infusion facility, identifying only Sanofi-Aventis U.S. LLC docetaxel as the chemotherapy administered to Plaintiff and uploaded that document to MDL Centrality at Document Number 285523. Based on the receipt of this information, Plaintiffs filed a Notice of Partial Dismissal with Prejudice as to all defendants except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC on December 27, 2018, pursuant to Case Management Order Number 12A *See* Rec. Doc. No. 5624. Plaintiffs seek leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A,

pursuant to Federal Rule of Civil Procedure 60(b)(6), to amend the complaint to reinstate Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. as defendants, in addition to previously named defendant Sanofi-Aventis U.S. LLC.

Pursuant to Federal Rules of Civil Procedure 15(A)(2), the court should freely give leave to file an amended complaint when justice so requires. Justice requires an amendment in this case. At the time that Plaintiff filed the Notice of Partial Dismissal, Plaintiff was not aware that Hospira, Inc., had been the manufacturer of Rosemary Calkins' chemotherapy. Plaintiff wishes to amend her complaint to include Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc. (collectively, "Hospira"), as defendants in addition to Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi").  Plaintiffs' proposed amendment would reflect this change.

The determination that Hospira should be named as defendants in the instant case was made as a result of receipt of a signed "Statement Regarding Chemotherapy Drug Administered" from Plaintiff's infusion facility in response to subpoena issued by Plaintiff's counsel, after a deficiency was alleged by defense counsel regarding Plaintiff's previously submitted "Statement Regarding Chemotherapy Drug Administered." This new information was received by Plaintiffs' counsel on September 8th, 2020. Plaintiff's counsel immediately met and conferred with counsel for the Sanofi and Hospira Defendants via email on September 17, 2020, pursuant to Local Rule 7.6, to obtain consent from Hospira and Sanofi to file an unopposed Motion for Leave to Amend the Complaint to add Hospira as a defendant. Through a back-and-forth email exchange, primarily between Plaintiffs' counsel and counsel for Sanofi, the meet and confer was waylaid and the amended complaint was not filed. *See* Meet and Confer Email Exchange between counsel, attached hereto as Exhibit B. The failure to continue the meet and confer regarding

amending Plaintiffs' complaint was nothing more than an oversight. Plaintiffs' counsel reengaged the meet and confer on April 27, 2023, after receipt of Sanofi's notice of non-compliance for the July Order to Show Cause, and obtained consent from counsel for Sanofi to file the motion for leave to amend, but counsel for Hospira informed Plaintiffs' counsel of Hospira's intent to oppose the motion. There is no prejudice to Hospira should the Court grant Plaintiffs' motion, as Hospira was informed of the proof of manufacturer identification in September of 2020, and Plaintiff uploaded the same to MDL Centrality on September 14, 2020 at MDLC Id. No. 495470.

Moreover, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC (collectively, "Sanofi") are also properly named defendants in the instant case, as the Supreme Court in the plaintiff's home state, California, recognizes innovator liability. *See T.H. v. Novartis Pharmaceuticals Corp.*, 4 Cal. 5th 145 (2017) (unanimously holding that brand-name prescription drug manufacturers owe a duty to warn to consumers of generic drugs. The court also recognized "predecessor liability," extending the duty to warn to former brand-name manufacturers who at one time held the NDA to the brand-name product but have since sold the rights to another company).

Plaintiffs', therefore, seek leave of Court to amend the initial Short Form Complaint to add Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. in addition to already named defendant Sanofi-Aventis U.S. LLC.  Plaintiffs' proposed Amended Short Form Complaint is attached hereto as Exhibit A.

///

///

///

WHEREFORE, Plaintiffs' hereby respectfully request this Honorable Court grant leave to file Plaintiffs' proposed Amended Short Form Complaint.

Dated this 29th day of June, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

*/s/Lindsay R Stevens*
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496
lstevens@thegomezfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6, Sanofi does not oppose but Hospira expressed intent to oppose the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS