BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Rosemary Calkins et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: 2:17-cv-11188 | ORDER |

**[PROPOSED] ORDER**

THE COURT, having considered Plaintiff's Motion for Leave to file Amended Complaint, and for good cause shown, it is hereby, **ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the Amended Short Form Complaint which was attached as Exhibit A to Plaintiffs' Motion.

New Orleans, Louisiana, so ordered this _____ day of _____, 2023.

_____<br>
Honorable Jane T. Milazzo<br>
United States District Court Judge