UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Janis Griffin
**Case No.:** 2:17-cv-10018

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Janis Griffin whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: June 29, 2023            /s/ *Pierce Jones*
                                                 Pierce Jones (TX Bar No: 24110061)
                                                 JOHNSON LAW GROUP
                                                 2925 Richmond Avenue Ste. 1700
                                                 Houston, TX 77098
                                                 Telephone: (713) 626-9336
                                                 Facsimile: (713) 583-9460
                                                 Email: taxotere@johnsonlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: June 30, 2023

                                                        /s/ *Pierce Jones*
                                                        Pierce Jones