# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Sylvia Hill
Case No.: 2:18-cv-11959

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Sylvia Hill files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Sylvia Hill died on or about June 8, 2022, during the pendency of this civil action.

Respectfully Submitted,

Dated: June 30, 2023          **JOHNSON BECKER, PLLC**

s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
