UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>MARY BETH SHUPE ET AL. v. SANOFI US SERVICES INC, ET AL. | Civil Action No.: 2:17-cv-13735-JTM-MBN |

## MEMOMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

COMES NOW Plaintiff Mary Beth Shupe, by and through the undersigned counsel, pursuant to Federal Rules of Civil 15(A)(2), respectfully moves the Court for leave to amend her Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on November 30, 2017 (*Shupe et al v. Sanofi US Services, Inc., et al.* Case No. 2:17-cv-13735-JTM-MBN), and Plaintiff served Defendants pursuant to PTO 9.

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. P. 15(A)(2). Justice requires an amendment in this case. Plaintiff was not aware that Hospira Worldwide, LLC f/k/a Hospira Worldwide, and Hospira, Inc had been the manufacturers of her chemotherapy. Plaintiff wishes to amend her complaint to include Hospira Worldwide, LLC f/k/a Hospira Worldwide, and Hospira, Inc. as the only Defendants. Plaintiff's proposed amendment would reflect this change.

1

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is no opposition to this motion.

For the reasons stated herein, Plaintiff requests that this Court grant leave to file the attached Amended Complaint.

Dated June 30, 2023.

                **BACHUS & SCHANKER, LLC**
                By: */s/ J. Christopher Elliott*
                J. Christopher Elliott, Esq.
                Bachus & Schanker, LLC
                101 West Colfax Suite 650
                Denver, CO 80202
                Telephone: (303)893-8900
                Facsimile: (303) 893-9900
                Email: celliott@coloradolaw.net
                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   *s/J. Christopher Elliott*
                                                   J. Christopher Elliott, Esq.