**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECONTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Mary Beth Shupe et al. v. Sanofi US Services Inc. et al EDLA 2:17-cv-13735* | |

**AMENDED SHORT FORM COMPLAINT[1]**

Plaintiff incorporates by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on November 30, 2017 (MDL Doc. 4407). Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.    Plaintiff:

Mary Beth Shupe

2.    Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

Phillip J. Shupe, Jr.

3.    Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

N/A

4.    Current State of Residence: Pennsylvania

5.    State in which Plaintiff(s) allege(s) injury: Pennsylvania

---

[1] (Effective as of May 13, 2020) This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

6.    Defendants (check all Defendants against whom a Complaint is made):

Taxotere Brand Name Defendants

☐    A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

☐    B.   Sanofi-Aventis U.S. LLC

Other Brand Name Drug Sponsors, Manufacturers, Distributors

☐    A.   Sandoz Inc.

☐    B.   Accord Healthcare, Inc.

☐    C.   McKesson Corporation d/b/a McKesson Packaging

☒    D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

☒    E.   Hospira, Inc.

☐    F.   Sun Pharma Global FZE

☐    G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

☐    H.   Pfizer Inc.

☐    I.   Actavis LLC f/k/a Actavis Inc.

☐    J.   Actavis Pharma, Inc.

☐    K.   Sagent Pharmaceuticals, Inc.

☐    L.   Other:

2

7.   Basis for Jurisdiction:

☒   Diversity of Citizenship

☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.   Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Eastern District of Pennsylvania

9.   Brand Product(s) used by Plaintiff (check applicable):

☐   A. Taxotere

☐   B. Docefrez

☒   C. Docetaxel Injection

☐   D. Docetaxel Injection Concentrate

☐   E. Unknown

☐   F. Other:

10.   First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

May 9, 2011 and August 24, 2011

11.   State in which Product(s) identified in question 9 was/were administered:

> Pennsylvania

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Severe and personal injuries that are permanent and lasting in nature including economic and non-economic damages harms and losses, including, but not limited to: past and future medical expenses; psychological counseling and therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, permanent disfigurement, including permanent alopecia; mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life.

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☒ Count III – Negligence
☒ Count IV – Negligent Misrepresentation
☒ Count V – Fraudulent Misrepresentation
☒ Count VI – Fraudulent Concealment
☒ Count VII – Fraud and Deceit

☒ Other:  Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.



14.    Name of Attorney(s), Bar Number(s), Law Firm, Phone Number, Email Address(es) and
Mailing Address representing Plaintiff:

**BACHUS & SCHANKER, LLC**
By:  */s/ J. Christopher Elliott*
J. Christopher Elliott (#41063)
Darin L. Schanker (#23881)
J. Kyle Bachus (#24441)
Bachus & Schanker, LLC
950 17th Street, Suite 1050
Denver, CO 80202
Telephone: (303) 893-9800
Fax: (303) 893-9900
Email: celliott@coloradolaw.net
E-mail: dschanker@coloradolaw.net
E-mail: kyle.bachus@coloardolaw.net
*Attorneys for Plaintiff*