**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>MARY BETH SHUPE ET AL. v. SANOFI US SERVICES INC, ET AL. | Civil Action No.: 2:17-cv-13735-JTM-MBN |

THE COURT, having considered Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

So ordered this ___ day of _____, 2023.

_____
U.S. District Judge

1