# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Tina Brewer
Case No.: 2:16-cv-17313

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Tina Brewer files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Tina Brewer died on or about August 2, 2019, during the pendency of this civil action.

Dated: June 30, 2023

*/s/ Daniel P. Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Daniel P. Markoff*
Daniel P. Markoff
