## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**              MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Flossie Snipes
Case No.: 2:18-cv-12640

---

## SUGGESTION OF DEATH

---

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Flossie

Snipes files this Suggestion of Death upon the Record in the above referenced case.  Plaintiff

Flossie Snipes died on or about March 6, 2022, during the pendency of this civil action.

Dated: June 30, 2023

*/s/ Daniel P. Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com

**Attorney for Plaintiff**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 30, 2023, I filed the above document with the Court via the Court's

CM/ECF system, which will notify all counsel of record.

<u>/s/ *Daniel P. Markoff*  </u>
Daniel P. Markoff