# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

     SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Antoinette Travis
Case No.: 2:18-cv-12560

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Antoinette Travis files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Antoinette Travis died on or about March 1, 2020, during the pendency of this civil action.

Dated: June 30, 2023

           */s/ Daniel P. Markoff*
           Daniel P. Markoff
           Atkins and Markoff
           9211 Lake Hefner Parkway
           Oklahoma City, OK 73129
           405-607-8757
           Dmarkoff@atkinsandmarkoff.com

           **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Daniel P. Markoff*
Daniel P. Markoff