# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Joann Washington
Case No.: 2:17-cv-15143

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Joann Washington files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Joann Washington died on or about April 29, 2020, during the pendency of this civil action.

Dated: June 30, 2023

>  /s/ Daniel P. Markoff
>  Daniel P. Markoff
>  Atkins and Markoff
>  9211 Lake Hefner Parkway
>  Oklahoma City, OK 73129
>  405-607-8757
>  Dmarkoff@atkinsandmarkoff.com
>
>  **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Daniel P. Markoff*
Daniel P. Markoff