BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Friella McGee et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **STATEMENT OF PLAINTIFF'S COUNSEL**<br><br>Civil Action No.: 2:17-cv-13831 |

**STATEMENT OF PLAINTIFF'S COUNSEL**

I represent Friella McGee whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly attempted to advise my client that unless the deficiency is cured, the case could be dismissed with prejudice. To date, I have not received any response from my client.

The deficiency is not cured and there is no defense against the request for a dismissal.

Dated:  June 30, 2023

Respectfully submitted,
GOMEZ TRIAL ATTORNEYS
 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Lindsay R. Stevens
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Friella McGee et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **STATEMENT OF PLAINTIFF'S COUNSEL**<br><br>Civil Action No.: 2:17-cv-13831 |

**DECLARATION**

I, Lindsay R. Stevens, have attempted to reach my client, Friella McGee on the following dates: March 7, 2018, March 5, 2019, November, 11, 2020, November, 11, 2021, December 12, 2023, March 24, 2023, March 30, 2023, April 3, 2023, and June 15, 2023 by (check all that apply) X telephone, ____ e-mail, X text message, ____ social media, X U.S. Mail, X Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: June 30, 2023

                                                                           Respectfully submitted,
                                                                           GOMEZ TRIAL ATTORNEYS
                                                                           */s/Lindsay R. Stevens*
                                                                           John H. Gomez (CA Bar # 171485) T.A
                                                                           Lindsay R. Stevens (CA Bar # 256811)

755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>/s/ Lindsay R. Stevens</u>
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com