## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Civil Action No. 2:20-cv-00595 | : : : | <br><br>**PLAINTIFF'S SUGGESTION OF DEATH** |
| PLAINTIFF: Nancy Kratzer | : : | |

## PLAINTIFFS' SUGGESTION OF DEATH

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, Erin Wood, counsel of record for Plaintiff Nancy Kratzer and files this Suggestion of Death on behalf of Nancy Kratzer.

**I.**

The Court is to be advised that Nancy Kratzer passed away on May 28, 2023.

[Signature block on following page]

1

        Respectfully submitted,

        NACHAWATI LAW GROUP
        5489 Blair Road
        Dallas, Texas 75231
        Tel. (214) 890-0711
        Fax (214) 890-0712

        By _/s/ Erin M. Wood_
        Erin Wood
        State Bar No. 24073064
        ewood@ntrial.com
        Gibbs Henderson
        State Bar No. 24099007
        ghenderson@ntrial.com

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed and served on July 3, 2023 via the CM/ECF which will send notification of such filing to all attorneys of record.

        _/s/ Erin M. Wood_
        Erin Wood
        Attorney for Plaintiffs