# EXHIBIT A



# Nancy A. Kratzer

**Obituary**  **Events**  **Guestbook (4)**

Follow story

Text Size

It is with heavy hearts that the family of Nancy A. (Pekarski) Kratzer of 1980 Route 204 Selinsgrove, announces her passing on May 28, 2023, at the age of 71. Nancy was born Nov. 19, 1951, in Coudersport Pa., to the late John T. and Vera (McIssac) Pekarski.

Nancy was a graduate of Coudersport Area High School in 1969. She married Kim R. Kratzer on May 22, 1971. Nancy worked various jobs in her lifetime, but the role of motherhood was the most cherished and rewarding for her.

Nancy's love and dedication to family and friends was like no other. The times she spent with family, whether cheering them at sporting events or getting together for holidays was something she looked forward to. She loved her four kids and her three grandchildren. Her family was her world, and she loved them with her whole heart.

Nancy was an avid reader and enjoyed going to auctions every Friday night with Kim. She was always looking for things that caught her eye or whatever "Kim needed." Nancy was a collector of books and other knickknacks, that she proudly displayed throughout her home.

Nancy is survived by a daughter and son-in-law Heidi (Kratzer) and Paul John, two sons Seth Kratzer (Autumn Geiswite), and Zachery Kratzer. Three grandchildren: Tyler Kratzer Gemberling, Gaven Kratzer, and Makenna Kratzer. One brother John Pekarski (Marion Spigelmeyer), and two sisters Sandra Pekarski, and Julie Pekarski (Don Skinner). A brother and sister-in-law Larry and Shirley Weaver, her nieces and nephews Tana (Weaver) Heffner, Chris Weaver, Jennifer Beaver, Heather (Beaver) Fogarty, Christopher Beaver, Corey Pekarski, and Casey Pekarski.

Nancy was preceded in death by her husband Kim R. Kratzer; daughter Angela M. (Kratzer) Herman; granddaughter Raylee Lou Herman; niece Stacie L. Connelly, and nephew Michael Beaver.

The viewing and services will be held on June 3, 2023, at the V. L. Seebold Funeral Home in Selinsgrove. The viewing will be from 10-11 a.m. with the service to follow. The burial will be at the Shreiner's Cemetery in Selinsgrove.

In Memory of Nancy A.

**Plant a tree**

How it Works

Funeral Arrangements by

V L Seebold Funeral Home

Contact

Get directions