# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Annette Washington
Case No.: 2:17-cv-09494

## PLAINTIFF'S MOTION TO SUBSTITUTE LAWRENCE WASHINGTON AND LASHONDA OWENS ON BEHALF OF ANNETTE WASHINGTON

COMES NOW, Plaintiff Annette Washington and files this motion to substitute her surviving heirs, Lawrence Washington and Lashonda Owens, as the proper plaintiffs pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Annette Washington filed the present action in the United States District Court for the Eastern District of Louisiana on September 22, 2017;

2. Plaintiff Annette Washington died on September 19, 2022;

3. On May 12, 2023, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Lawrence Washington and Lashonda Owens are the surviving heirs and proper party plaintiffs pursuant to the laws of the State of Texas.

5. Plaintiff is proceeding with this Motion through the surviving heirs and proper party plaintiffs.

Plaintiff respectfully requests that Lawrence Washington and Lashonda Owens be substituted as the proper Plaintiffs pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: July 3, 2023                        **JOHNSON BECKER, PLLC**

                                                 s/ Lisa Ann Gorshe
                                                 Lisa Ann Gorshe, Esq. (MN Bar #029522X)
                                                 Johnson Becker, PLLC
                                                 444 Cedar Street, Suite 1800
                                                 Saint Paul, MN 55101
                                                 Phone: (612) 436-1800
                                                 Fax: (612) 436-1801
                                                 lgorshe@johnsonbecker.com

                                                 **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

      I certify that on July 3, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
