# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL)**          MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Annette Washington
Case No.: 2:17-cv-09494

---

## ORDER

---

Upon Plaintiff's Motion to Substitute Lawrence Washington and Lashonda Owens on behalf of Annette Washington and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2023

_____

The Hon. Jane Triche Milazzo