**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)   )   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION  )
                )
                )   SECTION "H" (5)
                )   JUDGE MILAZZO
                )   MAG. JUDGE NORTH
THIS DOCUMENT RELATES TO:   )
                )
Plaintiff Name:  Mary Maurizzio    )
Case No.:  2:17-cv-11148      )
_____)

**EX PARTE/CONSENT MOTION FOR LEAVE**
**TO FILE AMENDED SHORT FORM COMPLAINT**

   Plaintiff Mary Maurizzio, by and through counsel, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter.  A copy of the Amended Short Form Complaint is attached as Exhibit "A' to this Motion.

   Dated this 3rd day of July, 2023.

           Respectfully submitted,

           **HISSEY, MULDERIG & FRIEND PLLC**


           */s/ David L. Friend*
           David L. Friend. Esq.
           Attorney ID No. 00796583
           HISSEY, MULDERIG & FRIEND PLLC
           1504 West Avenue
           Austin, TX 78701
           512-320-9100
           512-320-9101 (Fax)
           dfriend@hmf-law.com

## STATEMENT REGARDING OBJECTION OR
## NO OBJECTION BY OPPOSING PARTY

Plaintiff's counsel conferred with Defense counsel, who agree in the interest of judicial economy not to oppose this motion, with the understanding and agreement that Defendants reserve their rights to assert all defenses, including but not limited to defense based on statute of limitations, laches, jurisdiction, and service of process, at another stage in this lawsuit.

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.


*/s/ David L. Friend*

David L. Friend. Esq.
Attorney ID No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, TX 78701
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS