UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) ) | MDL NO. 2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | |
| ) | SECTION "H" (5) | |
| ) | JUDGE MILAZZO | |
| ) | MAG. JUDGE NORTH | |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | | |
| Plaintiff Name: Mary Maurizzio ) | | |
| Case No.: 2:17-cv-11148 ) | | |
| _____) | | |

**PLAINTTIF'S MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Mary Maurizzio, by and through her attorneys, respectfully seeks leave of Court to file an Amended Short Form Complaint in this matter pursuant to Federal Rules of Civil Procedure 15(a) for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Mary Maurizzio, that she was provided Taxotere/Docetaxel chemotherapy that was manufactured by Sanofi U.S. Services, Inc. and/or Sanofi-Aventis U.S. LLC which caused her to permanently lose her hair. Her original suit was filed on October 24, 2017.

Subsequent to the filing of her original lawsuit, and after diligent investigation by counsel, Plaintiff learned that Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and/or Hospira, Inc. should be named as Defendants in Plaintiff's case as the manufacturers of the chemotherapy drug which caused her permanent hair loss.

Plaintiff, therefore, seeks to amend her Complaint to name Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and/or Hospira, Inc. as defendants and dismiss Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC.

Respectfully submitted,

**HISSEY, MULDERIG & FRIEND PLLC**

*/s/ David L. Friend*
David L. Friend. Esq.
Attorney ID No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, TX 78701
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ David L. Friend
David L. Friend. Esq.
Attorney ID No. 00796583
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, TX 78701
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com

ATTORNEYS FOR PLAINTIFFS