# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>ORDER GRANTING<br>LEAVE TO FILE<br>AMENDED COMPLAINT |
| THIS DOCUMENT RELATES TO:<br><br>Plaintiff Name: Mary Maurizzio<br>Case No.: 2:17-cv-11148 | | |

## ORDER

THE COURT, having considered Plaintiff's Motion for Leave to File an Amended Complaint, and for good cause shown, it is hereby Ordered that Plaintiffs' motion is GRANTED, and that Plaintiff may file the Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

So ordered this this _____ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT