UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Hilda Bynum_____
Case No.: __2:18-cv-03098_____

# DECLARATION

I, David L. Friend have attempted to reach my client, Hilda Bynum on the following dates: 12/13/2017, 09/11/2018, 12/20/2019, 01/14/2020, 03/12/2020, 05/4/2023, 05/8/2023, 05/15/2023, 05/22/2023, 05/26/2023

by (check all that apply) ✓ telephone, ____ e-mail, ____ text message, ____ social media, ✓ U.S. Mail, ✓ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_/s/ David L. Friend_____
David L. Friend. Esq.
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, TX 78701
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com