UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name:  Amber Cobren
Case No.:  2:17-cv-17331

# DECLARATION

I, David L. Friend have attempted to reach my client, Hilda Bynum on the following dates: 03/02/2018, 08/01/2018, 10/11/2018, 10/12/2018, 12/20/2019, 05/4/2023, 05/8/2023, 05/15/2023, 05/26/2023

by (check all that apply)  ✓ telephone, ___ e-mail, ___ text message, ___ social media, ✓ U.S. Mail, ✓ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

 /s/ David L. Friend
David L. Friend. Esq.
HISSEY, MULDERIG & FRIEND PLLC
1504 West Avenue
Austin, TX 78701
512-320-9100
512-320-9101 (Fax)
dfriend@hmf-law.com