UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: __Delois Leavell_____
Case No.: __2:18-cv-3322_____

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Delois Leavell whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 3, 2023                          */s/ David L. Friend*
                                                             David L. Friend. Esq.
                                                             HISSEY, MULDERIG & FRIEND PLLC
                                                             1504 West Avenue
                                                             Austin, TX 78701
                                                             512-320-9100
                                                             512-320-9101 (Fax)
                                                             dfriend@hmf-law.com