UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| Miriam Clark, | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **SUGGESTION OF DEATH** |
| vs. | : : | Civil Action No.: 2:17-cv-16808 |
| Sanofi U.S. Services, Inc., et al., | : : | |
| Defendants. | : : | |

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court and all attorneys of record of the death of Plaintiff Miriam Clark on or about September 30, 2021.

Dated this 5th day of July, 2023.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
MS Bar No. 103614
2601 14th Street
Gulfport, Mississippi 39501
Phone: 228-863-6000
Fax: 228-864-0907
trevor.rockstad@daviscrump.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 5th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
