UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                          SECTION "H" (5)

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: Ina Rankins**
**Case No.: 2:17-cv-14999**

**DECLARATION**

     I, Trevor Rockstad, having learned that my client, Ina Rankins, passed away, attempted to reach her heirs, on the following dates: March 13, 2023, May 5, 2023, May 25, 2023 by (check all that apply) _X_ telephone, ___ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, ____ other, and the decedent's heirs have not been responsive to my communications to date.

     I declare that the foregoing is true and correct to the best of my knowledge.

Dated: July 5, 2023

                                                /s/ Trevor B. Rockstad
                                                Trevor B. Rockstad
                                                Davis & Crump, P.C.
                                                2601 14th Street
                                                Gulfport, MS 39501
                                                228-863-6000
                                                trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>/s/ Trevor B. Rockstad</u>
Trevor B. Rockstad