UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Joyce Burns**
**Case No.: 2:17-cv-05705**

## DECLARATION

I, Trevor Rockstad, having learned that my client, Joyce Burns, passed away, attempted to reach her next-of-kin/widower, on the following dates: January 4, 2023, January 5, 2023, January 11, 2023, March 24, 2023, May 5, 2023, May 24, 2023 by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, ____ other, and the decedent's widower has not been responsive to my communications to date. In January 2023, I was able to reach two of the decedent's children, who both advised that they did not wish to pursue the decedent's claims in this case.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: July 5, 2023

                                             /s/ Trevor B. Rockstad
                                             Trevor B. Rockstad
                                             Davis & Crump, P.C.
                                             2601 14th Street
                                             Gulfport, MS 39501
                                             228-863-6000
                                             trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
