UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Linnie Fowler**
**Case No.: 2:17-cv-13977**

## DECLARATION

I, Trevor Rockstad, having learned that my client, Linnie Fowler, passed away, attempted to reach her heirs, on the following dates: February 22, 2021, August 22, 2021, August 23, 2021, March 16, 2022, July 5, 2022, and May 23, 2023 by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, ____ Certified Mail, ____ other, and the decedent's heirs have not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: July 5, 2023

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
228-863-6000
trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad<br>
Trevor B. Rockstad