UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JUDGE MILAZZO HON. MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Giselle Weaver v. Sanofi-Aventis U.S. LLC d/b/a Winthrop US, et al.*

Civil Action No. **2:19-cv-12935**

---

**PLAINTIFF'S MOTION TO SUBSTITUTE SURVIVING HEIR MARIA NUNEZ ON BEHALF OF GISELLE WEAVER**

---

Plaintiff Giselle Weaver files this Motion to Substitute her surviving heir, Maria Nunez, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Giselle Weaver has filed this case in the United States District Court for the Eastern District of Louisiana;

2. Plaintiff Giselle Weaver died on September 23, 2019;

3. Plaintiff has filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1);

4. As shown by the Order Appointing Personal Representative attached hereto as Exhibit A, Maria Nunez is the surviving mother/ heir and proper party plaintiff pursuant to the laws of the State of Florida.

5. Accordingly, as the surviving mother/heir of Giselle Weaver and as Personal Representative of her Estate, Maria Nunez is the proper party to substitute for decedent Giselle Weaver and has proper capacity to proceed forward with this lawsuit on her behalf.

6. Plaintiff respectfully requests that Maria Nunez be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: July 5, 2023

Respectfully submitted,

**REYES BROWNE LAW**

*/s/ Ryan J Browne*
Ryan J Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Avenue, Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 5, 2023

*/s/ Ryan J Browne*
Ryan J Browne