IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2020-004640-CP-02
SECTION: PMH01
JUDGE: Jorge E Cueto

**IN RE: Weaver, Giselle**

Decedent

_____/

## ORDER APPOINTING PERSONAL REPRESENTATIVE

**(Wrongful Death)**

On the petition of MARIA NUNEZ for the administration of the above estate ("Estate"), the Court finds that MARIA NUNEZ is entitled to appointment as personal representative ("Personal Representative").

It is hereby ADJUDGED that MARIA NUNEZ is appointed Personal Representative of the decedent's Estate, and upon taking the prescribed oath, filing designation of resident agent and acceptance, and entering into bond in the sum of $ WAIVED, Letters of Administration shall be issued with the following restrictions:

1. Unless extended by court order, this Estate must be closed within 24 months.

2. Unless an appropriate bond has been entered into and approved by the Court, the Personal Representative shall place all liquid assets in a depository designated by this Court pursuant section 69.031, Florida Statutes, ("Depository"). This is a frozen account. No funds can be withdrawn without a court order.

3. The Attorney of Record shall file a receipt of assets by the Depository in a timely fashion.

4. If Florida real estate is sold, per court order, a closing statement shall be filed, and the sale's net proceeds shall be placed in the Depository.

5. The Personal Representative and the Depository shall jointly receive all monies

payable to the Estate.

6. There shall be no sale, encumbrance, borrowing, or gifting of any assets without court order.

7. The apportionment of the wrongful death settlement must be approved by this Court.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 5th day of January, 2021.

2020-004640-CP-02 01-05-2021 6:03 PM

Hon. Jorge E Cueto

**CIRCUIT COURT JUDGE**

Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Robert D. Hines, rhines@hnh-law.com
Robert D. Hines, jrivera@hnh-law.com
Robert D. Hines, mmerkel@hnh-law.com

**Physically Served:**