UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | MDL NO. 2740 |
| | ) | |
| **This document relates to:** | ) | SECTION "H" (5) |
| | ) | |
| Giselle Weaver, 19-12935 | ) | |

## ORDER

Before the Court is a Motion for Substitution of Proper Party (Doc. _____);

**IT IS ORDERED** that the Motion is **GRANTED** and that Maria Nunez, on behalf of Giselle Weaver, be substituted as Plaintiff herein.

New Orleans, Louisiana, this \_\_\_\_ day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**