# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

HON. JUDGE MILAZZO
HON. MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Molly Turner v. Sanofi-Aventis U.S. LLC
d/b/a Winthrop US, et al.*

Civil Action No. **2:18-cv-10850**

---

## PLAINTIFF'S MOTION TO SUBSTITUTE SURVIVING HEIR MALI TURNER ON BEHALF OF MOLLY TURNER

---

Plaintiff Molly Turner files this Motion to Substitute her surviving heir, Mali Turner, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Molly Turner has filed this case in the United States District Court for the Eastern District of Louisiana;

2. Plaintiff Molly Turner died on October 15, 2018;

3. Plaintiff has filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1);

4. As shown by the Mississippi Small Estate Affidavit attached hereto as Exhibit A, Mali Turner is the surviving daughter/ heir and proper party plaintiff pursuant to the laws of the State of Mississippi.

5.	As shown by the death certificate uploaded to Centrality, Thomas L. Turner (spouse of Molly Turner and father of Mali Turner) subsequently also died on November 19, 2021.

6.	Accordingly, as the surviving daughter/heir of Molly Turner, Mali Turner is a proper party to substitute for decedent Molly Turner and has proper capacity to proceed forward with this lawsuit on her behalf.

7.	Plaintiff respectfully requests that Mali Turner be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: July 5, 2023						Respectfully submitted,

**REYES BROWNE LAW**

 */s/ Ryan J Browne*
Ryan J Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Avenue, Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  July 5, 2023

*/s/ Ryan J Browne*
Ryan J Browne