## MISSISSIPPI SMALL ESTATE AFFIDAVIT

I/We, __THOMAS L. TURNER__, __MALI M. TURNER__, __THOMAS D. TURNER__, ("Heir(s)" or "Successor(s)"), upon being duly sworn, state upon my/our oath and personal knowledge the following:

1. __MOLLY R. TURNER__, ("Decedent"), SS# __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__ died on __OCTOBER 15, 2019__ in __HINDS__ County, Mississippi, at the age of __64__ years. A copy of the death certificate of the decedent is attached hereto as Exhibit "A".

2. The decedent's place of residence immediately before his death was __506 POPLAR AVE. PHILADELPHIA__ (address), Mississippi, __39350__ (Zip), which was the place where the principal part of his or her property was situated.

3. The value of the entire estate of the decedent, wherever located, excluding all liens and encumbrances thereon, does not exceed Twenty Thousand Dollars ($50,000.00)

4. No application or petition for the appointment of a personal representative of the decedent is pending, nor has a personal representative of the decedent been appointed in any jurisdiction.

5. The decedent died more than thirty (30) days prior to the execution of this Small Estate Affidavit.

6. A list of all know assets of the estate of the deceased are as follows:

ASSETS

| Asset Description | Asset Value |
|---|---|
| BANK STOCK (CITIZENS BANK) | $37,677.35 |
| | |
| | |
| | |
| | |
| | |
| | |

7. The Names and addresses of all heirs and the facts establishing the relationship to the decedent are as follows:

| Name, Address of Heir | Relationship | Status (Adult/Minor/ Incapacitated) | Relevant family history facts concerning heirship |
|---|---|---|---|
| ① THOMAS L. TURNER PHILADELPHIA, MS | SPOUSE/WIDOW | DISABLED | |
| ② MALI TURNER PHILADELPHIA, MS | DAUGHTER | ADULT | |

| | | |
|---|---|---|
| THOMAS D. TURNER | SON | ADULT |
| KIP C. TURNER | SON | ADULT |
| WILLIAM B. TURNER | SON | ADULT |

6. At the time of death, the decedent was:

   a) ☒ Married to THOMAS. L. TURNER
   b) ☐ Never Married.
   c) ☐ divorced from _____, on _____.
   d) ☐ predeceased by spouse _____, on _____.

   The children born of the marriage to THOMAS L. TURNER are indicated as such in paragraph ____. The decedent did not have any other children with any other person and did not adopt any children unless listed as adopted child in paragraph ____.

7. There is no known unpaid claimant against the decedent, except as stated in paragraph ____.

8. The decedent left no will and therefore died intestate.

Heir(s) state that the facts contained in this Affidavit are true and correct as therein stated.

_____
Heir

_____
Heir

SWORN TO and SUBSCRIBED BEFORE ME by the above Heir(s), this 19th day of June, 2019.

_____
Notary Public, State of Mississippi

GUY NOWELL, CHANCERY CLERK
& EX-OFFICIO NOTARY PUBLIC

BY _____ D.C.
My Commission Expires Jan. 6, 2020

Notary's Name Printed: _____

My Commission Expires: _____