**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

HON. JUDGE MILAZZO
HON. MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Inez Daner v. Sanofi-Aventis U.S. LLC d/b/a Winthrop US, et al.*

Civil Action No. **2:19-cv-13320**

---

**PLAINTIFF'S MOTION TO SUBSTITUTE SURVIVING HEIR SEAN DANER ON BEHALF OF INEZ DANER**

---

Plaintiff Inez Daner files this Motion to Substitute her surviving heir, Sean Daner, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).  In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Inez Daner has filed this case in the United States District Court for the Eastern District of Louisiana;

2. Plaintiff Inez Daner died on November 2, 2020;

3. Plaintiff has filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1);

4. As shown by the Order Admitting Will and Appointing Personal Representative attached hereto as Exhibit A, Sean Daner is the surviving son/ heir and proper party plaintiff pursuant to the laws of the State of Florida.

5. Accordingly, as the surviving son/heir of Inez Daner and as Personal Representative of her Estate, Sean Daner is the proper party to substitute for decedent Inez Daner and has proper capacity to proceed forward with this lawsuit on her behalf.

6. Plaintiff respectfully requests that Sean Daner be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: July 5, 2023

Respectfully submitted,

**REYES BROWNE LAW**

*/s/ Ryan J Browne*
Ryan J Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Avenue, Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  July 5, 2023

*/s/ Ryan J Browne*
Ryan J Browne