Instr# 117001625, Page 1 of 1, Recorded
Broward County Commission

Filing # 119705807 E-Filed 01/15/2021 12:19:10 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. PRC210000142   DIVISION 62J   JUDGE Kenneth Gillespie

In Re: Estate of: Daner, Inez
_____/

## ORDER ADMITTING WILL & APPOINTING PERSONAL REPRESENTATIVE

The instrument presented to this court as the last will of INEZ H. DANER, deceased, having been executed in conformity with law, and made self-proved by the acknowledgment of the decedent and the affidavits of the witnesses, made before an officer authorized to administer oaths and evidenced by the officer's certificate attached to or following the will in the form required by law, and no objection having been made to its probate, and the court finding that the decedent died on November 2, 2020, and that SEAN DANER is entitled and qualified to be personal representative, it is

ADJUDGED that the will dated April 21, 1995, and attested by LYNDA R. HARRIS and KELLY D. SOMMERS-HIGH as subscribing and attesting witnesses, is admitted to probate according to law as the last will of the decedent, and it is further

ADJUDGED that SEAN DANER is appointed personal representative of the estate of the decedent, and that upon taking the prescribed oath, filing designation and acceptance of resident agent, and filing bond in the sum of $0, letters of administration shall be issued.

DONE and ORDERED in Chambers, at Broward County, Florida on 01-14-2021.

PRC210000142 01-14-2021 10:43 PM



PRC210000142 01-14-2021 10:43 PM
Hon. Kenneth Gillespie
**CIRCUIT JUDGE**
Electronically Signed by Kenneth Gillespie

**Copies Furnished To:**
Daniel T Fleischer, E-mail: dfleischer@fwblaw.net
Daniel T Fleischer, E-mail: nshort@fwblaw.net
Daniel T Fleischer, E-mail: aflevy@fwblaw.net

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 01/15/2021 12:19:09 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
BROWARD COUNTY CLERK OF COURTS.
AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2021.01.22 15:43:01 -05:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301