UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2740 |
| **This document relates to:** | ) ) ) | SECTION "H" (5) |
| Inez Daner, 19-13320 | ) | |

# ORDER

Before the Court is a Motion for Substitution of Proper Party (Doc. _____);

**IT IS ORDERED** that the Motion is **GRANTED** and that Sean Daner, on behalf of Inez Daner, be substituted as Plaintiff herein.

New Orleans, Louisiana, this ____ day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**