# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI-AVENTIS U.S. LLC d/b/a WINTHROP US and SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.** |
| THIS DOCUMENT RELATES TO: <br><br> *Donna Purcell v. Sanofi-Aventis U.S. LLC d/b/a Winthrop US and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.* | Civil Action No.: **2:18-cv-13508** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named Defendants in this matter *except* Defendant **Sanofi-Aventis U.S. LLC d/b/a/ Winthrop US and Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.** each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining Defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

DATED this 6th day of July, 2023.

Respectfully submitted,

**REYES I BROWNE I REILLEY**

By: */s/ Ryan J. Browne*

Ryan J. Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Ave., Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 6, 2023                            */s/ Ryan J. Browne*
                                                Ryan J. Browne