UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**
*Miriam Clark v. Sanofi U.S. Services Inc., et al.;*
*Civil Action No. 2:17-cv-16808*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Plaintiff's counsel and files this motion to substitute deceased Plaintiff's surviving daughter and Successor-In-Interest under California law, Miranda Gonzalez, as proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, the moving party respectfully shows the Court the following:

1. Plaintiff Miriam Clark filed the present action in the United States District Court for the Eastern District of Louisiana on December 11, 2017.

2. Plaintiff Miriam Clark died on September 30, 2021.

3. On July 5th, 2023, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a).

4. Miranda Gonzalez, surviving daughter of Miriam Clark, and California Code of Civil Procedure § 377.32 Successor-In-Interest, is a proper party to substitute for plaintiff-decedent Miriam Clark and has proper capacity to proceed forward with the surviving products liability lawsuit on plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."). Miranda Gonzalez has properly executed a Success-In-Interest affidavit pursuant to CCP §377.32 and is entitled to succeed to the decedent's interest in this action. *See Exhibit A*.

5. The undersigned counsel has confirmed that Sanofi will not oppose this Motion.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated this 6th day of July, 2023.

                                          **Davis & Crump, P.C.**

                                          By: /s/ Trevor B. Rockstad
                                          Trevor B. Rockstad, Esq.
                                          MS Bar No. 103614
                                          trevor.rockstad@daviscrump.com
                                          2601 14th Street
                                          Gulfport, MS 39501
                                          Telephone: (228) 863-6000
                                          Facsimile: (228) 864-0907
                                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad