STATE OF _MS_
COUNTY OF _Lauderdale_

### Declaration of Miranda Gonzalez, Successor-In-Interest Pursuant to CCP §377.32

I, ~~Elizabeth Sims~~ _Miranda Gonzalez_, declare:

1. I am over the age of 18 years and I am the surviving daughter of the decedent, Miriam Clark.

2. I make this declaration pursuant to the Code of Civil Procedure Section §377.32 to allow me to maintain any and all actions related to the decedent's exposure to docetaxel-containing medications which survive her death.

3. The name of the decedent is Miriam Clark.

4. The decedent died in Long Beach, California, on September 30, 2021.

5. No proceeding is now pending in California for the administration of the decedent's estate.

6. I am the decedent's successor-in-interest (as defined in §377.32 of the California Code of Civil Procedure) and succeed to the decedent's interest in this action.

7. No other person has a superior right to commence or maintain this action.

8. A copy of the decedent's death certificate is attached.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on _05/19/23_ in _Meridian_, _MS_.

_Miranda Gonzalez_ (signature)
Miranda Gonzalez

Sworn to and subscribed before me this _19th_ day of _May_, 2023.

_____
NOTARY PUBLIC

My Commission Expires:
_March 14, 2025_

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 290016, SHEARMAINE L. CALAWAY, Commission Expires March 14, 2025, LAUDERDALE COUNTY]

**EXHIBIT A**

# CERTIFICATION OF VITAL RECORD

# CITY OF LONG BEACH
## DEPARTMENT OF HEALTH AND HUMAN SERVICES
LONG BEACH, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052021245904
LOCAL REGISTRATION NUMBER: 3202162002944

1. NAME OF DECEDENT—FIRST: MIRIAM
2. MIDDLE: DELORES
3. LAST: CLARK
4. DATE OF BIRTH: 06/02/1937
5. AGE: 84
6. SEX: F
9. BIRTH STATE/FOREIGN COUNTRY: MS
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: WIDOWED
7. DATE OF DEATH: 09/30/2021
8. HOUR: 1330
13. EDUCATION: HS GRADUATE
14/15. WAS DECEDENT HISPANIC/LATINO/SPANISH?: NO
16. DECEDENT'S RACE: AFRICAN AMERICAN
17. USUAL OCCUPATION: TEACHER
18. KIND OF BUSINESS OR INDUSTRY: EDUCATION
19. YEARS IN OCCUPATION: 45
20. DECEDENT'S RESIDENCE: 1520 33RD AVE
21. CITY: MERIDIAN
22. COUNTY/PROVINCE: LAUDERDALE
23. ZIP CODE: 39301
24. YEARS IN COUNTY: 84
25. STATE/FOREIGN COUNTRY: MS
26. INFORMANT'S NAME, RELATIONSHIP: MIRANDA GONZALEZ, DAUGHTER
27. INFORMANT'S MAILING ADDRESS: 2830 14TH PLACE, MERIDIAN, MS 39305
31. NAME OF FATHER/PARENT—FIRST: MATTHEW
33. LAST: HODGES
34. BIRTH STATE: MS
35. NAME OF MOTHER/PARENT—FIRST: MARY
36. MIDDLE: ELIZABETH
37. LAST (BIRTH NAME): BRAGGS
38. BIRTH STATE: MS
39. DISPOSITION DATE: 10/06/2021
40. PLACE OF FINAL DISPOSITION: FOREST LAWN MEMORY GARDENS, 7784 MS-39, MERIDIAN, MS 39305
41. TYPE OF DISPOSITION(S): TRANSIT/BURIAL
42. SIGNATURE OF EMBALMER: DIANA N JONES
43. LICENSE NUMBER: EMB9596
44. NAME OF FUNERAL ESTABLISHMENT: STRICKLIN SNIVELY
45. LICENSE NUMBER: FD327
46. SIGNATURE OF LOCAL REGISTRAR: ANISSA DAVIS, MD, MPH
47. DATE: 10/06/2021
101. PLACE OF DEATH: MEMORIALCARE LONG BEACH MEDICAL CENTER
102. IF HOSPITAL: IP
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS: 2801 ATLANTIC AVE
106. CITY: LONG BEACH

107. CAUSE OF DEATH:
- IMMEDIATE CAUSE (A): SEPSIS — MONS
- (B): PERITONITIS — MONS
- (C): PERFORATED BOWEL — MONS
- (D): STRANGULATED BOWEL — 2 MONS

108. DEATH REPORTED TO CORONER?: NO
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO

112. OTHER SIGNIFICANT CONDITIONS: END STAGE RENAL DISEASE, HEMODIALYSIS, HYPERTENSION
113. WAS OPERATION PERFORMED: EXPLORATORY LAPAROTOMY, LYSIS OF ADHESIONS, AND SMALL BOWEL RESECTION, 07/23/2021

115. SIGNATURE AND TITLE OF CERTIFIER: CHOK PING WAN, MD
116. LICENSE NUMBER: A67228
117. DATE: 10/05/2021
ATTENDING PHYSICIAN: CHOK PING WAN, MD, 2153 PACIFIC AVENUE, LONG BEACH, CA 90806
DECEDENT ATTENDED SINCE: 07/23/2021
DECEDENT LAST SEEN ALIVE: 09/30/2021

CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, CITY OF LONG BEACH

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Vital Records Section, Long Beach Department of Health and Human Services.

DATE ISSUED: OCT 27 2021

Anissa Davis, MD, MPH
HEALTH OFFICER

000779232

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE