UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)
　　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
　　*Miriam Clark v. Sanofi U.S. Services, Inc., et al.;*
　　*Civil Action No. 2:17-cv-16808*

## ORDER SUBSTITUTING PARTY

　　Considering Plaintiff Miriam Clark's Motion to Substitute Party.

　　IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party in GRANTED, and Miranda Gonzalez, as Successor-In-Interest, is substituted as Plaintiff in the above-referenced action.

　　Signed this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE