UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Nakia Dotson, Individually, and as
Personal Representative for the Estate of Mary Dotson
Case No.: 2:18-cv-00722

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Nakia Dotson, Individually, and as Personal Representative for the Estate of Mary Dotson whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 6, 2023

s/ *Michael P. McGartland*
Michael P. McGartland
McGartand Law Firm, PLLC
1300 S. University Drive, Suite 500
Fort Worth, Texas 76107
T: (817) 332-9300
F: (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF SERVICE

I hereby certify that, this 6th day of July, 2023, I have electronically filed a copy of the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to counsel of record.

                                                                                      s/ *Michael P. McGartland*
                                                                                      Michael P. McGartland