UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)
         JUDGE MILAZZO

THIS DOCUMENT RELATES TO:
     *Rebecca Palmares v. Sanofi U.S. Services Inc., et al.;*
     Civil Action No. 2:17-cv-12893

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Plaintiff's counsel and files this motion to substitute deceased Plaintiff's surviving spouse and Successor-In-Interest under California law, Ramon Palmares, as proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

     1. Plaintiff Rebecca Palmares filed the present action in the United States District Court for the Eastern District of Louisiana on November 21, 2017.

     2. Plaintiff Rebecca Palmares died on July 27, 2020.

     3. On July 6th, 2023, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a).

     4. Ramon Palmares, surviving spouse of Rebecca Palmares, and California Code of Civil Procedure § 377.32 Successor-In-Interest, is a proper party to substitute for plaintiff-decedent Rebecca Palmares and has proper capacity to proceed forward with the surviving products liability lawsuit on plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). ("If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."). Ramon Palmares has properly executed a Success-In-Interest affidavit pursuant to CCP §377.32 and is entitled to succeed to the decedent's interest in this action. *See Exhibit A*.

5. The undersigned counsel has confirmed that Sanofi will not oppose this Motion.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substation as plaintiff in this action.

Dated this 6th day of July, 2023.

**Davis & Crump, P.C.**

By: /s/ Trevor B. Rockstad
Trevor B. Rockstad, Esq.
MS Bar No. 103614
trevor.rockstad@daviscrump.com
2601 14th Street
Gulfport, MS 39501
Telephone: (228) 863-6000
Facsimile: (228) 864-0907
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
