STATE OF California
COUNTY OF San Diego

Exhibit to Complaint

Declaration of Ramon Palmares, Successor-In-Interest Pursuant to CCP §377.32

I, Ramon Palmares, declare:

1. I am over the age of 18 years and I am the surviving Spouse of the decedent Rebecca Palmares

2. I make this declaration pursuant to the Code of Civil Procedure Section §377.32 to allow me to commence any and all actions related to the decedent's exposure to Taxotere/Docetaxel Chemotherapy which survive her death.

3. The name of the decedent is Rebecca Palmares.

4. The decedent died in Chula Vista, California on July 27, 2020.

5. No proceeding is now pending in California for the administration of the decedent's estate.

6. I am the decedent's successor-in-interest (as defined in §377.32 of the California Code of Civil Procedure) and succeed to the decedent's interest in this action.

7. No other person has a superior right to commence this action.

8. A certified copy of the decedent's death certificate is attached.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on 04/11/2022 in Chula Vista California.

_____
NAME

Sworn to and subscribed before me this 11 day of April, 2022.



ALEXYA V. JANKOWSKI
COMM. # 2367794
NOTARY PUBLIC • CALIFORNIA
SAN DIEGO COUNTY
Commission Expires: JULY 26, 2025

_____
NOTARY PUBLIC

My Commission Expires:
07/26/2025

# CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

3202037013980

| Field | Value |
|---|---|
| STATE FILE NUMBER | |
| LOCAL REGISTRATION NUMBER | |
| 1. NAME OF DECEDENT – FIRST (Given) | REBECCA |
| 2. MIDDLE | DIPASUPIL |
| 3. LAST (Family) | PALMARES |
| 4. DATE OF BIRTH | 02/09/1947 |
| 5. AGE Yrs. | 73 |
| 6. SEX | F |
| 9. BIRTH STATE/FOREIGN COUNTRY | PI |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | MARRIED |
| 7. DATE OF DEATH | 07/27/2020 |
| 8. HOUR (24 Hours) | 0524 |
| 13. EDUCATION | BACHELOR |
| 14/15. HISPANIC | NO |
| 16. DECEDENT'S RACE | FILIPINO |
| 17. USUAL OCCUPATION | REGISTERED NURSE |
| 18. KIND OF BUSINESS OR INDUSTRY | MEDICAL |
| 19. YEARS IN OCCUPATION | 40 |
| 20. DECEDENT'S RESIDENCE | 1380 MOUNTAIN VIEW LANE |
| 21. CITY | CHULA VISTA |
| 22. COUNTY/PROVINCE | SAN DIEGO |
| 23. ZIP CODE | 91911 |
| 24. YEARS IN COUNTY | 39 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | RAMON PALMARES, SPOUSE |
| 27. INFORMANT'S MAILING ADDRESS | 1380 MOUNTAIN VIEW LANE, CHULA VISTA, CA 91911 |
| 28. NAME OF SURVIVING SPOUSE – FIRST | RAMON |
| 30. LAST (BIRTH NAME) | PALMARES |
| 31. NAME OF FATHER/PARENT – FIRST | RAYMUNDO |
| 33. LAST | DIPASUPIL |
| 34. BIRTH STATE | PI |
| 35. NAME OF MOTHER/PARENT – FIRST | EMETERIA |
| 37. LAST (BIRTH NAME) | DERIQUITO |
| 38. BIRTH STATE | PI |
| 39. DISPOSITION DATE | 08/06/2020 |
| 40. PLACE OF FINAL DISPOSITION | GLEN ABBEY MEMORIAL PARK, 3838 BONITA ROAD, BONITA, CA 91902 |
| 41. TYPE OF DISPOSITION | BU |
| 42. SIGNATURE OF EMBALMER | LORRAINE WIGGINS |
| 43. LICENSE NUMBER | EMB9625 |
| 44. NAME OF FUNERAL ESTABLISHMENT | GLEN ABBEY MEMORIAL PARK AND MORTUARY |
| 45. LICENSE NUMBER | FD1371 |
| 46. SIGNATURE OF LOCAL REGISTRAR | WILMA J WOOTEN, MD MPH |
| 47. DATE | 07/30/2020 |
| 101. PLACE OF DEATH | RESIDENCE |
| 103. IF OTHER THAN HOSPITAL | Decedent's Home |
| 104. COUNTY | SAN DIEGO |
| 105. FACILITY ADDRESS OR LOCATION | 1380 MOUNTAIN VIEW LANE |
| 106. CITY | CHULA VISTA |
| 107. CAUSE OF DEATH (A) IMMEDIATE CAUSE | CARDIOPULMONARY ARREST — MINS |
| (B) | MALIGNANT NEOPLASM OF UNSPECIFIED BRONCHUS OR LUNG — YRS |
| 108. DEATH REPORTED TO CORONER? | NO |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | NO |
| 114. I CERTIFY... Decedent Attended Since (A) | 07/24/2020 |
| Decedent Last Seen Alive (B) | 07/27/2020 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | DOROTHY ELAINE HAIRSTON M.D. |
| 116. LICENSE NUMBER | A78226 |
| 117. DATE | 07/30/2020 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | DOROTHY ELAINE HAIRSTON M.D., 9655 GRANITE RIDGE DRIVE SUITE 300, SAN DIEGO, CA 92123 |

010001004616002

County of San Diego – Health & Human Services Agency – 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. This copy not valid unless prepared on engraved border displaying seal and signature of Registrar



DATE ISSUED: 8/4/2020    WILMA J. WOOTEN, M.D., M.P.H.
REGISTRAR OF VITAL RECORDS
County of San Diego



A003694113

CASANDIE01

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE