**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**
  *Rebecca Palmares v. Sanofi U.S. Services, Inc., et al.;*
  *Civil Action No. 2:17-cv-12893*

## ORDER SUBSTITUTING PARTY

Considering Plaintiff Rebecca Palmares's Motion to Substitute Party.

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party in GRANTED, and Ramon Palmares, as Successor-In-Interest, is substituted as Plaintiff in the above-referenced action.

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE