**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO: *Joanne Smialek v. Sanofi US Services, Inc., et al.* Civil Action No.: 2:18-cv-6648 | |

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court and all attorneys of record of the death of Plaintiff Joanne Smialek on or about May 21, 2019.

Dated this 6th day of July, 2023

*/s/ Robin Myers Primeau*
Robin Myers Primeau
Murray Law Firm
701 Poydras Street
Suite 4250
New Orleans, LA 70139
(T) 504-525-8100
(F) 504-584-5249
rmyers@murray-lawfirm.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Robin Myers Primeau*
Robin Myers Primeau
