UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC.** |
| THIS DOCUMENT RELATES TO:<br>*Valerie Young v.*<br>*Sanofi US Services, Inc., et al.*<br><br>Civil Action No.: 2:18-cv-06199 | |

Pursuant to CMO 12A, Plaintiff, Valerie Young, dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc. each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 6th day of July, 2023

*/s/ Robin Myers Primeau*
Robin Myers Primeau
Murray Law Firm
701 Poydras Street
Suite 4250
New Orleans, LA 70139
(T) 504-525-8100
(F) 504-584-5249
rmyers@murray-lawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 6, 2023                     */s/ Robin Myers Primeau*
                                        Robin Myers Primeau