## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| **This document relates to:** | ) | |
| Giselle Weaver, 19-12935 | ) | |

## ORDER

Before the Court is a Motion for Substitution of Proper Party (Doc. 16067);

**IT IS ORDERED** that the Motion is **GRANTED** and that Maria Nunez, on behalf of Giselle Weaver, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 6th day of July, 2023.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**