UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           )          MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION         )
                                      )          SECTION: "H" (5)
This document relates to:             )
Inez Daner, 19-13320                  )

## ORDER

Before the Court is a Motion for Substitution of Proper Party (Doc. 16069);

IT IS ORDERED that the Motion is GRANTED and that Sean Daner, on behalf of Inez Daner, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 6th day of July, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE