## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>TERESA GUBALA ET AL. v. SANOFI S.A. ET AL. | Civil Action No.: 2:17-cv-10672-JTM-MBN |

## NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Milazzo on August 16, 2023, at 9:30 a.m.

Dated July 6, 2023.

                                                        **BACHUS & SCHANKER, LLC**
                                                        By: */s/ J. Christopher Elliott*
                                                         J. Christopher Elliott, Esq.
                                                         Bachus & Schanker, LLC
                                                        950 17th Street, Suite 1050
                                                         Denver, CO 80202
                                                         Telephone: (303)893-8900
                                                         Facsimile: (303) 893-9900
                                                         Email: celliott@coloradolaw.net
                                                         *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*

J. Christopher Elliott, Esq.
