## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO: **Wanda Fularz v. Hospira Inc., et al.** | Civil Action No.: 2:17-cv-17914 |

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court and all attorneys of record of the death of Plaintiff Wanda Fularz on or about December 22, 2019.

DATED: July 6, 2023

/s/ Bradley D. Honnold
Bradley D. Honnold #22972
Goza & Honnold, LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66208
913.451.3433 P
913.839.0567 F
bhonnold@gohonlaw.com
*Attorney for Plaintiff*

00709037-1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 6, 2023                                      /s/ Bradley D. Honnold