UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Sharon McNeal**
**Case No.: 2:17-cv-11325**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Sharon McNeal whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 6, 2023

_____
**TRACEY FOX KING & WALTERS**
Clint Casperson
State Bar No. 24075561
ccasperson@traceylawfirm.com
440 Louisiana, Suite 1901
Houston, Texas 77002
(713) 495-2333 Telephone