## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC** |
| THIS DOCUMENT RELATES TO: | |
| Carol Henwood | Civil Action No.: 2:17-cv-17322-JTM-MBN |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 6th day of July, 2023

Milberg Coleman Bryson Phillips
Grossman, PLLC

/s/ Randi Kassan
Randi Kassan
100 Garden City Plaza
Suite 500
Garden City, NY 11530
516-741-5600 (tel.)

516-741-0128 (fax)
rkassan@milberg.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  July 6, 2023                         /s/Randi Kassan_____