UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> TINA BREWER ) <br> Case No. 2:16-cv-17313 ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Tina Brewer, and files this motion to substitute her surviving next of kin, Lori Brewer, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Tina Brewer, filed the present action in the United States District Court for the Eastern District of Louisiana on December 14, 2016.

2. Plaintiff Tina Brewer died on August 2, 2019.

3. On June 30, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16039. Plaintiff's counsel recently learned the death of Tina Brewer after filing the lawsuit.

4. Lori Brewer, sister of Tina Brewer, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Tina Brewer and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff- decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Lori Brewer as the proper party plaintiff in this action.

Respectfully submitted this 6th day of July, 2023.

*/s/ Daniel P. Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 6, 2023

/s/ *Daniel P. Markoff*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> TINA BREWER ) <br> Case No. 2:16-cv-17313 ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## **ORDER**

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Lori Brewer, on behalf of the Estate of Tina Brewer, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane T. Milazzo