UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> FLOSSIE SNIPES ) <br> Case No. 2:18-cv-12640 ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

**<u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>**

COMES NOW, Plaintiff Flossie Snipes, and files this motion to substitute her surviving next of kin, Margaret Harris, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Flossie Snipes, filed the present action in the United States District Court for the Eastern District of Louisiana on December 6, 2018.

2. Plaintiff Flossie Snipes died on March 6, 2022.

3. On June 30, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16040. Plaintiff's counsel recently learned the death of Flossie Snipes after filing the lawsuit.

4. Margaret Harris, daughter of Flossie Snipes, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Flossie Snipes and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Margaret Harris as the proper party plaintiff in this action.

Respectfully submitted this 6th day of July, 2023.

                                                        */s/ Daniel P. Markoff*
                                                        Daniel P. Markoff
                                                        Atkins and Markoff
                                                        9211 Lake Hefner Parkway
                                                        Oklahoma City, OK 73129
                                                        405-607-8757
                                                        Dmarkoff@atkinsandmarkoff.com

                                                        **Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 6, 2023

/s/ <i>Daniel P. Markoff</i>

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> FLOSSIE SNIPES ) <br> Case No. 2:18-cv-12640 ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Margaret Harris, on behalf of the Estate of Flossie Snipes, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane T. Milazzo