UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MOTION FOR SUBSTITUTION OF PARTY** |
| THIS DOCUMENT RELATES TO: **Wanda Fularz v. Hospira Inc., et al.** | Civil Action No.: 2:17-cv-17914 |

COMES NOW, Plaintiff Wanda Fularz, and hereby files this motion to substitute her surviving spouse, Richard Fularz, as the proper Plaintiff in the above-captioned case pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, counsel for Plaintiff states the following:

1. Plaintiff, Wanda Fularz, filed the present action in the United States District Court for the Eastern District of Louisiana on December 28, 2017.

2. Plaintiff Wanda Fularz died on December 22, 2019. *See* **Exhibit A**, Redacted Death Certificate.

3. On July 6, 2023, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a). *See* Dkt. No. 16096.

4. Richard Fularz, surviving spouse of Plaintiff Fularz, is the proper party to be substituted as Plaintiff in the above-captioned case and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-Decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). ("If a party dies and the claim is not extinguished, the court may order

00709153-1

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative.").

WHEREFORE, counsel for Plaintiff requests that this Court grant Plaintiff's Motion for Substitution of Party in the above-captioned case.

DATED: July 6, 2023

/s/ Bradley D. Honnold
Bradley D. Honnold #22972
Goza & Honnold, LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66208
913.451.3433 P
913.839.0567 F
bhonnold@gohonlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

  DATED: July 6, 2023                /s/ Bradley D. Honnold