# EXHIBIT A

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate: $20.00

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

P 26953498
Certification Number

Local Registrar: *(signature)*
Date Issued: DEC 30 2019

## COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
## CERTIFICATE OF DEATH

State File Number: 387071-2019

1. Decedent's Legal Name: Wanda L Fularz
2. Sex: Female
4. Date of Death: December 22, 2019
5a. Age: 73
6. Date of Birth: July 06, 1946
7a. Birthplace: Brookville, Pennsylvania
7b. Birthplace County: Jefferson
8a. Residence State: Pennsylvania
8b. Residence Street: 351 Argonne Drive
8d. Residence County: Westmoreland
8e. Residence Zip Code: 15068
8c. Did Decedent Live in a Township?: No, decedent lived within limits of New Kensington
9. Ever in US Armed Forces: No
10. Marital Status: Married
11. Surviving Spouse's Name: Richard Fularz
12. Father's Name: Francis Dolby
13. Mother's Name Prior to First Marriage: Pearl Sloan
14a. Informant's Name: Richard Fularz
14b. Relationship: Spouse
14c. Informant's Mailing Address: 351 Argonne Drive New Kensington, PA 15068
15a. Place of Death: Hospice Facility
15b. Facility Name: Allegheny Valley Hospital - General Inpatient Hospice
15c. City, State, Zip: Natrona Heights, Pennsylvania 15065
15d. County of Death: Allegheny
16a. Method of Disposition: Cremation
16b. Date of Disposition: December 23, 2019
16c. Place of Disposition: Riverview Crematory
16d. Location of Disposition: Pittsburgh, Pennsylvania 15238
17a. Signature of Funeral Service Licensee: Raymond J Slater Iv (Electronically Signed)
17b. License Number: FD138553
17c. Name and Complete Address of Funeral Facility: RJ Slater IV Funeral Home & Cremation Service, 1000 Freeport Road New Kensington, Pennsylvania 15068
18. Decedent's Education: Associate degree (e.g. AA, AS)
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
21. Decedent's Single Race Self-Designation: White
22a. Decedent's Usual Occupation: Bookkeeper
22b. Kind of Business/Industry: Government
23a. Date Pronounced Dead: December 22, 2019
24. Time of Death: 11:45 AM
25. Was Medical Examiner or Coroner Contacted?: Yes

### CAUSE OF DEATH

26. Part I.
a. IMMEDIATE CAUSE: Metastatic Breast Cancer

27. Was an autopsy performed?: No

31. Manner of Death: Natural

38a. Certifier: Pronouncing & Certifying
Signature of certifier: ELIE LABIB FRANCIS (Signature on File)
Title of certifier: MD
License Number: MD422071
39c. Date Signed: December 23, 2019
39b. Name, Address and Zip Code of Person Completing Cause of Death: ELIE FRANCIS, 1304 Pittsburgh Street Cheswick, Pennsylvania 15024
41. Registrar's Signature: Donna Roberts (Signature on File)
42. Registrar File Date: December 26, 2019
40. Registrar's District Number: 65-595

Disposition Permit No. E177696