# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **[PROPOSED] ORDER** <br><br> Civil Action No.: 2:17-cv-17914 |
| THIS DOCUMENT RELATES TO: **Wanda Fularz v. Hospira Inc., et al.** | |

Before the Court is a Motion for Substitution of Party (Doc._____)

**IT IS ORDERED** that the Motion is **GRANTED** and that Richard Fularz, on behalf of Wanda Fularz, be substituted as Plaintiff herein.

New Orleans, Louisiana, this _____ day of July, 2023,

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

00709159-1