UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Miriam Clark, 17-16808 | ) ) ) | |

## ORDER

Before the Court is a Motion for Substitution of Party (Doc. 16073);

**IT IS ORDERED** that the Motion is **GRANTED** and that Miranda Gonzalez, on behalf of Miriam Clark, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 7th day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**