UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                     SECTION "H" (5)

THIS DOCUMENT RELATES TO
Vivian Castano, Case No. 2:17-cv-13422

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW INTO COURT comes Plaintiff, Vivian Castano, through counsel, and requests leave to file an amended short form complaint.

Plaintiff's counsel conferred with Defense counsel, who agree in the interest of judicial economy not to oppose this motion, with the understanding and agreement that Defendants reserve their rights to assert all defenses, including but not limited to defense based on statute of limitations, laches, jurisdiction, and service of process, at another stage in this lawsuit.

WHEREFORE, Plaintiff prays that she be allowed leave to file the amended short form complaint attached.

Dated: July 7, 2023

Respectfully submitted,

/s/ Trevor B. Rockstad
Trevor B Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39507
228-863-6000
trevor.b.rockstad@daviscrump.com
*Attorney for Plaintiff Vivian Castano*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Trevor B Rockstad*
TREVOR B. ROCKSTAD