IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | |
| TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "H" (5) |
| This Document Relates To: | JUDGE MILAZZO |
| *Moore v. Sanofi-Aventis, U.S., Inc. et al* Case No.: 2:16-cv-15842 | MAG. JUDGE NORTH |

**STATEMENT OF PLAINTIFF'S COUNSEL**

I represent Loretta Moore, whose case is on a Notice of Non-Compliance provided by Defendants on June 27, 2023. I reviewed the deficiency and the Notice of Non-Compliance. I am not able to promptly advise my client that unless the deficiency is cured, the case could be dismissed with prejudice as, Plaintiff is deceased and no heirs have come forward to continue her claim.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  July 7, 2023

**Respectfully submitted,**
**MORRIS BART, LLC**

*/s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forwarded this Notice all counsel of record registered to receive service in this MDL.

By: /s/ *Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**