UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.** |
| THIS DOCUMENT RELATES TO:<br>*Frankie Dilling v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S., Inc., et al* | **Civil Action No.:** 2:19-cv-12684 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except **Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.,** each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of the Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of July, 2023

*/s/Rhett A. McSweeney*
David M. Langevin (#329563)
Rhett A. McSweeney (#269542)
McSweeney/Langevin LLC

1

2

        2116 Second Avenue South
        Minneapolis, MN 55404
        Phone: (612) 542-4646
        Fax: (612) 454-2678
        Dave@westrikeback.com
        ram@westrikeback.com
        Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 7, 2023                      */s/ Rhett A. McSweeney*
                                                                      Rhett A. McSweeney