UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Lorraine Howard_____
**Case No.:** __2:17-cv-12992_____

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Lorraine Howard whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly attempted to advise my client's next of kin that unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 7, 2023　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　__/s/ Jason R. Fraxedas_____
　　　　　　　　　　　　　　　　　　　　　　　Jason R. Fraxedas (FL Bar# 63887)
　　　　　　　　　　　　　　　　　　　　　　　The Maher Law Firm, P.A.
　　　　　　　　　　　　　　　　　　　　　　　398 West Morse Blvd. Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Winter Park, FL 32789
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (407) 839-0866
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (407) 425-7958
　　　　　　　　　　　　　　　　　　　　　　　jrfraxedas@maherlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    */s/ Jason R. Fraxedas*
                                        Jason R. Fraxedas (FL Bar# 63887)
                                        The Maher Law Firm, P.A.
                                        398 West Morse Blvd. Suite 200
                                        Winter Park, FL 32789
                                        Telephone: (407) 839-0866
                                        Facsimile: (407) 425-7958
                                        jrfraxedas@maherlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** ___Lorraine Howard_____
**Case No.:** _____2:17-cv-12992_____

## DECLARATION

I, Jason R. Fraxedas, have attempted to reach my client, Lorraine Howard as well as her next of kin on the following dates: October 11, 2018, December 18, 2019, February 5, 2021, May 2, 2023, May 9, 2023, June 29, 2023, June 27, 2023, June 30, 2023, July 5, 2023, and July 7, 2023 by (check all that apply) _X_ telephone, ____ e-mail, ____ text message, ____ social media, _X_ U.S. Mail, _X_ Certified Mail, ____ other, and my client and her next of kin have not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: July 7, 2023                                            Respectfully Submitted,

                                                                                  ___/s/ Jason R. Fraxedas_____
                                                                                  Jason R. Fraxedas (FL Bar# 63887)
                                                                                  The Maher Law Firm, P.A.
                                                                                  398 West Morse Blvd. Suite 200
                                                                                  Winter Park, FL 32789
                                                                                  Telephone: (407) 839-0866
                                                                                  Facsimile: (407) 425-7958
                                                                                  jrfraxedas@maherlawfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                   */s/ Jason R. Fraxedas*
                                           Jason R. Fraxedas (FL Bar# 63887)
                                           The Maher Law Firm, P.A.
                                           398 West Morse Blvd. Suite 200
                                           Winter Park, FL 32789
                                           Telephone: (407) 839-0866
                                           Facsimile: (407) 425-7958
                                           jrfraxedas@maherlawfirm.com