IN THE UNITED DISTRICT COURT

EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION<br><br><br>**This Document Relates To:**<br><br>*Howard v. Accord Healthcare, Inc. et al*<br>Case No.: 2:18-cv-03572 | MDL No. 2740<br><br>Section "H" (5)<br><br>**JUDGE MILAZZO**<br><br>**MAG. JUDGE NORTH** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Counsel for Plaintiff Lovie Marie Howard, and files this motion to substitute her surviving next of kin, Donna Greene, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Lovie Marie Howard, filed the present action in the United States District Court for the Eastern District of Louisiana on April 4, 2018.

2. Plaintiff Lovie Marie Howard died on December 28, 2021.

3. On July 7, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16118. Plaintiff's counsel recently learned the death of Lovie Marie Howard after filing the lawsuit.

4. Donna Greene, surviving daughter of Lovie Marie Howard, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Lovie Marie Howard and has proper capacity to proceed forward with the surviving products

liability lawsuit on Plaintiff- decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Donna Greene as the proper party plaintiff in this action.

Dated:  July 7, 2023

**Respectfully submitted,**
**MORRIS BART, LLC**

*/s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of July, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forwarded this filing to all counsel of record registered to receive service in this MDL.

    By:    */s/ Betsy J. Barnes*
            Betsy J. Barnes LA Bar 19473
            John C. Enochs LA Bar 22774
            601 Poydras Street, 24th Floor
            New Orleans, LA 70130
            Telephone: (504) 262-9953
            Facsimile: (833) 277-4214
            bbarnes@morrisbart.com
            jenochs@morrisbart.com
            **ATTORNEYS FOR PLAINTIFF**

IN THE UNITED DISTRICT COURT

EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>**TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Howard v. Accord Healthcare, Inc. et al*<br>Case No.:  2:18-cv-03572 | **MDL No. 2740**<br><br>**Section "H" (5)**<br><br>**JUDGE MILAZZO**<br><br>**MAG. JUDGE NORTH** |

**ORDER**

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Donna Greene, on behalf of Lovie Howard, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this _____ day of _____ , 2023.

_____
The Honorable Jane T. Milazzo

4