# IN THE UNITED DISTRICT COURT
## EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:**<br><br>**TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Materre-Haynes v. Sanofi-Aventis, U.S., Inc. et al*<br>Case No.: 2:16-cv-15395 | **MDL No. 2740**<br><br>**Section "H" (5)**<br><br>**JUDGE MILAZZO**<br><br>**MAG. JUDGE NORTH** |

## <u>MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

COMES NOW, Counsel for Plaintiff Darlene Materre-Haynes, and files this motion to substitute her surviving next of kin, Maurice Haynes, Jr., as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Darlene Materre-Haynes, filed the present action in the United States District Court for the Eastern District of Louisiana on October 8, 2016.

2. Plaintiff Darlene Materre-Haynes died on December 20, 2017.

3. On July 7, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16124. Plaintiff's counsel recently learned the death of Darlene Materre-Haynes after filing the lawsuit.

4. Maurice Haynes, Jr., surviving son of Darlene Materre-Haynes, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Darlene Materre-Haynes and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff- decedent's behalf, pursuant to Fed. R. Civ. P.

25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Maurice Haynes, Jr. as the proper party plaintiff in this action.

Dated:    July 7, 2023

**Respectfully submitted,**
**MORRIS BART, LLC**

*/s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forwarded this filing to all counsel of record registered to receive service in this MDL.

By: */s/ Betsy J. Barnes*
   Betsy J. Barnes LA Bar 19473
   John C. Enochs LA Bar 22774
   601 Poydras Street, 24th Floor
   New Orleans, LA 70130
   Telephone: (504) 262-9953
   Facsimile: (833) 277-4214
   bbarnes@morrisbart.com
   jenochs@morrisbart.com
   **ATTORNEYS FOR PLAINTIFF**

# IN THE UNITED DISTRICT COURT
## EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:** | |
| **TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section "H" (5)** |
| **This Document Relates To:** | **JUDGE MILAZZO** |
| *Materre-Haynes v. Sanofi-Aventis, U.S., Inc. et al* Case No.: 2:16-cv-15395 | **MAG. JUDGE NORTH** |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Maurice Haynes, Jr., on behalf of Darlene Materre-Haynes, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this _____ day of _____ , 2023.

_____
The Honorable Jane T. Milazzo