# IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) ) **TAXOTERE (DOCETAXEL) PRODUCTS** ) **LIABILITY LITIGATION** ) ) ) **This Document Relates To:** ) ) *Tuyes v. Sanofi-Aventis, U.S., Inc. et al* ) Case No.: 2:16-cv-15473 ) ) | **MDL No. 2740** **Section "H" (5)** **JUDGE MILAZZO** **MAG. JUDGE NORTH** |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Lisa Tuyes.

Dated: July 7, 2023

**Respectfully submitted,**
**MORRIS BART, LLC**

*/s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forwarded this Notice all counsel of record registered to receive service in this MDL.

By: */s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**