IN THE UNITED DISTRICT COURT

EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>**TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Tuyes v. Sanofi-Aventis, U.S., Inc. et al*<br>Case No.: 2:16-cv-15473 | MDL No. 2740<br><br>Section "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Counsel for Plaintiff Lisa Tuyes, and files this motion to substitute her surviving next of kin, Wayne Tuyes., as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Lisa Tuyes, filed the present action in the United States District Court for the Eastern District of Louisiana on October 12, 2016.

2. Plaintiff Lisa Tuyes died on October 8, 2022.

3. On July 7, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16127. Plaintiff's counsel recently learned the death of Lisa Tuyes after filing the lawsuit.

4. Wayne Tuyes, surviving spouse of Lisa Tuyes, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Lisa Tuyes and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A

1

motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Wayne Tuyes as the proper party plaintiff in this action.

Dated:   July 7, 2023

**Respectfully submitted,**
**MORRIS BART, LLC**

*/s/ Betsy J. Barnes*
Betsy J. Barnes LA Bar 19473
John C. Enochs LA Bar 22774
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
bbarnes@morrisbart.com
jenochs@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forwarded this filing to all counsel of record registered to receive service in this MDL.

<table>
<tr><td>By:</td><td>/s/ Betsy J. Barnes<br>Betsy J. Barnes LA Bar 19473<br>John C. Enochs LA Bar 22774<br>601 Poydras Street, 24th Floor<br>New Orleans, LA 70130<br>Telephone: (504) 262-9953<br>Facsimile: (833) 277-4214<br>bbarnes@morrisbart.com<br>jenochs@morrisbart.com<br><b>ATTORNEYS FOR PLAINTIFF</b></td></tr>
</table>

IN THE UNITED DISTRICT COURT

EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:**<br><br>**TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Tuyes v. Sanofi-Aventis, U.S., Inc. et al*<br>Case No.: 2:16-cv-15473 | **MDL No. 2740**<br><br>**Section "H" (5)**<br><br>**JUDGE MILAZZO**<br><br>**MAG. JUDGE NORTH** |

## ORDER

      IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Wayne Tuyes, on behalf of Lisa Tuyes, is substituted as Plaintiff in the above referenced action.

      New Orleans, Louisiana, this _____ day of _____ , 2023.

_____
The Honorable Jane T. Milazzo

4