UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL No. 2740

Section "H" (5)

JUDGE JANE TRICHE MILAZZO
Magistrate Judge Michael North

This document relates to:
Georgia Mason
Civil Action No. 2:18-cv-13223

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND COUNSEL OF RECORD**, please take notice that, undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the Court of the death of Plaintiff Georgia Mason.

Dated: July 7, 2023

Respectfully submitted,

/s/ Andrew J Cross
Jeffrey J. Lowe, #35114MO
Andrew J. Cross, #57337MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 725-7700
Facsimile: (314) 721-0905
jlowe@careydanis.com
across@careydanis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 7th day of July, 2023.

/s/ Andrew J. Cross