IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO MAG. JUDGE NORTH |
| *Mary Jones v. Sanofi-Aventis U.S. LLC, et al* Civil Action No.: 2:18-cv-13222 | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Mary Jones.

Dated this July 7, 2023

>*/s/Jennifer S. Domer*
>Jennifer S. Domer
>CUTTER LAW, PC
>401 Watt Avenue
>Sacramento, CA 95864
>Phone (916) 290-9400
>Email: jdomer@cutterlaw.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>By: */s/Jennifer S. Domer*
>Jennifer S. Domer
>CUTTER LAW, PC
>401 Watt Avenue

              Sacramento, CA 95864
              Phone (916) 290-9400
              Email: jdomer@cutterlaw.com
              *Counsel for Plaintiff*