IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO MAG. JUDGE NORTH |
| *Mary Jones v. Sanofi-Aventis U.S. LLC, et al* Civil Action No.: 2:18-cv-13222 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Counsel for Plaintiff Mary Jones, and files this motion to substitute her surviving next of kin, Crystal Jones, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Mary Jones, filed the present action in the United States District Court for the Eastern District of Louisiana on December 10, 2018.

2. Plaintiff Mary Jones died on April 18, 2018.

3. On July 7, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 16135.

4. Crystal Jones, daughter of Mary Jones, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Mary Jones and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Crystal Jones as the proper party plaintiff in this action.

1

Dated this <u>July 7</u>, 2023

>*/s/Jennifer S. Domer*
>Jennifer S. Domer
>CUTTER LAW, PC
>401 Watt Avenue
>Sacramento, CA 95864
>Phone (916) 290-9400
>Email: jdomer@cutterlaw.com
>*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on <u>July 7</u>, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

>By: */s/Jennifer S. Domer*
>Jennifer S. Domer
>CUTTER LAW, PC
>401 Watt Avenue
>Sacramento, CA 95864
>Phone (916) 290-9400
>Email: jdomer@cutterlaw.com
>*Counsel for Plaintiff*