UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| _____DONNA S. BRIDGERS_____, <br><br>Plaintiff(s),<br><br>vs.<br><br><br>Hospira, Inc.<br><br><br>Defendant(s).<br>------------------------------------------------------------ | : : : : : : : : : : : | COMPLANT & JURY DEMAND<br><br>Civil Action No.: 2:18-cv-05437 |

## AMENDED SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    _____Donna S. Bridgers_____

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    _____N/A_____

1

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

     N/A

4.      Current State of Residence:   Florida

5.      State in which Plaintiff(s) allege(s) injury:   Florida

6.      Defendants (check all Defendants against whom a Complaint is made):

     a.      Taxotere Brand Name Defendants

         A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

         B.      Sanofi-Aventis U.S. LLC

     b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

     ☐      A.      Sandoz Inc.

     ☐      B.      Accord Healthcare, Inc.

     ☐      C.      McKesson Corporation d/b/a McKesson Packaging

     ☐      D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

     ☒      E.      Hospira, Inc.

     ☐      F.      Sun Pharma Global FZE

     ☐      G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

     ☐      H.      Pfizer Inc.

     ☐      I.      Actavis LLC f/k/a Actavis Inc.

     ☐      J.      Actavis Pharma, Inc.

     ☐      K.      Other:

7. Basis for Jurisdiction:

    X    Diversity of Citizenship

    ☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

> Plaintiff is a resident of the State of Florida and Defendants reside outside of Florida, and damages exceed the sum of $75,000.00.

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> Middle District of Florida, Tampa Division

9. Brand Product(s) used by Plaintiff (check applicable):

    X    A.    Taxotere

    ☐    B.    Docefrez

    ☐    C.    Docetaxel Injection

    ☐    D.    Docetaxel Injection Concentrate

    ☐    E.    Unknown

    ☐    F.    Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> December 9, 2011 to February 10, 2012

11. State in which Product(s) identified in question 9 was/were administered:

> Florida

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Hair loss, hair thinning, patchy regrowth of hair, permanent loss of eyebrows from February, 2012 to the present.

13. Counts in Master Complaint brought by Plaintiff(s):

    X    Count I – Strict Products Liability - Failure to Warn
    X    Count III – Negligence
    X    Count IV – Negligent Misrepresentation
    X    Count V – Fraudulent Misrepresentation
    X    Count VI – Fraudulent Concealment
    X    Count VII – Fraud and Deceit

☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

5



14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

/s/ Joseph H. Saunders
Joseph H. Saunders
Saunders & Walker, P.A.
3491 Gandy Blvd. North, Ste 200
Pinellas Park, FL 33781
(727) 579-4500, F. (727) 577-9696
Fla. Bar No. 0341746
joe@saunderslawyers.com
Counsel for Plaintiff

5