UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Magdalene Long
Case No.: 2:17-cv-14459

STATEMENT OF PLAINTIFF'S COUNSEL

I represent Magdalene Long whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 10, 2023                           /s/  Seth Sharrock Webb
                                                SETH SHARROCK WEBB, # 51236
                                                BROWN & CROUPPEN, P.C.
                                                211 N. Broadway, Suite 1600
                                                St. Louis, Missouri  63102
                                                314-421-0216
                                                314-421-0359 facsimile
                                                sethw@getbc.com