UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **MARILYN KENNEDY**<br><br>    Plaintiff(s),<br><br>vs.<br><br>**SANFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S. INC.** and **SANOFI-AVENTIS U.S. LLC**<br><br>    Defendant(s).<br>------------------------------------------------------------- | : : : : : : : : : : : : : : : | <br><br><br><br><br><br>Civil Action No.: **2:18-cv-06662** |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff, Marilyn Kennedy, by and through her attorneys, with the consent of Defendants, respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter for the reasons set forth below:

The original Short Form Complaint mistakenly stated the correct venue for remand was the Western District of Texas. The correct venue for remand is the Eastern District of Virginia.

Pursuant to PTO no. 37A, Plaintiff's counsel notified counsel for Defendants Sanofi US Services Inc., fka Sanofi-Aventis US Inc., Sanofi-Aventis US LLC, seeking consent or opposition to this motion. Plaintiff's counsel received a response from counsel for defendant stating that defendant does not object to the filing of Plaintiff's First Amended Short Form Complaint. **Accordingly, Plaintiff now files her motion for leave to amend unopposed as set out in PTO No. 37A**.

1

Under Federal Rule of Civil Procedure 15(a), leave of court to amend a petition should be freely given when justice so requires. Here, Plaintiff is correcting venue for remand. Plaintiff contends that no party will be prejudiced by this change and the defendant does not oppose the motion. As a result, Plaintiff hereby requests that its **Unopposed** Motion for Leave to File First Amended Short Form Complaint be granted.

The First Amended Short Form Complaint is attached to Plaintiff's Motion as Exhibit A.

Respectfully submitted,

/s/ Aaron C. Johnson
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927
aaron@summersandjohnson.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2023 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aaron C. Johnson, Attorney for Plaintiff