**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | **:** | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | **:** | |
| | **:** | **SECTION "H" (5)** |
| | **:** | **JUDGE MILAZZO** |
| _____ | **:** | **MAG. JUDGE NORTH** |
| **MARILYN KENNEDY** | **:** | |
| | **:** | |
| Plaintiff(s), | **:** | |
| | **:** | |
| vs. | **:** | |
| | **:** | **Civil Action No.: <u>2:18-cv-06662</u>** |
| **SANFI US SERVICES, INC. F/K/A** | **:** | |
| **SANOFI-AVENTIS U.S. INC.** and | **:** | |
| **SANOFI-AVENTIS U.S. LLC** | **:** | |
| | **:** | |
| Defendant(s). | **:** | |
| -------------------------------------------------------- | **:** | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This _____ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT