**EXHIBIT C**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT [ SANDOZ for whom Plaintiffs have obtained product identification] |
| THIS DOCUMENT RELATES TO:<br><br>Mary Downs | Civil Action No.: 2:17-cv-1106-KDE-MBN |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except [defendant(s) for whom plaintiffs have obtained product identification], each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this __10__ day of __July__, 20_23_

_____
Amber L. Wright, Esq.
Powers & Santola LLP
100 Great Oaks Blvd, Suite 123
Albany NY 12203
awright@powers-santola.com
Te. 518.465.5995

Case 2:16-md-02740- ___  _____  _  _  _

## CERTIFICATE OF SERVICE

I hereby certify that on  July  ,  10 , 20 23 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  July  , 10 , 2023            /s/ Amber L. Wright /w