UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>Section "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>Magistrate Judge Michael North |
| This document relates to:<br>Georgia Mason<br>Civil Action No. 2:18-cv-13223 | |

## MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action hereby moves this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), for an order substituting William H. Mason III on behalf of his deceased spouse, Georgia Mason, as the Plaintiff in this action.

Plaintiff Georgia Mason filed this lawsuit on December 10, 2018. (Civil Action No. 2:18-cv-13223, Doc. 1.) Plaintiff Georgia Mason had died in the State of Maryland on January 17, 2021 and filed a notice and suggestion of death with this Court. (See Doc. 16133.) William H. Mason III is Plaintiff Georgia Mason's surviving spouse and successor and is the proper party to substitute in this matter. See Fed. R. Civ. Pro. 25(a)(1). Georgia Mason's lawsuit against Defendants survived her death and was not extinguished. "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. Pro. 25(a)(1). It is therefore hereby requested that "William H. Mason III, Surviving Spouse and Successor of Georgia Mason, Deceased" be substituted in place of "Georgia Mason" as Plaintiff in this action in order for the action on Decedent Georgia Mason's behalf to proceed.

Dated: July 10, 2023	Respectfully submitted,

*/s/ Andrew J. Cross*
Jeffrey J. Lowe, #35114MO
Andrew J. Cross, #57337MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 725-7700
Facsimile: (314) 721-0905
jlowe@careydanis.com
across@careydanis.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 10th day of July, 2023.

*/s/ Andrew J. Cross*