UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740**<br><br>Section "H" (5) |
| **This document relates to:**<br>**Georgia Mason**<br>**Civil Action No. 2:18-cv-13223** | **JUDGE JANE TRICHE MILAZZO**<br>Magistrate Judge Michael North |

## ORDER

The Court, after being duly advised, finds Plaintiff's counsel's motion for substitution of a proper party meritorious. The motion is hereby GRANTED. It is hereby ORDERED that William H. Mason III, the surviving spouse and successor of Georgia Mason, Deceased, be substituted for Plaintiff Georgia Mason in the above-captioned case.

Dated:  July 10, 2023                                              _____
                                                                                UNITED STATES DISTRICT JUDGE