UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Sharon McNeal
Case No.: 2:17-cv-11325

### NOTICE OF WITHDRAWAL OF STATEMENT REGARDING NO DEFENSE

**NOW INTO COURT,** through undersigned counsel, comes Decedent, Sharon McNeal's surviving spouse Tyrone McNeal, who respectfully notifies the Honorable Court that the statement of no-defense has been withdrawn as a proper party has stepped forward and intends to proceed with the case in a representative capacity.

Dated: July 10, 2023

_____
**TRACEY FOX KING & WALTERS**
Clint Casperson
State Bar No. 24075561
ccasperson@traceylawfirm.com
440 Louisiana, Suite 1901
Houston, Texas 77002
(713) 495-2333 Telephone