UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: DANIELLE COX
Case No.: 2:18-cv-13323

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Danielle Cox whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: July 11, 2023

*/s/ Vance Montgomery*_____
THOMAS R. GREER (TN #24452)
VANCE MONTGOMERY (TN #35646)
BAILEY & GREER, PLLC
6256 POPLAR AVE.
MEMPHIS, TN 38119
(901) 680-9777
vmontgomery@baileygreer.com