UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

       SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Cindy Thompson**
Case No.: 2:17-cv-17464

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Cindy Thompson whose case is on a Notice of Non-Compliance to be heard by the Court on July 11, 2023. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: July 11, 2023        **BACHUS & SCHANKER, LLC**

       By: */s/ J.Christopher Elliott*
       J. Christopher Elliott, Esq.
       Bachus & Schanker, LLC
       950 17th Street Suite 1050
       Denver, CO 80202
       Telephone: (303)893-8900
       Facsimile: (303) 893-9900
       Email: celliott@coloradolaw.net

       *Attorneys for Plaintiff*