UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Sharon McNeal v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: **2:17-cv-11325** |

## SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of Plaintiff Sharon McNeal. A Motion to Substitute Party will be filed with the Court.

DATED: July 11, 2023

*/s/ Clint Casperson*

**TRACEY FOX KING & WALTERS**
Clint Casperson
State Bar No. 24075561
ccasperson@traceylawfirm.com
440 Louisiana, Suite 1901
Houston, Texas 77002
(713) 495-2333 Telephone

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 11, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 11, 2023                                                                                                                     */s/* Clint Casperson