**EXHIBIT A**

| Name(s) | Case No. |
|---|---|
| Warren, Felicia | 2:18-cv-11205 |
| Boggs, Ozie 'Annetta' | 2:18-cv-11167 |
| Phillips, Bonnie | 2:19-cv-00662 |
| Douidy, Margaret | 2:19-cv-10776 |
| Rivera, Clarissa | 2:19-cv-10815 |
| Willsey, Mary | 2:19-cv-11416 |
| Addair, Gloria | 2:19-cv-12557 |
| Buckheit, Vikki | 2:19-cv-12625 |
| Dagnon, Kathy | 2:19-cv-12623 |
| Farago, Carolina | 2:19-cv-12621 |
| Graham, Sharon | 2:19-cv-12734 |
| Keiser, Wynnette | 2:19-cv-12542 |
| Rosado, Natividad | 2:19-cv-12722 |
| Rudd, Lori | 2:19-cv-12725 |
| Salinas, Rosemary | 2:19-cv-12743 |
| Payne, Deborah | 2:19-cv-12619 |
| Funchess, Regina | 2:19-cv-14789 |
| Risotti, Theresa | 2:20-cv-02963 |