UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "H" (5) |
| : | JUDGE MILAZZO |
| : | MAG. JUDGE NORTH |
| Luella Williams and Alan Williams, : | |
| Plaintiff(s), : | |
| : | Civil Action No.: 2:16-cv-15557 |
| vs. : | |
| Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc., and Sanofi-Aventis U.S. LLC, : | |
| Defendant(s). : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE AND AMEND COMPLAINT**

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves the Court for leave to amend the Complaint filed in this action.[1]  Plaintiff's original Complaint was filed in the District of Minnesota on September 12, 2016 (*Luella Williams and Alan Williams v. Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc, and Sanofi-Aventis U.S. LLC,* Case No. 0:16-cv-03046), and was later amended with a long-form complaint in the Eastern District of Louisiana on May 31, 2017 (*Luella Williams and Alan Williams v. Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc, and Sanofi-Aventis U.S. LLC,* Case No. 2:16-cv-15557), and Plaintiff served Defendants pursuant to PTO 9.

---

[1] Plaintiff's counsel consulted with defense counsel regarding this motion and defense counsel does not oppose this motion.

1

Plaintiff seeks to amend their complaint to add the District Court and Division in which remand and trial is proper. Plaintiff's proposed amendment would reflect this addition.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with Defense counsel, and there is not opposition to this motion.

Respectfully submitted this 11th day of July, 2023.

>                         /s/ Rhett A. McSweeney
>                         Rhett A. McSweeney, #269542
>                         David M. Langevin, #329563
>                         McSweeney/Langevin
>                         2116 Second Avenue South
>                         Minneapolis, MN 55404
>                         Phone: (612) 542-4646
>                         Fax: (612) 454-2678
>                         dave@westrikeback.com
>                         ram@westrikeback.com
>                         Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: <u>July 11th, 2023</u>                                             <u>/s/ Rhett A. McSweeney</u>
                                                                                            Rhett A. McSweeney