UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br>Debra Chetta v. Sanofi S.A., et al.<br>Case No. 2:18-cv-04632 | SECTION "N" (5)<br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |

**MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Debra Chetta, by ang through undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. Plaintiff hereby moves for leave to file her Second Amended Short Form Complaint, as attached hereto.

DATED this 12th day of July 2023.

Respectfully submitted,
ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:           (504)486-9481
Facsimile:      (504)483-8130
Email:            aberger@allan-berger.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing MOTION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 12th day of July, 2023.

/S/ Andrew Geiger

1