**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                              SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Dawn Figley
Case No.: 2:17-cv-17112

### DECLARATION

I, Ben Black, have attempted to reach my client, Dawn Figley, on the following dates:

1/23/2018, 1/24/2018, 5/18/2018

by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media,

__x__ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my

communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Ben Black
Reich Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027
713.622.7271
bblack@reichandbinstock.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Stephanie Wall
Stephanie Wall