UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                      SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mimoza Lamorte**
**Case No.: 2:17-cv-12645**

## DECLARATION

I, Ben Black, have attempted to reach my client, Mimoza Lamorte, on the following dates: 12/10/2018, 1/13/2019, 2/1/2019, 2/18/2019, 10/13/2021 by (check all that apply) __x__ telephone, __x__ e-mail, ____ text message, ____ social media, __x__ U.S. Mail, __x__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Ben Black
Reich Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027
713.622.7271
bblack@reichandbinstock.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 12th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                      /s/ Stephanie Wall  
                                                          Stephanie Wall