# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>Willie Manuel v. Sandoz, et al.<br>Case No. 2:17-cv-04829 | HON. JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## **ORDER**

Upon Plaintiff's Motion for Leave to file an Amended Complaint and for good cause shown,

IT IS HEREBY Ordered that the Plaintiff may file her amended Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.


SIGNED THIS _____ DAY OF _____, 2023.

_____

*J U D G E*