UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates to Plaintiff: ) <br> ) <br> ANTOINETTE TRAVIS ) <br> Case No. 2:18-cv-12560 ) | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Antoinette Travis, and files this motion to substitute her surviving next of kin, Erica Howard, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Antoinette Travis, filed the present action in the United States District Court for the Eastern District of Louisiana on December 6, 2018.

2. Plaintiff Antoinette Travis died on May 13, 2020.

3. On June 30, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16041. Plaintiff's counsel recently learned the death of Antoinette Travis after filing the lawsuit.

4. Erica Howard, daughter of Antoinette Travis, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Antoinette Travis and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Erica Howard as the proper party plaintiff in this action.

Respectfully submitted this 6th day of July, 2023.

<div style="margin-left: 50%;">

*/s/ Daniel P. Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com

**Attorney for Plaintiff**

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: July 6, 2023

/s/ *Daniel P. Markoff*

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  )<br>PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br>This Document Relates to Plaintiff:  ) <br> ) <br>ANTOINETTE TRAVIS  ) <br>Case No. 2:18-cv-12560  ) | MDL NO. 2740 <br><br>SECTION "H" (5) <br>JUDGE MILAZZO <br>MAG. JUDGE NORTH |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Erica Howard, on behalf of the Estate of Antoinette Travis, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Jane T. Milazzo