UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECONTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Maxine Belser-Gaston v. Sanofia-Aventis U.S. LLC and Sanofi US Services, Inc.*, 2:17-cv-16569 | |

**AMENDED SHORT FORM COMPLAINT[1]**

Plaintiff incorporates by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (MDL Doc. 4407), subject to the amendments set forth in paragraph 13 of this Amended Short Form Complaint. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    _____Maxine Belser-Gaston\_\_\_\_\_

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    _____N/A_____

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    _____N/A\_\_\_

4. Current State of Residence: _____Texas_____

---

[1] (Effective as of May 13, 2020) This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

5. State in which Plaintiff(s) allege(s) injury: _____California_____

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

       **X**   A.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

       **X**   B.   Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

       ☐   A.   Sandoz Inc.

       ☐   B.   Accord Healthcare, Inc.

       ☐   C.   McKesson Corporation d/b/a McKesson Packaging

       ☐   D.   Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

       ☐   E.   Hospira, Inc.

       ☐   F.   Sun Pharma Global FZE

       ☐   G.   Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

       ☐   H.   Pfizer Inc.

       ☐   I.   Actavis LLC f/k/a Actavis Inc.

       ☐   J.   Actavis Pharma, Inc.

       ☐   K.   Sagent Pharmaceuticals, Inc.

       ☐   L.   Other:

7. Basis for Jurisdiction:

       **X**   Diversity of Citizenship

       ☐   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure:

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

United States District Court for the Eastern District of California, Bakersfield

9. Brand Product(s) used by Plaintiff (check applicable):

**X** A. Taxotere
☐ B. Docefrez
☐ C. Docetaxel Injection
☐ D. Docetaxel Injection Concentrate
☐ E. Unknown
☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

12/24/2009 to 2/4/2010

11. State in which Product(s) identified in question 9 was/were administered:

California

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury:

   Permanent alopecia following the administration of Taxotere.

13. Counts in Master Complaint brought by Plaintiff(s):

   ☒   Count I – Strict Products Liability – Failure to Warn

   ☒   Count III – Negligence

   ☒   Count IV – Negligent Misrepresentation

   ☒   Count V – Fraudulent Misrepresentation

   ☒   Count VI – Fraudulent Concealment

   ☒   Count VII – Fraud and Deceit

   ☐   Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:
*/s/ Rhett A. McSweeney*
David M. Langevin (# 329563)
Rhett A. McSweeney (# 269542)
Jonathan R. Mencel (# 390056)
McSweeney / Langevin LLC
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
ram@westrikeback.com

Counsel for Plaintiff

4