**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | SECTION "H" (5) |
| | ) | JUDGE MILAZZO |
| | ) | MAG. JUDGE NORTH |
| This Document Relates to Plaintiff: | ) | |
| | ) | |
| Annette Washington | ) | |
| Case No. 2:17-cv-09494 | ) | |

## ORDER

IT IS ORDERED that the Motion to Substitute Plaintiff is GRANTED, and Lawrence Washington and Lashonda Owens, on behalf of Annette Washington, are substituted as Plaintiff in the above referenced action.

SO ORDERED this ____ day of _____, 20____.

_____
The Honorable Jane T. Milazzo