UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE JANE TRICHE MILAZZO |
| Linda Deppe | : | |
| Civil Action No. 2:17-cv-15574 | : | |

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Linda Deppe, files this Suggestion of Death upon the Record. Plaintiff Linda Deppe departed this world on or about October 3, 2021, during the pendency of this litigation.

Dated:

*/s/ Thomas J. Lech*
Thomas J. Lech (IL #6256261)
Goldenberg Heller & Antognoli, P.C.
2227 South State Route 157
Edwardsville, IL  62025
(618) 656-5150 Phone
(618) 656-6230 Fax
tlech@ghalaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13th, 2023, the foregoing document was electronically filed and served using the CM/ECF system which will send notification of such filing to all attorneys in this matter who are registered users of the CM/ECF system.

*/s/ Thomas J. Lech*