# EXHIBIT H

```
 1                      UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
 2

 3
     ****************************************************************
 4   IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 16-2740
     PRODUCTS LIABILITY LITIGATION          SECTION "H" (5)
 5                                          February 17, 2021
     This document relates to:
 6   All cases
     ****************************************************************
 7

 8
                  TRANSCRIPT OF VIDEO STATUS CONFERENCE
 9          HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                     UNITED STATES DISTRICT JUDGE
10

11

12   APPEARANCES:

13

14   FOR PLAINTIFFS:                Dawn M. Barrios, Esquire
                                    BARRIOS, KINGSDORF & CASTEIX
15                                  701 Poydras Street, Suite 3650
                                    New Orleans, LA 70139
16

17
                                    M. Palmer Lambert, Esquire
18                                  GAINSBURGH, BENJAMIN, DAVID
                                      MEUNIER & WARSHAUER
19                                  1100 Poydras Street, Suite 2800
                                    New Orleans, LA 70163
20

21
                                    David F. Miceli, Esquire
22                                  DAVID F. MICELI, LLC
                                    P.O. Box 2519
23                                  Carrollton, GA  30112

24

25


                          OFFICIAL TRANSCRIPT
```

1     **THE COURT:** But I don't think she was ever offered
2 prior to this as a regulatory expert. Am I correct?
3     **MR. STRONGMAN:** You are correct. But when you look at
4 her new report --
5     **THE COURT:** Right.
6     **MR. STRONGMAN:** When you look at her new report, she
7 is offering opinions on regulatory and labeling issues, but
8 she's basing them on the fact that there's a substantial
9 contributing factor or that Taxotere carried an independent
10 risk or that Taxotere is more toxic than. These are all the
11 opinions that this Court has already looked at in the *Daubert*
12 contexts and excluded. So that's what I'm getting at.
13     So it's, yes, she's offering a regulatory opinion
14 that is different in some aspects, but the bases of them are
15 the same, substantial contributing factor, independent risk,
16 more toxic than opinions that the Court has already addressed.
17     **MR. MICELI:** Can I address that briefly, Your Honor,
18 if you don't mind?
19     **THE COURT:** Sure.
20     **MR. MICELI:** And I know Your Honor has read the
21 reports and read the submissions. Dr. Plunkett mentions the
22 word "independent" or "independently" five times in her report,
23 not all of them saying that Taxotere is an independent cause.
24 What she addresses primarily in her report is the standard that
25 must be met for a Section 6 label change which is agreed to by

1  Sanofi's expert Dr. Janet Arrowsmith.
2               Again, Mr. Ratliff, in his letter to the Court on
3  behalf of Sanofi, recasts the standard that must be met.  The
4  standard is whether or not there is some basis to believe that
5  there is a causal relationship between the drug and the adverse
6  reaction.  It is not one of an independent cause or an
7  independent factor in causing something.  Cause is not
8  necessary.  Actual cause is not necessary for Dr. Plunkett's
9  opinion.
10              The standard for Section 6, and I believe it was
11 agreed to even by Dr. Arrowsmith when I deposed her, is one of
12 mere suspicion of whether or not there's some reason to believe
13 that there's a relationship; and that is what Dr. Plunkett
14 addresses.  She does not attempt to offer an opinion that
15 Section 6 should have been changed in the Taxotere label
16 because Taxotere is an independent cause.  She offers the
17 opinion that Section 6 should have been changed because there
18 is some basis for belief.
19              And she goes through the evidence by looking at the
20 literature that does mention incidence rates, but it's not
21 Dr. Plunkett who is trying to establish causation by giving an
22 incidence rate that she has calculated.  She is simply
23 demonstrating the some evidence.  She relies upon Dr. Madigan's
24 meta-analysis of TAX316 and TAX301 or the GEICAM study, his
25 signal detection, all of which was never done by Sanofi.

                          OFFICIAL TRANSCRIPT

1        But I think to talk about that level at this point is
2   really to start arguing the *Daubert* motions that have yet to be
3   filed.  So while Sanofi would like to argue that she is
4   attempting to re-litigate Your Honor's prior orders, that is
5   absolutely not the case.  We don't intend to do that.  We will
6   not ask her to do that, offer those opinions at trial.  The
7   opinions that she offers are based solely upon the standard or
8   relate solely to the standard set out in the CFRs, and the
9   method for doing so is expressed in the January 24th, 2006
10  Federal Register that I know Your Honor has seen referenced in
11  her report.
12       So I really believe that what we're trying to do is
13  recast what she is actually doing, or I should say what defense
14  is trying to do is recast what Dr. Plunkett is actually doing
15  so that they can say that she is trying to get around Your
16  Honor's orders when, in fact, she is offering something very
17  new.  She's never been offered as a regulatory expert, and she
18  has, we believe, the proper basis.  But the proper way to
19  challenge her basis and her qualifications is through a 702
20  motion that we're ready to go forward with.
21            **MR. MOORE:**  Am I still ringing?
22            **MR. STRONGMAN:**  No, you're good, Doug.
23            **MR. MOORE:**  All right, sorry.  Your Honor, we have
24  been waiting for them to bring this issue to us because it was
25  getting litigated in other MDLs as soon as the election was