# EXHIBIT K

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                              Civil Action No. 16-MD-2740
                              Section "H"(5)
                              New Orleans, Louisiana
                              March 8, 2022

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************

        TRANSCRIPT OF MOTION TO PRESERVE EXPERT TESTIMONY
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

                        MATTHEW PALMER LAMBERT
                        GAINSBURGH BENJAMIN DAVID MEUNIER
                        & WARSHAUER
                        1100 POYDRAS STREET
                        SUITE 2800
                        NEW ORLEANS, LA 70163

                        CHRISTOPHER COFFIN
                        PENDLEY BAUDIN & COFFIN
                        1515 POYDRAS STREET
                        NEW ORLEANS, LA 70112

                        DAVID F. MICELI
                        DAVID F. MICELI, LLC
                        P.O. BOX 2519
                        CARROLLTON, GA 30112

FOR SANOFI S.A.:
                        JON STRONGMAN
                        SHOOK, HARDY & BACON
                        1155 F STREET NW, SUITE 200
                        WASHINGTON, DC  20004




                        ————OFFICIAL TRANSCRIPT————
                                 Page 1
```

| | | |
|---|---|---|
| 10:45:26AM | 1 | THE COURT: Let me ask this question, Mr. Miceli: |
| 10:45:29AM | 2 | This is something that Mr. Strongman said and he said, you |
| 10:45:37AM | 3 | know, what do we do with witnesses that refuse to answer, |
| 10:45:41AM | 4 | some of these experts? And to be clear, Dr. Plunkett's |
| 10:45:46AM | 5 | testimony -- was it Plunkett, yes -- completely turned on its |
| 10:45:51AM | 6 | head in trial, the last trial, from what her report was. And |
| 10:45:56AM | 7 | so how does -- you know, it's one thing that you handle that |
| 10:46:00AM | 8 | in the courtroom and even that was difficult. |
| 10:46:04AM | 9 | MR. MICELI: Your Honor -- |
| 10:46:05AM | 10 | THE COURT: What do we do in depositions? And, |
| 10:46:08AM | 11 | normally -- you know, I've practiced. I've seen it. You |
| 10:46:12AM | 12 | know, you've all done this where you take the treating |
| 10:46:14AM | 13 | physician's deposition ahead of time and it comes across as |
| 10:46:19AM | 14 | he's sitting in the stand because it's taken in that manner. |
| 10:46:22AM | 15 | So I am not opposed to trial depositions being taken early |
| 10:46:29AM | 16 | for preservation, for the convenience of everybody, and |
| 10:46:34AM | 17 | conservation of resources for everyone. But -- |
| 10:46:40AM | 18 | MR. MICELI: How do we handle that? If the question |
| 10:46:42AM | 19 | is, how do we handle it, I think what we can do, Your Honor, |
| 10:46:46AM | 20 | we have done this with depositions with Judge North where we |
| 10:46:49AM | 21 | immediately contact him if there's an issue, or if we believe |
| 10:46:53AM | 22 | that it's going to be that strong of an issue, we do the |
| 10:46:55AM | 23 | depositions here in New Orleans and we can come to this |
| 10:46:58AM | 24 | courthouse. |
| 10:46:58AM | 25 | THE COURT: And I sit in on the deposition -- |