# EXHIBIT L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                                Docket No. 16-MD-2740
                                Section H
                                New Orleans, LA
                                Monday, November 15, 2021
Relates to:  Elizabeth Kahn
             16-CV-17039

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRANSCRIPT OF TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE
DAY 5, MORNING SESSION


APPEARANCES:

FOR THE PLAINTIFF:         BACHUS & SCHANKER, LLC
                           BY:  DARIN L. SCHANKER, ESQ.
                                J. KYLE BACHUS, ESQ.
                           101 W Colfax Ave., Suite 650
                           Denver, CO 80202

                           GIBBS LAW GROUP, LLP
                           BY:  KAREN B. MENZIES, ESQ.
                           6701 Center Drive West, 14th Floor
                           Los Angeles, CA 90045

                           DAVID F. MICELI, LLC
                           BY:  DAVID F. MICELI, ESQ.
                           P.O. Box 2519
                           Carrollton, GA 30112-0046

                           PENDLEY BAUDIN & COFFIN
                           BY:  CHRISTOPHER L. COFFIN, ESQ.
                                JESSICA A. PEREZ, ESQ.
                           2505 Energy Centre
                           1100 Poydras St.
                           New Orleans, LA 70163

```
 1                    P R O C E E D I N G S
 2                 (MONDAY, NOVEMBER 15, 2021)
 3                      (MORNING SESSION)
 4
 5        (OPEN COURT.)
 6              THE COURT:  On Friday, at the conclusion of
 7   Dr. Plunkett's direct testimony, there was a motion that I exclude
 8   her testimony.  Subsequent to that, I denied it at that time and we
 9   proceeded with cross-examination.  That motion to exclude her
10   testimony was re-urged at the conclusion of cross-examination and
11   redirect.  I invited the parties at that time to file a letter
12   briefing with the court that I would address this morning.  Those
13   briefs have been received.  I have reviewed them
14              Just so that the record is clear, I am going to deny the
15   motion to exclude Dr. Plunkett.  I want the record to be clear that
16   it was a very, very close call.  As I noted at the conclusion of
17   her testimony the underpinnings of Dr. Plunkett's opinions were
18   based, in my view of her report, primarily on the analysis of
19   Dr. Madigan.  She did not mention his review of the FAERS database,
20   nor his review of Sanofi's pharmacovigilance database.  She instead
21   relied on the Sedlacek article, statements against interests made
22   by two Sanofi employees, and her review of the pharmacovigilance
23   database.
24              To be clear, I read her report again and it appears that
25   she relied on Dr. Madigan's review and the pharmacovigilance
```