UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5)  JUDGE MILAZZO MAG. JUDGE NORTH  SECOND AMENDED (OPPOSED) MOTION TO STRIKE NOTICE OF VOLUNTARY DISMISSAL *EX PARTE* |
| THIS DOCUMENT RELATES TO:  FAITH NEWHOUSE v. SANOFI-AVENTIS U.S. LLC, et al. | : : : | Civil Action No.: 2:17-cv-15057 |

**SECOND AMENDED (OPPOSED) MOTION TO STRIKE
NOTICE OF VOLUNTARY DISMISSAL *EX PARTE***

Pursuant to CMO 12A and pursuant to Federal Rules of Civil Procedure 12(f), and 60(a) and (b), and pursuant to LR7.4, Plaintiff respectfully requests that this Court strike, *ex parte*, the Notice of Voluntary Dismissal that Plaintiff filed in error on May 26, 2023 (Doc. 15897). Plaintiff erroneously filed her Notice of Voluntary Dismissal before filing Motion for Leave to file, *ex parte*, an Amended Short Form Complaint naming the proper Defendants, Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. ("the Hospira Defendants").

1. Plaintiff filed her Short Form Complaint on December 6, 2017, naming only the Sanofi Defendants as the entities that designed, manufactured and marketed the taxotere with which her oncologist provided infusions for treatment of her breast cancer.

2. Plaintiff has determined that the taxotere that doctor prescribed and administered was designed, manufactured and marketed by the Hospira Defendants, and not the Sanofi Defendants.

1

3. On May 26, 2023, Plaintiff mistakenly filed its Notice of Dismissal of the Sanofi Defendants without having first filed an Amended Short Form Complaint naming the Hospira Defendants.

4. Under Federal Rules of Civil Procedure 12(f) and 60(a) and (b), this Court has the authority to provide the relief requested herein.

5. Plaintiff's counsel has conferred with Counsel for Defendants Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and sought consent for the relief requested. Counsel for Defendants Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; did not consent to the Motion or to the relief requested herein.

6. A Proposed Order is attached as **Exhibit 1**.

7. A Memorandum in support of this Motion is being served herewith pursuant to LR7.4. A Notice of Submission of this Motion is also being served herewith pursuant to LR7.2 and is attached hereto as **Exhibit 2**.

WHEREFORE, Plaintiff Faith Newhouse respectfully requests that this Honorable Court enter an order Striking Plaintiff's Notice of Dismissal.

Dated this 14t<sup>h</sup> day of July, 2023              Respectfully submitted,

                                                       **CAREY DANIS & LOWE**

By:    */s/ Jeffery J. Lowe*
       Jeffery J. Lowe, # 35114MO
       Andrew J. Cross, #57337 MO
       8235 Forsyth Blvd, Suite 1100
       Saint Louis, MO 63105
       Telephone: (314) 725-7700
       Fax: (314) 721-0905
       across@careydanis.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.