UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>PLAINTIFFS (OPPOSED) SECOND AMENDED MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT *EX PARTE* |
| THIS DOCUMENT RELATES TO:<br><br>FAITH NEWHOUSE v. SANOFI-AVENTIS U.S. LLC, et al. | Civil Action No.: 2:17-cv-15057 |

**PLAINTIFF'S (OPPOSED) SECOND AMENDED MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Short Form Complaint, **Exhibit 1**, be filed as of the date of this Motion. In support, Plaintiff states:

1. Pursuant to CMO 12A and pursuant to Federal Rule of Civil Procedure 60 (b)(6), Plaintiff respectfully requests leave to file, *ex parte*, an Amended Short Form Complaint naming the proper Defendants, Hospira, Inc. and/or Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. ("the Hospira Defendants").

2. Plaintiff filed her Short Form Complaint on December 6, 2017, naming only the Sanofi Defendants as the entities that designed, manufactured and marketed the taxotere with which her oncologist provided infusions for treatment of her breast cancer.

1

4.	Plaintiff has determined that the taxotere that her oncologist prescribed and administered was designed, manufactured and marketed by the Hospira Defendants, and not the Sanofi Defendants.

5.	On May 26, 2023, Plaintiff mistakenly filed its Notice of Dismissal of the Sanofi Defendants without having first filed an Amended Short Form Complaint naming the Hospira Defendants.

6.	Under Federal Rule of Civil Procedure 60(a) and (b), this Court has the authority to provide the relief requested herein.

7.	Plaintiff's counsel conferred with Defense counsel, who opposed the requested relief. Plaintiff accordingly submits contemporaneously herewith its LR7.4 Memorandum in Support of this Motion as well as a Notice of Submission as required by LR7.2.

8.	Plaintiff submits a Proposed Order as **Exhibit 2**.

Dated July 14, 2023.                                    Respectfully submitted,

                                    **CAREY DANIS & LOWE**

                    By:     /s/ Jeffrey J. Lowe
                            Jeffrey J. Lowe, # 35114MO
                            Andrew J. Cross, #57337 MO
                            8235 Forsyth Blvd, Suite 1100
                            Saint Louis, MO 63105
                            Telephone: (314) 725-7700
                            Fax: (314) 721-0905
                            across@careydanis.com
                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.