UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "H" (5) |
| | : | |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| | : | |
| | : | **PLAINTIFF'S SECOND AMENDED** |
| | : | **MOTION FOR LEAVE TO FILE** |
| | : | **FIRST AMENDED SHORT FORM** |
| | : | **COMPLAINT** |
| THIS DOCUMENT RELATES TO: | : | |
| | : | Civil Action No.: 2:17-cv-15057 |
| FAITH NEWHOUSE v. SANOFI- | : | |
| AVENTIS U.S. LLC, et al. | : | |

**ORDER GRANTING PLAINTIFF'S SECOND AMENDED MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's First Amended Motion for Leave to File Amended Short Form Complaint and for good cause shown, it is hereby Ordered that the Plaintiff may file the Amended Short Form Complaint attached as Exhibit 1 to Plaintiff's Motion.

SO ORDERED this _____ day of _____, 2023.

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE