UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>PLAINTIFF's NOTICE OF SUBMISSION OF PLAINTIFF'S SECOND AMENDED (OPPOSED) MOTION TO STRIKE NOTICE OF DISMISSAL *EX PARTE*<br><br>Civil Action No.: 2:17-cv-15057 |
| THIS DOCUMENT RELATES TO:<br><br>FAITH NEWHOUSE v. SANOFI-AVENTIS U.S. LLC, et al. | | |

**PLAINTIFF's NOTICE OF SUBMISSION OF PLAINTIFF'S SECOND AMENDED (OPPOSED) MOTION TO STRIKE NOTICE OF DISMISSAL *EX PARTE***

PLEASE TAKE NOTICE that Plaintiff's Second Amended (Opposed) Motion TO Strike Notice of Dismissal is hereby set for submission before District Court Milazzo on August 16, 2023, at 9:30 a.m.

Dated July 14, 2023.

                                        Respectfully submitted,

                                        **CAREY DANIS & LOWE**

By:   <u>/s/ Jeffrey J. Lowe</u>
        Jeffrey J. Lowe, # 35114MO
        Andrew J. Cross, #57337 MO
        8235 Forsyth Blvd, Suite 1100
        Saint Louis, MO 63105
        Telephone: (314) 725-7700
        Fax: (314) 721-0905
        across@careydanis.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/*Jeffrey J. Lowe, Esq.*