UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case Management Order No. 35 and MDL Nos.:<br>   2:19-cv-4339,<br>   2:19-cv-09602,<br>   2:19-cv-09607,<br>   2:19-cv-09586, and<br>   2:19-cv-09599. | MDL No. 16-2740<br><br>Section: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |

MOTION TO RECONSIDER THE
COURT'S JULY 5, 2023 ORDER (DOC. 16056)

Under Rule 54(b) of the Federal Rules of Civil Procedure, Plaintiffs Brenda McLaney (MDL No. 2:19-cv-4339), Madeline DelPlato (MDL No. 2:19-cv-09602), Dianna Jarrett (MDL No. 2:19-cv-09607), Joanne Sells (MDL No. 2:19-cv-09611), Justine Stewart (MDL No. 2:19-cv-09586), and Merri Scott (MDL No. 2:19-cv-09586) (collectively "Plaintiffs") – each represented by attorney Carmen D. Caruso, respectfully ask the Court to reconsider its ruling in the Order dated July 5, 2023 (Doc. 16056). Specifically, Plaintiffs respectfully request that the Court reconsider its denial of Plaintiffs' Emergency Motion for Relief (Doc. 15029) because:

1.    The Court erred in finding Plaintiffs' conduct to be contumacious because Plaintiffs did not willfully disobey CMO 35; and

2.    In the alternative, a lesser sanction serves the best interest of justice.

For the reasons discussed above and as set forth in Plaintiffs' Memorandum of Law in Support of their Motion to Reconsider the Court's July 5, 2023 Order (Doc.

1

16056), filed with this motion, Plaintiffs respectfully request that the Court reconsider its July 5, 2023 ruling.

Dated: July 14, 2023                    Respectfully submitted,

   Brenda McLaney (MDL No.: 2:19-cv-4339)
   Madeline DelPlato (MDL No.: 2:19-cv-09602)
   Dianna Jarrett (MDL No.: 2:19-cv-09607)
   Joanne Sells (MDL No.: 2:19-cv-09611)
   Justine Stewart (MDL No.: 2:19-cv-09586)

                    By: */s/ Carmen D. Caruso*

Carmen D. Caruso (IL Bar # 6189462)
CARMEN D. CARUSO LAW FIRM
77 West Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

*Attorney for:*
Brenda McLaney (MDL No.: 2:19-cv-4339)
Madeline DelPlato (MDL No.: 2:19-cv-09602)
Dianna Jarrett (MDL No.: 2:19-cv-09607)
Joanne Sells (MDL No.: 2:19-cv-09611)
Justine Stewart (MDL No.: 2:19-cv-09586)

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed on July 14, 2023. Notice of this filing will be sent to these parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Carmen D. Caruso*
Carmen D. Caruso
