UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Sandra Conley, 2:17-cv-13418* | ) ) | Judge Jane Triche Milazzo |
| | ) ) | Magistrate Judge North |
| | ) | |

### MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW, through undersigned counsel, Plaintiff, who respectfully moves this Court for an order substituting Dana Conley Leosewski, as Plaintiff for Sandra Conley, her deceased mother, for the following reasons:

1. The above captioned lawsuit was filed on November 27 ,2017, on behalf of Sandra Conley.

2. Sandra Conley passed away on November 12, 2019, during the pendency of this action, as reported to this Court in the attached Suggestions of Death filed on July 6, 2023. *See* Exhibit 1.

3. Dana Conley Leosewski is the surviving daughter of Sandra Conley and is the proper party to substitute as Plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Dana Conley Leosewski respectfully requests that she be substituted as Plaintiff on behalf of Sandra Conley, her deceased mother.

Dated: July 17, 2023

                                  Respectfully submitted,

                                  */s/ Samuel M. Wendt*
                                  Samuel M. Wendt, Esq.
                                  MO Bar # 53573
                                  **WENDT LAW FIRM, P.C.**
                                  4717 Grand Avenue, Suite 130
                                  Kansas City, Missouri 64112
                                  Telephone: (816) 531-4415
                                  Facsimile: (816) 531-2507
                                  Email: sam@wendtlaw.com

                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                  */s/ Samuel M. Wendt*
                                  Samuel M. Wendt, Esq.