UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| THIS DOCUMENT RELATES TO *Sandra T. Conley, 2:17-cv-13418* | ) ) ) ) ) ) | SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

Undersigned counsel, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Sandra Conley, Plaintiff of record in the above-captioned case. Ms. Conley passed away on November 12, 2019, during the pendency of this action. Ms. Conley's surviving daughter, Dana Leosewski, will be filing the appropriate pleadings to appear as substitute Plaintiff in this matter.

Dated: July 6, 2023

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

1


EXHIBIT 1

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
