# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Sandra Conley, 2:17-cv-13418* | ) ) ) ) | Judge Jane Triche Milazzo |
| | | Magistrate Judge North |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff,

IT IS ORDERED that Dana Conley Leosewski, as legal successor of Sandra Conley, be substituted as Plaintiff on behalf of Sandra Conley.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**JUDGE**

1