UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO |
| This Document Relates To:<br><br>CASES LISTED ON THE ATTACHED EXHIBIT "A" | : : : : | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 83.2.11, the undersigned counsel hereby gives notice that Benjamin T. Ikuta is no longer associated with Hodes Milman, LLP (formerly Hodes Milman Liebeck, LLP) and asks that he be withdrawn as counsel of record in this and all related matters on behalf of the plaintiffs identified in the attached "Exhibit A."

Plaintiffs further respectfully request that the Court grant a substitution of counsel for Jacob Brender with Hodes Milman, LLP in place of Benjamin T. Ikuta in the cases listed in "Exhibit A."

Jacob Brender, Esq.
HODES MILMAN, LLP
9210 Irvine Center Dr.
Irvine, California 92618
Telephone: (949) 640-8222
Facsimile: (949) 336-8114
Email: jbrender@hodesmilman.com

Jacob Brender is admitted to practice and is in good standing in the State of California (Bar Number 300561) and the United States District Court for the Central District of California. Plaintiffs respectfully ask that the service list be updated to reflect the withdrawal and substitution in this matter.

1

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant this motion allowing for withdrawal and substitution of counsel.

Dated: July 17, 2023

Respectfully submitted,

/s/ Jacob Brender
Jacob Brender, Esq.
CA Bar No. 300561
HODES MILMAN, LLP
9210 Irvine Center Dr.
Irvine, California 92618
Telephone: (949) 640-8222
Facsimile: (949) 336-8114
Email: jbrender@hodesmilman.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notifications of such filing to all registered attorneys of record.

Dated: July 17, 2023    Respectfully submitted,

/s/ Jacob Brender
Jacob Brender, Esq.

**EXHIBIT A**

| FIRST NAME | LAST NAME | CASE NUMBER |
|---|---|---|
| Sharish | Adolph | 2:17- cv-14069-JTM-MBN |
| Cathleen | Backley | 2:17-cv-14108-JTM-MBN |
| Maureen | Benson | 2:17-cv-14074-JTM-MBN |
| Lilibeth | Borgonia | 2:18-cv-06518-JTM-MBN |
| Paula | Bridges | 2:17-cv-14109-JTM-MBN |
| Glenda | Coulson | 2:17-cv-14099-JTM-MBN |
| Beverly | Davis | 2:17-cv-14111-JTM-MBN |
| Judith | De Palma | 2:19-cv-12210-JTM-MBN |
| Edith | Fezzuoglio | 2:17-cv-14092-JTM-MBN |
| Patricia | Frisque | 2:17-cv-14112-JTM-MBN |
| Melody | Jordan | 2:17-cv-14087-JTM-MBN |
| Suzanne | Makshanoff | 2:17-cv-01155-JTM-MBN |
| Shannon | Miller | 2:17-cv-14094-JTM-MBN |
| Petronilla | Neal | 2:17-cv-14113-JTM-MBN |
| Mary | O'Pray | 2:17-cv-14103-JTM-MBN |
| Leslie | Perry | 2:17-cv-14096-JTM-MBN |
| Sandra | Porter | 2:17-cv-14082-JTM-MBN |
| Judith | Schaller | 2:17-cv-14089-JTM-MBN |