UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO |
| This Document Relates To:<br><br>CASES LISTED ON THE ATTACHED EXHIBIT "A" | : : : : | |

### ORDER ON MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

IT IS HEREBY ORDERED that the Motion is GRANTED and that Benjamin T. Ikuta is WITHDRAWN as Plaintiffs' counsel of record listed on Exhibit "A" of the Motion.

IT IS FURTHER ORDERED that attorney Jacob Brender from Hodes Milman, LLP is substituted in place of Benjamin T. Ikuta in all cases listed on Exhibit "A" of the Motion. Any other Counsel of Record identified shall remain.

Dated: _____

_____
Honorable Jane Triche Milazzo

1