UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Ellen Pusey v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15471 | HON JANE TRICHS MILAZZO |

**MOTION TO SET ASIDE THE COURT'S
DISMISSAL ORDER ENTERED JULY 22, 2022 (DOC. 9)**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Ellen Pusey, who respectfully moves this Honorable Court to Set Aside the Court's Dismissal Order Entered July 22, 2022 (Doc. 9) pursuant to Fed. R. Civ. P. 60(b)(1) and (c). Plaintiff's counsel recently became aware that Plaintiff Pusey – a Louisiana resident – had been mis-identified as a Mississippi resident and included on Defendant's list of MDL Plaintiffs subject to the Mississippi statute of limitations and dismissed with prejudice.

For this reason and those set out more fully in the accompanying Memorandum in Support, Plaintiff respectfully that the record be corrected, that the Dismissal Order (Doc. 9) be set aside and her case reinstated.

WHEREFORE, Plaintiff prays that her Motion to Set Aside the Court's Dismissal Order Entered July 22, 2022 (Doc. 9) be granted.

Respectfully Submitted,

Dated: July 17, 2023

*/s/ Betsy J. Barnes*
Betsy J. Barnes, LA #31465
MORRIS BART, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 599-3234
Fax: (833) 277-4214
bbarnes@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on July 17, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Betsy J. Barnes*