UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Ellen Pusey v Sanofi S.A., et al | |
| 2:16-cv-15471 | |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:

    Ellen Pusey

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Not applicable

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Not applicable

4. Current State of Residence: MS

5. State in which Plaintiff(s) allege(s) injury: LA

1

**ATTACHMENT "A"**
EXHIBIT 2

ATTACHMENT "A"

6. Defendants (check all Defendants against whom a Complaint is made):

    a.    Taxotere Brand Name Defendants

        [X]   A.   Sanofi S.A.

        [X]   B.   Aventis Pharma S.A.

        [X]   C.   Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        [X]   D.   Sanofi-Aventis U.S. LLC

    b.    Other Brand Name Drug Sponsors, Manufacturers, Distributors

        [X]   A.   Sandoz, Inc.

        [X]   B.   Accord Healthcare, Inc.

        [X]   C.   McKesson Corporation d/b/a McKesson Packaging

        [X]   D.   Hospira Worldwide Inc.

        [X]   E.   Hospira Inc

        [X]   F.   Sun Pharma Global FZE

        [X]   G.   Sun Pharma Global Inc.

        [X]   H.   Caraco Pharmaceutical Laboratories Ltd.

        [X]   I.   Pfizer Inc.

        [X]   J.   Allergan Finance LLC f/k/a Actavis Inc.

        [X]   K.   Actavis Pharma Inc.

        [ ]   L.   Other:

7.     Basis for Jurisdiction:

       [X]   Diversity of Citizenship

       [ ]   Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8.     Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

> United States District Court
> Eastern District of
> Louisiana

9.     Brand Product(s) used by Plaintiff (check applicable):

       [ ]   A.   Taxotere

       [ ]   B.   Docefrez

       [ ]   C.   Docetaxel Injection

       [ ]   D.   Docetaxel Injection Concentrate

       [X]   E.   Unknown

       [ ]   F.   Other:

10.    First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

3

**ATTACHMENT "A"**

> April 2011 - June 2011

11. State in which Product(s) identified in question 9 was/were administered:

> Louisiana

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> I experienced permanent hair loss after being administered docetaxel/ Taxotere.

13. Counts in Master Complaint brought by Plaintiff(s):

   [X] Count I – Strict Products Liability – Failure to Warn
   [X] Count II – Strict Products Liability for Misrepresentation
   [X] Count III – Negligence
   [X] Count IV – Negligent Misrepresentation
   [X] Count V – Fraudulent Misrepresentation
   [X] Count VI – Fraudulent Concealment
   [X] Count VII – Fraud and Deceit
   [X] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

   [X] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

4

**ATTACHMENT "A"**

Louisiana Products Liability Act; La. Rev. Stat. Ann. Section 9:2800.51 et seq.
Fraud; La. C. C. Art. 1953
Unfair and Deceptive Practices; La. Rev. Stat. Section 1:1409

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: /s/ Betsy Barnes
LA19473
Morris Bart, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 525-8000
Fax: (504) 599-3392
bbarnes@morrisbart.com

5

**ATTACHMENT "A"**