# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Ellen Pusey v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15471 | HON. JANE TRICHE MILAZZO |

## PROPOSED ORDER

Considering Plaintiff Ellen Pusey's Motion to Set Aside the Court's Dismissal Order Entered July 22, 2022 (Doc. 9),

IT IS ORDERED that the Motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
US DISTRICT JUDGE