# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *Ellen Pusey v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15471 | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Ellen Pusey, will submit her MOTION TO SET ASIDE THE COURT'S JULY 22, 2022 DISMISSAL ORDER (DOC. 9) on August 23, 2023, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans LA, 70130. Oral argument has not been requested.

Respectfully Submitted,

Dated: July 17, 2023

*/s/ Betsy J. Barnes*
Betsy J. Barnes, LA #31465
MORRIS BART, LLC
601 Poydras St., 24th Fl.
New Orleans, LA 70130
Phone: (504) 599-3234
Fax: (833) 277-4214
bbarnes@morrisbart.com

## CERTIFICATE OF SERVICE

I certify that on July 17, 2023, I filed the above NOTICE OF SUBMISSION with the Court via the Court's CM/ECF system, which will notify all counsel of record.

*/s/ Betsy J. Barnes*