UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2740 SECTION "N"(5) JUDGE MILAZZO MAG. JUDGE NORTH |
| This Document Relates to Plaintiff: SHARON MCNEAL Case No.: 2:17-cv-11325 | ) ) ) ) ) | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Plaintiff Sharon McNeal, and files this motion to substitute her surviving next of kin, Tyrone McNeal, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Sharon McNeal, filed the present action in the United States District Court for the Eastern District of Louisiana on October 26, 2017.

2. Plaintiff Sharon McNeal died on April 12, 2020.

3. On July 11, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16155. Plaintiff's counsel recently learned the death of Sharon McNeal after filing the lawsuit.

4. Tyrone McNeal, husband of Sharon McNeal, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Sharon McNeal. Tyrone McNeal has been appointed as the Executor of the Estate of Sharon McNeal and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies and the claim is

not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Tyrone McNeal as the proper party plaintiff in this action.

Respectfully submitted this 18th day of July, 2023.

_____
**TRACEY FOX KING & WALTERS**
Clint Casperson
State Bar No. 24075561
ccasperson@traceylawfirm.com
440 Louisiana, Suite 1901
Houston, Texas 77002
(713) 495-2333 Telephone