**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2740 <br><br> SECTION "N"(5) <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| This Document Relates to Plaintiff: <br><br> SHARON MCNEAL <br> Case No.: 2:17-cv-11325 | ) ) ) ) | |

**ORDER SUBSTITUTING PARTY**

Considering Plaintiff Sharon McNeal's Motion to Substitute Party.

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party is GRANTED, and that Tyrone McNeal, on behalf of Sharon McNeal, be substituted as Plaintiff herein.

New Orleans, Louisiana, this _____ day of _____, 2023,

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**