UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: "H" (5) |
| **This document relates to:** ) | | |
| Annette Washington, 17-09494 ) | | |

# ORDER

Before the Court is Plaintiff's Motion to Substitute Lawrence Washington and Lashonda Owens on behalf of Annette Washington (Doc. 16167);

**IT IS ORDERED** that the Motion is **GRANTED** and that Lawrence Washington and Lashonda Owens, on behalf of Annette Washington, be substituted as Plaintiffs herein.

New Orleans, Louisiana, this 18th day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**