UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Antoinette Travis, 18-12560 | ) ) | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 16165);

**IT IS ORDERED** that the Motion is **GRANTED** and that Erica Howard, on behalf of Antoinette Travis, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 18th day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**