UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Georgia Mason, 18-13223 | | |

## ORDER

Before the Court is a Motion for Substitution of Party (Doc. 16146);

**IT IS ORDERED** that the Motion is **GRANTED** and that William H. Mason III, on behalf of Georgia Mason, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 18th day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**