# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| **This document relates to:** Lisa Tuyes, 16-15473 | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 16128);

**IT IS ORDERED** that the Motion is **GRANTED** and that Wayne Tuyes, on behalf of Lisa Tuyes, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 18th day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**