# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Darlene Materre-Haynes, 16-15395 | | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 16126);

**IT IS ORDERED** that the Motion is **GRANTED** and that Maurice Haynes, Jr., on behalf of Darlene Materre-Haynes, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 18th day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**