UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to: | ) | |
| Luella Williams and Alan Williams, 16-15557 | ) | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File and Amend Complaint (Doc. 16157);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion (Doc. 16157-1) in the member case.

New Orleans, Louisiana, this 18th day of July, 2023.

_____

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE