UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to:** ) | | |
| Cases listed on Exhibit A, attached ) | | |

## ORDER

Before the Court is a Motion to Enroll Additional Counsel (Doc. 16025);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorneys J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus, of the law firm of Bachus & Schanker, LLC, shall be enrolled as counsel of record for the above-referenced Plaintiffs.

New Orleans, Louisiana, this 18th day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**

## Exhibit A

| Plaintiff | Case No. |
| --- | --- |
| Flemings, Alicia | 2:19-cv-11981 |
| Seymour, Caryn | 2:19-cv-11987 |
| Gilmore, Cheryl | 2:19-cv-11991 |
| Smith, Deplora | 2:19-cv-11984 |
| Williams, Adriania | 2:19-cv-12002 |
| Hackett, Deborah | 2:19-cv-12009 |
| Faircloth, Holly | 2:19-cv-11999 |
| Blatnick, Laura | 2:19-cv-12008 |
| Moyers, Marcella | 2:19-cv-12001 |
| Wilkinson-McGrath, Nancy | 2:19-cv-12011 |
| Ellis, Ponselle | 2:19-cv-11997 |
| Hayes, Stephanie | 2:19-cv-12383 |
| Rowell, Kelly | 2:19-cv-12490 |
| Garbatini, Margaret | 2:19-cv-12487 |
| Parks, Regina | 2:19-cv-12486 |
| Hunt, Tubbie | 2:19-cv-12488 |
| Orphe Soonier, Tisha | 2:19-cv-12712 |
| Wallace, Josefina | 2:19-cv-12714 |
| Reeves, Gwendolyn | 2:19-cv-12711 |
| Cooper, Gwendolyn | 2:19-cv-12710 |
| Kingsley, Janna | 2:19-cv-12835 |
| Bass, Sheila | 2:19-cv-13112 |
| Cantu, Berta | 2:19-cv-14060 |
| Purnell, Glenda | 2:20-cv-00870 |
| Shepard, Maryann | 2:20-cv-00872 |
| Brown, Wendy | 2:20-cv-00938 |
| Rocco, Lisa | 2:20-cv-00948 |