## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| | : | **JUDGE MILAZZO** |
| _____ | : | **MAG. JUDGE NORTH** |
| **MARILYN KENNEDY** | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| vs. | : | |
| | : | **Civil Action No.: 2:18-cv-06662** |
| **SANFI US SERVICES, INC. F/K/A** | : | |
| **SANOFI-AVENTIS U.S. INC.** and | : | |
| **SANOFI-AVENTIS U.S. LLC** | : | |
| | : | |
| Defendant(s). | : | |
| ----------------------------------------------------------- | : | |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
## FIRST AMENDED SHORT FORM COMPLAINT

Plaintiff, Marilyn Kennedy, by and through her Counsel, with the consent of Defendant,

respectfully seeks leave of Court to file her First Amended Short Form Complaint in this matter.

The reason for the amendment is to correct venue for purposes of remand.  The copy of the First

Amended Short Form Complaint is attached as Exhibit "A" to this Motion, and a Memorandum in

Support of this Motion is being filed herewith.

Respectfully submitted,

/s/ Aaron C. Johnson
Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927
aaron@summersandjohnson.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aaron C. Johnson, Attorney for Plaintiff