# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **MARILYN KENNEDY**<br><br>Plaintiff(s),<br><br>vs.<br><br>**SANFI US SERVICES, INC. F/K/A SANOFI-AVENTIS U.S. INC.** and **SANOFI-AVENTIS U.S. LLC**<br><br>Defendant(s). | : : : : : : : : : : : : : | Civil Action No.: **2:18-cv-06662** |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File an Amended Complaint;

IT IS ORDERED that the Motion is GRANTED, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

This _____ day of _____, 2023.

_____
JUDGE, UNITED STATES DISTRICT COURT

1