MINUTE ENTRY
MILAZZO, J.
JULY 11, 2023

JS-10: 03:47

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO:<br>All Cases Listed | | |

### MINUTE ENTRY – SHOW CAUSE HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:     Sherry Adams
COURT REPORTER:   Nichelle Wheeler
LAW CLERK:        Natalie Earles

On July 11, 2023, the Court held a show cause hearing. Certain participants appeared in person: Palmer Lambert for Plaintiffs; and Nicholas Insogna, Kelly Brilleaux, Julie Callsen, Brenda Sweet, and Brandon Hoerl, for Defendants. Other participants appeared by video and by telephone.

**IT IS ORDERED** that the cases listed on the attached "Statement of No Defense, Declaration of No Contact, and Stipulation of Dismissal List" are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel.

**IT IS FURTHER ORDERED** that the cases listed on the Dismissal List are **DISMISSED WITH PREJUDICE** for the reasons stated on the record.



## Statement of No Defense, Declaration of No Contact, and Stipulation of Dismissal List

| # | Last Name | First Name | MDL Docket No. | Plaintiff's Counsel | Docket |
|---|---|---|---|---|---|
| 1 | Vermilyer | Diana | 17-cv-15110 | Atkins & Markoff | 16043 (Statement of No Defense) |
| 2 | Burton | June | 17-cv-14810 | Baron & Budd | 16095 (Stipulation of Dismissal) |
| 3 | Edge | Jacquelyn | 18-cv-08311 | Brown & Crouppen | 15928 (Statement of No Defense) |
| 4 | Burns | Joyce | 17-cv-05705 | Davis & Crump, PC | 16062 (Declaration of No Contact) |
| 5 | Fowler | Linnie | 17-cv-13977 | Davis & Crump, PC | 16063 (Declaration of No Contact) |
| 6 | Rankins | Ina | 17-cv-14999 | Davis & Crump, PC | 16061 (Declaration of No Contact) |
| 7 | McGee | Friella | 17-cv-13831 | Gomez Trial Attorneys | 16045 (Statement of No Defense) |
| 8 | Bynum | Hilda | 18-cv-03098 | Hissey, Mulderig & Friend, PLLC | 16049 (Declaration of No Contact) |
| 9 | Cobren | Amber | 17-cv-17331 | Hissey, Mulderig & Friend, PLLC | 16050 (Declaration of No Contact) |
| 10 | Leavell | Delois | 18-cv-03322 | Hissey, Mulderig & Friend, PLLC | 16051 (Statement of No Defense) |
| 11 | Benson | Maureen | 17-cv-14074 | Hodes Milman Liebeck, LLP | 16030 (Declaration of No Contact) |
| 12 | Buckley | Paula | 18-cv-11313 | Johnson Law Group | 16014 (Statement of No Defense) |
| 13 | Griffin | Janis | 17-cv-10018 | Johnson Law Group | 16035 (Statement of No Defense) |
| 14 | Hess | Lori | 17-cv-12373 | Johnson Law Group | 16015 (Statement of No Defense) |
| 15 | Hoverman | Lorraine | 18-cv-02038 | Johnson Law Group | 16010 (Statement of No Defense) |
| 16 | Loccisano | Catherine | 17-cv-12354 | Johnson Law Group | 16011 (Statement of No Defense) |

| | | | | | |
|---|---|---|---|---|---|
| 17 | Osley | Danielle | 17-cv-11116 | Johnson Law Group | 16012 (Statement of No Defense) |
| 18 | Wooden | Gail | 17-cv-11206 | Johnson Law Group | 16013 (Statement of No Defense) |
| 19 | Martin | Annette | 20-cv-03172 | Kirtland & Packard LLP; The Carlson Law Firm | 15076 (Declaration of No Contact) |
| 20 | Dotson | Mary | 18-cv-00722 | McGartland Law Firm | 16074 (Statement of No Defense) |
| 21 | Auwater | Cindy | 17-cv-17221 | Nachawati Law Group | 16052 (Stipulation of Dismissal) |
| 22 | Biddix | Melda | 17-cv-10301 | Watts Guerra, LLP | 16057 (Stipulation of Dismissal) |
| 23 | Long | Magdalene | 17-cv-14459 | Brown & Crouppen | 16138 (Statement of No Defense) |
| 24 | Howard | Lorraine | 17-cv-12992 | Maher Law Firm | 16121 (Statement of No Defense) |
| 25 | McNeal | Opal | 16-cv-17919 | Maher Law Firm | 16123 (Statement of No Defense) |
| 26 | Lawson | Daisy | 18-cv-06035 | Morris Bart | 16116 (Statement of No Defense) |
| 27 | Moore | Loretta | 16-cv-15842 | Morris Bart | 16117 (Statement of No Defense) |
| 28 | Myles | Lillian | 18-cv-06100 | Morris Bart | 16131 (Statement of No Defense) |
| 29 | Bodden | Janet | 16-cv-15609 | Morris Bart | 16149 (Stipulation of Dismissal) |

## Dismissal List

| #  | Plaintiff Counsel           | Plaintiff Name        | MDL Case No.  |
|----|-----------------------------|-----------------------|---------------|
| 1  | Bachus & Schanker           | Barnett, Leora        | 17-cv-09932   |
| 2  | Bachus & Schanker           | Barnwell, Jemeta      | 17-cv-07804   |
| 3  | Bachus & Schanker           | Leinweber, Bernice    | 18-cv-12522   |
| 4  | Bachus & Schanker           | Paden, Ida            | 17-cv-09607   |
| 5  | Brent Coon & Assoc.         | Daniels, Aquaquenetta | 17-cv-11152   |
| 6  | Cutter Law PC               | Jones, Mary           | 18-cv-13222   |
| 7  | Johnson Becker              | Campbell, Valerie     | 17-cv-05191   |
| 8  | Michael Hingle & Associates | Smith, Blynda         | 17-cv-00617   |
| 9  | Powers Santola LLP          | Downs, Mary           | 17-cv-01106   |
| 10 | Reich and Binstock          | Figley, Dawn          | 17-cv-17112   |
| 11 | Shaw Cowart LLP             | Craig, Patricia       | 17-cv-09569   |
| 12 | The Gori Law Firm           | Cooke, Helen          | 20-cv-02368   |
| 13 | Zoll & Kranz                | Potter, Deanna        | 17-cv-13759   |
| 14 | Zoll & Kranz                | Tabron, Virginia      | 17-cv-01729   |
| 15 | Gibbs Law Group LLP         | Litton, Ramona        | 17-cv-11952   |
| 16 | Gibbs Law Group LLP         | Neace, Lesa           | 17-cv-11518   |

| | | | |
|---|---|---|---|
| 17 | Williams Hart Boundas Easterby | Whitted, Emma | 18-cv-00312 |
| 18 | Finson Law Firm | Manley, Anita | 17-cv-15607 |
| 19 | Finson Law Firm | Schoenbeck, Janet | 17-cv-15790 |
| 20 | Atkins & Markoff | Whittaker, Kim | 17-cv-15171 |
| 21 | Johnson Law Group | Harrison, Karen | 17-cv-12950 |
| 22 | Johnson Law Group | Riley, Anne | 17-cv-10081 |
| 23 | Morris Bart | Barnett, Shirley | 18-cv-06186 |
| 24 | Bachus & Schanker | Graves, Diana | 18-cv-11901 |
| 25 | Bachus & Schanker | Jones, Jewel | 16-cv-17136 |
| 26 | Bachus & Schanker | Thompson, Cindy | 16-cv-17194 |
| 27 | Bachus & Schanker | Patrick, Jo Ann | 16-cv-17036 |