# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES ON EXHIBIT A | : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## ORDER DISMISSING CASES SUBJECT TO JULY 11, 2023 SHOW CAUSE HEARING WHO DID NOT INTEND TO APPEAR

In accordance with this Court's May 9, 2023 Order on Deadlines for July 11, 2023 Hearing ("Order to Show Cause," Rec. Doc. 15818), Defendants have submitted a list of Plaintiffs whose claims are subject to dismissal due to their inability to determine Product ID Information pursuant to CMO 12A and the Addendum to CMO 12A. *See Defendants' Notice of Non-Compliance Cases Subject to July 11, 2023 Dismissal Call Docket*, June 27, 2023, Rec. Doc. 16023.

As contemplated by the Order to Show Cause (Rec. Doc. 15818), Plaintiffs listed on the attached Exhibit A notified Plaintiffs' Co-Liaison Counsel and/or Defendants' Counsel that they did not intend to appear at the Show Cause Hearing set for July 11, 2023 as Plaintiffs have been unable to obtain product identification. These Plaintiffs have adopted the general arguments urged by the PSC. Accordingly,

Plaintiffs' claims listed on Exhibit A should be dismissed with prejudice pursuant to this Court's Order.

Therefore, **IT IS SO ORDERED** that the cases listed in the attached Exhibit A are **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, on this 20th day of July, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

# Exhibit A

|  | Plaintiff Counsel | Plaintiff Name | MDL Case No. |
|---|---|---|---|
| 1 | Allan Berger & Assoc. | Lirette, Joan | 17-cv-04897 |
| 2 | Allan Berger & Assoc. | Rohli, Brenda | 16-cv-14526 |
| 3 | Andrews & Thornton | Leach, Jayna | 17-cv-16924 |
| 4 | Bachus & Schanker | Benjamin, Clemintene | 17-cv-10293 |
| 5 | Bachus & Schanker | Johnson, Janice | 19-cv-12235 |
| 6 | Bailey & Greer PLLC | Cox, Danielle | 18-cv-13323 |
| 7 | Carey Danis & Lowe | Brown, Denise | 18-cv-13403 |
| 8 | Cutter Law | Bazil-Simeon, Anne Marie | 18-cv-09679 |
| 9 | Cutter Law | Matthews, Demille | 17-cv-16761 |
| 10 | Davis & Crump | Brick, Laurie | 18-cv-03025 |
| 11 | Davis & Crump | Kelley, Shannon | 18-cv-11289 |
| 12 | Gibbs Law Group LLP | Price, Mary | 17-cv-13646 |
| 13 | Johnson Law Group | Laymon, Rita | 17-cv-11239 |
| 14 | Kirtland & Packard LLP | Kaminski, Sidnee | 17-cv-16109 |
| 15 | Kirtland & Packard LLP | Smith, Johnie | 16-cv-16951 |
| 16 | Kirtland & Packard LLP | Willis, Evelyn | 17-cv-11408 |
| 17 | Law Office of A. Craig Eiland | Ward, Thressa | 17-cv-16646 |
| 18 | Marc J. Bern & Partners LLP | Fox, Vivian | 18-cv-14134 |
| 19 | Marc J. Bern & Partners LLP | Jones, Valerie | 19-cv-10778 |
| 20 | Marc J. Bern & Partners LLP | Minor, Viana | 19-cv-00037 |
| 21 | McDonald Worley | Shanks, Dawn | 19-cv-00752 |
| 22 | McEwen Law Firm, Ltd. | Jones, Joann | 17-cv-12801 |
| 23 | Morris Bart | Bantz, Sherrye | 17-cv-05915 |
| 24 | Morris Bart | Broussard, Tammy | 16-cv-15394 |
| 25 | Morris Bart | Hebert, Gloria | 16-cv-15469 |
| 26 | Morris Bart | McCall, Patricia | 16-cv-15470 |
| 27 | Morris Bart | Perrin, Judy | 16-cv-15840 |
| 28 | Morris Bart | Webre, Hedy | 16-cv-15674 |
| 29 | Nachawati Law | Cantrell, Donna | 19-cv-00046 |
| 30 | Nachawati Law | Dodson, Faye | 20-cv-02959 |
| 31 | Nachawati Law | Laskey, Shirley | 21-cv-01644 |
| 32 | Nachawati Law | Mcgovern, Veronica | 21-cv-01641 |
| 33 | Nachawati Law | Phillips, Ella | 21-cv-00849 |

|    | **Plaintiff Counsel**     | **Plaintiff Name**  | **MDL Case No.** |
|----|---------------------------|---------------------|------------------|
| 34 | Nachawati Law             | Ward, Sue D.        | 18-cv-13770      |
| 35 | Pulaski Law Firm, PLLC    | Filipski, Ann       | 17-cv-15235      |
| 36 | Pulaski Law Firm, PLLC    | Rivera, Yolanda     | 17-cv-02906      |
| 37 | Reich and Binstock, LLP   | Lamorte, Mimoza     | 17-cv-12645      |
| 38 | The Carlson Law Firm      | Wortham, Mildred    | 17-cv-12728      |
| 39 | The Murray Law Firm       | Stillwell, Tabatha  | 18-cv-05950      |

***