STATE OF CALIFORNIA
COUNTY OF SISKIYOU

Declaration of Peter Pappas, Successor In Interest Pursuant to CCP §377.32.

I, Peter Pappas, declare:

1. I am over the age of 18 years and I am the surviving husband of the decedent Patricia Pappas.

2. I make this declaration pursuant to the Code of Civil Procedure Section §377.32 to allow me to commence any and all actions related to the decedent's exposure to TDF Medications which survive his death.

3. The name of the decedent is Patricia Pappas.

4. The decedent died in Siskiyou County, CA, California on November 11, 2021.

5. No proceeding is now pending in California for the administration of the decedent's estate.

6. I am the decedent's successor-in-interest (as defined in §377.32 of the California Code of Civil Procedure) and succeed to the decedent's interest in this action.

7. No other person has a superior right to commence this action.

8. A certified copy of the decedent's death certificate is attached.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on July 7, 2023 in Siskiyou County, CA.

_Peter Pappas_

Peter Pappas

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

**OFFICE OF RECORDER**

# COUNTY OF SISKIYOU
YREKA, CALIFORNIA

**CERTIFICATE OF DEATH** — 3202147000538

| Field | Value |
|---|---|
| 1. Name of Decedent—First | PATRICIA |
| 2. Middle | ANN |
| 3. Last (Family) | PAPPAS |
| 4. Date of Birth | 08/22/1935 |
| 5. Age | 86 |
| 6. Sex | F |
| 9. Birth State/Foreign Country | IL |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 11/11/2021 |
| 8. Hour | 1657 |
| 13. Education | BACHELOR |
| 16. Decedent's Race | WHITE |
| 17. Usual Occupation | NURSE |
| 18. Kind of Business or Industry | HEALTHCARE |
| 19. Years in Occupation | 12 |
| 20. Decedent's Residence | 16157 ROCKWOOD PLACE |
| 21. City | WEED |
| 22. County | SISKIYOU |
| 23. Zip | 96094 |
| 24. Years in County | 12 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | SHELLY PAPPAS, DAUGHTER IN LAW |
| 27. Informant's Mailing Address | PO BOX 236, WEED, CA 96094 |
| 28. Name of Surviving Spouse—First | PETER |
| 29. Middle | STANLEY |
| 30. Last (Birth Name) | PAPPAS |
| 31. Name of Father/Parent—First | JAMES |
| 32. Middle | W. |
| 33. Last | MALETTE |
| 34. Birth State | USA-UNK |
| 35. Name of Mother/Parent—First | LOIS |
| 36. Middle | J. |
| 37. Last (Birth Name) | WELTY |
| 38. Birth State | USA-UNK |
| 39. Disposition Date | 11/24/2021 |
| 40. Place of Final Disposition | PETER PAPPAS, 16157 ROCKWOOD PLACE, WEED, CA 96094 |
| 41. Type of Disposition | CREMATE/RESIDENCE |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | GIRDNER FUNERAL CHAPEL |
| 45. License Number | FD201 |
| 46. Signature of Local Registrar | CRAIG S. KAY |
| 47. Date | 11/18/2021 |
| 101. Place of Death | MERCY MEDICAL CENTER MT. SHASTA |
| 102. If Hospital | F |
| 104. County | SISKIYOU |
| 105. Facility Address | 914 PINE ST |
| 106. City | MOUNT SHASTA |
| 107. Cause of Death — Immediate Cause | COVID 19 PNEUMONIA |
| Interval | DAY |
| 108. Death Reported to Coroner | NO |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | NO |
| 112. Other Significant Conditions | VALVULAR HEART DISEASE |
| 113. Was Operation Performed | NO |
| 114. Physician Certification — Decedent Attended Since | 11/08/2021 |
| Decedent Last Seen Alive | 11/11/2021 |
| 115. Signature and Title of Certifier | SEAN DEREK MALEE, MD |
| 116. License Number | A62028 |
| 117. Date | 11/17/2021 |
| 118. Attending Physician's Name, Mailing Address | SEAN DEREK MALEE, MD, 231 VILLA RD, MOUNT SHASTA, CA 96067 |

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SISKIYOU

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Siskiyou County Assessor-Recorder.

DATE ISSUED: 11/19/2021     Page 1 of 1

ALYSSHA SILFIES





CRAIG S. KAY
SISKIYOU COUNTY ASSESSOR-RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder.

*000087392*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE