**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) **PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**
   *Patricia Pappas v. Sanofi U.S. Services, Inc., et al.;*
   *Civil Action No. 2:19-cv-14608*

## ORDER SUBSTITUTING PARTY

Considering Plaintiff Patricia Pappas's Motion to Substitute Party.

IT IS HEREBY ORDERED that Plaintiff's Motion to Substitute Party in GRANTED, and Peter Pappas, as Successor-In-Interest, is substituted as Plaintiff in the above-referenced action.

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE