## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>SUZETTE GENTIS v. Sanofi-Aventis U.S. LLC | Civil Action No.: 2:17-cv-14339-JTM-MBN |

# NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Milazzo on August 16, 2023, at 9:30 a.m.

Dated July 21, 2023.

                                                */s/ Daniel P. Markoff*
                                                Daniel P. Markoff
                                                Atkins and Markoff
                                                9211 Lake Hefner Parkway
                                                Oklahoma City, OK 73129
                                                405-607-8757
                                                Dmarkoff@atkinsandmarkoff.com

                                                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 21, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

               *s/Daniel P. Markoff*
               Daniel P. Markoff