**EXHIBIT A**

| Name(s) | Case No. |
|---|---|
| Corey-Williams, Dorian | 2:19-cv-08824 |
| Corkran, Cheryl | 2:19-cv-12109 |
| Cox, Dorothy | 2:19-cv-12587 |
| Dixon, Carolyn | 2:20-cv-01378 |
| Donnell, Diana | 2:19-cv-12828 |
| Fountain, Erica | 2:19-cv-12365 |
| Gibbs, Stacey | 2:19-cv-12528 |
| James, Lillian | 2:19-cv-13341 |
| Johnson, Sharon | 2:19-cv-12224 |
| Lopez, Diana | 2:19-cv-11891 |
| McCrackin, Crystal | 2:19-cv-11779 |
| McGuire, Sandra | 2:19-cv-11994 |
| Riley, Sheri | 2:19-cv-13373 |
| Roy, Inez | 2:19-cv-11315 |
| Sledge, Lisa | 2:20-cv-02749 |
| Wilson, Lisa | 2:20-cv-00496 |