IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Donna Bridgers,* Case No. 2:18-cv-05437 | |

## PLAINTIFF'S OPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint be filed as of the date of this motion.

Dated: July 25, 2023

                                                 Respectfully submitted,
                                                 /s/ Joseph Saunders
                                                 SAUNDERS & WALKER, P.A
                                                 Joseph H. Saunders, Esq.
                                                 3491 Gandy Blvd N. Ste. 200
                                                 Pinellas Park, FL
                                                 Telephone: (727) 579-4500
                                                 Facsimile: (727) 577-9696
                                                 Email: joe@saunderslawyers.com
                                                 *Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 25, 2023

                                                    /s/ Joseph Saunders
                                                  Joseph H. Saunders, Esq.