UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| THE CASES LISTED ON THE Plaintiff Name: <u>Donna S. Bridgers</u> | MAG. JUDGE NORTH |
| Case Number: <u>2:18-cv-05437</u> | |

**OPPOSED MEMORADUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

COMES NOW Plaintiff Donna S. Bridgers, by and through her undersigned counsel, pursuant to Federal Rules of Civil 15(A)(2), respectfully moves the Court for leave to amend her Short Form Complaint filed in this action. Plaintiff's original Complaint was filed in the Eastern District of Louisiana on May 30, 2018 (*Bridgers v. Sanofi-Aventis U.S. LLC et al* Case No. 2:18-cv-05437).

The court should freely give leave to file an amended complaint when justice so requires. Fed. R. Civ. P. 15(A)(2). Plaintiff avers that justice requires an amendment in this case. Plaintiff claims that Hospira, Inc. was the manufacturer or seller of her docetaxel chemotherapy and that she was not aware of that when she originally filed her lawsuit. Plaintiff wishes to amend her complaint to include Hospira, Inc. as a Defendant. Plaintiff would also like to remove Sanofi US Services Inc. f/aka Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC, as Defendants. Plaintiff's proposed amendment would reflect this change.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense Counsel

via email on 06/26/2023. We did not receive a response from Defendants Sanofi-Aventis U.S. LLC or Hospira, Inc. Plaintiff by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint be filed as of the date of this motion.

Dated: July 25, 2023

    Respectfully submitted,
    /s/ Joseph Saunders
    SAUNDERS & WALKER, P.A
    Joseph H. Saunders
    3491 Gandy Blvd N. Ste. 200
    Pinellas Park, FL
    Telephone: (727) 579-4500
    Facsimile: (727) 577-9696
    Email: joe@saunderslawyers.com

    *Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 25, 2023

                                                  <u>/s/ Joseph Saunders</u>
                                                  Joseph Saunders