# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Donna Bridgers,* Case No. 2:18-cv-05437 | |

## NOTICE OF SUBMISSION

TO: ALL COUNSE OF RECORD

PLEASE TAKE NOTICE that Plaintiff's Motion for leave to file an amended complaint will come before the Court for submission on July 25, 2023.

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: July 25, 2023

/s/ Joseph Saunders
Joseph H. Saunders, Esq.