**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | HON. JANE TRICHE MILAZZO |
| *Willie Manuel v. Accord, et al.* Civil Action No.: 2:17-cv-04829 | |

_____

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Defendants sanofi-aventis U.S. LLC, and Sanofi US Services Inc. hereby oppose Plaintiff's

Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 16164) for the reasons stated

in Defendants' Letter Brief in Opposition to Untimely Motions for Leave to File Amended

Complaint and in Support of Dismissal (July 14, 2023).[1]

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART
MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

-and-

_____

[1] *See also* Hr'g Tr 98:21-99:5 (July 11, 2013).

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and
Sanofi U.S. Services Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of

the Court using the ECF system which sent notification of such filing to all counsel of record.

<u>/s/ *Douglas J. Moore*</u>
Douglas J. Moore

2