UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *Rosemary Calkins et al. v. Sanofi US LLC* Civil Action No.: 2:17-cv-11188 | HON. JANE TRICHE MILAZZO |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Defendants sanofi-aventis U.S. LLC, and Sanofi US Services Inc. ("Sanofi defendants") hereby oppose Plaintiff's Motion for Leave to File Amended Short Form Complaint (Rec. Doc. 16033) to the extent sanofi-aventis U.S. LLC and Sanofi US Services, Inc. would be named defendants in Plaintiff's proposed Amended Short Form Complaint (Rec. Doc. 16033-2). There is no justification to name Sanofi defendants here, where Plaintiff asserts that she received Hospira docetaxel for all six cycles of her docetaxel treatment, and seeks to amend her complaint in reliance on evidence of the same.[1] Sanofi further opposes for the reasons stated in Sanofi's Response in Opposition to Plaintiff's Show Cause Response on Innovator Liability Under California Law.[2]

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART
MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

-and-

---

[1] *See* Rec. Doc. 16033, Plf.'s Mot. For Leave to File Amended Short Form Comp., at 3.

[2] Rec. Doc. 14398.

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                     /s/ *Douglas J. Moore*
                                     Douglas J. Moore