BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                  SECTION "H" (5)

THIS DOCUMENT RELATES TO:          HON. JANE T. MILAZZO
*Gonzales et al v. Sanofi S.A. et al*
Case No. 2:17-cv-13047

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Malinda Gonzales files this Suggestion of Death upon the Record in the above referenced case. Ms. Gonzales died on or about May 2, 2023, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: July 26, 2023                                        Respectfully submitted,

                                                                                             GOMEZ TRIAL ATTORNEYS

                                                                                             */s/Lindsay R. Stevens*
                                                                                John H. Gomez (CA Bar # 171485) T.A.
                                                                                Lindsay R. Stevens (CA Bar # 256811)
                                                                                755 Front Street
                                                                                San Diego, CA 92101
                                                                                Telephone: (619) 237-3490
                                                                                Facsimile: (619) 237-3496
                                                                                *john@thegomezfirm.com*
                                                                                *lstevens@thegomezfirm.com*

                                                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                        */s/ Lindsay R. Stevens*
                                        Lindsay R. Stevens (CA Bar # 256811)
                                        GOMEZ TRIAL ATTORNEYS
                                        755 Front Street
                                        San Diego, CA 92101
                                        Telephone: (619) 237-3490
                                        Facsimile: (619) 237-3496
                                        lstevens@thegomezfirm.com