MINUTE ENTRY
JULY 27, 2023

JS-10: 02:05

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO:<br>16-15607, 16-15859, 16-15397, 18-3857,<br>16-17410, 18-7702, 16-17144, 16-15283,<br>17-7918, 16-16635, 17-5923, 18-11728,<br>17-10817, 17-11769, 18-9799. | | |

### MINUTE ENTRY – BILL OF COSTS STATUS CONFERENCE
*Carol L. Michel, Clerk of Court*

CASE MANAGER:      Sherry Adams
LAW CLERK:              Natalie Earles

On July 27, 2023, the Clerk of Court held a status conference on the pending Bill of Costs and Motions for Taxation. Certain participants appeared in person: Palmer Lambert for Plaintiffs; and Evan Holden, Douglas Moore, and Jordan Baehr, for Defendants. Other participants appeared by video and by telephone. Counsel and the Clerk discussed a number of Bill of Cost issues.

As discussed at the conference, the parties are to advise the Clerk of Court no later than **August 1, 2023,** if any issues relating to the pending Bills of Costs and Motions for Taxation are able to be resolved by the parties.

If these matters cannot be resolved, written briefing is due to the Clerk of Court no later than **August 11, 2023,** on the issues identified by the Clerk and any responses or replies are due no later than **August 18, 2023.**

**IT IS ORDERED** that the following Bill of Costs motions are **DENIED AS MOOT/WITHDRAWN:** Barbara Earnest 16-17144 (Doc. 8340); Alice Hughes 17-11769 (Doc. 12795); Juanita Greer 18-11728 (Doc. 12229); and Emma Willie 18-3857 (Doc. 12725).

Signed in New Orleans, Louisiana this 27th day of July, 2023.

_____
CAROL L. MICHEL
CLERK OF COURT, USDC, EDLA