IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO.16-2740 |
| | Section H (5) |
| | THIS DOCUMENT RELATES TO: |
| | **Smith v. Sanofi et al. 17-CV-00617** |

## NOTICE OF APPEAL

COMES NOW Blynda Smith, Plaintiff in the above-named case, through the undersigned counsel, who files her Notice of Appeal for the purpose of appealing to the United States Court of Appeals for the Fifth Circuit from the July 11, 2023 Order of the United States District Court of the Eastern District of Louisiana dismissing Plaintiff's claims with prejudice for failure to comply with Case Management Order 12A which was entered into the record of MDL No. 16-2740 (Rec. Doc. 16200) on July 11, 2023.

Date: July 27, 2023

Respectfully submitted,

**MARTZELL, BICKFORD & CENTOLA**

*/S/ Lawrence J. Centola, III*
LAWRENCE J. CENTOLA, III (#27402)
JASON Z. LANDRY (#33932)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:     (504) 581-9065
Facsimile:     (504) 581-7635
Email:          lcentola@mbfirm.com
                jzl@mbfirm.com
**Counsel for Plaintiff, Blynda Smith**

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2023, I electronically filed the foregoing Notice of Appeal with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2740, on this 27th day of July, 2023.

*/S/ Lawrence J. Centola, III*
**LAWRENCE J. CENTOLA, III (#27402)**