UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

Section "H" (5)

JUDGE JANE TRICHE MILAZZO
Magistrate Judge Michael North

This document relates to:
PATRICIA ALLEMAND
Civil Action No. 2:17-cv-7264

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND COUNSEL OF RECORD**, please take notice that, undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the Court of the death of Plaintiff Patricia Allemand. A Motion to Substitute Party will be filed with the Court.

Dated: July 28, 2023                 Respectfully submitted,

                                             */s/ Daniel K. Bryson*
                                             Daniel K. Bryson
                                             NC Bar No.: 15781
                                             J. Hunter Bryson
                                             NC Bar No.: 50602
                                             MILBERG COLEMAN BRYSON
                                             PHILLIPS GROSSMAN, PLLC
                                             900 W. Morgan Street
                                             Raleigh, NC 27603
                                             Telephone: 919-600-5000
                                             Facsimile: 919-600-5035
                                             Email: dbryson@milberg.com
                                             Email: hbryson@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 28th day of July 2023.

                                              */s/ Daniel K. Bryson*
                                              Daniel K. Bryson