UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| _____ | : : | SECTION "N" (5) JUDGE MILAZZO |
| Ada Coleman , | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | **SUGGESTION OF DEATH** |
| vs. | : : | Civil Action No.: 2:17-cv-14032 |
| Sanofi U.S. Services, Inc., et al., | : : | |
| Defendants. | : : | |
| ------------------------------------------------------------ | : | |

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court and all attorneys of record of the death of Plaintiff Ada Coleman on or about February 14, 2021.

Dated this 28th day of July, 2023.

                                                          DAVIS & CRUMP, P.C.

                                                           /s/ Trevor B. Rockstad
                                                           Trevor B. Rockstad
                                                           MS Bar No. 103614
                                                           2601 14th Street
                                                           Gulfport, Mississippi 39501
                                                           Phone: 228-863-6000
                                                           Fax: 228-864-0907
                                                           trevor.rockstad@daviscrump.com

                                                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 28th, 2023, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
