## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| Denise Williams, | |
| Plaintiff(s), | |
| | Civil Action No.: 2:17-cv-16621 |
| vs. | |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., | |
| Defendant(s). | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Denise Williams

Dated: July 31, 2023

/s/ Rhett A. McSweeney
Rhett A. McSweeney
David M. Langevin
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: rachel@westrikeback.com
filing@westrikeback.com
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: July 31, 2023                                          /s/ Rhett A. McSweeney_____
                                                                            Rhett A. McSweeney
                                                                                  **Attorney for Plaintiff**