UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Joyce Whitlow, 2:17-cv-12930* | * * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

******************************************

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Eddie Whitlow, who respectfully moves this Court for an order substituting Eddie Whitlow as party plaintiff for Joyce Whitlow, his deceased wife for the following reasons:

1.

The above captioned lawsuit was filed on November 21, 2017 on behalf of Joyce Whitlow.

2.

Joyce Whitlow passed away on November 29, 2022 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Eddie Whitlow, on July 31, 2023 (Exhibit A).

3.

Eddie Whitlow, as surviving spouse of Joyce Whitlow, is the proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Eddie Whitlow has the proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Eddie Whitlow respectfully requests that he be substituted as party plaintiff on behalf of Joyce Whitlow, his deceased wife.

Dated: July 31, 2023				Respectfully submitted,

				*/s/ M. Palmer Lambert*
				M. Palmer Lambert (Bar No. 33228)
				**PENDLEY, BAUDIN & COFFIN**
				1100 Poydras Street, Suite 2225
				New Orleans, Louisiana 70163
				Tel: (504) 355-0086
				Fax: (504) 355-0089
				Email: plambert@pbclawfirm.com

				*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

				*/s/ M. Palmer Lambert*
				**M. PALMER LAMBERT**