# Exhibit A

# COMMONWEALTH OF KENTUCKY

## REGISTRAR OF VITAL STATISTICS
## CERTIFIED COPY

7024853

**KENTUCKY CERTIFICATE OF DEATH**

116 202250191

Case #: E202212020177

| 1a. DECEDENT'S LEGAL NAME (First, Middle, Last) (Include AKA's if any) | 1b. IF FEMALE, DECEDENT'S LAST NAME PRIOR TO FIRST MARRIAGE | 2. SEX |
|---|---|---|
| JOYCE DEAN WHITLOW | SHARP | FEMALE |

| 3. ACTUAL OR PRESUMED DATE OF DEATH (Month/Day/Year) (Spell Month) | 4. SOCIAL SECURITY NUMBER | 5a. AGE-LAST BIRTHDAY (Years) | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 1 DAY Hours / Minutes | 6. DATE OF BIRTH (MM/DD/YYYY) | 7. COUNTY OF DEATH |
|---|---|---|---|---|---|---|
| November 29, 2022 | 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 | 74 | | | 10/24/1948 | BARREN |

| 8. PLACE OF DEATH (Check only one): HOSPITAL: ☐ Inpatient ☐ ER/Outpatient ☐ Dead on Arrival OTHER: ☐ Hospice Facility ☐ Nursing Home/Long Term Care Facility ☒ Decedent's Residence ☐ Other (Specify) |
|---|

| 9. FACILITY NAME (If not institution, give street and number) | 10. CITY OR TOWN, STATE AND ZIP CODE |
|---|---|
| 294 FOX RIDGE ROAD | GLASGOW, KY 42141 |

| 11. BIRTHPLACE (City and State or Foreign Country) | 12. MARITAL STATUS | 13. SURVIVING SPOUSE (If wife, give name prior to first marriage) |
|---|---|---|
| GLASGOW, KENTUCKY | ☒ Married ☐ Married but Separated ☐ Widowed ☐ Divorced ☐ Never Married ☐ Unknown | EDDIE WHITLOW |

| 14. DECEDENT'S USUAL OCCUPATION (Kind of work done during most of working life.) (Do not use retired) | 15. KIND OF BUSINESS/INDUSTRY | 16. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|
| OWNER OPERATOR | FURNITURE STORE | ☐ Yes ☒ No |

| 17a. RESIDENCE - State | 17b. COUNTY | 17c. CITY OR TOWN | 17d. STREET AND NUMBER | 17e. ZIP CODE | 17f. INSIDE CITY LIMITS? |
|---|---|---|---|---|---|
| KENTUCKY | BARREN | GLASGOW | 294 FOX RIDGE ROAD | 42141 | ☐ Yes ☒ No |

| 18. DECEDENT'S EDUCATION | 19. DECEDENT OF HISPANIC ORIGIN? | 20. DECEDENT'S RACE |
|---|---|---|
| ☐ 8th Grade or Less ☐ 9th -12th Grade; No Diploma ☐ High School Graduate or GED Completed ☐ Some College Credit but No Degree ☒ Associates Degree (e.g., AA, AS) ☐ Bachelor's Degree (e.g., BA, AB, BS) ☐ Master's Degree (e.g., MA, MS, MEng, MEd, MSW, MBA) ☐ Doctorate (e.g., PhD, EdD) or Professional Degree (e.g., MD, DDS, DVM, LLB, JD) | ☒ No, not Spanish/Hispanic/Latino ☐ Yes, Mexican, Mexican American, Chicano ☐ Yes, Puerto Rican ☐ Yes, Cuban ☐ Yes, other Spanish/Hispanic/Latino (Specify) _____ | ☒ White ☐ Black or African American ☐ Native Hawaiian ☐ Asian Indian ☐ Chinese ☐ Filipino ☐ Japanese ☐ Guamanian or Chamorro ☐ Korean ☐ Vietnamese ☐ Samoan ☐ Other Asian (Specify) _____ ☐ Other Pacific Islander (Specify) _____ ☐ American Indian or Alaska Native (Name of the enrolled or principal tribe) _____ ☐ Other (Specify) _____ |

| 21. FATHER'S NAME (First, Middle, Last) | 22. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (First, Middle, Last) |
|---|---|
| MELROSE LEE SHARP | DORIS CREEK |

| 23a. INFORMANT'S NAME | 23b. RELATIONSHIP TO DECEDENT | 23c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| EDDIE WHITLOW | SPOUSE | 294 FOX RIDGE ROAD, GLASGOW, KY 42141 |

| 24. METHOD OF DISPOSITION (Check only one): ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from State ☐ Other (Specify) | 25. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 26. LOCATION - City, Town, and State |
|---|---|---|
| | GLASGOW MUNICIPAL CEMETERY | GLASGOW, KY |

| 27. SIGNATURE OF FUNERAL SERVICE LICENSEE (Or person acting as such) | DATE SIGNED (MM/DD/YYYY) | 28. KY LICENSE NUMBER (of licensee) | 29. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY |
|---|---|---|---|
| KEVIN L BEATY (Must Use Blue/Black Ink) Electronic signature is legally acceptable pursuant to KRS 369.107 & KRS 369.118 | 12/04/2022 | 4846 | A. F. CROW & SON FUNERAL HOME, INC. 201 E. WASHINGTON ST GLASGOW, KY 42141 |

| 30. DATE PRONOUNCED DEAD (MM/DD/YYYY) | 31. ACTUAL OR PRESUMED TIME OF DEATH | 32. WAS MEDICAL EXAMINER OR CORONER CONTACTED? |
|---|---|---|
| 11/29/2022 | 1641 | ☒ Yes ☐ No |

**CAUSE OF DEATH**

| 33. PART I. Enter the chain of events - diseases, injuries, or complications - that caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on each line. | Approximate Interval Between Onset and Death |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) -> a. PROBABLE PULMONARY EMBOLI | UNKNOWN MINUTE(S) |
| DUE TO (OR AS A CONSEQUENCE OF): Sequentially list conditions, if any, leading to the cause listed on line a. b. CA OF BREAST | UNKNOWN YEAR(S) |
| DUE TO (OR AS A CONSEQUENCE OF): Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST c. | |
| DUE TO (OR AS A CONSEQUENCE OF): d. | |

| PART II. Enter other significant conditions contributing to death, but not resulting in the underlying cause given in Part I | 34. MANNER OF DEATH |
|---|---|
| | ☒ Natural ☐ Accident ☐ Homicide ☐ Pending Investigation ☐ Suicide ☐ Could not be Determined |

| 35. WAS AN AUTOPSY PERFORMED? ☐ Yes ☒ No | 37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☐ Probably ☒ No ☐ Unknown | 38. IF FEMALE: ☒ Not pregnant within past year ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Pregnant at time of death ☐ Unknown if pregnant within past year |
|---|---|---|
| 36. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? ☐ Yes ☒ No | | |

| 39. DATE OF INJURY (Month/Day/Year) (Spell Month) | 40. TIME OF INJURY | 41. INJURY AT WORK? ☐ Yes ☐ No | 42. PLACE OF INJURY (e.g., Decedent's home; construction site; restaurant; wooded area) | 43. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other (Specify) |
|---|---|---|---|---|

| 44. DESCRIBE HOW INJURY OCCURRED: | 45. LOCATION OF INJURY (Street and Number, City or Town, State, Zip Code) |
|---|---|

| 46. TO BE COMPLETED BY CERTIFIER: To the best of my knowledge, death occurred at the time, date, and place, and due to cause(s) and manner stated. | 47. DATE CERTIFIED (MM/DD/YYYY) |
|---|---|
| SIGNATURE TIMOTHY O GIBSON (Must Use Blue/Black Ink) Electronic signature is legally acceptable pursuant to KRS 369.107 and KRS 369.118 | 12/07/2022 |

| 48. LICENSE NUMBER | 49. TITLE OF CERTIFIER |
|---|---|
| 723 | CORONER |

| 50. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (ITEM 33) TIMOTHY GIBSON BARREN COUNTY CORONER, 117-3A NORTH PUBLIC SQUARE, GLASGOW, KY 42141 |
|---|

| 51. REGISTRAR'S SIGNATURE *Christina S. Stewart* | 52. DATE FILED (MM/DD/YYYY) 12/08/2022 |
|---|---|

This is to certify that this is a true and correct copy of the certificate of birth, death, marriage or divorce of the person therein named, and that the original certificate is registered at the Kentucky Office of Vital Statistics under the file number shown.

DATE ISSUED   12/08/2022

*Christina S. Stewart*
State Registrar



FORM VS NO. 1-A
(REVISED 06/2015)

DOCUMENT CONTAINS A WATERMARK – HOLD UP TO LIGHT TO VIEW