UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| Blynda Smith<br><br>    Plaintiff, | SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| vs. | **SUGGESTION OF DEATH** |
| SANOFI-AVENTIS U.S. LLC, ET AL.,<br><br>    Defendants. | Civil Action No.: 2:17-cv-00617 |

TO ALL PARTIES AND ATTORNEY OF RECORD, Please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Blynda Smith, on or about August 1st, 2020.

Dated this 1st day of August, 2023.

                                      Respectfully Submitted,

                                      **MARTZELL, BICKFORD & CENTOLA**

                                      */s/ Lawrence J. Centola, III*
                                      **LARRY J. CENTOLA, III (#27402)**
                                      **SCOTT R. BICKFORD (#1165)**
                                      **NEIL F. NAZARETH (#28969)**
                                      **SPENCER R. DOODY (#27795)**
                                      **JASON Z. LANDRY (#33932)**
                                      **JEREMY J. LANDRY (#30588)**
                                      338 Lafayette Street
                                      New Orleans, Louisiana 70130
                                      Telephone: (504) 581-9065
                                      Facsimile: (504) 581-7635

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 1, 2023.

/s/ Lawrence J. Centola, III