UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: Emma Willie 18-3857 | | |

# BILL OF COSTS RULING

On July 27, 2023, the Clerk of Court held a Bill of Cost Status Conference. The Clerk's Minute Entry, Doc. 16220, listed several cases wherein bill of cost motions were to be denied as moot and/or withdrawn. The Minute Entry incorrectly listed case Emma Willie, 18-3857, Doc. 12725, as being withdrawn.

Therefore, the portion of the Clerk's Minute Entry indicating that Emma Willie (18-3857) (Doc. 16220) indicating that Bill of Costs Motion as to Emma Willie 18-3857 (Doc. 12725) is withdrawn is **VACATED** and that Willie's Bill of Costs is still pending for decision.

Signed in New Orleans, Louisiana this 1st day of August, 2023.

_____
CAROL L. MICHEL
CLERK OF COURT