**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Beverly Hill, 2:17-cv-13686* | * | JUDGE JANE TRICHE |
| | * | MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

*********************************************

## SUGGESTION OF DEATH

Harry Hill, husband of Beverly Hill suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Beverly Hill, Plaintiff of record in the above captioned case. Mrs. Hill passed away on March 11, 2023 during the pendency of this action. Mrs. Hill's surviving spouse will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Dated: August 1, 2023                    Respectfully submitted,


                                         */s/ M. Palmer Lambert*
                                         M. Palmer Lambert (Bar No. 33228)
                                         **PENDLEY, BAUDIN & COFFIN**
                                         1100 Poydras Street, Suite 2225
                                         New Orleans, Louisiana 70163
                                         Tel: (504) 355-0086
                                         Fax: (504) 355-0089
                                         Email:  plambert@pbclawfirm.com


                                         *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
**M. PALMER LAMBERT**