UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Sheila Bass                          , | : : | |
| Plaintiff(s), | : : | Civil Action No.: 2:19-cv-13112 |
| vs. | : : : : | |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc.,                                                , | : : | |
| Defendant(s). | : : | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court and all attorneys of record of the death of Sheila Bass.

Dated: August 1, 2023

/s/ Jerry E. Martin
Jerry E. Martin
Barrett Johnston Martin & Garrison, PLLC
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: (615) 244-2202
Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 1, 2023

/s/ Jerry E. Martin
Jerry E. Martin
Barrett Johnston Martin & Garrison, PLLC

*Attorney for Plaintiff*