# Exhibit 1

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                              Civil Action No. 16-MD-2740
                              Section "H"(5)
                              New Orleans, Louisiana
                              November 12, 2021

THIS CASE RELATES TO ELIZABETH KAHN 16-CV-17039
*************************************************************

                       TRANSCRIPT OF JURY TRIAL
             HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                      UNITED STATES DISTRICT JUDGE
                         DAY 4 AFTERNOON SESSION

APPEARANCES:

FOR THE PLAINTIFF:

                              MATTHEW PALMER LAMBERT
                              GAINSBURGH BENJAMIN DAVID MEUNIER
                              & WARSHAUER
                              1100 POYDRAS STREET
                              SUITE 2800
                              NEW ORLEANS, LA 70163


                              CHRISTOPHER COFFIN
                              PENDLEY BAUDIN & COFFIN
                              1515 POYDRAS STREET
                              NEW ORLEANS, LA 70112


                              KAREN BARTH MENZIES
                              GIBBS LAW GROUP
                              400 CONTINENTAL BOULEVARD
                              EL SUGUNDO, CA 90245


                              DARIN L. SCHANKER
                              BACHUS & SCHANKER
                              1899 WYNKOOP STREET
                              SUITE 700
                              DENVER, CO 80202
```

| | | |
|---|---|---|
| 02:00:17PM | 1 | something we have to do to submit -- getting ready to submit |
| 02:00:21PM | 2 | something to the FDA, complying with something post-market or |
| 02:00:25PM | 3 | in litigation cases, obviously, I do a lot of cases where the |
| 02:00:29PM | 4 | issues are around the Code of Federal Regulations and |
| 02:00:32PM | 5 | explaining to a jury, for example, like I'm here today to |
| 02:00:35PM | 6 | talk about how the regulations apply to a prescription drug |
| 02:00:38PM | 7 | and how that impacts issues in the case. |
| 02:00:41PM | 8 | Q. Okay. Do you get compensated for the work you're |
| 02:00:44PM | 9 | doing like you are today? |
| 02:00:45PM | 10 | A. Yes, this is my job. This is what I do every day, |
| 02:00:48PM | 11 | yes. |
| 02:00:48PM | 12 | Q. Testify in court every day or just being a |
| 02:00:52PM | 13 | consultant? I want to make sure we're clear. |
| 02:00:54PM | 14 | A. I get paid for both -- |
| 02:00:54PM | 15 | Q. Okay. |
| 02:00:56PM | 16 | A. So, yes. When I come to court -- I don't do this |
| 02:00:58PM | 17 | every day -- but, yes, I get paid for my time, yes. |
| 02:01:00PM | 18 | Q. Okay. At what rate do you bill us? |
| 02:01:02PM | 19 | A. So, I bill at $300 an hour for the work I do, and |
| 02:01:07PM | 20 | it's the same rate for my regulatory clients as well. |
| 02:01:09PM | 21 | Q. Okay. |
| 02:01:17PM | 22 | MR. MICELI: Your Honor, at this time I would like to |
| 02:01:19PM | 23 | tender Dr. Plunkett as an expert in the area of regulatory |
| 02:01:23PM | 24 | compliance as it concerns labeling according to the CFR -- |
| 02:01:28PM | 25 | Code of Federal Regulations -- and particularly concerning |

| | | |
|---|---|---|
| 02:01:31PM | 1 | the product Taxotere. |
| 02:01:33PM | 2 |       MR. STRONGMAN:  No objections at this time. |
| 02:01:35PM | 3 |       THE COURT:  Okay.  The Court's going to accept Dr. |
| 02:01:37PM | 4 | Plunkett as an expert in the field of regulatory compliance |
| 02:01:41PM | 5 | as it concerns prescription drugs -- |
| 02:01:50PM | 6 |       MR. MICELI:  And I just said, and particularly with |
| 02:01:52PM | 7 | regard to the label of Taxotere.  Perhaps I shouldn't have |
| 02:01:57PM | 8 | tendered her at that specificity. |
| 02:01:59PM | 9 |       THE COURT:  Court's going to accept Dr. Plunkett as |
| 02:02:01PM | 10 | an expert in the field of regulatory compliance and labeling. |
| 02:02:05PM | 11 |       MR. MICELI:  Thank you. |
| 02:02:07PM | 12 |       THE COURT:  Qualified to render opinions. |
| 02:02:10PM | 13 |       MR. MICELI:  Okay. |
| 02:02:12PM | 14 |       THE COURT:  Please proceed. |
| 02:02:13PM | 15 |       MR. STRONGMAN:  You may proceed. |
| 02:02:14PM | 16 |       MR. MICELI:  Thank you. |
| 02:02:14PM | 17 | BY MR. MICELI: |
| 02:02:14PM | 18 |   Q.  Okay.  Dr. Plunkett, at my request, did you |
| 02:02:17PM | 19 | investigate the issue of the adequacy of Sanofi's Taxotere |
| 02:02:22PM | 20 | label concerning an adverse reaction of permanent |
| 02:02:27PM | 21 | chemotherapy-induced alopecia? |
| 02:02:29PM | 22 |   A.  Yes, I did. |
| 02:02:31PM | 23 |   Q.  And have you formed opinions as to whether or not |
| 02:02:33PM | 24 | Sanofi's label for Taxotere was adequate in its adverse |
| 02:02:34PM | 25 | reactions warning for that issue, permanent |