# Exhibit 2

Janet B. Arrowsmith, M.D.

```
 1         UNITED STATES DISTRICT COURT

 2         EASTERN DISTRICT OF LOUISIANA

 3   *******************************

 4   IN RE:  TAXOTERE

 5   (DOCETAXEL) PRODUCTS          MDL No. 2740

 6   LIABILITY LITIGATION          Section: "H"

 7                                 Judge Milazzo

 8   This Document Relates to:   Mag. Judge North

 9   All Cases

10   *******************************

11

12              Remote via Zoom Videotaped

13   Deposition of JANET B. ARROWSMITH, MD, held

14   at the offices of Shook, Hardy & Bacon, LLP,

15   1555 Grand Blvd., Kansas City, Missouri,

16   commencing at 9:34 a.m., on the 29th of July,

17   2020, before Maureen O'Connor Pollard,

18   Registered Diplomate Reporter, Realtime

19   Systems Administrator, Certified Shorthand

20   Reporter.

21                    - - -

22

              GOLKOW LITIGATION SERVICES
23         877.370.3377 / 917.591.5672
                 deps@golkow.com

24
```

```
 1    one, but rather, when you provided your
 2    opinions in this case and set them out in
 3    this report, you did not include one, or
 4    anything to support that statement, right?
 5              MR. McRAE:  Object to the form.
 6         A.   Yes, I didn't provide a
 7    citation, you're correct.
 8    BY MR. MICELI:
 9         Q.   Okay.  And if we go down to
10    paragraph 7 of 201.57, you come to a
11    paragraph titled "Adverse reactions,"
12    correct?
13         A.   Yes.
14         Q.   Okay.  And in this section it
15    says the adverse -- excuse me, "Adverse
16    reactions.  This section must describe the
17    overall adverse reaction profile of the drug
18    based on the entire safety database.  For
19    purposes of prescription drug labeling, an
20    adverse reaction is an undesirable effect,
21    reasonably associated with use of a drug,
22    that may occur as part of the pharmacological
23    action of the drug or may be unpredictable in
24    its occurrence," correct?
```

Janet B. Arrowsmith, M.D.

```
1          A.     Yes.
2          Q.     Then it says "This definition
3    does not include all adverse events observed
4    during use of a drug, only those adverse
5    events for which there is some basis to
6    believe there is a causal relationship
7    between the drug and the occurrence of the
8    adverse event," correct?
9          A.     Yes.
10         Q.     Okay.  So the standard for
11   adding an adverse reaction to the label,
12   there must be some basis to believe that
13   there is a causal relationship between the
14   drug and the occurrence of the adverse event,
15   right?
16         A.     That's correct.
17         Q.     That's the level of evidence or
18   standard necessary to include an adverse
19   reaction in the label, right?
20                MR. McRAE:  Object to the form.
21         A.     That's correct.
22   BY MR. MICELI:
23         Q.     And some evidence of a --
24   excuse me.
```

1    A.    Yes.  A drug that is currently
2    marketed.
3    Q.    Okay.  And that would be under
4    314.80?
5    A.    In terms of postmarket
6    experience, yeah, that 314.80 does provide
7    the regulatory framework for postmarket
8    experience, postmarket safety analysis, yes.
9          But I'm talking about the
10   labeling, if the product is already on the
11   market and an adverse event is observed, it
12   would be in the postmarket experience,
13   generally speaking.
14   Q.    Okay.  So would 21 CFR 201.57
15   apply to supplemental new drug applications?
16   A.    Yes, it would.
17   Q.    Okay.  So it's not just when a
18   new drug is approved, it is also during
19   supplemental new drug applications, correct?
20   A.    Right.  Correct.
21   Q.    Let me ask you, because we
22   talked about the differences between adverse
23   reactions and warnings and precautions.  Do
24   you believe that reasonable evidence is

1             (Whereupon, Arrowsmith Exhibit
2        Number 5 was marked for
3        identification.)
4        A.    Okay.  Not quite there yet.
5              All right.
6   BY MR. MICELI:
7        Q.    Okay.  This is CFR, 21 CFR
8   314.80, correct?
9        A.    I believe that's correct.
10       Q.    Okay.  And this is titled
11  "Postmarketing reporting of adverse drug
12  experiences," right?
13       A.    Yes.
14       Q.    Okay.  And in the "Definitions"
15  section, which is A, I think you have to go
16  to the second page where it defines the term
17  "Unexpected adverse drug experience."
18             Do you see that?
19       A.    Yes.
20       Q.    Okay.  It says "Unexpected drug
21  experience.  Any adverse drug experience that
22  is not listed in the current labeling for the
23  drug product.  This includes events that may
24  be symptomatically and pathophysiologically

Janet B. Arrowsmith, M.D.

```
 1   related to an event listed in the labeling,
 2   but" different "from the event because of
 3   greater severity or specificity."  Correct?
 4        A.    No, it says "differ," not
 5   different.  "Differ from the event."
 6        Q.    Differ.  Excuse me.  I just
 7   skim right over it, no wonder I didn't pass
 8   very many things.
 9              "But differ from the event
10   because of greater severity or specificity,"
11   correct?
12        A.    Yes.
13        Q.    Okay.  And unexpected, a little
14   bit lower in this paragraph, is defined as
15   "Adverse drug experience that has not been
16   previously observed (i.e., included in the
17   labeling) rather than from the perspective of
18   such experience not being anticipated from
19   the pharmacological properties of the
20   pharmaceutical product," correct?
21        A.    Yes.
22        Q.    I'm sorry, did you say yes?  I
23   apologize.
24        A.    Yes.
```