# Exhibit 4

Amy Freedman

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

                         -  -  -
 3

    IN RE: TAXOTERE              :
 4  (DOCETAXEL)                  : MDL No. 2740
    PRODUCTS LIABILITY           :
 5  LITIGATION                   : SECTION: "H"
                                 :
 6  This Document                :
    Relates To                   : JUDGE MILAZZO
 7  ALL CASES                    : MAG. JUDGE NORTH
 8
                         -  -  -
 9
                    OCTOBER 26, 2018
10
                         -  -  -
11

12            Videotape deposition of AMY
13  FREEDMAN, taken pursuant to notice, was
14  held at the law offices of Gibbons PC,
15  50 West State Street, Suite 1104
16  Trenton, New Jersey 08608, beginning at
17  8:59 a.m., on the above date, before
18  Amanda Dee Maslynsky-Miller, a Certified
19  Court Reporter for the State of New
20  Jersey.
21
22                       -  -  -
23        GOLKOW LITIGATION SERVICES
       877.370.3377 ph| 917.591.5672 fax
24             deps@golkow.com
```

Amy Freedman

1   that Taxotere could cause irreversible
2   alopecia in 2006, right?
3           MR. MCCULLY:  Object to the
4       form.
5   BY MR. BACHUS:
6       Q.   By these documents.
7           MR. MCCULLY:  Object to
8       form.
9           THE WITNESS:  It's in the
10      label.
11  BY MR. BACHUS:
12      Q.   And when you refer to "the
13  label," which label are you referring to?
14      A.   Any. Pick one.
15      Q.   USPI?
16      A.   SMPC, the patient leaflet or
17  the USPI, if I remember correctly, has it
18  in it.  The IB.  The core safety data
19  sheet.
20      Q.   Just going back, my question
21  was, to make sure I have the question
22  actually answered on the record, based
23  upon your knowledge at Sanofi in 2006,
24  Sanofi knew that Taxotere could cause

Amy Freedman

```
 1    irreversible alopecia in 2006, correct?
 2            A.   Yes.
 3                 MR. MCCULLY:  Object to
 4            form.
 5                 THE WITNESS:  Well, they
 6            were listed events.  They were
 7            certainly considered listed
 8            events.
 9    BY MR. BACHUS:
10            Q.   Well, aside from being
11    listed or unlisted, I just would like you
12    to answer the question.
13            A.   Sanofi had to be aware.
14            Q.   That -- by 2006 that their
15    product could cause irreversible alopecia
16    in patients, right?
17                 MR. MCCULLY:  Object to
18            form.
19                 THE WITNESS:  Sanofi was
20            aware and appropriately labeled
21            it.
22    BY MR. BACHUS:
23            Q.   I'll hand you what has been
24    marked as Exhibit Number 12.
```