# Exhibit 6

Pierre Mancini

```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

     ---------------------------------§
 3   IN RE: TAXOTERE (DOCETAXEL)      § MDL No. 2740
     PRODUCTS LIABILITY LITIGATION    §
 4                                    § SECTION: "N" (5)
     This Document Relates To:        §
 5   ALL CASES                        § JUDGE ENGELHARDT
                                      §
 6                                    § MAG. JUDGE NORTH
     ---------------------------------§
 7

 8                          - - -
 9                 Friday, March 23, 2018
10                          - - -
11
             Videotaped deposition of PIERRE MANCINI,
12      held at DLA Piper UK LLP, 3 Noble Street, London,
        United Kingdom, commencing at 8:19 a.m., on the
13      above date, before Susan D. Wasilewski,
        Registered Professional Reporter, Certified
14      Realtime Reporter, Certified Realtime Captioner,
        Certified Manager of Reporting Services, Florida
15      Professional Reporter, Certified Court Reporter
        (NJ), and Realtime Systems Administrator
16
                            - - -
17
                   GOLKOW LITIGATION SERVICES
18            877.370.3377 ph | 917.591.5672 fax
                       deps@golkow.com
19
20
21
22
23
24
25
```

```
 1    persistent alopecia.  We don't, you know, qualify
 2    for irreversibility or this kind of thing.  So that
 3    is their -- that is their interpretation.  And we
 4    don't define in that study, as we explained early --
 5    or as I explained earlier, Grade 3/4, you know, is a
 6    different concept.  It's a concept of severity.  It
 7    is not a concept of -- there is no addition of time
 8    there.  So they are -- they're asking that.
 9        Q.   There is a definition of time.  She said a
10    follow-up -- median follow-up of 96 months.  That's
11    eight years, right?
12        A.   Yeah.  Well, the point --
13        Q.   Wait, wait.  It's eight years, right?
14        A.   Yeah.
15        Q.   Okay.
16        A.   Yeah.
17        Q.   What were you going to say?
18        A.   The point I'm doing is that, you know, they
19    are making their classification, but it -- that's
20    not an official definition of, you know, on what is
21    a Grade 3/4, you know.  So, you know, they create
22    something, you know, and --
23        Q.   Well, how long do you think it takes a
24    person to have alopecia persisting before you can
25    consider it permanent?
```

```
 1            MR. McCULLY:  Object to form.
 2       A.   I don't think I can, you know, answer that
 3   question.  I'm not a medical person, so -- and here,
 4   you know, we are not talking about an individual.
 5   We're talking about a median follow-up for an
 6   overall study.  So, you know, there's no indication
 7   that, you know, those patients were -- were -- you
 8   know, all have 96 months and so on, so it's -- you
 9   know.
10       Q.   Yeah.  Some of them could be less than 96
11   months.  Some of them could be 120 months, right,
12   because it's a 10-year follow-up?
13       A.   Yes, but -- yeah, yeah.  That, I don't know.
14   The details, I don't know.
15       Q.   We don't know the details, but -- and you
16   don't know how long it takes somebody to be
17   suffering from alopecia before it can be considered
18   permanent.  That's your testimony, right?
19       A.   The point I'm making is that we have a
20   definition for persistent alopecia that we report.
21   We call it -- we have our definition of persistent.
22   We don't call persistent a Grade 3/4, and, you know,
23   we don't have, you know, any data collection or
24   question to the investigators, you know, whether,
25   you know, this adverse event is permanent or not.
```

```
 1              So it's an interpretation from the e-mail to
 2     use the term "permanent" --
 3        Q.    Right.
 4        A.    -- which is medically subjective, to my
 5     opinion.
 6        Q.    Okay.  And when you say "we," you're
 7     referring to Sanofi, correct?
 8        A.    Yes, or just me.
 9        Q.    Yeah.  We, you, have a definition for
10     persistent, and you don't have one for irreversible?
11        A.    I don't have one for irreversible.
12        Q.    Sanofi does not have one for irreversible?
13        A.    I don't know.  I don't know all the
14     definition on those things, so I --
15        Q.    Does --
16        A.    But I don't -- I'm not aware of, you know, a
17     definition of irreversible.  And on that particular
18     study, I don't think we -- you know, I don't -- I
19     did not see in the report, you know --
20        Q.    Okay.
21        A.    -- that -- yeah.
22        Q.    So at the bottom of Page 1, where it talks
23     about the provided justification, that's the
24     justification provided by Sanofi, correct?
25        A.    At the bottom of Page --
```