# Exhibit 7

## Appendix A: List of Documents Reviewed

In addition to the materials referenced within my report, I have reviewed the following materials listed below:

### Scientific Literature

Aapro, M.  1996.  The scientific rationale for developing taxoids.  Anticancer Drugs  7 Suppl 2:33-36.

Abe, H. et al. 2009. Bi-weekly docetaxel in the adjuvant treatment of node-positive or high-risk breast cancer patients: phase I study of the Shiga Breast Cancer Study Group. Breast Cancer. 16:37-41.

Allan, M.C.  1992a.  A primer of drug safety surveillance: an industry perspective. Part I: Information flow, new drug development, and federal regulations.  J Pharm Technol.  8(4):162-167.

Allan, M.C.  1992b.  A primer of drug safety surveillance: an industry perspective. Part II: Product labeling and product knowledge.  J Pharm Technol.  8(5):198-202.

Allan, M.C.  1992c.  A primer of drug safety surveillance: an industry perspective. Part III: Managing adverse-event data.  J Pharm Technol.  8(6):259-273.

Andriguetti, N. et al. 2017. Pharmacogenetic and Pharmacokinetic Dose Individualization of the Taxane Chemotherapeutic Drugs Paclitaxel and Docetaxel. Curr Med Chem. 24:3559-82.

Arroyo, P.A. et al.  2011.  Controversies in the management of adjuvant breast cancer with taxanes: review of the current literature.  Cancer Treat Rev.  37(2):105-110.

Baker, B. W. et al. 1991. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth. Bone Marrow Transplant. 7:43-47.

Basilio, F.M. et al.  2015.  Clinical and histological study of permanent alopecia after bone marrow transplantation.  An.Bras.Dermatol.  90(6):814-821.

Bernabeu, E. et al. 2017. Paclitaxel: What has been done and the challenges remain ahead. Intl J Pharmaceutics. 526:474-95.

Bertrand, M. et al.  2013.  Permanent chemotherapy induced alopecia in early breast cancer patients after (neo)adjuvant chemotherapy: Long term follow up.  Cancer Res  73((24 Suppl): Abstract Nr P3-09-15):Thirty-Sixth Annual CTRC-AACR San Antonio Breast Cancer Symposium Dec 10-14, 2013. San Antonio, TX

1

Betticher, D. et. al. 2013. Efficacy and tolerability of two scalp cooling systems for the prevention of alopecia associated with docetaxel treatment. Support Care Cancer. 21:2565-2573.

Bissery, M.C. et al. 1995. Docetaxel (Taxotere): a review of preclinical and clinical experience. Part I: Preclinical experience. Anticancer Drugs 6(3):339-8.

Bourgeois, H. et al. 2009. Long term persistent alopecia and suboptimal hair regrowth after adjuvant chemotherapy for breast cancer: alert for an emerging side effect: ALOPERS observatory. San Antonio Breast Cancer Symposium, Dec. 9-1, 2009.

H. Bourgeois, Long Term Persistent Alopecia and Suboptimal hair regrowth after adjuvant chemotherapy for Breast Cancer. 2009. Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory, 21(8) ANNALS OF ONCOL. Viii83-84 (2010).

Bourgeois, H. et al. 2012. ALOPREV: first cooling scalp trial for prevention of persisting alopecia after docetaxel for early breast cancer patients. Cancer Res 72((24 Suppl): Abstract nr OT3-3-04):Thirty-Fifth Annual CTRC-AACR San Antonio Breast Cancer Symposium--Dec 4-8, 2012. San Antonio, TX

Bourgeois, H.P. et al. 2014. ERALOP Study: Hair regrowth after adjuvant FEC-docetaxel chemotherapy for early breast cancer in the real life. ABSTRACT. J.Clin.Oncol. 31((Suppl 15)):e12014

Bresters, D. et al. 2017. Permanent diffuse alopecia after haematopoietic stem cell transplantation in childhood. Bone Marrow Transplant. 52(7):984-988.

Bruno, R. et al. 1993. Pharmacokinetics and Metabolism of Taxotere. Cancer Surveys. 17:305-13.

Bruno, R. et al. 1996. A population pharmacokinetic model for docetaxel (Taxotere): model building and validation. J Pharmacokinet.Biopharm. 24(2):153-172.

Bruno, R. et al. 1997. Pharmacokinetics and pharmacodynamics properties of docetaxel: results of phase I and phase II trials. Am J Health Syst Pharm. Dec; 15;54(24 Suppl 2):S16-19.

Burstein, H. et al. 2000. Docetaxel Administered on a Weekly Basis for Metastatic Breast Cancer. J Clin Oncol. Mar;18(6):1212-9.

Campone, M. et al. 2013. A Three-Arm Randomized Phase II Study of Oral Vinorelbine Plus Capecitabine Versus Oral Vinorelbine and Capecitabine in Sequence Versus Docetaxel Plus Capecitabine in Patients with Metastatic Breast Cancer Previously Treated with Anthracyclines. Breast J. May-Jun; 19(3): 240-9.

Chan, S. et al. 1999. Prospective Randomized Trial of Docetaxel Versus Doxorubicin in Patients with Metastatic Breast Cancer. J Clin Oncol. Aug; 17(8): 2341-2354.

Chan, J. et al.  2020.  Permanent hair loss associated with taxane chemotherapy use in breast cancer: A retrospective survey at two tertiary UK cancer centres.  Eur.J Cancer Care (Engl.) :e13395

Chilcott, J. et al. 2006. Docetaxel for the adjuvant treatment of early node-positive breast cancer: a single technology appraisal.  The School of Health and Related Research (ScHAAR).

Choi, M. et al. 2014. Clinical characteristics of chemotherapy-induced alopecia in childhood. J Am Acad Dermatol. Mar; 70(3):499-505. Epub 2013 Dec 16.

Chow, L.W. et al.  2013.  Combination neratinib (HKI-272) and paclitaxel therapy in patients with HER2-positive metastatic breast cancer.  Br.J Cancer  108(10):1985-1993.

Climent, M. et al. 2002. Preliminary results of phase II randomized trial of docetaxel (taxotere) as a single agent chemotherapy (CT) administered weekly or 3-weekly in patients (pts) with metastatic breast cancer (MBC). Breast Cancer.  Proceedings of ASCO Volume 21 52a. Conte, P. et al. 1998. Putting the Taxanes to Work: Unanswered Questions. Recent Results Cancer Res. 152:305-13.

Conte, P.F. and M.L. Del.  1998.  Putting the taxanes to work: unanswered questions.  Recent Results Cancer Res  152:305-313.

Cortes, J.E. and R. Pazdur.  1995.  Docetaxel.  J.Clin.Oncol.  13(10):2643-2655.

Crown, J. et al.  2004.  Docetaxel and paclitaxel in the treatment of breast cancer: a review of clinical experience.  Oncologist.  9 Suppl 2:24-32.

Crown et al., Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer, Journal of Clinical Oncology 35, no. 15 supplement e21576, (2017).

Crown et al., Incidence of Permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer, poster number 205-P, 2017.

de Jonge, M. et al. 2002. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy. Bone Marrow Transplant. Nov; 30(9):593-7.

de Weger, V.A. et al.  2014.  Cellular and clinical pharmacology of the taxanes docetaxel and paclitaxel--a review.  Anticancer Drugs  25(5):488-494.

Felici, A. et al. 2006. A pharmacokinetic interaction study of docetaxel and cisplatin plus or minus 5-fluorouracil in the treatment of patients with recurrent or metastatic solid tumors. Cancer Chemother Pharmacol. Nov; 58(5):673-680. Epub 2006 Mar 17.

Fonia, et al., Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: Clinicopathologic findings in a cohort of 10 patients. J Am Acad Dermatol, 2017. 76(5): p. 948-957.

Franis, P. et al. 1995. Paclitaxel (Taxol) and Docetaxel (Taxotere): active chemotherapeutic agents in lung cancer. Lung Cancer. Apr; 12 Suppl 1:S163-72.

Freites-Martinez, A. et al. 2019. Hair disorders in cancer survivors. J Am Acad.Dermatol. 80(5):1199-1213.

Freites-Martinez, et al., "Assessment of Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia," JAMA Dermatology, June 2019, Volume 155, Number 6.

Gaur, A. 2019 Prescription drug labeling, advertising and promotion. In: Fundamentals of US Regulatory Affairs, 11th edition. Chapter 19.

Gelmon, K. 1994. The taxoids: paclitaxel and docetaxel. Lancet 344(8932):1267-1272.

Ghersi, D. et al. 2005. Taxane containing regimens for metastatic breast cancer (Review). Cochrane Database Syst Rev. Issue 2, No.:CD0003366. doi:10.1002/14651858.CD003366.pub2.

Ghersi, D. et al. 2015. Taxane-containing regimens for metastatic breast cancer. Cochrane.Database.Syst.Rev. (6):CD003366

Gibson, B.R. et al. 2008. The US drug safety system: role of the pharmaceutical industry. Pharmacoepidemiol.Drug Saf 17(2):110-114.

Gligorov, J. and J.P. Lotz. 2004. Preclinical pharmacology of the taxanes: implications of the differences. Oncologist. 9 Suppl 2:3-8.

Haider, M. et al. 2013. Radiation- and chemotherapy-induced permanent alopecia: case series. J Cutan.Med.Surg. 17(1):55-61.

Hainsworth, J. et al. 2001. Weekly Docetaxel in the Treatment of Elderly Patients With Advanced Breast Cancer: A Minnie Pearl Cancer Research Network Phase II Trial. J Clin Oncol. Aug 1; 19(15):3500-5.

Haldar, S. et al. 1997. Bcl2 is the guardian of microtubule integrity. Cancer Res 57(2):229-233.

Hill, AB, The Environment and Disease: Association or Causation?, "Proceedings of the Royal Society of Medicine," January 14, 1965.

Jabir, R.S. et al.  2012.  Pharmacogenetics of taxanes: impact of gene polymorphisms of drug transporters on pharmacokinetics and toxicity.  Pharmacogenomics.  13(16):1979-1988.

Jones, S. et al. 2005. Randomized Phase III Study of Docetaxel Compared With Paclitaxel in Metastatic Breast Cancer. J Clin Oncol. Aug 20; 23(24):5542-51.

Jones, S. et al. 2009. Docetaxel With Cyclophosphamide Is Associated With an Overall Survival Benefit Compared With Doxorubicin and Cyclophosphamide: 7-Year Follow-Up of US Oncology Research Trial 9735. J Clin Oncol. Mar 10; 27(8):1777-83. Epub 2009 Feb 9.

Kang, D. et al.  2018.  Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study.  Oncologist.

Kearns, C.M.  1997.  Pharmacokinetics of the taxanes.  Pharmacotherapy  17(5 Pt 2):105S-109S.

Kenmotsu, H. and Y. Tanigawara.  2015.  Pharmacokinetics, dynamics and toxicity of docetaxel: Why the Japanese dose differs from the Western dose.  Cancer Sci  106(5):497-504.

Kim, G.M. et al.  2017.  Chemotherapy-induced irreversible alopecia in early breast cancer patients.  Breast Cancer Res Treat.  163(3):527-533.

Kluger, N. et al., Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients, 23 ANNALS OF ONCOL. 2879 (2012).

Komen, M. et al. 2016. Results of 20- versus 45-min post-infusion scalp cooling time in the prevention of docetaxel-induced alopecia. Support Cancer Care. Jun; 24(6):2735-2741. Epub 2016 Jan 25.

Kuhn, JG. 1994. Pharmacology and pharmacokinetics of paclitaxel. Ann Pharmacother. May; 28(5 Suppl): S15-7.

Lu, H. et al.  2006.  The microtubule binding drug laulimalide inhibits vascular endothelial growth factor-induced human endothelial cell migration and is synergistic when combined with docetaxel (taxotere).  Mol.Pharmacol.  69(4):1207-1215.

Mackey, J, et al. 2013. Adjuvant docetaxel, doxorubicin, and cyclophosphamide in node-positive breast cancer: 10-year follow-up of the phase 3 randomised BCIRG 001 trial, Lancet Oncol 2013; 14: 72–80.

Martin, M. et al. 2005. Adjuvant Docetaxel for Node-Positive Breast Cancer. N Engl J Med. Jun 2; 352(22):2302-13.

Martin, M. 2006. Docetaxel, doxorubicin and cyclophosphamide (the TAC regimen): an effective adjuvant treatment for operable breast cancer. Womens Health (Lond). Jul; 2(4):527-37.

5

Martin, M. et al. 2010. Adjuvant Docetaxel for High-Risk, Node-Negative Breast Cancer. N Engl J Med. Dec 2; 363(23): 2200-10.

Martin, M. et al. 2015.  Epirubicin Plus Cyclophosphamide Followed by Docetaxel Versus Epirubicin Plus Docetaxel Followed by Capecitabine As Adjuvant Therapy for Node-Positive Early Breast Cancer: Results From the GEICAM/2003-10 Study.  J Clin Oncol.  33(32):3788-3795.

Martin, M. et al.  2018.  Persistent major alopecia following adjuvant docetaxel for breast cancer: incidence, characteristics, and prevention with scalp cooling.  Breast Cancer Res Treat

Masidonski, P. and S.M. Mahon.  2009.  Permanent alopecia in women being treated for breast cancer.  Clin J Oncol.Nurs.  13(1):13-14.

Michaud, L.B. et al.  2000.  Risks and benefits of taxanes in breast and ovarian cancer.  Drug Saf 23(5):401-428.

Mielke, S.  2007.  Individualized pharmacotherapy with paclitaxel.  Curr.Opin.Oncol. 19(6):586-589.

Miteva, M.  MD et al., Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) AM. J. DERMATOPATHOL. 345 (2011).

Murtagh, J. et al.  2006.  Taxotere-induced inhibition of human endothelial cell migration is a result of heat shock protein 90 degradation.  Cancer Res  66(16):8192-8199.

Nabholtz, J.M.  2001.  Steroidal side effects of exemestane.  J Clin Oncol.  19(7):2107-2108.

Nabholtz, JM et al. 1998. Taxane-Based Three-Drug Combination in Metastatic and Adjuvant Treatment of Breast Cancer. Semin Oncol. Oct; 25(5 Suppl 12):27-31.

Nabholtz, JM et al. 1999. A Phase III Trial Comparing Doxorubicin (A) and Docetaxel (T) (AT) to Doxorubicin and Cyclophosphamide (AC) as First Line Chemotherapy for MBC. Breast Cancer. Proceedings of ASCO Volume 18 127a.

Nabholtz, JM et al. 2001. A Phase III Randomized Trial Comparing Docetaxel (T), Doxorubicin (A) and Cyclophosphamide (C) (TAC) to FAC as First Line Chemotherapy (CT) for Patients (Pts) in Metastatic Breast Cancer (MBC). Breast Cancer. Proceedings of ASCO Volume 20 22a.

Nabholtz, JM et al. 2001. Phase II Study of Docetaxel, Doxorubicin and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer. J Clin Oncol. Jan 15; 19(2):314-21.

Namini, S.H.  2016.  Systematic Review of the Risk of Permanent Alopecia with Docetaxel Treatment for Breast Cancer.  J Clin Case Reports  6(8):DOI: 10.4172/2165-7920.1000851

29th Annual San Antonio Breast Cancer Symposium, December 14-17, 2006. Breast Caner Res Treat.  Dec 2006;100 (Suppl 1).

O'Shaughnessy, J. et al. 2002. Superior Survival With Capecitabine Plus Docetaxel Combination Therapy in Anthracycline-Pretreated Patients With Advanced Breast Cancer: Phase III Trial Results. J Clin Oncol. Jun 15; 20(12):2812-23.

O'Shaughnessy, J. et al. 2010. Abstract S4-2: First Efficacy Results of a Randomized, Open-Label, Phase III Study of Adjuvant Doxorubicin Plus Cyclophosphamide, Followed by Docetaxel with or without Capecitabine, in High-Risk Early Breast Cancer. Cancer Res 2010; 70(24 Suppl): Abstract nr S4-2.

Palamaras, I. et al., Permanent Chemotherapy-Induced Alopecia: A Review, 64(3) J. AM. ACAD. DERMATOL. 604 (2011).

Pazdur, R. et al.  1993.  The taxoids: paclitaxel (Taxol) and docetaxel (Taxotere).  Cancer Treat.Rev.  19(4):351-386.

Prevezas, C. et al., Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer, 160 BRIT. J. DERMATOL. 881 (2009)

Rowinsky, EK et al.  1992.  Taxol: The First of the Taxanes, an Important New Class of Antitumor Agents. Semin Oncol. Dec; 19(6):646-62.

Rowinsky, E.K.  1993.  Clinical pharmacology of Taxol.  J Natl.Cancer Inst.Monogr  (15):25-37.

Rowinsky, E.K. et al.  1994.  Clinical pharmacology and metabolism of Taxol (paclitaxel): update 1993. Ann.Oncol.  5 Suppl 6:S7-16.

Rowinsky, E.K.  1997.  The development and clinical utility of the taxane class of antimicrotubule chemotherapy agents.  Annu.Rev.Med.  48:353-374.

Rubio-Gonzalez, B. et al.  2018.  Pathogenesis and treatment options for chemotherapy-induced alopecia: a systematic review.  Int J Dermatol.  57(12):1417-1424.

Saloustros, E. et al.  2008.  Paclitaxel and docetaxel in the treatment of breast cancer. Expert.Opin.Pharmacother.  9(15):2603-2616.

Schwartz, E.L.  2009.  Antivascular actions of microtubule-binding drugs.  Clin Cancer Res 15(8):2594-2601.

Sedlacek, E.M.  2006.  Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel After Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer, 100 BREAST CANCER RES. TREAT. s116 (2006).

Sibaud, V. et al.  2016.  Dermatological adverse events with taxane chemotherapy.  Eur.J Dermatol.  26(5):427-443.

Sehouli, J. et al. 2015. Alopecia as surrogate marker for chemotherapy response in patients with primary epithelial ovarian cancer: A metaanalysis of four prospective randomized phase III trials with 5114 patients. Eur J Cancer. May; 51(7):925-32. Epub 2014 Mar 11.

Smith, K. et al.  2018.  Madarosis: a qualitative study to assess perceptions and experience of Australian patients with early breast cancer treated with taxane-based chemotherapy. Support.Care Cancer   26(2):483-489.

Smith, IC. et al. 2002. Neoadjuvant Chemotherapy in Breast Cancer: Significantly Enhanced Response with Docetaxel. J Clin Oncol. Mar 15; 20(6):1456-66.

Sonnichsen, D.S. and M.V. Relling.  1994.  Clinical pharmacokinetics of paclitaxel.  Clin Pharmacokinet.  27(4):256-269.

Sparano, J. et al, 2008, Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer, N Engl J Med 2008;358:1663-71.

Stage, T.B. et al.  2018.  Clinical Pharmacokinetics of Paclitaxel Monotherapy: An Updated Literature Review.  Clin.Pharmacokinet.  57(1):7-19.

Stopeck, Al. et al. 2010. SABCS Interview Series. May 14, 2010. Available at http://www.hcplive.com/journals/obtn/2010/march2010/sabcs_interview_series.

Tallon, B., MBChC et al., Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature, 63(2) J. AM. ACAD. DERMATOL. 333-36 (2010).

Tallon, B. et al. 2013. Permanent chemotherapy-induced alopecia: Histopathologic criteria still be defined. J Am Acad Dermatol. May; 68(5):e151-2.

Thorp, N. et at. Long Term hair loss in patients with early breast cancer receiving docetaxel chemotherapy. 10.1158/1538-7445.SABCS14-P5-17-04 Published May 2015.

Tosti, A. et al.  1994.  Drug-induced hair loss and hair growth: Incidence, management and avoidance.  Drug Safety  10(4):310-317.

Tosti, A. et al. 2013. Docetaxel and permanent alopecia. J Am Acad Dermatol. May; 68(5):e151.

Trudeau, ME. 1996. Docetaxel: a review of its pharmacology and clinical activity. Can J Oncol. Jun; 6(1):443-57.

Trueb, R.M.  2009.  Chemotherapy-induced alopecia.  Semin.Cutan.Med.Surg.  28(1):11-14.

van Oosterom, A.T. et al.  1995.  Docetaxel (Taxotere), a review of preclinical and clinical experience. Part II: Clinical experience.  Anticancer Drugs  6(3):356-368.

Verweij, J. et al. 1994. Paclitaxel (Taxol™) and docetaxel (Taxotere™): Not simply two of a kind. Ann Oncol. Jul; 5(6):495-505.

Vu, T. et al. 2007. Survival outcome and cost-effectiveness with docetaxel and paclitaxel in patients with metastatic breast cancer: a population-based evaluation. Ann Oncol. Mar; 19(3):461-4. Epub 2007 Nov 15.

Werbel, T. et al., Persistent Alopecia in a Breast Cancer Patient following Taxane Chemotherapy and Adjuvant Endocrine Therapy: Case Report and Review of Post-treatment Hair Loss in Oncology Patients with Breast Cancer, Cureus 10(7): e3056,(2018).

## Company Depositions and Exhibits to the Depositions

Jean-Phillipe Aussel
Kim Bassi
Amy Freedman, MD
Mark Gaydos
Vanina Groult
Sunil Gupta
Linda Gustavson
Nanae Hangai, MD
Shang Jen
Pierre Mancini
Gerrit-Jan Nijveldt
Emanuel Palatinsky, MD
Frances Polizzano
Isabelle Richard-Cassin
Suzanne Thornton Jones, PhD
Gina Vestea

## Expert Reports, Depositions and Exhibits to the Depositions

Linda Bosserman, MD

- 4/3/2020 Report, and non-plaintiff specific exhibits

Ellen Feigal, MD

- 3/23/2020 Report, with exhibits

David Madigan, PhD

- 3/23/2020 Report, with exhibits
- 10/20/2019 Report, with exhibits

David Kessler, MD

- 11/6/2018 Report, and supplemental report, with documents cited therein

Ellen Chang, ScD

- 4/17/2020 Report
- 1/7/2020 Deposition, with exhibits
- 5/19/2020 Deposition, with exhibits
- 5/4/2021 Deposition, with exhibits

Azael Freites-Martinez, MD

- 10/9/2020 Report
- 10/20/20 Deposition, with exhibits

John Glaspy, MD

- 4/29/2019 Report
- 1/9/2020 Deposition, with exhibits
- 5/13/2020 Deposition, with exhibits

Janet Arrowsmith, MD

- 12/9/2019 Report
- 7/29/2020 Deposition, with exhibits

**FDA Documents**

See "drugs@FDA": a website for review of labels and related documents for drugs approved by FDA including but not limited to Taxotere (labels from 1999 to 2020), Taxol, cyclophosphamide, doxorubicin, 5- fluorouracil, carboplatin, methotrexate, cisplatin, epirubicin, etoposide, and busulfan.

USFDA regulations for drugs in 21 CFR parts 200 to 499 and parts 201.57, 314.70, and 314.80 in particular (can be accessed electronically through https://www.govinfo.gov/app/collection/cfr/2018/title21)

FDA (2009) entitled *"Guidance for Industry Presenting Risk Information in Prescription Drug and Medical Device Promotion"* (https://www.fda.gov/media/76269/download).

U.S. Food and Drug Administration (FDA). 2006. *Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products: Content and Format*. Guidance. January. (https://www.fda.gov/media/72139/download)

FDA statements about labeling at its website (https://www.fda.gov/drugs/laws-acts-and-rules/prescription-drug-labeling-resources)

U.S. Food and Drug Administration (FDA). 2012. *Advances in FDA's Safety Program for Marketed Drugs: Establishing Premarket Safety Review and Marketed Drug Safety as Equal Priorities at FDA's Center for Drug Evaluation and Research*. April. (https://www.fda.gov/files/drugs/published/Advances-in-FDA%27s-Safety-Program-for-Marketed-Drugs-%28PDF---188KB%29.pdf)

January 2006 PLR Final Rule (https://www.govinfo.gov/content/pkg/FR-2006-01-24/pdf/06-545.pdf)

07.30.1992 - 020262 Approval Ltr
07.23.1993 - 020262 s002 Approval Ltr
04.13.1994 - 020262 s004 Approval Ltr
08.16.1994 - 020262 s003 s004 Approval Ltr
04.01.1996 - 020262 s012 Approval Ltr
04.02.1998 - 020262 s022 Approval Ltr
05.14.1996 - 020449 Approval Package
01.06.1998 - 020449 s004 Approval Package
01.06.1998 - 020449 s004 Approval Ltr
06.22.1998 - 020449_S005 Approval Package
06.22.1998 - 020449_S005_ADMINDOCS
06.22.1998 - 020449_S005_APPROV
06.22.1998 - 020449_S005_BIOPHARM
06.22.1998 - 020449_S005_CHEMR
06.22.1998 - 020449_S005_CORRES
06.22.1998 - 020449_S005_FONSI
06.22.1998 - 020449_S005_MEDR
06.22.1998 - 020449_S005_STATR
01.22.1998 - 020449_S006 Approval Package
01.22.1998 - 020449_S006_ADMINDOCS
01.22.1998 - 020449_S006_APPROV
01.22.1998 - 020449_S006_BIOPHARM
01.22.1998 - 020449_S006_CHEMR
01.22.1998 - 020449_S006_CORRES
01.22.1998 - 020449_S006_FONSI
01.22.1998 - 020449_S006_MEDR
01.22.1998 - 020449_S006_STATR
12.23.1999 - 020449_S011 Approval Package
12.23.1999 - 020449_S011_ADMINDOCS
12.23.1999 - 020449_S011_APPROV
12.23.1999 - 020449_S011_BIOPHARMR
12.23.1999 - 020449_S011_CHEMR
12.23.1999 - 020449_S011_CORRES

11

12.23.1999 - 020449_S011_MEDR
12.23.1999 - 020449_S011_PRNTLBL
12.23.1999 - 020449_S011_STATR
04.24.2003 - 020449_S016 Approval Package
04.24.2003 - 020449_S016_ADMINDOCS
04.24.2003 - 020449_S016_APPROV
04.24.2003 - 020449_S016_CHEMR
04.24.2003 - 020449_S016_PRNTLBL
07.09.2002 - 020449_S017_ADMINDOCS
07.09.2002 - 020449_S017_APPROV
07.09.2002 - 020449_S017_PRNTLBL
07.09.2002 - 020449_S017_S019_S022 Approval Package
11.27.2002 - 020449_S018 Approval Package
11.27.2002 - 020449_S018_ADMINDOCS
11.27.2002 - 020449_S018_APPROV
11.27.2002 - 020449_S018_BIOPHARM
11.27.2002 - 020449_S018_CHEMR
11.27.2002 - 020449_S018_CORRES
11.27.2002 - 020449_S018_MEDR
11.27.2002 - 020449_S018_PRNTLBL
11.27.2002 - 020449_S018_STATR
07.30.2002 - 020449_S017_S019_S022 Approval Package
07.30.2002 - 020449slr017,019,022ltr
07.30.2002 - 020449slr022_taxotere_lbl
01.30.2003 - 020449_S017_S019_S022 Approval Package
01.30.2003 - 020449slr017,019,022ltr
01.30.2003 - 020449slr022_taxotere_lbl
05.19.2004 - 020449_S028 Approval Package
05.19.2004 - 020449_S028_ADMIN
05.19.2004 - 020449_S028_APPROV
05.19.2004 - 020449_S028_BIOPHARMR
05.19.2004 - 020449_S028_CHEMR
05.19.2004 - 020449_S028_MEDR
05.19.2004 - 020449_S028_PRNTLBL
08.18.2004 - 020449_S029_PRNTLBL
08.18.2004 - 020449_S029_ADMINCORRES
08.18.2004 - 020449_S029_APPROV
08.18.2004 - 020449_S029_BIOPHARMR
08.18.2004 - 020449_S029_CHEMR
08.18.2004 - 020449_S029_MEDR
08.18.2004 - 020449_S029_STATR
08.18.2004 - 020449_S029 Approval Package
01.06.2005 - 020449s031ltr
08.11.2005 - 020449s033lbl
08.11.2005 - 020449s033ltr
11.05.2005 - 020449s034ltr

03.22.2006 - 020449Orig1s035
03.22.2006 - 020449S035lbl
03.22.2006 - 020449S035ltr
03.22.2006 - 020449Orig1s035 Approval Package
06.07.2006 - 020449s036lbl
06.07.2006 - 020449s036LTR
10.17.2006 - 020449_S039_Admin
10.17.2006 - 020449_S039_Approval_Package [Full]
10.17.2006 - 020449_S039_Clinical_Review
10.17.2006 - 020449_S039_Labeling
10.17.2006 - 020449_S039_Medical_Reviews
10.17.2006 - 020449_S039_Other_Reviews
10.17.2006 - 020449_S039_Statistical_Reviews
10.17.2006 - 020449_S039_Summary_Review
10.17.2006 - 020449_S039 Approval Package
06.03.2010 - 020449Orig1s043
06.03.2010 - 020449_S043 Approval Package
04.20.2010 - 020449s044lbl
04.20.2010 - 020449s044,020449s053ltr
09.28.2007 - 020449s045lbl
09.28.2007 - 020449s045ltr
09.28.2007 - 020449_S045 Approval Package
04.20.2010 - 020449s044,020449s053ltr
04.20.2010 - 020449s053lbl
08.02.2010 - 020449Orig1s054
08.02.2010 - 020449_S054 Approval Package
05.13.2010 - 020449s059lbl
05.13.2010 - 020449s059ltr
04.13.2012 - 020449s063lbl
09.07.2011 - 020449s064lbl
09.07.2011 - 020449s064ltr
12.15.2011 - 020449s065lbl
12.15.2011 - 020449s065ltr
06.26.2013 - 020449Orig1s069ltr
06.26.2013 - 020449s069lbl
12.13.2013 - 020449Orig1s071ltr
12.13.2013 - 020449s071lbl
12.13.2014 - 020449Orig1s073ltr
12.13.2014 - 020449s073lbl
12.11.2015 - 020449Orig1s075
12.11.2015 - 020449Orig1s075ltr
12.11.2015 - 020449s075lbl
12.11.2015 - 020499Orig1s075 Approval Package
10.05.2018 - 020449Orig1s079ltr
10.05.2018 - 020449s079lbl

**<u>Clinical Trials and Related Documents</u>**

Sanofi_00012443
Sanofi_00012568
Sanofi_00063576
Sanofi_00110998
Sanofi_00111059
Sanofi_00111164
Sanofi_00111212
Sanofi_00136563
Sanofi_00207523
Sanofi_00385012
Sanofi_00799597
Sanofi_00723830
Sanofi_00723852
Sanofi_00724262
Sanofi_00724344
Sanofi_00724381
Sanofi_00799397
Sanofi_00799996
Sanofi_00805192
Sanofi_00806479
Sanofi_00812060
Sanofi_00819004
Sanofi_00956551
Sanofi_00966555
Sanofi_00966605
Sanofi_00968736
Sanofi_01027732
Sanofi_01038470
Sanofi_01062191
Sanofi_01062463
Sanofi_01101022
Sanofi_01268143
Sanofi_ 01282459
Sanofi_01434354
Sanofi_01827599
Sanofi_02645200
Sanofi_026649519
Sanofi_02823992
Sanofi_ 02983328
Sanofi_ 03923729
Sanofi_03963651
Sanofi_04876339
Sanofi_05072543
Sanofi_05097326

Sanofi_05173852
Sanofi_05207927
Sanofi_05364125
Sanofi_05617796
Sanofi_05173852
Sanofi_05656087
TAXOTERE-FOIA-003516