# Exhibit 10

(Temporarily withheld pending Sanofi's review for potential filing under seal pursuant to PTO 50)