# Exhibit 15

Jean-Philippe Aussel

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3     *******************************
 4     IN RE:  TAXOTERE (DOCETAXEL)
 5     PRODUCTS LIABILITY              MDL No. 2740
 6     LITIGATION                      Section: "H"
 7                                     Judge MILAZZO
 8     This Document Relates to:   Mag. Judge North
 9     All Cases
10     *******************************
11
12      VIDEOTAPED DEPOSITION OF JEAN-PHILIPPE AUSSEL
13
14
15              Thursday, October 11th, 2018
16                     8:58 a.m.
17
18
19        Held At:
20            DLA Piper UK LLP
21            160 Aldersgate Street
22            London, United Kingdom
23
24     REPORTED BY:
25     Maureen O'Connor Pollard, RMR, CLR, CSR
```

```
 1   to get away from that terminology then, it's
 2   cancer that spread from the breast, correct?
 3       A.    Yes.  Correct.
 4       Q.    And women who have metastatic breast
 5   cancer, what is generally the prognosis for
 6   them?
 7             MR. RATLIFF:  Object to form.
 8       A.    Well, each woman is different so
 9   difficult to generalize.  But if you ask me to
10   generalize, metastatic breast cancer at that
11   time was known as an uncurable -- as a
12   non-curable disease, so the treatment given was
13   more for prolonging life and not, technically
14   speaking, saving life.
15   BY MR. WOOL:
16       Q.    So when Sanofi was seeking this
17   indication for women whose lives really couldn't
18   be saved --
19       A.    Some of them were, but it's not --
20       Q.    A small number?
21       A.    A small number.
22       Q.    -- Sanofi had not done any long-term
23   studies on the safety of Taxotere, is that
24   correct?
25             MR. RATLIFF:  Object to form.
```

Jean-Philippe Aussel

```
 1      A.    Yeah, this is correct, because the
 2   disease itself did not allow, unfortunately, to
 3   long-term studies because of the short life of
 4   the patients.
 5   BY MR. WOOL:
 6      Q.    But there have been some studies since
 7   Taxotere came on the market that were long-term
 8   studies that had a long-term follow-up, correct?
 9      A.    There were long-term studies in our
10   research setting, yes, because in that setting
11   patients have a better prognosis so can live
12   longer, I guess.
13      Q.    One of the studies is TAX316, correct?
14      A.    One of them is 316.
15      Q.    And you had involvement with TAX316,
16   right?
17      A.    Yes, I had some involvement, yes.
18      Q.    Another is called GEICAM 9805 or
19   TAX301, is that correct?
20      A.    Yes.  Correct.
21      Q.    And you had involvement with that
22   study, right?
23      A.    I had also from time to time a role in
24   that, yes.
25      Q.    TAX315 is another study that had
```

Jean-Philippe Aussel

```
 1      Q.    Now, at the time that Sanofi -- or
 2   that Taxotere came on the market in the United
 3   States in 1996, no long-term studies had been
 4   done about the safety of Taxotere, is that
 5   correct?
 6           MR. RATLIFF:  Object to form.
 7      A.    To my knowledge, yes.
 8   BY MR. WOOL:
 9      Q.    And that's because one with metastatic
10   breast cancers generally don't live very long,
11   unfortunately, is that correct?
12      A.    Yes.
13      Q.    So in 1996, then, it would be fair to
14   say that Sanofi had no idea that Taxotere could
15   cause permanent hair loss --
16           MR. RATLIFF:  Object to form.
17   BY MR. WOOL:
18      Q.    -- could it?
19      A.    Based on the follow-up of the studies,
20   I would agree, yes, that it's difficult to
21   predict the full duration of alopecia, yes.
22      Q.    But Sanofi at that time would have no
23   idea to know then that there was a permanent
24   alopecia problem, would there?
25           MR. RATLIFF:  Object to form.
```

1      A.    No, I don't think so.

2    BY MR. WOOL:

3      Q.    I'll hand you what is marked as

4    Exhibit 8.  I may have given you my copy.  There

5    are highlights on that.  I didn't.

6            You're generally familiar with drug

7    labels, correct?

8      A.    No, I'm not.

9      Q.    Well, we'll take a look at them.

10           But the drug labels, do you have an

11   understanding of what's in a drug label?

12     A.    Yes, I have a broad understanding of

13   what it is.

14     Q.    And drug labels generally contain

15   information about efficacy, correct?

16     A.    About everything normally, efficacy,

17   safety.

18     Q.    Just so the jury is clear, efficacy

19   means how effective the drug is?

20     A.    Yes.  Correct.

21     Q.    And safety refers generally to adverse

22   events?

23     A.    Yes.  Correct.

24     Q.    And a layperson may understand an

25   adverse event as a side effect, correct?

Jean-Philippe Aussel

```
 1                Can you rephrase it?
 2   BY MR. WOOL:
 3       Q.   At that time, so at this time in 1996,
 4   those are short-term studies with short-term
 5   follow-up, correct?
 6            MR. RATLIFF:  Object to form.
 7       A.   Still, we are still talking about the
 8   same studies, I'm pretty sure.
 9   BY MR. WOOL:
10       Q.   And the next section says "Nail
11   Changes."
12            Do you see that?
13       A.   Yes.
14       Q.   It says, "Color changes to your
15   fingernails or toenails may occur while taking
16   Taxotere," is that correct?
17       A.   Yes.
18       Q.   And then it says, "In extreme, but
19   rare, cases nails may fall off," correct?
20       A.   Yes.
21       Q.   And it says, "After you have finished
22   Taxotere treatments, your nails will generally
23   grow back."
24            Did I read that right?
25       A.   Yes, you're correct.
```

Jean-Philippe Aussel

1  Q. When this says "your nails will
2  generally grow back," does that tell patients
3  that they may permanently lose their nails?
4      MR. RATLIFF: Object to form.
5  A. I think it is a similar answer to all
6  of these adverse events or side effects. It
7  says that the data generated in clinical trials
8  show that in many cases, and here it is not
9  specified how much or which is the percentage,
10 the side effect recover, and this is what is
11 said in the patient leaflet here. They aren't
12 talking about permanent or anything.
13 BY MR. WOOL:
14 Q. Are they talking about permanent, or
15 no?
16 A. They are not talking about permanent.
17 Q. So they're not talking about permanent
18 nail changes, are they?
19 A. No, they are not. They just say that
20 generally this condition recovers.
21 Q. They're not talking about permanent
22 odd sensations, are they?
23     MR. RATLIFF: Object to form.
24 A. No, they are not. As it's written
25 here, they are not talking about permanent.

Jean-Philippe Aussel

```
 1   BY MR. WOOL:
 2       Q.    They're not talking about permanent
 3   rash, are they?
 4       A.    No, they are not.
 5       Q.    And they're not talking about
 6   permanent hair loss, are they?
 7             MR. RATLIFF:  Object to form.
 8       A.    They're not either.
 9   BY MR. WOOL:
10       Q.    Okay.  I'd like you to turn to page --
11   so you'll see if you flip through here, it
12   appears that the patient leaflet appears twice
13   in this copy.
14       A.    Yes.
15       Q.    That is how it is given to us.  I'm
16   not sure why.
17             But if we turn to Page 9 at the
18   bottom, Sanofi_000009.
19       A.    Okay.
20       Q.    It's a little bit hard to read.
21       A.    Yes, it is.
22       Q.    But this appears to be the original
23   label for Taxotere, correct, in the United
24   States?
25       A.    If you tell me.
```

```
 1   conditions.
 2       Q.    So if we wanted to translate this for
 3   an ordinary person, a layperson, would it be
 4   fair to say that the side effects of Taxotere
 5   are similar, regardless of what kind of cancer
 6   you have that is using -- being treated with
 7   Taxotere?
 8             MR. RATLIFF:  Object to form.
 9       A.    That's an understanding, yes.
10   BY MR. WOOL:
11       Q.    So let's look at this first chart.  It
12   has a "Summary of Adverse Events in Patients
13   Receiving Taxotere at 100 milligrams," correct?
14       A.    Correct.
15       Q.    And then if you flip to the second --
16   the next page, there's a listing five up from
17   the bottom that says "Alopecia," correct?
18       A.    Yes.
19       Q.    And that's a medical term, correct?
20       A.    Correct.
21       Q.    And if we look back at the informed
22   consent, it's written in language that patients
23   can understand, Sanofi chose to use the term in
24   patient language "reversible hair loss,"
25   correct?
```

Jean-Philippe Aussel

```
 1        A.    Hair loss.  Yes.  Correct.
 2        Q.    Reversible hair loss, correct?
 3        A.    Yes.
 4        Q.    Okay.  So is it fair, then, to say
 5   that when we translate from language that
 6   patients can understand, "reversible hair loss,"
 7   to "alopecia," what we're seeing here in this
 8   chart is the percentage of people who had
 9   reversible hair loss?
10              MR. RATLIFF:  Object to form.
11        A.    In the chart here?
12   BY MR. WOOL:
13        Q.    Yes.
14        A.    No, that's what is not shown -- I
15   mean, here in the chart.  In the table, the
16   numbers are the percentage of patients who
17   experienced once alopecia during the course of
18   the study.  It doesn't have any qualifier
19   without this short-lasting or long-lasting,
20   partial, total.
21        Q.    Okay.  But in the document that is
22   given to patients that patients read and sign
23   before they participate in Sanofi's experiment,
24   which is what a clinical trial is, Sanofi has
25   translated "alopecia" into "reversible hair
```

```
 1    loss," correct?
 2              MR. RATLIFF:  Object to form.
 3        A.    That's what is written in the
 4    document, yes.
 5    BY MR. WOOL:
 6        Q.    And if we go through the label, if you
 7    go to Page 28 there's another chart, and this is
 8    study TAX316, correct?
 9        A.    Yes.
10        Q.    And here it lists alopecia about
11    halfway down, just the term "Alopecia," correct?
12        A.    Okay.  Got it.
13        Q.    And so for doctors, Sanofi is telling
14    the doctors about alopecia, and they're telling
15    the patients that that alopecia is reversible
16    hair loss, correct?
17              MR. RATLIFF:  Object to form.
18        A.    Correct.
19    BY MR. WOOL:
20        Q.    If you turn to Page 30, this is the
21    chart that shows the side effects of Taxotere
22    monotherapy for lung cancer, correct?
23        A.    Correct.
24        Q.    And if you flip to the next page,
25    Page 31, it reports alopecia about halfway down,
```

Jean-Philippe Aussel

```
 1   correct?
 2        A.    Correct.
 3        Q.    And that alopecia, which is for
 4   doctors, is translated for patients into the
 5   term reversible hair loss, correct?
 6              MR. RATLIFF:  Object to form.
 7        A.    Yes.
 8   BY MR. WOOL:
 9        Q.    And then if you look under "Alopecia,"
10   it lists "Asthenia."
11              Do you see that?
12        A.    Yes, I do.
13        Q.    What is asthenia, do you know?
14        A.    It's fatigue.
15        Q.    And it has two types of fatigue,
16   correct, listed on the chart?
17        A.    "Any" or "severe," yes, got it.
18        Q.    So here we have an example of Sanofi
19   listing two different types of an adverse event,
20   correct?
21        A.    Yes.
22        Q.    And then if you look at the side
23   effect under that, there's "Stomatitis."
24              Do you see that?
25        A.    Correct.
```

Jean-Philippe Aussel

```
 1   study," correct?
 2        A.   Yes.
 3        Q.   So again, like we saw in the first two
 4   proposed label updates, we see alopecia being
 5   split into two different types of alopecia,
 6   correct?
 7        A.   That's correct.
 8        Q.   A common temporary alopecia, and a
 9   non-reversible alopecia, correct?
10        A.   Correct.
11             May I just emphasize that the wording
12   they use is non-reversible at the end of the
13   study, meaning that it is a period of time when
14   we have the data to observe the ongoing
15   alopecia.  It's not non-reversible in the
16   absolute meaning.  I mean, it's at the end of
17   the study that we did not notice that the
18   alopecia recovered.  But that's correct.
19        Q.   Do you know what study they're
20   referring to?
21        A.   I'm sorry?
22        Q.   Do you know what study they're
23   referring to?
24        A.   No, I don't think they refer to any
25   specific -- I don't know, I was not part of the
```