# Exhibit 16

# FILE PRODUCED NATIVELY

Confidential

Sanofi_04633925

| Representative Name: | Christine Muhlenhaupt | NM# 60861 |
|---|---|---|
| District Manager: | Perry Monaco | |
| Date(s) of Visit: | 8/15,17/2006 | |

Microsoft Office Excel Worksheet

| Week | 7/8/2006 | 7/15/2006 | 7/22/2006 | 7/29/2006 | July Total |
|---|---|---|---|---|---|
| **Denver South** | | | | | |
| Chris Muhlenhaupt Vials | 100 | 140 | 147 | 121 | 508 |
| George DiCarlo Weekly Goal | 127 | 127 | 127 | 127 | 508 |
| % Attainment | | | | | 100% |

Chris, congratulations on the good start to the second half of the year. You hit your number right on target. If not for a couple of small buy ins the last week of June, you would be doing even better. I look forward to seeing your territory continue to grow in a positive direction.

In order to display the document listing the behaviors and corresponding values for each competency, click on that icon.

| Sales Objectives/ Metrics | We will have lunch with Dr. Ariel Soriano. He is a solo practitioner who was with RMCC until the beginning of this year when his contract was terminated. Has been trying to grow his practice again but remains relatively slow. Have no numbers for him and am unsure if he has not bought any Taxotere or if it has not been picked up on yet. He purchases through ION. Will explore this issue with Vicki RN. Reinforce new gastric indication including GE junction tumors and adjuvant breast ca in the ER + pt. |
|---|---|
| Working Effectively **(Business acumen)** | **Observations:** Chris, during our business review we identified some accounts that may require some special attention. With RMCC limiting us with their pathways it will be imperative for you to find other accounts that you have more of an influence on. These accounts include: <br>• Mile High Oncology<br>• Colorado Hem/Onc<br>• Hutchinson Clinic<br>• Mowery Clinic<br>• Dr. Nanney<br><br>By focusing on these accounts, you will have a little more control on your final outcome. In some of the accounts such as Mile High and Colorado Hem/Onc you may need to change up what you are doing currently to gain more access and increase selling time. You have already made progress in this area with Colorado Hem/Onc and Dr. Parra. |

**sanofi-aventis Oncology Field Coaching Report**

| | |
|---|---|
| **Representative Name: Christine Muhlenhaupt** | **NM# 60861** |
| **District Manager: Perry Monaco** | |
| **Date(s) of Visit: 8/15,17/2006** | |



Serving Customers

**(Selling Skills)**

**Observations:**
During your call with Dr. Soriano I saw real nice improvement on making your calls more focused. You stuck to the er/pr+ patient and did not give him too much information. As we talked about after the call, if you can incorporate this focus with a patient type in mind, everything will come together. You also did a nice job hitting both the gastric indication and the MBC mention at the end of the call.

With Dr. Sedlacek, he is bending, but not breaking. He informed you that he is no longer using dose dense for he er+ patients, but is now using traditional AC followed by Taxol. There is no reason why this should have been his regimine of choice. The excuse of permanent alopecia is a concern of his, but should not stop him from giving TAC an opportunity. He even mentioned that he had limited experience in that area. Keep your sales calls consistent with him and don't back down. He likes the confrontation and I have seen you do some of your best work when pushed up against the wall with him. Don't let him off the hook!!!!!

**sanofi-aventis Oncology Field Coaching Report**

| Representative Name: Christine Muhlenhaupt | NM# 60861 |
|---|---|
| District Manager: Perry Monaco | |
| Date(s) of Visit: 8/15,17/2006 | |

| | |
|---|---|
| Partnering Across Boundaries<br><br>(Teamwork) | **Observations:**<br>Continue to utilize the resources available to you.  Brett Kasuls was in a couple of weeks ago and it will be imperative that we all follow through with any initiatives with USO. |
| Building Talent<br><br>(Professional Development) | **Observations:**<br>Chris, one of the things I would like to really start to work on with you is selling the data a little harder.  You have excellent clinical knowledge and can hold your own with the most intelligent of physicians as observed with Dr. Sedlacek on Thursday.  Where I see an opportunity for you to improve is making the data come to life through the selling process.  We need to take your clinical knowledge one step further, and I think you will see some dramatic results.  When I come off of family leave both of us need to make it a point to get together and explore selling the data more than telling the data.  This is going to be priority number one from here until the end of the year. |
| Taking Ownership | **Observations:**<br>I spoke above about taking a different approach with some offices where your current approach does not seem to be working.  I would ask that you take the initiative to come up with some new ideas and present them to me on our next field contact.  If you need some assistance coming up with ideas, reach out to some of your peers for suggestions.  We will be spending some time at our upcoming POA discussing new methods for accessing physicians and new ways to deliver a clinical selling message. |
| **General** | |

sanofi-aventis Oncology Field Coaching Report

| Representative Name: Christine Muhlenhaupt | NM# 60861 |
|---|---|
| District Manager: Perry Monaco | |
| Date(s) of Visit: 8/15,17/2006 | |

| | |
|---|---|
| **Comments:** | Chris, I enjoyed our two days together this week. I have made some very specific suggestions in here for areas of opportunity. I would really like to focus on the personal development area with you when I come back from family leave. I believe with the right coaching, we can take your career to a whole new level. |
| **Action Steps:** | <ul><li>Focus on selling the data when I come back from family leave.</li><li>Communicate with Kara the information gathered from Dr. Sedlacek.</li></ul> |
| **Sales Professional Comments:** | Thanks for 2 great days together. I always look forward to your insight. I try to apply everything you suggest. I have already relayed the information from Sedlacek to Kara. You are right, just when I think it is hopeless he shows a little bend even if not in the right direction. DON"t give up!!! |

**INSTRUCTIONS:**

- DSM's will forward this completed Field Contact Report (FCR) via email to the Sales Professional within 5 working days of the Field Visit.
- Sales Professionals will then review the contents of the FCR, add their comments, and e-mail the form back to the DSM.
- DSM to send completed form (with comments from SP) to the RSD and Jenny McLatchie in home office within 7 days of receipt of the FCR.

In an effort to save time in this process, we are going to be handling FCR's electronically. Your email response will serve as your electronic signature, showing that you received the FCR.

**sanofi-aventis Oncology Field Coaching Report**

| Representative Name: Christine Muhlenhaupt | NM# 60861 |
|---|---|
| District Manager: Perry Monaco | |
| Date(s) of Visit: 8/15,17/2006 | |

sanofi-aventis Oncology Field Coaching Report