# Exhibit 18

| | |
|---|---|
| **From:** | Palatinsky, Emanuel PH/US |
| **Sent:** | Friday, January 26, 2007 8:17 PM |
| **To:** | Kegg, Penny PH/US |
| **Subject:** | RE: DOCET_L_00713 ICF risk section review |
| | |
| **Importance:** | High |



Penny;

I looked only at the content of the docetaxel section (page 8), and I have a few comments.

- I recommend adding peripheral edema, pleural effusion, pericardial effusion, ascites, weight gain, pulmonary edema, anorexia, constipation, stomatitis/esophagitis, taste perversion, dehydration, GI perforation, painful paresthesias, hypotension, hypertension, dysrhythmia, heart failure, MI, venous thromboembolism, DIC, generalized and localized pain.

- Ototoxicity appears under fatal hepatitis –should be clearly a separate category.

- 'Hair loss' is repetitive (permanent h. l. is sufficient once).

- Finally, sensitivity reactions and allergic reactions are also duplicated –could be combined in one.

Best regards.


Emanuel



-----Original Message-----
**From:** Kegg, Penny PH/US
**Sent:** Friday, January 26, 2007 12:05 PM
**To:** Palatinsky, Emanuel PH/US
**Cc:** Kegg, Penny PH/US
**Subject:** DOCET_L_00713 ICF risk section review

Hi Emanuel,

Dr. Mackey's site in Canada has revised the risk section of ICF for Docetaxel-L-00713 study.  Do you approve?
Also, the site reformatted the template and I think I like better than our template – your opinion?
I think I would like to use for future ICFs.  Please advise.

*Penny Kegg*
Regional Site Manager
US Medical Affairs
sanofi-aventis
Phone 330.346.0899
Fax 330.346.0769
Cell 330.289.9309

1

BegDoc: Sanofi_01034205
EndDoc: Sanofi_01034205
BegAttach:
EndAttach:
PageCount: 1
Custodian: Palatinsky, Emanuel
All Custodians: Palatinsky, Emanuel
Date Created: 01/26/2007
Date Last Modified: 01/26/2007
DocType: Email
Original FilePath: \HardDrive\PalatinskyEmanuel_nm48656_HardDrive\nm48656_C__Use-
    rs_nm48656\Documents\Outlook Files\pst folders\Personal Folder 28-
    JUL09.pst\Top of Personal Folders\Products\Docetaxel XRP6976\Stud-
    ies\DOCET_L_00713 (Hurvitz) TORI SS\RE: DOCET_L_00713 ICF risk se-
    ction review
FileName:
FileExt:
MD5 Hash: 141a23d5d1b12339459fd948ead92cd4
File Size: 13352
EMAIL Folder Path:
From: "Palatinsky, Emanuel PH/US" <"/o=hmr/ou=us-brw-01/cn=recipients/cn=nm48656-
    ">
To: "Kegg, Penny PH/US" <penny.kegg@sanofi-aventis.com>
Subject: RE: DOCET_L_00713 ICF risk section review
Date Sent: 01/26/2007
Date Received: 01/26/2007
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01c7416c2940d925d882245d400b9af242a22bdb8c4200066c0950

# FILE PRODUCED NATIVELY

Treatment Consent
Sanofi-aventis DOCET_L_00713

Version Date: 08 January 2007



**CROSS CANCER INSTITUTE**

Alberta Cancer
Board

A PHASE II, OPEN-LABEL, MUTICENTER, PILOT STUDY OF THE SAFETY
AND EFFICACY OF TWO DOCETAXEL-BASED REGIMENS PLUS
BEVACIZUMAB FOR THE ADJUVANT TREATMENT OF PATIENTS WITH
NODE POSITIVE OR HIGH RISK NODE NEGATIVE BREAST CANCER
(A study to determine the safety and effectiveness of bevacizumab (Avastin) plus
or minus trastuzumab (Herceptin) with two different docetaxel-based combinations
for patients newly diagnosed with breast cancer)

**CONSENT FORM**

This form is part of the process of informed consent.  It is designed to explain this research study and what will happen to you if you choose to be in this study.

If you would like to know more about something mentioned in this consent form, or have any questions at anytime regarding this research study, please be sure to ask your doctor or nurse.  Read this consent form carefully to make sure you understand all the information it provides.  You will get a copy of this consent form to keep.  You do not have to take part in this study and your care does not depend on whether or not you take part.

This study is sponsored by Sanofi-Aventis U.S., the company that manufactures the drug docetaxel (Taxotere) to be used in this study.  This study will take place at various centres throughout Canada and the United States and the Cross Cancer Institute is one of the centres.  Sanofi-Aventis U.S. will reimburse the Alberta Cancer Board (ACB) for costs related to conducting this study.

Your doctor, who is one of the researchers, will discuss the study with you.  Your doctor has given us permission to ask you to be in this study.

**Your participation in this study is entirely voluntary.  Please take your time to make your decision. It is recommended that you discuss with your friends and/or family about whether to participate in this study.**

<u>**"WHY IS THIS STUDY BEING DONE?"**</u>

You are being asked to take part in this study because you have been diagnosed with breast cancer. Adjuvant treatment studies (treatment that is given after surgery) have shown to represent the best setting for testing new and promising chemotherapy combinations to look at the potential for cure.  Recent studies have shown that the addition of trastuzumab (Herceptin) and bevacizumab (Avastin) to docetaxel-based (Taxotere) chemotherapy can help in the treatment of node positive or high risk node negative breast cancer.  The treatment you will receive is determined by your HER-2 status diagnosed from the

Patient Initials: _____          Date: _____          Page 1 of 19

Treatment Consent                                                    Version Date: 08 January 2007
Sanofi-Aventis DOCET_L_00713

tumor tissue removed at surgery. Your doctor has explained to you the kind of cancer you have. You will or will not be HER-2 positive. HER-2 positive breast cancer has receptors on it to which the drug trastuzumab (Herceptin) has been made to specifically target. Trastuzumab (Herceptin) has been given safely in many women with metastatic breast cancer and it has been found to be effective and improve survival in combination with chemotherapy as compared to chemotherapy alone.

Background Information on Trastuzumab (Herceptin)

Studies conducted with trastuzumab (Herceptin) suggest that this drug can block the effect of the HER-2 (human epidermal growth factor receptor 2) gene and slow down the growth of the cancer. The HER-2 gene is found in larger amounts (overexpressed) in breast cancer cells than in normal cells. Approximately 25-30% of breast and ovarian cancers have this gene over-expressed. Studies conducted, found that the overexpression of the HER-2 gene is associated with a more rapid growth of the cancer cell. These studies have been conducted in metastatic breast cancer only.

Breast cancers that have large amounts of a gene called HER-2 have been found to grow quickly and spread to other parts of a person's body (metastasize). Studies have also suggested that when trastuzumab (Herceptin) is either combined with the chemotherapy drugs docetaxel (Taxotere), cyclophosphamide, and the platinum salts (such as carboplatin), or given following chemotherapy, there is more benefit than if trastuzumab (Herceptin) were given alone. It is also believed the trastuzumab (Herceptin) may stimulate the body's own defense mechanism to attack the cancer cells.

Background Information on Bevacizumab (Avastin)

Cancer cells are different from normal cells in many ways. One way that they are difference different is that they can make new blood vessels develop, bringing blood and nutrients to themselves, called "angiogenesis." In this way cancer cells can help themselves to grow faster than normal cells.

Scientists have been studying cancer cells and trying to develop new medications that can stop prevent new blood vessel growth. Bevacizumab (Avastin) is new medication not yet approved for use in breast cancer that is thought to work by blocking the development of new blood vessels.

**"WHAT DO WE HOPE TO LEARN?"**

The purpose of this Phase II study is to evaluate the safety, with respect to the heart, of adding treatment with a drug called bevacizumab to two established chemotherapy regimens whose cardiac (heart) safety profile has already been described and to evaluate the effectiveness of adding a drug, bevacizumab, to these two established chemotherapy regimens for breast cancer. Both anticancer regimens will include one or more established chemotherapy drugs: docetaxel, doxorubicin, and cyclophosphamide (TAC), or docetaxel and carboplatin combined with a biologic drug, trastuzumab (TCH). Both anticancer regimens will include the experimental addition of a biologic drug, bevacizumab.

This study is being done because currently, there is no effective treatment for this type of cancer. We hope to find out how helpful new combinations of chemotherapy, antibodies, and anti-angiogenesis medications are for women who have node-positive or high-risk node-negative breast cancer.

Patient Initials: _____        Date: _____        Page 2 of 19

Treatment Consent                                               Version Date: 08 January 2007
Sanofi-Aventis DOCET_L_00713

## "WHAT IS INVOLVED IN THIS STUDY?"

In this study, you will receive one of the treatments described below.  You and your doctor will be told which treatment you are receiving.  You will be followed to see what effect the treatment has on your health.

### Treatment Arm A

If you get treatment A, you will have to come to the outpatient department at the Cross Cancer Institute every 3 weeks for a total of 52 weeks (1 year).  TAC and bevacizumab is given intravenously every 3 weeks for a total of 6 cycles followed by maintenance dose bevacizumab every 3 weeks for a total of 52 weeks.  During these visits, you will be given treatment A.

**The below diagram shows treatment arm A:**



### Treatment Arm B

If you get treatment B, you will have to come to the outpatient department at the Cross Cancer Institute every 3 weeks for a total of 52 weeks (1 year).  TCH and bevacizumab will be given every 3 weeks for a total of 6 cycles followed by maintenance dose bevacizumab and trastuzumab every 3 weeks for a total of 52 weeks.  There is an extra visit on day 2, at cycle 1, first dose of trastuzumab is given alone to check that you do not have any immediate side effects from trastuzumab.  Remainder of study treatments are all given on the same day every 3 weeks.  During these visits, you will be given treatment B.

**The below diagram shows treatment arm B:**



Patient Initials: _____          Date: _____          Page 3 of 19

Treatment Consent                                          Version Date: 08 January 2007
Sanofi-Aventis DOCET_L_00713

FOR BOTH TREATMENT ARMS: Your doctor may suggest radiation therapy for you. The radiation therapy should begin within 6 weeks of the completion of chemotherapy according to institutional guidelines.

If your tumor is estrogen receptor (ER) positive or progesterone receptor (PR) positive, your doctor may recommend anti-estrogen (hormonal) therapy for you. Estrogen and progesterone receptors are found on the outside of breast cancer cell walls. This means that the cancer is sensitive and grows in the presence of the female hormones estrogen and/or progesterone. Hormone therapy helps to treat breast cancer by blocking estrogen and progesterone receptors on the outside of the cancer cells and stops cancer cells from using the female hormones in your body to grow. The specific anti-estrogen therapy will be selected based on your medical history, as well as your current medical condition, and according to the treatment approved by the Alberta Provincial Government and Health Canada.

Anti-estrogen therapy should begin within 6 weeks after the completion of chemotherapy and radiation.

Everyone must receive a steroid (a drug to prevent allergic reactions, example is dexamethasone) before receiving each dose of docetaxel. The study doctor will decide the steroid, dose, and regimen that is best for you. The study doctor will tell you about the steroid, dose, and regimen, as well as any risks of receiving the steroid. You will also be given drugs to prevent nausea and vomiting as well as extra fluid given by vein in order to prevent kidney damage.

All patients will also receive a granulocyte colony stimulating factor (G-CSF) during this study. G-CSF is a growth factor that helps prevent infections caused by low white blood cells in people receiving chemotherapy. The study doctor will decide which G-CSF is best for you. The study doctor will tell you about the risks of using the G-CSF.

Ask the study doctor if you have questions about these drugs.

The addition of Trastuzumab to combination therapy can have an effect on your heart function. It may decrease the pumping action of your heart. Your heart function will be monitored closely with multi-gated angiogram (MUGA) scans before starting the study, then after the third and sixth cycles of chemotherapy and every third cycle of trastuzumab alone and repeated at the end of study treatment/study withdrawal. A MUGA is a test that evaluates if the pumping action of your heart is normal. Heart function may be monitored more frequently if the result is not normal. Your doctor will explain this in greater detail.

**"HOW MANY PEOPLE WILL TAKE PART IN THIS STUDY?"**

About 150 people will take part in this study in Canada and the United States.

**"WHAT WILL MY PARTICIPATION INVOLVE?"**

If you decide to take part in this study, you will have the following tests and procedures done within 14 to 35 days before you enter the study:

- Read and sign study consent form

Patient Initials: _____        Date: _____        Page 4 of 19

Treatment Consent                                                           Version Date: 08 January 2007
Sanofi-Aventis DOCET_L_00713

- Health history and physical examination, including current medications, height, weight, temperature, pulse, breathing rate and blood pressure
- ECOG, a performance status rating (meaning how the doctor feels your are doing overall)
- Electrocardiogram (ECG) which is a test that records electrical activity of the heart and echocardiogram or MUGA. An echocardiogram is an ultrasound test that examines heart function. A MUGA test is a test to measure heart function, involving injection of a radioactive tracer/dye and images of the blood moving through the heart.
- About four teaspoons of blood obtained for routine blood work (blood cell count, blood chemistry, blood clotting function and pregnancy test)
- Urine sample
- Health Questionnaire – this will take about ten minutes to complete
- Chest x-rays, CT scans/MRI, and mammogram(s). You will be scheduled for a CT scan to examine your head, chest, abdomen, and pelvis. MRIs (tests that produce a picture of your body using radiation and use of a magnetic field to produce an image) may also be arranged if recommended by your doctor. Your nurse will provide you with written instructions for you to prepare for these scans.
- Bone scan (whole body bone scintigraphy) and any other tests that the doctor feels is necessary to provide accurate measurements.

After these tests and examinations, you will have the following tests and procedures:

| Tests/Observations | On-Therapy Every 3 weeks during chemotherapy | Maintenance Therapy | End of Therapy | Post-Therapy Follow Up / Withdrawal |
|---|---|---|---|---|
| Physical Exam (includes temperature, pulse rate, respiration rate, blood pressure and weight) | X | Every 6 weeks | X | X |
| ECOG performance status (meaning how the doctor feels your are doing overall) | X | Every 6 weeks | X | X |
| Blood tests (CBC & differential with chemistry) | X | Every 6 weeks | X | X |
| FSH, LH (blood test to check menopausal status) | | | | X |
| Creatinine (and creatinine clearance if needed) | X | Every 3 weeks | X | |
| Urinalysis (to check for presence of protein in urine) | X | Every 6 weeks | X | X |
| Chest x-ray or Chest CT scan | | | | X |
| Abdominal/Pelvic CT Scan, Brain CT or MRI, Bone Scan and ECG | At your doctor's request | | | |
| MUGA Scan (heart function test) | X | Every 9 weeks | X | X |
| Mammogram | | | | Every 6 months for first 2 years and then yearly |

Patient Initials: _____          Date: _____          Page 5 of 19

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

| Survival Status and Subsequent Therapy | | | | X |
|---|---|---|---|---|

## "HOW LONG WILL I BE INVOLVED IN THE STUDY?"

Both anticancer regimens will be given every 3 weeks for up to 52 weeks unless you become pregnant, you or your study doctor believe it is in your best interest to discontinue from the study treatment, or your cancer worsens.

You may be in this study for as long as 10 years after you have stopped receiving study drugs, a clinic visit will be scheduled approximately 4 weeks following the last dose of study drug.  Remainder of your study follow-up visits will be scheduled at the Cross Cancer Institute every 3 months for 2 years, every 6 months for years 3 to 5, and then annually for years 6 -10 or until there is a change in your diagnosis.

## "WHAT ARE THE SIDE EFFECTS?"

Every medical treatment including the standard treatment has side effects, which your doctor will explain to you.  It is important that you know and understand the possible side effects of the treatments given in this study.

You will receive a separate sheet and/or booklet that will give you more information about treatment involving chemotherapy.

The following are the side effects of each drug used in this study.  These side effects may or may not be more severe when the drugs are taken together.  These are the side effects we know about at present.  However, since this is a study of new treatments there may be other side effects that we do not know about yet.

| Drug | Route | Reported Side Effects | |
|---|---|---|---|
| Doxorubicin (Adriamycin) | IV | - low white blood cell counts, which may lead to an increased risk of developing fever and infection<br>- low red blood cells, which may make you tired or short of breath<br>- low platelets (particles that help the blood to clot), which may cause bruising or bleeding<br>- red colored urine<br>- nausea and vomiting<br>- soreness in the mouth, which may make it hard to eat | - lack of appetite (anorexia)<br>- hair loss<br>- tissue burn if the drug leaks out of the vein<br>- -possible damage to the heart after prolonged use; fatal in rare cases<br>- skin sensitivity to sunlight in areas which have received radiation<br>- damage to veins in liver (when given with cyclophosphamide) |

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

| Cyclophosphamide | IV | - low blood counts that may cause bruising or chance of infection, fatigue or shortness of breath<br>- nausea and vomiting<br>- diarrhea or constipation<br>- mouth sores<br>- change of taste<br>- hair loss<br>- bladder irritation<br>irregular or permanent stoppage of menstrual cycles | - fluid retention<br>- darkening of nail beds<br>- heart problems<br>- seizures<br>- damage to veins in liver  (when administered with Doxorubicin)<br>- breathing problems (long term)<br>- risk of developing secondary cancers, i.e. leukemia (may occur years later)<br>- Inability to get pregnant or sterility (long term) |
|---|---|---|---|

| Drug | Route | Reported Side Effects |
|---|---|---|

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

| Docetaxel (Taxotere) | IV | - low white blood cell counts, which may lead to an increased risk of developing fever and infection<br>- low red blood cells, which may make you tired or short of breath<br>- low platelets (particles that help the blood to clot), which may cause bruising or bleeding<br>- sensitivity reaction (difficulty breathing, back pain, low blood pressure/ you will be given medications to help prevent and treat this)<br>- hair loss<br>- fluid retention. You will be given a medication to help prevent this<br>- numbness ("pins-and-needles" of fingers and toes with increased or decreased sensitivity<br>- joint, muscle, and bone pain of short duration<br>- fatigue<br>- nausea, vomiting and/or diarrhea<br>- headaches<br>- increased in amount of tears, conjunctivitis<br>- nail changes (change in color of your nails possible nail shedding<br>- an inflammation or rash of the skin caused by an autoimmune [an immune response to the body's own tissue] disease, which can affect joints, muscles, and other parts of the body (including the heart, lungs, skin, kidneys, and nervous system)<br>- a life-threatening skin disorder that causes blistering and peeling of the top layer of skin<br>- Stevens-Johnson syndrome, and erythema multiforme; which are allergic reactions due to hypersensitivity, which are occasionally very severe and involve the skin and mucous membranes in multiple body areas in patients with a history of liver disease | - severe hand and foot syndrome, which causes redness, tenderness, and possibly peeling of the palms and soles<br>- fatal hepatitis (liver inflammation)<br>- ototoxicity (ear problems) and/or hearing loss, especially if docetaxel is given at the same time as other drugs that may cause ear problems<br>- radiation pneumonitis (lung damage) in patients getting radiation therapy<br>- multi-organ failure<br>- colitis (inflammation of the colon)<br>- intestinal obstruction (blockage in the intestine)<br>- convulsions<br>- transient loss of consciousness<br>- visual disturbances<br>- ARDS (adult respiratory distress syndrome)<br>- interstitial pneumonitis (inflammation of lung tissue)<br>- pulmonary fibrosis (scarring of lung tissue)<br>- life-threatening infections<br>- permanent hair loss<br>- an inflammation or rash of the skin caused by an autoimmune (an immune response to the body's own tissue) disease, which can affect joints, muscles, and other parts of the body (including the heart, lungs, skin, kidneys, and nervous system)<br>- allergic reaction including itching, hives, rash, flushing, hypersensitivity, shortness of breath, wheezing, chest tightness, fever, chills, muscle stiffening, severe breathing problems<br>- peripheral edema<br>- pleural effusion<br>- ascites<br>- weight gain<br>- pulmonary edema<br>- anorexia<br>- constipation<br>- stomatitis/esophagitis<br>- taste perversion<br>- dehydration<br>- GI perforation<br>- painful paresthesias |
|---|---|---|---|

Formatted: Bullets and Numbering

Commented [sau1]: Hair loss-duplicate entry

Formatted: Bullets and Numbering

Patient Initials: _____          Date: _____          Page 8 of 19

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

- hypotension
- dysrhythmia
- heart failure
- MI (heart attack)
- Venous thromboembolism (blood clot)

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

| Drug | Route | Reported Side Effects | |
|------|-------|----------------------|---|
| Bevacuzimab (Avastin) | IV | - high blood pressure, which usually goes away when people received standard treatment. Your doctor will check your blood pressure throughout the study. If you develop high blood pressure that does not respond to treatment, you will need to stop using bevacizumab<br>- some patients in previous studies with bevacizumab have developed either protein in the urine (proteinuria) when no protein was present in the urine at baseline (the beginning of the study), or increased protein in the urine when some protein was present in the urine at baseline. The causes and risks of developing proteinuria are not yet completely known. Tests on your urine will be done at baseline, and every cycle throughout the study to monitor for this condition. If you develop proteinuria during the study, additional procedures may be done to ensure your safety.<br>- allergic reaction (rash, hives, red face, difficulty breathing; would require immediate medical treatment and could result in permanent disability or death. If you develop a severe allergic reaction, the study drug infusion may be stopped and you will be treated with medications)<br>- bleeding, sometimes an tumor site, sometimes from other areas* | - blood clots (stroke or heart attack) In a bevacizumab study of colorectal cancer patients, 4 patients treated with bevacizumab died as a direct result of a blood clot. Although cancer patients are known to be at a high risk for blood clots, the use of bevacizumab may further increase your chance of developing a blood clot**<br>- gastrointestinal perforation (a tear or hole in the gastrointestinal track), and wound dehiscence (failure of a wound to heal or spontaneous opening of a wound). May be associated with abdominal abscess (infection). In some cases this may be fatal. The appropriate interval between surgery and future use of bevacizumab has not been determined. You should notify your study doctor if you are experiencing constipation or vomiting.<br>- increase in blood pressure has led to rare fatal (causing death) events. In addition, in rare cases, increase in blood pressure has been associated with a syndrome that includes symptoms such as headache, seizure, confusion, and reduced vision. By controlling the increase in blood pressure with medication, these symptoms can usually be reversed. If you experience these symptoms, your study doctor may discontinue your treatment with bevacizumab<br>- nasal septum perforation (an opening in the tissue that separates the nostrils)<br>- bone marrow failure- there is a risk that the ability of the bone marrow to produce blod cells will be decreased. This can cause a reduction in white blood cells or both. These reductions can lead to an inability for the blood to clot, for the blood to clot too much, and can also cause anemia. A decrease in white blood cells can lead to an increase risk of fever and infection, in rare instances causing death.<br><br>Other rare risks of bevacizumab include:<br>- irregularity of hormone secretion,<br>- ulcers, inflammation, infection or | |

**Commented [sau2]:** Per the updated IB recommend adding:
Other rare risks of bevacizumab include:
-irregularity of hormone secretion, - ulcers, inflammation,
infection or drainage to mucous membranes or body tissues,
-difficulty swallowing
-decline in general health
- gall bladder malfunction or perforation
-Changes in the proteins, sodium, potassium, calcium, magnesium or
phosphate levels in the blood
- transient ischemic attack (TIA) a temporary reduction in blood
flow accumulation in the lung including a small tract opending
within the lung
-Pericardial effusion (a collection of fluid in the abdominal cavity)
-Inflammation of the colon or pancreas
-Liver failure of several major organs such as the kidneys or lungs
**Formatted:** Bullets and Numbering

Patient Initials: _____     Date: _____     Page 10 of 19

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

| | | | drainage to mucous membranes or body tissues; |
|---|---|---|---|
| | | | - difficulty swallowing |
| | | | - -decline in general health |
| | | | - gall bladder malfunction or perforation |
| | | | - Changes in the proteins, sodium, potassium, calcium, magnesium or phosphate levels in the blood |
| | | | - transient ischemic attack (TIA) a temporary reduction in blood flow accumulation in the lung including a small tract opening within the lung |
| | | | - Pericardial effusion (a collection of fluid in the abdominal cavity) |
| | | | - Inflammation of the colon or pancreas |
| | | | - Liver failure of several major organs such as the kidneys or lungs |
| | | | - |
| Carboplatin | IV | - nausea and vomiting<br>- low blood cell counts<br>- hair loss | - possible hearing impairment<br>- numbness and tingling in fingers and toes<br>- possible kidney damage |

| Drug | Route | Reported Side Effects | |
|---|---|---|---|
| Trastuzumab (Herceptin) | IV | Some of these side effects may be serious and may lead to hospitalization or death. Flu-like symptoms (very common during infusions; they mainly occur with the first infusion and are temporary.), such as chills and fever"*<br>- pain at tumor sites"*<br>- diarrhea during/after receiving the first dose of trastuzumab rash"*<br>Other infusion-related symptoms are:<br>- feeling sick (nausea)<br>- vomiting<br>- pain<br>- increased muscle tension and shaking<br>- headache<br>- dizziness<br>- breathing difficulties<br>- wheezing<br>- high or low blood pressure | - rash<br>- loss of appetite<br>hypersensitivity or allergic reaction (i.e. shortness of breath, low blood pressure, wheezing, narrowing of the airways that lead to the lungs, rapid heart rate, abnormal fluid in the lungs, reduced oxygen in the blood, and breathing difficulties, including adult respiratory distress syndrome, hives and swelling in the throat). In rare cases, these events resulted in death, particularly for those who already had lung disease and shortness of breath. Most people who had these symptoms had them after receiving their first infusion of trastuzumab. Other rare lung related events include pneumonitis (inflammation in the lungs) and pulmonary fibrosis (scarring of the lung). |

Formatted: Bullets and Numbering

Formatted: Bullets and Numbering

Patient Initials: _____     Date: _____     Page 11 of 19

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

- heart rhythm disturbances (palpitations, heart fluttering or irregular heart beat)
- swelling of the face and lips
- rash and
- feeling tired.

Other side effects that can occur at any time:

- heart problems, including weakening of the heart muscle possibly leading to heart failure, inflammation of the lining around the heart (pericarditis), and heart rhythm disturbances, breathlessness (including breathlessness at night), cough, fluid retention (swelling) in the legs or arms, or palpitations (heart fluttering or irregular heart beat).

**Formatted:** Bullets and Numbering

Other very common side effects are:

- diarrhoea
- weakness
- skin rashes
- chest pain
- abdominal pain
- joint pain, and
- muscle pain

**Formatted:** Bullets and Numbering

Other common side effects are:

- allergic reactions
- abnormal blood counts (anemia, low platelet count and low white blood count)
- constipation
- heartburn (dyspepsia)
- infections, including bladder and skin infections
- shingles,
- inflammation of the breast
- inflammation of the pancreas or liver
- kidney disorders
- increased muscle tone /tension (hypertonia)
- tremor
- numbness or tingling of the fingers and toes
- nail disorders
- hair loss

**Formatted:** Bullets and Numbering

Patient Initials: _____          Date: _____          Page 12 of 19

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

| | | |
|---|---|---|
| | | - inability to sleep (insomnia) |
| | | - sleepiness (somnolence) |
| | | - nose bleeds |
| | | - acne |
| | | - itchiness |
| | | - dry mouth and skin |
| | | - dry or watery eyes |
| | | - sweating |
| | | - feeling weak and unwell |
| | | - anxiety |
| | | - depression |
| | | - abnormal thinking |
| | | - dizziness |
| | | - loss of appetite |
| | | - weight loss |
| | | - altered taste |
| | | - asthma |
| | | - lung disorders |
| | | - back pain |
| | | - neck pain |
| | | - bone pain |
| | | - leg cramps |
| | | - hemorrhoids |
| | | - bruises and |
| | | - arthritis. |
| | | |
| | | -flu-like symptoms, such as chills and fever* |
| | | -pain at tumor sites* |
| | | - diarrhea during/after receiving the first dose of trastuzumab rash* |
| | | *The above side effects were usually mild to moderate in severity, and occurred less often with later infusions |
| | | |
| | | -low blood counts |
| | | -increased risk of infection |
| | | -headache |
| | | - dizziness |

IV = Intravenous (into a vein)

* Bleeding, ranging from mild nosebleeds to severe and fatal (causing death) hemorrhage has been observed in patients who have participated in other studies of bevacizumab for metastatic cancer. The deaths from fatal hemorrhage occurred in patients who were participating in a study of bevacizumab plus chemotherapy for metastatic lung cancer.

Although the cause and risks of bleeding in most patients are not completely known, it is possible that administration of bevacizumab could cause or increase bleeding at tumor sites, including tumors in the brain. Bleeding at tumor sites, particularly those in the brain could result in permanent disability or death. Therefore, if you currently have tumors in brain, you may not participate in this study. You may also

Patient Initials: _____          Date: _____          Page 13 of 19

Treatment Consent                                                    Version Date: 08 January 2007
Sanofi-Aventis DOCET_L_00713

develop hemorrhage of your intestinal tract. If you develop tumors in your brain while enrolled in this study, you must discontinue treatment with bevacizumab. If you choose to participate in this study, you will be monitored for signs and symptoms of bleeding. You must report any abnormal bleeding to the study staff.

** Patients who receive chemotherapy and bevacizumab have up to a 5% risk of developing a condition associated blood clots such as stroke or heart attack. In studies, the risk of developing this condition was doubled in patients who received chemotherapy and bevacizumab. These medical conditions may be serious and can lead to death. The patients who were most at risk were those who were 65 years of age or older or had a history of blood clots. If you develop one of these conditions, such as angina (heart pain), your treatment with bevacizumab will be discontinued.

You may feel some discomfort from the needle when study treatments are given or blood drawn. There is also a small risk of fainting, swelling, bruising, bleeding, or (rarely) local infections at the site of the needle punctures which will be used for giving your study medications, as well as for taking blood samples.

These side effects maybe temporary, long term and/or permanent. – Death is always a possible risk with taking an investigational drug. However, most of the side effects listed above are reversible. That means they will stop once the drug is discontinued or its dose lowered.

If you have any side effects, either those on the list or others, or if you want more information on how the drug(s) could affect you, you should call the doctor or nurse in charge of the study. Their telephone numbers are on the last page of this form.

If we get any new information about the drugs/treatments/side effects in this study, you will be told about them so that you can continue to get the best care possible.

**Unique Side Effects/Special Precaution**

Cardiovascular side effects:

Cardiovascular side effects are the most serious of all side effects associated with the anticancer regimens, including the new biologic drug, currently used to treat breast cancer. One of the major reasons the anticancer treatments in this study are specifically being investigated is that there is clinical evidence suggesting that certain anticancer treatments may result in effective treatment of breast cancer without increasing the chances of experiencing cardiovascular side effects.

Some patients who have participated in other studies of chemotherapy drugs (specifically, doxorubicin or other anthracyclines, such as mitoxantrone) plus bevacizumab have developed heart failure during the study. Anthracyclines are known to carry a risk of heart failure; it is unknown whether bevacizumab contributed to the heart failure in these patients. Congestive heart failure has also rarely occurred in patients with radiation treatment to the chest wall.

Congestive heart failure is a serious reaction that some patients have experienced while receiving anticancer treatments and can result in death. Symptoms of congestive heart failure include shortness of

Patient Initials: _____          Date: _____          Page 14 of 19

breath, swelling of the lower legs, and fatigue. Patients who have received chemotherapy seem to develop these symptoms more frequently than patients who have not received chemotherapy. Some patients have developed heart rhythm changes. Your study doctor will monitor your heart function regularly throughout the study.

Patients who receive chemotherapy and bevacizumab have up to a 5% risk of developing a condition associated blood clots such as stroke or heart attack. In studies, the risk of developing this condition was doubled in patients who received chemotherapy and bevacizumab. These medical conditions may be serious and can lead to death. The patients who were most at risk were those who were 65 years of age or older or had a history of blood clots. If you develop one of these conditions, such as angina (heart pain), your treatment with bevacizumab will be discontinued.

<u>Allergic reactions:</u>

Sometimes people have allergic reactions to drugs. If you have a very bad allergic reaction, you could die. Some things that happen during an allergic reaction are:

- a rash
- having a hard time breathing
- wheezing when you breathe
- sudden drop in blood pressure
- swelling around the mouth, throat, or eyes
- fast pulse
- sweating

You should get medical help and contact the study doctor or study staff if you have any of these or any other side effects during the study.

**"WHAT ARE THE REPRODUCTIVE RISKS?"**

The effects of bevacuzimab (Avastin) on the human reproductive system are unknown. There may be unforeseeable risks to a pregnant woman and/or fetus. Chemotherapy could affect an unborn child, so it is very important that you do not get pregnant while receiving these treatments. Therefore, it is very important that if you are sexually active female with the potential to conceive, you must use an effective method of birth control during participation in the study and for three months following treatment. Also, if you are within childbearing age you must be willing to consent to using an effective non-hormonal method of contraception while receiving study treatment and for a minimum of 3 months thereafter. This may include, but is not limited to, abstinence, an IUD, condoms, implants, or being surgically sterilized.

While you agree to take the necessary precautions for birth control, it is very important that your partner uses an effective method of birth control as well.

If you ~~or your partner~~ becomes pregnant during the course of the treatment, you must inform your doctor immediately. Your doctor will ensure that you receive information about the options available in relation to the pregnancy and that you and your partner are fully supported in whichever option is chosen. If you

Treatment Consent                                                  Version Date: 08 January 2007
Sanofi-Aventis DOCET_L_00713

become pregnant, you will have to leave the study.  The study doctor may ask for information about the
pregnancy and the birth of the baby.

The effect of bevacizumab (Avastin) in breast milk is also unknown.  If you are breast-feeding, you
cannot participate in the study.

## "WHAT ARE MY ALTERNATIVES?"

You may choose not to participate in this study.  Other treatments that could be considered for your
cancer may include the following:
   (1) radiation therapy;
   (2) standard chemotherapy;
   (3) no treatment except medications to relieve symptoms.

These treatments could be given either alone or in combination with each other.  With the last choice (3),
your cancer is expected to grow and your disease could spread.

## "ARE THERE ANY BENEFITS TO PARTICIPATING IN THIS STUDY?"

Information obtained from this study will benefit the sponsor of the study Sanofi-Aventis U.S.
Participation in this study may or may not be of personal benefit to you.  However, based on the results
of this study, it is hoped that, in the long-term, patient care can be improved.

## "CAN I WITHDRAW FROM THIS STUDY?"

In discussion with you, your doctor at the Cross Cancer Institute, either at his/her own initiative or at the
request of the sponsor of this study, may withdraw you from the study at any time if it is in your best
interests.  Taking part in this study is voluntary; you may withdraw from the study at any time if you wish
to do so.  If you decide to stop participating in the study, we encourage you to talk to your doctor first.

Your doctor can take you off the study treatment early for reasons such as:
   • you are unable to tolerate the study treatment
   • you are in a study arm where the rate of congestive heart failure caused by toxicity exceeds study
     standards
   • new information becomes available that indicates the study treatment is no longer in your best
     interest
   • your doctor no longer feels this is the best treatment for you
   • you do not consent to changes made in the study plan

Should you decide to withdraw from the study at any time, information that has been collected on you up
until that point would still be provided to Sanofi-Aventis U.S.

Patient Initials: _____          Date: _____          Page 16 of 19

Treatment Consent                                                    Version Date: 08 January 2007
Sanofi-Aventis DOCET_L_00713

## "ARE THERE COSTS TO ME FOR TAKING PART IN THIS STUDY?"

Sanofi-Aventis U.S., a pharmaceutical company in the United States, will provide bevacuzimab (Avastin) to you at no cost. There will be no cost to you for the chemotherapy and bevacizumab treatment you receive in this study.  However, you will have to pay for the G-CSF injections that will be given prior to chemotherapy, for the drugs you need for corticosteroids pills, and medication needed to control side effects such as nausea.

If you are covered by a private insurance company like Blue Cross, you may get some or all of your money back, but if you do not have private insurance, you will not get any money back.

You will be coming to the Cross Cancer Institute more often than if you were not part of this study. There may be additional costs to you for taking part in this study such as:
- parking
- transportation
- meals
- babysitting, etc.

## "WHAT ARE MY RIGHTS AS A PARTICIPANT?"

The subject, or the subject's insurance carrier, will be billed for standard medical procedures provided throughout the study.  However, if during the course of the study, unexpected toxicities, that is toxicities not listed on the informed consent form, occur which both sponsor and *(give name of institution)* agree result directly from docetaxel, bevacizumab, and trastuzumab or the administration of docetaxel, bevacizumab, and trastuzumab and not as a result of the negligence or misconduct of *(give name of institution)* or its employees or agents, sponsor agrees to pay for reasonable and necessary medical costs related to such unexpected toxicities; provided such expenses are not covered by the participant's medical or hospital insurance coverage.  Sponsor shall inform *(give name of investigator)* in the event it becomes aware of any significant adverse effects associated with docetaxel, bevacizumab, and trastuzumab which are in addition to those listed in the informed consent.

If you suffer an injury or become ill as a result of participating in this research, you will receive all medical treatments (or services) recommended by your doctors.  No compensation will be provided beyond this point.  However, it is important to note that nothing said in this consent form alters your legal rights to recover damages (e.g. legal action).

## "WILL MY PERSONAL INFORMATION BE KEPT CONFIDENTIAL?"

Identifiable health information will be collected during this study.  .  Sanofi-Aventis will store and process your data with electronic data processing systems and will keep the data as long as the investigational product is marketed or under investigation.  This information may be used by the researchers who are carrying out this study, and may be disclosed to others as described below.  Any research proposal to use information that identifies you for a purpose other than this study must be approved in advance by the ACB Research Ethics Board.

Direct access to your identifiable health information collected for this study will be restricted to the researchers who are directly involved in this study except in the following circumstances:

Patient Initials: _____        Date: _____        Page 17 of 19

Treatment Consent                                                   Version Date: 08 January 2007
Sanofi-Aventis DOCET_I._00713

Your identifiable health information may need to be inspected or copied from time to time for quality assurance (to make sure the information being used in the study is accurate) and for data analysis (to do statistical analysis that will not identify you). The following organizations may do this inspection:

- Health Canada, the Canadian regulatory body
- United States Food and Drug Administration, the United States regulatory body
- Alberta Cancer Board Research Ethics Board, the institutional review board at this centre
- Sanofi-Aventis U.S.
- Authorized representatives of the clinical research organization, Pharmanet who are coordinating the study

Any disclosure of your identifiable health information will be in accordance with the Alberta Health Information Act. As well, any person from the organizations looking at your records on-site at the Cross Cancer Institute will follow the relevant Alberta Cancer Board policies and procedures that control these actions. Any disclosure of your identifiable health information to another individual or organization not listed here will need the approval of the Alberta Cancer Board Research Ethics Board.

The researchers who are directly involved in your study may share information about you with other researchers, but you will not be identified in that shared information except by a number. The key that indicates what number you have been assigned will be kept secure by the researchers directly involved with your study and will not be released.

Although absolute confidentiality can never be guaranteed, the Alberta Cancer Board will make every effort to keep your identifiable health information confidential, and to follow the ethical and legal rules about collecting, using and disclosing this information in accordance with the Alberta Health Information Act and other regulatory requirements.

## "WHO DO I CALL IF I HAVE QUESTIONS OR PROBLEMS?"

For information about your disease and/or research related injury/illness, you may contact the Principal Investigator, (Dr. John Mackey at (780) 432-8221), Co-Investigator (_____ at (780) 432-8771), Research Nurse, (Linda Tkachuk at (780) 432-8956), or page them through the Cross Cancer Institute Switchboard at (780) 432-8771 to answer any questions you have about this study.

If you feel, at any time, that you have not been informed to your satisfaction about the risks, benefits, or alternatives of this study, or that you have been encouraged to continue in this study after you wanted to withdraw, you can call the Patient Representative at (780) 432-8585.

## UNDERSTANDING OF PARTICIPANTS

I can refuse to take part or withdraw from this study at any time without jeopardizing my health care. If I continue to take part in the study, I will be kept informed of any important new developments and information learned after the time I gave my original consent.

Patient Initials: _____      Date: _____         Page 18 of 19

Treatment Consent
Sanofi-Aventis DOCET_L_00713

Version Date: 08 January 2007

I also give consent for the Principal Investigator and the Alberta Cancer Board (the Custodian) to disclose identifiable health information, as per the Alberta Health Information Act, to the organizations mentioned on the previous page.

I have read and understood all of the information in this consent form. I have asked questions, and received answers concerning areas I did not understand. I have had the opportunity to take this consent form home for review and discussion. My consent has not been forced or influenced in any way. I consent to participate in this research study. Upon signing this form I will receive a signed copy of the consent.

(PRINT NAMES CLEARLY)

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Name of Patient | Signature of Patient | Date |
| _____ | _____ | _____ |
| Name of Witness | Signature of Witness | Date |
| _____ | _____ | _____ |
| Name of Person Obtaining Consent | Signature of Person Obtaining Consent | Date |
| _____ | _____ | _____ |
| Name of Investigator | Signature of Investigator | Date |