# Exhibit 19

Kimberly A. Bassi

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                      - - -
 4
         IN RE:  TAXOTERE         :  MDL NO. 2740
 5       (DOCETAXEL) PRODUCTS     :  SECTION: "N"
         LIABILITY LITIGATION     :  (5)
 6                                :  JUDGE
         THIS DOCUMENT RELATES    :  ENGELHARDT
 7       TO:                      :  MAG. JUDGE
                                  :  NORTH
 8       ALL CASES                :
 9                      - - -
10               August 10, 2018
11                      - - -
12
13              Videotaped deposition of
        KIMBERLY A. BASSI, taken pursuant to
14      notice, was held at the law offices of
        DLA Piper, 51 John F. Kennedy Parkway,
15      Short Hills, New Jersey, beginning at
        9:03 a.m., on the above date, before
16      Michelle L. Gray, a Registered
        Professional Reporter, Certified
17      Shorthand Reporter, Certified Realtime
        Reporter, and Notary Public.
18
19                      - - -
20
              GOLKOW LITIGATION SERVICES
21         877.370.3377 ph| 917.591.5672
                 deps@golkow.com
22
23
24
```

Kimberly A. Bassi

1            identification as Exhibit
2       Bassi-13.)
3    BY MR. MICELI:
4         Q.    Let me show you what's been
5    marked as Exhibit 12 to your deposition.
6    Do you recognize this document?
7              MR. McRAE:  Dave, I think
8         this is 13.
9              MR. MICELI:  Oh, 13.
10             MR. McRAE:  Do you want to
11        fix the exhibit?  Lucky 13.  I
12        think that's right.
13             MR. MICELI:  It is.  There's
14        going to be a hole in this from
15        ripping off stickers, I think.
16             I apologize.  There you go.
17             MR. McRAE:  Thank you.
18   BY MR. MICELI:
19        Q.    Do you recognize this
20   document?
21        A.    I recognize it as feedback
22   from the EMEA to the regulatory group.
23        Q.    Okay.  Did you communicate
24   with the EMEA?

1    A.   No.

2    Q.   Did you ever receive
3  information from the EMEA?

4         MR. McRAE:  Object to the
5    form.

6         THE WITNESS:  Directly from
7    the EMEA?

8  BY MR. MICELI:

9    Q.   Directly through the company
10  from the EMEA.

11   A.   Yeah.  So Anne-Marie Massy
12  would have probably copied me and the
13  team in an e-mail from the EMEA.

14   Q.   This document is dated 25
15  March 2008, correct?

16   A.   Yes.

17   Q.   Okay.  And in the middle of
18  the page under the, "Dear Dr. Massy," and
19  the line underneath that it says, "Third
20  safety update of TAX316 study."

21        Do you see that?

22   A.   Yes.

23   Q.   Okay.  And TAX316 obviously
24  was the study that you spent ten years

Kimberly A. Bassi

1  on.  So would you have received this
2  particular safety update report?
3         A.    I'd likely be in copy, yes.
4         Q.    Okay.  Now, in 2008, all of
5  the patients who were -- strike that.
6               You just said that when you
7  started with the company in 2000 all the
8  patients had received their sixth round
9  of Taxotere chemotherapy, correct?
10              MR. McRAE:  Object to the
11        form.
12 BY MR. MICELI:
13        Q.    Or excuse me.  Their study
14 medication, because some of them got FAC,
15 right?
16        A.    Could you repeat your
17 question?
18        Q.    Yeah.  By the time that you
19 started with Sanofi, all of the patients
20 enrolled in TAX316 had received their
21 chemo treatments?
22              MR. McRAE:  Object to the
23        form.
24              THE WITNESS:  Correct.

Kimberly A. Bassi

1          A.    Can you repeat that, please?
2          Q.    Sure.  The third paragraph
3    that begins with the word "with."
4               MR. McRAE:  I think it's the
5          fourth paragraph.
6               MR. MICELI:  I guess you're
7          right.  It is.  Sorry about that.
8          There wasn't a space between
9          "events" and "generally."  Sorry.
10         With that kind of a mistake, you'd
11         think I wrote this thing.
12   BY MR. MICELI:
13         Q.    Do you see the paragraph
14   that starts, "With respect"?
15         A.    Yes.
16         Q.    Okay.  It says, "With
17   respect to long-term toxicity, the
18   profile of TAC is also unfavorable
19   compared to FAC."  Now, for the benefit
20   of the people who may see this, TAC is
21   Taxotere-containing regimen, and the FAC
22   is the fluorouracil-containing regimen,
23   correct?
24         A.    Correct.

Kimberly A. Bassi

1    Q.   Okay.  And it says -- then
2 it says, "Alopecia remains in 3.2 percent
3 of the TAC patients versus 1.4 percent of
4 the FAC patients."
5         Do you see that?
6    A.   Yes.
7    Q.   So I'm going to give the
8 dates benefit -- Sanofi the benefit of
9 the doubt of the dates.  Let's just say
10 from somewhere between seven and
11 eight years after the last dose of
12 Taxotere was administered, 3.2 percent of
13 the patients that received Taxotere had
14 alopecia that remained.  That's what the
15 EMA document here states, correct?
16         MR. McRAE:  Object to the
17    form.
18         THE WITNESS:  That's what
19    the document states.
20 BY MR. MICELI:
21    Q.   Okay.  And did you ever go
22 back and check to see if that's what the
23 records from TAX316 state?
24    A.   That's not in my job

Kimberly A. Bassi

1    function.
2         Q.   Okay.  It's not in -- it's
3    not in your job function to understand --
4    or to know what the safety data is for
5    TAX316?
6              MR. McRAE:  Object to the
7         form.
8              THE WITNESS:  It's not in my
9         job function to analyze the data.
10        So that's left to the physicians
11        and the safety physician, et
12        cetera.
13   BY MR. MICELI:
14        Q.   Okay.  I understand it's not
15   your job to do the calculating.  You
16   don't do the calculating of adverse
17   events for any study, do you?
18        A.   No.
19        Q.   Okay.  Are you -- are you
20   ever informed about the adverse events
21   that are going on in the studies that you
22   are the manager of?
23        A.   Yes.  Through annual updates
24   of the IV, through study meetings,

Kimberly A. Bassi

1    through updates, through consent forms,
2    et cetera.
3            Q.   Okay.  2008 would have been
4    a couple years before the final clinical
5    study report was written on TAX316,
6    correct?
7            MR. McRAE:  Object to the
8        form.
9            THE WITNESS:  Correct.
10   BY MR. MICELI:
11           Q.   Okay.  And so at any time
12   between March of 2008 and when the
13   completion of the clinical study report
14   was done, were you ever informed that the
15   long-term toxicity profile for Taxotere
16   was unfavorable when you compared TAC to
17   FAC?
18           A.   I don't recall.
19           Q.   You don't recall one way or
20   the other?
21           A.   I don't recall if I was
22   informed of that.
23           Q.   Do you recall ever being
24   informed that alopecia was more than two

1  times greater, ongoing alopecia, seven to
2  eight years following the last treatment,
3  was more than two times greater in the
4  people that received -- the women that
5  received Taxotere-containing chemotherapy
6  versus fluorouracil-containing
7  chemotherapy?
8         MR. McRAE:  Object to the
9     form.
10        THE WITNESS:  So, in the
11    scheme of my work day-to-day, it
12    might have been discussed.  But I
13    wasn't -- it wasn't something that
14    I looked at daily when I was doing
15    my daily trial management
16    activities.
17 BY MR. MICELI:
18    Q.   But my question was, were
19 you ever informed -- do you recall ever
20 being informed by anybody of those facts?
21    A.   I don't recall being
22 informed specifically or if it was
23 discussed, I don't recall.
24    Q.   Okay.  And aside from you, I