# Exhibit 21

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3     *******************************

 4     IN RE:  TAXOTERE (DOCETAXEL)

 5     PRODUCTS LIABILITY              MDL No. 2740

 6     LITIGATION                      Section: "N"(5)

 7                                     Judge Engelhardt

 8     This Document Relates to:    Mag. Judge North

 9     All Cases

10     *******************************

11

12     VIDEOTAPED DEPOSITION OF SUNIL GUPTA, MD, FRCPC

13

14              Tuesday, April 10th, 2018

15                    8:02 a.m.

16

17

18       Held At:

19          Ropes & Gray LLP

20          800 Boylston Street

21          Boston, Massachusetts

22

23

24     REPORTED BY:

25     Maureen O'Connor Pollard, RMR, CLR, CSR
```

1  psychological consequences of this adverse
2  effect in, often young, patients treated mainly
3  in the adjuvant scheme, health care
4  professionals and patients should be informed of
5  the possible irreversibility of alopecia."
6       Have you ever seen that paragraph
7  before?
8    A.  No, because this is the first time
9  I've seen this document.
10    Q.  Do you agree that permanent alopecia
11  or irreversible alopecia can cause serious
12  psychological consequences in the women who are
13  affected by it?
14      MR. McCULLY:  Object to form.
15    A.  Yes.  That, I think, would be
16  disturbing for women, yes.
17  BY MR. MARKOFF:
18    Q.  To the best of your knowledge, do
19  other employees of Sanofi in the regulatory
20  department agree with that statement?
21      MR. McCULLY:  Object to form.
22    A.  I could not speak for other people,
23  I'm sorry.
24  BY MR. MARKOFF:
25    Q.  Have you ever had conversations about

1  the psychological effects of women having
2  permanent alopecia?
3      A.    I can't recall specific conversations
4  that I could refer, but we might have had those
5  discussions.  I really cannot speak to that
6  effect.
7      Q.    When you were preparing and working on
8  the label for Taxotere, did you ever consider
9  the serious psychological effects of permanent
10 alopecia on women?
11         MR. McCULLY:  Object to form.
12     A.    Yes, I think I mentioned even in an
13 earlier testimony that we don't take these
14 things lightly.  Psychological effects are
15 important, aesthetic aspects are important, so
16 we do not take this lightly.
17 BY MR. MARKOFF:
18     Q.    Look at this last sentence.  "Given
19 the number of cases reported in postmarketing
20 surveillance, the EU SmPC should therefore be
21 updated in order to address this risk more
22 clearly."
23         How do you interpret that sentence?
24         MR. McCULLY:  Object to form.
25     A.    They're requesting, as far as I can