# Exhibit 22

| To: | Shimazaki, Yoshiko PH/JP; Groult, Vanina R&D/FR |
|---|---|
| Cc: | Takai, Yukie PH/JP; Toriyama, Satsuki PH/JP |
| Subject: | RE: Request: Docetaxel CCDS ver30 (permanent alopecia) |

Dear Yoshiko,

Your proposal may lead misunderstanding that alopecia would resolved "right" after discontinuation of the drug; and lacking the information of "permanent alopecia" was reported.  I think we do not need to put "even", just say:
- The cases of alopecia that were not recovered after discontinuation of this drug have been reported.

In Japanese:
CCDS を直訳すると、"恒久的な（不可逆的な）脱毛の症例が報告されてる"と言うことになると思うのです。
Proposal を直訳すると、"投与中止後でさえ回復しない脱毛の症例が報告されてる"と言うとことになり、投与中止すると、すぐにでも脱毛が回復するという誤解を招き？Permanent と言う言葉が欠けてしまっていると思うのですが。

How do you think?

Warm regards,
Nana

**From:** Shimazaki, Yoshiko PH/JP
**Sent:** Wednesday, February 17, 2016 1:31 AM
**To:** Hangai, Nanae R&D/US; Groult, Vanina R&D/FR
**Cc:** Takai, Yukie PH/JP; Toriyama, Satsuki PH/JP
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Nanae,
Thank you for your explanation.
We will not provide the information "more than 2 years" in the JPI.


Dear Nanae, and Vanina,
As I mentioned in my email below, we still consider adding following information as a footnote for the currently described "alopecia" is the most appropriate way to provide the CCDS contents in light of the J-PI manner.
- The cases of alopecia that were not recovered even after discontinuation of this drug have been reported.


It will be discussed at the Japan-LWG held on 19 Feb.
If you have any further comment, please let me know **within today**.

Thank you very much for your support.

Best regards,

Yoshiko
Japan Labeling



**From:** Hangai, Nanae R&D/US
**Sent:** Tuesday, February 16, 2016 9:28 PM

1

Confidential                                                          Sanofi_02664951

**To:** Shimazaki, Yoshiko PH/JP; Groult, Vanina R&D/FR
**Cc:** Takai, Yukie PH/JP; Toriyama, Satsuki PH/JP
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Yoshiko,

Our previous review performed for "persistent alopecia" in JAN2011 found a few cases that alopecia persisted more than 1.5 years and resolved or resolved with sequelae.
Therefore, I selected the cases:
1. If the verbatim contains "permanent" or "irreversible"  and
2. The verbatim does not contains "permanent" or "irreversible" but lasted more than 2 years (since if set less, we know we have more cases)

The bottom line is: **cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia in the patients
who received docetaxel.**

Therefore, we would only use:
- The cases of "permanent" alopecia has been reported.
Thus, we use the term in CCDS as:
Cases of **permanent alopecia** (frequency not known) have been reported.
I would not consider to provide information "more than 2 years".

Warm regards,
Nana


**Nanae Hangai, MD  PhD**
Global Safety Officer
SSRM Oncology Group
Global Pharmacovigilance and Epidemiology
Sanofi

781-434-3489
nanae.hangai@sanofi.com

........................................................................................................................................................

**From:** Shimazaki, Yoshiko PH/JP
**Sent:** Tuesday, February 16, 2016 1:58 AM
**To:** Hangai, Nanae R&D/US; Groult, Vanina R&D/FR
**Cc:** Takai, Yukie PH/JP; Toriyama, Satsuki PH/JP
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Vanina, and Nanae,

Regarding the captioned issue, we are now discussing the wording of revision draft of J-PI to be submitted to PMDA, and we have some things we'd like to confirm.

1.
According to the previous email from Nanae, there is no definition of "permanent" alopecia in the medical textbook or dictionary.
Could you tell us the rationale of defining the criteria of "more than 2 years" for the assessment ?


2.

2

Confidential
Sanofi_02664952

We cannot find the clear definition of "permanent alopecia" in Japan either, and we are wondering if the proper meaning can be delivered when adding this term only.
Could you send your comment, if we propose to add following information as a footnote for the currently described "alopecia", instead of adding the term of "permanent alopecia"?
We consider these sentence can deliver the meaning of Clinical Overview appropriately.

For example;
- The cases of alopecia that lasted more than 2 years have been reported.
- The cases of alopecia that were not recovered even after discontinuation of this drug have been reported.

Best regards,

Yoshiko
Japan Labeling

---

**From:** Hangai, Nanae R&D/US
**Sent:** Tuesday, January 26, 2016 8:59 PM
**To:** Shimazaki, Yoshiko PH/JP; Groult, Vanina R&D/FR その件に関して更に確認したいことがあります。
**Cc:** Gupta, Sunil R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Ozatilgan, Ayse PH/US
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Yoshiko,

Initially, on 23-MAR-2015, FDA requested to provide a summary of cases reporting permanent/total alopecia with docetaxel.
We submitted the answer (as enclosed), then FU request came on 05-OCT-2015.

Warm regards,
Nana

---

**From:** Shimazaki, Yoshiko PH/JP
**Sent:** Tuesday, January 26, 2016 3:46 AM
**To:** Hangai, Nanae R&D/US; Groult, Vanina R&D/FR
**Cc:** Gupta, Sunil R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Ozatilgan, Ayse PH/US
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Nanae,

I am sorry but let me ask just one point.

Clinical Overview (page 8) mentions "An FDA follow-up".
Could you tell us for what "follow-up" is it?  (PSUR?)

Best regards,
Yoshiko
Japan Labeling

---

**From:** Hangai, Nanae R&D/US
**Sent:** Monday, January 25, 2016 10:20 PM
**To:** Shimazaki, Yoshiko PH/JP; Groult, Vanina R&D/FR
**Cc:** Gupta, Sunil R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Ozatilgan, Ayse PH/US
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Confidential                                                                 Sanofi_02664953

Dear Yoshiko,

Hopefully the submission will go well.

Warm regards,
Nana

---

**From:** Shimazaki, Yoshiko PH/JP
**Sent:** Monday, January 25, 2016 7:54 AM
**To:** Hangai, Nanae R&D/US; Groult, Vanina R&D/FR
**Cc:** Gupta, Sunil R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Ozatilgan, Ayse PH/US
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Nanae,

Thank you for providing the information.

I will proceed the submission process, and  will contact to you when I receive further inquiry within a company or from regulator.

Thank you very much for your kind support.
Best regards,

Yoshiko Shimazaki
Japan Labeling

---

**From:** Hangai, Nanae R&D/US
**Sent:** Friday, January 22, 2016 11:43 PM
**To:** Shimazaki, Yoshiko PH/JP; Groult, Vanina R&D/FR
**Cc:** Gupta, Sunil R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Ozatilgan, Ayse PH/US
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Yoshiko,

There are obvious finding that the docetaxel has been involving in these case; some cases only reported docetaxel as suspect drugs.
And combinations are mostly AC/EC involved, but random.

We did not have any feedback/discussion with FDA regarding this point.

Warm regards,
Nana

---

**From:** Shimazaki, Yoshiko PH/JP
**Sent:** Friday, January 22, 2016 9:35 AM
**To:** Hangai, Nanae R&D/US; Groult, Vanina R&D/FR
**Cc:** Gupta, Sunil R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Ozatilgan, Ayse PH/US
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Nanae,

Thank you for your quick response and providing the information.

Confidential                                                        Sanofi_02664954

Our major concern is that PMDA may inquire why company concluded there is a causal relationship with "docetaxel", while there are limited information on the course  such as presence or absence of other treatment than docetaxel during lasting period of alopecia.

If there were such discussion with FDA, we are thankful if you share the information with us.

Thank you for your cooperation.

Best regards,
Yoshiko

---

**From:** Hangai, Nanae R&D/US
**Sent:** Friday, January 22, 2016 9:43 PM
**To:** Groult, Vanina R&D/FR; Shimazaki, Yoshiko PH/JP
**Cc:** Gupta, Sunil R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Ozatilgan, Ayse PH/US
**Subject:** RE: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Yoshiko and Vanina,

There is no definition of "permanent alopecia" in the medical textbook or dictionary.
Some medical article referred as "an absence of or incomplete of  hair growth 6 months beyond completion of chemotherapy".
However, as we did review the cases from our database, not from clinical trial(s), we cannot have exact outcome with exact length of alopecia or exact length of time after completion of chemotherapy.
Thus we reviewed the cases with verbatim including "permanent" or "irreversible", or alopecia lasted more than 2 years with outcome of not recovered/ongoing/unknown.
Some of them may recovered, as our previous review done by Emanuel, we found some patient recovered long standing alopecia (more than 1 year).
Or some of cases we may missed.
As same for combination regimen, 70% of cases reported combination regimen, but not all or not one particular regimen.

Thus, we concluded as:
Based on review of the Sanofi global pharmacovigilance database, worldwide scientific literature, clinical studies, and biological plausibility, the cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia in the patients who received docetaxel.

If you have further questions please let me know.

Warm regards,
Nana


**Nanae Hangai, MD  PhD**
Global Safety Officer
SSRM Oncology Group
Global Pharmacovigilance and Epidemiology
Sanofi

781-434-3489
nanae.hangai@sanofi.com

5

Confidential                                                                                    Sanofi_02664955

**From:** Groult, Vanina R&D/FR
**Sent:** Friday, January 22, 2016 6:58 AM
**To:** Shimazaki, Yoshiko PH/JP; Hangai, Nanae R&D/US
**Cc:** Gupta, Sunil R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Ozatilgan, Ayse PH/US
**Subject:** TR: Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Yoshiko,
Docetaxel Labeling update with « permanent alopecia » is fully documented, and was reviewed and approved by SMC and by Global LRC. You have the CO supporting such Labeling modification. However, if you need additional information our GPE focal point, Nanae Hangai, should be able to provide them.

Dear Nanae,
Many thanks for answering Yoshiko's email below.

Kind regards,
Vanina


*Vanina Groult, PhD*
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals
Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com




**De :** Shimazaki, Yoshiko PH/JP
**Envoyé :** vendredi 22 janvier 2016 12:36
**À :** Groult, Vanina R&D/FR
**Cc :** Hangai, Nanae R&D/US; Suzuki, Eiko PH/JP; Takai, Yukie PH/JP; Toriyama, Satsuki PH/JP
**Objet :** Request: Docetaxel CCDS ver30 (permanent alopecia)

Dear Vanina,

We are now preparing the revision of Taxotere J-PI to implement CCDSv30 (permanent alopecia).

As we cannot find any other J-PI which includes the caution on "permanent alopecia" so far, we consider we need sufficient rationale to explain to PMDA how the company judged it is "permanent", and there is a causal association between Taxotere despite of combination treatments.

Clinical Overview (page 8) mentions "An FDA follow-up was received".  Is it possible to provide the contents of the "follow-up" to us? We think it will be of help to understand the detailed background of update of CCDS. We would like to use it for internal discussion and preparation, and **not** intend to submit the document to PMDA.

Your support would be highly appreciated.

Best regards,

Yoshiko Shimazaki
Japan Labeling

Confidential                                                           Sanofi_02664956

BegDoc: Sanofi_02664951
EndDoc: Sanofi_02664956
BegAttach:
EndAttach:
PageCount: 6
Custodian: Hangai, Nanae
All Custodians: Hangai, Nanae
Date Created: 02/17/2016
Date Last Modified: 03/15/2017
DocType: Email
Original FilePath: \Email\Exchange\HangaiNanae_NM54300_Exchange.pst\Top of Perso-
        nal Folders\Recoverable Items\Purges\RE: Request: Docetaxel CCDS
        ver30 (permanent alopecia)
FileName:
FileExt:
MD5 Hash: 49bd6ec4c83995b0edebf55026c2d838
File Size: 129549
EMAIL Folder Path:
From:
To: "Shimazaki, Yoshiko PH/JP" <yoshiko.shimazaki@sanofi.com>; "Groult, Vanina R-
        &D/FR" <vanina.groult@sanofi.com>
Subject: RE: Request: Docetaxel CCDS ver30 (permanent alopecia)
Date Sent: 02/17/2016
Date Received: 02/17/2016
CC: "Takai, Yukie PH/JP" <yukie.takai@sanofi.com>; "Toriyama, Satsuki PH/JP" <sa-
        tsuki.toriyama@sanofi.com>
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01d154eb76ba38a5c481633948a5aaf03fe40a5708820007f97310-
        0000820f6000044f62000000fc23f00092d42c80000142fe6000286cac400006c-
        d8bb00411ee4320000df51df000265e8930000d59fe90