# Exhibit 25

Gerrit-Jan Nijveldt

```
 1      IN THE UNITED STATES DISTRICT COURT
 2     FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    - - -
 4
        IN RE:  TAXOTERE        :   MDL NO. 2740
 5      (DOCETAXEL) PRODUCTS    :   SECTION: "N"
        LIABILITY LITIGATION    :   (5)
 6                              :   JUDGE
        THIS DOCUMENT RELATES   :   ENGELHARDT
 7      TO:                     :   MAG. JUDGE
                                :   NORTH
 8      ALL CASES               :
 9                    - - -
10              February 15, 2018
11                    - - -
12
13             Videotaped deposition of
        GERRIT-JAN NIJVELDT, taken pursuant to
14      notice, was held at the law offices of
        DLA Piper, 51 John F. Kennedy Parkway,
15      Short Hills, New Jersey, beginning at
        9:03 a.m., on the above date, before
16      Michelle L. Gray, a Registered
        Professional Reporter, Certified
17      Shorthand Reporter, Certified Realtime
        Reporter, and Notary Public.
18
19                    - - -
20
            GOLKOW LITIGATION SERVICES
21        877.370.3377 ph| 917.591.5672
               deps@golkow.com
22
23
24
```

Golkow Litigation Services                                    Page 1

Gerrit-Jan Nijveldt

```
 1            don't have the regulatory
 2            background of this product.  So I
 3            can't answer that question.
 4    BY MR. MICELI:
 5            Q.   You never asked what
 6    information went into the Taxotere
 7    product label?
 8                 MR. STRONGMAN:  Objection to
 9            form.
10                 THE WITNESS:  That would be
11            the responsibility of the labeling
12            manager and his or her boss.
13    BY MR. MICELI:
14            Q.   Okay.  Flip with me to the
15    second page of that LRC notification
16    letter.  Do you see at the top of the
17    page there's a paragraph, Number 7.  And
18    it states, "Please send regular reminders
19    in writing, e.g., quarterly, to your
20    authorities when defined or reasonable
21    timelines for assessment have elapsed.
22    Continue until approval and keep copies
23    on file."
24                 Do you see that?
```

Gerrit-Jan Nijveldt

1          A.    Yes.

2          Q.    Do you recall receiving this
3    notification letter and seeing that
4    paragraph?

5          A.    It's a standard paragraph in
6    every notification letter.

7          Q.    So this is -- this is a
8    standard paragraph in a standard
9    notification letter that's sent pursuant
10   to a standard operating procedure,
11   correct?

12         A.    Correct.

13              MR. STRONGMAN:  Objection to
14         form.

15   BY MR. MICELI:

16         Q.    Correct?

17         A.    Right.

18         Q.    Okay.  So every person that
19   receives notification letters within
20   Sanofi about label changes, particularly
21   label changes regarding safety, is going
22   to receive Paragraph Number 7, whether
23   it's Number 7 or 8, whatever number it
24   is.  They're going to receive the text

1  that is on this page to remind them to
2  make regular follow-ups quarterly -- it
3  said e.g. -- it's a suggestion of
4  quarterly, isn't it?
5          A.    Yeah, for example.
6          Q.    For example, quarterly
7  reminders in writing to your regulatory
8  authorities after a submission is made,
9  correct?
10         A.    Correct.
11         Q.    Okay.  And to continue that
12 until the label was -- well, it says
13 approved, not until approved or denied.
14 It says until approved, correct?
15              MR. STRONGMAN:  Objection to
16         form.
17              THE WITNESS:  Correct.
18 BY MR. MICELI:
19         Q.    Okay.  It says continual
20 until approval?
21         A.    It says that there, yeah.
22         Q.    Okay.  And then it says,
23 "Keep copies on file."
24         A.    It says it there.  Yeah.