# Exhibit 26

```
 1       IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                      - - -
 4
         IN RE:  TAXOTERE          :   MDL NO. 2740
 5       (DOCETAXEL) PRODUCTS      :   SECTION: "N"
         LIABILITY LITIGATION      :   (5)
 6                                 :   JUDGE
         THIS DOCUMENT RELATES     :   ENGELHARDT
 7       TO:                       :   MAG. JUDGE
                                   :   NORTH
 8       ALL CASES                 :
 9                      - - -
10                 March 29, 2018
11                      - - -
12
13              Videotaped deposition of
         SUZANNE R. THORNTON-JONES, Ph.D., taken
14       pursuant to notice, was held at the law
         offices of Shook Hardy & Bacon, 2001
15       Market Street, Philadelphia,
         Pennsylvania, beginning at 9:00 a.m., on
16       the above date, before Michelle L. Gray,
         a Registered Professional Reporter,
17       Certified Shorthand Reporter, Certified
         Realtime Reporter, and Notary Public.
18
19                      - - -
20
              GOLKOW LITIGATION SERVICES
21        877.370.3377 ph| 917.591.5672
                  deps@golkow.com
22
23
24
```

```
 1                  (Document marked for
 2          identification as Exhibit
 3          Thornton-Jones-28.)
 4   BY MR. WOOL:
 5          Q.   And this begins with an
 6   e-mail from Frances Polizzano, correct?
 7          A.   At the front --
 8          Q.   At the top.
 9          A.   -- most recent e-mail.
10          Q.   And it's to Gina Vestea,
11   correct?
12          A.   It is to Gina on November 9,
13   2015.
14          Q.   And you're familiar with
15   Gina Vestea, as we discussed earlier,
16   right?
17               MR. McRAE:  Object to the
18          form.
19               THE WITNESS:  I know
20          Dr. Vestea, yes.
21   BY MR. WOOL:
22          Q.   And you've just read these
23   two pages of e-mail, correct?
24          A.   I just read it.  Yes, sir.
```

Suzanne R. Thornton- Jones, Ph.D.

1　　　　　Q.　It appeared there was a
2　discussion going on trying to figure out
3　what happened to the TAX316 ten-year
4　follow-up information and its inclusion
5　in the USPI, correct?
6　　　　　MR. McRAE:  Object to the
7　　　form.
8　　　　　THE WITNESS:  Can you repeat
9　　　that, please?
10　BY MR. WOOL:
11　　　　　Q.　I will do that.  At the
12　bottom of Page 1 there's an e-mail from
13　Dr. Polizzano to Dr. Vestea, correct?
14　　　　　A.　On November 4th, 2015.
15　　　　　Q.　Yes.
16　　　　　A.　Yes.
17　　　　　Q.　It begins, "Dear Gina,"
18　correct?
19　　　　　A.　Yes, sir.  No.  It says,
20　"Hi, Gina."
21　　　　　Q.　"Hi, Gina.  Could you please
22　check your files for any internal e-mail
23　communications during the period 24
24　September 2010 to 01 January 2013 that

Suzanne R. Thornton-Jones, Ph.D.

1  could explain why the labeling changes
2  associated with the TAX316 study ten-year
3  follow-up in docetaxel CCDS Version 26
4  were not submitted to the FDA."
5              Correct?
6              MR. McRAE:  Object to the
7       form.
8              THE WITNESS:  That's what's
9       written in the document.
10             MR. McRAE:  Counsel, I'd
11      also note that this is not the
12      complete document.
13             MR. WOOL:  No, just the
14      first two pages of the e-mail.
15  BY MR. WOOL:
16      Q.   So here it appears that
17  Dr. Polizzano is asking Dr. Vestea to see
18  if there are any internal communications
19  about why the labeling changes associated
20  with a ten-year study follow-up from
21  TAX316 were not submitted to the FDA,
22  correct?
23             MR. McRAE:  Object to the
24      form.

Suzanne R. Thornton-Jones, Ph.D.

1                THE WITNESS:  It says,
2         "Please check your files" --
3         "could you please check your files
4         for any internal communications
5         during the period that would
6         explain why the labeling changes
7         associated with TAX316 study
8         ten-year follow-up and docetaxel
9         CCDS were not submitted to the
10        FDA."
11   BY MR. WOOL:
12        Q.    And for part of that period
13   that she's requesting or start -- that
14   she starts her e-mails, you were the
15   guardian of the USPI, correct?
16                MR. McRAE:  Object to the
17        form.
18                THE WITNESS:  I was
19        responsible for updating it based
20        on either CCDS changes or
21        recommendations from the health
22        authority.
23   BY MR. WOOL:
24        Q.    And you were responsible for

Suzanne R. Thornton- Jones, Ph.D.

1  updating docetaxel Company Core Data
2  Sheet Version 26, correct?
3           MR. McRAE:  Object to the
4      form.
5           THE WITNESS:  I was
6      responsible for facilitating the
7      update with the cross-functional
8      teams.
9  BY MR. WOOL:
10     Q.   As you said earlier, you
11 were the guardian of the Company Core
12 Data Sheet Version 26, correct?
13          MR. McRAE:  Object to the
14     form.
15          THE WITNESS:  I was the
16     custodian, guardian.
17 BY MR. WOOL:
18     Q.   Then Dr. Polizzano responds
19 again to Dr. Vestea it appears and says,
20 "Hi Gina, do you have anything in your
21 files," correct?
22          MR. McRAE:  Object to the
23     form.
24          THE WITNESS:  That's what's

Suzanne R. Thornton-Jones, Ph.D.

1          written on the document.
2    BY MR. WOOL:
3          Q.   And the next e-mail is an
4    e-mail from Dr. Vestea to Dr. Polizzano,
5    correct?
6          A.   "Are you marching
7    forward" --
8          Q.   Forward in time.
9          A.   So on November 9, 2015, from
10   Dr. Vestea to Dr. Polizzano.
11         Q.   And Dr. Vestea says, "I have
12   been searching and I cannot find
13   anything.  Sorry."
14              Isn't that right?
15              MR. McRAE:  Object to the
16         form.
17              THE WITNESS:  That's what's
18         written on the document.
19   BY MR. WOOL:
20         Q.   And then Dr. Polizzano
21   responds on Monday, November 9, 2015,
22   correct?
23         A.   Yes, sir.
24         Q.   And can you read for me,

```
 1   please, her response to Dr. Vestea?
 2              MR. McRAE:  Object to the
 3         form.
 4              THE WITNESS:  "I had a
 5         feeling you were going to say
 6         that.  It appears that Vanina did
 7         not find anything either.  Well,
 8         this is going to be fun submitting
 9         greater than four-year-old
10         labeling changes to the FDA now.
11         Thanks for looking."
12   BY MR. WOOL:
13         Q.   And the labeling changes
14   that they are discussing in this e-mail
15   are labeling changes associated with the
16   TAX316 study ten-year follow-up in
17   docetaxel CCDS Version 26, correct?
18              MR. McRAE:  Object to the
19         form.
20              THE WITNESS:  Based on the
21         original e-mail that states that
22         the CCDS -- so on the e-mail from
23         Dr. Polizzano to a number of other
24         people, it says, "Dear Vanina."
```

Suzanne R. Thornton- Jones, Ph.D.

1          It says, "The TAX316 follow-up
2          data associated with docetaxel
3          CCDS V26."
4    BY MR. WOOL:
5          Q.   And that's the version that
6    you oversaw the process of updating,
7    correct?
8              MR. McRAE:  Object to the
9          form.
10             THE WITNESS:  I facilitated
11         as the global labeling person with
12         the cross-functional team to
13         update it based on the TAX316 CSR.
14   BY MR. WOOL:
15         Q.   And if we count back four
16   years from when Dr. Polizzano sent this
17   e-mail, we go back to approximately 2011,
18   correct?
19             MR. McRAE:  Object to the
20         form.
21             THE WITNESS:  That would be
22         accurate.
23   BY MR. WOOL:
24         Q.   In 2011 was when you were in

1     charge of the company core data sheet,
2     correct?
3                  MR. McRAE:  Object to the
4           form.
5                  THE WITNESS:  I was a
6           custodian of it, yes.
7     BY MR. WOOL:
8           Q.    And you were also the
9     custodian of the USPI at that time,
10    correct?
11                 MR. McRAE:  Object to the
12          form.
13                 THE WITNESS:  I was
14          responsible for updating it based
15          on changes in the CCDS.
16    BY MR. WOOL:
17          Q.    Is the answer to my question
18    correct?
19          A.    I was responsible for
20    updating it.
21          Q.    Were you also responsible
22    for updating the EU SPC at that same
23    time?
24                 MR. McRAE:  Object to the

1    form.  Asked and answered probably
2    15 times today.
3          THE WITNESS:  I was
4    responsible for updating it either
5    based on changes from the CCDS or
6    health authority, and the SmPC
7    would have been EMA CHMP.
8  BY MR. WOOL:
9          Q.   And here it appears that
10 Dr. Polizzano and Dr. Vestea are trying
11 to figure out why changes associated with
12 the TAX316 ten-year study follow-up and
13 docetaxel CCDS were not submitted to the
14 FDA, correct?
15         MR. McRAE:  Object to the
16   form.
17         THE WITNESS:  "We are trying
18   to find, as stated in this
19   document, under the e-mail from
20   Dr. Polizzano to Dr. Vestea on
21   Wednesday, November 4th.  Could
22   you please check your files for
23   any internal e-mail communications
24   during that period."

1  BY MR. WOOL:

2  　　　Q.　And for part of that period,
3  you were the guardian of the USPI,
4  correct?

5  　　　　　MR. McRAE:  Object to the
6  　　　form.

7  　　　　　THE WITNESS:  Responsible
8  　　　for updating it based upon the
9  　　　cross-functional team.

10  BY MR. WOOL:

11  　　　Q.　Does it appear from this
12  e-mail that they are trying to figure out
13  why the USPI updates were not handled by
14  you when you were in charge of updating
15  the company core data sheet?

16  　　　　　MR. McRAE:  Object to the
17  　　　form.

18  　　　　　THE WITNESS:  I do not see
19  　　　my name mentioned in any of these
20  　　　e-mails.

21  BY MR. WOOL:

22  　　　Q.　If you count back four years
23  from 2015 when that e-mail was written,
24  that goes back to 2011, correct?

1          A.    That would be accurate math.

2          Q.    And for the entirety of
3    2011, you were the guardian of the USPI
4    and it was under your watchful eye; is
5    that correct?

6                MR. McRAE:  Object to the
7          form.

8                THE WITNESS:  I was to
9          update it based on modifications
10         to the CCDS or based on feedback
11         from the health authority.

12               However, I would like to
13         draw your attention to Exhibit 22,
14         which you provided earlier, which
15         is the labeling review committee
16         notification letter, where on
17         Page 3 of 4 for the U.S., it says,
18         "Submit within three months after
19         assessment of the clinical study
20         report, TAX316 by FDA."

21               I do not recall when that
22         assessment was provided to Sanofi,
23         or it would have actually been
24         provided to Dr. Vestea, being the

1    regulatory lead in the U.S. RAMP.
2    BY MR. WOOL:
3        Q.   But we know that Dr. Vestea
4    and Dr. Polizzano in 2015 are discussing
5    submitting four year old, in
6    Dr. Polizzano's terms, labeling changes
7    to the FDA, correct?
8            MR. McRAE:  Object to the
9        form.
10           THE WITNESS:  That is what
11       is written in that e-mail.
12   BY MR. WOOL:
13       Q.   Okay.  Why did you leave
14   Sanofi, ma'am?
15       A.   Better opportunity.
16       Q.   Did you enter into any kind
17   of separation agreement with Sanofi when
18   you left the company?
19       A.   Not that I recall.
20       Q.   Did you receive a severance
21   package when you left the company?
22       A.   No, sir.
23       Q.   During your time that you
24   were working at Sanofi, do you recall

Suzanne R. Thornton- Jones, Ph.D.

1    ever submitting a request to the FDA to
2    include a warning in the USPI about the
3    possible irreversibility of alopecia?
4              MR. McRAE:  Object to the
5         form.
6              THE WITNESS:  I would not
7         have done the submission.
8    BY MR. WOOL:
9         Q.   At that time though, you
10   were the guardian of the USPI, correct?
11             MR. McRAE:  Object to the
12        form.
13             THE WITNESS:  And
14        responsible for updating it based
15        on changes on the CCDS or the
16        health authority.
17   BY MR. WOOL:
18        Q.   And if a submission had been
19   made to the FDA to update the USPI, which
20   you were the guardian of, would you have
21   known about it at the time?
22             MR. McRAE:  Object to the
23        form.
24             THE WITNESS:  I would have

Suzanne R. Thornton-Jones, Ph.D.

```
 1           updated the label, provided it to
 2           Dr. Vestea for her concurrence,
 3           and it would have been submitted
 4           by Dr. Vestea or someone in the
 5           U.S. RAMP organization.
 6   BY MR. WOOL:
 7         Q.   At the time that you were
 8   working at Sanofi and you were in charge
 9   of the USPI, did you ever update the
10   label and provide it to Dr. Vestea and
11   ask her to submit it with a warning that
12   contained language about the possible
13   irreversibility of alopecia?
14              MR. McRAE:  Object to the
15         form.
16              THE WITNESS:  I do not
17         recall.
18   BY MR. WOOL:
19         Q.   During that time period, did
20   you ever update the USPI and provide it
21   to Dr. Vestea and ask her to submit it to
22   the FDA to include a warning that
23   contained language about permanent
24   alopecia?
```

Suzanne R. Thornton- Jones, Ph.D.

1              MR. McRAE:  Object to the
2         form.
3              THE WITNESS:  I do not
4         recall doing that.  But again, as
5         pointed out in your Exhibit 22,
6         the changes to the CCDS
7         Version 26, which were based on
8         the TAX316 CSR, were supposed to
9         be within three months after
10         assessment of the clinical study
11         report TAX316 by FDA.
12    BY MR. WOOL:
13         Q.    So the answer to my question
14    is, you do not recall submitting a label?
15              MR. McRAE:  Object to the
16         form.
17              THE WITNESS:  I do not
18         recall submitting the label or nor
19         do I recall receiving feedback
20         from the FDA.
21    BY MR. WOOL:
22         Q.    And do you recall
23    submitting, during the time that you were
24    in charge of the USPI, a proposed label