# Exhibit 28

Frances Polizzano, PharmD

```
 1        IN THE UNITED STATES DISTRICT COURT
 2      FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    - - -
 4
        IN RE:  TAXOTERE          :  MDL NO. 2740
 5      (DOCETAXEL) PRODUCTS      :  SECTION: "N"
        LIABILITY LITIGATION      :  (5)
 6                                :  JUDGE
        THIS DOCUMENT RELATES     :  ENGELHARDT
 7      TO:                       :  MAG. JUDGE
                                  :  NORTH
 8      ALL CASES                 :
 9                    - - -
10              February 28, 2018
11                    - - -
12
13            Videotaped deposition of
      FRANCES POLIZZANO, PharmD, taken pursuant
14    to notice, was held at the law offices of
      DLA Piper, 51 John F. Kennedy Parkway,
15    Short Hills, New Jersey, beginning at
      9:01 a.m., on the above date, before
16    Michelle L. Gray, a Registered
      Professional Reporter, Certified
17    Shorthand Reporter, Certified Realtime
      Reporter, and Notary Public.
18
19                    - - -
20
             GOLKOW LITIGATION SERVICES
21        877.370.3377 ph| 917.591.5672
                deps@golkow.com
22
23
24
```

Golkow Litigation Services                                  Page 1

Frances Polizzano, PharmD

```
 1    approximately.
 2            Q.    Okay.  These are e-mails
 3    that you either wrote or received in the
 4    course of your business, right?
 5            A.    Correct.
 6            Q.    All right.  And then Gina
 7    responds and she says, "I've been
 8    searching, and I cannot find anything.
 9    Sorry."  Is that right?
10            A.    That's what it says.
11            Q.    And then on the same day,
12    but later in that day, you wrote back to
13    Gina; is that right?
14            A.    I did.
15            Q.    And can you read what your
16    e-mail of November the 9th, 2015, at
17    7:53 p.m. says?
18            A.    "I had a feeling that you
19    were going to say that.  It appears that
20    Vanina did not find anything either.
21    Well, this is going to be fun submitting
22    greater than four-year-old labeling
23    changes to the FDA now.  Thanks for
24    looking."
```

Frances Polizzano, PharmD

1        Q.   And at the time that you
2   wrote that e-mail in November of 2015,
3   had you ever been involved in a situation
4   at Sanofi before where the company had
5   failed to implement a more than
6   four-year-old label change?
7             MR. RATLIFF:  Object to
8        form.
9             THE WITNESS:  To answer your
10        question, no.  But the one thing
11        that I want to just make clear is
12        that we had -- I'm not sure who
13        was all involved at the time with
14        this project back in 2010, 2011.
15        So we had very limited numbers of
16        people to be able to check with --
17   BY MR. BACHUS:
18        Q.   Well --
19        A.   -- on the past experiences.
20        Q.   No.  I understand.  What you
21   know is it wasn't due to anything
22   Dr. Polizzano did that created a
23   situation where you were now having to
24   deal with the FDA on a more than