# Exhibit 29

| | |
|---|---|
| **From:** | Polizzano, Frances R&D/US |
| **Sent:** | Monday, November 09, 2015 7:53 PM |
| **To:** | Vestea, Gina GZ/US |
| **Subject:** | RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments |

I had a feeling you were going to say that. It appears that Vanina did not find anything either. Well this is going to be fun submitting > 4 year old labeling changes to the FDA now. Thanks for looking.

---

**From:** Vestea, Gina GZ/US
**Sent:** Monday, November 09, 2015 2:09 PM
**To:** Polizzano, Frances R&D/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

I have been searching and I cannot find anything. Sorry !

---

**From:** Polizzano, Frances R&D/US
**Sent:** Monday, November 09, 2015 1:47 PM
**To:** Vestea, Gina GZ/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Hi Gina,

Do you have anything in your files?

I have a LWG meeting tomorrow morning to discuss including the TAX316 study follow-up information in the Taxotere USPI if there is nothing  confirming internal agreement to not change the Taxotere USPI during FDA's review or afterward.

Thanks,
Fran

**From:** Polizzano, Frances R&D/US
**Sent:** Wednesday, November 04, 2015 5:55 PM
**To:** Vestea, Gina GZ/US
**Subject:** FW: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Hi Gina,

Could you please check your files for any internal email communications during the period from 24 September 2010 to 01 January 2013 that could explain why the labeling changes associated with the TAX316 study 10-year follow-up (in Docetaxel CCDS V26) were <u>not</u> submitted to the FDA.

**Timeline:**

1

EXHIBIT 19
Polizzano:
Date: 2-28-18
MLG, CSR, RPR, CRR

                                    Sanofi_05207927

24 September 2010 - TAX316 study 10-year follow-up (PMC 370-2) submitted to the FDA (Seq #0057).

28 June 2011 - Global LRC approved Docetaxel CCDS V26, which included updated labeling text for the TAX316 study 10-year follow-up. Per the Global LRC Notification Letter, submission was to occur within 3 months after assessment of the Clinical Study Report TAX316 by FDA.

<< File: CCDS_V26_LRC28June2011_highlighted[1].pdf >>
<< File: docetaxel-_affiliates_notification_of_LRC_decision_28jun2011.pdf >>
20 September 2011 – FDA asked who at Sanofi to contact for any questions related to TAX316.

<< File: 2011-09-20_Contact Rpt PMC TAX316.pdf >>
23 September 2011 – FDA sent a PMC fulfillment letter.

<< File: 2011-09-23_FDA Letter Fulfillment of PMC.pdf >>
For your reference, here is the currently approved Taxotere USPI dated 14 November 2014.

<< File: Taxotere 1-vial USPI running text (FDA approval 2014-11-14)..doc >>
Thanks for your help!

Best,
Fran

---

**From:** Polizzano, Frances R&D/US
**Sent:** Tuesday, November 03, 2015 11:01 AM
**To:** Groult, Vanina R&D/FR; Jen, Shang R&D/US; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments


Dear Vanina,

Assuming you cannot find a reason for why the TAX316 FU data (associated with the Docetaxel CCDS V26) was not added to the Taxotere USPI, I will plan a LWG meeting next week to address this.

Thanks,
Fran

---

**From:** Groult, Vanina R&D/FR
**Sent:** Tuesday, November 03, 2015 10:09 AM
**To:** Polizzano, Frances R&D/US; Jen, Shang R&D/US; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments


Dear Fran,
I will also try to understand the reason why the USPI was not updated. Since the FDA already received this Tax316 CSR and did not provide any comments, I would propose to also update the USPI with Tax316 FU data (with all persisting ADR information), in line with CCDS v26 (provided I don't find any information for not doing so), what do you think?

Kind regards,
Vanina

2

Sanofi_05207928

*Vanina Groult, PhD*
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals
Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**De :** Polizzano, Frances R&D/US
**Envoyé :** mardi 3 novembre 2015 14:58
**À :** Groult, Vanina R&D/FR; Jen, Shang R&D/US; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Dear Vanina,

I have searched the available US regulatory records.  It appears that the FDA did not have any comments on the TXA316 10-year follow-up report that was submitted on 24 September 2010, and sent a PMC fulfillment letter on 23 September 2011.  Also, it appear that the Docetaxel CCDS V26 labeling changes related to the TAX316 study (approved 28 June 2011) were not submitted to the FDA.  I have not been able to find the reason why.

My understanding is that the Taxotere one-vial and two-vial USPIs were being handled by GRAL at that time.  Do you have any information in GRAL archives (such as DOMASYS or other databases/e-rooms)?

Thanks,
Fran

---

**From:** Groult, Vanina R&D/FR
**Sent:** Tuesday, November 03, 2015 8:14 AM
**To:** Jen, Shang R&D/US; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Dear all,
Since all documents were not finalized and available for LRC members yesterday, the **targeted LRC meeting is on 16Nov**.

***Dear Nanae and Shang***,
Attached are last minor proposed revisions on added text regarding the reporting of Alopecia in SPC.
<< File: CO_Docetaxel and permanent alopecia_2Nov2015 SJ (2)_3Nov VG.doc >>

***Dear Fran***,
As soon as you have information about submission or not of Tax316 CSR to FDA (if so, what was the FDA's feedback? Why was the USPI not updated with Tax316 FU data?, if not, for what reason?), please let me know, so that I can finalize the Executive Summary and LRC slides.

3

Timelines:
- FDA request received: 6 Oct
- SMC presentation: 26 Oct (Nanae)
- LWG meeting: 28 Oct
- Pre-LRC: 30 Oct
- Supporting CO: *should be final on 3Nov.*
- All docs in LRC eRoom: 9Nov
- Targeted LRC: 16 Nov (LRC meeting)
- Revised USPI submission: by 30 Nov.

Kind regards,
Vanina

*Vanina Groult, PhD*
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals
Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**De :** Jen, Shang R&D/US
**Envoyé :** lundi 2 novembre 2015 20:56
**À :** Groult, Vanina R&D/FR; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Hi Vanina,

Thank you for your comments. They have been addressed in the following document :

<< Fichier: CO_Docetaxel and permanent alopecia_2Nov2015 SJ.doc >>
Best regards,
Shang

---

**From:** Groult, Vanina R&D/FR
**Sent:** Monday, November 02, 2015 9:16 AM
**To:** Jen, Shang R&D/US; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - CO with my comments

Dear all,

I am attaching the CO with my comments or proposed revisions in track-change, and updated slides (Nanae and Shang, could you please check updated slide 6, many thanks).
<< File: Docetaxel_Slides_ToLRC 05nov2015_rev 2Nov2015.ppt >>    << File: CO_Docetaxel and permanent alopecia_30Oct2015_Vanina comm 2Nov2015.doc >>

4

                                                                                          Sanofi_05207930

Kind regards,
Vanina

*Vanina Groult, PhD*
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals
Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com
<< OLE Object: Picture (Device Independent Bitmap) >>

---

**De :** Jen, Shang R&D/US
**Envoyé :** vendredi 30 octobre 2015 18:45
**À :** Groult, Vanina R&D/FR; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - ExeS and LRC slides

Dear All,

Please see attached CO from GPE. Please provide any comments/changes in track changes mode by Monday.

<< Fichier: CO_Docetaxel and permanent alopecia_30Oct2015.doc >>

Best regards,
Shang

---

**From:** Groult, Vanina R&D/FR
**Sent:** Friday, October 30, 2015 12:42 PM
**To:** Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Jen, Shang R&D/US; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Subject:** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - ExeS and LRC slides

Dear all,

Please find attached Taxotere draft Executive Summary and LRC slides, that must be in the LRC eRoom on Monday, Nov 2nd (EoB). Could we agree on the CO on Monday to meet 5Nov LRC (as recommended at today pre-LRC meeting)?

I will modify attached documents (slide 5 and ExeS page 1) once I receive information from Fran on the submission or not of Tax316 CSR to FDA, and feedback received, if any. I will update attached docs with frequency of Permanent alopecia (for CCDS and EU-labeling), and slide 6 with "PV textbook review", once I receive CO from Nanae.
**Nanae**, could you please check figures in left column of the Table on slide 6. These are the figures we discussed on the phone, however, I could not retrieve them in your SMC slides. I will modify these figures, or keep them if supported by your CO.

5

<< File: Docetaxel_Slides_ToLRC 05nov2015.ppt >> << File: Docetaxel_ExeS_ToLRC 05nov2015.doc >>
Kind regards,
Vanina


*Vanina Groult, PhD*
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals
Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com
<< OLE Object: Picture (Device Independent Bitmap) >>


―――――――――――――――――――――――――――――

**De :** Groult, Vanina R&D/FR
**Envoyé :** mercredi 28 octobre 2015 17:32
**À :** Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR; Jen, Shang R&D/US; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - PROPOSED REVISED LABELING


Dear all,

Many thanks for your participation in today LWG meeting.

I am attaching revised USPI, CCDS v30, EU-SPC/PL, as agreed during today discussion. If you have any late comments, do not hesitate to send them to me.


<< Fichier: Taxotere 1-vial USPI running text (FDA approval14Nov2014)_LWG update 28Oct2015.doc >> << Fichier: TAXOTERE_Table CCDS v29-USPI-EU-Labeling_LWG decision 28 Oct2015.docx >> << Fichier: Docetaxel_CCDSv30_LRC5november2015_LWG update 28 Oct2015_annotated.doc >>
<< Fichier: emea-combined-h73envxxxannotated28october2015.doc >>
Timelines:
- FDA request received: 6 Oct
- SMC presentation: 26 Oct (Nanae)
- LWG meeting: 28 Oct
- Pre-LRC: 30 Oct
- Supporting CO: *to be provided to the team at the latest on Nov 2nd. The team should provide comments at the latest on Nov 3rd, so that final CO be available on Nov 3rd for LRC members. OTHERWISE we will target Nov 16 LRC meeting.*
- Targeted LRC: 5 Nov (LRC by circulation, all docs in LRC eRoom on Nov 3rd)
- Revised USPI submission: by 30 Nov.


Kind regards,
Vanina

*Vanina Groult, PhD*
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals

6

Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com
<< Objet OLE: Picture (Device Independent Bitmap) >>

---

**De :** Groult, Vanina R&D/FR
**Envoyé :** mardi 27 octobre 2015 16:46
**À :** Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR
**Cc :** Jen, Shang R&D/US; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** RE: Taxotere - FDA request regarding permanent/ irreversible alopecia - PROPOSED REVISED LABELING

**TAXOTERE LWG meeting**
**Wednesday, October 28th**
**08:00 - 9:30am US time /2:00- 3:30pm French time**

Dear all,

Nanae presented yesterday the topic Taxotere and permanent or irreversible alopecia to the SMC. The conclusion is that Labeling update is needed.

I am attaching a comparative table with the reporting of Alopecia in current approved Taxotere USPI, CCDS v29, EU-Labeling, with my proposed update in track-change, and a table with comparator Labelings.
<< Fichier: TAXOTERE_Table CCDS v29-USPI-EU-Labeling_draft 27 Oct2015.docx >>   << Fichier: Comparative Labelings_Taxotere permanent or irreversible alopecia_27 Oct2015.docx >>

Reminder of FDA request:
Amend the package insert in Section 6.2 (Postmarketing Experience) (and patient information, if appropriate) to add information on permanent or irreversible alopecia.

Timelines:
- FDA request received: 6 Oct
- SMC presentation: 26 Oct (Nanae)
- Supporting CO: *date to be confirmed with Nanae*
- LWG meeting: 28 Oct
- Pre-LRC: 30 Oct
- Targeted LRC: 5 Nov (all docs in LRC eRoom by 30 Oct) or 16 Nov (all docs in LRC eRoom by 9 Nov)
- Revised USPI submission: by 30 Nov.


- **Webmeeting/ dialing information**:

http://sanofi-aventis.emea.acrobat.com/r54394397/
- **Teleconference**
  **Global access numbers Toll free :**
  US: (877) 304-0063
  France : 0805 118 028
  **Conference Code 9355096792**

Confidential                                                                Sanofi_05207933

Kind regards,
Vanina

*Vanina Groult, PhD*
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals
Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com
<< Objet OLE: Picture (Device Independent Bitmap) >>



-----Rendez-vous d'origine-----
**De :** Groult, Vanina R&D/FR
**Envoyé :** jeudi 15 octobre 2015 17:21
**À :** Groult, Vanina R&D/FR; Hangai, Nanae R&D/US; Ecstein-Fraisse, Evelyne PH/JP; Polizzano, Frances R&D/US; Gupta, Sunil R&D/US; Lamoril, Christelle R&D/FR
**Cc :** Jen, Shang R&D/US; Ray, Pranav PH/US; Szatrowski, Ted PH/US; Moniri, Samuel PH/US; Goodall, Adrian PH/US; Siemers, Michael PH/US
**Objet :** Taxotere - FDA request regarding permanent/ irreversible alopecia
**Date :** mercredi 28 octobre 2015 14:00-15:30 (UTC+01:00) Bruxelles, Copenhague, Madrid, Paris.
**Où :** webmeeting

**TAXOTERE LWG meeting**
**Wednesday, October 28th**
**08:00 - 9:30am US time /2:00- 3:30pm French time**

I have scheduled a LWG meeting on 28 October to discuss TAXOTERE USPI update regarding Alopecia, as requested by the FDA (see attached email from Fran). This was difficult to find a date suitable for all of you, taking also into account that documents should be in the LRC eRoom by 29 Oct.
<< Message: RE: FDA Communication, NDA020449/Taxotere®/sanofi-aventis/Supplement Request >>
Alopecia topic is going to be presented at SMC meeting by Oct 23. *Nanae*, could you please let us know the exact date of the targeted SMC meeting, and send us the draft CO (and slides) prepared for SMC? Many thanks.

Depending on SMC conclusions, we will also discuss CCDS and EU-Labeling update, or not.

I will send you asap proposed TAXOTERE Labeling update.

Proposed timelines are as follows:
- Supporting CO preparation and SMC presentation: by 23 Oct (action: Nanae)
- LWG meeting: 26 Oct
- Targeted LRC: 5 Nov
- Revised USPI submission: by 30 Nov.


- **Webmeeting/ dialing information**:

http://sanofi-aventis.emea.acrobat.com/r54394397/

- **Teleconference**
  **Global access numbers Toll free :**
  US: (877) 304-0063
  France : 0805 118 028
  **Conference Code 9355096792**

8

Kind regards,
Vanina

**Vanina Groult, PhD**
Global Regulatory Affairs
Labeling, Oncology and Nutraceuticals
Chilly Mazarin, France
Tel: +33 1 69 74 56 84

vanina.groult@sanofi.com
<< Objet OLE: Picture (Device Independent Bitmap) >>

9

Sanofi_05207935

BegDoc: Sanofi_05207927
EndDoc: Sanofi_05207935
BegAttach:
EndAttach:
PageCount: 9
Custodian: Polizzano, Frances
All Custodians:
Date Created: 11/09/2015
Date Last Modified:
DocType: Email
Original FilePath: \HardDrive\PolizzanoFrances_NM60913_HardDrive\nm60913_C__User-
          s_nm60913\AppData\Local\Microsoft\Outlook\sanofi-aventis Profile
          - sanofi-aventis Profile.ost\Root - Mailbox\IPM_SUBTREE\_TRANSITO-
          RY FOLDER\Docetaxel\USPI Updates\2015-12-11 Permanent Alopecia\RE-
          : Taxotere - FDA request regarding permanent/ irreversible alopec-
          ia - CO with my comments
FileName:
FileExt:
MD5 Hash: 43114b015114370dd386ab4456c92514
File Size: 34859
EMAIL Folder Path:
From: "Polizzano, Frances R&D/US" <"/o=hmr/ou=exchange administrative group (fyd-
          ibohf23spdlt)/cn=recipients/cn=frances.polizzano">
To: "Vestea, Gina GZ/US" <gina.vestea@genzyme.com>
Subject: RE: Taxotere - FDA request regarding permanent/ irreversible alopecia --
          CO with my comments
Date Sent: 11/09/2015
Date Received: 11/09/2015
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: 01d1157909839a6377cd96374f1d87af26deadea70c8000bd46a80-
          001f8e53000004dc43900003c10dd0000028f4600040bb7d6000f4207b3000013-
          864c000017bab20