UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Crank et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: **2:17-cv-14325** |

## SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of Plaintiff Janet Crank. A Motion to Substitute Party will be filed with the Court.

| | |
|---|---|
| DATED this 2nd day of August, 2023. | Respectfully submitted,<br><br>*/s/ Seth Sharrock Webb*<br>SETH SHARROCK WEBB, # 51236<br>BROWN & CROUPPEN, P.C.<br>211 N. Broadway, Suite 1600<br>St. Louis, Missouri 63102<br>314-421-0216<br>314-421-0359 facsimile<br>sethw@getbc.com |

1

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 2, 2023

/s/ Seth Sharrock Webb
SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri 63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com