# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**In Re:  TAXOTERE (DOCETAXEL)**                                    **MDL No. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                 **SECTION: "N" (5)**


**THIS DOCUMENT RELATES TO:**

**JOANN PATRICK**
**Case No.: 16-17036**

## SUGGESTION OF DEATH


Gwen Pruitt Williams, sister of Joann Patrick suggests upon the record, pursuant to Rule

25(a)(1) of the Federal Rules of Civil Procedure, the death of Joann Patrick, Plaintiff of record in

the above captioned case. Ms. Patrick passed away on June 14, 2018, during the pendency of this

action (See Death Certificate – Exhibit A). Ms. Patrick's surviving family members will be filing the

appropriate pleadings to appear as the substituted plaintiff in this matter.



Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
950 17th Street, Suite 1050
Denver, CO 80202
T: (303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

**CERTIFICATE OF SERVICE**

  I certify that on August 2, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

<em>/s/ J. Christopher Elliott</em>