THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: **101   2018-24107**

| Field | Value |
|---|---|
| 1. DECEASED LEGAL NAME | Jo Ann Patrick |
| 2. DATE AND TIME OF DEATH | Jun 14, 2018   0315 |
| 3. ALIAS NAME (IF ANY) | None Given |
| 4. DATE AND TIME PRONOUNCED DEAD | |
| 5. COUNTY OF DEATH | Mobile |
| 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | Theodore, 36582 |
| 7. PLACE OF DEATH | 7297 Old Military Rd |
| 8. SEX | Female |
| 9. LAST NAME PRIOR TO FIRST MARRIAGE | Pruitt |
| 10. SERVED IN ARMED FORCES | No |
| 11. AGE | 53 |
| 12. DATE OF BIRTH | Jun 21, 1964 |
| 13. BIRTHPLACE | Alabama |
| 14. SOCIAL SECURITY NUMBER | 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 |
| 15. MARITAL STATUS | Married |
| 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | Roderick Patrick |
| 17. RESIDENCE STATE | Alabama |
| 18. RESIDENCE COUNTY | Mobile |
| 19. CITY, TOWN OR LOCATION AND ZIP CODE | Theodore, 36582 |
| 20. STREET ADDRESS | 7297 Old Military Rd |
| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS | Roderick Patrick, Spouse, 7297 Old Military Rd, Theodore, AL 36582 |
| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Edward Pruitt Sr |
| 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE | Alberta Patterson |
| 24. DISPOSITION OF BODY | Burial |
| 25. CEMETERY OR CREMATORY | Lawn Haven |
| 26. LOCATION | Theodore, Alabama |
| 27. DATE OF DISPOSITION | Jun 23, 2018 |
| 28. FUNERAL DIRECTOR | C'aracher Small Jr |
| 29. LICENSE NUMBER | 05597 |
| 30. DATE SIGNED | Jun 20, 2018 |
| 31. FUNERAL HOME NAME AND ADDRESS | Small's Mortuary, 950 South Broad Street, Mobile, AL 36603 |
| 32. LICENSE NUMBER | 0736 |

33. **MEDICAL CERTIFICATION:** X CERTIFYING PHYSICIAN ___ MEDICAL EXAMINER ___ CORONER

| Field | Value |
|---|---|
| 34. NAME | Cynthia Baker MD |
| 35. LICENSE NUMBER | 21095 |
| 36. DATE SIGNED | Jun 18, 2018 |
| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 2970A Lorna Road, Hoover, Alabama 35209 |
| 38. REGISTRAR | Nicole Henderson Rushing |
| 39. DATE FILED | Jun 20, 2018 |

## CAUSE OF DEATH

| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | INTERVAL |
|---|---|
| IMMEDIATE CAUSE A. Breast Cancer | Unknown |
| DUE TO (OR AS A CONSEQUENCE OF): | |
| UNDERLYING CAUSE B. | |
| DUE TO (OR AS A CONSEQUENCE OF): | |
| C. | |
| DUE TO (OR AS A CONSEQUENCE OF): | |
| D. | |

41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | Unknown | Unk | Unk | Unk | Unk | Unknown |

49. HOW INJURY OCCURRED

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|
| | |

ADPH HS E2/REV 01-16

ANY ALTERATIONS VOID THIS DOCUMENT

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2018-305-313-0

June 20, 2018

*Nicole H. Rushing*
Nicole Henderson Rushing
State Registrar of Vital Statistics