**Ohio Department of Health**
**VITAL STATISTICS**
**CERTIFICATE OF DEATH**

Primary Reg. Dist. No. 0400
Registrar's No. 0400-2020000650
State File No. 2020137483

## DECEDENT

1. Decedent's Legal Name: **JEAN ANN BRAND**
2. Sex: **FEMALE**
3. Date of Death: **DECEMBER 19, 2020**
4. Social Security Number: **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**
5a. Age (Years): **70**
6. Date of Birth: **JUNE 03, 1950**
7. Birthplace: **PAINESVILLE, OHIO**
8a. Residence State: **OHIO**
8b. County: **ASHTABULA**
8c. City or Town: **JEFFERSON**
8d. Street Address and Zip Code: **2139 FORMAN ROAD 44047**
9. Ever in US Armed Forces? **NO**
10. Marital Status at Time of Death: **MARRIED**
11. Surviving Spouse's Name: **BRIAN J BRAND**
12. Decedent's Education: **HIGH SCHOOL GRADUATE OR GED**
13. Decedent of Hispanic Origin: **NO**
14. Decedent's Race: **WHITE**
15. Father's Name: **NORMAN E BEEBE**
16. Mother's Name (prior to first marriage): **AGNES B DEBEVC**
17a. Informant's Name: **JASON R BRAND**
17b. Relationship to Decedent: **SON**
17c. Mailing Address: **2157 STUMPVILLE ROAD, JEFFERSON, OHIO 44047**
18a. Place of Death: **DECEDENT'S HOME**
18b. Facility Name: **2139 FORMAN ROAD**
18c. City or Town, State and Zip Code: **JEFFERSON, OH 44047**
18d. County of Death: **ASHTABULA**

## DISPOSITION

19. Funeral Service Licensee or Other Agent: **THOMAS T FLEMING**
20. License Number: **006746**
21. Name and Complete Address of Funeral Facility: **FLEMING & BILLMAN F DIRECTORS INC, 49 W JEFFERSON ST, JEFFERSON, OH 44047**
22. Method and Place of Disposition: **CREMATION - FAMILY CARE GROUP CREMATION CENTER, JEFFERSON, OH**
23. Local Registrar: **MARCY KIM**
24. Date Filed: **DECEMBER 23, 2020**

## CERTIFIER

26a. Certifier: ☒ Certifying Physician
26b. Time of Death: **10:31**
26c. Date Pronounced Dead: **DECEMBER 19, 2020**
26d. Was Case Referred to Medical Examiner or Coroner? **NO**
26e. Certifier Name and Title: **MARIA TERESITA ESPINOSA   MD**
26f. License number: **35.063960**
26g. Date Signed: **DECEMBER 23, 2020**
27. Name and Address of Person who Completed Cause of Death: **MARIA TERESITA ESPINOSA, 9485 MENTOR AVE, SUITE 3, MENTOR, OH 44060**

## CAUSE OF DEATH

28. Part I.
a. Immediate Cause: **METASTATIC BREAST CANCER**
b. Due to (or as Consequence of):
c. Due to (or as Consequence of):
d. Due to (or as Consequence of):

Part II. Other significant conditions contributing to death:

29a. Was An Autopsy Performed?
29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?
30. Did Tobacco Use Contribute to Death? **NO**
31. If Female, Pregnancy Status: **NOT PREGNANT WITHIN LAST YEAR**
32. Manner of Death: **NATURAL**

33a. Date of Injury:
33b. Time of Injury:
33c. Place of Injury:
33d. Injury at Work?
33e. Location of Injury:
33f. Describe How Injury Occurred:
33g. If Transportation Injury, Specify:

HEA 2724 Rev. 08/18



