UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

BARBARA HAWKS
Case No.: 19-12576

## SUGGESTION OF DEATH

　　Lenny Hawks, husband of Barbara Hawks suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Barbara Hawks, Plaintiff of record in the above captioned case. Ms. Hawks passed away on October 8, 2022, during the pendency of this action (See Death Certificate – Exhibit A). Ms. Hawks' surviving family members will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*/s/ J. Christopher Elliott*
　　　　　　　　　　　　　　　　J. Christopher Elliott (BAR NO. 41063)
　　　　　　　　　　　　　　　　BACHUS & SCHANKER, LLC
　　　　　　　　　　　　　　　　950 17th Street, Suite 1050
　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　T: (303)899-9800
　　　　　　　　　　　　　　　　F: (303)893-9900
　　　　　　　　　　　　　　　　celliott@coloradolaw.net

## CERTIFICATE OF SERVICE

I certify that on August 2, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*