# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

STATE FILE NUMBER 1052022035975

DECEDENT'S LEGAL NAME: BARBARA MARIE HAWKS
DATE OF DEATH: OCTOBER 08, 2022

SEX: FEMALE
SOCIAL SECURITY NUMBER: 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
AGE-Last Birthday (Years): 70
DATE OF BIRTH (Mo/Day/Yr): AUGUST 09, 1952
BIRTHPLACE (State or Foreign Country): ILLINOIS

IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: DECEDENT'S HOME

Facility Name (If not institution, give street & number): 60 QUARTZ COURT
CITY, TOWN OR LOCATION OF DEATH: WESTCLIFFE
COUNTY OF DEATH: CUSTER

RESIDENCE - STREET AND NUMBER: 60 QUARTZ COURT
ZIP CODE: 81252
INSIDE CITY LIMITS: NO

RESIDENCE STATE: COLORADO
COUNTY: CUSTER
CITY OR TOWN: WESTCLIFFE

DECEDENT'S USUAL OCCUPATION: CORRECTIONAL OFFICER
KIND OF BUSINESS/INDUSTRY: GOVERNMENT
DECEDENT'S EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED

DECEDENT OF HISPANIC ORIGIN: NO
DECEDENT'S RACE: White

EVER IN US ARMED FORCES: NO
MARITAL STATUS AT TIME OF DEATH: MARRIED
SPOUSE/PARTNER NAME: LENNY HAWKS

FATHER'S NAME: RUSSELL MYERS
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: MILDRED MYERS

INFORMANT'S NAME: LENNY HAWKS
INFORMANT'S RELATIONSHIP TO DECEASED: HUSBAND

NAME OF FUNERAL HOME: HARWOOD CREMATION & FUNERAL SERVICE
CITY AND STATE OF FUNERAL HOME: CANON CITY COLORADO
WAS CORONER NOTIFIED: YES

METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: THE GREAT DIVIDE CREMATORIUM
LOCATION - CITY, COUNTY, STATE: DIVIDE TELLER COLORADO

WAS DECEDENT UNDER HOSPICE CARE: YES
ACTUAL OR PRESUMED TIME OF DEATH: APPROX 09:55 MIL
DATE PRONOUNCED DEAD: OCTOBER 08, 2022
TIME PRONOUNCED DEAD: 09:55 MIL

MANNER OF DEATH: NATURAL
WAS AN AUTOPSY PERFORMED: NO

### CAUSE OF DEATH

PART I
a. IMMEDIATE CAUSE: COMPLICATIONS FROM GASTRIC CANCER
Approximate interval: Onset to death: UNKNOWN

TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF PHYSICIAN: ROBERT BLISS MD 601 GREENWOOD AVENUE CANON CITY CO 81212
DATE SIGNED: OCTOBER 12, 2022

DATE FILED BY REGISTRAR: OCTOBER 12, 2022

DATE ISSUED: OCTOBER 17, 2022

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

REV 01/19




A. ALEX QUINTANA
STATE REGISTRAR



*011085951*



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE