UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Mattie Logan
Case No.: 2:19-cv-06151

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Mattie Logan files this Suggestion of Death upon the Record in the above referenced case. Plaintiff died on or about May 16, 2023, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: August 2, 2023                              Respectfully Submitted,

                                                                          Murray Law Firm

                                                                          /s/ Robin Myers Primeau
                                                                          Robin Myers Primeau
                                                                          701 Poydras Street
                                                                          Suite 4250
                                                                          New Orleans, LA 70139
                                                                          rmyers@murray-lawfirm.com

                                                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on August 2, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Robin Myers Primeau<br>
Robin Myers Primeau