UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2:16-md-02740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |

*Karen McFarland & Robert McFarland*
*Case# 2:17-cv-06231*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of Plaintiff Karen McFarland.

Date: August 2, 2023

Respectfully submitted By:

/s/ Jessica A. Reynolds
Jessica A. Reynolds (LA Bar # 34024)
Pendley, Baudin & Coffin LLC
P.O. Box 71
24110 Eden Street
Plaquemine, Louisiana 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jreynolds@pbclawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2023, the forgoing Suggestion of death was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

/s/ Jessica A. Reynolds