MINUTE ENTRY
August 2, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "H" (5)
)
THIS DOCUMENT RELATES TO: )
16-15607, 16-15859, 16-15397, 18-3857,
16-17410, 18-7702, 16-17144, 16-15283,
17-7918, 16-16635, 17-5923, 18-11728,
17-10817, 17-11769, 18-9799.

## MINUTE ENTRY REGARDING BILLS OF COSTS
*Carol L. Michel, Clerk of Court*

As discussed at the Bill of Costs Status Conference held on July 27, 2023, the parties were to advise the Clerk of Court no later than **August 1, 2023,** if any issues relating to the pending Bills of Costs and Motions for Taxation were resolved. The Clerk also indicated that additional briefing on unresolved matters related to the Bill of Costs and Motions for Taxation of Costs was to be filed no later than **August 11, 2023,** and any responses or replies were due no later than **August 18, 2023.**

The parties now indicate that they have met and conferred regarding a potential resolution of the pending Bills of Costs and Motions for Taxation of Costs and represent that additional time to confer and consider the Clerk of Court's guidance may be fruitful with respect to reaching a settlement of the pending Bills of Costs. They requested an additional two weeks to continue their settlement discussions as well as an extension of the briefing period.

Accordingly, the parties are to report to the Clerk of Court the status of Bill of Costs settlement discussions no later than **August 16, 2023**. Additional briefing on the outstanding disputed issues in the Bills of Costs and Motions for Taxation of costs is to be submitted no later than **August 25, 2023**, and any responses or replies are due no later than **September 1, 2023**.

Signed in New Orleans, Louisiana this 2nd day of August, 2023.

_____
CAROL L. MICHEL
CLERK OF COURT