UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Reba Schlaepfer, 2:17-cv-12926* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |

******************************************

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of Plaintiff Reba Schlaepfer.

Dated: August 2, 2023                    Respectfully submitted,

*/s/ M. Palmer Lambert*
M. Palmer Lambert (Bar No. 33228)
**PENDLEY, BAUDIN & COFFIN**
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Tel: (504) 355-0086
Fax: (504) 355-0089
Email:  plambert@pbclawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
**M. PALMER LAMBERT**

1