# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Druscilla Wright
Case No.: 2:17-cv-15209

## SUGGESTION OF DEATH

　　　In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Druscilla Wright files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Druscilla Wright died on or about October 1, 2020, during the pendency of this civil action.

Dated: August 3, 2023

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Daniel P. Markoff*
　　　　　　　　　　　　　　　　　　　　　　　Daniel P. Markoff
　　　　　　　　　　　　　　　　　　　　　　　Atkins and Markoff
　　　　　　　　　　　　　　　　　　　　　　　9211 Lake Hefner Parkway
　　　　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73129
　　　　　　　　　　　　　　　　　　　　　　　405-607-8757
　　　　　　　　　　　　　　　　　　　　　　　Dmarkoff@atkinsandmarkoff.com

　　　　　　　　　　　　　　　　　　　　　　　**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on August 3, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Daniel P. Markoff*
Daniel P. Markoff