# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Roselyne Wahlgren
Case No.: 2:18-cv-12598

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Roselyne Wahlgren files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Roselyne Wahlgren died on or about March 25, 2023, during the pendency of this civil action.

Dated: August 3, 2023

*/s/ Daniel P. Markoff*
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com

**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on August 3, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Daniel P. Markoff*
Daniel P. Markoff