# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Frankie Cooks
Case No.: 2:17-cv-14240

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Frankie Cooks files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Frankie Cooks died on or about July 26, 2022, during the pendency of this civil action.

Dated: August 3, 2023

                                                      */s/ Daniel P. Markoff*
                                                    Daniel P. Markoff
                                                    Atkins and Markoff
                                                    9211 Lake Hefner Parkway
                                                    Oklahoma City, OK 73129
                                                    405-607-8757
                                                    Dmarkoff@atkinsandmarkoff.com

                                                    **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on August 3, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Daniel P. Markoff*
Daniel P. Markoff