# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Carol Chernauskas
Case No.: 2:19-cv-14411

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Carol Chernauskas files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Carol Chernauskas died on or about October 12, 2018, during the pendency of this civil action.

Dated: August 3, 2023

> */s/ Daniel P. Markoff*
> Daniel P. Markoff
> Atkins and Markoff
> 9211 Lake Hefner Parkway
> Oklahoma City, OK 73129
> 405-607-8757
> Dmarkoff@atkinsandmarkoff.com
>
> **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on August 3, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ *Daniel P. Markoff*
Daniel P. Markoff