UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Tracey Patrick v. Sanofi- Aventis U.S. LLC d/b/a Winthrop US, et al.* | Civil Action No.: **2:17-cv-15654** |

**NOTICE AND SUGGESTION OF DEATH**

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs this Honorable Court of the death of Plaintiff Tracey Patrick on or about October 6, 2022.

DATED: August 3, 2023

    Respectfully submitted,

    **ANDREWS & THORNTON**

    By: */s/ John C. Thornton*
    John C. Thornton (SBN 84492)
    Anne Andrews (SBN 103280)
    Andrews & Thornton
    4701 Von Karman Ave., Suite 300
    Newport Beach, CA 92660
    (949) 748-1000
    (949) 315-3540 (FAX)
    jct@andrewsthornton.com
    aa@andrewsthornton.com

    **ATTORNEYS FOR PLAINTIFF**

CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 3, 2023                                                          */s/ John C. Thornton*
                                                                                      John C. Thornton