# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | SUGGESTION OF DEATH |
| Shanna Robinson | Civil Action No.: 2:19-cv-14620 |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff Shanna Robinson, on or about March 27, 2022. A motion for substitution of plaintiff will be filed by the appropriate representative of Shanna Robinson's estate.

Dated this 3rd day of August 2023

Respectfully Submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer   #42437
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    */s/ Mark R. Niemeyer*