# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Schaller v. Sanofi US Services Inc. et al*<br>Civil Action No.: 2:17-cv-14089-JTM-MBN | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

1

Dated this 1st day of August, 2023.

*/s/ Jacob Brender*

Jacob Brender, Esq.

[California State Bar No. 300561]

Daniel M. Hodes, Esq.

[California State Bar No. 101773]

Jeffrey A. Milman, Esq.

[California State Bar No. 99072]

**HODES MILMAN, LLP**

9210 Irvine Center Drive

Irvine, California 92618

Telephone: (949) 640-8222

Facsimile: (949) 336-8114

jbrender@hodesmilman.com

dhodes@hodesmilman.com

jmilman@hodesmilman.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: July 17, 2023                 /s/ Jacob Brender
                                     Jacob Brender
                                     **HODES MILMAN, LLP**
                                     9210 Irvine Center Drive
                                     Irvine, California 92618
                                     Telephone: (949) 640-8222
                                     Facsimile: (949) 336-8114
                                     jbrender@hodesmilman.com