BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Graham v. Sanofi US Services Inc. et al <br><br> Civil Action No.: 2:18-cv-04125 | **PLAINTIFFS' MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT** |

COMES NOW Plaintiff Shaneika Graham, by and through counsel, who respectfully brings this Motion pursuant to Federal Rules of Civil Procedure 15(A)(2). Plaintiff seeks leave of Court to file a Short Form Complaint, as attached hereto as Exhibit A. Plaintiff respectfully moves the Court to grant leave to file a Short Form Complaint per Plaintiff's Memorandum filed in support of this Motion.

Dated this 3RD day of August, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 /s/Lindsay R Stevens
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

*Attorney for Plaintiffs*