## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Graham v. Sanofi US Services Inc. et al <br><br> Civil Action No.: 2:18-cv-04125 | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT** |

COMES NOW Plaintiff Shaneika Graham, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(A)(2), and respectfully moves the Court for leave to file the Short Form complaint filed in this action.

Plaintiff's original Complaint was filed in Superior Court of the State of California for the County of Kern County on November 30, 2017. The case was transferred to MDL 2740 in the Eastern District of Louisiana on May 23, 2018. Per the pretrial order, Plaintiff was required to file a Short Form Complaint within 30 days of the case docketing in the MDL docket. Plaintiff failed to meet that requirement and are now seeking leave to file the Short Form Complaint to comply with the Court's order.

///

///

///

///

///\

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff proposed Short Form Complaint.

Dated this 3rd day of August, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

*/s/Lindsay R Stevens*
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Fax: (619) 237-3496
lstevens@thegomezfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6, Sanofi does not oppose the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS