**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Graham v. Sanofi US Services Inc. et al<br><br>Civil Action No.: 2:18-cv-04125 | **ORDER** |

**[PROPOSED] ORDER**

THE COURT, having considered Plaintiff's Motion for Leave to file Short Form Complaint, and for good cause shown, it is hereby, **ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the Short Form Complaint which was attached as Exhibit A to Plaintiff's Motion.

New Orleans, Louisiana, so ordered this _____ day of _____, 2023.

                                                                                                           _____
                                                                                                            Honorable Jane T. Milazzo
                                                                                                            United States District Court Judge