UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
ALL CASES

### REQUEST FOR ORAL ARGUMENT ON MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. LAURA PLUNKETT

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request that this Court conduct oral argument on its Motion to Exclude the Expert Testimony of Dr. Laura Plunkett. Oral argument will assist the Court in addressing the issues presented in Sanofi's motion and is warranted given that the scope of the proposed testimony is sought to be offered in all cases that are remanded or transferred from this MDL.

Date: August 4, 2023

Respectfully submitted,

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550

>Facsimile: 816-421-5547
>hratliff@shb.com
>jstrongman@shb.com
>abyard@shb.com
>
>***Counsel for Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ <em>Douglas J. Moore</em>