BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Wright v. Sanofi S.A. et al<br><br>Civil Action No.: 2:17-cv-01814 | **PLAINTIFFS' MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT** |

COMES NOW Plaintiff Margarett Wright, by and through counsel, who respectfully bring this Motion pursuant to Federal Rules of Civil Procedure 15(A)(2). Plaintiff seeks leave of Court to file a Short Form Complaint, as attached hereto as Exhibit A. Plaintiffs' respectfully moves the Court to grant leave to file a Short Form Complaint per Plaintiffs' Memorandum filed in support of this Motion.

Dated this 6th day of August, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
/s/Lindsay R Stevens
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

*Attorney for Plaintiffs*

## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Wright v. Sanofi S.A. et al<br><br>Civil Action No.: 2:17-cv-01814 | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT** |

COMES NOW Plaintiff Margarett Wright, by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(A)(2), and respectfully moves the Court for leave to file the Short Form complaint filed in this action.

Plaintiffs' original Complaint was filed in Superior Court of the State of California for the County of San Diego on December 16, 2016. The case was transferred to MDL 2740 in the Eastern District of Louisiana on March 3, 2017. Per the pretrial order, Plaintiff was required to file a Short Form Complaint within 30 days of the case docketing in the MDL docket. Plaintiff failed to meet that requirement and are now seeking leave to file the Short Form Complaint to comply with the Court's order.

///

///

///

///

WHEREFORE, Plaintiffs' hereby respectfully request this Honorable Court grant leave to file Plaintiff's proposed Short Form Complaint.

| | |
|---|---|
| Dated this 6th day of August, 2023 | Respectfully submitted,<br>GOMEZ TRIAL ATTORNEYS<br> /s/Lindsay R Stevens<br>Lindsay R. Stevens (CA Bar # 256811)<br>755 Front Street<br>San Diego, California 92101<br>Telephone: (619) 237-3490<br>Fax: (619) 237-3496<br>lstevens@thegomezfirm.com<br><br>*Attorney for Plaintiffs* |

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6, Sanofi does not oppose the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

> */s/ Lindsay R. Stevens*
> Lindsay R. Stevens (CA Bar # 256811)
> GOMEZ TRIAL ATTORNEYS