BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Wright v. Sanofi S.A. et al <br><br> Civil Action No.: 2:17-cv-01814 | **ORDER** |

**[PROPOSED] ORDER**

THE COURT, having considered Plaintiff's Motion for Leave to file Short Form Complaint, and for good cause shown, it is hereby, **ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the Short Form Complaint which was attached as Exhibit A to Plaintiffs' Motion.

New Orleans, Louisiana, so ordered this _____ day of _____, 2023.

_____
Honorable Jane T. Milazzo
United States District Court Judge