UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO HOSPIRA WORLDWIDE, LLC, and HOSPIRA, INC.,** |
| THIS DOCUMENT RELATES TO:<br>NIKOLAKAKOS v. SANOFI US SERVICES INC. ET AL | Civil Action No.: 18-12506 |

Pursuant to CMO 12A, Plaintiff dismisses Hospira Worldwide, LLC, and Hospira, Inc., with prejudice, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of August, 2023.

**BACHUS & SCHANKER, LLC**

By: /s/ J.Christopher Elliott
J. Christopher Elliott, Esq.
J. Kyle Bachus, Esq.
Darin L. Schanker, Esq.
Bachus & Schanker, LLC
950 17th Street, Suite 1050
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900

Email: celliott@coloradolaw.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

    DATED: August 7, 2023

<u>/s/J. Christopher Elliott</u>