UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Lisa La Fountain v. Sanofi S.A., et al.,*<br>*No.* 16-cv-16250-KDE-MBN | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI AVENTIS US, LLC d/b/a WINTHROP US**

PLEASE TAKE NOTICE that Plaintiff, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants in this matter except **SANOFI AVENTIS US, LLC d/b/a WINTHROP US**, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of August 2023.

                                              Respectfully submitted,

                                              */s/ Betsy Barnes*
                                              Betsy Barnes, LA # 19473
                                              Morris Bart, LLC
                                              601 Poydras St., 24th Fl.
                                              New Orleans, LA 70130
                                              Phone: (504) 525-8000
                                              Fax: (833) 277-4214
                                              bbarnes@morrisbart.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: August 8, 2023

                                                         /s/ *Betsy Barnes*
                                                         Betsy Barnes