UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *All Cases* | |

### CONSENT MOTION TO SUBSTITUTE EXHIBITS IN PLAINTIFFS' OPPOSITION TO DEFENDANT SANOFI'S MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. LAURA PLUNKETT

NOW INTO COURT, through undersigned counsel comes Plaintiffs' Steering Committee ("PSC"), who respectfully submits that on August 1, 2023, the PSC filed their Opposition to Defendant Sanofi's Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Rec. Doc. 16238). At the time of filing, the PSC provided defendant Sanofi the opportunity to review certain documents previously designated by sanofi as confidential before filing them as exhibits into the record. After conferral, undersigned counsel submits that the exhibits may be filed into the record despite their previous status as marked confidential in discovery. Accordingly, plaintiff respectfully requests that the court substitute the attached documents (Exhibits 5, 8-11, 13-14, 16, 18, 20, 22, 24, 27, 29) in place of Record Document Numbers (16238-5, 16238-8 - 16238-11, 16238-13- 16238-14, 16238-16, 16238-18, 16238-20, 16238-22, 16238-24, 16238-27, 16238-29). Sanofi has no objection to the substitution of these exhibits.

Wherefore, movant prays that this motion be granted, and that the attached exhibits be substituted in place of the original placeholder exhibits filed with the Plaintiffs' Opposition to Defendant Sanofi's Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Rec. Doc. 16238) on August 1, 2023.

Dated: August 8, 2023                             Respectfully submitted,


/s/ Christopher L. Coffin                         /s/ Karen B. Menzies
Christopher L. Coffin (#27902)                    Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                  GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                   6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                      Los Angeles, California 90045
Phone: (504) 355-0086                             Telephone: 510-350-9700
Fax: (504) 355-0089                               Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                            kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                     *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                              /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                        Dawn M. Barrios (#2821)
PENDLEY, BAUDIN & COFFIN, L.L.P.                  BARRIOS, KINGSDORF & CASTEIX, LLP
1100 Poydras Street, Suite 2225                   701 Poydras Street, Suite 3650
New Orleans, Louisiana 70163                      New Orleans, LA 70139
Phone: (504) 355-0086                             Phone: 504-524-3300
Fax: (504) 355-0089                               Fax: 504-524-3313
plambert@pbclawfirm.com                           barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*                  *Plaintiffs' Co-Liaison Counsel*


## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews                                      Abby E. McClellan
Andrews & Thornton                                Stueve Siegel Hanson LLP
4701 Von Karman Ave., Suite 300                   460 Nichols Road, Suite 200
Newport Beach, CA 92660                           Kansas City, MO 64112
Phone: (800) 664-1734                             Phone: (816) 714-7100
aa@andrewsthornton.com                            Fax: (816) 714-7101
                                                  mcclellan@stuevesiegel.com


J. Kyle Bachus                                    Karen Barth Menzies
Bachus & Schanker, LLC                            Gibbs Law Group LLP
101 W Colfax Ave, Suite 650                       6701 Center Drive West, Suite 1400
Denver, CO 80202                                  Los Angeles, CA 90045 Phone: 510-350-
Phone: (303) 222-2222                             9700
Fax: (303) 893-9900                               Fax: 510-350-9701
kyle.bachus@coloradolaw.net                       kbm@classlawgroup.com

2

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000

3

Fax: (985) 783-1333  
andrew@lemmonlawfirm.com

Daniel P. Markoff  
Atkins & Markoff Law Firm  
9211 Lake Hefner Parkway, Suite 104  
Oklahoma City, OK 73120  
Phone: (405) 607-8757  
Fax: (405) 607-8749  
dmarkoff@amalaw.com

hunter@napolilaw.com

Zachary Wool  
Barrios Kingsdorf & Casteix, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: (504) 524-3300  
Fax: (504) 524-3313  
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert  
**M. PALMER LAMBERT**