# Exhibit 8



Compliance & Development
R&D Clinical and Medical Quality Operations

Initial Audit Report No. 70077

**To:** Gerrit-Jan Nijveldt
GRA Labeling, US Head

Mark Gaydos
Regulatory Affairs, s-a US

**Date:** April 18, 2011

**From:** Theresa Stathatos
Compliance & Development, R&D C&M QO

**Subject:   Country Labeling Desk Audit Report – United States**

### Introduction

In an effort to ensure that sanofi-aventis communicates important safety information on its products worldwide while assuring compliance with all applicable laws and regulations, R&D Clinical and Medical Quality Operations-Compliance & Development (C&D) has been conducting labeling desk audits at a country level. The audits identify the level of compliance within sanofi-aventis in regards to product information consistency, inclusion of core safety information and timeliness of implementation of labeling changes.

C&D has completed the review of documentation on February 11, 2011 and this report reflects observations found during the routine audit of US labeling.

### Scope

C&D requested labeling documents for 11 products: chlorpromazine, clomifene, clopidogrel, diltiazem, docetaxel, enoxaparin, furosemide, ramipril, rifampicin, telithromycin and vigabatrin. Of these chlorpromazine, diltiazem, ramipril and vigabatrin are not marketed by sanofi-aventis US and so are not included in this report. The following were requested for each product marketed:
- Copies of current prescribing information in use.
- Copies of latest version of labeling submitted to Regulatory Authority (if different from above)
- A completed form (Table of Labeling Dates), containing for each product: the Identity and version number/date of the basis document used for labeling, the Date of the last revised submission sent to the Regulatory Authority, the Date the Regulatory Authority approved the submission (if applicable), the Date the revision was implemented in packaging and if a draft label is available.

The information audited in the local text was defined by C&D and Global Regulatory Affairs (GRA) Labeling to include accuracy, inclusion or completeness of the core safety information.

Confidential                                                                                      Sanofi_02983328

Country Labeling Desk Audit Report - United States                              April 18, 2011

The local labeling was compared to the latest versions of the product Company Core Data Sheets that are available electronically from the Regulatory Affairs Web site. The audit also evaluated the timeliness of implementation of labeling changes.

The Company Core Data Sheet (CCDS) is an internal regulatory document that defines the information to be considered as the basis for the development of local labeling (e.g., prescribing information, summary of product characteristics, etc.). Core safety information, defined in the CCDS, is safety information countries are required to submit to their local regulatory authorities for inclusion into their local labeling. The CCDS may also contain non-core safety information that is not mandatory for inclusion in the local labeling, however local labeling cannot contradict the non-core safety information.

The full observations with details and our recommendations follow.

**Observations and Recommendations**
For the United States, responsibility for product labeling is divided.

Global Regulatory Affairs - Labeling is responsible for category B products, that is: clopidogrel, docetaxel and enoxaparin.

The US affiliate (US RAMP) is responsible for category C and D products, that is: clomifene, furosemide, rifampicin and telithromycin.

However, for category C&D products, any proposed deviations from the global labeling documents must be sent to GRA Labeling for review. No deviations from global labeling should be implemented without approval from GRA Labeling.

<u>Observations for Clomifene</u>
The clomifene CCDS version 2 dated Jan 2009 was compared with draft/submitted product labeling information dated Nov 2009 that was sent for audit. All of the company core safety information statements from the CCDS are included in the labeling.

**Recommendation:** None.


<u>Observations for Clopidogrel</u>
The clopidogrel CCDS version 14 dated Apr 2010 was compared with the product labeling information approved Feb 2011 that was found in DataSheet Online (DSOL). There are several company core safety information statements from the CCDS that are not included in the labeling. Please see the details in Appendix 1. GRA Labeling has provided the reasons the core information is not found in the US PI. These are found in Appendix 1 in blue text.

**Recommendation:** None.


<u>Observations for Docetaxel</u>
The docetaxel CCDS version 24 dated Dec 2009 was compared with the product labeling information approved Aug 2010 that was sent for audit. There are several company core safety information statements from the CCDS that are not included in the labeling. Please see the details in Appendix 2.

Confidential                                                                 Sanofi_02983329

Also in DSOL the only labeling for docetaxel is the two vial dose form when there is a one vial dose form that was approved by FDA in August 2010.

**Recommendation:** It is recommended that the company core safety information noted in Appendix 2 be submitted as soon as is possible, unless some rationale is given for not submitting them.
It is also recommended to add the one vial dose form labeling to DSOL.

<u>Observations for Enoxaparin</u>
The enoxaparin CCDS version 9 dated Feb 2010 was compared with the product labeling information approved Jan 2011 that was found in DSOL. The following company core safety information statements from the CCDS are not included in the labeling:
- Contraindications:
  - Hypersensitivity to either enoxaparin sodium, heparin or its derivatives **including other Low Molecular Weight Heparins** [Bolded text is missing]
  - Active major bleeding **and conditions with a high risk of uncontrolled hemorrhage including recent hemorrhagic stroke** [Bolded text is not a contraindication but in Warnings/Precautions]
- Warnings and Precautions:
  - To reduce the potential risk of bleeding… placement and removal of the catheter is best performed when the anticoagulant effect of enoxaparin is low
  - Placement or removal of a catheter should be delayed for 10-12 hours after administration of DVT prophylactic doses of enoxaparin sodium whereas patients receiving higher doses of enoxaparin sodium (1 mg/kg twice daily or 1.5 mg/kg once daily) will require longer delays (24 hours)
  - Should the physician decide to administer anticoagulation in the context of epidural/spinal anesthesia, extreme vigilance and frequent monitoring must be exercised to detect any signs and symptoms of neurological impairment such as **midline back pain, sensory and motor deficits, bowel and/or bladder dysfunction** [Bolded text is missing]
  - It is recommended that the platelet counts be measured **before the initiation of therapy** with enoxaparin sodium and then regularly thereafter during the treatment [Bolded text is missing]
- Adverse reactions:
  - **Immuno-allergic** thrombocytopenia [Bolded text is missing]
  - skin necrosis usually occurring at the injection site **(these phenomena have been usually preceded by purpura or erythematous plaques, infiltrated and painful)** [Bolded text is missing]
  - Injection site nodules **(inflammatory nodules, which were not cystic enclosures of enoxaparin)** [Bolded text is missing]

**Recommendation:** It is recommended that the company core safety information noted above be submitted for the labeling as soon as is possible, unless some rationale is given for not submitting them. If the information has been submitted please include this information in your response.

Confidential                                                              Sanofi_02983330

**Observations for Furosemide**
The furosemide CCDS version 5 dated Dec 2009 was compared with the product labeling information approved Jan 2011 that was found in DSOL. There are several company core safety information statements from the CCDS that are not included in the labeling. Please see the details in Appendix 3. The US affiliate has added comments regarding these missing statements in Appendix 3, mainly explained by medical judgment.

**Recommendation:** It is requested that GRA Labeling confirm that there is agreement with the comments that the US affiliate has provided. If not, it is recommended that the missing company core safety information noted in Appendix 3 be submitted for the labeling as soon as is possible, unless not allowed by the regulatory authority.

**Observations for Rifampicin**
The rifampicin CCDS version 6.2 dated Feb 2008 was compared with the product labeling information approved Nov 2010 that was found in DSOL. All of the company core safety information statements from the CCDS are included in the labeling.

**Recommendation:** None.

**Observations for Telithromycin**
The telithromycin CCDS version 16 dated Jan 2009 was compared with the draft/submitted product labeling information dated June 2010 that was sent for audit. All of the company core safety information statements from the CCDS are included in the labeling.

**Recommendation:** None.

**Conclusion**

Compliance & Development wishes to acknowledge the assistance and cooperation provided during the audit from Mark Gaydos and John Cook, who provided the materials requested in so timely a manner for the US affiliate. This was greatly appreciated.

We would appreciate your written response to this report by May 20, 2011 outlining any action steps you plan based on our recommendations. If there have been updates of local labeling in the meantime that address these observations, please let us know. In the meantime, if there are any questions, please feel free to contact me.

cc:   P. Chew
      A. Fleury
      P. Geissmann
      D. Hellner
      K. Malobisky
      B. McCormack
      E. Souchu
      J-L Thomas

Country Labeling Desk Audit Report - United States

April 18, 2011

Appendix 1

Clopidogrel Observations – Information not found or inconsistent with the CCDS v14

| No. | Labeling Section | Information from clopidogrel CCDS v14 | Comments: C&D (black) / GRA Labeling (blue) |
|---|---|---|---|
| 3 | Precautions | Due to the risk of bleeding and haematological undesirable effects, blood cell count determination and/or other appropriate testing should be promptly considered whenever such suspected clinical symptoms arise during the course of treatment | Text removed by FDA for May 2010 version<br>No further action |
| 4 | Precautions | As with other anti-platelet agents, clopidogrel **should be used with caution** in patients who may be at risk of increased bleeding from **trauma,** surgery **or other pathological conditions** | Bolded text is missing<br>Text removed by FDA for May 2010 version<br>No further action |
| 7 | Precautions | Clopidogrel prolongs bleeding time and should be used with caution in patients who have lesions with a propensity to bleed (particularly gastrointestinal and intraocular) | Text removed by FDA for May 2010 version<br>No further action |
| 8 | Precautions | Patients should be told that it may take longer than usual to stop bleeding when they take clopidogrel **alone or in combination with aspirin,** and that they should report any unusual bleeding (site or duration) to their physician | Bolded text is missing<br>Text removed by FDA for May 2010 version<br>No further action |
| 13 | Precautions | patients with severe renal impairment - clopidogrel **should be used with caution** in this population | Only reads "limited experience"<br>Text changed by FDA for May 2010 version<br>No further action |
| 14 | Precautions | patients with severe hepatic disease who may have bleeding diatheses - clopidogrel **should therefore be used with caution** in this population | Only reads "no dosage adjustment"<br>Text changed by FDA for May 2010 version<br>No further action |
| 15 | Precautions | Because of the increased risk of bleeding, the concomitant administration of warfarin with clopidogrel should be undertaken with caution | Only in Interactions<br>Text changed by FDA for May 2010 version<br>No further action |
| 16 | Precautions | Drugs that might induce gastrointestinal lesions (such as acetylsalicylic acid and Non-Steroidal Anti-Inflammatory Drugs) should be used with caution in patients taking clopidogrel | Text removed by FDA in Precautions. Interactions for aspirin text removed by FDA for May 2010 version, only NSAID text remains<br>No further action |
| 19 | Interactions | **Injectable anticoagulants:** As a pharmacodynamic interaction between clopidogrel and heparin is possible, concomitant use should be undertaken with caution | Heparin text removed by FDA for May 2010 version<br>No further action |
| 21 | Interactions | **Acetylsalicylic acid:** As a pharmacodynamic interaction between clopidogrel and acetylsalicylic acid is possible, concomitant use should be undertaken with caution | Aspirin text removed by FDA for May 2010 version<br>No further action |
| 26 | Adverse Reactions | Hemorrhagic disorders:<br><u>In CAPRIE</u>, the overall incidence of bleeding on clopidogrel and ASA was the same (9.3%). The incidence of severe cases was 1.4% and 1.6% in the clopidogrel and ASA groups respectively | Text changed by FDA for May 2010 version<br>No further action |
| 28 | Adverse Reactions | The overall incidence of other bleeding disorders was higher in the clopidogrel group (7.3%) compared to ASA (6.5%). However, the incidence of severe events was similar in both treatment groups (0.6% vs. 0.4%) [CAPRIE] | Text changed by FDA for May 2010 version<br>No further action |
| 29 | Adverse Reactions | The **most frequent** events reported were **purpura/bruising and** epistaxis [CAPRIE] | Bolded text is missing<br>CAPRIE text changed by FDA, CURE has the reactions so acceptable<br>No further action |

Confidential                                                                              Sanofi_02983332

Country Labeling Desk Audit Report - United States

April 18, 2011

| No. | Labeling Section | Information from clopidogrel CCDS v14 | Comments: C&D (black) / GRA Labeling (blue) |
|---|---|---|---|
| 30 | Adverse Reactions | Other less frequently reported events were hematoma, **hematuria and eye bleeding (mainly conjunctival)** [CAPRIE] | Bolded text is missing<br>CAPRIE text changed by FDA, CURE has the reactions so acceptable<br>No further action |
| 37 | Adverse Reactions | In CLARITY, the incidence of major bleeding was similar between groups (1.3% versus 1.1% in the clopidogrel + aspirin and in the placebo + aspirin groups, respectively). This was consistent across subgroups of patients defined by baseline characteristics, and type of fibrinolytics or heparin therapy. The incidence of fatal bleeding (0.8% versus 0.6% in the clopidogrel + aspirin and in the placebo + aspirin groups, respectively) and intracranial hemorrhage (0.5% versus 0.7%, respectively) was low and similar in both groups | FDA removed all reference to CLARITY for May 2010 version<br>No further action |
| 40 | Adverse Reactions | Hematological disorders:<br>In CAPRIE, severe neutropenia (<0.450G/L) was observed in 4 patients (0.04%) on clopidogrel and 2 patients (0.02%) on ASA.<br>Two of the 9599 patients who received clopidogrel and none of the 9586 patients who received ASA had neutrophils count of zero<br>One case of aplastic anaemia occurred on clopidogrel treatment<br>The incidence of severe thrombocytopenia (<80G/L) was 0.2% on clopidogrel and 0.1% on ASA; very rare cases of platelet count ≤ 30 G/L have been reported | It is acceptable that the reactions agranulocytosis, aplastic anemia/pancytopenia and thrombotic thrombocytopenic purpura (TTP) are found in postmarketing in USPI instead of the core information<br>No further action |
| 43 | Adverse Reactions | Dizziness, paraesthesia | Pooled ADR from clinical studies<br>Removed by FDA for May 2010 version<br>No further action |
| 44 | Adverse Reactions | Vertigo | Pooled ADR from clinical studies<br>Removed by FDA for May 2010 version<br>No further action |
| 45 | Adverse Reactions | Dyspepsia, abdominal pain | Pooled ADR from clinical studies<br>Removed by FDA for May 2010 version<br>No further action |
| 46 | Adverse Reactions | Nausea, gastritis, flatulence, constipation, vomiting | Pooled ADR from clinical studies<br>Removed by FDA for May 2010 version<br>No further action |
| 47 | Adverse Reactions | Bleeding time increased, platelets decreased | Pooled ADR from clinical studies<br>Removed by FDA for May 2010 version<br>No further action |
| 48 | Adverse Reactions | Rash | Pooled ADR from clinical studies<br>Removed by FDA for May 2010 version<br>No further action |
| 49 | Adverse Reactions | Leucopenia, neutrophils decreased, eosinophilia | Pooled ADR from clinical studies<br>Removed by FDA for May 2010 version<br>No further action |
| 50 | Adverse Reactions | Epistaxis, hematuria | Postmarketing<br>It is acceptable that these are found in the clinical trial adverse reactions<br>No further action |

Confidential Audit Report – Do Not Duplicate

Page 6 of 9

Confidential                                                                                                                      Sanofi_02983333

Country Labeling Desk Audit Report - United States

April 18, 2011

Appendix 2

Docetaxel Observations – Information not found or inconsistent with the CCDS v24

| No. | Labeling Section | Information from Docetaxel CCDS v24 | Comments |
|---|---|---|---|
| 5 | Contraindications | Contraindications for other drugs also apply when combined with *TM* | This statement should be present. |
| 12 | Precautions | Patients treated with TCF should receive **prophylactic** G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection) | No prophylactic instructions for G-CSF for gastric or head & neck indication |
| 25 | Precautions | For patients with serum bilirubin levels> ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated | Conflicting info in USPI - p7 next to last paragraph states dose reduction for ALT/AST >2.5 to <5 x ULN with AP>2.5 ULN, Boxed warning says should not be given in these patients |
| 36 | Interactions | in vitro tightly protein-bound drugs such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylates, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. | |
| 37 | Interactions | Docetaxel did not influence the binding of digitoxin | |
| 40 | Pregnancy | Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, **and to reduce fertility in rats** | US PI states "did not reduce fertility in rats" |
| 47 | Adverse Reactions | Febrile neutropenia and severe infections associated with neutrophil counts <500/mm³, infectious episodes (severe including sepsis **and pneumonia, fatal**) occurred | Bolded text is missing |
| 59 | Adverse Reactions | The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m²) in patients with premedication **compared with patients without premedication (median cumulative dose: 489.7 mg/m²)** | |
| 60 | Adverse Reactions | However, it [fluid retention] has been reported in some patients during early courses of therapy | |
| 61 | Adverse Reactions | Fluid retention has not been accompanied by acute episodes of oliguria or hypotension | |
| 88 | Adverse Reactions | Generalized or localized pain and severe, including **chest pain and severe, without any cardiac or respiratory involvement** | Chest pain is only in postmarketing without the qualifier |
| 100 | Adverse Reactions | Weight loss [TAX 316} | |
| 136 | Adverse Reactions | The following events were observed to be ongoing at the median follow-up time of 55 months: alopecia, amenorrhea, neurosensory and peripheral edema [TAX 316, TAC] | |
| 344 | Adverse Reactions | Constipation  [*TM* with Cisplatin or Carboplatin] | |
| 350 | Adverse Reactions | Infusion site reactions  [*TM* with Cisplatin or Carboplatin] | |
| 351 | Adverse Reactions | Pain  [*TM* with Cisplatin or Carboplatin] | |

Confidential

Sanofi_02983334

Country Labeling Desk Audit Report - United States

April 18, 2011

Appendix 3

Furosemide Observations – Information not found or inconsistent with the CCDS v5

| No. | Labeling Section | Information from furosemide CCDS v5 | C&D Comments | US Affiliate Response |
|---|---|---|---|---|
| 1 | Contraindications | patients with hypersensitivity to furosemide **or any of the excipients of *TM*** | Bolded text is missing | A medical judgment was made that hypersensitivity is already covered in Contraindications. |
| 3 | Contraindications | in patients with hypovolaemia or dehydration | | A medical judgment was made that hypovolemia is already covered in Precautions. There is no "new" safety data to warrant changing this to a contraindication. |
| 4 | Contraindications | in patients with anuric **renal failure not responding to furosemide** | Bolded text is missing | A medical judgment was made that anuria is already covered in Contraindications. |
| 5 | Contraindications | in patients with severe hypokalaemia | | A medical judgment was made that hypokalaemia is already covered in Warnings and Precautions. There is no "new" safety data to warrant changing this to a contraindication. |
| 6 | Contraindications | in patients with severe hyponatremia | | A medical judgment was made that hyponatremia is already covered in Precautions. There is no "new" safety data to warrant changing this to a contraindication. |
| 7 | Contraindications | in patients with pre-comatose and comatose states associated with hepatic encephalopathy | | A medical judgment was made that hepatic coma is already covered in Warnings. There is no "new" safety data to warrant changing this to a contraindication. |
| 8 | Contraindications | in breast-feeding women | | A medical judgment was made that nursing is already covered in Precautions. There is no "new" safety data to warrant changing this to a contraindication. |
| 12 | Precautions | patients with hypotension [careful monitoring or caution] | Hypotension is only listed as a sign to look for fluid/ electrolyte imbalance, precaution is for patients already having hypotension | A medical judgment was made that hypotension is already covered in Precautions as "all patients should be observed for hypotension". |
| 13 | Precautions | patients who would be at particular risk from a pronounced fall in blood pressure [careful monitoring or caution] | Precaution is for patients already having the risk of hypotension | A medical judgment was made that hypotension is already covered in Precautions as "all patients should be observed for hypotension". |
| 16 | Precautions | patients with hepatorenal syndrome [careful monitoring or caution] | Precaution is for patients who already have the damage | A medical judgment was made that hepatorenal syndrome is already covered in Precautions as "liver or kidney damage". |
| 28 | Interactions | Patients who are receiving diuretics may suffer severe hypotension and deterioration in renal function, including renal failure, **especially** when ACE inhibitor or angiotensin II receptor antagonist is given **for the first time or for the first time in an increased dose** | Bolded text is missing (whole statement used to be missing) | A medical judgment was made that the bolded portion could not be added based on the supporting documentation. |
| 29 | Interactions | Consideration must be given to interrupting the administration of furosemide temporarily or at least reducing the dose of furosemide **for three days before starting treatment** with, or increasing the dose of, an ACE inhibitor or angiotensin II receptor antagonist | Bolded text is missing (whole statement used to be missing) | A medical judgment was made that the bolded portion could not be added based on the supporting documentation. |

Confidential   Sanofi_02983335

Country Labeling Desk Audit Report - United States

April 18, 2011

| No. | Labeling Section | Information from furosemide CCDS v5 | C&D Comments | US Affiliate Response |
|---|---|---|---|---|
| 32 | Interactions | In patients with dehydration or hypovolaemia, non-steroidal anti-inflammatory drugs may cause acute renal failure | | A medical judgment was made that NSAIDs are already covered in Precautions. |
| 36 | Interactions | Some electrolyte disturbances (e.g. hypokalaemia, hypomagnesaemia) may increase the toxicity of certain other drugs (e.g. digitalis preparations **and drugs inducing QT interval prolongation syndrome**) | Bolded text is missing | A medical judgment was made that this is already covered in Precautions as symptoms of electrolyte imbalance "arrhythmia". |
| 37 | Interactions | If antihypertensive agents, **diuretics or other drugs with blood-pressure-lowering potential** are given concomitantly with furosemide, a more pronounced fall in blood pressure must be anticipated | Bolded text is missing and caution on the antihypertensive agents is in Dosage not Interactions | A medical judgment was made that this is already covered in Precautions and Dosage and Administration sections as "antihypertensive agents". |
| 39 | Interactions | The effects of antidiabetic drugs and blood-pressure-increasing sympathomimetics may be reduced | | A medical judgment was made that this is already covered in Precautions as "increases in blood glucose" and "norepinephrine". |
| 40 | Interactions | The effects of theophylline may be increased | | There is a published study concluding that no clinically significant interaction exists between theophylline and furosemide. A medical judgment was made that due to the study results we can not support adding this statement. |
| 48 | Adverse Reactions | increased excretion of sodium and chloride and consequently water | | A medical judgment was made that this is already covered in the Precautions section. |
| 49 | Adverse Reactions | increased excretion of other electrolytes (in particular potassium, calcium and magnesium) | | A medical judgment was made that this is already covered in the Precautions section. |
| 50 | Adverse Reactions | Symptomatic electrolyte disturbances and metabolic alkalosis | | A medical judgment was made that this is already covered in the Precautions section. |
| 51 | Adverse Reactions | dehydration and hypovolaemia | | A medical judgment was made that this is already covered in the Precautions section. |
| 52 | Adverse Reactions | transitory increases in blood creatinine and urea levels | | A medical judgment was made that this is already covered in the Precautions section. |
| 54 | Adverse Reactions | increase in uric acid serum levels **and attacks of gout** | Bolded text is missing | A medical judgment was made that this is already covered in the Precautions section. |
| 56 | Adverse Reactions | **Hypotension** including orthostatic hypotension | Bolded text is missing | A medical judgment was made that this is already covered in the Precautions section. |
| 59 | Adverse Reactions | acute retention of urine in patients with an obstruction of urinary outflow | Only found in Precautions | A medical judgment was made that this is already covered in the Precautions section. |
| 65 | Adverse Reactions | **Acute** pancreatitis | Bolded text is missing | A medical judgment was made that this is already covered in the Adverse Reactions section. |
| 89 | Adverse Reactions | haemoconcentration | Only found in Precautions as blood volume reduction | A medical judgment was made that this is already covered in the Precautions section. |

BegDoc: Sanofi_02983328  
EndDoc: Sanofi_02983336  
BegAttach: Sanofi_02983325  
EndAttach: Sanofi_02983336  
PageCount: 9  
Custodian: Nijveldt, Gerrit-Jan  
All Custodians: Nijveldt, Gerrit-Jan  
Date Created: 04/18/2011  
Date Last Modified: 04/18/2011  
DocType: Document  
Original FilePath: \Email\NijveldtGerrit-Jan_NM10762_Journal_0002.pst\Top of Personal Folders\Root Items\RE: Labeling Desk Audit Follow-up.xlsx\Audit Report US.pdf  
FileName: Audit Report US.pdf  
FileExt: pdf  
MD5 Hash: 51f11073767098715794 94df3d1b838a  
File Size: 167308  
EMAIL Folder Path:  
From:  
To:  
Subject: Memo template  
Date Sent:  
Date Received:  
CC:  
BCC:  
Confidentiality: Confidential  
Redacted:  
Embedded: False  
Conversation Index Value: