# Exhibit 9

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Tuesday, March 10, 2015 9:39 PM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Dear Gerrit,

I had confirmed with Suzanne Thornton-Jones prior to issuing the report that those items were indeed missing and should be corrected in the US PI but once the audit report was issued there was no response. So I did not receive a response for this audit for docetaxel.

Best regards,
teri

**From:** Nijveldt, Gerrit-Jan R&D/US
**Sent:** Tuesday, March 10, 2015 4:59 PM
**To:** Stathatos, Theresa M. R&D/US
**Subject:** Re: Labeling Desk Audit Follow-up.xlsx

Hi terry

This will take a liitle longer to respond as we have to ho back to the archives
Do you by any change have the response to this audit from 2011?

Thanks

Gerrit

EXHIBIT 27 Nijveldt Date: 2-15-18 MLG, CSR, RPR, CRR

On Mar 10, 2015, at 08:19, Stathatos, Theresa M. R&D/US <Theresa.Stathatos@sanofi.com> wrote:

> Hi Gerrit,
>
> I've heard for the zolpidem and enoxaparin. Has anyone responded yet for the docetaxel?
>
> Best regards,
> teri
>
> **From:** Nijveldt, Gerrit-Jan R&D/US
> **Sent:** Thursday, March 05, 2015 7:37 AM
> **To:** Stathatos, Theresa M. R&D/US
> **Cc:** Bertoldi, Helene R&D/FR
> **Subject:** RE: Labeling Desk Audit Follow-up.xlsx
>
> Yes at the latest.
> I am urging the labeling managers to do this by tomorrow.

1

Confidential                                                                                     Sanofi_02983325

Gerrit

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Thursday, March 05, 2015 7:35 AM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Cc:** Bertoldi, Helene R&D/FR
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Dear Gerrit,

Early next week then?

Best regards,
teri

**From:** Nijveldt, Gerrit-Jan R&D/US
**Sent:** Thursday, March 05, 2015 7:27 AM
**To:** Stathatos, Theresa M. R&D/US
**Cc:** Bertoldi, Helene R&D/FR
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Hi Terry,

We are working on it not sure if end of week is possible.

Gerrit

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Wednesday, March 04, 2015 2:50 PM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Cc:** Bertoldi, Helene R&D/FR
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Dear Gerrit,

Just want to follow-up on the question from last week's audit of US GxP.
Have you found any answers so far for the three products findings?
We are writing the audit report now. Do you think it is possible to have answers by the end of the week?
If there are reasons for the omissions (as I am sure there must/could be) I would not like to add them as findings to the report.

Best regards,
teri

**From:** Nijveldt, Gerrit-Jan R&D/US
**Sent:** Friday, February 27, 2015 12:26 PM
**To:** Stathatos, Theresa M. R&D/US
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Hi Terry

Were these findings from previous audits (if I am right 2012)?

Confidential                                                                                       Sanofi_02983326

Thanks,

Gerrit

---

**From:** Vestea, Gina GZ/US
**Sent:** Friday, February 27, 2015 12:09 PM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Cc:** Di Ramio, Cristina PH/US; Polizzano, Frances R&D/US; Cook, John PH/US; Robinett, Joanne PH/US; Gaydos, Mark PH/US
**Subject:** FW: Labeling Desk Audit Follow-up.xlsx
**Importance:** High

Gerrit,

Please see the auditor request below.  Would you be able to provide an explanation from the prior labeling desk audit.

Thanks,
Gina

---

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Friday, February 27, 2015 10:56 AM
**To:** Vestea, Gina GZ/US
**Cc:** Robinett, Joanne PH/US
**Subject:** Labeling Desk Audit Follow-up.xlsx

Dear Gina and Joanne,

Sorry for the late sending, but could you tell me if these core safety information statements have been added to the current labeling. I looked but did not see them.
Perhaps there are reasons why – FDA rejection, for instance.

Thanks and best regards,
teri

3

Confidential                                                                                                         Sanofi_02983327