# Exhibit 10

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Tuesday, March 10, 2015 9:54 PM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

I was not sure who was the responsible to make the changes back then.
Suzanne just went through all the docetaxel findings to be sure they were findings for me before I released the report.
For some there were answers or explanations so were not included in the audit report.
I attach that file.
During this latest US Affiliate audit I went through the Taxotere PI and found some of the findings not corrected so am not sure if they were never corrected or if they could not be.
I never heard back from the 2011 report if any actions were to be done.

Best regards,
teri

**From:** Nijveldt, Gerrit-Jan R&D/US
**Sent:** Tuesday, March 10, 2015 5:46 PM
**To:** Stathatos, Theresa M. R&D/US
**Subject:** Re: Labeling Desk Audit Follow-up.xlsx

Thanks
So no response from suzanne why these were missing in uspi?

Gerrit

On Mar 10, 2015, at 17:39, Stathatos, Theresa M. R&D/US <Theresa.Stathatos@sanofi.com> wrote:

> Dear Gerrit,
>
> I had confirmed with Suzanne Thornton-Jones prior to issuing the report that those items were indeed missing and should be corrected in the US PI but once the audit report was issued there was no response. So I did not receive a response for this audit for docetaxel.
>
> Best regards,
> teri
>
> **From:** Nijveldt, Gerrit-Jan R&D/US
> **Sent:** Tuesday, March 10, 2015 4:59 PM
> **To:** Stathatos, Theresa M. R&D/US
> **Subject:** Re: Labeling Desk Audit Follow-up.xlsx
>
> Hi terry
>
> This will take a liitle longer to respond as we have to ho back to the archives
> Do you by any change have the response to this audit from 2011?



1

Confidential                                                                                                                                            Sanofi_02983317

Thanks

Gerrit

On Mar 10, 2015, at 08:19, Stathatos, Theresa M. R&D/US <Theresa.Stathatos@sanofi.com> wrote:

Hi Gerrit,

I've heard for the zolpidem and enoxaparin. Has anyone responded yet for the docetaxel?

Best regards,
teri

**From:** Nijveldt, Gerrit-Jan R&D/US
**Sent:** Thursday, March 05, 2015 7:37 AM
**To:** Stathatos, Theresa M. R&D/US
**Cc:** Bertoldi, Helene R&D/FR
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Yes at the latest.
I am urging the labeling managers to do this by tomorrow.

Gerrit

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Thursday, March 05, 2015 7:35 AM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Cc:** Bertoldi, Helene R&D/FR
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Dear Gerrit,

Early next week then?

Best regards,
teri

**From:** Nijveldt, Gerrit-Jan R&D/US
**Sent:** Thursday, March 05, 2015 7:27 AM
**To:** Stathatos, Theresa M. R&D/US
**Cc:** Bertoldi, Helene R&D/FR
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Hi Terry,

We are working on it not sure if end of week is possible.

Gerrit

2

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Wednesday, March 04, 2015 2:50 PM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Cc:** Bertoldi, Helene R&D/FR
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Dear Gerrit,

Just want to follow-up on the question from last week's audit of US GxP.
Have you found any answers so far for the three products findings?
We are writing the audit report now. Do you think it is possible to have answers by the end of the week?
If there are reasons for the omissions (as I am sure there must/could be) I would not like to add them as findings to the report.

Best regards,
teri

---

**From:** Nijveldt, Gerrit-Jan R&D/US
**Sent:** Friday, February 27, 2015 12:26 PM
**To:** Stathatos, Theresa M. R&D/US
**Subject:** RE: Labeling Desk Audit Follow-up.xlsx

Hi Terry

Were these findings from previous audits (if I am right 2012)?

Thanks,

Gerrit

---

**From:** Vestea, Gina GZ/US
**Sent:** Friday, February 27, 2015 12:09 PM
**To:** Nijveldt, Gerrit-Jan R&D/US
**Cc:** Di Ramio, Cristina PH/US; Polizzano, Frances R&D/US; Cook, John PH/US; Robinett, Joanne PH/US; Gaydos, Mark PH/US
**Subject:** FW: Labeling Desk Audit Follow-up.xlsx
**Importance:** High

Gerrit,

Please see the auditor request below. Would you be able to provide an explanation from the prior labeling desk audit.

Thanks,
Gina

---

**From:** Stathatos, Theresa M. R&D/US
**Sent:** Friday, February 27, 2015 10:56 AM
**To:** Vestea, Gina GZ/US
**Cc:** Robinett, Joanne PH/US
**Subject:** Labeling Desk Audit Follow-up.xlsx

Confidential                                           Sanofi_02983319

Dear Gina and Joanne,

Sorry for the late sending, but could you tell me if these core safety information statements have been added to the current labeling. I looked but did not see them. Perhaps there are reasons why – FDA rejection, for instance.

Thanks and best regards,
teri

<Audit Report US.pdf>

Confidential		Sanofi_02983320