# Exhibit 14

**Subject:** Discussion of proposed changes to section 4.0 PL

**Location:** TC-0800US time, FR1400

**Start:** 4/25/2006 12:00 PM

**End:** 4/25/2006 1:00 PM

**Show Time As:** Busy

**Recurrence:** (none)

**Meeting Status:** Organizer

**Required Attendees:** Michael.Kopreski@sanofi-aventis.com; Amy.Freedman@sanofi-aventis.com; Jose.Garcia-Vargas@sanofi-aventis.com; Arlette.Duvelleroy@sanofi-aventis.com; Isabelle.Cliet@sanofi-aventis.com; Vanina.Groult@sanofi-aventis.com; Philippe.Beringer@sanofi-aventis.com; Isabelle.Richard-Cassin@sanofi-aventis.com; Marie-Laure.Risse@sanofi-aventis.com; Toufik.Bendahmane@sanofi-aventis.com; Eric.Phillips@sanofi-aventis.com; my-hien.lorre@sanofi-aventis.com; isabelle.tabah-fisch@sanofi-aventis.com

**Resources:** TC-0800US time, FR1400

When: Tuesday, April 25, 2006 8:00 AM-9:00 AM (GMT-05:00) Eastern Time (US & Canada).
Where: TC-0800US time, FR1400
*~*~*~*~*~*~*~*~*~*
This is a private and confidential communication and intended only for the individuals on the distribution list. Except for your direct line management, please do not send this communication to anyone that is not on the distribution list without first consulting the author.   Your verbal input regarding the issues identified is welcomed and we look forward to discussing your comments at this Labeling Working Group ).   PLEASE DO NOT RESPOND TO THIS MESSAGE BY E-MAIL OR OTHERWISE IN WRITING.   Thank you.
Dear All,
This meeting has been scheduled to discuss the requested changes from the EMEA for patient leaflet (section 4.0) for Taxotere.
The Rapporteur considers that more information should be given in the patient leaflet about possible adverse events in accordance with the information given in the SPC.   In the current section 4.0 only side effects classified as common or very common are listed.   We have been requested to reword this section giving more detailed information.
    Please find attached documents for our discussion: <<PL section 4.0.zip>>

It is important each functional group is represented at this meeting by at



EXHIBIT 19
WIT: Ausgel
DATE: 10/11/18
Maureen Pollard, RMR

least one delegate.   If you are unable to join the discussion, please provide
your comments to me by phone or voicemail before the meeting, but not in
writing.   If comments are received after the meeting, it may be difficult to
address them once the team has come to a decision.
The Meeting Dial-In information is:
Dial In Number:   (877) 214.5637
International Number (504) 588.1058
The Participant Code: 744478
            The Host Code:   780614

        Thank you very much and kind regards,
        Jane
        Jane DIAMOND
        sanofi-aventis
        Corporate Regulatory Affairs, Labeling/Oncology
        Mail Stop: BX4-303C
        400 Crossing Boulevard
        PO Box 6890
        Bridgewater, NJ   08807-0890
        908 304-6749 (phone)
        908.231.3714 (fax)
        jane.diamond@sanofi-aventis.com
NOTICE: The information contained in this electronic mail and any attachments
is intended for the exclusive use of the addressee(s) and may contain
confidential, privileged, and/or proprietary information. Any other use of
these materials is strictly prohibited. If you have received these materials
in error, please notify me immediately by telephone and destroy all
electronic, paper, or other versions.


Attachment: PL section 4.0.zip

Attachments may be saved from the File menu.

Confidential                                      Sanofi_05364126

# FILE PRODUCED NATIVELY

Confidential                                                         Sanofi_05364129

**Current PL**

4.    **POSSIBLE SIDE EFFECTS**

Like all other anticancer medicines, TAXOTERE will cause undesirable effects. Your doctor will discuss these with you and will explain the risks and benefits of your treatment.
Side effects described as very common were experienced in more than 1 in 10 patients.
Side effects described as common were experienced in less than 1 in 10 but more than 1 in 100 patients.

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhea and tiredness.

The severity of adverse events of TAXOTERE may be increased when taxotere is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following may occur:
- ♥ allergic reactions characterised by one or more of the following: flushing, skin reactions, itching, chest tightness, back pain; difficulty in breathing, fever or chills. Your condition will be closely monitored during treatment.

Tell your doctor immediately if you have any of these events.

Between infusions of TAXOTERE the following may occur:

- ♥ Common decrease in the number of red blood cells or white blood cells (which are important in fighting infections) and platelets, raised liver enzymes (hence the need for regular blood tests).
- ♥ Common serious infections.
- ♥ Common fever (increased temperature). If you experience increased temperature, you must call your doctor immediately.
- ♥ Common redness and swelling of the palms of your hands or soles of your feet, which may cause your skin to peel; change in the colour of your nails which then may detach.
- ♥ Common swelling of the hands, feet, legs or weight gain.
- ♥ Common feeling of numbness or pins and needles or pain in the joints or the muscles, weakness.
- ♥ Very common stomach upsets including nausea, vomiting and diarrhoea, sores in the mouth and anorexia.
- ♥ Common constipation.
- ♥ Very common temporary loss of hair. After your treatment, normal hair growth should return.
- ♥ Common decrease in blood pressure, irregular or rapid heart beat.
- ♥ Common pain, skin reactions, phlebitis (inflammation of the vein) and swelling at the site of infusion.
- ♥ Very common tiredness.

You may experience one or several of these symptoms, be sure to inform your doctor if you do.

Between infusions of TAXOTERE, if you experience symptoms such as early abdominal pain and tenderness, fever, or diarrhea, tell your doctor immediately.

If you receive TAXOTERE in combination with other chemotherapeutic agents, the severity of the adverse events may increase.

If any of the side effects gets serious, or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

# FILE PRODUCED NATIVELY

Confidential

Sanofi_05364128

**Draft Proposal I**

## 4.  POSSIBLE SIDE EFFECTS

Like all other anticancer medicines, TAXOTERE will cause undesirable effects. Your doctor will
discuss these with you and will explain the risks and benefits of your treatment.
Side effects described as very common were experienced in more than 1 in 10 patients.
Side effects described as common were experienced in less than 1 in 10 but more than 1 in 100
patients.  Side effects described as uncommon were experienced in more than 1 in 1,000 but less
than 1 in 100.  Side effects described as rare were experienced in more than 1 in 10,000 but less
than 1 in 1,000.  Side effects described as very rare were experienced in less than 1 in 10,000.
During the infusion at the hospital the following may occur:

**Allergic reactions** (experienced in more than 1 person in 10)
- ♥   flushing, skin reactions, itching
- ♥   chest tightness, difficulty in breathing
- ♥   feeling hot (fever) or cold (chills)
- ♥   back pain

Tell your doctor immediately if you have any of these events.

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the
number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth,
diarrhea and tiredness.

The severity of adverse events of TAXOTERE may increase when Taxotere is given in
combination with other chemotherapeutic agents.

Between infusions of TAXOTERE the following may occur:

**Very Common:** (experienced in more than 1 in 10 patients)
- ♥   infections, decrease in the number of red or white blood cells (which are important in
  fighting infection) and platelets,
- ♥   raised liver enzymes (hence the need for regular blood tests)
- ♥   raised temperature (fever) if this happens you must tell your doctor immediately;
- ♥   short term hair loss (after treatment normal hair growth should return);
- ♥   redness and swelling of the palms of your hands or soles of your feet which may cause
  your skin to peel;
- ♥   change in the color of your nails, which may detach;
- ♥   swelling of the hands, feet, legs, or weight gain;
- ♥   stomach upsets including nausea, vomiting and diarrhea, constipation,
- ♥   sores in the mouth
- ♥   Loss of appetite (anorexia)
- ♥   feeling of numbness or pins and needles or pain in the joints of muscles,
- ♥   pain and tiredness;
- ♥   insomnia;
- ♥   headache
- ♥   alteration in sense of taste;
- ♥   nasal drainage; inflammation of the throat and nose; cough;

- ♥ shortness of breath;
- ♥ back pain;
- ♥ chills;
- ♥ chest pain;
- ♥ weight gain
- ♥ inflammation of the eye or increased tearing of the eyes;
- ♥ swelling caused by faulty lymphatic drainage
- ♥ abdominal pain
- ♥ dry mouth
- ♥ dyspepsia (indigestion)
- ♥ change or absence of menstrual period

**Common** (experienced in less than 1 in 10 but more than 1 in 100 patients)
- ♥ decrease in blood pressure; irregular or rapid heart beat
- ♥ skin reactions, phlebitis (inflammation of the vein) or swelling at the site of the infusion
- ♥ dizziness
- ♥ oral candidiasis
- ♥ lethargy (sluggish)
- ♥ hearing impaired

**Uncommon**: (experienced in more than 1 in 1,000 but less than 1 in 100)
- ♥ Oesophagitis (define);
- ♥ Cardiac failure,
- ♥ intestinal perforation,
- ♥ syncope (loss of consciousness resulting from insufficient blood flow to the brain)
- ♥ painful swallowing;

**Rare**:
- ♥ Alopecia (hair loss) that did not reverse at the end of study

# FILE PRODUCED NATIVELY

Confidential                                    Sanofi_05364127

**Draft Proposal II**

Like all other anticancer medicines, TAXOTERE will cause undesirable effects. Your doctor will discuss these with you and will explain the risks and benefits of your treatment.
Side effects described as very common were experienced in more than 1 in 10 patients.
Side effects described as common were experienced in less than 1 in 10 but more than 1 in 100 patients.  Side effects described as uncommon were experienced in more than 1 in 1,000 but less than 1 in 100.  Side effects described as rare were experienced in more than 1 in 10,000 but less than 1 in 1,000.  Side effects described as very rare were experienced in less than 1 in 10,000.
The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhea and tiredness.

The severity of adverse events of TAXOTERE may increase when TAXOTERE is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following may occur:

Allergic reactions (very common) experienced in more than 1 in 10 patients.
- flushing, skin reactions, itching,
- chest tightness, difficulty in breathing
- feeling hot (fever) or cold (chills)
- back pain

The hospital staff will monitor your condition closely during treatment.  Tell them immediately if you notice any of these effects.

Between infusions of TAXOTERE the following may occur:
Tell your doctor immediately if you have any of these events.

Infections and Infestations: infection, infections which are associated with low blood counts, infection in the lungs (pneumonia)(very common)
infection in the mouth (oral candidiasis)(common)

Blood and Lymphatic disorders: decrease in the number of red blood cells (amaemia) or white blood cells (which are important in fighting infection), and cells called platelets; raised temperature (fever)(very common)

Immune system: increased sensitivity (hypersensitivity) (very common)

Metabolism and Nutrition disorders: decreased appetite (anorexia) (very common)
dehydration (common)

Psychiatric disorders: sleeplessness (insomnia) (very common)

Nervous system disorders: feeling of numbness or pins and needles; dysfunction of the sense of taste (dysgeusia); headache; impaired or decreased tactile sensibility (hypoaesthesia); sensory neuropathy (very common)
dizziness; (common);
fainting (syncope) (uncommon)

Eye disorders: increased tearing of the eyes (lacrimation); inflammation of the eye (conjunctivitis)(very common)

Ear and Labyrinth disorders: hearing impaired (common)

Cardiac problems: Uneven (arrhythmia) or fast heart beat or changes in how your heart pumps blood (cardiac left ventricular function)(common);
cardiac failure (uncommon)

Vascular disorders: edema due to faulty lymphatic drainage (lymphoedema) dilated vessels (vasodilatation)(very common);
decrease in the blood pressure (hypotension), elevation in the blood pressure (hypertension); large discharge of blood from the blood vessels (haemorrhage)(common);
inflammation in the veins (phlebitis) (uncommon)

Respiratory disorders: shortness of breath (dyspnoea); bleeding from the nose (epistaxis); cough; nasal discharge (rhinorrhoea); pain in the back of your throat (pharyngolaryngeal pain)(very common)

Gastrointestinal disorders: sores in the mouth (stomatitis), nausea,, diarrhea,  vomiting constipation; indigestion (dyspepsia); abdominal pain; pharyngitis (very common)
abdominal pain (severe); gastrointestinal haemorrhage (bleeding); dry mouth; gastrointestinal pain; oesophagitis; difficulty swallowing (dysphagia) or pain from swallowing (odynophagia) (common);
 inflammation of the colon (colitis), small intestine (enteritis), large intestine perforation(uncommon)

Skin and subcutaneous tissue disorders: hair loss (alopecia); skin reaction, nail disorders; rash (erythema); painful red hands and soles of feet (hand-foot syndrome) (very common);
inflammation of the skin (dermatitis); red bumpy rash (rash erythematous); nail discolouration or nail loss (onycholysis); peeling of the skin (exfoliative rash) (common)
 alopecia (hair loss) that did not reversible at the end of the study, skin reactions that did not resolve at the end of the study (uncommon)

Musculoskeletal, connective tissue and bone disorders: muscle aches and pains (mylagia), pain in the joints (arthralgia); pain in extremity; bone pain; back pain;(very common)

Reproductive system and breast disorders: abnormal absence or suppression of menstruation (amenorrhea)(very common)

General disorders and administration site conditions: fluid retention (which can be severe); lack or loss of strength (asthenia), an elevation of body temperature (pyrexia); sluggishness (lethargy), fever (very common);
 infusion site reaction; non-cardiac chest pain (common)

Investigations (liver disorders) Increased or decreased weight (very common)
 increased blood bilirubin; increased blood alkaline phosphatase, increased liver enzymes (common)

# FILE PRODUCED NATIVELY

Confidential                                                                    Sanofi_05364130

**Draft Proposal III**

| MedDRA System Organ classes | Very common side effects ° 10 % of patients | Common side effects 1 to 10 % of patients | Uncommon side effects 0.1 to 1 % of patients |
|---|---|---|---|
| Infections and infestations | infections, infections which are associated with low blood counts (white and red blood cells), and infection in the lungs (pneumonia) | infection in the mouth (oral candidiasis) | |
| Blood and the lymphatic system disorders | decrease in the number of red blood cells (amaemia), or white blood cells (which are important in fighting infection),and cells called platelets; raised temperature (fever) from low blood counts | | |
| Immune system disorders | increased sensitivity (hypersensitivity) | | |
| Metabolism and nutrition disorders | decrease in appetite (anorexia) | dehydration | |
| Psychiatric disorders | sleeplessness (insomnia) | | |
| Nervous system disorders | feeling of numbness or pins and needles; dysfunction of the sense of taste (dysgeusia); headache; impaired or decreased tactile sensibility(hypoaesthesia); | dizziness | fainting (syncope) |
| Eye disorders | Increased tearing of the eyes (lacrimation); inflammation of the eye (conjunctivitis) | | |
| Ear and labyrinth | | hearing impaired | |
| Cardiac disorders | | uneven or fast heart beat (arrhythmia) or changes in how your heart pumps blood (cardiac left ventricular function) | heart failure (cardiac failure) |
| Vascular disorders | edema due to faulty lymphatic drainage (lymphoedema) dilated vessels(vasodilatation) | decrease in the blood pressure (hypotension) elevation in the blood pressure (hypertension); large discharge of blood | inflammation in the veins (phlebitis) |

| | | from the blood vessels (haemorrhage) | |
|---|---|---|---|
| Respiratory, thoracic and mediastinal disorders | shortness of breath (dyspnoea); bleeding from the nose (epistaxis); cough; nasal discharge (rhinorrhoea); pain in the back of your throat (pharyngolaryngeal) | | |
| Gastrointestinal disorders | sores in the mouth (stomatitis),nausea,, diarrhea, vomiting constipation; indigestion (dyspepsia); abdominal pain; stomatitis/pharyngitis | abdominal pain (severe); gastrointestinal haemorrhage (bleeding);dry mouth; Gastrointestinal pain ; Oesophagitis; difficulty swallowing (dysphagia) or pain from swallowing (odynophagia) | inflammation of the colon (colitis), small intestine (enteritis), large intestine perforation |
| Skin and subcutaneous tissue disorders | hair loss (alopecia); skin reaction, nail disorders; Rash (Erythema);painful red hands and soles of the feet which can blister and peel (hand-foot syndrome) that can also may appear on the arms, face, or body | inflammation of the skin (dermatitis)  Rash erythematous; nail discolouration or nail loss (onycholysis); peeling of the skin (exfoliative rash) | alopecia non-reversible at the end of the study |
| Musculoskeletal, connective tissue and bone disorders | muscle aches and pains (mylagia), pain in the joints (arthralgia); pain in extremity; bone pain; back pain; | | |
| Reproductive system and breast disorders | abnormal absence or suppression of menstruation (amenorrhea) | | |
| General disorders and administration site conditions | fluid retention (which can be severe); lack or loss of strength (asthenia), an elevation of body temperature (pyrexia); sluggishness (lethargy), fever; pain mucosal inflammation; flu like symptoms; chills; | infusion site reaction; non-cardiac chest pain | |
| Investigations | Increased or decreased weight | Change in how your liver works, checked by blood tests (increased blood bilirubin; increased blood | |

| | | alkaline phosphatase, increased liver enzymes) | |
|---|---|---|---|