# Exhibit 20



European Medicines Agency
Evaluation of Medicines for Human Use

## TELEFAX MESSAGE

| DATE: | 25 March 2008 | REF: | EMEA/145358/2008 |
|---|---|---|---|
| TO: | Dr A M Massy | PHONE: | +33 1 60 49 57 45 |
|  | Aventis Pharma S.A. | FAX: | +33 1 60 49 70 34 |
| FROM: | Daniel Gustafsson | PHONE: | +44 20 75 23 70 13 |
|  | Scientific Administrator | FAX: | +44 20 74 18 86 68 |
| RE: | Taxotere | | |
|  | FU2 - Additional follow-up measures 019.4, Clinical | | |
| CC: | Pierre Demolis | | |

Bass EXHIBIT Bass-13
Date: 8/20/18
MLG, CSR, RPR, CRR

Number of Pages (including cover sheet):    2 + 12

Original of this fax has been signed by the sender and is available upon request from the signatory.

### MESSAGE

Dear Dr. Massy,

We refer to the documentation submitted on 27 September 2007 concerning the following commitment:

> *3rd safety update report of the TAX 316 study*

We would like to inform you that on 19 March 2008 the CHMP adopted the following conclusions:

> **CONCLUSION ADOPTED AT JANUARY 2008 CHMP PLENARY:**
>
> - *The percentage of lost to follow up patients is not clearly mentioned and should be submitted by the MAH. The information concerning follow-up events of the last 19/192 patients who presented a DFS event should be completed.*
>
> - *As previously described, the dose intensity of the FAC arm is higher as compared to the TAC arm.*
>
> - *A total of 24% of patients in the TAC arm versus 15% of patients in the FAC arm presented persistent TEAEs, potentially severe in the TAC arm.*
>
> - *The cumulative data concerning SAE starting or worsening during follow-up confirm that TAC is more toxic than FAC (3.1% SAE related to treatment in the TAC arm versus 1.8% SAE related to treatment in the FAC arm), with more serious or severe SAE related to treatment in the TAC arm than in the FAC arm (2.8% versus 1.8%).*
> *CHF is more serious in the FAC arm, with a high rate of fatal evolution. However CHF is more frequent and more severe in the TAC arm, with a high rate of cardiac treatment.*

DISCLAIMER:
This message contains information which may be confidential. It is intended for the addressee(s) only. Unless you are a named addressee (or authorised by an addressee who received this message), access to this fax, or any disclosure or copying of its contents, or any action taken (or not taken) in reliance on it is unauthorised and may be unlawful. If you have received this fax in error, please inform the sender immediately.

IF THIS FAX IS ILLEGIBLE OR INCOMPLETE, PLEASE CALL THE PHONE NUMBER ABOVE

7 Westferry Circus, Canary Wharf, London, E14 4HB, UK
Tel. (44-20) 74 18 84 00    Fax +44 20 74 18 86 68
E-mail: mail@emea.europa.eu    http://www.emea.europa.eu

> *Overall, it is suggested that TAC cardiotoxicity could be an early event, with a high likelihood for permanent sequelae. In this context, a systematic detection of early LVEF decrease is of interest.*

Since 2004, at the time of the assessment of variation II-54 regarding the adjuvant breast indication, cardio-toxicity is a concern in study TAX316 and the MAH was requested to include a monitoring of LVEF at baseline, after treatment and every year, during follow up, in all ongoing adjuvant chemotherapy studies including TAX316 (see Joint Response assessment Report dated November 2004, Safety question n°2). The MAH should comment.

- In order to detect and treat early asymptomatic cardiac dysfunction within the frame of an adjuvant breast cancer treatment including docetaxel, regular monitoring of cardiac function should be recommended in section 4.4 of the SPC. As an example, a statement similar to the one currently mentioned in the SPC of Herceptin would be appropriate. The MAH should comment.

- An analysis of the frequency of asymptomatic decrease of LVEF in both study arms is very much expected with the next safety update.

- In addition, in view of the next safety update, the MAH is requested to present the data cumulatively corresponding to data during treatment and data during follow up.

- The rate of late toxic death is low.

- The risk of secondary leukaemia is quite similar between the two arms (0.5% versus 0.4%).

**ADDITIONAL CONCLUSION ADOPTED AT MARCH 2008 CHMP PLENARY:**

In study TAX 316 a 10-year follow-up period was planned. There is no patient's consent for a longer follow up period. For several patients the 10-year follow up period is now ended. These patients were withdrawn from the study and a DFS event could not be recorded anymore. Then, a possible protocol amendment to increase the follow up period comes too late now.

Therefore, the CHMP agrees with the MAH's proposal to have the final analysis (both efficacy and safety) when all the patients will complete their 10-year follow-up period (expected October 2009) whatever the total number of DFS-events will be.

A copy of the Rapporteur's Assessment Report, endorsed by the CHMP, is attached for your information.

Please do not hesitate to contact me if you require further clarification on the above.

Yours sincerely,

*Daniel G...*

Daniel Gustafsson
Scientific Administrator

Confidential                                                    Sanofi_03923730

**TAXOTERE (docetaxel)**
**20 mg / 0.5 ml and 80 mg / 2.0 ml concentrate and solvent for solution for infusion**

### Updated Rapporteur Assessment Report

**Follow-up measure FU2 019.1: 3rd Safety update report of study TAX316 (variation II54 – adjuvant breast cancer indication)**

**Company: AVENTIS**

| Rapporteur: | Dr P. Demolis (FR) |
|---|---|
| Date of this report: | 18/12/07 |
| Deadline for CPMP member's comments: | 11/01/08 |
| Final Assessment Report | 16/01/08 |
| CHMP | 24/01/08 |
| Updated AR | 19/02/08 |

## Administrative Information

| Invented name of the pharmaceutical product | TAXOTERE |
|---|---|
| Name of the active substances | Docetaxel |
| Pharmacotherapeutic classification | Antineoplastic agents ATC Code L01CD02 |
| Pharmaceutical form and strength | Concentrate and solvent for solution for infusion: 20mg et 80mg |

| Reference Number for the centralised Procedure | Follow-up measure– Second safety update report– TAX316 study |
|---|---|

| Marketing authorisation holder's name and address | Aventis Pharma<br>20 Av. Raymond-Aron<br>92165 Antony Cedex, FRANCE |
|---|---|
| Date of first authorisation | 27/11/1995 |
| Marketing authorisation number | EU/1/95/002/001-2 |
| Date of Assessment Report/Last update | 30/06/2006 |
| **Rapporteur** | Pierre Demolis (France) |
| **Co-Rapporteur** | Harald Enzmann (Germany) |
| Rapporteur's contact person: | Name: Annick NJONGA<br>Tel/Fax: +33 1 55 87 33 07<br>Email: annick.njonga@afssaps.sante.fr |
| Names of the clinical assessors | Clinical<br>V.Petrov -Sanchez<br>Tel : 33-1.55.87.34.57<br>P. Demolis (Head of Unit)<br>Tel / Fax : 33-1.55.87.34.66 / 34 52<br>   Email: ventzislava.petrov-sanchez@afssaps.sante.fr<br>   pierre.demolis@afssaps.sante.fr<br><br>Safety<br>Nathalie Deleau<br>Genevieve Jolimoy<br>Tel/Fax: 33 1 55 87 35 42 / 35 32<br>Email: nathalie.deleau@afssaps.sante.fr<br>genevieve.jolimoy@chu-dijon.fr |
| EMEA PTL: | Daniel Gustafsson<br>Email: daniel.gustafsson@emea.europa.eu |

## Table of contents

RECOMMENDATION ..................................................................................................................... 4
INTRODUCTION ............................................................................................................................ 4
BACKGROUND ............................................................................................................................. 4
   1. TAX 316 STUDY ................................................................................................................... 5
   2. TAX 316 STUDY – THIRD SAFETY UPDATE ........................................................................ 6
   3. TAX 316 STUDY – EFFICAY ANALYSIS ............................................................................. 11

Confidential                                    Sanofi_03923733

## RECOMMENDATION

*Since the assessment of adjuvant breast indication in 2004, cardio-toxicity is a concern in study TAX316 The MAH is requested to submit additional safety analysis and to respond to several rapporteur's comment (see assessor's conclusion at the end of this report).*

*Within the EMEA positive opinion for the adjuvant breast cancer indication, the MAH also undertook to provide the final analysis of the study TAX 316. The later is planned after observing a total of 590 DFS events, which will not be available for review before late 2007. As the 590 DFS events may not be reached before the end of the study (October 2009), the MAH propose to perform the final analysis (both efficacy and safety) in October 2009. At this date all patients will have a 10 year follow up period.*
*The Rapporteur agrees with this proposal (see MAH's rationale and Rapporetur's comments at the end of this report).*

## INTRODUCTION

TAXOTERE is indicated for the treatment of several cancer types and settings: breast, non-small cell lung cancer, prostate, gastric, and head and neck cancer.

## BACKGROUND

The marketing Authorization of Taxotere in the adjuvant breast cancer setting was granted in November 2004. The approval was based on efficacy and safety data from the phase III study TAX316 of Taxotere in combination with doxorubicin and cyclophosphamide (TAC) in the adjuvant treatment of patients with operable node- positive breast cancer.

Approval was based on the results of the 2nd interim analysis conducted after 399 DFS events had been recorded. The study median follow up was equal to **55 months**. For the final analysis 590 DFS events are required.
Within the EMEA positive opinion, the MAH undertook to provide the final analysis of the study TAX 316 planned after observing a total of 590 DFS events, which will not be available for review before late 2007. Until then, the MAH will provide an annual safety update based on a yearly data review by the existing independent data monitoring committee (IDMC) for study TAX 316.

**In November 2005 the MAH submitted the first safety update of study TAX316.** The additional information represented 22 additional months of safety data for the pivotal trial, TAX 316, with a median follow-up of **70 months**.
Further to the CHMP conclusions for the 1st Safety update, the following requests were pointed out:
• submit an analysis of cardiac toxicity in both treatment arms based on risk factors,
• detail relationship of cardiac incidence with time,
• update Taxotere Summary of Product Characteristics (SPC) with the incidence of congestive heart failure (CHF=2.3%) and modify the mention for leukemia.
• propose cardiac follow-up measures for patients.

As a consequence, the two first requests (analysis of cardiac toxicity in both treatment arms based on risk factors, as well as a relationship analyses of cardiac incidence with time) were included in the second safety update (December 2006).
The requests for the changes in the SPC (Section 4.4 and 4.8) were included within the type II TAXOTERE variation n°72.

Lastly, cardiac follow-up measures with annual LVEF measurements were implemented through protocol amendment 6 (September 2006). So far, this amendment has been approved in 8 countries as of March 2007 and 13 countries as of 31 July 2007, out of a total of 20 countries.

**In October 2006 the MAH submitted the second safety update of study TAX 316 with a median follow-up of 83 months.**

4

Confidential                                                                     Sanofi_03923734

Further to its assessment of the 2nd safety update, the EMEA/CHMP requested to perform an analysis of the frequency of the asymptomatic decrease of the LVEF in both study arms. As there is a limited amount of patient data available (9 LVEF values – Ref: @@Table 6.15-ab) for this 3rd SUR, data will not be compared by study arm. This data will be presented fully for the 2008 safety update.

In September 2007 the MAH submitted the **third safety update of study TAX 316** with a median follow-up of 95 months.

### 1. TAX 316 STUDY

TAX 316 is an open, randomized phase III trial designed to compare DFS (disease-free survival) in operable breast cancer patients with positive axillary lymph nodes after two adjuvant treatments:
- TAC (Taxotere, doxorubicin, and cyclophosphamide) (n=745),
- FAC (5-fluorouracil, doxorubicin, and cyclophosphamide) (n=746).

The randomization is stratified for both the participating center and for the number of axillary lymph nodes involved (1 to 3 versus 4 and more).

The submitted data to support the new indication are based on the results of the 2nd interim analysis of the phase III trial, TAX316, conducted after 399 DFS events had been recorded. The study median follow up is equal to 55 months. For the final analysis 590 DFS events are required.

Clinical efficacy results of study TAX316 for the entire study population are convincing in terms of decrease of the risk of disease relapse (primary criterion DFS) and survival benefit (secondary criterion).
The results are clinically relevant and reached statistical significance: DFS (HR 0.72, 95% CI 0.59 – 0.88, p=0.001); OS (HR 0.70, 95% CI 0.53 – 0.91, p=0.008).
The robustness of this substantial benefit was confirmed using a multivariate Cox model adjusted for prognostic covariates.
The results are particularly relevant in the 1-3 nodes stratum. For the 4 or more positive nodes stratum, the results although numerically higher for the TAC arm did not reach statistical significance. After the publication of study MA5 which indicated that the treatment effect might be less pronounced in patients with 1-3 involved lymph nodes compared to 4 and more involved nodes the sample size of TAX316 was increased to power the study for the comparison of DFS within the strata. The final analysis of TAX316 which the MAH committed to conduct (expected in 2007) will answer the question whether there is a significant benefit of TAC for both strata separately.

It is well established that nodal involvement is an important prognostic or risk factor for patients with operable breast cancer, and that, irrespective of the treatment; DFS and OS decrease as the number of positive lymph nodes increases.
In study TAX 316, the tests for interaction indicate that the treatment by nodal status interaction was not significant for DFS and statistically significant for OS, while the hazard ratio estimates for the subgroup with 4+ nodes still favoured the TAC regimen. This indicates a quantitative interaction for the secondary endpoint.
Otherwise, for the primary endpoint, DFS, the 95% confidence interval for patients with 4+ is clearly overlapping the confidence interval for the patients with 1-3 nodes (0.46-0.82 in nodes 1-3 compared to 0.63-1.08 in 4+). Regarding OS, this overlapping is less marked but it exists (0.29-0.70 in nodes 1-3 compared to 0.66-1.33 in 4+).
Additional analyse of DFS and OS across the different nodal involvements (hazard ratio and 95% confidence intervals) shows the difficulty to perform subgroups analysis. It appears that treatment effect is homogenous until 6 involved nodes but thereafter much less.

All these observations do not support clear evidence that nodal status is a predictive factor for treatment effect. Therefore there is no evidence to restrict the use of TAC (Taxotere, doxorubicin, and cyclophosphamide) to patients with 1-3 nodes. However, with this interim analysis the benefit-risk-ratio is not fully defined for patients in the stratum N 4+. This will be possible after the final analysis. Therefore the issue should be addressed within the SPC as proposed by the MAH.

The safety profile of docetaxel associated with AC is as expected. However in comparison with the control arm, TAC safety profile is worse and raises serious concerns in terms of hematotoxicity, cardiotoxicity, colitis, and leukaemia.

Approximately one third of patients experience severe AEs and serious AEs. More than 8 % of patients show serious and severe AEs related to study treatment. This is mainly due to the incidences of neutropenia, febrile neutropenia and fever in the absence of infection, which are clearly more frequent during TAC treatment. Consequently the use of G-CSF and antibiotics was much higher in the TAC group. Prophylactic antibiotics were compulsory for TAC treatment. Approximately 30% of patients received G-CSF as curative or prophylactic treatment in the TAC group compared to 5.6 % in the FAC group. In spite of this prophylaxis there were twice as much neutropenic infections in the TAC group. Six percent of the patients withdrew from the trial due to adverse events.

Generally the pattern of the reported AEs is as expected for the combination with doxorubicin. There were clearly more AEs of fluid retention, anemia (including transfusion requirements, myalgia, stomatitis, neuro-sensory, taste perversion, thrombocytopenia and arthralgia in the TAC group compared to the control. Vomiting was observed more often in the FAC group.

Overall the toxicity is considerably high but it is manageable with prophylactic antibiotics and often G-CSF and a close monitoring of the patients during the treatment phase. Appropriate information and precautions have been included in the SPC.

With respect to long-term toxicity the profile of TAC is also unfavourable compared to FAC:
Alopecia remains in 3.2 % of TAC patients (vs. 1.4 % FAC), more TAC-treated patients stay with ongoing neuro-sensory toxicity (TAC: n = 9, FAC n=2), peripheral edema (TAC: n = 18, FAC n=3) than FAC-treated patients. Cardiac failure was observed in 12 TAC patients and 4 FAC patients. So far 3 patients in the TAC group and 1 in the FAC group developed acute leukemia.
Of note, based on published control trials, the tolerance profile of TAC in study TAX316 in the adjuvant setting, with the exception of neutropenia, is similar to the one observed with other regimens used in the same setting.
Section 4.4 of the SPC was amended in order to give appropriate information regarding the management of acute toxicity (neutropenia, gastrointestinal toxicity) and description of late toxicity (cardiotoxicity, leukaemia).

Since some toxicities remain a concern in an adjuvant setting, the MAH was requested to provide in further PSURS an intensive monitoring concerning cardiotoxicity, secondary leukaemia, and serious gastrointestinal toxicity (including colitis, perforation, and hemorrhagic diarrhea).

## 2. TAX 316 STUDY – THIRD SAFETY UPDATE

This report contains safety data obtained up to and including 01 March 2007 for the ongoing TAX316 study, with the extended collection period to July 2007, median follow up 95 months. The report compares data between the first safety update report (SUR) cut-off (march 2005) and the current cut-off (march 2007) as per IDMC recommendation.

Of the 1491 patients enrolled in the study, 1105 were eligible for follow up (i.e. alive and not lost to follow up). Of these 1105 patients, 913 did not have any DFS event reported with follow-up information collected for 831 of the 913 patients (93%).
The remaining 192 patients had all presented a DFS event during the post-treatment period and follow-up information was collected for 173 of them (90%).

Overall the follow-up compliance at 7 years was 86.4%.

> *Assessor's comment: the percentage of lost of follow up patients is not clearly mentioned and should be submitted by the MAH. The information concerning follow-up events of the last 19/192 patients who presented a DFS event should be completed.*

**Treatment exposure**

Of the 1491 randomized patients, a total of 1480 patients were treated with study chemotherapy: 744 TAC and 736 FAC. 4272 cycles of TAC were administered to 744 patients, with 3940 cycles (92.2%) at the planned dose. 4348 cycles of FAC were administered to 736 patients, with 4269 cycles (98.2%) administered at planned dose and duration.

Confidential                                                              Sanofi_03923736

> *Assessor's comment: As previously described, the dose intensity of FAC arm is higher as compared to that of TAC arm.*

**Adverse events during the follow-up period**

All patients in the TAX316 study had completed their study treatment regimens in October 1999. Only adverse effects persisting or worsening into the follow-up period (i.e. > 30 days post-chemotherapy) and adverse effects starting during the follow-up period were reviewed. Data were captured during routine follow-up visits: every 3 months for the first 2 years, then every 6 months during 3 years, then once a year during the subsequent 5 years.

<u>TEAEs starting under the treatment period and persisting into the follow-up period</u>

Except for amenorrhea, observed in 26.7% of the premenopausal patients (30% in TAC versus 23.3% in FAC), all other events were reported in less than 3% of the treated patients in the respective arm.
Compared to the 2005 SUR, TEAEs incidences observed in 2007 are similar in both arms except for amenorrhea (4 fewer patients in the TAC arm), peripheral edema and myalgia (1 fewer patient in the TAC arm).

> *Assessor's comment: Finally 24% of patients in the TAC arm versus 15% of patients in the FAC arm presented persistent TEAEs. Even if "amenorrhea" TEAE is excluded, percentage of TEAEs is higher in the TAC arm than in the FAC arm (7.3% versus 2.3%). Among them, two cases (1 peripheral oedema and 1 skin toxicity) are still severe in the TAC arm, versus none in the FAC arm.*

<u>AEs starting or worsening during the follow-up period</u>

Overall, 513 patients (69%) in the TAC arm and 490 patients (66.6%) in the FAC arm had AEs that started or worsened during the follow-up period with events attributed to study drug, tamoxifen or radiotherapy. It represents 4 new patients (6 new events) in the TAC arm and 5 new patients (13 new events) in the FAC arm compared to the first 2005 SUR.
Additional events in the TAC cohort were as follows:
- 2 cardiac dysfunctions attributed to study chemotherapy
- 1 endometrial disorder, 1 hyperesthesia, 1 sweating related to tamoxifen
- 1 lymphedema attributed to radiotherapy.
Additional events in the FAC cohort were as follows:
- 4 cardiac dysfunctions and 1 cardiac dysrhythmia attributed to study chemotherapy
- 1 leucorrhoea, 1 constipation, 1 ecchymosis attributed to tamoxifen
- 1 radiation injury, 1 skin discoloration, 1 lung disorder, 1 dyspnea and 1 vascular disorder attributed to radiotherapy.

> *Assessor's comment: Few late TEAEs were related to chemotherapy during the period.*

<u>AEs starting or worsening during the follow-up period and still ongoing</u>

The type and frequency of AEs that persisted in 2007 appears similar compared to the safety results reported in the 2005 SUR; except for 1 additional cardiac dysfunction and 1 additional nail disorder in the TAC arm versus 4 additional cardiac dysfunctions in the FAC arm.

> *Assessor's comment: The frequency of ongoing cardiotoxicity is again more important in the TAC arm than in the FAC arm (2% versus 1.1%), with the same proportion of severe cases (around 60%).*

**Serious adverse events during the follow-up period**

During the period, there were three additional TAC treated patients and 9 additional FAC treated patients who experienced at least one SAE. In the TAC arm, 2 of the 3 patients had a grade 3-4 or severe SAE related to study treatment compared to 5 of 9 patients in the FAC arm.
In the TAC cohort, there were 3 new cardiac dysfunctions and one worsening of cardiac function (grade 3 → grade 4). In the FAC cohort, there were 2 cardiac dysfunctions, 1 cardiac dysfunction related to infection and bleeding, 2 coronary heart diseases, 1 dysrhythmia, 1 jaundice, 1 chronic lymphocytic leukemia and 1 myelodysplasic syndrome.

-- 7

*Assessor's comments: The cumulative data concerning SAE starting or worsening during follow-up confirm that TAC is more toxic than FAC (3.1% SAE related to treatment in TAC arm versus 1.8% SAE related to treatment in the FAC arm), with more serious or severe SAE related to treatment in the TAC arm than in the FAC arm (2.8% versus 1.8%). The late cardiotoxicity of TAC is still higher than the cardiotoxicity of FAC arm (2.2% versus 1.6%), and cardiac dysfunction seems to begin later in the FAC arm.*

### Deaths during the follow-up period

As of 01 march 2007, 144 TAC patients and 189 FAC patients were reported dead during the follow-up period (> 30 days post-chemotherapy). Compared with the 2005 SUR, there were 33 more deaths in the TAC cohort (25 from breast cancer, 3 from other malignancies and 5 from other causes) and 36 more deaths in the FAC cohort (28 from breast cancer, 4 from other malignancies, 1 toxic death and three from other causes).
In the TAC arm, one patient died from pulmonary fibrosis and three patients died from lung cancer.

*Assessor's comments: The rate of late toxic death is low.*

### Cardiac function toxicity

For assessment of cardiotoxicity, cardiac dysrhythmia, cardiac ischemia, cardiac function, hypertension, hypotension, shock and heart arrest were reviewed. Most instances of cardiotoxicity were reported during the study period, while instances of cardiac function toxicity grade 3-4 tended to occur in the follow-up period.

**Table 1 – Cardiac function toxicities**

| Cardiac event | TAC N=744 | | FAC N=736 | |
|---|---|---|---|---|
| | March 2005 | March 2007 | March 2005 | March 2007 |
| Congestive heart failure grade 3-4 | 17 | 19 (2.5%) | 7 | 13 (1.8%) |
| Grade 3 | 13 | 14 | 6 | 11 |
| Grade 4 | 4 | 5 | 1 | 2 |
| SAE cardiac function | 15 | 18 | 7 | 13 |
| Death due to CHF | 1 | 1 | 2 | 4 |

*Assessor's comment:*
*-Since 2004, at time of the assessment of variation II54 regarding breast adjuvant indication, cardio-toxicity is a concern in study TAX316 and the MAH was requested to include a monitoring of LVEF at baseline, after treatment and every year, during follow up, in all ongoing adjuvant chemotherapy studies including TAX316 (see Joint Response assessment Report dated November 2004, Safety questions n°2).*

*-The analysis of the frequency of the asymptomatic decrease of the LVEF in both study arms is highly expected for the next safety update.*

*- In addition, in view of the next safety update, the MAH is requested to present cumulative data corresponding to data during treatment and data during follow up.*

*-Moreover, a regular monitoring of cardiac function for adjuvant breast cancer treatment including docetaxel should be recommended in section 4.4 of the SPC, in order to detect and treat early asymptomatic cardiac dysfunction. As an example, a statement similar to the one currently mentioned in the SPC of Herceptin would be appropriate.*

### New CHF cases reported during this SUR

A total of 9 patients were newly diagnosed with CHF during this SUR period: 3 in TAC arm and 6 in FAC arm. All patients had additional risk factors for CHF as diabetes, obesity, hypertension and hypercholesterolemia. Five of the 9 patients were older than 60 years of age. Three patients had adjuvant radiotherapy on the left chest wall.

Confidential                                                              Sanofi_03923738

In the 19 TAC treated patients presenting CHF during follow-up, 2 cardiac dysfunctions resolved. In the 13 FAC treated patients presenting CHF during follow-up, 1 cardiac dysfunction resolved and four patients died from other causes (1 septic shock, 1 brain ischemia and two breast cancer progressions).

In the TAC arm, 2 CHF among the 5 patients with new events were considered by the investigator to be related to study chemotherapy. In the FAC arm, 3 of the 6 patients with new events had their cardiac events considered related to study treatment by investigator.

Lastly, 7 patients had an ongoing cardiac dysfunction in the TAC arm and 4 patients had an ongoing cardiac dysfunction in the FAC arm.

Overall incidence of CHF

The cumulative incidence of CHF in the FAC arm was 1.8% at a median follow-up of 95 months and 2.5% in the TAC arm. The difference in the incidence of CHF between the two treatment groups was not statistically significant (2.5% in TAC, 95% confidence interval [CI]: 1.5-4.0; 1.8% in FAC, 95% CI: 0.9-3.0).
According cardiovascular risk factors, more patients with at least one risk factor are observed with CHF in TAC arm (89.5%) than in FAC arm (76.9 %).

CHF outcomes

In the TAC arm, CHF is reported as resolved in 12/19 patients, with 6 patients always receiving cardiac medications. One patient died from cardiac dysfunction, five patients died from breast cancer with ongoing cardiac dysfunction.
In the FAC arm, CHF is reported as resolved in 4/13 patients, with three ongoing CHF patients without any cardiac therapy. Three patients died from cardiac dysfunction and three patients died from other causes with ongoing cardiac dysfunction (1 septic shock, 1 breast cancer, 1 brain ischemia).

> *Assessor's comments: CHF is more serious in the FAC arm, with a high rate of fatal evolution. However CHF is more frequent and more severe in the TAC arm, with a high rate of cardiac treatment. Overall, it is suggested that TAC cardiotoxicity could be an early event, with a high likelihood for permanent sequelae. In this context, a systematic detection of LVEF early decrease is of interest.*

Secondary malignancies

One new case of chronic lymphocytic leukemia (FAC patient 20609) and 1 new case of myelodysplastic syndrome (MDS) (FAC patient 30402) were diagnosed since 2005 SUR period.

In total, at a median follow-up of 95 months, there were 2 cases of acute myeloid leukaemia (10621, 13510), 1 case of acute myelomonocytic leukemia (40701) and 1 case of MDS (27602) among TAC-treated patients, and 1 case of acute myeloid leukemia (24105), 1 case of MDS (30402) and 1 case of CLL (20609) in FAC-treated patients.
The 3 cases of leukemia in TAC arm were already reported in the TAX316 CSR, and no new cases of leukemia were reported in the TAC arm during the 2005, 2006, and 2007 SUR reports.
No additional information has been obtained during this SUR period regarding the TAC-treated patient (27602) who experienced a non-serious event that was reported as a suspected MDS in 2004. After receiving TAC, the patient received adjuvant radiotherapy and tamoxifen, followed by high dose mitoxantrone and cyclophosphamide. A bone marrow aspirate, performed 2 years and 3 months after TAC was initiated, showed a hypocellularity (30%). The peripheral blood count remained stable and the patient's clinical status remained normal 4 years later. The Investigator considered the "suspected MDS" to be due to high dose mitoxantrone.

> *Assessor's comment: No new cases of leukaemia or myelodysplasia were recorded during the period. The risk of secondary leukaemia is quite similar between the two arms (0.5% versus 0.4%). However this risk persists until ten years after chemotherapy.*

MAH's Discussion and conclusion

These final SUR data were provided to the IDMC members in August 2007. It was felt by the committee members that there were no substantial changes in the toxicity data from the 2005 SUR to the 2007 SUR. The DMC "found reassuring that cardiac events are few and that there seems to be no increasing difference in event rates between the 2 arms. A difference was apparent early in the follow up (6-12 months)". It also "found that the information is already contained in the drug information". No significant new safety concerns occurred.

Confidential                                                          Sanofi_03923739

The additional information in the follow-up period represents 46 additional months of safety data compared to the CSR, of this pivotal trial, TAX 316, with a median follow-up of 95 months. Review of this additional safety data did not identify any new serious or non-serious related adverse events occurring in the follow-up period that had not previously been identified. For CHF, an incidence of 2.5% in the TAC arm remains similar to that observed in other adjuvant trials, such as the CALGB 9344 trial, Trudeau et al overview of 16 adjuvant studies, long-term follow up for cardio-toxicity for the MA5, FASG05, and FASG09. The potentially confounding role of non-treatment related factors such as aging of the population or radiotherapy have already been identified. In TAX316, if the incidence of CHF is increased in both arms in patients with at least 1 risk factor (Table 12), at the reverse, the risk of not developing CHF in patients with at least 1 risk factor remains identical in both arms (57.7% in TAC and 60.9% in FAC). These considerations support the safety of the TAC regimen and suggest that drug-drug interaction between Taxotere® and doxorubicin may be unlikely to enhance the known potential cardio-toxicity of the latter. In view of these data, it can be concluded that no new safety signals have emerged from this additional follow-up.

**ASSESSOR'S CONCLUSIONS:**

*-The percentage of lost of follow up patients is not clearly mentioned and should be submitted by the MAH. The information concerning follow-up events of the last 19/192 patients who presented a DFS event should be completed*

*-As previously described, the dose intensity of FAC arm is higher as compared to the TAC arm.*

*-A total of 24% of patients in the TAC arm versus 15% of patients in the FAC arm presented persistent TEAEs, potentially severe in the TAC arm.*

*-The cumulative data concerning SAE starting or worsening during follow-up confirm that TAC is more toxic than FAC (3.1% SAE related to treatment in TAC arm versus 1.8% SAE related to treatment in the FAC arm), with more serious or severe SAE related to treatment in the TAC arm than in the FAC arm (2.8% versus 1.8%).*
*CHF is more serious in the FAC arm, with a high rate of fatal evolution. However CHF is more frequent and more severe in the TAC arm, with a high rate of cardiac treatment. Overall, it is suggested that TAC cardiotoxicity could be an early event, with a high likelihood for permanent sequelae. In this context, a systematic detection of LVEF early decrease is of interest.*

*Since 2004, at time of the assessment of variation II54 regarding breast adjuvant indication, cardio-toxicity is a concern in study TAX316 and the MAH was requested to include a monitoring of LVEF at baseline, after treatment and every year, during follow up, in all ongoing adjuvant chemotherapy studies including TAX316 (see Joint Response assessment Report dated November 2004, Safety questions n°2). The MAH should comment.*

*-In order to detect and treat early asymptomatic cardiac dysfunction in the frame of an adjuvant breast cancer treatment including docetaxel, a regular monitoring of cardiac function should be recommended in section 4.4 of the SPC. As an example, a statement similar to the one currently mentioned in the SPC of Herceptin would be appropriate. The MAH should comment.*

*-The analysis of frequency of asymptomatic decrease of LVEF in both study arms is highly expected for the next safety update.*

*- In addition, in view of the next safety update, the MAH is requested to present data as cumulative data corresponding to data during treatment and data during follow up.*

*- The rate of late toxic death is low.*

*- The risk of secondary leukaemia is quite similar between the two arms (0.5% versus 0.4%).*

Confidential                                                                Sanofi_03923740

### 3. TAX 316 STUDY – EFFICACY ANALYSIS

The Marketing Authorization of Taxotere in the adjuvant breast cancer was based on efficacy and safety data from the phase III study TAX316 of Taxotere in combination with doxorubicin and cyclophosphamide (TAC) in the adjuvant treatment of patients with operable node-positive breast cancer. The approval was based on the results of the 2nd interim analysis conducted after 399 DFS events had been recorded. The study median follow up was equal to 55 months. For the final analysis 590 DFS events are required.

The 2nd interim analysis demonstrated a significantly longer disease-free survival (primary endpoint) for the TAC arm compared to the FAC arm. Incidence of relapses at 5 years was reduced in patients receiving TAC compared to those who received FAC (25% versus 32%, respectively) i.e. an absolute risk reduction by 7% (p = 0.001). Overall survival at 5 years was also significantly increased with TAC compared to FAC (87% versus 81%, respectively) i.e. an absolute reduction of the risk of death by 6%. (p = 0.008). TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

| Patient subset | Number of patients | Disease Free Survival | | | Overall Survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| No of positive nodes | | | | | | | |
| Overall | 745 | 0.72 | 0.59-0.88 | 0.001 | 0.70 | 0.53-0.91 | 0.008 |
| 1-3 | 467 | 0.61 | 0.46-0.82 | 0.0009 | 0.45 | 0.29-0.70 | 0.0002 |
| 4+ | 278 | 0.83 | 0.63-1.08 | 0.17 | 0.94 | 0.66-1.33 | 0.72 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

Within the EMEA positive opinion, the MAH undertook to provide the final analysis of the study TAX 316 planned after observing a total of 590 DFS events, which will not be available for review before late 2007.

Study status as of August 31, 2007:
• 1491 randomized and 1480 treated patients
• 1084 Patients still in follow up (FUP) – for each patient, the FUP period is defined for 10 years starting from the end of chemotherapy
• 537 DFS events reported to the BCIRG (431 Breast Cancer Relapses, 82 Second Primary Malignancies, 24 Deaths)
• The 10-year follow up period will end in August 2007 for the first patients enrolled

MAH's proposal
Based on the DFS event rate over the last 4 years (44 in 2003, 45 in 2004, 23 in 2005, 36 in 2006), and based on the 10-year follow-up period that will end soon for the first patients enrolled (leading to a censoring in the report of DFS events), the 590 DFS events may not be reached before the end of the study (October 09 at the latest).

After 95 months (almost 8 years) follow up, the expected total number of DFS-events have not been reached yet, the event rate is low and the first treated patients will complete their 10 years follow up period from August 2007. A time-based final analysis appears more appropriate rather than an event-based analysis. In addition to annual safety reports, the MAH proposes to perform the final analysis (both efficacy and safety) when all the patients will complete their 10-year follow-up period (expected October 2009 at the latest) whatever the total number of DFS-events will be, which represents a 10-year maturity analysis along with long-term safety.
Based on this, the MAH proposes to submit the final analysis of TAX316 study by 2 Q2010

*Assessor's comment:*
*In study TAX 316 a 10-year follow-up period was planned. There is no patient's consent for a longer follow up period. For several patients the 10-year follow up period is now ended. These patients were withdrawn from the study and a DFS event could not be recorded anymore. Then, a possible protocol amendment to increase the follow up period comes too late now.*

-- 11

Therefore, the Rapporteur agrees with the MAH's proposal to have the final analysis (both efficacy and safety) when all the patients will complete their 10-year follow-up period (expected October 2009) whatever the total number of DFS-events will be.

Confidential                                                       Sanofi_03923742