# Exhibit 27



Confidential

Sanofi_01038470



Confidential



400 Somerset Corporate Boulevard
PO Box 6912, Bridgewater, NJ 08807-0912
Tel: (908) 243-6000 • www.sanofi-aventis.com

October 2006

**Dear Oncology Nursing Professional:**

At sanofi-aventis, we recognize that you are an integral part of your patients' healthcare team. Moreover, we admire your passion for keeping your patients apprised of the latest information about their treatment options. To assist you in your efforts, we have developed this comprehensive chemotherapy patient care kit to help you and your patients manage treatment.

Inside this package you will find a CD-ROM and a USB Port Key, each with identical contents, containing electronic versions of the following essential tools:

- A video with directions for proper administration and safe handling when dispensing Taxotere® (docetaxel) Injection Concentrate to your patients

- 13 individual tear sheets that you can print out and give your patients depending on the side effects they experience during treatment. Each tear sheet explains an individual side effect of chemotherapy, with tips to help your patients better understand and cope with these changes. The side effects covered include:

| — Neutropenia | — Nausea/Vomiting | — Anemia | — Depression |
| — Infection | — Neuropathy/Myalgia | – Alopecia | — Weight Loss |
| — Stomatitis/Diarrhea | — Lymphedema | — Asthenia | — Nail Changes |

- An e-dosing guide to help you choose the correct dosage for treatment and lead you through the process of dose adjustment

- Patient instruction sheets for premedicating with dexamethasone

- A diary for your patients to keep detailed information about their treatment

- List of Web sites where you or your patients can access useful information

- Convenient lanyards to provide you with easy access to the USB Port Key

- Taxotere® (docetaxel) prescribing information

We are continually looking for ways to help oncology healthcare professionals and their patients. We hope that this patient care kit answers your needs by providing you with a practical set of tools to help you and your patients in the management of cancer treatment.

Sincerely,

Christine Verini
Director, Taxotere®
Prostate, Cross Tumor

Susan M. Gorky
Susan Gorky
Product Manager
Oncology Marketing

USB/CD-ROM View



**USB Port**



**CD-ROM**

**Coping with the Side Effects of Chemotherapy**

# Alopecia (Hair Loss)

Side Effect Tearsheets

### What is alopecia?

Alopecia (a-lo-PEE-shee-ah) is another word for hair loss or thinning of the hair.[1] It is a common, yet temporary, side effect of some cancer medicines.[2,3] Alopecia can occur anywhere on the body[1] and may happen after a few treatments.[2] Currently, there are no medicines that can prevent hair loss during treatment.[4]

### How can I prepare for the changes that may occur?

- Before treatment starts, have your hair cut short. It will help you prepare mentally for the change in your appearance[5]
  - If your hair is long enough, consider having a wig made from your own hair[3]
  - Shop for a wig, toupee, or turban soon after your diagnosis[3]

- Talk to family and friends about how you feel, or join a support group with people who are going through or have gone through the same experience[5]

### What are some steps I can take to care for my scalp?

- Keep your scalp clean with a moisturizing shampoo and conditioner[2]

- Use gentle lotions or creams on your scalp when needed; and use a sunscreen, hat, scarf, or wig to protect your scalp[2]

### Will my hair grow back?

- If you do lose your hair, it will usually grow back after the treatments are over[2]

- It may grow back while you are still having treatments[3]

- Your hair may grow back a different color or texture[2]

### When my hair grows back, how should I take care of it?

- If you usually wash your hair daily, limit the number of times to twice a week[5]

- If you usually blow-dry your hair at a high temperature, use a lower heat setting[2]

- Gently style your hair with soft brushes and wide-tooth combs[5]

The information contained herein is not comprehensive and is intended only as a guide.

**Talk to your doctor or nurse to find out if the medicines you are taking may cause alopecia, and the appropriate ways to deal with it.**

### Other suggestions from your healthcare providers:

_____

_____

**References: 1.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. NIH Publication No. 03-1136. **2.** American Cancer Society. Making treatment decisions: how do I deal with losing my hair? Available at: http://www.cancer.org. Accessed July 6, 2006. **3.** American Cancer Society. Treatment topics & resources: hair loss. Available at: http://www.cancer.org. Accessed July 6, 2006. **4.** Breastcancer.org. Hair loss: alopecia. Available at: http://www.breastcancer.org/tre_sys_chemo_hairloss.html. Accessed July 7, 2006. **5.** People Living With Cancer. Hair loss (alopecia). Available at: http://www.plwc.org. Accessed July 7, 2006.

US.DOC.06.07.023  7/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC



sanofi aventis

## Coping with the Side Effects of Chemotherapy

# Depression *(Page 1 of 2)*

### Am I depressed?

You may be sad. You may be feeling blue. But are you actually depressed? It's important to know the difference. The fact is, major or "clinical" depression only affects about 15% to 25% of cancer patients.[1] Here are some common symptoms to watch for:

- Feeling sad or down most of the time[2]
- Less interest or pleasure in day-to-day activities[2]
- Problems falling asleep, staying asleep, or waking up on time[3]
- Changes in eating habits or significant weight gain or loss[2,3]
- Feeling nervous, restless, sluggish, or tired most of the day[2,3]
- Frequently feeling worthless, helpless, or guilty[2,3]
- Problems concentrating, remembering, or making decisions[3]
- Thinking about death or suicide often, or attempting suicide[2,3]

If you have 5 or more of these symptoms for at least 2 weeks, call your doctor or a qualified mental health professional. Or if any of these problems cause major difficulties in your daily life, get help.[3]

### As a patient, what can I do about depression?

Every cancer patient is bound to feel sadness or grief at times. As you go through different stages of treatment, you might suddenly find yourself feeling as blue, angry, or numb as on the day you first learned of your disease.[1]

It's perfectly okay to feel that way.[3] To help yourself avoid or handle major depression, try these tips:

- Talk about what you are feeling and thinking. Don't keep your fears and emotions bottled up inside[3]
- Join a support group[3]
- Use deep breathing and relaxation exercises several times a day. One good exercise is to close your eyes while breathing slowly and deeply. Working from toes to head, relax each part of your body. Then think about a peaceful, pleasant scene or a favorite place and imagine yourself as a part of it[3]
- Get involved in something enjoyable, even if it's only for an hour or two each day[3]
- Ask your doctor about medications that help treat depression[3]

Remember: Don't blame yourself for feeling anxious, afraid, or depressed. Find out what's causing it, fix what can be fixed, and talk it out.[3]

The information contained herein is not comprehensive and is intended only as a guide.

**If you experience symptoms of depression, talk to your doctor or nurse and ask them about ways you can manage these feelings. Never take any medications without first consulting a healthcare professional.**

Sanofi_01038475

## Coping with the Side Effects of Chemotherapy

# Depression *(Page 2 of 2)*

### As a caregiver, what should I know about depression?

- The 15% to 25% of all cancer patients with major depression aren't just sad: they have a real, disabling illness.[1] Be alert to the symptoms listed on the previous page

- If a patient's symptoms suggest depression, try to get them to talk about what they are feeling. Make sure they understand it's all right to feel sad or frustrated—but don't force them to talk if they aren't ready[3]

- If the patient is severely depressed, anxious, or fearful, don't try to reason with them or encourage them to "cheer up." Speak directly with the doctor about the possibility of therapy or antidepressant medications to help ease the symptoms[3]

### As a caregiver, what should I know about depression? *(continued)*

- Contact the doctor immediately if the patient[2]:
  - Talks about suicide
  - Is unusually restless or fidgety
  - Sweats excessively
  - Has difficulty breathing
  - Refuses to eat or sleep or seems uninterested in activities of daily living for several days

- Remember that family members and those who care for cancer patients are more likely to experience depression and anxiety than those not caring for cancer patients.[1] By talking openly about their own feelings and concerns, and working together to solve problems, both family members and the patient may avoid serious depression[1]

The information contained herein is not comprehensive and is intended only as a guide.

**If you experience symptoms of depression, talk to your doctor or nurse and ask them about ways you can manage these feelings. Never take any medications without first consulting a healthcare professional.**

### Other suggestions from your healthcare providers:

-----------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------

-----------------------------------------------------------------------------------------

**References: 1.** National Cancer Institute. PDQ® Cancer Information Summaries: Supportive care. Depression: Overview. Available at: http://www.cancer.gov/cancertopics/pdq/supportivecare/depression/Patient/page2. Accessed July 12, 2006. **2.** National Cancer Institute. PDQ® Cancer Information Summaries: Supportive care. Depression: Diagnosis. Available at: http://www.cancer.gov/cancertopics/pdq/supportivecare/depression/Patient/page3. Accessed July 12, 2006. **3.** American Cancer Society. Treatment Topics & Resources. Depression. Available at: http://www.cancer.org/docroot/MIT/content/MIT_2_4X_Depression.asp. Accessed July 12, 2006.

US.DOC.06.07.030  8/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC



sanofi aventis

Confidential                                                    Sanofi_01038476

## Coping with the Side Effects of Chemotherapy

# Asthenia/Fatigue

### What is asthenia?

The most common complaint reported by cancer patients is a condition known as asthenia (as-THEE-nee-uh), which is a medical term for fatigue.[1] However, this condition may feel different from the fatigue you experienced before developing cancer. Some patients may experience physical, mental, or emotional fatigue for days, weeks, or months, that is not relieved by rest.[1,2] The fatigue will go away gradually after treatment is completed.[2]

### What causes asthenia/fatigue?

Fatigue may result from cancer treatments or from the disease itself; however, the cause is not fully understood.[1] Poor sleep, pain or pain medications, stress, poor diet, or a low blood count (anemia) may also lead to fatigue.[1,2]

### How can I cope with asthenia/fatigue?

- Plan to rest a little each day with breaks or short naps that will not disturb your sleep at night[1,2]

- Keep a daily diary and note your energy levels after your cancer treatments. This can help you with scheduling important activities[1,2]

- Allow others to help you with your daily errands, and save your energy for the important things[1,2]

- Discuss any sleep problems with your doctor or nurse[2]

- Limit your intake of caffeine and alcoholic drinks[1]

- Balance your diet and drink plenty of water, unless given other instructions by your doctor or nurse[2]

- Exercise lightly or take short walks, if your doctor approves[1,2]

- Consider doing activities you enjoy, but do them more easily or for less time[1]

- Activities that may help fatigue include meditation, prayer, yoga, guided imagery, and visualization[1,2]

The information contained herein is not comprehensive and is intended only as a guide.

## Talk to your doctor or nurse about appropriate ways to deal with your fatigue, and inform them of any worsening in your energy level.

### Other suggestions from your healthcare providers:

_____

_____

_____

_____

References: 1. National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. Publication No. 03-1136. 2. American Cancer Society. Coping with physical & emotional changes: dealing with fatigue. Available at: http://www.cancer.org/docroot/MBC/content/MBC_2_3X_Dealing_With_Fatigue.asp. Accessed July 10, 2006.



sanofi aventis

US.DOC.06.07.024  7/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Confidential

Sanofi_01038477

## Coping with the Side Effects of Chemotherapy

# Changes to Your Nails

### How will my treatment affect my nails?

During your treatment you may notice certain changes to your nails. For instance, they may become darkened or yellow. They may also become cracked and brittle, growing less and breaking more easily. Your nails may also develop lines related to cycles of chemotherapy. These lines are not permanent and will grow out with the nail, generally in about 6 months. The area around the nail bed may also become dry, cuticles may fray, and it is possible for the nail to lift off the nail bed.[1,2]

Fortunately, most of these changes are not permanent and there are steps you can take to help prevent or ease some of these problems.

### What can I do if my nails begin to change?

- Do not bite nails or cuticles. If you find this habit difficult to break, consider wearing thin white cotton gloves around the house to help you[2]

- Clip nails short and don't rip or peel off loose cuticles. Cut them carefully with a clean pair of nail scissors, or use cuticle remover cream or gels and push your cuticles back gently. Massage cuticle cream into the cuticle area daily to help prevent dryness, splitting, and hangnails[2]

### What can I do if my nails begin to change? *(continued)*

- Do not use fake nails as they can trap bacteria. Also, do not use acrylics or other nail wraps. Use nail polish only if your nails are healthy and then use only non–acetone-based remover[2]

- If you have a professional manicure, bring your own tools to help protect against infection[2,3]

- Protect your nails by wearing gloves while doing chores around the house such as washing dishes or gardening[1]

- You should know that your nail may lift away from the nail bed. In time, it will return to normal, but you should still be careful as this will make the nail vulnerable to falling off. Because the nail is not tightly attached, it can also become a site for bacteria to enter. Be sure to maintain good hygiene to avoid infection[2]

The information contained herein is not comprehensive and is intended only as a guide.

**Discuss any changes you experience during or after your treatment with your doctor or nurse. Make sure you always inform them of any changes you plan to make in your diet or daily regimens.**

### Other suggestions from your healthcare providers:

_____

_____

_____

**References: 1.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. Publication No. 03-1136. **2.** Breastcancer.org. Chemotherapy and your nails. Available at: http://www.breastcancer.org/hsn_your_nails.html. Accessed July 10, 2006. **3.** MedicineNet.com. Chemotherapy dries skin. Available at: http://www.medicinenet.com/script/main/art.sp?articlekey=22099. Accessed July 10, 2006.



sanofi aventis

US.DOC.06.07.025  7/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

## Coping with the Side Effects of Chemotherapy

# Nausea and Vomiting

### Nausea and vomiting

Two of the most common side effects of chemotherapy are nausea and vomiting.[1] Fortunately, they have become less common and severe with the development of new medications that prevent or lessen nausea or vomiting in most patients. Finding the best combination of drugs, however, takes time; so patients should inform their doctors and nurses about how much nausea and vomiting they are experiencing.[1,2]

### How do nausea and vomiting typically affect patients?

Nausea and vomiting most commonly start a few hours after chemotherapy and last only a short time. In some patients, nausea and vomiting can be severe and last a few days.[1]

In about half of patients, nausea occurs even before chemotherapy begins, as they anticipate treatment. Physicians may start patients on medicines beforehand to limit these side effects.[1]

### What can I do for nausea and vomiting?[1,2]
* Change the way you drink
  – Drink at least an hour before or after meals—instead of during meals—if you can
  – Drink often, but slowly and in small amounts
  – Drink cool, unsweetened fruit juices (such as apple juice), or light-colored soft drinks (such as ginger ale) that have gone flat (lost their fizz)

### What can I do for nausea and vomiting? (continued)
* Change the way you eat
  – Eat smaller meals, but eat more often
  – Eat slowly and chew well
  – Avoid foods that are sweet, fried, or fatty
  – After meals, you can rest, but don't lie flat for at least 2 hours
  – If you are sickened by the smell of food, try eating it at room temperature or colder
  – Eat a light meal before treatment, but if you usually feel nausea during chemotherapy, avoid eating altogether for a few hours beforehand

* Suck on ice cubes, mints, or tart candy (do not eat tart candy if you have sores in your mouth or throat)

* Distract yourself: talk with family or friends, watch television, listen to music, or learn relaxation techniques

* If you have nausea, breathe deeply and slowly

* Wear loose-fitting clothing

* If you are bothered by nausea in the morning, try eating dry foods like toast, cereal, or crackers before getting up (unless you have less saliva than normal, or mouth or throat sores)

The information contained herein is not comprehensive and is intended only as a guide.

## Tell your doctor or nurse if you are very nauseated, have vomited for more than 1 day, or if you cannot keep liquids down.

### Other suggestions from your healthcare providers:

_____

_____

**References: 1.** American Cancer Society. Coping with physical & emotional changes: what can I do about nausea and vomiting? Available at: http://www.cancer.org/docroot/MBC/content/MBC_2_2X=What_Can_I_Do_About_Nausea_and_Vomiting.asp. Accessed July 10, 2006. **2.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. Publication No. 03-1136.



sanofi aventis

US.DOC.06.07.027  7/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

## Coping with the Side Effects of Chemotherapy

# Neutropenia/Febrile Neutropenia

### Neutropenia/Febrile neutropenia

Most chemotherapies reduce your number of germ-fighting white blood cells (WBCs), which increases your chance of getting an infection.[1] When the number of a particular type of WBC, called a neutrophil (NEW-tro-fil), falls below normal, it is called neutropenia (new-tro-PEEN-ee-ah).[2] If you have neutropenia and a fever above 100.5°F (38°C), you have a condition called febrile (FEH-bry-ul) neutropenia, and it may mean you have an infection. If this occurs, you should alert your doctor or nurse right away.[1,2]

### How do I know if I have neutropenia?

Ask your doctor or nurse to check your latest blood test. If it includes a test called a "differential," they will be able to calculate your neutrophil count and tell you if it is below normal.[2]

### How do I know my risk of getting an infection?

After the results from each blood test, ask your doctor or nurse to calculate your "absolute neutrophil count" (ANC) and compare it with the table below.

| ANC (Neutrophils/µL)[2] | Risk for Infection[2] |
|---|---|
| 1,500–2,000 | No increased risk |
| 1,000–1,500 | Slightly increased risk |
| 500–1,000 | Moderately increased risk |
| Less than 500 | Severely increased risk |

### How do I know my risk of getting an infection? *(continued)*

There are medications that increase the number of neutrophils and decrease your risk of infection. Ask your doctor if these might be appropriate for you.[2]

Call your doctor or nurse right away if you have symptoms of an infection, such as:

- A fever above 100.5°F (38°C), chills, or sweating[1,2]
  - Note: do not take any medication to lower a fever without your doctor's approval[1]

- Loose bowel movements (for example, diarrhea); changes in urination; or vaginal itching or discharge that is unusual[1]

- Severe cough, sore throat, sinus pain/pressure, earache, headache, or stiff neck[1]

- Swelling, tenderness, or blisters/sores on your mouth, lips, or skin[1]

### Other suggestions from your healthcare providers:

_____

_____

_____

_____

The information contained herein is not comprehensive and is intended only as a guide.

## Please speak to your doctor or nurse if you have any questions or concerns related to blood levels, fevers, or infections.

## For a list of ways you can lower your risk, ask your doctor or nurse for a copy of the patient information sheet titled "Infection."

**References: 1.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. Publication No. 03-1136. **2.** American Cancer Society and National Comprehensive Cancer Network. Fever and neutropenia: treatment guidelines for patients with cancer. Version II/March 2006. Available at: http://www.cancer.org/downloads/CRI/Fever-2006.pdf. Accessed July 17, 2006.



**sanofi aventis**
Because health matters

US.DOC.06.07.028  7/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Sanofi_01038480

## Coping with the Side Effects of Chemotherapy

# Weight Loss

### Why am I losing weight?
About half of all cancer patients experience weight loss from the disease itself or its treatment. In fact, weight loss is one of the most common symptoms that may prompt a diagnosis of many cancers.[1] In addition, patients receiving chemotherapy can experience weight loss due to nausea, vomiting, appetite changes, dehydration, or diarrhea.[1] Whatever the reason, it is important to keep track of your weight. If you lose more than 5 pounds in 1 week, or if you feel dizzy or short of breath, call your doctor or nurse.[2]

### What are the dangers of excessive weight loss?
Excessive weight loss can leave you weak, more prone to infections, unable to carry out your daily activities, and can affect your quality of life.[1,3] If left unchecked, it can lead to the development of cachexia (kah-KECK-see-ah), which is the "wasting away" often seen in cancer, when the body is starved for protein.[1]

### How can I help keep my weight loss under control?
- Make sure your diet includes enough calories to maintain your weight and enough protein to rebuild lost or weakened tissue[3]

### How can I help keep my weight loss under control? *(continued)*
As a guideline:
- – Eat at least 5 servings of vegetables and fruits every day[4]
- – Choose whole grains instead of processed (refined) grains and sugars[4]
- – Choose high-protein foods such as lean meat, fish, poultry, dairy products, nuts, dried beans, peas and lentils, and soy foods[4]
- – Avoid eating too much red meat, as well as high-fat and processed meats (such as cold cuts)[4]

- For days when you cannot tolerate solid food, keep a supply of high-protein beverages on hand.[2] They can be found in most pharmacies and supermarkets

- Drink plenty of water or other non-caffeinated liquids every day. Juice, soup, and other fluids can provide important nutrition and can often be tolerated even when you do not feel like eating[2,3]

- If nausea, vomiting, or other side effects from chemotherapy affect your usual eating habits, tell your doctor or nurse. They may recommend medications, changes in diet, or other strategies to help you get back on track

The information contained herein is not comprehensive and is intended only as a guide.

## Eat Well. Eat Right.
- **You'll feel better**
- **You'll stay stronger**
- **You'll cope better with side effects**
- **You'll cut your risk of infection**

### Other suggestions from your healthcare providers:

_____

_____

_____

**References: 1.** Inui A. Cancer anorexia-cachexia syndrome: current issues in research and management. *CA Cancer J Clin.* 2002;52:72-91. **2.** American Cancer Society. Coping with physical and emotional changes: weight changes. Available at: http://www.cancer.org/docroot/MIT/content/MIT_7_2X_Weight_Changes.asp. Accessed July 7, 2006. **3.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. Publication No. 03-1136. **4.** American Cancer Society. Coping with physical and emotional changes: benefits of good nutrition. Available at: http://www.cancer.org/docroot/MBC/content/MBC_6_2X_Benefits_of_nutrition_during_treatment.asp. Accessed July 12, 2006.



sanofi aventis
Because Health Matters

US.DOC.06.07.029  7/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

## Coping with the Side Effects of Chemotherapy

# Anemia

### What is anemia?

Anemia (ah-NEE-mee-ah) is another word for too few red blood cells. Red blood cells carry oxygen from the lungs to every part of the body. When there are too few red blood cells, your muscles and organs cannot get enough oxygen to work properly, leading to symptoms that affect your quality of life.[1]

Anemia is a common side effect experienced by 70% to 90% of patients during the course of their cancer treatment.[2,3]

### Why does cancer treatment cause anemia?

- Chemotherapy works by destroying cancer cells. It may also damage healthy cells, including red blood cells, and can reduce the bone marrow's ability to make enough red blood cells[1,4]

- Other side effects can also affect your body's ability to make red blood cells, such as decreased appetite, nausea, and vomiting[1,4,5]

- Anemia due to chemotherapy is usually temporary[6]

### What effect can anemia have on me?

Besides feeling very weak and tired, you may experience the following symptoms[1,4]:

- Rapid or irregular heartbeat
- Shortness of breath

- Headaches or dizziness
- Difficulty sleeping or staying warm
- Difficulty concentrating

### How will I know I have anemia due to my treatments?

- Your doctor or nurse will test your blood often during treatment to determine if you have anemia. If the number of red blood cells is considered low, your doctor may suggest different treatment options[5]
  – She or he may prescribe a medicine that can boost the production of your red blood cells[1]

### What can I do if I have anemia?[1]

- Get plenty of rest. Take naps during the day if you can
- Limit your daily activities. Do what is most important to you
- Do light exercises. Take short walks, whenever you can
- Eat a well-balanced diet that contains all the nutrients your body needs
- Drink plenty of fluids
- When sitting or lying down, get up slowly to prevent dizziness

The information contained herein is not comprehensive and is intended only as a guide.

## Talk to your doctor or nurse about any symptoms you may have so you can receive proper treatment and start feeling better. Make sure you always inform them of any changes in your diet.

### Other suggestions from your healthcare providers:

_____

_____

**References: 1.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. NIH Publication No. 03-1136. **2.** Weaver CH, Maxon J. ONS 2006: Treatment of chemotherapy-induced anemia. Paper presented at: 31st Annual Congress of the Oncology Nursing Society (ONS); May 4–7, 2006; Boston, Mass. Available at: http://professional.cancerconsultants.com/conference_ons_2006.aspx?Id=37342. Accessed July 12, 2006. **3.** Lindsey H. Answers to anemia. Finding hope: in treatment. Available at: http://www.curetoday.com/backissues/v2n2/departments/findinghope. Accessed July 12, 2006. **4.** People Living With Cancer. Anemia. Available at: http://www.plwc.org. Accessed July 12, 2006. **5.** American Cancer Society. Making treatment decisions: what are the possible side effects of chemotherapy? Available at: http://www.cancer.org/docroot/ETO/content/ETO_1_4X_What_Are_The_Side_Effects_of_Chemotherapy.asp. Accessed July 12, 2006.



sanofi aventis
Because health matters

US.DOC.06.07.031  8/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

## Coping with the Side Effects of Chemotherapy

# Diarrhea

### What is diarrhea?
Diarrhea is frequent, loose, or watery bowel movements. This may happen several times a day with or without discomfort, including gas, cramping, and bloating.[1] Diarrhea is a common side effect, occurring in 3 out of 4 people who receive chemotherapy, and can be life-threatening if it leads to dehydration, malnutrition, and electrolyte imbalances.[1,2] Diarrhea may last for up to 3 weeks after treatment.[3]

### Why does cancer treatment cause diarrhea?
- Chemotherapy works by destroying cancer cells. Unfortunately, when treatment affects the lining of healthy cells in the digestive tract, it can cause diarrhea[1,4]

- Treatment changes the distribution of body fluids by[4]:
  - Decreasing absorption of fluid in the body
  - Increasing fluid in the bowels

### What effect can diarrhea have on me?
Besides the symptoms listed above, you may experience the following due to low levels of potassium and sodium[4]:

- Palpitations or irregular heartbeat
- Headaches
- Tiredness
- Nausea
- Muscle cramps

### What should I be aware of if I have diarrhea?
If you have diarrhea, it is very important to have the proper amount of fluids in your body and recognize any changes that may be a result of dehydration. Call your doctor or nurse if you experience:

- Dry mouth or excessive thirst[5]
- Dizziness or weakness[5]
- Weight loss of 5 pounds or more[5,6]
- Little or no urine[5,6]
- Stomach cramps lasting 2 or more days[6]
- Puffy or bloated stomach[6]

### What can I do to help control diarrhea?[6]
- Try a diet of clear liquids (such as water, clear broth, and apple juice)
- Eat small meals frequently
- Eat foods or drink beverages rich in potassium (such as bananas, apricots, potatoes, and sports drinks)
- Try eating small amounts of low-fiber food when diarrhea starts to improve (such as white rice, noodles, and dry toast)
- Do not eat whole-grain cereals and breads, or food made with bran
- Do not drink beverages containing caffeine, carbonated drinks, milk, or alcohol
- Do not eat greasy, fried, or spicy foods

The information contained herein is not comprehensive and is intended only as a guide.

### It is important to talk to your doctor or nurse if diarrhea continues for more than 24 hours, or if you have pain and cramping along with diarrhea, so that it can be treated promptly.

### Other suggestions from your healthcare providers:
_____
_____

**References: 1.** American Cancer Society. Making treatment decisions: what are the possible side effects of chemotherapy? Available at: http://www.cancer.org/docroot/ETO/content/ETO _1_4X_What_Are_The_ Side_Effects_of_Chemotherapy.asp. Accessed July 12, 2006. **2.** Saltz LB. Understanding and managing chemotherapy-induced diarrhea. *J Support Oncol.* 2003;1:35-46. **3.** American Cancer Society. Coping with physical & emotional changes: diarrhea. Available at: http://www.cancer.org/docroot/MBC/content/MBC_ 2_3X_Diarrhea.asp. Accessed July 19, 2006. **4.** NCH Healthcare System. Chemotherapy-induced diarrhea. Available at: http://cancer.nchmd.org/treatment.aspx?section=chemotherapy&id=1002. Accessed July 19, 2006. **5.** American Cancer Society. Coping with physical & emotional changes: fluids and dehydration. Available at: http://www.cancer.org/docroot/MBC/content/MBC_2_3X_Fluids_and_Dehydration.asp. Accessed July 20, 2006. **6.** American Cancer Society. Coping with physical & emotional changes: what should I know and do about diarrhea? Available at: http://www.cancer.org/docroot/PN/answers/faq_about_ diarrhea.asp. Accessed July 20, 2006.

US.DOC.06.07.032  8/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC



sanofi aventis

## Coping with the Side Effects of Chemotherapy

# Infection *(Page 1 of 2)*

### What is an infection?

An infection occurs when germs (such as bacteria, viruses, and fungi) enter your body and multiply. Cancer or chemotherapy can make infections more likely to occur, and they can make infections more serious than they would have been before you developed cancer.[1]

### How do I know if I have an infection?

Below is a list of changes that may occur if you have an infection. Call your doctor right away if you experience any of them.

- A fever above 100.5°F (38°C), chills, or sweating[1,2]
  - Note: Do not take any medication to lower a fever without your doctor's approval[2]

### How do I know if I have an infection? *(continued)*

- Loose bowel movements (for example, diarrhea); changes in urination; or unusual vaginal discharge or itching[2]
- Severe cough, sore throat, sinus pain/pressure, earache, headache, or stiff neck[2]
- Swelling, tenderness, or blisters/sores on your mouth, lips, or skin[2]

The information contained herein is not comprehensive and is intended only as a guide.

## It is possible to have an infection without experiencing any of the changes above. So be sure to discuss any concerns with your doctor or nurse.

### What is my risk of getting an infection?

It is possible to estimate your risk for getting an infection using a blood test. Ask your doctor or nurse to calculate your "absolute neutrophil count" (ANC) from your latest results, and compare it with the table on the right.

| ANC (Neutrophils/µL)[1] | Risk for Infection[1] |
|---|---|
| 1,500–2,000 | No increased risk |
| 1,000–1,500 | Slightly increased risk |
| 500–1,000 | Moderately increased risk |
| Less than 500 | Severely increased risk |

## There are medications that raise the number of germ-fighting cells in your blood and lower your risk of infection. Ask your doctor if these might be appropriate for you.

## Coping with the Side Effects of Chemotherapy

# Infection *(Page 2 of 2)*

**What are some ways I can lower my risk of getting an infection?**

- Wash your hands often—before you eat; after coughing, sneezing, or blowing your nose; after using the bathroom, touching animals, or gardening; etc[1,2]

- After bowel movements, gently clean your rectal area. Ask your doctor or nurse for advice if you have irritation or hemorrhoids[2]

- Avoid people with illnesses you can catch (colds, flu, measles, chicken pox, etc) or children who were recently vaccinated with "live virus" (oral polio, chicken pox, etc)[2]

- Avoid crowds when possible. For example, shop when stores are not busy[2]

- Take good care of your teeth and gums. Only use mouthwashes that are approved by your doctor or nurse[1,2]

- Take a warm (not hot) shower, bath, or sponge bath every day. Gently pat yourself dry using a towel that has not been used by others[1,2]

- Use an electric shaver instead of a razor to lessen cuts to your skin, and do not share it with others[1,2]

- Wear gloves that protect your hands while gardening or cleaning up after others, especially small children[1,2]

- Avoid animal cages, litter boxes, and fish tanks; try to let others clean them[1,2]

- Clean cuts or scrapes every day with warm water, soap, and an antiseptic; and cover them with a clean, dry bandage[1,2]

- Do not squeeze or scratch pimples[2]

- Moisturize dry or cracked skin with lotion or oil[2]

- Do not get manicures, pedicures, false nails, or nail tips; and do not cut or tear your nail cuticles[1,2]

- Women should not use tampons, douches, or vaginal suppositories that have not been approved by their doctor[1,2]

- Use water-based lubricants and condoms during sex to avoid abrasion, injury, or infection[1,2]

- Avoid standing water, including flower vases, humidifiers, and bird baths[2]

- Do not eat any of these foods raw or undercooked: fish, seafood, meat, eggs, or tofu[1,2]

- Ask your doctor if you or your family members should get flu shots or other vaccinations[1]

The information contained herein is not comprehensive and is intended only as a guide.

## Talk to your doctor or nurse about further ways you can avoid an infection.

**Other suggestions from your healthcare providers:**

---------------------------------------------------------------

---------------------------------------------------------------

**References: 1.** American Cancer Society and National Comprehensive Cancer Network. Fever and neutropenia: treatment guidelines for patients with cancer. Version II/March 2006. Available at: http://www.cancer.org/downloads/CRI/Fever-2006.pdf. Accessed July 17, 2006. **2.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. Publication No. 03-1136.



sanofi aventis

US.DOC.06.07.033  8/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

## Coping with the Side Effects of Chemotherapy

# Lymphedema (Page 1 of 2)

### What is lymphedema?

Lymphedema (LIM-fuh-DEE-mah) is a swelling in the arms or legs caused by a buildup of fluid (lymph).[1] In some cases, such as immediately following surgery or soon after radiation therapy, this swelling is only slight and temporary. In others, the fluid accumulates for years, and finally builds to the point where the skin hardens and the limb becomes red, painful, and bloated.[2] In addition to being very uncomfortable, lymphedema can make it harder for wounds to heal, and can lead to serious infections of the swollen limb.[1]

### What is lymph fluid?

Lymph is a clear, colorless fluid that carries proteins, waste products, and infection-fighting white blood cells to and from body tissues.[2] Like blood, lymph flows throughout the body in vessels that push the fluid toward the heart. Along the way, it passes through lymph nodes under the arm and in the neck and groin. These nodes are small, bean-like organs that help fight disease and filter out bacteria and toxins.[2]

### What causes lymphedema?

Although not actually a side effect of chemotherapy, lymphedema can be caused by cancer or cancer treatments. Patients treated for breast cancer are particularly at risk because the surgeon may remove lymph nodes or vessels near a tumor to see if the cancer has spread.[1] Also, radiation therapy can cause scarring in the vessels or nodes, blocking the flow of lymph.[2] With fewer working lymph nodes and vessels, the affected arm or leg can become swollen with excess fluid.[1]

### What should I look for?

The earlier lymphedema is found, the easier it is to treat. Talk to your doctor immediately about any of these symptoms[3]:

• Your arm or leg appears red, swollen, or infected[3]

• Your clothing, rings, socks, or shoes seem tighter, yet you haven't gained weight[1]

• The skin of your arm or leg feels warm, tight, or tender[4]

• Your arm or leg feels weak, achy, or heavy[5]

The information contained herein is not comprehensive and is intended only as a guide.

## Ask your doctor or nurse for additional ways to cope with, or relieve, lymphedema. Call your doctor if you experience any worsening.

Sanofi_01038486

## Coping with the Side Effects of Chemotherapy

# Lymphedema (Page 2 of 2)

### How is lymphedema treated?

There is no known cure for lymphedema, but your doctor can recommend treatments that will keep it from getting worse, lessen the swelling, and reduce the risk of infection.[1] A physical therapist or other specially trained healthcare professional can apply light massage to help move fluid toward the heart, recommend special clothing that gently squeezes the limb, demonstrate how best to keep your swollen arm or leg raised, and show you some remedies you and your family can try at home.[1,3]

### What can I do to prevent and control lymphedema?

- Keep the limb clean and moisturized. Avoid infections, burns, and anything that breaks the skin of the arm or leg. Any shots, blood draws, or other needle punctures should be given in the unaffected limb[1]
  - Clean any cuts, scrapes, cracks, insect bites, or torn cuticles by washing with soap and water, then applying antibacterial cream and a clean bandage[1]
  - Treat burns by applying a cold pack or rinsing with cold water for 15 minutes, then wash with soap and cover with a clean, dry bandage[1]
  - Avoid using razor blades on your legs or underarms. Electric shavers are less likely to break the skin[1]

- Protect your hands by wearing rubber gloves when doing household chores. To protect your feet, wear closed shoes that fit well[1]

- Avoid putting too much pressure on the arm or leg. Don't cross your legs or sit in one position for more than 30 minutes. Carry handbags and other heavy items with your other arm and hand.[3] Rest your arm in an elevated but supported position[4]

- Don't wear clothing, underwear, or jewelry that is tight[3]

- Anything that raises your body temperature can produce extra fluid, so avoid hot tubs, saunas, and sunbathing. Always use sunscreen that is rated SPF 15 or higher on the affected limb[1]

- Air travel can cause or worsen swelling. Ask your doctor about compression bandages or a compression sleeve before you fly[4]

- Regular exercise helps move lymph fluid, but don't overdo it.[1] Check with your doctor or physical therapist, and follow the exercises they give you[3]

- Examine the at-risk limb every day for signs of infection, including fever, redness, pain, heat, or swelling. Using a tailor's measuring tape, measure around the arm or leg in the same two places regularly. Call your doctor immediately if a limb suddenly becomes larger[3]

The information contained herein is not comprehensive and is intended only as a guide.

## Ask your doctor or nurse for additional ways to cope with, or relieve, lymphedema. Call your doctor if you experience any worsening.

### Other suggestions from your healthcare providers:

_____

_____

References: 1. American Cancer Society. Understanding lymphedema. Available at: http://www.cancer.org/docroot/MIT/content/MIT_7_2x_Understanding_Lymphedema.asp. Accessed July 18, 2006. 2. National Cancer Institute. PDQ® Cancer Information Summaries: Supportive care. Lymphedema: Overview. Available at: http://www.cancer.gov/cancertopics/pdq/supportivecare/lymphedema/Patient/page2. Accessed July 18, 2006. 3. National Cancer Institute. PDQ® Cancer Information Summaries: Supportive care. Lymphedema: Management. Available at: http://www.cancer.gov/cancertopics/pdq/supportivecare/lymphedema/Patient/page3. Accessed July 18, 2006. 4. Breastcancer.org. How to avoid lymphedema. Available at: http://www.breastcancer.org/lymphedema_avoid.html. Accessed July 18, 2006.

US.DOC.06.07.034  8/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

sanofi aventis

## Coping with the Side Effects of Chemotherapy

# Neuropathy and Myalgia

*(Nerve and Muscle Side Effects)*

## What are neuropathy and myalgia?

Some chemotherapies can cause problems with your nerves, resulting in a condition called neuropathy (new-RAH-puh-thee). You may feel tingling, burning, weakness, numbness, or pain in your hands or feet.[1,2] Some chemotherapies can also cause problems with your muscles, such as weakness, tiredness, or pain (also known as myalgia [my-AL-juh]). Most of the time, patients recover from these problems; however, there is a chance that full recovery can take up to a year.[1] Tell your doctor or nurse if you have any problems with your nerves or muscles.

## Some nerve- and muscle-related symptoms include[1]:

- Tingling, burning, weakness, or numbness in the hands or feet
- Weak, tired, sore, or achy muscles
- Pain or difficulty walking
- Clumsiness or loss of balance
- Difficulty picking things up or buttoning clothes
- Shaking or trembling
- Jaw pain
- Loss of hearing
- Stomach pain or constipation

## How can I cope with nerve and muscle problems?

- If you have numbness in your fingers, be very careful when grasping sharp, hot, or dangerous objects[1]
- If you have problems with strength or balance, move carefully, use handrails on stairs, and place bath mats in the tub or shower[1]
- Wear shoes with rubber soles whenever possible[1]
- If movement is difficult or painful, prioritize your activities, request assistance from others, rearrange your environment so that what you need is within arm's reach, etc

The information contained herein is not comprehensive and is intended only as a guide.

Ask your doctor if there are medications or treatments that are appropriate for your symptoms. Also ask if alternative treatments are appropriate, such as[2]:

- Massage or applying heat or cold to the affected area
- Physical therapy or learning to position your body differently
- Distraction or relaxation training, hypnosis, or acupuncture

## Call your doctor if your nerve or muscle problems worsen.

## Other suggestions from your healthcare providers:

_____

_____

**References: 1.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. Publication No. 03-1136. **2.** National Comprehensive Cancer Network. Cancer pain: treatment guidelines for patients. Version II/August 2005. Available at: http://www.nccn.org/patients/patient_gls/_english/_pain/contents.asp. Accessed July 18, 2006.



sanofi aventis
Because health matters

US.DOC.06.07.035  8/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Confidential

## Coping with the Side Effects of Chemotherapy

# Stomatitis

### What is stomatitis?

Some chemotherapies can cause sores, dryness, irritation, and bleeding in the mouth and throat, a condition known as stomatitis (stoe-muh-TIE-tus). Since many germs live in the mouth, these sores can become infected, which is a serious side effect for some patients with cancer. Therefore, every precaution should be taken against stomatitis.[1]

### How can I protect my mouth, gums, and throat?[1]

- Talk to your doctor about going to the dentist at least a few weeks before starting chemotherapy. Inform the dentist of your cancer diagnosis and treatment, and ask for the following:
  – A check-up and cleaning, if necessary
  – A demonstration of the best way to brush and floss during chemotherapy
  – A recommendation for a special toothbrush or toothpaste if your gums are very sensitive
- After every meal and at bedtime, gently brush your teeth and gums with a soft toothbrush and rinse with warm salt water. Then, rinse your toothbrush well and store it in a dry place
- Avoid mouthwashes containing alcohol, but ask your doctor or nurse for medicated or mild mouthwashes, such as those containing baking soda
- Eat well after starting chemotherapy; this lowers your risk for stomatitis

### What can I do for painful mouth sores?[1]

- Ask your doctor for medication or for remedies you can put directly on the sore
- Eat foods cold or at room temperature
- Eat soft, soothing food, such as mashed potatoes, scrambled eggs, macaroni and cheese, ice cream, milkshakes, soft fruit, baby food, etc; you can also puree cooked foods in a blender
- Avoid the following:
  – Acidic or irritating juices and foods, such as tomato and citrus
  – Spicy or salty foods
  – Rough or coarse foods, such as raw vegetables, granola, popcorn, or toast

### What can I do for mouth dryness?[1]

- Ask your doctor if the following are appropriate for you: using an artificial saliva product; sucking on ice chips, popsicles, or sugarless hard candy; or chewing sugarless gum
- Carry a water bottle; drink plenty or sip often
- Eat soft or pureed foods, and moisten dry food with butter, margarine, gravy, sauce, or broth
- For dry lips, use lip balm or petroleum jelly

The information contained herein is not comprehensive and is intended only as a guide.

## Talk to your doctor or nurse if you develop a mouth sore or about further ways you can avoid or treat mouth, gum, and throat problems.

### Other suggestions from your healthcare providers:

_____

_____

**Reference: 1.** National Cancer Institute. Chemotherapy and you: a guide to self-help during cancer treatment. National Institutes of Health; 2003. Publication No. 03-1136.

sanofi aventis

US.DOC.06.07.046  8/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Confidential

## Important safety information for Taxotere®

- **WARNING: Taxotere® treatment can cause serious, physically limiting, and potentially life-threatening side effects, such as infection, low blood-cell counts, allergic reaction, and retention of excess fluid (edema)**

- **Taxotere® should not be given to patients with low white–blood–cell counts, abnormal liver function, or a history of allergic reactions to Taxotere® or any of the ingredients in Taxotere®**

- **Before each Taxotere® treatment, all patients treated with Taxotere® must receive another medicine called dexamethasone. This drug can help reduce the risk of fluid retention (edema) and allergic reactions**

- **Taxotere® should be administered only under the supervision of a qualified physician experienced in the use of anticancer treatments. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available**

- Treatment-related acute myeloid leukemia (AML) has occurred in patients given anthracyclines and/or cyclophosphamide, including with use with Taxotere® in **adjuvant therapy** for breast cancer

- **The most common severe side effects** are low white–blood–cell count, anemia, fatigue, diarrhea, and mouth and throat irritation. Low white–blood–cell count can lead to life-threatening infections. The earliest sign of infection may be fever, **so tell your doctor right away if you have a fever**

- **Other common side effects** from Taxotere® include nausea, vomiting, hair loss, rash, infusion-site reactions, odd sensations (such as numbness, tingling, or burning) or weakness in the hands and feet, nail changes, muscle and/or bone pain, or excessive tearing

- Because of the potential risk of fetal harm, pregnant women should not receive Taxotere®. Women of childbearing potential should avoid becoming pregnant during treatment with Taxotere®

- **Before receiving Taxotere®, tell your doctor if**
  — You have any allergies
  — You are taking any other medicines—including nonprescription (over-the-counter) drugs, vitamins, and dietary or herbal supplements

- **When taking Taxotere®, contact your doctor if**
  — You have symptoms of an allergic reaction (warm sensation, tightness in your chest, itching/hives, or shortness of breath)
  — You experience any other side effects

- Please see adjacent page for patient information leaflet for detailed information about these side effects, and talk to your doctor about any questions you may have





AXOTERE®
(docetaxel)
Injection Concentrate
*Bringing Data To Life*

Premedication
Instruction Sheets

sanofi aventis

---

## How to take your dexamethasone

If you have advanced or metastatic

# BREAST CANCER

and prior chemotherapy has failed

**OR**

if you are receiving Taxotere®
in combination with doxorubicin and cyclophosphamide as adjuvant therapy for operable, node-positive breast cancer

### Day before Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:
Time: _____   ☐ AM  ☐ PM
Time: _____   ☐ AM  ☐ PM

### Day of Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:
Before receiving Taxotere®, at: _____   ☐ AM  ☐ PM
After receiving Taxotere®, at: _____   ☐ AM  ☐ PM

### Day after Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:
Time: _____   ☐ AM  ☐ PM
Time: _____   ☐ AM  ☐ PM

### The importance of taking dexamethasone

Dexamethasone, pronounced DEX-a-METH-a-sone, helps avoid severe fluid retention (meaning your body holds extra water) and reduces severe allergic reactions during Taxotere® treatment. These occur in a small number of people and can be life threatening. If you forget to take your dexamethasone, do not take the exact dose, or do not take it on schedule, you must tell the doctor or nurse before your next Taxotere® treatment.

US.DOC.06.07.048  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Confidential

Sanofi_01038490

## How to take your dexamethasone

If you have advanced

# GASTRIC CANCER

in the form of advanced gastric adenocarcinoma,
including adenocarcinoma of the gastroesophageal junction

### Day before Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:
Time: _____ ☐ AM ☐ PM
Time: _____ ☐ AM ☐ PM

### Day of Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:
Before receiving Taxotere® at: _____ ☐ AM ☐ PM
After receiving Taxotere® at: _____ ☐ AM ☐ PM

### Day after Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:
Time: _____ ☐ AM ☐ PM
Time: _____ ☐ AM ☐ PM

### The importance of taking dexamethasone

Dexamethasone, pronounced DEX-a-METH-a-sone, helps avoid severe fluid retention
(meaning your body holds extra water) and reduces severe allergic reactions during Taxotere®
treatment. These occur in a small number of people and can be life threatening. If you forget
to take your dexamethasone, do not take the exact dose, or do not take it on schedule, you
must tell the doctor or nurse before your next Taxotere® treatment.

US.DOC.06.09.010  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC



sanofi aventis

---

## Important safety information for Taxotere®

■ **WARNING: Taxotere®** treatment can cause serious, physically limiting, and potentially
life-threatening side effects, such as infection, low blood-cell counts, allergic reaction,
and retention of excess fluid (edema)

■ Taxotere® should not be given to patients with low white–blood-cell counts, abnormal
liver function, or a history of allergic reactions to Taxotere® or any of the ingredients
in Taxotere®

■ Before each Taxotere® treatment, all patients treated with Taxotere® must receive
another medicine called dexamethasone. This drug can help reduce the risk of fluid
retention (edema) and allergic reactions

■ Taxotere® should be administered only under the supervision of a qualified physician
experienced in the use of anticancer treatments. Appropriate management of
complications is possible only when adequate diagnostic and treatment facilities are
readily available

■ Treatment-related acute myeloid leukemia (AML) has occurred in patients given anthracyclines
and/or cyclophosphamide, including use with Taxotere® in **adjuvant therapy** for breast cancer

■ **The most common severe side effects** are low white–blood-cell count, anemia, fatigue,
diarrhea, and mouth and throat irritation. Low white–blood-cell count can lead to
life-threatening infections. The earliest sign of infection may be fever, **so tell your doctor
right away if you have a fever**

■ Other common side effects from Taxotere® include nausea, vomiting, hair loss, rash,
infusion-site reactions, odd sensations (such as numbness, tingling, or burning or weakness
in the hands and feet, nail changes, muscle and/or bone pain, or excessive tearing

■ Because of the potential risk of fetal harm, pregnant women should not receive
Taxotere®. Women of childbearing potential should avoid becoming pregnant during
treatment with Taxotere®

■ **Before receiving Taxotere®, tell your doctor if**

  — You have any allergies
  — You are taking any other medicines—including nonprescription (over-the-counter) drugs,
    vitamins, and dietary or herbal supplements

■ **When taking Taxotere®, contact your doctor if**

  — You have symptoms of an allergic reaction (warm sensation, tightness in your chest,
    itching/hives, or shortness of breath)
  — You experience any other side effects

— Please see adjacent page for patient information leaflet for detailed information about
these side effects, and talk to your doctor about any questions you may have



TAXOTERE®
(docetaxel)
Injection Concentrate

Bringing Data To Life

## Important safety information for Taxotere®

■ **WARNING:** Taxotere® treatment can cause serious, physically limiting, and potentially life-threatening side effects, such as infection, low blood-cell counts, allergic reaction, and retention of excess fluid (edema)

■ Taxotere® should not be given to patients with low white-blood-cell counts, abnormal liver function, or a history of allergic reactions to Taxotere® or any of the ingredients in Taxotere®

■ Before each Taxotere® treatment, all patients treated with Taxotere® must receive another medicine called dexamethasone. This drug can help reduce the risk of fluid retention (edema) and allergic reactions

■ Taxotere® should be administered only under the supervision of a qualified physician experienced in the use of anticancer treatments. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available

■ **The most common severe side effects** are low white–blood-cell count, anemia, fatigue, diarrhea, and mouth and throat irritation. Low white–blood-cell count can lead to life-threatening infections. The earliest sign of infection may be fever, so **tell your doctor right away if you have a fever**

■ **Other common side effects** from Taxotere® include nausea, vomiting, hair loss, rash, infusion-site reactions, odd sensations (such as numbness, tingling, or burning or weakness in the hands and feet, nail changes, muscle and/or bone pain, or excessive tearing

■ Because of the potential risk of fetal harm, pregnant women should not receive Taxotere®. Women of childbearing potential should avoid becoming pregnant during treatment with Taxotere®

■ **Before receiving Taxotere®, tell your doctor if**

— You have any allergies

— You are taking any other medicines—including nonprescription (over-the-counter) drugs, vitamins, and dietary or herbal supplements

■ **When taking Taxotere®, contact your doctor if**

— You have symptoms of an allergic reaction (warm sensation, tightness in your chest, itching/hives, or shortness of breath)

— You experience any other side effects

■ Please see adjacent page for patient information leaflet for detailed information about these side effects, and talk to your doctor about any questions you may have



AXOTERE®
(docetaxel)
Injection Concentrate

*Bringing Data To Life*

---

## How to take your dexamethasone

If you have locally advanced or metastatic non-small cell

# LUNG CANCER

(NSCLC) and prior platinum-based chemotherapy has failed

**OR**

If you are receiving Taxotere® in combination with cisplatin for unresectable, locally advanced or metastatic NSCLC and have not previously received chemotherapy for this condition

### Day before Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:

Time: _____  ☐ AM  ☐ PM
Time: _____  ☐ AM  ☐ PM

### Day of Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:

Before receiving Taxotere®, at: _____  ☐ AM  ☐ PM
After receiving Taxotere®, at: _____  ☐ AM  ☐ PM

### Day after Taxotere® treatment

Date: _____
Take dexamethasone 8 mg twice today:

Time: _____  ☐ AM  ☐ PM
Time: _____  ☐ AM  ☐ PM

## The importance of taking dexamethasone

Dexamethasone, pronounced DEKS-a-METH-a-sone, helps avoid severe fluid retention (meaning your body holds extra water) and reduces severe allergic reactions during Taxotere® treatment. These occur in a small number of people and can be life threatening. If you forget to take your dexamethasone, do not take the exact dose, or do not take it on schedule, you must tell the doctor or nurse before your next Taxotere® treatment.



sanofi aventis

US.DOC.06.09.011  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Confidential

Sanofi_01038492

## How to take your dexamethasone

If you have androgen-independent (hormone-refractory) metastatic

# PROSTATE CANCER

Take dexamethasone 8 mg three times
(12 hours, 3 hours, and 1 hour before receiving Taxotere®)

### 12 hours before Taxotere® treatment

Date: _____    at _____    ☐ AM  ☐ PM

### 3 hours before Taxotere® treatment

Date: _____    at _____    ☐ AM  ☐ PM

### 1 hour before Taxotere® treatment

Date: _____    at _____    ☐ AM  ☐ PM

## The importance of taking dexamethasone

Dexamethasone, pronounced DECKS-a-METH-a-sone, helps avoid severe fluid retention (meaning your body holds extra water) and reduces severe allergic reactions during Taxotere® treatment. These occur in a small number of people and can be life threatening. If you forget to take your dexamethasone, do not take the exact dose, or do not take it on schedule, you must tell the doctor or nurse before your next Taxotere® treatment.

US.DOC.06.09.012  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

sanofi aventis
Because health matters

## Important safety information for Taxotere®

▦ **WARNING: Taxotere® treatment can cause serious, physically limiting, and potentially life-threatening side effects, such as infection, low blood-cell counts, allergic reaction, and retention of excess fluid (edema)**

▦ Taxotere® should not be given to patients with low white-blood-cell counts, abnormal liver function, or a history of allergic reactions to Taxotere® or any of the ingredients in Taxotere®

▦ Before each Taxotere® treatment, all patients treated with Taxotere® must receive another medicine called dexamethasone. This drug can help reduce the risk of fluid retention (edema) and allergic reactions

▦ Taxotere® should be administered only under the supervision of a qualified physician experienced in the use of anticancer treatments. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available

▦ The most common severe side effects are low white-blood-cell count, anemia, fatigue, diarrhea, and mouth and throat irritation. Low white-blood-cell count can lead to life-threatening infections. The earliest sign of infection may be fever, **so tell your doctor right away if you have a fever**

▦ **Other common side effects** from Taxotere® include nausea, vomiting, hair loss, rash, infusion-site reactions, odd sensations (such as numbness, tingling, or burning) or weakness in the hands and feet, nail changes, muscle and/or bone pain, or excessive tearing

▦ **Before receiving Taxotere®, tell your doctor if**
   — You have any allergies
   — You are taking any other medicines—including nonprescription (over-the-counter) drugs, vitamins, and dietary or herbal supplements

▦ **When taking Taxotere®, contact your doctor if**
   — You have symptoms of an allergic reaction (warm sensation, tightness in your chest, itching/hives, or shortness of breath)
   — You experience any other side effects

▦ Please see adjacent page for patient information leaflet for detailed information about these side effects, and talk to your doctor about any questions you may have




AXOTERE
(docetaxel)
Injection Concentrate

*Bringing Data To Life*



Confidential

Sanofi_01038494

Adjuvant Treatment of Breast Cancer





Adjuvant Treatment of Breast Cancer



Sanofi_01038496

Metastatic Breast Cancer





Metastatic Breast Cancer





First-Line Treatment of NSCLC



Sanofi_01038499

First-Line Treatment of NSCLC



Confidential

Sanofi_01038500

Second-Line Treatment of NSCLC



Confidential

Sanofi_01038501



Sanofi_01038502

Androgen-Independent Prostate Cancer





Sanofi_01038503

Androgen-Independent Prostate Cancer



Advanced Gastric Adenocarcinoma, Including Adenocarcinoma of the GE Junction





Sanofi_01038505

Advanced Gastric Adenocarcinoma, Including Adenocarcinoma of the GE Junction

Sanofi_01038506

*Important safety information*[1]

---

**WARNING**

▧ Taxotere® should be administered only under the supervision of a qualified physician experienced in the use of antineoplastic agents. Appropriate management of complications is possible only when adequate diagnostic and treatment facilities are readily available

▧ The incidence of treatment-related mortality associated with Taxotere® therapy is increased in patients with abnormal liver function, in patients receiving higher doses, and in patients with non-small cell lung carcinoma and a history of prior treatment with platinum-based chemotherapy who receive Taxotere® as a single agent at a dose of 100 mg/m² (see **WARNINGS** section of the prescribing information)

▧ Taxotere® should generally not be given to patients with bilirubin >upper limit of normal (ULN), or to patients with serum glutamic-oxaloacetic transaminase (SGOT) and/or serum glutamic-pyruvic transaminase (SGPT) >1.5 × ULN concomitant with alkaline phosphatase >2.5 × ULN

  – Patients with elevations of bilirubin or abnormalities of transaminase concurrent with alkaline phosphatase are at increased risk for the development of grade 4 neutropenia, febrile neutropenia, infections, severe thrombocytopenia, severe stomatitis, severe skin toxicity, and toxic death

  – Patients with isolated elevations of transaminase >1.5 × ULN also had a higher rate of febrile neutropenia grade 4 but did not have an increased incidence of toxic death

  – Bilirubin, SGOT or SGPT, and alkaline phosphatase values should be obtained prior to each cycle of Taxotere® therapy and reviewed by the treating physician

▧ Taxotere® therapy should not be given to patients with neutrophil counts of <1500 cells/mm³

  – In order to monitor the occurrence of neutropenia, which may be severe and result in infection, frequent blood-cell counts should be performed on all patients receiving Taxotere®

▧ Severe hypersensitivity reactions characterized by generalized rash/erythema, hypotension and/or bronchospasm, or very rarely fatal anaphylaxis, have been reported in patients who received the recommended 3-day dexamethasone premedication

  – Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions

▧ Taxotere® must not be given to patients who have a history of severe hypersensitivity reactions to Taxotere® or to other drugs formulated with polysorbate 80

  – All patients should be premedicated with oral corticosteroids such as dexamethasone (see **DOSAGE AND ADMINISTRATION** section of the prescribing information)

▧ Severe fluid retention occurred in 6.5% (6/92) of patients despite use of a 3-day dexamethasone premedication regimen. It was characterized by one or more of the following events: poorly tolerated peripheral edema, generalized edema, pleural effusion requiring urgent drainage, dyspnea at rest, cardiac tamponade, or pronounced abdominal distention (due to ascites) (see **PRECAUTIONS** section of the prescribing information)

---

Sanofi_01038507

*Additional Warnings*

▩ Treatment-related acute myeloid leukemia (AML) or myelodysplasia has occurred in patients given anthracyclines and/or cyclophosphamide, including use with Taxotere® in **adjuvant therapy** of breast cancer

▩ Taxotere® can cause fetal harm when administered to pregnant women. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with Taxotere®

*Precautions*

▩ Localized erythema of the extremities with edema followed by desquamation has been observed

– In case of severe skin toxicity, an adjustment in dosage is recommended (see **DOSAGE AND ADMINISTRATION** section of the prescribing information)

▩ Severe neurosensory symptoms (paresthesia, dysesthesia, pain) were observed in 5.5% (53/965) of **metastatic breast cancer** patients, and resulted in treatment discontinuation in 6.1%

– When these symptoms occur, dosage must be adjusted; if symptoms persist, treatment should be discontinued (see **DOSAGE AND ADMINISTRATION** section of the prescribing information)

▩ Severe asthenia was reported in 14.9% (144/965) of **metastatic breast cancer** patients, but led to treatment discontinuation in only 1.8%

– Symptoms of fatigue and weakness may last a few days up to several weeks and may be associated with deterioration of performance status in patients with progressive disease

▩ In patients treated with TCF* for gastric cancer, the incidence of serious adverse events was higher in patients ≥65 years than in younger patients. Adverse events (all grades) occurring at rates ≥10% higher in elderly patients included lethargy, stomatitis, diarrhea, dizziness, edema, and febrile neutropenia/neutropenic infection

*Taxotere® + cisplatin + fluorouracil.

**Reference: 1.** Taxotere® Prescribing Information. Bridgewater, NJ: sanofi-aventis U.S. LLC; December 2006.

TAXOTERE®
(docetaxel)
Injection Concentrate

Time Hope Confidence

Please see full prescribing information, including boxed **WARNING**, at end of document.

Sanofi_01038508

Confidential

Sanofi_01038509

# *Patient Diary*

The treatment of cancer is often a complicated process involving healthcare professionals, healthcare facilities, and various treatment options which may include chemotherapy, radiation, or surgery. This patient diary has been developed to help you keep the most important aspects of your care in one location.

## A patient diary is important because

• It allows you to share your medical history with healthcare professionals

• It allows you to record detailed information about your treatment, which will help with future cancer treatment if needed

• It gives you a place to maintain medical records and keep your personal information and notes in order

## Making the most of your patient diary

Keep the pages of this diary in a folder at home along with your other records. Fill out as many of the details of your treatment as you can on your own, or consider sharing this diary with a family member or close friend who can help fill it out for you. In time, as the records become more complete, having this information at your fingertips will make it easier to talk with the various healthcare professionals who are providing your care.

The patient diary includes the following sections:

• **Reference lists:** Keep important names and phone numbers within reach, and track the medications you are taking

• **Medical procedures:** Record information about any surgery, chemotherapy, or radiation therapy you may receive during the course of your treatment

• **Tracking your cycles of chemotherapy:** Gives you the definition of a cycle, and lets you record any side effects you may be experiencing

• **Follow-up appointments:** Keep track of follow-up visits to your healthcare professionals

• **Patient resources:** Provides a listing of Web sites related to cancer and chemotherapy



*This diary is intended for patient use only and should be used as a tool to help you organize your treatment information. Call your physician if you have questions about your treatment.*

US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC



sanofi aventis

Confidential

Sanofi_01038510

## Reference List

# Important Phone Numbers

Primary care physician:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


Pharmacy:_____

Pharmacist:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


Health insurance company:_____

Group plan number:_____

Patient ID:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


Medicare/Medicaid:_____

Patient ID:_____
(Patient ID number is the same as your Social Security Number.)

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


Oncologist:_____

Hospital/Institution/Group:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


Surgeon:_____

Hospital/Institution/Group:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


Hospital/emergency room:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


Social worker/patient advocate:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


Neighbor:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____


**In case of emergency, contact:**

Name:_____

Relationship:_____

Address:_____

City:_____ State:_____ ZIP:_____

Phone:_____

US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

sanofi aventis

## Reference List

# Current Drug Therapy

**Prescription drugs:**

| Name | Dose | Times per day |
|------|------|---------------|
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |

**Over-the-counter medications:**

| Name | Dose | Times per day |
|------|------|---------------|
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |
|      |      |               |

US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

sanofi aventis
Because health matters

## Medical Procedure(s)

# Surgery

Procedure(s): _____

_____

_____

_____

Procedure date: _____

Name of hospital: _____

City: _____ State: _____

Surgeon: _____

Phone: _____

Nurse: _____

Phone: _____

Procedure(s): _____

_____

_____

_____

Procedure date: _____

Name of hospital: _____

City: _____ State: _____

Surgeon: _____

Phone: _____

Nurse: _____

Phone: _____

**Try to get copies of the following records for your personal files:**

- Discharge summary after surgery
- Pathology reports
- Imaging reports (CT, MRI, X-rays, mammography)

**Notes:**

_____

_____

_____

_____

_____

US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

sanofi aventis

Confidential                                          Sanofi_01038513

## Medical Procedure(s)

# Radiation Therapy

Name of hospital:_____    Name of hospital:_____

City:_____  State:_____    City:_____  State:_____

Medical record number:_____    Medical record number:_____

Supervising physician:_____    Supervising physician:_____

Phone:_____    Phone:_____

Nurse:_____    Nurse:_____

Phone:_____    Phone:_____

| Date(s) given | Area treated | Total dose given | Significant complications (if any) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Try to get copies of the following records for your personal files:**

• Radiation reports

• Imaging reports (CT, MRI, X-rays, mammography)

• Second opinions

**Notes:**

_____

_____

_____

_____

_____

US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

sanofi aventis

Confidential                                    Sanofi_01038514

## Medical Procedure(s)

# Chemotherapy

| | |
|---|---|
| Name of hospital:_____ | Name of hospital:_____ |
| City:_____ State:_____ | City:_____ State:_____ |
| Oncologist:_____ | Oncologist:_____ |
| Phone:_____ | Phone:_____ |
| Nurse:_____ | Nurse:_____ |
| Phone:_____ | Phone:_____ |
| Name(s) of drug administered:_____ | Name(s) of drug administered:_____ |
| _____ | _____ |

**Notes:**

_____

_____

_____

_____

_____

US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

sanofi aventis
Because health matters

Confidential                                                     Sanofi_01038515

## Tracking Your Cycles of Chemotherapy

# What is a cycle?

Chemotherapy is the term for any treatment that uses either a single anticancer agent or a combination of agents as a regimen to weaken and destroy cancer cells. The full range of treatment will generally be administered over a course of several weeks. You may receive chemotherapy daily, weekly, or monthly, followed by rest periods.

Chemotherapy is typically given in *cycles*. A cycle consists of several treatments given over a few weeks. Treatment can last from a few hours to a few days, depending on the regimen prescribed by your physician. Each cycle is then followed by a rest period, when no agents are administered.

An example of a course of therapy is Agent X and Agent Y given every 3 weeks for 4 cycles. This means the first week of treatment consists of administration of Agent X followed by administration of Agent Y. After both agents are administered, the patient has a rest period of 2 weeks. This is the first cycle of therapy. As the chart shows, treatment will be repeated 3 more times for a total of 4 cycles in 12 weeks.

| Cycle 1 | Cycle 2 | Cycle 3 | Cycle 4 |
|---|---|---|---|
| **Week 1:** 1-hour administration of Agent X followed by 1-hour administration of Agent Y<br><br>**Week 2:** Rest period<br><br>**Week 3:** Rest period | **Week 4:** 1-hour administration of Agent X followed by 1-hour administration of Agent Y<br><br>**Week 5:** Rest period<br><br>**Week 6:** Rest period | **Week 7:** 1-hour administration of Agent X followed by 1-hour administration of Agent Y<br><br>**Week 8:** Rest period<br><br>**Week 9:** Rest period | **Week 10:** 1-hour administration of Agent X followed by 1-hour administration of Agent Y<br><br>**Week 11:** Rest period<br><br>**Week 12:** Rest period |

How often and how long you receive chemotherapy depends on the kind of cancer you have, the goals of the treatment, the drugs that are used, and how your body responds to treatment. Your healthcare professional will plan your treatment to meet your exact needs.



sanofi aventis

US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Confidential

## Tracking Your Cycles of Chemotherapy

# Side Effects

Circle the number that best describes the symptoms you may be experiencing.
"0" means no symptoms, "1-3" mild, "4-6" moderate, "7-10" severe.

Cycle Number: _____   Date: _____

| Side Effects | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Nausea | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Vomiting | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Hair Loss | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Fatigue | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Weight Loss | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Diarrhea | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Nail Changes | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Appetite | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Rash/Itching | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Joint Pain | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Fever | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**Notes:**

_____

_____

_____

_____



US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

sanofi aventis
Because health matters

Confidential

# Follow-up Appointments

### Surgical follow-up appointments

| Name of healthcare professional | Purpose | How often |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Oncology follow-up appointments

| Name of healthcare professional | Purpose | How often |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Radiation follow-up appointments

| Name of healthcare professional | Purpose | How often |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC



sanofi aventis

Confidential

# Patient Resources

## General Cancer

www.cancerinfo.net

www.cancer.gov

www.cancer.org

www.cancersource.com

www.clinicaltrials.gov

www.fda.gov/cder/cancer

www.nccn.org

www.thewellnesscommunity.org

## Breast Cancer

www.abcf.org

www.breastcancer.org

www.komen.org

www.lbbc.org

www.livingwithit.org

www.nationalbreastcancer.org

www.sistersnetworkinc.org

www.y-me.org

## Lung Cancer

www.alcase.org

www.lungcanceronline.org

www.lungcancer.org

www.lungusa.org

## Prostate Cancer

www.pcacoalition.org

www.prostatecancerfoundation.org

www.prostate-cancer-institute.org

www.psa-rising.com

www.ustoo.com



US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Confidential

Sanofi_01038519

# *Notes*



US.DOC.06.07.037  9/06  Printed in U.S.A.
©2006 sanofi-aventis U.S. LLC

Confidential

# Useful Cancer Web Sites

Searching for cancer information on the World Wide Web can be overwhelming. With so much information available, it might be hard to know where to start. We would like to make your searching a bit easier. Following is a condensed list of helpful cancer resources you may want to consider the next time you are searching the Web.

## General Cancer Web Sites

**www.cancerinfo.net**
Offers educational and encouraging information on breast, colorectal, non-small-cell lung, prostate, and other cancers. At Cancerinfo.net, you can research important cancer treatments, find a cancer clinical trial, catch up on the latest cancer news, and more.

**www.cancer.gov**
The National Cancer Institute's (NCI) Web site contains comprehensive cancer information on topics like cancer causes and prevention, screening and diagnosis, treatment and survivorship, clinical trials, statistics, and more. In addition, you can access the NCI's Cancer Information Service (CIS) Web site at http://cis.nci.nih.gov, a free public service of the National Cancer Institute. Here you can access the latest in cancer news and research, CIS-sponsored cancer programs, educational cancer publications, and more.

**www.cancer.org**
The American Cancer Society's Web site provides information on cancer treatment, early detection and prevention, as well as cancer statistics and access to a variety of services for cancer patients and their families.

**www.cancersource.com**
Offers cancer survivors, family members, friends, those caring for patients, and the general public, comprehensive cancer and treatment information, news and clinical trial information.

**www.nccn.org**
The Web site of the National Comprehensive Cancer Network (NCCN) offers cancer patients and healthcare professionals important information intended to help improve the quality of cancer treatment. You will find the extensive "NCCN Clinical Practice Guidelines in Oncology" (free with online registration) and the NCCN/American Cancer Society "Treatment Guidelines for Patients." Some of the treatment guidelines also are available in Spanish.

**www.clinicaltrials.gov**
ClinicalTrials.gov provides regularly updated information about federally and privately supported clinical research in human volunteers. The Web site is a service of the National Institutes of Health, developed by the National Library of Medicine.

Web Sites List

## General Cancer Web Sites, cont.

- **www.plwc.org**
  PLWC (People Living With Cancer) is a Web site for patients, their families and their friends, provided by the American Society of Clinical Oncology (ASCO). The site offers general cancer information as well as detailed information on specific types of cancer. In addition, you can access ASCO resources, including treatment guidelines and research abstracts from annual ASCO professional meetings.

- **www.pparx.org**
  The Partnership for Prescription Assistance Web site provides patients, caregivers, and loved ones information about government-supported and private patient assistance programs.

- **www.fda.gov/cder/cancer**
  Offers information on cancer and approved cancer treatments, as well as reference tools and a patient liaison program. This Web site is a service of the U.S. Food and Drug Administration, Center for Drug Evaluation and Research.

- **www.thewellnesscommunity.org**
  The Wellness Community's Web site provides professionally led support groups, educational workshops, and mind/body classes.

- **www.cancerconsultants.com**
  The Cancer Consultants Web site is a cancer resource center providing in-depth information on cancer prevention and treatment, the latest cancer news, treatment side effects, support resources, clinical trials, and more.

- **www.conversationsincare.com**
  The Web site of Conversations in Care® is a resource center for the improvement of healthcare through better physician/patient communications. This site allows you to explore the many challenges surrounding physician and patient communications in the field of oncology, and look at ways to build effective partnerships in care.

## Lung Cancer Web Sites

- **www.lungcanceralliance.org**
  The Lung Cancer Alliance Web site provides patient support and advocacy for people living with lung cancer and those at risk for the disease. Visit the Web site for support program information, a clinical trials matching service, and more.

- **www.lungusa.org**
  The Web site of the American Lung Association offers information and free tools to help people with lung cancer make decisions about treatment options. This site also provides information on tobacco control, quitting smoking, air quality, allergies, and asthma. People also can donate money on this site to help fund lung disease education programs.

Sanofi_01038523

# Breast Cancer Web Sites

▸ **www.breastcancer.org**
This Web site is designed to help women and their loved ones make sense of the complex medical information and personal issues related to breast cancer, so they can make the best decisions for themselves.

▸ **www.komen.org**
The Web site of the Susan G. Komen Breast Cancer Foundation provides information on grants and funding to help eradicate breast cancer. You also will find interactive educational tools, and much more.

▸ **www.nationalbreastcancer.org**
The Web site of the National Breast Cancer Foundation, Inc., aims to increase awareness about breast cancer through education, provide mammograms for those in need, and more.

▸ **www.y-me.org**
The Web site of the Y-ME National Breast Cancer Organization provides information and support to those touched by breast cancer, in Spanish and English. Their mission is to ensure, through information, empowerment, and peer support, that no one faces breast cancer alone.

# Prostate Cancer Web Sites

▸ **www.ustoo.com**
Us TOO is a grassroots organization serving prostate cancer survivors, their spouses/partners, and families. The organization is dedicated to communicating timely and reliable information enabling informed choices regarding detection and treatment of prostate cancer.

▸ **www.pcacoalition.org**
The National Prostate Cancer Coalition's Web site provides a multitude of information about prostate cancer, detection, prevention, treatment, research, and more. Visit the Web site to get to know your prognosis and understand your treatment options, as well as minimize treatment side effects and help maintain your quality of life.

▸ **www.prostatecancerfoundation.org**
The Prostate Cancer Foundation's Web site funds high-impact research to find better treatments and a cure for prostate cancer. Visit this site to learn more about nutrition, various therapies, symptoms, treatment side effects, and more.

▸ **www.prostate-cancer-institute.org**
The Web site of the Prostate Cancer Institute provides information for prostate cancer patients and their families about the disease and treatment options.

US.DOC.06.07. 036
©2006 sanofi-aventis U.S. LLC



Sanofi_01038524

Confidential

Sanofi_01038525



Confidential

Sanofi_01038526

# Purple Heart Award

This is to certify that _____

has completed chemotherapy

with _____

for _____

on this day, the _____ of _____, _____.

Signed: _____

This certificate is proudly offered by sanofi aventis

US.DOC.06.09.083

© 2006 sanofi-aventis US, LLC

Sanofi_01038527

Rev. December 2006

**TAXOTERE®**
(docetaxel)
Injection Concentrate

**WARNINGS**

**DESCRIPTION**

**CLINICAL PHARMACOLOGY**

**HUMAN PHARMACOKINETICS**

**PRECAUTIONS**

**CLINICAL STUDIES**

**Breast Cancer**

Table 1: Efficacy of TAXOTERE in the Treatment of Breast Cancer Patients
Previously Treated with an Anthracycline-Containing Regimen
(Intent-to-Treat Analysis)

Table 2: Efficacy of TAXOTERE in the Treatment of Breast Cancer Patients
Previously Treated with an Alkylating-Containing Regimen
(Intent-to-Treat Analysis)

**Single Agent Studies**

**Adjuvant Treatment of Breast Cancer**

Taxotere® Prescribing Information



Figure 1 - TAX 316 Disease free survival K-M curve



Figure 2 - TAX 316 Overall Survival K-M Curve

The following table describes the results of subgroup analyses for DFS and OS (see Table 3).

**TAXOTERE®**
**(docetaxel)**
**Injection Concentrate**

Only one of the two trials (TAX317) showed a clear effect on survival, the primary endpoint; that trial also showed an increased rate of survival to one year. In the second study (TAX328) the rate of survival at one year favored TAXOTERE 75 mg/m².



Figure 3 - TAX317 Survival K-M Curves - TAXOTERE 75 mg/m² vs. Best Supportive Care



Figure 4 - TAX328 Survival K-M Curves - TAXOTERE 75 mg/m² vs. Vinorelbine or Ifosfamide Control

**Table 3 – Subset Analyses-Adjuvant Breast Cancer Study**

| Patient subset | Number of patients | Disease Free Survival | | Overall Survival | |
|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | Hazard ratio* | 95% CI |
| No. of positive nodes | | | | | |
| Overall | 744 | 0.74 | (0.60, 0.92) | 0.69 | (0.53, 0.90) |
| 1-3 | 467 | 0.64 | (0.47, 0.87) | 0.45 | (0.29, 0.70) |
| 4+ | 277 | 0.84 | (0.63, 1.12) | 0.93 | (0.66, 1.32) |
| Receptor status | | | | | |
| Positive | 566 | 0.76 | (0.59, 0.98) | 0.68 | (0.48, 0.96) |
| Negative | 178 | 0.68 | (0.48, 0.97) | 0.66 | (0.43, 0.99) |

*a hazard ratio of less than 1 indicates that TAX is associated with a longer disease free survival or overall survival compared to FAC.

**Non-Small Cell Lung Cancer (NSCLC)**

The efficacy and safety of TAXOTERE has been evaluated in patients with unresectable, locally advanced or metastatic non-small cell lung cancer whose disease has failed prior platinum-based chemotherapy or in patients who are chemotherapy-naïve.

**Monotherapy with TAXOTERE for NSCLC Previously Treated with Platinum-Based Chemotherapy**

Two randomized, controlled trials established that a TAXOTERE dose of 75 mg/m² was tolerable and yielded a favorable outcome in patients previously treated with platinum-based chemotherapy (see below). TAXOTERE at a dose of 100 mg/m², however, was associated with unacceptable hematologic toxicity, infections, and related mortality and therefore should not be used (see BOXED WARNING, WARNINGS, and DOSAGE AND ADMINISTRATION sections).

One trial (TAX317), randomized patients with locally advanced or metastatic non-small cell lung cancer, a history of prior platinum-based chemotherapy, no history of taxane exposure, and an ECOG performance status ≤2 to TAXOTERE or best supportive care. The primary endpoint of the study was survival. Patients were initially randomized to TAXOTERE 100 mg/m² or best supportive care, but early toxic deaths at this dose led to a dose reduction to TAXOTERE 75 mg/m². A total of 104 patients were randomized in this amended study to either TAXOTERE 75 mg/m² or best supportive care.

In a second randomized trial (TAX320), 373 patients with locally advanced or metastatic non-small cell lung cancer, a history of prior platinum-based chemotherapy, and an ECOG performance status ≤2 were randomized to TAXOTERE 75 mg/m², TAXOTERE 100 mg/m² and a treatment in which the investigator chose either vinorelbine 30 mg/m² days 1, 8, and 15 repeated every 3 weeks or ifosfamide 2 g/m² days 1 repeated every 3 weeks. Forty percent of the patients in this study had a history of prior paclitaxel exposure. The primary endpoint was survival in both studies. The efficacy data for the TAXOTERE 75 mg/m² arm and the comparative arms are summarized in Table 4 and Figures 3 and 4 showing the survival curves for the two studies.

**Table 4 – Efficacy of TAXOTERE in the Treatment of Non-Small Cell Lung Cancer Patients Previously Treated with a Platinum-Based Chemotherapy Regimens (Intent-to-Treat Analysis)**

| | TAX317 | | TAX320 | |
|---|---|---|---|---|
| | Docetaxel 75 mg/m² n=55 | Best Supportive Care/1% n=49 | Docetaxel 75 mg/m² n=125 | Control (V/I) n=123 |
| Overall Survival | | | | |
| Log-rank Test | p=0.01 | | p=0.13 | |
| Risk Ratio** Mortality | | | | |
| (Docetaxel: Control) | 0.56 | | 0.82 | |
| (95% CI Risk Ratio) | (0.35, 0.88) | | (0.63, 1.06) | |
| Median Survival | 7.5 | | 5.7 | |
| 95% CI | (5.5, 12.8) | | (5.1, 7.1) | |
| | months | | months | |
| % 1 year Survival | 37% | 12% | 30% | 20% |
| 95% CI | (24, 50) | (2, 23) | (22, 39) | (13, 27) |
| Time to Progression | 12 weeks | | 8.3 weeks | |
| 95% CI | (9.0, 18.3) | | (7.0, 11.7) | |
| Response Rate | 5.5% | | 5.7% | |
| 95% CI | (1.3, 13.5) | Not Applicable | (2.3, 11.3) | |

*p<0.05. ** A risk ratio of less than 1.00 favors docetaxel.

Patients treated with TAXOTERE at a dose of 75 mg/m² experienced no deterioration in performance status and body weight relative to the comparator arms used in these trials.

**Combination Therapy with TAXOTERE for Chemotherapy-Naïve NSCLC**

In a randomized controlled trial (TAX326), 1218 patients with unresectable stage IIIB or IV NSCLC and no prior chemotherapy were randomized to receive one of three treatments: TAXOTERE 75 mg/m² as a 1 hour infusion immediately followed by cisplatin 75 mg/m² over 30-60 minutes every 3 weeks; vinorelbine 25 mg/m² administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m² administered on day 1 of cycles repeated every 4 weeks; or a combination of TAXOTERE and carboplatin.

The primary efficacy endpoint was overall survival. Treatment with TAXOTERE+cisplatin did not result in a statistically significant superior survival compared to vinorelbine+cisplatin (see table below). The 95% confidence interval of the hazard ratio (adjusted for interim analysis and multiple comparisons) shows that the addition of TAXOTERE to cisplatin results in an outcome ranging from a 6% inferior to a 26% superior survival compared to the addition of vinorelbine to cisplatin. The results of a further statistical analysis showed that at least (the lower bound of the 95% confidence interval) 62% of the known survival effect of vinorelbine when added to cisplatin (about a 2-month increase in median survival; Kalnins et al. JCO 1999) was maintained. The efficacy data for the TAXOTERE+cisplatin arm and the comparative arm are summarized in Table 5.

**Table 5 – Survival Analyses of TAXOTERE in Combination Therapy for Chemotherapy-Naïve NSCLC**

| Comparison | Taxotere+Cisplatin n=408 | Vinorelbine+Cisplatin n=405 |
|---|---|---|
| Kaplan-Meier Estimate of Median Survival | 10.9 months | 10.0 months |
| p-value | | 0.122 |
| Estimated Hazard Ratio | | 0.88 |
| Adjusted 95% CI | | (0.74, 1.06) |

*Not superior, based on O'Brien-Fleming boundary.

If not superior and confidence bound (the same comparing TAXOTERE+cisplatin to vinorelbine+cisplatin). Adjusted 95% confidence interval is associated with a longer survival.

Adjusted for interim analysis and multiple comparisons.

The second comparison in the study, vinorelbine+cisplatin versus TAXOTERE+carboplatin, did not demonstrate superior survival associated with the TAXOTERE arm (Logrank Wilson estimate of median survival was 9.1 months for TAXOTERE+carboplatin compared to 9.9 months for the vinorelbine+cisplatin arm) and the TAXOTERE+carboplatin arm did not demonstrate preservation of at least 50% of the survival effect of vinorelbine added to cisplatin. Secondary endpoints evaluated in the trial included objective response rate and time to progression. There was no statistically significant difference between TAXOTERE+cisplatin and vinorelbine+cisplatin with regard to objective response rate and time to progression (see Table 6).

**Table 6 – Response and TTP Analysis of TAXOTERE in Combination Therapy for Chemotherapy-Naïve NSCLC**

| Endpoint | TAXOTERE+Cisplatin | Vinorelbine+Cisplatin | p-value |
|---|---|---|---|
| Objective Response Rate* 95% CI | 31.6% (26.3%, 36.8%) | 24.5% (19.9%, 29.2%) | Not Significant |
| Median Time to Progression* 95% CI | 21.4 weeks (17.3, 24.6) | 22.1 weeks (18.5, 25.6) | Not Significant |

*Adjusted for multiple comparisons.
²Kaplan-Meier estimates.

Prostate Cancer

The safety and efficacy of TAXOTERE in combination with prednisone in patients with androgen independent (hormone refractory) metastatic prostate cancer were evaluated in a randomized multicenter active control trial. A total of 1006 patients with Karnofsky Performance Status (KPS) ≥60 were randomized to the following treatment groups:

- TAXOTERE 75 regimen every 3 weeks for 10 cycles.
- TAXOTERE 30 regimen administered weekly for the first 5 weeks in a 6-week cycle for 5 cycles.
- Mitoxantrone 12 mg/m² every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone 5 mg twice daily, continuously. In the TAXOTERE every-3-week arm, a statistically significant overall survival advantage was demonstrated compared to mitoxantrone. In the TAXOTERE weekly arm, no overall survival advantage was demonstrated compared to the mitoxantrone control arm. Efficacy results for the TAXOTERE every 3 week arm versus the control arm are summarized in Table 7 and Figure 5.



**TAXOTERE®**
(docetaxel)
**Injection Concentrate**

**Table 7 - Efficacy of TAXOTERE in the Treatment of Patients with Androgen Independent (Hormone Refractory) Metastatic Prostate Cancer (Intent-to-Treat Analysis)**

| | TAXOTERE every 3 weeks | Mitoxantrone every 3 weeks |
|---|---|---|
| Number of patients | 335 | 337 |
| Median survival (months) | 18.9 | 16.5 |
| 95% CI | (17.0-21.2) | (14.4-18.6) |
| Hazard ratio | 0.761 | — |
| 95% CI | (0.619-0.936) | — |
| p-value* | 0.0094 | — |

*Stratified log rank test. Threshold for statistical significance = 0.0175 because of 3 interim analyses.

**Figure 5 - TAX327 Survival K-M Curve**



Gastric Adenocarcinoma

A multicenter, open-label, randomized trial was conducted to evaluate the safety and efficacy of TAXOTERE for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for advanced disease. A total of 445 patients with KPS>70 were treated with either TAXOTERE 75 (TAX regimen on day 1) in combination with cisplatin (75 mg/m² on day 1) and fluorouracil (750 mg/m²/day for 5 days) (TCF regimen on day 1) every 3 weeks or cisplatin (100 mg/m² on day 1) and fluorouracil (1000 mg/m²/day for 5 days) (CF regimen). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The demographic characteristics were balanced between the two treatment arms. The median age was 55 years, 71% were male, 71% were Caucasian, 24% were 65 years of age or older, 19% had a prior curative surgery and 12% had palliative surgery. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint and was defined as time from randomization to disease progression or death from any cause within 12 weeks of the last evaluable tumor assessment or within 12 weeks of the first infusion of study drug for patients with no evaluable tumor assessment after randomization. The hazard ratio for TTP was 1.47 (95%CI: 1.19-1.83) with a significantly longer TTP (p<0.0004) in the TCF arm. Approximately 75% of patients had died at the time of this analysis. Overall survival was significantly longer (p=0.0201) in the TCF arm with a HR of 1.29 (95% CI: 1.04-1.61). Efficacy results are summarized in Table 8 and Figures 6 and 7.

**Table 8 - Efficacy of TAXOTERE in the treatment of patients with gastric adenocarcinoma**

| Endpoint | TCF n=221 | CF n=224 |
|---|---|---|
| Median TTP (months) | 5.6 | 3.7 |
| (95% CI) | (4.86-5.91) | (3.45-4.47) |
| Hazard ratio* | 1.473 | |
| (95% CI) | (1.189-1.825) | |
| p-value** | 0.0004 | |
| Median survival (months) | 9.2 | 8.6 |
| (95% CI) | (8.38-10.58) | (7.16-9.46) |
| Hazard ratio* | 1.293 | |
| (95% CI) | (1.041-1.606) | |
| p-value** | 0.0201 | |
| Overall Response Rate (CR+PR) (%) | 36.7 | 25.4 |

*Unstratified logrank test.
**For the hazard ratios TCF/CF, values greater than 1.00 favor the TAXOTERE arm.
Subgroup analyses were consistent with the overall results across age, gender and race.

**Figure 6 - Gastric Cancer Study (TAX325) Time to Progression K-M Curve**



**Figure 7 - Gastric Cancer Study (TAX325) Survival K-M Curve**



Head and Neck Cancer

The safety and efficacy of TAXOTERE in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a multicenter, open-label, randomized trial (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN and WHO performance status 0 or 1, received either TAXOTERE 75 regimen followed by cisplatin 75 mg/m² on Day 1, followed by fluorouracil 750 mg/m²/day as a continuous infusion on Days 1-5 (TPF) or cisplatin 100 regimen on Day 1, followed by fluorouracil 1000 mg/m²/day as a continuous infusion on Days 1-5 (PF). These regimens were administered every three weeks for 4 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines. Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 to 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy) or with an accelerated/hyperfractionated regimen (2 times per day, with a minimum interfraction interval of 6 hours, 5 days per week, for a total dose of 70 to 74 Gy). Surgical resection was allowed following chemotherapy, before or after radiotherapy.

The primary endpoint in this study, progression-free survival (PFS) was significantly longer in the TPF arm compared to the PF arm, p=0.0077 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow-up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.2 months respectively). Efficacy results are presented in Table 9 and Figure 8 and 9.

**Table 9 - Efficacy of TAXOTERE in the induction treatment of patients with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)**

| Endpoint | TAXOTERE + Cisplatin + Fluorouracil n=177 | Cisplatin + Fluorouracil n=181 |
|---|---|---|
| Median progression free survival (months) | 11.4 | 8.3 |
| (95%CI) | (10.1-14.0) | (7.4-9.1) |
| Adjusted Hazard ratio | 0.70 | |
| (95%CI) | (0.55-0.89) | |
| p-value* | 0.0042 | |
| Median survival (months) | 18.6 | 14.2 |
| (95% CI) | (15.7-24.0) | (11.5-18.7) |
| Hazard ratio | 0.72 | |
| (95%CI) | (0.56-0.94) | |
| p-value** | 0.0128 | |
| Best overall response (CR + PR) to chemotherapy (%) | 67.8 | 53.6 |
| (95%CI) | (60.4-74.6) | (46.0-61.0) |
| p-value*** | 0.006 | |
| Best overall response (CR + PR) to study treatment [chemotherapy + radiotherapy] (%) | 72.3 | 58.6 |
| (95%CI) | (65.1-78.8) | (51.0-66.0) |
| p-value*** | 0.006 | |

* Hazard ratio of less than 1 favors TAXOTERE + Cisplatin + Fluorouracil
** Stratified log rank test based on primary failure rate
*** Stratified log rank test, not adjusted for multiple comparisons
**** Chi square test, not adjusted for multiple comparisons

**Figure 8 - TAX323 Progression-Free Survival K-M Curve**



Sanofi_01038530



Figure 9 - TAX323 Overall Survival K-M Curve

TAXOTERE®
(docetaxel)
Injection Concentrate

TAXOTERE®
(docetaxel)
Injection Concentrate

Sanofi_01038532

**TAXOTERE®**
**(docetaxel)**
**Injection Concentrate**

Sanofi_01038533

**Combination Therapy with TAXOTERE in Chemotherapy-Naïve Advanced Unresectable or Metastatic NSCLC**

Table 15 presents safety data from over of an open-label, randomized controlled trial (TAX326) that enrolled patients with unresectable stage IIIB or IV non-small cell lung cancer and no history of prior chemotherapy. Adverse reactions were described using the NCI Common Toxicity Criteria (worst adverse reaction observed).

**Table 15 - Adverse Events Regardless of Relationship to Treatment in Chemotherapy-Naïve Advanced Non-Small Cell Lung Cancer Patients Receiving TAXOTERE in Combination with Cisplatin**

| Adverse Event | TAXOTERE 75 mg/m² + Cisplatin 75 mg/m² n=406 % | Vinorelbine 25 mg/m² + Cisplatin 100 mg/m² n=396 % |
|---|---|---|
| Neutropenia | | |
| Any | 89 | 90 |
| Grade 3/4 | 74 | 78 |
| Febrile Neutropenia | | |
| Thrombocytopenia | | |
| Any | 15 | 15 |
| Grade 3/4 | 3 | 4 |
| Anemia | | |
| Any | 89 | 90 |
| Grade 3/4 | 7 | 25 |
| Infection | | |
| Any | 35 | 37 |
| Grade 3/4 | 8 | 8 |

TAXOTERE®
(docetaxel)
Injection Concentrate

**Table 16 - Clinically Important Treatment Emergent Adverse Events (Regardless of Relationship) in Patients with Prostate Cancer who Received TAXOTERE in Combination with Prednisone (TAX 327)**

| Adverse Event | TAXOTERE 75 mg/m² every 3 weeks + prednisone 5 mg twice daily n=332 % | | Mitoxantrone 12 mg/m² every 3 weeks + prednisone 5 mg twice daily n=335 % | |
|---|---|---|---|---|
| | Any | G 3/4 | Any | G 3/4 |

TAXOTERE®
(docetaxel)
Injection Concentrate

Confidential

Sanofi_01038535

TAXOTERE®
(docetaxel)
Injection Concentrate

Sanofi_01038536



BegDoc: Sanofi_01038470
EndDoc: Sanofi_01038537
BegAttach:
EndAttach:
PageCount: 68
Custodian: eRC Database
All Custodians:
Date Created: 03/21/2017
Date Last Modified: 01/27/2017
DocType: Document
Original FilePath: \Taxotere-Desktop\2007\US.DOC.07.04.077.pdf
FileName: US.DOC.07.04.077.pdf
FileExt: pdf
MD5 Hash: 1bf9aa4acae4185cd668115d69e84501
File Size: 809506
EMAIL Folder Path:
From:
To:
Subject:
Date Sent:
Date Received:
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: