UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *All Cases* | |

**[PROPOSED] ORDER**

Considering the foregoing Consent Motion to Substitute Exhibits in Plaintiffs' Opposition to Defendant Sanofi's Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Rec. Doc. 16238),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Documents 16238-5, 16238-8 - 16238-11, 16238-13- 16238-14, 16238-16, 16238-18, 16238-20, 16238-22, 16238-24, 16238-27, 16238-29 from the docket and substitute the documents attached to Plaintiffs' Consent Motion To Substitute Exhibits in Plaintiffs' Opposition to Defendant Sanofi's Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Rec. Doc. 16238) in their place.

New Orleans, Louisiana this_____day of August, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE