UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| Dolores Romero, | MAG. JUDGE NORTH |
| Plaintiff, | **SUGGESTION OF DEATH** |
| vs. | Civil Action No.: 17-6411 |
| Sanofi U.S. Services, Inc., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court and all attorneys of record of the death of Plaintiff Dolores Romero on or about April 23, 2020.

Dated this 9th day of August 2023.

Respectfully submitted,

*/s/ David P. Vicknair*
David P. Vicknair, #34135
Scott Vicknair LLC
909 Poydras Street, Suite 2025
New Orleans, Louisiana 70112
T: (504) 500-1111
F: (504) 226-2339
david@svlaw.law

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ David P. Vicknair*
                                      David P. Vicknair