# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740  <br><br>SECTION ""N" (5)  <br><br>HON. JUDGE JANE TRICHE MILAZZO  <br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** | | |
| *Irean Meade v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* <br> C.A. No: 2:17-cv-10449 | | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, Irean Meade, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Darrell Meade on behalf of his deceased mother, Irean Meade, in the above-captioned cause for the following reasons:

1. On October 10, 2017, Irean Meade filed a products liability lawsuit in the above-referenced matter.

2. On August 21, 2021, Irean Meade passed away.

3. Plaintiff filed a Suggestion of Death on June 23, 2023. *See* Doc. No. 16002.

4. Irean Meade's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. The decedent's son, Darrell Meade, is a proper party to substitute for plaintiff-decedent Irean Meade and wishes to be substituted on behalf of Irean Meade in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: August 9, 2023

**WILLIAMS HART & BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: August 9, 2023

**WILLIAMS HART & BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*