U UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740  SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Irean Meade v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al C.A. No: 2:17-cv-10449* | : : : : : | HON. JUDGE JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |

**ORDER GRANTING SUBSTITUTION OF PROPER PARTY**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and that Darrell Meade, on behalf of his deceased mother, Irean Meade, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2023.

_____
HON. JANE T. MILAZZO
United States District Judge
