UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A, attached | | |

## ORDER

Before the Court is a Motion to Enroll Additional Counsel (Doc. 16156);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorneys J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus, of the law firm of Bachus & Schanker, LLC, shall be enrolled as counsel of record for the above-referenced Plaintiffs.

New Orleans, Louisiana, this 10th day of August, 2023.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| Name(s) | Case No. |
| --- | --- |
| Warren, Felicia | 2:18-cv-11205 |
| Boggs, Ozie 'Annetta' | 2:18-cv-11167 |
| Phillips, Bonnie | 2:19-cv-00662 |
| Douidy, Margaret | 2:19-cv-10776 |
| Rivera, Clarissa | 2:19-cv-10815 |
| Willsey, Mary | 2:19-cv-11416 |
| Addair, Gloria | 2:19-cv-12557 |
| Buckheit, Vikki | 2:19-cv-12625 |
| Dagnon, Kathy | 2:19-cv-12623 |
| Farago, Carolina | 2:19-cv-12621 |
| Graham, Sharon | 2:19-cv-12734 |
| Keiser, Wynnette | 2:19-cv-12542 |
| Rosado, Natividad | 2:19-cv-12722 |
| Rudd, Lori | 2:19-cv-12725 |
| Salinas, Rosemary | 2:19-cv-12743 |
| Payne, Deborah | 2:19-cv-12619 |
| Funchess, Regina | 2:19-cv-14789 |
| Risotti, Theresa | 2:20-cv-02963 |