UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A, attached | | |

## ORDER

Before the Court is a Motion to Enroll Additional Counsel (Doc. 16208);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorneys J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus, of the law firm of Bachus & Schanker, LLC, shall be enrolled as counsel of record for the above-referenced Plaintiffs.

New Orleans, Louisiana, this 10th day of August, 2023.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

**Exhibit A**

| Name(s) | Case No. |
|---|---|
| Corey-Williams, Dorian | 2:19-cv-08824 |
| Corkran, Cheryl | 2:19-cv-12109 |
| Cox, Dorothy | 2:19-cv-12587 |
| Dixon, Carolyn | 2:20-cv-01378 |
| Donnell, Diana | 2:19-cv-12828 |
| Fountain, Erica | 2:19-cv-12365 |
| Gibbs, Stacey | 2:19-cv-12528 |
| James, Lillian | 2:19-cv-13341 |
| Johnson, Sharon | 2:19-cv-12224 |
| Lopez, Diana | 2:19-cv-11891 |
| McCrackin, Crystal | 2:19-cv-11779 |
| McGuire, Sandra | 2:19-cv-11994 |
| Riley, Sheri | 2:19-cv-13373 |
| Roy, Inez | 2:19-cv-11315 |
| Sledge, Lisa | 2:20-cv-02749 |
| Wilson, Lisa | 2:20-cv-00496 |