UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to the cases listed on Exhibit A, attached. | | |

## ORDER

Before the Court is a Motion to Withdraw and Substitute Counsel (Doc. 16177);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Benjamin T. Ikuta shall be **WITHDRAWN** as counsel of record for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Jacob Brender, of Hodes Milman, LLP, shall be **SUBSTITUTED** as counsel for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 10th day of August, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

## Exhibit A

| FIRST NAME | LAST NAME | CASE NUMBER |
|---|---|---|
| Sharish | Adolph | 2:17-cv-14069-JTM-MBN |
| Cathleen | Backley | 2:17-cv-14108-JTM-MBN |
| Maureen | Benson | 2:17-cv-14074-JTM-MBN |
| Lilibeth | Borgonia | 2:18-cv-06518-JTM-MBN |
| Paula | Bridges | 2:17-cv-14109-JTM-MBN |
| Glenda | Coulson | 2:17-cv-14099-JTM-MBN |
| Beverly | Davis | 2:17-cv-14111-JTM-MBN |
| Judith | De Palma | 2:19-cv-12210-JTM-MBN |
| Edith | Fezzuoglio | 2:17-cv-14092-JTM-MBN |
| Patricia | Frisque | 2:17-cv-14112-JTM-MBN |
| Melody | Jordan | 2:17-cv-14087-JTM-MBN |
| Suzanne | Makshanoff | 2:17-cv-01155-JTM-MBN |
| Shannon | Miller | 2:17-cv-14094-JTM-MBN |
| Petronilla | Neal | 2:17-cv-14113-JTM-MBN |
| Mary | O'Pray | 2:17-cv-14103-JTM-MBN |
| Leslie | Perry | 2:17-cv-14096-JTM-MBN |
| Sandra | Porter | 2:17-cv-14082-JTM-MBN |
| Judith | Schaller | 2:17-cv-14089-JTM-MBN |