## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740  SECTION ""N" (5)  HON. JUDGE JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** | | |
| *Joyce M. Green Dumes v. Sanofi US Services* *Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* *C.A. No: 2:17-cv-15426* | | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, Joyce M. Green Dumes, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Felicia Dumes Ransom on behalf of her deceased mother, Joyce M. Green Dumes, in the above-captioned cause for the following reasons:

1. On December 7, 2017, Joyce M. Green Dumes filed a products liability lawsuit in the above-referenced matter.

2. On February 20, 2020, Joyce M. Green Dumes passed away.

3. Plaintiff filed a Suggestion of Death on August 1, 2023. *See* Doc. No. 16230.

4. Joyce M. Green Dumes' product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Felicia Dumes Ransom, surviving daughter of Joyce M. Green Dumes' is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of her mother in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: August 10, 2023

**WILLIAMS HART & BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: August 10, 2023

**WILLIAMS HART & BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*