## U UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Joyce M. Green Dumes v. Sanofi US Services: Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* C.A. No: 2:17-cv-15426 | : : : : | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

### ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and that Felicia Dumes Ransom, on behalf of her deceased mother, Joyce M. Green Dumes, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2023.

_____
HON. JANE T. MILAZZO
United States District Judge