UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Sharon McNeal, 17-11325 | | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 16180);

**IT IS ORDERED** that the Motion is **GRANTED** and that Tyrone McNeal, on behalf of Sharon McNeal, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 10th day of August, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**