UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLWIDE, INC. and HOSPIRA, INC. Civil Action No.: 2:18-cv-13223 |
| THIS DOCUMENT RELATES TO: GEORGIA MASON v. SANOFI-AVENTIS U.S. LLC, et al. | | |

Pursuant to CMO 12A, Plaintiff dismisses Hospira Worldwide, LLC f/k/a Hospira Worldwide Inc., and Hospira, Inc., with prejudice, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60 (b)(6). Dated this 10th day of August, 2023.

Respectfully submitted,

/s/ Jeffrey J. Lowe
Jeffrey J. Lowe, #35114MO
Andrew J. Cross, #57337MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd, Suite 1100
Saint Louis, MO 63105
Telephone: (314) 725-7700
Fax: (314) 721-0905
jcarey@careydanis.com
across@careydanis.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10th 2023, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: August 10, 2023                    /s/ Jeffrey J. Lowe