UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

DOLORES ROMERO
Case No.: 17-6411

**MOTION FOR SUBSTITUTION OF A PARTY
PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and Rule 4:34-1(b)[1] of the New Jersey Court Rules, Counsel moves this Court for an order substituting as Plaintiffs, Richard Romero on behalf of himself and his minor child, Chastity Romero; Cortney Romero; and Carlos Sepulveda; survivors of Dolores Romero, in place of Plaintiff, Dolores Romero. As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed June 30, 2017.

2. The Plaintiff, Dolores Romero died on April 23, 2020. (See Death Certificate Exhibit A).

3. Following Mrs. Romero's death, Mrs. Romero was survived by her husband, Richard, and children, Carlos, Cortney, and Chastity.

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned parties is proper.

---

[1] (b) Non-Party Survivors. If a party dies and the claim is not thereby extinguished, the court shall on motion order substitution of the proper parties. The motion for substitution may be made by the successors or representatives of the deceased party or by any party, and notice thereof shall be served on parties as provided by R. 1:5-2 and on persons not parties in the manner provided by either R. 4:4 (service of original process), or, if the court directs, R. 4:67-3 (service of orders to show cause).

5. Under Rule 4:34-1 of the New Jersey Court Rules, the substitution of the above mentioned parties is proper.

**WHEREFORE,** the plaintiff respectfully requests this Court to enter an Order substituting Richard Romero, Cortney Romero, Chastity Romero, and Carlos Sepulveda, in place of Plaintiff, Dolores Romero.

Respectfully submitted,

*/s/ David P. Vicknair*
David P. Vicknair, #34135
Scott Vicknair LLC
909 Poydras Street, Suite 2025
New Orleans, Louisiana 70112
T: (504) 500-1111
F: (504) 226-2339
david@svlaw.law

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ David P. Vicknair*
David P. Vicknair