**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO:

DOLORES ROMERO
Case No.: 17-6411

---

## [PROPOSED] ORDER GRANTING SUBSTITUTION

---

This came before the Court on Plaintiff, Dolores Romero's, Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein:

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and substituting Richard Romero on behalf of himself and his minor child, Chastity; Cortney Romero; and Carlos Sepulveda are substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____ 2023.

_____
District Judge