# STATE OF NEW JERSEY

B0010/15649

NEW JERSEY DEPARTMENT OF HEALTH

## CERTIFICATE OF DEATH

STATE FILE NUMBER
20200032246

| | | | | | | LIMB ONLY |
|---|---|---|---|---|---|---|
| 1a. Legal Name of Decedent (First, Middle, Last, Suffix) **Dolores J Romero** | | | | | | ☐ |

1b. Also Known As (AKA), If Any (First, Middle, Last, Suffix)

| 2. Sex **Female** | 3. Social Security Number **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** | 4a. Age **48 Years** | | 5. Date of Birth (Mo/Day/Yr) **11/23/1971** |
|---|---|---|---|---|

| 6. Birthplace (City & State/Foreign Country) **Vineland, New Jersey** | | | | |
|---|---|---|---|---|
| 7a. Residence-State **New Jersey** | 7b. County **Cumberland** | 7c. Municipality/City **Millville City** | | |
| 7d. Street and Number **705 S. 2nd Street** | 7e. Apt No. | 7f. Zip Code **08332** | 7g. Inside City Limits? **Yes** | |

| 8a. Ever in US Armed Forces? **No** | 8b. If Yes, Name of War: | 8c. War Service Dates (From/To): |
|---|---|---|

| 9. Domestic Status at Time of Death **Married** | 10. Name of Surviving Spouse/Partner (Name given at birth or on both certificate) **Richard Romero** |
|---|---|

| 11. Father's Name (First, Middle, Last) **Augustine Siciliano** | | |
|---|---|---|
| 12. Mother's Name Prior to First Marriage (First, Middle, Last) **Florence Campbell** | | |

| 13a. Name of Informant **Richard Romero** | 13b. Relationship to Decedent **Spouse** |
|---|---|

13c. Mailing Address (Street and Number, City, State, Zip Code)
**705 S. 2nd Street, Millville, NJ 08332**

| 14. Method of Disposition **Cremation** | 15. Place of Disposition (name of cemetery, crematory, other) **Laurel Lawn Crematory** | 16. Location- City & State/Foreign Country **Bridgeton City, New Jersey** |
|---|---|---|

17. Name and Complete Address of Funeral Facility
**DeMarco-Luisi Funeral Home, 2755 S. Lincoln Avenue, Vineland, NJ 08361**

| 18. Electronic Signature of Funeral Director **Rudolph A Luisi** | 19. NJ License Number **23JP00314000** |
|---|---|

| 20. Decedent Education **High school graduate or GED completed** | 21. Decedent of Hispanic Origin? **Not Spanish / Hispanic / Latino** | 22. Decedent Race **White** |
|---|---|---|

| 23. Occupation of Decedent (Type of work done most of life, even if retired) **Home Health Aide** | 24. Kind of Business/Industry **Home Health Care** |
|---|---|

25. Name and Address of Last Employer
**Cumberland County Homemakers, Millville, NJ**

| 26. Date Pronounced Dead (Mo/Day/Yr) **04/23/2020** | 28. Name of Person Pronouncing Death **Daniel Wilen** | |
|---|---|---|
| 27. Time Pronounced (24-hr) **0935** | 29. License Number **25MB10331700** | 30. Date Signed (Mo/Day/Yr) **04/23/2020** |
| 31. Date of Death (Mo/Day/Yr) **04/23/2020** | 32. Time of Death (24-hr) **Approx-0935** | 33. Was Medical Examiner Contacted? **No** | 34. Place of Death **Hospital: Inpatient** |

| 35a. Facility Name (if not institution, give street and number) **Inspira Medical Center Vineland** | | |
|---|---|---|
| 35b. Municipality **Vineland City** | 35c. County **Cumberland** | |

**CAUSE OF DEATH**

| 36a. PART I – IMMEDIATE CAUSE (Final disease or condition resulting in death. Do not enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Sequentially list conditions, if any, leading to the cause listed on Line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause a. **Acute respiratory failure** | | **1 days** |
| Due to (or as a consequence of): b. **Metastatic Ovarian Cancer** | | **unknown** |
| Due to (or as a consequence of): c. | | |
| Due to (or as a consequence of): d. | | |

| 36b. PART II – Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I. | 37. Was an Autopsy Performed? **Refused** |
|---|---|
| | 38. Were Autopsy Findings Available to Complete Cause of Death **Not Applicable** |

| 39. Date of Injury (Mo/Day/Yr) | 40. Time of Injury (24-hr) | 41. Place of Injury (e.g. home, construction site, restaurant) | 42. Injury at work? |
|---|---|---|---|
| 43a. Location of Injury (Number and Street, Zip Code) | | 43b. Municipality | 43c. County | 43d. State |

| 44. Describe How Injury Occurred | 45. If Transportation Injury |
|---|---|

| 46. Manner of Death **Natural** | 47. Did Decedent Have Diabetes? **No** | 48. Did Tobacco Use Contribute to Death? **Unknown** | 49. If Female, Pregnancy State **Not pregnant within the past year** |
|---|---|---|---|

| Record Contains Amendment ☐ | 50. Certifier Type **Pronouncer and Certifier** | 51. Name, Address, and Zip Code of Certifier **Daniel Scott Wilen, D.O. 1 Cooper Plaza, Camden, NJ 08103** | | |
|---|---|---|---|---|
| | 52. Electronic Signature of Certifier **Daniel Scott Wilen** | 53. License Number **25MB10331700** | 54. Date Certified (Mo/Day/Yr) **04/23/2020** | |
| | 55. Electronic Signature of Local Registrar **Carmen Z Portalatin** | 56. District No. **V0680** | 57. Date Received **04/24/2020** | Case ID Number **2181868** |

**DATE ISSUED:** April 27, 2020

**ISSUED BY:**
**New Jersey Department of Health, Office of Vital Statistics and Registry**

This is to certify that the above is correctly copied from a record on file in my office. Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.



Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry





REG-42B
JUN 14

## THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED

THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY