This NJ certificate document is printed with a Custom "NJ Vital Records" watermark. Please HOLD at a light to verify its authenticity.
Additional security features include but are not limited to the following: multi-colored background with enhanced VOID pantograph, micro-line printing, bright fluorescent orange numbering, invisible fibers and other security features.