# CERTIFICATE OF DEATH

**BIRTH NUMBER:** 9138625
**STATE FILE NUMBER:** 2022-022-00038

## DECEDENT / PERSONAL

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | JACKSON, KIM D |
| DATE OF BIRTH | 04/26/1962 |
| DATE OF DEATH | 05/21/2022 |
| TIME OF DEATH | 10:49 PM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | NEW ORLEANS, LA UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 60 YEARS |
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | 36437 HWY 74, GEISMAR, LA 70734 UNITED STATES |
| WITHIN CITY LIMITS? | YES |
| PARISH/COUNTY | ASCENSION |
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | COOK |
| INDUSTRY OF OCCUPATION | RESTURANT |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | JACKSON SR, MARK |
| FATHER/PARENT NAME | DUNBAR, ROBERT |
| FATHER/PARENT PLACE OF BIRTH | GEISMAR, LA UNITED STATES |
| MOTHER/PARENT NAME | CAREY, LUVERTA |
| MOTHER/PARENT PLACE OF BIRTH | DARROW, LA UNITED STATES |
| INFORMANT'S NAME | JACKSON, LATIEDRA |
| RELATIONSHIP TO DECEDENT | DAUGHTER |
| INFORMANT'S ADDRESS | 36437 HWY 74, GEISMAR, LA 70734 UNITED STATES |
| EDUCATION | HIGH SCHOOL GRADUATE, OR GED COMPLETED |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | BLACK OR AFRICAN AMERICAN |

## DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS | 36437 HWY 74, GEISMAR, LA 70734 UNITED STATES |
| PARISH/COUNTY | ASCENSION |

## DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | VAN HOFF |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | DARROW, LA UNITED STATES |
| DATE OF DISPOSITION | 05/28/2022 |

## FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | HAMBRICKS FAMILY MORTUARY, INC. |
| ADDRESS OF FUNERAL FACILITY | 808 W. WORTHY RD., GONZALES, LA 70737 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | HAMBRICK, DARRYL T |
| LICENSE NUMBER | U1316 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 6/10/2022 |

## MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

## CAUSE OF DEATH

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE | a. ENDOMETRIAL CANCER | UNK |
| | b. | |
| UNDERLYING CAUSE | c. | |
| | d. | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

## INJURY INFORMATION

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |
| PLACE OF INJURY | |
| DATE OF INJURY | |
| TIME OF INJURY | |
| INJURY AT WORK | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| LOCATION OF INJURY | |
| PARISH/COUNTY | |
| DESCRIBE HOW INJURY OCCURED | |

## CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 5/18/2022 TO 5/21/2022 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 5/31/2022 |
| CERTIFIER NAME | CURTIS, ELIZABETH B |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 17520 OLD JEFFERSON HWY. - APT/STE B, PRAIRIEVILLE, LA 70769 UNITED STATES |
| BURIAL TRANSIT PERMIT | 482206 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 05/27/2022 |
| DATE FILED WITH REGISTRAR | 6/10/2022 |

## REGISTRAR

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*
ISSUED BY: Mason, Keitra J
Issued On: 6/20/2022 11:46:07 AM



009138625

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.


DEVIN GEORGE
STATE REGISTRAR

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT



AmeriTech, Incorporated       ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE