UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                      SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

BOBBIE GAITHER
Case No.: 18-10838

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Shanique Gaither, Administrator of the Estate of Bobbie Gaither, in place of Plaintiff, Bobbie Gaither.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed November 12, 2018.

2. The Plaintiff, Bobbie Gaither, died on January 2, 2020.  (See Death Certificate-Exhibit A).

3. Shanique Gaither was appointed as Administrator of the Estate of Bobbie Gaither on May 18, 2023. (See Letters of Administration-Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Shanique Gaither, Administrator of the Estate for Bobbie Gaither, for the Plaintiff, Bobbie Gaither.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
950 17th Street, Suite 1050
Denver, CO 80202
T: (303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on August 11, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*