UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Exclude Expert Testimony of Dr. Laura Plunkett, filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi");

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Sanofi's proposed Reply Memorandum in Support of its Motion to Exclude Expert Testimony of Dr. Laura Plunkett is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE