# EXHIBIT P

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH KAHN,

  Plaintiff,

  v.                       CASE NO. 2:16-cv-17039

SANOFI-AVENTIS U.S.
L.L.C. AND SANOFI US
SERVICES, INC.,

  Defendants.

*****************************************
ORAL DEPOSITION OF
LAURA PLUNKETT, PH.D.
APRIL 7, 2021
(Reported Remotely)
*****************************************

    ORAL DEPOSITION of LAURA PLUNKETT, PH.D., produced as a witness at the instance of the DEFENDANTS, and duly sworn, was taken in the above-styled and numbered cause on APRIL 7, 2021, from 9:35 a.m. to 3:55 p.m., before Stephanie M. Harper, RPR, CSR in and for the State of Texas, recorded by machine shorthand, at 13923 Carriage Walk Lane, Houston, Texas, pursuant to the Federal Rules of Civil Procedure 30 and 45, the First Emergency Order Regarding the COVID-19 State of Disaster, and the provisions stated on the record or attached hereto; that the deposition shall be read and signed before any notary public.

JOB NO. 704971



Page 53

1  epidemiologist?
2      A.  That's correct.  By training, I am not.
3      Q.  And by training, you're also not a
4  biostatistician?
5      A.  That's correct.  Both of those are tools I
6  use in my -- in my work, but I'm not -- I'm not
7  degreed in either of those.
8      Q.  Okay.  And also you are a Ph.D., not a
9  medical doctor, correct?
10     A.  That's correct.
11     Q.  And you don't prescribe medicines, right?
12     A.  I do not.
13     Q.  Okay.  And you've never worked at FDA?
14     A.  I have not.
15     Q.  Okay.  And you don't hold yourself out as
16 an FDA expert like Dr. Kessler or Dr. Ross?
17         MR. LAMBERT:  Objection; form.
18     A.  Well, I don't -- I don't think I've ever
19 had a conversation in terms of what they hold
20 themselves out as.  But they have a different
21 experience than I do.  Both of them have worked at
22 the FDA, so it's a different background.
23     Q.  (BY MR. MOORE)  Okay.  And have -- you
24 have never worked -- strike that.
25         You've never been employed at a

