UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

KITTY CARTER
Case No.: 17-00047

## SUGGESTION OF DEATH

Eric Carter, son of Kitty Carter suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Kitty Carter, Plaintiff of record in the above captioned case. Ms. Carter passed away on April 16, 2023, during the pendency of this action. Ms. Carter's surviving family members will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
950 17th Street, Suite 1050
Denver, CO 80202
T: (303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

1

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*