# Exhibit 2

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| ELLEN PUSEY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:15-cv-15471 "H"(5) |
| SANOFI S.A., ET AL. | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: The Custodian Records of Ochsner Health Center - Covington,
1000 Ochsner Blvd., Covington, LA 70433

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See Attached Exhibit "A"

| Place: taxotere@morrisbart.com<br>Morris Bart, LLC; 601 Poydras St., 24th Floor<br>New Orleans, LA 70130; fax: (833) 277-4214 | Date and Time:<br><br>08/21/2023 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/19/2023

*CLERK OF COURT*

OR

_____     _____
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Ellen Pusey _____ , who issues or requests this subpoena, are:

Betsy J. Barnes, Esq. (LA Bar #19473), MORRIS BART, LLC, Pan American Life Center, 601 Poydras St., 24th Floor, New Orleans, LA 70130-6036; Tele. (504) 262-9953; Fax: (833) 277-4214; Email: bbarnes@morrisbart.com

### Notice to the person who issues or requests this subpoena
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: *Ellen Pusey v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15741 | SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL B. NORTH |

**EXHIBIT "A"**

TO:  Ochsner Health Center – Covington
     1000 Ochsner Blvd.
     Covington, LA 70433

Please produce the following:

Taxotere (Docetaxel) National Drug Codes ("NDCs") and/or manufacturer information for the Taxotere (Docetaxel) administered to **ELLEN PUSEY**, ▆▆▆▆▆▆▆, between the dates of **April 26, 2011, and June 24, 2011**. In lieu of producing your own record or statement of this information, you may complete, sign, and return the Statement Regarding Chemotherapy Drug Administered attached hereto as Exhibit "B".

PLEASE NOTE: **THIS IS A RECORDS DEPOSITION ONLY. NO ORAL TESTIMONY WILL BE TAKEN IF THE REQUESTED DOCUMENTS ARE PRODUCED ON OR BEFORE** the close of business on **AUGUST 21, 2023**, to the following either by EMAIL, FACSIMILE OR U.S. MAIL as listed below:

Betsy J. Barnes, Esq.
Email: taxotere@morrisbart.com
**Facsimile: (833) 277-4214**
Morris Bart, LLC
Pan American Life Center
601 Poydras Street
New Orleans, LA 70130

EXHIBIT "B"

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Ellen Pusey

DATE OF BIRTH: ▮  SSN: ▮

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

__4__ / __26__ / __2011__
DATE OF FIRST TREATMENT

__6__ / __24__ / __2011__
DATE OF LAST TREATMENT

__4__
# OF DOSES

SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER

NAME OF PRACTICE/INFUSION CENTER

PRINTED NAME & TITLE OF REPRESENTATIVE

ADDRESS

DATE

CITY, STATE, ZIP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO:<br><br>*Ellen Pusey v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15741 | SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |

**NOTICE OF RECORDS DEPOSITION**

To:   **The Custodian of Records of**
     **Ochsner Health Center - Covington**
     1000 Ochsner Blvd.
     Covington, LA  70433

Please take notice that Plaintiff, Ellen Pusey, through undersigned counsel will take the records deposition only of **The Custodian of Records of Ochsner Health Center – Covington** on **Monday, August 21, 2023, at 10:00 a.m.** at the Offices of Morris Bart, LLC, located at 601 Poydras Street, 24th Floor, New Orleans, Louisiana 70130.  Pursuant to Federal Rules of Civil Procedure, the Custodian of Records is requested to produce the following documents:

**See Attached Exhibit "A"**

A Subpoena Duces Tecum has been served with this request.  PLEASE NOTE:  **THIS IS A RECORDS DEPOSITION ONLY. NO ORAL TESTIMONY WILL BE TAKEN IF THE REQUESTED DOCUMENTS ARE PRODUCED BY the close of business on AUGUST 21, 2023** to the following VIA EMAIL, FACSIMILE OR U.S. MAIL:

Betsy J. Barnes, Esq.
**Email:**  taxotere@morrisbart.com
**Facsimile: (833) 277-4214**
Morris Bart, LLC
Pan American Life Center
601 Poydras Street
New Orleans, LA  70130

You are invited to attend and participate as you deem appropriate.

Respectfully submitted,

**MORRIS BART, LLC**

/s/Betsy J. Barnes
_____

John C. Enochs LA Bar 22774
Betsy J. Barnes LA Bar 19473
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 262-9953
Facsimile: (833) 277-4214
taxotere@morrisbart.com
jenochs@morrisbart.com
bbarnes@morrisbart.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all known counsel of record by either hand-delivery, electronic delivery, facsimile transmission, or U.S. Mail, postage prepaid, this 19th day of July, 2023.

/s/Betsy J. Barnes
_____
**BETSY J. BARNES**

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: *Ellen Pusey v. Sanofi-Aventis S.A., et al.*, Case No. 2:16-cv-15741 | SECTION "H" (5) <br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL B. NORTH |

## EXHIBIT "A"

TO:   Ochsner Health Center – Covington
      1000 Ochsner Blvd.
      Covington, LA 70433

Please produce the following:

Taxotere (Docetaxel) National Drug Codes ("NDCs") and/or manufacturer information for the Taxotere (Docetaxel) administered to **ELLEN PUSEY**, ▮, between the dates of **April 26, 2011, and June 24, 2011.** In lieu of producing your own record or statement of this information, you may complete, sign, and return the Statement Regarding Chemotherapy Drug Administered attached hereto as Exhibit "B".

PLEASE NOTE:  **THIS IS A RECORDS DEPOSITION ONLY. NO ORAL TESTIMONY WILL BE TAKEN IF THE REQUESTED DOCUMENTS ARE PRODUCED ON OR BEFORE** the close of business on **AUGUST 21, 2023**, to the following either by EMAIL, FACSIMILE OR U.S. MAIL as listed below:

Betsy J. Barnes, Esq.
Email: taxotere@morrisbart.com
**Facsimile: (833) 277-4214**
Morris Bart, LLC
Pan American Life Center
601 Poydras Street
New Orleans, LA 70130

# EXHIBIT "B"

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Ellen Pusey

DATE OF BIRTH: ▮▮▮▮

SSN ▮▮▮▮

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT ADMINISTERED TAXOL/PACLITAXEL

4 / 26 / 2011
DATE OF FIRST TREATMENT

6 / 24 / 2011
DATE OF LAST TREATMENT

4
# OF DOSES

SIGNATURE OF REPRESENATIVE OF PRACTICE/INFUSION CENTER

NAME OF PRACTICE/INFUSION CENTER

PRINTED NAME & TITLE OF REPRESENTATIVE

ADDRESS

DATE

CITY, STATE, ZIP