UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:17-cv-16003 |
| _____, | | |
| Plaintiff(s), | | |
| vs. | | |
| _____, | | |
| Defendant(s). | | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Brenda Lewis.

Dated: August 16, 2023

/s/ Rhett A. McSweeney_____
Rhett A. McSweeney
David M. Langevin
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: filing@westrikeback.com
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 16, 2023                               /s/ Rhett A. McSweeney_____
                                                      Rhett A. McSweeney
                                                      David M. Langevin
                                                      McSweeney Langevin
                                                      2116 2nd Avenue South
                                                      Minneapolis, Minnesota 55404
                                                      Phone: (612) 746-4646, ext. 1567
                                                      Email: filing@westrikeback.com
                                                      **Attorney for Plaintiff**