UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Brenda Lewis, | : | |
| Plaintiff(s), | : | |
| | : | Civil Action No.: 2:17-cv-16003 |
| vs. | : | |
| | : | |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., | : | |
| Defendant(s). | : | |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

COMES NOW, Plaintiff Brenda Lewis, and files this motion to substitute her surviving next of kin, Nova Lewis Williams, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Brenda Lewis, filed the present action in the United States District Court for the Eastern District of Louisianna on December 8, 2017.

2. Plaintiff Brenda Lewis died on August 24, 2022.

3. On August 16, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 545. Plaintiff's counsel recently learned the death of Brenda Lewis after filing the lawsuit.

4. Nova Lewis-Williams, daughter of Brenda Lewis, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Brenda Lewis and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-

1

decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Christopher Simpson as the proper party plaintiff in this action.

Respectfully submitted this 16th day of August, 2023.

/s/ Rhett A. McSweeney_____ _____
Rhett A. McSweeney
David M. Langevin
McSweeney Langevin
2116 2nd Avenue South
Minneapolis, Minnesota 55404
Phone: (612) 746-4646, ext. 1567
Email: filing@westrikeback.com
**Attorney for Plaintiff**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: August 16, 2023                    /s/ Rhett A. McSweeney_____
                                          Rhett A. McSweeney

3