UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | JUDGE MILAZZO |
| | : | MAG. JUDGE NORTH |
| Brenda Lewis, | : | |
| Plaintiff(s), | : | |
| vs. | : | Civil Action No.: 2:17-cv-16003 |
| Sanofi-Aventis U.S. LLC and Sanofi US Services, Inc., | : | |
| Defendant(s). | : | |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Nova Lewis-Williams behalf of the Estate of Brenda Lewis, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
Judge Jane Milazzo, U.S. District Judge