BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO.  16-2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Billie Browne, Civil Action No.: 2:17-cv-3129* | HON. JANE T. MILAZZO |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Billie Browne files this Suggestion of Death upon the Record in the above referenced case. Mrs. Browne died on or about June 3, 2022, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: August 16, 2023                              Respectfully submitted,

                                                                        GOMEZ TRIAL ATTORNEYS

                                                                         /s/Lindsay R. Stevens
                                                                        John H. Gomez (CA Bar # 171485) T.A.
                                                                        Lindsay R. Stevens (CA Bar # 256811)
                                                                        755 Front Street
                                                                        San Diego, California 92101
                                                                        Phone: (619) 237-3490
                                                                        Fax: (619) 237-3496
                                                                        lstevens@thegomezfirm.com
                                                                        *Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Date: August 16, 2023                                       Respectfully Submitted

                                                            GOMEZ TRIAL ATTORNEYS

                                                             /s/Lindsay R. Stevens
                                                            Lindsay R. Stevens (CA Bar # 256811)
                                                            755 Front Street
                                                            San Diego, California 92101
                                                            Phone: (619) 237-3490
                                                            Fax: (619) 237-3496
                                                            lstevens@thegomezfirm.com