# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : <br> : <br> : |
| Patricia Harris                                  , | :    **MDL NO. 2740** <br> : |
| Plaintiff(s), | : <br> :    **Civil Action No.:** 2:18-cv-03447 |
| vs. | : <br> : <br> : |
| Sanofi US Services Inc.,et. al.                , | : <br> : |
| Defendant(s). | : <br> : |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Gaylon Harris, Personal Representative of the Estate of Patricia Harris and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as a Plaintiff in this action based on the death of Plaintiff.

A Notice/Suggestion of Death was filed in this matter on June 2, 2023 (ID #15923).

Dated, August 17, 2023

                                                    Respectfully submitted,

                                                  */s/ Pete V. Albanis*
                                                  Pete V. Albanis
                                                  Florida Bar No. 0077354
                                                  2150 Goodlette Frank Rd. N.,
                                                  Suite 750
                                                  Naples, FL 34102
                                                  Telephone: 239-432-6605
                                                  Fax: 239-204-3798
                                                  Email: palbanis@forthepeople.com

                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, a true and correct copy of the Motion to Substitute Party was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

/s/ *Pete V. Albanis*
Pete V. Albanis
Florida Bar No. 0077354
2150 Goodlette Frank Rd. N.,
Suite 750
Naples, FL 34102
Telephone: 239-432-6605
Fax: 239-204-3798
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*