UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | Case No. 2:16-md-2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:**<br>**Patricia Harris,**<br>　　　　**Plaintiff,**<br>v.<br>**Sanofi US Services, Inc., et al.**<br>　　　　**Defendants.** | Case No. 2:18-cv-03447<br><br>Proposed Order |

### ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Gaylon Harris, on behalf of the Estate of Patricia Harris, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
Judge Jane Milazzo, U.S. District Judge