**Exhibit A**

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Brooks (D) | Diane | 2:20-cv-00109 |
| Cook | Casey | 2:20-cv-00075 |
| Cowan | Candice | 2:17-cv-12540 |
| Doherty | Lori | 2:20-cv-00167 |
| Finn | Jeannette | 2:20-cv-00351 |
| Goins | Felecia | 2:17-cv-12542 |
| Hashmi | Shaheen | 2:17-cv-13483 |
| Jones | Cheryl | 2:17-cv-12907 |
| Kelly | Patricia | 2:20-cv-00056 |
| King | Michelle | 2:17-cv-13490 |
| Knowles | Denese | 2:17-cv-13494 |
| McGowan | Juanita | 2:20-cv-00063 |
| McKinney | Camille | 2:17-cv-13504 |
| Miller | Sherry | 2:20-cv-00120 |
| Morton | Sharon | 2:20-cv-00122 |
| Newbern | Nancy | 2:18-cv-04582 |
| Schlaepfer | Reba | 2:17-cv-12926 |
| Sharp | Gail | 2:19-cv-11730 |
| Shorter | Rose | 2:20-cv-00126 |
| Stangelo-Moore | Stephanie | 2:20-cv-00130 |
| Walker | Lisa | 2:20-cv-00067 |
| Walton | Mary Kate | 2:20-cv-00131 |
| White | Geraldine | 2:17-cv-12548 |
| Whitlow | Joyce | 2:17-cv-12930 |