UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Cases Listed on the attached Exhibit A*

# ORDER

Considering the foregoing Motion to Withdraw Counsel of Record;

**IT IS HEREBY ORDERED** that the foregoing motion is GRANTED and that Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. are withdrawn as counsel of record for the Plaintiffs in each of the cases listed on Exhibit A, and that they be removed from all service lists as counsel for the Plaintiffs in each of the cases listed on Exhibit A.

**IT IS HEREBY FURTHER ORDERED** that Attorney Matthew Palmer Lambert and the law firm of Pendley, Baudin & Coffin, L.L.P. shall remain counsel of record for the Plaintiffs in each of the cases listed on Exhibit A.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT JUDGE**