# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Suzanne Dondrea v. Hospira Worldwide Inc., et. al.* | Civil No. 2:17-cv-09572 |

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Suzanne Dondrea, deceased, files this Suggestion of Death upon the Record. Plaintiff Suzanne Dondrea departed this world on or about February 12, 2018, during the pendency of this litigation.

Dated: August 17, 2023

                                            Respectfully submitted,

                                            */s/ Pete V. Albanis*
                                            Pete V. Albanis
                                            Florida Bar No. 0077354
                                            2150 Goodlette Frank Rd. N.,
                                            Suite 750
                                            Naples, FL 34102
                                            Telephone: 239-432-6605
                                            Fax: 239-204-3798
                                            Email: palbanis@forthepeople.com

                                            *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

The hereby certify that on August 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    /s/ *Pete V. Albanis*
                                                    Pete V. Albanis