# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | |
| : | |
| Suzanne Dondrea                              , : | **MDL NO. 2740** |
| : | |
| Plaintiff(s), : | |
| : | **Civil Action No.:** 2:17-cv-09572 |
| vs. : | |
| : | |
| Hospira Worldwide Inc., et. al.               , : | |
| : | |
| Defendant(s). : | |
| ---------------------------------------------------------- : | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Robert Dondrea, Personal Representative of the Estate of Suzanne Dondrea and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as a Plaintiff in this action based on the death of Plaintiff.

A Notice/Suggestion of Death was filed in this matter on August 17, 2023 (ID #16319).

Dated, August 17, 2023.

    Respectfully submitted,

*/s/ Pete V. Albanis*
Pete V. Albanis
Florida Bar No. 0077354
2150 Goodlette Frank Rd. N.,
Suite 750
Naples, FL 34102
Telephone: 239-432-6605
Fax: 239-204-3798
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, a true and correct copy of the Motion to Substitute Party was served via electronic mail with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF counsel of record.

/s/ *Pete V. Albanis*
Pete V. Albanis
Florida Bar No. 0077354
2150 Goodlette Frank Rd. N.,
Suite 750
Naples, FL 34102
Telephone: 239-432-6605
Fax: 239-204-3798
Email: palbanis@forthepeople.com

*Attorney for Plaintiff*