UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | Case No. 2:16-md-2740<br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| **This Document Relates to Plaintiff:**<br><br>**Suzanne Dondrea,**<br>         **Plaintiff,**<br><br>v.<br><br>**Hospira Worldwide, Inc., et al.**<br>         **Defendants.** | Case No. 2:17-cv-09572<br><br>Proposed Order |

<u>**ORDER**</u>

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Robert Dondrea, on behalf of the Estate of Suzanne Dondrea, is substituted as Plaintiff in the above referenced action.

SO ORDERED this _____ day of _____, 2023.

_____
Judge Jane Milazzo, U.S. District Judge