UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Dorothy Malone v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No: 2:16-cv-17101 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X Other – Plaintiff is deceased and next of kin doesn't want to pursue the case.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this <u>17th</u> day of <u>August</u> 2023      Respectfully submitted,

                                          GOMEZ TRIAL ATTORNEYS
                                          <u>*/s/Lindsay R. Stevens*</u>
                                          John H. Gomez (CA Bar # 171485) T.A
                                          Lindsay R. Stevens (CA Bar # 256811)
                                          755 Front Street
                                          San Diego, California 92101
                                          Telephone: (619) 237-3490
                                          Facsimile: (619) 237-3496
                                          lstevens@thegomezfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 17, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          <u>*/s/ Lindsay R. Stevens*</u>
                                          Lindsay R. Stevens (CA Bar # 256811)
                                          GOMEZ TRIAL ATTORNEYS
                                          655 West Broadway, Suite 1700
                                          San Diego, California 92101
                                          Telephone: (619) 237-3490
                                          Facsimile: (619) 237-3496
                                          lstevens@thegomezfirm.com