# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to:** | ) | |
| Betty Hurley, 16-17970 | ) | |

## ORDER

Before the Court is a Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and FRCP 4 filed by Defendant Accord Healthcare, Inc. (Doc. 14960);

Because this Court previously dismissed with prejudice Plaintiff Betty Hurley's case,[1] **IT IS ORDERED** that Accord's Motion is **DENIED as MOOT**.

New Orleans, Louisiana, this 18th day of August, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] On February 3, 2023, the Court dismissed Plaintiff Hurley's case with prejudice based on her counsel's stipulation that she did not intend to appear at the Court's February 7, 2023, Show Cause Hearing. *See* Doc. 15511.