## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION ""N" (5) HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Marsha A. Wright v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* C.A. No: 2:17-cv-10394 | | |

### MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, Marsha A. Wright, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Angela Harvey on behalf of her deceased sister, Marsha A. Wright, in the above-captioned cause for the following reasons:

1. On October 10, 2017, Marsha A. Wright filed a products liability lawsuit in the above-referenced matter.

2. On February 18, 2021, Marsha A. Wright passed away.

3. Plaintiff filed a Suggestion of Death on August 1, 2023. *See* Doc. No.16231.

4. Marsha A. Wright's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Angela Harvey, surviving sister of Marsha A. Wright, is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of her sister in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: August 18, 2023

**WILLIAMS HART & BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: August 18, 2023

**WILLIAMS HART & BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*