## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | | HON. JUDGE JANE TRICHE MILAZZO |
| *Clara Copeland v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* *C.A. No: 2:17-cv-15368* | | MAG. JUDGE MICHAEL NORTH |

### MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, Clara Copeland, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and moves this Court for an order substituting Carla Copeland on behalf of her deceased mother, Clara Copeland, in the above-captioned cause for the following reasons:

1. On December 7, 2017, Clara Copeland filed a products liability lawsuit in the above-referenced matter.

2. On February 28, 2021, Clara Copeland passed away.

3. Plaintiff filed a Suggestion of Death on August 10, 2023. *See* Doc. No. 16298.

4. Clara Copeland's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Carla Copeland, surviving daughter of Clara Copeland, is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of her mother in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: August 18, 2023

**WILLIAMS HART & BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

DATED: August 18, 2023

**WILLIAMS HART & BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*