## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** | | HON. JUDGE JANE TRICHE MILAZZO |
| *Tonya McClary v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al* *C.A. No: 2:17-cv-11967* | | MAG. JUDGE MICHAEL NORTH |

### MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for plaintiff, Tonya McClary, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Rodney McClary on behalf of his deceased wife, Tonya McClary, in the above-captioned cause for the following reasons:

1. On November 7, 2017, Tonya McClary filed a products liability lawsuit in the above-referenced matter.

2. On July 23, 2021, Tonya McClary passed away.

3. Plaintiff filed a Suggestion of Death on August 10, 2023. *See* Doc. No. 16299.

4. Tonya McClary's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Rodney McClary, surviving spouse of Tonya McClary is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of his wife in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: August 18, 2023

**WILLIAMS HART & BOUNDAS, LLP**

*/s/ Brian A. Abramson*
Brian A. Abramson, Esq.
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Phone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      DATED: August 18, 2023

**WILLIAMS HART & BOUNDAS, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson, Esq.
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226
Email: babramson@whlaw.com
*Attorney for Plaintiff*