UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Case Management Order No. 35 and MDL Nos.:<br>　2:19-cv-4339,<br>　2:19-cv-09602,<br>　2:19-cv-09607,<br>　2:19-cv-09586, and<br>　2:19-cv-09599. | MDL No. 16-2740<br><br>Section: "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO |

**WITHDRAWAL OF MOTION TO RECONSIDER (DKT. NO. 16172)**

Plaintiffs Brenda McLaney (MDL No. 2:19-cv-4339), Madeline DelPlato (MDL No. 2:19-cv-09602), Dianna Jarrett (MDL No. 2:19-cv-09607), Joanne Sells (MDL No. 2:19-cv-09611), Justine Stewart (MDL No. 2:19-cv-09586), and Merri Scott (MDL No. 2:19-cv-09586) (collectively "Plaintiffs"), by their counsel, respectfully withdraw their Motion to Reconsider (Dkt. No. 16172), filed July 14, 2023, in which they asked the Court to reconsider the earlier ruling at Dkt. 16056.

The motion to reconsider has been opposed but is not ruled upon.

On August 22, 2023, undersigned counsel reviewed the Court's ruling at Dkt. 16327 addressing similar issues in other cases. In consideration of this ruling, counsel concludes that further motion practice by these plaintiffs is not warranted and accordingly, the motion to reconsider is withdrawn.

WHEREFORE, Plaintiffs Brenda McLaney (MDL No. 2:19-cv-4339), Madeline DelPlato (MDL No. 2:19-cv-09602), Dianna Jarrett (MDL No. 2:19-cv-09607), Joanne

Sells (MDL No. 2:19-cv-09611), Justine Stewart (MDL No. 2:19-cv-09586), and Merri Scott (MDL No. 2:19-cv-09586) respectfully request that the Court allow Plaintiffs to withdraw their Motion to Reconsider (Dkt. No. 16172) filed on July 14, 2023.

Dated: August 23, 2023         Respectfully submitted,

Brenda McLaney (MDL No.: 2:19-cv-4339)
Madeline DelPlato (MDL No.: 2:19-cv-09602)
Dianna Jarrett (MDL No.: 2:19-cv-09607)
Joanne Sells (MDL No.: 2:19-cv-09611)
Justine Stewart (MDL No.: 2:19-cv-09586)


By: */s/ Carmen D. Caruso*

Carmen D. Caruso (IL Bar # 6189462)
CARMEN D. CARUSO LAW FIRM
77 West Washington St., Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

*Attorney for:*
Brenda McLaney (MDL No.: 2:19-cv-4339)
Madeline DelPlato (MDL No.: 2:19-cv-09602)
Dianna Jarrett (MDL No.: 2:19-cv-09607)
Joanne Sells (MDL No.: 2:19-cv-09611)
Justine Stewart (MDL No.: 2:19-cv-09586)

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was filed on August 23, 2023.  Notice of this filing will be sent to these parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Carmen D. Caruso*
Carmen D. Caruso
