UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases. | ) | |

### ORDER

**IT IS ORDERED** that oral argument on Defendants' Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Doc. 16169) is **SET** for **September 19, 2023, at 9:30 a.m.**

New Orleans, Louisiana, this 25th day of August, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**