**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL) )  MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
           )  SECTION: "H" (5)
           )
This document relates to all cases. )

## ORDER

Before the Court is a Consent Motion to Substitute Exhibits in Plaintiffs' Opposition to Defendant Sanofi's Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Doc. 16283);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's Office is instructed to remove Record Documents 16238-5, 16238-8, 16238-11, 16238-13, 16238-14, 16238-16, 16238-18, 16238-20, 16238-22, 16238-24, 16238-27, and 16238-29 from the docket and substitute the documents attached to Plaintiffs' Consent Motion To Substitute Exhibits in Plaintiffs' Opposition to Defendant Sanofi's Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Rec. Doc. 16238) in their place.

New Orleans, Louisiana, this 25th day of August, 2023.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE