UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases. | | |

## ORDER

Before the Court is a Motion for Leave to File Reply Memorandum in Support of Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Doc. 16309);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's Office is instructed to file the Reply Memorandum (Doc. 16309-2) into the record.

New Orleans, Louisiana, this 25th day of August, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**