UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| Brenda McLaney, 19-4339 ) | |
| Madeline DelPlato, 19-09602 ) | |
| Dianna Jarrett, 19-09607 ) | |
| Joanne Sells, 19-09611 ) | |
| Justine Stewart, 19-09586 ) | |
| Merri Scott, 19-09599 ) | |

## ORDER

Before the Court is a Motion to Withdraw (Doc. 16334) an earlier filed Motion to Reconsider (Doc. 16172);

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**. The Clerk's Office is instructed to terminate the Motion to Reconsider (Doc. 16172).

New Orleans, Louisiana, this 30th day of August, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**