UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases. | ) | |

# ORDER

This Court issued directives to certain plaintiffs at the Show Cause hearing held on July 11, 2023. The Plaintiffs identified on Exhibit A failed to comply with those directives within 30 days of the Hearing (by August 10, 2023). *See generally*, Transcript of July 11, 2023 Show Cause Hearing (Rec. Doc. 16199). Accordingly;

**IT IS ORDERED** that the cases listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** for failure to comply with this Court's Orders.[1]

New Orleans, Louisiana, this 30th day of August, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that it is conducting further inquiry into the following matters: June Rittscher, Catherine Thomas, Brenda Zurlo, Nicole Lucas, Vivian Burgan, Janice Caudle, Barbara Dannhardt, and Erica Liberman.

## Exhibit A

|    | **Plaintiff Name** | **Plaintiff Counsel** | **MDL Case No.** |
|----|--------------------|-----------------------|------------------|
| 1  | Bennett, Arezinia  | MacArthur, Heder, & Metler | 19-cv-11259 |
| 2  | Loveless, Lydedra  | Marc J. Bern & Partners | 18-cv-01167 |
| 3  | Stewart, Catherine | McGartland Law Firm; Pendley Baudin & Coffin | 18-cv-09210 |
| 4  | Spencer, Celia     | Rosen Harwood         | 20-cv-00045      |
| 5  | Meadows, Mary      | Seithel Law           | 18-cv-02216      |
| 6  | Elkins, Cleo       | The Goss Law Firm     | 16-cv-16657      |
| 7  | Gadsden, Angela    | Zoll & Kranz          | 17-cv-13763      |
| 8  | Murphy, Beverly    | Zoll & Kranz          | 17-cv-13471      |
| 9  | Coleman, Marshell  | Zoll & Kranz          | 17-cv-13454      |
| 10 | Weathers, Willie M.| Zoll & Kranz          | 17-cv-11631      |
| 11 | Hartso, Lenora     | Zoll & Kranz          | 16-cv-17984      |
| 12 | Kout, Adrienne     | Zoll & Kranz          | 17-cv-13386      |
| 13 | Middleton, Crystal | Zoll & Kranz          | 17-cv-13600      |
| 14 | Polk, Latoshia     | Zoll & Kranz          | 17-cv-13036      |

|    | **Plaintiff Name**          | **Plaintiff Counsel**                                        | **MDL Case No.** |
|----|-----------------------------|--------------------------------------------------------------|------------------|
| 15 | Smith-Jackson, Valerie      | Carey Danis & Lowe                                           | 18-cv-13389      |
| 16 | Deggs, Ernestine            | Pulaski Kherker (formerly represented by Fernelius Simon)    | 17-cv-00588      |
| 17 | Thompson, Teresa            | Fernelius Simon                                              | 17-cv-11498      |
| 18 | Blakley, Anita              | Milberg                                                      | 18-cv-12115      |
| 19 | Carroll, Linda              | Napoli Shkolnik                                              | 19-cv-10684      |
| 20 | Theresa, Prag               | Napoli Shkolnik                                              | 19-cv-10873      |
| 21 | Rooney, Donna               | Finson Law Firm                                              | 20-cv-02664      |
| 22 | White, Geraldine            | Gainsburgh Benjamin                                          | 17-cv-12548      |
| 23 | Colton, Gloria              | Atkins & Markoff                                             | 17-cv-14235      |
| 24 | Whitted, Patricia           | Atkins & Markoff                                             | 18-cv-12629      |
| 25 | Haney, Sarah                | Nachawati Law                                                | 22-cv-02859      |
| 26 | Coleman, Sandra             | Allan Berger & Assoc.                                        | 17-cv-09118      |
| 27 | Dillard Singleton, Wonza    | Allan Berger & Assoc.                                        | 17-cv-04891      |
| 28 | Guilbeau, Janice            | Allan Berger & Assoc.                                        | 17-cv-05781      |

|    | **Plaintiff Name** | **Plaintiff Counsel** | **MDL Case No.** |
|----|---|---|---|
| 29 | Mccrea, Zannette | Allan Berger & Assoc. | 17-cv-04817 |
| 30 | Smith, Cuedette | Allan Berger & Assoc. | 17-cv-04707 |
| 31 | Newcomb, Rosemarie | Johnson Law Group | 17-cv-12968 |
| 32 | Wells, Madeline | Johnson Law Group | 17-cv-07196 |
| 33 | Sand, Jacqueline | Bachus & Schanker/Lowe Law Group | 17-cv-10800 |
| 34 | Grace, Tamika | Bachus & Schanker | 16-cv-17050 |
| 35 | Sheard, Lisa | Bachus & Schanker | 17-cv-10657 |
| 36 | Jackson, Kim | Bachus & Schanker | 17-cv-07737 |
| 37 | Karam, Rosemary | Bachus & Schanker | 17-cv-10716 |
| 38 | Podesta, Barbara | Bachus & Schanker | 17-cv-09541 |
| 39 | Sampson, Shirley | Bachus & Schanker | 17-cv-10778 |
| 40 | Shea, Barbara | Bachus & Schanker | 16-cv-17497 |
| 41 | Hilley, Margarette | Bachus & Schanker | 17-cv-14776 |

4