MINUTE ENTRY
August 30, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |

16-15607, 16-15859, 16-15397, 18-3857,
16-17410, 18-7702, 16-16144, 16-15283,
17-7918, 16-16635, 17-5923, 18-11728,
17-10817, 17-11769, 18-9799

  As discussed at the Bill of Costs Status Conference held on July 27, 2023, the parties were to advise the Clerk of Court no later than August 1, 2023, if any issues relating to the pending Bills of Costs and Motions for Taxation could be resolved. Additional briefing on unresolved matters was to be filed not later than August 11, 2023, and responses or replies were due no later than August 18, 2023. The parties were subsequently given an extension until August 25, 2023, to continue their settlement discussions as well as an extension of the briefing period through September 1, 2023.

  The parties have now requested an additional two weeks to confer and consider the Clerk of Court's guidance as to potential resolution of the pending Bill of Costs and Motions for Taxations of Costs. Accordingly, the parties are granted an extension through **September 11, 2023,** to continue their efforts toward a resolution of the pending bills of cost. If a settlement is not reached on the bill of costs issues, additional briefing is to be filed not later than September 14, 2023, with any responses or replies due on September 18, 2023.

  Signed in New Orleans, Louisiana this 30th day of August, 2023.

CAROL L. MICHEL
Clerk of Court