# United States Court of Appeals
## for the Fifth Circuit

---

No. 23-30516

---

A True Copy
Certified order issued Aug 25, 2023

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

---

BLYNDA KAY SMITH,

        *Plaintiff—Appellant*,

versus

SANOFI-AVENTIS, U.S., L.L.C.,

        *Defendant—Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:17-CV-617

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 25, 2023, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with the court reporter.

No. 23-30516

LYLE W. CAYCE<br>
Clerk of the United States Court<br>
of Appeals for the Fifth Circuit

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT