# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 25, 2023

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 23-30516   Smith v. Sanofi-Aventis, U.S.
                            USDC No. 2:16-MD-2740
                            USDC No. 2:17-CV-617

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Shea E. Pertuit, Deputy Clerk
                            504-310-7666

cc w/encl:
    Mr. Lawrence Joseph Centola III
    Ms. Ilana H. Eisenstein
    Ms. Rachel Horton
    Mr. Bradley S. Thomas