UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Melodie Wells Smith, 18-14198 Helen Lange, 18-00103 Mary Osterberg, 18-08934 Patricia Newsome, 19-11478 | ) ) ) ) ) | |

## ORDER

Before the Court is a Motion for Leave to Extend the Time for Plaintiff to Comply with CMO 35 (Doc. 14807) filed by Plaintiff Melodie Wells Smith, a Motion to Extend Time to Serve Summons and Complaint (Doc. 14852) filed by Plaintiff Helen Lange, a Motion to Extend Time to Serve Summons and Complaint (Doc. 14856) filed by Plaintiff Mary Osterberg, and a Motion for Leave to Request to Extend Time for Plaintiff to Comply with CMO No. 35 (Doc. 15296) filed by Plaintiff Patricia Newsome;

**IT IS ORDERED** that these Motions are **DISMISSED AS MOOT**, in light of this Court's Order and Reasons granting Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer, Inc.'s Motion to Dismiss (Doc. 16337), this Court's Order and Reasons granting Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s Motion to Dismiss (Doc. 16327), and this Court's Order and Reasons granting Defendant Sandoz Inc.'s Motion to Dismiss (Doc. 16341).

New Orleans, Louisiana, this 30th day of August, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE