UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Janis Griffin, 17-10018 | ) ) | |

# ORDER

Before the Court is a Motion for Extension of Deadlines filed by Plaintiff Janis Griffin (Doc. 15420);

**IT IS ORDERED** that the Motion is **DENIED AS MOOT**, in light of the July 20, 2023, dismissal of Plaintiff Janis Griffin's case (Doc. 16200).

New Orleans, Louisiana, this 31st day of August, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE