# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Judith Ellshoff v. Sanofi U.S. Services, Inc., et al.*<br>*Case No. 2:18-cv-07034* | : : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## DEFENDANT ACCORD HEALTHCARE INC.'S
## MOTION TO DISMISS PURSUANT TO RULE 25

Defendant Accord Healthcare, Inc. ("Accord"), by and through its attorneys, respectfully moves this Court to dismiss this lawsuit pursuant to Fed. R. Civ. P. 25(a). Despite the filing of a Suggestion of Death on May 24, 2023, no motion to substitute has been filed, no motion for extension of time has been brought, and no showing of excusable neglect has been made. Thus, dismissal is warranted. A Memorandum in Support of this Motion is attached and incorporated herein.

DATED: September 1, 2023

/s/ *Brenda A. Sweet*
Julie A. Callsen (0062287)
Brenda A. Sweet (0085909)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:     216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

1

6147435.1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

| | |
|---|---|
| DATED:  September 1, 2023 | */s/ Brenda A. Sweet*<br>*One of the Attorneys for Defendant Accord Healthcare, Inc.* |