UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Judith Ellshoff v. Sanofi U.S. Services, Inc., et al.* *Case No. 2:18-cv-07034* | : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF SUBMISSION FOR ITS MOTION TO DISMISS PURSUANT TO RULE 25

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. ("Accord") will bring for submission its *Motion to Dismiss Pursuant to Rule 25* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 27th day of September, 2023.

DATED: September 1, 2023

/s/ *Brenda A. Sweet*
Julie A. Callsen (0062287)
Brenda A. Sweet (0085909)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  September 1, 2023            */s/ Brenda A. Sweet*
                                                  *One of the Attorneys for Defendant Accord Healthcare, Inc.*