UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Judith Ellshoff v. Sanofi U.S. Services, Inc., et al.* *Case No. 2:18-cv-07034* | : : : : | |

**PROPOSED ORDER**

Considering the foregoing Defendant Accord Healthcare, Inc.'s Motion to Dismiss Pursuant to Rule 25:

**IT IS ORDERED** that the Defendant Accord Healthcare, Inc.'s Motion to Dismiss is GRANTED and Plaintiffs' claims are dismissed with prejudice at Plaintiffs' cost.

New Orleans, Louisiana, this _____ day of _____, 2023.

DATED: _____, 2023

_____
JUDGE JANE TRICHE MILAZZO

1

6147419.1