UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| **This document relates to:** Dolores Romero, 17-6411 | | |

# ORDER

Before the Court is a Motion for Substitution of a Party Pursuant to Rule 25(a)(1) and Suggestion of Death (Doc. 16302);

**IT IS ORDERED** that the Motion is **GRANTED** and that Richard Romero on behalf of himself and his minor child, Chastity, Cortney Romero, and Carlos Sepulveda, on behalf of Dolores Romero, be substituted as Plaintiffs herein.

New Orleans, Louisiana, this 1st day of September, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE