UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Suzanne Dondrea, 17-09572 | ) ) ) | |

## ORDER

Before the Court is a Motion for Substitution of Party (Doc. 16320);

**IT IS ORDERED** that the Motion is **GRANTED** and that Robert Dondrea, on behalf of Suzanne Dondrea, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 1st day of September, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**