UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Jeannette Garcia, 19-12778 | ) ) | |

## ORDER

Before the Court is a Motion for Substitution of Proper Party (Doc. 16333);

**IT IS ORDERED** that the Motion is **GRANTED** and that Andrew Garcia, on behalf of Jeannette Garcia, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 1st day of September, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE