**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **Cases listed on Exhibit A, attached.** | ) | |

<u>**ORDER**</u>

Before the Court is a Motion to Withdraw Counsel of Record (Doc. 16318);

**IT IS ORDERED** that the Motion is **GRANTED**, and that Claire E. Kreider and the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. are withdrawn as counsel of record for the Plaintiffs in each of the cases listed on Exhibit A, and that they be removed from all service lists as counsel for the Plaintiffs in each of the cases listed on Exhibit A.

**IT IS FURTHER ORDERED** that Attorney Matthew Palmer Lambert and the law firm of Pendley, Baudin & Coffin, L.L.P. shall remain counsel of record for the Plaintiffs in each of the cases listed on Exhibit A.

New Orleans, Louisiana, this 1st day of September, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**Exhibit A**

| Plaintiff Last Name | Plaintiff First Name | Case Numbers |
|---|---|---|
| Brooks (D) | Diane | 2:20-cv-00109 |
| Cook | Casey | 2:20-cv-00075 |
| Cowan | Candice | 2:17-cv-12540 |
| Doherty | Lori | 2:20-cv-00167 |
| Finn | Jeannette | 2:20-cv-00351 |
| Goins | Felecia | 2:17-cv-12542 |
| Hashmi | Shaheen | 2:17-cv-13483 |
| Jones | Cheryl | 2:17-cv-12907 |
| Kelly | Patricia | 2:20-cv-00056 |
| King | Michelle | 2:17-cv-13490 |
| Knowles | Denese | 2:17-cv-13494 |
| McGowan | Juanita | 2:20-cv-00063 |
| McKinney | Camille | 2:17-cv-13504 |
| Miller | Sherry | 2:20-cv-00120 |
| Morton | Sharon | 2:20-cv-00122 |
| Newbern | Nancy | 2:18-cv-04582 |
| Schlaepfer | Reba | 2:17-cv-12926 |
| Sharp | Gail | 2:19-cv-11730 |
| Shorter | Rose | 2:20-cv-00126 |
| Stangelo-Moore | Stephanie | 2:20-cv-00130 |
| Walker | Lisa | 2:20-cv-00067 |
| Walton | Mary Kate | 2:20-cv-00131 |
| White | Geraldine | 2:17-cv-12548 |
| Whitlow | Joyce | 2:17-cv-12930 |