# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 29, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30516   Smith v. Sanofi-Aventis, U.S.
                   USDC No. 2:16-MD-2740
                   USDC No. 2:17-CV-617

The court has granted appellant's motion to reinstate the appeal.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Lawrence Joseph Centola III
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Ms. Carol L. Michel
Mr. Bradley S. Thomas