MINUTE ENTRY
NORTH, M.J.
AUGUST 31, 2023

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                    MDL NUMBER:  2740
        PRODUCTS LIABILITY
        LITIGATION                              SECTION: "H"(5)

THIS DOCUMENT RELATES TO:
16-17039

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:     Chris Coffin          Douglas Moore

Negotiations were successful and resulted in the settlement of Plaintiff's claims.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANE TRICHE MILAZZO

MJSTAR (01:45)