UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>SECTION "H" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | Civil Action No.:   2:18-cv-08450 |
| THIS DOCUMENT RELATES TO:<br>Gertrude Sivels v. Sanofi US Services, Inc., et al. | |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), Counsel suggests upon the record the death of Plaintiff Gertrude Sivels. Ms. Sivels passed away on December 23, 2021, during the pendency of this action.

        Respectfully submitted.

        By:  */s/ Karen Barth Menzies*
        Karen Barth Menzies (*pro hac vice*)
        Cal. Bar No. 180234
        **GIBBS LAW GROUP LLP**
        1111 Broadway, Suite 2100
        Oakland, CA 94607
        Telephone: (510) 350-9240
        Facsimile: (510) 350-9701
        Email:  kbm@classlawgroup.com

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on September 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 7, 2023

By: <u>/s/ *Karen Barth Menzies*</u>
Karen Barth Menzies (*pro hac vice*)
Cal. Bar No. 180234
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9240
Facsimile: (510) 350-9701
Email: kbm@classlawgroup.com
