UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>ELIZABETH GUARDIOLA v. PFIZER INC. | Civil Action No.: 2:19-cv-14359-JTM-MBN |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, by and through counsel, respectfully seeks leave of Court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion. Plaintiff's counsel conferred with Defense counsel, who agree in the interest of judicial economy not to oppose this motion, with the understanding and agreement that Defendants reserve their rights to assert all defenses, including but not limited to defense based on statute of limitations, jurisdiction, and service of process, at another stage in this lawsuit.

Dated September 8, 2023.

                                                 **BACHUS & SCHANKER, LLC**
                                                 By: _/s/ J. Christopher Elliott_
                                                 J. Christopher Elliott, Esq.
                                                 Bachus & Schanker, LLC
                                                 950 17th Street, Suite 1050
                                                 Denver, CO 80202
                                                 Telephone: (303)893-8900

                                                  Facsimile: (303) 893-9900
                                                  Email: celliott@coloradolaw.net

                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  *s/J. Christopher Elliott*
                                                  J. Christopher Elliott