# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br><br>EDITH BELL v. SANOFI US SERVICES INC, ET AL. | Civil Action No.: 2:19-cv-07553-JTM-MBN |

# NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form Complaint is hereby set for submission before District Court Milazzo on September 27, 2023, at 9:30 a.m.

Dated September 8, 2023.

                                                        **BACHUS & SCHANKER, LLC**
                                                        By:  */s/ J. Christopher Elliott*
                                                        J. Christopher Elliott, Esq.
                                                        Bachus & Schanker, LLC
                                                        950 17th Street, Suite 1050
                                                        Denver, CO 80202
                                                        Telephone: (303)893-8900
                                                        Facsimile: (303) 893-9900
                                                        Email: celliott@coloradolaw.net
                                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/J. Christopher Elliott*

J. Christopher Elliott, Esq.
