MINUTE ENTRY
MILAZZO, J.
September 11, 2023

JS-10:00:10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| This document relates to: *Marcella Lacy v. Sanofi*, 2:18-cv-08404 | ) ) ) | |

## MINUTE ENTRY

On September 11, 2023, the Court held a telephone conference with David L. Friend, counsel for Plaintiff, Marcella Lacy, ("Plaintiff Lacy"), and Jordan C. Baehr, counsel for Defendants, Sanofi U.S. Services Inc. and sanofi-aventis U.S., LLC (collectively "Sanofi"), to discuss the parties' letter briefing updating the Court as to Plaintiff Lacy's efforts to obtain product ID in compliance with CMO 12(A) [Rec. Doc. 3492].

On September 5, 2023, as discussed at the July 11, 2023 Show Cause Hearing [Rec. Doc. 16199], counsel for Sanofi submitted letter briefing to the Court notifying the Court that Plaintiff Lacy had not obtained product ID in compliance with CMO 12(A), that no status report had been filed, and requesting that Plaintiff Lacy's claims be dismissed with prejudice due to same. On September 6, 2023, counsel for Plaintiff Lacy submitted responsive letter briefing informing the Court that efforts to obtain product ID were ongoing. At the September 11, 2023 telephone conference, counsel

for Plaintiff Lacy informed the Court, and counsel for Sanofi agreed, that product ID was subsequently obtained.

**CONSIDERING** the Court's discussion with counsel, **IT IS ORDERED** that Sanofi's request to dismiss Plaintiff Lacy's claims with prejudice is **DENIED AS MOOT.**

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE