UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABLITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2740 |
| | | Section "H" (5) |
| **This Document Relates to:** | | Judge Milazzo Mag. Judge North |
| Doreen A. Headley; 2:17-cv-12171 | | **NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 12th day of September 2023.

/s/ *Bobby J. Bell, Jr.*
Bobby J. Bell, Jr.
Hollis Wright & Clay, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Tel: (205) 324-3600
Fax: (205) 324-3636
bob@hollis-wright.com
Attorney for Plaintiff

**CERTFICATE OF SERVICE**

    I hereby certify that on September 12, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

    SO CERTIFIED this the 12th day of September, 2023.

/s/ *Bobby J. Bell, Jr.*
Bobby J. Bell, Jr.
Hollis Wright & Clay, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Tel: (205) 324-3600
Fax: (205) 324-3636
bob@hollis-wright.com