# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *Sonia Honaker v. Hospira, Inc.,* ) | |
| *et. al.*, 2:18-cv-10740 ) | |
| ) | |
| ) | |

## ORDER

**CONSIDERING** the Unopposed Motion for Leave to Withdraw as Counsel of Record [Rec. Doc. 15965], and corresponding Declaration of David C. Harman Regarding Service of Notice of Suggestion of Death on Sonia Honaker's Potential Successors filed in 2:18-cv-10740 [Rec. Doc. 5],

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**, and David C. Harman of the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C. is withdrawn as counsel of record for Plaintiff, Sonia Honaker.

New Orleans, Louisiana, this 12th day of September 2023.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**