UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Mary Encalarde v. Sanofi S.A., et al.,* Case No. 16-cv-15863-KDE-MBN | |

### NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A/ SANOFI-AVENTIS U.S. INC.; SANOFI-AVENTIS U.S. L.L.C.

PLEASE TAKE NOTICE that Plaintiff, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants in this matter except SANOFI US SERVICES INC. F/K/A/ SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. L.L.C., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 12th day of September 2023.

                                                Respectfully submitted,

                                                */s/ Betsy Barnes*
                                                Betsy Barnes, LA # 19473
                                                Morris Bart, LLC
                                                601 Poydras St., 24th Fl.
                                                New Orleans, LA 70130
                                                Phone: (504) 525-8000
                                                Fax: (833) 277-4214
                                                bbarnes@morrisbart.com