UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABLITY LITIGATION | ) MDL No. 2740 ) ) Section "H" (5) ) |
| **This Document Relates to:** | ) Judge Milazzo ) Mag. Judge North ) |
| Mamie Lamb; 2:17-cv-13995 | ) **NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** ) ) ) |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 14th day of September, 2023.

DAVIS & CRUMP, P.C.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street

        Gulfport, Mississippi 39501
        Phone: 228-863-6000
        Fax: 228-864-0907
        trevor.Rockstad@daviscrump.com

Attorney for Plaintiff

## **CERTFEICATE OF SERVICE**

  I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

  SO CERTIFIED this the 14th day of September 2023.

        /s/Trevor B. Rockstad
        TREVOR B. ROCKSTAD (MS Bar# 103614)
        DAVIS & CRUMP, P. C.
        2601 14th Street
        Gulfport, MS   39501
        Telephone: (228) 863-6000
        Facsimile: (228) 864-0907
        trevor.rockstad@daviscrump.com