UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740<br>:<br>: SECTION "H" (5)<br>: |
| THIS DOCUMENT RELATES TO:<br>*Frances Harper v. Hospital Inc., et al.,*<br><br>Civil Action No. 2:17-cv-0813 | : JUDGE MILAZZO<br>:<br>: MAG. JUDGE NORTH<br>: |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC. AND SANDOZ, INC.

Pursuant to CMO 12A, Plaintiff dismisses all defendants with prejudice, each party to bear its own costs with the exception of Hospira Worldwide, LLC. f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Sandoz, Inc..  Plaintiff seeks this partial dismissal pursuant to Paragraph 9 of Case Management Order 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not discussed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated:  9/14/2023			Respectfully submitted,

BY:	*/s/ Jim Reeves*
James R. Reeves, Jr., Esquire
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated: September 14, 2023

Respectfully submitted,

BY:  */s/ Jim Reeves*
James R. Reeves, Jr., Esquire
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS  39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com