Exhibit 1

**David Diamond**

| | |
|---|---|
| **From:** | David Diamond |
| **Sent:** | Friday, July 22, 2022 1:50 PM |
| **To:** | Kathy Hampton |
| **Cc:** | Jeff Jennings |
| **Subject:** | FW: Taxotere Communication No. 304 - Service of Complaints |

Kathy,

Please double check to make sure our service for each Taxotere client conforms to the service orders and let us know Tuesday at our call.

Jeff, please add this item to our agenda.

Thanks,





*Injury Lawyers Helping You*
Direct Dial: 520-909-0909
ddiamond@diamondlawusa.com
1700 E. River Road, #65237
Tucson, Arizona 85718
Toll Free: 1-800-966-5535
Facsimile: (520) 527-1074
www.diamondlawusa.com

#
*A Diamond is a chunk of coal that did well under pressure.* – Gen. George S. Patton

As part of the effort of Diamond Law/Personal Injury Advocates to help slow the spread of the coronavirus, we have closed our physical offices. Our employees are working remotely from home. All attorneys and staff have access to all files and can easily communicate by phone or email. We are requesting that all documents be sent to us electronically. All firm operations continue as usual. Thank you and stay well.

CONFIDENTIALITY: This email and any files transmitted with it are confidential and intended solely for the original recipient. If you are not the named addressee, you should not disseminate, distribute, copy, alter this email, or take any action in reliance on the contents.

**From:** taxotere <taxotere@bkc-law.com>
**Sent:** Friday, July 22, 2022 1:37 PM