Exhibit 2

**David Diamond**

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Tuesday, July 26, 2022 5:44 PM |
| **To:** | David Diamond |
| **Cc:** | Jeff Jennings |
| **Subject:** | RE: In Re Taxotere – New Document Available |

Yes….long ago! 😊



Kathy Hampton | Litigation Assistant to David J. Diamond

*Injury Lawyers Helping You*

Direct (520) 497-2678 | Toll Free (800) 966-5535 | Fax (520) 527-1074
Mailing Address 1700 E. River Road, #65237, Tucson, AZ 85718
khampton@diamondlawusa.com ◆ www.diamondlawusa.com

**From:** David Diamond <ddiamond@diamondlawusa.com>
**Sent:** Tuesday, July 26, 2022 1:58 PM
**To:** Kathy Hampton <khampton@diamondlawusa.com>
**Cc:** Jeff Jennings <jjennings@diamondlawusa.com>
**Subject:** FW: In Re Taxotere – New Document Available
**Importance:** High

Kathy,

Sorry if I already asked you this and you told me, but have we properly served all of the Ds in the Taxotere litigation?

*David J. Diamond, Esq.*



DIAMOND LAW USA
PERSONAL INJURY ADVOCATES LLP

*Injury Lawyers Helping You*
Direct Dial: 520-909-0909
ddiamond@diamondlawusa.com
1700 E. River Road, #65237
Tucson, Arizona 85718
Toll Free: 1-800-966-5535
Facsimile: (520) 527-1074
www.diamondlawusa.com

1



*A Diamond is a chunk of coal that did well under pressure.* – Gen. George S. Patton

As part of the effort of Diamond Law/Personal Injury Advocates to help slow the spread of the coronavirus, we have closed our physical offices. Our employees are working remotely from home. All attorneys and staff have access to all files and can easily communicate by phone or email. We are requesting that all documents be sent to us electronically. All firm operations continue as usual. Thank you and stay well.

CONFIDENTIALITY: This email and any files transmitted with it are confidential and intended solely for the original recipient. If you are not the named addressee, you should not disseminate, distribute, copy, alter this email, or take any action in reliance on the contents.

**From:** MDL Centrality <noreply1@mdlcentrality.com>
**Sent:** Tuesday, July 26, 2022 1:52 PM
**To:** David Diamond <ddiamond@diamondlawusa.com>
**Subject:** In Re Taxotere – New Document Available
**Importance:** High

A new document has been filed in MDL 2740 (In Re: Taxotere) and is available for your review. The details of the document are as follows:

**Docket Text:** CASE MANAGEMENT ORDER NO. 35: IT IS ORDERED that all Plaintiffs have until August 31, 2022, to effect service of process on all Defendants named in Plaintiffs respective Short Form Complaints, as stated herein. Signed by Judge Jane Triche Milazzo on 07/26/2022.(Reference: All Cases)(am)
**Docket Number:** 14456
**Filed by:**
**Date Filed:** 07/26/2022

This document is attached to this email. You can also access this document and all other filings by logging into MDL Centrality at www.mdlcentrality.com/.

MDL Centrality Administrator
**BROWN**GREER **PLC** 250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

▪