Exhibit 3

# David Diamond

| | |
|---|---|
| **From:** | Kathy Hampton |
| **Sent:** | Monday, October 10, 2022 11:38 AM |
| **To:** | David Diamond |
| **Subject:** | RE: Gilson-FW: Taxotere - Hospira's and Pfizer's Motion to Dismiss for Failure to Comply with CMO 35 |

GRRRRRRRRR!!!!! Remember when Tanya and Jacob were working on Taxotere? Jacob was doing PFS's, and ESI scrubs/certifications, and Tanya was tracking down the correct Defendant based on the records, and if it wasn't in the records she was contacting manufacturers, etc., and/or requesting affidavits and amending complaints based on her findings? There was an order requesting that Plaintiffs immediately do their due diligence to find the correct defendant, amend complaints and serve the amended complaint. Well..I looked into this. Apparently, Tanya amended the complaints but didn't serve the one in Gilson. The judge issued CMO 35 (no specific names attached) and said there were a bunch that had not been served and they had this second opportunity to get them served. They have a streamlined way to serve, which is via email. I'm going to serve Hospira right now, which is the defendant she identified in the amended complaint.



Kathy Hampton | Litigation Assistant to David J. Diamond

*Injury Lawyers Helping You*

Direct (520) 497-2678 | Toll Free (800) 966-5535 | Fax (520) 527-1074
Mailing Address 1700 E. River Road, #65237, Tucson, AZ 85718
khampton@diamondlawusa.com ◆ www.diamondlawusa.com

**From:** David Diamond <ddiamond@diamondlawusa.com>
**Sent:** Monday, October 3, 2022 12:04 PM
**To:** Kathy Hampton <khampton@diamondlawusa.com>
**Subject:** Gilson-FW: Taxotere - Hospira's and Pfizer's Motion to Dismiss for Failure to Comply with CMO 35

The Gilson case is on Exhibit A to be dismissed. What is the status?

Gilson v. Sanofi S.A. et al
Kathleen L Gilson
2:17-cv-14003 Goldberg & Osborne LLP (Tucson)
12/1/2017

*David J. Diamond, Esq.*



1