Exhibit 4



Service of Summons & Complaint for the following cases:

Hille, et al. v. Sanofi S.A., et al. (2:17-cv-14020)
Gilson v. Sanofi S.A., et al. (2:17-cv-14003)
Howard v. Sanofi S.A., et al. (2:17-cv-13950)
Ventura v. Sanofi S.A., et al. (2:17-cv-16022)
Woodyard v. Sanofi S.A., et al. (2:17-cv-14175)
Tanner v. Sanofi S.A., et al. (2:17-cv-14170)
Stewart, et al. v. Sanofi S.A., et al. (2:17-cv-14166)
Shumway, et al. v. Sanofi S.A., et al. (2:17-cv-14158)
Lee-Nunn, et al. v. Sanofi S.A., et al. (2:17-cv-14155)
Irino v. Sanofi S.A., et al. (2:17-cv-14144)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sanofi US Services Inc.
55 Corporate Drive
Bridgewater, NJ 08807

9590 9402 2829 7069 1699 06

2. Article Number (Transfer from service label)

7017 1070 0000 8466 7439

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  3/1/18

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sanofi-Aventis U.S. LLC
55 Corporate Drive
Bridgewater, NJ 08807

9590 9402 2829 7069 1698 69

Number (Transfer from service label)

1070 0000 8466 7422

3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  3/1/18

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt