## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Kathleen L. Gilson** | **CIVIL ACTION** |
| **PLAINTIFF(S)** | |
| | No.   2:17-cv-14003 |
| **VERSUS** | |
| | SECTION: _____ |
| **Hospira Inc., et al.** | |
| **DEFENDANT(S)** | |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff Gilson's F.R.C.P. 59(e) & 60(b) Motion for Reconsideration of the Court's Dismissal Order (Doc. 16337 & Gilson 12) **is hereby set for submission before District Judge/Magistrate Judge** Jane Triche Milazzo on September 20, 2023 at 9:30 a.m.

*/s/ David J. Diamond*
**(Signature)**

David J. Diamond, Esq.
**(Name)**

1700 E. River Road, #65237
**(Address)**

Tucson         AZ         85718
**(City)        (State)      (Zip)**

(520) 909-0909
**(Telephone)**

### CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on September 14, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David J. Diamond
David J. Diamond