IN THE UNITED DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>**TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Joanne Smialek v. Sanofi-Aventis, U.S., Inc. et al*<br>Case No.: 2:18-cv-6648 | **MDL No. 2740**<br><br>**Section "H" (5) JUDGE**<br><br>**MILAZZO MAG.**<br><br>**JUDGE NORTH** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Counsel for Plaintiff Joanne Smialek, and files this motion to substitute her surviving next of kin, Thomas Smialek, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Joanne Smialek, filed the present action in the United States District Court for the Eastern District of Louisiana on July 12, 2018.

2. Plaintiff Joanne Smialek died on May 21, 2019.

3. On July 6, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16081. Plaintiff's counsel recently learned the death of Joanne Smialek after filing the lawsuit.

4. Thomas Smialek, surviving son of Joanne Smialek, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Joanne Smialek and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff- decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

1

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute Thomas Smialek as the proper party plaintiff in this action.

Dated:   September 15, 2023

**Respectfully submitted,**
**MURRAY LAW FIRM**

*/s/ Robin Myers Primeau*
Robin Myers Primeau
Murray Law Firm
701 Poydras Street
Suite 4250
New Orleans, LA 70139
(T) 504-525-8100
(F) 504-584-5249
rmyers@murray-lawfirm.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forwarded this filing to all counsel of record registered to receive service in this MDL.

By:   */s/ Robin Myers Primeau*
      Robin Myers Primeau
      Murray Law Firm
      701 Poydras Street
      Suite 4250
      New Orleans, LA 70139
      (T) 504-525-8100
      (F) 504-584-5249
      rmyers@murray-lawfirm.com

      **ATTORNEY FOR PLAINTIFF**

3