# IN THE UNITED DISTRICT COURT
# EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:**<br><br>**TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Joanne Smialek v. Sanofi-Aventis, U.S., Inc. et al*<br>Case No.: 2:18-cv-6648 | **MDL No. 2740**<br><br>**Section "H" (5) JUDGE**<br><br>**MILAZZO MAG.**<br><br>**JUDGE NORTH** |

## ORDER

    IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Thomas Smialek, on behalf of Joanne Smialek, is substituted as Plaintiff in the above referenced action.

    New Orleans, Louisiana, this _____ day of _____ , 2023.

                                                                                      _____
                                                                                     The Honorable Jane T. Milazzo