**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: TAXOTERE (DOCETAXEL)**          MDL NO. 2740
**PRODUCTS LIABILITY LITIGATION**

                                        SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Sylvia Hill
Case No.: 2:18-cv-11959

---

**PLAINTIFF'S MOTION TO SUBSTITUTE GARCIEL HILL, BRIAN KELLY, KELVIN HILL, & DAVID HILL ON BEHALF OF SYLVIA HILL**

---

COMES NOW, Plaintiff Sylvia Hill and files this motion to substitute her surviving heirs, Garciel Hill, Brian Kelly, Kelvin Hill, and David Hill, as the proper plaintiffs pursuant to Federal Rule of Civil Procedure 25(a)(1).  In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Sylvia Hill filed the present action in the United States District Court for the Eastern District of Louisiana on November 10, 2018;

2. Plaintiff Sylvia Hill died on June 8, 2022;

3. On June 30, 2023, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Garciel Hill, Brian Kelly, Kelvin Hill, and David Hill are the surviving heirs and proper party plaintiffs pursuant to the laws of the Washington District of Columbia.

5. Plaintiff is proceeding with this Motion through the surviving heirs and proper party plaintiffs.

Plaintiff respectfully requests that Garciel Hill, Brian Kelly, Kelvin Hill, and David Hill be substituted as the proper Plaintiffs pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: September 15, 2023                    **JOHNSON BECKER, PLLC**

                                             s/ Lisa Ann Gorshe
                                             Lisa Ann Gorshe, Esq. (MN Bar #029522X)
                                             Johnson Becker, PLLC
                                             444 Cedar Street, Suite 1800
                                             Saint Paul, MN 55101
                                             Phone: (612) 436-1800
                                             Fax: (612) 436-1801
                                             lgorshe@johnsonbecker.com

                                             **Attorney for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 15, 2023, I filed the above document with the Court via the

Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
