**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** ) | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | SECTION "H" (5) |
| ) | JUDGE MILAZZO |
| ) | MAG. JUDGE NORTH |
| This Document Relates to Plaintiff: ) | |
| ) | |
| Sylvia Hill ) | |
| Case No. 2:18-cv-11959 ) | |

**ORDER**

IT IS ORDERED that the Motion to Substitute Plaintiff is GRANTED, and Garciel Hill, Brian Kelly, Kelvin Hill, and David Hill, on behalf of Sylvia Hill, are substituted as Plaintiffs in the above referenced action.

SO ORDERED this ____ day of _____, 20____.

_____
The Honorable Jane T. Milazzo