UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Deborah J. Dunn, 2:17-cv-12104* | ) ) | Judge Jane Triche Milazzo |
| | ) ) | Magistrate Judge North |
| | ) | |

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW, through undersigned counsel, Plaintiff, who respectfully moves this Court for an order substituting Glasheca Torres, as Plaintiff for Deborah J. Dunn, her deceased mother, for the following reasons:

1. The above captioned lawsuit was filed on November 8, 2017 on behalf of Deborah J. Dunn.

2. Deborah J. Dunn passed away on November 29, 2022, during the pendency of this action, as reported to this Court in the attached Suggestions of Death filed on July 27, 2023. *See* Exhibit 1.

3. Glasheca Torres is the surviving daughter of Deborah J. Dunn and is the proper party to substitute as Plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Glasheca Torres respectfully requests that she be substituted as Plaintiff on behalf of Deborah J. Dunn, her deceased mother.

1

Dated: September 15, 2023

        Respectfully submitted,

        */s/ Samuel M. Wendt*
        Samuel M. Wendt, Esq.
        MO Bar # 53573
        **WENDT LAW FIRM, P.C.**
        4717 Grand Avenue, Suite 130
        Kansas City, Missouri 64112
        Telephone: (816) 531-4415
        Facsimile: (816) 531-2507
        Email: sam@wendtlaw.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ Samuel M. Wendt*
        Samuel M. Wendt, Esq.