# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO *Deborah J. Dunn, 2:17-cv-12104* | ) ) ) ) ) ) | Judge Jane Triche Milazzo  Magistrate Judge North |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff,

IT IS ORDERED that Glasheca Torres, as legal successor of Deborah J. Dunn, be substituted as Plaintiff on behalf of Deborah J. Dunn.

New Orleans, Louisiana, this _____ day of _____, 2023.

                                                              _____
                                                              **JUDGE**

1