UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> *Clare Wyatt v. Sanofi S.A., et. al* <br> Civil Action No.: 2:17-cv-08975 | JUDGE MILAZZO <br> MAG. JUDGE NORTH |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 19th day of September 2023

/s/Paige N. Boldt
Paige N. Boldt
Texas Bar No. 24082626
Mikal C. Watts
Texas Bar No. 20981820
Watts Guerra LLP
875 E Ashby Pl Suite 1200
San Antonio, TX 78212
Tel: 866-529-9100
Fax: 210-448-0501
Email: pboldt@wattsguerra.com
Email: efilemcwatts@wattsguerra.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 19, 2023

/s/ Paige N. Boldt
Paige N. Boldt
WATTS GUERRA LLC
875 E Ashby Pl Suite 1200
San Antonio, TX 78212
Tel: 210.448.0500
Fax: 210.448.0501
pboldt@wattsguerra.com