UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "H" (5) JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: *Pat Henderson v. Sanofi S.A., et al.*; Civil Action No. 2:17-cv-6257 | | MAG. JUDGE MICHAEL B. NORTH |

## MOTION FOR SUBSITUTION OF PROPER PARTY

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Bambi Willis on behalf of her deceased mother Pat Henderson, in the above-captioned cause for the following reasons:

1. On June 28, 2017, Pat Henderson filed a products liability lawsuit in the above-referenced matter.

2. On June 30, 2022, Pat Henderson passed away.

3. Plaintiff filed a Notice and Suggestion of Death on June 29, 2023. *See* R. Doc. 16029

4. Pat Henderson's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Bambi Willis, surviving daughter of Pat Henderson is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of her mother in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: September 19, 2023.

- 2 -

        Respectfully submitted,
        BRUNO & BRUNO

        */s/ Markita S. Hawkins*
        JOSEPH M. BRUNO (Bar Roll No. 3604)
        MARKITA HAWKINS (Bar Roll No. 35812)
        855 Baronne Street
        New Orleans, LA 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com
                mhawkins@brunobrunolaw.com
        ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: September 19, 2023

                        Respectfully submitted,
                        BRUNO & BRUNO

                        */s/ Markita S. Hawkins*
                        JOSEPH M. BRUNO (Bar Roll No. 3604)
                        MARKITA HAWKINS (Bar Roll No. 35812)
                        855 Baronne Street
                        New Orleans, LA 70113
                        Telephone: (504) 525-1335
                        Facsimile: (504) 561-6775
                        Email: jbruno@brunobrunolaw.com
                                     mhawkins@brunobrunolaw.com
                        ***Attorneys for Plaintiff***