UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2740 SECTION "H" (5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL B. NORTH |
| THIS DOCUMENT RELATES TO: *Pat Henderson v. Sanofi S.A., et al.*; Civil Action No. 2:17-cv-6257 | | |

## ORDER GRANTING SUBSITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDER that Plaintiff's Motion for Substitution of Proper Party is GRANTED, and that Bambi Willis, on behalf of her deceased mother, Pat Henderson, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this _____ day of _____, 2023.

_____
Honorable Jane T. Milazzo
United States District Judge