UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *Donna Walker v. Hospira Worldwide LLC, et al.,* Civil Action No.: 2:17-cv-12240 | HON. JANE TRICHE MILAZZO |

_____

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Defendants sanofi-aventis U.S. LLC, and Sanofi US Services Inc., hereby oppose Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 16370) for the reasons stated in Defendants' Letter Brief in Opposition to Untimely Motions for Leave to File Amended Complaint and in Support of Dismissal (July 14, 2023). *See also, e.g.,* Hr'g Tr 8:17-9:3 (July 11, 2013).

Ms. Walker was treated with Taxotere from June 2, 2008 to September 12, 2008. Ms. Walker filed suit on November 11, 2017, against Hospira Worldwide and other defendants—but not Sanofi—despite knowing that her treatment dates constituted product identification information implicating Sanofi under CMO 12A. In addition, on May 15, 2017, Ms. Walker had been faxed a Statement Regarding Chemotherapy Drug Administered indicating treatment with Sanofi Taxotere in 2008. *See* MDL Centrality DocID 492516. Ms. Walker received her chemotherapy treatment in Ohio, which has a 2-year statute of limitations for personal injury actions like this one. Ms. Walker did not seek leave to amend her Short Form Complaint to name Sanofi until September 8, 2023, more than five years after filing suit with product identification information implicating Sanofi, and more than five years after her deadline to

1

amend her complaint in conformance with product identification information under CMO 12A had expired. *See* CMO 12A ¶¶ 7, 9-10. Amendment is untimely under CMO 12A and Ohio law, and would be prejudicial and futile as stated in Defendants' July 14, 2023 Letter Brief.

For the foregoing reasons, Ms. Walker's Motion for Leave to Amend her Short Form Complaint should be **DENIED**.

Dated: September 19, 2023

*Respectfully submitted,*

Jordan Baehr
*/s/Jordan Baehr*
2555 Grand Ave.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5544
jbaehr@shb.com

*Counsel for Sanofi Defendants Sanofi US Services Inc. and Sanofi-aventis U.S. LLC*

**Certification of Service**

I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

Respectfully submitted,

/s/ *Jordan Baehr*

Jordan Baehr