UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *Janice Scott v. Hospira Worldwide LLC, et al.,* Civil Action No.: 2:17-cv-07794 | HON. JANE TRICHE MILAZZO |

_____

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Defendants sanofi-aventis U.S. LLC, and Sanofi US Services Inc., hereby oppose Plaintiff's Motion for Leave to File Amended Short Form Complaint (Doc. 16371) for the reasons stated in Defendants' Letter Brief in Opposition to Untimely Motions for Leave to File Amended Complaint and in Support of Dismissal (July 14, 2023). *See also, e.g.*, Hr'g Tr 8:17-9:3 (July 11, 2013).

Ms. Scott was treated with Taxotere from January 6, 2011 to April 21, 2011. Ms. Scott filed suit on August 13, 2017, against Sanofi and other defendants, and on July 9, 2018 filed a stipulation with dismissal with prejudice as to Sanofi and all non-Hospira defendants, despite knowing that her treatment dates constituted product identification information implicating Sanofi under CMO 12A. In addition, on July 23, 2018, Ms. Scott uploaded medical records reflecting docetaxel infusions on January 27, 2011, and February 17, 2011, which she labeled as "CMO 12 Product Identification - Sanofi" in MDL Centrality. *See* MDL Centrality DocID 207993.[1] Ms. Scott received her chemotherapy treatment in Alabama, which has a 2-year statute

---

[1] On the same day, Ms. Scott also uploaded a document titled "CMO 12 Product Identification – Hospira," which includes a Statement Regarding Chemotherapy Drug Administered that does not have Plaintiff's name or any other link to Plaintiff, is unsigned and lists dates of treatment from February 27, 2014 to June 27, 2014. *See* MDL

of limitations for personal injury actions like this one. Ms. Scott did not seek leave to amend her Short Form Complaint to re-name Sanofi until September 11, 2023, more than six years after filing suit with product identification information implicating Sanofi, and more than four years after her deadline to amend her complaint in conformance with product identification information under CMO 12A had expired. *See* CMO 12A ¶¶ 7, 9-10. Amendment is untimely under CMO 12A and Alabama law, and would be prejudicial and futile as stated in Defendants' July 14, 2023 Letter Brief.

For the foregoing reasons, Ms. Scott's Motion for Leave to Amend her Short Form Complaint should be **DENIED**.

Dated: September 19, 2023

*Respectfully submitted,*

Jordan Baehr
*/s/Jordan Baehr*
2555 Grand Ave.
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5544
jbaehr@shb.com

*Counsel for Sanofi Defendants Sanofi US Services Inc. and Sanofi-aventis U.S. LLC*

---

Centrality DocID 207994 at 4. The same upload also includes multiple other signed medical records with Plaintiff Scott's name indicating she received docetaxel beginning in January 2011. *See id.* at 5-9.

**Certification of Service**

      I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

      Respectfully submitted,
/s/ *Jordan Baehr*
Jordan Baehr