UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Hope Blake,* **18-cv-11902**
*Rebecca Cain***, 17-cv-11902**
*Lisa Keller***, 17-cv-11903**
*Caridad Losada***, 18-04624**
*Lisa Medici,* **16-15569**
*Shirley Turner***, 18-cv-04629**
*Cynthia Vickers***, 19-cv-12459**
*Monica Meyers***, 16-15323**

### PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

　　Plaintiffs Hope Blake, Rebecca Cain, Lisa Keller, Caridad Losada, Lisa Medici, Shirley Turner, Cynthia Vickers, and Monica Meyers, through undersigned counsel, file the instant Motion requesting the Court reconsider its order granting Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc.'s Motion to Dismiss and reinstate Plaintiffs' cases, pursuant to Fed. R. Civ. P. 59(e) and/or Fed. R. Civ. P. 60(b). Plaintiffs attach a Memorandum in support of their Motion.

　　Pursuant to Local Rule 7.6, Plaintiff's counsel attempted to confer with the Sanofi Defendants via email. Defendants immediately responded with questions regarding the basis of Plaintiff's Motion. Plaintiff responded within minutes and again asked for Defendants' position. Defendants had not responded at the time of filing; thus, Plaintiff files this Motion as opposed.

Dated: September 19, 2023                                                  Respectfully Submitted,

                                                                           */s/  J.Christopher Elliott*
                                                                           J. Christopher Elliott, Esq.
                                                                           BACHUS & SCHANKER, LLC
                                                                           950 17th Street Suite 1050
                                                                           Denver, Colorado 80202
                                                                           Telephone: (303) 893-9800
                                                                           Facsimile:  (303) 893-9900
                                                                           Email: celliott@coloradolaw.net
                                                                           *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Christopher Elliott, hereby certify that on September 19, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                           */s/ J. Christopher Elliott*
                                                                           J. Christopher Elliott