| Case Number | Last Name | First Name | Discovery Served on Defendants by Plaintiff and Other Information Related to Defendants' Knowledge of Plaintiff's Lawsuit and Claims |
|---|---|---|---|
| 2:18-cv-11902 | Blake | Hope | Served: Plaintiff Fact Sheet, before and after photographs, medical records; authorizations, PTO 71 statement, proof of product identification showing Sanofi.<br><br>Complaint served September 29, 2022.<br><br>Appeared on two of Defendants' show cause lists; Received Deficiency Notice from Defendants |
| 2:17-cv-08649 | Cain | Rebecca | Plaintiff Rebecca Cain initially only filed her case against Actavis and Actavis Pharma, LLC.  Upon confirming Product identification pursuant to CMO 12A, on March 30, 2021, Plaintiff circulated a proposed amended complaint, which is now the operative complaint, to counsel for Sanofi.  Sanofi responded to Plaintiff's email containing the Amended Complaint and took no position on Amendment. See Ex. 3.<br><br>Served: Four Plaintiff Fact Sheet, before and after photographs, medical records, authorizations, PTO 71 statement, proof of product identification showing Sanofi.<br><br>Complaint served September 29, 2022.<br><br>Served Actavis, received two deficiency notices from Defendants |
| 2:17-cv-11903 | Keller | Lisa | Plaintiff Lisa Keller initially only filed her case against Hospira.  Upon confirming Product identification pursuant to CMO 12A, on March 23, 2020, Plaintiff circulated a proposed amended complaint, which is now the operative complaint to counsel for Sanofi.  Sanofi responded to Plaintiff's email containing the Amended Complaint and took no position on Amendment.  See Ex. 4.<br><br>Originally filed and served only Hospira but has since identified and filed an amended complaint against Sanofi.<br><br>Complaint served October 7, 2022.<br><br>Has served: Two Plaintiff Fact Sheets, medical records, authorizations, proof of use, proof of Sanofi as the manufacturer, before and after photographs, PTO 71A statement and ESI |
| 2:18-cv-04624 | Losada | Caridad | Has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Sanofi is the manufacturer.<br><br>Complaint served September 29, 2022. |
| 2:16-cv-15569 | Medici | Lisa | Served: Multiple Plaintiff Fact Sheet, before and after photographs, medical records; authorizations, PTO 71 |

| | | | |
|---|---|---|---|
| | | | statement, ESI production, proof of product identification showing Sanofi. |
| | | | Sanofi participated in the CMO 12A process. See Ex. 5 |
| | | | Complaint served September 29, 2022. |
| | | | Received Deficiency Notice from Defendants |
| 2:19-cv-13233 | Oliver | Shirley | Served: Plaintiff Fact Sheet, authorizations, proof of use showing Sanofi as the manufacturer, medical records, PTO 71A statement, before and after photographs. |
| | | | Complaint served September 29, 2022. |
| 2:18-cv-04629 | Turner | Martha | Served: Plaintiff Fact Sheet, Authorizations, Medical Records, Proof of Use, PTO 71A statement, proof of Sanofi as the manufacturer. |
| | | | A service email was uploaded to Martha Turner's case file, but the service email was for Margaret Turner. |
| | | | Complaint served on September 29, 2022. |
| | | | Appeared on a show cause list |
| 2:19-cv-12459 | Vickers | Cynthia | Served: Plaintiff Fact Sheet, Authorizations, Medical Records, before and after photographs, Proof of Use, PTO 71A statement, proof of Sanofi as the manufacturer. |
| | | | Complaint served on September 29, 2022. |
| 2:16-cv-15323 | Meyers | Monica | This matter was originally filed in South Carolina District Court and was transferred by the JPML into the MDL. |
| | | | Served: Plaintiff Fact Sheet, Authorizations, Medical Records, before and after photographs, Proof of Use, PTO 71A statement, proof of Sanofi as the manufacturer. |
| | | | Complaint served on September 29, 2022. |
| | | | Sanofi served Defendant Fact Sheet and supplements to the fact sheet. |