# FW: Rebecca Cain Amended Complaint

**Hatten, Madison M. (SHB)** <MHATTEN@shb.com>
Tue 3/30/2021 6:43 PM

To: Melanie Sulkin <melanie.sulkin@coloradolaw.net>
Cc: Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>

📎 5 attachments (129 KB)
Ex. A- Cain Amended SFC.docx; Memo- Cain.docx; Motion- Cain.docx; Notice of Submission-Cain.docx; Order- Cain.docx;

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Sanofi is not named in, and has not been served in, this case. It makes no appearance to respond to plaintiff's amended complaint and makes no representation regarding the sufficiency of plaintiff's purported product identification.

**Madison Hatten (SHB)**
*Partner*
Shook, Hardy & Bacon L.L.P.

816.559.4093 | mhatten@shb.com



---

**From:** Melanie Sulkin <melanie.sulkin@coloradolaw.net>
**Sent:** Tuesday, March 30, 2021 3:05 PM
**To:** Suffern, Mike <msuffern@ulmer.com>; Hatten, Madison M. (SHB) <MHATTEN@shb.com>
**Subject:** Rebecca Cain Amended Complaint

**EXTERNAL**

Counsel,

The proposed motion to amend the complaint and associated documents based on product identification is attached.  If you have no objection, we'll get it filed.

Best,
Melanie

**NOTICE: As Bachus & Schanker continues to closely monitor the dynamic situation of COVID-19, we have chosen to strongly encourage each of our teams to telework for the safety of both our employees and our clients. Please know that we remain fully operational and continue to actively work on your case as hard as ever.**

**My office hours remain M-F  8:30 am – 5:00 pm.  I can be reached via email or on my direct dial, 303-825-5460.**

**Melanie Sulkin, ESQ.**
Attorney
*direct* 303-825-5460
Melanie.Sulkin@ColoradoLaw.net

**BACHUS SCHANKER**
OLSEN ELLIOTT JOHNSON BERGMAN

303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.


CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.