**From:** Hatten, Madison M. (SHB) <MHATTEN@shb.com>
**Sent:** Friday, April 3, 2020 10:36 AM
**To:** Melanie Sulkin <melanie.sulkin@coloradolaw.net>
**Cc:** Bieri, Kelly (SHB) <KBIERI@shb.com>; Eickbush, Rebecca (SHB) <REICKBUSH@shb.com>
**Subject:** FW: Motions to Amend Complaints for Correct PID

### Beulah McCall
- The caption in the Motion/Memo/Notice/Order should not be "v. Sanofi S.A., et al.," as Sanofi S.A. was terminated from this case 1/4/18.
- The following should be added to the Memo – "This motion also dismisses with prejudice previously named Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc."

If those changes are made, sanofi consents to the filing of the Motion to Amend in which it will be dismissed with prejudice. By consenting, Sanofi is not making a representation regarding product identification or the sufficiency of product identification submitted by plaintiff.

### Bonnie Bohling
Sanofi consents to the filing of the Motion to Amend in which it was already named in the case. By consenting, Sanofi is not making a representation regarding product identification or the sufficiency of product identification submitted by plaintiff.

### Gail Taylor
- In the body of the Memo, "*Gail Taylor v. Sanofi S.A ., et al"* must be revised as Sanofi S.A. was never named in this case.
- The following should be added to the Memo – "This motion also dismisses with prejudice previously named Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc."

If those changes are made, sanofi consents to the filing of the Motion to Amend in which it will be dismissed with prejudice. By consenting, Sanofi is not making a representation regarding product identification or the sufficiency of product identification submitted by plaintiff.

### Gloria Holland
- The caption in the Motion/Memo/Notice/Order should not be "v. Sanofi S.A., et al.," as Sanofi S.A. was terminated from this case 1/4/18.

If those changes are made, Sanofi consents to the filing of the Motion to Amend in which it was already named in the case. By consenting, Sanofi is not making a representation regarding product identification or the sufficiency of product identification submitted by plaintiff.

### Helen Jones
Sanofi has never been named in this case, has not been served in this case, and does not appear for this case. It takes no position on the pleadings.

### Barnwell
Sanofi-aventis U.S. LLC and Sanofi US Services Inc. were terminated from this case on 7/9/18. Because sanofi is not a party to this case, it takes no position on the pleadings.

### Lisa Keller
Sanofi has never been named in this case, has not been served in this case, and does not appear for this case. It takes no position on the pleadings.

### Patricia Chiz
- In the body of the Memo, "*Patricia Chiz v. Sanofi S.A ., et al*" must be revised as Sanofi S.A. was never named in this case.

If that change is made, Sanofi consents to the filing of the Motion to Amend in which it was already named in the case. By consenting, Sanofi is not making a representation regarding product identification or the sufficiency of product identification submitted by plaintiff.

### Robin Noll
Sanofi consents to the filing of the Motion to Amend in which it was already named in the case. By consenting, Sanofi is not making a representation regarding product identification or the sufficiency of product identification submitted by plaintiff.

### Sandra Pickett
Sanofi consents to the filing of the Motion to Amend in which it was already named in the case. By consenting, Sanofi is not making a representation regarding product identification or the sufficiency of product identification submitted by plaintiff.

### Sheila Alexander
- The caption in the Motion/Memo/Notice/Order should not be "v. Sanofi S.A., et al.," as Sanofi S.A. was terminated from this case 1/4/18.

Sanofi consents to the filing of the Motion to Amend only because it was already named in the case. By consenting, Sanofi is not making a representation regarding product identification or the sufficiency of product identification submitted by plaintiff.

As to all Plaintiffs, Sanofi reserves the right to challenge any claims in Plaintiffs' respective SFCs that are different from, or in addition to, those set forth in the Master Complaint.

Also, Plaintiff Fact Sheets for each Plaintiff should be revised in accordance with the above amendments.

9/19/23, 5:08 PM
Re: Motions to Amend Complaints for Correct PID - Melanie Sulkin - Outlook
Case 2:16-md-02740-JTM-MBN Document 16406-5 Filed 09/19/23 Page 3 of 4

**Madison Hatten (SHB)**
*Associate*
Shook Hardy & Bacon L L P

816 559 4093 | mhatten@shb.com



---

**From:** Melanie Sulkin
**Sent:** Monday, 23 March 2020 13:27:32 (UTC-06:00) Central Time (US & Canada)
**To:** 'cmo12@ulmer.com'; Bieri, Kelly (SHB); docetaxelproductid@dechert.com; insognan@gtlaw.com; docenoprodid@hinshawlaw.com; noproductid@mofo.com; Christina Noetzel; noproductid; Docetaxel Non Compliance; sandoz-taxotere-prodid@gtlaw.com
**Cc:** J Christopher Elliott; taxotere
**Subject:** Motions to Amend Complaints for Correct PID

**EXTERNAL**

Counsel,

Please advise on your position to the attached Motions.

Best,
Melanie

**NOTICE: As Bachus & Schanker continues to closely monitor the dynamic situation of COVID-19, we have chosen to strongly encourage each of our teams to telework for the safety of both our employees and our clients. Please know that we remain fully operational and continue to actively work on your case as hard as ever.**

**My office hours remain M-F 8:30 am – 5:00 pm. I can be reached via email or on my direct dial, 303-825-5460.**

**Melanie Sulkin** | Attorney | Bachus & Schanker, LLC | 101 West Colfax Suite 650 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-825-5460 | Fax: 303-893-9900 | Email:Melanie.Sulkin@ColoradoLaw.net | Website: www.ColoradoLaw.net

**How am I doing? Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.**



CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive

9/19/23, 5:08 PM
Re: Motions to Amend Complaints to Correct Filed-in-Error Suffix - Ortago
Case 2:16-md-02740-JTM-MBN   Document 16406-5   Filed 09/19/23   Page 4 of 4

the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.