| | |
|---|---|
| **From:** | West, William C. (SHB) |
| **To:** | Cheryl Adams; noproductid@shb.com |
| **Cc:** | J Christopher Elliott |
| **Subject:** | RE: CMO 12 backup documents for Plaintiff Lisa Medici, case no. 2:16-cv-15569-KDE-MBN; Medici, Lisa |
| **Date:** | Monday, May 14, 2018 11:24:55 AM |



## Secure Message Delivery

**From:** "West, William C. (SHB)"
**Subject:** RE: CMO 12 backup documents for Plaintiff Lisa Medici, case no. 2:16-cv-15569-KDE-MBN; Medici, Lisa

View Message

Message available online until 07/03/2018. Use your password to access the message.

Mail Gate made the following annotations on Mon May 14 2018 12:24:51

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.