**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                   SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Hope Blake,* **18-cv-11902**
*Rebecca Cain*, **17-cv-11902**
*Janice Johnson*, **19-cv-12335**
*Lisa Keller*, **17-cv-11903**
*Caridad Losada*, **18-04624**
*Lisa Medici*, **16-15569**
*Shirley Turner*, **18-cv-04629**
*Cynthia Vickers*, **19-cv-12459**
*Monica Meyers*, **16-15323**

<u>**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER**</u>
<u>**DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT**</u>
<u>**ORDER NO. 35**</u>

PLEASE TAKE NOTICE that Plaintiffs' Motion for Reconsideration of the Court's

Order Dismissing Cases for Failure to Comply with Case Management Order No. 35 is hereby

set for submission before the Honorable Jane Trich Milazzo on December 20, 2023 at 9:30 a.m.

Dated: September 19, 2023                    Respectfully Submitted,

                                             */s/  J.Christopher Elliott*
                                             J. Christopher Elliott, Esq.
                                             BACHUS & SCHANKER, LLC
                                             950 17th Street, Suite 1050
                                             Denver, Colorado 80202
                                             Telephone: (303) 893-9800
                                             Facsimile:  (303) 893-9900
                                             Email: celliott@coloradolaw.net
                                             *Counsel for Plaintiffs*

### <u>CERTIFICATE OF SERVICE</u>

I, J. Christopher Elliott, hereby certify that on September 19, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


_/s/ J. Christopher Elliott_
J. Christopher Elliott