UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**ORDER RE: MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35** |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES:<br><br>*Hope Blake,* **18-cv-11902**<br>*Rebecca Cain*, **17-cv-11902**<br>*Lisa Keller*, **17-cv-11903**<br>*Caridad Losada*, **18-04624**<br>*Lisa Medici,* **16-15569**<br>*Shirley Turner*, **18-cv-04629**<br>*Cynthia Vickers*, **19-cv-12459**<br>*Monica Meyers*, **16-15323**<br>. | |

THE COURT, having considered Plaintiff's Motion for Reconsideration of the Court's Order Dismissing Cases for Failure to Comply with Case Management Order No. 35, having considered the pertinent briefing and papers submitted, hereby Ordered that Plaintiffs' motion is GRANTED, and that the following cases are reinstated:

*Hope Blake,* 18-cv-11902
*Rebecca Cain*, 17-cv-11902
*Lisa Keller*, 17-cv-11903

*Caridad Losada*, 18-04624
*Lisa Medici,* 16-15569
*Shirley Turner*, 18-cv-04629
*Cynthia Vickers*, 19-cv-12459
*Monica Meyers*, 16-15323

So ordered this ___ day of _____, 2023.

_____
U.S. District Judge