## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>Section "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Christine Dvorak*, Case 2:19-cv-13100<br>*Donna Harrison*, Case 2:19-cv-10847<br>*Rena Nolin*, Case 2:19-cv-13106 | HON. JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

## **PLAINTIFFS' NOTICE OF SUBMISSION AND REQUEST FOR ORAL ARGUMENT**

PLEASE TAKE NOTICE that the above-captioned Plaintiffs' Motion for Reconsideration is hereby set for submission, and oral argument pursuant to Local Rule 78.1, before the Honorable Jane Triche Milazzo, United States District Court for the Eastern District of Louisiana, on December 20, 2023 at 9:30 a.m.

Dated: September 19, 2023                     /s/      M. Elizabeth Graham

                                                             M. Elizabeth Graham, SBN 143085
                                                             **GRANT & EISENHOFER, P.A.**
                                                             201 Mission Street, Suite 1200
                                                             San Francisco, California 94105
                                                             Telephone: (415) 229-9720
                                                             Email:  egraham@gelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

<u>/s/        M. Elizabeth Graham</u>