# Exhibit A

# Robert Campbell

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Monday, October 3, 2022 6:27 PM |
| **To:** | Robert Campbell |
| **Subject:** | RE: TAXOTERE SERVICE OF PROCESS IN CASE OF CHRISTINE DVORAK - USDC EDLA - CASE NO. 2:18-cv-13100 |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

1

**Robert Campbell**

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Monday, October 3, 2022 6:31 PM |
| **To:** | Robert Campbell |
| **Subject:** | RE: TAXOTERE SERVICE OF PROCESS IN CASE OF CHRISTINE DVORAK - USDC EDLA - CASE NO. 2:18-cv-13100 |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# Exhibit B

**Robert Campbell**

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Monday, October 3, 2022 6:45 PM |
| **To:** | Robert Campbell |
| **Subject:** | RE: TAXOTERE SERVICE OF PROCESS IN CASE OF DONNA HARRISON - USDC EDLA - CASE NO. 2:19-cv-10847 |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

# Exhibit C

**Robert Campbell**

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Monday, October 3, 2022 7:32 PM |
| **To:** | Robert Campbell |
| **Subject:** | RE: TAXOTERE SERVICE OF PROCESS IN CASE OF RENI NOLIN, ET AL. V. SANOFI-AVENTIS U.S., LLC., ET AL - USDC EDLA - CASE NO. 2:19-cv-13106 |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

1

# Robert Campbell

| | |
|---|---|
| **From:** | Taxotere <Taxoterecomplaints@shb.com> |
| **Sent:** | Monday, October 3, 2022 7:30 PM |
| **To:** | Robert Campbell |
| **Subject:** | RE: TAXOTERE SERVICE OF PROCESS IN CASE OF RENI NOLIN, ET AL. V. SANOFI-AVENTIS U.S., LLC., ET AL - USDC EDLA - CASE NO. 2:19-cv-13106 |

This is an automated response.

Your e-mail attaching the Taxotere Complaint and/or Summons for sanofi-aventis US LLC has been received.

Thank you

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.