# EXHIBIT B

## AFFIDAVIT OF JENNIFER NOLTE

My name is Jennifer Nolte. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. "I am an attorney licensed in the State of Texas since 1998 and the State of California since 2013. My office currently represents the following clients in the Taxotere litigation (hereinafter referred to as "Affected Clients"):

    Davis, Beverly

    White, Patricia.

2. The Affected Clients were represented by the Mulligan Law Firm when their respective cases were filed and up until the Spring of 2019, when Patrick Mulligan, the principal of The Mulligan Law Firm, passed away. Shortly following his death, the law firm was dissolved, and many of the firm's clients, including the Affected Clients were referred to my office, Allen & Nolte, PLLC.

3. Upon the retention of my office by the Affected Clients, access to the Affected Clients' MDL Centrality Plaintiff Fact Sheet portal was transferred to my office.

4. Attached hereto as Attachment 1 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in Beverly Davis's case on October 25, 2018.

5. Attached hereto as Attachment 2 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in Patricia White's case on October 25, 2018.

6. Further affiant sayeth not."

_____
Jennifer Nolte

SWORN TO and SUBSCRIBED before me by Jennifer Nolte on this 19th day of September, 2023.



_____
Notary Public, State of Texas

# ATTACHMENT 1

10/25/2018

**VIA MDL CENTRALITY**

The Mulligan Law Firm
3710 Rawlins St. #901,
Dallas, TX 75219

    RE: Notice of Deficiency in Plaintiff Fact Sheet
        *In re Taxotere.*, MDL No. 2740
        Plaintiff Name & ID Number: DAVIS, BEVERLY - 5122
        Docket No. Provided on PFS: 2:17-15831

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Public Internet Comment | II. 18 | Failed to respond. |
| 2. | Cigarette Use | IV. 19 | Failed to respond. |
| 3. | Cigarette Use | IV. 19 | Other - In question 17, Plaintiff indicated that she had used tobacco in the past. Please clarify. |
| 4. | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 5. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 6. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 7. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 8. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 9. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 10. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 11. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 12. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |

| | | | |
|---|---|---|---|
| 13. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 14. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 15. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 16. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 17. | Documents Identifying Chemotherapy Agents | IX | Failed to provide records requested. |
| 18. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 19. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 20. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 21. | Taxotere Articles | IX | Failed to provide records requested. |
| 22. | Packaging | IX | Failed to provide records requested. |
| 23. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 24. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 25. | Communications With Defendants | IX | Failed to provide records requested. |
| 26. | Journals or Diaries | IX | Failed to provide records requested. |
| 27. | Social Media Posts | IX | Failed to provide records requested. |
| 28. | Tax Returns | IX | Failed to provide records requested. |
| 29. | Medical Bills | IX | Failed to provide records requested. |
| 30. | Expense Records | IX | Failed to provide records requested. |
| 31. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 32. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 33. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 34. | Hair Photos After Treatment | IX | Other - Failed to provide photos from 6 months after treatment. |
| 35. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 36. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 37. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 38. | Signed Authorizations for Medical Records | IX | Failed to provide signed and dated psychiatric records authorization. |
| 39. | Signed Authorizations for Medical Records | IX | Other - Failed to date the authorizations. |
| 40. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

| 41. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| --- | --- | --- | --- |
| 42. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |
| 43. | Declaration | | Other - Failed to date the declaration. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

# ATTACHMENT 2

10/25/2018

**VIA MDL CENTRALITY**

The Mulligan Law Firm
3710 Rawlins St. #901,
Dallas, TX 75219

 RE: Notice of Deficiency in Plaintiff Fact Sheet
  *In re Taxotere.*, MDL No. 2740
  Plaintiff Name & ID Number: WHITE, PATRICIA - 6253
  Docket No. Provided on PFS: 2:17-cv-16170

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|     | PFS Section | PFS Section # | Deficiency |
| --- | --- | --- | --- |
| 1.  | Response 1 - Worker's Compensation and Disability Claims Court | II.12 | Failed to provide the name of the court in which your disability claim was filed. |
| 2.  | Response 1 - Worker's Compensation and Disability Claims Award Amount | II.12 | Failed to provide a award regarding your worker's comp and/or disability claims. |
| 3.  | Response 1 - Date of Post | II. 19 | Failed to provide month and year of post. |
| 4.  | Response 2 - Date of Post | II. 19 | Failed to provide month and year of post. |
| 5.  | Response 2 - Substance of Post | II. 19 | Failed to identify the substance[s] of posts. |
| 6.  | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 7.  | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 8.  | Response 1 - Primary Oncologist Information - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 9.  | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 10. | Response 1 - Treatment - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 11. | Chemotherapy Last treatment date | V. 12. d | Failed to provide a full date, including month, day and year. |
| 12. | Response 1 - Dates of Treatment | VI. 8 | Failed to provide a full date, including month, day and year. |
| 13. | Response 1 - Treatments | VI. 8 | Failed to respond. |

| | | | |
|---|---|---|---|
| 14. | Response 2 - Dates of Treatment | VI. 8 | Failed to provide a full date, including month, day and year. |
| 15. | Response 2 - Treatments | VI. 8 | Failed to respond. |
| 16. | Response 1 - Endocrine or Hormonal Dates of Treatment | VII. 8 | Failed to provide approximate date (month and year). |
| 17. | High Heat Processing Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 18. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 19. | Response 1 - Facility Name | VIII. 2 | Other - Please provide the information requested for each facility previously identified in the PFS, including, but not limited to, Advocate Good Shepherd Cancer Center. Please also provide the information requested for the full time period. |
| 20. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 21. | Response 3 - Insurance Carrier Policy Number | VIII. 6 | Failed to provide policy number. |
| 22. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 23. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 24. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 25. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 26. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 27. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 28. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 29. | Taxotere Articles | IX | Failed to provide records requested. |
| 30. | Packaging | IX | Failed to provide records requested. |
| 31. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 32. | Communications With Defendants | IX | Failed to provide records requested. |
| 33. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 34. | Journals or Diaries | IX | Failed to provide records requested. |
| 35. | Social Media Posts | IX | Failed to provide records requested. |
| 36. | Tax Returns | IX | Failed to provide records requested. |
| 37. | Medical Bills | IX | Failed to provide records requested. |
| 38. | Expense Records | IX | Failed to provide records requested. |
| 39. | Letters Testamentary | IX | Failed to respond. |
| 40. | Letters Testamentary | IX | Other - Please clarify. |
| 41. | Death Certificate and/or Autopsy | IX | Other - Please clarify. |
| 42. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 43. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |

| | | | |
|---|---|---|---|
| 44. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 45. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 46. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 47. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 48. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 49. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 50. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 51. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 52. | Signed Authorizations for Medical Records | IX | Other - Failed to date the authorizations. |
| 53. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No supporting records were coded as such. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 54. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 55. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.