UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Beverly Davis; 2:17-cv-15831*
*Patricia White; 2:17-cv-16170*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Plaintiffs' Motion for Reconsideration of Court's Dismissal Order is hereby set for submission before The Honorable Jane Triche Milazzo on January 31, 2024, at 9:30 a.m.

Dated: September 19, 2023　　　　　　**ALLEN & NOLTE, PLLC**

　　　　　　　　　　　　　　　　　　By: /s/ Jennifer Nolte
　　　　　　　　　　　　　　　　　　John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
　　　　　　　　　　　　　　　　　　trey@allennolte.com
　　　　　　　　　　　　　　　　　　Jennifer Nolte, Esq.
　　　　　　　　　　　　　　　　　　jnolte@allennolte.com
　　　　　　　　　　　　　　　　　　5445 La Sierra Drive, Suite 350
　　　　　　　　　　　　　　　　　　Dallas, TX 75231
　　　　　　　　　　　　　　　　　　Tel: (214) 521-2300
　　　　　　　　　　　　　　　　　　Fax: (214) 452-5637

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Jennifer Nolte
Jennifer Nolte