# EXHIBIT B

## AFFIDAVIT OF JENNIFER NOLTE

My name is Jennifer Nolte. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. "I am an attorney licensed in the State of Texas since 1998 and the State of California since 2013. My office currently represents the following clients in the Taxotere litigation (hereinafter referred to as "Affected Clients"):

> Bailey, Mary
>
> Beifeld, Sydney
>
> Berry, Velma
>
> Davis, Pamela
>
> Riolo, Joyce
>
> Smith, Patti

2. The Affected Clients were represented by the Mulligan Law Firm when their respective cases were filed and up until the Spring of 2019, when Patrick Mulligan, the principal of The Mulligan Law Firm, passed away. Shortly following his death, the law firm was dissolved, and many of the firm's clients, including the Affected Clients were referred to my office, Allen & Nolte, PLLC.

3. Upon the retention of my office by the Affected Clients, access to the Affected Clients' MDL Centrality Plaintiff Fact Sheet portal was transferred to my office.

4. Attached hereto as Attachment 1 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in Mary Bailey's case on December 14, 2022.

5.  Attached hereto as Attachment 2 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in Sydney Beifeld's case on December 13, 2022.

6.  Attached hereto as Attachment 3 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in Velma Berry's case on December 13, 2022.

7.  Attached hereto as Attachment 4 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in Pamela Davis's case on December 13, 2022.

8.  Attached hereto as Attachment 5 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in Joyce Riolo's case on December 13, 2022.

9.  Attached hereto as Attachment 6 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in Patti Smith's case on December 13, 2022.

10. Further affiant sayeth not."

_____
Jennifer Nolte

SWORN TO and SUBSCRIBED before me by Jennifer Nolte on this 19th day of September, 2023.



BRANDI M. WIGINTON
My Notary ID # 125522013
Expires January 18, 2025

_____
Notary Public, State of Texas

# ATTACHMENT 1

12/14/2022

**VIA MDL CENTRALITY**

Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100,
Dallas, TX 75219

    RE: Notice of Deficiency in Plaintiff Fact Sheet
       *In re Taxotere., MDL No. 2740*
       Plaintiff Name & ID Number: BAILEY, MARY D - 4777
       Docket No. Provided on PFS: 2:17-cv-15706

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

|      | PFS Section | PFS Section # | Deficiency |
|------|-------------|---------------|------------|
| 1.   | Public Internet Comment | II. 18 | Failed to respond. |
| 2.   | I have records demonstrating use of Taxotere | III. | Failed to provide records requested. |
| 3.   | Treated with another Docetaxel or generic Taxotere | III.2 | Failed to respond. |
| 4.   | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 5.   | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 6.   | Cigarette Use | IV. 19 | Failed to provide the type of tobacco used. |
| 7.   | Cigarette Use | IV. 19 | Failed to provide the amount per day of tobacco used. |
| 8.   | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 9.   | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 10.  | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 11.  | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 12.  | Diagnosed with cancer more than once | V. 2 | Failed to respond. |

| 13. | Diagnosed with cancer more than once | V. 2 | Other - Please confirm that Plaintiff has only had cancer once. If Plaintiff was diagnosed/treated for cancer a second time, Plaintiff is obligated to provide information for each diagnosis/treatment separately below. |
|---|---|---|---|
| 14. | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 15. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 16. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 17. | Response 1 - Primary Oncologist Information - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 18. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 19. | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 20. | Response 1 - Treatment - 2 | V. 5 | Failed to provide full address. |
| 21. | Response 1 - Treatment - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 22. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 23. | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 24. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 25. | Breast Cancer HER2 | V. 8. d | Failed to respond. |
| 26. | Breast Cancer Estrogen receptor | V. 8. e | Failed to respond. |
| 27. | Breast Cancer Progesterone receptor | V. 8. f | Failed to respond. |
| 28. | Taxotere / Docetaxel the only chemotherapy treatment that you ever received? | V. 9 | Failed to respond |
| 29. | Treated with other chemotherapy drugs | V. 10 | Failed to respond |
| 30. | Chemotherapy Drugs | V. 11 | Failed to respond. |
| 31. | Chemotherapy First treatment date | V. 12. c | Failed to provide a full date, including month, day and year. |
| 32. | Chemotherapy Last treatment date | V. 12. d | Failed to provide a full date, including month, day and year. |
| 33. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 34. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 35. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 36. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 37. | Response 1 - Oral instructions Name of Healthcare Provider | VI. 12 | Failed to provide full name of healthcare provider. |
| 38. | Response 1 - Date of Advertisement or Commercial | VI. 14 | Failed to provide a year when the advertisement was seen. |

| 39. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
|---|---|---|---|
| 40. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
| 41. | Response 1 - Medication List when Hair Loss Began | VII. 11 | Failed to respond. |
| 42. | Chemically Processed or Straightened Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 43. | Braids Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 44. | Weaves Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 45. | Tight Hairstyles Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 46. | Response 1 - Wig Place Purchased | VII. 26 | Failed to provide full names of places where wig[s] were purchased. |
| 47. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 48. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide information for all healthcare providers, including, but not limited to, Richard Kirkland and John Dubay. |
| 49. | Response 1 - Facility Name | VIII. 2 | Other - Please provide information for treatment at all facilities, including, but not limited to, Surgical Associates. |
| 50. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 51. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 52. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to provide records requested. |
| 53. | Medical Records Related to Taxotere or Docetaxel | IX | Other - No records provided at all. |
| 54. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 55. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 56. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 57. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 58. | Documents Identifying Chemotherapy Agents | IX | Failed to provide records requested. |
| 59. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 60. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 61. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 62. | Taxotere Articles | IX | Failed to provide records requested. |
| 63. | Packaging | IX | Failed to provide records requested. |
| 64. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 65. | Documents Obtained From Defendants | IX | Failed to provide records requested. |

| 66. | Communications With Defendants | IX | Failed to provide records requested. |
|---|---|---|---|
| 67. | Journals or Diaries | IX | Failed to provide records requested. |
| 68. | Social Media Posts | IX | Failed to provide records requested. |
| 69. | Social Media Posts | IX | Other - Docid 125252 shows that there are dozens of photos in Plaintiff's possession that were not produced. |
| 70. | Tax Returns | IX | Failed to provide records requested. |
| 71. | Medical Bills | IX | Failed to provide records requested. |
| 72. | Expense Records | IX | Failed to provide records requested. |
| 73. | Letters Testamentary | IX | Failed to respond. |
| 74. | Letters Testamentary | IX | Other - Please clarify. |
| 75. | Death Certificate and/or Autopsy | IX | Other - Please clarify. |
| 76. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 77. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 78. | Hair Photos Before Treatment | IX | Other - Please provide accurately-dated before photos without wig or hair piece. Please provide all photos in possession, not just one. |
| 79. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 80. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 81. | Hair Photos After Treatment | IX | Other - Please provide photos from 2007-2017. |
| 82. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 83. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 84. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 85. | Signed Authorizations for Medical Records | IX | Failed to provide signed and dated psychiatric records authorization. |
| 86. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 87. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 88. | Proof of Injury | | Other - Please provide accurately-dated before photos without wig or hair piece and from within 5 years before chemotherapy. |
| 89. | Declaration | | You failed to provide a properly signed and dated declaration. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

# ATTACHMENT 2

12/13/2022

**VIA MDL CENTRALITY**

Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100,
Dallas, TX 75219

    RE: Notice of Deficiency in Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: BEIFELD, SYDNEY - 5232
      Docket No. Provided on PFS: 2:17-cv-15723

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

|   | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Public Internet Comment | II. 18 | Failed to respond. |
| 2. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 3. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 4. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 5. | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 6. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 7. | Taxotere / Docetaxel the only chemotherapy treatment that you ever received? | V. 9 | Failed to respond |
| 8. | Treated with other chemotherapy drugs | V. 10 | Failed to respond |
| 9. | Chemotherapy Drugs | V. 11 | Failed to respond. |
| 10. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 11. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 12. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 13. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |

| 14. | Response 2 - Expense Amount | VI. 26 | Failed to state amount of the expense. |
|---|---|---|---|
| 15. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 16. | High Heat Processing Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 17. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 18. | Response 1 - Pharmacy Name | VIII. 4 | Failed to provide pharmacy information for full time period requested. |
| 19. | Response 1 - Retailer Dates | VIII. 5 | Failed to provide full range of years. |
| 20. | Response 3 - Retailer Dates | VIII. 5 | Failed to provide full range of years. |
| 21. | Response 3 - Insurance Carrier Policy Number | VIII. 6 | Failed to provide policy number. |
| 22. | Response 3 - Insurance Carrier Dates of Coverage | VIII. 6 | Failed to provide full range of years. |
| 23. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 24. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 25. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 26. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 27. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 28. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 29. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 30. | Taxotere Articles | IX | Failed to provide records requested. |
| 31. | Packaging | IX | Failed to provide records requested. |
| 32. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 33. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 34. | Communications With Defendants | IX | Failed to provide records requested. |
| 35. | Journals or Diaries | IX | Failed to provide records requested. |
| 36. | Social Media Posts | IX | Failed to provide records requested. |
| 37. | Tax Returns | IX | Failed to provide records requested. |
| 38. | Medical Bills | IX | Failed to provide records requested. |
| 39. | Expense Records | IX | Failed to provide records requested. |
| 40. | Letters Testamentary | IX | Failed to respond. |
| 41. | Letters Testamentary | IX | Other - Please clarify. |
| 42. | Death Certificate and/or Autopsy | IX | Other - Please clarify. |
| 43. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 44. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |

| 45. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
|---|---|---|---|
| 46. | Hair Photos After Treatment | IX | Other - Please provide photos from 2012-2017. |
| 47. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 48. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 49. | Proof of Injury | | Other - Please provide after photos of entire scalp. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

# ATTACHMENT 3

12/13/2022

**VIA MDL CENTRALITY**

Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100,
Dallas, TX 75219

    RE: Notice of Deficiency in Plaintiff Fact Sheet
       *In re Taxotere., MDL No. 2740*
       Plaintiff Name & ID Number: BERRY, VELMA - 4782
       Docket No. Provided on PFS: 2:17-cv-15728

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Public Internet Comment | II. 18 | Failed to respond. |
| 2. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 3. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 4. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 5. | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 6. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 7. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 8. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 9. | Response 1 - Primary Oncologist Information - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 10. | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 11. | Response 1 - Treatment - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 12. | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 13. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |

| 14. | Breast Cancer HER2 | V. 8. d | Failed to respond. |
|---|---|---|---|
| 15. | Breast Cancer Estrogen receptor | V. 8. e | Failed to respond. |
| 16. | Breast Cancer Progesterone receptor | V. 8. f | Failed to respond. |
| 17. | Taxotere / Docetaxel the only chemotherapy treatment that you ever received? | V. 9 | Failed to respond |
| 18. | Treated with other chemotherapy drugs | V. 10 | Failed to respond |
| 19. | Chemotherapy Drugs | V. 11 | Failed to respond. |
| 20. | Chemotherapy First treatment date | V. 12. c | Failed to provide a full date, including month, day and year. |
| 21. | Chemotherapy Last treatment date | V. 12. d | Failed to provide a full date, including month, day and year. |
| 22. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 23. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 24. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 25. | Response 1 - Oral instructions Name of Healthcare Provider | VI. 12 | Failed to provide full name of healthcare provider. |
| 26. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 27. | Response 1 - Medication List when Hair Loss Began | VII. 11 | Failed to provide the names of the medications. |
| 28. | Chemically Processed or Straightened Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 29. | High Heat Processing Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 30. | Hair Dyed Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 31. | Highlights Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 32. | Weaves Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 33. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 34. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide information for treatment with James Jackson. |
| 35. | Response 1 - Facility Name | VIII. 2 | Other - Please provide information for treatment at North Oaks Hospital. |
| 36. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 37. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 38. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 39. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 40. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |

| 41. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
|---|---|---|---|
| 42. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 43. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 44. | Taxotere Articles | IX | Failed to provide records requested. |
| 45. | Packaging | IX | Failed to provide records requested. |
| 46. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 47. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 48. | Communications With Defendants | IX | Failed to provide records requested. |
| 49. | Journals or Diaries | IX | Failed to provide records requested. |
| 50. | Social Media Posts | IX | Failed to provide records requested. |
| 51. | Tax Returns | IX | Failed to provide records requested. |
| 52. | Medical Bills | IX | Failed to provide records requested. |
| 53. | Expense Records | IX | Failed to provide records requested. |
| 54. | Letters Testamentary | IX | Failed to respond. |
| 55. | Letters Testamentary | IX | Other - Please clarify. |
| 56. | Death Certificate and/or Autopsy | IX | Other - Please clarify. |
| 57. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 58. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 59. | Hair Photos Before Treatment | IX | Other - Please date all photos. |
| 60. | Hair Photos During Treatment | IX | Other - Please date all photos. |
| 61. | Hair Photos During Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 62. | Hair Photos After Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 63. | Hair Photos After Treatment | IX | Other - Please date all photos. |
| 64. | Hair Photos Today | IX | Other - Please date all photos. |
| 65. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 66. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 67. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 68. | Signed Authorizations for Medical Records | IX | Failed to provide signed and dated psychiatric records authorization. |
| 69. | Signed Authorizations for Medical Records | IX | Other - HIPAA is not dated.  Psychiatric records authorization was expired by the time Plaintiff served the Complaint. |

| 70. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
|-----|-----------------|--|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

# ATTACHMENT 4

12/13/2022

**VIA MDL CENTRALITY**

Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100,
Dallas, TX 75219

    RE: Notice of Deficiency in Plaintiff Fact Sheet
       *In re Taxotere., MDL No. 2740*
       Plaintiff Name & ID Number: DAVIS, PAMELA L - 5328
       Docket No. Provided on PFS: 2:17-cv-15837

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

| | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Public Internet Comment | II. 18 | Failed to respond. |
| 2. | I have records demonstrating use of Taxotere | III. | Failed to provide records requested. |
| 3. | Response 1 - Address | IV. 7 | Failed to provide full addresses. |
| 4. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 5. | Response 5 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 6. | Response 5 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 7. | Response 6 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 8. | Response 6 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 9. | Response 7 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 10. | Response 7 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 11. | Response 8 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 12. | Response 8 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |

| 13. | Response 9 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
|---|---|---|---|
| 14. | Response 9 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 15. | Response 10 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 16. | Response 10 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 17. | Response 11 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 18. | Response 11 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 19. | Response 12 - Annual Gynecological Doctor | IV. 11 | Failed to provide full name[s]. |
| 20. | Response 12 - Annual Gynecological Doctor Office | IV. 11 | Failed to provide full office[s]. |
| 21. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 22. | Diagnosed with genetic increased cancer risk | IV. 14 | Failed to respond. |
| 23. | Cigarette Use | IV. 19 | Failed to provide the type of tobacco used. |
| 24. | Cigarette Use | IV. 19 | Failed to provide the amount per day of tobacco used. |
| 25. | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 26. | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 27. | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 28. | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 29. | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 30. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 31. | Response 1 - Primary Oncologist Information - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 32. | Response 1 - Primary Oncologist Information - 3 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 33. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 34. | Response 1 - Treatment - 2 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 35. | Response 1 - Treatment - 3 | V. 5 | Other - Please provide the information requested for the cancer surgery facility. |
| 36. | Response 1 - Treatment - 3 | V. 5 | Failed to respond. |
| 37. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 38. | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 39. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 40. | Breast Cancer HER2 | V. 8. d | Failed to respond. |
| 41. | Breast Cancer Estrogen receptor | V. 8. e | Failed to respond. |

| 42. | Breast Cancer Progesterone receptor | V. 8. f | Failed to respond. |
|---|---|---|---|
| 43. | Taxotere / Docetaxel the only chemotherapy treatment that you ever received? | V. 9 | Failed to respond |
| 44. | Treated with other chemotherapy drugs | V. 10 | Failed to respond |
| 45. | Chemotherapy Drugs | V. 11 | Failed to respond. |
| 46. | Chemotherapy First treatment date | V. 12. c | Failed to provide a full date, including month, day and year. |
| 47. | Chemotherapy Last treatment date | V. 12. d | Failed to provide a full date, including month, day and year. |
| 48. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 49. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 50. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 51. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 52. | Most recent date consulted with oncologist | VI. 4 | Failed to provide a full date, including month, day and year. |
| 53. | Diffuse thinning of hair: partial scalp | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 54. | Moderate thinning of head hair after discontinuing treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 55. | Change in hair texture, thickness, or color after treatment | VI. 5 | Failed to provide full month & year for alleged injuries. |
| 56. | Response 1 -  Oral instructions Name of Healthcare Provider | VI. 12 | Failed to provide full name of healthcare provider. |
| 57. | Response 1 -  Date of Advertisement or Commercial | VI. 14 | Failed to provide a  year when the advertisement was seen. |
| 58. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 59. | High Heat Processing Time Period | VII. 13 | Failed to provide full range of years when treatment was used. |
| 60. | Response 6 - Healthcare Provider Name | VIII. 1 | Failed to provide full name. |
| 61. | Response 6 - Healthcare Provider Address | VIII. 1 | Failed to provide full address. |
| 62. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 63. | Response 1 - Pharmacy Medications | VIII. 4 | Failed to provide names of medications. |
| 64. | Response 1 - Insurance Carrier Address | VIII. 6 | Failed to provide full address. |
| 65. | Response 1 - Insurance Carrier Policy Number | VIII. 6 | Failed to provide policy number. |
| 66. | Response 2 - Insurance Carrier Address | VIII. 6 | Failed to provide full address. |
| 67. | Response 2 - Insurance Carrier Policy Number | VIII. 6 | Failed to provide policy number. |

| 68. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
|-----|---|---|---|
| 69. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 70. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 71. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 72. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 73. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 74. | Taxotere Instructions, Warnings, Handouts - Who has the Documents | IX | Failed to provide records requested. |
| 75. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 76. | Taxotere Articles | IX | Failed to provide records requested. |
| 77. | Packaging | IX | Failed to provide records requested. |
| 78. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 79. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 80. | Communications With Defendants | IX | Failed to provide records requested. |
| 81. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 82. | Journals or Diaries | IX | Failed to provide records requested. |
| 83. | Social Media Posts | IX | Failed to provide records requested. |
| 84. | Tax Returns | IX | Failed to provide records requested. |
| 85. | Medical Bills | IX | Failed to provide records requested. |
| 86. | Expense Records | IX | Failed to provide records requested. |
| 87. | Letters Testamentary | IX | Failed to respond. |
| 88. | Letters Testamentary | IX | Other - Please clarify. |
| 89. | Death Certificate and/or Autopsy | IX | Other - Please clarify. |
| 90. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 91. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 92. | Hair Photos Before Treatment | IX | Other - Please provide dated photos of Plaintiff's hair before chemotherapy. |
| 93. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 94. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 95. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 96. | Hair Photos Today | IX | Other - Please provide dated present-day photos. |
| 97. | Signed Authorizations for Medical Records | IX | Other - The HIPAA and psychiatric records authorizations were expired by the time Plaintiff served her Complaint. |
| 98. | Signed Authorizations for Medical Records | IX | Failed to provide signed and dated psychiatric records authorization. |
| 99. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |

| 100. | Proof of Injury | | Other - Photos are not dated.<br><br>This litigation is about alleged hair loss.  Please provide dated photographs of Plaintiff hair before and after chemotherapy. |
| 101. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 102. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 103. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

# ATTACHMENT 5

12/13/2022

**VIA MDL CENTRALITY**

Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100,
Dallas, TX 75219

    RE: Notice of Deficiency in Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: RIOLO, JOYCE - 6451
      Docket No. Provided on PFS: 2:17-cv-16435

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

|  | PFS Section | PFS Section # | Deficiency |
|---|---|---|---|
| 1. | Public Internet Comment | II. 18 | Failed to respond. |
| 2. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 3. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 4. | Diagnosed with cancer more than once | V. 2 | Failed to respond. |
| 5. | Diagnosed with cancer more than once | V. 2 | Other - Below, Plaintiff seemed to indicate that she had chemo until February 2008. If Plaintiff has had cancer more than once, please provide the information requested for the other diagnosis/treatment separately below. |
| 6. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 7. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 8. | Breast Cancer Metastasis | V. 8. b | Failed to respond. |
| 9. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 10. | Treated with other chemotherapy drugs | V. 10 | Failed to respond |
| 11. | Chemotherapy Drugs | V. 11 | Failed to respond. |

| 12. | Chemotherapy First treatment date | V. 12. c | Failed to provide a full date, including month, day and year. |
|---|---|---|---|
| 13. | Chemotherapy Last treatment date | V. 12. d | Failed to provide a full date, including month, day and year. |
| 14. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 15. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 16. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 17. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 18. | When did you first see a healthcare provider about hair loss? | VII. 5 | Failed to provide approximate date (month/year). |
| 19. | Response 4 - Healthcare Provider Reason for Consultation | VIII. 1 | Failed to respond. |
| 20. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 21. | Response 1 - Facility Name | VIII. 2 | Other - Please also provide information for Plaintiff's treatment at Sutter Tracy Community Hospital.  Please also provide information for the full time period. |
| 22. | Response 1 - Laboratory Name | VIII. 3 | Failed to provide information for full time period requested. |
| 23. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to provide records requested. |
| 24. | Medical Records Related to Taxotere or Docetaxel | IX | Other - Please provide full records. |
| 25. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 26. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 27. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 28. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 29. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 30. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 31. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 32. | Taxotere Articles | IX | Failed to provide records requested. |
| 33. | Packaging | IX | Failed to provide records requested. |
| 34. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 35. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 36. | Communications With Defendants | IX | Failed to provide records requested. |
| 37. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 38. | Journals or Diaries | IX | Failed to provide records requested. |
| 39. | Social Media Posts | IX | Failed to provide records requested. |
| 40. | Tax Returns | IX | Failed to provide records requested. |

| 41. | Medical Bills | IX | Failed to provide records requested. |
|---|---|---|---|
| 42. | Expense Records | IX | Failed to provide records requested. |
| 43. | Letters Testamentary | IX | Failed to respond. |
| 44. | Letters Testamentary | IX | Other - Please clarify. |
| 45. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 46. | Death Certificate and/or Autopsy - Who has the Documents | IX | Other - Please clarify. |
| 47. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 48. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 49. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 50. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 51. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 52. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 53. | Signed Authorizations for Medical Records | IX | Failed to provide signed and dated psychiatric records authorization. |
| 54. | Signed Authorizations for Medical Records | IX | Other - HIPAA and Psychiatric Records authorizations were expired by the time Plaintiff served the Complaint.  The insurance authorization is not witnessed. |
| 55. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 56. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.

# ATTACHMENT 6

12/13/2022

**VIA MDL CENTRALITY**

Allen & Nolte, PLLC
3838 Oak Lawn Ave., Suite 1100,
Dallas, TX 75219

    RE: Notice of Deficiency in Plaintiff Fact Sheet
      *In re Taxotere., MDL No. 2740*
      Plaintiff Name & ID Number: SMITH, PATTI - 5118
      Docket No. Provided on PFS: 2:17-cv-16030

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff
Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness
pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please
cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or
appropriate documents and authorizations via MDL Centrality.

|    | PFS Section | PFS Section # | Deficiency |
|----|-------------|---------------|------------|
| 1. | Public Internet Comment | II. 18 | Failed to respond. |
| 2. | Response 1 - Annual Gynecological Doctor | IV. 11 | Failed to provide full time period of information requested. |
| 3. | Response 1 - Annual Mammogram Doctor | IV.12 | Failed to provide full time period of information requested. |
| 4. | Cigarette Use | IV. 19 | Failed to provide the type of tobacco used. |
| 5. | Cigarette Use | IV. 19 | Failed to provide the amount per day of tobacco used. |
| 6. | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 7. | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 8. | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 9. | Response 1 - Treatment - 2 | V. 5 | Other - Please provide the information requested for the cancer surgery facility. |
| 10. | Response 1 - Treatment - 2 | V. 5 | Failed to respond. |
| 11. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 12. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |

| 13. | Breast Cancer HER2 | V. 8. d | Failed to respond. |
|---|---|---|---|
| 14. | Breast Cancer Progesterone receptor | V. 8. f | Failed to respond. |
| 15. | Taxotere / Docetaxel the only chemotherapy treatment that you ever received? | V. 9 | Failed to respond |
| 16. | Treated with other chemotherapy drugs | V. 10 | Failed to respond |
| 17. | Chemotherapy Drugs | V. 11 | Failed to respond. |
| 18. | Chemotherapy First treatment date | V. 12. c | Failed to provide a full date, including month, day and year. |
| 19. | Chemotherapy Last treatment date | V. 12. d | Failed to provide a full date, including month, day and year. |
| 20. | Chemotherapy Dosage | V. 12. e | Failed to respond. |
| 21. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 22. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 23. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 24. | Response 1 - Residence Dates | V. 15 | Failed to provide residency information for full time period requested. |
| 25. | Response 1 - Endocrine or Hormonal Dates of Treatment | VII. 8 | Failed to provide approximate date (month and year). |
| 26. | Response 1 - Healthcare Provider Name | VIII. 1 | Failed to provide information for full time period requested. |
| 27. | Response 1 - Healthcare Provider Name | VIII. 1 | Other - Please provide information for all providers, including, but not limited to, Deepak Khosla. |
| 28. | Response 1 - Facility Name | VIII. 2 | Other - Please provide information for treatment at all facilities, including, but not limited to, Easy Valley. |
| 29. | Response 1 - Facility Name | VIII. 2 | Failed to provide information for full time period requested. |
| 30. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to provide records requested. |
| 31. | Medical Records Related to Taxotere or Docetaxel | IX | Other - Only provided 7 pages of records. |
| 32. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 33. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 34. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 35. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 36. | Documents Identifying Chemotherapy Agents | IX | Failed to provide records requested. |
| 37. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 38. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 39. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 40. | Taxotere Articles | IX | Failed to provide records requested. |

| 41. | Packaging | IX | Failed to provide records requested. |
|---|---|---|---|
| 42. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 43. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 44. | Communications With Defendants | IX | Failed to provide records requested. |
| 45. | Media Depicting Alleged Injury | IX | Failed to provide records requested. |
| 46. | Journals or Diaries | IX | Failed to provide records requested. |
| 47. | Social Media Posts | IX | Failed to provide records requested. |
| 48. | Tax Returns | IX | Failed to provide records requested. |
| 49. | Medical Bills | IX | Failed to provide records requested. |
| 50. | Expense Records | IX | Failed to provide records requested. |
| 51. | Letters Testamentary | IX | Failed to respond. |
| 52. | Letters Testamentary | IX | Other - Please clarify. |
| 53. | Death Certificate and/or Autopsy | IX | Other - Please clarify. |
| 54. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 55. | Hair Photos Before Treatment | IX | Failed to provide photographs of your hair before treatment with Taxotere (docetaxel) |
| 56. | Hair Photos During Treatment | IX | Failed to provide photographs of your hair during treatment with Taxotere (docetaxel). |
| 57. | Hair Photos After Treatment | IX | Failed to provide photographs of your hair after treatment with Taxotere (docetaxel). |
| 58. | Hair Photos Today | IX | Failed to provide photographs of your hair now. |
| 59. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 60. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 61. | Signed Authorizations for Medical Records | IX | Other - Authorizations are not dated. |
| 62. | Signed Authorizations for Medical Records | IX | Failed to provide signed and dated psychiatric records authorization. |
| 63. | Proof of Injury | | Other - Please provide dated photos of Plaintiff's hair before and after chemotherapy, as well as the present day. |
| 64. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 65. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No before photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 66. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: No after photographs were provided. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.