UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO  MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:  Patricia Duffy  Civil Action No.: 2:18-cv-055969 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated:  September 20, 2023                                   */s/Holly Werkema*
                                                                                         Holly Werkema
                                                                                          **BARON & BUDD, P.C.**
                                                                                          3102 Oak Lawn Avenue, Suite 1100
                                                                                          Dallas, TX 75219
                                                                                          214-521-3605
                                                                                          214-520-1181 Fax
                                                                                          HWerkema@BaronBudd.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  September 20, 2023                                   */s/Holly Werkema*
                                                                                         Holly Werkema