UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Sylvia Hill, 18-11959 | ) ) | |

## ORDER

Before the Court is a Motion to Substitute Plaintiff [Rec. Doc. 16393];

**IT IS ORDERED** that the Motion to Substitute Plaintiff is **GRANTED**, and Garciel Hill, Brian Kelly, Kelvin Hill, and David Hill, on behalf of Sylvia Hill, are substituted as Plaintiffs herein.

New Orleans, Louisiana, this 19th day of September, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**