UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Joanne Smialek, 18-06648 | ) ) | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff [Rec. Doc. 16392];

**IT IS ORDERED** that the Motion is **GRANTED** and that Thomas Smialek, on behalf of Joanne Smialek, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 19th day of September, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE