UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Deborah J. Dunn, 17- 12104 | | |

## ORDER

Before the Court is a Motion to Substitute Plaintiff [Rec. Doc. 16395];

**IT IS ORDERED** that the Motion to Substitute Plaintiff is **GRANTED** and that Glasheca Torres, on behalf of Deborah J. Dunn, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 19th day of September, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE