# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 13, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30516   Smith v. Sanofi-Aventis, U.S.
                USDC No. 2:16-MD-2740
                USDC No. 2:17-CV-617

Enclosed is an order entered in this case.

           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Majella A. Sutton, Deputy Clerk
           504-310-7680

Mr. Lawrence Joseph Centola III
Ms. Ilana H. Eisenstein
Ms. Rachel Horton
Mr. Jason Zachary Landry
Ms. Carol L. Michel
Mr. Bradley S. Thomas