UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO |
| ELIZABETH DUCAN | : : | MAG. JUDGE NORTH |
| Plaintiff(s), | : : | |
| vs. | : : | Civil Action No.: 2:19-cv-5017 |
| SANOFI US SERVICES, INC., fka SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC | : : : : | |
| Defendant(s). | : : | |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
XXX☐ Other (Texas Treatment)

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 20th day of September 2023.

1

By:

Aaron C. Johnson, MO # 38756
David G. Summers, MO # 42290
Summers & Johnson, P.C.
717 Thomas Street
Weston, MO 64098
(816) 640-9940
Fax (816) 386-9927
aaron@summersandjohnson.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 20, 2023        /s/Aaron C. Johnson_____