UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | | |
| *Kathleen L. Gilson v. Hospira, Inc.*<br>2:17-cv-14003 | | |

## ORDER

**CONSIDERING** the Request for Oral Argument [Rec. Doc. 16391] requesting oral argument on Plaintiff's Motion for Reconsideration of the Court's Dismissal Order [Rec. Doc. 16390],

**IT IS ORDERED** that the Request for Oral Argument [Rec. Doc. 16391] is **DENIED.**

New Orleans, Louisiana, this 20th day of September 2023.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE