## EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | Section "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| *Mary Sanchez v. Sanofi US Services Inc., et al.,* | MAG. JUDGE NORTH |
| Civil Action No.: 2:17-cv-04675 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X  Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this   20th   day of September, 2023

Justin E Dunlap
Texas State Bar No 24040835
HOTZE RUNKLE PLLC
1101 South Capital of Texas Hwy Bldg. C, Suite 100
West Lake Hills, Texas 78746
512-476-7771 - Tel  justin@hotzerunkle.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 20, 2023                    s/ Justin E. Dunlap

4