UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>Section "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Christine Dvorak*, Case 2:19-cv-13100<br>*Donna Harrison*, Case 2:19-cv-10847<br>*Rena Nolin*, Case 2:19-cv-13106 | HON. JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

### PLAINTIFFS' MOTION FOR RECONSIDERATION

Pursuant to Fed. R. Civ. P. 59(e) and 60(b), Plaintiffs respectfully seek reconsideration of the Court's August 22, 2023 Order (Doc. No. 16327). As set forth more fully in the attached Memorandum in Support, Plaintiffs request that the Court reconsider its August 22, 2023 Order and to set aside, alter, or amend it as requested herein.

Dated: September 20, 2023                          /s/      M. Elizabeth Graham

M. Elizabeth Graham, SBN 143085
**GRANT & EISENHOFER, P.A.**
2325 3rd ST, Suite 329
San Francisco, CA 94107
Telephone: (415) 229-9720
Email:  egraham@gelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/      M. Elizabeth Graham