UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>Section "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Christine Dvorak*, Case 2:19-cv-13100<br>*Donna Harrison*, Case 2:19-cv-10847<br>*Rena Nolin*, Case 2:19-cv-13106 | HON. JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

## PLAINTIFFS' NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that above-captioned Plaintiffs' Motion for Reconsideration is hereby set for submission before the Honorable Jane Triche Milazzo, United States District Court for the Eastern District of Louisiana, on December 20, 2023 at 9:30 a.m.

Dated: September 20, 2023                            /s/        M. Elizabeth Graham

M. Elizabeth Graham, SBN 143085
**GRANT & EISENHOFFER P.A.**
2325 3rd ST, Suite 329
San Francisco, CA 94107
Telephone: (415) 229-9720
Email:  egraham@gelaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

                                                      /s/      M. Elizabeth Graham