UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Fiona Furlong v. Sanofi US Services Inc. et al.*<br>Civil Action No.: 2:18-cv-09433 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

**X** Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

1

Dated this 20th day of September, 2023.

                Respectfully Submitted,

                By: *s/ Julie Reynolds*
                    Munir R. Meghjee (MN #0301437)
                    Julie Reynolds (MN #0392426)
                    Robins Kaplan LLP
                    800 LaSalle Avenue, Suite 2800
                    Minneapolis, MN 55402
                    Telephone: (612) 349-8500
                    Facsimile: (612) 339-4181
                    mmeghjee@robinskaplan.com
                    jreynolds@robinskaplan.com

                **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that on September 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: September 20, 2023                *s/ Julie Reynolds*