# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:** Kathleen L. Gilson v. Sanofi S.A.; Aventis Pharma S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Hospira, Inc. | Case No. 2:17-cv-14003 |

## UNOPPOSED MOTION TO CHANGE SUBMISSION DATE FILED WITH PLAINTIFF GILSON'S F.R.C.P. 59(e) & 60(b) MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL ORDER (DOC. 16337 & GILSON 12)

Plaintiff Kathleen L. Gilson, by and through undersigned counsel, respectfully seeks leave of Court to change the Submission Date filed with Plaintiff's Motion that was filed at Doc. 16390, from September 20, 2023, to January 31, 2024.

Counsel for Plaintiff has consulted with Counsel for Hospira and there is no objection.

Dated: September 20, 2023

Respectfully submitted,

/s/   David J. Diamond
David J. Diamond, Esq.
DIAMOND LAW PLLP
1700 E. River Road, #65237
Tucson, AZ 85718
Tel: (800) 966-5535
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, David J. Diamond, hereby certify that on September 20, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                  */s/ David J. Diamond*
                                                  David J. Diamond