# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:** | |
| Kathleen L. Gilson | Case No. 2:17-cv-14003 |
| v. | |
| Sanofi S.A.; Aventis Pharma S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.; Sanofi-Aventis U.S. LLC; Hospira, Inc. | |

## PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CHANGE SUBMISSION DATE FILED WITH PLAINTIFF GILSON'S F.R.C.P. 59(e) & 60(b) MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL ORDER (DOC. 16337 & GILSON 12)

THE COURT having reviewed the Plaintiff's Motion, and good cause appearing,

IT IS ORDERED that the Submission Date be changed from September 20, 2023 to January 31, 2024.

SO ORDERED this _____ day of _____, 2023.

_____
Honorable Judge Jane Triche Milazzo
United States District Court Judge