BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Nancy O'Neil v. Accord Healthcare, Inc.;* Case No. 2:17-cv-12435 | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Kevin O'Neil, surviving spouse of Nancy O'Neil, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on the death of Ms. Nancy O'Neil on March 10, 2023.

A Notice/Suggestion of Death was filed in this matter on June 26, 2023 (Doc. 16008).

Dated: September 20, 2023                             Respectfully submitted,

                                                                            GOMEZ TRIAL ATTORNEYS

                                                                             /s/Lindsay R. Stevens
                                                                            John H. Gomez (CA Bar # 171485) T.A.
                                                                            Lindsay R. Stevens (CA Bar # 256811)
                                                                            755 Front Street
                                                                            San Diego, California 92101
                                                                            Telephone: (619) 237-3490
                                                                            Facsimile: (619) 237-3496
                                                                            *john@thegomezfirm.com*
                                                                            *lstevens@thegomezfirm.com*

                                                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com