BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:     HON. JANE T. MILAZZO
*Nancy O'Neil v. Accord Healthcare, Inc.;*
Case No. 2:17-cv-12435

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Nancy O'Neil (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff Kevin O'Neil as surviving spouse, is substituted for Plaintiff Nancy O'Neil as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2023.

_____
**Hon. Judge Jane T. Milazzo**