UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | |
| Janice DeClouet, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| Sanofi S.A., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| Civil Case No.: 2:17-cv-357 | : | |
| | : | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff in the above styled action hereby voluntary dismisses, with prejudice, her Complaint filed in the above-styled action. Each party to bear their own costs.

This the 21st day of September, 2023.

Milberg Bryson Phillips Grossman, PLLC

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781
J. Hunter Bryson
N.C. Bar No. 50602
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035

Email: dbryson@milberg.com
Email: hbryson@milberg.com


*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary

Dismissal With Prejudice has been contemporaneously with or before filing served upon all

parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the

Eastern District of Louisiana.

This the 21st day of September, 2023.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC.


*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. State Bar No.: 15781
J. Hunter Bryson
N.C. State Bar No.: 50602
PO Box 12638
Raleigh, NC 27605
Phone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com


*Attorneys for Plaintiff*
