# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>Section "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Deborah Brewer*, Case 2:19-cv-13102 | HON. JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL NORTH |

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Pursuant to Fed. R. Civ. P. 59(e) and 60(b), Plaintiff respectfully seeks reconsideration of the Court's August 24, 2023 Order (Doc. No. 16337). As set forth more fully in the attached Memorandum in Support, Plaintiffs request that the Court reconsider its August 24, 2023 Order and to set aside, alter, or amend it as requested herein.

Dated: September 21, 2023        /s/        M. Elizabeth Graham

> M. Elizabeth Graham, SBN 143085
> **GRANT & EISENHOFER, P.A.**
> 2325 3rd ST, Suite 329
> San Francisco, CA 94107
> Telephone: (415) 229-9720
> Email:  egraham@gelaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

                                                                   /s/      M. Elizabeth Graham