**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 Section "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *Deborah Brewer, Case 2:19-cv-13102* | MAG. JUDGE MICHAEL NORTH |

**PLAINTIFFS' NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that above-captioned Plaintiff's Motion for Reconsideration is

hereby set for submission before the Honorable Jane Triche Milazzo, United States District

Court for the Eastern District of Louisiana, on December 20, 2023 at 9:30 a.m.

Dated: September 21, 2023                         /s/      M. Elizabeth Graham

                                                  M. Elizabeth Graham, SBN 143085
                                                  **GRANT & EISENHOFFER P.A.**
                                                  2325 3rd ST, Suite 329
                                                  San Francisco, CA 94107
                                                  Telephone: (415) 229-9720
                                                  Email:  egraham@gelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/        M. Elizabeth Graham