## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: H |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| **Theatrice Thompson** <br> **Case No. 2:18-cv-09371** | |

### PLAINTIFF THEATRICE THOMPSON'S F.R.C.P. 59(e) & 60(b) MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL ORDER (Doc. 16327)

Pursuant to Fed. R. Civ. P. 59(e) and 60(b), Plaintiff respectfully seeks reconsideration of the Court's August 24, 2023 Order (Doc. No. 16337). As set forth more fully in the attached Memorandum in Support, Plaintiff requests that the Court reconsider its August 24, 2023 Order and to set aside, alter, or amend it as requested herein.

Dated: September 21, 2023

Respectfully Submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer     #42437
Michael S. Kruse     #57818
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

／s/ Mark R. Niemeyer