# EXHIBIT A

## AFFIDAVIT OF JOHN H. ALLEN, III

My name is John H. Allen, III. I am competent to make this affidavit. The facts stated in this declaration are within my personal knowledge and are true and correct.

1. "I am an attorney licensed in the State of Texas since 1993. My office currently represents the following client in the Taxotere litigation (hereinafter referred to as "Affected Client"):

Adams, Tessie.

2. The Affected Client was represented by the Mulligan Law Firm when her case was filed and up until the Spring of 2019, when Patrick Mulligan, the principal of The Mulligan Law Firm, passed away. Shortly following his death, the law firm was dissolved, and many of the firm's clients, including the Affected Client, were referred to my office, Allen & Nolte, PLLC.

3. Upon the motion to dismiss the Affected Client's case, and again after the dismissal, I inquired as the status and mechanism of service utilized by Mulligan Law Firm on Taxotere cases. I learned that it was standard practice at the Mulligan Law Firm to ensure that service on the defendants in the Taxotere litigation, including the Affected Client, was made timely, via email transmission pursuant to the CMO's and PTO's entered in In Re: Taxotere, MDL No. 2740. I learned that confirmation of the service would have been stored in the email server for the Mulligan Law Firm.

4. On inquiry, I further learned from the lawyers handling Mr. Mulligan's estate that after Mr. Mulligan passed away and the Mulligan Law Firm dissolved, the estate paid for the maintenance of the Mulligan Law Firm's database. This database was accessible for two years, after which time, the database was transferred to a "vault" due to the expense of managing the database of over $10,000, per month. The estate lawyers informed that, since no request had been made to access the database in nearly two years since Mr. Mulligan's death, it was determined to be in the best

interest of the corpus of the estate to stop maintaining and paying for an active database. Thus, it is my understanding that the estate lawyers can only access the vault, that it would potentially cost in excess of ten thousand dollars to rebuild the database in order to locate and find an email from Charles Orr to defendants on service or process, assuming such email would not have been purged in the transfer to the vault.

5. Further affiant sayeth not."

_____
John H. Allen, III

SWORN TO and SUBSCRIBED before me by John H. Allen, III on this 21st day of September, 2023.



_____
Notary Public, State of Texas