# EXHIBIT B

## AFFIDAVIT OF JENNIFER NOLTE

My name is Jennifer Nolte.  I am competent to make this affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

1.  "I am an attorney licensed in the State of Texas since 1998 and the State of California since 2013.  My office currently represents the following client in the Taxotere litigation (hereinafter referred to as "Affected Client"):

Adams, Tessie.

2.  The Affected Client was represented by the Mulligan Law Firm when her respective case was filed and up until the Spring of 2019, when Patrick Mulligan, the principal of The Mulligan Law Firm, passed away.  Shortly following his death, the law firm was dissolved, and many of the firm's clients, including the Affected Client, were referred to my office, Allen & Nolte, PLLC.

3.  Upon the retention of my office by the Affected Client, access to the Affected Client's MDL Centrality Plaintiff Fact Sheet portal was transferred to my office.

4.  Attached hereto as Attachment 1 is a true and correct copy of the Notice of Deficiency in Plaintiff Fact Sheet issued by Defendants and served through MDL Centrality in the Affected Client's case on April 5, 2018.

5.  Further affiant sayeth not."

_____
Jennifer Nolte

SWORN TO and SUBSCRIBED before me by Jennifer Nolte on this 21st day of September, 2023.



BRANDI M. WIGINTON
My Notary ID # 125522013
Expires January 18, 2025

Brandi M. Wiginton
_____
Notary Public, State of Texas

# ATTACHMENT 1

4/5/2018

**VIA MDL CENTRALITY**

The Mulligan Law Firm
3710 Rawlins St. #901,
Dallas, TX 75219

RE: Notice of Deficiency in Plaintiff Fact Sheet
*In re Taxotere., MDL No. 2740*
Plaintiff Name & ID Number: ADAMS, TESSIE - 4774
Docket No. Provided on PFS: 2:17-cv-16210

Dear Counsel:

This deficiency notice is submitted on behalf of defendants properly served as of the date plaintiff's Plaintiff Fact Sheet (PFS) was submitted via MDL Centrality. All other defendants reserve their rights as to this PFS.

Defendants have reviewed the above submitted Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTO 22 and identified the deficiencies listed in the table below. As required by PTO 22, please cure these deficiencies within thirty days of this Notice by submitting a verified, amended PFS and/or appropriate documents and authorizations via MDL Centrality.

|     | PFS Section | PFS Section # | Deficiency |
|-----|-------------|---------------|------------|
| 1.  | Response 1 - Date of Post | II. 19 | Failed to provide month and year of post. |
| 2.  | Never used tobacco | IV. 17 | Failed to respond. |
| 3.  | Medications used regularly in seven years before Taxotere? | IV. 20 | Failed to respond. |
| 4.  | Response 1 - Medication before Taxotere | IV. 21 | Failed to respond. |
| 5.  | Response 1 - Prescriber | IV. 21 | Failed to respond. |
| 6.  | Response 1 - Dates Taken | IV. 21 | Failed to provide. |
| 7.  | Response 1 - Date of Diagnosis | V. 5 | Failed to provide date[s] of diagnosis. |
| 8.  | Response 1 - Primary Oncologist Information - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 9.  | Response 1 - Treatment - 1 | V. 5 | Failed to provide proper date of month, day year of treatment. |
| 10. | First Diagnosis for condition for which you were prescribed Taxotere / Docetaxel | V. 6 | Failed to provide a full date, including month, day and year |
| 11. | Breast Cancer Tumor size | V. 8. a | Failed to respond. |
| 12. | Breast Cancer Node involvement | V. 8. c | Failed to respond. |
| 13. | Chemotherapy Drugs | V. 11 | Failed to respond. |
| 14. | Chemotherapy Dosage | V. 12. e | Failed to respond. |

| 15. | Chemotherapy Dosage | V. 12. e | Other - Plaintiff has a good faith obligation to review medical records and provide responsive information. |
|---|---|---|---|
| 16. | Chemotherapy Drug Combined with another drug | V. 12. e. 1 | Failed to respond. |
| 17. | Chemotherapy Drug Sequential with another drug | V. 12. e. 2 | Failed to respond. |
| 18. | Chemotherapy Drug Combination or sequence | V. 12. e. 3 | Failed to respond. |
| 19. | Condition: Pregnant | VII. 4 | Failed to respond. |
| 20. | Condition: Seriously Ill | VII. 4 | Failed to respond. |
| 21. | Condition: Hospitalized | VII. 4 | Failed to respond. |
| 22. | Condition: Undergoing treatment for any other medical condition | VII. 4 | Failed to respond. |
| 23. | Medications when Hair Loss Began | VII. 11 | Failed to respond. |
| 24. | Medications when Hair Loss Began | VII. 11 | Other - Please list all medications taken when hair loss began, or certify that there are none. |
| 25. | Response 1 - Pharmacy Dates | VIII. 4 | Failed to provide full approximate dates (month/years). |
| 26. | Medical Records Related to Taxotere or Docetaxel | IX | Failed to provide records requested. |
| 27. | Medical Records For Any Condition or Symptom | IX | Failed to provide records requested. |
| 28. | Laboratory Results Related to Hair Loss | IX | Failed to provide records requested. |
| 29. | Pathology Reports Related to Hair Loss | IX | Failed to provide records requested. |
| 30. | Documents Reflecting Rx Drug Use | IX | Failed to provide records requested. |
| 31. | Documents Identifying Chemotherapy Agents | IX | Failed to provide records requested. |
| 32. | Documents for Workers' Compensation or Disability | IX | Failed to provide records requested. |
| 33. | Taxotere Instructions, Warnings, Handouts | IX | Failed to provide records requested. |
| 34. | Taxotere Advertisements | IX | Failed to provide records requested. |
| 35. | Taxotere Articles | IX | Failed to provide records requested. |
| 36. | Packaging | IX | Failed to provide records requested. |
| 37. | Documents Mentioning Health Risks | IX | Failed to provide records requested. |
| 38. | Documents Obtained From Defendants | IX | Failed to provide records requested. |
| 39. | Communications With Defendants | IX | Failed to provide records requested. |
| 40. | Media Depicting Alleged Injury | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 41. | Journals or Diaries | IX | Failed to provide records requested. |
| 42. | Tax Returns | IX | Failed to provide records requested. |
| 43. | Medical Bills | IX | Failed to provide records requested. |
| 44. | Expense Records | IX | Failed to provide records requested. |

| 45. | Letters Testamentary | IX | Failed to respond. |
|---|---|---|---|
| 46. | Letters Testamentary | IX | Other - ?? |
| 47. | Death Certificate and/or Autopsy | IX | Other - ?? |
| 48. | Death Certificate and/or Autopsy | IX | Failed to respond. |
| 49. | Hair Photos Before Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 50. | Hair Photos Before Treatment | IX | Other - Photo is not dated.  Please provide date or year information.  Please also provide additional 'before' photos. |
| 51. | Hair Photos During Treatment | IX | Other - Please provide date or year info for photo, as well as additional photos from this time period, if any. |
| 52. | Hair Photos During Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 53. | Hair Photos After Treatment | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 54. | Hair Photos After Treatment | IX | Other - Need more than one photo -- also, need date or year for all photos. |
| 55. | Hair Photos Today | IX | Other - Need more than one photo -- also, need date or year for all photos. |
| 56. | Hair Photos Today | IX | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |
| 57. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated HIPAA authorization. |
| 58. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated Worker? Compensation information authorization. |
| 59. | Signed Authorizations for Medical Records | IX | Claims mental or emotional damages but failed to provide properly signed and dated psychiatric records authorization. |
| 60. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated disability information authorization. |
| 61. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated health insurance authorization. |
| 62. | Signed Authorizations for Medical Records | IX | Failed to provide properly signed and dated employment information authorization. |
| 63. | Signed Authorizations for Medical Records | IX | Other - None of the authorizations are properly dated.  Please provide fully signed, witnessed (where required), and dated authorizations. |
| 64. | Proof of Use | | You failed to provide proof of use documents. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |
| 65. | Proof of Injury | | You failed to provide proof of injury documents. Specifically: Photographs were not dated appropriately. Pursuant to PTO-22, Paragraph 11, Defendants obligation to submit a DFS will not be triggered until this requirement is met. |

If you have questions about these deficiencies, please email: Taxotere@browngreer.com.