UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>Master Docket Case No. 2:16-md-02740<br><br>Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:**<br><br>Kathleen L. Gilson<br><br>v.<br><br>Hospira Inc. | Case No. 2:17-cv-14003 |

**PLAINTIFF GILSON'S F.R.C.P. 59(e) & 60(b) MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL ORDER**
**(Doc. 16337 & Gilson 12)**

Plaintiff Kathleen L. Gilson, through undersigned counsel, files the instant Motion requesting the Court to set aside, alter or amend its Order of Dismissal dated August 24, 2023 (Doc.16337 & Gilson Doc. 12) as to Plaintiff Kathleen L. Gilson and reinstate Plaintiff's case, pursuant to Fed. R. Civ. P. 59(e) and/or Fed. R. Civ. P. 60(b). Plaintiff attaches a Memorandum in support of her Motion.

Plaintiff files this Motion as opposed.

Dated: September 21, 2023        Respectfully Submitted,

/s/ David J. Diamond
David J. Diamond, Esq.
AZ Bar No.: 010842 (Pro Hac Vice)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85718
Telephone: (520) 909-0909
Facsimile:  (520) 527-1074
Email:  ddiamond@diamondlawusa.com
*Counsel for Plaintiff Gilson*

## **CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on September 21, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                               */s/ David J. Diamond*
                                               David J. Diamond