Draft

Exhibit 4



Service of Summons & Complaint for the following cases:

Hille, et al. v. Sanofi S.A., et al. (2:17-cv-14020)
Gilson v. Sanofi S.A., et al. (2:17-cv-14003)
Howard v. Sanofi S.A., et al. (2:17-cv-13950)
Ventura v. Sanofi S.A., et al. (2:17-cv-16022)
Woodyard v. Sanofi S.A., et al. (2:17-cv-14175)
Tanner v. Sanofi S.A., et al. (2:17-cv-14170)
Stewart, et al. v. Sanofi S.A., et al. (2:17-cv-14166)
Shumway, et al. v. Sanofi S.A., et al. (2:17-cv-14158)
Lee-Nunn, et al. v. Sanofi S.A., et al. (2:17-cv-14155)
Irino v. Sanofi S.A., et al. (2:17-cv-14144)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sanofi US Services Inc.
55 Corporate Drive
Bridgewater, NJ 08807

9590 9402 2829 7069 1699 06

2. Article Number *(Transfer from service label)*

7017 1070 0000 8466 7439

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sanofi-Aventis U.S. LLC
55 Corporate Drive
Bridgewater, NJ 08807

9590 9402 2829 7069 1698 69

Number *(Transfer from service label)*

1070 0000 8466 7422

3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt