Exhibit 5

**David Diamond**

| | |
|---|---|
| **From:** | holdene@gtlaw.com |
| **Sent:** | Wednesday, August 29, 2018 10:19 AM |
| **To:** | Kathy Hampton; David Diamond |
| **Cc:** | merrellc@gtlaw.com; higginsa@gtlaw.com |
| **Subject:** | RE: Taxotere MDL 2740 - Amending Complaints |

Kathy,

Regarding the Hille case, could you forward us the NDC documentation? We reviewed the documents that have been uploaded to Centrality but they only appeared to identify Sanofi / Winthrop.

Thanks, Evan

**Evan C. Holden**
Shareholder

Greenberg Traurig, LLP
Terminus 200
3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T 678.553.2175 | C 678.925.6600
holdene@gtlaw.com | www.gtlaw.com | View GT Biography





**From:** Kathy Hampton [mailto:khampton@1800theeagle.com]
**Sent:** Tuesday, August 21, 2018 12:39 PM
**To:** Merrell, Cliff (Shld-Atl-LT); Holden, Evan (Shld-Atl-LT); markcheffo@quinnemanuel.com; maracuskergonzalez@quinnemanuel.com; laviniadenniston@quinnemanuel.com; kbieri@shb.com; ckaufman@shb.com
**Cc:** olinde@chaffe.com; dmoore@irwinllc.com; David Diamond
**Subject:** Taxotere MDL 2740 - Amending Complaints

Good morning,

After receiving NDC information, we need to amend the following complaints:

Kathleen Gilson (2:17-cv-14003):   We need to dismiss Sanofi S.A.; Aventis Pharma S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S.; and Sanofi-Aventis U.S. LLC. We need to add Hospira, Inc.

Kathern Hille (2:17-cv-14020):   We need to add Sandoz, Inc. and Sanofi-Aventis U.S. LLC d/b/a Winthrop U.S.

1

Joshua Irinio (2:17-cv-14144): We need to dismiss Sanofi S.A.; Aventis Pharma S.A.; Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S.; and Sanofi-Aventis U.S. LLC. We need to add Hospira, Inc.

This communication is made in compliance with Pretrial Order #37A. Please let us know if you consent to or oppose these amendments.

Thank you!

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE** LLP
Direct (520) 620-3985 | Office (520) 620-3975 | Fax (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that your review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.