# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Kathleen L. Gilson <br> **PLAINTIFF(S)** <br><br> **VERSUS** <br><br> Hospira Inc., et al. <br> **DEFENDANT(S)** | **CIVIL ACTION** <br><br> No.   2:17-cv-14003 <br><br> SECTION: _____ |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff Gilson's F.R.C.P. 59(e) & 60(b) Motion for Reconsideration of the Court's Dismissal Order (Doc. 16337 & Gilson 12) **is hereby set for submission before District Judge/Magistrate Judge** Jane Triche Milazzo on January 31, 2024 at 9:30 a.m.

/s/ David J. Diamond
**(Signature)**

David J. Diamond, Esq.
**(Name)**

1700 E. River Road, #65237
**(Address)**

Tucson          AZ          85718
**(City)        (State)      (Zip)**

 (520) 909-0909
**(Telephone)**

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on September 21, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David J. Diamond
David J. Diamond