UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Master Docket Case No. 2:16-md-02740 |
| | Honorable Jane Triche Milazzo |
| **THIS DOCUMENT RELATES TO:** Kathleen L. Gilson v. Hospira Inc.; | Case No. 2:17-cv-14003 |

**PURSUANT TO E.D LOUISIANA LOCAL RULE 78.1, PLAINTIFF GILSON REQUESTS ORAL ARGUMENT ON HER RULE 59(e), F.R.C.P., & RULE 60, F.R.C.P., MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL ORDER (Doc. 16337 & Gilson Doc. 12)**

Plaintiff Gilson makes this separate request for oral argument on her contemporaneously filed Motion brought pursuant to Rules 59 & 60, F.R.C.P.

Dated: September 21, 2023        Respectfully Submitted,

/s/ David J. Diamond
David J. Diamond, Esq.
AZ Bar No.: 010842 (Pro Hac Vice)
DIAMOND LAW, PLLC
1700 E. River Road, #65237
Tucson, AZ 85718
Telephone: (520) 909-0909
Facsimile: (520) 527-1074
Email: ddiamond@diamondlawusa.com
*Counsel for Plaintiff Gilson*

1

## CERTIFICATE OF SERVICE

    I, David J. Diamond, hereby certify that on September 21, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                       */s/ David J. Diamond*_____
                                       David J. Diamond