UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> **This Document Relates to:** § <br> **Lara Della Rocca; Case No. 2:19-cv-00908** § <br> **Patricia Gardner; Case No. 2:18-cv-14157** § <br> **Millie Howard; Case No. 2:19-cv-00349** § | MDL NO. 2740 <br><br> SECTION "H" (5) <br> **JUDGE JSNE TRICHE MILAZZO** <br> **MAG. JUDGE MICHAEL B. NORTH** |

## PLAINTIFFS' MOTION FOR RECONSIDERATION

Pursuant to Fed. R. Civ. P. 59(e) and 60(b), Plaintiffs, Lara Della Rocca, Patricia Gardner, and Millie Howard, respectfully seek reconsideration of the Court's August 24, 2023 Order. As set forth more fully in the attached Memorandum in Support, Plaintiffs request that the Court reconsider its August 24, 2023 Order and to set aside, alter, or amend it as requested herein.

Dated: September 21, 2023.

By: */s/ Joseph D. Terry*
Joseph D. Terry
L. Lee Thweatt
**Terry & Thweatt, P.C.**
114 Byrne Street
Houston, TX 77009
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
Email: jterry@terrythweatt.com
Email: lthweatt@terrythweatt.com

**Attorneys for Plaintiffs**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 21, 2023.  By: */s/ Joseph D. Terry*
Joseph D. Terry
L. Lee Thweatt
**Terry & Thweatt, P.C.**
114 Byrne Street
Houston, TX 77009
Telephone: (713) 600-4710
Facsimile: (713) 600-4706
Email: jterry@terrythweatt.com
Email: lthweatt@terrythweatt.com

**Attorneys for Plaintiffs**