UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § § § § |  MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JSNE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |
| This Document Relates to:<br>Lara Della Rocca; Case No. 2:19-cv-00908<br>Patricia Gardner; Case No. 2:18-cv-14157<br>Millie Howard; Case No. 2:19-cv-00349 | |

**AFFIDAVIT OF MARIE OLIVIER**

The Affiant hereby makes solemn oath:

1. My name is Marie Olivier and I am a paralegal at Terry & Thweatt, P.C., which is located at 114 Byrne Street, Houston, Texas 77009.

2. On July 22, 2022, after the status conference, Mr. Joseph D. Terry requested that I confirm service for all Taxotere clients conforms to the service orders. In the following days, I checked each of the files in an attempt to confirm that service had been sent, and I believed service of all defendants was completed.

3. Specifically, with respect to Plaintiffs Lara Della Rocca, Patricia Gardner and Millie Howard's files, I believed that I had seen service e-mails present.

4. I have worked with Terry & Thweatt, P.C. on all aspects of MDL cases, including the Taxotere cases since the case was initiated.

5. One of my responsibilities is serving pleadings in accordance with court rules.

6. On October 3, 2022, Defendants filed their Motion to Dismiss for Failure to Comply with Case Management Order No. 35, and at that time, I discovered that service of process had not been effectuated on the Hospira Defendants in Plaintiffs Lara Della

Rocca, Patricia Gardner and Millie Howard's cases'. The documentation saved in their folders were instead, related to deficiencies. Promptly thereafter, I corrected the error by properly serving Hospira Defendants with notice of Plaintiffs' claims by email at hospirataxoteremdl@wolterskluwer.com and pfizertaxoteremdl@wolterskluwer.com.

FURTHER AFFIANT SAYETH NOT.

Dated: 9/21/2023

Marie Olivier

SUBSCRIBED AND SWORN on this 21 of September 2023, before me personally appeared Marie Olivier.

My Commission Expires: 08-16-2026

Notary Public

MARIANA HANEINE
Notary Public, State of Texas
Comm. Expires 08-16-2026
Notary ID 133910516