# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: H |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| **Lori Hansen** **Case No. 2:18-cv-00355** | |

## PLAINTIFF LORI HANSEN'S F.R.C.P. 59(e) & 60(b) MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL ORDER (Doc. 16327)

Pursuant to Fed. R. Civ. P. 59(e) and 60(b), Plaintiff respectfully seeks reconsideration of the Court's August 25, 2023 Order (Doc. No. 16337). As set forth more fully in the attached Memorandum in Support, Plaintiff requests that the Court reconsider its August 25, 2023 Order and to set aside, alter, or amend it as requested herein.

Dated: September 22, 2023                    Respectfully Submitted,

*/s/Daniel P. Markoff*
Daniel P. Markoff OBA #14886
Atkins & Markoff
9211 Lake Hefner Parkway,
Suite 104
Oklahoma City, OK 73120
405-607-8757 phone
405-607-8749 fax
dmarkoff@atkinsandmarkoff.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/Daniel P. Markoff*