UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: H |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| **Lori Hansen** **Case No. 2:18-cv-00355** | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion: PLAINTIFF LORI HANSEN'S F.R.C.P. 59(e) & 60(b) MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL ORDER is hereby set for submission before The Honorable Jane Triche Milazzo on January 31, 2024, at 9:30 a.m.

Dated:　September 22, 2023　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/Daniel P. Markoff*
　　　　　　　　　　　　　　　　　　Daniel P. Markoff OBA #14886
　　　　　　　　　　　　　　　　　　Atkins & Markoff
　　　　　　　　　　　　　　　　　　9211 Lake Hefner Parkway,
　　　　　　　　　　　　　　　　　　Suite 104
　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73120
　　　　　　　　　　　　　　　　　　405-607-8757 phone
　　　　　　　　　　　　　　　　　　405-607-8749 fax
　　　　　　　　　　　　　　　　　　dmarkoff@atkinsandmarkoff.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/*Daniel P. Markoff*