## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** § | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** § | |
| § | **SECTION "H" (5)** |
| § | **JUDGE JANE TRICHE MILAZZO** |
| § | **MAG. JUDGE MICHAEL B. NORTH** |
| § | |
| § | |
| **This Document Relates to:** § | |
| **Lara Della Rocca; Case No. 2:19-cv-00908** § | |
| **Patricia Gardner; Case No. 2:18-cv-14157** § | |
| **Millie Howard; Case No. 2:19-cv-00349** § | |

## PLAINTIFFS' NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the above-captioned Plaintiffs' Motion for Reconsideration is hereby set for submission before the Honorable Jane Triche Milazzo, United States District Court for the Eastern District of Louisiana, on December 20, 2023 at 9:30 a.m.

Dated: September 22, 2023.                By: */s/ Joseph D. Terry*
                                                                           Joseph D. Terry
                                                                           L. Lee Thweatt
                                                                           **Terry & Thweatt, P.C.**
                                                                           114 Byrne Street
                                                                           Houston, TX 77009
                                                                           Telephone: (713) 600-4710
                                                                           Facsimile: (713) 600-4706
                                                                           Email: jterry@terrythweatt.com
                                                                           Email: lthweatt@terrythweatt.com

                                                                           **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 22, 2023.   By: */s/ Joseph D. Terry*
　　　　　　　　　　　　　　　　Joseph D. Terry
　　　　　　　　　　　　　　　　L. Lee Thweatt
　　　　　　　　　　　　　　　　**Terry & Thweatt, P.C.**
　　　　　　　　　　　　　　　　114 Byrne Street
　　　　　　　　　　　　　　　　Houston, TX 77009
　　　　　　　　　　　　　　　　Telephone: (713) 600-4710
　　　　　　　　　　　　　　　　Facsimile: (713) 600-4706
　　　　　　　　　　　　　　　　Email: jterry@terrythweatt.com
　　　　　　　　　　　　　　　　Email: lthweatt@terrythweatt.com

　　　　　　　　　　　　　　　　**Attorneys for Plaintiffs**