UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Plaintiffs listed on Exhibit A*

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

Plaintiffs (listed on Exhibit A), through undersigned counsel, file the instant Motion requesting the Court reconsider its order granting Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.'s ("Hospira Defendants") Motion to Dismiss and reinstate Plaintiffs' cases, pursuant to Fed. R. Civ. P. 59(e) and/or Fed. R. Civ. P. 60(b). Plaintiffs attach a Memorandum in support of their Motion.

Pursuant to Local Rule 7.6, Plaintiff's attempted to confer with counsel for Defendants but had not heard back by the time of filing. Therefore, Plaintiffs file this Motion as opposed.

Dated: September 22, 2023         Respectfully Submitted,

*/s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
BACHUS & SCHANKER, LLC
950 17th Street Suite 1050
Denver, Colorado 80202
Telephone: (303) 893-9800
Facsimile: (303) 893-9900

    Email: celliott@coloradolaw.net
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Christopher Elliott, hereby certify that on September 22, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

    */s/ J. Christopher Elliott*
    J. Christopher Elliott