UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

*Plaintiffs' Listed on Exhibit A*

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35**

PLEASE TAKE NOTICE that Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Cases for Failure to Comply with Case Management Order No. 35 is hereby set for submission before the Honorable Jane Trich Milazzo on January 24, 2024, at 9:30 a.m.

Dated: September 22, 2023                    Respectfully Submitted,

*/s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
BACHUS & SCHANKER, LLC
950 17th Street, Suite 1050
Denver, Colorado 80202
Telephone: (303) 893-9800
Facsimile:  (303) 893-9900
Email: celliott@coloradolaw.net
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, J. Christopher Elliott, hereby certify that on September 22, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ J. Christopher Elliott*
J. Christopher Elliott
