**EXHIBIT A**

| # | Name | Case Number | Discovery Conducted Prior to October 3, 2022, Motion to Dismiss (unless otherwise stated) |
|---|------|-------------|------------------------------------------------------------------------------------------|
| 1 | Ada Brown | 2:16-cv-17142 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff has served: Three Plaintiff Fact Sheets, PTO 71 statement, before and after photographs, medical records, declaration signature page, authorizations, proof of use and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 2 | Chantel Brown | 2:16-cv-17160 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. |

| | | | |
|---|---|---|---|
| | | | Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 3 | Gwen Burnstein | 2:16-cv-17172 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira is the manufacture.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket. |

| | | | Plaintiff served Hospira on October 3, 2022. |
|---|---|---|---|
| 4 | Rose Champagne | 2:16-cv-17174 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff served Hospira on September 29, 2022.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use, and proof of manufacturer showing Sandoz and Hospira.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 5 | Edith Chappell | 2:16-cv-17163 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff served Hospira on September 29, 2022. |

| | | | |
|---|---|---|---|
| | | | Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, and proof of use. Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| 6 | Amy Chorak | 2:16-cv-17165 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira and Sandoz is the manufacturer. Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. Plaintiff served Hospira on October 3, 2022. |
| 7 | Janice Clendenon | 2:16-cv-17157 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other |

| | | | |
|---|---|---|---|
| | | | named Defendants but through litigation has been able to identify Hospira as the manufacturer. |
| | | | Plaintiff served Hospira on October 3, 2022. |
| | | | Plaintiff has served: Three Plaintiff Fact Sheets, PTO 71 statement, before and after photographs, medical records, declaration signature page, authorizations, proof of use and proof that Hospira is the manufacturer. |
| | | | Plaintiff has been served with a deficiency notice. |
| 8 | Virginia Coleman | 2:16-cv-17124 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. |
| | | | Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira is the manufacturer. |
| | | | Plaintiff has been served with a Defendant Fact Sheet from Sanofi and a deficiency notice. |

| | | | |
|---|---|---|---|
| | | | Plaintiff served Hospira on October 3, 2022. |
| 9 | Earnestine Dawson | 2:16-cv-17119 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira. |
| | | | Plaintiff has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer. |
| | | | On December 21, 2020, counsel circulated a proposed amended complaint for Earnestine Dawson to Defendants and sent another amended complaint on January 1, 2021.  Defendants did not raise a service issue. |
| | | | Plaintiff has received a deficiency notice. |
| | | | Plaintiff served Hospira on October 3, 2022. |
| 10 | Gloria Fuller | 2:16-cv-17231 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira. |

| | | | |
|---|---|---|---|
| | | | Plaintiff has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and Defendant Fact Sheet from Defendants.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 11 | Rosie Goins | 2:17-cv-00739 | Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br>Plaintiff has served: Multiple Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice, Defendant Fact Sheet from Hospira.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 12 | Thelma Granderson | 2:16-cv-17152 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. |

|  |  |  | Plaintiff has served: Third Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice and appeared on a show cause docket.<br><br>Plaintiff served Hospira on October 3, 2022. |
|---|---|---|---|
| 13 | Ruby Harris | 2:16-cv-17145 | Plaintiff had originally served named Defendant Sanofi. Through litigation, Sandoz and Hospira were identified as the manufacturers.<br><br>Plaintiff served:  Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, medical records, PTO 71A, proof of use, proof of product identification of Sandoz and Hospira.<br><br>Plaintiff served Hospira on September 30, 2022.<br><br>Plaintiff Circulated a proposed amended complaint to Defendants on December 21, 2020. Defendants did not allege any issues with service. |

| | | | |
|---|---|---|---|
| | | | Sandoz and Hospira served Defendant Fact Sheets and Sandoz served a deficiency notice. |
| 14 | Ethel Hawkins | 2:16-cv-17188 | Plaintiff had originally served named Defendant Sanofi. Through litigation, Sandoz and Hospira were identified as the manufacturers. Plaintiff has served: Third Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacture Plaintiff has received a deficiency notice and Sanofi's Defendant Fact Sheet. Plaintiff served Hospira on October 3, 2022. |
| 15 | Sherwanda Hyde | 2:16-cv-17158 | Plaintiff had originally served named Defendant Sanofi. Through litigation, Sandoz and Hospira were identified as the manufacturers.  Both have now been served. Plaintiff has served: Second Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer. |

| | | | |
|---|---|---|---|
| | | | Plaintiff has received a deficiency notice and appeared on a show cause docket.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 16 | Jonnie Johnson | 2:16-cv-17166 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff has served: Third Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff circulated a proposed amended complaint to Defendants on December 21, 2020. Defendants did not allege any issues with service.<br><br>Plaintiff has been served with a deficiency notice, a Defendant Fact Sheet from Hospira and DFS Certification from Hospira. She also appeared on a show cause docket.<br><br>Plaintiff served Hospira on September 29, 2022. |

| | | | Was on the July 2023 show cause list and it was requested that Ms. Johnson dismiss all Defendants except Hospira. |
|---|---|---|---|
| 17 | Joyce Jones | 2:16-cv-17209 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff has served: Fourth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer.<br><br>Plaintiff was served a deficiency notice and a Defendant Fact Sheet from Sanofi.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 18 | Kristy Justice | 2:16-cv-17186 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer. |

| | | | |
|---|---|---|---|
| | | | Plaintiff served Hospira on September 29, 2022.<br><br>Plaintiff was put on a deficiency for photos without metadata on the February 2023 show cause list.<br><br>Plaintiff has received a deficiency notice and appeared on at least two show cause dockets. |
| 19 | Pamela Kidd | 2:16-cv-17181 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff has served: Second Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, out of pocket medical expenses and proof that Hospira is the manufacturer.<br><br>Plaintiff was served with a deficiency notice.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 20 | Sylvia Lewis | 2:16-cv-17185 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other |

| | | | |
|---|---|---|---|
| | | | named Defendants but through litigation has been able to identify Hospira as the manufacturer. |
| | | | Plaintiff has served: Fourth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer. |
| | | | Plaintiff has been served with a deficiency notice. |
| | | | Plaintiff served Hospira on October 3, 2022. |
| 21 | Geraldine Manigault | 2:16-cv-17214 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira. |
| | | | Plaintiff has served: Fourth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer. |
| | | | On December 21, 2020, counsel circulated a proposed amended complaint for Earnestine Dawson to Defendants and sent another amended complaint on January 1, 2021.  Defendants did not raise a service issue. |

| | | | |
|---|---|---|---|
| | | | Plaintiff has received a deficiency notice and appeared on a show cause docket.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 22 | Linda O'Brien | 2:16-cv-17508 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira and Sanofi as the manufacturers.<br><br>Plaintiff has served: Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira and Sanofi are the manufacturers.  Sanofi is not moving for dismissal.<br><br>Plaintiff has received a deficiency notice and appeared on a PTO 85 docket.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 23 | Christine Palmatier | 2:16-cv-17223 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira and Sanofi as the manufacturers. |

| | | | |
|---|---|---|---|
| | | | Plaintiff has served: Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, medical records, authorizations, proof of use and proof that Hospira and Winthrop is the manufacturer.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 24 | Tawonna Powell | 2:16-cv-17509 | Plaintiff inadvertently did not serve named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff has served: Fourth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, proof that Hospira is the manufacturer.<br><br>Plaintiff has been served with a deficiency notice.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 25 | Annie Section | 2:16-cv-17147 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to |

| | | | |
|---|---|---|---|
| | | | identify Hospira as the manufacturer.  Plaintiff has now served Hospira. |
| | | | Plaintiff has served: Fact Sheet, before and after photographs, PTO 71A statement, medical records, proof of use, authorizations, and proof that Hospira is the manufacturer. |
| | | | Plaintiff circulated a proposed amended complaint to Defendants on December 21, 2020. Defendants did not allege any issues with service. |
| | | | Plaintiff has received a deficiency notice and appeared on a show cause docket. |
| | | | Plaintiff served Hospira on October 3, 2022. |
| 26 | Rosetta Sheffield | 2:16-cv-17168 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. |
| | | | Plaintiff has served: Fifth Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, proof of use, authorizations, proof that Hospira is the manufacturer |

| | | | Plaintiff has received a deficiency notice and has appeared on a show cause docket. Plaintiff served Hospira on October 3, 2022. |
|---|---|---|---|
| 27 | Annie Siler | 2:16-cv-17094 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, PTO 71A statement, medical records, and proof of use and proof that Hospira is the manufacturer. Plaintiff circulated a proposed amended complaint to Defendants on December 21, 2020. Defendants did not allege any issues with service. Plaintiff served Hospira on October 3, 2022. |
| 28 | Kimberly Spencer | 2:16-cv-17141 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer. Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, PTO 71A statement, before and after photographs, medical records, and proof of use, and proof that Hospira is the manufacturer. |

| | | | |
|---|---|---|---|
| | | | Plaintiff circulated a proposed amended complaint to Defendants on December 21, 2020. Defendants did not allege any issues with service.<br><br>Plaintiff has received a deficiency notice.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 29 | Theresa Tarver | 2:17-cv-00094 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Hospira.  She also appeared on a show cause docket.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 30 | Cynthia Turner | 2:16-cv-17199 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz and Hospira as the manufacturers.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, |

| | | | |
|---|---|---|---|
| | | | medical records, PTO 71 statement and ESI, and product identification of Sandoz and Hospira. Plaintiff served Hospira on September 30, 2022. Plaintiff has been served with deficiency notices and appeared on a show cause list |
| 31 | Sarah Waller | 2:16-cv-17241 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Sandoz and Hospira as the manufacturers. Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, proof of use, medical records, PTO 71 statement, and product identification of Sandoz and Hospira. Plaintiff served Hospira on September 29, 2022. Plaintiff has been served with deficiency notices. |
| 32 | Linda Ward | 2:16-cv-17493 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to |

| | | | identify Hospira as the manufacturer.  Plaintiff has now served Hospira. |
| | | | Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, authorizations, and medical records, and proof that Hospira is the manufacturer. |
| | | | Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi. |
| | | | Plaintiff served Hospira on October 3, 2022. |
| 33 | Betty Web-McConnell | 2:16-cv-17155 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira, Sanofi, and Accord as the manufacturers.  Accord and Sanofi are not moving for dismissal. |
| | | | Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, authorizations, medical records, and proof of use, and proof that Winthrop, Accord and Hospira are the manufacturer. |
| | | | Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi.  Plaintiff has also appeared on a PTO 85 docket. |

| | | | |
|---|---|---|---|
| | | | Plaintiff served Hospira on October 3, 2022. |
| 34 | Daphine Williams | 2:16-cv-17220 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira and Sandoz as the manufacturers.  Sandoz is not moving for dismissal. Plaintiff has now served Hospira and Sandoz.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, medical records, and proof of use, proof that Hospira and Sandoz are the manufacturer. |
| 35 | Lisa Willis | 2:16-cv-17492 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira. Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, PTO 71A statement, medical records, and proof of use, and proof that Hospira is the manufacturer.<br><br>Plaintiff has received a deficiency notice.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 36 | Debbie Moore | 2:19-cv-13488 | Hospira was always the only Defendant.  Plaintiff has now served her complaint and is getting all documents uploaded to Centrality.<br><br>Plaintiff served Hospira on October 3, 2022. |

| 37 | Roberta Rogers | 2:20-cv-01890 | Hospira was always the only Defendant.  Plaintiff has now served her complaint and is getting all documents uploaded to Centrality.<br><br>Plaintiff served Hospira on October 3, 2022. |
|---|---|---|---|
| 38 | Sheila Byers | 2:17-cv-16959 | Plaintiff served all other named Defendants in March 2018 but inadvertently left out Hospira who was not identified as the correct manufacturer until February 2019. Plaintiff has now served Hospira.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, PTO 71A statement, medical records, and proof of use.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 39 | Michele Knight | 2:19-cv-12394 | All other named Defendants were served except Hospira and Sandoz was inadvertently left out.  Through litigation, Plaintiff discovered Sandoz and Hospira were the correct manufacturers.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, before and after photographs, authorizations, PTO 71 statement, proof of use, medical records, and proof of product identification showing Hospira and Sandoz and the manufacturers.<br><br>Plaintiff served Hospira on September 30, 2022.<br><br>Plaintiff has received deficiency notices and has appeared |

| | | | |
|---|---|---|---|
| | | | on a show cause list. |
| 40 | Yvonne Manning | 2:18-cv-01925 | Plaintiff identified Hospira as the manufacturer during litigation.<br><br>Plaintiff has served: Plaintiff Fact Sheet, before and after photographs, PTO 71A statement, authorizations, medical records, proof of use, proof and proof Hospira is the manufacturer.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 41 | Linda Melvin | 2:17-cv-9529 | Hospira the only manufacturer against whom a lawsuit was filed.<br><br>Plaintiff has served:  Multiple Plaintiff Fact Sheets, authorizations, medical records  and PTO 71A Statement, and proof that Hospira, was the manufacturer.<br><br>Plaintiff has received a deficiency notice. |
| 42 | Doris Williams | 2:16-cv-17044 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira and Sanofi as the manufacturers.  Sanofi is not moving for dismissal.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, authorizations, before and after photographs, medical records, and proof of use, and proof that Hospira, Winthrop and Sanofi are the manufacturers. |

| | | | |
|---|---|---|---|
| | | | Plaintiff circulated a proposed amended complaint to Defendants on December 21, 2020. Defendants did not allege any issues with service.<br><br>Plaintiff has received a deficiency notice and a Defendant Fact Sheet from Sanofi.  She has also appeared on at least three show cause dockets and a PTO 85 docket.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 43 | Iris Yessilth | 2:17-cv-8166 | Hospira has always been the only Defendant.<br><br>Plaintiff has served: Multiple Plaintiff Fact Sheets, PTO 71A statement, before and after photographs, authorizations, and  proof that Hospira is the manufacturer.<br><br>Plaintiff served Hospira on October 3, 2022. |
| 44 | Catherine Walker | 2:16-cv-17114 | Plaintiff did serve Sanofi prior to the service orders for the other named Defendants.  Plaintiff inadvertently did not serve other named Defendants but through litigation has been able to identify Hospira as the manufacturer.  Plaintiff has now served Hospira.<br><br>Plaintiff circulated a proposed amended complaint to Defendants on December 21, 2021. Defendants did not allege any issues with service.<br><br>Plaintiff served Hospira on October 4, 2022. |