**From:** J Christopher Elliott <celliott@coloradolaw.net>
**Sent:** Tuesday, July 26, 2022 10:53 AM
**To:** Melissa McCormick <melissa.mccormick@coloradolaw.net>; Ashley Ledesma <ashley.ledesma@coloradolaw.net>
**Cc:** Melanie Sulkin <melanie.sulkin@coloradolaw.net>; Magan Ennis <Magan.Ennis@coloradolaw.net>
**Subject:** Fwd: TAXO FW:                                        - Service of Complaints

Need a meeting on this.  See attached.

Christopher Elliott, Esq.
Equity Member
Direct 303-300-8902
celliott@coloradolaw.net


Main 303-893-9800 | Fax 303-893-9900 | ColoradoLaw.net
CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).
If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you

---

**From:** Ashley Ledesma <ashley.ledesma@coloradolaw.net>
**Sent:** Tuesday, July 26, 2022 10:50:54 AM
**To:** J Christopher Elliott <celliott@coloradolaw.net>
**Subject:** RE: TAXO FW: Taxotere Communication No. 304 - Service of Complaints

This is the spreadsheet we had saved in the M drive.

Thanks!

**Ashley Ledesma**
Mass Tort Litigation Paralegal
*direct* 303-300-8964
Ashley.Ledesma@Coloradolaw.net



303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-

893-9800. Thank you.

**From:** J Christopher Elliott <celliott@coloradolaw.net>
**Sent:** Tuesday, July 26, 2022 8:47 AM
**To:** Magan Ennis <Magan.Ennis@coloradolaw.net>; Melissa McCormick <melissa.mccormick@coloradolaw.net>
**Cc:** Melanie Sulkin <melanie.sulkin@coloradolaw.net>; Ashley Ledesma <ashley.ledesma@coloradolaw.net>
**Subject:** Re: TAXO FW:                                    - Service of Complaints

We have a service spreadsheet somewhere? Ashley do you know where? Melissa?

This is a fairly big project if we go case by case to ensure each one has been served correctly.

Christopher Elliott, Esq.
Equity Member
Direct 303-300-8902
celliott@coloradolaw.net


Main 303-893-9800 | Fax 303-893-9900 | ColoradoLaw.net
CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).
If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you

**From:** Magan Ennis <Magan.Ennis@coloradolaw.net>
**Sent:** Monday, July 25, 2022 12:28:21 PM
**To:** Melissa McCormick <melissa.mccormick@coloradolaw.net>
**Cc:** J Christopher Elliott <celliott@coloradolaw.net>; Melanie Sulkin <melanie.sulkin@coloradolaw.net>
**Subject:** FW: TAXO FW:                                    - Service of Complaints

Hi Melissa –

    FYI. Please see below, if this email hasn't already made it to you.

mae

**From:** Edie Britton <edie.britton@coloradolaw.net>
**Sent:** Monday, July 25, 2022 9:14 AM