UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                            SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Plaintiffs listed on Exhibit A*

## DECLARATION OF J. CHRISTOPHER ELLIOTT

1. I, J. Christopher Elliott, am counsel of record in the above-captioned matters.

2. The information contained in this record is based upon my personal knowledge.

3. Ashley Ledesma was a paralegal in my employ from approximately January 2018 through September 2022.

4. She was brought onto my team to make sure previously filed complaints were served and also to ensure that newly filed complaints in MDL 2740 were properly served.

5. Ms. Ledesma maintained a service spreadsheet she utilized to track service of complaints I filed into MDL 2740.

6. I also had routine in-person check-ins with Ms. Ledesma related to service.

7. By the middle of 2019, Ms. Ledesma had assured me that she had completed service on the named Defendants in all previously filed cases.

8. In July 2022, the Court entered CMO 35, which provided a deadline to complete service upon all named Defendants.

9. On July 26, 2022, upon receiving a notification that the deadline for service would be August 31, 2022, I emailed several members of my staff requesting the service

spreadsheet and stated "[T]his is a fairly big project if we go case by case to ensure each one has been served correctly."

10. Also on July 26, 2022, Ms. Ledesma emailed me the service spreadsheet she had. I responded that we "[N]eed a meeting on this."

11. After the July 26, 2022, email exchange, I met in person with Ms. Ledesma and instructed her to audit all Bachus & Schanker cases filed into MDL.

12. After speaking with Ms. Ledesma, it was my understanding she had completed an audit and had found no issues with service.

13. I did not know there were any service of process issues with the instant matters until Defendants filed their Motion to Dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2023.

**BACHUS & SCHANKER, LLC**

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
950 17th Street, Suite 1050
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*