UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Plaintiffs listed on Exhibit A*

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

Plaintiffs (listed on Exhibit A), through undersigned counsel, file the instant Motion requesting the Court reconsider its order granting Defendant Sandoz, Inc.'s Motion to Dismiss and reinstate Plaintiffs' cases, pursuant to Fed. R. Civ. P. 59(e) and/or Fed. R. Civ. P. 60(b). Plaintiffs attach a Memorandum in support of their Motion.

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with counsel for Sandoz who oppose the requested relief.

Dated: September 22, 2023          Respectfully Submitted,

                                   */s/ J.Christopher Elliott*
                                   J. Christopher Elliott, Esq.
                                   BACHUS & SCHANKER, LLC
                                   950 17th Street Suite 1050
                                   Denver, Colorado 80202
                                   Telephone: (303) 893-9800
                                   Facsimile: (303) 893-9900
                                   Email: celliott@coloradolaw.net
                                   *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, J. Christopher Elliott, hereby certify that on September 22, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ J. Christopher Elliott*
J. Christopher Elliott