UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

*Plaintiffs' Listed on Exhibit A*

# PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35

PLEASE TAKE NOTICE that Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Cases for Failure to Comply with Case Management Order No. 35 is hereby set for submission before the Honorable Jane Trich Milazzo on January 24, 2024, at 9:30 a.m.

Dated: September 22, 2023            Respectfully Submitted,

                                              /s/ J.Christopher Elliott
                                              J. Christopher Elliott, Esq.
                                              BACHUS & SCHANKER, LLC
                                              950 17th Street, Suite 1050
                                              Denver, Colorado 80202
                                              Telephone: (303) 893-9800
                                              Facsimile: (303) 893-9900
                                              Email: celliott@coloradolaw.net
                                              *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, J. Christopher Elliott, hereby certify that on September 22, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ J. Christopher Elliott*
J. Christopher Elliott
