## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **ORDER RE: MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO. 35** |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES:<br><br>*Plaintiffs listed on Exhibit A* | |

THE COURT, having considered Plaintiff's Motion for Reconsideration of the Court's Order Dismissing Cases for Failure to Comply with Case Management Order No. 35 (Doc. 16341), having considered the pertinent briefing and papers submitted, hereby Ordered that Plaintiffs' motion is GRANTED, and that the cases listed on Exhibit A are reinstated.

So ordered this ___ day of _____, 2023.

_____
U.S. District Judge