## RE: Amended Complaints

**Suffern, Michael** <msuffern@ulmer.com>
Tue 1/12/2021 1:15 PM
To:Melanie Sulkin <melanie.sulkin@coloradolaw.net>
Cc:Heis, Jennifer <jheis@ulmer.com>;McIntosh, Tom <tmcintosh@ulmer.com>

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Counsel,
On January 1, 2021, your firm withdrew the proposed motions for leave to amend in hundreds of cases sent to all defendants in this litigation and sent proposed amended short form complaints in 87 cases. We represent Actavis Pharma, Inc., Actavis LLC and Sagent Pharmaceuticals, Inc. At least one of our clients has been served in and is still a party in the following cases in which you are seeking leave to amend: Adams, Glorous; Andrus, Barbara; Baker, Myra; Bias, Sheila; Castille, Genevieve; Darby, Sandra; Garcia, Esperanza; McKenzie, Patricia; Mullins, Tina.

On behalf of our clients who have been served in those cases, we object generally to the proposed amended short form complaints because they violate PTO 105 and the Court's prior decisions interpreting PTO 105 (*see e.g.,* Rec. Doc. No. 11129). More specific objections have been shared with you by counsel for Sanofi earlier today. We join in those objections and will not repeat each one here.

Please call me if you have any questions, or if you would like to discuss this.

------
Michael J. Suffern
Ulmer & Berne LLP
p 513.698.5064
c 513.218.0481

**From:** Melanie Sulkin <melanie.sulkin@coloradolaw.net>
**Sent:** Friday, January 1, 2021 11:56 AM
**To:** 'Julie.callsen@tuckerellis.com' <Julie.callsen@tuckerellis.com>; 'brenda.sweet@tuckerellis.com' <brenda.sweet@tuckerellis.com>; 'insognan@gtlaw.com' <insognan@gtlaw.com>; 'holdene@gtlaw.com' <holdene@gtlaw.com>; 'Cusker Gonzalez, Mara' <MaraCusker.gonzalez@dechert.com>; 'lauren.gomerove@dechert.com' <lauren.gomerove@dechert.com>; 'Denniston, Lavinia' <Lavinia.Denniston@dechert.com>; 'pto105@shb.com' <pto105@shb.com>; 'ebosman@mofo.com' <ebosman@mofo.com>; 'JuliePark@mofo.com' <JuliePark@mofo.com>; 'Preece, Alexandra Lee' <APreece@mofo.com>; 'KEKelly@hinshawlaw.com' <KEKelly@hinshawlaw.com>; 'gcoan@hinshawlaw.com' <gcoan@hinshawlaw.com>; Suffern, Michael <msuffern@ulmer.com>; Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>
**Cc:** Justin Ferrugia <justin.ferrugia@coloradolaw.net>; JKB . <JKB@coloradolaw.net>; J Christopher Elliott <celliott@coloradolaw.net>
**Subject:** RE: Amended Complaints

Counsel,

We are withdrawing the Amended Complaints circulated on December 21, 2020. Instead, only intend to file the attached amended complaints, and we believe the amendments are all in harmony with the Court's order.

Please let me know if you have trouble accessing the documents. I am available by phone at 303-825-5460 to discuss objections any Defendants may have.

Best,
Melanie

**NOTICE: As Bachus & Schanker continues to closely monitor the dynamic situation of COVID-19, we have chosen to strongly encourage each of our teams to telework for the safety of both our employees and our clients. Please know that we remain fully operational and continue to actively work on your case as hard as ever.**

**My office hours remain M-F 8:30 am – 5:00 pm. I can be reached via email or on my direct dial, 303-825-5460.**

**Melanie Sulkin, ESQ.**
Attorney
*direct* 303-825-5460
Melanie.Sulkin@ColoradoLaw.net

**BACHUS SCHANKER**
OLSEN ELLIOTT JOHNSON BERGMAN

303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

---

**From:** Melanie Sulkin
**Sent:** Monday, December 21, 2020 4:50 PM
**To:** Julie.callsen@tuckerellis.com; brenda.sweet@tuckerellis.com; insognan@gtlaw.com; holdene@gtlaw.com; Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; 'lauren.gomerove@dechert.com' <lauren.gomerove@dechert.com>; 'Denniston, Lavinia' <Lavinia.Denniston@dechert.com>; 'pto105@shb.com' <pto105@shb.com>; 'ebosman@mofo.com' <ebosman@mofo.com>; JuliePark@mofo.com; Preece, Alexandra Lee <APreece@mofo.com>; KEKelly@hinshawlaw.com; 'gcoan@hinshawlaw.com' <gcoan@hinshawlaw.com>; Suffern, Mike <msuffern@ulmer.com>; Heis, Jennifer <jheis@ulmer.com>; McIntosh, Tom <tmcintosh@ulmer.com>
**Cc:** Justin Ferrugia <justin.ferrugia@coloradolaw.net>; JKB . <JKB@coloradolaw.net>; J Christopher Elliott <celliott@coloradolaw.net>
**Subject:** Amended Complaints

Counsel,

The link below contains the Amended Complaints we intend to file. Please let me know immediately if there are issues accessing the folder.

📁 12.21.20 SFC Amendments

The allegations are particularized facts based on each plaintiff's experiences and are proper under PTO 105. If there are particular facts Defendants disagree with, I am available to confer telephonically on each one. In an

effort to streamline this process, I believe it would be best for Defendants to create a spreadsheet and make columns with the plaintiff's name, case number, opposed language, and which Defendants oppose the language. To make it easier for Judge Milazzo and her staff, we may elect to file an omnibus motion and attach both the complaints and the spreadsheet with objections that cannot be worked out as exhibits.

Pursuant to PTO 37A, if no objection is made in the next 14 days, I will file the amendments as unopposed. Hopefully we can work out any objections prior to filing the Motions.  Happy Holidays!


Best,
Melanie

**NOTICE: As Bachus & Schanker continues to closely monitor the dynamic situation of COVID-19, we have chosen to strongly encourage each of our teams to telework for the safety of both our employees and our clients. Please know that we remain fully operational and continue to actively work on your case as hard as ever.**

**My office hours remain M-F  8:30 am – 5:00 pm.  I can be reached via email or on my direct dial, 303-825-5460.**

**Melanie Sulkin, ESQ.**
Attorney
*direct* 303-825-5460
Melanie.Sulkin@ColoradoLaw.net

**BACHUS SCHANKER**
OLSEN ELLIOTT JOHNSON BERGMAN

303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

 New

Upload    Edit in grid view    Share    Copy link

Documents > **12.21.20 SFC Amendments**

| | Modified | Name | Modified By | # |
|---|---|---|---|---|
| 📁 | December 21, 2020 | OneDrive_2020-12-21.zip | Melanie Sulkin | |

**OneDrive_2020-12-21.zip**

| i... | Name | Date Modified | File Size |
|---|---|---|---|
| 📁 | Final SFC | 2020-12-21 | |



This PC > Downloads > OneDrive 2020-12-21 > Final SFC

| Name | Type |
|---|---|
| Everline, Gwendolyn | File folder |
| Finister, Kim | File folder |
| Flippin, Nioyoka | File folder |
| Flynn, Linda | File folder |
| Forte, Georgia | File folder |
| Foster, Gwendolyn | File folder |
| Fountain, Lisa | File folder |
| Foxworth, Denise | File folder |
| Free, Kimberly | File folder |
| Freeman, Priscilla | File folder |
| Ftorek, Tessa | File folder |
| Furbeck, Lisa | File folder |
| Fuselier, Shannon | File folder |
| Garcia, Esperanza | File folder |
| Gardner, Betty | File folder |
| Gaston, Mary | File folder |
| Gholson, Shelia | File folder |