## UNITED STATES DISTRICT COURT  EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) LIABILITY LITIGATION** | : : : : : | **MDL NO. 2740  PRODUCTS** **SECTION "H" (5)** **JUDGE MILAZZO** **MAG. JUDGE NORTH** |
| <u>Martine Reeder</u> | : | |
| Plaintiff(s), | : : | |
| vs. | : : | **Civil Action No.:** <u>2:19-cv-13981</u> |
| | : | |
| <u>Hospira Worldwide. LLC et al</u> | : : | |
| Defendant(s). | : | |
| ---------------------------------------------------------------- | : | |

### Notice of Appeal

COME NOW, Plaintiff represented by Brent Coon & Associates, Martine Reeder (Cause No. 2:19-cv-13981); filing this Notice of Appeal.

The Plaintiffs this their Notice of Appeal, pursuant to Fed. R. App. P. 4, for the purpose of appealing to the United States Court of Appeals for the 5th Circuit from the district court's Orders dismissing cases for failure to Comply with Case Management Order No. 35 filed by Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc., and Pfizer Inc. (Doc. 14770). in the record of MDL-2740 dated August 25, 2023 (Doc. 16337).

Date:  <u>September 25, 2023.</u>

Respectfully submitted,

**BRENT COON & ASSOCIATES**

/s/  Brent W. Coon
Brent W. Coon
Brent@bcoonlaw.com
Eric W. Newell
Eric@bcoonlaw.com
215 Orleans
Beaumont, TX  77701
(409)835-2666 – Telephone
(409)835-1912 - Facsimile