**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to:** | ) | |
| *Judith Ellshoff v. Sanofi U.S. Services, Inc., et al.* | ) | |
| Case No. 2:18-cv-07034 | ) | |

**ORDER**

Before the Court is a Motion to Dismiss Pursuant to Rule 25 filed by Defendant, Accord Healthcare, Inc. [Rec. Doc. 16351]. The Court has been advised that the parties have conferred and that the Motion is unopposed. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and Plaintiffs' claims are dismissed **without** prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of September, 2023.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**