UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Nancy O'Neil, 17-12435 | ) ) | |

## ORDER

Before the Court is a Motion for Substitution of Party [Rec. Doc. 16428];

**IT IS ORDERED** that the Motion for Substitution of Party is **GRANTED** and that Kevin O'Neil, on behalf of his deceased spouse, Nancy O'Neil, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 22nd day of September, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**