UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

KITTY CARTER
Case No.: 17-00047

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Eric Carter, Administrator of the Estate of Kitty Carter, in place of Plaintiff, Kitty Carter.  As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed January 3, 2017.

2. The Plaintiff, Kitty Carter, died on April 16, 2023.  (See Death Certificate- Exhibit A).

3. Eric Carter was appointed as Administrator of the Estate of Kitty Carter on September 21, 2023. (See Letters of Administrator- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Eric Carter, Administrator of the Estate for Kitty Carter, for the Plaintiff, Kitty Carter.

1

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
950 17th Street, Ste. 1050
Denver, CO 80202
T: (303)899-9800
F: (303)893-9900
celliott@coloradolaw.net

## **CERTIFICATE OF SERVICE**

I certify that on September 25, 2023, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/ J. Christopher Elliott*