# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

STATE FILE NUMBER: 2023-016-00787

**09675408**

## DECEDENT

| Field | Value |
|---|---|
| BIRTH NUMBER: | |
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | CARTER, KITTY JANE |
| DATE OF BIRTH | 07/23/1950 |
| DATE OF DEATH | 04/16/2023 |
| TIME OF DEATH | 12:52 PM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | WEST MONROE, LA UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 72 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | |

## PERSONAL

| Field | Value |
|---|---|
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 2000 HWY 3061 HWY., RUSTON, LA 71270 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | LINCOLN |
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | SECRETARY |
| INDUSTRY OF OCCUPATION | EDUCATION |
| MARITAL STATUS | WIDOWED |
| NAME OF SURVIVING SPOUSE (LAST, FIRST, MIDDLE, SUFFIX) | |
| FATHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | WHITLOCK, JOHN QUINCY |
| FATHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | UNKNOWN, |
| MOTHER/PARENT NAME - (LAST, FIRST, MIDDLE, SUFFIX) | DELANCY, DETTIE MAE |
| MOTHER/PARENT PLACE OF BIRTH - (CITY, STATE, COUNTRY) | UNKNOWN, |
| INFORMANT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | CARTER, ERIC EDWARD |
| RELATIONSHIP TO DECEDENT | SON |
| INFORMANT'S ADDRESS | 218 DAVE DUCK RD., JONESBORO, LA 71251 UNITED STATES |
| EDUCATION: | HIGH SCHOOL GRADUATE, OR GED COMPLETED |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE: | WHITE |

## DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | INPATIENT |
| FACILITY NAME | ST. FRANCIS MEDICAL CENTER MONROE |
| FACILITY ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 309 JACKSON ST., MONROE, LA 71201 UNITED STATES |
| PARISH/COUNTY | OUACHITA |

## DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | FELLOWSHIP BAPTIST CHURCH CEMETERY |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | COLUMBIA, LA UNITED STATES |
| DATE OF DISPOSITION | 04/20/2023 |

## FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | GRIFFIN FUNERAL HOME-WEST MONROE |
| ADDRESS OF FUNERAL FACILITY | 911 WARREN DR., WEST MONROE, LA 71291 UNITED STATES |
| NAME OF FUNERAL DIRECTOR (LAST, FIRST, MIDDLE, SUFFIX) | PHILLIPS, BRITTNEE LYN |
| LICENSE NUMBER | U1753 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | "e-sign" |
| DATE | 5/17/2023 |

## MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

## CAUSE OF DEATH

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE - (Final disease or condition resulting in death) | a. SEPSIS | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. ACUTE RENAL FAILURE | UNK |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. ACUTE HYPOXIC RESPIRATORY FAILURE | UNK |
| | d. IMMUNOCOMPROMISED STATE | UNK |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.
CLASS 3 MORBID OBESITY

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

## INJURY INFORMATION

| Field | Value |
|---|---|
| PLACE OF INJURY | |
| DATE OF INJURY | |
| TIME OF INJURY | |
| INJURY AT WORK | |
| IF TRANSPORTATION INJURY, SPECIFY: | |
| LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | |
| PARISH/COUNTY | |
| DESCRIBE HOW INJURY OCCURED | |

## CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 3/28/2023 TO 4/16/2023 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | "e-sign" |
| DATE | 5/17/2023 |
| CERTIFIER NAME - (LAST, FIRST, MIDDLE, SUFFIX) | JOINER, SHARON K |
| CERTIFIER TITLE: | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 309 JACKSON ST., MONROE, LA 71201 UNITED STATES |
| BURIAL TRANSIT PERMIT | 528208 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 04/17/2023 |
| DATE FILED WITH REGISTRAR | 5/17/2023 |

## REGISTRAR

SIGNATURE OF REGISTRAR: NADINE MIMS SMITH "e-sign"
ISSUED BY: Thompson, Kimberly R.
Issued On: 5/19/2023 12:32:15 PM



A REPRODUCTION OF THIS DOCUMENT IS VOID AND
DO NOT ACCEPT

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.



DEVIN GEORGE
STATE REGISTRAR



AmeriTech, Incorporated

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE