D1000280

## LETTERS OF ADMINISTRATOR

| SUCCESSION | THIRD JUDICIAL DISTRICT |
|---|---|
| OF | PARISH OF LINCOLN |
| KITTY JANE CARTER | STATE OF LOUISIANA |
| DOCKET NUMBER: P-14188 | |

TO:  ERIC CARTER

BE IT KNOWN that an order was issued from Third District Court, for Lincoln Parish, Louisiana, in the above entitled cause, appointing

ERIC CARTER

as ADMINISTRATOR  and he/she has taken the oath as such ADMINISTRATOR .

THEREFORE, know ye that ERIC CARTER  has been duly and legally appointed ADMINISTRATOR  and is duly and legally authorized to do and perform all legal acts as such.

WITNESS THE HONORABLE JUDGES of our said court.

GIVEN UNDER MY HAND officially this SEPTEMBER 21, 2023.

Linda Cook, Lincoln Parish Clerk of Court

By: _____
Deputy Clerk of Court
Lincoln Parish