# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL B. NORTH |
| **This Document Relates to:**<br>Lara Della Rocca; Case No. 2:19-cv-00908<br>Patricia Gardner; Case No. 2:18-cv-14157<br>Millie Howard; Case No. 2:19-cv-00349 | § § § § | |

## PROPOSED ORDER

THE COURT, having considered Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Cases for Failure to Comply with Case Management Order No. 35, having considered the pertinent briefing and papers submitted, hereby Ordered that Plaintiffs' motion is GRANTED, and that the following cases are reinstated.

*Lara Della Rocca; Case No. 2:19-cv-00908*
*Patricia Gardner; Case No. 2:18-cv-14157*
*Millie Howard; Case No. 2:19-cv-00349*

So ordered this ___ day of _____, 2023.

_____
U.S. District Judge

1