UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** *Beverly Davis; 2:17-cv-15831* *Patricia White; 2:17-cv-16170* | |

**PLAINTIFFS' F.R.C.P. 59(e) & 60(b) MOTION
FOR RECONSIDERATION OF COURT'S DISMISSAL ORDER**

COMES NOW, Plaintiffs listed above, and pursuant to Rule 59(e) and Rule 60(b) of the Federal Rules of Civil Procedure, file their Motion for Reconsideration of the Court's Dismissal Order dated August 22, 2023 (Doc. 16327), along with their Memorandum in Support thereof.

Dated: September 26, 2023

ALLEN & NOLTE, PLLC

By: /s/ Jennifer Nolte
John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Jennifer Nolte
Jennifer Nolte