# EXHIBIT C

## AFFIDAVIT OF CHARLES G. ORR

Before me, the undersigned notary, on this day personally appeared Charles G. Orr, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Charles G. Orr. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney licensed in the State of Texas since 1993.

3. I was employed as an attorney at the Mulligan Law Firm from 2009 to 2019. While employed at the Mulligan Law Firm, my practice was focused on mass tort litigation, including Taxotere cases, and including the filing and service of process on the following Taxotere cases:

    a. Bailey, Mary

    b. Beifeld, Sydney

    c. Berry, Velma

    d. Davis, Beverly

    e. Davis, Pamela

    f. Riolo, Joyce

    g. Smith, Patti

    h. White, Patricia

4. I reviewed all of the CMO's and PTO's entered in In Re: Taxotere, MDL No. 2740 ("Taxotere MDL") regarding direct filing of cases and service of process. I understood service of process was to be effected by emailing a copy of the Summons and Complaint to the proper defendants at the email addresses provided in the Orders.

5.  It was standard practice at the Mulligan Law Firm to ensure that service on the defendants in the Taxotere litigation, including the clients listed in paragraph 3, was made timely. Confirmation of the service would have been stored in the email server for the Mulligan Law Firm. I have not had access to the Mulligan Law Firm email system since the firm dissolved.

6.  In spring 2019, Patrick Mulligan, the principal of The Mulligan Law Firm, passed away. Shortly following his death, the law firm was dissolved, and the firm's clients were referred to new attorneys.  The Plaintiffs filing this Motion retained Allen & Nolte, PLLC following the death of Patrick Mulligan.

7.  Following the transfer of the files to Allen & Nolte, PLLC and the final dissolution of the Mulligan Law Firm, I was contacted by Jennifer Nolte of Allen & Nolte, PLLC regarding the entry of CMO 35 to confirm that all the plaintiffs' lawsuits that were filed by the Mulligan Law Firm had been properly served.  Based on our standard practices for service, and to the best of my recollection, the cases at issue were served per the Court's Orders.

8.  Further Affiant sayeth not."

_Charles G. Orr_

Charles G. Orr

SWORN TO and SUBSCRIBED before me by Charles G. Orr on this 19th day of September, 2023.



BRANDI M. WIGINTON
My Notary ID # 125522013
Expires January 18, 2025

Notary Public, State of Texas