UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** *Beverly Davis; 2:17-cv-15831* *Patricia White; 2:17-cv-16170* | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE, that Plaintiffs' Motion for Reconsideration of Court's Dismissal Order is hereby set for submission before The Honorable Jane Triche Milazzo on January 31, 2024, at 9:30 a.m.

Dated: September 26, 2023          **ALLEN & NOLTE, PLLC**

By: /s/ Jennifer Nolte
John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
Tel: (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


/s/ Jennifer Nolte
Jennifer Nolte