MINUTE ENTRY
MILAZZO, J.
SEPTEMBER 26, 2023

JS-10: 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: All Cases | ) | |

## MOTION HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Alexis Vice |
| LAW CLERK: | Stephanie Wartelle |
| APPEARANCES: | M. Palmer Lambert, Plaintiffs' Liaison Counsel; Douglas J. Moore, Jon Strongman, Stephen E. Nichols, for Sanofi Defendants |

Court begins at 9:32 a.m.
Counsel make their appearances for the record.
Sanofis' Motion to Exclude Expert Testimony of Dr. Laura Plunkett (Doc. 16169) is argued by counsel.
The Motion is taken under advisement by the Court.
Court adjourned at 10:02 a.m.