UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to: *Anna Gallegos*, No. 18-cv-14044 | |

# ORDER

On April 7, 2023, Plaintiff, Anna Gallegos, filed a Notice of Suggestion of Death [Rec. Doc. 15770]. Plaintiff has not filed a motion to substitute pursuant to Rule 25(a). The Court has been advised that, considering the passing of the Rule 25 deadline for substitution in Plaintiff's case, and counsel for Plaintiff's unsuccessful attempts to seek representatives, counsel for Plaintiff and Sanofi have conferred and agree that dismissal of Plaintiff's case without prejudice is warranted.

Accordingly, it is **ORDERED** that Plaintiff's claims be dismissed without prejudice.

New Orleans, Louisiana, this 25th day of September, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE