# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to: Kitty Carter, 17-00047 | ) ) | |

## ORDER

Before the Court is a Motion for Substitution of a Party [Rec. Doc. 16453];

**IT IS ORDERED** that the Motion for Substitution of a Party is **GRANTED** and that Eric Carter, on behalf of Kitty Carter, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 26th day of September, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**