UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | ) ) | SECTION: "H" (5) |
| This document relates to: all cases | ) ) | |

### ORDER

**IT IS ORDERED** that the Lead and Liaison Counsel Conference currently set for October 3, 2023 is **CANCELLED** to be reset at a later date.

New Orleans, Louisiana, this 26th day of September, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**