UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| Janice DeClouet, Plaintiff, vs. Sanofi S.A., et al. Defendants. Civil Case No.: 2:17-cv-351 | : : : : : : : : : : : : | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff in the above styled action hereby voluntary dismisses, with prejudice, her Complaint filed in the above-styled action. Each party to bear their own costs.

This the 21st day of September, 2023.

Milberg Bryson Phillips Grossman, PLLC

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No. 15781
J. Hunter Bryson
N.C. Bar No. 50602
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035

Email: dbryson@milberg.com
Email: hbryson@milberg.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Corrected Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 27th day of September, 2023.

                                              MILBERG COLEMAN BRYSON
                                              PHILLIPS GROSSMAN, PLLC.

                                              */s/ Daniel K. Bryson*
                                              Daniel K. Bryson
                                              N.C. State Bar No.: 15781
                                              J. Hunter Bryson
                                              N.C. State Bar No.: 50602
                                              PO Box 12638
                                              Raleigh, NC 27605
                                              Phone: 919-600-5000
                                              Facsimile: 919-600-5035
                                              Email: dbryson@milberg.com
                                              Email: hbryson@milberg.com

                                              *Attorneys for Plaintiff*