UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO
*Desiree Marcano; 2:17-cv-16860*

## EX PARTE MOTION TO ENROLL AS COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiff Desiree Marcano, who moves this Honorable Court for an Order enrolling counsel of record on her behalf, Matthew Palmer Lambert of the law firm Pendley, Baudin & Coffin.

Based on the foregoing, Plaintiff respectfully moves for an order enrolling additional counsel of record as set forth above.

Dated: September 27, 2023

Respectfully submitted,

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ M. Palmer Lambert*
                                            M. PALMER LAMBERT