**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                           **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                                        **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
*Desiree Marcano; 2:17-cv-16860*

**PROPOSED ORDER ON**
**EX PARTE MOTION TO ENROLL AS COUNSEL**

        NOW INTO COURT, through undersigned counsel, comes Plaintiff Desiree Marcano,

who moves this Honorable Court for an Order enrolling counsel of record on her behalf.

        Considering the foregoing motion,

        IT IS ORDERED that Matthew Palmer Lambert of Pendley, Baudin & Coffin be enrolled

as additional counsel of record for the above-captioned case.

        New Orleans, Louisiana this _____ day of _____, 2023.


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE