UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: H |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| **Janice Jones**<br>**Case No. 2:19-cv-14619** | |

### AFFIDAVIT OF DAWN SCHNEITHORST

The Affiant hereby makes solemn oath:

1. I am a paralegal at Niemeyer, Grebel & Kruse, LLC which is located at 211 N. Broadway, Suite 2950, St. Louis, MO 63102.

2. Prior to April 20, 2021, a paralegal who is no longer with our firm handled the filing of pleadings and service on defendants in the Taxotere case. She saved service-related e-mails in Taxotere client folders.

3. On July 22, 2022, after the status conference, Mr. Niemeyer requested that I confirm service for all Taxotere clients conforms to the service orders. The following week, I checked each of the files in an attempt to confirm that service e-mails had been sent and saved, and I believed service of all defendants was completed.

4. Specifically, with respect to Plaintiff Jones' file, I saw service emails present.

5. I have worked with Mark Niemeyer for more than a decade on all aspects of MDL cases.

6. One of my responsibilities is serving pleadings in accordance with court rules.

7. On September 29, 2022, Sandoz filed its Motion to Dismiss for Failure to Comply with Case Management Order No. 35, and at that time, I discovered that service of process had not

been effectuated on Sandoz in Janice Jones' case. The service emails in her folder were, instead, directed to Hospira defendants. Promptly thereafter, I corrected the error by properly serving Sandoz by e-mail at sandoz-taxotere-complaints@gtlaw.com on October 11, 2022.

FURTHER AFFIANT SAYETH NOT.

Dated: 9/27/2023

Dawn Schneithorst

SUBSCRIBED AND SWORN on this 25th day of September 2023, before me personally appeared Dawn Schneithorst.

My Commission Expires: _____

Notary Public

SAMANTHA EMKE
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JUNE 22, 2025
ST. LOUIS CITY
COMMISSION #21610465