IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION, | ) ) ) ) ) | MDL No. 2740 |
| THIS DOCUMENT RELATES TO | ) ) ) | NOTICE OF CHANGE OF FIRM NAME AND ADDRESS |
| *Plaintiffs listed in Exhibit A* | ) | |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

Notice is hereby given that Jerry E. Martin, counsel for Plaintiffs listed in *Exhibit A*, have changed their firm name to Barrett Johnston Martin & Garrison, PLLC and their firm address to 200 31st Ave. North, Nashville, TN 37203.  The full, current contact information for attorney Martin is:

Jerry E. Martin (TNBPR No. 20193)
Barrett Johnston Martin & Garrison, PLLC
200 31st Ave. North
Nashville, TN 37203
(615) 244-2202
Fax: 615-252-3798
jmartin@barrettjohnston.com

Date: September 27, 2023                          Respectfully submitted,

/s/Jerry E. Martin
**JERRY E. MARTIN (No. 20193)**
BARRETT JOHNSTON
MARTIN & GARRISON, PLLC
200 31st Ave. North
Nashville, TN 37203
Telephone: (615) 244-2202
Facsimile: (615) 252-3798

Email: jmartin@barrettjohnston.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Notice of Change of Firm Name and Address* was filed electronically with the Clerk's office by using the CM/ECF system and served upon the parties as indicated below through the Court's ECF system on September 27, 2023:

*/s/ Jerry E. Martin*
JERRY E. MARTIN