UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> **This Document Relates to:** § <br> **Lara Della Rocca; Case No. 2:19-cv-00908** § <br> **Patricia Gardner; Case No. 2:18-cv-14157** § <br> **Millie Howard; Case No. 2:19-cv-00349** § | MDL NO. 2740 <br><br> SECTION "H" (5) <br> **JUDGE JSNE TRICHE MILAZZO** <br> **MAG. JUDGE MICHAEL B. NORTH** |

## PLAINTIFFS' MOTION FOR RECONSIDERATION

Pursuant to Fed. R. Civ. P. 59(e) and 60(b), Plaintiffs, Lara Della Rocca, Patricia Gardner, and Millie Howard, respectfully seek reconsideration of the Court's August 24, 2023 Order. As set forth more fully in the attached Memorandum in Support, Plaintiffs request that the Court reconsider its August 24, 2023 Order and to set aside, alter, or amend it as requested herein.

Dated: September 28, 2023.                                By: */s/ Joseph D. Terry*
                                                                                                                                                                                           Joseph D. Terry
                                                                                                                                                                                            L. Lee Thweatt
                                                                         **Terry & Thweatt, P.C.**
                                                                         114 Byrne Street
                                                                         Houston, TX 77009
                                                                         Telephone: (713) 600-4710
                                                                         Facsimile: (713) 600-4706
                                                                         Email: jterry@terrythweatt.com
                                                                         Email: lthweatt@terrythweatt.com

                                                                         **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: September 28, 2023.

By: */s/ Joseph D. Terry*
    Joseph D. Terry
    L. Lee Thweatt
    **Terry & Thweatt, P.C.**
    114 Byrne Street
    Houston, TX 77009
    Telephone: (713) 600-4710
    Facsimile: (713) 600-4706
    Email: jterry@terrythweatt.com
    Email: lthweatt@terrythweatt.com

    **Attorneys for Plaintiffs**