# Marie Olivier

**From:** Marie Olivier
**Sent:** Wednesday, October 5, 2022 6:10 PM
**To:** hospirataxoteremdl@wolterskluwer.com; pfizertaxoteremdl@wolterskluwer.com
**Cc:** Joe Terry
**Subject:** Millie Howard; C.A. 19-349; US District Court, Eastern District of Louisiana
**Attachments:** 01-main.pdf; 01-7.pdf; 01-8.pdf; 01-11.pdf

Good Afternoon,

We kindly ask you to accept service on behalf of Plaintiff Millie Howard.

Attached please find:

Doc 1 – Short Form Complaint on behalf of Plaintiff Millie Howard;
Doc 1-7 – Summons to Hospira Worldwide Inc. n/k/a Hospira Worldwide, LLC
Doc 1-8 – Summons to Hospira, Inc..; and
Doc 1-11 – Summons to Pfizer, Inc.

Counsel of record is:

Joseph D. Terry
Terry & Thweatt, P.C.
114 Byrne Street
Houston, TX 77009
(713) 600-4710 office
(713) 600-4706 fax

Thank you for your kind attention to this matter.

Marie Olivier, *Paralegal*


TERRY & THWEATT, P.C
TRIAL LAWYERS

114 Byrne Street
Houston, Texas 77009
(713) 600-4710 office
(713) 600-4706 fax
www.terrythweatt.com


EXHIBIT
C

# Marie Olivier

| | |
|---|---|
| **From:** | HospiraTaxotereMDL <HospiraTaxotereMDL@wolterskluwer.com> |
| **Sent:** | Wednesday, October 5, 2022 6:11 PM |
| **To:** | Marie Olivier |
| **Subject:** | Confirmation Email Receipt |

This confirms that your email sent to HospiraTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Hospira expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Lavinia Denniston at Lavinia.Denniston@dechert.com.

1

# Marie Olivier

| | |
|---|---|
| **From:** | PfizerTaxotereMDL <PfizerTaxotereMDL@wolterskluwer.com> |
| **Sent:** | Wednesday, October 5, 2022 6:11 PM |
| **To:** | Marie Olivier |
| **Subject:** | Confirmation Email Receipt |

This confirms that your email sent to PfizerTaxotereMDL@WoltersKluwer.com has been received. Your email will be reviewed and counsel will respond directly with any necessary follow-up. Please note that this email does not confirm that service was proper and Pfizer expressly reserves its right to raise any and all defenses, including relating to improper service, venue, and jurisdiction.

This is an automated response. If you have any questions, please contact Sara Roitman at sararoitman@quinnemanuel.com.

1