UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)     ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| This document relates to:         ) | |
| Desiree Marcano, 2:17-cv-16860   ) | |

## ORDER

Before the Court is a Motion to Enroll as Counsel filed by Plaintiff, Desiree Marcano [Rec. Doc. 16465];

**IT IS ORDERED** that the Motion to Enroll as Counsel is **GRANTED**, and Matthew Palmer Lambert of Pendley, Baudin & Coffin shall be enrolled as additional counsel of record for the above-captioned case.

New Orleans, Louisiana, this 28th day of September, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE