UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) | MDL DOCKET NO. 2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *All cases where Actavis LLC f/k/a Actavis, Inc., Actavis Pharma, Inc, and/or Sagent Pharmaceuticals, Inc. are named as a Defendant* | HON. JANE TRICHE MILAZZO |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearance of Steven M. Harkins of the law firm of Greenberg Traurig, LLP, as counsel of record on behalf of Defendants Actavis LLC f/k/a/ Actavis, Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals, Inc., in the above-captioned matters. Mr. Harkins appears alongside James R. Browning and Shreya H. Shah of the law firm Greenberg Traurig, LLP.

Respectfully submitted this 2nd day of October, 2023.

/s/ Steven M. Harkins
Steven M. Harkins

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel. (678) 553-2100
Fax (678) 553-2212
harkinss@gtlaw.com

*Attorney for Defendant Actavis LLC f/k/a Actavis, Inc., Actavis Pharma, Inc. and Sagent Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 2, 2023, I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing to all counsel of record.

DATED:	October 2, 2023	/s/ *Steven M. Harkins*
	Steven M. Harkins


**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel. (678) 553-2100
Fax (678) 553-2212