UNITED STATES DISTRICT COURT
EASTERM DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO.  2740 |
| ) | |
| ) | SECTION "H" (5) |
| This Document Relates to ) | Chief Judge: MILAZZO |
| ) | Magistrate Judge: NORTH |
| CYNTHIA BONORDEN ) | |
| CASE No.: 2:19-cv-13420 ) | |

## NOTICE OF FIRM NAME, ADDRESS AND CONTACT INFORMATION CHANGE

TO THE CLERK OF COURT and ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff's counsel's firm name has changed and has relocated.  My updated information is as follows:

James H. Cook
Daniels, Hines, Kalkhoff, Cook & Swanson
1205 Technology Parkway
Cedar Falls, IA  50613
Telephone:  319-260-4471
Fax:  319-260-4499

My email address of jcook@duttonfirm.com remains the same.

DATED:  October 4, 2023

Respectfully Submitted,
/s/ James H. Cook
James H. Cook, Esq., AT0001622
Daniels, Hines, Kalkhoff,
Cook & Swanson, PLC
1205 Technology Parkway
Cedar Falls, IA  50613
Tel:  319-260-4471
Fax:  319-260-4499
Email:  jcook@duttonfirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, James H. Cook, hereby certify that on October 4, 2023, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *James H. Cook*
James H. Cook
