UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This Document Relates to:** Mary Jones, 18-cv-13222 | | |

## ORDER

On July 11, 2023, the Court held a Show Cause Hearing to discuss the dismissal of cases listed on the Dismissal List previously submitted to the Court by Defendants. Rec. Doc. 16200. Although Plaintiff, Mary Jones, was originally included on the Dismissal List, at the Show Cause Hearing, counsel for Defendants orally agreed on the record to remove Plaintiff from the Dismissal List because Plaintiff filed the requisite Notice of Suggestion of Death and Motion for Substitution. Rec. Doc. 16199 at 16, *l.l.* 11-16.[1] However, the Court has been advised that Plaintiff was erroneously included on the Dismissal List, and Plaintiff's case was dismissed after the Show Cause Hearing pursuant to same. Rec. Doc. 16200 at 4.

Accordingly, **IT IS ORDERED** that the Clerk's Office is instructed to **REINSTATE** the matter titled *Jones v. Sanofi U.S. Services, Inc., et. al.*, case number 18-cv-13222.

New Orleans, Louisiana, this 4th day of October, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

---

[1] On July 7, 2023, Plaintiff filed a Notice and Suggestion of Death [Rec. Doc. 16135] and Motion to Substitute Party [Rec. Doc. 16136]; the Motion to Substitute Party was granted by the Court on July 19, 2023. Rec. Doc. 16185.