UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION                    MDL NO.  2740

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Coretta Tengesdahl: Case No.: 2:17-cv-6354*

MOTION TO RECONSIDER THE
COURT'S ORDER AND REASONS (R. DOC. 16337)

**NOW INTO COURT**, through undersigned counsel, comes CORETTA

TENGESDAHL, who respectfully move this Honorable Court to reconsider its Order and

Reasons (R. Doc. 16337) for Dismissing Coretta Tengesdahl's Case for Failure to Comply

with Case Management Order No. 35. In support of this Motion, Coretta Tengesdahl has

filed a Memorandum in Support of said motion contemporaneously herewith.

Respectfully submitted:

BRUNO & BRUNO, LLP
Attorneys for Plaintiff

/s/ Markita S. Hawkins
Joseph M. Bruno, (La # 3604)
Markita S. Hawkins, (La# 35812)
855 Baronne Street
New Orleans, La 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
          mhawkins@brunobrunolaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ Markita S. Hawkins
Markita S. Hawkins