**Markita Hawkins**

| | |
|---|---|
| **From:** | noreply@mdlcentrality.com |
| **Sent:** | Sunday, January 26, 2020 2:02 PM |
| **Subject:** | MDL Centrality Weekly Summary - Taxotere |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. This is your weekly summary of MDL Centrality activity in MDL 2740 (In Re: Taxotere) for Bruno & Bruno, LLP. This notification excludes inactive and/or dismissed plaintiffs.

| | **MDL 2740 (In Re: Taxotere)** Case Snapshot 1/19/2020 to 1/26/2020 *This is a summary of your MDL Centrality activity for the last week and for the entire case.* | | |
|---|---|---|---|
| | **Category** | **Total This Week** | T |
| 1. | Plaintiffs Registered | 0 | |
| 2. | Fact Sheets Served | 0 | |
| 3. | Plaintiffs Registered but PFS Not Served | 0 | |
| 4. | Amended Fact Sheets Served | 1 | |
| 5. | Documents Produced | 23 | |
| 6. | Deficiency Notices Served by Defendant | 0 | |
| 7. | Pending Deficiency Notices | 0 | |
| 8. | Defendant Fact Sheets Served | 0 | |
| 9. | Duplicate Plaintiffs Registered | 0 | |

| | | **New Fact Sheet Filings** 1/19/2020 to 1/26/2020 *These are the Fact Sheets you served in the last 7 days.* | |
|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Category** |
| 103. | 1720 | TENGESDAHL, CORETTA | Third Amended Plaintiff Fact Sheet |

You are receiving this message because you registered to receive weekly summary notifications in the Taxotere litigation. To stop receiving this notification, click here to access MDL Centrality and update your email preferences using the communication center on the home page.

Thank you,

MDL Centrality Administrator



1