**Markita Hawkins**

| | |
|---|---|
| **From:** | Efile_Notice@laed.uscourts.gov |
| **Sent:** | Thursday, March 19, 2020 5:21 PM |
| **To:** | Efile_Information@laed.uscourts.gov |
| **Subject:** | Activity in Case 2:17-cv-06354-JTM-MBN Tengesdahl v. Sanofi S.A. et al Taxotere Amended Complaint |

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Louisiana**

**Notice of Electronic Filing**

The following transaction was entered on 3/19/2020 at 5:21 PM CDT and filed on 3/19/2020

| | |
|---|---|
| **Case Name:** | Tengesdahl v. Sanofi S.A. et al |
| **Case Number:** | 2:17-cv-06354-JTM-MBN |
| **Filer:** | Coretta Tengesdahl |
| **Document Number:** | 10 |

**Docket Text:**
<span style="color:blue">**AMENDED COMPLAINT by Coretta Tengesdahl against Hospira Worldwide, LLC and Hospira, Inc. (Filed per Rec. Doc. 9647 in 16-MD-2740) (ecm)**</span>

**2:17-cv-06354-JTM-MBN Notice has been electronically mailed to:**

Joseph M. Bruno    jbruno@brunobrunolaw.com, dmeyer@brunobrunolaw.com, don@brunobrunolaw.com, mhawkins@brunobrunolaw.com

Melissa Ann DeBarbieris    melissa@brunobrunolaw.com

**2:17-cv-06354-JTM-MBN Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=3/19/2020] [FileNumber=10382535-



0] [4755e715639a482b6ca7127398314c3b5d0f0f33735ec1f5a4c65b9dbcdc0e8f29
33fd11f0a06643a09824ac68573a02e87a3681f7f5e4553b126258cacfde00]]