## Markita Hawkins

| | |
|---|---|
| From: | Denniston, Lavinia <Lavinia.Denniston@dechert.com> |
| Sent: | Friday, December 18, 2020 10:47 AM |
| To: | Markita Hawkins |
| Cc: | Cusker Gonzalez, Mara; Gumerove, Lauren; Oganesian, Maka |
| Subject: | Taxotere - Meet and Confer (Bruno & Bruno, LLP) |
| Attachments: | Tengesdahl Amended SFC.pdf |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

Hi Markita,

Based upon Judge Milazzo's 9/22/2020 ruling, her previous rulings denying similar amendments, as well as PTO 105, the Hospira Defendants object to the proposed language highlighted below:

¶12:
Plaintiff Tengesdahl consulted and complained to medical providers about her hair thinning and hair lost [sic]. To date, Plaintiff has disfiguring permanent alopecia.

In addition, and further to the parties' 10.23.2020 Stipulation, Plaintiff agreed to not seek leave to amend the SFC to add or include any allegations that are inconsistent with PTO 105 or this Court's Orders. By including the language highlighted above, Plaintiff's proposed Motion to Amend fails to comply with the parties' Stipulation.

Regards,

Lavinia

**Lavinia Denniston**

**Dechert LLP**
lavinia.denniston@dechert.com
dechert.com

**From:** Markita Hawkins <mhawkins@brunobrunolaw.com>
**Sent:** Friday, December 18, 2020 10:41 AM
**To:** Cusker Gonzalez, Mara <MaraCusker.gonzalez@dechert.com>; Gumerove, Lauren <Lauren.Gumerove@dechert.com>; Denniston, Lavinia <Lavinia.Denniston@dechert.com>
**Cc:** Joni Scioneaux-Negron <joni@brunobrunolaw.com>; Douglas Moore <dmoore@irwinllc.com>; EXT Olinde@chaffe.com <Olinde@chaffe.com>
**Subject:** Taxotere - Meet and Confer (Bruno & Bruno, LLP)



[EXTERNAL EMAIL]

Good Afternoon:

Pursuant to Federal Rule of Civil Procedure 15, Pretrial Order 105 and 37a, we are requesting a meet and confer to discuss whether the Amendment to the Plaintiff's Short Form Complaint is opposed or unopposed. Please contact me within 10

1

days of this email so that we can set up a time for a meet and confer. If you fail to contact me regarding a meet and confer within 10 days, we will assume the attached Amendment is unopposed.

Markita Hawkins
Associate Attorney
**BRUNO & BRUNO, LLP**
855 Baronne St.
New Orleans, LA  70113
Direct: (504) 324-6601
Fax:    (504) 561-6775
Email: mhawkins@brunobrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.