**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION                 MDL NO.  2740

                                                                        SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Coretta Tengesdahl: Case No.: 2:17-cv-6354*

<u>**ORDER**</u>

**Considering the foregoing Motion,**

**IT IS ORDERED** that Coretta Tengesdahl's Motion to Reconsider the Court's Order

and Reasons (R. Doc. 16337) is hereby GRANTED.

Signed in New Orleans, Louisiana this _____ day of _____,

2024.


                                                    _____
                                                    **JUDGE TRICHE MILAZZO**
                                                    **UNITED STATES DISTRICT JUDGE**