**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION          MDL NO.  2740

                                        SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
*Coretta Tengesdahl: Case No.: 2:17-cv-6354*

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiff's Motion to Reconsider the Court's Order and Reasons (R. Doc. 16337) will be submitted for consideration on the 24th day of January, 2024 at 9:30 a.m., before the United States District Judge Triche Milazzo, Section "H", of the United States District Court for the Eastern District of Louisiana.

                              Respectfully submitted:

                              BRUNO & BRUNO, LLP
                              Attorneys for Plaintiff

                              /s/ Markita S. Hawkins
                              Joseph M. Bruno, (La # 3604)
                              Markita S. Hawkins, (La# 35812)
                              855 Baronne Street
                              New Orleans, La 70113
                              Telephone: (504) 525-1335
                              Facsimile: (504) 561-6775
                              Email: jbruno@brunobrunolaw.com
                                     mhawkins@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ Markita S. Hawkins
Markita S. Hawkins