BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Gonzales et al v. Sanofi S.A. et al* Case No. 2:17-cv-13047 | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW James Gonzales, surviving spouse of Malinda Gonzales, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on the Ms. Malinda Gonzales; death of May 2, 2023.

A Notice/Suggestion of Death was filed in this matter on July 26, 2023 (Doc. 16218).

Dated: October 9, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

 */s/ Lindsay R. Stevens*
 Lindsay R. Stevens (CA Bar # 256811)
 GOMEZ TRIAL ATTORNEYS
 655 West Broadway, Suite 1700
 755 Front Street
 Telephone: (619) 237-3490
 Facsimile: (619) 237-3496
 lstevens@thegomezfirm.com