BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Gonzales et al v. Sanofi S.A. et al* Case No. 2:17-cv-13047 | HON. JANE T. MILAZZO |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Malinda Gonzales (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff Malinda Gonzales as surviving spouse, is substituted for Plaintiff James Gonzales as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____, 2023.

_____
**Hon. Judge Jane T. Milazzo**

*Attorneys for Plaintiff*