UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| **This document relates to:** ) | | |
| Malinda Gonzales, 17-13047 ) | | |

## ORDER

Before the Court is a Motion for Substitution of Party [Rec. Doc. 16478];

**IT IS ORDERED** that the Motion for Substitution of Party is **GRANTED**, and James Gonzales, on behalf of Malinda Gonzales, is substituted as Plaintiff herein.

New Orleans, Louisiana, this 10th day of October, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**