UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION   ) | |
|                                                                   ) | SECTION: "H" (5) |
|                                                                   ) | |
| **This document relates to:**                    ) | |
| Shaneika Graham, 18-04125              ) | |
| Margaret Wright, 17-01814                ) | |

## ORDER

Before the Court are two unopposed Motions for Leave to File Short Form Complaints (Docs. 16261, 16266);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the Short Form Complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 10th day of October, 2023.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**