UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)       ) <br> PRODUCTS LIABILITY LITIGATION   ) <br> ) <br> ) <br> **This document relates to:**                         ) <br> Marilyn Kennedy, 18-06662               ) <br> Suzette Gentis, 17-14339                   ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

# ORDER

Before the Court are two unopposed Motions to Amend Complaints (Docs. 16194, 16207);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the Amended Complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 10th day of October, 2023.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE