# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>**SEE ATTACHED EXHIBIT 1** | |

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the law firm of Martinez & McGuire, PLLC has changed its name to McGuire Injury Law PLLC. The address, telephone number and facsimile number remain the same. The email address has changed. Please update your records accordingly.

Dated this 12th day of October, 2023

Respectfully submitted,

**MCGUIRE INJURY LAW PLLC**

*/s/ Clint E. McGuire*

1

Clint E. McGuire
Federal ID #25560
State Bar No. 24013139
clint@mcguireinjurylaw.com
17227 Mercury Drive, Suite B
Houston, Texas 77058
Telephone: (281) 286-9100
Facsimile: (281) 286-9105

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that on October 12, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

DATED: October 12, 2023　　　　　　　　　　　/s/ *Clint E. McGuire*
　　　　　　　　　　　　　　　　　　　　　　　　Clint E. McGuire