# EXHIBIT 1

| Last Name | First Name | Docket Numbers |
|---|---|---|
| Bawgus | Connie | 2:19-cv-14731 |
| Branch | Glenda | 2:19-cv-14750 |
| Carson | Joann | 2:19-cv-14721 |
| Coast | Anne | 2:20-cv-00771 |
| Combs | Deana | 2:19-cv-14716 |
| Coppeta | Christine | 2:20-cv-01068 |
| Delgado | Martha | 2:19-cv-14734 |
| Drews | Roxanne | 2:20-cv-01069 |
| Ervin | Latasha | 2:20-cv-01200 |
| Fees | Cathy | 2:20-cv-00772 |
| Foster | Desaree | 2:19-cv-14753 |
| Gilbert | Miguilia | 2:20-cv-00866 |
| Gonzalez-Quiles | Glorivee | 2:20-cv-01073 |
| Hawthorne | Betty | 2:19-cv-14723 |
| Hodges | Karla | 2:19-cv-14732 |
| Hoffman | Judy | 2:20-cv-01100 |
| Holloway | Teresa | 2:19-cv-14722 |
| Johnson | Bonnie | 2:20-cv-00871 |
| Killeen | Nancy | 2:19-cv-14755 |
| Laskowski | Laurie | 2:20-cv-01074 |
| LeBoeuf | Janet | 2:19-cv-14717 |
| Miglas | Catherine | 2:20-cv-00867 |
| Millar-Galvan | Eva | 2:20-cv-01072 |
| Moore | Jessica | 2:19-cv-14739 |
| Padilla | Socorro | 2:19-cv-14718 |
| Parker | Gina | 2:19-cv-14756 |

| Ragins | Sherry | 2:19-cv-14724 |
| --- | --- | --- |
| Sasso | Bertha | 2:20-cv-00881 |
| Stowers | Bertha | 2:20-cv-00868 |
| Sullivan | Carlene | 2:19-cv-14719 |
| Thomas | Joyce | 2:19-cv-14752 |