UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Edith Bell, 2:19-cv-07553 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court is an unopposed Motion for Leave to File Amended Complaint filed by Plaintiff, Edith Bell [Rec. Doc. 16369];

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED** and the Clerk's Office is instructed to file the Amended Complaint attached to Plaintiff's Motion.

New Orleans, Louisiana, this 16ʰ day of October, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE