UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** Juliette Tacon, 17-15073 | | |

## ORDER

On June 26, 2023, Defendant Accord Healthcare, Inc. filed a Notice of Suggestion of Death as to Plaintiff Juliette Tacon (Rec. Doc. 16007). The Court has been advised that counsel for the parties have conferred and agree that dismissal of Plaintiff's case is warranted, considering Plaintiff's counsel's diligent but unsuccessful attempts to seek representatives.

Accordingly, **IT IS ORDERED** that Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 17th day of October, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**