# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Paula Hardin
Case No.: 2:16-cv-16743

## PLAINTIFF'S UNOPPOSED MOTION
## FOR LEAVE TO AMEND HER COMPLAINT

**NOW COMES** Plaintiff Paula Hardin, through her undersigned counsel, who respectfully brings this Motion pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.[1]

Plaintiff filed her original Complaint on November 7, 2016, and served Defendants pursuant to PTO 9. In her original and short form Complaint, Plaintiff named Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC as Defendants. Around March 2018, counsel for Plaintiff received National Drug Code information from Ms. Hardin's health provider that indicated that Ms. Hardin was treated with docetaxel manufactured by Hospira, and filed an Unopposed Motion for Leave to Amend Ms. Hardin's Complaint, which was granted on April 18, 2018. Around September 2023, counsel for Plaintiff discovered additional National Drug Code Information from Ms. Hardin's health provider that indicated Ms. Hardin was treated with docetaxel manufactured by Hospira and Winthrop.

---

[1] Plaintiff's counsel conferred with Liaison counsel for Defendants on this issue, who do not oppose this motion.

Therefore, Plaintiff's proposed amendment would reflect this correction by adding Winthrop as the proper Defendants. Plaintiff's counsel has conferred with defense counsel and there is no opposition to this motion. Further, Defendants will not be prejudiced by this amendment to Plaintiff's Complaint. For these reasons, Plaintiff requests that this Court grant leave to file an amended Complaint.

Respectfully Submitted,

Dated: October 20, 2023                                    **JOHNSON BECKER, PLLC**

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN Bar #029522X)
Timothy J. Becker, Esq. (MN Bar #256663)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
Saint Paul, MN 55101
Phone: (612) 436-1800
Fax: (612) 436-1801
lgorshe@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on October 20, 2023, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq.
