UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | | |
| *Paula Hardin*, 2:16-cv-16743 | | |

### ORDER

**CONSIDERING** the Unopposed Motion for Leave to Amend Complaint [Rec. Doc. 16509],

**IT IS ORDERED** that the Motion to Amend is **GRANTED**, and the Clerk's Office is instructed to file the Amended Complaint attached to Plaintiff's Motion.

New Orleans, Louisiana, this 23rd day of October 2023.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE