IN THE UNITED DISTRICT COURT

EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Crank, et al v. Sanofi-Aventis, U.S., Inc. et al*<br>Case No.: 2:17-cv-14325 | MDL No. 2740<br><br>Section "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Counsel for Plaintiff Janet Crank, and files this motion to substitute her surviving next of kin, John Allen III, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Janet Crank, filed the present action in the United States District Court for the Eastern District of Louisiana on December 4, 2017.

2. Plaintiff Janet Crank died on September 29, 2022.

3. On August 2, 2023, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). *See* Doc. No. 16127.  Plaintiff's counsel recently learned the death of Janet Crank after filing the lawsuit.

4. John Allen III, surviving child of Janet Crank, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Janet Crank and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff- decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A

motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests this Court grant this request to substitute John Allen III as the proper party plaintiff in this action.

Dated:   October   24, 2023

Respectfully submitted,

*/s/  Seth Sharrock Webb*
SETH SHARROCK WEBB, # 51236
BROWN & CROUPPEN, P.C.
211 N. Broadway, Suite 1600
St. Louis, Missouri  63102
314-421-0216
314-421-0359 facsimile
sethw@getbc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forwarded this filing to all counsel of record registered to receive service in this MDL.

DATED: October 24, 2023                                    */s/  Seth Sharrock Webb*
                                                           SETH SHARROCK WEBB, # 51236
                                                           BROWN & CROUPPEN, P.C.
                                                           211 N. Broadway, Suite 1600
                                                           St. Louis, Missouri  63102
                                                           314-421-0216
                                                           314-421-0359 facsimile
                                                           sethw@getbc.com