IN THE UNITED DISTRICT COURT

EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:**<br><br>**TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Crank, et al v. Sanofi-Aventis, U.S., Inc. et al*<br>Case No.: 2:17-cv-14325 | **MDL No. 2740**<br><br>**Section "H" (5)**<br><br>**JUDGE MILAZZO**<br><br>**MAG. JUDGE NORTH** |

**<u>ORDER</u>**

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and John Allen III, on behalf of Janet Crank, is substituted as Plaintiff in the above referenced action.

New Orleans, Louisiana, this _____ day of _____ , 2023.

_____
The Honorable Jane T. Milazzo