# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: Maria Leon | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Case Number: 2:18-cv-10138 | |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Angelica Filicicchia on behalf of the Estate of Maria Leon, as Plaintiff in the above captioned cause.

1. Maria Leon filed a product liability lawsuit against defendants on October 30, 2018.

2. Plaintiff Maria Leon died on October 3, 2019.

3. Maria Leon product liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on August 2, 2023, attached hereto as "Exhibit A."

5. Angelica Filicicchia, surviving daughter of Maria Leon, is a proper party to substitute for plaintiff Maria Leon and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: October 24, 2023								Respectfully submitted,


										JOHNSON LAW GROUP


										/s/ Pierce Jones_____
										Pierce Jones TX Bar No: 24110061
										2925 Richmond Avenue Ste. 1700
										Houston, TX 77098
										Telephone: (713) 626-9336
										Facsimile: (713) 583-9460
										Email: taxotere@johnsonlawgroup.com

										*Counsel of Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: October 24, 2023

                                              /s/ Pierce Jones_____
                                              Pierce Jones