# Exhibit A

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: <u>Maria Leon</u> | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Case Number: <u>2:18-cv-10138</u> | |

## **SUGGESTION OF DEATH**

COMES NOW the daughter, Angelica Filicicchia of Plaintiff, Maria Leon, and by and through her undersigned attorney, files this Suggestion of Death:

That on **October 3, 2019**, Plaintiff, Maria Leon, passed away in Maricopa, Arizona.

Dated: August 2, 2023                                         Respectfully submitted,

JOHNSON LAW GROUP

<u>/s/ Pierce Jones</u>
Pierce Jones TX Bar No: 24110061
2925 Richmond Avenue Ste. 1700
Houston, TX 77098
Telephone: (713) 626-9336
Facsimile: (713) 583-9460
Email: taxotere@johnsonlawgroup.com

*Counsel of Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


Dated: August 2, 2023

                                              /s/ Pierce Jones_____
                                              Pierce Jones