# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| Plaintiff Name: Maria Leon | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Case Number: 2:18-cv-10138 | |

## ORDER ON MOTION FOR SUBSTITUTION OF PROPER PARTY

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Angelica Filicicchia, on behalf of the Estate of Maria Leon, is substituted for Plaintiff Maria Leon in the above captioned cause.

Date: _____         _____
                                                                         Honorable Jane Triche Milazzo