# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| This document relates to: All cases | ) ) | |

## ORDER

**IT IS ORDERED** that a Status Conference with the following individuals is set for Friday, October 27, 2023, at 3:30 PM:

Ben Gordon and Mark Niemeyer, co-chairs of the Plaintiff's Settlement Committee, and

Jon Strongman, lead/settlement counsel for Defendant Sanofi.

The Status Conference will be conducted via Zoom.

New Orleans, Louisiana, this 25th day of October, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**