UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Janet Crank, 17-14325 | ) ) | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff [Rec. Doc. 16515];

**IT IS ORDERED** that the Motion to Substitute is **GRANTED** and that John Allen III, on behalf of Janet Crank, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 25th day of October, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE