UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | SECTION: "H" (5) |
| **This document relates to:** ) | | |
| Maria Leon, 18-10138 ) | | |

## ORDER

Before the Court is a Motion for Substitution of Proper Party [Rec. Doc. 16516];

**IT IS ORDERED** that the Motion for Substitution is **GRANTED** and that Angelica Filicicchia, on behalf of Maria Leon, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 26th day of October, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE