UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | ) | |
|---|---|---|
| In Re:  TAXOTERE (DOCETAXEL) | ) | Case 2:16-md-02740-JTM-MBN |
| PRODUCTS LIABILITY | ) | MDL NO. 2740 |
| LITIGATION | ) | |
| | ) | |

THIS DOCUMENT RELATES TO:
*All Cases*

## AMENDED CORPORATE DISCLOSURE STATEMENT

Sandoz Inc., a non-governmental corporate Defendant in this matter, makes the following disclosure under Federal Rule of Civil Procedure 7.1[1]:

Sandoz Inc. is a wholly owned direct subsidiary of Sandoz AG. Sandoz Inc. is also an indirect subsidiary of Sandoz Group AG. Sandoz Group AG is traded on the SIX Swiss Stock Exchange under the symbol SDZ, and its American Depository Shares trade on OTCQX under the symbol SDZNY. Sandoz AG is not publicly traded. No other publicly held corporation owns 10% or more of Sandoz Inc.'s stock.

Respectfully submitted,

*/s/ Lori G. Cohen*
Lori G. Cohen
Ronald Clifton Merrell, II
Evan C. Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

**Counsel for Defendant Sandoz Inc.**

---

[1] By filing this disclosure, Sandoz Inc. is not waiving any right to object to improper service, venue, or jurisdiction.

1

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 26th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants in this matter.

                                        */s/ Lori G. Cohen*
                                        Lori G. Cohen