UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Patricia Allemand v. Sanofi Aventis US LLC* *d/b/a Winthrop US* *C.A. No: 2:17-cv-7264* | : : : : : | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for Plaintiff, Patricia Allemand, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Linda Himel on behalf of her deceased mother, Patricia Allemand, in the above-captioned cause for the following reasons:

1. On July 28, 2017, Patricia Allemand filed a products liability lawsuit in the above-referenced matter.

2. On March 31, 2022, Patricia Allemand passed away.

3. Plaintiff filed a Suggestion of Death on July 28, 2023. *See* Doc. No.16223.

4. Patricia Allemand's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Linda Himel, surviving daugher of Patricia Allemand is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of her mother in this case.

6. Plaintiff's counsel has contacted counsel for Sanofi regarding consent for this motion, but has not heard back from them at the time of this filing.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: October 26, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Daniel K. Bryson
　　　　　　　　　　　　　　　　　　　　Daniel K. Bryson
　　　　　　　　　　　　　　　　　　　　NC Bar No.: 15781
　　　　　　　　　　　　　　　　　　　　J. Hunter Bryson
　　　　　　　　　　　　　　　　　　　　NC Bar No.: 50602
　　　　　　　　　　　　　　　　　　　　MILBERG COLEMAN BRYSON
　　　　　　　　　　　　　　　　　　　　PHILLIPS GROSSMAN, PLLC
　　　　　　　　　　　　　　　　　　　　900 W. Morgan Street
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27603
　　　　　　　　　　　　　　　　　　　　Telephone: 919-600-5000
　　　　　　　　　　　　　　　　　　　　Facsimile: 919-600-5035
　　　　　　　　　　　　　　　　　　　　Email: dbryson@milberg.com
　　　　　　　　　　　　　　　　　　　　Email: hbryson@milberg.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 26th day of October 2023.

　　　　　　　　　　　　　　　　　　　　/s/ Daniel K. Bryson
　　　　　　　　　　　　　　　　　　　　　Daniel K. Bryson