UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) 2740 PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Patricia Allemand v. Sanofi Aventis US LLC d/b/a Winthrop US* C.A. No: 2:17-cv-7264 | : : : : : | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**ORDER ON MOTION FOR SUBSTITUTION OF
PROPER PARTY PURSUANT TO RULE 25(A)(1)**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that LINDA HIMEL, on behalf of her deceased mother, PATRICIA ALLEMAND, may be substituted for Patricia Allemand as the proper party plaintiff in this action.

This the ____ day of _____, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge.