# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Sandra Lee Mitchell v. Hospira Worldwide, LLC, et al.*; Case No. 2:18-cv-11150 | **NOTICE OF SUGGESTION OF DEATH** |

## NOTICE OF SUGGESTION OF DEATH

Defendant Accord Healthcare Inc., by and through its attorneys and pursuant to Fed. R. Civ. P 25(a)(1), hereby suggests upon the record the death of Plaintiff Sandra Lee Mitchell. On May 20, 2019, Plaintiff's counsel uploaded a Death Certificate to MDL Centrality, indicating that Plaintiff passed away on December 24, 2018.

Respectfully submitted,

/s/ *Brenda A. Sweet*
Julie A. Callsen (0062287)
Brenda A. Sweet (0085909)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

1

6222742.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED:  October 27, 2023                  */s/ Brenda A. Sweet*
                                                     *One of the Attorneys for Defendant Accord Healthcare, Inc.*