UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION          MDL No. 16-2740

This document relates to:
All cases                                SECTION: "H" (5)

### ORDER

**IT IS ORDERED** that a Status Conference regarding pending Letter Briefing on certain Motions to Amend is **SET** for Monday, October 30, 2023, at 2:15 p.m. The Conference will be conducted via Zoom.

New Orleans, Louisiana, on this 27th day of October, 2023.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**