# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| | | JUDGE MILAZZO |
| Peggy Hosey | | MAG. JUDGE NORTH |
| Plaintiff, | | |
| vs. | | Civil Action No.: 2:17-cv-15094 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |

## MOTION TO FILE MOTION FOR SUBSTITUION OF PARTY

COMES NOW, Counsel for Plaintiff, Peggy Hosey, and files this motion to substitute her surviving next of kin, Boyd Livesley, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Peggy Hosey, filed the present action in the United States District Court for the Easter District of Louisiana on December 27, 2017.

2. Plaintiff, Peggy Hosey died on April 23, 2023.

3. On July 31, 2023, Plaintiff filed a suggestion of death pursuant to Federal Ruler of Civil Procedure 25(a). *See* Doc. No. 16226. Plaintiff's counsel recently learned of the death of Peggy Hosey after filing the lawsuit.

4. Boyd Livesley, surviving child of Peggy Hosey, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Peggy Hosey and has proper capacity to proceed forward with the surviving products

liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff request this Court grant this request of substitute Boyd Livesley as the proper party plaintiff in this action

Dated this October 30, 2023.

Respectfully Submitted,

Brent Coon & Associates
/s/ *Eric W. Newell*
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forward this filing to all counsel of record registered to received service in this MDL.

Dated: October 30, 2023.

/s/ *Eric W. Newell*
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff