# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| _____ | : : : | SECTION "N" (5) JUDGE MILAZZO |
| Peggy Hosey | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:17-cv-15094 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Boyd Livesley, on behalf of Peggy Hosey, is substituted as Plaintiff in the above referenced action.

SO ORDERED this_____ day of _____, 2023.

_____
HONORABLE JANE T. MILAZZO
United States District Judge