UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Patricia Allemand, 17-7264 | ) ) | |

## ORDER

Before the Court is a Motion for Substitution of Proper Party [Rec. Doc. 16525];

**IT IS ORDERED** that the Motion for Substitution is **GRANTED** and that Linda Himel, on behalf of her deceased mother, Patricia Allemand, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 30th day of October, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE