UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Peggy Hosey, 17-15094 | ) ) ) | |

### ORDER

Before the Court is a Motion for Substitution of Party [Rec. Doc. 16529];

**IT IS ORDERED** that the Motion for Substitution of Party is **GRANTED**, and that Boyd Livesley, on behalf of Peggy Hosey, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 31st day of October, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE