# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 <br> SECTION "N" (5) <br> JUDGE MILAZZO |
| Patricia Williams | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:18-cv-02391 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |
| ------------------------------------------------------------ | : | |

## MOTION TO FILE MOTION FOR SUBSTITUION OF PARTY

COMES NOW, Counsel for Plaintiff, Patricia Williams, and files this motion to substitute her surviving next of kin, Jacqueline Williams Martin, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff, Patricia Willaims, filed the present action in the United States District Court for the Easter District of Louisiana on March 6, 2018.

2. Plaintiff, Patricia Williamsdied on June 16, 218.

3. On November 6, 2018 Plaintiff filed a suggestion of death pursuant to Federal Ruler of Civil Procedure 25(a). *See* Doc. No. 4878. Plaintiff's counsel recently learned of the death of Patricia Williams after filing the lawsuit.

4. Jacqueline Willaims Martin, surviving child of Peggy Hosey, is the surviving next of kin and the proper party plaintiff to substitute for Plaintiff-decedent Patricia William sand has proper capacity to proceed forward with the

surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(a), stating, "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff request this Court grant this request of substitute Jacqueline Willaims Martin as the proper party plaintiff in this action

Dated this November 1, 2023.

Respectfully Submitted,

Brent Coon & Associates
/s/ *Eric W. Newell*
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2023, a true and correct copy of the attached document was served upon the Clerk of the Court using the CM/ECF system which forward this filing to all counsel of record registered to received service in this MDL.

Dated: November 1, 2023.

/s/ *Eric W. Newell*
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff