# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 <br> SECTION "N" (5) <br> JUDGE MILAZZO |
| Patricia Williams | : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:18-cv-02391 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

## ORDER

IT IS ORDERED that the Motion to Substitute the Plaintiff is GRANTED, and Jacqueline Williams Martin, on behalf of Patricia Williams, is substituted as Plaintiff in the above referenced action.

SO ORDERED this_____ day of _____, 2023.

_____
HONORABLE JANE T. MILAZZO
United States District Judge