UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PLAINTIFF-APPELLANT, | § | DISTRICT COURT |
| | § | 2:19-cv-13981 |
| MARTINE REEDER | § | |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | NO. 23-30684 |
| DEFENDANTS-SANOFI US. SERVICES | § | |
| INC., ET AL | § | |
| APPELLEES | § | |

## JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff Martine Reeder, who submits the following record designations pursuant to an Order from the United States Court of Appeals for the Fifth Circuit dated September 29, 2023 after having conferred with Defendants Hospira Inc., Hospira Worldwide, LLC formerly doing business as Hospira Worldwide, Inc. The parties designated documents both from the master docket for *In re Taxotere (Docetaxel) Products Liability Litigation*, 16-md-02740, and from the individual member case docket. Docket entries designated herein should be included in their entirety, including all exhibits and attachments. The filings made in 16-md-02740 that correspond to the below should be transmitted to the Court of Appeals in accordance with the District Court's usual practices and procedure for preserving confidentiality.

**In re: Taxotere (Docetaxel) Products Liability Litigation; No. 2:16-md-2740**

1. The district court docket sheet;

2. Pretrial Order No. 40A *(Document 509, dated 06/01/2017)*;

3. Second Amended Complaint *(Document 4407, dated 09/27/2018)*;

4. Transcript of Status Conference held on July 22, 2022 before Judge Jane Triche Milazzo *(Document 14445, dated 07/25/2022)*;

5. Case Management Order No. 35 *(Document 14456, dated 07/26/2022)*;

6. Motion to Dismiss by Hospira and Pfizer for Failure to Comply with CMO No. 35 by Defendant *(Document 14770, dated 10/03/2022)*;

7. Plaintiffs' Response to Defendants, Hospira's Motion to Dismiss for Failure to Comply with Case Management Order No. 35 and FRCP 4 and Plaintiff's Motion for Leave to Extend the Time for Plaintiff to Comply with CMO 35 with Exhibits *(Document 14813, dated 10/10/2022)*;

8. Hospira and Pfizer's Reply to Response to Motion filed by Defendant re 14770 Motion to Dismiss by Hospira and Pfizer for Failure to Comply with CMO No. 35. *(Document 14956, dated 10/19/2022)*;

9. Court Order of Dismissal *(Document 16337, dated 08/25/2023)*;

10. The notice of appeal *(Document 16450, dated 09/25/2023)*.

**Martine Reeder v. Hospira Inc., et al., No. 2:19-cv-13981**

1. The district court docket sheet;
2. Notice of Removal by Hospira Worldwide *(Document 1, dated 11/20/2019)*.
3. Order of MDL Panel transferring case to the Eastern District of Louisiana. *(Document 2, dated 12/03/2019)*.
4. Request of Summons Issued as to Hospira Worldwide, LLC, Hospira, Inc. filed by Martine Reeder re 3 Case Transferred In - District Transfer. *(Document 4, dated 10/12/2022)*.
5. Summons Issued as to Hospira Worldwide, LLC, Hospira, Inc. *(Document 5, dated 10/17/2022)*.
6. ORDER OF DISMISSAL without prejudice *(Document 6, dated 09/12/2023)*.

Respectfully submitted,

*/s/ Eric W. Newell*

Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff

    I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on November 2nd, 2023.

*/s/ Eric W. Newell*