UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

*Debbie Jemison-Kelley vs. Sanofi US Services Inc.*
*f/k/a Sanofi-Aventis U.S. Inc. et al.*
Case No. 2:17-cv-14010

## DECLARATION

I, Lindsay R. Stevens, have attempted to reach my client, learned she is deceased and attempted to reach the next of kin for deceased injured party Debbie Jamison-Kelly on the following dates:

08/02/2023 Counsel filed Suggestion of Death for Plaintiff Debbie Jemison-Kelly; 08/07/2023 Counsel attempted to contact emergency contact on file, number is disconnected; 09/25/2023 ran an internal investigation skip trace to attempt to find the appropriate party to list as the legal representative; 10/16/2023 Counsel attempted to contact the son of the injured party by phone, number is disconnected; 10/16/2023 Counsel sent letter via U.S. Certified Mail to assumed next of kin and received no response.

by (check all that apply) X telephone, X e-mail, _____ text message, X social media, X U.S. Mail, X Certified Mail, _____ other, and my client has not been responsive to my communications to date.

///

///

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: November 3, 2023                                Respectfully submitted,

                                                       GOMEZ TRIAL ATTORNEYS

                                                        /s/Lindsay R. Stevens
                                                       John H. Gomez (CA Bar # 171485) T.A.
                                                       Lindsay R. Stevens (CA Bar # 256811)
                                                       655 West Broadway, Suite 1700
                                                       San Diego, California 92101
                                                       Telephone: (619) 237-3490
                                                       Facsimile: (619) 237-3496
                                                       *john@thegomezfirm.com*
                                                       *lstevens@thegomezfirm.com*
                                                       **Attorneys for Plaintiff**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                                       /s/ Lindsay R. Stevens
                                                       Lindsay R. Stevens (CA Bar # 256811)
                                                       GOMEZ TRIAL ATTORNEYS
                                                       655 West Broadway, Suite 1700
                                                       San Diego, California 92101
                                                       Telephone: (619) 237-3490
                                                       Facsimile: (619) 237-3496
                                                       lstevens@thegomezfirm.com