**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | * | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Beverly Hill, 2:17-cv-13686* | * | JUDGE JANE TRICHE |
| | * | MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

*********************************************

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Harry Hill, who respectfully moves this Court for an order substituting Harry Hill as party plaintiff for Beverly Hill, his deceased wife for the following reasons:

1.

The above captioned lawsuit was filed on November 29, 2017 on behalf of Beverly Hill.

2.

Beverly Hill passed away on March 11, 2023 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Harry Hill, on August 1, 2023 (Exhibit A).

3.

Harry Hill, as surviving spouse of Beverly Hill, is the proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1).  Harry Hill has the proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

WHEREFORE, Harry Hill respectfully requests that he be substituted as party plaintiff on behalf of Beverly Hill, his deceased wife.

Dated: November 7, 2023                    Respectfully submitted,

                                           */s/ M. Palmer Lambert*
                                           M. Palmer Lambert (Bar No. 33228)
                                           **PENDLEY, BAUDIN & COFFIN**
                                           1100 Poydras Street, Suite 2225
                                           New Orleans, Louisiana 70163
                                           Tel: (504) 355-0086
                                           Fax: (504) 355-0089
                                           Email: plambert@pbclawfirm.com

                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                           */s/ M. Palmer Lambert*
                                           **M. PALMER LAMBERT**