UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

## NOTICE OF CHANGE OF ADDRESS

NOW INTO COURT, come Dawn M. Barrios, Co-Liaison Counsel for Plaintiffs, and Zachary L. Wool, member of the PSC, who respectfully appear to advise the Court and parties of their change of address and firm. Their new firm and contact information are below:

    Dawn M. Barrios (#2128)
    Zachary L. Wool (#32778)
    BARRIOS WOOL LLC
    1811 Hastings Place
    New Orleans, Louisiana 70130
    (504) 596-8008
    barrios@barrioswool.com
    zwool@barrioswool.com

Ms. Barrios respectfully represents that the aforementioned change in firm will not impede her discharge of continuing obligations as Co-Liaison Counsel set forth in Pretrial Order No. 1, ¶15, nor will the change impede Mr. Wool's continuing obligations as a member of the PSC.

Dated: November 9, 2023                          Respectfully submitted,

                                                   */s/ Dawn M. Barrios*
                                                   Dawn M. Barrios (#2128)
                                                   Zachary L. Wool (#32778)
                                                   BARRIOS WOOL LLC
                                                   1811 Hastings Place
                                                   New Orleans, Louisiana 70130
                                                   (504) 596-8008
                                                   barrios@barrioswool.com
                                                   zwool@barrioswool.com

                                                   *Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<em>/s/ Dawn M. Barrios</em><br>
DAWN M. BARRIOS