BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Billie Browne et al. v. Sanofi, S.A. et al.,* Case No. 2:17-cv-03129 | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Michael Browne, surviving spouse of Billie Browne, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on Ms. Billie Browne's death on June 3, 2022.

A Notice/Suggestion of Death was filed in this matter on August 16, 2023 (Doc. 16315).

| | |
|---|---|
| Dated: November 9, 2023 | Respectfully submitted, |
| | GOMEZ TRIAL ATTORNEYS |
| | /s/Lindsay R. Stevens |
| | John H. Gomez (CA Bar # 171485) T.A. |
| | Lindsay R. Stevens (CA Bar # 256811) |
| | 755 Front Street |
| | San Diego, California 92101 |
| | Telephone: (619) 237-3490 |
| | Facsimile: (619) 237-3496 |
| | *john@thegomezfirm.com* |
| | *lstevens@thegomezfirm.com* |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      755 Front Street
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com