UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  * MDL No. 2740
PRODUCTS LIABILITY LITIGATION *
                              * SECTION "H" (5)
THIS DOCUMENT RELATES TO      *
*Beverly Hill, 2:17-cv-13686* * JUDGE JANE TRICHE
                              * MILAZZO
                              *
                              * MAGISTRATE JUDGE NORTH
                              *
******************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Harry Hill, as surviving spouse of Beverly Hill, be substituted as party plaintiff on behalf of Beverly Hill.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**JUDGE**