UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>WANDA SNYDER<br><br><br>Plaintiffs,<br><br>vs.<br><br>SANOFI US SERVICES INC., formerly known as SANOFI-AVENTIS; SANOFI-AVENTIS U.S. LLC., MCKESSON CORPORATION doing business as MCKESSON PACKAGING, HOSPIRA WORLDWIDE, LLC., HOSPIRA, INC., PFIZER INC.,<br><br>Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:18-cv-13913<br><br><br><br>**Notice of Partial Dismissal With Prejudice** |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS EXCEPT HOSPIRA

Plaintiff Wanda Snyder, and undersigned counsel, hereby give notice that the above-captioned action against Defendants SANOFI US SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC., SANOFI-AVENTIS U.S. LLC., MCKESSON CORPORATION doing business as MCKESSON PACKAGING and PFIZER INC., only are voluntary dismissed, with prejudice.

The case will continue against the remaining Defendants HOSPIRA WORLDWIDE, LLC., HOSPIRA, INC.

Dated this 10th day of November 2023

Respectfully Submitted,

*/s/ Christopher LoPalo*
Christopher LoPalo
NS PR LAW SERVICES LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
Phone: (787) 493-5088
Fax: (646) 843-7603
Email: *Clopalo@nsprlaw.com*

**Counsel for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 10, 2023                                            */s/ Christopher LoPalo*
                                                                                              Christopher LoPalo