UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Mary Cooksey
Case No.: 2:19-cv-00017

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Mary Cooksey whose case is on a Notice of Non-Compliance. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: November 11, 2023        /s/ Erin M. Wood
                                Erin M. Wood
                                NACHAWATI LAW GROUP
                                5890 Blair Rd.
                                Dallas, TX 75231
                                214-890-0711
                                ewood@ntrial.com