UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| This document relates to: All cases listed in Exhibit A | ) ) | |

## ORDER

In conjunction with the Court's October 23, 2023 Amended Transfer Order [Rec. Doc. 16511];

**IT IS ORDERED** that the 18 cases listed in Exhibit A are hereby **SEVERED** and **DECONSOLIDATED** from MDL 2740, and will remain in Section "H," Magistrate 5. All future filings for this case shall be made in the individual docket, not in the MDL 2740 master docket (No. 16-md-2740), and will use the caption for the individual case, not the MDL 2740 caption.

New Orleans, Louisiana, this 3rd day of November, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

| Plaintiff Name | Law Firm Name | Plaintiff ID | Caption | Court | Standardized Docket Number | Corrected Venue |
|---|---|---|---|---|---|---|
| BALLANTYNE, PAMELA | Allan Berger & Associates | 2203 | Pamela Ballantyne v. Sandoz, Inc. | Eastern District of Louisiana | 2:17-cv-04496 | LA - Eastern District of Louisiana |
| BROWN, DIANA | Johnson Becker | 1023 | Diana K. Brown v. Sanofi S.A. et al | Eastern District of Louisiana | 2:16-cv-17153 | LA - Eastern District of Louisiana |
| COMARDELLE, BONNIE | McGartland Law Firm, PLLC | 3926 | Bonnie Comardelle vs Sanofi S.A Aventis Pharma S.A DBA Winthrop et al | Eastern District of Louisiana | 2:17-cv-10410 | LA - Eastern District of Louisiana |
| CONSONARY, JACQUELINE | Davis & Crump, P. C. | 8981 | Jacqueline Consonary v. Sanofi-Aventis U.S. L.L.C | Eastern District of Louisiana | 2:18-cv-00525 | LA - Eastern District of Louisiana |
| COUVILLIER, MADELINE | Bachus & Schanker, LLC | 1040 | Madeline Couvillier v. Sanofi S.A., et al | Eastern District of Louisiana | 2:16-cv-16938 | LA - Eastern District of Louisiana |

1

| FOWLER, MARY MADONNA | Michael Hingle & Associates | 1277 | Mary Madonna Fowler v. Sanofi S.A., Aventis Pharma S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. | Eastern District of Louisiana | 2:16-cv-17618 | LA - Eastern District of Louisiana |
|---|---|---|---|---|---|---|
| GRAVES, BELINDA | Morris Bart, LLC | 2940 | Belinda Graves v. Sanofi-Aventis U.S., Inc., et al. | Eastern District of Louisiana | 2:16-cv-15468 | LA - Eastern District of Louisiana |
| GREEN, PATRICIA | Allan Berger & Associates | 2037 | Green v. Sanofi-Aventis U. S. LLC, et al | Eastern District of Louisiana | 2:17-cv-03583 | LA - Eastern District of Louisiana |
| HARRIS, RUTH | The Murray Law Firm | 1315 | Ruth Harris v. Sanofi S.A., et al. | Eastern District of Louisiana | 2:16-cv-15724 | LA - Eastern District of Louisiana |
| HOOKFIN WALKER, CARRIE | Pendley, Baudin & Coffin, L.L.P. | 2866 | Carrie L. Hookfin-Walker & Clifton Walker vs. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al | Eastern District of Louisiana | 2:18-cv-00241 | LA - Eastern District of Louisiana |
| KLOCK, SANDRA | Bachus & Schanker, LLC | 1595 | Sandra Klock v. Sanofi S.A., et al | Eastern District of Louisiana | 2:16-cv-14197 | LA - Eastern District of Louisiana |

2

| PAYNE, LINDA | Allan Berger & Associates | 2558 | Payne vs. Sanofi S.A., et al | Eastern District of Louisiana | 2:17-cv-06200 | LA - Eastern District of Louisiana |
|---|---|---|---|---|---|---|
| PIERRE, DENISE | Allan Berger & Associates | 1911 | Denise Pierre vs. Sanofi-Aventis U.S. LLC et al | Eastern District of Louisiana | 2:17-cv-03486 | LA - Eastern District of Louisiana |
| SELDERS, ELMIRA | Bachus & Schanker, LLC | 2266 | Elmira Selders v. Sanofi S.A. et al | Eastern District of Louisiana | 2:16-cv-17156 | LA - Eastern District of Louisiana |
| ST ANN, PATRICIA | Bachus & Schanker, LLC | 1772 | Patricia St. Ann v. Sanofi S.A., et al | Eastern District of Louisiana | 2:16-cv-17179 | LA - Eastern District of Louisiana |
| WASHINGTON, ELAINE | Brown & Crouppen | 11026 | Washington v. Sanofi-Aventis U.S. LLC, et. al. | Eastern District of Louisiana | 2:18-cv-11562 | LA - Eastern District of Louisiana |
| WEST, ANNETTE | Pendley, Baudin & Coffin, L.L.P. | 1166 | Annette West v. Sanofi S.A., and Sanofi-Aventis U.S. LLC, separately, and doing business as Winthrop U.S. | Eastern District of Louisiana | 2:16-cv-16062 | LA - Eastern District of Louisiana |
| WHITE, JUDY | Allan Berger & Associates | 3268 | Judy White v. Sanofi S.A., et al | Eastern District of Louisiana | 2:17-cv-10791 | LA - Eastern District of Louisiana |

3