UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Janice McBeath, | |
| Plaintiff, | |
| vs. | |
| Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc, et al. | |
| Defendants. | |
| Civil Case No.: 2:17-cv-14458 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for the dismissal as follows:

- o Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

- o Plaintiff lacks evidence of suffering a permanent hair loss; and/or

- ✓ Other

If warranted under the circumstances, Plaintiff may seek relief relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

This the 13th day of November, 2023.

        Milberg Bryson Phillips Grossman, PLLC

        <u>*/s/ Daniel K. Bryson*</u>
        Daniel K. Bryson
        N.C. Bar No. 15781
        J. Hunter Bryson
        N.C. Bar No. 50602
        900 W. Morgan Street
        Raleigh, NC 27603
        Telephone: 919-600-5000
        Facsimile: 919-600-5035
        Email: dbryson@milberg.com
        Email: hbryson@milberg.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice has been contemporaneously with or before filing served upon all parties or their attorneys, in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

This the 13th day of November, 2023.

                                                    MILBERG COLEMAN BRYSON
                                                    PHILLIPS GROSSMAN, PLLC.

                                                    */s/ Daniel K. Bryson*
                                                    Daniel K. Bryson
                                                    N.C. State Bar No.: 15781
                                                    J. Hunter Bryson
                                                    N.C. State Bar No.: 50602
                                                    PO Box 12638
                                                    Raleigh, NC 27605
                                                    Phone: 919-600-5000
                                                    Facsimile: 919-600-5035
                                                    Email: dbryson@milberg.com
                                                    Email: hbryson@milberg.com

                                                    *Attorneys for Plaintiff*