# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| STACY MILLER-JOHNSON, Individually and as Executor of the Estate of SHIRLEY JOHNSON-HILL, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC<br><br>    Defendants<br>------------------------------------------------------------ | : : : : : : : : : : : : : : : : : | PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br><br><br>Civil Action No.: **2:18-cv-3687** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff, by and through counsel, respectfully seeks leave of court to file an Amended Complaint in this matter and Plaintiff requests that if this motion is granted, the attached Amended Complaint, Exhibit A, be filed as of the date of this motion. Plaintiff's counsel conferred with Defense counsel, who oppose the requested relief.

Dated: November 13, 2023

1

2

        Respectfully submitted,

        **HODGES & FOTY, LLP**

        */s/ David W. Hodges*
        David W. Hodges (*pro hac vice*)
        Texas Bar No. 00796765
        2 Greenway Plaza, Suite 250
        Houston, Texas 77046
        Tel: (713) 523-0001
        Fax: (713) 523-1116
        dhodges@hftrialfirm.com

        **ATTORNEYS FOR PLAINTIFF**

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            */s/ David W. Hodges* _____
                                            David W. Hodges