**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "N" (5)** |
| | : | **JUDGE ENGELHARDT** |
| | : | **MAG. JUDGE NORTH** |
| STACY MILLER-JOHNSON, Individually and as | : | |
| Executor of the Estate of SHIRLEY JOHNSON- | : | |
| HILL, Deceased, | : | |
| | : | **PLAINTIFF'S MOTION FOR** |
| Plaintiff, | : | **LEAVE TO FILE AN AMENDED** |
| | : | **COMPLAINT** |
| vs. | : | |
| | : | |
| SANOFI U.S. SERVICES INC. f/k/a SANOFI- | : | **Civil Action No.: 2:18-cv-3687** |
| AVENTIS U.S. INC. and SANOFI-AVENTIS | : | |
| U.S. LLC | : | |
| | : | |
| Defendants | : | |

**NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION FOR**
**LEAVE TO FILE AN AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff's Motion for Leave to File Amended Short Form

Complaint is hereby set for submission before Judge Milazzo on December 20, 2023, at 9:30 a.m.

Dated: November 13, 2023

Respectfully submitted,

**HODGES & FOTY, LLP**

_/s/ David W. Hodges_
David W. Hodges (_pro hac vice_)
Texas Bar No. 00796765
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
Fax: (713) 523-1116
dhodges@hftrialfirm.com

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/David W. Hodges*
David W. Hodges
