# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE NORTH |
| STACY MILLER-JOHNSON, Individually and as Executor of the Estate of SHIRLEY JOHNSON-HILL, Deceased, | |
| Plaintiff, | PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT |
| vs. | |
| HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC. | Civil Action No.: **2:18-cv-3687** |
| Defendants. | |

## AMENDED SHORT FORM COMPLAINT[1]

Plaintiff incorporates by reference the Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on July 25, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Amended Master Long Form Complaint against Defendants.

Plaintiff further alleges as follows:

1. Plaintiff:

    Shirley Johnson-Hill

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

2.  Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

    Stacy Miller-Johnson

3.  Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    Stacy Miller-Johnson, Executor

4.  Current State of Residence: Ohio

5.  State in which Plaintiff alleges injury: Ohio

6.  Defendants (check all Defendants against whom a Complaint is made):

    a.  Taxotere Brand Name Defendants

        ☐  A.  Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        ☐  B.  Sanofi-Aventis U.S. LLC

    b.  Other Brand Name Drug Sponsors, Manufacturers, Distributors

        ☐  A.  Sandoz Inc.

        ☐  B.  Accord Healthcare, Inc.

        ☐  C.  McKesson Corporation d/b/a McKesson Packaging

        ☒  D.  Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        ☒  E.  Hospira, Inc.

        ☐  F.  Sun Pharma Global FZE

        ☐  G.  Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        ☐  H.  Pfizer Inc.

        ☐  I.  Actavis LLC f/k/a Actavis Inc.

        ☐  J.  Actavis Pharma, Inc.

14

☐    K.    Other:    N/A

7. Basis for Jurisdiction:

☒    Diversity of Citizenship

☐    Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

N/A

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Northern District of Ohio, Eastern Division

9. Brand Product(s) used by Plaintiff (check applicable):

☒    A.    Taxotere

☐    B.    Docefrez

☐    C.    Docetaxel Injection

☐    D.    Docetaxel Injection Concentrate

☐    E.    Unknown

☐    F.    Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

January 8, 2014 to March 12, 2014

11. State in which Product(s) identified in question 9 was/were administered:

Ohio

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

15

| |
|---|
| Permanent hair loss at top of head following treatment for breast cancer, date of onset unknown but occurred after treatment |

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☒ Count III – Negligence
☒ Count IV – Negligent Misrepresentation
☒ Count V – Fraudulent Misrepresentation
☒ Count VI – Fraudulent Concealment
☒ Count VII – Fraud and Deceit

☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

| |
|---|
| N/A |

14. Name of Attorneys, Bar Numbers, Law Firm, Phone Number, Email Addresses and Mailing Address representing Plaintiff:

Dated: November 13, 2023

Respectfully submitted,

**HODGES & FOTY, LLP**

*/s/ David W. Hodges*
David W. Hodges (*pro hac vice*)
Texas Bar No. 00796765
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
Fax: (713) 523-1116
dhodges@hftrialfirm.com

**ATTORNEY FOR PLAINTIFF**