# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: | MDL NO. 2740 SECTION "H" (5) JUDGE MILAZZO MAG. JUDGE NORTH |
| Elizabeth Abbott Action No.: 2:19-cv-00694-JTM-MBN | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

## YOU <u>MUST</u> CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other  Plaintiff no longer desires to continue with this litigation.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this _14th_ day of _November__, 2023


*/s/ McDonald S. Worley*
McDonald S. Worley


## CERTIFICATE OF SERVICE

I hereby certify that on___ _November_14__, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: _November_14_, __, 2023          /s/_*McDonald S. Worley*_____

                                        McDonald S. Worley
                                        don@mcdonaldworley.com
                                        State Bar No. 24003208
                                        1770 St. James Place, Suite 100
                                        Houston, Texas 77056
                                        Phone: (713) 523-5500
                                        Fax: (713) 523-5501