UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *Sharon Cockrum v. Sanofi S.A., et al.* **Case No. 2:16-cv-17830** | |

**PLAINTIFF SHARON COCKRUM'S F.R.C.P 60(b)
MOTION FOR RECONSIDERATION OF THE
COURT'S DISMISSAL ORDER (Doc. 16341)**

Pursuant to Fed. R. Civ. P. 60(b), Plaintiff respectfully seeks reconsideration of the Court's August 30, 2023 Order (Doc. No. 16341). As set forth more fully in the attached Memorandum in Support, Plaintiff requests that the Court reconsider its August 30, 2023 Order and to set aside, alter, or amend it as requested herein.

Dated:  November 14, 2023                             Respectfully Submitted,

*/s/ Carasusana B. Wall*
Carasusana B. Wall - 0090234
Partner
Zoll & Kranz, LLC
6620 West Central Avenue, Suite 100
Toledo, Ohio 43617
Toll-free: (888) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Carasusana B. Wall*