# Exhibit A

| From: | Andrea R. Young |
|---|---|
| To: | "taxotere-complaints@gtlaw.com" |
| Subject: | Sharon Cockrum, Eastern District of Louisiana |
| Date: | Wednesday, October 18, 2017 1:35:33 PM |
| Attachments: | 318943.pdf |
| | image001.png |
| | Sandoz Summons.pdf |

Counsel,

Pursuant to PTO 30, attached is a copy of the Amended Complaint and Summons regarding Sharon Cockrum. Thank you.

Attorney of Record:

Carasusana B. Wall
Zoll & Kranz, LLC
6620 West Central Avenue, Suite 100
Toledo, Ohio 43617
Office: (419) 841-9623
Toll-free: (888) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com


**Andrea Young**
**Associate Attorney**
**Zoll & Kranz, LLC**
6620 West Central Avenue, Suite 100
Toledo, Ohio 43617
Office: (419) 841-9623
Toll-free: (888) 841-9623
Fax: (419) 841-9719
Email: andrea@toledolaw.com
Website: www.toledolaw.com

