# Exhibit B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2740 |
| | | SECTION: "N" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) | |

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO CMO NO. 12

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Sandoz Inc., Hospira, Inc., Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Actavis Pharma, Inc., Accord Healthcare, Inc., Pfizer Inc., Sun Pharmaceutical Industries, Inc., and McKesson Corporation d/b/a McKesson Packaging Services (collectively "Defendants"), who submit the instant Motion to Dismiss Pursuant to CMO No. 12. For the reasons discussed in the attached Memorandum in Support, Defendants move to dismiss the cases identified in Appendix A for lack of compliance with Paragraphs 1-3 of CMO 12. *See* CMO 12, ¶ 11.

**WHEREFORE**, Defendants respectfully request that this Court dismiss the Complaints of those Plaintiffs listed on Appendix A to the instant Motion.

1

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com

*Counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

/s/ *Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan Holden
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2100
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
**ADAMS AND REESE LLP**
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Counsel for Defendant Sandoz, Inc.*

/s/ *Mark S. Cheffo*
Mark S. Cheffo
Mara Cusker Gonzalez
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Ave., 22nd Floor
New York, NY 10010
Phone: (212) 849-7000
Fax: (212) 849-7100
markcheffo@quinnemanuel.com
maracuskergonzalez@quinnemanuel.com

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chafe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc., and Pfizer Inc.*

/s/ *Michael J. Suffern*
Michael J. Suffern
Jeffrey F. Peck
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Counsel for Defendant Actavis Pharma, Inc.*

/s/ *John P. Wolff, III*
John P. Wolff, III, TA #14504
Nancy B. Gilbert, Bar #23095
Chad A. Sullivan, Bar #27657
Richard W. Wolff, Bar #34844
**KEOGH, COX & WILSON, LTD.**
701 Main Street
Post Office Box 1151
Baton Rouge, LA 70821
Phone: (225) 383-3796
Fax: (225) 343-9621
jwolff@keoghcox.com
ngilbert@keoghcox.com
csullivan@keoghcox.com
rwolff@keoghcox.com

AND
Via *Pro Hac Vice* Admission

/s/ *Julie A. Callsen*
Julie A. Callsen, TA, OH Bar #0062287
Brandon D. Cox, OH Bar #0089815
**TUCKER ELLIS LLP**
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213
Phone: (216) 696-2286
Fax: (216) 592-5009
Julie.Callsen@TuckerEllis.com
Brandon.Cox@TuckerEllis.com

*Counsel for Defendant Accord Healthcare Inc.*

/s/ *Stanton E. Shuler, Jr.*
Stanton E. Shuler, Jr. (Bar No. 19152)
**LEAKE & ANDERSSON LLP**
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
Phone: 504-585-7500
Facsimile: 504-585-7775
sshuler@leakeandersson.com

/s/ *Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
**HINSHAW & CULBERTSON LLP**
28 State Street
Boston, MA 02109
Phone: 617-213-7000
Fax: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Counsel for Defendant Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

/s/ *Erin M. Bosman*
Erin M. Bosman (Bar No. 204987)
Julie Y. Park (Bar No. 259929)
**MORRISON & FOERSTER LLP**
12531 High Bluff Dr.
San Diego, CA 92130-2040
Phone: 858-720-5100
Fax: 858-720-5125
ebosman@mofo.com
juliepark@mofo..com

*Counsel for Defendant McKesson Corporation d/b/a McKesson Packaging Service*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ <i>Douglas J. Moore</i>

Case 2:16-md-02740-KDE-MBN Document 16554-3 Filed 03/18/13 Page 36 of 16
Case 2:16-md-02740-JTM-MBN Document 1655-3 Filed 11/14/23 Page 6 of 6
Appendix A

| # | Case Name | MDL Docket # |
|---|---|---|
| 87 | BURKS, TUKESHA | 2:17-cv-01738 |
| 88 | BUTTS, MONICA | 2:17-cv-11703 |
| 89 | CAIN, REBECCA | 2:17-cv-08649 |
| 90 | CALDWELL, BEULAH | 2:16-cv-17403 |
| 91 | CAMPBELL, IRENE | 2:17-cv-10363 |
| 92 | CANNON SCOTT, CHARLENE | 2:17-cv-10366 |
| 93 | CAROL, BASS | 2:17-cv-02254 |
| 94 | CARTER GRAY, MARGARET | 2:17-cv-05942 |
| 95 | CARTER, CARMELITA | 2:17-cv-04537 |
| 96 | CARTER, EILEEN | 2:17-cv-08342 |
| 97 | CARTER, KITTY | 2:17-cv-00047 |
| 98 | CAUDELL, DAISY | 2:17-cv-09929 |
| 99 | CAUSION, TIA | 2:17-cv-06965 |
| 100 | CHANDLER, FAYE | 2:16-cv-16147 |
| 101 | CHAPMAN, CAROLYN | 2:17-cv-05870 |
| 102 | CHAPPELL, EDITH | 2:16-cv-17163 |
| 103 | CHASE, MARY | 2:16-cv-15307 |
| 104 | CHAVEZ, SOUNDRA | 2:16-cv-17190 |
| 105 | CHEEVERS, MARY | 2:17-cv-05911 |
| 106 | CHEREM, MIRIAM | 2:17-cv-00119 |
| 107 | CHIDESTER, KATHLEEN | 2:17-cv-08318 |
| 108 | CIRA, PHYLLIS | 2:17-cv-09847 |
| 109 | CLARK, SUSAN | 2:17-cv-08215 |
| 110 | CLAY, SHIRLEY | 2:17-cv-09091 |
| 111 | CLAYTON, JACQUELINE | 2:17-cv-10158 |
| 112 | CLEMENTS, CAROLE | 2:16-cv-17029 |
| 113 | COATS, TERESA | 2:17-cv-05390 |
| 114 | COCKRUM, SHARON | 2:16-cv-17830 |
| 115 | COLE, BELINDA | 2:16-cv-17945 |
| 116 | COLEMAN, BARBARA | 2:17-cv-07971 |
| 117 | COLEMAN, VIRGINA | 2:16-cv-17124 |
| 118 | COLES, NEPPHIE | 2:17-cv-08954 |
| 119 | COLLINS SMITH, MEDIAH | 2:17-cv-08714 |
| 120 | COLLINS, KATHERINE | 2:17-cv-09878 |
| 121 | COLLINS, PAMELA | 2:17-cv-05476 |
| 122 | COLLINS, TINA | 2:17-cv-08371 |
| 123 | COOLEY, LOREE | 2:17-cv-09633 |
| 124 | CORBETT, MICHELLE | 2:17-cv-10500 |
| 125 | CORDELL, YVETTE | 2:18-cv-00687 |
| 126 | COX, CAROLYN | 2:17-cv-10656 |
| 127 | COX, TRACI | 2:17-cv-09924 |
| 128 | CRABTREE, PATRICIA | 2:17-cv-16427 |
| 129 | CRAIG, MARGO | 2:17-cv-10530 |