# Exhibit C

Attachments:
Correspondence - Sharon Cockrum.pdf
Ex 1 PLAINTIFFS RESPONSE TO SANDOZS MTD - Dfs MTD.pdf
PLAINTIFFS RESPONSE TO SANDOZ MTD.pdf
Cockrum Summons Sandoz, Inc..pdf
Sharon Cockrum Complaint.pdf

---

**From:** Damon C. Williams
**Sent:** Wednesday, October 12, 2022 12:50 AM
**To:** 'CohenL@gtlaw.com' <CohenL@gtlaw.com>; 'MerrellC@gtlaw.com' <MerrellC@gtlaw.com>; 'HoldenE@gtlaw.com' <HoldenE@gtlaw.com>; 'Insognan@gtlaw.com' <Insognan@gtlaw.com>
**Cc:** Carasusana B. Wall <cara@toledolaw.com>; Angela Stoldt <angela@toledolaw.com>; Ameena Alauddin <ameena@toledolaw.com>
**Subject:** Correspondence re: Sharon Cockrum

Counsel,

Please see attached correspondence sent on behalf of Attorney Cara Wall.

**Cara Wall**

**Partner**

**Zoll & Kranz, LLC**

6620 West Central Avenue, Suite 100

Toledo, Ohio 43617

Office: (419) 841-9623

Toll-free: (888) 841-9623

Fax: (419) 841-9719

Email: cara@toledolaw.com

**www.toledolaw.com**

