UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: " H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *Sharon Cockrum v. Sanofi S.A., et al.* **Case No. 2:16-cv-17830** | |

## AFFIDAVIT OF DAMON C. WILLIAMS

1. The Affiant hereby makes solemn oath:

2. I am an associate at the law firm of Zoll & Kranz, LLC, located at 6620 West Central Avenue, Suite 100, Toledo, Ohio 43617.

3. I have worked as an attorney with Zoll & Kranz since May 9, 2022.

4. Firm procedure requires service emails to be filed in the respective client files in our electronic case management system.

5. Prior to 2019, an attorney who departed the firm in August 2019 handled the filing of pleadings and service on Defendants in the Taxotere MDL.

6. This individual's responsibilities were as a paralegal or case manager rather than attorney.

7. She saved service-related e-mails in Taxotere client email folders within the electronic case management system.

8. Upon entry of CMO 35, our office initiated a review of the electronic case files of our Taxotere clients to confirm compliance.

9. There were numerous service emails to Defendants in Plaintiff's electronic file, including an email filed as "10/18/2017: Service on Sandoz Inc."

10. Accordingly, I believed service had been effectuated on October 18, 2017, on all

1

Defendants in Plaintiff's case. As such, I believed the identification of Ms. Cockrum's case in association with CMO 35 was in error and prepared the corresponding opposition.

11. On October 11, 2022, I was preparing the opposition to Defendant Sandoz's Motion to Dismiss for Failure to Comply with Case Management Order No. 35.

12. In preparing the exhibits for the Opposition, I sought the service confirmation email and requested IT services to provide access to the previously closed email account of the prior individual responsible for sending the service emails.

13. For the first time, while reviewing the emails of that individual, I discovered emails indicating email service was ultimately returned undeliverable. Until this discovery, I believed service had been perfected with the email sent on October 18, 2017.

14. Upon close review, I discovered the individual had made a technical error and sent the service email for Sandoz to taxotere-complaints@gtlaw.com rather than sandoz-taxotere-complaints@gtlaw.com.

15. I confirmed service had been effectuated against all other Defendants in Plaintiffs case on October 18, 2017 and located the service confirmation emails for the following Defendants: Accord Healthcare, Actavis LLC fka Actavis Inc., Actavis Pharma Inc., Hospira Inc., Hospira Worldwide LLC fka Hospira Worldwide Inc., Pfizer, and Sun Pharmaceutical Industries.

16. At 11:45 CST, on October 11, 2022, promptly after discovering the service error, I emailed Defendant Sandoz at CohenL@gtlaw.com, MerrellC@gtlaw.com, HoldenE@gtlaw.com, and Insognan@gtlaw.com.

17. This email included correspondence explaining the inadvertent and excusable mistake, Plaintiff Cockrum's Response to Defendants' Motion to Dismiss, Plaintiff's Summons,

and Plaintiff's Amended Short Form Complaint.

FURTHER AFFIANT SAYETH NOT.

Dated: 11/14/23

Damon C. Williams
Associate
Zoll & Kranz, LLC

SUBSCRIBED AND SWORN on this 14th day of November 2023, before me personally appeared Damon C. Williams, Esq.

My Commission Expires:

Notary Public

Sheila J Stevens
Notary Public, State of Ohio
My Commission Expires:
11/02/2027

3