## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION: " H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *Sharon Cockrum v. Sanofi S.A., et al.*  **Case No. 2:16-cv-17830** | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion: PLAINTIFF SHARON COCKRUM F.R.C.P. 60(b) MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL ORDER (Doc. 16341) is hereby set for submission before The Honorable Jane Triche Milazzo on January 31, 2024, at 9:30 a.m.

Dated: November 14, 2023                     Respectfully Submitted,

*/s/ Carasusana B. Wall*
Carasusana B. Wall - 0090234
Partner
Zoll & Kranz, LLC
6620 West Central Avenue, Suite 100
Toledo, Ohio 43617
Toll-free: (888) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Carasusana B. Wall*