## AMENDED CERTIFICATE OF CONFERENCE

This is to certify that Plaintiff's Counsel conferred with Defendants on August 10, 2023, and then on November 10, 2023, via email, regarding whether Defendants are opposed to Plaintiff's amendment of the complaint as specified in Plaintiff's Motion for Leave to Amend the Complaint. On November 14, 2023, Hospira's Counsel replied. Plaintiff's counsel conferred with Hospira's counsel, who agree in the interest of judicial economy not to oppose this motion, with the understanding and agreement that – Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. reserve their rights to assert all defenses, including but not limited to defense based on statute of limitations, laches, jurisdiction, and service of process, at another stage in this lawsuit.

*/s/ David W. Hodges*
David W. Hodges