UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

*Plaintiffs' listed on Exhibit A*

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING CASES FOR FAILURE TO COMPLY WITH CASE MANAGEMENT ORDER NO.35**

PLEASE TAKE NOTICE that Plaintiffs' Motion for Reconsideration of the Court's Order Dismissing Cases for Failure to Comply with Case Management Order No. 35 is hereby set for submission before the Honorable Jane Trich Milazzo on January 31, 2024, at 9:30 a.m.

Dated: November 2, 2023　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Martin Schmidt*
　　　　　　　　　　　　　　　　　　　　　　Martin Schmidt
　　　　　　　　　　　　　　　　　　　　　　Schmidt National Law Group
　　　　　　　　　　　　　　　　　　　　　　3033 Fifth Avenue, Suite 335
　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92103
　　　　　　　　　　　　　　　　　　　　　　Telephone: (800) 631-5656
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 393-1777
　　　　　　　　　　　　　　　　　　　　　　Email: mschmidt@nationalinjuryadvocates.com