# EXHIBIT A

## EXHIBIT A

| # | Case Number | Last Name | First Name | Discovery Conducted Prior to September 29, 2022 Motion to Dismiss |
|---|---|---|---|---|
| 1 | 2:17-cv-11630 | Contawe | Christina | Plaintiff issued a Subpoena for NDC codes to Kaiser. Received no record.<br><br>Plaintiff served multiple Fact Sheets, PTO 71A statement, Before and after photographs, medical records, medical records proof of use. Plaintiff also received 2 deficiency notices, and responded.<br><br>The deficiency notices stated at the Beginning "**This Notice is submitted On behalf of defendants properly Served.**" |
| 2 | 2:17-cv-11740 | Yarnall | Natalie | Defendant Sanofi-Aventis was served with the summons and complaint on October 11, 2022<br><br>Plaintiff served multiple Fact Sheets, Received and responded to 4 Deficiency Notices, PTO 71A Statement, before and after Photographs, medical records, proof of use and proof of manufacturer showing Sanofi-Aventis |
| 3 | 2:17-cv-14481 | Thomas | Anise | Plaintiff served amended Fact Sheets, As recently as 5/23/23 plaintiff uploaded medical records, and on 5/16/23 plaintiff uploaded before and after photographs |