# EXHIBIT B

 Gmail                                                    Monica Alaniz <malaniz@nationalinjuryadvocates.com>

## Re: Taxotere
1 message

**Monica Alaniz** <malaniz@nationalinjuryadvocates.com>                      Tue, Oct 4, 2022 at 2:04 PM
To: Justin Jennings <ju.a.jennings@gmail.com>

They're all separate. Also, please look for the one on Maria Nieves.

Sincerely,

**Monica Alaniz**
**Schmidt National Law Group**
3033 Fifth Ave, Suite 335
San Diego, CA 92103
Toll Free: 800.631.5656
Fax: 619-393-1777
Email: malaniz@nationalinjuryadvocates.com
Website: www.NationalInjuryAdvocates.com


SCHMIDT NATIONAL LAW GROUP
*Helping Injured People Nationwide*

**Confidential & Privileged**

Unless otherwise indicated or obvious from its nature, the information contained in this communication is confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies—electronic, paper or otherwise—which you may have of this communication.

On Tue, Oct 4, 2022 at 1:59 PM Justin Jennings <ju.a.jennings@gmail.com> wrote:
> Monica,
>
> I will check. Would they all be on the same complaint or would they be seperate? And would would have been the date which they were served?
>
> On Tue, Oct 4, 2022 at 1:57 PM Monica Alaniz <malaniz@nationalinjuryadvocates.com> wrote:
>> Hi Justin,
>>
>> I hope this email finds you well.  We need to know if the Summons and Complaints for the below clients were served:
>>
>> Cindy Thomason
>> Christina Contawe
>> Anise Thomas
>> Natalie Yarnall
>>
>> Please let us know.
>>
>> Sincerely,
>>
>> Monica Alaniz
>> Schmidt National Law Group
>> 3033 Fifth Ave, Suite 335

San Diego, CA 92103
Toll Free: 800.631.5656
Fax: 619-393-1777
Email: malaniz@nationalinjuryadvocates.com
Website: www.NationalInjuryAdvocates.com



**SCHMIDT NATIONAL LAW GROUP**
*Helping Injured People Nationwide*

<u>Confidential & Privileged</u>

Unless otherwise indicated or obvious from its nature, the information contained in this communication is confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Sent from Gmail Mobile