UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DECETAXEL)     MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

THIS DOCUMENT RELATES TO:
*Plaintiffs Listed on Exhibit A*

## DECLARATION OF MARTIN SCHMIDT

1. I, Martin Schmidt, am counsel of record in the above-captioned matters.

2. The information contained in this record is based upon my personal knowledge.

3. Justin Jennings was a paralegal in my employ from approximately March 2017 to approximately March 2018 when he moved out of the San Diego area.

4. After he left my firm he agreed to continue performing work on the Taxotere litigation, including serving the defendants.

5. During his time with my firm, and after he left, Mr. Jennings confirmed on a regular basis that all defendants had been served.

6. In July 2022, the Court entered CMO 35, which provided a deadline to complete service upon all named defendants.

7. After the July 2022, I contacted Mr. Jennings regarding service of process on all defendants, and was assured all defendants had been served.

8. I did not not know there were any issues with the instant matters until Defendants filed their Motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2023

By: /s/ *Martin Schmidt*
Schmidt National Law Group
3033 Fifth Avenue, Suite 335
San Diego, CA 92103
Telephone: (800) 631-5656
Facsimile: (619) 393-1777
Email: mschmidt@nationalinjuryadvocates.com