UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL No. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATED TO THE FOLLOWING CASES:<br><br>*Plaintiffs listed on Exhibit A* | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion: PLAINTIFFS' MOTION FOR RECONSIDERATION FOR RECONSIDERATION, Pursuant to F.R.C.P 60(b) OF THE COURT'S DISMISSAL ORDER (Doc. 16341) is hereby set for submission before the Honorable Jane Triche Milazzo on January 31, 2024, at 9:30 a.m.

Dated: November 15, 2024    Respectfully Submitted,

/s/ Martin Schmidt
Schmidt National Law Group
3033 Fifth Avenue, Suite 335
San Diego, California 92103
Telephone: (800) 631-5656
Facisimile: (619)393-1777
Email:
mschmidt@nationalinjuryadvocates.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Martin Schmidt, hereby certify that on November, 15,2023 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send e-mail notification of such filing to all registered attorneys of record.

/s/ Martin Schmidt
Martin Schmidt