**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** **PRODUCTS LIABIILTY LITIGATION** | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE JANE TRICHE MILAZZO |
| *Priscilla D. Jones v. Sanofi US Services Inc.,* *et al.,* Civil Action No. 2:19-cv-00177 | MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. file this Suggestion of Death upon the record in the above referenced case.  Upon information and belief, Plaintiff Priscilla D. Jones (represented by Brown, LLC) died on or about January 28, 2021 and is survived by the following individuals: Lester Jones (surviving spouse), Kimberly A. Jones, (surviving child).

Respectfully submitted,

/s*/ Jordan Baehr*

Jordan Baehr
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and*
*Sanofi U.S. Services Inc.*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | |
| *Priscilla D. Jones v. Sanofi US Services Inc., et al.,* Civil Action No. 2:19-cv-00177 | |

### Proof of Service

I hereby certify that on November 16, 2023, I electronically filed the foregoing with the

Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of

record, and a true and correct copy of the foregoing was served upon the following by certified

US mail (return receipt requested):


- Lester Jones - Surviving Spouse
- Kimberly Jones - Surviving Child

2