UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *All cases listed on attached Exhibit A* | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

**DEFENDANTS SANOFI-AVENTIS U.S. LLC AND SANOFI U.S. SERVICES INC.'S
MOTION TO DISMISS PURSUANT TO RULE 25**

Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. (collectively "Sanofi"), by and through its attorneys, respectfully move this Court to dismiss the claims of the plaintiffs identified in Exhibit A pursuant to Fed. R. Civ. P. 25(a). As more fully detailed in the attached Memorandum in Support of this Motion, despite the filing of Suggestions of Death more than 90 days ago, no motions to substitute have been filed, no motions for extension of time have been brought under Rule 6(b), and no showings of excusable neglect have been made. Thus, dismissal is warranted.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* | Harley V. Ratliff |
| Douglas J. Moore (Bar No. 27706) | Adrienne L. Byard |
| **IRWIN FRITCHIE URQUHART** | Jordan Baehr |
| **MOORE & DANIELS LLC** | **SHOOK, HARDY& BACON L.L.P.** |
| 400 Poydras Street, Suite 2700 | 2555 Grand Boulevard |
| New Orleans, LA  70130 | Kansas City, Missouri 64108 |
| Telephone: 504-310-2100 | Telephone: 816-474-6550 |
| Facsimile:  504-310-2120 | Facsimile:  816-421-5547 |
| dmoore@irwinllc.com | hratliff@shb.com |
| | abyard@shb.com |
| | jbaehr@shb.com |

*Counsel for Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*
Douglas J. Moore