# Exhibit A

| Plaintiff | Case No. | Filing Date | Counsel | Suggestion of Death Filed | SOD Rec. Doc. # | Date of Death |
|---|---|---|---|---|---|---|
| Lemarr, Sandra† | 2:17-cv-03739 | 4/21/2017 | Davis & Crump, PC | 8/9/2023 | 16285 | 12/2/2017 |
| Terry, Toneka† | 2:17-cv-01637 | 2/27/2017 | Pendley Baudin & Coffin LLP | 6/28/2023 | 16026 | None identified in SOD |
| Jeszenka, Margaret | 2:17-cv-11766 | 11/3/2017 | The Goss Law Firm, PC | 7/16/2019 | 7639 | 3/29/2019 |
| Hammond, Vickie S† | 2:17-cv-17516 | 12/19/2017 | Fears Nachawati, PLLC | 6/15/2023 | 15980 | None identified in SOD |
| Campbell, Faith C† | 2:18-cv-07921 | 8/20/2018 | Pendley Baudin & Coffin LLP | 6/28/2023 | 16027 | None identified in SOD |
| Allen, Deborah*† | 2:19-cv-14597 | 12/12/2019 | Niemeyer Grebel & Kruse LLC | 8/3/2023 | 16258 | 10/25/2020 |
| Perez, Vera† | 2:18-cv-11885 | 11/29/2018 | Bachus & Schanker LLC | 3/20/2023 | 15698 | 10/26/2020 |
| Brand, Jean A*† | 2:17-cv-06250 | 6/28/2017 | Bachus & Schanker LLC | 8/2/2023 | 16241 | 12/19/2020 |
| Washington, Joann† | 2:17-cv-15143 | 12/6/2017 | Atkins & Markoff | 6/30/2023 | 16042 | 4/29/2020 |
| Kamali, Donna | 2:19-cv-14169 | 12/6/2019 | TorHoerman Law LLC | 6/21/2022 | 14301 | 3/21/2021 |
| Williams, Eugenia* | 2:18-cv-10813 | 11/11/2018 | Reyes Browne Reilley | 8/1/2023 | 16237 | None identified in SOD |
| Stillwell, Juanita | 2:17-cv-17723 | 12/22/2017 | McGartland Law Firm PLLC | 5/9/2023 | 15820 | None identified in SOD |
| Polete, Rebecca G.* | 2:17-cv-08767 | 9/8/2017 | Watts Guerra Craft LLP | 8/12/2022 | 14513 | 1/27/2022 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lawrence, Sharon L | 2:17-cv-06807 | 7/17/2017 | McGartland Law Firm PLLC | 5/9/2023 | 15821 | None identified in SOD |
| Pointer, Barbara | 2:17-cv-12101 | 11/8/2017 | McGartland Law Firm PLLC | 7/26/2021 | 13142 | None identified in SOD |
| Labrot, Deane† | 2:17-cv-18007 | 12/30/2017 | Bachus & Schanker LLC | 3/20/2023 | 15697 | 2/20/2019 |
| Tomblin, Alice | 2:17-cv-10519 | 10/11/2017 | Lowe Law Group | 4/25/2022 | 14100 | 4/9/2019 |
| Rutledge, Elaine† | 2:17-cv-14521 | 12/4/2017 | Brown and Crouppen, PC | 7/7/2023 | 16114 | None identified in SOD |
| Lee, Wanda | 2:17-cv-09658 | 9/26/2017 | McGartland Law Firm PLLC | 8/8/2023 | 16279 | None identified in SOD |
| Hernandez, Faith† | 2:18-cv-13427 | 12/11/2018 | Bachus & Schanker LLC | 3/20/2023 | 15700 | 5/5/2020 |
| Doss, Maxine | 2:20-cv-03276 | 12/2/2020 | The Goss Law Firm, PC | 5/21/2021 | 12665 | None identified in SOD |
| Ramsey, Jamie | 2:19-cv-13902 | 11/26/2019 | Fears Nachawati, PLLC | 8/25/2022 | 14554 | 6/10/2020 |
| White, Patricia | 2:18-cv-11641 | 11/28/2018 | Bachus & Schanker LLC | 9/28/2022 | 14754 | 6/20/2020 |
| Wright, Druscilla* | 2:17-cv-15209 | 12/6/2017 | Atkins & Markoff | 8/3/2023 | 16249 | 10/1/2020 |
| Green, Arlene† | 2:17-cv-10107 | 10/4/2017 | Bachus & Schanker LLC | 3/20/2023 | 15696 | 12/3/2020 |
| Duff, Ruth A* | 2:17-cv-15673 | 12/7/2017 | Niemeyer, Grebel & Kruse LLC | 8/3/2023 | 16257 | 1/13/2021 |
| Coleman, Ada* | 2:17-cv-14032 | 12/1/2017 | Davis & Crump, PC | 7/28/2023 | 16224 | 2/14/2021 |

| Morales, Sandra | 2:17-cv-15058 | 12/6/2017 | Milberg Coleman Bryson Phillips Grossman, PLLC | 4/14/2022 | 14015 | None identified in SOD |
|---|---|---|---|---|---|---|
| Bird, Susan E* | 2:17-cv-14203 | 12/4/2017 | Atkins & Markoff | 8/3/2023 | 16253 | 3/5/2021 |
| Gaston, Mary† | 2:17-cv-07121 | 7/26/2017 | Bachus & Schanker LLC | 3/20/2023 | 15695 | 3/13/2021 |
| Tullis, Joann L | 2:20-cv-00308 | 1/29/2020 | Ferrer, Poirot & Wansbrough | 3/14/2022 | 13910 | 4/22/2021 |
| Hunt, Marla K | 2:19-cv-02292 | 3/12/2019 | Lowe Law Group | 4/26/2022 | 14119 | 8/22/2021 |
| Deppe, Linda* | 2:17-cv-15574 | 12/7/2017 | Goldenberg Heller & Antognoli, P.C. | 7/13/2023 | 16168 | 10/3/2021 |
| Hawks, Barbara* | 2:19-cv-12576 | 9/12/2019 | Bachus & Schanker LLC | 8/2/2023 | 16242 | 10/8/2022 |
| Dials, Ernestine† | 2:19-cv-13769 | 11/22/2019 | Bachus & Schanker LLC | 3/20/2023 | 15694 | 5/28/2022 |
| Bass, Sheila* | 2:19-cv-13112 | 10/11/2019 | Bachus & Schanker LLC | 8/1/2023 | 16236 | None identified in SOD |
| Chernauskas, Carol* | 2:19-cv-14411 | 12/10/2019 | Atkins & Markoff | 8/3/2023 | 16252 | 10/12/2018 |
| Cooks, Frankie* | 2:17-cv-14240 | 12/4/2017 | Atkins & Markoff | 8/3/2023 | 16251 | 7/26/2022 |
| Logan, Mattie* | 2:19-cv-06151 | 4/1/2019 | Murray Law Firm | 8/2/2023 | 16243 | 5/16/2023 |
| Mcfarland, Karen* | 2:17-cv-06231 | 6/28/2017 | Pendley, Baudin & Coffin, LLP | 8/2/2023 | 16244 | None identified in SOD |

| Patrick, Tracey* | 2:17-cv-15654 | 12/7/2017 | Andrews Thornton Higgins Razmara, LLP | 8/3/2023 | 16254 | 10/6/2022 |
|---|---|---|---|---|---|---|
| Risch, Eleanor* | 2:17-cv-08946 | 9/12/2017 | Niemeyer Grebel & Kruse LLC | 8/3/2023 | 16259 | 2/9/2023 |
| Schlaepfer, Reba* | 2:17-cv-12926 | 11/21/2017 | Pendley, Baudin & Coffin, L.L.P. | 8/2/2023 | 16248 | None identified in SOD |
| Smith, Frances* | 2:17-cv-13654 | 11/29/2017 | Robins Kaplan LLP | 7/19/2023 | 16193 | None identified in SOD |
| Wahlgren, Roselyne* | 2:18-cv-12598 | 12/6/2018 | Atkins & Markoff | 8/3/2023 | 16250 | 3/25/2023 |
| Whitehurse, Bonnie*† | 2:19-cv-14622 | 12/12/2019 | Niemeyer Grebel & Kruse LLC | 8/3/2023 | 16255 | 7/5/2023 |
| Williams, Denise* | 2:17-cv-16621 | 12/11/2017 | McSweeney/ Langevin LLC | 7/31/2023 | 16227 | None identified in SOD |

\* included in Wave 2 Non-Transfer Order

† previously identified in PTO 22A non-compliance list