UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All cases listed on attached Exhibit A* | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. (collectively "Sanofi") will bring for submission its Motion to Dismiss Pursuant to Rule 25 before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 6th day of December, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore*<br>Douglas J. Moore (Bar No. 27706)<br>**IRWIN FRITCHIE URQUHART**<br>**MOORE & DANIELS LLC**<br>400 Poydras Street, Suite 2700<br>New Orleans, LA  70130<br>Telephone: 504-310-2100<br>Facsimile:  504-310-2120<br>dmoore@irwinllc.com | Harley V. Ratliff<br>Adrienne L. Byard<br>Jordan Baehr<br>**SHOOK, HARDY& BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Telephone: 816-474-6550<br>Facsimile:  816-421-5547<br>hratliff@shb.com<br>abyard@shb.com<br>jbaehr@shb.com<br><br>***Counsel for Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC*** |

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                        */s/ Douglas J. Moore*
                                        Douglas J. Moore