**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| *All cases listed on attached Exhibit A* | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER

Considering Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s, Motion to Dismiss Pursuant to Rule 25;

**IT IS ORDERED** that Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.'s Motion to Dismiss is **GRANTED** and the claims of the Plaintiffs in the cases identified in Exhibit A are dismissed, without prejudice, at Plaintiffs' cost.

New Orleans, Louisiana, this __ day of _____, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1