UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE JANE TRICHE MILAZZO |
| *Watts v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-10097 | MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. file this Suggestion of Death upon the record in the above referenced case. Upon information and belief, Plaintiff Helen Watts (represented by Johnson Law Group) died on or about April 26, 2021 and is survived by the following individuals: Daniel (Jodi) Watts (surviving child).

    Respectfully submitted,

    /s/ *Jordan Baehr*

    Jordan Baehr
    **SHOOK, HARDY& BACON L.L.P.**
    2555 Grand Boulevard
    Kansas City, Missouri 64108
    Telephone: 816-474-6550
    Facsimile: 816-421-5547
    jbaehr@shb.com

    *Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Watts v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-10097 | MDL NO. 2740 |

## Proof of Service

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, and a true and correct copy of the foregoing was served upon the following by certified US mail (return receipt requested):

- Daniel (Jodi) Watts - Surviving Child

2