UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lalla Chambliss v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-14220 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. file this Suggestion of Death upon the record in the above referenced case. Upon information and belief, Plaintiff Lalla Chambliss (represented by Atkins & Markoff) died on or about June 21, 2021 and is survived by the following individuals: Willie Chambliss Jr. (surviving child).

Respectfully submitted,

/s/ *Jordan Baehr*

Jordan Baehr
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lalla Chambliss v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-14220 | MDL NO. 2740 |

## Proof of Service

I hereby certify that on November 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, and a true and correct copy of the foregoing was served upon the following by certified US mail (return receipt requested):

- Willie Chambliss Jr. - Surviving Child