UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Billie Browne, 17-03129 | | |

## ORDER

Before the Court is a Motion for Substitution of Party [Rec. Doc. 16538];

**IT IS ORDERED** that the Motion for Substitution of Party is **GRANTED** and that Michael Browne, on behalf of Billie Browne, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 21st day of November, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE