UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | MOTION FOR SUBSTITUTION OF PARTY |
| Bonnie Whitehurse | Civil Action No.: 2:19-cv-14622 |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW John D. Whitehurse, as Personal Representative of Bonnie Whitehurse, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on Bonnie Whitehurse's death on July 5, 2023.

A Notice/Suggestion of Death was filed in this matter on August 3, 2023 (Doc. 16255).

Dated this 21st day of November 2023            Respectfully Submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer     #42437
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                      */s/ Mark R. Niemeyer*