

**IN THE 18TH JUDICIAL CIRCUIT, COOPER COUNTY, MISSOURI**

| Judge or Division:<br>PROBATE | Case Number: 23CO-PR00064 |
|---|---|
| In the Estate of BONNIE B WHITEHURSE, Deceased. | (Date File Stamp) |

## Letters of Administration
(Supervised Administration)

**The State of Missouri to All Persons Interested in the Estate of BONNIE B WHITEHURSE, Decedent:**

BONNIE B WHITEHURSE, who resided in Cooper, died intestate, and to the end that the property of Decedent may be collected and disposed of, we appoint JOHN DAVID WHITEHURSE personal representative, with full power and authority as provided by law.

Date of Death: 05-JUL-2023

I, Clerk of the Probate Division of the Circuit Court of COOPER COUNTY, Missouri, have signed my name and affixed the seal of the said Court on NOVEMBER 14, 2023.

Nancy Fisher, Circuit Clerk By/s/ Tia Kennedy, Deputy Clerk
Clerk

**Inventory Due: 12/14/2023**
**Final Settlement Due: 11/14/2024**
**If the Final Settlement cannot be filed on said date, the Annual Settlement will be due: 11/14/2024**



COURT SEAL OF
COOPER COUNTY
MISSOURI

### Certificate

I, Clerk of the Probate Division, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.

**Witness** my hand and seal of court on  11/17/2023 .

Nancy Fisher Circuit Clerk by Tia Kennedy Deputy Clerk
Clerk