# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Bonnie Whitehurse | Civil Action No.: 2:19-cv-14622 |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Bonnie Whitehurse (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff John D. Whitehurse, as Personal Representative, is substituted for Plaintiff Bonnie Whitehurse as the proper party plaintiff in the above-captioned case.

New Orleans, Louisiana, this ____ day of _____, 2023.

_____
Hon. Judge Jane T. Milazzo