# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Maxine Doss
Case No.: 2:20-cv-03276

---

### PLAINTIFF'S MOTION TO SUBSTITUTE THOMAS DOSS ON BEHALF OF MAXINE DOSS

---

COMES NOW, Plaintiff Maxine Doss and files this motion to substitute her surviving heir, Thomas Doss, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Maxine Doss died on May 23, 2020;

2. On May 21, 2021, (Doc. 12665) Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1);

3. Thomas Doss is the surviving heir and proper party plaintiff: and,

4. Plaintiff is proceeding with this Motion for the purposes of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Thomas Doss be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1)

Respectfully Submitted,

Dated: November 27, 2023                                **THE GOSS LAW FIRM, P.C.**

<u>s/ Peter E. Goss</u>
Peter E. Goss (MO Bar #57933)
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
Phone: (816) 336-1300
Fax: (816) 336-1310
pgoss@thegosslawfirm.com

**Attorney for Plaintiff**