UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Maxine Doss, 2:20-cv-03276 | ) ) ) | |

# ORDER

Before the Court is a Motion to Substitute Party Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED** and that Thomas Doss, on behalf of Maxine Doss, be substituted as Plaintiff herein.

New Orleans, Louisiana, this ____th day of November, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**