UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Margaret Jeszenka
Case No.: 2:17-cv-11766

---

## PLAINTIFF'S MOTION TO SUBSTITUTE NICOLE NOE ON BEHALF OF MARGARET JESZENKA

---

COMES NOW, Plaintiff Margaret Jeszenka and files this motion to substitute her surviving heir, Nicole Noe, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Margaret Jeszenka died on March 29, 2019;

2. On July 16, 2019, (Doc. 7639) Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1);

3. Thomas Doss is the surviving heir and proper party plaintiff: and,

4. Plaintiff is proceeding with this Motion for the purposes of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Nicole Noe be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1)

Respectfully Submitted,

Dated: November 27, 2023                                   **THE GOSS LAW FIRM, P.C.**

<u>s/ Peter E. Goss</u>
Peter E. Goss (MO Bar #57933)
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
Phone: (816) 336-1300
Fax: (816) 336-1310
pgoss@thegosslawfirm.com

**Attorney for Plaintiff**