## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740  SECTION ""N" (5)  HON. JUDGE JANE TRICHE MILAZZO  MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** *Sandra Morales v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S. Inc., et. al., C.A. No: 2:17-cv-15058* | | |

### MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for Plaintiff, Sandra Morales, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Pete Morales on behalf of his deceased wife, Sandra Morales, in the above-captioned cause for the following reasons:

1. On December 6, 2017, Sandra Morales filed a products liability lawsuit in the above-referenced matter.

2. Sandra Morales passed away in February 2021. Plaintiff's counsel was not made aware of Plaintiff's death.

3. Once Plaintiff's counsel became aware of the Plaintiff's dealth, Plaintiff's counsel filed a Suggestion of Death on April 14, 2022. *See* Doc. No.14015.

4. Sandra Morales's product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. Pete Morales, surviving spouse of Sandra Morales is a proper party to substitute for plaintiff-decedent and wishes to be substituted on behalf of his wife in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

Dated: November 27, 2023

Respectfully submitted,

/s/ Daniel K. Bryson
Daniel K. Bryson
NC Bar No.: 15781
J. Hunter Bryson
NC Bar No.: 50602
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 27th day of November 2023.

/s/ Daniel K. Bryson
Daniel K. Bryson