**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) 2740 PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. SECTION ""N" (5) |
| **THIS DOCUMENT RELATES TO:** *Sandra Morales v. Sanofi US Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., et. al.,* *C.A. No: 2:17-cv-15058* | : : : : | HON. JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**ORDER ON MOTION FOR SUBSTITUTION OF**
**PROPER PARTY PURSUANT TO RULE 25(A)(1)**

THIS MATTER, having come before the Court on Plaintiff's counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that PETE MORALES, on behalf of his deceased wife, SANDRA MORALES, may be substituted for Sandra Morales as the proper party plaintiff in this action.

This the ____ day of _____, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge.