UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br><br>Civil Action No.: 2:20-cv-308 |
| JoAnn Tullis | | |
| Plaintiff, | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |

**PLAINTIFF'S RESPONSE OPPOSING DEFENDANT'S MOTION TO DISMISS**

Plaintiff JoAnn Tullis and files this response opposing Defendant's Motion to Dismiss. In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff JoAnn Tullis died on April 22, 2021;

2. Suggestion of Death was filed on March 14, 2022;

3. Petition for probate was filed on March 28, 2022; and

4. We received letters Testamentary on June 8, 2022.

5. Plaintiff's counsel's office inadvertently missed filing a Motion to Substitute Plaintiff before the 90 day deadline and now seeks leave of Court, in separate instruments filed herewith, to extend the 90 day deadline to the date of filing the Motion to Extend, substitute Glendon Tullis as Personal Representative for the Estate of JoAnn Tullis and Leave to Amend Complaint. Plaintiff's Motion for Leave to Extend the 90 Day Deadline Under Rule 25 and Plaintiff's Motion to Substitute Party and Plaintiff's Motion for Leave to Amend Complaint, filed contemporaneously herewith, are adopted by reference and incorporated herein, the same as if fully set forth. No harm or prejudice has or will result to Defendant. Good cause exists for granting said motions and denying Defendants

Motion to Dismiss.

6. WHEREFORE, Plaintiff, respectfully requests that Defendant's Motion to Dismiss be denied and for such other appropriate relief.

Dated: November 28, 2023

Respectfully Submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III