STATE OF TEXAS
COUNTY OF DALLAS

## AFFIDAVIT OF MATTHEW VINSON

Before me, the undersigned authority, on this day, personally appeared Matthew Vinson, known to me, was sworn and stated as follows:

"My name is Matthew Vinson. I am over the age of 18 years, competent to make this affidavit and I have personal knowledge of the facts stated herein.

I am an attorney, licensed in the State of Texas and one of the attorneys working on JoAnn Tullis' case. The facts stated in Plaintiff's Motion for Leave to Extend the 90 Day Deadline Under Rule 25 are true and correct."

Further affiant sayeth naught.

Signed this 28th day of November 2023.

_____
Matthew Vinson

Sworn to and subscribed before me, the undersigned authority, on this 28th day of November 2023, to certify which witness my hand and seal.

_____
Notary Public in and for
STATE OF TEXAS
Printed Name:

MARIA DIAZ OLVERA