UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO:<br><br>JoAnn Tullis<br>Civil Action No.: 2:20-cv-308 | | |

# ORDER

Plaintiff's Motion for Leave to Extend the 90 Day Deadline Under Rule 25 is GRANTED. The Court finds that good cause exists to extend the deadline to file a Motion to Substitute Party and that such Motion was filed contemporaneously with this Motion.

The 90-day deadline, under Rule 25, *Fed. R. Civ. P.*, is hereby extended to the date that Plaintiff's Motion to Substitute Party was filed.

Signed this _____ day of _____, 2023.

_____
Judge, United States District Court