UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br><br>Civil Action No.: 2:20-cv-308 |
| JoAnn Tullis | | |
| Plaintiff, | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |

**MOTION TO SUBSTITUTE GLENDON TULLIS ON BEHALF OF JOANN TULLIS**

Plaintiff JoAnn Tullis files this motion to substitute her surviving heir, Glendon Tullis, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff JoAnn Tullis filed the present action in the United States District Court for the Eastern District of Louisiana on January 29, 2020;

2. Plaintiff JoAnn Tullis died on April 22, 2021;

3. On March 14, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Glendon Tullis is the surviving heir and proper party plaintiff pursuant to the laws of the State of Georgia.

5. Plaintiff is proceeding with this Motion through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Glendon Tullis be substituted as Personal Representative of

the Estate of JoAnn Tullis, as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: November 28, 2023

                              Respectfully Submitted,

                              FERRER, POIROT & WANSBROUGH

                              /s/John T. Kirtley, III
                              John T. Kirtley, III
                              Texas Bar No. 11534050
                              2603 Oak Lawn Ave., Suite 300
                              Dallas, Texas 75219
                              214-521-4412
                              214-526-6026 (fax)
                              jkirtley@lawyerworks.com
                              (Asst. molvera@lawyerworks.com)
                              Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                              /s/John T. Kirtley, III
                              John T. Kirtley, III