UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2740 |
| | ) | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| JoAnn Tullis Civil Action No.: 2:20-cv-308 | ) ) ) | |

## ORDER

Upon Plaintiff's Motion to Substitute Glendon Tullis on behalf of JoAnn Tullis and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2023.

_____
The Hon. Jane Triche Milazzo