# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| JoAnn Tullis | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:20-cv-308 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : | |

___

## PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED SHORT FORM COMPLAINT

Pursuant the Federal Rules of Civil Procedure 15(a)(2), the Plaintiff JoAnn Tullis hereby moves for leave to file a First Amended Short Form Complaint.

Plaintiff now moves for leave to file their Third Amended Short Form Complaint, which lists the appropriate Plaintiff, Glendon Tullis, Personal Representative for the Estate of JoAnn Tullis.

Due to the foregoing reasons, Plaintiff respectfully move for leave to file the attached Third Amended Short Form Complaint.

Dated: November 28, 2023

Respectfully Submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III
