UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2740 |
| | ) | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| JoAnn Tullis Civil Action No.: 2:20-cv-308 | ) ) | |

**<u>ORDER</u>**

Plaintiff's Motion for Leave to File Third Amended Short Form Complaint is GRANTED, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2023.

_____
The Hon. Jane Triche Milazzo