UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

HON. JUDGE MILAZZO
HON. MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Eugenia Williams v. Sanofi-Aventis U.S. LLC d/b/a Winthrop US, et al.*

Civil Action No. **2-18-cv-10813**

---

**PLAINTIFF'S MOTION TO SUBSTITUTE SURVIVING HEIR
HAROLD E. WILLIAMS, SR. ON BEHALF OF EUGENIA WILLIAMS**

---

Plaintiff Eugenia Williams files this Motion to Substitute her surviving heir, Harold E. Williams, Sr., as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Eugenia Williams has filed this case in the United States District Court for the Eastern District of Louisiana;

2. Plaintiff Eugenia Williams died on September 15, 2021;

3. Plaintiff has filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1);

4. As shown by the Certificate of Appointment of Personal Representative attached hereto as Exhibit A, Harold E. Williams, Sr. is the surviving son/ heir and proper party plaintiff pursuant to the laws of the State of South Carolina.

5. Accordingly, as the surviving son/heir of Eugenia Williams and as Personal Representative of her Estate, Harold E. Williams is the proper party to substitute for decedent Eugenia Williams and has proper capacity to proceed forward with this lawsuit on her behalf.

6. Plaintiff respectfully requests that Harold E. Williams be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: November 28, 2023

Respectfully submitted,

**REYES BROWNE LAW**

*/s/ Ryan J Browne*
Ryan J Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
8222 Douglas Avenue, Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: November 28, 2023

*/s/ Ryan J Browne*
Ryan J Browne