| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF DORCHESTER ) | **CERTIFICATE OF APPOINTMENT** |
| ) | |
| IN THE MATTER OF: ) | CASE NUMBER: <u>2021ES1800827</u> |
| <u>EUGENIA WILLIAMS</u> ) | |

This is to certify that

<u>HAROLD E. WILLIAMS, SR.</u>

is the duly qualified

☒ PERSONAL REPRESENTATIVE

in the above matter and that this appointment, having been executed on the <u>30th</u> day of <u>December, 2021</u>, is in full force and effect.

**RESTRICTIONS:** <u>THE ABOVE-NAMED PERSONAL REPRESENTATIVE(S) MAY NOT SETTLE ANY LITIGATION WITHOUT A COURT ORDER APPROVING THE SETTLEMENT.</u>

Executed this <u>30th</u> day of <u>December, 2021</u>.

*Mary Blunt*
Mary Blunt, Probate Court Judge

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF DORCHESTER ) | **FIDUCIARY LETTERS** |
| ) | |
| IN THE MATTER OF: ) | CASE NUMBER: <u>2021ES1800827</u> |
| <u>EUGENIA WILLIAMS</u> ) | |

☒ PERSONAL REPRESENTATIVE

On the <u>30th</u> day of <u>December</u>, <u>2021</u>, <u>HAROLD E. WILLIAMS, SR.</u> was appointed and qualified as Fiduciary(ies) of the above matter by this Court, with all the authority granted to a fiduciary by law.

NOW, THEREFORE, LETTERS are issued as evidence of such appointment, qualification, and authority of the above fiduciary(ies) to do and to perform all acts which may be authorized by law.

**RESTRICTIONS: <u>THE ABOVE-NAMED PERSONAL REPRESENTATIVE(S) MAY NOT SETTLE ANY LITIGATION WITHOUT A COURT ORDER APPROVING THE SETTLEMENT.</u>**

Executed this <u>30th</u> day of <u>December</u>, <u>2021</u>.

_____ *Mary Blunt* _____
Mary Blunt, Probate Court Judge

FORM #140ES (1/2014)
62-3-103