# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "H" (5)

HON. JUDGE MILAZZO
HON. MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Eugenia Williams v. Sanofi-Aventis U.S. LLC d/b/a Winthrop US, et al.*

Civil Action No. **2-18-cv-10813**

# ORDER

Before the Court is a Motion for Substitution of Proper Party in the above-referenced case;

**IT IS ORDERED** that the Motion is **GRANTED** and that Harold E. Williams, Sr., on behalf of Eugenia Williams, be substituted as Plaintiff herein.

New Orleans, Louisiana, this _____ day of November, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**