UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JUDGE MILAZZO<br>HON. MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

***Eugenia Williams v. Sanofi-Aventis U.S. LLC d/b/a Winthrop US, et al.***

Civil Action No. **2-18-cv-10813**

---

## AFFIDAVIT OF RYAN BROWNE

---

BEFORE ME, the undersigned authority, personally appeared Ryan Browne, known to me to be the person whose signature appears below, who after being by me duly sworn, stated upon his oath as follows:

1. "My name is Ryan Browne. I am an attorney for Plaintiff Eugenia Williams ("Plaintiff") in the above-referenced matter. I filed a Motion to Substitute Surviving Heir Harold E. Williams, Sr. (proper party) on Behalf of Eugenia Williams on November 28, 2023. I am over 18 years of age and am fully competent in all respects to make this affidavit, the statements of which are within my personal knowledge and are true and correct.

2. I have reviewed the factual statements in Plaintiff's Response and Memorandum in Opposition to Sanofi Defendants' Motion to Dismiss Pursuant to Rule 25 and/or, in the Alternative, Motion for Leave to Extend Deadline to File Motion to Substitute Proper Party and, especially with regard to paragraphs 8-10 and 12 of the Motion for Leave portion, such factual

statements are within my personal knowledge and are true and correct.

FURTHER AFFIANT SAYETH NOT."

_____
Ryan J Browne

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this 28th day of November, 2023 to certify which witness my hand and official seal.

_____
Notary Public, The State of Texas

Ismael Christian Barragan
Printed Name

ISMAEL CHRISTIAN BARRAGAN
Notary Public, State of Texas
Comm. Expires 10-19-2025
Notary ID 124020335