UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br> SECTION "N" (5) <br> JUDGE MILAZZO |
| JoAnn Tullis | : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:20-cv-308 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : : | |

**PLAINTIFF'S FIRST SUPPLEMENTAL RESPONSE OPPOSING DEFENDANT'S MOTION TO DISMISS**

Plaintiff, JoAnn Tullis, files this First Supplemental Response opposing Defendant's Motion to Dismiss. In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff JoAnn Tullis died on April 22, 2021;

2. Suggestion of Death was filed on March 14, 2022;

3. Petition for probate was filed on March 28, 2022; and

4. We received letters Testamentary on June 8, 2022.

5. Plaintiff's counsel's office inadvertently missed filing a Motion to Substitute Plaintiff before the 90 day deadline and now seeks leave of Court, in separate instruments filed herewith, to extend the 90 day deadline to the date of filing the Motion to Extend, substitute Glendon Tullis as Personal Representative for the Estate of JoAnn Tullis and Leave to Amend Complaint. Plaintiff's Motion for Leave to Extend the 90 Day Deadline Under Rule 25 and Plaintiff's Motion to Substitute Party and Plaintiff's Motion for Leave to Amend Complaint, filed contemporaneously herewith, are adopted by reference and incorporated herein, the same as if fully set forth. No harm or prejudice has or will result to Defendant. Good cause exists for granting said motions and denying Defendants

Motion to Dismiss.

6. Per the Certificate of Conference, Defendant has agreed to withdraw the Motion to Dismiss.

7. WHEREFORE, Plaintiff, respectfully requests that Defendant's Motion to Dismiss be denied and for such other appropriate relief.

Dated: November 29, 2023

Respectfully Submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III

## CERTIFICATE OF CONFERENCE

On November 29, 2023, Counsel for Defendant, Jordan Baehr, in an email, stated:

In the interest of cooperation, we will not oppose your Motion to Substitute, and **will agree to withdraw our request for dismissal of the case**. As such, we believe the Motion for Extension is moot and need not be filed. If it is filed, we would not agree to any characterization of the Motion for Extension as unopposed. We take no position on your Motion for Leave to file the Amended Complaint, and reserve all rights, objections and defenses to the proposed Amended Complaint as existed with respect to the original Short Form Complaint.

Thank you,
Jordan
(Emphasis added)

/s/John T. Kirtley, III
John T. Kirtley, III