UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br><br>Civil Action No.: 2:20-cv-308 |
| JoAnn Tullis | | |
| Plaintiff, | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |

**PLAINTIFF'S FIRST SUPPLEMENTAL, UNOPPOSED MOTION TO SUBSTITUTE GLENDON TULLIS ON BEHALF OF JOANN TULLIS**

Plaintiff JoAnn Tullis files this motion to substitute her surviving heir, Glendon Tullis, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff JoAnn Tullis filed the present action in the United States District Court for the Eastern District of Louisiana on January 29, 2020;

2. Plaintiff JoAnn Tullis died on April 22, 2021;

3. On March 14, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Glendon Tullis is the surviving heir and proper party plaintiff pursuant to the laws of the State of Georgia.

5. Plaintiff is proceeding with this Motion through the surviving heir and proper party plaintiff.

6. Per the Certificate of Conference, Defendant is UNOPPOSED to this Motion.

WHEREFORE, Plaintiff respectfully requests that Glendon Tullis be substituted as Personal Representative of the Estate of JoAnn Tullis, as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Dated: November 29, 2023

                                        Respectfully Submitted,

                                        FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III

**CERTIFICATE OF CONFERENCE**

On November 29, 2023, Counsel for Defendant, Jordan Baehr, in an email, stated:

In the interest of cooperation, **we will not oppose your Motion to Substitute**, and **will agree to withdraw our request for dismissal of the case**. As such, we believe the Motion for Extension is moot and need not be filed. If it is filed, we would not agree to any characterization of the Motion for Extension as unopposed. We take no position on your Motion for Leave to file the Amended Complaint, and reserve all rights, objections and defenses to the proposed Amended Complaint as existed with respect to the original Short Form Complaint.

Thank you,
Jordan
(Emphasis added)

/s/John T. Kirtley, III
John T. Kirtley, III