UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 <br><br> SECTION "N" (5) <br> JUDGE MILAZZO |
| JoAnn Tullis | : : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:20-cv-308 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : | |

### PLAINTIFF'S FIRST SUPPLEMENTAL MOTION FOR LEAVE TO FILE THIRD AMENDED SHORT FORM COMPLAINT

Pursuant the Federal Rules of Civil Procedure 15(a)(2), the Plaintiff JoAnn Tullis hereby moves for leave to file a First Amended Short Form Complaint, which lists the appropriate Plaintiff, Glendon Tullis, Personal Representative for the Estate of JoAnn Tullis. No further claims or causes of action have been added.

Defendant, per the Certificate of Conference, takes no position on this motion.

WHEREFORE, Plaintiff prays for leave to file the attached Third Amended Short Form Complaint, that such Short Form Complaint be deemed as filed and for such other appropriate relief.

Dated: November 29, 2023

Respectfully Submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
(Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III

**CERTIFICATE OF CONFERENCE**

On November 29, 2023, Counsel for Defendant, Jordan Baehr, in an email, stated:

In the interest of cooperation, we will not oppose your Motion to Substitute, and **will agree to withdraw our request for dismissal of the case**. As such, we believe the Motion for Extension is moot and need not be filed. If it is filed, we would not agree to any characterization of the Motion for Extension as unopposed. **We take no position on your Motion for Leave to file the Amended Complaint**, and reserve all rights, objections and defenses to the proposed Amended Complaint as existed with respect to the original Short Form Complaint.

Thank you,
Jordan
(Emphasis added)

/s/John T. Kirtley, III
John T. Kirtley, III