UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## SANOFI DEFENDANTS' RENEWED MOTION FOR ENTRY OF AN ORDER REQUIRING PROOF OF DIAGNOSIS

Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi" or "Sanofi Defendants") respectfully renew their Motion for Entry of an Order Requiring Proof of Diagnosis. The Court previously deferred Sanofi's Motion, but the time is now ripe for addressing Sanofi's request, particularly in light of the agreement-in-principle reached by the Sanofi Defendants and certain plaintiffs to settle a significant portion of the matters currently pending before this Court or previously remanded from these proceedings.

WHEREFORE, Sanofi prays that the Court grant this Motion and enter the proposed order (attached as Exhibit A).

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
dmoore@irwinllc.com

1

Harley Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com
*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2