# EXHIBIT B

| BW Round | Case Name | Current Status |
|---|---|---|
| 1 | Ray, Pearl | Dismissed with Prejudice |
| 1 | Tuyes, Lisa | Removed from Trial Pool |
| 1 | Durden, Antoinette | Motion for Summary Judgment (SOL)<br>5th Circuit Affirmed |
| 1 | Francis, Tanya | Motion for Summary Judgment (SOL)<br>5th Circuit Affirmed |
| 1 | Martin, Della | Removed from Trial Pool |
| 1 | Chetta, Debra | Removed from Trial Pool |
| 1 | Thibodeaux, Cynthia | Motion for Summary Judgment (SOL)<br>5th Circuit Affirmed |
| 1 | Johnson, Deborah | Motion for Summary Judgment (SOL)<br>5th Circuit Affirmed |
| 1 | Earnest, Barbara | Trial Case - Resolved |
| 1 | Kahn, Elizabeth | Trial Case - Resolved |
| 2 | Gahan, Kelly | Motion for Summary Judgment (LID)<br>5th Circuit Affirmed |
| 2 | Phillips, June | Motion for Summary Judgment (LID)<br>5th Circuit Affirmed |
| 2 | Addelson, Barbara | Removed from Trial Pool |
| 2 | Mills, Jacqueline | Removed from Trial Pool |
| 2 | Crayton, Sheila | Removed from Trial Pool<br>Motion for Summary Judgment (Causation) |
| 3 | Gabriel, Kathleen | Dismissed with Prejudice |
| 3 | Warren, Diana | Dismissed with Prejudice |
| 3 | Collins, Tonia | Removed from Trial Pool |
| 3 | Stevenson, Sharon | Removed from Trial Pool |
| 4 | Grines, Hattie | Dismissed with Prejudice |
| 4 | Roach, Melissa | Motion for Summary Judgment (SOL) |
| 4 | Willie, Emma | Motion for Summary Judgment (LID) |
| 4 | Greer, Juanita | Motion for Summary Judgment (SOL) |
| 4 | Smith, Cindy | Motion for Summary Judgment (SOL) |

| BW Round | Case Name | Current Status |
|---|---|---|
| 4 | Brown, Cynthia | MS Show Cause/SOL MSJ |
| 4 | Burks, Sandra | Pending MS Show Cause/SOL MSJ |
| 4 | Durden, Angela | MS Show Cause/SOL MSJ |
| 4 | Kumar, Mildred | MS Show Cause/SOL MSJ |
| 4 | Moore, Minnie | MS Show Cause/SOL MSJ |
| 4 | Pigott, Shirlon | MS Show Cause/SOL MSJ |
| 4 | Allen, Sharon | Removed from Trial Pool |
| 4 | Alvarez, Nancy | Removed from Trial Pool (DQ by Agreement) |
| 4 | Berry, Samantha | Removed from Trial Pool |
| 4 | Broussard, Geraldine | Removed from Trial Pool |
| 4 | Carter, Sybil | Removed from Trial Pool (DQ by Agreement) |
| 4 | Crosby, Georgiann | Removed from Trial Pool (DQ by Agreement) |
| 4 | Dixon-Young, Barbara | Removed from Trial Pool |
| 4 | Dyson, Tanga | Removed from Trial Pool (DQ by Agreement) |
| 4 | Elmore, Gloria | Removed from Trial Pool (DQ by Agreement) |
| 4 | Jolivette, Marcella | Removed from Trial Pool |
| 4 | Jones, Daphne | Removed from Trial Pool |
| 4 | Mosher, Kelly | Removed from Trial Pool (DQ by Agreement) |
| 4 | Thomas, Tinella | Removed from Trial Pool (DQ by Agreement) |
| 4 | White, Pamela | Removed from Trial Pool |