# EXHIBIT F



**CURTIS THOMPSON, MD & ASSOCIATES**
Skin, Hair and Nail Pathology Experts

*DERMATOPATHOLOGY REPORT*
www.cta-lab.com
**12254 SW Garden Place**
**Portland, OR 97224**
**P. 503.906.7300 ● F. 503.245.8219**

| Patient Name | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|
| Tuyes, Lisa P | ▮▮▮▮ | F | **CURTIS THOMPSON, MD** |

| Path/Report Number | Report Date | Recvd Date | Collect Date | |
|---|---|---|---|---|
| **CT18-10197** | 04/27/2018 | 04/25/2018 | 03/26/2018 | 12254 SW Garden Place<br>TIGARD, OR 972238246 |

**SPECIMEN:**
A.   MIDLINE ANTERIOR SCALP, BIOPSY
B.   RIGHT OCCIPITAL SCALP, BIOPSY

**GROSS:**
A.   3.5x3.5x2mm skin punch. Inked, trisected transversely and submitted entirely in one cassette. Epidermal surface bisected and embedded vertically, deeper segments embedded transversely. Level sections performed.
B.   3.5x3.5x2mm skin punch. Inked, trisected transversely and submitted entirely in one cassette. Epidermal surface bisected and embedded vertically, deeper segments embedded transversely. Level sections performed. .

**MICROSCOPIC:**
A.   Horizontal and vertical ("HoVert") sections show a normal follicular density with follicular miniaturization. There is no inflammatory cell infiltrate.



HORIZONTAL AND VERTICAL ("HoVert") SECTIONS

| | |
|---|---|
| Terminal anagen | 12 |
| Catagen/telogen | 4 |
| Vellus/Miniaturized hairs | 17 |
| TOTAL | 33 |
| Compound follicles | 0 |
| Perifollicular fibrosis | 0 |
| Lymphohistiocytic infiltrate | 0 |
| Follicular structures/mm2 | 2.63 |
| Terminal:indeterminate/vellus | 1:1.5 |
| Anagen: catagen/telogen | 88:12% |



**DERMATOPATHOLOGY REPORT**

www.cta-lab.com

**12254 SW Garden Place**
**Portland, OR 97224**
**P. 503.906.7300 ● F. 503.245.8219**

| Patient Name | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|
| Tuyes, Lisa P | ▉ | F | **CURTIS THOMPSON, MD** |

| Path/Report Number | Report Date | Recvd Date | Collect Date | 12254 SW Garden Place<br>TIGARD, OR 972238246 |
|---|---|---|---|---|
| **CT18-10197** | 04/27/2018 | 04/25/2018 | 03/26/2018 | |

B.   Horizontal and vertical ("HoVert") sections show a normal follicular density with follicular miniaturization. There is no inflammatory cells infiltrate.

HORIZONTAL AND VERTICAL ("HoVert") SECTIONS

| | |
|---|---|
| Terminal anagen | 16 |
| Catagen/telogen | 5 |
| Vellus/Miniaturized hairs | 16 |
| TOTAL | 37 |
| Compound follicles | 0 |
| Perifollicular fibrosis | 0 |
| Lymphohistiocytic infiltrate | 0 |
| Follicular structures/mm2 | 2.94 |
| Terminal:indeterminate/vellus 1:1 | |
| Anagen: catagen/telogen | 86:14% |

**DIAGNOSIS:**

**A.  SKIN, MIDLINE ANTERIOR SCALP, BIOPSY:**
    **FEMALE PATTERN HAIR LOSS (ANDROGENETIC ALOPECIA).**

**B.  SKIN, RIGHT OCCIPITAL SCALP, BIOPSY:**
    **FEMALE PATTERN HAIR LOSS (ANDROGENETIC ALOPECIA).**

Curtis T Thompson, M.D.

Board Certified in Dermatopathology