# EXHIBIT G

## Expert Report: Alopecia in Women
### Jerry Shapiro, M.D.
### October 9, 2020

I.       **Qualifications/Publications**

1.  I, Jerry Shapiro, am a physician specializing in medical hair and scalp disorders and am full Professor of Dermatology at the Ronald O. Perelman Department of Dermatology at the New York University Grossman School of Medicine, one of the top three dermatology programs in the United States. I am board certified in dermatology and licensed in New York. I received a Doctor of Medicine Degree from McGill University in 1981, after which I completed my residency in dermatology at the University of British Columbia in 1985. I am board certified in the United States and passed USMLE parts 1, 2, and 3 between 1981-1982. I am eligible to obtain a license and practice anywhere in the United States.

2.  I have specialized in hair disorders as both a practitioner and researcher for more than 30 years. In that time, I have authored over 175 peer-reviewed manuscripts, including the sentinel Women's Hair Loss review in the New England Journal of Medicine, as well as 3 textbooks and some 30 book chapters. I have given over 500 invited lectures on six continents, and have spoken at the prestigious annual American Academy of Dermatology meeting for 30 consecutive years. As early as 1986, I established the University of British Columbia Hair Research and Treatment Center, which was one of North America's most comprehensive academic hair biology and treatment centers. While at the University of British Columbia Hair Research and Treatment Center, I regularly performed hair transplants and trained my fellows in hair transplant surgery. Today, some of my trainees are among the most formidable hair transplant surgeons in the world, including Asia and Europe.

3.  In my current practice, I run the first comprehensive medical hair loss clinic in the world—possibly the world's busiest hair clinic. I consult with and treat patients in New York City from around the world with the latest medical treatment options. My clinical practice is 100% dedicated to treating patients for disorders of the hair and scalp.

4.  As part of my practice, I have and continue to participate in clinical trials for emerging hair loss treatments. I have served as a principal investigator on more than 10 such trials. As an investigator, I examine patients to assess and document the efficacy of

new treatments as well as any adverse events.   I am familiar with the process of assessing and documenting treatment efficacy and adverse events according to clinical study protocols.

5.   In addition to my clinical practice, I serve as Professor of Dermatology at NYU School of Medicine, where I have taught since 2007.   I am able to work with the best and most diverse medical students in the United States, as NYU Medical School is tuition free for all medical students.   Fewer than 1% of applicants are accepted.   I have trained and educated more than 30 international hair fellows from four continents.   I also regularly speak about hair loss at national and international events and in media outlets. I frequently study, write and publish on hair and scalp disorders and related issues, including some 25 articles, abstracts and reviews published in the last year alone.

6.   I am a member of the American Academy of Dermatology, the American Dermatological Association, the New York Dermatologic Society (oldest dermatologic society in the United States), the European Academy of Dermatology and Venereology, the American Hair Research Society (where I served as President for three years), the European Hair Research Society, and numerous other professional societies.

7.   A more detailed description of my academic and professional activities is contained in the attached *curriculum vitae* (Exhibit A), which also lists my publications and articles from the previous 10 years and is hereby incorporated by reference.

## II.   List of Testimony for Last Four Years

8.   Please see Exhibit B, which is attached.

## III.   Materials Reviewed

9.   I base my opinions on: my education, training, and experience as a dermatologist; my knowledge of medical and scientific information reasonably relied on by members of my medical specialty; my review of pertinent medical and scientific literature; and my review of materials related to Elizabeth Kahn.   A list of materials reviewed in forming my opinions is attached as Exhibit C.   I am being compensated, without regard of the outcome of this litigation, $1000 per hour.

## IV.   General Opinions

### A.   Overview

10. As set forth in this report, I offer opinions on the following subjects to a reasonable

degree of medical probability:

- The various types and causes of alopecia, the tests used to either determine or rule out various types and causes of alopecia, and the application of these tests and types to Plaintiff's claimed alopecia;

- Reliable approaches to dermatological examination and assessment for hair loss, including pathological findings of various types of hair loss;

- Chemotherapy and hair loss.

- Types of hair loss experienced by Ms. Kahn.

**B. Hair Anatomy and Physiology**

11. My opinions are informed by the following aspects of hair anatomy and physiology.

**i. The Hair Follicle**

12. The components of the hair follicle include the upper and lower segment, hair root (including root sheath), bulge, bulb, matrix, papilla, shaft, sebaceous gland, arrector pili muscle, the infundibulum, the isthmus, and stem cells. As discussed below, changes can occur to the hair follicle during the hair growth cycles, and changes can occur from certain types of alopecia.

**ii. Vellus and Terminal Hair**

13. Certain follicular changes are associated with vellus and terminal hairs. Vellus hairs are very fine hairs that oftentimes can only be seen using a microscope. In contrast, terminal hairs are longer, thicker hairs. The average diameter of a terminal hair is 60-80 μm. The average diameter of a vellus is less than 30 μm. Hair follicles can change from producing a terminal hair to producing a vellus hair. Likewise, hair follicles can change from producing a vellus hair to producing a terminal hair. Many things can cause a hair follicle to change the type of hair it produces, including drugs, trauma, or androgens. When hair follicles change to produce different types of hair, they can also move to a different location in the dermis.

**iii. The Hair Cycle**

14. There are four cycles of hair growth: the anagen, catagen, telogen, and exogen phase. The anagen phase is the growth phase. The catagen phase is the involution phase. The telogen phase is the resting phase. And the exogen phase is the shedding phase. During the anagen phase, the hair is growing. On the scalp, the anagen phase is the longest phase and, on average, lasts between three to seven years. The telogen phase

lasts, on average, three months.

**C. Hair Loss Scales**

15. Hair loss is often measured or categorized according to hair loss scales. Scales that are sometimes used include the Ludwig, Savin, and Norwood-Hamilton Scales. Depictions of the Ludwig, Savin, and Norwood-Hamilton scales are included as appendices at the end of this report (**Figs. 9-11**).

**D. Types of Alopecia**

16. As I describe in my treatise, Hair Loss in Women, it is estimated that more than one third of women have clinically significant hair loss during their lifetimes.[1] Hair loss is clinically significant if medical treatment or masking efforts (e.g. wigs or caps) are appropriate. There are many different types of alopecia. The types of alopecia are broadly divided into scarring and non-scarring alopecia. Depending on the type of alopecia, the hair loss can be diffuse or focal. Additionally, within each category of alopecia the degree of severity of the alopecia can vary widely.

**i. Androgenetic Alopecia**

17. The most common form of alopecia in women is androgenetic alopecia, which is also referred to as pattern hair loss. It is a non-scarring form of alopecia. Pattern hair loss is seen in both men and women (**Fig. 1**). Though it can effect hair all over the scalp, and in some cases presents as diffuse hair loss, pattern hair loss usually presents in a distinctive pattern affecting some parts of the scalp more than others. The hair loss typically occurs in the "androgen dependent" areas of the scalp at the crown and vertex and along the midline part, while the "androgen independent" areas at the back and sides of the head are "spared"—hair loss in these areas is less severe. This does not mean androgenetic alopecia "rarely involve[s] the frontal or occipital scalp," as Dr. Tosti states in her report for Ms. Kahn.[2] Prominent frontal thinning causing the part to resemble a "Christmas tree" is common in pattern hair loss among women. As Dr. Tosti testified before, "Christmas tree pattern means that the frontal scalp is more

---

[1] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1620.
[2] Tosti, A., Kahn Report at 21 (Sept. 15. 2020).

affected, so the hairline is more affected than the back, like a Christmas tree."[3]  This presentation is known as "frontal accentuation" and is well documented in literature (**Fig. 2**).[4]  Also, in approximately one third of women hair loss at the back (occipital) and side areas is significant enough that they are not good candidates for hair transplantation due to insufficient donor area.  The severity of the hair loss caused by androgenetic alopecia can vary from minimal to partial to complete baldness.[5]  Androgenetic alopecia can cause hair loss on the vertex.[6]  Androgenetic alopecia can result in the inability to grow the remaining hair to a normal length.

 

Androgenetic alopecia in two patients with no history of chemotherapy. **Figure 1 (L).** The centroparietal portion of the scalp shows decreased hair density. Androgenetic alopecia can be quite severe, and progresses at different rates for different individuals.[7] **Figure 2 (R).** Androgenetic alopecia with frontal accentuation in a patient with no history of chemotherapy.[8]

18.  Androgenetic alopecia is caused by two factors: genes and hormones.  The word *androgenetic* refers to these two factors: *andro-* refers to androgens, the class of hormones

---

[3] Tosti, A. Dep. Tr. 221:10-13 (Dec. 4, 2018).

[4] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1620; Olsen, Elise A. Female pattern hair loss. J Am Acad Dermatol 2001;45:Suppl 3:S70-S80.

[5] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1620-21.

[6] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1620-21.

[7] Shapiro, Jerry and Nina Otberg. Hair Loss and Restoration (2nd ed). CRC Press, 2015 ISBN 978-1-4822-3197-7.

[8] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1622.

which trigger the process of hair thinning and loss, and *-genetic* refers to the role of genes in determining how hair follicles will respond to the presence of androgens. These two factors work in tandem to cause pattern hair loss.

19. Hormones naturally vary throughout a woman's life including during puberty, pregnancy and childbirth, menopause, and with continued aging after menopause. Hormones which affect hair loss can also vary due to other medical conditions or medicines which alter the hormone balance in a woman's body. The female hormone estrogen tends to suppress the effects of androgens in advancing androgenetic hair loss. When estrogen decreases, for example after childbirth or menopause, or is suppressed by medicine, this tends to accelerate the process of androgenetic hair loss.

20. There is no way to directly test for or measure the genes which cause pattern hair loss. Genetic potential for pattern hair loss is usually evident from family history. A woman can inherit genes associated with androgenetic hair loss from either side of her family, and may share these genes with either male or female siblings, or both. Even if someone has a genetic potential for androgenetic alopecia, they may not experience or notice significant hair loss during their lifetimes for a variety of reasons, including individual hormone balance factors and the timing of their death. Therefore, a woman may experience pattern hair loss even if it is not evident in her family history (or she is not aware of it). Ultimately, if a woman presents with hair loss in a pattern predominantly affecting androgen-dependent areas of her scalp, and sparing androgen-independent areas, that is a very strong indication that she is experiencing androgenetic alopecia.

21. Pattern hair loss can develop any time after the onset of puberty, but by age 70, approximately 40% of women experience pattern hair loss. Androgenetic alopecia is progressive and incurable.[9] Because androgenetic alopecia is gradual, women often will not notice the beginning stages of androgenetic alopecia, but rather will only notice once it becomes more pronounced.

22. As androgenetic alopecia progresses, individual hairs become "miniaturized"—thinner

---

[9] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

and shorter.   As a result, hair follicles may go from producing terminal hairs to producing vellus hairs, and the ratio of terminal to vellus hairs in an affected area will decrease.  In addition, affected follicles may go from producing multiple hairs (typically two or three) to producing only one hair.[10]   In advanced stages of androgenetic alopecia, follicles may not produce any hair at all.  These follicles can be seen as empty holes or spots on trichoscopy.[11]  With androgenetic alopecia, follicles may also be seen at higher levels of the dermis on pathology.

23.  Androgenetic alopecia progresses at different rates for different people.  Genes and medical history including medication may make the process more rapid for some people than others.  The balance of androgens to other hormones in the body may shift more quickly, and to a greater degree, for some people than others.  The cycle of hair growth, rest, shedding, and regrowth takes different amounts of time for different people—causing the miniaturization process to be more condensed for some than others.   There is no standard rate or universal timeline for the progression of androgenetic alopecia.

24.  Other forms of hair loss including telogen and anagen effluvium can unveil underlying androgenetic alopecia.  Combined with the fact that pattern hair loss often progresses to up to 50% hair loss without being noticed, this can create the impression that hair loss has occurred all at once when in fact it is the result of an ongoing androgenetic process.  Androgenetic alopecia is not caused by chemotherapy.

ii.   **Telogen Effluvium**

25.  Another form of alopecia is called telogen effluvium.  Telogen effluvium is a relatively common cause of hair loss in women.[12]  Telogen effluvium results from a sudden shift of large numbers of anagen hairs to telogen hairs on an individual's scalp.  In other words, the hair loss occurs acutely and rapidly.[13]  This form of alopecia generally begins

---

[10] Rudnicka, Lydia, et al., eds.  Atlas of Trichoscopy: Dermoscopy in Hair and Scalp Disease. Springer pub., 2012 ISBN 978-1-4471-4485-4.

[11] Rudnicka, Lydia, et al., eds.  Atlas of Trichoscopy: Dermoscopy in Hair and Scalp Disease. Springer pub., 2012 ISBN 978-1-4471-4485-4.

[12] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[13] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

approximately three months after a major illness or stressor, such as nutritional deficiency, surgery, hormonal disorder, or sudden weight loss. It has also been reported after the initiation of treatment with certain medications, including general anesthetics. In some patients, telogen effluvium can last for years.[14] Telogen effluvium can "unmask" or make androgenetic alopecia and other underlying forms of hair loss more apparent.[15] This is a non-scarring form of hair loss.

### iii.    Anagen Effluvium

26.    Another form of alopecia is anagen effluvium. This form of alopecia is associated with cytotoxic chemotherapy drugs that affect fast-growing cells, including anagen hair cells. This causes these cells to stop dividing, leading to the release of anagen hair (which is the majority of hair on the head) usually within a few weeks of the first chemotherapy infusion. Cytotoxic chemotherapy drugs do not operate hormonally. As such, the type of hair loss does not present in a pattern or affect some parts of the scalp more than others. In fact, anagen effluvium can and often does entail loss of hair all over the body. This is a non-scarring form of hair loss. Hair generally grows back after anagen effluvium. Like telogen effluvium, anagen effluvium can make androgenetic and other underlying forms of hair loss more apparent.

### iv.    Alopecia Areata

27.    Another type of non-scarring alopecia is alopecia areata (**Fig. 3**). It usually appears as round patches of alopecia that may become multifocal and may coalesce into large areas affecting more than 50% of the scalp. Occasionally, it can appear as diffuse generalized alopecia.[16] Alopecia areata can progress to total loss of scalp hair, called alopecia totalis, or a total loss of body hair, called alopecia universalis. The hair loss caused by alopecia areata can last for many years. Alopecia areata occurs when the immune system attacks the hair follicles, which causes hair loss. This is an autoimmune process. Likewise, persons with thyroid conditions are more susceptible to this form of alopecia. Alopecia areata can cause hair loss on parts of the body besides the head. Alopecia areata is not caused by chemotherapy.

---

[14] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630.
[15] Tosti, A. Dep. Tr. 88:6-10 (Dec. 4, 2018).
[16] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630.



**Figure 3.** Alopecia areata with round, random patches of hair that coalesce[17]

### v.   __Traction Alopecia__

28.   Traction alopecia can become a scarring form of alopecia, which is caused by hair care practices (**Fig. 4**).  In particular, glues, braiding, weaves, cornrows, extensions, heavy locks, ponytails, rollers, hot combs, back brushing, or wearing tight hair styles can result in traction alopecia.  Traction alopecia is very common among people with skin of color, especially African American women.  Even so, it can been seen among all ethnic groups and ages.  Symptoms associated with traction alopecia include bumps, redness, or tenderness, though traction alopecia can present without those symptoms.  Clinical findings associated with traction alopecia include: patches of alopecia frequently seen in the temporal regions, a fringe sign, and signs of breakage is consistent with traction alopecia.  Traction alopecia can be seen over the entire scalp.  Traction alopecia is not caused by chemotherapy.



**Figure 4.** Traction alopecia[18]

---

[17] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1623.

[18] Lawson, Christina N. et. al. "Updates in the understanding and treatments of skin & hair disorders in women of color."  International Journal of Women's Dermatology 1.2 (2015): 59-75.

### vi.  **Central Centrifugal Cicatricial Alopecia**

29. Central Centrifugal Cicatricial Alopecia ("CCCA") is another form of scarring hair loss. It is seen in African American women. CCCA can begin insidiously and, over time, it will spread. It often initially appears in a pattern that mimics androgenetic alopecia on the crown and then will spread out in a circular pattern (**Fig. 5**). CCCA can progress rapidly. CCCA causes destruction of the hair follicle and scarring, which leads to permanent hair loss. CCCA can present with symptoms of burning, itching, tingling, tenderness, or pain on the scalp. In contrast, it can present with no symptoms at all. CCCA can also present with inflammation. While the cause of CCCA is not well understood, CCCA is not caused by chemotherapy.



**Figure 5.** Central centrifugal cicatricial alopecia[19]

### vii.  **Endocrine Therapy Induced Alopecia**

30. Endocrine therapy-induced alopecia after chemotherapy ("EIAC") is a non-scarring form of alopecia.[20] Women with estrogen (ER) or progesterone receptor (PR) positive breast cancers are often treated with estrogen-suppressing endocrine therapies including Tamoxifen or Aromatase Inhibitors. Both Tamoxifen and Aromatase

---

[19] Olsen, Elise A. "Female Pattern Hair Loss and its Relationship to Permanent/Cicatricial Alopecia: A New Perspective." Journal of Investigative Dermatology Symposium Proceedings 10.3 (2005): 217-221.

[20] Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

Inhibitors can cause alopecia.[21]  Because endocrine therapies directly affect the balance of male and female hormones in a woman's body, hair loss seen with Tamoxifen and Aromatase Inhibitors can mimic androgenetic alopecia.  The hair loss seen with these treatments can be very severe **(Fig. 6)**.  Patients given chemotherapy drugs will generally undergo anagen effluvium and will lose all of their hair.  Then, after they complete their chemotherapy regimen, women with ER+ or PR+ cancers will begin taking either Tamoxifen or an Aromatase Inhibitor.   These medications are often taken for many years after chemotherapy and, sometimes, indefinitely—and can lead to a permanent androgenetic pattern, as well as significant hair thinning.[22]



**Figure 6.** Endocrine therapy induced alopecia[23]

---

[21] Park, Jin, et al. "Pattern alopecia during hormonal anticancer therapy in patients with breast cancer." Annals of dermatology 26.6 (2014): 743-746; Gallicchio, Lisa, Carla Calhoun, and Kathy Helzlsouer. "A prospective study of aromatase inhibitor therapy initiation and self-reported side effects." Supportive Care in Cancer 25.9 (2017): 2697-2705; Gallicchio, Lisa, Carla Calhoun, and Kathy J. Helzlsouer. "Aromatase inhibitor therapy and hair loss among breast cancer survivors." Breast cancer research and treatment 142.2 (2013): 435-443; Saggar, Vishal, et al. "Alopecia with endocrine therapies in patients with cancer." The oncologist 18.10 (2013): 1126-1134; Ayoub, J. P., Vicente Valero, and Gabriel N. Hortobagyi. "Tamoxifen-induced androgenetic alopecia in a patient with breast cancer." Annals of internal medicine 126.9 (1997): 745.

[22] Gallicchio, Lisa, Carla Calhoun, and Kathy Helzlsouer. "A prospective study of aromatase inhibitor therapy initiation and self-reported side effects." Supportive Care in Cancer 25.9 (2017): 2697-2705; Gallicchio, Lisa, Carla Calhoun, and Kathy J. Helzlsouer. "Aromatase inhibitor therapy and hair loss among breast cancer survivors." Breast cancer research and treatment 142.2 (2013): 435-443; Saggar, Vishal, et al. "Alopecia with endocrine therapies in patients with cancer." The oncologist 18.10 (2013): 1126-1134; Ayoub, J. P., Vicente Valero, and Gabriel N. Hortobagyi. "Tamoxifen-induced female androgenetic alopecia in a patient with breast cancer." Annals of internal medicine 126.9 (1997): 745.

[23] Saggar, Vishal, et al. "Alopecia with endocrine therapies in patients with cancer." The oncologist 18.10 (2013): 1126-1134.

### viii.   **Lichen Planopilaris**

31. Lichen Planopilaris ("LPP") is a scarring form of alopecia.  LPP is an inflammatory condition that causes patchy, progressive hair loss.  LPP can present with symptoms of scaling, redness, pain, burning, itching, or tenderness on the scalp, although there may be no symptoms.  While the cause of LPP is not well understood, it is thought to be an autoimmune disorder, which can be triggered by a variety of factors.  LPP can cause hair loss on parts of the body besides the head.  LPP is not caused by chemotherapy.

### ix.   **Frontal Fibrosing Alopecia**

32. Frontal Fibrosing Alopecia ("FFA") is a condition that often appears with a slow recession of the frontal hairline across the forehead, with scarring along the front of the scalp and sometimes the sides of the scalp (**Fig. 7**).  This form of alopecia can result in loss of eyebrows and body hair.[24]  FFA is not caused by chemotherapy.



**Figure 7.** Frontal fibrosing alopecia with symmetrical band-like loss of hair[25]

33. There are several other types of alopecia not surveyed in detail here, but on which I am qualified to give opinions.

### x.   **Overlapping Types of Alopecia**

---

[24] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[25] Lawson, Christina N. et. al. "Updates in the understanding and treatments of skin & hair disorders in women of color."  International Journal of Women's Dermatology 1.2 (2015): 59-75.

34. One patient complaining of hair loss could be experiencing multiple forms of alopecia at the same time. For example, a patient may have components of androgenetic alopecia, CCCA, and traction alopecia affecting her at once. One form of alopecia may make another form of alopecia more apparent, or make it appear to manifest more suddenly than it otherwise would.

**E. Causes of Alopecia**

35. The causes of any one type of alopecia can be multifactorial. Age is a basic cause of alopecia.[26] For example, androgenetic alopecia becomes both more common and more severe with age.[27] Likewise, menopause is a cause of alopecia.[28] Approximately 41% of postmenopausal women will experience hair loss.[29] When women go through menopause, their hormone levels change. More specifically, the cessation of ovarian estrogen production results in an increase in their levels of androgens, while their estrogen levels decrease.[30] This can cause pattern hair loss to manifest or accelerate. Likewise, surgeries, such as ovary removal, can cause an abrupt shift in hormone levels and can cause alopecia. Similarly certain medications designed to inhibit estrogen production can result in hair loss. Consequently, alopecia can be caused by hormone imbalance and increased androgen levels.

36. Medical conditions can result in alopecia. For example, organ dysfunction can result in alopecia. Likewise, endocrine disorders can result in alopecia. For instance, abnormally high or low thyroid hormone levels can result in alopecia. Autoimmune diseases or disorders, such as lupus can cause alopecia. The same can be said for kidney and liver dysfunction, which can result in alopecia. Examples of other medical

---

[26] Ali, I., and F. Wojnarowska. "Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes." British Journal of Dermatology 164.3 (2011): 508-513 at 508-09.

[27] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[28] Ali, I., and F. Wojnarowska. "Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes." British Journal of Dermatology 164.3 (2011): 508-513 at 508.

[29] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[30] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

conditions that can cause alopecia include sarcoidosis and skin malignancy.

37. Being underweight or overweight can result in alopecia. A clustering of medical conditions called Metabolic Syndrome can result in alopecia.[31] In addition, diabetes or insulin resistance can result in alopecia.[32] Polycystic ovary disease can also result in alopecia.[33] Hypertension and coronary artery disease has also been associated with alopecia.[34] Dyslipidemia is associated with alopecia.[35] Numerous other factors can cause alopecia (either alone or in conjunction), including:

- Vitamin and nutritional deficiencies can result in alopecia.[36] For example, both high and low Vitamin A levels can result in diffuse alopecia. Vitamin D deficiency may lead to diffuse alopecia. Similarly, iron or zinc deficiencies can lead to diffuse alopecia.

- Exposures to various substances can cause alopecia. For instance, exposure to radiation, thallium, or mercury can cause hair loss.

- Infections, such as Tinea Capitis, can cause alopecia. In addition, other forms

---

[31] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80; Uzuncakmak, Tuğba Kevser, Necmettin Akdeniz, and Ayse Serap Karadag. "Cutaneous manifestations of obesity and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 81-88; El Sayed, Mahira H., et al. "Association of metabolic syndrome with female pattern hair loss in women: a case–control study." International journal of dermatology 55.10 (2016): 1131-1137.

[32] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80.

[33] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80.

[34] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80.

[35] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61; Roth, Maria Magdalena, Nicholas Leader, and George Kroumpouzos. "Gynecologic and andrologic dermatology and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 72-80.

[36] Lie, Cheryl, Choon Fong Liew, and Hazel H. Oon. "Alopecia and the metabolic syndrome." Clinics in dermatology 36.1 (2018): 54-61.

of primary infections, such as kerion, or secondary infections, such as syphilis, can result in alopecia.

- A family history of alopecia in either the father's side or mother's side (or both) can predispose a woman to alopecia.

- Stress, illness, and physical trauma can cause alopecia. For example, surgery can cause alopecia.

- Very severe seborrheic dermatitis or psoriasis can cause alopecia.

- Hair care practices can cause alopecia, such as: perms, dyes, bleach, straighteners, hot oils, relaxers, glues, braiding, weaves, cornrows, extensions, heavy locks, ponytails, rollers, hot combs, back brushing, or wearing tight hair styles. Additionally, hair loss can be caused by hair pulling, hair twisting, or obsessive/compulsive disorders.

Other forms of trauma can result in alopecia, including burns.

38. In addition to endocrine therapies, other medications that are known to cause alopecia include but are not limited to: general anesthetics, enzyme inhibitors, interferon alfa, beta blockers, retinoids, antibiotics, exogenous androgens, psychotropic agents, ramipril, terbinafine, isotretinoin, acetretin, lithium, timolol, heparin, buspirone, captopril, valproic acid, coumadin, verapamil, allopurinol, cetirizine, cyclosporine, lovastatin, nifedipine, warfarin, acyclovir, carbamazeprine, leuprolide, amiodarone, azathioprine, dopamine, gold, lamotrigine, amitriptyline, naproxen, omeprazole, paroxetine, prazosin, sertraline, venlafaxine.[37]

39. Conversely, while certain medications are known to cause alopecia, stopping some medications can also result in alopecia. As an example, stopping use of an oral contraceptive can cause alopecia.[38] Pre-menopausal women with ER+ or PR+ breast cancer are told to stop using oral contraceptives because of concerns about putting estrogen in the body, which can worsen the cancer.

### F.  Alopecia Not on the Scalp

---

[37] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

[38] Goldberg, L.J., "Postmenopausal Alopecia (Hair Loss)," chapter 11 in Essentials of Menopause Management, Pal and Sayegh ed., Springer pub., 2017 ISBN 978-3-319-42449-1.

40. Losing body hair is a normal part of aging.[39]  For example, many women lose pubic hair and armpit hair as part of the aging process.  This is because many parts of the body where hair grows are impacted by hormones.  Consequently, when hormone levels change, such as with aging or certain types of drug use, women have a tendency to lose hair on different parts of the body.  Further, hair loss on parts of the body can have many other causes, including but not limited to trauma, thyroid conditions, autoimmune conditions, neoplasms, and various medications.[40]

41. There are many causes of eyebrow and eyelash loss and thinning.  For instance, thyroid disease causes eyebrow loss.  Likewise, many forms of alopecia can cause hair loss on parts of the body besides the head.  For example, women can lose eyelashes and/or eyebrows from alopecia areata, FFA, or LPP, in addition to many other factors.  Women's eyebrows and eyelashes also thin with age, hormonal status, and as a consequence of grooming.

### G.  Diagnosing the Type and Cause of Alopecia

42. Diagnosing the type of alopecia (or alopecias) can be very difficult.  Likewise, determining the precise cause of alopecia can be very difficult and, in many cases, impossible due to the multifactorial nature.

43. There are different types of tests that can be run to help determine the type and cause of alopecia.  Even if the type of alopecia can be established, diagnosing the exact cause of the alopecia can be difficult.  Some forms of alopecia have known causes, others do not.  In addition, because hair loss can be multifactorial, parsing out what is the cause of alopecia in any given person can be difficult and sometimes impossible.  It is important to have a full and accurate clinical history at each stage of the diagnosis in assessing the type of potential cause of alopecia.

### i.  Family, Medical, and Hair Care History

44. A dermatologist seeking to assess types and causes of alopecia must take a full family and medical history from the patient and inquire about past and present hair care

---

[39] Ali, I., and F. Wojnarowska. "Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes." British Journal of Dermatology 164.3 (2011): 508-513 at 508-09.

[40] Velez, Nicole, Pooja Khera, and Joseph C. English. "Eyebrow loss." American journal of clinical dermatology 8.6 (2007): 337-346.

practices.  The physician should find out whether the patient's parents, grandparents, siblings, or children experienced hair loss.  The physician should also inquire whether any of these family members were known to have health issues associated with alopecia, such as hormone or autoimmune disorders, or died before the most common forms of hair loss (pattern hair loss and menopause/hormone-related hair loss) typically manifest.  Family history is one of the strongest indicators of hereditary forms of hair loss.

45. A patient's medical history can identify potential underlying causes of alopecia such as hormonal imbalances and autoimmune disorders.  In addition, medical conditions can provide evidence of how long hair loss has lasted, and whether it has progressed gradually.  For example, actinic keratosis is a skin condition often caused by sun exposure over many years—typically a decade or more.  Knowing that a patient has been diagnosed with actinic keratosis on an area of skin normally covered by hair would suggest that alopecia in that area had likely progressed for over a decade predating the diagnosis.  One of the questions I ask each and every patient is, "when was the last time your hair was normal?"  Changes in hair care or styling (for example, combing over or teasing hair to make it appear fuller) can indicate an effort to camouflage progressing hair loss and can help indicate how long hair loss has lasted.

ii.   **Blood Work**

46. When determining the type and cause of alopecia, blood tests are frequently conducted.  Blood tests can often rule out whether there are vitamin, iron, or nutritional deficiencies, hormonal imbalances, as well as autoimmune disorders that may be a source of the alopecia, such as thyroid conditions.

iii.   **Dermoscopy and Trichoscopy**

47. Dermoscopy is a way of looking at skin under magnification.  It is used for a variety of dermatological purposes, including diagnosis of skin abnormalities and disorders, to guide surgical procedures like biopsies, and to assess treatment outcomes.

48. Trichoscopy is scalp dermoscopy.  In general, it allows a dermatologist to examine the scalp, measure and count hairs and hair follicles, and observe clinical features such as yellow, black or white dots, fibrosis, follicle morphology, and hair breakage.  It can be useful in identifying possible clinical diagnoses.  Additionally, it is useful when determining which portions of the scalp to biopsy.

17

49. There are certain findings that a dermatologist may see when conducting trichoscopy that are correlated with certain types of alopecia. For instance, while it is not definitive, trichoscopy can be useful in determining if the alopecia is scarring or non-scarring.

### iv. Scalp Biopsies and Pathology

50. Scalp biopsies and appropriate pathology handling and interpretation are critical to correct assessment of hair loss. Clinical and histopathological presentation must be properly considered in differentiating various forms of alopecia.

51. A correctly performed scalp biopsy is the standard test used to diagnose the type of alopecia. Even so, at times, scalp biopsies cannot definitively establish the exact type of alopecia. Scalp biopsies, however, generally can be used to determine whether the alopecia is scarring or non-scarring. When examining scalp biopsies, non-scarring alopecia is characterized by an absence of fibrosis formation/scarring.

52. In order to do accurate follicular counts, biopsy samples should be sectioned from subcutaneous fat all the way up to the papillary dermis. This allows the pathologist to evaluate hairs at all levels of the dermis, including vellus hairs as well as hairs in all stages of the hair growth cycle (e.g., telogen hairs).

53. Because there are many forms of alopecia and a single scalp may have multiple forms of alopecia at the same time, scalp biopsies should be taken from all portions of the scalp that look different from other portions. Additionally, a scalp biopsy is often taken from an unaffected portion of the scalp so that it can be compared with the affected areas. Each biopsy should be a 4 mm biopsy with enough depth.

54. In clinical practice, dermatologists rarely take a scalp biopsy of a non scarring hair loss problem on the patient's first visit. Instead, dermatologists generally see patients over a period of time before performing a punch biopsy. By seeing patients over time, dermatologists can see how patients respond to various forms of treatment, which can be informative in diagnosing the type of alopecia. Dermatologists should have a detailed clinical history for the patient before conducting a scalp biopsy.

55. When I see patients for alopecia, I create medical records. General dermatology practices dictate that those records include information about a patient's clinical history, medical problems, nutritional history, hair care practices, alternative possible causes of alopecia, and therapeutic plan.

56. A dermatologist takes the biopsies. The dermatologist should determine where on the

scalp to take the biopsies and how many biopsies should be taken.  Trichoscopy can be useful in determining where on the scalp the biopsy should be taken from.  Whether the dermatologist believes the alopecia to be scarring or non-scarring will impact the location on the scalp where each biopsy is taken from.

57. After a dermatologist takes a biopsy, those biopsies are then sent to a pathologist to be sectioned, slides created, and the pathology read.  When sending the biopsies, the dermatologist also sends a requisition form to the pathologist.  The requisition form provides the pathologist with patient demographics, the clinical history, as well as the potential clinical diagnoses.  The pathologist needs that information from the dermatologist to make an accurate pathological diagnosis.  Without that information, the pathologist's pathological diagnosis has a much greater rate of error.

58. Dermatologists generally include a clinical history section in their reports. Pathologists also generally include differential diagnoses on their pathology report. That is because pathological findings often correspond to multiple types of alopecia.

59. When looking at pathology samples from punch biopsies, pathologists conduct hair counts.  There are average hair counts seen in a 4 mm punch biopsy, but there is a range of hair counts that fall within the normal range, and some differences between ethnicities, age and each patient's baseline.

60. There are no unique pathological findings for alopecia associated with chemotherapy, whether it is classified as "temporary" or "persisting."  Pathology can rule out chemotherapy as a cause of alopecia, but it cannot determine whether any particular chemotherapy drug caused the alopecia, particularly when many patients receive a combination of several chemotherapies associated with alopecia.

61. In my clinical practice, my preference for a patient's first dermatological visit is to examine a patient before seeing any pathological findings.  It is unusual to see pathological findings before examining a patient, which can lead to bias and incorrect diagnoses.

### H.  Treating Alopecia

62. The types and causes of a patient's alopecia determine the treatment options for that patient's alopecia.  Likewise, responsiveness to treatment helps inform diagnoses of types and causes of hair loss.  In particular, it is not possible to conclude to a reasonable medical probability that alopecia is not responsive to treatment (that is, that the

19

alopecia is permanent or irreversible) without first attempting known treatment options.

### a.   Treating Common Forms of Alopecia

63. For androgenetic alopecia, treatment efforts focus on stopping or slowing hair miniaturization.   Topical minoxidil is the most common treatment for androgenetic alopecia.   Other treatments include low-dose oral minoxidil, spironolactone, anti-androgens, platelet-rich plasma injections, and hair transplants.

64. Diagnosis and treatment of telogen effluvium requires a thorough review and consideration of histologic and clinical evidence for specific potential factors.  Where major illness or stress, nutritional deficiency, medication use, or hormonal abnormalities are potential factors, treatment should be attempted through lifestyle changes, psychological treatment, diet or medication changes, hormonal treatment or the like.  Where such changes are impossible (for example, due to ongoing medical conditions or treatment), telogen effluvium cannot be ruled out as a potential diagnosis.

65. Like telogen effluvium, treatment of anagen effluvium requires a consideration of potential histological factors.  Where a medication such as chemotherapy or hormone therapy is a factor in anagen effluvium, resolution requires discontinuation of the medication.

66. The causes and treatment options for alopecia areata are still poorly understood.  The frequent association of alopecia areata with autoimmune diseases, has led to some efforts to treat alopecia areata with autoimmune disease medications such as tofacitinib.  Some success has been reported with these efforts.

67. Traction alopecia and CCCA are both scarring (permanent) alopecias.  They may best be avoided by avoiding tight hairstyles and harsh hair care practices, such as chemical and heat processing.  Where hair care or other factors lead to inflammation of non-scarred scalp, however, injection with corticosteroid such as triamcinolone acetonide (kenalog) may result in some increased hair growth.

68. Lichen planopilaris is a scarring form of alopecia.  Because LPP may present with inflammation or other scalp irritation, corticosteroid injection may provide some relief, and hair growth in adjacent inflamed areas of the scalp.  Autoimmune treatment may also be attempted.

69. Treatments for frontal fibrosing alopecia include finasteride or dutasteride, hydroxychloroquine, corticosteroids, antibiotics such as tetracycline and doxycycline, calcineurin inhibitors, phototherapy, and immunomodulatory drugs such as mycophenolate mofetil. Some of these drugs are administered topically, some orally, and some by intralesional injection.

70. The consideration of common hair loss factors such as age, menopausal status, medical history, conditions, and treatments, overall health and nutrition, environmental factors, family history, and hair care practices also informs what treatment options should be considered. Where multiple potential hair loss factors are present, multiple or multi-faceted treatment efforts may be necessary for accurate diagnosis and effective treatment. One cannot diagnose a patient's hair loss as permanent to a reasonable medical probability without attempting treatment and considering the results.

### b. Treating Persistent Alopecia After Chemotherapy

71. It cannot be said with reasonable medical probability that any alopecia caused by a chemotherapy agent is permanent. On the contrary, there are case reports of even persistent alopecia after chemotherapy ultimately resolving. Further, there are case reports that persistent alopecia after chemotherapy is treatable with minoxidil and other treatments.[41] If a person claims that they have "permanent" alopecia after chemotherapy, but has not made repeated, sustained efforts to treat the alopecia, it is impossible to know if the alopecia could be reversible.

### I. Taxotere

72. Taxotere is a chemotherapy drug in a class of drugs called taxanes. Docetaxel is the generic name of the drug. Taxotere is used to treat various forms of cancer, including breast cancer in an adjuvant (after surgery) or neo-adjuvant (before surgery) setting.

73. In this setting, Taxotere is given as part of a chemotherapy regimen, containing

---

[41] Pires, Eugénia Matos, Rita Ramos Pinheiro, and André Lencastre. "Case of permanent chemotherapy-induced alopecia with response to topical minoxidil." Revista da Sociedade Portuguesa de Dermatologia e Venereologia 75.3 (2018): 297-299; Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

multiple chemotherapy drugs.  The chemotherapy drugs given in addition to Taxotere depend on the type of breast cancer, but often include Adriamycin, Cytoxan/Cyclophosphamide, Carboplatin, and Herceptin.

**J.  Alopecia After Chemotherapy**

74.  Many chemotherapy drugs, including Taxotere, are known to cause alopecia in the form of anagen effluvium.  Additionally, approximately 65% of people who have undergone chemotherapy experience a change from their previous hair, including differences in texture, thickness, density, or color.  This means that after chemotherapy, a woman's hair might be more coarse, thinner, or different in appearance and density than before chemotherapy.  It may be several years before hair will go back to normal.  This is a widely-known side effect of chemotherapy.

75.  Many chemotherapy drugs cause alopecia, and persistent or "permanent" alopecia has been reported with regimens including the following drugs:

- Doxorubicin[42]
- Cyclophosphamide[43]
- Carboplatin[44]

---

[42] Masidonski, Pat, Mahon, Suzanne M. "Permanent alopecia in women being treated for breast cancer." Clinical journal of oncology nursing 13.1 (2009): 13-14; Crown, John P., et al. "Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer." Journal of clinical oncology (2017): e21576; Yeager, Caroline E., and Elise A. Olsen. "Treatment of chemotherapy-induced alopecia." Dermatologic therapy 24.4 (2011): 432-442.

[43] de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597; Masidonski, Pat, Mahon, Suzanne M. "Permanent alopecia in women being treated for breast cancer." Clinical journal of oncology nursing 13.1 (2009): 13-14; Yeager, Caroline E., and Elise A. Olsen. "Treatment of chemotherapy-induced alopecia." Dermatologic therapy 24.4 (2011): 432-442 at 438; Berglund, Gunilla, et al. "Late effects of adjuvant chemotherapy and postoperative radiotherapy on quality of life among breast cancer patients." European Journal of Cancer and Clinical Oncology 27.9 (1991): 1075-1081 at 1078; de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938; Ljungman, P., et al. "Busulfan concentration in relation to permanent alopecia in recipients of bone marrow transplants." *Bone marrow transplantation* 15.6 (1995): 869-871.

[44] de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597.

- Busulfan[45]

- Cisplatin[46]

- 5-Fluorouracil[47]

- Epirubicin[48]

- Taxanes[49]

- Gemcitabine[50]

---

[45] Bresters, D., et al. "Permanent diffuse alopecia after haematopoietic stem cell transplantation in childhood." *Bone marrow transplantation* 52.7 (2017): 984.

[46] Miteva, Mariya, et al. "Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases." The American Journal of dermatopathology 33.4 (2011): 345-350; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013).

[47] Beisecker, Analee E., et al. "Side effects of adjuvant chemotherapy: perceptions of node-negative breast cancer patients." Psycho-Oncology: Journal of the Psychological, Social and Behavioral Dimensions of Cancer 6.2 (1997): 85-93 at 88-89; Berglund, Gunilla, et al. "Late effects of adjuvant chemotherapy and postoperative radiotherapy on quality of life among breast cancer patients." European Journal of Cancer and Clinical Oncology 27.9 (1991): 1075-1081 at 1078; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938.

[48] Feher, O., et al. "First-line Gemcitabine Versus Epirubicin in Postmenopausal Women Aged 60 or Older with Metastatic Breast Cancer: A Multicenter, Randomized, Phase III Study." Annals of Oncology 16.6 (2005):899-908; Kluger, Nicolas, et al. "Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients." Annals of oncology 23.11 (2012):2879-2884.

[49] Prevezas, C., et al. "Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer." British Journal of Dermatology 160.4 (2009): 883-885; Palamaras, Ioulios, et al. "Permanent chemotherapy-induced alopecia: a review." Journal of the American Academy of Dermatology 64.3 (2011): 604-606; Miteva, Mariya, et al. "Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases." The American Journal of dermatopathology 33.4 (2011): 345-350; Crown, John P., et al. "Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer." Journal of clinical oncology (2017): e21576; Yeager, Caroline E., and Elise A. Olsen. "Treatment of chemotherapy-induced alopecia." Dermatologic therapy 24.4 (2011): 432-442 at 438; Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132; Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013): 933-938.

[50] Albain, KS, et al. Gemcitabine Plus Paclitaxel Versus Paclitaxel Monotherapy in Patients With Metastatic Breast Cancer and Prior Anthracycline Treatment, J Clin Oncol. 2008;26:3950-57; Unal, Olcun Umit, et al. Two-week Combination Chemotherapy with Gemcitabine, High-dose Folinic Acid and 5-fluorouracil (GEMFUFOL) as First-line Treatment of Metastatic Biliary Tract Cancers, Asian Pacific Journal of Cancer Prevention. 2013;14:5263-5267.

- Etoposide[51]
- Idarubicin[52]
- Ifosfamide[53]
- Melphalan[54]
- Thiotepa[55]

76. The term "alopecia" in medical use, includes all durations and degrees of hair loss. In the literature, the terms "permanent," "irreversible," "ongoing," or "persistent" alopecia have been used to describe alopecia after chemotherapy. These terms, however, have not been used with consistency and it is my opinion that there is no consensus definition for any of these terms. For purposes here, I will use the term "persistent alopecia," generally referring to reports of incomplete hair regrowth either during or after the use of certain medications, including chemotherapy. In using this term, it is important to be clear that patients presenting with alopecia may have significantly varied medical histories, genetics, risk factors for hair loss, laboratory and histopathological markers, and hair loss appearance, and may respond to treatments very differently. There are many reasons that a woman's hair might not regrow fully after chemotherapy treatment.

77. There are varying scientific and medical opinions as to whether "permanent" or "persistent" alopecia following chemotherapy is a discrete form of hair loss. Dermatologists disagree as to whether this is a meaningful diagnosis. To arrive at this diagnosis, a physician would have to rule out all other potential hair loss causes and diagnoses. In almost all situations in which a woman has received chemotherapy,

---

[51] Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013).

[52] Jung, MY, et al. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, Korean J Dermatol. 2013;51(12):933-938.

[53] Jung, Mi Young, and Dong Youn Lee. "A Clinical Study of Chemotherapy-Induced Permanent Alopecia." Korean Journal of Dermatology 51.12 (2013); Jäger, E., et al. "Combination of 5-fluorouracil, adriamycin, ifosfamide and cisplatin in metastatic adult soft tissue sarcoma: results of a phase II study." *Oncology* 53.1 (1996): 58-63.

[54] Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132.

[55] de Jonge, Milly E., et al. "Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy." Bone marrow transplantation 30.9 (2002): 593-597.

many other hair loss factors are present such as aging, hormonal changes, underlying or previously unnoticed medical and hair conditions, short- and long-term use of other medicines known to cause hair loss, and the extreme trauma and physical stress associated with cancer diagnosis and treatment.  For each specific patient, additional individual risk factors may also be present.  If these and all other potential causes were ruled out, I personally believe there could be instances of persisting alopecia attributable to chemotherapy.

78. Cases of persistent alopecia have been reported with many chemotherapy drugs besides Taxotere. These drugs include Taxol, as well as Carboplatin, Adriamycin, and Cyclophosphamide (among others)—the latter three of which are included in the most common chemotherapy regimens that include Taxotere.[56]  As such, even if a patient did take Taxotere as part of a chemotherapy regimen, they would also have taken other drugs, so it is impossible to attribute any persisting alopecia specifically to Taxotere.

79. In a small number of publications, persistent alopecia has been reported by breast cancer survivors treated with taxanes (including Taxol and Taxotere) at relatively high rates.[57]  These are predominantly small, retrospective analyses, not controlled, prospective trials.  There are also published case reports by pathologists, but with differences in histological features.  This is not the level of scientific evidence that dermatologists rely upon as conclusive of a causal relationship between the agent and hair loss, particularly where the patients vary so much in the presentation of their hair loss, and are on multiple medications associated with alopecia.

80. The most reliable of these publications reports a significantly higher number of cases of persistent alopecia after chemotherapy with Taxol than with Taxotere.[58]  Dr. Tosti

---

[56] Freites-Martinez, Azael, et al. "CME Part 2: Hair disorders in cancer survivors: Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery." Journal of the American Academy of Dermatology (2018) at 6.

[57] Freites-Martinez, Azael, et al. "CME Part 2: Hair disorders in cancer survivors: Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery." Journal of the American Academy of Dermatology (2018) at 6.

[58] Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

and I are co-authors of this study, and she was responsible for the study concept and design.[59] The study involved 385 patients from three different institutions in the US, Italy, and France with alopecia after chemotherapy. 98 of these (25%) were ultimately reported as cases of persisting chemotherapy-induced alopecia, and another 94 (24%) were identified as cases of endocrine-induced alopecia after chemotherapy. In these later cases, patients had full hair regrowth after chemotherapy but prior to endocrine therapy. Another 193 patients (50%) who were initially reported with alopecia after chemotherapy were ultimately excluded from the study as not diagnosable with persisting chemotherapy-induced alopecia or endocrine therapy-induced alopecia after chemotherapy. Thus, only 25% of the cases initially reported with alopecia after chemotherapy were ultimately considered to be chemotherapy-induced persisting alopecia.

81. Of these, 18 of 98 (18%) received chemotherapy regimens that did not include any taxane. 13 (13%) received Cyclophosphamide, Methotrexate, and Fluorouracil (CMF), and another 5 (5%) received Busulfan, Vincristine, Carboplatin, Lomustine, and/or Adriamycin. 80 received chemotherapy regimens that included taxanes. Such regimens typically also include Carboplatin, Adriamycin, and/or Cyclophosphamide. 47 of these patients (59%) had received Taxol, while only 31 of 80 (39%) had received Taxotere. Thus, Taxol was associated with more reports of persisting chemotherapy-induced alopecia than Taxotere.

82. In addition, the study found an overall moderate to significant clinical improvement in 36 of 54 patients identified as having persisting chemotherapy-induced alopecia who were treated with topical minoxidil and/or oral spironolactone. This suggests that in many if not most cases, persisting alopecia following chemotherapy can be reversed.

83. Both Taxol and Taxotere are approved for adjuvant breast cancer treatment only in combination with other chemotherapy agents, which may cause hair loss. Moreover, adjuvant chemotherapy is almost always administered in conjunction with surgical treatment and/or radiotherapy, which may also result in persistent or permanent hair

---

[59] Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

disorders.   As such, individual reports and isolated retrospective analyses are inadequate to establish causation in cases of persisting hair disorders among cancer survivors.

84. Literature attributing long-term hair loss to chemotherapy describes this as a rare event associated with nearly all chemotherapy agents.  Though rare, it is not new.  This literature has been published since at least the 1980s.  Literature reporting grade 4 ("non-reversible") alopecia with a regimen including Adriamycin (but not Taxotere or Cyclophosphamide) was published as early as 1998.[60]  Literature reporting long-term hair loss following adjuvant breast cancer treatment with Cyclophosphamide was published as early as 1991, describing patients treated as early as 1976.[61]  These reports include patients treated before Taxotere entered the market.

85. Trichologic medicine as a specialty has grown tremendously during this time period. When I began treating patients for hair loss in the 1980s, very few dermatologists in the world treated hair loss, and very few treatments were available.    Those that were available were surgical options.  Consequently, few patients sought treatment for hair disorders, and many hair disorders were not widely reported, documented, or studied. Hair disorders were not well understood.  Of course, people did experience hair disorders at this time—including incomplete hair regrowth following chemotherapy treatment.  In reality, in the 1980s and before, many people lived with significant hair loss that today might be studied and treated, but did not seek medical care or even report it at the time due to limited treatment options.

86. As new hair loss treatments became available, more patients sought treatment for hair disorders.  In turn, more physicians saw and treated patients for hair loss, more dermatologists invested time and resources developing specialty in this area, and research and publication on hair loss disorders grew dramatically.   Trichologic medicine grew rapidly throughout the 1990s and 2000s.  One cannot compare the field

---

[60] Northfelt, Donald, et al. "Pegylated-Liposomal Doxorubicin Versus Doxorubicin, Bleomycin, and Vincristine in the Treatment of AIDS-Related Kaposi's Sarcoma: Results of a Randomized Phase III Clinical Trial."  Journal of Clinical Oncology 16.7 (1998): 2445-2451; see also WHO Handbook for Reporting Results of Cancer Treatment. World Health Organization (1979) at 17-18.
[61] Berglund 1991. Berglund 1991. Berglund, Gunilla, et al. "Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients." European Journal of Cancer 27.9 (1991):1075-81.

of hair loss dermatology in the 1980s and before to today. I began training my first hair fellow specifically in trichologic medicine in 1999, and since that time have trained more than 30 hair fellows in this specialty, each for at least a full year of training.

87. Given the rapid changes and growth in trichologic medicine over the last 30+ years, there has been an exponential growth in the number of publications on hair disorders of all types, including persisting alopecia after chemotherapy. This does not mean there has been an increase in the occurrence of hair disorders. Likewise, an increase in publications on persisting alopecia after chemotherapy does not indicate that persisting alopecia after chemotherapy did not occur decades ago.

88. The growth of available hair loss treatments, the number of patients seeking such treatment, and the number of dermatologists specializing in, studying, and publishing on hair disorders is one aspect of why reports of incomplete hair regrowth following chemotherapy may have increased since the 1980s. This is true, even though the chemotherapy drugs associated with incomplete hair regrowth were in use for decades before that.

89. For example, the agent Busulfan has been used since the 1950s to treat bone marrow cancers.[62]  Reports of incomplete hair regrowth following Busulfan treatment began emerging in the 1980s, and since that time it has been frequently associated with such cases. This does not mean no cases of incomplete hair regrowth following Busulfan treatment occurred prior to the 1980s, and there is no reason to suspect that is the case. The same is true of other agents such as doxorubicin and cyclophosphamide.

90. Another reason reports of incomplete hair regrowth following chemotherapy may have increased in recent years is the increased use of hormone-suppressing drugs following chemotherapy for adjuvant breast cancer treatment. Use of such drugs following chemotherapy has become more common and longer-lasting in the last two decades.  Development of targeted breast cancer treatments using hormone-

---

[62] Begna 2016 Begna, K. et al. "Busulfan for the treatment of myeloproliferative neoplasms: the Mayo Clinic experience." Blood Cancer Journal 6 (2016): e427; *see also* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=009386 (FDA approved Busulfan in 1954).

suppressing drugs began in the 1970s, at the same time taxanes were being developed.[63] In 1998, research revealed significant survival advantages with long term use of tamoxifen for adjuvant breast cancer treatment.[64] Arimidex was approved for adjuvant breast cancer treatment in 2002.[65] Letrozole was approved for extended adjuvant breast cancer treatment in 2004.[66] Since that time, it has been standard of care to prescribe such drugs for at least 5 years following chemotherapy in hormone-receptor positive breast cancers.[67] Since approximately 2014, standard of care has included 10 years of endocrine therapy.[68]

91. These hormone-suppressing drugs, or endocrine therapies, are known to suppress hair growth. Because endocrine therapies operate hormonally, unlike chemotherapy, they are known to suppress hair growth most prominently in androgen-dependent areas of the scalp, causing a presentation of pattern hair loss similar to androgenetic alopecia. Up to 25% of patients who receive endocrine therapy for adjuvant treatment of breast cancer may experience long-term hair loss.[69] Endocrine therapy may cause hair loss in patients who have never received chemotherapy, as well as patients whose hair has regrown following chemotherapy.[70] Because of this known association, where endocrine therapy is initiated before hair regrows following chemotherapy, it may also be responsible for halting or slowing regrowth. Endocrine-induced alopecia following chemotherapy can present as grade 2 alopecia.[71]

---

[63] Jordan, V. Craig. "Tamoxifen as the First Targeted Long Term Adjuvant Therapy for Breast Cancer." Endocrine Related Cancer 21.3 (2014): R235-R246.

[64] Jordan, V. Craig. "Tamoxifen as the First Targeted Long Term Adjuvant Therapy for Breast Cancer." Endocrine Related Cancer 21.3 (2014): R235-R246.

[65] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2002/20541se1-010ltr.pdf;

[66] https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2004/20726s011ltr.pdf

[67] See, e.g., NCCN Guidelines v.1 2004 for Adjuvant Hormonal Therapy (BINV-E).

[68] See, e.g., NCCN Guidelines. v.1 2014 for Adjuvant Hormonal Therapy (BINV-J).

[69] Freites-Martinez, Azael, et al. "Endocrine Therapy-Induced Alopecia in Patients With Breast Cancer." Journal of the American Medical Association Dermatology 154.6 (2018): 670-675.

[70] Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728.

[71] Freites-Martinez, Azael, et al. "Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia." Journal of the American Medical Association Dermatology 155.6 (2019): 724-728; Saggar, Vishal, et al. "Alopecia with endocrine therapies in patients with cancer." The oncologist 18.10 (2013): 1126-1134.

92. Use of these drugs for many years following chemotherapy, which has become standard of care since the late 1990s, may help explain why reports of incomplete hair regrowth following chemotherapy have increased during this time. This use may also help explain why many reports of incomplete hair regrowth following chemotherapy describe the condition as presenting in a pattern similar to androgenetic alopecia, even though chemotherapy does not affect androgen-dependent areas of the scalp differently than other areas.

93. In addition, use of endocrine therapy specifically for breast cancer may help explain why reports of long-term hair loss following chemotherapy treatment are most common in the breast cancer setting. These endocrine therapies are indicated exclusively for breast cancer treatment.[72] By contrast, most cytotoxic chemotherapy agents are indicated for treatment of multiple types of cancer. For example, in addition to breast cancer, Taxotere is indicated for treatment of non-small cell lung cancer (NSCLC), castration-resistant prostate cancer (CRPC), gastric adenocarcinoma (GC), and squamous cell carcinoma of the head and neck cancer (SCCHN).[73] A chemotherapy agent causes hair loss in the same way no matter what type of cancer it is used to treat. Yet the vast majority of cases of incomplete hair regrowth following chemotherapy described in medical literature are reported in the breast cancer context. The use of endocrine therapies, which are known to suppress hair regrowth, predominantly in the breast cancer context may help explain this disparity.

94. Yet another reason reports of incomplete hair regrowth following chemotherapy may have increased in recent years is the fact that cancer treatments overall have become more effective, allowing patients to live longer. The longer a patient lives after cancer treatment, the longer side effects may persist. Before the development of life-extending cancer treatments over the last several decades, including Taxotere, many patients may not have lived long enough to experience long term side effects.

---

[72] See, e.g., https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=fa87c1c2-f58b-4a12-a658-a957ae7e522d (2018 Tamoxifen label); https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/020541s031lbl.pdf (2018 arimidex label); https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/020726s035lbl.pdf (2018 letrozole label).
[73] Sanofi_06242623 (2018 Taxotere label).

30

95. At the same time, improved cancer treatments have improved patients' chances and expectations of cancer survival.  As more patients expect to survive for years after cancer treatment, concern about potential long term effects increases.  Patients confident in long-term survival are also more likely to seek and invest in hair treatments, which in turn increases reports and interest in incomplete hair regrowth after cancer.

96. While Taxotere, like nearly all chemotherapies, does cause alopecia, it has not been proven to a reasonable medical probability that Taxotere itself causes permanent or irreversible alopecia.

97. Literature does not indicate that Taxotere has a greater association with persisting hair loss following chemotherapy than other chemotherapy agents.  Almost all cases of incomplete hair regrowth reported in literature follow treatment with multiple agents known to cause hair loss.  In such cases, it is impossible to attribute the hair loss or incomplete regrowth to any one specific drug.  I agree with Dr. Tosti that one can never make such a diagnosis "for any type of drug-induced hair loss" where multiple drugs are involved.[74]  This includes telogen effluvium as well as persistent chemotherapy-induced hair loss.

98. Even among those dermatologists that consider persisting hair loss following chemotherapy a discrete form of alopecia, there is no consensus, evidence-based understanding of why or how chemotherapy could cause persisting hair loss.  That is, there is no evidence of a biologically plausible mechanism of action for long-term hair loss caused by chemotherapy.  It has been hypothesized that chemotherapy agents may in some cases damage stem cells in the hair follicle bulge, rendering the follicles unable to produce new hairs.  This hypothesis has not been tested or confirmed by any controlled study.

99. If true, this stem cell theory suggests that hair loss would be diffuse, as chemotherapy affects follicles on all areas of the scalp.  Further, if true, this theory would suggest that all chemotherapy agents associated with hair loss have the potential to cause persisting hair loss.  All chemotherapy agents that cause hair loss do so by disrupting mitosis in fast-growing cells, including follicle stem cells.   There is no evidence that some

---

[74] Tosti, A. Dep. Tr. 297:17-298:6 (Dec. 4, 2018).

chemotherapy agents affect stem cells physiologically differently than others. Further, this theory would not explain why reports of persisting hair loss are more prevalent among breast cancer patients than other patients treated with cytotoxic chemotherapy, including taxanes.

100. In her report on Ms. Kahn, Dr. Tosti cites a recent article by Dr. Núñez-Torres et al. hypothesizing that a genetic variant (ABCB1) may predispose patients to persistent chemotherapy induced alopecia due to an associated failure of a pump which helps eliminate toxins from cells.[75] This study includes patients who received multiple chemotherapy drugs, as well as many who received hormonal therapies, and does not address the effect of the pump on eliminating other drugs from the patient's cells. In fact, the study Supplement reports use of anthracyclines was associated with pCIA phenotype in the univariate analysis (*p-value*=5.79x10-7).[76] In addition, it does not appear that the study controlled for androgenetic or other types of hair loss. Accordingly, the paper does not provide evidence that Taxotere was the cause of reported persistent hair loss.

101. There is also no medical consensus regarding the clinical or pathological presentation of persisting hair loss following chemotherapy. The medical literature that has considered persistent alopecia after chemotherapy has stated that persistent chemotherapy induced alopecia presents in a non-scarring fashion, except in very rare cases involving Busulfan. Thus, any scalp biopsy showing scarring alopecia after taxane therapy would not be chemotherapy induced alopecia. In addition, there is not a pathological diagnosis that would definitively state that a person's alopecia is caused by a chemotherapy agent instead of some other cause.[77] In other words, unlike mesothelioma or other diseases with a known cause or a "fingerprint" cause, that does not exist pathologically for any purported chemotherapy induced alopecia.

102. Further, while the majority of literature describes persisting hair loss following

---

[75] Núñez-Torres, Rocío et al. "Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women With Breast Cancer." JAMA Dermatology 156.9 (2020):987-991.

[76] Núñez-Torres, Rocío et al. "Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women With Breast Cancer." JAMA Dermatology Supplementary Online Content.

[77] Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132.

chemotherapy as diffuse, some literature suggests that it can present in an androgenetic pattern. These inconsistent descriptions undermine the conception of persistent alopecia following chemotherapy as a distinct form of hair loss, and cast doubt on much of the literature reporting cases.

103.     Because chemotherapy does not operate hormonally, there is no reason that chemotherapy-induced alopecia of any type would present in an androgenetic pattern. Chemotherapy affects all areas of the scalp. It does not spare certain areas. I agree with Dr. Tosti's opinion that alopecia after chemotherapy is a "diffuse alopecia," not a "patterned alopecia."[78]

104.     Cases reported in literature as persisting hair loss following chemotherapy presenting in an androgenetic pattern are most likely cases of androgenetic or endocrine-therapy related alopecia. Hair loss presenting primarily at the temples, front, top, and vertex of the scalp is inconsistent both with the majority of literature describing long-term hair loss following chemotherapy and with the known mechanism of action of chemotherapy-induced alopecia (*i.e.*, anagen effluvium).

105.     Other cases cited by Dr. Tosti as evidence of persisting alopecia caused by Taxotere are not in fact cases of persisting alopecia. Clinical trials of chemotherapy drugs designed to test for efficacy in anticancer treatment do not reliably measure rates of rare dermatological conditions like persisting hair loss following chemotherapy. Such a condition could only be identified by the differential diagnosis of a qualified dermatologist, after ruling out all other possible causes and types of alopecia.

106.     The TAX 316 and GEICAM 9805 (TAX 301) Clinical Study Reports cited by Dr. Tosti do not report cases of persisting hair loss following chemotherapy treatment. The clinical studies only capture cases of "ongoing" alopecia following treatment with Adriamycin and Cyclophosphamide, with or without Taxotere. According to the interim clinical study report for TAX 316, "ongoing" does not indicate that alopecia has persisted for any given duration, but that the patient's alopecia had not resolved at the time of last follow-up for the adverse event. Follow-up with patients in clinical trials may be discontinued at any point during the trial for a variety of reasons, including exposure to additional medications that would confound study results,

___

[78] Tosti, A., Kahn Report at 6, 21 (Sept. 15, 2020).

noncompliance of patient with follow-up, recurrence of cancer, patient death, etc.

107.     It is clear that not all cases of "ongoing" alopecia reported in Taxotere clinical trial study reports consisted of alopecia persisting more than six months after chemotherapy.  For example, patient 15002 in the TAX 316 study was followed for alopecia for less than six months.  Patient 15002 was placed in the TAC "arm" of the study and received her first chemotherapy treatment on August 26, 1998.[79]  Patient 15002 developed alopecia as an adverse event.  On November 3, 1998, the patient was no longer followed for alopecia, as noted in her case report forms.[80]  In the Follow-Up Clinical Adverse Experiences Report, alopecia was marked with "3: no longer followed due to new chemotherapy regimen started."  Patient 15002 was not only followed for alopecia for less than six months after her *last* chemotherapy treatment, but she was no longer followed for alopecia less than six months from her *first* chemotherapy treatment.  This is one example of why it is inappropriate to lump all of the reports of "ongoing" alopecia from the clinical studies without a review of each of the individual patient's records.

108.     I have also been asked to review a set of reports that Plaintiffs' experts, Dr. Madigan and Dr. Kessler, identified as reports of permanent hair loss following treatment with Taxotere and rely on for their general causation opinions.  Dr. Madigan identified reports in the FDA Adverse Event Reporting System (FAERS) by searching for reports that had (1) Taxotere as a drug, (2) alopecia as an adverse event, and (3) disability or permanent damage as the outcome.  Dr. Madigan included any report that hit on his three criteria in his analysis and opinion.  Neither Dr. Madigan nor Dr. Kessler, nor any other Plaintiff expert reviewed the reports to ensure Dr. Madigan's methodology was appropriate and it was capturing cases of permanent hair loss.  Dr. Madigan identified six reports in the FAERS database by the time Ms. Kahn received Taxotere.  After reviewing the six reports, it is clear these are not reports of permanent alopecia. While all six reports note the patient had alopecia as an adverse event, there is nothing in the individual report narratives that indicate that the patients had permanent hair loss following Taxotere.  This further emphasizes why it is important

---

[79] Sanofi_05503622.
[80] Sanofi_05503641.

to analyze each patient individually and provide a differential diagnosis by a qualified dermatologist.

109.     Because many women take hormone-suppressing endocrine therapies such as Tamoxifen and Aromatase Inhibitors after chemotherapy and those are known to cause alopecia and hair thinning in an androgenetic pattern, long-term endocrine therapy is another complicating factor in determining whether an individual woman's persistent alopecia is caused by chemotherapy or some other factor.

110.     Pathology reflecting greater hair density at the back and sides of the scalp than on the top of vertex is likewise inconsistent with any diagnosis of chemotherapy-induced alopecia. Such pathological findings are indicative of androgenetic alopecia.

## V.     Opinions on Elizabeth Kahn's Hair Loss

111.     It is my opinion to a reasonable degree of medical probability that Ms. Kahn is experiencing androgenetic alopecia (or "AGA"). Ms. Kahn's photographs show the initial stages of AGA before her chemotherapy. It is also my opinion that Ms. Kahn's long-term use of Tamoxifen has likely contributed to her hair loss.

112.     If chemotherapy was a factor associated with some portion of Ms. Kahn's hair loss, it cannot be determined what portion if any of her present hair loss is associated with chemotherapy, much less any particular chemotherapy agent. Ms. Kahn lost her hair while taking Avastin, Xeloda, and Taxotere, all of which are associated with hair loss.[81] She then immediately received four cycles of Adriamycin and Cytoxan, cytotoxic agents also associated with hair loss, along with two more cycles of Avastin. After that, she continued to take Avastin for six more months—totaling more than 13 months of chemotherapy. Altogether, Taxotere represented approximately .5% of the dosage of Ms. Kahn's chemotherapy.  No hair loss of any kind can be specifically attributed to Taxotere.

---

[81] Belum V.R., et al. "Alopecia in patients treated with molecularly targeted anticancer therapies." Annals of Oncology 26.12 (2015):2496-2502 at 2500; Cortes, Javier, et al. "Health-related quality of life in patients with locally advanced or metastatic breast cancer treated with eribulin mesylate or capecitabine in an open-label randomized phase 3 trial." Breast Cancer Research and Treatment 154.3 (2015):509-520 at 518; Koukourakis Georgios, et al. "Efficacy of the oral fluorouracil pro-drug capecitabine in cancer treatment: a review." Molecules 13.8 (2008):1897-1922 at 1901-02, 1906.

| Drug | Total Dosage |
|------|--------------|
| Adriamycin | 480 mg |
| Avastin | 21,375 mg |
| Xeloda | 72,050 mg |
| Taxotere | 555 mg |
| Cytoxan | 4,819 mg |
| Tamoxifen | 66,000 mg |

113.     Other factors in Ms. Kahn's medical history potentially associated with her alopecia include her family history of androgenetic alopecia, menopausal status, potential metabolic syndrome, 9 years of endocrine therapy and other drugs that cause alopecia.

114.     Ms. Kahn is a 62 year old Caucasian woman. She was diagnosed with cancer in her right breast in April 2008 at the age of 50.[82] Ms. Kahn underwent chemotherapy, surgery, and radiation therapy.   Her chemotherapy was given as part of the clinical trial NSABP B-40. She received three phases of Adriamycin, Avastin, Cytoxan, Taxotere, and Xeloda from May 29, 2008 to July 16, 2009—thirteen months total.[83] Ms. Kahn also underwent port placement and breast surgery as well as 33 treatments with radiation therapy.[84] General anesthetic administered during each surgery can also be associated with alopecia.  Finally, Ms. Kahn took nine years of Tamoxifen 20mg daily, a drug known to cause pattern alopecia similar to Ms. Kahn's.[85] Altogether she took Tamoxifen approximately 3,300 times for total of some 66,000 milligrams.

**K.  Photographs**

115.     Photographs produced by Ms. Kahn do not support the conclusion that she is experiencing persisting hair loss caused by Taxotere.  These photos show that her hair loss began prior to her chemotherapy treatment.   Before chemotherapy, Ms. Kahn experienced hair loss at the crown, sides, and front of her scalp consistent with androgenetic alopecia.

---

[82] Ochsner Health System 556831-34.
[83] Infusion Pharmacy Ochsner Health System 43-60.
[84] Ochsner Health System 939-940, 1161-1163, 1180.
[85] CVS Pharmacy 2, 17.



**A**: Ms. Kahn in Sept. 2005, showing crown thinning more than 2 years before chemotherapy.
**B**: Ms. Kahn in Dec. 2006, showing significant thinning in the side area more than a year before chemotherapy.



**C**: Ms. Kahn on May 21, 2008, showing significant thinning in the frontal area 8 days before the start of her chemotherapy treatment.

37

116.     Photographs further show that Ms. Kahn experienced significant hair regrowth following her chemotherapy treatment.  To the extent these photos show any persisting hair loss, they reflect hair loss at the front, sides and crown consistent with androgenetic alopecia and with Ms. Kahn's appearance prior to chemotherapy.



**D**: Ms. Kahn in June 2009, showing frontal regrowth to pre-chemo status 11 months after Taxotere treatment.
**E**: Ms. Kahn in Oct. 2009, showing frontal regrowth to pre-chemo status 15 months after Taxotere treatment.



**F**: Ms. Kahn in June 2010, showing side and crown regrowth similar to pre-chemo status 23 months after Taxotere treatment.  **G**: Ms. Kahn in Oct. 2010, showing side regrowth similar to pre-chemo status more than two years after Taxotere treatment.

117.     Photos showing thinning at the front, sides and crown of Ms. Kahn's scalp

before and after chemotherapy are virtually indistinguishable.   In her deposition. Dr. Tosti identified photos E, F, and G above as taken "definitely before" Ms. Kahn's chemotherapy, when in fact they were taken after.[86]  She was unable to say when photo C was taken.  Similarly, friends who have personally known Ms. Kahn for years were unable to distinguish between photos of Ms. Kahn taken before and after chemotherapy.  Friend JoAnn Moinet estimated that photo F was taken "before cancer treatment" because Ms. Kahn "seems to have a lot of hair."[87]  Kenneth Smith, Ms. Kahn's hairdresser of 30 years, was unable to say whether photo C was taken before or after her chemotherapy, noting that it showed "a different density in the front of her hair than the back of her hair," and concluding that "it could have been before, but it could be maybe a year or two afterwards."[88]  This testimony from Dr. Tosti and those who personally observed Ms. Kahn before and after chemotherapy is wholly inconsistent with the conclusion that the present condition of her hair was caused by Taxotere.

118.     Notations of hair loss in Ms. Kahn's medical records likewise do not support a finding of persistent hair loss caused by Taxotere. Because Ms. Kahn received chemotherapy as part of a clinical trial, she was specifically monitored for adverse events during and following her treatment, and her experience with such events was carefully documented.[89]  Ms. Kahn lost her hair during initial chemotherapy, as expected.  Ms. Kahn's oncologist Dr. Zoe Larned noted hair loss on June 19, 2008, following her first cycle of chemotherapy, and throughout her first eight cycles of treatment (with Avastin, Xeloda, and Taxotere in combination followed by Adriamycin, Cytoxan, and Avastin in combination).[90]  After the first eight cycles and her breast surgery, Ms. Kahn continued Avastin and also underwent radiation therapy. About month after the fourth and final cycle with Adriamycin and Cytoxan, Dr.

---

[86] Tosti, A., Dep. Tr. 153:14-23 (Sept. 29. 2020).
[87] Moinet, J., Dep. Tr. 87:22-89:2 (March 6, 2020).
[88] Smith, K., Dep. Tr. 84:1-86:11 (March 9, 2020).
[89] Breaux Dep. Tr. 35:16-36:7; 48:6-49:3.
[90] Ochsner Health System 969-972, 991-993, 1000, 1005-1007, 1026 (Dr. Joseph Phillips), 1037-1039, 1050-1051, 1057.

Larned again noted that Ms. Kahn was positive for alopecia.[91]  Then about a month and a half after that, on January 8, 2009, Dr. Larned noted that Ms. Kahn's "hair is growing back in."[92]  Three weeks later on January 29, and again on February 19, 2009, Ms. Kahn's clinical trial oncology nurse Melanie Zazulak Breaux reported "alopecia resolved" in her encounter records.[93] Nurse Breaux testified these notes meant Ms. Kahn did "not have alopecia" at that time, and that further records indicated Ms. Kahn did not have alopecia for the remainder of her treatment by nurse Breaux through August 13, 2009.[94]  Other medical records from the summer of 2009 confirm that Ms. Kahn's hair was regrowing.[95]  On August 13, 2009, Dr. Larned noted that Ms. Kahn was "pleased that her hair is growing back."[96]

119.    At the same time Ms. Kahn's medical records document her hair regrowth, she had begun taking Tamoxifen.  In April 2009, Ms. Kahn was prescribed Tamoxifen daily for ten years; she ultimately took it for nine.[97]  As an estrogen suppressing drug, Tamoxifen is known to cause hair loss and inhibit hair growth along with other side effects similar to menopause.  These side effects often progress or intensify months or years after treatment is begun.  Ms. Kahn's medical records reflect this experience. Starting in late 2009 (more than a year and a half after she finished Taxotere, and about seven months after she started Tamoxifen), Dr. Larned's records begin noting complaints by Ms. Kahn about her hair, including the repeated statement that Ms. Kahn "still notes thinning hair."[98]  Dr. Larned records this complaint throughout 2010 and 2011 to early 2012, when she notes that the thinning has gotten "slightly better."[99] There does not appear to be any mention of Ms. Kahn's hair in any of her medical records between 2012 and 2016, but records of encounters with Dr. Kristin Johnson

---

[91] Ochsner Health System 1071-1073.
[92] Ochsner Health System 1213-1217.
[93] Ochsner Health System 1227, 1233.
[94] Breaux Dep. Tr. 63:12-68:19, 83:4-84:11.
[95] Ochsner Health System 1253-1255, 1267 1285.
[96] Ochsner Health System 1295.
[97] CVS Pharmacy 2, 17.
[98] Ochsner Health System 1324-1326, 1334-1339, 1362-1364, 1385-1387, 1405-1406, 1414-1416, 1433-1435, 1511-1513, 1533-1534.
[99] Ochsner Health System 1511-1513, 1533-1534.

(internist) in 2016 and 2017 note "thin" hair and alopecia.[100]  Records and testimony from Ms. Kahn's medical providers indicate she never raised alopecia as a concern with any physician except Dr. Larned and never sought treatment for hair loss.[101]

120.     Records that Ms. Kahn's hair was "thinning" from late 2009 to early 2012 do not support a finding of persisting alopecia caused by Ms. Kahn's Taxotere treatment in 2008.  There is no reason Ms. Kahn's hair would be "thinning" due to Taxotere more than a year and a half after she completed her Taxotere treatment.  On the other hand, hair thinning from late 2009 to 2012 is fully consistent with endocrine-induced hair loss related to her ongoing treatment with Tamoxifen.

121.     Ms. Kahn experienced other health conditions associated with Tamoxifen during this same timeframe, further suggesting that Tamoxifen contributed to her hair loss.  In April 2011, Ms. Kahn was referred to Dr. Charles Farris for "multiple complaints" including "hot flashes, mood swings, memory loss, libido changes, night sweats and insomnia," all of which are associated with Tamoxifen use, along with pattern hair loss.[102]  After counselling, Dr. Farris prescribed Ms. Kahn testosterone gel, which is also strongly correlated with pattern hair loss.[103]  Both the menopause-like symptoms and the testosterone treatment are consistent with causing pattern hair loss, and the timing of each is consistent with progressive hair loss that worsened one to two years after Ms. Kahn's hair regrew following chemotherapy.[104]  These potential causes and their timing are inconsistent with persistent hair loss caused by Taxotere.

**L.  Family History of Hair Loss**

122.     Ms. Kahn has a family history of hair loss.  Ms. Kahn reports androgenetic alopecia in her paternal grandfather, father, brother, and nephew, as well as hair thinning in her mother.[105]  Photographs produced by Ms. Kahn confirm family history of severe androgenetic alopecia and thinning:

---

[100] Ochsner Health System 622-631; Ochsner Center for Primary Care and Wellness 97-112.
[101]
[102] Ochsner Health System 1421.
[103] CVS Pharmacy 8.
[104] Smith, K., Dep. Tr. 84:1-86:11 (March 9, 2020).
[105] Tosti, A. Kahn Report Ex. F (Sept. 4, 2020); Turegano, M. exam record at 1-2 (Sept. 22, 2020).



**H**: Ms. Kahn's father in 2009. **I**: Ms. Kahn's brother in 2017. **J**: Ms. Kahn's mother in 2018.

123.     Ms. Kahn's blog entries during and after her cancer treatment confirm her family history of hair loss and her patterned alopecia.  During her chemotherapy in June 2008, Ms. Kahn noted that in her family, "bald is a very common look."  After her treatment with Adriamycin and Cytoxan was completed, but while she was still taking Avastin, Ms. Kahn stated she was "working on the hairdo" and that "[i]f you know my family then you know that I come by baldness naturally."  Later, in August 2009, Ms. Kahn reported having her "first haircut since June of 2008." She explained she had "waited as long as possible to do so" but that "[t]he sides were going crazy as was the back."  She stated: "I love the fact that I don't need to cover my head just to walk out my front door."  Ms. Kahn did report disappointment in "the current thinness" in her blog at the time of the haircut, which was six months after she began taking Tamoxifen.

**M.  <u>Clinical Presentation</u>**

124.     Despite visiting dermatologist Dr. Jessica Coller-Ochsner for issues including moles, skin lesions, shingles, actinic keratosis, and itching multiple times between 2012 and 2018, Ms. Kahn had never raised alopecia as a concern and had never seen any dermatologist for hair loss until recent examinations by Dr. Tosti and Dr. Mamina Turegano as part of this litigation.

125.     Both Dr. Tosti and Dr. Turegano observed hair loss in an androgenetic

pattern, most pronounced at the frontal, vertex, and bitemporal areas.[106]  Both also observed the presence of miniaturized hair, a feature of androgenetic alopecia.[107]  In addition, Dr. Tosti noted that trichoscopy showed most follicles producing single hairs, and the presence of yellow dots, which are trichoscopic features of androgenetic alopecia.[108]  Dr. Turegano additionally noted hair growth on the face and areolae, and Ms. Kahn reported a history of this predating chemotherapy.[109]  Hair growth in these hormone-sensitive areas can also be associated with androgenetic alopecia.

126.     Dr. Tosti's clinical observations support a diagnosis of androgenetic alopecia and suggest hair loss related to Ms. Kahn's Tamoxifen use.  Dr. Tosti observed that Ms. Kahn's hair loss was "more pronounced on androgen dependent scalp."[110]  This finding supports a diagnosis of androgenetic alopecia.  Chemotherapy does not operate hormonally, anagen effluvium does not present as pattern hair loss, and there is no known medical reason why chemotherapy would cause an androgenetic pattern of hair loss.  Tamoxifen does operate hormonally and is well-understood to cause hair loss in an androgenetic pattern, so this finding also suggests that Tamoxifen may have contributed to Ms. Kahn's hair loss.

127.     On trichoscopy, Dr. Tosti also observed "reduced hair density with marked reduction of hair shaft diameter," "miniaturized hair," "most hair emerging as a single hair," "yellow dots," and "no signs of scarring."[111]  These observations further support a diagnosis of androgenetic alopecia and/or hair loss related to Tamoxifen.  These findings are consistently associated with androgen-influenced hair loss, especially on trichoscopy.[112]

128.     Dr. Tosti reported observing eyebrow loss and cited this in support of finding persistent chemotherapy-induced hair loss, but her clinical photograph of Ms. Kahn's

---

[106] Tosti, A. Kahn Report Ex. F at 2 (Sept. 4, 2020); Turegano, M. exam record at 2 (Sept. 22, 2020).
[107] Tosti, A. Kahn Report Ex. F at 2 (Sept. 4, 2020); Turegano, M. exam record at 2 (Sept. 22, 2020).
[108] Tosti, A. Kahn Report Ex. F at 2 (Sept. 4, 2020).
[109] Turegano, M. exam record at 1, 3 (Sept. 22, 2020).
[110] Tosti, A. Kahn Report Ex. F at 2 (Sept. 4, 2020).
[111] Tosti, A. Kahn Report Ex. F at 2 (Sept. 4, 2020).
[112] Rudnicka, Lydia, et al., eds.  Atlas of Trichoscopy: Dermoscopy in Hair and Scalp Disease. Springer pub., 2012 ISBN 978-1-4471-4485-4.

face shows that eyebrows are present and within normal limits.[113]  In fact, photographs prior to the chemotherapy show eyebrow thinning in the medial area which is still visible in Dr. Tosti's clinical photographs.[114]

129.     Dr. Tosti's conclusion that Ms. Kahn is experiencing permanent alopecia after chemotherapy appears to be based on Ms. Kahn's representation that she had "incomplete regrowth after end of chemotherapy, which remained stable in the years."[115]  This representation is inconsistent with Ms. Kahn's photographs and medical records, as reflected by Dr. Tosti's testimony that post-chemotherapy photos E, F, and G above were "definitely before" chemotherapy.[116]  This inconsistency undermines Dr. Tosti's conclusion that Ms. Kahn's current hair loss was caused by chemotherapy.

130.     Dr. Turegano's clinical observations support her conclusion that Ms. Kahn is experiencing androgenetic alopecia and postmenopausal/senescent hair thinning likely influenced by genetics, aging, and use of drugs including Tamoxifen and testosterone gel.  I agree with this conclusion.  Ms. Kahn reported to Dr. Turegano that she has always had "fine and thin hair, which is why she always kept it short," and reported "a history of few coarse facial hairs that she would have to pluck (once a month or so) prior to chemotherapy and currently," and "a history of hair around her areolae" prior to chemotherapy.[117]  These observations are consistent with androgenetic alopecia predating chemotherapy, along with photos A-C above.  Dr. Turegano's photographs and observations reflect a textbook androgenetic alopecia pattern, and Ms. Kahn's family history of AGA, estrogen-suppressing and testosterone-promoting drug use, and evident hirsutism all support a finding of androgen-related hair loss.[118]

---

[113] Tosti, A. Kahn Report Ex. F at photo 15324.
[114] Photos A, B, and C above.
[115] Tosti, A. Kahn Report Ex. F at 2 (Sept. 4, 2020).
[116] Tosti, A., Dep. Tr. 153:14-23 (Sept. 29, 2020).
[117] Turegano, M. exam record at 2 (Sept. 22, 2020).
[118] Turegano, M. exam record at 3 (Sept. 22, 2020).

 

**Left**: Ms. Kahn in Sept. 2020.[119]  **Right**: Textbook AGA with frontal accentuation.[120]

## N. Trichoscopy

131.     The trichoscopic photographs produced by Dr. Tosti are of little value, since they were not taken at a sufficient degree of magnification.  Nevertheless, the photos are consistent with features seen in androgenetic alopecia, including non-scarring alopecia, reduced hair shaft density, variability in hair shaft diameter, follicles producing a single hair shaft, and yellow dots.[121]

132.     The trichoscopic photographs are not of sufficient magnification to show the presence or absence of ostia.  If ostia were absent, that would indicate scarring hair loss, which is not consistent with a diagnosis of permanent hair loss due to Taxotere.

133.     Although it is not clear where on Ms. Kahn's scalp each of Dr. Tosti's trichoscopic photographs was taken, the photos as a whole show significant differences in hair shaft density from some locations to others.  This further supports a finding of androgenetic and Tamoxifen-related hair loss, rather than chemotherapy-induced hair loss.  Unlike androgens and hormone-suppressing drugs, chemotherapy

---

[119] Turegano, M. exam record at 5 (Sept. 22, 2020).

[120] Shapiro, Jerry. "Hair loss in women." New England Journal of Medicine 357.16 (2007): 1620-1630 at 1622.

[121] Rudnicka, Lydia, et al., eds.  Atlas of Trichoscopy: Dermoscopy in Hair and Scalp Disease. Springer pub., 2012 ISBN 978-1-4471-4485-4.

does not operate hormonally and would not cause patterned hair loss.



Trichoscopy of androgenetic alopecia showing reduced density, hair shaft variability and miniaturization.[122]



Trichoscopy of Ms. Kahn's scalp showing reduced density, hair shaft variability and miniaturization.[123]

---

[122] Rudnicka, Lydia, et al., eds.  Atlas of Trichoscopy: Dermoscopy in Hair and Scalp Disease. Springer pub., 2012 ISBN 978-1-4471-4485-4.
[123] Tosti, A. Kahn Report Ex. F at photo 15314.



Trichoscopy of Ms. Kahn's scalp showing denser, thicker hairs.[124]

134.     Dr. Tosti's trichoscopy does not support a diagnosis of chemotherapy-induced alopecia.  There are no consensus features observable on trichoscopy of persistent alopecia following chemotherapy.

**O. Pathology**

135.     Dr. Tosti took two biopsies of Ms. Kahn's scalp, one from the frontal scalp (A) and one from the vertex (B) – the areas of most advanced hair loss.  No biopsy was taken from the occiput, where hair density appeared normal.  Such a biopsy would help contrast areas of hair loss from normal scalp.  The biopsies were reviewed by Dr. Curtis Thompson and Dr. Chandra Smart.

a.     **Pathology Report – Dr. Curtis Thompson**

136.     Dr. Thompson found non-scarring alopecia on biopsies A and B.  He observed miniaturized follicles, follicular density of 2.23/mm², a terminal to vellus ratio of about 1:2, and an anagen to catagen/telogen ratio of 75%/25% for biopsy A.[125]  All of these findings are consistent with androgenetic alopecia.  I do not normally measure follicular density in terms of square millimeters, but normal hair density is 180-240

---

[124] Tosti, A. Kahn Report Ex. F at photo 15320.
[125] Thompson, C. Kahn Report Exhibit E at 2.

hairs per square centimeter. If there are 100 square millimeters per square centimeter, Ms. Kahn's follicular density from biopsy A appears to be 223 follicles/cm², within normal range. Based on biopsy A, Dr. Thompson diagnosed Ms. Kahn with androgenetic alopecia.[126] I agree with this diagnosis.

137.      Dr. Thompson observed follicular density of 1.35/mm², a terminal to vellus ratio of 1:>2, and an anagen to catagen/telogen ratio of 65%/35% for biopsy B.[127] If there are 100 square millimeters per square centimeter, Ms. Kahn's follicular density from biopsy A appears to be 135 follicles/cm², which is below normal but consistent with androgenetic alopecia. These findings are likewise consistent with androgenetic alopecia, as they are consistent with the findings for biopsy A. However, based on biopsy B Dr. Thompson diagnosed Ms. Kahn with permanent chemotherapy-induced alopecia.[128] I do not agree with this diagnosis. Medical literature establishes that lower follicular density, a shift in terminal/vellus ratio, as well as a decreased anagen to catagen/telogen ratio are indicative of androgenetic alopecia. An increase or progression in these metrics does not convert androgenetic alopecia into persistent chemotherapy induced alopecia. A difference in these metrics from one sample to another suggests pattern hair loss and a more advanced androgenetic process in one location than another—consistent with AGA but not with chemotherapy-induced hair loss.

138.      Dr. Thompson's report of "empty follicular stela" and "permanent follicular loss" does not change this analysis. Dr. Thompson's expert report cites "permanent follicular loss" as a basis to rule out female pattern hair loss (androgenetic alopecia), chronic telogen effluvium, seborrheic dermatitis, and other types and causes of hair loss.[129] Dr. Tosti also cites "loss of hair follicles" and reduction in the number of hair follicles as a basis to exclude other forms of hair loss.[130] Findings of follicular loss or "permanent follicular loss" are inconsistent with a finding of non-scarring alopecia. Permanent follicular loss is scarring. If a follicular opening is lost or destroyed, the

---

[126] Thompson, C. Kahn Report Exhibit E at 1.
[127] Thompson, C. Kahn Report Exhibit E at 3.
[128] Thompson, C. Kahn Report Exhibit E at 1.
[129] Thompson, C. Kahn Report at 4.
[130] Tosti, A. Kahn Report at 29-32.

scalp is scarred and hair loss is permanent. If follicular openings are present but no hair is coming out, the follicles are not truly lost, but are empty or filled with stelae (fibrous streamers). Empty follicles are consistent with a diagnosis of androgenetic alopecia. Dr. Thompson's findings support a diagnosis of androgenetic alopecia for both biopsies A and B.

### b. **Pathology Report – Dr. Smart:**

139.     Dr. Smart's pathology indicates non-scarring alopecia on both biopsies A and B. Like Dr. Thompson, she observed miniaturized follicles, reduced follicular density, a reduced terminal to vellus ratio and a sub-normal anagen to catagen/telogen ratio for both biopsies.[131] All of these findings are consistent with androgenetic alopecia. Based on these biopsies, Dr. Smart diagnosed Ms. Kahn with androgenetic alopecia.[132] I agree with this diagnosis.

## VI.     **Differential Diagnosis**

140.     It is my opinion to a reasonable degree of medical probability that Ms. Kahn's hair loss at the frontal and vertex areas of her scalp is consistent with androgenetic alopecia and alopecia from Ms. Kahn's 9-year use of hormonal therapy. These types of alopecia present in a distinct pattern affecting the front and vertex of the scalp. These areas of the scalp are sensitive to androgens, hormones which vary with age, genetics and hormone-modifying medications. Ms. Kahn has an extensive family history of androgenetic hair loss, and photographs from before and after chemotherapy as well as medical records and witness testimony reflect progressive hair loss beginning prior to cancer treatment, regrowth to pre-chemotherapy levels following chemotherapy, and then progressive hair loss over the course of several years of Tamoxifen (**Fig. 8**).

141.     In addition, Ms. Kahn has several other factors associated with alopecia that likely contributed to her hair loss, including Vitamin D deficiency, age, metabolic syndrome, being post-menopausal, and use of medications including testosterone gel.

142.     Despite reporting that her hair loss has persisted for over 10 years, Ms. Kahn

---

[131] Smart, C. Kahn Surgical Pathology Report at 1-2.
[132] Thompson, C. Kahn Report Exhibit E at 1.

has not tried any potentially effective treatments, including topical minoxidil, and oral spironolactone which has helped many women improve hair growth in androgenetic pattern areas. Without trying potentially effective treatments over a sufficient time period, Ms. Kahn's condition cannot be characterized as permanent or irreversible to a reasonable medical probability. In my opinion, Ms. Kahn's hair loss could improve with appropriate treatment.


*Jerry Shapiro*

Jerry Shapiro, M.D.

October 9, 2020

FIGURE 8 – TIMELINE OF MS. KAHN'S HAIR LOSS, REGROWTH, AND THINNING



| 1990 | 12/27/2006 | 5/21/2008 | 5/29/2008 | 6/30/2009 | 6/21/2010 | 2014 | 1/28/2015 | 8/4/2017 | 2/18/2020 |
|---|---|---|---|---|---|---|---|---|---|
| Early 30s: no evident thinning | Pattern density difference | Frontal thinning | First Day of Chemotherapy | 11 months post-Taxotere hair appears similar to before chemo, but Tamoxifen started 2 months prior | 2 years post-Taxotere, 1+ years into Tamoxifen, sides appear intact | After 4+ years of Tamoxifen and reported hormonal changes, pattern hair loss is evident | Pattern hair loss progresses over time | Lawsuit photos show classic, textbook pattern hair loss | Pattern hair loss continues to be present |

Hair Loss Label Language

Tamoxifen: "Other adverse reactions which are infrequently seen are … **hair thinning and/or partial hair loss**…."

Testosterone (Testim): "**Testim is not indicated for use in women,** has not been evaluated for use in women, and must not be used in women." At 24: "Signs and symptoms in women may include: **changes in body hair**."

Xeloda: "the most common side effects of Xeloda are: … **hair loss.**"

Adriamycin: "**Reversible complete alopecia occurs in most cases.**"

Cytoxan: "**Alopecia occurs commonly** in patients with cyclophosphamide. **The hair can be expected to grow back** after treatment with the drug or even during continued treatment, **though it may be different in texture or color.**"



5/29/2008   7/31/2008
**Taxotere, Avastin, Xeloda**

8/21/2008   10/23/2008
**Adriamycin, Cytoxan, Avastin**

1/29/2009
**"Alopecia Resolved"**

4/2/2009                                             5/2018
Tamoxifen (associated with pattern hair loss)

11/16/2009   2/28/2012
**Hair complaints, "Thinning hair"**

4/2011
Menopause-like symptoms

6/4/2011
**Testim (Testosterone)**

6/2016   6/2017
**"Hair thin", "Alopecia"**

**FIGURE 9** – LUDWIG SCALE



**FIGURE 10** – SAVIN SCALE



**FIGURE 11 –** NORWOOD-HAMILTON SCALE

