UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT E TO DEFENDANTS' RENEWED MOTION FOR ENTRY OF AN ORDER REQUIRING PROOF OF DIAGNOSIS

　　Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully request leave of Court to file under seal Exhibit E (Rec. Doc. 16607-6) to their Renewed Motion for Entry of an Order Requiring Proof of Diagnosis (Rec. Doc. 16607).

　　Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring,* No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.,* No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)). Exhibit E meets the standard for sealing as it contains sensitive photographs of former Plaintiffs that are of no interest to the public at large. Therefore, Exhibit E to Sanofi's Renewed Motion for Entry of an Order Requiring Proof of Diagnosis should be filed under seal.

　　Wherefore, Sanofi prays that this Court will grant leave to file under seal Exhibit E (Rec. Doc. 16607-6) to their Renewed Motion for Entry of an Order Requiring Proof of Diagnosis (Rec. Doc. 16607).

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
dmoore@irwinllc.com

Harley Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

***Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*