UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)                      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

## ORDER

Considering the foregoing *Ex Parte* Motion, filed by Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") for Leave to File Under Seal Exhibit E to Defendants' Renewed Motion for Entry of an Order Requiring Proof of Diagnosis;

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall file Exhibit E (Rec. Doc. 16607-6) to Sanofi's Renewed Motion for Entry of an Order Requiring Proof of Diagnosis (Rec. Doc. 16607) UNDER SEAL.

_____
UNITED STATES DISTRICT JUDGE