UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to: All cases | ) | |

# ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Under Seal Exhibit E to Defendants' Renewed Motion for Entry of an Order Requiring Proof of Diagnosis filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") (Rec. Doc. 16608);

**IT IS ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall file Exhibit E (Rec. Doc. 16607-6) to Sanofi's Renewed Motion for Entry of an Order Requiring Proof of Diagnosis (Rec. Doc. 16607) **UNDER SEAL.**

New Orleans, Louisiana, this 4th day of December, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE