UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| This document relates to: JoAnn Tullis, 2:20-cv-308 | ) ) ) | SECTION: "H" (5) |

## ORDER

Considering the First Supplemental Unopposed Motion to Substitute filed by Plaintiff, JoAnn Tullis (Rec. Doc. 16604);

**IT IS ORDERED** that the Motion to Substitute is **GRANTED** and that Glendon Tullis, on behalf of JoAnn Tullis, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 5th day of December, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE