UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Deborah Allen v. Sanofi US Services Inc., et al.*, Civil Action No. 2:19-cv-14597 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

### SANOFI DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 25</u>

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC (collectively "Sanofi"), who respectfully move this Court for leave to file Sanofi's Reply Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25. (Rec. Doc. 16564). This Reply Memorandum will be helpful to the Court in evaluating Sanofi's Motion and in considering the arguments raised by Plaintiff's Opposition. (Rec. Doc. 16592).

WHEREFORE, Sanofi respectfully request that this Court grant leave to file its Reply Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25.

1

Dated: December 6, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas J. Moore* <br> Douglas J. Moore (Bar No. 27706) <br> **IRWIN FRITCHIE URQUHART & MOORE LLC** <br> 400 Poydras Street, Suite 2700 <br> New Orleans, LA  70130 <br> Telephone: 504-310-2100 <br> Facsimile:  504-310-2120 <br> dmoore@irwinllc.com | Harley V. Ratliff <br> Adrienne L. Byard <br> Jordan Baehr <br> **SHOOK, HARDY & BACON L.L.P.** <br> 2555 Grand Boulevard <br> Kansas City, Missouri 64108 <br> Telephone: 816-474-6550 <br> Facsimile:  816-421-5547 <br> hratliff@shb.com <br> abyard@shb.com <br> jbaehr@shb.com <br><br> ***Counsel for Sanofi Defendants*** <br> ***Sanofi US Services Inc.*** <br> ***and Sanofi-Aventis U.S. LLC*** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

>*/s/ Douglas J. Moore*
>Douglas J. Moore