**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Eleanor Risch v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-08946 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

### ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25 filed by Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the Reply Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25 be filed.

New Orleans, Louisiana this _____ day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE