# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Betty Webb McConnell v. Sanofi US Services Inc., et al.*, Civil Action No. 2:16-cv-17155 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. file this Suggestion of Death upon the record in the above referenced case. Upon information and belief, Plaintiff Betty Webb McConnell (represented by Bachus & Schanker) died on or about May 20, 2018 and is survived by the following individuals: Louis B. McConnell (surviving spouse), Rennell Campbell (surviving child), Shondra L. Webb (surviving child), Kimberly L. Jones-Moss (surviving child), Casey P. Jones (surviving child).

Respectfully submitted,

/s/ *Jordan Baehr*

Jordan Baehr
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Betty Webb McConnell v. Sanofi US Services Inc., et al.*, Civil Action No. 2:16-cv-17155 | MDL NO. 2740 |

**Proof of Service**

I hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, and a true and correct copy of the foregoing was served upon the following by certified US mail (return receipt requested):

- Louis B. McConnell - Surviving Spouse
- Rennell Campbell - Surviving Child
- Shondra L. Webb - Surviving Child
- Kimberly Jones-Moss - Surviving Child
- Casey P. Jones – Surviving Child