UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** June Rittscher, 19-10139 Vivian Burgan, 17-12250 Erica Lieberman, 17-03729 Brenda Zurlo, 17-11044 Janice Caudle, 19-14111 | ) ) ) ) ) ) | |

# ORDER

At the July 11, 2023 Show Cause Hearing (Rec. Doc. 16199), this Court issued directives allowing certain plaintiffs an additional thirty (30) days within which to cure deficiencies in production identification evidence ("Product ID"). On August 11, 2023, Defendants advised the Court that 50 Plaintiffs failed to cure deficiencies within the prescribed time period.

On August 30, 2023, this Court issued an Order dismissing certain plaintiffs for their failure to follow this Court's directives (Rec. Doc. 16343). In that Order, this Court deferred ruling as to the dismissal of eight Plaintiffs' cases, noting that it was conducting further inquiry into those matters. *Id.* at n. 1. On November 16, 2023, Defendants advised the Court that, despite having over 90 days to do so, six of those eight Plaintiffs had not yet cured Product ID deficiencies and failed to provide any updates regarding such deficiencies.[1] The

---

[1] The parties advised the Court that Defendants subsequently withdrew their request for dismissal of Plaintiff Barbara Dannhardt's case. As to Plaintiff Brenda Zurlo, after review of her Product ID evidence, the Court finds that such evidence complies with CMO 12A ¶ 6, as it provides National Drug Code Numbers ("NDC") that Plaintiff contends are located within Plaintiff's medical records. Exhibit A; MDL Centrality Doc. 88271. Consistent with this Court's prior Show Cause rulings, any factual issues regarding Product ID evidence are

1

Court has reviewed the correspondence submitted by Plaintiffs and Defendants regarding those six Plaintiffs (attached) as well as the July 11, 2023 Transcript.[2]

Accordingly;

**IT IS ORDERED** that the following cases are **DISMISSED WITH PREJUDICE** for failure to comply with this Court's directives:

June Rittscher, 19-cv-10139[3]

Vivian Burgan, 17-12250

**IT IS FURTHER ORDERED** that any deficiencies in Product ID in the following cases will be addressed at the next Show Cause Hearing:

Erica Lieberman, 17-03729

Janice Caudle, 19-14111[4]

New Orleans, Louisiana, this 5th day of December, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

deferred to the transferor courts upon remand (Rec. Doc. 16199 at 28:11-29:22, 88:7-15). Accordingly, the Court declines to dismiss Plaintiff Zurlo's case at this time.

[2] Defendants' November 16, 2023 correspondence is attached as Exhibit A. Plaintiffs' individual responses are attached *in globo* as Exhibit B.

[3] Plaintiff Rittscher informed the Court that she had exhausted every avenue to obtain the required Product ID.

[4] Plaintiff Janice Caudle did not provide a response to Defendants' November 16, 2023 correspondence. However, at the July 11, 2023 Hearing, Defendants agreed to allow Plaintiff Caudle 30 days to file a "notice of proof of efforts" in trying to locate the correct Product ID (Rec. Doc. 16199 at 152:18-153:14). Since such notice was submitted, the Court declines to dismiss Plaintiff Caudle's case at this time.