# EXHIBIT A



950 Main Avenue, Suite 1100 | Cleveland, OH  44113 | TEL 216.592.5000 | FAX 216.592.5009

November 16, 2023

DIRECT DIAL  216.696.2286 | julie.callsen@tuckerellis.com

**VIA EMAIL** TaxotereMDL@laed.uscourts.gov
Honorable Jane Triche Milazzo
United States District Court - Eastern District of Louisiana
500 Poydras Street, Room C206
New Orleans, LA 70130

*Re: Taxotere (Docetaxel) Products Liability Litigation, MDL No. 2740*
    *Compliance with July 11, 2023 Show Cause Hearing Extensions*

Dear Judge Milazzo:

At this Court's July 11, 2023 Show Cause Hearing, certain plaintiffs were allowed an additional 30 days to produce product identification, and following the expiration of that time period, on August 11, 2023, Defendants submitted a letter brief to the Court listing 50 cases where the plaintiff had not cured the deficiency within the prescribed time period.  Various Plaintiffs responded to the Court and on August 30, 2023, an order dismissing all but eight of those cases was entered.  The Court advised it was "conducting further inquiry" into those matters.  (*See* Rec. Doc. 16343, fn. 1.)  Defendants write with an update in **bold** on these eight cases, since Plaintiffs have now had an additional 90 days to produce product identification from the show cause hearing:

| No. | Plaintiff Name | MDL Docket No. | Plaintiff's Counsel | Updated Status as to Case |
|-----|----------------|----------------|---------------------|----------------------------|
| 1 | Rittscher, June | 19-cv-10139 | Fleming Nolen & Jez | The case was initially set to be heard at 3/14/23 show cause hearing, but was placed on rollover stipulation entered before hearing.  At 7/11/23 show cause hearing, Plaintiff's product ID submission consisting of fax from facility identifying NDC not on the market until *after* Plaintiff's treatment was discussed.  Plaintiff was given 30 days to complete pending efforts with Medicare and distributor, and submit product ID.  (Hrg. Tr. at 17:12-18:3).  Plaintiff requested additional time to obtain a Medicare Summary Notice in her 8/11/23 letter to the Court.  **No product ID has been uploaded nor updates provided by counsel.  This case is ripe for dismissal.** |
| 2 | Thomas, Catherine | 17-cv-12865 | Johnson Law Group | **Plaintiff has uploaded product ID compliant with CMO 12A as to Sanofi, which is the only Defendant.  No further action is needed.** |

| No. | Plaintiff Name | MDL Docket No. | Plaintiff's Counsel | Updated Status as to Case |
|---|---|---|---|---|
| 3 | Zurlo, Brenda | 17-cv-11044 | Johnson Law Group | At 7/11/23 show cause hearing, Plaintiff's product ID submission consisting of table created by an unknown person identifying Winthrop NDCs, which was unsigned, was addressed.  Plaintiff was given 30 days to obtain a signed or otherwise authenticated version of this submission. (Hrg. Tr. at 105:15-116:1.)  Plaintiff stood by the product ID discussed at the hearing in her 8/17/23 letter to the Court.  **No further product ID has been uploaded nor updates provided by counsel.  This case is ripe for dismissal.** |
| 4 | Lucas, Nicole | 22-cv-00534 | Bachus & Schanker | **Plaintiff has uploaded product ID compliant with CMO 12A as to Sanofi.  Plaintiff filed a partial dismissal of remaining Defendants on 11/15/23 (Rec. Doc. 16560).  No further action is needed.** |
| 5 | Burgan, Vivian | 17-cv-12250 | Bachus & Schanker | At 7/11/23 show cause hearing, Plaintiff's product ID submission consisting of a spreadsheet of invoice records that did not cover the time period of Plaintiff's treatment (July to September 2011).  Plaintiff was given 30 days to obtain verification that the facility ordered no docetaxel products between April and September 2011.  (Hrg. Tr. 150:6-152:16.)  Plaintiff indicated in her 8/11/23 letter to the Court that efforts were ongoing.  **No further product ID has been uploaded nor updates provided by counsel.  This case is ripe for dismissal.** |
| 6 | Caudle, Janice | 19-cv-14111 | Bachus & Schanker | At 7/11/23 show cause hearing, Plaintiff was given 30 days to file notice of proof of her efforts to locate product ID some defendant other than Baxter (not a defendant and not manufacturing at time of plaintiff's treatment).  (Hrg. Tr. at 152:17-153:11.)  Plaintiff indicated in her 8/11/23 letter to the Court that efforts were ongoing and attached a copy of her 7/18/23 correspondence to treatment facility to determine product ID.  **No further product ID has been uploaded since that time, nor updates provided by counsel.  Defendants believe dismissal is therefore appropriate at this juncture.** |

| No. | Plaintiff Name | MDL Docket No. | Plaintiff's Counsel | Updated Status as to Case |
|---|---|---|---|---|
| 7 | Dannhardt, Barbara | 18-cv-07538 | Bachus & Schanker | At 7/11/23 show cause hearing, Plaintiff's product ID submission was discussed, consisting of a 2019 letter from the facility indicating that based on purchase records, it's "more likely than not" that Plaintiff received Hospira and stated that the purchase records were attached.  No purchase records were attached.  Plaintiff was given 30 days to submit CMO-12A Addendum evidence.  (Hrg. Tr. at 153:20-155:23.)  In her 8/11/23 letter, Plaintiff indicated that she had previously submitted a CMO-12 statement identifying Sanofi, Winthrop, and Sagent.  **Defendants have confirmed the CMO-12 statement described was uploaded in 2018.  As Plaintiff appears to be relying only on the 2018 statement to establish product ID, Hospira should be dismissed from the action.** |
| 8 | Lieberman, Erica | 17-cv-03729 | Bachus & Schanker | At 7/11/23 show cause hearing, Plaintiff was given 30 days to submit CMO-12A Addendum evidence to narrow down the potential manufacturers.  (Hrg. Tr. at 157:12-158:21.)  Plaintiff indicated in her 8/11/23 letter to the Court that efforts were ongoing.  **No further product ID has been uploaded nor updates provided by counsel.  This case is ripe for dismissal.** |

Based on the details provided above, Defendants seek dismissals with prejudice in *Rittscher*, *Zurlo*, *Burgan*, *Caudle*, *Dannhardt*, and *Lieberman*.

Respectfully,

*/s/ Julie A. Callsen*
Julie A. Callsen

*/s/ Jordan Baehr*
Jordan Baehr

Defendants' Show Cause Counsel

JAC
cc:     Dawn Barrios
        Palmer Lambert
        Claire Kreider
        Kelly Brilleaux
        John Olinde
        Douglas J. Moore

6243304.1