# **EXHIBIT B**



# FLEMING, NOLEN & JEZ, L.L.P.

2800 Post Oak Boulevard, Suite 4000
Houston, Texas 77056-6109
Tel 713-621-7944
Fax 713-621-9638

**RAND P. NOLEN**  Email: rand_nolen@fleming-law.com
*Board Certified - Personal Injury Trial Law*  Internet: http://www.fleming-law.com
*Texas Board of Legal Specialization*

November 29, 2023

<u>*Via Electronic Mail*</u>

Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room C206
New Orleans, LA 70130

Re:   *June D. Rittscher v. Accord Healthcare, Inc.;* Case No. 2:19-cv-10139; In The United States District Court for the Eastern District of Louisiana. MDL No. 2740 - IN RE: Taxotere (Docetaxel) Products Liability Litigation.

Dear Judge Milazzo:

In response to Julie A. Callsen and Jordan Baehr's November 16, 2023 "Show Cause Hearing Extensions" letter, my client June D. Rittscher appreciates the opportunities that the Court has afforded her to produce her product identification.

Ms. Rittscher, and her counsel, have now exhausted every avenue to obtain the required proof, and have been unsuccessful. Although there is no doubt that Ms. Rittscher was infused with Docetaxel, we have been unable to obtain documentation establishing the identity of the 505(b)(2) Defendant that produced and/or supplied the drug.

Respectfully Submitted,

Rand P. Nolen

RPN/pam
Cc: Defendants' Show Cause Counsel



November 30, 2023

Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-367
New Orleans, Louisiana 70130

Re:   In re: MDL 2740 Taxotere (Docetaxel) Products Liability Litigation: Bachus & Schanker cases

Dear Judge Milazzo,

    Plaintiffs oppose taking the actions suggested by Defendants in the cases listed below. The reasons Plaintiffs believe the cases should remain as-pending in the litigation are identified for each matter. Plaintiff respectfully requests the Court take action as indicated in **bold.**

| **Plaintiff Name** | **Docket Number** | **Defendants' Request Action** | **Plaintiff's Objection** |
|---|---|---|---|
| Vivian Burgan | 17-12250 | Dismissal of Action | Plaintiff originally uploaded product identification in 2018, which went unchallenged until 2023. Plaintiff contends that this evidence is sufficient because it is the purchasing history provided by the facility in response to Plaintiff's request and Defendants have not provided any evidence that another manufacturer other than Sanofi produced the docetaxel Plaintiff was infused with. Since the July 2023 show cause hearing, Plaintiff has continually made attempts to reach the persons she communicated with in 2018. **Exhibit 1.** Because of Defendants lapse in time in bringing forth deficiencies, it has proved difficult to reach the same persons at Summa Health. **Plaintiff believes this matter should continue against Sanofi, or alternatively, Plaintiff should be given more time to obtain product identification and Defendants should be required to obtain any evidence that Sanofi was not the manufacturer.** |



| Barbara Dannhardt | 18-cv-07536 | Dismiss Hospira, which dismisses the entire action | When Plaintiff first filed suit, she did not know the identity of the manufacturer and thus brought claims against all Defendants. Her treatment occurred between December 27, 2011 and March 26, 2012. On December 27, 2018, Plaintiff uploaded a statement regarding chemotherapy showing Sanofi and Sagent as the manufacturers, which was signed by a physicians' assistant; however, Defendants took issue with this because Sagent had not yet been approved for market. Plaintiff dug further and on September 23, 2019, uploaded a statement signed by the Regional Director of Pharmacy Oncology indicating that "more likely than not" Ms. Dannhardt received docetaxel manufactured by Hospira. Additionally, Plaintiff uploaded the Exhibit B with the purchasing history following the show cause hearing and the Director of Pharmacy is likely to have more access to information than a physicians assistant. Based on the product identification, Plaintiff dismissed all Defendants except for Hospira. **Plaintiff respectfully requests the Court either allow Plaintiff to proceed against Hospira or allow her to amend her complaint to include Sanofi and Sagent.** |
| Erica Lieberman | 17-cv-03729 | Dismiss the Action | Plaintiff first contacted and received product identification from Duke Health in 2018. Defendants did not raise a deficiency with the Court about the sufficiency of product identification until 2023- nearly five years later. Following the July 2023 show cause hearing, Plaintiff corresponded with Duke Health for months and finally exhausted efforts with Duke Health. Plaintiff is now making requests to her insurer. Many insurance claims forms have dosage information, and once dosage information is obtained, it will indicate who the manufacturer of the docetaxel is. **Plaintiff respectfully requests additional time to** |



|  |  |  | request information from Plaintiff's insurer. |
|---|---|---|---|

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.

# Fw: docetaxel

**Melanie Sulkin** <melanie.sulkin@coloradolaw.net>

Wed 11/29/2023 3:13 PM

To:robinskm@summahealth.org <robinskm@summahealth.org>;CReece@summahealth.org <CReece@summahealth.org>; Wiseman, Vicki L. <wisemanv@summahealth.org>

Hi All,

Would any of you be able to help me out and see if you guys ordered additional Taxotere in 2011 other than what was listed in the spreadsheet you sent to me?

Best,
Melanie

**Melanie Sulkin, Esq.**

Attorney
*direct* 303-825-5460
Melanie.Sulkin@ColoradoLaw.net

**BACHUS SCHANKER**
ELLIOTT JOHNSON BERGMAN HOLTON

*?*Please note our new mailing address is* :* 950 17th Street, Suite 1050, Denver, CO 80202
303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

---

**From:** Melanie Sulkin <melanie.sulkin@coloradolaw.net>
**Sent:** Friday, August 11, 2023 10:52 AM
**To:** Wiseman, Vicki L. <wisemanv@summahealth.org>
**Subject:** Re: docetaxel

Hi Vicki,

The Court wants to know whether any other docetaxel was ordered in 2011, other than what was reflected on the spreadsheet you sent me. Please let me know if you need any additional information

from me.

Best,
Melanie

**Melanie Sulkin, Esq.**
Attorney
*direct* 303-825-5460
Melanie.Sulkin@ColoradoLaw.net

**BACHUS SCHANKER**
ELLIOTT JOHNSON BERGMAN HOLTON

?*Please note our new mailing address is* : 950 17th Street, Suite 1050, Denver, CO 80202
303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

---

**From:** Wiseman, Vicki L. <wisemanv@summahealth.org>
**Sent:** Wednesday, November 28, 2018 1:00 PM
**To:** Melanie Sulkin <melanie.sulkin@coloradolaw.net>
**Subject:** FW: docetaxel

Good afternoon

This is the Taxol information that Pharmacy provided. Please confirm that you received this and if there is anything else your firm needs.

Thank you

*Vicki*

**Vicki Wiseman**
Billing Specialist / Infusion Services
Summa Health Cancer Institute

**Summa Health**
161 N. Forge St., Suite 194
Akron, OH 44304
p 330.375.7284  f 330.375.7435
wisemanv@summahealth.org



**From:** Reece, Connie
**Sent:** Wednesday, November 28, 2018 2:48 PM
**To:** Wiseman, Vicki L. <wisemanv@summahealth.org>
**Subject:** FW: docetaxel

# Connie Reece, MSN, RN.

System Manager Outpatient Oncology
Summa Health Cancer Institute

Summa Health
Jean B. and Milton N. Cooper Pavilion
Administration, Suite 296
161 North Forge Street | Akron, OH | 44304
p  330.375.3611

Parkview Pavilion
Infusion
155 5th Street Barberton, Ohio 44203
p 330.615.4152

Lake Medina Health Center
3800 Medina Road Medina, Ohio
Cell 330.715.2940

CReece@summahealth.org



**From:** Robinson, Kathy
**Sent:** Wednesday, November 28, 2018 2:46 PM
**To:** Reece, Connie <creece@summahealth.org>
**Subject:** docetaxel

*Kathy*

Kathleen Robinson, RPh, BCOP
Cooper Cancer Pavilion Pharmacy
Summa Health-Akron City Campus
161 N Forge St Suite 194
Akron, Ohio 44304
Telephone: 330-375-6531
Fax: 330-375-7287
robinskm@summahealth.org

Note: The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the intended recipient only. Federal and Ohio laws protect patient medical information that may be disclosed in this e-mail. If you are not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, disclosure, or copying of the contents is prohibited. If you have received this email in error, please notify the sender immediately.



2925 RICHMOND AVENUE, SUITE 1700, HOUSTON, TX 77098
TOLL FREE (800) 230-7700  PHONE (713) 626-9336  FAX (800) 731-6018
JOHNSONLAWGROUP.COM

November 21, 2023

Via Email
The Honorable Jane Triche Milazzo
United States District Judge
500 Poydras Street
Room C206
New Orleans, LA 70130

    RE: *In Re: Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740 Compliance with July 11, 2023 *Show Cause Hearing 30-Day Extension Deadlines*

-----

Dear Judge Milazzo:

  Plaintiff respectfully submits this letter brief in response to Defendants' November 16, 2023 submission regarding "non-compliance with 30 day extension deadlines." Plaintiff provides the below case specific response for the Court's consideration.

### I. Plaintiff Brenda Zurlo's Claim Should Not Be Dismissed As Produced Records Are In Compliance With CMO 12A Section 6(A).

  As stated in Plaintiff's August 16, 2023 letter to the Court, Contrary to Defendants' position Brenda Zurlo ("Plaintiff") is not "ripe for dismissal" and should not be dismissed. Defendants ask for dismissal, but as has long been held, involuntary dismissal is appropriate where, "plaintiff fails to prosecute or to comply with these rules *or a court order*." Fed. R. Civ. P. 41(b) *emphasis added*. As the Court is well aware, Case Management Oreder No. 12A ("CMO 12A") was entered with the purpose to "determine the time frame Plaintiff was treated was docetaxel" and identify the "National Drug Code ("NDC") number(s) for the docetaxel Plaintiff received." Case Management Order No 12A (Amended Produce Identification Order), Sect. 1, 7/15/2018, Doc. 3492. CMO 12A Section 6 specifically notes that certain information "is presumed sufficient evidence to establish the identity of the manufacturer(s) or labeler of docetaxel in this MDL." *Id*. at Sect. 6. One such source "presumed sufficient" is "National Drug Code ("NDC") numbers contained in the patient's medical…records." *Id*. at 6(a). On February 16, 2018, Plaintiff provided to Defendants medical records containing a chart with treatment dates from 10/17/2011 – 1/30/2012 and NDC's codes solely linked to a single manufacturer of docetaxel. MDL Centrality Doc. 88271. The provided records bear the header "Chemotherapy Drugs-Eastern Regional Medical Center" and indicates at the bottom of the page "ROI REQUEST PRINTED FROM ONBASE." *Id*. OnBase is a records management platform developed by Hyland Software Inc. OnBase, https://www.hyland.com/en/products/onbase (last visited Aug. 17, 2023). Despite the provided medical records containing the treatment facilities' letter head and coming from a records management platform, Plaintiff was identified by Defendants as lacking CMO 12A PID, in their list for the 7/11/2023 Show Cause hearing. Here, as required by CMO 12A, Plaintiff has provided medical records that, "determine the time frame Plaintiff was treated was docetaxel" and identify the "National Drug Code ("NDC") number(s) for the docetaxel Plaintiff received." Defendants have not disputed any of his and merely note that "no further



2925 RICHMOND AVENUE, SUITE 1700, HOUSTON, TX 77098
TOLL FREE (800) 230-7700  PHONE (713) 626-9336  FAX (800) 731-6018
JOHNSONLAWGROUP.COM

product ID has been uploaded…" As a result, dismissal is not appropriate as Plaintiff has not failed to prosecute her case nor is she in non-compliance with the Court's prior orders. Defendants' request is contrary to the requirements of CMO 12A and should be **denied**.

For the foregoing noted reasons, Defendants' request for dismissal as to Plaintiff should be **DENIED**.

Sincerely,

Pierce Jones
*Counsel for Plaintiff*

2