## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)　　　　)　　　MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION　　)

　　　　　　　　　　　　　　　　　　　　　)　　　SECTION: "H" (5)

　　　　　　　　　　　　　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　　　)

This document relates to:　　　　　　　)
Deborah Allen, 2:19-cv-14597　　　　　)

## <u>ORDER</u>

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25 filed by Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC (Rec. Doc. 16615);

**IT IS ORDERED** that the Motion is **GRANTED**, and that the Reply Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25 be filed.

New Orleans, Louisiana, this 6th day of December, 2023.

_____

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**