UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: Ruth Duff, 2:17-cv-15673 | | |

## ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25 filed by Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC (Rec. Doc. 16616);

**IT IS ORDERED** that the Motion is **GRANTED**, and that the Reply Memorandum in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 25 be filed.

New Orleans, Louisiana, this 6th day of December, 2023.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**