

Steven M. Harkins
Tel 678.553.2312
Fax 678.553.2441
HarkinsS@gtlaw.com

December 6, 2023

**VIA ECF**

The Honorable Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-206
New Orleans, LA 70130

    Re:    *MDL 2740 - Taxotere (Docetaxel) Products Liability Litigation*
                **(Docket No.: 2:16-md-02740-JTM-MBN)**

Dear Judge Milazzo:

    Pursuant to a notice of appearance filed October 2, 2023, undersigned counsel with Greenberg Traurig, LLP represents Defendants Actavis LLC, Actavis Pharma, Inc., and Sagent Pharmaceuticals Inc. ("Actavis and Sagent"), in this litigation. I write regarding certain Pretrial and Case Management Orders entered in this matter which list individuals as contacts for Actavis and Sagent, who have previously been represented by counsel from Ulmer & Byrne LLP, including Michael J. Suffern, Esq., Jennifer Syder Heis, Esq., Kimberly Beck, Esq. and Jeff Schaefer, Esq. ("Ulmer"). While Ulmer will remain counsel of record for Actavis and Sagent, Greenberg Traurig and I will be taking over as lead counsel for Actavis and Sagent along with my colleagues James R. Browning, Esq., and Shreya H. Shah, Esq. Pursuant to PTO 7, I have provided a Counsel Contact Information form to liaison counsel.

    Attached to this letter are two proposed Pretrial Orders—32B and 83A—for the Court's consideration. These proposed orders amend these prior, Actavis- and Sagent-specific Pretrial Orders in order to update the contact email addresses provided for streamlined service. There are no other substantive changes in these proposed amended Pretrial Orders.

    There are several other Orders, including Case Management Orders 12A and 37A, and Pretrial Order 49, which are not specific to Actavis and Sagent but list Ulmer counsel as contact counsel for Actavis and Sagent. In order to avoid requesting the Court to reenter multiple, non-Actavis- and Sagent-specific Pretrial Orders, we respectfully notify the Court and all Parties in this correspondence that the following contact information should be used for the purposes of any communications related to this case, in particular those communications made pursuant to Case Management Orders 12A and 37A, and Pretrial Order 49:

**Greenberg Traurig, LLP | Attorneys at Law**
3333 Piedmont Road NE | Suite 2500 | Atlanta, Georgia 30305 | T +1.678.553.2100 | F +1.678.553.2212

www.gtlaw.com

The Honorable Jane Triche Milazzo
December 6, 2023
Page 2
_____

        Steven M. Harkins
        James R. Browning
        Shreya H. Shah
        GREENBERG TAURIG, LLP
        3333 Piedmont Road NE
        Suite 2500
        Atlanta, GA 30305
        T: 678.553.2100
        F. 678.553.2212
        HarkinsS@GTLaw.com
        BrowningJ@GTLaw.com
        Shreya.Shah@GTLaw.com

      Please let us know if the Court prefers that we instead submit proposed amendments to Case Management Orders 12A and 37A, and Pretrial Order 49 or any other order. To the extent there are any questions about this substitution, we are available at the Court's convenience. Thank you for your time and consideration.

        Respectfully submitted,

        */s/ Steven M. Harkins*

        Steven M. Harkins

cc:    All Counsel of Record (via ECF)