UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                            SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

**PRETRIAL ORDER NO. 83A**
**(Amended Order re: Streamlined Service on Sagent Pharmaceuticals, Inc.)**

**I.    SCOPE OF THE ORDER**

This Stipulated Order shall govern (1) cases transferred to this Court by the Judicial Panel on Multidistrict Litigation, pursuant to its Order of October 4, 2016; (2) any tag-along actions subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.1 of the Rules of Procedure of that Panel; and (3) all related cases originally filed in this Court or transferred or removed to this Court. The Order only applies to claims brought by a U.S. citizen or resident based on usage or purchase of docetaxel in the United States.

**II.    STREAMLINED SERVICE OF PROCESS FOR SAGENT PHARMACEUTICALS, INC.**

A.    Solely for purposes of this Multidistrict Litigation, ("MDL") Sagent Pharmaceuticals, Inc. ("Sagent") agrees to waive formal service of process under Federal Rule of Civil Procedure 4 and to accept service of Short Form Complaints in docetaxel cases that are properly commenced in, removed to, or transferred to

1

this MDL. By waiving formal service of process, Sagent does not waive any defenses available to it.

B.  These procedures for informal service of process are not available in cases in which the Plaintiff seeks remand to state court unless and until remand is denied. For Plaintiffs seeking remand, all deadlines set forth in this Order run from the date on which remand is denied.

C.  Plaintiffs whose Complaints are not subject to Paragraph B above, who have not already named and served Sagent, shall have ninety (90) days from the date the case is docketed in the MDL, or the date a Plaintiff's motion for leave to amend to add Sagent is granted, whichever is later, to serve the Short Form Complaint (Rec. Doc. 1463-1) with a Summons. Plaintiffs whose cases already have been docketed in this MDL, and in which Sagent is already named as a defendant, shall have sixty (60) days from entry of this Order to serve the Short Form Complaint with a Summons. The Short Form Complaint and a Summons shall be served by electronic mail ("email") to the following address: SagentCS@gtlaw.com. Each email sent to this address shall only contain one Short Form Complaint and Summons, and the subject line of each email shall state the plaintiff's first and last name as well as the originating court. The body of each email must also include contact information for counsel of record.

D.  Plaintiffs should receive an automatic reply from the mailbox address when a Short Form Complaint is served. If no such reply is received within twenty-four (24) hours, Plaintiffs should re-serve it pursuant to the terms of this

Order. Upon successful e-mail service, the date of the initial effort to serve the Short Form Complaint via email shall be deemed the date of service.

      E.    Service will be effective only if addressed as above. General mailing or use of other methods of transmission, including but not limited to Federal Express or email to an alternate address, will not be sufficient to effect service. In accordance with Pretrial Order Nos. 1 and 42, Sagent is not required to respond to effectively served Short Form Complaints until a date to be set by the Court. Sagent agrees to provide thirty (30) days written notice before moving to dismiss for a technical defect in the service process described in this section. Failure to serve a Short Form Complaint within the time periods set forth above will be subject to the standards governing Fed. R. Civ. P. 4(m). Other than those based on formal service of process, Sagent reserves all other rights and defenses available to it under federal or state law and under applicable treaties and conventions.

      New Orleans, Louisiana, this ____ day of _____, 2023

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**