## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 :  : SECTION "H" (5) : : JUDGE JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:** *Carolyn Belin v. Sanofi US Services Inc. et al.* *Civil Action No. 2:18-cv-8242* | : : MAGISTRATE JUDGE NORTH |

### NOTICE AND SUGGESTION OF DEATH AS TO PLAINTIFF CAROLYN BELIN

The undersigned counsel hereby files this Notice and Suggestion of Death and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Carolyn Belin.

Dated: December 8, 2023

By: *s/ Julie A.K. Reynolds*
Julie A.K. Reynolds (MN #0392426)
Munir R. Meghjee (MN #0301437)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
jreynolds@robinskaplan.com
mmeghjee@robinskaplan.com

*ATTORNEYS FOR THE PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 8, 2023					By:	*s/ Julie A.K. Reynolds*
							Julie A.K. Reynolds (MN #0392426)
							Munir R. Meghjee (MN #0301437)
							Robins Kaplan LLP
							800 LaSalle Avenue, Suite 2800
							Minneapolis, MN 55402
							Telephone: (612) 349-8500
							Facsimile: (612) 339-4181
							jreynolds@robinskaplan.com
							mmeghjee@robinskaplan.com

							***ATTORNEYS FOR THE PLAINTIFF***