UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| This document relates to: | ) | |
| JoAnn Tullis, 2:20-cv-308 | ) | |

### ORDER

Before the Court is a Motion for Leave to File Third Amended Short Form Complaint (Rec. Doc. 16596). The Court has been advised that the Motion is unopposed. Accordingly;

**IT IS ORDERED** that the Motion for Leave to File Third Amended Short Form Complaint is **GRANTED**. The Clerk's office is instructed to file the Amended Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 8th day of December, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE