UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)        )    MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION   )

                                         )    SECTION: "H" (5)
This document relates to:            )
Bonnie Whitehurse, 2:19-cv-14622  )

## ORDER

Before the Court is a Motion for Substitution of Party filed by Plaintiff, Bonnie Whitehurse (Rec. Doc. 16579);

**IT IS ORDERED** that the Motion is **GRANTED** and that John D. Whitehurse, on behalf of Bonnie Whitehurse, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 8th day of December, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE