UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| This document relates to: ) | |
| Maxine Doss, 2:20-cv-03276 ) | |

## ORDER

Before the Court is a Motion to Substitute Thomas Doss on behalf of Maxine Doss filed by Plaintiff, Maxine Doss (Rec. Doc. 16584);

**IT IS ORDERED** that the Motion is **GRANTED** and that Thomas Doss, on behalf of Maxine Doss, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 8th day of December, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE