UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| This document relates to: Margaret Jeszenka, 2:17-cv-11766 | ) ) ) | SECTION: "H" (5) |

# ORDER

Before the Court is a Motion to Substitute filed by Plaintiff, Margaret Jeszenka (Rec. Doc. 16585);

**IT IS ORDERED** that the Motion is **GRANTED** and that Nicole Noe, on behalf of Margaret Jeszenka, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 8th day of December, 2023.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**