UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| This document relates to: Sandra Morales, 2:17-cv-15058 | ) ) ) | SECTION: "H" (5) |

# ORDER

Before the Court is a Motion for Substitution of Proper Party filed by Plaintiff, Sandra Morales (Rec. Doc. 16586);

**IT IS ORDERED** that the Motion is **GRANTED** and that Pete Morales, on behalf of Sandra Morales, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 8th day of December, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE