UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)       ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION     ) | |
|                                                                     ) | SECTION: "H" (5) |
| This document relates to:                     ) | |
| Eugenia Williams, 2:18-cv-10813       ) | |

## ORDER

Before the Court is a Motion to Substitute filed by Plaintiff, Eugenia Williams (Rec. Doc. 16597);

**IT IS ORDERED** that the Motion is **GRANTED** and that Harold E. Williams, Sr., on behalf of Eugenia Williams, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 8th day of December, 2023.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE