UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO |
| JoAnn Tullis | : : : | MAG. JUDGE NORTH |
| Plaintiff, | : : | |
| vs. | : : | Civil Action No.: 2:20-cv-308 |
| SANOFI-AVENTIS U.S. LLC, ET AL., | : : | |
| Defendants. | : | |

___

**PLAINTIFF'S FIRST SUPPLEMENTAL MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE UNDER RULE 25**

Plaintiff, JoAnn Tullis, pursuant to Rule 6, *Fed. R. Civ. P.*, moves for an extension of the 90-day deadline to file a Motion to Substitute Party, as required under Rule 25, *Fed. R. Civ. P.*, because:

1. The Time for Plaintiff to file its Motion to Substitute Party has passed. Nevertheless, on December 5, 2023, the Court granted Plaintiff's Motion to Substitute Party (Doc. 16614);

2. Plaintiff failed to act, before the Rule 25 deadline of 90 days to file the Motion to Substitute Party because of excusable neglect;

3. Plaintiff JoAnn Tullis died on April 22, 2021;

4. Suggestion of Death was filed on March 14, 2022;

5. Petition for probate was filed on March 28, 2022; and

6. Plaintiff's law firm received letters Testamentary on June 8, 2022.

7. Plaintiff's counsel's office inadvertently failed to calendar the 90-day deadline, under Rule 25, and missed filing a Motion to Substitute Plaintiff before the deadline, and now seeks leave

1

of Court, in a separate instrument filed herewith, to substitute Glendon Tullis as Personal Representative for the Estate of JoAnn Tullis. Plaintiff's counsel's office's failure to timely file a Motion to Substitute Counsel was not the result of conscious indifference, but due to excusable neglect.

8. Defendant did not file its Motion to Dismiss until November 20, 2023. Once this oversight was brought to Plaintiff's attention, Plaintiff immediately took action. Denying Defendant's Motion to Dismiss and Extending the deadline for Plaintiff to file a Motion to Substitute Party will not affect any deadlines, result in any delay or any undue burden on any party. Nor will any extension of time have any impact on the judicial proceedings. No harm or prejudice has or will result to Defendant. Plaintiff, in good faith, intends to fully prosecute this matter to conclusion. Good cause exists for granting this Motion.

9. Per the Certificate of Conference, Defendant has agreed to withdraw its Motion to Dismiss and believes this motion is moot, as Defendant did not oppose our Motion to Substitute Party and the Court has now granted same.

WHEREFORE, Plaintiff prays that the Court enter an Order extending the 90 day deadline, imposed under Rule 25, to comport with the Court's Order granting Plaintiff's Motion to Substitute Party, and further, so Plaintiff will have to opportunity to amend their complaint naming Glendon Tullis as Plaintiff, on behalf of JoAnn Tullis. Plaintiff further prays that Defendant's Motion to Dismiss be denied and for such other appropriate relief.

Dated: December 11, 2023

Respectfully Submitted,

                                      FERRER, POIROT & WANSBROUGH

                                      /s/John T. Kirtley, III
                                      John T. Kirtley, III
                                      Texas Bar No. 11534050
                                      2603 Oak Lawn Ave., Suite 300
                                      Dallas, Texas 75219
                                      214-521-4412
                                      214-526-6026 (fax)
                                      jkirtley@lawyerworks.com
                                      (Asst. molvera@lawyerworks.com)
                                      Counsel for Plaintiff

## CERTIFICATE OF SERVICE

     I hereby certify that on December 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        /s/John T. Kirtley, III
                                        John T. Kirtley, III

## CERTIFICATE OF CONFERENCE

     On November 29, 2023, Counsel for Defendant, Jordan Baehr, in an email, stated:

In the interest of cooperation, we will not oppose your Motion to Substitute, and **will agree to withdraw our request for dismissal of the case**.  As such, **we believe the Motion for Extension is moot** and need not be filed.  If it is filed, we would not agree to any characterization of the Motion for Extension as unopposed. We take no position on your Motion for Leave to file the Amended Complaint, and reserve all rights, objections and defenses to the proposed Amended Complaint as existed with respect to the original Short Form Complaint.

Thank you,
Jordan
(Emphasis added)

                                        /s/John T. Kirtley, III
                                        John T. Kirtley, III