# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:20-cv-308 |
| JoAnn Tullis | | |
| Plaintiff, | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |

---

## ORDER ON PLAINTIFF'S FIRST SUPPLEMENTAL MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE UNDER RULE 25

Plaintiff, JoAnn Tullis' First Supplemental Motion for Leave to Extend The 90 Day Deadline Under Rule 25 is GRANTED.

Plaintiff, the deadline imposed under Rule 25 is hereby extended to allow Plaintiff to file her Motion to Substitute Party.

The Court further finds that on December 5, 2023 (Doc. 16614), it has granted Plaintiff's Motion to Substitute Party and allowing Glendon Tullis to be substituted as Plaintiff on behalf of JoAnn Tullis. Thus, the deadline is hereby extended to December 5, 2023.

So ORDERED this _____ day of _____, 202__.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1