UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | |
| : | SECTION "H" (5) |
| : | JUDGE JANE TRICHE MILAZZO |
| : | MAG. JUDGE MICHAEL B. NORTH |
| : | |
| THIS DOCUMENT RELATES TO : | |
| JOANN TULLIS   No. 2:20-cv-308 : | |

### NOTICE OF SUBMISSION OF PLAINTIFF'S FIRST SUPPLEMENTAL MOTION FOR LEAVE TO EXTEND THE 90 DAY DEADLINE UNDER RULE 25

PLEASE TAKE NOTICE that Plaintiff's First Supplemental Motion for Leave to Extend the 90 Day Deadline is hereby set for submission before District Court Judge Milazzo on January 3, 2024 at 9:30 a.m.

This the 11th day of December, 2023.

Respectfully submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
  (Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III

1