**Exhibit A to Hospira's and Pfizer's Omnibus Opposition to Motions for Reconsideration of the Court's Order Dismissing Cases for Failure to Comply with Case Management Order No. 35**

|  | Case Name | Plaintiff | Case No. | Primary Plaintiff's Counsel | Filed | Motion Docket No. |
|---|---|---|---|---|---|---|
| 1 | Brewer v. Hospira, Inc. et al | Deborah Brewer | 2:19-cv-13102 | Grant & Eisenhofer P.A (Delaware) | 10/11/2019 | 16433 |
| 2 | Lackey v. Sanofi S.A. et al | Tammy Lackey | 2:17-cv-9705 | Niemeyer, Grebel & Kruse LLC | 9/27/2017 | 16434 |
| 3 | Thompson v. Hospira, Inc. et al | Theatrice Thompson | 2:18-cv-09371 | Niemeyer, Grebel & Kruse LLC | 10/9/2018 | 16435 |
| 4 | Adams v. Sanofi US Services Inc. et al | Tessie Adams | 2:17-cv-16210 | Allen & Nolte, PLLC | 12/9/2017 | 16436 |
| 5 | Gilson v. Sanofi S.A. et al | Kathleen L Gilson | 2:17-cv-14003 | Diamond Law, PLLC | 12/1/2017 | 16437 |
| 6 | Hansen v. Hospira, Inc., Inc. | Lori Hansen | 2:18-cv-00355 | Atkins & Markoff | 1/11/2018 | 16445 |
| 7 | Brown v. Sanofi, et al. | Ada Brown | 2:16-cv-17142 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 8 | Brown v. Sanofi, et al. | Chantel Brown | 2:16-cv-17160 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 9 | Burnstein v. Sanofi, et al. | Gwen Burnstein | 2:16-cv-17172 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 10 | Champagne v. Sanofi, et al. | Rose Champagne | 2:16-cv-17174 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 11 | Chappell v. Sanofi, et al. | Edith Chappell | 2:16-cv-17163 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 12 | Chorak v. Sanofi, et al. | Amy Chorak | 2:16-cv-17165 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 13 | Clendenon v. Sanofi, et al. | Janice Clendenon | 2:16-cv-17157 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 14 | Coleman v. Sanofi, et al. | Virginia Coleman | 2:16-cv-17124 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 15 | Dawson v. Sanofi, et al. | Earnestine Dawson | 2:16-cv-17119 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 16 | Fuller v. Sanofi, et al. | Gloria Fuller | 2:16-cv-17231 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 17 | Goins v. Sanofi, et al. | Rosie Goins | 2:17-cv-00739 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 18 | Granderson v. Sanofi, et al. | Thelma Granderson | 2:16-cv-17152 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 19 | Harris v. Sanofi, et al. | Ruby Harris | 2:16-cv-17145 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 20 | Hawkins v. Sanofi, et al. | Ethel Hawkins | 2:16-cv-17188 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 21 | Hyde v. Sanofi, et al. | Sherwanda Hyde | 2:16-cv-17158 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 22 | Johnson v. Sanofi, et al. | Jonnie Johnson | 2:16-cv-17166 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 23 | Jones v. Sanofi, et al. | Joyce Jones | 2:16-cv-17209 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 24 | Justice v. Sanofi, et al. | Kristy Justice | 2:16-cv-17186 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 25 | Kidd v. Sanofi, et al. | Pamala Kidd | 2:16-cv-17181 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 26 | Lewis v. Sanofi, et al. | Sylvia Lewis | 2:16-cv-17185 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 27 | Manigault v. Sanofi, et al. | Geraldine Manigault | 2:16-cv-17214 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 28 | O'Brien v. Sanofi, et al. | Linda O'Brien | 2:16-cv-17508 | Bachus & Schanker, LLC | 12/15/2016 | 16447 |
| 29 | Palmatier v. Sanofi, et al. | Christine Palmatier | 2:16-cv-17223 | Bachus & Schanker, LLC | 12/15/2016 | 16447 |
| 30 | Powell v. Sanofi, et al. | Towanna Powell | 2:16-cv-17509 | Bachus & Schanker, LLC | 12/15/2016 | 16447 |
| 31 | Section v. Sanofi, et al. | Annie Section | 2:16-cv-17147 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |

|    | Case Name | Plaintiff | Case No. | Primary Plaintiff's Counsel | Filed | Motion Docket No. |
|----|-----------|-----------|----------|-----------------------------|-------|-------------------|
| 32 | Sheffield v. Sanofi, et al. | Rosetta Sheffield | 2:16-cv-17168 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 33 | Siler v. Sanofi, et al. | Annie Siler | 2:16-cv-17094 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 34 | Spencer v. Sanofi, et al. | Kimberly Spencer | 2:16-cv-17141 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 35 | Tarver v. Sanofi, et al. | Theresa Tarver | 2:17-cv-00094 | Bachus & Schanker, LLC | 1/5/2017 | 16447 |
| 36 | Turner v. Sanofi, et al. | Cynthia Turner | 2:16-cv-17199 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 37 | Waller v. Sanofi, et al. | Sarah Waller | 2:16-cv-17241 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 38 | Ward v. Sanofi, et al. | Linda Ward | 2:16-cv-17493 | Bachus & Schanker, LLC | 12/15/2016 | 16447 |
| 39 | Webb-McConnell v. Sanofi, et al. | Betty Web-McConnell | 2:16-cv-17155 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 40 | Williams v. Sanofi, et al. | Daphine Williams | 2:16-cv-17220 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 41 | Willis v. Sanofi, et al. | Lisa Willis | 2:16-cv-17492 | Bachus & Schanker, LLC | 12/15/2016 | 16447 |
| 42 | Moore v Hospira, Inc. | Debbie Moore | 2:19-cv-13488 | Bachus & Schanker, LLC | 11/7/2019 | 16447 |
| 43 | Rogers v. Hospira, Inc. et al | Roberta Rogers | 2:20-cv-01890 | Bachus & Schanker, LLC | 7/2/2020 | 16447 |
| 44 | Byers v. Sanofi-Aventis U.S. LLC et al | Sheila Byers | 2:17-cv-16959 | Bachus & Schanker, LLC | 12/11/2017 | 16447 |
| 45 | Knight v. Sanofi US Services Inc. et al | Michele Knight | 2:19-cv-12394 | Bachus & Schanker, LLC | 8/30/2019 | 16447 |
| 46 | Manning v. Sanofi-Aventis U.S. LLC, et al | Yvonne Manning | 2:18-cv-01925 | Bachus & Schanker, LLC | 2/22/2018 | 16447 |
| 47 | Melvin v. Hospira, Inc., Inc. et al | Linda Melvin | 2:17-cv-9529 | Bachus & Schanker, LLC | 9/23/2017 | 16447 |
| 48 | Williams v. Sanofi S.A. et al | Doris Williams | 2:16-cv-17044 | Bachus & Schanker, LLC | 12/9/2016 | 16447 |
| 49 | Yessilth v. Hospira, Inc. et al | Iris Yessilth | 2:17-cv-8166 | Bachus & Schanker, LLC | 8/23/2017 | 16447 |
| 50 | Walker (C) v. Sanofi, et al. | Catherine Walker | 2:16-cv-17114 | Bachus & Schanker, LLC | 12/12/2016 | 16447 |
| 51 | Della Rocca v. Hospira, Inc. et al | Lara Della Rocca | 2:19-cv-00908 | Terry & Thweatt, P.C. | 2/5/2019 | 16468 |
| 52 | Gardner v. Sanofi US Services Inc. et al | Patricia Gardner | 2:18-cv-14157 | Terry & Thweatt, P.C. | 2/5/2019 | 16468 |
| 53 | Howard v. Sanofi US Services Inc. et al | Mille Howard | 2:19-cv-00349 | Terry & Thweatt, P.C. | 1/17/2019 | 16468 |
| 54 | Tengesdahl v. Sanofi S.A. et al | Coretta Tengesdahl | 2:17-cv-6354 | Bruno & Bruno | 6/30/2017 | 16474 |