# EXHIBIT A

| Case Name | Case Number | Counsel |
|---|---|---|
| Beverly Davis | 2:17-cv-15831 | Allen & Nolte, PLLC |
| Patricia White | 2:17-cv-16170 | Allen & Nolte, PLLC |
| Joyce Riolo | 2:17-cv-16435 | Allen & Nolte, PLLC |
| Mary Bailey | 2:17-cv-15706 | Allen & Nolte, PLLC |
| Pamela Davis | 2:17-cv-15837 | Allen & Nolte, PLLC |
| Patti Smith | 2:17-cv-16030 | Allen & Nolte, PLLC |
| Sydney Beifeld | 2:17-cv-15723 | Allen & Nolte, PLLC |
| Velma Berry | 2:17-cv-15728 | Allen & Nolte, PLLC |
| Christina Contawe | 2:17-cv-11630 | Schmidt National Law Group |
| Natalie Yarnall | 2:17-cv-11740 | Schmidt National Law Group |
| Anise Thomas | 2:17-cv-14481 | Schmidt National Law Group |
| Hope Blake | 2:18-cv-11902 | Bachus & Schanker, LLC |
| Rebecca Cain | 2:17-cv-08649 | Bachus & Schanker, LLC |
| Lisa Keller | 2:17-cv-11903 | Bachus & Schanker, LLC |
| Caridad Losada | 2:18-cv-04624 | Bachus & Schanker, LLC |
| Lisa Medici | 2:16-cv-15569 | Bachus & Schanker, LLC |
| Shirley Oliver | 2:19-cv-13233 | Bachus & Schanker, LLC |
| Martha Turner* | 2:18-cv-04629 | Bachus & Schanker, LLC |
| Cynthia Vickers | 2:19-cv-12459 | Bachus & Schanker, LLC |
| Janice Johnson | 2:19-cv-12235 | Bachus & Schanker, LLC |
| Monica Meyers | 2:16-cv-15323 | Bachus & Schanker, LLC |
| Janice Swicegood | 2:18-cv-09079 | Niemeyer, Grebel & Kruse, LLC |
| Christine Dvorak | 2:19-cv-13100 | Grant & Eisenhofer, P.A. |
| Donna Harrison | 2:19-cv-10847 | Grant & Eisenhofer, P.A. |
| Rena Nolin | 2:19-cv-13106 | Grant & Eisenhofer, P.A. |

*Indicated as Shirley Turner in Rec. Doc. 16406.