# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

************************************************************
IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                        Civil Action No. 16-MD-2740
                        Section "H"(5)
                        New Orleans, Louisiana
                        July 22, 2022

THIS DOCUMENT RELATES TO ALL CASES
************************************************************

              TRANSCRIPT OF GENERAL STATUS CONFERENCE
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                  UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE PLAINTIFFS:

> *MATTHEW PALMER LAMBERT*
> GAINSBURGH BENJAMIN DAVID MEUNIER
> & WARSHAUER
> 1100 POYDRAS STREET
> SUITE 2800
> NEW ORLEANS, LA 70163
>
> *CHRISTOPHER COFFIN*
> PENDLEY BAUDIN & COFFIN
> 1515 POYDRAS STREET
> NEW ORLEANS, LA 70112
>
> *KAREN BARTH MENZIES*
> GIBBS LAW GROUP
> 400 CONTINENTAL BOULEVARD
> EL SUGUNDO, CA 90245
>
> *CHRISTOPHER ELLIOTT*
> BACHUS & SCHANKER
> 1899 WYNKOOP STREET
> SUITE 700
> DENVER, CO 80202

1    there's no change to this section.

2         No. 7, Plaintiff and Defendant Fact Sheets, I won't

3    read into the record the numbers, but the parties,

4    particularly defendants, have updated the numbers of cases,

5    plaintiff fact sheets per defendant in that section.

6         Section No. 8, Service on Defendants, this section is

7    unchanged, but I do want to remind counsel of the revised

8    pretrial order related to streamlined service on Accord.

9    That's Record Document 13877.

10         And we also discussed some pending motion practice

11    related to failure of counsel to serve defendants and the

12    Court will be entering an order that all counsel have until

13    August 31, 2022, to correct any service issues in their

14    cases.

15         THE COURT:  All right.  I want to speak to that just

16    briefly.  And I want plaintiffs' counsel to understand that

17    it is the obligation of the plaintiff to properly serve and

18    you should not anticipate some notice coming from a defendant

19    to say, oh, by the way, I have not been served.  It's not the

20    defendant's obligation to search through plaintiff fact

21    sheets to determine if they are indeed a defendant.  And so I

22    am -- this is an obligation of the plaintiff and the

23    plaintiff only, and I will give you until August 31st to

24    verify proper service.

25         MR. LAMBERT:  Thank you, Judge.  And if anybody has