UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE JANE TRICHE MILAZZO |
| *Sylvia Cunningham v. Sanofi US Services Inc., et al.*, Civil Action No. 2:19-cv-13220 | MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. file this Suggestion of Death upon the record in the above referenced case. Upon information and belief, Plaintiff Sylvia Cunningham (represented by Bailey Greer) died on or about January 19, 2019 and is survived by the following individuals: Thomas Cunningham (surviving spouse), Janet Smith (surviving child), Evette Lock (surviving child), Jerry Cunningham (surviving child), Kelly Mays (surviving spouse).

Respectfully submitted,

/s/ *Jordan Baehr*

Jordan Baehr
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Sylvia Cunningham v. Sanofi US Services Inc., et al.*, Civil Action No. 2:19-cv-13220 | MDL NO. 2740 |

## Proof of Service

I hereby certify that on December 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, and a true and correct copy of the foregoing was served upon the following by certified US mail (return receipt requested):

- Thomas Cunningham Jr. - Surviving Spouse
- Janet Smith - Surviving Child
- Evette Lock - Surviving Child
- Jerry Cunningham - Surviving Child
- Kelly Mays – Surviving Child

2