UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) | |

## ORDER

On December 1, 2023, Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") filed a Motion for Entry of Order Requiring Proof of Diagnosis, which is currently set for submission on December 20, 2023 (Rec. Doc. 16607). The Court has been advised that the parties have agreed to reset the submission date to allow Plaintiffs additional time within which to respond. Accordingly;

**IT IS ORDERED** that the submission date on Sanofi's Motion (Rec. Doc. 16607) is **RESET** to January 3, 2024.

New Orleans, Louisiana, this 13th day of December, 2023.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE