UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Gertestine McFerson v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-11822 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

      In accordance with Federal Rule of Civil Procedure 25(a), counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. file this Suggestion of Death upon the record in the above referenced case. Upon information and belief, Plaintiff Gertestine McFerson (represented by Bachus & Schanker) died on or about December 30, 2019 and is survived by the following individuals: Reginald L. McFerson Jr. (surviving child), Veronica Smiley (surviving child).

      Respectfully submitted,

      /s/ *Jordan Baehr*

      Jordan Baehr
      **SHOOK, HARDY & BACON L.L.P.**
      2555 Grand Boulevard
      Kansas City, Missouri 64108
      Telephone: 816-474-6550
      Facsimile: 816-421-5547
      jbaehr@shb.com

      *Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION** | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: *Gertestine McFerson v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-11822 | |

## Proof of Service

I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, and a true and correct copy of the foregoing was served upon the following by certified US mail (return receipt requested):

- Reginald L. McFerson Jr. - Surviving Child
- Veronica Smiley - Surviving Child

2