UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Alice Whitmarsh *v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-16176 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

        In accordance with Federal Rule of Civil Procedure 25(a), counsel for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc. file this Suggestion of Death upon the record in the above referenced case. Upon information and belief, Plaintiff Alice Whitmarsh (represented by Simon Law Firm) died on or about March 3, 2020 and is survived by the following individuals: Bobbi Jo Helgeson (surviving child), Brenda Salcedo (surviving child), Patty Smith (surviving child).

        Respectfully submitted,

        /s/ *Jordan Baehr*

        Jordan Baehr
        **SHOOK, HARDY & BACON L.L.P.**
        2555 Grand Boulevard
        Kansas City, Missouri 64108
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        jbaehr@shb.com

        *Counsel for sanofi-aventis U.S. LLC and*
        *Sanofi U.S. Services Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABIILTY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Alice Whitmarsh *v. Sanofi US Services Inc., et al.*, Civil Action No. 2:17-cv-16176 | MDL NO. 2740 |

**Proof of Service**

I hereby certify that on December 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record, and a true and correct copy of the foregoing was served upon the following by certified US mail (return receipt requested):

- Bobbi Jo Helgeson - Surviving Child
- Brenda Salcedo - Surviving Child
- Patty Smith - Surviving Child