UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES LISTED ON EXHIBIT A

## NOTICE OF CHANGE OF ADDRESS

NOW COMES Rand P. Nolen, who respectfully appears to advise the Court and parties of his change of address information. Counsel can now be reached at the following address: Fleming, Nolen & Jez., L.L.P., 2800 Post Oak Blvd., Suite **6000**, Houston, Texas 77056.

Dated: December 18, 2023　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ *Rand P. Nolen*
　　　　　　　　　　　　　　　　　　　　　Rand P. Nolen
　　　　　　　　　　　　　　　　　　　　　TX Bar No. 00788126
　　　　　　　　　　　　　　　　　　　　　FLEMING, NOLEN & JEZ, L.L.P.
　　　　　　　　　　　　　　　　　　　　　2800 Post Oak Blvd., Suite 6000
　　　　　　　　　　　　　　　　　　　　　Houston, TX  77056
　　　　　　　　　　　　　　　　　　　　　Telephone (713) 621-7944
　　　　　　　　　　　　　　　　　　　　　Facsimile (713) 621-9638
　　　　　　　　　　　　　　　　　　　　　rand_nolen@fleming-law.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

　　　　　　　　　　　　　　　　　　　/s/ *Rand P. Nolen*
　　　　　　　　　　　　　　　　　　　Rand P. Nolen

1