**EXHIBIT A**

| Last Name | First Name | Cause Number |
|---|---|---|
| Burkett | Sharon | 2:16-cv-16485 |
| Cotton | Joan | 2:17-cv-09437 |
| Sweat | Elizabeth | 2:17-cv-09460 |
| Williams | Angela | 2:17-cv-11573 |
| Beadle | Maureen | 2:17-cv-15002 |
| Fela | Gyl | 2:17-cv-16604 |
| Ferrell | Jacqueline | 2:17-cv-15267 |
| Cannon | Catherine | 2:18-cv-10080 |
| Jackson | Mary | 2:18-cv-10121 |
| Wade | Carolyn | 2:18-cv-12249 |
| Overton | Gayle | 2:19-cv-01979 |
| Mishler | Linda | 2:19-cv-10966 |
| Hair | Lisa | 2:19-cv-11178 |
| Johnson | Dianna | 2:20-cv-01973 |
| Mascia | Ellen | 2:20-cv-02240 |