UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 <br> : <br> : SECTION "H" (5) <br> : <br> : JUDGE JANE TRICHE MILAZZO <br> : |
| **THIS DOCUMENT RELATES TO:** <br> *Carmen Herod v. Sanofi US Services Inc. et al.* <br> Civil Action No. 2:17-cv-09687 | : <br> : MAGISTRATE JUDGE NORTH |

**NOTICE AND SUGGESTION OF DEATH AS TO
PLAINTIFF CARMEN HEROD**

The undersigned counsel hereby files this Notice and Suggestion of Death and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Carmen Herod.

Dated: December 19, 2023

By: *s/ Julie A.K. Reynolds*
Julie A.K. Reynolds (MN #0392426)
Munir R. Meghjee (MN #0301437)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
jreynolds@robinskaplan.com
mmeghjee@robinskaplan.com

***ATTORNEYS FOR THE PLAINTIFF***

94346485.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 19, 2023

By: *s/ Julie A.K. Reynolds*
Julie A.K. Reynolds (MN #0392426)
Munir R. Meghjee (MN #0301437)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
jreynolds@robinskaplan.com
mmeghjee@robinskaplan.com

***ATTORNEYS FOR THE PLAINTIFF***