BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Sweeney et al v. Sanofi US Services Inc.* Case No. 2:17-cv-13835 | |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Tracy Sweeney files this Suggestion of Death upon the Record in the above referenced case. Ms. Sweeney died on or about October 22, 2023, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: December 21, 2023               Respectfully submitted,

                                        GOMEZ TRIAL ATTORNEYS

                                        /s/Lindsay R. Stevens
                                        John H. Gomez (CA Bar # 171485) T.A.
                                        Lindsay R. Stevens (CA Bar # 256811)
                                        755 Front Street
                                        San Diego, California 92101
                                        Telephone: (619) 237-3490
                                        Facsimile: (619) 237-3496
                                        *john@getgomez.com*
                                        *lstevens@getgomez.com*

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@getgomez.com