BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Rose Newett vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13835 | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Tracy Simmons, surviving child of Rose Newett and Executor of Ms. Newett's estate pursuant to Entry Appointing Fiduciary, attached as Exhibit A, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on Ms. Newett's death of December 17, 2021.

A Notice/Suggestion of Death was filed in this matter on February 11, 2022 (Doc. 13787).

Dated: December 22, 2023

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Lindsay R. Stevens (CA Bar # 256811)
755 Front Street
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@getgomez.com*
*lstevens@getgomez.com*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

                                                  */s/ Lindsay R. Stevens*
                                                  Lindsay R. Stevens (CA Bar # 256811)
                                                  GOMEZ TRIAL ATTORNEYS
                                                  755 Front Street
                                                  San Diego, California 92101
                                                  Telephone: (619) 237-3490
                                                  Facsimile: (619) 237-3496
                                                  lstevens@getgomez.com