PROBATE COURT OF CUYAHOGA COUNTY, OHIO
ANTHONY J. RUSSO, PRESIDING JUDGE
LAURA J. GALLAGHER, JUDGE

ESTATE OF: **ROSE ANNA NEWETT**   DECEASED

Case Number: **2023EST279971**

### ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
(For Executors and all Administrators)

Name of Fiduciary: **TRACY SIMMONS**

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died **(check one of the following)**
- ☐ testate
- ☒ intestate

on **12/17/2021, domiciled in BEDFORD HTS, OH  44146.**

**(Check one of the following)**
- ☐ Bond is dispensed with by the Will
- ☐ Bond is dispensed with by law
- ☒ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

**05/15/2023**
**Date appointed**

_____
**JUDGE ANTHONY J. RUSSO**

### CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

(Seal)

**ANTHONY J. RUSSO, PRESIDING JUDGE**

_____
**Deputy Clerk**

**05/15/2023**
Issue Date