**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Rose Newett vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13835 | |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Rose Newett (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff Tracy Simmons, as surviving child, is substituted for Plaintiff Rose Newett as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2024.

_____
**Hon. Judge Jane T. Milazzo**