UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| THIS DOCUMENT ONLY RELATES TO: ) | |
| ) | |
| *Hilda Adams vs. Accord, 16-17583,* ) | |
| *Gloria Cooper vs. Accord, 18-194,* ) | |
| *Carol Woodson vs. Accord, 17-12674, and* ) | |
| *Tina Hickey vs. Hospira, 18-4731.* ) | |

## JUDGMENT

For reasons issued April 30, 2025, and filed herein (Doc. 18039);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summary Judgment be granted in favor of the defendants and against the plaintiffs, and that all of plaintiffs' claims in this matter are **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, Louisiana, this 5th day of May, 2025.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE