**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **REQUEST FOR EXTENSION** |
| Tiffany Lacy | Civil Action No.: 2:18-cv-12874 |

**REQUEST FOR EXTENSION**

Plaintiff Tiffany Lacy submits the following Request for Extension of CMO 40 deadlines as there is good cause and Ms. Lacy contends an extension would not be futile. Plaintiff Lacy filed her Complaint on December 7, 2018. She filed her initial PFS on February 19, 2019. She submitted proof use of Sanofi-manufactured Taxotere on or before July 24, 2019.

Ms. Lacy, a resident of North Carolina at the time Docetaxel was administered, received four (4) cycles of Docetaxel. The last dose was on or about February 16, 2012. At least one cycle has been identified with a NDC code belonging to Sanofi/ Winthrop. Unfortunately, despite best efforts, NDC information for the remaining cycles has not been able to be established. Good cause for an extension exists as counsel for Plaintiff understood from communication with counsel for Sanofi that Ms. Lacy's case would be removed from the CMO 40 Order (and deadlines) and learned at the end of last week that the case would not be removed and no extension would be agreed. Ms. Lacy's case has not qualified for settlement based upon eligibility criteria. Counsel for Plaintiff and Ms. Lacy have discussed the eligibility criteria and the effect of not qualifying for same as well as the potential futility of such extension. Ms. Lacy and her counsel disagree regarding same. However, Ms. Lacy has requested to provide the letter attached hereto as Exhibit A to the Court to address the prospect of futility, including at least part of her position that her claims should not be considered untimely or facially untimely for statute of limitations purposes.

As such, Ms. Lacy seeks an extension of time to comply with the requirements of CMO 40 and/or

seek resolution with Sanofi/ Winthrop.

Dated: June 30, 2025                                  Respectfully submitted,

                                                     */s/ Ryan J Browne*
                                                     Ryan J Browne
                                                     Texas State Bar No. 00796262
                                                     REYES BROWNE LAW
                                                     8222 Douglas Avenue, Suite 400
                                                     Dallas, Texas 75225
                                                     Tel: (214) 526-7900
                                                     Fax: (214) 526-7910
                                                     ryan@reyeslaw.com

                                                     *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.

                                                     */s/ Ryan J Browne*
                                                     Ryan J Browne

# EXHIBIT A

Dear Honorable Judge Jane Triche Milazzo,

I understand the Defendants in my case may argue my Docetaxel/ Taxotere lawsuit was not filed timely. To the extent that would be asserted in the future, I ask for my lawsuit to be considered timely due to significant personal challenges. I fully understand the importance of adhering to court timelines; however, I faced circumstances that profoundly impacted my ability to meet this requirement.

For several years, I was under the care of a psychiatrist and attended therapy sessions weekly. During this time, I made the commitment to return to school, ultimately earning a Master's degree and becoming a new movie director. This achievement reflects my determination to rebuild my life despite the challenges I faced. In the early stages of my alopecia, I struggled with self-medication, which impaired my social interactions and my ability to engage with my legal matters.

Adjusting to my life-changing appearance due to alopecia was a long and difficult journey. For years, I found it challenging to leave the house, overwhelmed by the emotional and physical pain of my condition. It took me seven years to rebuild my confidence and get my life back on track mentally.

I have used a total of four rounds of Docetaxel, including at least one round from Sanofi. The loss of my hair was not just a cosmetic issue; it came with intense physical and mental pain as my hair broke off. The emotional toll of losing my hair, which I deeply associated with my beauty and confidence, left me feeling unrecognizable in my own reflection. As a licensed cosmetologist, my identity was intertwined with my appearance and my passion for helping others feel beautiful. Each day, I faced the emotional challenge of confronting this painful reality.

Despite my efforts to adapt, including considering a career behind the scenes as a hair and makeup artist while wearing wigs, the psychological impact of my experiences has been overwhelming. This turmoil has affected my self-esteem and creativity, both of which are essential to my work and aspirations as a director.

Over the past ten years, I have diligently worked with my medical team to rebuild my self-esteem and confidence. I am grateful for their support, which has allowed me to regain my footing and help others as a director and makeup artist, instilling confidence in my actors and clients.

Given these circumstances, I respectfully request the court's understanding and compassion in granting me an extension of time to comply. This opportunity would allow me the necessary time to adequately prepare my case and comply with the Court's requirements.

Thank you for considering my request. I sincerely appreciate your attention to this matter and look forward to your response.

Sincerely,

Tiffany Lacy