**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Cases Listed on Exhibits A, B, C, D, E, and F attached.* | : : : : : : : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH **MOTION FOR RULE TO SHOW CAUSE REGARDING DISMISSAL OF CLAIMS AGAINST 505(b)(2) DEFENDANTS** |

Consistent with this Court's Order and Reasons issued on May 27, 2020 (Rec. Doc. 10464) and April 30, 2025 (Rec. Doc. 18039), in which this Court granted the Motions for Summary Judgment Based on the Claims of Plaintiffs Whose Taxotere Treatment Started After December 11, 2015 and on Federal Preemption as to Plaintiffs Hilda Adams, Gloria J. Cooper, Carol Woodson, and Tina Hickey, the 505(b)(2) Defendants (Accord Healthcare, Inc., Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., Pfizer, Inc., Actavis Pharma, Inc., Actavis LLC, Sagent Pharmaceuticals, Inc., Sandoz Inc., McKesson Packaging Services, a division of McKesson Corporation, and Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.) respectfully move this Court to issue a Rule to Show Cause to address the Plaintiffs listed on **Exhibits A-F**. This Court's findings that newly acquired information, which is required before the 505(b)(2) Defendants may independently change their labels, did not exist as to Plaintiffs Adams, Cooper, Woodson, and Hickey (Rec. Doc. 18039), and/or that the Taxotere/docetaxel label after the December 11, 2015 labeling update was adequate as a matter of

law should likewise apply to the Plaintiffs listed on **Exhibits A-F** due to their dates of treatment with the 505(b)(2) Defendants' docetaxel products.[1] This Court should therefore order the Plaintiffs listed on **Exhibits A-F** to show cause as to why their claims should not also be dismissed due to federal preemption and/or adequacy of the label.

The 505(b)(2) Defendants have met and conferred with Plaintiffs' Co-Liaison Counsel ("PLC") and agreed upon a process wherein the Plaintiffs listed on **Exhibits A-F** shall appear before the Court and show cause as to why their respective case should not be dismissed.  The parties agree that each party should bear its own costs for any cases that are dismissed as uncontested.

The 505(b)(2) Defendants propose that the show cause hearing take place on August 14, 2025 at 10:00AM CT.

Should any Plaintiff not plan to show cause or appear to object to the dismissal, that Plaintiff must notify Plaintiffs' Co-Liaison Counsel by emailing plambert@pbclawfirm.com and barrios@barrioswool.com ten (10) business days prior to the show cause hearing date.  A list of cases for which the Plaintiff informed Co-Liaison Counsel that he/she would not appear will be provided to the 505(b)(2) Defendants and presented to the Court in advance of the hearing, as is done with the PTO 22A show cause proceedings.  Additionally, failure to appear and show cause will result in a dismissal with prejudice.

WHEREFORE, the 505(b)(2) Defendants pray that the Court grant their motion and issue a Rule to Show Cause.  A proposed order is attached.

---

[1] Each remaining cause of action in this MDL sounds in failure to warn (strict liability-failure to warn, negligence, negligent misrepresentation, fraudulent misrepresentation, fraudulent concealment, and fraud and deceit). *See* Pls.' 2d Am. Long-Form Compl. (Rec Doc. 4407). To the extent Plaintiffs listed in Exhibit A assert these claims in their respective Short Form Complaints, they should be dismissed in the face of the legally adequate warnings.

DATED: July 1, 2025

Respectfully submitted,

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Madeline B. Dennis
Connor Doughty
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
madeline.dennis@tuckerellis.com
connor.doughty@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

WILLIAMS & CONNOLLY LLP

*/s/ Richmond T. Moore*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: 202-434-5000
Facsimile: 202-434-5029
hhubbard@wc.com
rmoore@wc.com
nwadhwani@wc.com

CHAFFE McCALL, L.L.P.

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: 504-858-7000
Facsimile: 504-585-7075
olinde@chaffe.com
rotolo@chaffe.com

3

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

GREENBERG TRAURIG, LLP

*/s/ Evan C. Holden*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2212
cohenl@gtlaw.com
merrellc@gtlaw.com
holdene@gtlaw.com

*Attorneys for Sandoz Inc.*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

GREENBERG TRAURIG, LLP

*/s/ Steven M. Harkins*
Steven M. Harkins
James R. Browning
Terminus 200
3333 Piedmont Road NE, Suit 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile:  678-553-2212
harkinss@gtlaw.com
browningj@gtlaw.com

4

*Attorneys for Actavis LLC f/k/a Actavis Inc., Actavis Pharma, Inc., and Sagent Pharmaceuticals.*

MORRISON & FOERSTER LLP

*/s/ Julie Y. Park*

Erin M. Bosman
Julie Y. Park
12531 High Bluff Drive, Suite 200
San Diego, California 92130
Telephone: 858-720-5100
Facsimile: 858-720-5125
ebosman@mofo.com
juliepark@mofo.com

*Attorneys for McKesson Packaging Services, a division of McKesson Corporation.*

5

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically filed the foregoing with the Clerk of

the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

*One of the Attorneys for Defendant Accord*
*Healthcare, Inc.*

6964537.1